Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*


## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON FEBRUARY 20, 2014  AT 2:00 P.M. (EASTERN)

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on February 20, 2014  beginning at 2:00 p.m. Eastern.

1.    *Siegel v. Sony Computer Entertainment America Inc., A/K/A So – 10-03581-KRH-* Motion to Extend Time to Complete Mediation and Appointing a Judicial Mediator filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 39)

      Related
      Documents:

      a.  Notice of Hearing (Re: related document(s)[39] Motion to Extend Time filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled for 11/12/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 40)

      b.  Hearing continued; (Re: related document(s)[39] Motion to Extend Time filed by Alfred H. Siegel) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Plaintiff; Curtis Manchester for Defendant. (Docket No. 41)

      c.  Hearing continued; (Re: related document(s)[39] Motion to Extend Time filed by Alfred H. Siegel) Hearing scheduled for 1/30/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Plaintiff; Curtis Manchester for Defendant. (Docket No. 42)

      d.  Hearing continued; (Re: related document(s)[39] Motion to Extend Time filed by Alfred H. Siegel) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Lynn Tavenner for Plaintiff; Curtis Manchester for Defendant (Docket No. 43)

          Status:   The underlying matter has been resolved.  The parties therefore respectfully request that this matter be continued until March 13, 2014 at 2:00 p.m. for documentation and consummation of the settlement.

2.    Notice of Motion and Notice of Hearing *(NOTICE OF FILING OF (A) TRUSTEE'S MOTION FOR ORDER GRANTING CLAIMANT UNICAL ENTERPRISES, INC. RELIEF FROM THE PLAN INJUNCTION SOLELY TO THE EXTENT NECESSARY TO PROSECUTE ITS PENDING APPEAL TO COMPLETION AND (B) HEARING THEREON)*

Objection
Deadline:          February 17, 2014

Objections/
Responses
Filed:                    None.


Status:     The Liquidating Trust will request that the Court grant the Motion.

3.    Notice of Hearing *(Notice of (A) Filing of Motion and (B) Hearing on Motion Concerning General Unsecured Claim No. 3634)*, Motion to Disallow Claim of Brad C. King *(MOTION TO DISALLOW WITH PREJUDICE GENERAL UNSECURED CLAIM NO. 3634)*


Objection
Deadline:          February 13, 2014

Objections/
Responses
Filed:                    None.


Status:     The Liquidating Trust will request that the Court grant the Motion and disallow Claim Number 3634 of Brad C. King.

4.    Notice of Hearing *(Notice of (A) Filing of Motion and (B) Hearing on Motion Concerning General Unsecured Claim No. 9295)*, Motion to Disallow Claim of Mark Stewart *(MOTION TO DISALLOW WITH PREJUDICE GENERAL UNSECURED CLAIM NO. 9295)*

Objection
Deadline:          February 13, 2014

Objections/
Responses
Filed:                    None.


Status:     The Liquidating Trust will request that the Court grant the Motion and disallow Claim Number 9295 of Mark Stewart.

5.    Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain

Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

Related
Documents:

a.   Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4449)

b.   Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4736)

c.   Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4758)

d.   Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6299)

e.   Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No. 6642)

f.   Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No. 6661)

g.   Memorandum Opinion (Docket No. 6693)

h.   Order Granting Motion for Summary Judgment (Docket No. 6694)

i.   Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868)

j.   Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

k.   Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket No. 8361)

m.      Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Imation Enterprises Corp.  (Docket No. 8861)

n.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO ONE REMAINING UNRESOLVED CLAIM (Re: related document(s)[3703] Objection to Claim filed by   Circuit City Stores, Inc.) Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Document No. 10973)

o.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO ONE REMAINING UNRESOLVED CLAIM (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011 at 02:00 PM at Judge Huennekens' Courtroom (Document No. 11142)

p.      Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

q.      Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ONE REMAINING UNRESOLVED OBJECTION; Appearance(s): Paula Beran (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11556)

r.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

s.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit

City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc.,
[4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to
Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit
City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.)
Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee.
(Docket No. 11775)

t.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
       UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED
       BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit
       City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc.,
       [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to
       Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit
       City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.)
       Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
       E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No.
       11958)

u.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
       OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
       (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
       Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
       Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
       filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
       Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
       scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
       St., Rm. 5000, Richmond, Virginia. (Docket No. 12270)

v.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
       OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
       (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
       Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
       Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
       filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
       Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
       scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
       Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine (telephonically)
       for Trust; K. Funk for Roy and Joanne Isner. (Docket No. 12519)

w.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
       OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
       (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
       Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
       Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
       filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City

Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12658)

x.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12793)

y.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 12916)

z.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7875] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13013)

aa.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13094)

bb.   Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13150)

cc.   Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13203)

| Objection Deadline: | July 16, 2009 at 4:00 p.m. |
| --- | --- |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | For the one claim for which the objection is still pending, this matter is adjourned to April 23, 2014 at 2:00 p.m.   See attached Exhibit A. |

6.   Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585)

Related Documents:

a.   Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 5294)

b.   Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth Omnibus Objection to Claim No. 5708 (Docket No. 8358)

c.   Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection

to Claim No. 6283 (Docket No. 8839)

d.     Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF PNY TECHNOLOGIES, INC. [CLAIM NO. 1723]* (Docket No. 9910)

e.     Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claim) Solely with Respect to the Claim of Leon Hurney [Claim No. 10047] (Docket No. 9868)

f.     Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF TANDEN KIBBY (CLAIM NO. 6894)* (Docket No. 10084)

g.     Continued for substantive hearing as to claim by Richard and Deborah Jaynes; continued for status hearing as to remaining unresolved objections (Re: related document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.   L. Tavenner for Liquidating Trust (Docket No. 10978)

h.     Amended Notice of Hearing - *Substantive (Thirty-First Omnibus Objection - Claim No. 3427) ( Claimant(s) - Richard and Deborah Jaynes)* (Re: related document(s) 10901 Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 10988)

i.     Docket Entry – SETTLED as to Richard and Deborah Jaynes; continued for status hearing as to remaining unresolved objections (Re: related document(s) [4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011 at 2:00 p.m. Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Va.  P. Beran for Liquidating Trust. (Docket No. 11143)

j.     Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

k.     Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL

REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran (Re: related document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11556)

l.    Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

m.    Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11775)

n.    Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11958)

o.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12270)

p.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
(Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine (telephonically)
for Trust; K. Funk for Roy and Joanne Isner. (Docket No. 12519)

q.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
(Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No.
12658)

r.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR;
(Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12793)

s.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR;
(Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
12916)

t.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related

document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7875] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13013)

u.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13094)

v.      Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13150)

w.      Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13203)

x.      Withdrawal of Claim of Antor Media Corporation *(Stipulation of Withdrawal and Withdrawal of Claims, including Proof of Claim No. 6347)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 13253)

y.      Notice of Hearing *(Notice of (A) Filing of Motion and (B) Hearing on Motion Concerning General Unsecured Claim No. 3634)*, Motion to Disallow Claim of Brad C. King *(MOTION TO DISALLOW WITH PREJUDICE GENERAL*

*UNSECURED CLAIM NO. 3634)* (Re: related document(s)[4585] Objection to
Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/20/2014 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit
City Stores, Inc. Liquidating Trust. (Docket No. 13254)

| | |
|---|---|
| Objection Deadline: | September 15, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | For those claims for which the objection is still pending, this matter is adjourned to April 23, 2014 at 2:00 p.m.   See attached Exhibit A. |

7.   Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal
Property Tax Claims) (Docket No. 4613)

Related
Documents:

a.   Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of
Certain Personal Property Tax Claims) (Docket No. 5397)

b.   Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh
Omnibus Objection to Claims (Reduction of Certain Personal Property Tax
Claims) (Docket No. 7343)

c.   Memorandum of Law In Support of Debtors' Motion for Partial Summary
Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

d.   Notice of Motion and Hearing (Docket No. 7345)

e.   Notice of Rescheduled Hearing On Debtors' Motion For And Memorandum Of
Law In Support Of The Debtors' Motion For Partial Summary Judgment On The
Thirty-Seventh Omnibus Objection To Claims (Reduction Of Certain Personal
Property Tax Claims) (Docket No. 7550)

f.   Notice of Presentment of Agreed Order By And Among The Debtors And Certain
Taxing Authorities With Respect To The Thirty-Seventh Omnibus Objection
(Docket No. 7695)

g.   Agreed Order by and Among the Debtors and Certain Taxing Authorities with
Respect to the Thirty-Seventh Omnibus Objection and Related Pleadings (Docket

No. 7800)

h.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Kitsap County Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13337 (Docket No. 7983)

i.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and City of Chesapeake Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 11842 (Docket No. 8015)

j.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and the Escambia County Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 1624, 13792, and 14789 (Docket No. 8067)

k.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Gaston County, North Carolina Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 1836 and 13350 (Docket No. 8167)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Allen County, Indiana Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13395 (Docket No. 8174)

m.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Harris County, Texas Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 14429 (Docket No. 8181)

n.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Travis County, Texas Regarding Claim Nos. 10531 and 14423 (Docket No. 8184)

o.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Loudon County Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13686 (Docket No. 8187)

p.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Lewisville Independent School District Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13579 and Resolving Claim No. 1840 (Docket No. 8204)

q.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Boulder County, Colorado Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 10419 (Docket No. 8359)

r.      Notice of Proposed Settlement Agreement and Stipulation by and Among the

Debtors and Ada County, Idaho Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 14430 (Docket No. 8407)

s.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arlington Independent School District, Texas Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 6535 and Resolving Claim No. 124 (Docket No. 8413)

t.      Certificate of No Objection with Respect to the Settlement Agreement and Stipulation by and Among the Debtors and Desoto County, Mississippi Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13944 and Related Matters (Docket No. 8417)

u.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Brevard County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13320 (Docket No. 8438)

v.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Hernando County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13385 (Docket No. 8439)

w.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Palm Beach County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 3882 and Relating to Claim No. 14744 (Docket No. 8440)

x.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Osceola County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 13064 and 13162 (Docket No. 8441)

y.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Prince George's County, Maryland Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13465 and Resolving Claim Nos. 12431 and 13466 (Docket No. 8445)

z.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Charles County, Maryland Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13576 and Resolving Claim No. 1835 (Docket No. 8446)

aa.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Wake County, North Carolina Revenue Department Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13627 and Resolving Claim No. 1795 (Docket No. 8447)

bb.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Manatee County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13325 (Docket No. 8454)

cc.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Okaloosa County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13315 (Docket No. 8455)

dd.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Pinellas County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13309 (Docket No. 8456)

ee.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Orange County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13316 (Docket No. 8457)

ff.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Snohomish County Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 11646 and Resolving Claim No. 1547 (Docket No. 8487)

gg.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Marion County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13318 and Relating to Claim No. 213 (Docket No. 8735)

hh.  Stipulation - *Withdrawal of Claim(s) by Polk County Tax Collector* By Circuit City Stores, Inc. Liquidating Trust and Between Polk County Tax Collector filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9905)

ii.  Notice of Hearing *on Debtors' Motion for and Memorandum of Law in Support of the Debtors' Motion for Partial Summary Judgment on the Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) and Substantive Hearing on Claim Objections (Thirty-Seventh Omnibus Objection Claimant City of Brighton, Claim Numbers 11213 & 13834; Claimant Alameda County Treasurer-Tax Collector, Claim Numbers 13294; Claimant Los Angeles County, California Taxing Authority, Claim Number 13628; Claimant Monterey County, California Taxing Authority, Claim Number 14131; Claimant - Placer County, California, Claim Number 13291)* (Re: related document(s)[4613] Objection to Claim filed by Circuit City Stores, Inc., [4788] Objection filed by Placer California, [4932] Response filed by Placer California, [5065] Response filed by City of Brighton, [5098] Response filed by Alameda County Treasurer, [5113] Response filed by Los Angeles et al., [7343] Motion for Summary Judgment filed by Circuit City Stores, Inc., [7344] Memorandum filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of

16

Alfred H. Siegel. Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 10989)

jj.     Supplemental Notice of Hearing (Re: related document(s) 4613 Objection to
        Claim filed by Circuit City Stores, Inc., 7343 Motion for Summary Judgment
        filed by Circuit City Stores, Inc., 7344 Memorandum filed by Circuit City Stores,
        Inc., 10989 Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L.
        Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
        Liquidating Trust. Hearing scheduled 8/22/2011 at 02:00 PM at Judge
        Huennekens' Courtroom (Docket No. 10990)

kk.     Docket Entry - Continued for hearing on Motion for Partial Summary Judgment
        as to remaining unresolved claims; if granted, substantive hearing to follow (Re:
        related document(s) [4613] Objection to Claim filed by Circuit City Stores, Inc.)
        Hearing scheduled 9/21/2011 at 2:00 p.m. at Judge Huennekens' Courtroom, 701
        E. Broad St., Rm. 5000, Richmond, Va. P. Beran for Liquidating Trust (Docket
        No. 11144)

ll.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
        UNRESOLVED OBJECTIONS TO WHICH RESPONSES WERE FILED (Re:
        related document(s)[4613] Objection to Claim filed by Circuit City Stores, Inc.)
        Hearing scheduled 11/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701
        E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Liquidating Trust.
        (Docket No. 11269)

mm.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
        UNRESOLVED OBJECTIONS TO WHICH RESPONSES WERE FILED (Re:
        related document(s)[4613] Thirty-Seventh Omnibus Objection to Claim filed by
        Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L.
        Tavenner for Trustee. (Docket No. 11428)

nn.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
        UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related
        document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
        Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim
        filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
        Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
        Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012
        at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

oo.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
        UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED
        BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit
        City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc.,

[4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11775)

pp.   Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11958)

qq.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12270)

rr.   Supplemental Opposition Brief *of Creditor Alameda County Treasurer-Tax Collector to Debtors' Thirty-Seventh Omnibus Objection to Claims and the Motion for Summary Judgment Thereon (Reduction of Certain Personal Property Tax Claims)* (Re: related document(s)[7344] Memorandum filed by Circuit City Stores, Inc.) filed by Anne G. Bibeau of Vandeventer Black LLP on behalf of Alameda County Treasurer. (Attachments: # (1) Exhibit(s)) (Docket No. 12443)

ss.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine (telephonically) for Trust; K. Funk for Roy and Joanne Isner. (Docket No. 12519)

18

tt.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
(Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No.
12658)

uu.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR;
(Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12793)

vv.    CONTINUED FOR STATUS HEARING AS TO REMAINING
UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED
BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by
Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores,
Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879]
Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim
filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City
Stores, Inc.) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for
Trustee. (Docket No. 12916)

ww.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related
document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim
filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7875]
Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for
8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13013)

xx.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related
document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim

filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13094)

yy.     Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13150)

zz.     Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13203)

|  |  |
|---|---|
| Objection Deadline: | May 13, 2010 at 4:00 p.m. |
| Objections/ Responses Filed: | Various as previously articulated including those on Exhibit A. |
| Status: | For those claims for which the objection is still pending, see attached Exhibit A, the Trust will conduct a status hearing. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** The Trust will also request that the status hearing be continued until April 23, 2014 at 2:00 p.m. |

8.      Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims)) (Docket No. 5879)

Related
Documents:

a.    Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of
Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims);
and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

b.    Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
(Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability
(Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket
No. 6585)

c.    Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim
No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

d.    Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
(Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
(Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket
No. 8285)

e.    Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
(Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
(Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket
No. 8421)

f.    Notice of Hearing (Re: related document(s) 5879 Objection to Claim filed by
Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on
behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9819)

g.    Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL
REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703]
Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim
filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled
10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

h.    Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL
REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran. (Re:
related document(s)[5879] Objection to Claim filed by Circuit City Stores, Inc.)
Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11558)

i.    Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related

21

document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim
filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

j.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
        UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED
        BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit
        City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc.,
        [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to
        Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit
        City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.)
        Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
        E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee.
        (Docket No.  11775)

k.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
        UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED
        BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit
        City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc.,
        [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to
        Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit
        City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.)
        Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
        E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No.
        11958)

l.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
        OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
        (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
        Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
        Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
        filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
        Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
        scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
        St., Rm. 5000, Richmond, Virginia. (Docket No. 12270)

m.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
        OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
        (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
        Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
        Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
        filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City

Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine (telephonically) for Trust; K. Funk for Roy and Joanne Isner. (Docket No. 12519)

n.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12658)

o.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12793)

p.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 12916)

q.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7875] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13013)

r.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related
document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim
filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for
10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13094)

s.   Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to
Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed
by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City
Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879]
Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim
filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City
Stores, Inc.) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for
Trustee. (Docket No. 13150)

t.   Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to
Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed
by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City
Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879]
Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim
filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City
Stores, Inc.) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for
Trustee. (Docket No. 13203)

u.   Notice of Hearing *(Notice of (A) Filing of Motion and (B) Hearing on Motion
Concerning General Unsecured Claim No. 9295)*, Motion to Disallow Claim of
Mark Stewart *(MOTION TO DISALLOW WITH PREJUDICE GENERAL
UNSECURED CLAIM NO. 9295)* (Re: related document(s)[5879] Objection to
Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/20/2014 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit
City Stores, Inc. Liquidating Trust. (Docket No. 13255)

Objection
Deadline:              December 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached <u>Exhibit A</u>.

