**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to April 23, 2014 at 2:00 p.m. |
| 31 | Glenn Cordell Duncan | 2722 2725 | 4755 | The status hearing on this response is adjourned to April 23, 2014 at 2:00 p.m. |
| 31 | Gary R. Lowe | 5144 | 4810 | This claim has been withdrawn (see Docket no 12852). |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to April 23, 2014 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to April 23, 2014 at 2:00 p.m. |
| 31 | Brad C. King | 3634 | 4842 | The Trust has moved to disallow this claim for failure to participate in Court ordered mediation. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to April 23, 2014 at 2:00 p.m. |
| 31 | Antor Media Corporation | 6347 | 4926 | The claimant has withdrawn this claim so the matter maybe removed from the Court's docket. |
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The status hearing on this response is adjourned to April 23, 2014 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the February 20, 2014 hearing.

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 37 | City of Brighton, Michigan | 11213 13834 | 5065 | The status hearing on this response is adjourned to April 23, 2014  at 2:00 p.m. |
| 37 | Alameda County Treasurer | 13294 | 5098 12443 | The status hearing on this response is adjourned to April 23, 2014  at 2:00 p.m. |
| 37 | Los Angeles County | 13628 | 5113 | The status hearing on this response is adjourned to April 23, 2014  at 2:00 p.m. |
| 37 | Monterey County | 14131 | 5113 | The status hearing on this response is adjourned to April 23, 2014  at 2:00 p.m. |
| 60 | Mark Stewart | 9295 | 6082 | The Trust has moved to disallow this claim for failure to participate in Court ordered mediation. |
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation.  No such documentation was received before the Effective Date.  The claimant is now deceased.  The estate must be probated prior to anyone having authority to sign the settlement agreement.  Accordingly, the status hearing on this response is adjourned to April 23, 2014  at 2:00 p.m. |
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to April 23, 2014  at 2:00 p.m. |

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to April 23, 2014 at 2:00 p.m. |
| 79 | Rollins, James | 14825 | 8054 | This matter has been settled pursuant to procedures previously approved by this Court, and the matter may be removed from the Court's docket. |
| 79 | Tinsley, Clementine | 4272 | 8055 | The status hearing on this response is adjourned to April 23, 2014 at 2:00 p.m. |

3