Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

– and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------x
In re:                              :   Chapter 11
                                    :
CIRCUIT CITY STORES, INC., et al.,  :   Case No. 08-35653 (KRH)
                                    :
            Debtors.                :
                                    :   Jointly Administered
------------------------------------x

**FIFTEENTH ORDER REGARDING LIQUIDATING TRUST'S SECOND OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OF
CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED
CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Second Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit F attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Claim Number 6909 and Claim Number 8688, each filed by CC Colonial Trust, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

2. The Court will conduct a status conference on February 20, 2014 at 2:00 p.m. for all Claims identified on Exhibit A attached hereto.

3. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

4. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

5.  This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       Feb 19 2014            , 2014

/s/ Kevin R. Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

Entered on Docket:2/19/14

/s/ Lynn L. Tavenner
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
         - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
         - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*

3

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

> /s/ Lynn L. Tavenner
> Lynn L. Tavenner

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit A to Fifteenth Order Regarding Liquidating Trust's Second Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on February 20, 2013 at 2:00 p.m.**

| Claim Holder | Claim | Exhibit |
| --- | --- | --- |
| BASILE LIMITED LIABILITY CO.<br>43 RIDGECREST LN.<br>BRISTOL, CT 06010 | 3973 | Exhibit D<br>Invalid Claims to be Expunged |
| Basile Limited Liability Company Acting by and through Midland Loan Services Inc.<br>c/o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St., Ste. 1500<br>Dallas, TX 75201 | 14134 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Basile Limited Liability Company c o Midland Loan Services, Inc., a Delaware Corporation<br>c/o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St., Ste. 1500<br>Dallas, TX 75201 | 12692 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| CENTRAL INVESTMENTS LLC<br>c/o MARK ORDOWER<br>333 S. DES PLAINES, NO. 207<br>CHICAGO, IL 60661 | 4556 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Heritage Square Naperville IL<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12637 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Heritage Square Naperville IL<br>c/o David L. Pollack, Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 14565 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Heritage Square Naperville IL<br>c/o David L. Pollack, Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12527 | Exhibit F<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Centro Properties Group ta Northridge Plaza Milwaukee WI<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12619 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Northridge Plaza Milwaukee WI<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12626 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Northridge Plaza Milwaukee WI<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 8487 | Exhibit F<br>Amended Claims to be Expunged |
| Cermak Plaza Assoc LLC<br>c/o Concordia Realty Corporation<br>10031 W. Roosevelt Rd.<br>Westchester, IL 60154 | 12809 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Circuit Investors Vernon Hills Limited Partnership<br>c/o Niclas A. Ferland, Esq.<br>LeClairRyan, A Professional Corporation<br>555 Long Wharf Dr., 8th Fl.<br>New Haven, CT 06511 | 7155 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Circuit Investors Yorktown Limited Partnership<br>c/o Niclas A. Ferland, Esq.<br>LeClairRyan, A Professional Corporation<br>555 Long Wharf Dr., 8th Fl.<br>New Haven, CT 06511 | 12338 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Manufacturers & Traders Trust Company, as Trustee<br>c/o Nicholas M. Miller, Esq.<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St., Ste. 1700<br>Chicago, IL 60602 | 8622 | Exhibit D<br>Invalid Claims to be Expunged |
| Manufacturers and Traders Trust Co., as Trustee<br>c/o Nancy George, Vice President<br>Corporate Trust Dept<br>1 M&T Plaza, 7th Fl.<br>Buffalo, NY 14203 | 12053 | Exhibit D<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| NMC Stratford LLC<br>c/o Ian S. Landsberg<br>Landsberg Marguiles LLP<br>16030 Ventura Blvd., Ste. 470<br>Encino, CA 91436 | 9644 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Pan Am Equities Inc<br>The Law Offices of David A Greer PLC<br>500 E. Main St., Ste. 1225<br>Norfolk, VA 23510 | 7999 | Exhibit E<br>Late Filed Claims |
| Pan Am Equities, Inc.<br>The Law Offices of David A. Geer P.C<br>500 E. Main St.,<br>Suite 1225<br>Norfolk, VA 23510 | 7999 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Park National Bank<br>50 N. 3rd St.<br>PO Box 3500<br>Newark, OH 43058-3500 | 8079 | Exhibit D<br>Invalid Claims to be Expunged |
| Park National Bank<br>50 N. 3rd St.<br>PO Box 3500<br>Newark, OH 43058-3500 | 8618 | Exhibit D<br>Invalid Claims to be Expunged |
| Ronald Benderson Trust 1995<br>Attn: James S. Carr & Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 14920 | Exhibit D<br>Invalid Claims to be Expunged |
| Ronald Benderson Trust 1995<br>Attn: James S. Carr & Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 13427 | Exhibit F<br>Amended Claims to be Expunged |
| Ronald Benderson Trust 1995<br>Attn: James S. Carr<br>Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 12469 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |