February ___, 2014

The Liquidating Trust/The Liquidating Trustee
of Circuit City Stores, Inc.
c/o Alfred H. Siegel
A. Siegel & Associates, LLC
21650 Oxnard Street
Suite 500
Woodland Hills, CA 91367

Re:    Change of Address Notification

Dear Sir:

Please be advised that Michael S Strickland, a creditor in the Circuit City Stores, Inc., et al. bankruptcy proceedings, has changed his address and requests that services of any pleadings, distributions, notices or correspondence related to this matter be sent to the new address noted below, effective immediately:

**Old Address:**

Strickland, Michael S
1711 Anthony Ln
Mchenry, IL 60051

**New Address:**

Strickland, Michael S
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

**New Address [Notice Party(ies)]**

Strickland, Michael S
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

By:    *[signature]*
Name:  Mike Strickland
Title: 2/7/14

cc:    Pachulski, Stang, Ziehl & Jones, LLP & Kurtzman Carson Consultants, LLC