IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Strickland, Michael S, a creditor in the above-referenced bankruptcy proceeding, has changed his address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Strickland, Michael S
1711 Anthony Ln
Mchenry, IL 60051

**New Address [Creditor]**

Strickland, Michael S
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

**New Address [Notice Party(ies)]**

Strickland, Michael S
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 2/7/14

Respectfully submitted,

By: _____

Signature: _Mike S_____

Print Name: _Mike Strickland_

Title: _____