# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Omar A. Tawil, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Tawil, Omar A
7 Merrill Hill
Ladera Ranch, CA 92694

**New Address [Creditor]**
Tawil, Omar A
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: 2/28/14

Respectfully submitted,

By:
Signature: [signature]
Print Name: OMAR TAWIL
Title: