UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| IN RE: | . | Case No. 08-35653 (KRH) |
| | . | |
| | . | |
| | . | Chapter 11 |
| | . | Jointly Administered |
| CIRCUIT CITY STORES, | . | |
| INC., et al., | . | 701 East Broad Street |
| | . | Richmond, VA 23219 |
| | . | |
| Debtors. | . | |
| | . | February 20, 2014 |
| . . . . . . . . . . . . .. | | 2:04 p.m. |

TRANSCRIPT OF HEARING
BEFORE HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:            Tavenner & Beran, PLC
                           By:  LYNN L. TAVENNER, ESQ.
                                PAULA S. BERAN, ESQ.
                           20 North Eighth Street, 2nd Floor
                           Richmond, VA 23219

For Sony Computer          Reed Smith LLP
Entertainment:             By:  CURTIS G. MANCHESTER, ESQ.
                           Riverfront Plaza - West Tower
                           901 East Byrd Street, Suite 1700
                           Richmond, VA 23219

Proceedings recorded by electronic sound recording, transcript
                produced by transcription service

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@jjcourt.com

(609) 586-2311    Fax No. (609) 587-3599

1          COURTROOM DEPUTY:  The United States Bankruptcy Court

2    for the Eastern District of Virginia is now in session, the

3    Honorable Kevin R. Huennekens presiding.  Please be seated and

4    come to order.

5          COURT CLERK:  Circuit City Stores, Incorporated,

6    Items 1 through 58 on proposed agenda.

7          MS. TAVENNER:  Good afternoon, Your Honor.  For the

8    record, Lynn Tavenner of the law firm of Tavenner & Beran,

9    appearing on behalf of the trust.  Also with me today is my law

10   partner, Paula Beran, at counsel table, as well as Ms.

11   Catherine Bradshaw, the senior trust administrator.

12         We have several matters that are on the docket today.

13   I will handle the first few and then turn it over to Ms. Beran

14   for the bulk on the claim objection process.

15         THE COURT:  All right, very good.

16         MS. TAVENNER:  The first matter, Your Honor, is the

17   adversary against Sony Computer Entertainment America,

18   Adversary 10-03581.  I am very happy to report today that we

19   have now reached agreement on the terms of a settlement and

20   have a document in hand.  All that we have to do at this point

21   is get signatures and consummation of the same.

22         As a result, Your Honor, we had actually requested in

23   our agenda -- suggested that the matter be continued until

24   March 13.  Being entirely candid, Your Honor, given that the

25   defendant is located far away, and that we want to make sure

1  that we get to the point of actually consummating the

2  settlement, we would respectfully request that rather than

3  putting this on the March 13th date that we go out to our next

4  date so that -- in hopes we can just come back and report it's

5  all resolved and money has been received and ask that it be

6  removed from the docket at that point.

7          THE COURT:  Okay.  So would that be the April date

8  then?

9          MS. TAVENNER:  Yes, Your Honor, April 23rd.

10          THE COURT:  All right.  So, Matter 1 then will be

11  adjourned to April 23rd.

12          MS. TAVENNER:  Thank you, Your Honor.  And, if I may,

13  Mr. Manchester is here on behalf of defendant.  May he be

14  excused?

15          THE COURT:  He may.  Mr. Manchester, do you want a

16  speaking part or you just wanted to --

17          MR. MANCHESTER:  Thank you, Judge.  I have nothing

18  further to add.  I appreciate you putting this out until the

19  April date and we look forward to coming back and saying that

20  (indiscernible) money has changed.  Thanks.

21          THE COURT:  Excellent, super.  And yes, you may be

22  excused.

23          MS. TAVENNER:  Your Honor, the second matter that's

24  on the agenda is the trustee's motion for order granting

25  claimant Unical Enterprises, Inc. relief from plan injunction

4

1  solely to the extent necessary to prosecute its pending appeal

2  to completion.

