| | |
|---|---|
| Nicholas J. Panarella, Esq.<br>Martin Krolewski, Esq.<br>(admitted pro hac vice)<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 808-7800<br>Telecopy: (212) 808-7897 | Lynn T. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy: (804) 783-0178 |
| *Counsel to the Circuit City Stores, Inc. Liquidating Trust* | *Counsel to the Circuit City Stores, Inc. Liquidating Trust* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>                Debtors. | ) Case No. 08-35653 (KRH)<br>)<br>) Chapter 11<br>) 1<br>) (Jointly Administered)<br>)<br>) |

**ORDER DISALLOWING WITH PREJUDICE                           GENERAL UNSECURED CLAIM NO. 3634**

Upon the Motion (the "Motion")[1] of Alfred H. Siegel (the "Trustee"), the duly appointed trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Trust"), for an Order Disallowing With Prejudice General Unsecured Claim No. 3634 filed by claimant Brad C. King, and the Court having reviewed the Motion and supporting declaration and the exhibits annexed thereto; and the Court having determined that the relief requested in the Motion is in the best interests of the Trust, the beneficiaries thereof, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in Motion.

record herein; and after holding a hearing; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

.1   The Motion is GRANTED in its entirety.

.2   It is ORDERED that Brad C. King's general unsecured claim no. 3634 is disallowed with prejudice.

Dated: __Mar 7 2014_____, 2014
Richmond, Virginia

/s/ Kevin R. Huennekens
The Honorable Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: 3/7/14

2

**WE ASK FOR THIS:**

/s/ Lynn L. Tavenner
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

-and-

Nicholas J. Panarella, Esq.
Martin Krolewski, Esq.
(admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Telecopy: (212) 808-7897

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

# CERTIFICATION

I hereby certify that the foregoing proposed Order has been either served on or endorsed by all necessary parties.

/s/ Lynn L. Tavenner

Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178