UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:  Miscellaneous Withdrawal and Substitution of Appearance

## WITHDRAWAL AND SUBSTITUTION OF APPEARANCE

COMES NOW Jennifer J. West and, pursuant to Local Bankruptcy Rule 2090-1(G), withdraws the appearance of Erin E. Kessel as counsel of record for the cases listed on the attached Schedule A.

WHEREAS Erin E. Kessel is no longer employed by Spotts Fain PC; and

WHEREAS appropriate notice has been given and consent obtained; and

WHEREAS the law firm, Spotts Fain PC, and its attorneys will continue as counsel in the cases listed on the attached Schedule A.

THEREFORE, Erin E. Kessel is withdrawn and Jennifer J. West is substituted as counsel of record in all of the cases on the attached Schedule A and notice of this Withdrawal and Substitution is not required under the circumstances.

Dated: March 28, 2014                                Respectfully Submitted,


                                                                  /s/ Jennifer J. West_____


Jennifer J. West, Esquire (VSB #47522)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000
Fax:     (804) 697-2100

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Withdrawal and Substitution of Appearance was served via electronic means on this 28th day of March, 2014, to all parties listed on the electronic service lists for the cases listed on the attached Schedule A, constituting all necessary parties.

/s/ Jennifer J. West

# Schedule A

| **Case Name** | **Case Number** |
| --- | --- |
| In re: Sherman L. Stith, Jr. and Geraldine P. Stith | 08-35499-KLP |
| In re: Circuit City Stores, Inc. | 08-35653-KRH |
| In re: LandAmerica Financial Group, Inc. | 08-35994-KRH |
| In re: Robert A. Kemeny and Kristin L. Kemeny | 09-30237-KRH |
| In re: Bon Air Electrical Service Company Inc. | 09-30512-KRH |
| In re: Kim Renee Bailey | 09-35050-KRH |
| In re: Harold Vincent Billups | 09-36561-KRH |
| In re: North Carolina Furniture Connection, Inc. | 09-37834-KLP |
| In re: Patty Ruth Lee | 10-31920-KLP |
| In re: John William Harris and Rodesha Laleita Harris | 10-32960-KRH |
| In re: Douglass Hayden Fisher | 11-34998-KRH |
| In re: Jacob Alan Crocker | 11-36926-KLP |
| In re: Thomas Lambert, Jr. | 12-34592-KRH |
| In re: Evans Daniel Tanner, Jr. | 12-35307-KLP |
| In re: Claiborne T. Turner, Jr. and Priscilla A. Turner | 13-30620-KLP |
| In re: Todd Albert Yoggy | 13-36390-KRH |
| In re: Damon Keith Grant and Cynthia Kay Grant | 14-30344-KLP |
| In re: Todd D. Cheely and Tracie W. Cheely | 14-30661-KRH |