# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, **Ronald Wade Lamar,** creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Ronald Wade Lamar
2221 Palo Duro Dr.
Prosper, TX 72078

**New Address [Creditor]**
Ronald Wade Lamar
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

**Old Address [Notice Party(ies)]**
Ron Lamar
PO Box 674
Morton, TX 79346

**New Address [Notice Party(ies)]**
Ron Lamar
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: 4-3-14

Respectfully submitted,

By: Ron Lamar
Signature: R. L.
Print Name: Ron Lamar
Title: