## Change of Address

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re<br>CIRCUIT CITY STORES, INC., et al<br>(the "Debtors") | Chapter 11<br>Case No. 08-35653 (KRH)<br>Jointly Administered |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBERS:
### 15110, 15112, 12589;
### 15113, 14519;
### 15115, 12588;
### 15116, 12735;
### 15117, 14520.

**PLEASE TAKE NOTICE** that United States Debt Recovery V, L.P., a creditor in the cases of the above-captioned Debtors, has changed its address, and hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to each above-referenced Claim be sent to the new address set forth below, effective immediately.

Former Address for Notices:

United States Debt Recovery V, L.P.
5575 Kietzke Ln., Ste. A
Reno, NV 89511

New Address for Notices and Payments:

United States Debt Recovery V, L.P.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza Suite 2100
San Francisco, CA 94111
Attention: Michael Linn

I declare under penalty of perjury that the foregoing is true and correct

**United States Debt Recovery V, L.P.**

By: _[signature]_
Name: Nathan E. Jones
Title: Managing Director