Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) ) | 1Case No. 08-35653 (KRH) |
| Debtors. | ) ) ) ) | Jointly Administered |

**THIRD ORDER ADDRESSING LIQUIDATING TRUST'S EIGHTEENTH
OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES
(REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS;
DISALLOWANCE OF CERTAIN INVALID CLAIMS;
DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS;
RECLASSIFICATION OF CERTAIN CLAIMS;
DISALLOWANCE OF CERTAIN AMENDED OR SUPERSEDED CLAIMS;
DISALLOWANCE OF CERTAIN LATE FILED CLAIMS;
DISALLOWANCE OR REDUCTION OF CERTAIN INVALID CLAIMS;
AND FIXING THE AMOUNT OF CERTAIN
CLAIMS) FILED BY TAXING AUTHORITIES)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Eighteenth Omnibus Objection to Claims Omnibus Objection to Claims Filed by Taxing Authorities (Reduction of Certain Partially Invalid Claims; Disallowance of Certain Invalid Claims; Disallowance of Certain Duplicate Claims; Reclassification of Certain Claims; Disallowance of Certain Amended or Superseded Claims; Disallowance of Certain Late Filed Claims; Disallowance or Reduction of Certain Invalid Claims; and Fixing the Amount of Certain Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit I attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED as it relates to the following Claims: Broward County Record Taxes and Treasury Division claims number 15024 and 15025. The payment in the amount of $6,500 shall result in full satisfaction of all claims for Broward County Record Taxes and Treasury Division.

2. The Court will conduct a status conference on April 23, 2014 at 2:00 p.m. for all Claims identified on Exhibit 1 attached hereto.

3. The Liquidating Trust's rights to object to any claim including (without

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

        4.        The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

        5.        This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       April __, 2014

Apr 21 2014

/s/ Kevin R Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 4/21/14

3

Case 08-35653-KRH    Doc 13312    Filed 04/21/14    Entered 04/21/14 09:55:39    Desc
                        Main Document      Page 4 of 5

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


<u>*/s/ Lynn L. Tavenner*</u>
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

     - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

     - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

  Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

           <u>*/s/ Lynn L. Tavenner*</u>
           Lynn L. Tavenner

EXHIBIT 1

Alameda County Treasurer-Tax Collector     Claim Numbers 14821 and 15155
City of Philadelphia    Claim Number 1530
Los Angeles City Attorney's Office    Claim Number 14738
LA County Treasurer & Tax Collector Claim Numbers 579, 11862
Massachusetts-Commissioner of Dept. of Revenue    Claim Number 12953
Monterey County Tax Collector      Claim Number 4733
Ohio Dept. of Commerce      Claim Number 12880
Ohio Department of Taxation  Claim Number 13066
Ohio Dept. of Taxation Claim Numbers 565, 1628, 15186, 15187
Ohio Dept of Taxation Claim Number 5998
Seminole County, Florida Tax Collector, Ray Valdes Claim Numbers 2243, 2244, 14833, 14834
United States of America – IRS      Claim Numbers 11845, 11847, 14816