IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Rick A Timmer, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Rick A Timmer
1075 Brookdale Dr.
Crestline, Oh 44827

**New Address [Creditor]**

Rick A Timmer
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated  4/23/14

Respectfully submitted,

By: *[signature]*

Signature:

Print Name: RICK TIMMER

Title: