IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: <br><br> CIRCUIT CITY STORES, INC., et al., <br><br><br><br> ("the Debtors") | Chapter 11 <br><br> Case No. 08-35653 (KRH) <br><br> Jointly Administered |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Richard T Miller Jr, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Richard T Miller Jr
Neil E McCullagh Esq
Spotts Fain PC
411 E Franklin St Ste 600
Richmond, VA 23219

**Old Address [Notice Party(ies)]**
Richard T Miller Jr
co Neil E McCullagh Esq
Spotts Fain PC
411 E Franklin St Ste 600
Richmond, VA 23219

**New Address [Creditor]**
Richard T Miller Jr
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

**New Address [Notice Party(ies)]**
Richard T Miller Jr
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated 4/18/14

Respectfully submitted,

By: _____
Signature: _____
Print Name: Richard T. Miller Jr

Title: Creditor