### Change of Address

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re<br>CIRCUIT CITY STORES, INC., et al<br>(the "Debtors") | Chapter 11<br>Case No. 08-35653 (KRH)<br>Jointly Administered |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBERS:
### 15098
### 7982
### 12999
### 12362
### 15049
### 1785
### 12189
### 11894
### 13072
### 12149

PLEASE TAKE NOTICE that United States Debt Recovery X, LP, a creditor in the cases of the above-captioned Debtors, has changed its address, and hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to each above-referenced Claim be sent to the new address set forth below, effective immediately.

| Former Address for Notices: | New Address for Notices and Payments: |
|---|---|
| United States Debt Recovery X, LP<br>5575 Kietzke Ln., Ste. A<br>Reno, NV 89511 | United States Debt Recovery X, LP<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza Suite 2100<br>San Francisco, CA 94111<br>Attention: Michael Linn |

I declare under penalty of perjury that the foregoing is true and correct

**United States Debt Recovery X, LP**

By: _/s/ Nathan E. Jones_

Name: _Nathan E. Jones_

Title: _Managing Director_