**Change of Address**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBERS:
### 7559
### 12997
### 12921
### 5836
### 7877.

**PLEASE TAKE NOTICE** that United States Debt Recovery VIII, LP, a creditor in the cases of the above-captioned Debtors, has changed its address, and hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to each above-referenced Claim be sent to the new address set forth below, effective immediately.

| Former Address for Notices: | New Address for Notices and Payments: |
|---|---|
| United States Debt Recovery VIII, LP | United States Debt Recovery VIII, LP |
| 5575 Kietzke Ln., Ste. A | c/o Farallon Capital Management, L.L.C. |
| Reno, NV 89511 | One Maritime Plaza Suite 2100 |
| | San Francisco, CA 94111 |
| | Attention: Michael Linn |

I declare under penalty of perjury that the foregoing is true and correct

**United States Debt Recovery VIII, LP**

By: _Nath E Jones_

Name: _NATHAN E. JONES_

Title: _MANaging DIRECTOR_