Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

                        - and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## LIQUIDATING TRUSTEE'S MOTION TO
## TERMINATE EMPLOYMENT OF KURTZMAN CARSON
## CONSULTANTS LLC AS CLAIMS AND NOTICING AGENT

Alfred H. Siegel, the duly appointed trustee (the "Trustee") of the Circuit City Stores, Inc.

Liquidating Trust (the "Trust" and/or the "Liquidating Trust"), pursuant to the Second Amended

Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in

Possession and its Official Committee of Creditors Holding General Unsecured Claims (the

"Plan"), hereby moves (the "Motion") to terminate the employment of Kurtzman Carson

Consultants LLC ("KCC") as its official claims and noticing agent retained in the above-

captioned chapter 11 bankruptcy cases.  In support of the Motion, the Trustee respectfully

represents as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider the Motion under 28 U.S.C. §§ 157 and

1334.  This is a core proceeding under 28 U.S.C. § 157 (b).  Venue of these cases and the Motion

in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2.      The Predicates for the relief requested here are Bankruptcy Code section 105 (a)

and Bankruptcy Rules 9006 and 9027.

## BACKGROUND

3.      On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions

in this Court for relief under chapter 11 of the Bankruptcy Code, and until the effective date of

the Plan, continued to operate as debtors in possession pursuant to Bankruptcy Code § s 1107

and 1108.

4.      On November 12, 2008, the Office of the United States Trustee for the Eastern

District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors'

Committee").

5.      On November 12, 2008, the Bankruptcy Court entered an Order Appointing

Kurtzman Carson Consultants LLC as Claims and Noticing Agent, and (B) Approving the Form

and Manner of Notice of Case Commencement [Doc. #108] (the "KCC Order").

6.      On January 16, 2009, the Court authorized the Debtors to, among other things,

conduct going out of business sales at all of the Debtors' retail locations (the "Stores") pursuant

to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as

agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales at

the Stores pursuant to the Agency Agreement.  As of March 8, 2009, the going out of business

sales at the Debtors' stores were completed.

7.     On August 9, 2010, the Debtors and the Creditors' Committee filed the Plan, which provides for the liquidation of the Debtors' assets and distribution of the proceeds thereof under chapter 11 of the Bankruptcy Code.

8.     The Plan provides for, among other things, the appointment of Alfred H. Siegel to serve as the Trustee of the Circuit City Stores, Inc. Liquidating Trust, as of the effective date.

9.     On September 10, 2010, the United States Bankruptcy Court, Eastern District of Virginia, signed an Order confirming the Plan (the "Confirmation Order").  The Plan became effective on November 1, 2010.

10.     Pursuant to the Plan and the Confirmation Order, the Liquidating Trustee succeeded to all of the rights and powers of a debtor-in-possession under sections 1107 and 1008 of the Bankruptcy Code as of the Effective Date and is now entrusted to administer the Liquidating Trust and its assets.  Under the Plan and the Liquidating Trust, the Liquidating Trustee is deemed the representative of the Debtors as the party in interest in their chapter 11 cases, and is specifically authorized, empowered and directed to take all actions necessary to comply with the Plan and exercise and fulfill the duties and obligations thereunder.

11.     Since its employment, KCC has provided a variety of services to the Debtors and the Liquidating Trustee as claims and noticing agent, as set forth in the KCC Order including, but not limited to: (i) preparing and serving required notices; (ii) maintaining copies of all proofs of claims and proofs of interest and all claims registers related thereto; (iii) maintaining a current mailing list for all entities entitled to notice of events; and (iv) maintaining a website from which anyone may download the claims register.

12.     The Liquidating Trustee has determined that he can obtain the services provided by KCC at a lower cost from Process General, LLC and his staff (and concurrently with this Motion, the Liquidating Trustee has filed a Motion to Authorize Employment of Process

General, LLC as Noticing Agent and (B) Utilization of Circuit City Stores, Inc. Liquidating

Trust to Provide Services of a Claims Agent).

13.    On April 22, 2014, the Liquidating Trustee served KCC with a notice of

termination of services as required pursuant to Section VI (A) of the KCC Agreement for

Services (the "KCC Agreement") which was approved pursuant to the KCC Order.

## RELIEF REQUESTED

14.    The Liquidating Trustee has determined that he no longer requires KCC's

services.  Accordingly, by this Motion, the Trustee requests the entry of an order terminating

KCC's services as provided under the KCC Order.  Simultaneously herewith, the Liquidating

Trustee has filed a Motion to Authorize (A) Employment of Process General, LLC as Noticing

Agent and (B) Utilization of Circuit City Stores, Inc. Liquidating Trust to Provide Services of a

Claims Agent.

## NOTICE

15.    Notice of this Motion has been provided to the following parties: (i) Office of the

United States Trustee; (ii) KCC; (iii) all parties signed up to receive notice on the Bankruptcy

Court's e-filing system; and (iv) Process General, LLC.  The Trustee submits that, under the

circumstances, no other further notice need be given.

## CONCLUSION

16.    WHEREFORE, the Trustee respectfully requests that the Court enter an order

substantially in the form annexed hereto, granting the relief requested herein and such other

relief as is just and proper.

Dated: Richmond, Virginia
April 30, 2014

TAVENNER & BERAN, PLC

_/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION TO TERMINATE EMPLOYMENT OF KURTZMAN CARSON CONSULTANTS LLC AS CLAIMS AND NOTICING AGENT

Upon the Liquidating Trustee's Motion to Terminate Employment of Kurtzman Carson

Consultants LLC as Claims and Noticing Agent (the "Motion") and the Court having reviewed

the Motion and the Court having determined that the relief requested in the Motion is in the best

interests of the Trust, the Debtors, their estates, their creditors, and other parties in interest; and it

appearing that proper and adequate notice of the Motion has been given and that no other or

further notice is necessary; and upon the record herein; and after due deliberation thereon; and

good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.      The Motion is GRANTED.

2.      Capitalized terms not otherwise defined herein shall have the meanings given to

them in the Motion.

3.      The requirement under Local Bankruptcy Rule 9013-1 (G) to file a memorandum

of law in connection with the Motion is hereby waived.

4.      As of the date of this Order, the Trustee is authorized to terminate the retention of

Kurtzman Carson Consultants, LLC ("KCC") as the official claims, noticing and balloting agent

in the above cases (the "Termination").  Further, KCC is directed to, and shall within thirty (30)

days of Termination, transfer a copy of all proofs of claim, ballots and any other documents in

KCC's possession regarding the above cases, including an updated claims register and mailing

list in both alphabetical and numerical order (collectively, the "Documents"), in an electronic

format on compact disc to the Trust (the "Data Transfer") at the following address -200 Westgate

Pkwy, Suite 100, Richmond, VA 23233.  Originals of the Data Transfer Documents shall be

transferred to the Trust at the same address.  Upon completion of the Data Transfer, KCC shall

be no longer obligated to perform any services pursuant to the KCC Agreement and/or the KCC

Order.

5.      Adequate notice of the relief sought in the Motion has been given and no further

notice is required.

6.      The Court retains jurisdiction to hear and determine all matters arising from or

related to the implementation or interpretation of this Order.

Dated: May __, 2014
       Richmond, Virginia

_____
The Honorable Kevin R. Huennekens
United States Bankruptcy Judge

**WE ASK FOR THIS:**

_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

*Co-Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATION

      I hereby certify that the foregoing proposed Order has been either served on or endorsed by all necessary parties.

_____
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300