| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING**
**(Sixth Omnibus Objection – Claim Number 14487)**
**(Claimant(s) – Walter Swain)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") **will seek to have the Court sustain its claim objection related to Liquidating Trust's Sixth Omnibus Objection with respect to the Claimant Walter Swain – Claim No. 14487 (the "Claim Objection").**

  PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing on the Claim Objection on **May 21, 2014, 2014 at 2:00 p.m.**, (or such time thereafter as the matter may be heard).  The undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219 and ask for the Court to enter the proposed Order.

  PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: April 30, 2014

          */s/ Paula S. Beran*
          Lynn L. Tavenner (VA Bar No. 30083)
          Paula S. Beran (VA Bar No. 34679)
          TAVENNER & BERAN, P.L.C.
          20 North Eighth Street, 2nd Floor
          Richmond, Virginia  23219
          Telephone:  804-783-8300
          Facsimile:  804-783-0178
          Email:  ltavenner@tb-lawfirm.com
             pberan@tb-lawfirm.com

          -and-

          Jeffrey N. Pomerantz (admitted *pro hac vice*)
          Andrew W. Caine (admitted *pro hac vice*)
          PACHULSKI STANG ZIEHL & JONES LLP
          10100 Santa Monica Blvd.
          13th Floor
          Los Angeles, California  90067-4100
          Telephone: 805-123-4567
          Facsimile:  310/201-0760
          E-mail:  jpomerantz@pszjlaw.com
             acaine@pszjlaw.com

          *Counsel for the Circuit City Stores, Inc.*
          *Liquidating Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on April 30, 2014 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Walter Swain
756 Granite Ridge Drive
Fort Worth, TX 76179


*/s/ Paula S. Beran*_____
Paula S. Beran (VA Bar No. 34679)