IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

............................................................x
In re:                                          :        Chapter 11
                                                :
CIRCUIT CITY STORES, INC.       :        08-35653
                                                :
                                                :
............................................................x

## NOTICE OF COUNSEL'S WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel and the law firm of Hanson Bridgett LLP hereby withdraw its appearance in the above-captioned case on behalf of iGate Global Solutions, Limited.

DATED: May 5, 2014

/s/ Emily M. Charley

Emily M. Charley, California Bar No. 238542
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Ph: (415) 777-3200
Fax: (415) 995-3450
Email: echarley@hansonbridgett.com

## CERTIFICATE OF NOTICE

I hereby certify that a true and correct copy of the foregoing Notice was sent to the Debtor, the US Trustee and other parties requesting notice via first class mail.

/s/ Emily M. Charley

6277597.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2014, a true and correct copy of the foregoing Notice of Counsel's Withdrawal of Appearance was served on all persons receiving electronic notice in these cases and to the following, by first class mail:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
*Counsel for Bank of America, N.A., as Agent*

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for the Debtors*

/s/ Emily C. Charley

Emily M. Charley, California Bar No. 238542
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Ph: (415) 777-3200
Fax: (415) 995-3450
Email: echarley@hansonbridgett.com

- 2 -

6277597.1