**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Case No.08-35653-KRH |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of *Thompson*McMullan, P.C. hereby withdraws its appearance as counsel for iGate Global Solutions, Limited in the above-captioned case. Accordingly, *Thompson*McMullan, P.C. requests that the Clerk's Office remove its designation as counsel for iGate Global Solutions, Limited.

Respectfully submitted,

*THOMPSON*MCMULLAN, P.C.

By:    /s/ William D. Prince, IV
            Counsel

William D. Prince, IV, Esq. (VSB #77209)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 698-6254
Facsimile: (804) 780-1813
Email: wprince@t-mlaw.com

William D. Prince, IV, Esq. (VSB #77209)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 698-6254
Facsimile: (804) 780-1813
Email: wprince@t-mlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2014, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system.

       /s/ William D. Prince, IV