IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Circuit Sports, LP, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Circuit Sports, LP
Jeff Carruth
Weycer Kaplan Pulaski & Zuber PC
11 Greenway Plz Ste 1400
Houston, TX 77046

**New Address [Creditor]**
Circuit Sports, LP
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL  60055- 9554

Dated: 2/21/14

Respectfully submitted,

By: Circuit Sports, LP
Signature: [signature]
Print Name: Raymond Levy
Title: V.P.