| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted pro hac vice) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON MAY 21, 2014  AT 2:00 P.M. (EASTERN)</u>**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on May 21, 2014 beginning at 2:00 p.m. Eastern.

1. Motion for Summary Judgment – Motion of Alfred H. Siegel, Trustee, for Summary Adjudication Disallowing in Full Claim No. 14809 Filed by Carmax, Inc. and Carmax Auto Superstores, Inc.; and Memorandum of Points and Authorities in Support Thereof (Related Document(s) [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Attachments: #(1) Exhibit(s) Declaration # (2) Exhibit(s) A # (3) Exhibit(s) B # (4) Exhibit(s) C) (Docket No. 13306)

    Related Documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s)[13306] Motion for Summary Judgment filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing Scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Tavenner, Lynn) (Docket No. 13307)

    b. Hearing continued; (Re: related document(s)[13306] Motion for Summary Judgment filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 5/21/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 13318)

        Objection Deadline:    May 14, 2014 by agreement of the parties

        Objections/ Responses Filed:    Response to (Re: related document(s)[13306] Motion for Summary Judgment filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paul S. Bliley Jr. of Williams Mullen on behalf of CarMax, Inc.

        Status:    The Trust will request that the Court grant the requested relief.

2. *Siegel v. State of Illinois Department of Revenue, through Brian Hamer, its Director – 10-03571-KRH)* Motion for Summary Judgment filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Attachments: #1 Statement of Undisputed Facts) (Docket No. 7)

2

Related
Documents:

a. Exhibit A *(McDonald Declaration Part 1)* (Re: related document(s)7 Motion for Summary Judgment filed by Alfred H. Siegel, Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 8)

b. Exhibit A *(McDonald Declaration Part 2)* (Re: related document(s)7 Motion for Summary Judgment filed by Alfred H. Siegel, Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 9)

c. Exhibit A *(McDonald Declaration Part 3)* (Re: related document(s)7 Motion for Summary Judgment filed by Alfred H. Siegel, Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 10)

d. Notice of Hearing (Re: related document(s)7 Motion for Summary Judgment filed by Alfred H. Siegel, Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11)

e. Hearing continued; (Re: related document(s)[7] Motion for Summary Judgment filed by Alfred H. Siegel, Alfred H. Siegel) Hearing scheduled for 5/21/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12)

Objection
Deadline:                 April 16, 2014; thereafter extended until May 14, 2014

Objections/
Responses
Filed:                       None

Status:                     The matter has been settled. The Trust will request that the matter be continued until June 18, 2014 for documentation and consummation of the settlement.

3. Motion to Authorize *(Liquidating Trustees Motion to Terminate Employment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.

Related

3

Documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)[13332] Motion to Authorize filed by Circuit City Stores, Inc. Liquidating Trust, [13333] Motion to Authorize filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 5/21/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

Objection Deadline:     May 14, 2014

Objections/ Responses Filed:     None.

Status:     The Trust will request that the Court continue the matter until June 18, 2014.

4. Motion to Authorize *(Liquidating Trustees Motion to Authorize Employment of Process General, LLC as Noticing Agent and (B) Utilization of Circuit City Stores, Inc. Liquidating Trust to Provide Services of a Claims Agent)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.

Related Documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)[13332] Motion to Authorize filed by Circuit City Stores, Inc. Liquidating Trust, [13333] Motion to Authorize filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 5/21/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

Objection Deadline:     May 14, 2014

Objections/ Responses Filed:     None

Status:     The Trust will withdraw the motion.

4

5.     Notice and Objection to Claim - *Sixth Omnibus Objection to Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims)* (Docket No. 10043)

Notice of Hearing *(Notice of Substantive Hearing (Sixth Omnibus Objection - Claim Number 14487) (Claimant Walter Swain))* (Re: related document(s)[10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10044] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10482] Response filed by Walter Swain, [13335] Reply filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 5/21/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

Related Documents:

    a.   Reply *(Reply Brief Regarding Objection to Administrative Claim Filed by Walter Lee Swain, Jr.)* (Re: related document(s)[10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10044] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10482] Response filed by Walter Swain) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.

| | |
|---|---|
| Objections/ Responses Filed: | Response to *claim # 14487* (Re: related document(s)10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10044 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Walter Swain (Docket No. 10482). |
| Status: | The Trust will request that the Court sustain the Objection to Claim 14487. |

| | |
|---|---|
| Dated: Richmond, Virginia<br>May 19, 2014 | TAVENNER & BERAN, PLC<br><br>___/s/ Paula S. Beran_____<br>Lynn L. Tavenner (VA Bar No. 30083)<br>Paula S. Beran (VA Bar No. 34679)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>(804) 783-8300<br><br>- and -<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>(310) 277-6910<br><br>- and –<br><br>Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>(212) 561-7700<br><br>*Co-Counsel for the Circuit City Stores, Inc.*<br>*Liquidating Trust* |

6