IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Archos, Inc, creditor in the above-referenced bankruptcy proceeding, has changed its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Archos, Inc
7951 E Maplewood Ave STE 260
Greenwood Village, CO 80111

**New Address [Creditor]**
Archos, Inc
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

**New Address [Notice Party(ies)]**
Archos, Inc
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: 5-2014

Respectfully submitted,

By:
Signature: [signature]
Print Name: Marie Huber
Title: CFO