JOHN F. KRATTLI, County Counsel
RICHARD GIRGADO, Deputy County Counsel
(SBN 174359) • *rgirgado@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0807 · Fax: (213) 617-7182

Attorneys for Los Angeles County Treasurer and
Tax Collector

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA

### Richmond Division

| | |
|---|---|
| In re Circuit City Stores, Inc., et al.,<br><br>Debtors, | CASE NO. 08-35653 (KRH)<br><br>**NOTICE OF APPEARANCE OF COUNSEL AND WITHDRAWAL OF COUNSEL FOR LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR**<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE OF APPEARANCE OF COUNSEL AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the Los Angeles County Counsel and Deputy County Counsel Richard E. Girgado, hereby enter their appearance, on behalf of the Los Angeles County Treasurer and Tax Collector, pursuant to Fed. R. Bankr. P. 9010 (b) in the referenced bankruptcy case commenced by Circuit City Stores, Inc., et al (the "Debtor"), and request that all papers, pleadings, motions and applications served or required to be served in the case be given to and served on the following:

JOHN F. KRATTLI, County Counsel
RICHARD GIRGADO, Deputy County Counsel
(SBN 174359) • rgirgado@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0807 • Fax: (213) 617-7182

HOA.1070006.1

Please also take notice of the withdrawal of the appearance of Martha E. Romero, Romero Law Firm (ECF No. 4785), as Los Angeles County Counsel requested that Martha E. Romero discontinue representing Los Angeles County Treasurer and Tax Collector with respect to this case on May 22, 2014 (See attached Exhibit A).

DATED: May 28, 2014

Respectfully submitted,

JOHN F. KRATTLI
County Counsel

By   /s/ RICHARD E. GIRGADO
     RICHARD GIRGADO
     Deputy County Counsel

Attorneys for Los Angeles Treasurer and Tax Collector

## CERTIFICATE OF NOTICE

I hereby certify that a true and correct copy of the foregoing Notice was sent to the Debtor, the US Trustee and other parties requesting notice via first class mail.

/s/  Richard E. Girgado

HOA.1070006.1

# CERTIFICATE OF SERVICE

Lisa Garcia states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713

That on May 28, 2014 I served the attached

**NOTICE OF APPEARANCE OF COUNSEL FOR LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR**

upon Interested Party(ies) by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☐ as follows ☒ as stated on the attached service list:

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses on the attached service list (specify one):

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☒ placed the envelope for collection and mailing, following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California:

I declare that I am employed in the offices of a member of this court at whose direction the service was made.

Executed on May 28, 2014, at Los Angeles, California.

| Lisa Garcia | /s/ LISA L. GARCIA |
|---|---|
| **(NAME OF DECLARANT)** | **(SIGNATURE OF DECLARANT)** |

HOA.1070006.1

## SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
Assistant United States Trustee

David S. Berman
Riemer &Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
Counsel for Bank of America, N.A., as Agent

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Counsel for the Debtors

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher &Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Counsel for the Debtors