# EXHIBIT A



# COUNTY OF LOS ANGELES
## OFFICE OF THE COUNTY COUNSEL

648 KENNETH HAHN HALL OF ADMINISTRATION
500 WEST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012-2713

TELEPHONE
(213) 974-1921

FACSIMILE
(213) 617-7182

TDD
(213) 633-0901

E-MAIL
jwhitehurst@counsel.lacounty.gov

JOHN F. KRATTLI
County Counsel

May 22, 2014

**VIA U.S. MAIL AND ELECTRONIC MAIL**

Martha Romero
Romero Law Firm
6516 Bright Avenue
Whittier, California 90601

Attention: Martha Romero

    Re:    **In Re Circuit City Stores, Inc., et al.**
              **Bankruptcy Case Number: 08-35653 (KRH)**

Dear Ms. Romero:

    This is to inform you that we have settled the above mentioned case, and your services in this matter are no longer needed effective May 22, 2014.

    Please contact me if you have any questions.

Very truly yours,

JOHN F. KRATTLI
County Counsel

By *[signature]*
JUDY W. WHITEHURST
Assistant County Counsel
Government Services Division

JWW:lr

HOA.1069051.1