## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.,* | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## MEDIATOR'S REPORT PURSUANT TO ORDER
## IMPLEMENTING ALTERNATIVE DISPUTE RESOLUTION
## PROCEDURES FOR CERTAIN DISPUTED CLAIMS

Comes now Karen M. Crowley, the mediator with respect to disputed claim number 2722 and 2725 filed by Glenn Duncan (the "Disputed Claims"), as selected by the parties pursuant to this Court's Order Implementing Alternative Dispute Resolution Procedures for Certain Disputed Claims entered on March 18, 2013 (the "Disputed Claims Procedures Order"), and states the following:

a)      Mediation in the Adversary Proceeding occurred on March 11, 2014;

b)      The names of the parties and counsel that appeared at the mediation were:

|  |  |
|---|---|
| On behalf of the Objecting Party | Martin Krolewski (Attorney) |
| | Jeff McDonald (Trust Plaintiff rep.) |
| On behalf of the Claimant | Glenn Duncan (Claimant) |
| | Three other persons who were either |
| | family or friends |

c)   The Disputed Claim issues were resolved.

Date:   Norfolk, Virginia                    /s/ Karen M. Crowley_____
June 3, 2014                                 KAREN M. CROWLEY
                                            *Mediator in the Above Referenced Matter*