Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

Counsel to the Circuit City Stores, Inc.
Liquidating Trust

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | x  Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al., | :  Chapter 11 |
| Debtors. | :  Jointly Administered) |
| | x |

**STIPULATION CONERNING DISPOSITION OF CLAIM NOS. 579 AND 13628
OF THE LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR;
<u>AND ORDER THEREON</u>**

The Circuit City Stores, Inc. Liquidating Trust (the "Trust") and claimant Los Angeles County Treasurer and Tax Collector (the "Claimant"), in order to resolve the pending disputes between the parties with respect Claimants claims and the objections thereto interposed by the Debtors and the Trust, and as more fully documented in the parties' concurrently signed settlement agreement, hereby agree as follows with respect to the disposition of Claimant's claims:

1. Claim No. 579 shall be disallowed in its entirety.

2. Claim No. 13628 shall be allowed in the amount of $102,000.00 as an administrative priority claim.

SUBMITTED:

Dated: May ____, 2014

Lynn L. Tavenner
Paula S. Beran
TAVENNER & BERAN, PLC

and

Jeffrey N. Pomerantz
Andrew W. Caine
PACHULSKI STANG ZIEHL & JONES LLP

By _____
*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Dated: May 22, 2014

John F. Kratlli
County Counsel

By _____
RICHARD GIRGADO
DEPUTY COUNTY COUNSEL
*Attorneys for Los Angeles County Treasurer
and Tax Collector*

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved.

2. Claimant's Claim No . 579 shall be disallowed in its entirety, and

3. Claimant's Claim No. 13628 shall be allowed only in the amount of $102,000.00 as an administrative priority claims, and not in any other amount.

Dated: Richmond, Virginia
       May __, 2014

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

and

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Counsel to the Circuit City Stores, Inc.
Liquidating Trust