**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to August 27, 2014 at 2:00 p.m. |
| 31 | Glenn Cordell Duncan | 2722 2725 | 4755 | This matter has been resolved and may be removed from the Court's docket. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to August 27, 2014 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to August 27, 2014 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to August 27, 2014 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The Trust intends on filing a motion for summary judgment for hearing on July 30, 2014. Accordingly, the Trust requests that this matter be continued to such date. |
| 37 | City of Brighton, Michigan | 11213 13834 | 5065 | The status hearing on this response is adjourned to August 27, 2014 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the June 18, 2014 hearing.

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 37 | Alameda County Treasurer | 13294 | 5098 12443 | The status hearing on this response is adjourned to August 27, 2014 at 2:00 p.m. |
| 37 | Los Angeles County | 13628 | 5113 | This matter has been resolved. The parties have filed a stipulation and request entry of an order. Thereafter, the matter may be removed from the Court's docket. |
| 37 | Monterey County | 14131 | 5113 | The status hearing on this response is adjourned to August 27, 2014 at 2:00 p.m. |
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation. No such documentation was received before the Effective Date. The claimant is now deceased. The estate must be probated prior to anyone having authority to sign the settlement agreement. Accordingly, the status hearing on this response is adjourned to August 27, 2014 at 2:00 p.m. |
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to August 27, 2014 at 2:00 p.m. |
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to August 27, 2014 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 4272 | 8055 | This matter has been resolved and may be removed from the Court's docket. |