# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For:  ☐ Debtor
      ☐ Attorney [If Applicable:] Name: _____
      ☑ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:   ☐ Husband and Wife
                     ☐ Husband Only
                     ☐ Wife Only

*[If applicable]* Case Name: 08-35653
*[If applicable]* Case No./Adversary Proceeding No.: 10-03348
*[If applicable]* Creditor Name: CONSTRUCT, INC.

☑ Street Address     ☐ Mailing Address
New Address: 5461 WHIPPLE LAKE ROAD
             No. and Street, Apt., P. O. Box or R. D. No.

City: CLARKSTON          State: MI    Zip: 48348

☑ Street Address     ☐ Mailing Address
Old Address: 1195 ROCHESTER ROAD, SUITE A
             No. and Street, Apt., P. O. Box or R. D. No.

City: TROY               State: MI    Zip: 48083

Telephone Number: ( 248 ) 620-9399
**Please include area code**

/s/ Steven L. Brown
Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for husband and wife, both debtors must sign.]*
☐ Creditor
☑ Attorney

Date: 06/25/2014

[changead ver. 02/08]