Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,. | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING**

**(Liquidating Trust's Thirty-First Omnibus Objection – Claim Numbers 15022 and 15023)
(Claimant(s) – Vadim Rylov)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc . et all. (collectively, the "Debtors") **will seek to have the Court sustain over the responses of all the parties listed above to the Thirty-First Omnibus Objection to Certain Invalid Claims (the "Claim Objection").**

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **July 30, 2014 at 2:00 p.m.**, (or such time thereafter as the

matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence, if necessary, on July 30, 2014 at 2:00 p.m., in support of the relief sought in the Claim Objection.**

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:   July 9, 2014

>   */s/ Paula S. Beran*
>   Lynn L. Tavenner (VA Bar No. 30083)
>   Paula S. Beran (VA Bar No. 34679)
>   TAVENNER & BERAN, P.L.C.
>   20 North Eighth Street, 2nd Floor
>   Richmond, Virginia  23219
>   Telephone:  804-783-8300
>   Facsimile:  804-783-0178
>   Email:   ltavenner@tb-lawfirm.com
>               pberan@tb-lawfirm.com
>
>   -and-
>
>   Jeffrey N. Pomerantz (admitted *pro hac vice*)
>   Andrew W. Caine (admitted *pro hac vice*)
>   PACHULSKI STANG ZIEHL & JONES LLP
>   10100 Santa Monica Blvd.
>   11th Floor
>   Los Angeles, California  90067-4100
>   Telephone: 805-123-4567
>   Facsimile:  310/201-0760
>   E-mail:  jpomerantz@pszjlaw.com
>               acaine@pszjlaw.com
>
>   *Counsel for the Circuit City Stores, Inc.
>   Liquidating Trust*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on July 9, 2014 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

VADIM RYLOV
c/o Righetti Glugoski PC
456 Montgomery St Ste 1400
San Francisco, CA 94104


VADIM RYLOV
c/o Righetti Law Firm
456 Montgomery St Ste 1400
San Francisco, CA 94104

VADIM RYLOV
c/o Mathew Righetti
456 Montgomery St Ste 1400
San Francisco, CA 94104

                                        */s/ Paula S. Beran*
                                        Paula S. Beran (Va Bar No. 34679)