Case 08-35653-KRH    Doc 13379    Filed 07/25/14    Entered 07/25/14 15:15:12    Desc
Main Document    Page 1 of 4

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted pro hac vice) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Blvd., 13th Floor | Richmond, Virginia 23219 |
| Los Angeles, CA 90067 | Telephone: (804) 783-8300 |
| Telephone: (310) 227-6910 | Telecopy: (804) 783-0178 |
| Telecopy: (310) 201-0760 | |
| - and – | Counsel to the Circuit City Stores, Inc. |
| Robert J. Feinstein, Esq. | Liquidating Trust |
| PACHULSKI STANG ZIEHL & JONES LLP | |
| 780 Third Avenue, 36th Floor | |
| New York, New York 10017 | |
| Telephone: (212) 561-7700 | |
| Telecopy: (212) 561-7777 | |
| Counsel to the Circuit City Stores, Inc. | |
| Liquidating Trust | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| _____ | ) | |

**ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION FOR
AUTHORITY TO (A) EMPLOY PROCESS GENERAL, LLC
AS NOTICING AGENT AND (B) UTILIZE TRUST
STAFF TO PROVIDE SERVICES OF A CLAIMS AGENT**

Upon the Liquidating Trustee's Motion for authority to (a) employ Process General, LLC ("PG") as its official noticing agent retained in the above-captioned chapter 11 bankruptcy cases and (b) utilize staff of the Liquidating Trust to maintain the official claims registry in these cases and to otherwise perform the services of a claims agent (the "Motion"), and the Court having reviewed the Motion and the Court having determined that the relief requested in the Motion is in the best interests of the Trust, the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the

Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is GRANTED.

The requirement under Local Bankruptcy Rule 9013-1 (G) to file a memorandum of law in connection with the Motion is hereby waived.

PG will provide the following services at request of the Trustee:

- A. Prepare and serve required notices that the Trustee and/or the Court deem necessary or appropriate.

- B. File a proof of service of each notice that includes (i) an alphabetical list of persons on whom PG served the notice along with their addresses and (ii) the date and manner of service.

- C. Maintain a website (www.processgeneral.com/circuit city) specifically for these bankruptcy cases, from which anyone may download certain claim information and obtain other relevant information and documents pertaining to these cases at no charge. (Additional information about claims may be obtained by contacting a designated claims hotline that will be maintained by the Trust staff.)

- D. Provide other noticing and related administrative services as may be requested from time to time by the Trustee.

The Trust staff will be responsible to:

- E. Obtain from KCC and thereafter maintain all proofs of claim or interest(and any amendments thereto) filed in these cases.

- F. Maintain an official claims register in these cases by docketing all proofs of interest or claims (and their amendments) in a claims database (which is already maintained by the Trust) that includes the following information for each such claim or interest asserted:

    - i. The name and address of the claimant or interest holder and any agent thereof (if the proof of claim or interest was filed by an agent);
    - ii. The date that the proof of claim or interest was received by KCC;
    - iii. The claim number assigned to the proof of claim or interest;
    - iv. The asserted amount and classification of the claim;
    - v. Claim transfer information, if the transfer was completed prior to the Distribution Record Date as provided in the Plan;

2

vi. The amount allowed, when appropriate, either by Court order or agreement of the parties pursuant to procedures previously approved by this Court; and

vii. Updated address or other information as may be submitted by claimants from time to time.

G. Implement security measures to ensure the completeness and integrity of the claims register. Periodically audit the claims information to assure the Clerk's Office that the claims information is being appropriately and accurately recorded in the official claims register.

H. Transmit to the Clerk of Court a summary of and/or a copy of the claims register as frequently as requested by the Clerk of Court.

I. Provide the public access to copies of the proofs of claim or interest filed in these chapter 11 cases without charge by appointment during the business hours of 10:00 a.m. – 4:00 p.m. Eastern Time in a viewing area at the following address: 200 Westgate Parkway, Richmond, VA 23233.

J. Allow the Clerk of Court to independently audit the claims information at any time (during regular business hours).

K. Maintain a designated claims hotline (to be identified in the website proposed to be maintained by PG) by which interested parties may request claims information, to which the Trust staff will respond promptly.

L. Comply with such further conditions and requirements as the Clerk of Court or the Court may at any time require or request.

Adequate notice of the relief sought in the Motion has been given and no further notice is required.

The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: July ___, 2014    Jul 25 2014    /s/ Kevin R. Huennekens
Richmond, Virginia                The Honorable Kevin R. Huennekens
                                   United States Bankruptcy Judge

**WE ASK FOR THIS:**    Entered on Docket:  Jul 25 2014

/s/ Lynn L. Tavenner
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

3

-and-

Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

# CERTIFICATION

I hereby certify that the foregoing proposed Order has been either served on or endorsed by all necessary parties.

                                                */s/ Lynn L. Tavenner*
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178