Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | : Case No. 08-35653-KRH |
| Debtors. | : (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 30 2014 AT 2:00 P.M. (EASTERN)**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

1

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on July 30, 2014 beginning at 2:00 p.m. Eastern.

1. Siegel *v. Sony Electronics Inc., A/K/A Sony et al.* – Ad. Pro. No. 10-03600-KRH - Motion for Summary Judgment *(Motion Of Plaintiff Trustee Alfred H. Siegel For Partial Summary Adjudication As To Claims III, V, VI And VII Of The Second Amended Complaint, And Memorandum In Support Thereof)* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Attachments: # (1) Declaration of Andrew Caine in Support) [Docket No. 107]

   Related Documents:

   a. Notice of Hearing (Re: related document(s)[107] Motion for Summary Judgment filed by Alfred H. Siegel, [108] Exhibit filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled for 7/30/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

   b. Exhibit *(Declaration of Brandi Fose in Support)* (Re: related document(s)[107] Motion for Summary Judgment filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Attachments: # (1) Exhibit B # (2) Exhibit D # (3) Exhibit E # (4) Exhibit A # (5) Exhibit C)

   Objection Deadlines:    July 23, 2014; extended to July 25, 2014

   Objections/ Responses Filed:    Opposition Brief *: Sony Electronics Inc.'s Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment* (Re: related document(s)[107] Motion for Summary Judgment filed by Alfred H. Siegel) filed by Peter Barrett of Kutak Rock L.L.P. on behalf of Sony Electronics, Inc., A/K/A Sony and Credit Suisse Loan Funding, LLC. [Docket No. 119] (and related exhibits)

   Motion to Reschedule Hearing : Sony Electronics Inc.'s Motion to Reschedule and Consolidate for Hearing on a Single Date (a) the Trustee's Motion for Partial Summary Judgment and (b) Sony's Motion for Partial Summary Judgment (Re: related document(s)107 Motion for Summary Judgment filed by Alfred H. Siegel, 120 Motion for Summary Judgment filed by Sony Electronics, Inc., A/K/A Sony and Credit Suisse Loan Funding, LLC) filed by Peter Barrett of Kutak Rock L.L.P. on behalf of

2

        Sony Electronics, Inc., A/K/A Sony and Credit Suisse Loan Funding, LLC. [Docket No. 123]

    Status:    The Trust will request that the Court grant the requested relief in its Motion.

2. *Siegel v. State of Illinois Department of Revenue, through Brian Hamer, its Director – 10-03571-KRH)* Motion for Summary Judgment filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Attachments: #1 Statement of Undisputed Facts) [Docket No. 7]

    Related Documents:

    a. Exhibit A *(McDonald Declaration Part 1)* (Re: related document(s)7 Motion for Summary Judgment filed by Alfred H. Siegel, Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. [Docket No. 8]

    b. Exhibit A *(McDonald Declaration Part 2)* (Re: related document(s)7 Motion for Summary Judgment filed by Alfred H. Siegel, Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. [Docket No. 9]

    c. Exhibit A *(McDonald Declaration Part 3)* (Re: related document(s)7 Motion for Summary Judgment filed by Alfred H. Siegel, Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. [Docket No. 10]

    d. Notice of Hearing (Re: related document(s)7 Motion for Summary Judgment filed by Alfred H. Siegel, Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. [Docket No. 11]

    e. Hearing continued; (Re: related document(s)[7] Motion for Summary Judgment filed by Alfred H. Siegel, Alfred H. Siegel) Hearing scheduled for 5/21/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. [Docket No. 12]

    f. Hearing continued; (Re: related document(s)[7] Motion for Summary Judgment filed by Alfred H. Siegel, Alfred H. Siegel) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Plaintiff. [Docket No. 13]

    g. Hearing continued; (Re: related document(s)7 Motion for Summary Judgment filed by Alfred H. Siegel, Alfred H. Siegel) Hearing scheduled for 7/30/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Plaintiff. [Docket No. 14]

|   |   |
|---|---|
| Objection Deadline: | April 16, 2014; thereafter extended until May 14, 2014 |
| Objections/ Responses Filed: | None |
| Status: | The matter has been settled, and said settlement has been documented.  The Trust will request that the matter be continued until August 27, 2014 at 2:00 p.m. for consummation. |

3. Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585) - Motion for Summary Judgment – Motion of Alfred H. Siegel, Trustee, for Summary Adjudication Disallowing in Full Claim No. 6555 Filed by Unical Enterprises, Inc.; Memorandum of Points and Authorities, and Declaration of Jeremy V. Richards in Support Thereof filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. [Docket No. 13373]

   Related Documents:

   a. Notice of Motion and Notice of Hearing (Re: related document(s)[13373] Motion for Summary Judgment filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 7/30/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. [Docket No. 13374]

   b. Notice of Hearing *(NOTICE OF SUBSTANTIVE HEARING) (DEBTOR'S THIRTY-FIRST OMNIBUS OBJECTION - CLAIM NUMBER 6555) (CLAIMANT - UNICAL ENTERPRISES, INC.)* (Re: related document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 7/30/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

|   |   |
|---|---|
| Objection Deadline: | July 23, 2014 |
| Objections/ Responses Filed: | None |
| Status: | The Trust will request that the Motion be granted and the Objection be sustained. |

4. Objection to Claim - *Liquidating Trust's Thirty-First Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) & Notice of Liquidating Trust's Thirtieth*

4

*Omnibus Objection to Claims (Disallowance of Certain Invalid Claims)* Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust [Docket No. 11809]

Related Documents:

a.  Notice of Hearing *(NOTICE OF SUBSTANTIVE HEARING) (LIQUIDATING TRUST'S THIRTY-FIRST OMNIBUS OBJECTION - CLAIM NUMBERS 15022 AND 15023) (CLAIMANT - VADIM RYLOV)* (Re: related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 7/30/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

Objection Deadline:   May 3, 2012

Objections/ Responses Filed:   Claimant's initial responses found at Docket Numbers 11901 and 11951.

Status:   The Trust will prosecute the Objection as it relates to Claim Numbers 15022 and 15023 of Claimant Vadim Rylov and request that the Court sustain the Objection as to said claims.

5

| | |
|---|---|
| Dated: Richmond, Virginia<br>July 27, 2014 | TAVENNER & BERAN, PLC<br><br>_/s/ Paula S. Beran_<br>Lynn L. Tavenner (VA Bar No. 30083)<br>Paula S. Beran (VA Bar No. 34679)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>(804) 783-8300<br><br>- and -<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>(310) 277-6910<br><br>- and –<br><br>Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>(212) 561-7700<br><br>*Co-Counsel for the Circuit City Stores, Inc.*<br>*Liquidating Trust* |