# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Keith Allen, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Keith Allen
534 RED QUILL NEST
SAN ANTONIO, TX 78253

**New Address [Creditor]**
Keith Allen
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

**New Address [Notice Party(ies)]**
Keith Allen
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

**Old Address [Notice Party(ies)]**

Keith Allen
534 RED QUILL NEST
SAN ANTONIO, TX 78253

Dated: 7-19-2014

Respectfully submitted,

By: *Keith Allen*
Signature: *KAll*
Print Name: Keith Allen
Title: