| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy:   (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy:   (804) 783-0178<br><br>*Counsel to the Circuit City Stores, Inc.*<br>*Liquidating Trust* |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>     Debtors. | ) Case No. 08-35653 (KRH)<br>)<br>) Chapter 11<br>) 1<br>) (Jointly Administered)<br>) |

### ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION TO TERMINATE EMPLOYMENT OF KURTZMAN CARSON CONSULTANTS LLC AS CLAIMS AND NOTICING AGENT

Upon the Liquidating Trustee's Motion to Terminate Employment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent (the "Motion") and the Court having reviewed the Motion and the Court having determined that the relief requested in the Motion is in the best interests of the Trust, the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further

1

notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.  The Motion is GRANTED.

2.  Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

3.  The requirement under Local Bankruptcy Rule 9013-1 (G) to file a memorandum of law in connection with the Motion is hereby waived.

4.  As of the date of this Order, the Trustee is authorized to terminate the retention of Kurtzman Carson Consultants, LLC ("KCC") as the official claims, noticing and balloting agent in the above cases (the "Termination").  Further, KCC is directed to, and shall within thirty (30) days of Termination, transfer a copy of all proofs of claim, ballots and any other documents in KCC's possession regarding the above cases, including an updated claims register and mailing list in both alphabetical and numerical order (collectively, the "Documents"), in an electronic format on compact disc to the Trust (the "Data Transfer") at the following address -200 Westgate Pkwy, Suite 100, Richmond, VA 23233.  Originals of the Data Transfer Documents shall be transferred to the Trust at the same address.  Upon completion of the Data Transfer, KCC shall be no longer obligated to perform any services pursuant to the KCC Agreement and/or the KCC Order.

5.  Adequate notice of the relief sought in the Motion has been given and no further notice is required.

6.  The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Jul 31 2014

Dated: July __, 2014
    Richmond, Virginia

*/s/ Kevin R. Huennekens*
_____
The Honorable Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket:8/1/14

**WE ASK FOR THIS:**

*/s/ Lynn L. Tavenner*
_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail: rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

*Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

## CERTIFICATION

    I hereby certify that the foregoing proposed Order has been either served on or endorsed by all necessary parties.

    */s/ Lynn L. Tavenner*
_____
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300

3