IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.,* | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**MEDIATOR'S REPORT PURSUANT TO ALTERNATE DISPUTE
RESOLUTION PROCEDURES FOR CERTAIN DISPUTED CLAIMS**

Comes now Richard L. Wasserman, the mediator with respect to the Claims of Roy Eisner and Joanne Eisner (Claim Nos. 3025 and 3852) (together, the "Eisner Claims"), as selected by the parties pursuant to this Court's Order Implementing Alternative Dispute Resolution Procedures for Certain Disputed Claims entered on March 18, 2013 (the "ADR Claims Order"), and states the following:

a) Mediation with respect to the Eisner Claims occurred on October 8, 2013

b) The names of the parties and counsel that appeared at the mediation were:

    On behalf of the Trustee:    Peter Kravitz
    Nicholas J. Panarella, Esq.
    Martin A. Krolewski, Esq.

    On behalf of the Eisners:    Roy Eisner
    Joanne Eisner
    Marshall E. Kresman, Esq.

c) The objection with respect to the Eisner Claims did not settle and, accordingly, pursuant to the ADR Claims Order the Trust will file with the Court and serve on the Eisners and counsel a notice of Status Conference, provided however, that a minimum of fourteen (14) days' notice of the Status Conference is required.

Date: Baltimore, Maryland
July 23, 2014

*/s/ Richard L. Wasserman*
Richard L. Wasserman
*Mediator in the Above Referenced Matter*

8317690-v1

| | |
|---|---|
| Filed This 1st Day of<br>August, 2014 | BY:  TAVENNER & BERAN, PLC<br><br>____/s/ Paula S. Beran_____<br>Lynn L. Tavenner (VA Bar No. 30083)<br>Paula S. Beran (VA Bar No. 34679)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>(804) 783-8300<br><br>*Co-Counsel for the Liquidating Trustee* |