**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Eric Seiler (admitted *pro hac vice*)
Andrew W. Goldwater (admitted *pro hac vice* )
Emily L. Chang (admitted  *pro hac vice* )
Jeffrey R. Wang (admission *pro hac vice* pending)
7 Times Square
New York, New York 10036-6516
(212) 833-1100
eseiler@fklaw.com
agoldwater@fklaw.com
echang@fklaw.com
jwang@fklaw.com

*Counsel for Sony Electronics Inc.*

**KUTAK ROCK LLP**
Peter J. Barrett (VSB No. 46179)
Timothy S. Baird (VSB No. 36315)
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
(804) 644-1700
peter.barrett@kutakrock.com
tim.baird@kutakrock.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

IN RE:  CIRCUIT CITY STORES, INC.,                    Case No. 08-35653-KRH

Debtor.                    Chapter 11

### MOTION PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)
### FOR ADMISSION *PRO HAC VICE*

Peter J. Barrett ("Movant"), a member in good standing of the Bar of the Commonwealth

of Virginia, an attorney admitted to practice before the United States Bankruptcy Court for the

Eastern District of Virginia, and a partner with Kutak Rock LLP, hereby moves the Court,

pursuant to this motion (the "Motion"), for the entry of an order, substantially in the form of

Exhibit A, authorizing Jeffrey R. Wang ("Mr. Wang"), a partner in the law firm of Friedman

Kaplan Seiler & Adelman LLP, 7 Times Square, New York, New York 10036-6516, to appear

and practice *pro hac vice* on behalf of Sony Electronics Inc. ("Sony") in the above-captioned

chapter 11 cases now pending in the United States Bankruptcy Court for the Eastern District of

Virginia and any related adversary litigation pursuant to Rule 2090-1(E)(2) of the Local

Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Virginia (the

"Local Bankruptcy Rules").  In support of this Motion, Movant states as follows:

1.    Mr. Wang is admitted, practicing and in good standing as a member of the bar of the State of New York.  He is admitted to practice before the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York and the U.S. Court of Appeals, Second Circuit.  Mr. Wang has been practicing law since 2003.  There are no disciplinary proceedings pending against Mr. Wang.

2.    Pursuant to Local Bankruptcy Rule 2090-1(E)(2), "an attorney from another state, the District of Columbia or a territory of the United States may appear and practice in cases *pro hac vice* before this Court upon motion of a member of the Bar of this Court, provided that in all appearances said attorney shall be accompanied by a member of this Bar."

3.    Movant requests the Court to allow Mr. Wang to file pleadings and to appear at hearings in these chapter 11 cases.

4.    Movant requests the Court to treat this Motion as a written memorandum of points and authorities or waive any requirement that this Motion be accompanied by a written memorandum of points and authorities as described in Rule 9013-1(G) of the Local Bankruptcy Rules.

5.    Movant has provided notice of this Motion to all persons receiving electronic notice in these bankruptcy cases.

6.    An Application pursuant to Local Bankruptcy Rule 2090-1(E)(2)(a) is attached hereto as Exhibit B.

WHEREFORE, for the reasons set forth herein, Movant respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, (a) authorizing Mr. Wang to appear and practice *pro hac vice* on behalf of Sony Electronics Inc.; and (b) granting

2

such other and further relief as is just and proper.

Dated: August 6, 2014

**SONY ELECTRONICS INC.**

By: /s/ Peter J. Barrett
**KUTAK ROCK LLP**
Peter J. Barrett (VA 46179)
Timothy S. Baird (VA 36315)
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
Telephone:  (804) 644-1700
Fax:  (804) 783-6192
peter.barrett@kutakrock.com
tim.baird@kutakrock.com

and

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Eric Seiler (admitted *pro hac vice*)
Andrew W. Goldwater (admitted *pro hac vice*)
Emily L. Chang (admitted *pro hac vice*)
Jeffrey R. Wang (admission *pro hac vice* pending)
7 Times Square
New York, New York 10036-6516
(212) 833-1100
eseiler@fklaw.com
agoldwater@fklaw.com
echang@fklaw.com
jwang@fklaw.com

*Counsel for Sony Electronics Inc.*

3

**EXHIBIT A**

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Eric Seiler (admitted *pro hac vice* )
Andrew W. Goldwater (admitted *pro hac vice* )
Emily L. Chang (admitted *pro hac vice*)
Jeffrey R. Wang (admission *pro hac vice* pending)
7 Times Square
New York, New York 10036-6516
(212) 833-1100
eseiler@fklaw.com
agoldwater@fklaw.com
echang@fklaw.com
jwang@fklaw.com

**KUTAK ROCK LLP**
Peter J. Barrett (VSB No. 46179)
Timothy S. Baird (VSB No. 36315)
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
(804) 644-1700
peter.barrett@kutakrock.com
tim.baird@kutakrock.com

*Counsel for Sony Electronics Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

IN RE:  CIRCUIT CITY STORES, INC.,                    Case No. 08-35653-KRH

                          Debtor.                    Chapter 11

## ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY RULE
## 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*

Upon the motion (the "Motion")[1] of Peter J. Barrett of Kutak Rock LLP for the admission

*pro hac vice* of Jeffrey R. Wang, a partner in the law firm of Friedman Kaplan Seiler & Adelman

LLP, 7 Times Square, New York, New York 10036-6516; the Court having jurisdiction to

consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334;

consideration of the Motion and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and

1409; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED

1.      The Motion is granted in its entirety.

2.      Jeffrey R. Wang is authorized to appear and practice *pro hac vice* as counsel for

Sony Electronics Inc. in the above-captioned chapter 11 cases and all related adversary

---

[1]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

4816-4229-2504.1

proceedings.

      3.    The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

      4.    The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Richmond, Virginia              _____
Dated: _____        United States Bankruptcy Court Judge

We ask for this:

/s/_____
**KUTAK ROCK LLP**
Peter J. Barrett (VA 46179)
Timothy S. Baird (VA 36315)
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
Telephone:  (804) 644-1700
Fax:  (804) 783-6192
peter.barrett@kutakrock.com
tim.baird@kutakrock.com

and

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Eric Seiler (admitted *pro hac vice*)
Andrew W. Goldwater (admitted *pro hac vice*)
Emily L. Chang (admitted *pro hac vice*)
Jeffrey R. Wang (admission *pro hac vice* pending)
7 Times Square
New York, New York 10036-6516
(212) 833-1100
eseiler@fklaw.com
agoldwater@fklaw.com
echang@fklaw.com
jwang@fklaw.com

*Counsel for Sony Electronics Inc.*

2

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653-KRH   ,* Case Name  Circuit City Stores, Inc.

PERSONAL STATEMENT

FULL NAME (no initials, please)  Jeffrey Ross Wang
Bar Identification Number  4201380          State  NY
Firm Name  Friedman Kaplan Sieler & Adelman LLP
Firm Phone #  212-833-1100          Direct Dial #  212-833-1175          FAX #  212-373-7975
E-Mail Address  jwang@fklaw.com
Office Mailing Address  7 Times Square, New York, NY 10036-6516
Name(s) of federal court(s) in which I have been admitted  USDC/EDNY, USDC/SDNY, USDC/NDNY

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____          August 6, 2014
(Signature)                                (Date)

Peter J. Barrett
_____
(Typed or Printed Name)

_____
\* *Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.