# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Trevor John Auman, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address
Trevor John Auman
206 River St
Rushford, MN 55971

New Address [Creditor]
Trevor John Auman
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Old Address [Notice Party(ies)]
Trevor John Auman
206 River St
Rushford, MN 55971

New Address [Notice Party(ies)]
Trevor John Auman
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: 7-26-14

Respectfully submitted,

By: Trevor Auman
Signature: [signature]
Print Name: Trevor Auman
Title: Creditor