| | |
|---|---|
| James S. Carr, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Nicholas J. Panarella, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| Kristin S. Elliott, Esq. | TAVENNER & BERAN, PLC |
| Martin Krolewski, Esq. | 20 North Eighth Street, 2nd Floor |
| (admitted pro hac vice) | Richmond, Virginia 23219 |
| KELLEY DRYE & WARREN LLP | Telephone: (804) 783-8300 |
| 101 Park Avenue | Telecopy:  (804) 783-0178 |
| New York, New York 10178 | |
| Telephone: (212) 808-7800 | |
| Telecopy:  (212) 808-7897 | |

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.,* | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF SCHEDULING CONFERENCE**

PLEASE TAKE NOTICE that pursuant to this Court's Order Implementing Alternative Dispute Resolution Procedures for Certain Disputed Claims entered on March 18, 2013, The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, will conduct on **August 27, 2014 at 2:00 p.m**., (or such time thereafter as the matter may be heard) in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219, a Scheduling Conference for  (i) Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585) and (ii) Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 7874) as each relates to the claims of Roy Eisner and Joanne Eisner (Claim Nos. 3025 and 3852).

Dated: August 13, 2014

        TAVENNER & BERAN, P.L.C.

        */s/ Paula S. Beran*
        Lynn L. Tavenner (VA Bar No. 30083)
        Paula S. Beran (VA Bar No. 34679)
        20 North Eighth Street, 2nd Floor
        Richmond, Virginia 23219
        Telephone: 804-783-8300
        Facsimile: 804-783-0178
        Email: ltavenner@tb-lawfirm.com
               pberan@tb-lawfirm.com

        -and-

        James S. Carr, Esq.
        Nicholas J. Panarella, Esq.
        Martin Krolewski, Esq.
        (admitted *pro hac vice*)
        KELLEY DRYE & WARREN LLP
        101 Park Avenue
        New York, New York 10178
        Telephone: (212) 808-7800
        Telecopy:  (212) 808-7897

        *Counsel to the Circuit City Stores, Inc.*
        *Liquidating Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August, 2014, a true and correct copy of the Notice Of Scheduling Conference was served by electronic delivery and/or first class mail, postage prepaid to:

        Kevin J, Funk, Esquire
        DurretteCrump PLC
        Bank of America Center, 16th Floor
        1111 East Main Street
        Richmond, VA  23219

        Marshall E. Kresman, Esq.
        Law Offices of Marshall E. Kresman
        1950 Street Road, Suite 103
        The Constitution Building
        Bensalem, PA 19020

        */s/ Paula S. Beran*
        Counsel