| | |
|---|---|
| **FRIEDMAN KAPLAN SEILER & ADELMAN LLP** | **KUTAK ROCK LLP** |

Eric Seiler (admitted *pro hac vice* )
Andrew W. Goldwater (admitted *pro hac vice* )
Emily L. Chang (admitted *pro hac vice*)
Jeffrey R. Wang (admission *pro hac vice* pending)
7 Times Square
New York, New York 10036-6516
(212) 833-1100
eseiler@fklaw.com
agoldwater@fklaw.com
echang@fklaw.com
jwang@fklaw.com

*Counsel for Sony Electronics Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

IN RE:  CIRCUIT CITY STORES, INC.,                         Case No. 08-35653-KRH

                    Debtor.                         Chapter 11

## ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*

Upon the motion (the "Motion")[1] of Peter J. Barrett of Kutak Rock LLP for the admission *pro hac vice* of Jeffrey R. Wang, a partner in the law firm of Friedman Kaplan Seiler & Adelman LLP, 7 Times Square, New York, New York 10036-6516; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED

    1.    The Motion is granted in its entirety.

    2.    Jeffrey R. Wang is authorized to appear and practice *pro hac vice* as counsel for Sony Electronics Inc. in the above-captioned chapter 11 cases and all related adversary proceedings.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Richmond, Virginia  
Dated: Aug 19 2014

/s/ Kevin R. Huennekens  
United States Bankruptcy Court Judge

We ask for this:

Entered on Docket:8/19/14

/s/ Peter J. Barrett  
**KUTAK ROCK LLP**  
Peter J. Barrett (VA 46179)  
Timothy S. Baird (VA 36315)  
Bank of America Center  
1111 East Main Street, Suite 800  
Richmond, Virginia 23219-3500  
Telephone: (804) 644-1700  
Fax: (804) 783-6192  
peter.barrett@kutakrock.com

tim.baird@kutakrock.com

and

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

Eric Seiler (admitted *pro hac vice*)

Andrew W. Goldwater (admitted *pro hac vice*)

Emily L. Chang (admitted *pro hac vice)*

Jeffrey R. Wang (admission *pro hac vice* pending)

7 Times Square

New York, New York 10036-6516

(212) 833-1100

eseiler@fklaw.com

agoldwater@fklaw.com

echang@fklaw.com

jwang@fklaw.com


*Counsel for Sony Electronics Inc.*