**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to October 22, 2014 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to October 22, 2014 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | A scheduling hearing is going forward on this claim. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to October 22, 2014 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The Court granted the Trust's request for summary judgment, and this matter may be removed from the Court's docket. |
| 37 | City of Brighton, Michigan | 11213 13834 | 5065 | The status hearing on this response is adjourned to October 22, 2014 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 13294 | 5098 12443 | The status hearing on this response is adjourned to October 22, 2014 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the August 27, 2014 hearing.

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 37 | Monterey County | 14131 | 5113 | The status hearing on this response is adjourned to October 22, 2014 at 2:00 p.m. |
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation. No such documentation was received before the Effective Date. The claimant is now deceased. The estate must be probated prior to anyone having authority to sign the settlement agreement. Accordingly, the status hearing on this response is adjourned to October 22, 2014 at 2:00 p.m. |
| 79 | Eisner, Joanne | 3852 | 8003 | A scheduling hearing is going forward on this claim. |
| 79 | Gibson, Thomas H. | 3995 | 8034 | The matter has been resolved; however, the Trust requests that it be continued for documentation and consummation. |