IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 12168

PLEASE TAKE NOTICE that Brandywine Grande C, L.P., creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 12168 requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| Brandywine Grande C, L.P.<br>c/o Jefferies Leveraged Credit Products LLC<br>One Station Pl Three N<br>Stamford, CT 06902 | Brandywine Grande C, L.P.<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)**<br><br>Brandywine Grande C, L.P.<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

[signature page follows]

724436v.1 445/01627

NYC:2396913

Dated: August 29, 2014

                                        Respectfully submitted,

                                        Brandywine Grande C, L.P.
                                        [By: Jefferies Leveraged Credit Products, LLC,
                                        under power of attorney][1]

By: /s/ William P. McLaughlin
Name: William P. McLaughlin
Title: SVP

---

[1] Note that Brandywine is the creditor of record. Accordingly, Brandywine must execute the notices or Jefferies can execute under POA.

724436v.1 445/01627

NYC:239691.3