IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 7537

PLEASE TAKE NOTICE that MR Keene Mill 1 LLC, creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 7537 requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| MR Keene Mill 1 LLC<br>c/o Jefferies Leveraged Credit Products LLC<br>One Station Pl Three N<br>Stamford, CT 06902 | MR Keene Mill 1 LLC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
| Old Notice Party(ies) | New Notice Party(ies)<br><br>MR Keene Mill 1 LLC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

[signature page follows]

724436v.1 445/01627

NYC:239691.3

Dated: August 29, 2014

                                  Respectfully submitted,

                                  MR Keene Mill 1 LLC
                                  [By: Jefferies Leveraged Credit Products, LLC,
                                  under power of attorney][1]

                                  By: *William P. McLoughlin*
                                  Name: William P. McLoughlin
                                  Title: SVP

---

[1] Note that MR Keene Mill is the creditor of record. Accordingly, either MR Keene Mill needs to execute the change of address notice, or Jefferies can execute under POA.

724436v.1 445/01627

NYC:239691.3