IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| In re: | Chapter 11 |
|---|---|
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Nancy and Charles Booth, creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Booth, Nancy and Charles Booth
Briskman and Briskman
175 N Chicago St
Joliet, IL 60432

**New Address [Creditor]**
Booth, Nancy and Charles Booth
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

**Old Address [Notice Party(ies)]**
Booth, Nancy and Charles Booth
Briskman and Briskman
175 N Chicago St
Joliet, IL 60432

**New Address [Notice Party(ies)]**
Booth, Nancy and Charles Booth
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: _____

Respectfully submitted,

By: _____
Signature: _____
Print Name: Nancy and Charles Booth
Title: Seller / Creditor

OFFICIAL SEAL
SUSAN E. FRANSEN
Notary Public - State of Illinois
My Commission Expires Dec 06, 2015