

Christopher P. Jayson
Phillip W. Farthing, M.D., J.D.
Arthur B. Skafidas
Mark H. Wright
James S. Moody, III
Jana L. Keenan
Attorneys at Law

August 25, 2014

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**RICHMOND DIVISION**
**FILED AUG 29 2014**
**CLERK U.S. BANKRUPTCY COURT**

      **RE:**      **Restivo, Mary**
      **Chapter:**    **11**
      **Case No.:**   **08-35653-KHR**
      **Claim No:**   **15268**

To Whom it May Concern:

Please be advised that Mary Restivo is formally withdrawing her unliquidated claim number 15268.

Thank you for your attention to this matter.

Very truly yours,

Mark H. Wright

MHW/tnb
Enclosure

cc:    Mrs. Mary Restivo
       Lynn L. Tavenner, Esquire
       Jeffrey N. Pomerantz, Esquire
       Robert J. Feinstein, Esquire
       Madeleine M. Parro, Esquire

LINCOLN CENTER | 5401 W. Kennedy Blvd. | Suite 600 | Tampa, Florida 33609 | (813) 321-1111 tel | (813) 321-1112 fax

www.jfswlaw.com

A Professional Association

## EXHIBIT B

| CLAIMANT | CLAIM NO. |
|---|---|
| Clinton, Karen | 15269 |
| Kaylor, Carole | Docket No. 11774 |
| Marshall, Robert E. | 15270; Docket No. 11806 |
| Maze, Aisha | 15264 |
| Restivo, Mary | 15268; letter to Court – Docket No. 11721 |