IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Central Park 1226, LLC,** a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Central Park 1226, LLC
Morgan, Lewis & Bockius, LLP
101 Park Ave
New York, NY 10178

**New Address [Creditor]**
Central Park 1226, LLC
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 9-22-14

Respectfully submitted,

By:

Signature: _Raymond Edwards_

Print Name: Raymond Edwards

Title: Vice President