IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Kimco Arbor Lakes, S C LLC**, a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Kimco Arbor Lakes, S C LLC
Morgan, Lewis & Bockius, LLP
101 Park Ave
New York, NY 10178

**New Address [Creditor]**
Kimco Arbor Lakes S C LLC
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: 9-22-14

Respectfully submitted,

By: _____

Signature: _Raymond Edwards_ (signed)

Print Name: **Raymond Edwards**

Title: **Vice President**