IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that KIR Augusta I 044, LLC, a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
KIR Augusta I 044, LLC
Morgan, Lewis & Bockius, LLP
101 Park Ave
New York, NY 10178

**New Address [Creditor]**
KIR Augusta I 044, LLC
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 9-22-14

Respectfully submitted,

By: _____

Signature: *Raymond Edwards* (signed)

Print Name: Raymond Edwards

Title: Vice President