### Change of Address

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re<br>CIRCUIT CITY STORES, INC., et al<br>(the "Debtors") | Chapter 11<br>Case No. 08-35653 (KRH)<br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBER:
## 6800

**PLEASE TAKE NOTICE** that Chapel Hills West, LLC, a creditor in the cases of the above-captioned Debtors, has changed its address, and hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to the above-referenced Claim be sent to the new address set forth below, effective immediately.

Former Address for Notices:

Chapel Hills West, LLC
1902 W. Colorado Ave., Suite 110
Colorado Springs, CO 80904

New Address for Notices and Payments:

Chapel Hills West, LLC
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza Suite 2100
San Francisco, CA 94111
Attention: Michael Linn

I declare under penalty of perjury that the foregoing is true and correct

**Chapel Hills West, LLC**

By: RD Chapel Hills, Inc.
   Its Managing Member

By: _____
Name: Jay Rosenbaum
Title: Managing Member

8