UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

CIRCUIT CITY STORES, INC., et al.

Debtors

Case No. 08-35653

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that following claim ("Claim") was filed or deemed filed under 11 U.S.C. § 1111(a) in this case and previously assigned to Credit Suisse International ("Assignor"):

| Claim No. | Claim Amount |
|---|---|
| 4139 | $16,059,231.15 |

Assignor hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, of the transfer, other than for security, of the Claim as referenced above to Sony Electronics Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the Claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered transferring to Assignee the Claim and recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: Sony Electronics Inc.
Address: 16530 Via Esprillo,
San Diego, California 92127
Signature: [signature]
Name: Maryrose Sanscarzie
Title: VP Credit + A/R
Date: 9-19-14

ASSIGNOR: Credit Suisse Loan Funding, LLC
Address: Eleven Madison Ave., 5th Floor New York, New York 10010, Attn: [ ]
Signature: _____
Name: _____
Title: _____

{00230938.DOCX; 13}4816-6543-1070.7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.<br><br>Debtors | Case No. 08-35653<br><br>Chapter 11 |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that following claim ("Claim") was filed or deemed filed under 11 U.S.C. § 1111(a) in this case and previously assigned to Credit Suisse International ("Assignor"):

| Claim No. | Claim Amount |
|---|---|
| 4139 | $16,059,231.15 |

Assignor hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, of the transfer, other than for security, of the Claim as referenced above to Sony Electronics Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the Claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered transferring to Assignee the Claim and recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: Sony Electronics Inc.
Address: 16530 Via Esprillo,
San Diego, California 92127
Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: Credit Suisse Loan Funding, LLC
Address: Eleven Madison Ave., 5th Floor New York, New York 10010, Attn: [_]
Signature: _/s/ Robert Healey_
Name: Robert Healey
Title: Authorized Signatory
Date: _____

{00230938.DOCX; 13}4816-6543-1070.7