Status:                   The Trust has moved to disallow the one remaining claim for
                          failure to participate in Court ordered mediation.

9.   Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain
     Misclassified Administrative Claims) (Docket No. 7460)

     Related
     Documents:

     a.    Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of
           Certain Misclassified Administrative Claims) (Docket No. 7858)

     b.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
           Debtors, the Equal Employment Opportunity Commission, Jamal Booker and
           Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth
           Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230
           and 4238 (Docket No. 8138)

     c.    CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING
           UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to
           Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit
           City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc.,
           [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to
           Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00
           PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
           Virginia. P. Beran for Trust (Docket No. 11213)

     d.    Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL
           REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran. (Re:
           related document(s)[7460] Objection to Claim filed by Circuit City Stores, Inc.)
           Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
           E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11559)

     e.    Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
           UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related
           document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
           Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim
           filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
           Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
           Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012
           at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
           Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

f.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
        UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED
        BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit
        City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc.,
        [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to
        Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit
        City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.)
        Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
        E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee.
        (Docket No.  11775)

g.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
        UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED
        BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit
        City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc.,
        [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to
        Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit
        City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.)
        Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
        E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No.
        11958)

h.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
        OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
        (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
        Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
        Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
        filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
        Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
        scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
        St., Rm. 5000, Richmond, Virginia. (Docket No. 12270)

i.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
        OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
        (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
        Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
        Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
        filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
        Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
        scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
        Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine (telephonically)
        for Trust; K. Funk for Roy and Joanne Isner. (Docket No. 12519)

j.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
        OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
        (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,

26

Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12658)

k.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12793)

l.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 12916)

m.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7875] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13013)

n.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for

27

10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13094)

o.     Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13150)

p.     Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13203)

| | |
|---|---|
| Objection Deadline: | June 1, 2010 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | For the one claim for which the objection is still pending, this matter is adjourned to April 23, 2014 at 2:00 p.m.   See attached Exhibit A. |

10.    Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 7874)

Related Documents:

a.     Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 8199)

b.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 4017 (Docket No. 8733)

c. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 6242 (Docket No. 8739)

d. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 6008 (Docket No. 8740)

e. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 4767 (Docket No. 8744)

f. Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 3145 (Docket No. 8777)

g. Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 5832 (Docket No. 8841).

h. Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF DENISE K. FISHER [CLAIM NO. 3544]* (Docket No. 9903)

i. Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF MARY LOPRESTI [CLAIM NO. 5401]* (Docket No. 9904)

j. Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

k. Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran. (Re: related document(s)[7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11560)

l. Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]

Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

m.   Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11775)

n.   Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11958)

o.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12270)

p.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing

scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine (telephonically) for Trust; K. Funk for Roy and Joanne Isner. (Docket No. 12519)

q.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12658)

r.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12793)

s.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 12916)

t.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7875] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13013)

u.  CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
    OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related
    document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
    Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim
    filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
    Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
    Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for
    10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
    5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13094)

v.  Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to
    Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed
    by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City
    Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879]
    Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim
    filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City
    Stores, Inc.) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens'
    Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for
    Trustee. (Docket No. 13150)

w.  Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to
    Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed
    by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City
    Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879]
    Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim
    filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City
    Stores, Inc.) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens'
    Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for
    Trustee. (Docket No. 13203)

Objection
Deadline:                July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit A.

Status:                  The Trust has resolved certain claims. For those claims for which
                         the Objection is still pending, this matter is adjourned to April 23,
                         2014 at 2:00 p.m.   See attached Exhibit A.

11.  Notice and Objection to Claim of California Board Of Equalization - *Liquidating Trust's
     Objection to Claim Nos. 12002, 13186 and 13187 Filed By The California Board Of
     Equalization* (Docket No. 10069)

Related
Documents:

a.   Hearing continued (Re: related document(s)[10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/27/2011 at  02:00 PM at Judge Huennekens' Courtroom (Docket No. 10971)

b.   Evidentiary Hearing continued (Re: related document(s)[10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 9/21/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 11074)

c.   Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust.  (Docket No. 11376)

d.   Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11638)

e.   Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

P. Beran for Liquidating Trustee. (Docket No. 11776)

f.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
        Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at
        Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        P. Beran for Trustee. (Docket No. 11959)

g.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        (Docket No. 12271)

h.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Beran for Trust. (Docket No. 12520)

i.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12659)

j.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12794)

k.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paul Beran for Trustee. (Docket No. 12917)

l.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13014)

m.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections)(Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13095)

n.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13151)

o.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections)(Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Paula Beran for Trustee. (Docket No. 13204)

Objection
Deadline:            April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:               Opposition of the State of California, State Board of Equalization to Liquidating Trust's Objection to Claim Nos. 12002, 13186, and 13187 filed by the California Board of Equalization (Docket No. 10220)

Status:              The Trust will request that the Court continue the matter for status hearing on April 23, 2014 at 2:00 p.m.

12.    Notice and Objection to Claim of The Tennessee Department of Revenue - *Liquidating Trust's Objection to Claim Nos. 12970 and 14308 Filed By The Tennessee Department of Revenue* (Docket No. 10057)

Related
Documents:

a.    Docket Entry – Continued for Status Hearing (Re: related document(s) 10055 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11146)

b.    Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust.  (Docket No. 11376)

c.    Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11638)

d.    Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11776)

e.    Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim

Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11959)

f.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12271)

g.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12520)

h.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12659)

i.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Beran for Trustee. (Docket No. 12794)

j.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 AM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paul
        Beran for Trustee. (Docket No. 12917)

k.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
        Tavenner for Trustee. (Docket No. 13014)

l.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections)(Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
        Beran for Trustee. (Docket No. 13095)

m.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13151)

n.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections)(Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Paula Beran for Trustee. (Docket No. 13204)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | Response to Liquidating Trust's Objection to Claim Nos. 12970 and 14308 of the Tennessee Department of Revenue |
| Status: | A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing. During the status hearing the Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. |

13.    Notice and Objection to Claim of The Wisconsin Department of Revenue - *Liquidating Trust's Objection to Claim No. 12598 Filed By The Wisconsin Department of Revenue* (Docket No. 10058)

Related Documents:

a.    Docket Entry – Continued for Status Hearing (Re: related document(s) 10055 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.

Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
(Docket No. 11146)

b.     Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim
       Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
       Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
       P. Beran for Trust.  (Docket No. 11376)

c.     Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
       Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at
       Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
       P. Beran for Liquidating Trust (Docket No. 11638)

d.     Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
       Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at
       Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
       P. Beran for Liquidating Trustee. (Docket No. 11776)

e.     Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
       Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11959)

f.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12271)

g.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12520)

h.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12659)

i.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Beran for Trustee. (Docket No. 12794)

j.       Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
         related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 AM at Judge
         Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paul
         Beran for Trustee. (Docket No. 12917)

k.       Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
         related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
         Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
         Tavenner for Trustee. (Docket No. 13014)

l.       Continued for Status Hearing (Liquidating Trust Tax Claim Objections)(Re:
         related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge
         Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
         Beran for Trustee. (Docket No. 13095)

m.       Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
         related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13151)

n.       Continued for Status Hearing (Liquidating Trust Tax Claim Objections)(Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Paula Beran for Trustee. (Docket No. 13204)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objection/
Responses:
Filed:                 Letter Response to the Liquidating Trustee's Claim No. 12958 filed by Wisconsin Department of Revenue (Docket 10169)

                       Letter (March 8, 2011) Response to Liquidating Trustee's Objection to Claim No. 12958 filed by Wisconsin Dept. of Revenue (Docket 10224)

Status:                A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing.  During the status hearing the Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m.


14.      Notice and Objection to Claim of Commonwealth of Massachusetts *Liquidating Trust's Objection to Claim No.14832 Filed By The Commonwealth of Massachusetts* (Docket No. 10066)

Related
Documents:

a.       Docket Entry – Continued for Status Hearing (Re: related document(s) 10055 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11146)

b.      Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust.  (Docket No. 11376)

c.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11638)

d.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11776)

e.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11959)

f.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12271)

g.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12520)

h.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12659)

i.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12794)

j.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paul Beran for Trustee. (Docket No. 12917)

k.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13014)

l.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections)(Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13095)

m.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13151)

n.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections)(Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Paula Beran for Trustee. (Docket No. 13204)

Objection
Deadline:              Extended to May 9, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 Response by Commissioner of Massachusetts Department of Revenue to Liquidating Trust's Objection to Claim No. 14832 Filed by the commonwealth of Massachusetts *with certificate of service* (Re: related document(s)[10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Stephen G. Murphy of Massachusetts Department of Revenue on behalf of Massachusetts Department of Revenue. (Attachments: # (1) Exhibit(s) 1 thru 3# (2) Exhibit(s) 4 thru 6# (3) Exhibit(s) 7 thru 9# (4) Exhibit(s) 10 thru 12# (5) Exhibit(s) 13 thru 15) (Docket No. 10694)

Status:                The status hearing will be adjourned to April 23, 2014 at 2:00 p.m. Claimant does not need to appear at this hearing.

15.     Notice and Objection to Claim of Commonwealth of Virginia Department of Taxation - *Liquidating Trust's Objection to Claim Nos. 12898 And 14636 Filed By The Commonwealth Of Virginia Department Of Taxation* (Docket No. 10070)

Related
Documents:

a.      Docket Entry – Continued for Status Hearing (Re: related document(s) 10055 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
(Docket No. 11146)

b.     Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim
       Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
       Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
       P. Beran for Trust.  (Docket No. 11376)

c.     Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
       Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at
       Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
       P. Beran for Liquidating Trust (Docket No. 11638)

d.     Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
       Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at
       Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
       P. Beran for Liquidating Trustee. (Docket No. 11776)

e.     Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
       Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at
       Judge Huennekens Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
       P. Beran for Trustee. (Docket No. 11959)

f.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
       related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
       Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
       (Docket No. 12271)

g.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
       related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
       Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
       Beran for Trust. (Docket No. 12520)

h.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
       related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge

Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12659)

i.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12794)

j.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paul Beran for Trustee. (Docket No. 12917)

k.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13014)

l.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections)(Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13095)

m.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:

51

related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13151)

n.  Continued for Status Hearing (Liquidating Trust Tax Claim Objections)(Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Paula Beran for Trustee. (Docket No. 13204)

Objection
Deadline:          April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:             Reply, Response to, Objection (Re: related document(s)[10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Mark K. Ames of Taxing Authority Consulting Services PC on behalf of Commonwealth of Virginia, Department of Taxation. (Docket No. 10134)

Status:            A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing.  During the status hearing the Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m.

16.  Notice and Objection to Claim *Liquidating Trust's First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Amended Claims and Disallowance of Certain Invalid Claims)* (Docket No. 10024)

Related
Documents:

a.  Notice of Withdrawal of Reference *Notice of Withdrawal of Docket No. 1138 and Claim No. 13098* (Re: related document(s) 1138 Motion to Compel filed by Watercress Associates, LP, LLP dba Pearlridge Center, Starpoint Property

Management, LLC, RD Bloomfield Associates Limited Partnership, Acadia Realty Limited Partnership, Tourboullin Co., Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a Florida Limited Partnership, Sparkleberry Two Notch, LLC) filed by Jennifer McLain McLemore of Christian & Barton, LLP on behalf of Acadia Realty Limited Partnership, Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, RD Bloomfield Associates Limited Partnership, Rancon Realty Fund IV, Sparkleberry Two Notch, LLC, Starpoint Property Management, LLC, Tourboullin Co., UnCommon, Ltd., a Florida Limited Partnership, Watercress Associates, LP, LLP dba Pearlridge Center. (McLemore, Jennifer) (Docket No. 10162)

b.    Amended Notice of Withdrawal of Docket No. 1138 and Claim No. 13098 (Docket No. 10164)

c.    Order Sustaining Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[10024] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10770)

d.    Second Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, & disallowance of certain amended claims) (Re: related document(s)[10770] No action taken on Order Re: Objection) (Docket No. 10958)

e.    Amended Order (To Reflect Appropriate Exhibits) Second Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, & disallowance of certain amended claims (Re: related document(s) 10958 Supplemental Order)(Docket No. 10980)

f.    Second Order Regarding Liquidating Trust's Firts Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 10771 No action taken on Order Re: Objection) (Docket No. 10981)

g.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
      ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
      SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
      at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
      Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

h.    Third Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
      Claims (reduction of certain partially invalid claims, reclassification of certain
      misclassified claims, disallowance of certain invalid claims, disallowance of
      certain late-filed claims, and disallowance of certain amended claims) (Re: related
      document(s) 10958 Supplemental Order, 10980 Amended Order) (Docket No.
      11288)

i.     Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
      ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
      SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
      1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.

5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

j.      Fourth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain
        misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, and disallowance of certain amended claims) (Re: related
        document(s)[11288] Amended Order) (Docket No. 11483)

k.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

l.      Fifth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain
        misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims and disallowance of certain amended claims) (Re: related
        document(s)[11483] Amended Order)(Docket No.  11681)

m.   Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
     CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
     FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
     TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
     SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
     OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
     PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
     Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

n.   Sixth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
     Claims (reduction of certain partially invalid claims, reclassification of certain
     misclassified claims, disallowance of certain invalid claims, disallowance of
     certain late-filed claims and disallowance of certain amended claims) (Re: related
     document(s)[11681] Supplemental Order) (Docket No. 11813)

o.   Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
     CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
     FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
     TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
     related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

p.      Seventh Order Regarding Liquidating Trust's First Omnibus Objection to
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims, and disallowance of certain amended claims) (Re:
        related document(s) [11813] Supplemental Order) (Docket No. 11995)

q.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

r.      Eighth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain
        misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late filed claims, and disallowance of certain amended claims)(Re: related
        document(s)[11995] Amended Order). (Docket No. 12288)

s.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12521)

t.     NINTH Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims and disallowance of certain amended claims) (Re: related document(s)[12288] Supplemental Order) (Docket No. 12552)

u.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

v.     TENTH Order Regarding Liquidating Trust's First Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, and disallowance of certain amended claims) (Re:
       related document(s)[12552] Supplemental Order) (Docket No. 12744)

w.     Eleventh Order Regarding Liquidating Trust's First Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, disallowance of certain duplicate claims and
       disallowance of certain amended claims) (Re: related document(s)[12744]
       Supplemental Order) (Docket No. 12830)

x.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

y.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
       CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
       related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

z.      Twelfth Order Regarding Liquidating Trust's First Omnibus Objection To

Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, Disallowance of certain misclassified claims, disallowance of certain invalid claims, Disallowance of certain late filed claims and disallowance of certain amended claims)(Re: related document(s)[12830] Supplemental Order) (Docket No. 12970)

aa.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

bb.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
       OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
       CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
       continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

cc.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

dd.  Staus Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred
to    Extend    the    Response    Deadline;    (Re:    related
document(s)10024 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, 10042Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust,10045 Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
Claim    filed    by    Circuit    City    Stores,    Inc.    Liquidating
Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
Claim    filed    by    Circuit    City    Stores,    Inc.    Liquidating
Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11807 Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, 11808 Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, 11849 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim    filed    by    Circuit    City    Stores,    Inc.    Liquidating
Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

17.    Notice and Objection to Claim - *Liquidating Trust's Second Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10039)

Related Documents:

a.    Order Sustaining Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s)[10039] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10771)

67

b.    CORRECTED(added correct attachment) Second Order Regarding Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s) 10981 Supplemental Order) (Docket 11035)

c.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.    Third Order Regarding Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s) 10771 No action taken on Order Re: Objection, 10981 Supplemental Order, 11035 Amended Order) (Docket No. 11289)

e.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Fourth Order Regarding Liquidating Trust's Second Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, disallowance of
        certain invalid claims, disallowance of certain late-filed claims and disallowance
        of certain amended claims)(Re: related document(s)[11289] Amended Order)
        (Docket No. 11475)

g.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

h.      Fifth Order Regarding Liquidating Trust's Second Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, disallowance of

certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s)[11475] Amended Order) (Docket No. 11673)

i.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.    Sixth Order Regarding Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s)[11673] Supplemental Order) (Docket No. 11814)

k.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

l.      Seventh Order Regarding Liquidating Trust's Second Omnibus Objection to
Landlord Claims (reduction of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late-filed claims, and disallowance
of certain amended claims) (Re: related document(s) [11814] Supplemental
Order) (Docket No. 11996)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

n.     EIGHTH Order Regarding Liquidating Trust's Second Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, disallowance of
       certain invalid claims, disallowance of certain late-filed claims, and disallowance
       of certain amended claims) (Re: related document(s)[11996] Amended Order)
       (Docket No. 12328)

o.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE; (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12521)

p.      NINTH Order Regarding Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late filed claims and disallowance of certain amended claims) (Re: related document(s)[12328] Supplemental Order) (Docket No. 12553)

q.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

r.      Tenth Order Regarding Liquidating Trust's Second Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Claims,
        Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed
        Claims, and Disallowance of Certain Amended Claims) (Re: related
        document(s)[10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) (Docket No. 12698)

s.      Eleventh Order Regarding Liquidating Trust's Second Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, disallowance of
        certain invalid claims, disallowance of certain late-filed claims and disallowance
        of certain amended claims) (Re: related document(s)[12698] Order Directing)
        (Docket No. 12834)

t.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

u.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

v.      Twelfth Order Regarding Liquidating Trust's Second Omnibus Objection To
         Landlord Claims (reduction of certain partially invalid claims, disallowance of
         certain invalid claims, disallowance of certain late filed claims and disallowance

of certain amended claims) (Re: related document(s)[12834] Supplemental Order) (Docket No. 12969)

w.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

x.    THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS SECONDOMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OFCERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OFCERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILEDCLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (Re: related document(s)[12969] Supplemental Order) (Docket No. 13045)

y.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court; CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

z.      Fourteenth Order Regarding Liquidating Trust's Second Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Claims,
        Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed
        Claims, and Disallowance of Certain Amended Claims) (Re: related
        document(s)[10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) (Docket No. 13119)

aa.     Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
        Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
        to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
        Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

bb.    Status Hearing continued as to Unresolved Claims; Objection SUSTAINED as to
       Colonial claims (Re: related document(s)[10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at
       02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
       Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13205)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit B.