3          Your Honor, the motion delineates what has transpired

4  in this case.  Unical actually filed a proof of claim.  Prior

5  to the case being filed though, Your Honor, the bankruptcy

6  case, the District Court actually entered judgment against

7  Unical with respect to the claims that were related to the

8  proof of claim.

9          Early on in the cases, Unical sought relief from stay

10 and the debtors opposed that motion.  We're at the point now,

11 Your Honor, that we would respectfully request that Your Honor

12 enter an order which would limit, but allow, the lifting of the

13 plan injunction to permit Unical to prosecute its appeal to

14 conclusion.

15         If the appeal sustains the judgment, then it can be

16 summarily disallowed.  If it revives some part of it, then we

17 would respectfully request that we come back and address it

18 through the claims objection process.

19         That's where we are and what we're requesting today.

20 We did note, Your Honor, in the motion that we had offered to

21 stipulate with Unical with respect to the relief, but they did

22 not accept our offer because they wanted a complete lifting of

23 the plan injunction and we weren't prepared to do that.  But we

24 did serve them with this motion and gave them ample opportunity

25 to respond and they didn't.

1          So, as a result, Your Honor, we would respectfully

2   request that you enter the order that we would submit along the

3   lines of a limited plan injunction release.

4          THE COURT:   Okay, now, if I lift the plan injunction

5   to allow them to proceed, there's going to -- a clock is going

6   to start ticking from their standpoint within which they have

7   to perfect their appeal.

8          MS. TAVENNER:   Yes.

9          THE COURT:   Are they aware of that?

10          MS. TAVENNER:   Yes, Your Honor.

11          THE COURT:   Okay.

12          MS. TAVENNER:   And reports have been filed throughout

13   this case with regard to status and they are aware.   We'll make

14   sure that they know when the order is entered.

15          THE COURT:   Okay.   Have you submitted an order?

16          MS. TAVENNER:   We have not submitted it yet but we

17   are prepared -- we have one prepared and we will BOPS it.

18          THE COURT:   Okay.   And the order that you're going to

19   -- form of order will say that the clerk should send a copy of

20   the order to them, as well.

21          MS. TAVENNER:   We will make sure that it does say

22   that, Your Honor.

23          THE COURT:   Thank you very much.

24          MS. TAVENNER:   Sure.

25          THE COURT:   I just want to make sure that they're --

6

1   actually get a copy in addition to our ECF type of --

2          MS. TAVENNER:  Okay, all right.  Sure.  And I'm not

3   certain in this instance, Your Honor, that the clerk would be

4   sending it.  It might be -- the trustee through the trust's

5   agent might be sending it.  But I will ensure --

6          THE COURT:  Oh, I see.

7          MS. TAVENNER:  -- that the appropriate order is

8   provided to Unical.

9          THE COURT:  Thank you.

10         MS. TAVENNER:  All right.

11         THE COURT:  That's all I want to do and that way if

12  they miss a date, they've gotten notice on top of notice.

13         MS. TAVENNER:  All right.  We will make sure, Your

14  Honor.

15         The next matter, Item 3, is the motion of the trustee

16  concerning General Unsecured Claim Number 3634.  It relates to

17  the motion to disallow claim of Brad C. King.  Your Honor, this

18  is a motion that -- Mr. King's claim, actually, is a personal

19  injury claim that comes under the ADR procedures that Your

20  Honor had approved earlier in this case.

21         Despite numerous efforts as identified and gone

22  through in detail in the motion and in the affidavit of Mr.

23  Martin Krolewski, the claimant has just failed to participate.

24  As a result, Your Honor, we would ask that at this point you

25  enter an order disallowing with prejudice General Unsecured

1  Claim Number 3634 in that the claimant has completely failed to

2  follow the procedures.

3          THE COURT:  All right.  I've reviewed the affidavit,

4  as well as the motion, and am satisfied that the relief

5  requested is merited.  So the Court's going to grant that

6  motion and I'll look for your order.