Status:                A status hearing is going forward with respect to those claims for
                       which a response was filed as identified on Exhibit B.  **Those
                       parties who filed a response do not need to appear at the
                       hearing. Such parties' rights will not be affected at this
                       hearing.**  During the hearing the Liquidating Trust will advise the
                       Court that the status hearing will be adjourned to April 23, 2014 at
                       2:00 p.m. with respect to those claims for which a response was
                       filed.  With respect to those claims to which a response was not
                       filed but to which the Liquidating Trust agreed to continue the
                       hearing and requisite response deadline, as identified on Exhibit B,

80

the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

18.     Notice and Objection to Claim - *Liquidating Trust's Third Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10040)

Related
Documents:

a.     Order Sustaining Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s)[10040] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10776)

b.     Second Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10776] No action taken on Order Re: Objection) (Docket No. 10965)

c.     Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.     Amended Order Sustaining Liquidating Trust's Third Omnibus Objection To

Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) 10776 No action taken on Order Re: Objection) (Docket No. 11251)

e.  Third Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims, and disallowance of certain amended claims) (Re: related document(s) 10965 Supplemental Order) (Docket No. 11290)

f.  Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

g.  Fourth Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11290] Amended Order) (Docket No. 11476)

h.  Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS

SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

i.     Fifth Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11476] Amended Order) (Docket No. 11674)

j.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

k.   Sixth Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord
Claims (reduction of certain partially invalid claims, reclassification of certain
misclassified claims, disallowance of certain invalid claims, disallowance of
certain duplicate claims and disallowance of certain amended claims) (Re: related
document(s)[11674] Supplemental Order) (Docket No. 11815)

l.   Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee. (Docket No. 11960)

m.    Seventh Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims, and disallowance of certain amended claims) (Re: related document(s) [11815] Supplemental Order) (Docket No. 11997)

n.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS-- CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

o.     EIGHTH Order Regarding Liquidating Trust's Third Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain duplicate claims and disallowance of certain amended claims)(Re:
       related document(s)[11997] Amended Order) (Docket No. 12325)

p.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE; (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
       at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
       Virginia. P. Beran for Trust. (Docket No. 12521)

q.     NINTH Order Regarding Liquidating Trust's Third Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain duplicate claims and disallowance of certain amended claims) (Re:
       related document(s)[12325] Supplemental Order) (Docket No. 12554)

r.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

s.      Tenth Order Regarding Liquidating Trust's Third Omnibus Objection to Landlord
        Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
        Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of

Certain Duplicate Claims, and Disallowance of Certain Amended Claims) (Re: related document(s)[10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12699)

t.      Eleventh Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[12699] Order Directing) (Docket No. 12836)

u.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

v.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

w.     Twelfth Order Regarding Liquidating Trust's Third Omnibus Objection To
       Landlord Claims (reeducation of certain partially invalid claims, reclassification
       of certain misclassified claims, Disallowance of certain invalid claims,
       disallowance of certain duplicate claims, and disallowance of certain amended
       claims) (Re: related document(s)[12836] Supplemental Order) (Docket No.
       12968)

x.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

y.      THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS THIRD
        OMNIBUSOBJECTION TO LANDLORD CLAIMS (REDUCTION OF
        CERTAIN PARTIALLYINVALID CLAIMS, RECLASSIFICATION OF
        CERTAIN MISCLASSIFIED CLAIMS,DISALLOWANCE OF CERTAIN
        INVALID CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE
        CLAIMS,AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (Re:
        related document(s)[12968] Supplemental Order) (Docket No. 13046)

z.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

aa.     Fourteenth Order Regarding Liquidating Trust's Third Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
        of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
        Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended
        Claims)(Re: related document(s)[10040] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust) (Docket No. 13124)

bb.     Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
        Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
        to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
        Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

cc.    Staus Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred
to     Extend    the     Response     Deadline;    (Re:    related
document(s)10024 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, 10042Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust,10045 Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
Claim    filed    by    Circuit    City    Stores,    Inc.    Liquidating
Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
Claim    filed    by    Circuit    City    Stores,    Inc.    Liquidating
Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11807 Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, 11808 Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, 11849 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim    filed    by    Circuit    City    Stores,    Inc.    Liquidating
Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, 11992Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, 12442 Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust,12446 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad

St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached <u>Exhibit B</u>.

Status:                  The Trust has resolved the Objection as it relates to certain claims as more particularly described on <u>Exhibit B</u>. A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

19.   Notice and Objection to Claim - *Liquidating Trust's Fourth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims)* (Docket No. 10041)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Fourth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims and disallowance of certain invalid claims) (Re: related document(s)[10041] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10774)

b.    Second Order Regarding Liquidating Trust's Fourth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims & disallowance of certain invalid claims) (Re: related document(s)[10774] No action taken on Order Re: Objection) (Docket No. 10956)

c.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS

WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.      Third Order Regarding Liquidating Trust's Fourth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims and disallowance of certain invalid claims)(Re: related document(s) 10956 Supplemental Order) (Docket No. 11298)

e.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Fourth Order Regarding Liquidating Trust's Fourth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims and disallowance of certain invalid claims)(Re: related document(s)[11298] Supplemental Order)

(Docket No. 11477)

g.  Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

h.  Fifth Order Regarding Liquidating Trust's Fourth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims and disallowance of
certain invalid claims) (Re: related document(s)[11477] Amended Order) (Docket
No. 11682)

i.  Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.    Sixth Order Regarding Liquidating Trust's Fourth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims and disallowance of
      certain invalid claims) (Re: related document(s)[11682] Supplemental Order)
      (Docket No. 11816)

k.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
      CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
      FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
      related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

l.      Seventh Order Regarding Liquidating Trust's Fourth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims and disallowance of
        certain invalid claims) (Re: related document(s) [11816] Supplemental Order)
        (Docket No. 11998)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

n.    EIGHTH Order Regarding Liquidating Trust's Fourth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims and disallowance of
certain invalid claims)(Re: related document(s)[11998] Amended Order) (Docket
No. 12326)

o.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trust. (Docket No. 12521)

p.    NINTH Order Regarding Liquidating Trust's Fourth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims and disallowance of
certain invalid claims) (Re: related document(s)[12326] Supplemental Order)
(Docket No. 12556)

q.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

r.      Tenth Order Regarding Liquidating Trust's Fourth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims) (Re: related document(s)[10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12700)

s.      Eleventh Order Regarding Liquidating Trust's fourth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims and disallowance of certain invalid claims) (Re: related document(s)[12700] Order Directing) (Docket No. 12833)

t.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

u.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

v.     Twelfth Order Regarding Liquidating Trust's Fourth Omnibus Objection To
Landlord Claims (reduction to certain partially invalid claims and disallowance of
certain invalid claims) (Re: related document(s)[12833] Supplemental Order)
(Docket No. 12984)

w.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

x.      THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS FOURTH
        OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
        CERTAIN PARTIALLY INVALID CLAIMS AND DISALLOWANCE OF
        CERTAIN INVALID CLAIMS)(Re: related document(s)[12984] Supplemental
        Order) (Docket No. 13047)

y.      CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
        OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing

continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00

PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

z.  Fourteenth Order Regarding Liquidating Trust's Fourth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims)(Re: related document(s)[10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13125)

aa.  Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.

Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

bb.   Staus Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

Objection

Deadline:                   April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                      See attached <u>Exhibit B</u>.

Status:                     The Trust has resolved the Objection as it relates to certain claims
                            as more particularly described on <u>Exhibit B</u>. A status hearing is
                            going forward with respect to those claims for which a response
                            was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a
                            response do not need to appear at the hearing. Such parties'
                            rights will not be affected at this hearing.**  During the hearing
                            the Liquidating Trust will advise the Court that the status hearing
                            will be adjourned to April 23, 2014 at 2:00 p.m. with respect to
                            those claims for which a response was filed.  With respect to those
                            claims to which a response was not filed but to which the
                            Liquidating Trust agreed to continue the hearing and requisite
                            response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust
                            will advise the Court that the status hearing will be adjourned to
                            April 23, 2014 at 2:00 p.m. with respect to those claims.  **Those
                            parties do not need to appear at the hearing.  Such parties'
                            rights will not be affected at this hearing.**

20.     Notice and Objection to Claim - *Liquidating Trust's Fifth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
        Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
        Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and
        Disallowance of Certain Amended Claims and Disallowance of Certain Invalid Claims)*
        (Docket No. 10042)

        Related
        Documents:

        a.      Order Sustaining Liquidating Trust's Fifth Omnibus Objection to Landlord Claims
                (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
                Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
                Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and
                Disallowance of Certain Amended Claims) (Re: related document(s)[10042]
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket
                No. 10791)

        b.      Second Order Sustaining Liquidating Trust's Fifth Omnibus Objection to
                Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
                of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
                Disallowance of Certain Late-Filed Claims, Disallowance of Certain Duplicate
                Claims and Disallowance of Certain Amended Claims)(Re: related
                document(s)[10791] Order Directing) (Docket No. 10957)

c.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
        at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.      Third Order Regarding Liquidating Trust's Fifth Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain
        misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims) (Re: related document(s) 10957
        Supplemental Order) (Docket No. 11291)

e.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
        ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.

5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Fourth Order Regarding Liquidating Trust's Fifth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims)(Re: related document(s)[11291]
        Amended Order) (Docket No. 11478)

g.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

h.      Fifth Order Regarding Liquidating Trust's Fifth omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain
        misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims) (Re: related document(s)[11478]
        Amended Order) (Docket No. 11675)

i.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
       OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
       PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
       Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
       related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

k.      AmSeventh order Regarding Liquidating Trust's Fifth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims) (Re: related document(s)[11792] Order
        Directing) (Docket No.12005)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

m.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trust. (Docket No. 12521)

n.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

o.    Eighth Order Regarding Liquidating Trust's Fifth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and

disallowance of certain amended claims) (Re: related document(s)[12005] Amended Order) (Docket No. 12838)

p.     Ninth Order Regarding Liquidating Trust's Fifth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12838] Supplemental Order) (Docket No. 12839)

q.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

r.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

s.      Tenth Order Regarding Liquidating Trust's Fifth Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain
        misclassifies claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims)(Re: related document(s)[12839]
        Supplemental Order) (Docket No. 12976)

t.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

u.    ELEVENTH ORDER REGARDING LIQUIDATING TRUSTS FIFTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF
CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED
CLAIMS,DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS AND
DISALLOWANCE OF CERTAIN AMENDED CLAIMS)(Re: related
document(s)[12976] Supplemental Order) (Docket No. 13052)

v.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

w.  Twelfth Order Regarding Liquidating Trust's Fifth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims and Disallowance of Certain Invalid Claims) (Re: related document(s)[10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13118)

x.  Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

21.    Notice and Objection to Claim - *Sixth Omnibus Objection to Claims (Disallowance of
Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims)*
(Docket No. 10043)

Related
Documents:

a.    Notice and Objection to Claim - *Liquidating Trusts Sixth Omnibus Objection to
Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain
Invalid Claims and Reclassification of Certain Incorrectly Classified Claims)*
Hearing scheduled 4/14/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701
E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner
& Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.(Beran,
Paula) **Modified** on 2/28/2011 to correct docket text (Docket No. 10044)

122

b.      Order Sustaining Liquidating Trust's Sixth Omnibus Objection To Claims
        (disallowance of certain invalid unliquidated claims and fixing of certain
        unliquidated claims) (Re: related document(s) 10043 & 10044 filed by Circuit
        City Stores, Inc. Liquidating Trust) (Docket No. 10862)

c.      Second Order Regarding Liquidating Trust's Sixth Omnibus Objection To Claims
        (disallowance of certain invalid unliquidated claims and fixing of certain
        unliquidated claims) (Re: related document(s) 10862 No action taken on Order
        Re: Objection) (Docket No. 10982)

d.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
        at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

e.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
        ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

g.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
        OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

h.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
      CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
      FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
      related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

i.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

j.      CONTINUED FOR STATUS HEARING AS TO THOSE NOT SUSTAINED,
        WITHDRAWN, OR THAT REMAIN UNRESOLVED; (Re: related
        document(s)[10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Beran for Trust. (Docket No. 12522)

k.      Third Order Regarding Liquidating Trust's Sixth Omnibus Objection To Claims
        (disallowance of certain invalid unliquidated claims and fixing of certain
        unliquidated claims) (Re: related document(s)[10982] Supplemental Order)
        (Docket No. 12592)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

n.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

o.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

p.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE

TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00

PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

q.   Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

Objection
Deadline:          April 7, 2011 at 4:00 p.m.

133

Objections/
Responses
Filed:                  See attached Exhibit B.

Status:                 A status hearing is going forward with respect to those claims for
                        which a response was filed as identified on Exhibit B. **Those
                        parties who filed a response do not need to appear at the
                        hearing. Such parties' rights will not be affected at this
                        hearing.** During the hearing the Liquidating Trust will advise the
                        Court that the status hearing will be adjourned to April 23, 2014 at
                        2:00 p.m. with respect to those claims for which a response is
                        filed. With respect to those claims to which a response was not
                        filed but to which the Liquidating Trust agreed to continue the
                        hearing and requisite response deadline, as identified on Exhibit B,
                        the Liquidating Trust will advise the Court that the status hearing
                        will be adjourned to April 23, 2014 at 2:00 p.m. with respect to
                        those claims. **Those parties do not need to appear at the
                        hearing. Such parties' rights will not be affected at this
                        hearing.**

22.     Notice and Objection to Claim - *Liquidating Trust's Seventh Omnibus Objection to
        Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid
        Claims and Reclassification of Certain Incorrectly Classified Claims)(To Correct
        Substantive Pleading --Replaces Docket Number 10044)* (Re: related document(s) 10044
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No.
        10045)

        Related
        Documents:

        a.      Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims
                (reduction of certain partially invalid claims, disallowance of certain invalid
                claims and reclassification of certain incorrectly classified claims) (Re: related
                document(s) 10045 Sustaining Objection to Claim filed by Circuit City Stores,
                Inc. Liquidating Trust) (Docket No. 10863)

        b.      Second Order Sustaining Liquidating Trust's Seventh Omnibus Objection To
                Claims (reduction of certain partially invalid claims, disallowance of certain
                invalid claims and reclassification of certain incorrectly classified claims) (Re:
                related document(s) 10863 No action taken on Order Re: Objection) (Docket No.
                10983)

        c.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
                ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
                WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
                DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
                SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.   Amended Second Order Sustaining Liquidating Trust's Seventh Omnibus
     Objection To Claims (reduction of certain partially invalid claims, disallowance
     of certain invalid claims and reclassification of certain incorrectly classified
     claims) (Re: related document(s) 10983 Supplemental Order) (Docket No. 11252)

e.   Response of TFL Enterprises LLC to the Liquidating Trust's Seventh Omnibus
     Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance
     of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified
     Claims) (Docket No. 10233)

f.   *Claimant(s) - TFL Enterprises LLC (Tech For Less* - Notice of Hearing *(Notice of
     Substantive Hearing (Seventh Omnibus Objection - Claim Number 13947))* (Re:
     related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf
     of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 11/21/2011 at
     02:00 PM at Judge Huennekens' Courtroom (Docket No. 11373)

g.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
     ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
     WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
     SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to

135

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

h.      Docket Entry - Continued for Status Hearing on 1/5/12 at 2:00 PM as to remaining unresolved claims; Continued for Substantive Hearing as to TFL Enterprises LLC on 12/20/11 at 2:00 pm (Re: related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11468)

i.      Reply - *LIQUIDATING TRUSTS REPLY BRIEF REGARDING OBJECTION TO ADMINISTRATIVE CLAIM FILED BY TECH FOR LESS LLC* (Re: related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11566)

j.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

k.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

l.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.