7          MS. TAVENNER:  Thank you, Your Honor.  We have a

8  similar motion on Item -- Docket Number 5, related to General

9  Unsecured Claim Number 9295.

10         Similarly, Your Honor, this relates to the claim of

11 Mark Stewart.  And Mr. Stewart has failed to adequately

12 participate in the ADR process.  And, based upon the

13 declaration of Mr. Martin Krolewski attached to the motion, we

14 would similarly request that at this point the claim be denied

15 with prejudice.

16         THE COURT:  All right.  The Court has reviewed this

17 one, as well, and is satisfied for the reasons that I just

18 stated that the motion is proper.  The Court will grant that

19 motion and look for your order.

20         MS. TAVENNER:  Thank you, Your Honor.  We will tender

21 orders with respect to both of those motions.

22         THE COURT:  Thank you.

23         MS. TAVENNER:  Your Honor, that brings us to the

24 portion of the docket that relates to the various claims

25 objections and I will turn the podium over to Ms. Beran.

1          THE COURT:  Okay, who continues to draw the short

2     straw, I see.

3          MS. TAVENNER:  Yes.

4          MS. BERAN:  Good afternoon, Your Honor.

5          THE COURT:  Good afternoon.

6          MS. BERAN:  For the record, Paula Beran.  Your Honor,

7     starting at Page 3 on the agenda with Item Number 5, Items

8     Number 5 through 10 address the omnibus objections that were

9     actually filed by the debtor to various claims.  And the

10    pending claims are found on Exhibit A to the agenda that has

11    been filed.

12         In connection with that, Your Honor, you will note

13    that many -- several of these claims have now been addressed in

14    the -- since we've last been before you on claims.  Items 5

15    through 10 as indicated on Exhibit A, several have been

16    resolved and/or otherwise addressed, so they may be removed

17    from the Court's docket.

18         For the one remaining one in connection with Item

19    Number 5, Your Honor, we would respectfully request that that

20    one be continued until the April 23rd omni.

21         THE COURT:  All right.  That matter will be

22    continued.

23         MS. BERAN:  Your Honor, that allows us to turn to

24    Page 8.  In connection with Item Number 6, as indicated on

25    Exhibit A, in consultation with the claimants, two of those

1  claims have been withdrawn.  Your Honor just indicated that you

2  would enter an order disallowing the one claim.  We'd

3  respectfully request as to the remaining claims as identified

4  on Exhibit A that they be continued until the April 23rd

5  hearing.

6          THE COURT:  They'll be continued.

7          MS. BERAN:  Thank you, Your Honor.  That allows us to

8  turn to Page 13, Item Number 7.  We'd respectfully request that

9  those claims as identified on Exhibit A be continued until

10 April 23rd.

11         THE COURT:  They'll be continued.

12         MS. BERAN:  Thank you.  That allows us to turn to

13 Page 20.  Your Honor, as indicated on Exhibit A, there remains

14 one claim subject to debtor's sixtieth omnibus objection.  In

15 connection with that one claim, Your Honor just did just

16 indicate that you would enter an order disallowing that claim,

17 pursuant to the motion that was filed.  Based on the same, Your

18 Honor, that would completely resolve the debtor's sixtieth

19 omnibus objection and that entire omni objection could be

20 closed out.

21         THE COURT:  All right.  Excellent.

22         MS. BERAN:  Thank you, Your Honor.  That allows us to

23 turn to Page 25.  There remains one claim subject to debtor's

24 seventy-sixth omnibus objection.  We'd respectfully request

25 that that be continued until April 23rd.

1           THE COURT:  That'll be continued.

2           MS. BERAN:  Thank you, Your Honor.  Turning to Page

3  28.  As indicated on Exhibit A, Your Honor, one of those

4  matters have been settled.  As to the remaining couple, we'd

5  respectfully request that, as identified on Exhibit A, that

6  they be continued until the April 23rd omni.