137

Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

m.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

n.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12523)

o.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Court, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

p.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE

DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

q.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

r.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

s.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

t.     Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
       Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
       to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
       Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

Objection
Deadline:            April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit B.

Status:              A status hearing is going forward with respect to those claims for
                     which a response was filed as identified on Exhibit B.   **Those
                     parties who filed a response do not need to appear at the
                     hearing. Such parties' rights will not be affected at this
                     hearing.**  During the hearing the Liquidating Trust will advise the
                     Court that the status hearing will be adjourned to April 23, 2014 at
                     2:00 p.m. with respect to those claims for which a response was
                     filed.  With respect to those claims to which a response was not
                     filed but to which the Liquidating Trust agreed to continue the
                     hearing and requisite response deadline, as identified on Exhibit B,
                     the Liquidating Trust will advise the Court that the status hearing
                     will be adjourned to April 23, 2014 at 2:00 p.m. with respect to
                     those claims.  **Those parties do not need to appear at the
                     hearing.  Such parties' rights will not be affected at this
                     hearing.**

23.   Notice and Objection to Claim - *Liquidating Trust's Eighth Omnibus Objection to
      Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
      Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
      Certain of Late Filed Claims, Disallowance of Certain Amended Claims, and
      Disallowance of Certain Invalid Claims)* (Docket No. 10046)

Related
Documents:

a.   Order Sustaining Liquidating Trust's Eighth Omnibus Objection To Landlord
     Claims(reduction of certain partially invalid claims, reclassification of certain
     misclassified claims, disallowance of certain invalid claims, disallowance of
     certain late filed claims and disallowance of certain amended claims) (Re: related
     document(s)[10046] Sustaining Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust) (Docket No. 10778)

b.   Second Order Regarding Liquidating Trust's Eighth Omnibus Objection To
     Landlord Claims (reduction of certain partially invalid claims, reclassification of
     certain misclassified claims, disallowance of certain invalid claims, disallowance
     of certain late-filed claims & disallowance of certain amended claims) (Re:
     related document(s)[10243] No action taken on Order Re: Objection) (Docket No.
     10964)

c.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
     ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMAINTS
     WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
     SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
     at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
     Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
     ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
     WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
     SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.    Fourth Order Regarding Liquidating Trust's Eighth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims and disallowance of certain amended claims) (Re:
related document(s)[11292] Amended Order) (Docket No. 11479)

f.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled

3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

g.      Fifth Order Regarding Liquidating Trust's Eight Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain
        misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims and disallowance of certain amended claims) (Re: related
        document(s)[11479] Amended Order)(Docket No. 11676)

h.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
        OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
        PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
        Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

i.      Sixth Order Regarding Liquidating Trust's Eighth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims and
        disallowance of certain amended claims) (Re: related document(s)[11676]
        Supplemental Order) (Docket No. 11817)

j.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

k.      Seventh Order Regarding Liquidating Trust's Eighth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, and disallowance of certain amended claims) (Re:
related document(s)[11817] Supplemental Order) (Docket No. 12000)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

m.    EIGHTH Order Regarding Liquidating Trust's Eighth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims and disallowance of certain amended claims) (Re:
related document(s)[12000] Amended Order) (Docket No. 12327)

n.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS

151

WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12523)

o.     Supplemental Order NINTH Order Regarding Liquidating Trust's Eighth
       Omnibus Objection To Landlord Claims (reduction of certain partially invalid
       claims, reclassification of certain misclassified claims, disallowance of certain
       invalid claims, disallowance of certain late filed claims and disallowance of
       certain amended claims) (Re: related document(s)[12327] Supplemental Order)
       (Docket No. 12557)

p.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

q.     Tenth Order Regarding Liquidating Trust's Eighth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
       of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
       Disallowance of Certain of Late Filed Claims, Disallowance of Certain Amended
       Claims, and Disallowance of Certain Invalid Claims) (Re: related
       document(s)[10046] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) (Docket No. 12701)

r.     Eleventh Order Regarding Liquidating Trust's Eighth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, disallowance of
       certain invalid claims, disallowance of certain late-filed claims and disallowance
       of certain amended claims) (Re: related document(s)[12701] Order Directing)
       (Docket No. 12837)

s.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

t.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

u.       Twelfth Order Regarding Liquidating Trust's Eight Omnibus Objection To
         Landlord Claims (reduction of certain partially invalid claims, reclassification of
         certain misclassified claims, disallowance of certain invalid claims, disallowance
         of certain late-filed claims and disallowance of certain amended claims) (Re:
         related document(s)[12837] Supplemental Order) (Docket No. 12971)

v.       LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
         Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
         CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
         WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
         DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
         City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

w.     THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS EIGHTH
       OMNIBUSOBJECTION TO LANDLORD CLAIMS (REDUCTION OF
       CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF
       CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
       INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED
       CLAIMS,AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)(Re:
       related document(s)[12971] Supplemental Order) (Docket No. 13048)

x.     CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
       OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
       CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
       continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

y.      Fourteenth Order Regarding Liquidating Trust's Eight Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
        of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
        Disallowance of Certain Late-Filed Claims, and Disallowance of Certain
        Amended Claims) (Re: related document(s)[10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13114)

z.      Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
        Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
        to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
        Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B. A status hearing is |

going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

24.    Notice and Objection to Claim - *Liquidating Trust's Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)*  (Docket No. 10047)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Ninth Omnibus Objection To Landlord Claims( reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[10047] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10777)

b.    Second Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 10241 No action taken on Order Re: Objection) (Docket No. 11121)

c.    Third Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 11121 Amended Order) (Docket No. 11293)

d.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE

DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

e.    Amended Third Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims and disallowance of certain amended claims) (Re: related document(s) 10777 No action taken on Order Re: Objection, 11293 Amended Order) (Docket No. 11340)

f.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

g.    Fourth Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of

certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11293] Amended Order) (Docket No. 11480)

h.     Amended Fourth Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims)(Re: related document(s)[11480] Amended Order) (Docket No. 11586)

i.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

j.     Fifth Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11480] Amended Order) (Docket No. 11678)

k.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

l.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

m.      Seventh Order Regarding Liquidating Trust's Ninth Omnibus Objection To
        Landlord Claims( reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims and disallowance of certain amended claims) (Re:
        related document(s)[11793] Order Directing) (Docket No. 12006)

n.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

o.     EIGHTH Order Regarding Liquidating Trust's Ninth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims and disallowance of certain amended claims) (Re:
       related document(s)[12006] Amended Order) (Docket No. 12329)

p.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
       CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
       at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
       Virginia. (Docket No. 12523)

q.      NINTH Order Regarding Liquidating Trust's Ninth omnibus Objection to
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late filed claims and disallowance of certain amended claims) (Re:
        related document(s)[12329] Supplemental Order) (Docket No. 12558)

r.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

s.     TENTH Order Regarding Liquidating Trust's Ninth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, and disallowance of certain amended claims) (Re:
       related document(s)[12558] Supplemental Order) (Docket No. 12745)

t.     Eleventh Order Regarding Liquidating Trust's Ninth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, disallowance of
       certain invalid claims, disallowance of certain late-filed claims and disallowance
       of certain amended claims) (Re: related document(s)[12745] Supplemental Order)
       (Docket No. 12835)

u.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

v.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

w.     Twelfth Order Regarding Liquidating Trust's Ninth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, and disallowance of certain amended claims) (Re:
       related document(s)[12835] Supplemental Order) (Docket No. 12972)

x.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS

WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

y.      THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS NINTH
        OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
        CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF
        CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
        INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED
        CLAIMS,AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)(Re:
        related document(s)[12972] Supplemental Order) (Docket No. 13050)

z.      CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
        OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
        continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

aa.   Fourteenth Order Regarding Liquidating Trust's Ninth Omnibus Objection to
Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
Disallowance of Certain of Late Filed Claims, and Disallowance of Certain
Amended Claims) (Re: related document(s)[10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13132)

bb.   Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

Objection
Deadline:            April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit B.

Status:              The Trust has resolved the Objection as it relates to certain claims
                     as more particularly described on Exhibit B.  A status hearing is
                     going forward with respect to those claims for which a response
                     was filed as identified on Exhibit B.  **Those parties who filed a
                     response do not need to appear at the hearing. Such parties'
                     rights will not be affected at this hearing.**  During the hearing
                     the Liquidating Trust will advise the Court that the status hearing
                     will be adjourned to April 23, 2014 at 2:00 p.m. with respect to
                     those claims for which a response was filed.  With respect to those
                     claims to which a response was not filed but to which the
                     Liquidating Trust agreed to continue the hearing and requisite
                     response deadline, as identified on Exhibit B, the Liquidating Trust
                     will advise the Court that the status hearing will be adjourned to
                     April 23, 2014 at 2:00 p.m. with respect to those claims.  **Those
                     parties do not need to appear at the hearing.  Such parties'
                     rights will not be affected at this hearing.**

25.    Notice and Objection to Claim - *Liquidating Trust's Thirteenth Omnibus Objection to
       Certain Priority Claims: Allow Up to the Statutory Cap, Reclassify, Disallow as
       Applicable (Employment Contract Severance Claims)* (Docket No. 10051)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Thirteenth Omnibus Objection To Certain
      Priority Claims: allow up to the statutory cap, reclassify, disallow as applicable
      (employment contract severance claims) (Re: related document(s)[10051]
      Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
      (Docket No. 10781)

b.    Objections Resolved as to claims of Antone Botelho and Patrick Longood;
      Continued for Status Hearing as to claim of Bruce Besanko; to be noticed for
      substantive hearing as to claim of Andrew Grosse (Re: related document(s)
      [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
      Substantive Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens'
      Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for
      Liquidating Trust. (Docket No. 11151)

c.    Notice of Hearing *(Notice of Substantive Hearing) (Thirteenth Omnibus
      Objection - Claim Number 369) (Claimant - Andrew Grosse)* (Re: related
      document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf
      of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 10/19/2011 at
      02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
      Richmond, Virginia (Docket No. 11265)

d.    Docket Entry - Hearing continued for Status Hearing as to Claim of Bruce
      Besanko; Appearance(s): Paula Beran. (Re: related document(s)[10051] Objection
      to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
      1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
      5000, Richmond, Virginia (Docket No. 11561)

e.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
      CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
      SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
      SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to

174

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

f.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

g.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Bean for Trustee. (Docket No. 11960)

h.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

i.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM

177

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12523)

j.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

k.       LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
         Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
         CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
         WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
         DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

m.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

n.     CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
       OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
       CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
       continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

o.   Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
     Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
     to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
     Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

p.      Status Hearing continued as to Unresolved Claims; (Re: related
        document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
        Beran for Trustee. (Docket No. 13206)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached <u>Exhibit B.</u>

Status:                  A status hearing is going forward with respect to the claims of
                         Bruce Besanko, who **does not need to appear at the hearing. His
                         rights will not be affected at this hearing.**  The status hearing for
                         Bruce Besanko will be continued until April 23, 2014 at 2:00 p.m.

26.    Notice and Objection to Claim - *Liquidating Trust's Fourteenth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
       Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
       Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and
       Disallowance of Certain Amended Claims)* (Docket No. 10052)

       Related
       Documents:

       a.     Order Sustaining Liquidating Trust's Fourteenth Omnibus Objection To Landlord
              Claims(reduction of certain partially invalid claims, reclassification of certain
              misclassified claims, disallowance of certain invalid claims, disallowance of
              certain late filed claims, disallowance of certain duplicate claims and
              disallowance of certain amended claims(Re: related document(s)[10052]
              Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
              (Docket No. 10780 )

       b.     Second Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
              Landlord Claims (reduction of certain partially invalid claims, reclassification of
              certain misclassified claims, disallowance of certain invalid claims, disallowance
              of certain late-filed claims, disallowance of certain duplicate claims &
              disallowance of certain amended claims) (Re: related document(s)[10780] No
              action taken on Order Re: Objection) (Docket No. 10963)

c.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
        ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at
        Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        P. Beran for Liquidating Trust (Docket No. 11152)

d.      Third Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-field claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims)(Re: related document(s) 10963
        Supplemental Order) (Docket No. 11294)

e.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
        ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Fourth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims, disallowance of certain duplicate claims and

disallowance of certain amended claims) (Re: related document(s)[11294] Amended Order) (Docket No. 11481)

g.   Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

h.   Fifth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11481] Amended Order) (Docket No. 11679)

i.   Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN

OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.      Sixth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims ( reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s)[11679] Supplemental Order) (Docket No. 11818)

k.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.

188

Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

l.    Seventh Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance
      of certain duplicate claims and disallowance of certain amended claims) (Re:
      related document(s)[11818] Supplemental Order) (Docket No. 12001)

m.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
      CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
      to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

n.      EIGHTH Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims)(Re: related document(s)[12001]
        Amended Order) (Docket No. 12330)

o.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM

190

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12523)

p.      NINTH Order regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12330] Supplemental Order) (Docket No. 12555)

q.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

r.     Tenth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
       of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
       Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate
       Claims, and Disallowance of Certain Amended Claims) (Re: related
       document(s)[10052] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) (Docket No. 12717)

s.     Eleventh Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, disallowance of certain duplicate claims and
       disallowance of certain amended claims) (Re: related document(s)[12717] Order
       Directing) (Docket No. 12831)

t.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

u.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

v.      Twelfth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of

certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s)[12831]
Supplemental Order) (Docket No. 12977)

w.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

x.      THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS
        FOURTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS
        (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS,
        RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS,
        DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF
        CERTAIN LATE-FILED CLAIMS, DISALLOWANCEOF CERTAIN
        DUPLICATE CLAIMS AND DISALLOWANCE OF CERTAIN AMENDED
        CLAIMS)(Re: related document(s)[12977] Supplemental Order) (Docket No.
        13056)

y.      CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
        OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
        continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

z.     Fourteenth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
       of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
       Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate
       Claims, and Disallowance of Certain Amended Claims) (Re: related
       document(s)[10052] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) (Docket No. 13120)

aa.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
       Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
       to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
       Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, |

the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

27.     Notice and Objection to Claim - *Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10053)

Related
Documents:

a.      Order Sustaining Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims (Re: related document(s)[10053] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10779)

b.      Second Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10779] No action taken on Order Re: Objection) (Docket No. 10962)

c.      Third Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) 10962 Supplemental Order) (Docket No. 11295)

d.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.     Fourth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, disallowance of certain duplicate claims and
       disallowance of certain amended claims) (Re: related document(s)[11295]
       Supplemental Order) (Docket No. 11482)

f.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
       CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
       SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

g.      Fifth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11482] Amended Order) (Docket No. 11680)

h.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

i.      Sixth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance

201

of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11680] Supplemental Order) (Docket No. 11819)

j.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee. (Docket No. 11960)

k.      Seventh Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11819] Supplemental Order) (Docket No. 12002)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE

TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

m.    EIGHTH Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance
      of certain late-filed claims, disallowance of certain duplicate claims and

disallowance of certain amended claims) (Re: related document(s)[12002]
Amended Order) (Docket No. 12331)

n.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
        at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
        Virginia. (Docket No. 12523)

o.      NINTH Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims) (Re: related document(s)[12331]
        Supplemental Order) (Docket No. 12548)

p.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

q.    Tenth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection to
      Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
      of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
      Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate
      Claims, and Disallowance of Certain Amended Claims) (Re: related
      document(s)[10053] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust) (Docket No. 12718)

r.    Eleventh Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance
      of certain late-filed claims, disallowance of certain duplicate claims and
      disallowance of certain amended claims) (Re: related document(s)[12718] Order
      Directing) (Docket No. 12823)

s.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

t.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

u.      Twelfth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims) (Re: related document(s)[12823]
        Supplemental Order) (Docket No. 12978)

v.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

w.      Thirteenth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection to
        Landlord Claims (Reduction of certain partially invalid claims, Reclassification of
        certain misclassified claims, Disallowance of certain invalid claims, Disallowance
        of certain late-filed claims, Disallowance of certain duplicate claims and
        Disallowance of certain amended claims) (Re: related document(s)[12978]
        Supplemental Order) (Docket No. 13040)

x.      CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
        OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
        continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Insc. Liquidating Claims, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

y.     Fourteenth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection to
       LandLord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
       of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
       Disallowance of Certain Late-Filed Claims, Disallowance of Certain Duplicate
       CLaims and Disallowance of Certain Amended Claims) (Re: related

document(s)[10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) (Docket No. 13137)

z.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

Objection
Deadline:          April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit B.