7           THE COURT:  All right.

8           MS. BERAN:  Thank you, Your Honor.

9           THE COURT:  We don't have many of the debtor's

10 objections left, do we?

11          MS. BERAN:  Correct, Your Honor.  We are closing

12 those out.

13          THE COURT:  That's excellent.

14          MS. BERAN:  And the focus in the last 60 days has

15 been to try and resolve and work very diligently in connection

16 with the personal injury there -- albeit -- not albeit --

17 therein lies the motions to disallow the claims and to work

18 through all of those.

19          Your Honor, in connection with Items Number 11

20 through 15, they are what we've commonly referred to the stand-

21 alone tax objections.  On all of those, we'd respectfully

22 request that they be continued until the April 23rd omni.

23          THE COURT:  They'll be continued.

24          MS. BERAN:  Thank you, Your Honor.  That allows us to

25 turn to Page 52.

1          THE COURT:  Are we making progress with regard to

2   those stand-alone tax claims?

3          MS. BERAN:  Your Honor, there is still continued

4   discussions between the actual taxing entities and Mr. Jeff

5   McDonald.  I think Your Honor has met him several times --

6          THE COURT:  I've met --

7          MS. BERAN:  -- of the actual trust.  He is the person

8   who is in charge of working through all these tax claims.  In

9   fair candor, I haven't spoken with Mr. McDonald in couple of

10  weeks on tax claims.  I know Ms. Tavenner has, in connection

11  with some federal ones, and he continues to make progress.  I

12  just don't know the extent of the progress, in fair candor to

13  Your Honor.

14         THE COURT:  Okay.  That's fine.

15         MS. BERAN:  Ms. Bradshaw indicates that I have

16  accurately represented the state to Your Honor, so --

17         THE COURT:  Nobody's spoken to him?

18                      (Laughter)

19         MS. BERAN:  Ms. Bradshaw sees him on a daily basis.

20         THE COURT:  I'm confident she does.  All right.

21         MS. BERAN:  Your Honor, as it relates to Items Number

22  16 and 17, they then turn to the trust's -- liquidating trust's

23  omnibus objections.  For those two items,  Your Honor, we'd

24  respectfully request that the claims identified on Exhibit B be

25  continued until the April 23rd omni.

1            THE COURT:  They'll be continued.

2            MS. BERAN:  Thank you, Your Honor.  That allows us

3    then to turn to Page 81, liquidating trust's third omnibus

4    objection.  As it relates to Items Number 18 and 19, certain of

5    those claims as identified on Exhibit B have been resolved.

6    We'd respectfully request that the remaining ones as identified

7    on Exhibit B be continued until April 23rd.

8            THE COURT:  They'll be continued.

9            MS. BERAN:  Thank you, Your Honor.  That allows us to

10   turn to Page 109.  Excuse me, Your Honor.  For Items 20 through

11   22 on the agenda, we'd respectfully request that the items

12   identified on Exhibit B be continued until April 23rd.

13           THE COURT:  And that was the fifth and sixth omni.

14           MS. BERAN:  Yes.

15           THE COURT:  Okay, they'll be continued.

16           MS. BERAN:  Thank you, Your Honor.  That allows us to

17   turn to Page 146, Item Number 23, Your Honor, specifically the

18   liquidating trust's eighth omnibus objection, as well as then

19   Item 24.  As indicated on Exhibit B, several of those claims

20   have been resolved and may be removed from the Court's docket.

21   For the remaining ones identified on Exhibit B, we'd

22   respectfully request that they be continued until the April

23   23rd omni.

24           THE COURT:  They'll be adjourned.

25           MS. BERAN:  Thank you, Your Honor.  Allows us to turn

13

1  to Page 173, Items 25 through 28.  We'd respectfully request

2  that the items identified on Exhibit B be continued until April

3  23rd.