Status:                 A status hearing is going forward with respect to those claims for
                        which a response was filed as identified on Exhibit B. **Those
                        parties who filed a response do not need to appear at the
                        hearing. Such parties' rights will not be affected at this
                        hearing.** During the hearing the Liquidating Trust will advise the
                        Court that the status hearing will be adjourned to April 23, 2014 at
                        2:00 p.m. with respect to those claims for which a response was
                        filed. With respect to those claims to which a response was not
                        filed but to which the Liquidating Trust agreed to continue the
                        hearing and requisite response deadline, as identified on Exhibit B,
                        the Liquidating Trust will advise the Court that the status hearing
                        will be adjourned to April 23, 2014 at 2:00 p.m. with respect to
                        those claims. **Those parties do not need to appear at the
                        hearing. Such parties' rights will not be affected at this
                        hearing.**

28.    Notice and Objection to Claim - *Liquidating Trust's Seventeenth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
       Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
       Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and
       Disallowance of Certain Amended Claims)* (Docket No. 10061)

       Related
       Documents:

       a.     Amended Exhibit *C to Liquidating Trust's Seventeenth Omnibus Objection to
              Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
              of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
              Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate
              Claims, and Disallowance of Certain Amended Claims) [Service Copy of Said
              Objection (Docket No. 10061) Contained Exhibit C and Amended Exhibit C]* (Re:
              related document(s) 10061 Objection to Claim filed by Circuit City Stores, Inc.
              Liquidating Trust) (Docket No. 10074)

       b.     Order Sustaining Liquidating Trust's Seventeenth Omnibus Objection To
              Landlord Claims (reduction of certain partially invalid claims, reclassification of
              certain misclassified claims, disallowance of certain invalid claims, disallowance
              of certain late filed claims, disallowance of certain duplicate claims and
              disallowance of certain amended claims) (Re: related document(s)[10061]
              Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
              (Docket No. 10785)

       c.     Second Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To

Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10785] No action taken on Order Re: Objection) (Docket No. 10966)

d.   Third Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s) 10966 Supplemental Order) (Docket No.  11296)

e.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.   Fourth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11296] Supplemental Order)(Docket No. 11484)

g.   Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;

SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

h.    Fifth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance
      of certain late-filed claims, disallowance of certain duplicate claims and
      disallowance of certain amended claims) (Re: related document(s)[11484]
      Amended Order) (Docket No. 11672)

i.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
      CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
      FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
      SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
      OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by

214

Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee. (Docket No. 11960)

k.      Seventh Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11794] Order Directing) (Docket No. 12007)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS-- CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

m.    EIGHTH Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12007] Amended Order) (Docket No. 12322)

n.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12523)

o.    Ninth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12322] Supplemental Order) (Docket No. 12581)

p.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE

DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

q.   TENTH Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s)[12581] Supplemental Order) (Docket No. 12752)

r.   Eleventh Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s)[12752] Supplemental Order) (Docket No. 12824)

s.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED CLAIMS; One Objection Withdrawn (to claim # 11591) (Re: related document(s)[10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12796)

t.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.

219

Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

u.      Twelfth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To
        Landlord Claims (reeducation of certain partially invalid claims, reclassification
        of certain misclassified claims, disallowance of certain invalid claims,
        disallowance of certain late-filed claims, disallowance of certain duplicate claims
        and disallowance of certain amended claims) (Re: related document(s)[12824]
        Supplemental Order) (Docket No. 12979)

v.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

w.   Thirteenth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection
to Landlord Claims (Reduction of certain partially invalid claims, Reclassification
of certain misclassified claims, Disallowance of certain invalid claims,
Disallowance of certain late-filed claims, Disallowance of certain duplicate claims
and Disallowance of certain amended claims) (Re: related document(s)[12979]
Supplemental Order) (Docket No. 13041)

x.   CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

y.    Fourteenth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection
      to Landlord Claims (Reduction of Certain Partially Invalid Claims,
      Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid
      Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain
      Duplicate Claims, and Disallowance of Certain Amended Claims) (Re: related
      document(s)[10061] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust) (Docket No. 13121)

z.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
      Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
      to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
      Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

aa. Staus Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred to
Extend the Response Deadline; (Re: related document(s)10024 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled

for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached <u>Exhibit B</u>.

Status:                  A status hearing is going forward with respect to those claims for
                         which a response was filed as identified on <u>Exhibit B</u>.  **Those
                         parties who filed a response do not need to appear at the
                         hearing. Such parties' rights will not be affected at this
                         hearing.**  During the hearing the Liquidating Trust will advise the
                         Court that the status hearing will be adjourned to April 23, 2014 at
                         2:00 p.m. with respect to those claims for which a response was
                         filed.  With respect to those claims to which a response was not
                         filed but to which the Liquidating Trust agreed to continue the
                         hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                         the Liquidating Trust will advise the Court that the status hearing
                         will be adjourned to April 23, 2014 at 2:00 p.m. with respect to
                         those claims.  **Those parties do not need to appear at the
                         hearing.  Such parties' rights will not be affected at this
                         hearing.**

29.     Notice and Objection to Claim - *Liquidating Trust's Eighteenth Omnibus Objection to
        Claims Filed by Taxing Authorities (Reduction of Certain Partially Invalid Claims;
        Disallowance of Certain Invalid Claims; Disallowance of Certain Duplicate Claims;
        Reclassification of Certain Claims; Disallowance of Certain Amended or Superseded
        Claims; Disallowance or Reduction of Certain Late Filed Claims; Disallowance of
        Certain Invalid Claims; and Fixing the Amount of Certain Claims)* (Docket No. 10062)

        Related
        Documents:

        a.      Withdrawal of Pasadena Independent School District's Response to Eighteenth
                Omnibus Objection of Claims (Docket No. 10062) - (Docket No. 10516)

        b.      Order Sustaining Liquidating Trust's Eighteenth Omnibus Objection To Claims
                Filed By Taxing Authorities (reduction of certain partially invalid claims,
                disallowance of certain invalid claims; reclassification of certain claims;
                disallowance of certain amended or superseded claims; disallowance of certain
                late filed claims; disallowance or reduction of certain invalid claims; & fixing the
                amount of certain claims) filed by taxing authorities) (Re: related
                document(s)[10062] Sustaining Objection to Claim filed by Circuit City Stores,

225

Inc. Liquidating Trust) (Docket No. 10961)

c.    Motion to Reconsider *Motion for Relief from Order and Memorandum in Support Thereof* (Related Document(s)[10961] No action taken on Order Re: Objection) filed by Anne G. Bibeau of Vandeventer Black LLP on behalf of Sonoma County Tax Collector (Docket No. 11333)

d.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

f.   Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

g.        Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

h.        LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]

228

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

i.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12523)

j.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

k.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

l.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

m.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

n.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
      OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
      CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
      continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

o.   Status Hearing continued as to Unresolved Claims; (Re: related
     document(s)[10062] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge

Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13157)

p.      Status Hearing continued as to Unresolved Claims; (Re: related document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13206)

q.      Notice of Hearing *(Notice of Substantive Hearing (Eighteenth Omnibus Objection - Claim Numbers 15024, 15025) (Claimant(s) - Broward County Record Taxes and Treasury Division))* (Re: related document(s)[10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 2/20/2014 at 2:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 13274)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses             See attached Exhibit B.
Filed:

Status:                The Liquidating Trust requests that the Court enter the proposed order as it relates to *Claim Numbers 15024, 15025.* A status hearing is going forward with respect to the remaining aspects of this Objection. **Parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m.

30.    Notice and Objection to Claim - *Liquidating Trust's Twentieth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of*

*Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and
Disallowance of Certain Amended Claims)* (Docket No. 10072)

Related
Documents:

a.     Order Sustaining Liquidating Trust's Twentieth Omnibus Objection to Landlord
Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and
Disallowance of Certain Amended Claims) (Re: related document(s)[10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket
No. 10786)

b.     Second Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims &
disallowance of certain amended claims) (Re: related document(s)[10788] Order
Directing) (Docket No. 10960)

c.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE(Re: related document(s)[10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Liquidating Trust. (Docket No. 11154)

d.     Third Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s) 10960
Supplemental Order) (Docket No. 11297)

e.     Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.     Fourth Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, disallowance of certain duplicate claims and
       disallowance of certain amended claims) (Re: related document(s)[11297]
       Supplemental Order) (Docket No. 11485)

g.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
       CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
       SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

h.    Fifth Order Regarding Liquidating Trust's Twentieth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11485] Amended Order)(Docket No. 11671)

i.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.    Sixth Order Regarding Liquidating Trust's Twentieth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance

of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11671] Supplemental Order) (Docket No. 11820)

k.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee. (Docket No. 11960)

l.      Seventh Order Regarding Liquidating Trust's Twentieth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11820] Supplemental Order) (Docket No. 12003)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE

TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

n.    EIGHTH Order Regarding Liquidating Trust's Twentieth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and

disallowance of certain amended claims) (Re: related document(s)[12003]
Amended Order) (Docket No. 12321)

o.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12523)

p.  NINTH Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s)[12321]
Supplemental Order) (Docket No. 12549)

q.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

r.     TENTH Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, disallowance of certain duplicate claims and
       disallowance of certain amended claims) (Re: related document(s)[12549]
       Supplemental Order) (Docket No. 12740)

s.     Eleventh Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
       Landlord Claims(reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, disallowance of certain duplicate claims and
       disallowance of certain amended claims) (Re: related document(s)[12740]
       Supplemental Order) (Docket No. 12825)

t.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

u.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
       CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
       related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

v.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

w.   THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTSTWENTIETH
     OMNIBUS OBJECTION TO LANDLORD CLAIMS(REDUCTION OF
     CERTAIN PARTIALLY INVALID CLAIMS,RECLASSIFICATION OF
     CERTAIN MISCLASSIFIED CLAIMS,DISALLOWANCE OF CERTAIN
     INVALID CLAIMS, DISALLOWANCEOF CERTAIN LATE-FILED CLAIMS,
     DISALLOWANCE OF CERTAINDUPLICATE CLAIMS AND
     DISALLOWANCE OF CERTAIN AMENDED CLAIMS (Re: related
     document(s)[12980] Supplemental Order) (Docket No. 13042)

x.   CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
     OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
     CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
     RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
     TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

y.  Fourteenth Order Regarding Liquidating Trust's Twentieth Omnibus Objection to
    Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
    of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
    Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate
    Claims and Disallowance of Certain Amended Claims) (Re: related
    document(s)[10072] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust) (Docket No. 13122)

z.  Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
    Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as

to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

aa. Staus Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred to
Extend the Response Deadline; (Re: related document(s)10024 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>10046</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>10047</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>10052</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>10053</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>10061</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>10072</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>10073</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11388</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11402</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11404</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11445</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11807</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11808</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11809</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11849</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11850</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11851</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11852</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11853</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11854</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11992</u>Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>12442</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,<u>12446</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit B</u>. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on <u>Exhibit B</u>.  A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust |

will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

31. Notice and Objection to Claim - *Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10073)

Related Documents:

    a.    Order Sustaining Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late-Filed Claims, and Disallowance of Certain Amended Claims) (Re: related document(s)[10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10789)

    b.    Second Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims & disallowance of certain amended claims)(Re: related document(s)[10789] Order Directing) (Docket No. 10959)

    c.    Third Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 10959 Supplemental Order) (Docket No. 11299)

    d.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.      Fourth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11299] Supplemental Order) (Docket No. 11486)

f.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

g.    Fifth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11486] Amended Order) (Docket No. 11670)

h.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

i.    Sixth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11670] Supplemental Order) (Docket No. 11821)

j.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:

related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

k.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
       CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
       to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

l.      EIGHTH Order Regarding Liquidating Trust's Twenty-First Omnibus Objection
        To Landlord Claims (reduction of certain partially invalid claims, reclassification
        of certain misclassified claims, disallowance of certain invalid claims,
        disallowance of certain late-filed claims and disallowance of certain amended
        claims)(Re: related document(s)[12004] Amended Order) (Docket No. 12320)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12523)

n.     Ninth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[12320] Supplemental Order) (Docket No. 12580)

o.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

p.  TENTH Order Regarding Liquidating Trust's Twenty-First Omnibus Objection
To Landlord Claims (reduction of certain partially invalid claims, reclassification
of certain misclassified claims, disallowance of certain invalid claims,
disallowance of certain late-filed claims, and disallowance of certain amended
claims) (Re: related document(s)[12580] Supplemental Order) (Docket No.
12746)

q.  Eleventh Order Regarding Liquidating Trust's Twenty-First Omnibus Objection
To Landlord Claims (reduction of certain partially invalid claims, reclassification
of certain misclassified claims, disallowance of certain invalid claims,
disallowance of certain late-filed claims, disallowance of certain duplicate claims
and disallowance of certain amended claims) (Re: related document(s)[12746]
Supplemental Order) (Docket No. 12826)

r.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

s.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

t.      Twelfth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
        Landlord Claims (reeducation of certain partially invalid claims, reclassification

of certain misclassified claims, disallowance of certain invalid claims,
disallowance of certain late-filed claims, disallowance of certain duplicate claims
and disallowance of certain amended claims) (Re: related document(s)[12826]
Supplemental Order) (Docket No. 12981)

u.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

v.     THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS TWENTY-
FIRSTOMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAINPARTIALLY INVALID CLAIMS, RECLASSIFICATION OF
CERTAINMISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALIDCLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
ANDDISALLOWANCE OF CERTAIN AMENDED CLAIMS) (Re: related
document(s)[12981] Supplemental Order) (Docket No. 13043)

w.     CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

x.    Fourteenth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection
to Landlord Claims (Reduction of Certain Partially Invalid Claims,
Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid
Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of
Certain Amended Claims) (Re: related document(s)[10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13123)

y.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection for Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

z. Staus Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred to
Extend the Response Deadline; (Re: related document(s)10024 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

| | |
|---|---|
| Objection<br>Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/<br>Responses<br>Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B. A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

32.    Notice and Objection to Claim - *Liquidating Trusts Twenty-Third Omnibus Objection To Claims (Disallowance Of Certain Invalid Unliquidated Claims And Fixing Of Certain Unliquidated Claims* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11388)

Related
Documents:

a.      Docket Entry - Hearing CONTINUED FOR STATUS HEARING AS TO
        CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE
        CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND
        THE RESPONSE DEADLINE; SUSTAINED AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT; Appearance(s): Paula Beran. (Re: related
        document(s)[11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia
        (Docket No. 11562)

b.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

c.      Order Sustaining Liquidating Trust's Twenty-Third Omnibus Objection to Claims
        (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain

Unliquidated Claims) (Re: related document(s)[11388] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 11653)

d.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
      CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
      FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
      SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
      OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
      PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
      Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

e.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
      CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
      FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
      related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.

266

Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

f.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

g.    LIQUIDATING TRUST'S TWENTY-THIRD OMNIBUS OBJECTIONS TO
CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING
AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE
CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND
THE RESPONSE DEADLINE; (Re: related document(s)[11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12524)

h.    Second Order Sustaining Liquidating Trust's Twenty-Third Omnibus Objection
To Claims (disallowance of certain invalid unliquidated claims and fixing of
certain unliquidated claims) (Re: related document(s)[11655] Order Directing)
(Docket No. 12605)

i.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

j.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

k.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
      CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE

TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

l.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

m.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
      OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
      CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
      continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

n.     Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
       Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
       to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
       Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

o. Staus Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred to
Extend the Response Deadline; (Re: related document(s)10024 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

Objection
Deadline:        November 23, 2011 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit B</u>.