4          THE COURT:  And that's 13 and 14.  Okay, they'll be

5  continued.

6          MS. BERAN:  Thank you, Your Honor.  That allows us to

7  turn to Page 225.  Your Honor -- and this is the liquidating

8  trust's eighteenth omnibus objection.

9          Your Honor may recall that the last time we stood

10 before Your Honor in connection with claim objections, we

11 indicated that there were certain resolutions to Broward

12 County's claims and that we were waiting on authorization or

13 approval in connection with proposed language on an order.

14 And, unfortunately, given the nature of it being a -- it's a

15 county and requisite approvals and authorities from a

16 regulatory standpoint, we never got approval on that, so we

17 asked Your Honor if Your Honor would entertain entering the

18 form of order.

19         At Your Honor's suggestion, we set this down for

20 hearing today.  We filed a notice saying that we were going to

21 ask for it to be entered -- this form of order to be entered.

22 To date, we have received no response.  We would  --

23         THE COURT:  Does any party wish to be heard on behalf

24 of Broward County?

25                        (No audible response)

1          THE COURT:  All right.  The Court will enter the

2    order then with regard to Broward County.  There are actually

3    two claims, right, 15025 and 15024?

4          MS. BERAN:  Correct, Your Honor.

5          THE COURT:  And the order takes care of both of

6    those.

7          MS. BERAN:  Correct, Your Honor.  Now, there is one

8    caveat.  Now, while we did not receive any type of response

9    from Broward County, we actually did receive a response -- a

10   question or a concern from counsel who represents Monterey

11   County Tax Collectors, as well as Los Angeles County, who got a

12   copy of this proposed order and there was a concern raised and

13   discussions transpired between Mr. Jeff Knopke who is another

14   one of the trust's representatives I don't believe that you

15   have met yet.  He is also working on some of these tax claims.

16         That counsel and Mr. Knopke and myself have

17   corresponded and it is apparent that inadvertently some way

18   through this that while the Los Angeles City Attorneys Office

19   claim has been maintained and continued, somehow inadvertently

20   from our agenda Los Angeles County has inadvertently been

21   dropped off.  And, therefore, we will be adding Los Angeles

22   County Treasurer and Tax Collectors claims back on to this

23   exhibit.  And we will be continuing -- on Exhibit 1 of the

24   proposed order we will be also adding Los Angeles County

25   Treasurer and Tax Collector.

1              THE COURT:  Okay, because we've got Los Angeles City

2     but that's different, you're saying, from Los Angeles County.

3              MS. BERAN:  Correct, Your Honor.  I did learn this

4     through the process.  The Los Angeles County Treasurer and Tax

5     Collector has Claims 579 and 11862.  Los Angeles City Attorneys

6     Office has Claim 14738.

7              THE COURT:  Okay, because the claim is listed here.

8     It's just the wrong entity.

9              MS. BERAN:  Correct, Your Honor.  They lumped the

10    claims onto Los Angeles City instead of breaking it out between

11    county and city.

12             THE COURT:  I see that.  Okay.  Very good.

13             MS. BERAN:  Okay?  Thank you, Your Honor.

14             THE COURT:  All right.  So we're just going to break

15    those into two separate -- so we have different entities now

16    that are responsible for those three claims.

17             MS. BERAN:  Correct, Your Honor.

18             THE COURT:  All right.

19             MS. BERAN:  And we will add to Exhibit B, as well --

20             THE COURT:  All right.

21             MS. BERAN:  -- breaking it out, adding or separating

22    it in Exhibit B, as well, not just on the Exhibit 1 to the

23    proposed order but also to Exhibit B so then that going forward

24    they will be back on the agenda.