Status:          A status hearing is going forward with respect to those claims for which a
                 response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a
                 response do not need to appear at the hearing. Such parties' rights
                 will not be affected at this hearing.**  During the hearing the Liquidating
                 Trust will advise the Court that the status hearing will be adjourned to
                 April 23, 2014 at 2:00 p.m. with respect to those claims for which a
                 response was filed.  With respect to those claims to which a response was
                 not filed but to which the Liquidating Trust agreed to continue the hearing
                 and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating
                 Trust will advise the Court that the status hearing will be adjourned to
                 April 23, 2014 at 2:00 p.m. with respect to those claims.  **Those parties
                 do not need to appear at the hearing.  Such parties' rights will not be
                 affected at this hearing.**

33.   Omnibus Objection to Claim - *Twenty-Fourth Omnibus Objection to Claims (Reduction
      of Certain Partially Invalid Claims)* Hearing scheduled 12/8/2011 at 02:00 PM at Judge
      Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn
      L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating
      Trust. (Docket No. 11402)

      Related
      Documents:

      a.    Docket Entry - Hearing CONTINUED FOR STATUS HEARING AS TO
            CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE
            CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND
            THE RESPONSE DEADLINE; SUSTAINED AS TO CERTAIN OTHERS AS
            SET OUT IN OPEN COURT; Appearance(s): Paula Beran. (Re: related
            document(s)[11402] Objection to Claim filed by Circuit City Stores, Inc.
            Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge
            Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia
            (Docket No. 11563)

      b.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
            CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
            RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
            TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;

SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

c.     Order Sustaining Liquidating Trust's Twenty-Fourth Omnibus Objection to
       Claims (Reduction of Certain Partially Invalid Claims) (Re: related
       document(s)[11402] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) (Docket No. 11652)

d.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
       OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

e.    Second Order Sustaining Liquidating Trust's Twenty-Fourth Omnibus Objection
      to Claims (reduction of certain partially invalid claims) (Re: related
      document(s)[4727] Order Re: Objection, [11652] Order Directing) (Docket No.
      11822)

f.    Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTS
      TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF
      CERTAIN PARTIALLY INVALID CLAIMS) SOLELY WITH RESPECT TO THE
      CLAIM OF UNITED STATES DEBT RECOVERY LLC / MARKET FORCE
      INFORMATION (CLAIM NO. 5098))* (Re: related document(s)[11402] Objection
      to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S.
      Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
      Liquidating Trust. (Docket No. 11918)

g.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
      CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
      FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
      related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

h.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

i.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trust. (Docket No. 12525)

j.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

k.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge

Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

m.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

n.      CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
        OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
        continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

o.   Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
     Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
     to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
     Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

p.  Staus Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

Objection
Deadline:                December 1, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached <u>Exhibit B</u>.

Status:                   A status hearing is going forward with respect to those claims for
                          which a response was filed as identified on <u>Exhibit B</u>.  **Those
                          parties who filed a response do not need to appear at the
                          hearing. Such parties' rights will not be affected at this
                          hearing.**  During the hearing the Liquidating Trust will advise the
                          Court that the status hearing will be adjourned to April 23, 2014 at
                          2:00 p.m. with respect to those claims for which a response was
                          filed.  With respect to those claims to which a response was not
                          filed but to which the Liquidating Trust agreed to continue the
                          hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                          the Liquidating Trust will advise the Court that the status hearing
                          will be adjourned to April 23, 2014 at 2:00 p.m. with respect to
                          those claims.  **Those parties do not need to appear at the
                          hearing.  Such parties' rights will not be affected at this
                          hearing.**

34.      Objection to Claim - *Liquidating Trustee's Twenty-Fifth Omnibus Objection to Claims
         (Reduction of Certain Partially Invalid Claims)* Hearing scheduled 12/8/2011 at 02:00
         PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
         filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores,
         Inc. Liquidating Trust. (Docket No. 11403)

         Related
         Documents:

         a.       Docket Entry – Hearing CONTINUED FOR STATUS HEARING AS TO
                  CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE
                  CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND
                  THE RESPONSE DEADLINE; SUSTAINED OR RESOLVED AS TO
                  CERTAIN OTHERS AS SET OUT IN OPEN COURT; Appearance(s): Paula
                  Beran. (Re: related document(s)[11403] Objection to Claim filed by Circuit City
                  Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge
                  Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia
                  (Docket No. 11564)

         b.       Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
                  CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
                  RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
                  TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
                  SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
                  SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

c.   Order Sustaining Liquidating Trust's Twenty-Fifth Omnibus Objection to Claims
     (Reduction of Certain Partially Invalid Claims) (Re: related document(s)[11403]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket
     No. 11653)

d.   Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
     CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
     FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
     TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
     SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
     OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

e.      Second Order Sustaining Liquidating Trust's Twenty-Fifth Omnibus Objection To
        Claims (reduction of certain partially invalid claims)(Re: related document(s)
        [11653] Order Directing) (Docket No. 11824)

f.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

g.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
       CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
       to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

h.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE; (Re: related document(s)[11402] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
       at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
       Virginia. P. Beran for Trust. (Docket No. 12525)

i.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

j.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

k.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

m.     CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
       OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
       CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING

RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

n.     Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

o.     Status Hearing continued as to Unresolved Claims; (Re: related document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13206)

| | |
|---|---|
| Objection Deadline: | December 1, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to the one claim remaining for which a response was filed as identified on Exhibit B.  **Said party does not need to appear at the hearing. Such party's rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. |

35.   Omnibus Objection to Claim - *Liquidating Trust's Twenty-Sixth Omnibus Objection to Claims (Disallowance of Certain Late and/or Otherwise Invalid Claims)* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11404)

Related
Documents:

a.   Docket Entry - Hearing CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT; AMENDED ORDER to be submitted. Appearance(s): Paula Beran. (Re: related document(s)[11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at

02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia (Docket No. 11565)

b.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
       CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
       SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
       3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
       5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

c.     Order Sustaining Liquidating Trust's Twenty-Sixth Omnibus Objection to Claims
       (Disallowance of Certain Invalid Claims) (Re: related document(s)[11404]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket
       No. 11655)

d.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
       OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

e.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
       related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

f.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

g.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE; (Re: related document(s)[11402] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
       at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
       Virginia. P. Beran for Trust. (Docket No. 12525)

h.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

i.      CONTINUE FOR STATUS HEARING AS TO REMAINING UNRESOLVED
        CLAIMS; Objection to American Home Assurance Co.'s Six claims, 10202-
        10207 SUSTATINED (Re: related document(s)[11404] Objection to Claim filed
        by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. (Docket No. 12797)

j.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

k.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE

DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

l.      CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court; CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

m.      Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.

> Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

n. Staus Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

| | |
|---|---|
| Objection Deadline: | December 1, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those** |

**parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

36.   Omnibus Objection to Claim - *Liquidating Trust's Twenty-Seventh Omnibus Objection to Claims Filed by Taxing Authorities (Reduction of Partially Invalid Claim; Disallowance of No Liability, and Late-Filed Claims)* Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11444)

Related
Documents:

a.   Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

b.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
        OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
        PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
        Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

c.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

d.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]

312

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

e.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; (Re: related document(s)[11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
        at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
        Virginia. P. Beran for Trust. (Docket No. 12525)

f.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

g.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE

DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

h.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

i.   Hearing continued for STATUS Hearing as to one remaining claim; (Re: related
     document(s)[11444] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
     Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
     Tavenner. (Docket No. 13016)

j.   CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
     OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
     CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
     RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
     TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
     continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

k.      Status Hearing continued as to Unresolved Claims; (Re: related
        document(s)[10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
        Beran for Trustee. (Docket No. 13157)

l.      Status Hearing continued as to Unresolved Claims; (Re: related
        document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge

Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13206)

| | |
|---|---|
| Objection Deadline: | December 29, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to the one remaining claim identified on Exhibit B.  **Said party does not need to appear at the hearing. Such party's rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. |

37.     Omnibus Objection to Claim - *Liquidating Trust's Twenty-Eighth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Amended Claims)* Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11445)

Related Documents:

a.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to

319

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

b.  Order Regarding Liquidating Trust's Twenty-Eighth Omnibus Objection To
Landlord Claims(reduction of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late-filed claims, and disallowance
of certain amended claims) (Re: related document(s)[11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 11677)

c.  Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

d.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee. (Docket No. 11960)

e.      Third Order Regarding Liquidating Trust's Twenty-Eight Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11677] Order Re: Objection) (Docket No. 12008)

f.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS-- CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders

321

to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

g.    FOURTH Order Regarding Liquidating Trust's Twenty-Eight Omnibus Objection
To Landlord Claims (reduction of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late-filed claims, and disallowance
of certain amended claims)(Re: related document(s)[12008] Amended Order)
(Docket No. 12319)

h.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; (Re: related document(s)[11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
        at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
        Virginia. P. Beran for Trust. (Docket No. 12525)

i.      Fifth Order Regarding Liquidating Trust's Twenty-Eighth Omnibus Objection To
        Landlord Claims (reeducation of certain partially invalid claims, disallowance of
        certain invalid claims, disallowance of certain late filed claims and disallowance
        of certain amended claims) (Re: related document(s)[12319] Supplemental Order)
        (Docket No. 12583)

j.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

k.      SIXTH Order Regarding Liquidating Trust's Twenty-Eighth Omnibus Objection
To Landlord Claims (reduction of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late-filed claims, and disallowance
of certain amended claims) (Re: related document(s)[12583] Supplemental Order)
(Docket No. 12753)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

n.     Seventh Order Regarding Liquidating Trust's Twenty-Eight Omnibus Objection
       To Landlord Claims (reeducation of certain partially invalid claims,

reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s)[12753] Supplemental Order) (Docket No. 12982)

o.    Eighth Order Regarding Liquidating Trust's Twenty-Eighth Omnibus Objection To Landlord Claims (reeducation of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12982] Supplemental Order) (Docket No. 12983)

p.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

q.   NINTH ORDER REGARDING LIQUIDATING TRUSTS TWENTY-EIGHTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OF
CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-
FILED CLAIMS, ANDDISALLOWANCE OF CERTAIN AMENDED
CLAIMS)(Re: related document(s)[12983] Supplemental Order) (Docket No.
13051)

r.   CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

s.    Tenth Order Regarding Liquidating Trust's Twenty-Eighth Omnibus Objection to
      LandLord Claims (Reduction of certain Partially Invlid Claims, Disallowance of
      Certain Invlid Claims, Disallowance of Certain Late-Filed CLaims, and
      Disallowance of Certain Smended CLaims (Re: related document(s)[11445]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket
      No. 13138)

t.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
      Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
      to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
      Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

u. Staus Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred to
Extend the Response Deadline; (Re: related document(s)10024 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>10073</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11388</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11402</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11404</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11445</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11807</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11808</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11809</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11849</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11850</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11851</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11852</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11853</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11854</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11992</u>Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>12442</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,<u>12446</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

|  |  |
|---|---|
| Objection Deadline: | December 29, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit B</u>. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on <u>Exhibit B</u>. A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

38.    Objection to Claim - *Liquidating Trust's Twenty-Ninth Omnibus Objection to Claims*

*(Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims)* Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11807)

Related
Documents:

a.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee. (Docket No. 11960)

b.      Order Sustaining Liquidating Trust's Twenty-Ninth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims) (Re: related document(s)[11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12025)

c.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

d.      SECOND Order Sustaining Liquidating Trust's Twenty-Ninth Omnibus Objection
To Claims (reduction of certain partially invalid claims and disallowance of
certain invalid claims) (Re: related document(s)[12025] Order Directing) (Docket
No. 12318)

e.      Corrected Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING
TRUST'S TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION
OF CERTAIN PARTIALLY INVALID CLAIMS AND DISALLOWANCE OF
CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF
HAWAIIAN ELECTRIC COMPANY, INC. (CLAIM NO. 1645)) (To Correct
Related Document)* (Re: related document(s)[11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner &
Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No.
12392)

f.      Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S
TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS AND DISALLOWANCE OF CERTAIN
INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF PUBLIC
SERVICE OF NEW HAMPSHIRE (CLAIM NO. 5164))* (Re: related
document(s)[11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf
of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12393)

g.      LIQUIDATING TRUST'S TWENTY-NINTH OMNIBUS OBJECTIONS TO
CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING
AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE
CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND
THE RESPONSE DEADLINE; (Re: related document(s)[11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12526)

h.      Third Order Sustaining Liquidating Trust's Twenty-Ninth Omnibus Objection To
Claims (reduction of certain partially invalid claims and disallowance of certain
invalid claims) (Re: related document(s)[12318] Supplemental Order) (Docket
No. 12645)

i.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

j.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
        CLAIMS; Objection to NSTAR GAS claim SUSTAINED (Re: related

document(s)[11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Beran for Trustee. (Docket No. 12798)

k.      Fourth Order Sustaining Liquidating Trust's Twenty-Ninth Omnibus Objection To
        Claims (reduction of certain partially invalid claims and disallowance of certain
        invalid claims) (Re: related document(s)[12645] Supplemental Order) (Docket
        No. 12856)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

n.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
      OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
      CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
      continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

o.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
      Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
      to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
      Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

p.  Staus Hearing continued as to Unresolved Claims; as to Claimants Filing
    Responses and as to Those Claimants With Whom the Trustee Has Agred to
    Extend the Response Deadline; (Re: related document(s)10024 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

| | |
|---|---|
| Objection Deadline: | May 3, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

39.     Objection to Claim - *Liquidating Trust's Thirtieth Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) & Notice of Liquidating Trust's Thirtieth Omnibus Objection to Claims (Disallowance of Certain Invalid Claims)* Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,

Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on
behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11808)

Related
Documents:

a.     Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTS
       THIRTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF
       CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF
       D.L. PETERSON TRUST AS ASSIGNEE OF PHH VEHICLE MANAGEMENT
       SERVICES LLC (CLAIM NO. 9788))* (Re: related document(s)[11808] Objection
       to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S.
       Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
       Liquidating Trust (Docket No. 11921)

b.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
       related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
       Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
       Bean for Trustee. (Docket No. 11960)

c.      Order Sustaining Liquidating Trust's Thirtieth Omnibus Objection to Claims
(Disallowance of Certain Invalid Claims) (Re: related document(s)[11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket
No. 12026)

d.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

e.    SECOND Order Sustaining Liquidating Trust's Thirtieth Omnibus Objection To Claims (disallowance of certain invalid claims)(Re: related document(s)[12026] Order Directing) (Docket No. 12317)

f.    Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S THIRTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF CENTRAL MAINE POWER (CLAIM NO. 1689))* (Re: related document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12296)

g.    Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S THIRTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF JOHNSON COUNTY POWER BOARD (CLAIM NO. 1680))* (Re: related document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12297)

h.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine for Trust; M. Reghetti (telephonically) for Claimants Hernandez, Card, Skaff and Gentry. (Docket No. 12527)

i.    Third Order Sustaining Liquidating Trust's Thirtieth Omnibus Objection To Claims (disallowance of certain invalid claims) (Re: related document(s)[12317] Supplemental Order) (Docket No. 12606)

j.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED CLAIMS (Re: related document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine for Trust; M. Reghetti (telephonically) for Claimants Hernandez, Card, Skaff and Gentry. (Docket No. 12661)

k.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

l.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
CLAIMS; Objection to Claim of the City of Chicago SUSTAINED (Re: related
document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trust. (Docket No. 12923)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

n.   Fourth Order Sustaining Liquidating Trust's Thirtieth Omnibus Objection To
     Claims (Disallowance of certain invalid claims) (Re: related document(s)[12606]
     Supplemental Order) (Docket No. 13075)

o.   CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
     OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
     CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
     RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
     TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
     continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

p.     Continued Hearing as to Unresolved Claims; Objection SUSTAINED as to claim
       of Audrey Soltis; Continued for Status Hearing as to Claimants Filing Responses
       and as to Those Claimants With Whom the Trustee has Agreed to Extend the
       Response Deadline (Re: related document(s)[11808] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at
       02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
       Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13154)

q.  Staus Hearing continued as to Unresolved Claims; as to Claimants Filing
    Responses and as to Those Claimants With Whom the Trustee Has Agred to
    Extend the Response Deadline; (Re: related document(s)10024 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

| | |
|---|---|
| Objection Deadline: | May 3, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.   **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims.  **Those** |

**parties do not need to appear at the hearing.  Such parties'
rights will not be affected at this hearing.**

40.     Objection to Claim - *Liquidating Trust's Thirty-First Omnibus Objection to Claims
(Disallowance of Certain Invalid Claims) & Notice of Liquidating Trust's Thirtieth
Omnibus Objection to Claims (Disallowance of Certain Invalid Claims)* Hearing
scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on
behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11809)