25             THE COURT:  All right, very good.  Thank you.

1          MS. BERAN:  Thank you, Your Honor.  Your Honor, with

2   those two matters being addressed, we would respectfully

3   request that --

4          THE COURT:  Oh, I'm sorry.  Now, Monterey County, you

5   were saying that you had conversation with them, too.  What's

6   going on?  Are they included in the order?

7          MS. BERAN:  It's the same counsel for Monterey as for

8   Los Angeles County.  She got a copy of this because of Monterey

9   and was concerned that Los Angeles County wasn't on there.

10          THE COURT:  All right.  Now, I understand.  Okay,

11   thank you very much.  I'm sorry I'm being a bit obtuse today.

12   All right.

13          MS. BERAN:  Your Honor, that then allows us to --

14   allows me to respectfully request that the remaining items on

15   Exhibit B under the omnibus -- liquidating trust's Omnibus

16   Objection 18 be continued until the April 23rd omni hearing.

17          THE COURT:  It'll be continued.

18          MS. BERAN:  Thank you, Your Honor.  Your Honor, that

19   allows us to turn to Page 236, Number 30, the liquidating

20   trust's twentieth omnibus objection.  Your Honor, in connection

21   with that, we'd respectfully request that the items identified

22   on Exhibit B be continued until the April 23rd hearing.

23          THE COURT:  They'll be continued.

24          MS. BERAN:  Thank you, Your Honor.  Turning to Page

25   251, Item Number 31, the liquidating trust's twenty-first

17

1 omnibus objection, as identified on Exhibit B, certain of those

2 claims have been resolved.  We'd respectfully request that the

3 remaining ones be continued until April 23rd.

4          THE COURT:  They'll be continued.

5          MS. BERAN:  Thank you, Your Honor.  Turning to Page

6 264, Item 32, starting with the liquidating trust's twenty-

7 third omnibus objection, to Item 36, we'd respectfully request

8 that the items or claims identified on Exhibit B be continued

9 until the April 23rd omni.

10          THE COURT:  All right.  All of those matters will be

11 continued to the 23rd.

12          MS. BERAN:  Thank you, Your Honor.  Turning then to

13 Page 319, Item Number 38, the liquidating trust's twenty-eighth

14 omnibus objection, as indicated on Exhibit B, certain of those

15 claims have been resolved.  The remaining ones identified on

16 Exhibit B, we'd respectfully request that they be continued

17 until the April 23rd hearing.

18          THE COURT:  They'll be continued to April 23.

19          MS. BERAN:  Thank you, Your Honor.  Turning to Page

20 331, we'd respectfully request that Item Number 38, the

21 liquidating trust's twenty-ninth omnibus objection, the claims

22 identified on Exhibit B we'd respectfully request that the

23 omnibus objection be continued until the April 23rd hearing.

24          THE COURT:  All right.  Those matters will be

25 continued to April 23.

1          MS. BERAN:  Your Honor, that allows us then to turn

2    to Page 341, Item Number 39, the liquidating trust's thirtieth

3    omnibus objection.  As indicated on Exhibit B, certain of those

4    claims have been resolved.  We'd respectfully request that the

5    remaining items identified on Exhibit B be continued until the

6    April 23rd hearing.

7          THE COURT:  They'll be continued.

8          MS. BERAN:  Thank you, Your Honor.  Turning to Page

9    350, Item Numbers 40 through 42, we'd respectfully request that

10   the items identified on Exhibit B for those omnibus objections

11   be continued until the April 23rd omni.

12         THE COURT:  They'll be continued.

13         MS. BERAN:  Thank you, Your Honor.  That allows us to

14   turn to Page 378, Item Number 43, the liquidating trust's

15   thirty-ninth omnibus objection.  As indicated on Exhibit B,

16   certain of those claims have been resolved.  We'd respectfully

17   request that the remaining ones on Exhibit B be continued until

18   the April 23rd omni.