Related
Documents:

   a.     Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTS THIRTY-
FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF MADISON
GAS AND ELECTRIC COMPANY (CLAIM NO. 1764))* (Re: related
document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf
of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11922)

   b.     Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTS THIRTY-
FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF NEW YORK
STATE ELECTRIC AND GAS AND CORPORATION (CLAIM NO. 212))* (Re:
related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf
of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11917)

   c.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

d.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

e.    SECOND Order Sustaining Liquidating Trust's thirty-First Omnibus Objection To
Claims (disallowance of certain invalid claims) (Re: related document(s)[12040]
Supplemental Order) (Docket No. 12316)

f.    Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S
THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF
CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF
MISHAWAKA UTILITIES (CLAIM NO. 3109))* (Re: related document(s)[11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by
Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
Liquidating Trust. (Docket No. 12391)

g.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12354] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trust. (Docket No. 12528)

h.     Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S
       THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF
       CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIMS OF
       TUCSON ELECTRIC POWER COMPANY (CLAIM NOS. 1040 AND 1691))* (Re:
       related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf
       of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12572)

i.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
       CLAIMS (Re: related document(s)[11808] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
       at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
       Virginia. P. Beran and A. Caine for Trust; M. Reghetti (telephonically) for
       Claimants Hernandez, Card, Skaff and Gentry. (Docket No. 12661)

j.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

k.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
      CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
      related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

l.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

m.   Third Order Sustaining Liquidating Trust's Thirty-First Omnibus Objection To
     Claims (Disallowance of certain invalid claims)(Re: related document(s)[12316]
     Supplemental Order) (Docket No. 13072)

n.   CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
     OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
     CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING

RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

o.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

p.    Staus Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)10024 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

| | |
|---|---|
| Objection Deadline: | May 3, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at |

2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

41.    Notice and Objection to Claim - *Liquidating Trust's Thirty-Second Omnibus Objection to Claims (Disallowance of Certain Invalid Indemnification Claims)* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11843)

Related
Documents:

a.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12272)

b.  Order Sustaining Liquidating Trust's Thirty-Second Omnibus Objection To Claims
(disallowance of certain invalid indemnification claims) (Re: related
document(s)[11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) (Docket No. 12315)

c.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re:
related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge

Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trust. (Docket No. 12528)

d.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

e.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12795)

f.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
     FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
     TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
     EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
     to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Docket No. 12920)

g.  CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
    OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
    CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
    RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE
    HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued;
    (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13097)

h.  Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
    Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
    Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
    Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection
    to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

i.  Status Hearing continued as to Unresolved Claims; (Re: related document(s)[10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13206)

Objection
Deadline:          June 26, 2012

Objections/
Responses              See attached Exhibit B.
Filed:

Status:                A status hearing is going forward with respect to the one remaining
                       claim for which a response was filed as identified on Exhibit B.
                       **Said party does not need to appear at the hearing. Such party's
                       rights will not be affected at this hearing.**  During the hearing
                       the Liquidating Trust will advise the Court that the status hearing
                       will be adjourned to April 23, 2014 at 2:00 p.m.

42.     Notice and Objection to Claim - *Liquidating Trusts Thirty-Eighth Omnibus Objection to
        Claims: Reduction of Certain Partially Invalid Claims, Fixing of Certain Unliquidated
        Claims, or Disallowance of Certain Invalid Claims, as Applicable* Hearing scheduled
        7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of
        Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11849)

        Related
        Documents:

        a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED
             FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
             TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
             EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled
             or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit
             City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12272)

b.   Order Sustaining Liquidating Trust's Thirty-eight omnibus objections, (reduction of
certain partially invalid claims, fixing certain partially invalid claims as applicable
(Re: related document(s)[11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) (Docket No. 12307)

c.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re:
related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12528)

d. Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE SOLELY WITH RESPECT TO THE CLAIMS OF TUCSON ELECTRIC POWER COMPANY AND PUBLIC SERVICE OF NEW HAMPSHIRE (CLAIM NOS. 1039, 1694 AND 5164))* (Re: related document(s)[11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12573)

e. Letter *WITHDRAW OF THIS CLAIM amount $6045.04* filed by Wisconsin Power & Light. (Docket No. 12539)

f. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

g.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
    Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
    CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
    WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
    DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12795)

h.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Docket No. 12920)

i.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Lynn Tavenner for Trustee. (Docket No. 13015)

j.  CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE
HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued;
(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13097)

k.   Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
     Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
     Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
     Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection
     to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
     12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.

5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

l.   Staus Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

| | |
|---|---|
| Objection Deadline: | June 26, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for |

which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

43.   Notice and Objection to Claim - *Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation)* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11850)

Related
Documents:

a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12272)

b. First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) (Docket No. 12306)

c. Supplemental First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus
Objection To Landlord Claims (reduction of certain invalid claims-mitigation)(Re:
related document(s)[12306] Order Re: Objection) (Docket No. 12358)

d. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re:
related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trust. (Docket No. 12528)

e.   Second Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12306] Order Re: Objection) (Docket No. 12604)

f.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

g.   THIRD Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12604] Supplemental Order) (Docket No. 12749)

h.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12795)

i.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
    FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
    TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
    EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
    to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Docket No. 12920)

j.  Fourth Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection To
    Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
    document(s)[12749] Supplemental Order) (Docket No. 12973)

k.  Fifth Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection To

Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related document(s)[12973] Supplemental Order) (Docket No. 12974)

1.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Lynn Tavenner for Trustee. (Docket No. 13015)

m.  SIXTH ORDER REGARDING LIQUIDATING TRUSTS THIRTY-NINTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
INVALID CLAIMS-MITIGATION)(Re: related document(s)[12974] Supplemental
Order) (Docket No. 13049)

n.  CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE
HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued;
(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13097)

o.    Seventh Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to
      Landlord Claims (Reduction of Certain Invalid Claims-Mitigation) (Re: related
      document(s)[11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
      Trust) (Docket No. 13128)

p.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
      Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
      Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
      Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection
      to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

q.  Staus Hearing continued as to Unresolved Claims; as to Claimants Filing
    Responses and as to Those Claimants With Whom the Trustee Has Agred to
    Extend the Response Deadline; (Re: related document(s)10024 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11852</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11853</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11854</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11992</u>Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>12442</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,<u>12446</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

|                                 |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
| ------------------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| Objection Deadline:             | June 26, 2012                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
| Objections/ Responses Filed:    | See attached <u>Exhibit B</u>.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
| Status:                         | The Trust has resolved the Objection as it relates to certain claims as more particularly described on <u>Exhibit B</u>. A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

44.    Notice and Objection to Claim - *Liquidating Trust's Fortieth Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation)* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11851)

Related Documents:

a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED

FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

b. First Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Landlord

Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) (Docket No. 12305)

c.   Supplemental First Order Regarding Liquidating Trust's Fortieth Omnibus Objection
To Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12305] Order Re: Objection) (Docket No. 12324)

d.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re:
related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trust. (Docket No. 12528)

e.   Second Order Regarding Liquidating Trust's Fortieth Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12305] Order Re: Objection) (Docket No. 12603)

f.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

g.   THIRD Order Regarding Liquidating Trust's Fortieth Omnibus Objection To
     Landlord Claims (reduction of certain invalid claims-mitigation)(Re: related
     document(s)[12603] Supplemental Order) (Docket No. 12750)

h. Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection To Landlord
Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12750] Supplemental Order) (Docket No. 12832)

i. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12795)

j.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Docket No. 12920)

k.   Fifth Order Regarding Liquidating Trust's Fortieth Omnibus Objection To Landlord
     Claims (reduction of certain invalid claims-mitigation) (Re: related
     document(s)[12832] Supplemental Order) (Docket No. 12975)

l.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Lynn Tavenner for Trustee. (Docket No. 13015)

m.  SIXTH ORDER REGARDING LIQUIDATING TRUSTS FORTIETH OMNIBUS
    OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN INVALID
    CLAIMS-MITIGATION) (Re: related document(s)[12975] Supplemental Order)
    (Docket No. 13053)

n.  CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
    OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
    CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
    RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE
    HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued;
    (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13097)

o.   Seventh Order Regarding Liquidating Trust's Fortieth Omnibus Objection to
     Landlord Claims (Reduction of Certain Invalid Claims-Mitigation) (Re: related
     document(s)[11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating

Trust) (Docket No. 13135)

p.   Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
     Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
     Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
     Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection
     to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
     12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
     5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

q.   Staus Hearing continued as to Unresolved Claims; as to Claimants Filing
     Responses and as to Those Claimants With Whom the Trustee Has Agred to
     Extend the Response Deadline; (Re: related document(s)10024 Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

| | |
|---|---|
| Objection Deadline: | June 26, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was |

filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

45.   Notice and Objection to Claim - *Liquidating Trust's Forty-First Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation)* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11852)

Related
Documents:

a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12272)

b. First Order Regarding Liquidating Trust's Forty-First Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation)(Re: related
document(s)[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) (Docket No. 12304)

c. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re:
related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trust. (Docket No. 12528)

d.  Second Order Regarding Liquidating Trust's Forty-First Omnibus Objection To
    Landlord Claims (reduction of certain invalid claims-mitigation)(Re: related
    document(s)[12304] Order Re: Objection) (Docket No. 12584)

e.  Statement *Notice of Withdrawal of Proof of Claim Number 14110* filed by Jennifer
    McLain McLemore of Christian & Barton, LLP on behalf of Jordan Landing, LLC.
    (Docket No. 12636)

f.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
    Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
    CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
    WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
    DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

g.  THIRD Order Regarding Liquidating Trust's Forty-First Omnibus Objection To
    Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
    document(s)[12584] Supplemental Order) (Docket No. 12751)

h.  Fourth Order Regarding Liquidating Trust's Forty-First Omnibus Objection To
    Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
    document(s)[12751] Supplemental Order) (Docket No. 12829)

i.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
    Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
    CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
    WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
    DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12795)

j.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
    FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
    TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
    EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
    to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Docket No. 12920)

k.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
    Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
    CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
    WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
    DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Lynn Tavenner for Trustee. (Docket No. 13015)

l.  FIFTH ORDER REGARDING LIQUIDATING TRUSTS FORTY-FIRST
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
INVALID CLAIMS-MITIGATION)(Re: related document(s)[12829] Supplemental
Order) (Docket No. 13054)

m.  SIXTH ORDER REGARDING LIQUIDATING TRUSTS FORTY-FIRST
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
INVALID CLAIMS-MITIGATION (Re: related document(s)[12829] Supplemental
Order) (Docket No. 13055)

n.  CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE
HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued;
(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13097)

o.   Seventh Order Regarding Liquidating Trust's Forty-First Omnibus Objection to
Landlord Claims (Reduction of Certain Invalid Claims-Mitigation) (Re: related
document(s)[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) (Docket No. 13136)

p.   Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

q.  Staus Hearing continued as to Unresolved Claims; as to Claimants Filing
    Responses and as to Those Claimants With Whom the Trustee Has Agred to
    Extend the Response Deadline; (Re: related document(s)10024 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

| | |
|---|---|
| Objection Deadline: | June 26, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

46.    Notice and Objection to Claim - *Liquidating Trust's Forty-Second Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation)* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11853)

Related Documents:

a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12272)

b.  First Order Regarding Liquidating Trust's Forty-Second Omnibus Objection To
    Landlord Claims (reduction of certain invalid claims-mitigation)(Re: related
    document(s)[5015] Objection to Claim filed by Circuit City Stores, Inc.) (Docket No.
    12303)

c.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
    Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
    FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE

TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12528)

d.  SECOND Order Regarding Liquidating Trust's Forty-Second Omnibus Objection To Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related document(s)[12303] Order Re: Objection) (Docket No. 12550)

e.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

f.   THIRD Order Regarding Liquidating Trust's Forty-Second Omnibus Objection To
     Landlord Claims (reduction of certain invalid claims-mitigation)(Re: related
     document(s)[12550] Supplemental Order) (Docket No. 12742)

g.   Fourth Order Regarding Liquidating Trust's Forty-Second Omnibus Objection To
     Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
     document(s)[12742] Supplemental Order) (Docket No. 12828)

h.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12795)

i.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Docket No. 12920)

j.   Fifth Order Regarding Liquidating Trust's Forty-Second Omnibus Objection To
     Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
     document(s)[12828] Supplemental Order) (Docket No. 12986)

k.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Lynn Tavenner for Trustee. (Docket No. 13015)

l.   SIXTH ORDER REGARDING LIQUIDATING TRUSTS FORTY-SECOND
     OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
     INVALID CLAIMS-MITIGATION) (Re: related document(s)[12986] Supplemental
     Order) (Docket No. 13057)

m.   CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
     OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
     CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
     RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE
     HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued;
     (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13097)

n.  Seventh Order Regarding Liquidating Trust's Forty-Second Omnibus Objection to
    Landlord Claims (Reduction of Certain Invalid Claims-Mitigation) (Re: related
    document(s)[11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
    Trust) (Docket No. 13127)

o.  Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
    Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
    Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
    Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection
    to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

p.  Staus Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred to
Extend the Response Deadline; (Re: related document(s)10024 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

|  |  |
|---|---|
| Objection Deadline: | June 26, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

47.    Notice and Objection to Claim - *Liquidating Trust's Forty-Third Omnibus Objection to Landlord and Contractor Claims (Reduction of Certain Partially Invalid Claims,*

*Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Amended Claims)* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11854)

Related
Documents:

a. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12272)

b.   First Order Regarding Liquidating Trust's Forty-Third Omnibus Objection To
Landlord and Contractor Claims(reduction of certain partially invalid claims,
reclassification of certain misclassified claims, disallowance of certain invalid
claims, disallowance of certain late filed claims, and disallowance of certain
amended claims)(Re: related document(s)[11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) (Docket No. 12302)

c.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re:
related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trust. (Docket No. 12528)

d.   SECOND Order Regarding Liquidating Trust's Forty-Third Omnibus Objection To
Landlord and Contractor Claims (reduction of certain partially invalid claims,
reclassification of certain misclassified claims, disallowance of certain invalid
claims, disallowance of certain late-filed claims and disallowance of certain amended
claims) (Re: related document(s)[12302] Order Re: Objection) (Docket No. 12551)

e.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

f.   THIRD Order Regarding Liquidating Trust's Forty-Third Omnibus Objection To
Landlord and contractor Claims (reduction of certain partially invalid claims,
reclassification of certain misclassified claims, disallowance of certain invalid
claims, disallowance of certain late-filed claims, and disallowance of certain
amended claims) (Re: related document(s)[12551] Supplemental Order) (Docket No.
12743)

g.   Fourth Order Regarding Liquidating Trust's Forty-Third Omnibus Objection To
Landlord and Contractor Claims(reduction of certain partially invalid claims,
reclassification of certain misclassified claims, disallowance of certain invalid
claims, disallowance of certain late-filed claims, disallowance of certain duplicate
claims and disallowance of certain amended claims) (Re: related document(s)[12743]
Supplemental Order) (Docket No. 12827)

h.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12795)

i.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
    FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
    TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
    EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
    to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Docket No. 12920)

j.   Fifth Order Regarding Liquidating Trust's Forty-Third Omnibus Objection To
     Landlord and Contractor Claims (reeducation of certain partially invalid claims,
     reclassification of certain misclassified claims, disallowance of certain invalid
     claims, disallowance of certain late-filed claims, disallowance of certain duplicate
     claims and disallowance of certain amended claims)(Re: related document(s)[12827]
     Supplemental Order) (Docket No. 12985)

k.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO

CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

l.   SIXTH ORDER REGARDING LIQUIDATING TRUSTS FORTY-THIRD OMNIBUS OBJECTION TO LANDLORD AND CONTRACTOR CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS,RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)(Re: related document(s)[12985] Supplemental Order) (Docket No. 13058)

m.   CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court; CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13097)

n.  Seventh Order Regarding Liquidating Trust's Forty-Third Omnibus Objection to
Landlord and Contractor Claims (Reduction of Certain Partially Invalid Claims,
Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid
Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain
Amended Claims)(Re: related document(s)[11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13129)

o.  Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

p.   Staus Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred to
Extend the Response Deadline; (Re: related document(s)10024 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

| | |
|---|---|
| Objection Deadline: | June 26, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

48.   Notice and Objection to Claim – *Forty-Fourth Omnibus Objection to Claims
(Disallowance of Certain Invalid Personal Injury Claims)* Hearing scheduled 7/10/2012
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City
Stores, Inc. Liquidating Trust. (Docket No. 11992)

Related
Documents:

a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS

TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled
or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12272)

b.  Order Sustaining Liquidating Trust's Forty-Fourth Omnibus Objection To Claims
    (disallowance of certain invalid personal injury claims) (Re: related

document(s)[11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12323)

c.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12528)

d.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

e.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12795)

f.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00

PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

g. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
Tavenner for Trustee. (Docket No. 13015)

h.   CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
     OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
     CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
     RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE
     HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued;
     (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13097)

i.   Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
     Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
     Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
     Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection
     to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed
     by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13153)

j.   Staus Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred to
Extend the Response Deadline; (Re: related document(s)10024 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

Objection
Deadline:            June 26, 2012

Objections/
Responses            See attached <u>Exhibit B</u>.
Filed:

Status:              The Trust has resolved the Objection as it relates to certain claims
                     as more particularly described on <u>Exhibit B</u>.  A status hearing is
                     going forward with respect to the one remaining claim for which a
                     response was filed as identified on <u>Exhibit B</u>.  **Said claimant does
                     not need to appear at the hearing. Such party's rights will not
                     be affected at this hearing.**  During the hearing the Liquidating
                     Trust will advise the Court that the status hearing will be adjourned
                     to April 23, 2014 at 2:00 p.m. with respect to such claimant.