19         THE COURT:  They'll be continued.

20         MS. BERAN:  Thank you, Your Honor.  Turning to Page

21   388, Item Number 44, the liquidating trust's fortieth omnibus

22   objection, we'd respectfully request that the items identified

23   on Exhibit B be continued until the April 23rd omni.

24         THE COURT:  And they'll be continued.

25         MS. BERAN:  Thank you, Your Honor.  Turning to Page

1  399.  Your Honor, for Items Number 45 through 47, inadvertently

2  the status on all of those does not indicate that we've

3  resolved certain of those claims.  However, the status column

4  on Exhibit B indicates which items have been.  I apologize for

5  that, Your Honor.  That is 100 per cent Paula Beran's error.

6  But, based on that, Your Honor, we would respectfully submit

7  for Items 45 through 47 that the claims that have been resolved

8  as identified on Exhibit B are resolved and they may be removed

9  from the Court's docket.  As it relates to the remaining ones,

10 as indicated on the agenda correctly, we'd respectfully request

11 that they be continued until the April 23rd omni.

12         THE COURT:  Very good, Ms. Beran.  You don't need to

13 fall on your sword on that one.  It's always welcome to have

14 claims resolved and I can see which ones you're referring to on

15 Exhibit B.

16         MS. BERAN:  Thank you, Your Honor.  Your Honor, that

17 brings us to Item Number 48.  As indicated on Exhibit B and

18 rightfully noted on the agenda --

19         THE COURT:  Finally.

20                  (Laughter)

21         MS. BERAN:  -- certain of those claim objections have

22 been -- well, claims subject to that claim objection have been

23 resolved and may be removed from the Court's docket.  As to the

24 other remaining items, we'd respectfully request that they be

25 continued until the April 23rd omni.

1          THE COURT:  And they'll be continued.

2          MS. BERAN:  Thank you, Your Honor.  That allows us to

3  turn to Page 440, Items Number 49 through 57, Your Honor.  We'd

4  respectfully request that they, as identified on Exhibit B, be

5  continued until the April 23rd omni.

6          THE COURT:  All of those items will be continued to

7  the 23rd.

8          MS. BERAN:  Thank you, Your Honor.  Turning then to

9  Page 498, Item Number 58, the liquidating trust's sixty-fourth

10 omnibus objection.  As indicated on Exhibit B, certain of those

11 claims have been resolved and may be removed from the Court's

12 docket.  As indicated on Exhibit B, the remaining items, we'd

13 respectfully request that they be continued until the April

14 23rd omnibus hearing date.

15         THE COURT:  The remaining items will be continued.

16         MS. BERAN:  And, Your Honor, that concludes the items

17 on today's agenda.  To the extent Your Honor has any questions,

18 Ms. Tavenner, Ms. Bradshaw and I are happy to try and entertain

19 them.

20         THE COURT:  All right.  Is there any other business

21 we need to take up today?

22         MS. BERAN:  None that we're aware of, standing before

23 Your Honor today.

24         THE COURT:  All right.  I note your daughter's

25 notoriety in the paper of late and I congratulate mom on that

21

1 heroic feat.

2          MS. BERAN:  Thank you, Your Honor.  I am a very proud

3 mother.  That is a topic I would talk to you for hours about.

4 But thank you, Your Honor.

5          THE COURT:  Well deserved.  Please extend to her my

6 congratulations, as well.

7          MS. BERAN:  Thank you, Your Honor.

8          COURTROOM DEPUTY:  All rise.  The court is now

9 adjourned.

10                    * * * * *

11              **C E R T I F I C A T I O N**

12          I, STEPHANIE SCHMITTER, court approved transcriber,

13 certify that the foregoing is a correct transcript from the

14 official electronic sound recording of the proceedings in the

15 above-entitled matter, and to the best of my ability.

16

17 /s/ Stephanie Schmitter

18 STEPHANIE SCHMITTER

19 J&J COURT TRANSCRIBERS, INC.         DATE:  March 6, 2014

20

21

22

23

24

25