49.   Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S FORTY-
      SEVENTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN
      PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR
      DISALLOWANCE OF CERTAIN INVALID CLAIMS (MULTIPLE HR PROGRAMS
      CLAIMED))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens'
      Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner
      of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.
      (Docket No. 12394)

      Related
      Documents:

      a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
           Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
           CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
           WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
           DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
           City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
           Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
           Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
           Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
           Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
           Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
           Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
           Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
           Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
           Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
           Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
           Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

b.   Order Sustaining Liquidating Trust's Forty-Seventh Omnibus Objection To Claims:
Reduction Of Certain Partially Invalid Claims, Fixing Of Certain Unliquidated
Claims, or Disallowance of Certain Invalid Claims (multiple HR Programs Claimed)
(Re: related document(s)[12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) (Docket No. 12741)

c.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

Lynn Tavenner for Trustee. (Docket No. 13015)

d.   Third Order Sustaining Liquidating Tryst's Forty-Seventh Omnibus Objection To Claims; Reduction of certain partially invalid claims, fixing of certain unliquidated claims, or disallowance of certain invalid claims (multiple HR Programs Claimed) (Re: related document(s)[12988] Supplemental Order) (Docket No. 13077)

e.   CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court; CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.

443

Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13097)

f.   Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

g.   Status Hearing continued as to Unresolved Claims; (Re: related document(s)[10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13206)

| | |
|---|---|
| Objection Deadline: | November 29, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to the one remaining claims for which a response was filed as identified on Exhibit B.  **Said party does not need to appear at the hearing.  Such party's rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. |

50.   Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S FORTY-NINTH
OMNIBUS OBJECTION TO CLAIMS: FIXING OF CERTAIN UNLIQUIDATED
CLAIMS (DEFERRED COMPENSATION PLAN))* Hearing scheduled 12/6/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores,
Inc. Liquidating Trust. (Docket No. 12396)

Related
Documents:

    a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

b.   Order Sustaining Liquidating Trust's Forty-Ninth Omnibus Objection to Claims:
Fixing of Certain Unliquidated Claims (Deferred Compensation Plan) (Re: related
document(s)[12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) (Docket No. 12703)

c.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

d.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
     CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
     RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
     TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
     related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

e.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

f.  CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
    OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
    CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
    RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
    TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
    continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

g.   Status Hearing continued as to Unresolved Claims; (Re: related

document(s)[12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13156)

h.   Status Hearing continued as to Unresolved Claims; (Re: related
document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13206)

Objection
Deadline:                November 29, 2012

Objections/
Responses                See attached Exhibit B.
Filed:

Status:                  A status hearing is going forward with respect to the one remaining
                         claim as identified on Exhibit B.  **Said party does not need to
                         appear at the hearing. Such party's rights will not be affected at
                         this hearing.**  During the hearing the Liquidating Trust will advise
                         the Court that the status hearing will be adjourned to April 23, 2014
                         at 2:00 p.m.

51.   Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S FIFTY-THIRD
      OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY
      INVALID CLAIMS OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS*

*APPLICABLE (SPECIAL CASH RETENTION PROGRAM))* Hearing scheduled
12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of
Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12419)

Related
Documents:

   a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

b.  Order Sustaining Liquidating Trust's Fifty-Third Omnibus Objection to Claims:
Reduction of Certain Partially Invalid Claims or Disallowance of Certain Invalid
Claims, as Applicable (Special Cash Retention Program) (Re: related
document(s)[12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) (Docket No. 12707)

c.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

d.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
    CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
    RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
    TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
    related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

e.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
     WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

f.  CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
    OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;

CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

g.  Status Hearing continued as to Unresolved Claims; (Re: related document(s)[12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13156)

h.  Status Hearing continued as to Unresolved Claims; (Re: related document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13206)

| | |
|---|---|
| Objection Deadline: | November 29, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to the remaining claims of Bruce Besanko. **He does not need to appear at the hearing. His rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the |

status hearing will be adjourned to April 23, 2014 at 2:00 p.m.

52.    Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S FIFTY-
       SEVENTH OMNIBUS OBJECTION TO CLAIMS: FIXING OF CERTAIN
       UNLIQUIDATED CLAIMS, REDUCTION OF CERTAIN PARTIALLY INVALID
       CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, OR RESTORATION OF
       PREVIOUSLY EXPUNGED CLAIMS, AS APPLICABLE (LONG TERM INCENTIVE
       PLAN))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom,
       701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner
       & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No.
       12426)

       Related
       Documents:

       a.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
             CLAIMS; Responses withdrawn from F. Telegadas & L. McDonald to allow
             claims; (Re: related document(s)[12426] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2012 at 02:00 PM at
             Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
             P. Beran for Trustee. (Docket No. 12666)

       b.    Order Sustaining Liquidating Trust's Fifty-Seventh Omnibus Objection to Claims:
             Fixing of Certain Unliquidated Claims, Reduction of Certain Partially Invalid
             Claims, Disallowance of Certain Invalid Claims, or Restoration of Previously
             Expunged Claims, as Applicable (Long Term Incentive Plan) (Re: related
             document(s)[12426] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust) (Docket No. 12711)

       c.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
             Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
             CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
             WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
             DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
             City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
             City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
             City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
             City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
             City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
             City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
             City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
             City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
             City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
             City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
             City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

d.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
      CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
      related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

e.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

f.    Second Order Sustaining Liquidating Trust's Fifty-Seventh Omnibus Objection To Claims: Fixing Of Certain Unliquidated Claims, Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Or Restoration Of Previously Expunged Claims, As Applicable ((Long Term Incentive Plan))) (Re: related document(s)[12711] Order Re: Objection) (Docket No. 13073)

g.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court; CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

h.     Third Order Sustaining LIQUIDATING TRUST'S FIFTY-SEVENTH
       OMNIBUS OBJECTION TO CLAIMS: FIXING OF CERTAIN
       UNLIQUIDATED CLAIMS, REDUCTION OF CERTAIN PARTIALLY
       INVALID CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS,
       OR RESTORATION OF PREVIOUSLY EXPUNGED CLAIMS, AS
       APPLICABLE (LONG TERM INCENTIVE PLAN)) (Re: related
       document(s)[12426] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) (Docket No. 13131)

i.     Status Hearing continued as to Unresolved Claims; (Re: related
       document(s)[12396] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge
       Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
       Beran for Trustee. (Docket No. 13156)

j.     Status Hearing continued as to Unresolved Claims; (Re: related
       document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13206)

| | |
|---|---|
| Objection Deadline: | November 29, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to the one remaining claim as identified on Exhibit B.  **This party who filed a response does not need to appear at the hearing. Such party's rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. |

53.     Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS OR DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AS APPLICABLE (PENNSYLVANIA SERVICE CENTER))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12427)

Related
Documents:

a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

b. Order Sustaining Liquidating Trust's fifty-Eighth Omnibus Objection to Claims:

Reduction of Certain Partially Invalid Claims or Disallowance of Certain
Duplicate Claims, As Applicable (Pennsylvania Service Center) (Re: related
document(s)[12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) (Docket No. 12712)

c.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

d.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

e.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

f.   CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
     OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
     CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
     RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
     TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
     continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

g.   Status Hearing continued as to Unresolved Claims; (Re: related
     document(s)[12396] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge
     Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula

Beran for Trustee. (Docket No. 13156)

h.   Status Hearing continued as to Unresolved Claims; (Re: related document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13206)

Objection
Deadline:            November 29, 2012

Objections/
Responses            See attached Exhibit B.
Filed:

Status:              A status hearing is going forward with respect to the one remaining claim as identified on Exhibit B.  **Said party does not need to appear at the hearing. Such party's rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m.

54.   Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS: FIXING OF CERTAIN UNLIQUIDATED CLAIMS, REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE (SEVERANCE))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12428)

Related
Documents:

a. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

b.   Order Sustaining Liquidating Trust's Fifty-Ninth Omnibus Objection to Claims: Fixing of Certain Unliquidated Claims, Reduction of Certain Partially Invalid Claims, or Disallowance of Certain Invalid Claims, as Applicable (Severance) (Re: related document(s)[12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12713)

c.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED CLAIMS; Objection to claim of Ken J. Young SUSTAINED by agreement (Re: related document(s)[12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12800)

d.   Second Order Sustaining Liquidating Trust's Fifty-Ninth Omnibus Objection To Claims; Fixing Of Certain Unliquidated Claims; Reduction of Certain Partially Invalid Claims; or Disallowance Of Certain Invalid Claims, as Applicable (severance) (Re: related document(s)[12713] Order Re: Objection) (Docket No. 12951)

e.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED CLAIMS; Objection to Claim of Steven E. Jackson SUSTAINED (Re: related document(s)[12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trust. (Docket No. 12924)

f.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

g.  CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
    OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
    CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
    RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
    TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
    continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

    h.   Status Hearing continued as to Unresolved Claims; (Re: related
document(s)[12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13156)

    i.   Status Hearing continued as to Unresolved Claims; (Re: related
document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13206)

| | |
|---|---|
| Objection Deadline: | November 29, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to the one remaining claim as identified on Exhibit B.  **Said party does not need to appear at the hearing. Such party's rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. |

55.   Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S SIXTIETH
OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LATE*

*CLAIMS))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12439)

Related
Documents:

a.  Order Sustaining Liquidating Trust's Sixtieth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Re: related document(s)[12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12714)

b.  Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S LIQUIDATING TRUSTS SIXTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LATE CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF JAMIE LAMAR (CLAIM NO. 14182))* (Re: related document(s)[12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12771)

c.  Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S LIQUIDATING TRUST'S SIXTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LATE CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF SUSAN RICHARDSON (CLAIM NO. 13958))* (Re: related document(s)[12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12772)

d.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. (Docket No. 12795)

e.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

f.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS
TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE
RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

g.      CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
        OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE
        Hearing continued; (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

h.      Status Hearing continued as to Unresolved Claims; (Re: related
        document(s)[12396] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
        Beran for Trustee. (Docket No. 13156)

i.      Status Hearing continued as to Unresolved Claims; (Re: related
        document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
        Beran for Trustee. (Docket No. 13206)

Objection
Deadline:              November 29, 2012

Objections/
Responses        See attached <u>Exhibit B</u>.
Filed:

Status:          A status hearing is going forward with respect to the one remaining
                 claim as identified on <u>Exhibit B</u>.  **Said party does not need to
                 appear at the hearing. Such party's rights will not be affected
                 at this hearing.**  During the hearing the Liquidating Trust will
                 advise the Court that the status hearing will be adjourned to April
                 23, 2014 at 2:00 p.m.

56.  Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S SIXTY-SECOND
     OMNIBUS OBJECTION TO CLAIMS: DISALLOWANCE OF CERTAIN INVALID
     SCHEDULED CLAIMS AND REDUCTION OF CERTAIN PARTIALLY INVALID
     SCHEDULED CLAIMS)* Hearing scheduled 12/6/2012 at 02:00 PM at Judge
     Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn
     L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating
     Trust. (Docket No. 12442)

     Related
     Documents:

     a.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
          CLAIMS; objections to Deloitte, Mid Carolina, and Scranton Times withdrawn;
          SUSTAINED as to other non responded claims; order to be submitted. (Re:
          related document(s)[12442] Objection to Claim filed by Circuit City Stores, Inc.
          Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
          Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
          Beran for Trustee. (Docket No. 12667)

     b.   Order Sustaining Liquidating Trust's Sixty-Second Omnibus Objection to Claims:
          Disallowance of Certain Invalid Scheduled Claims and Reduction of Certain
          Partially Invalid Scheduled Claims (Re: related document(s)[12442] Objection to
          Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12716)

     c.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
          Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
          CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
          WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
          DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
          City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
          City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
          City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
          City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
          City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

d.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE

TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

e.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

f.      CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
        OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
        continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

g.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

|   |   |
|---|---|
| Objection Deadline: | November 29, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

57.   Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S SIXTY-THIRD
OMNIBUS OBJECTION TO CLAIMS: FIXING OF CERTAIN UNLIQUIDATED
CLAIMS; REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS; OR
DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE (HUMAN
RESOURCES CLAIMS))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn
L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating

Trust. (Docket No. 12445)

Related
Documents:

a.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS
       TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE
       RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [12397] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12456] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

b.      CONTINUED FOR STATUS HEARING AS TO REMAINING
        UNRESOLVED CLAIMS; Claimants Elizabeth R. Warren, James H. Wimmer
        Jr. & William Harmon continued; All other Objections are SUSTAINED (Re:
        related document(s)[12445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Beran for Trustee. (Docket No. 12801)

c.      Order Sustaining Liquidating Trust's Sixty-Third Omnibus Objection To Claims;
        Fixing Of Certain Unliquidated Claims; Reduction Of Certain Partially Invalid
        Claims; or Disallowance of Certain Invalid Claims; As Applicable (Human
        Resources Claims) (Re: related document(s)[12445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12950)

d.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

e.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS
      TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE
      RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

f.      Second Order Sustaining Liquidating Trust's Sixty-Third Omnibus Objection To
        Claims: Fixing of certain unliquidated claims, reduction of certain partially
        invalid claims; or disallowance of certain invalid claims as applicable (Human
        Resources Claims) (Re: related document(s)[12950] Order Re: Objection)

(Docket No. 13076)

g.      CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
        OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE
        Hearing continued; (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

h.      Status Hearing continued as to Unresolved Claims; (Re: related
        document(s)[12396] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
        Beran for Trustee. (Docket No. 13156)

i.      Status Hearing continued as to Unresolved Claims; (Re: related
        document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
        Beran for Trustee. (Docket No. 13206)

Objection
Deadline:              November 29, 2012


Objections/
Responses              See attached Exhibit B.
Filed:

Status:    A status hearing is going forward with respect to the one remaining claim for which a response was filed as identified on Exhibit B. **Said party does not need to appear at the hearing. Such party's rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m.

58. Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S SIXTY-FOURTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12446)

Related
Documents:

a. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

b.    Order Regarding Liquidating Trust's Sixty-Fourth Omnibus Objection to Landlord
Claims (Reduction of Certain Partially Invalid Claims) (Re: related
document(s)[12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) (Docket No. 12719)

c.    Second Order Regarding Liquidating Trust's Sixty-Fourth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims) (Re: related
document(s)[12719] Order Directing) (Docket No. 12840)

d.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12795)

e.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for

6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

f.    Third Order Regarding Liquidating Trust's Sixty-Fourth Omnibus Objection To Landlord claims (reduction of certain partially invalid claims) (Re: related document(s)[12840] Supplemental Order). (Docket No. 12987)

g.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Lynn Tavenner for Trustee. (Docket No. 13015)

h.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE
HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued;
(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13097)

i.   Fifth Order Regarding LIQUIDATING TRUST'S SIXTY-FOURTH OMNIBUS
     OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
     PARTIALLY INVALID CLAIMS)) (Re: related document(s)[12446] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13134)

j.   Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
     Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
     Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
     Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection
     to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

  k.  Staus Hearing continued as to Unresolved Claims; as to Claimants
      Filing Responses and as to Those Claimants With Whom the Trustee
      Has Agred to Extend the Response Deadline; (Re: related
      document(s)10024 Objection to Claim filed by Circuit City Stores,
      Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, 10042Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating
      Trust,10045 Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, 10046 Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating
      Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, 10072 Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating
      Trust, 11404 Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, 11445 Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, 11807 Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

| | |
|---|---|
| Objection Deadline: | November 29, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B. A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to April 23, 2014 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

Dated: Richmond, Virginia
February 18, 2014

TAVENNER & BERAN, PLC

_____*/s/ Paula S. Beran*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust*