**210B (12/09)**

# United States Bankruptcy Court

### Eastern District of Virginia
### Case No. 08-35653-KRH
### Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____    was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 09/26/2014 (date).

**Name and Address of Alleged Transferor:**

Claim No. : Credit Suisse Loan Funding LLC, 11 Madison Avenue, 5th Floor, New York, NY 10010

**Name and Address of Transferee:**

Sony Electronics Inc.
16530 Via Esprillo
San Diego, CA 92127-1898

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/28/14

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                           Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: sewardt          Page 1 of 57          Date Rcvd: Sep 26, 2014
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2014.
9182848        +Credit Suisse Loan Funding LLC,    11 Madison Avenue, 5th Floor,    New York, NY 10010-3698

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2014                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2014 at the address(es) listed below:
          Aaron L. Hammer    on behalf of Creditor    TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com,mbrandess@sugarfgh.com,joconnor@sugarfgh.com,bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor    Virginia Surety Company, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com,mbrandess@sugarfgh.com,joconnor@sugarfgh.com,bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor    Service Saver, Incorporated ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com,mbrandess@sugarfgh.com,joconnor@sugarfgh.com,bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor    ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com,mbrandess@sugarfgh.com,joconnor@sugarfgh.com,bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor    ServicePlan, Inc. and all its Affiliates
          ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com,mbrandess@sugarfgh.com,joconnor@sugarfgh.com,bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor    National Product Care Company ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com,mbrandess@sugarfgh.com,joconnor@sugarfgh.com,bkdocket@sugarfgh.com
          Aaron R. Cahn    on behalf of Unknown    Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com, tsable@honigman.com
          Albert F. Quintrall    on behalf of Creditor    Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles    on behalf of Creditor    City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins    on behalf of Interested Party    Eatontown Commons Shopping  Center
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party    Arboretum of South Barrington, LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party    AmCap NorthPoint LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party    AmCap Arborland LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Creditor    Engineered Structures, Inc.
          ajackins@seyfarth.com
          Alison Ross Wickizer Toepp    on behalf of Creditor    Northern Indianna Public Service Company
          atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant    Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant    Energizer Battery, Inc.
          atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC
          atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant    Kingston Technology Co., Inc.
          atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Ambika Joline Biggs    on behalf of Defendant    Scripps Media, Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Creditor    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    The E.W. Scripps Company d/b/a/ Ventura County
          Star abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com

District/off: 0422-7          User: sewardt          Page 2 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ambika Joline Biggs    on behalf of Defendant    Scripps Networks, LLC d/b/a HGTV.com, d/b/a
          FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    The National Union Fire Insurance Company of
          Pittsburgh, PA abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    Memphis Publishing Company, dba Commercial Appeal,
          Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams    on behalf of Creditor    Cobb Corners II, Limited Partnership
          amy.williams@klgates.com, hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    DIM Vastgoed, N.V. amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    Encinitas PFA, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    PrattCenter, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    UTC I, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    Valley Corners Shopping Center, LLC
          amy.williams@klgates.com, hailey.andresen@klgates.com
          Andrea Campbell Davison    on behalf of Defendant    Animal Planet, L.P. ADavison@beankinney.com
          Andrea Campbell Davison    on behalf of Creditor    Discovery Communications, Inc.
          ADavison@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Discovery Communications Inc. a/k/a The
          Learning Channel ADavison@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Wonders Industrial Development (Shenzhen) Co.,
          Ltd. ADavison@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Discovery Communications, Inc.
          ADavison@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Learning Channel, Inc. ADavison@beankinney.com
          Andrew Rapp    on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew A. Jones    on behalf of Interested Party    Farallon Capital Management, L.L.C.
          Andrew@ajoneslaw.com
          Andrew Edward Macfarlane    on behalf of Defendant    Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane    on behalf of Creditor    Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick    on behalf of Creditor    County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger    on behalf of Creditor    TKG Coffee Tree, L.P. andrewr@boydhomes.com,
          akrudiger@kaufcan.com
          Andrew Lynch Cole    on behalf of Interested Party    Faber Bros., Inc. Andrew.Cole@leclairryan.com
          Andrew M. Brumby    on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com,
          dbonilla@shutts-law.com
          Andrew S. Conway    on behalf of Creditor    Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu    on behalf of Creditor    PNY Technologies, Inc. aabreu@formanlaw.com
          Anitra D. Goodman Royster    on behalf of Creditor    Connexion Technologies
          anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
          raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt    on behalf of Creditor    The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt    on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
          Ann E. Schmitt    on behalf of Creditor    Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Anne C. Lahren    on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren    on behalf of Defendant    Landmark Media Enterprises LLC, f/k/a Landmark
          Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy    on behalf of Creditor    State of Wisconsin - Office of the State Treasurer
          murphyac@doj.state.wi.us, dgyholtks@doj.state.wi.us
          Anne Elizabeth Braucher    on behalf of Creditor    DL Peterson Trust, as Assignee of PHH Vehicle
          Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher    on behalf of Creditor    InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
          1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher    on behalf of Creditor    West Marine Products, Inc.
          abraucher@mcmillanmetro.com
          Anne G. Bibeau    on behalf of Creditor    Alameda County Treasurer ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau    on behalf of Creditor    Orangefair Marketplace, LLC ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau    on behalf of Creditor    Sonoma County Tax Collector ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Annemarie G. McGavin    on behalf of Creditor    Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    Dick's Sporting Goods, Inc.
          annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    General Instrument Corporation d/b/a Home &
          Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
          acichello@kb-law.com

District/off: 0422-7          User: sewardt          Page 3 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Anthony J. Cichello    on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder
            Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner     on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein    on behalf of Creditor    Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan    on behalf of Creditor    City of Philadelphia achan@hangley.com,
            ecffilings@hangley.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Generation H One and Two Limited Partnership
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Marvin L. Oates Trust aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Roth Tanglewood LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    American Power Conversion Corp. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Rolling Acres Plaza Shopping Center
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Macerich Company aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Greenback Associates aepps@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferee    412 South Broadway Realty LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    RREEF Management Company aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
            managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Portland Investment Company of America
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Shopping Center aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
            Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Union Square Retail Trust aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Signature Home Furnishings Co. Inc.
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Morse-Sembler Villages Partnership #4
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Lexmark International, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Madison Waldorf, LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Redtree Properties, L.P. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Drexel Delaware Limited Partnership
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland US Management LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Audio Authority Corporation aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Lexmark International, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Carousel Center Company, L.P. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
            Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
            Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Daniel W. Ramsey aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
            Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    International Speedway Square, Ltd.
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    NAP Northpoint, LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Macy's Retail Holdings, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Diamond Square, LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Amargosa Palmdale Investments, LLC
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Fingerlakes Crossing, LLC aepps@cblaw.com,
            avaughn@cblaw.com

District/off: 0422-7          User: sewardt          Page 4 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Starpoint Property Management, LLC
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Prudential Insurance Company of America
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   American Power Conversion Corp. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Manufacturers and Traders Trust Company, as
              Trustee aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management,  Inc.
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Thoroughbred Village Tennessee, GP
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Plaintiff    CC-Investors 1995-6 aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing I, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Associates, Ltd. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant    MediaNews Group, Inc. d/b/a Pioneer Press and
              St. Paul Pioneer Press aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Rancon Realty Fund IV aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Catellus Operating Limited Partnership
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Argyle Forest Retail I, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Westgate Village, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant    CDW Direct, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Interested Party   Manufacturers & Traders Trust Company, as
              Trustee aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Sangertown Square, L.L.C. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Swanblossom Investments, LP aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Donahue Schriber Realty Group, L.P.
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Laurel Plumbing, Inc. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Generation One and Two, LP aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
              managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Kimco Realty Corporation aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC, Inland American
              Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
              Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Whitestone Development Partners, L.P.
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   De Rito Pavilions 139, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@cblaw.com,
              avaughn@cblaw.com

District/off: 0422-7          User: sewardt          Page 5 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant    Solutions 2 Go, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant    Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney   Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Glimcher Properties Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Belkys  Escobar    on behalf of Creditor    County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
          bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Belkys  Escobar    on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov,
          bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Federal Warranty Service Corporation
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
          cloving@hunton.com
          Benjamin Joseph Lambiotte   on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          bgodshall@pszjlaw.com
          Bradford F. Englander   on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
          rodom@wtplaw.com
          Bradford F. Englander   on behalf of Creditor   Alliance Entertainment Corporation
          benglander@wtplaw.com,  rodom@wtplaw.com
          Brenda M. Whinery   on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler   on behalf of Creditor   Prince George's County, Maryland
          bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Brett Christopher Beehler   on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
    lsansbury@mrrlaw.net
Brian D. Huben   on behalf of Creditor   Prudential Insurance Company of America
    brian.huben@kattenlaw.com,
    carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
    enlaw.com
Brian D. Huben   on behalf of Creditor   The Macerich Company brian.huben@kattenlaw.com,
    carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
    enlaw.com
Brian D. Huben   on behalf of Creditor   KNP brian.huben@kattenlaw.com,
    carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
    enlaw.com
Brian D. Huben   on behalf of Creditor   Cousins Properties Incorporated
    brian.huben@kattenlaw.com,
    carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
    enlaw.com
Brian D. Huben   on behalf of Creditor   Watt Management Company brian.huben@kattenlaw.com,
    carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
    enlaw.com
Brian D. Huben   on behalf of Creditor   RREEF Management Company brian.huben@kattenlaw.com,
    carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
    enlaw.com
Brian D. Huben   on behalf of Creditor   Foursquare Properties, Inc. brian.huben@kattenlaw.com,
    carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
    enlaw.com
Brian D. Huben   on behalf of Creditor   Portland Investment Company of America
    brian.huben@kattenlaw.com,
    carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
    enlaw.com
Brian F. Kenney   on behalf of Creditor   Black & Decker (US), Inc. bkenney@milesstockbridge.com
Brian F. Kenney   on behalf of Defendant   JLG Industries, Inc. bkenney@milesstockbridge.com
Brian F. Kenney   on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
Brian F. Kenney   on behalf of Creditor   JLG Industries, Inc. bkenney@milesstockbridge.com
Brian F. Kenney   on behalf of Creditor   Maryland Acquisitions, LLC bkenney@milesstockbridge.com
Brian F. Kenney   on behalf of Defendant   Black & Decker (US), Inc. bkenney@milesstockbridge.com
Brittany Jane Nelson   on behalf of Creditor Karl   Engelke bnelson@foley.com
Bruce H. Matson   on behalf of Creditor   Bank of America, N.A., as Agent
    bruce.matson@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
Byron Z. Moldo   on behalf of Creditor   RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
    tmelendez@ecjlaw.com
Byron Z. Moldo   on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
    tmelendez@ecjlaw.com
Byron Z. Moldo   on behalf of Creditor   The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
    tmelendez@ecjlaw.com
Byron Z. Moldo   on behalf of Creditor   Descanso TIC, LLC bmoldo@ecjlaw.com,
    tmelendez@ecjlaw.com
C. Christopher Meyer   on behalf of Creditor   Wells Fargo Business Credit, Inc. cmeyer@ssd.com
C. Christopher Meyer   on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
Carl A. Eason   on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
Catherine Elizabeth Creely   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas
    Limited Liability Company ccreely@akingump.com
Catherine Elizabeth Creely   on behalf of Creditor   Golfsmith International, L.P.
    ccreely@akingump.com
Catherine Elizabeth Creely   on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
Chang  Eugene   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
Charles Gideon Korrell   on behalf of Creditor   Hoprock Limonite, LLC
    gideon.korrell@snrdenton.com
Charles W. Chotvacs   on behalf of Creditor   FJL-MVP, LLC cwchotvacs@gmail.com,
    aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Uniwest Commercial Realty cwchotvacs@gmail.com,
    aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   OTR-Clairemont Square cwchotvacs@gmail.com,
    aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Portland Investment Company of America
    cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
    aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
    aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
    cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
    cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
    aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Cousins Properties Incorporated
    cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com

District/off: 0422-7                User: sewardt                Page 7 of 57                Date Rcvd: Sep 26, 2014
                                    Form ID: trc                 Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Charles W. Chotvacs   on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
        aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
        aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
        aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
        aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
        aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
        aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
        aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
        aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    KNP cwchotvacs@gmail.com,
        aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
        aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Prudential Insurance Company of America
        cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
        aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
        aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel   on behalf of Unknown    G&S Livingston Realty, Inc.
        Christian.Vogel@leclairryan.com,
        kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel   on behalf of Creditor    Circuit Investors #2, Ltd.
        Christian.Vogel@leclairryan.com,
        kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel   on behalf of Creditor    Circuit Investors #3, Ltd.
        Christian.Vogel@leclairryan.com,
        kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel   on behalf of Creditor    Schimenti Construction Company LLC
        Christian.Vogel@leclairryan.com,
        kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christine D. Lynch   on behalf of Creditor    Interstate Augusta Properties LLC
        clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    E&A Northeast Limited Partnership
        clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    S.R. Weiner & Associates Inc.
        clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine McAteer Ford   on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
          Christine McAteer Ford   on behalf of Creditor    Ada Alicea, on behalf of herself and all others
        similarly situated cford@mdpcelaw.com
          Christopher A. Jones   on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
        rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
        rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
        rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
        cajones@wtplaw.com,   rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
        rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher Julian Hoctor   on behalf of Defendant    Moran Brown PC choctor@kv-legal.com,
        nferenbach@kv-legal.com
          Christopher L. Perkins   on behalf of Defendant    Parago Promotional Services, Inc
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
        Tech christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Gannett Satellite Information Network, Inc.,
        dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    680 S. Lemon Ave. Co.
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

           Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
              Republic christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
              TV christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
              Star christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com

District/off: 0422-7          User: sewardt          Page 9 of 57          Date Rcvd: Sep 26, 2014
                              Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
            d/b/a Jack of All Games christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
            Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
            Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Daniel Group
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
            Two Interactive christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com

District/off: 0422-7          User: sewardt          Page 10 of 57          Date Rcvd: Sep 26, 2014
                              Form ID: trc           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins   on behalf of Defendant   Haier America Trading L.L.C.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Cisco Systems, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Transferee   Longacre Opportunity Fund, LP
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Seagate Technology, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Plaintiff   Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown   Creative Realty Management, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sharp Electronics Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Attorney   LeClair Ryan, A Professional Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   V.E.C., LLC dba Virginia Electronic Components
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Westfield, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Take Two Interactive Software, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CC - Virginia Beach, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Eastern Security Corp.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Movant Nina   Winston christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Counter-Claimant   Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Cisco-Linksys, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Jefferies Leveraged Credit Products, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Rossmoor Shops, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com

District/off: 0422-7          User: sewardt          Page 11 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
          Greenville News christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor    507 Northgate LLC alstc@foster.com,
          ristj@foster.com
          Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
          cbelmonte@ssbb.com,   asnow@ssbb.com,pbosswick@ssbb.com
          Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia   jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
          cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
          Properties Group cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
          cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
          cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
          cpozmantier@ktbslaw.com,   mtuchin@ktbslaw.com
          Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
          cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
          awyers.com
          Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
          cpalik@mhlawyers.com,
          cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
          awyers.com
          Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc. cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
          Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          Curtis G. Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
          cmanchester@reedsmith.com,   shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
          ndysart@ltblaw.com;cblickley@ltblaw.com;plaura@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
          individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
          ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
          Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
          ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com

District/off: 0422-7          User: sewardt          Page 12 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
             Statesman ddprichard@gmail.com
            Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
             Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
            Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
             Statesman ddprichard@gmail.com
            Daniel D. Prichard    on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
             Post ddprichard@gmail.com
            Daniel D. Prichard    on behalf of Defendant    Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
             Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
            Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
             individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
            Daniel F. Blanks    on behalf of Debtor    Kinzer Technology, LLC dblanks@mcguirewoods.com
            Daniel F. Blanks    on behalf of Debtor    PRAHS, INC. dblanks@mcguirewoods.com
            Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
            Daniel F. Blanks    on behalf of Debtor    Mayland MN, LLC dblanks@mcguirewoods.com
            Daniel F. Blanks    on behalf of Debtor    Patapsco Designs, Inc. dblanks@mcguirewoods.com
            Daniel F. Blanks    on behalf of Defendant    Circuit City Stores, Inc. dblanks@mcguirewoods.com
            Daniel F. Blanks    on behalf of Plaintiff    Circuit City Stores, Inc. dblanks@mcguirewoods.com
            Daniel F. Blanks    on behalf of Debtor    XSStuff, LLC dblanks@mcguirewoods.com
            Daniel F. Blanks    on behalf of Debtor    Sky Venture Corp. dblanks@mcguirewoods.com
            Daniel F. Blanks    on behalf of Debtor    Circuit City Stores, Inc. dblanks@mcguirewoods.com
            Daniel F. Blanks    on behalf of Debtor    Courchevel, LLC dblanks@mcguirewoods.com
            Daniel M. Press    on behalf of Attorney Daniel M Press dpress@chung-press.com,   pressdm@gmail.com
            Daniel M. Press    on behalf of Defendant    Bensussen Deutsch & Associates, Inc.
             dpress@chung-press.com,   pressdm@gmail.com
            Daniel M. Press    on behalf of Defendant    B.R. Fries & Associates, LLC dpress@chung-press.com,
             pressdm@gmail.com
            Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc.
             dsbushnaq@venable.com
            Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
            Darrell William Clark    on behalf of Defendant    Targus, Inc. darrell.clark@stinsonleonard.com,
             catherine.scott@stinsonleonard.com
            Darrell William Clark    on behalf of Creditor    Waste Management, Inc.
             darrell.clark@stinsonleonard.com,  catherine.scott@stinsonleonard.com
            Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
            David  McCall    on behalf of Creditor    Garland ISD Tax Assessor/Collector
             bankruptcy@ntexas-attorneys.com
            David  McCall    on behalf of Creditor    Collin County Tax Assessor/Collector
             bankruptcy@ntexas-attorneys.com
            David  McCall    on behalf of Creditor    Frisco ISD Tax Assessor/Collector
             bankruptcy@ntexas-attorneys.com
            David  McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector
             bankruptcy@ntexas-attorneys.com
            David A. Greer    on behalf of Creditor    Pan Am Equities dgreer@davidgreerlaw.com,
             ecf@davidgreerlaw.com
            David A. Greer    on behalf of Creditor    Century plaza development corporation
             dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
            David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public
             Service of North Carolina davidwheeler@mvalaw.com
            David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com,
             scilino@chlhf.com
            David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
            David H. Cox    on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com,
             pdyson@jackscamp.com
            David H. Cox    on behalf of Creditor    Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
             pdyson@jackscamp.com
            David J. Ervin    on behalf of Creditor    WEC 99A-2LLC dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
             dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin    on behalf of Creditor    The MacNaughton Group dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin    on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin    on behalf of Creditor    Developers Diversified Realty Corporation
             dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin    on behalf of Creditor    Continental Properties Company, Inc.
             dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin    on behalf of Creditor    Philips International dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
             Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com

District/off: 0422-7          User: sewardt          Page 13 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David J. Ervin   on behalf of Creditor   The Woodmont Company dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Benderson Development Company, LLC dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
            RC CA Santa Barbara, LLC dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Regency Centers, L.P. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   General Growth Properties, Inc. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro   on behalf of Defendant   United States Debt Recovery LLC dspiro@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro   on behalf of Defendant   eGain Communications Corp., a/k/a Egain Communications
            and Eagin Communications dspiro@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro   on behalf of Defendant   United States Debt Recovery III, LLP dspiro@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro   on behalf of Transferee   US Debt Recovery LLC dspiro@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
          David R. Ruby   on behalf of Defendant   SanDisk Corporation druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Lite-On Sales & Distribution Inc., also known as LSDI
            druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   R-Pac International Corp. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Jasco Products Company, Inc. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Lite-On IT Corp. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
            tleonard@gfrlaw.com
          David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti   on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
            drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
            dlannetti@vanblk.com, drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti   on behalf of Defendant   Parrot, Inc. dlannetti@vanblk.com,
            drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler   on behalf of Defendant   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Dena Sloan Kessler   on behalf of Defendant   The National Union Fire Insurance Company of
            Pittsburgh, PA dkessler@bakerlaw.com
          Dena Sloan Kessler   on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Denise S. Mondell   on behalf of Creditor   State of Connecticut, Departments of Labor and
            Revenue Services denise.mondell@ct.gov
          Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services
            denise.mondell@ct.gov
          Dennis T. Lewandowski   on behalf of Movant   Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   JVC Americas Corp. and JVC Company of America
            dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Maryl Pacific Construction, Inc.
            dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
            America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Business to Business Solutions, LLC
            dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   Konami Digital Entertainment, Inc.
            dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   iProspect.com Inc. dtlewand@kaufcan.com
          Denyse  Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
          Denyse  Sabagh   on behalf of Transferee   Korea Export Insurance Corporation
            dsabagh@duanemorris.com
          Denyse  Sabagh   on behalf of Creditor   City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse  Sabagh   on behalf of Creditor   Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse  Sabagh   on behalf of Creditor   Sima Products Corp. dsabagh@duanemorris.com

District/off: 0422-7          User: sewardt          Page 14 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District
          caaustin@comcast.net
          Dion W. Hayes   on behalf of Debtor   Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
          dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Properties, LLC dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Sky Venture Corp. dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Defendant   Circuit City Stores, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Orbyx Electronics, LLC dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Kinzer Technology, LLC dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Patapsco Designs, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   XSStuff, LLC dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Courchevel, LLC dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores PR, LLC dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   PRAHS, INC. dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Ventoux International, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   CC Aviation, LLC dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   InterTAN, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Mayland MN, LLC dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
          Dominic L. Chiariello   on behalf of Creditor Donovan  Dunwell dc@chiariello.com
          Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects
          dludman@brownconnery.com
          Douglas  Scott   on behalf of Creditor   Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Creditor   PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Besam USA Inc. f/k/a Besam Automated Entrance Systems,
          Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Creditor   Pasadena Independent School District
          BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Transferee   CFH Investments III, LLC BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Interactive Toy Concepts, Inc
          BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Electronic Process Solutions d/b/a EPS Texas
          BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Russellville Steel Company, Inc.
          BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Merrimack Valley Sheet Metal Corporation
          BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Creditor   WCC Properties BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Hannspree North America, Inc., f/k/a Hannspree
          California, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
          dkappler@rdwlawcorp.com
          Douglas M. Foley   on behalf of Debtor   Mayland MN, LLC dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Patapsco Designs, Inc. dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   XSStuff, LLC dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Ventoux International, Inc. dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Courchevel, LLC dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   CC Aviation, LLC dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   InterTAN, Inc. dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc.
          dfoley@mcguirewoods.com,  twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Orbyx Electronics, LLC dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Sky Venture Corp. dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   PRAHS, INC. dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Plaintiff   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com

District/off: 0422-7        User: sewardt         Page 15 of 57          Date Rcvd: Sep 26, 2014
                           Form ID: trc           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Douglas M. Foley   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
          dfoley@mcguirewoods.com,  twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
          dfoley@mcguirewoods.com,  twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores West Coast, Inc.
          dfoley@mcguirewoods.com,  twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Kinzer Technology, LLC dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Properties, LLC dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Purchasing Company, LLC
          dfoley@mcguirewoods.com,  twhite@mcguirewoods.com
          Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales   on behalf of Creditor   City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache   on behalf of Creditor   Lexar Media, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Television Station KTXA L.P. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Philadelphia Television Station WPSG Inc.
          dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   WFAA-TV, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   KTVK, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Broadcasting Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   KHOU-TV, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc.
          dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Meredith Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   KVVU Broadcasting Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Vanguard Products Group, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Television Stations Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Creditor   LG Electronics USA, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals,Inc dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   King Broadcasting Company, doing business as KING-TV
          and KGW-TV dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Sacramento Television Stations Inc.
          dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Press-Enterprise Company dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Stations Group of Texas L.P. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Operations Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
          mayle@hooverslovacek.com
          Elizabeth  Banda Calvo   on behalf of Creditor   City of Hurst, Mansfiled ISD, Carroll ISD
          ebcalvo@pbfcm.com,  rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor   City of Cedar Hill, Burleson ISD, Arlington ISD
          ebcalvo@pbfcm.com,  rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor   City of Lake Worth ebcalvo@pbfcm.com,
          rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
          wenditaylor@toase.com
          Elizabeth L. Gunn   on behalf of Creditor   Hewlett Packard Company egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Defendant   PG Publishing Co., Inc. d/b/a Pittsburgh Post
          Gazette egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Defendant   Campbell Construction Co. egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Creditor Elizabeth R. Warren egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Creditor Mikael  Salovaara egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Elizabeth L. Gunn   on behalf of Defendant   Cypress/Spanish Fort I LP egunn@sandsanderson.com,
                  sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Elizabeth L. Gunn   on behalf of Creditor Joshua M. Loveall egunn@sandsanderson.com,
                  sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
                  sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Elizabeth L. Gunn   on behalf of Defendant   Longacre Opportunity Fund, L.P.
                  egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
                  ramona.neal@hp.com;ken.higman@hp.com
              Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
              Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
                  klgatesbankruptcy@klgates.com
              Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
              Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
              Erika L. Morabito   on behalf of Defendant   Navarre Online Fulfillment Services, Inc.
                  emorabito@pattonboggs.com
              Erin Elizabeth Kessel   on behalf of Defendant   Casio, Inc. ekessel@spottsfain.com,
                  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   PNY Technologies, Inc. ekessel@spottsfain.com,
                  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
                  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   Entergy Louisiana, LLC ekessel@spottsfain.com,
                  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
                  ekessel@spottsfain.com,
                  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   Entergy Arkansas, Inc. ekessel@spottsfain.com,
                  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   South Carolina Electric & Gas Company and Public
                  Service of North Carolina ekessel@spottsfain.com,
                  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   Cleveland Construction, Inc.
                  ekessel@spottsfain.com,
                  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   Entergy Mississippi, Inc. ekessel@spottsfain.com,
                  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   Entergy Texas, Inc. ekessel@spottsfain.com,
                  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Defendant   PNY Technologies Inc. ekessel@spottsfain.com,
                  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
              Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
                  ffm@bostonbusinesslaw.com
              Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP
                  fpepler@peplermastromonaco.com
              Franklin R. Cragle, III   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
              Franklin R. Cragle, III   on behalf of Creditor   United States Debt Recovery, LLC
                  fcragle@hf-law.com
              Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
              Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue
                  rudzikf@dor.state.fl.us
              Fredrick J. Levy   on behalf of Creditor   ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
                  mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
                  mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Garren Robert Laymon   on behalf of Creditor   Placer County glaymon@mglspc.com,
                  jcoffman@mglspc.com
              Garren Robert Laymon   on behalf of Creditor   Arlington ISD, et al. glaymon@mglspc.com,
                  jcoffman@mglspc.com
              Garren Robert Laymon   on behalf of Creditor   Riverside County California glaymon@mglspc.com,
                  jcoffman@mglspc.com
              Garren Robert Laymon   on behalf of Creditor   San Bernardino County glaymon@mglspc.com,
                  jcoffman@mglspc.com
              Garren Robert Laymon   on behalf of Creditor   Glenmoor Limited Partnership glaymon@mglspc.com,
                  jcoffman@mglspc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Garren Robert Laymon    on behalf of Creditor    Monterey County glaymon@mglspc.com,
              jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
              glaymon@mglspc.com,  jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Lake County (Florida) Tax Collector
              glaymon@mglspc.com,  jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Arlington ISD glaymon@mglspc.com,
              jcoffman@mglspc.com
          Gary E. Mason    on behalf of Plaintiff Marlon    Mondragon gmason@wbmllp.com
          Gary E. Mason    on behalf of Creditor Marlon    Mondragon gmason@wbmllp.com
          Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
          Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
              gfulghum@sblsg.com,  jschmeltz@sblsg.com; jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
              jschmeltz@sblsg.com; jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
              jschmeltz@sblsg.com; jrapp@sblsg.com
          German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
              alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
              notices@becket-lee.com
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
              Corp Card notices@becket-lee.com
          Gilbert D. Sigala    on behalf of Creditor John Batioff sigalawl@aol.com
          Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
              gbrown@pszjlaw.com
          Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
              Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
              agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
              gfornario@nixonpeabody.com,  khall@nixonpeabody.com; sf.managing.clerk@nixonpeabody.com
          Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
              christine@virginia-lawyers.net
          Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant    on behalf of Creditor    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
              ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
          H. Elizabeth Weller    on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
          Hale Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown    on behalf of Creditor    Westgate Village, LP hbrown@kkgpc.com,  jwest@kkgpc.com
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
              Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
              Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr    on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
              Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
              Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Creditor    Suemar hbroberts@live.com,
              droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
              Corporation hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
              ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
              droberts1949@live.com
          Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
              csommer@fdh.com
          Henry Pollard Long, III    on behalf of Defendant    Panasonic Corporation of North America
              hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Parker Central Plaza Ltd
              hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Panasonic Corporation of North America
              hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Food Lion LLC hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
              hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Taubman Auburn Hills Associates Limited
              Partnership hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Harvest/HPE LP hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    H & R REIT (U.S.) Holdings Inc. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
              hlong@hunton.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Henry Pollard Long, III   on behalf of Interested Party   Federal Warranty Service Corporation
                hlong@hunton.com
              Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
                howard.j.grossman@chase.com
              Ian S. Landsberg   on behalf of Creditor   Torrance Towne Center Associates, LLC
                ilandsberg@landsberg-law.com
              Ian S. Landsberg   on behalf of Creditor   FJL-MVP, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg   on behalf of Creditor   NMC Stratford, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
              J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
                chefiling@lw.com;robert.klyman@lw.com
              J. Christian Word   on behalf of Liquidator   Hilco Merchant Resources, LLC
                chefiling@lw.com;robert.klyman@lw.com
              J. David Folds   on behalf of Defendant   Simpletech, Inc. dfolds@bakerdonelson.com,
                sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant   Interactive Communications International, Inc.
                dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
                dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
                dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@bakerdonelson.com,
                sparson@bakerdonelson.com
              Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
                jackson.toof@arentfox.com
              Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
                jackson.toof@arentfox.com
              Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
                lbigus@stinson.com
              James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
                James.Newbold@illinois.gov
              James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
                through Brian Hamer, its Director James.Newbold@illinois.gov
              James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
                vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
              James E. Clarke   on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
                rbailey@atlanticlawgrp.com
              James Edward Bowman, II   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
                bethf@jebowman.com;ecf2@jebowman.com
              James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
                avis.francis@hklaw.com
              James J. Briody   on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
                kim.smith@sablaw.com
              James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
                kim.smith@sablaw.com
              James J. Briody   on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
                kim.smith@sablaw.com
              James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
                eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
                ell@spottsfain.com;tmoore@spottsfain.com;hwilson@spottsfain.com
              James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
                ncoton@beankinney.com
              James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
                ncoton@beankinney.com
              James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
                jlombardi@rossbanks.com,  acole@rossbanks.com
              James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
                of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
              James Winston Burke   on behalf of Creditor   MiTAC Digital Corp. (Magellan) jburke@orrick.com
              James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA
                Inc. jburke@orrick.com
              James Winston Burke   on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
              James Winston Burke   on behalf of Defendant   MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
                jburke@orrick.com
              James Winston Burke   on behalf of Creditor   Nintendo of America, Inc. jburke@orrick.com
              James Winston Burke   on behalf of Defendant   MiTAC Digital Corporation, individually and
                including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
              James Winston Burke   on behalf of Defendant   Nintendo of America, Inc. jburke@orrick.com
              Jamie M. Konn   on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
                kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
              Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
                jamie.konn@dlapiper.com,  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
              Janet M. Meiburger, Esq.   on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
              Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
                admin@meiburgerlaw.com
              Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
                ecf@krcl.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason B. Binford   on behalf of Creditor   Phoenix Property Company jbinford@krcl.com,
              ecf@krcl.com
              Jason M. Krumbein   on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;tcarper@krumbeinlaw.com
              Jason M. Krumbein   on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;tcarper@krumbeinlaw.com
              Jason M. Krumbein   on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;tcarper@krumbeinlaw.com
              Jason M. Krumbein   on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;tcarper@krumbeinlaw.com
              Jason William Harbour   on behalf of Defendant   Virgin Mobile USA, L.P. jharbour@hunton.com
              Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
              jharbour@hunton.com
              Jeffrey  Scharf   on behalf of Creditor   County of Spokane jeff@taxva.com,
              tacspc@gmail.com;amanda@taxva.com
              Jeffrey  Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
              tacspc@gmail.com;amanda@taxva.com
              Jeffrey  Scharf   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
              jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com
              Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
              Jeff.Klusmeier@ago.mo.gov,  Michelle.Hirschvogel@ago.mo.gov
              Jeffrey I. Snyder   on behalf of Creditor   LNR Partners, Inc. jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited
              Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
              Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
              dwineinger@taftlaw.com;ecfclerk@taftlaw.com
              Jeffrey J. Graham   on behalf of Creditor   Washington Corner, LP jgraham@taftlaw.com,
              dwineinger@taftlaw.com;ecfclerk@taftlaw.com
              Jeffrey L. Tarkenton   on behalf of Creditor   Amcor Sunclipse North America jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
              Jeffrey L. Tarkenton   on behalf of Defendant   Gateway US Retail, Inc. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
              Jeffrey L. Tarkenton   on behalf of Defendant   Acer America Corporation jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
              Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corporation
              jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
              Jeffrey L. Tarkenton   on behalf of Defendant   The Insurance Company of the State of
              Pennsylvania jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
              Jeffrey L. Tarkenton   on behalf of Defendant   Specific Media LLC jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
              Jeffrey L. Tarkenton   on behalf of Defendant   MaineToday Media, Inc. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
              Jeffrey L. Tarkenton   on behalf of Defendant   Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
              Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corp.
              jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
              Jeffrey L. Tarkenton   on behalf of Creditor   Gateway, Inc. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
              Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
              Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
              Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jeffreymsherman@gmail.com,
              emoyer@bsgfdlaw.com;jetsikerdanos@lerchearly.com
              Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
              Creditors jpomerantz@pszjlaw.com
              Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
              dennisj@ballardspahr.com,  pollack@ballardspahr.com

District/off: 0422-7          User: sewardt          Page 20 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   OTR-Clairemont Square dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   KNP dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
              Jennifer Ellis Lattimore   on behalf of Defendant   Vizio, Inc. jlattimore@eckertseamans.com
              Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
              Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
              jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Louisiana, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Imation Enterprises Corp. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Verizon Communications Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Mississippi, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Defendant   Coca-Cola Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Arkansas, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Defendant   Coca Cola Bottling Co. Consolidated
              jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   South Carolina Electric & Gas Company and Public
              Service of North Carolina jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Prosite Business Solutions, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
              jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com

```
District/off: 0422-7          User: sewardt         Page 21 of 57         Date Rcvd: Sep 26, 2014
                              Form ID: trc          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
           Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
           Enterprises Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
           msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
           Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
           msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
           Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
           msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
           Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
           jkneeland@linowes-law.com, klevie@linowes-law.com;jwright@linowes-law.com
           Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com,
           klevie@linowes-law.com;jwright@linowes-law.com
           Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
           jkneeland@linowes-law.com, klevie@linowes-law.com;jwright@linowes-law.com
           Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
           jkneeland@linowes-law.com, klevie@linowes-law.com;jwright@linowes-law.com
           Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Defendant    Swiff-Train Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
           Partnership jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
           Bee jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
           Inland Pacific Property Services LLC) jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
```

District/off: 0422-7          User: sewardt          Page 22 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
           Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
           Gateway III, LLC as tenants in common jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
           Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
           Carlson Marketing Group, Inc. jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
           Southwest Management LLC) jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
           Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
           Limited Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor Alexander H Bobinski jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
           Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
           Capital Management, LP jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore   on behalf of Creditor   Inland Traverse City, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company d/b/a The Kansas City
          Star jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Spirit Delivery and Distribution Services,
          Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Prudential Insurance Company of America
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   KNP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   CC Properties LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Transferee   412 South Broadway Realty LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Avondale McDowell, L.L.C
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Cameron Bayonne, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western College Station Gateway Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Brighton Commercial, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Sacramento Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The State
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Kansas City Star jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Watt Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Kimco Realty Corporation jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Transferee   IMCC Sunland, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Hamilton Crossing jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Redtree Properties, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   U.S. 41 & I 285 Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   MB Fabyan Randall Plaza Batavia, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Amargosa Palmdale Investments, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Premier Retail Interiors, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, f/k/a/
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Philips Electronics North America Corporation,
          d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
          Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Southwest Management LLC, Inland
          American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
          Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   PL Mesa Pavilions LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Cameron Bayonne Urban Renewal, LLC's (f/k/a
          Cameron Bayonne, LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   City and County of San Francisco
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   The Miami Herald Media Company
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Union Square Retail Trust jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Crossroads Associates, Ltd.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Charlotte Observer jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: sewardt              Page 24 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc                Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore   on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
          News, aka The Sun News jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Inland Western Southlake Corners Limited
          Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
          Center) jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Carousel Center Company, L.P.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
          Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
          Center jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Rolling Acres Plaza Shopping Center
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
          Idaho Statesman jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    The Leben Family Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant    Hamilton Beach Brands, Inc.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Generation H One and Two Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party    San Luis Obispo Tribune
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
          Eagle jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Computer Resource Team, Inc.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor    Swanblossom Investments, LP
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Transferor    Manufactures and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: sewardt          Page 25 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
      Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
      Partnership jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
      Management LLC) jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
      Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
      acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
      LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
      1997-CTL-1 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
      Trustee jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
      jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
      Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
      LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
      1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
      nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
      acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
          as Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RioCan Austin Southpark Meadows II Limited
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
          calirm@haslaw.com
          Jeremy Brian Root    on behalf of Creditor    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
          egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
          jeremy.friedberg@llff.com,    ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Information Systems, Inc.
          jeremy.friedberg@llff.com,    ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor    Washington Green TIC jeremy.friedberg@llff.com,
          ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Williams    on behalf of Creditor    Magna Trust Company, Trustee
          jeremy.williams@kutakrock.com,    lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC
          jeremy.williams@kutakrock.com,    lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    Joe  Evans jeremy.williams@kutakrock.com,
          lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    SDI Technologies, Inc.
          jeremy.williams@kutakrock.com,    lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
          jeremy.williams@kutakrock.com,    lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
          lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
          lynda.wood@kutakrock.com

District/off: 0422-7         User: sewardt          Page 27 of 57          Date Rcvd: Sep 26, 2014
                            Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
               jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
              Jeremy W. Martin   on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
               jmartin@weststarmortgage.com
              Jeremy W. Martin   on behalf of Interested Party   McCandlish Holton, PC
               jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
              Jeremy W. Ryan   on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
              Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
              Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
               Corp. jerryhall10@hotmail.com
              Jess R. Bressi   on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
              Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
              Jessica Regan Hughes   on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
               swells@seyfarth.com;wdcdocketing@seyfarth.com
              Jessica Regan Hughes   on behalf of Interested Party   Arboretum of South Barrington, LLC
               jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
              Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping  Center
               jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
              Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
               swells@seyfarth.com;wdcdocketing@seyfarth.com
              Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
              Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
               jsaronson@ridberglaw.com
              Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
              Joel T. Marker   on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
              John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
               jraftery@offitkurman.com
              John C. Smith   on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
               Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John C. Smith   on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
               Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John C. Smith   on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               jfiero@pszjlaw.com
              John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
               ll@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
               ll@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
               ll@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
               jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
               ll@wmlawgroup.com
              John D. McIntyre   on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
               ll@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
               jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
               ll@wmlawgroup.com
              John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
               pjf@carmodymacdonald.com
              John E. Lucian   on behalf of Creditor   VIWY, L.P. lucian@blankrome.com
              John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
               lucian@blankrome.com
              John G. McJunkin   on behalf of Creditor   Marc Realty jmcjunkin@bakerdonelson.com,
               sparson@bakerdonelson.com
              John G. McJunkin   on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
               jmcjunkin@bakerdonelson.com,  sparson@bakerdonelson.com
              John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@bakerdonelson.com,
               sparson@bakerdonelson.com
              John G. McJunkin   on behalf of Creditor   FT Orchard LLC jmcjunkin@bakerdonelson.com,
               sparson@bakerdonelson.com
              John G. McJunkin   on behalf of Creditor   427 Orchard LLC jmcjunkin@bakerdonelson.com,
               sparson@bakerdonelson.com
              John G. McJunkin   on behalf of Creditor   Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
               sparson@bakerdonelson.com
              John J. Lamoureux   on behalf of Creditor   Amore Construction Company jlamoureux@cfjblaw.com,
               delliott@cfjblaw.com;tpaecf@cfdom.net
              John J. Trexler   on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com

```
District/off: 0422-7        User: sewardt              Page 28 of 57         Date Rcvd: Sep 26, 2014
                           Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association
              jroche@perkinscoie.com,
              ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig   on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Defendant    Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Duke Energy Ohio, Inc. johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Central Georgia Electric Membership Corporation
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    New York State Electric and Gas Corporation
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Michigan Consolidated Gas Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    Carolina Power & Light Company d/b/a Progress Energy
              Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Connecticut Light and Power Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Piedmont Natural Gas Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    Toledo Edison Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    Southern Connecticut Gas Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    Duke Energy Indiana, Inc. johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Defendant    Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant    Pro-Pave Sealcoat Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    Southern California Edison Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    Yankee Gas Services Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    Orange and Rockland Utilities johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    The Detroit Edison Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    KeySpan Gas East Corporation johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    Connecticut Natural Gas Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    The Cleveland Electric Illuminating Company
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Duke Energy Carolinas, LLC johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    Public Service Company of New Hampshire
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion
              Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Public Service Electric And Gas Company
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Granite State Electric johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
              russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John M. Craig   on behalf of Creditor   Consolidated Edison Company of New York, Inc.
          johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   Western Massachusetts Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Salt River Project johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   American Electric Power johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Retail Property Group, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Commonwealth Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Jackson EMC johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Defendant   ASM Capital III, L.P. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Pennsylvania Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
          johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   SimVest Real Estate II, LLC johncraigg@aol.com,
          russj4478@aol.com
          John P. Van Beek   on behalf of Defendant   Cosco, Inc., d/b/a Cosco Air Conditioning and
          Refrigeration jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
          vanbeek.com
          John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
          vanbeek.com
          John P. Van Beek   on behalf of Creditor   WEC 96D Niles Investment Trust
          jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
          vanbeek.com
          John P. Van Beek   on behalf of Creditor   TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
          vanbeek.com
          John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
          rours@wileyrein.com
          John T. Farnum   on behalf of Defendant   Ashley Furniture Industries, Inc. jfarnum@wileyrein.com,
          rours@wileyrein.com
          John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com, nre98@aol.com
          Jonathan L. Hauser   on behalf of Defendant   Klipsch Audio Technologies LLC
          jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   CENVEO, Inc. jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   Velocity Micro, Inc.
          jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   Stampede Presentation Products, Inc.
          jonathan.hauser@troutmansanders.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Entertainment, Inc. jtcain@mintz.com,
          kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Games, Inc. f/k/a Destination Software, Inc.
          jtcain@mintz.com, kcraun@mintz.com
          Jorge A. Ortiz   on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
          Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire
          Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins, 11   USTPRegion04.RH.ECF@usdoj.gov
          Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T Capital Services, Inc.
          quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Kent H. Landsberg of Dallas, LP (
          quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T Corp. quagliano@seeger-law.com,
          harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@seeger-law.com,
          harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Paris Business Products, Inc.
          quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Amcor Packaging Distribution, Inc., d/b/a Amcor
          Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
          quagliano@seeger-law.com, harvell@seeger-law.com
          Justin F. Paget   on behalf of Defendant   The Seattle Times Company jpaget@hunton.com,
          cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Hunton & Williams, LLP jpaget@hunton.com,
          cloving@hunton.com

```
District/off: 0422-7          User: sewardt          Page 30 of 57          Date Rcvd: Sep 26, 2014
                              Form ID: trc            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Justin F. Paget   on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
              cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
              cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
              Inc. jpaget@hunton.com, cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    Wynit, Inc. jpaget@hunton.com, cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
              Liberate Your Brand jpaget@hunton.com, cloving@hunton.com
          Kalina Boyanova Miller    on behalf of Creditor    First Industrial Realty Trust, Inc.
              kmiller@wileyrein.com, rours@wileyrein.com
          Kalina Boyanova Miller    on behalf of Creditor    Greater Orlando Aviation Authority
              kmiller@wileyrein.com, rours@wileyrein.com
          Karen L. Gilman   on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley   on behalf of Mediator Karen   Crowley kcrowley@clrbfirm.com,
              jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
              jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Ken Coleman   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
              Ken.Coleman@allenovery.com
          Kenneth R. Rhoad   on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
          Kenneth R. Rhoad   on behalf of Defendant    Actionlink, LLC krhoa@gebsmith.com
          Kevin A. Lake   on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
              County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
              District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Madcow International Group Limited
              klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
              Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
              Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Harris County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
              District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
              District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Pima County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor Joanne   Eisner kfunk@durrettecrump.com,
              bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com,
              bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor Roy   Eisner kfunk@durrettecrump.com,
              bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman   on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    NBT Bank, N.A. knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    Carousel Center Company, L.P. knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    Mount Berry Square, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    Sangertown Square, L.L.C. knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    EklecCo NewCo, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    Landover (Landover Crossing), LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    Fingerlakes Crossing, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin R. McCarthy   on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kevin R. McCarthy    on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
            wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
            krm@mccarthywhite.com,    wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Detroit, Inc.
            khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Phoenix, Inc.
            khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Texas, Inc.
            khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Atlanta, Inc.
            khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Tampa, Inc.
            khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
            sprescott@idalaw.com
          Kimberly A. Pierro    on behalf of Creditor    Schottenstein Property Group, Inc.
            kimberly.pierro@kutakrock.com,
            sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
            @kutakrock.com
          Kimberly A. Pierro    on behalf of Creditor    Cole CC Groveland FL, LLC
            kimberly.pierro@kutakrock.com,
            sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
            @kutakrock.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
            LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
            kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
            for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
            kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
            kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    Wells Fargo Bank, N.A kwalker@fulbright.com,
            kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
            LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
            1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
          Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@kdblawfirm.com,
            Carla@KDBLawFirm.com
          Kristen E. Burgers    on behalf of Creditor    ORIX Capital Markets, LLC kburgers@ltblaw.com
          Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC kburgers@ltblaw.com
          Kristin Elliott    on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          Kristin Elliott    on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak    on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
          Laura Otenti    on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz    on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
            eappelstein@ltblaw.com
          Lawrence H. Glanzer    on behalf of Creditor    Citrus Park CC, LLC glanzer@rgblawfirm.com,
            Margaret@rgblawfirm.com
          Leon Y. Tuan    on behalf of Creditor    TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard E. Starr, III    on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com,
            gadams@Starr-Law.com
          Leonidas Koutsouftikis    on behalf of Creditor    Washington Real Estate Investment Trust
            lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba    on behalf of Defendant    Network Engineering Technologies, Inc.
            lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Interested Party    American Computer Development, Inc.
            regenhardtl@gmail.com
          Linda Dianne Regenhardt    on behalf of Defendant    EVGA.com Corp. regenhardtl@gmail.com
          Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
            nkatzen@reedsmith.com
          Linda Sharon Broyhill    on behalf of Creditor    La Frontera Village, L.P. lbroyhill@reedsmith.com,
            nkatzen@reedsmith.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Caguas LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    CSI Construction Company lkim@siwpc.com,
            lhamiel@siwpc.com

District/off: 0422-7            User: sewardt            Page 32 of 57            Date Rcvd: Sep 26, 2014
                               Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lisa Hudson Kim   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Wayne VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Lang Construction, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BevCon I, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant      Vornado Realty Trust lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    VNO TRU Dale Mabry, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BBP-Muncy LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Chatham County, GA Tax Commissioner lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    PrattCenter, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Amherst VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    John Rohrer Contracting Company, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Chatham County Tax Commissioner lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Monument Consulting, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Route 146 Millbury LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    NPP Development LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Hillson Electric Incorporated lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    T. J. Maxx of CA, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Interstate Augusta Properties LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    DEV Limited Partnership lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    UTC I, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-OH LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-SC LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-NY LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Towson VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant    Colonial Heights Holdings, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
          lhamiel@siwpc.com

District/off: 0422-7          User: sewardt          Page 33 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lisa Hudson Kim    on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa P. Sumner    on behalf of Creditor    Compass Group U.S.A. Inc. lsumner@poyners.com,
            ltrast@poyners.com
          Loc Pfeiffer    on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com
          Loc Pfeiffer    on behalf of Creditor    Schottenstein Property Group, Inc.
            loc.pfeiffer@kutakrock.com
          Louis E. Dolan, Jr.   on behalf of Creditor    Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,  was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Plaintiff    Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,  was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor    TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Defendant    TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor    California Self-Insurers' Security Fund
            LDOLAN@nixonpeabody.com,  was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton    on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason    on behalf of Defendant    Cypress/Spanish Fort 1 LP LMason@chfirm.com,
            chps.ecfnotices@gmail.com
          Lynn L. Tavenner    on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
            ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
            Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Madeleine C. Wanlsee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    AOL LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    Advertising.com Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant    AOL Advertising Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant    AOL Advertising, Inc., fka Platform-A Inc.
            mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant    Superstation, Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    Accent Energy California LLC
            mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    Advance Real Estate Management, LLC
            mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman   on behalf of Plaintiff Marlon  Mondragon mbusman@busmanandbusman.com,
            kjaros@busmanandbusman.com
          Marc A. Busman   on behalf of Creditor Marlon  Mondragon mbusman@busmanandbusman.com,
            kjaros@busmanandbusman.com
          Margaret M. Anderson   on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan   on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan   on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
          Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C2 LAWENCE  ROAD , LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
            mark.sherrill@sutherland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 South Lindbergh LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Unknown   Sutherland Asbill & Brennan LLP
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Moller Road LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as successor trustee to Bank
             of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
             holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee   CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
             PARTNERSHIP mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   C1 West Mason Street LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GCCFC 2007-GG9 Abercorn Street Limited Partnership
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 RIDGELAND RETAIL, LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   DMARC 2006 CD2 Davidson Place, LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Mall Road LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Idle Hour Road LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
             Partnership mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
             Liability Company mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
             Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
             Certificates, Series 2006-C4 mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
             mark.sherrill@sutherland.com
          Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
             Interactive, Inc. mtaylor@vlplawgroup.com
          Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC
             mdtaylor@kilpatricktownsend.com
          Mark D. Taylor   on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
             State of Texas, and Greg Abbott, as Attorney General of the State of Texas
             bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
             bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
             Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Defendant   Creative Labs, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
             mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
              mark@taxva.com,   amanda@taxva.com
              Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
              amanda@taxva.com
              Mark X. Mullin   on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
              dian.gwinnup@haynesboone.com
              Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
              mark.mullin@haynesboone.com,   dian.gwinnup@haynesboone.com
              Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
              martha.hulley@leclairryan.com,   erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
              martha.hulley@leclairryan.com,   erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
              martha.hulley@leclairryan.com,   erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
              martha.hulley@leclairryan.com,   erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Romero   on behalf of Creditor   Monterey County romero@mromerolawfirm.com
              Martha E. Romero   on behalf of Creditor   San Bernardino County romero@mromerolawfirm.com
              Martha E. Romero   on behalf of Creditor   Placer County romero@mromerolawfirm.com
              Martha E. Romero   on behalf of Creditor   Riverside County California romero@mromerolawfirm.com
              Martha E. Romero   on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
              Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
              Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
              martin.brown@lawokc.com
              Martin J.A. Yeager   on behalf of Creditor   Loren Stocker myeager@landcarroll.com
              Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
              molden@mhalaw.com,   akauba@mhalaw.com
              Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
              lexbankruptcy@wyattfirm.com
              Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com
              Matthew  Righetti   on behalf of Creditor Robert  Gentry matt@righettilaw.com
              Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com
              Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com
              Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com
              Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com
              Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
              Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
              mehoffman@duanemorris.com,   lltaylor@duanemorris.com;lstopol@levystopol.com
              Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
              lltaylor@duanemorris.com;lstopol@levystopol.com
              Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
              Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
              Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
              Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
              Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
              myoder@parkerpollard.com,
              sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
              Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
              sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
              Michael  Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
              Michael  Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
              Michael  Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
              othercourts@mvbalaw.com
              Michael  Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
              Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
              michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles   on behalf of Creditor   Shopping, Inc. michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
              michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
              michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
              michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
              michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

District/off: 0422-7          User: sewardt            Page 36 of 57           Date Rcvd: Sep 26, 2014
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
             michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
             michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles   on behalf of Creditor   CBL & Associates Management, Inc.
             michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
             michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles   on behalf of Creditor   Cole CC Aurora CO, LLC
             michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles   on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
             lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles   on behalf of Creditor   Jubilee-Springdale, LLC
             michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
             lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles   on behalf of Creditor   Sony Electronics, Inc.
             michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles   on behalf of Creditor   JP Morgan Chase & Co.
             michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
             Bank, USA michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles   on behalf of Creditor   The Landing at Arbor Place II, LLC
             michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
             michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles   on behalf of Creditor   Cole Capital Partners, LLC
             michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles   on behalf of Creditor   Hickory Ridge Pavilion LLC
             michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
             mcrowley@asm-law.com
             Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
             mcrowley@asm-law.com
             Michael D. Mueller   on behalf of Creditor   Tamarack Village Shopping Center Limited Partnership
             mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor   CHK, LLC mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor   Whitestone Development Partners, L.P.
             mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller   on behalf of Defendant   Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
             Inc. mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller   on behalf of Defendant   U.S. Luggage, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor   CC-Investors 1995-6 mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor   Inland Continental Property Management Corp.
             mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor   Rancon Realty Fund IV mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller   on behalf of Defendant   Saitek Industries Ltd. mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor   Catellus Operating Limited Partnership
             mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor   Inland Commercial Property Management,  Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller   on behalf of Plaintiff   CC-Investors 1995-6 mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor   Warner Home Video mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor   James H. Wimmer, Jr., personally mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor   Sennheiser Electronic Corp. mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor   Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor   Lawrence W. Fay mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller   on behalf of Defendant   Mad Catz, Inc. dba Saitek Industries Ltd.
             mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller   on behalf of Defendant   North American Roofing Services, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor   Team Retail Westbank, Ltd. mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor   Inland Southwest Management LLC mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller   on behalf of Creditor   Giant Eagle, Inc. mmueller@cblaw.com,
             avaughn@cblaw.com

District/off: 0422-7          User: sewardt          Page 37 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Michael D. Mueller   on behalf of Defendant   ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
     mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Gateway Center Properties III, LLC and SMR Gateway
     III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Inland US Management LLC mmueller@cblaw.com,
     avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Concar Enterprises, Inc. mmueller@cblaw.com,
     avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   SEA Properties I, LLC mmueller@cblaw.com,
     avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Inland American Retail Management LLC
     mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Cermak Plaza Associates, LLC mmueller@cblaw.com,
     avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Inland Pacific Property Services LLC
     mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Kimco Realty Corporation mmueller@cblaw.com,
     avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Union Square Retail Trust mmueller@cblaw.com,
     avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   Honeywell International Inc. dba ADI
     mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   La Habra Imperial, LLC mmueller@cblaw.com,
     avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
     avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   Warner Home Video, a division of Warner Bros. Home
     Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   Texas Instruments Incorporated mmueller@cblaw.com,
     avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Teachers Insurance and Annuity Association of
     America mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Market Heights, Ltd mmueller@cblaw.com,
     avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   U.S. Luggage Co. mmueller@cblaw.com,
     avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   RD Bloomfield Associates Limited Partnership
     mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Ergotron, Inc. f/k/a OmniMount Systems, Inc.
     mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
     avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Bagby & Russell Electric Company, Inc.
     mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   Mad Catz, Inc. mmueller@cblaw.com,
     avaughn@cblaw.com
Michael E. Hastings   on behalf of Creditor   Eastern Security Corp. mhastings@wtplaw.com,
     twhitt@wtplaw.com
Michael F. Ruggio   on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
Michael J. Sage  on behalf of Creditor   Pan Am Equities msage@omm.com,  kzeldman@omm.com
Michael John O'Grady   on behalf of Creditor   Convergys Customer Management Group Inc.
     mjogrady@fbtlaw.com
Michael Keith McCrory   on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
Michael L. Wilhelm   on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
Michael L. Wilhelm   on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
Michael L. Wilhelm   on behalf of Creditor Harry  Hallaian ECF@w2lg.com
Michael L. Wilhelm   on behalf of Creditor Leon  Hallaian ECF@w2lg.com
Michael P. Falzone   on behalf of Creditor   Huntington Mall Company mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   WD Partners, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Woodlawn Trustees Incorporated mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
     Mall mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   Patriot Enterprises of NY, LLC mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Martinair, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Basile Limited Liability Company mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   Standard Electric Supply Co., Inc.
     mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   RTS Marketing, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Fuel Creative, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   DG FastChannel, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Howland Commons Partnership, an Ohio gen partnership
     dba Howland Commons mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   Streater Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Vertis, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Kentucky Oaks Mall Company mfalzone@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael P. Falzone   on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
                 mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor    Gallatin Management Associates, LLC
                 mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor    Dickson Management Associates, LLC
                 mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor    Spring Hill Development Partners, GP
                 mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor    Remount Road Associates Limited Partnership
                 mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant    Bell0 International Corp. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant    Amore Construction Company mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Interested Party    Systemax, Inc. mfalzone@hf-law.com
              Michael S. Kogan   on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
                 mkogan@koganlawfirm.com
              Min  Park   on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
                 Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
                 Continental Property Management Corp., and Inland Commerc mpark@cblh.com
              Mindy A. Mora   on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
                 eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
              Mindy D. Cohn   on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
              Mitchell B. Weitzman   on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
                 swatson@jackscamp.com;iluaces@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
                 swatson@jackscamp.com;iluaces@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
                 swatson@jackscamp.com;iluaces@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
                 swatson@jackscamp.com;iluaces@jackscamp.com
              Mona M. Murphy   on behalf of Transferee    ON Corp. USA, Inc. and ON Corp.
                 mona.murphy@akerman.com,  crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Mona M. Murphy   on behalf of Creditor    Thomas, Inc. mona.murphy@akerman.com,
                 crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Mona M. Murphy   on behalf of Creditor    Thomson, Inc. mona.murphy@akerman.com,
                 crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Mona M. Murphy   on behalf of Creditor    Imperial Sales Corp. d/b/a Imperial Sales Company
                 mona.murphy@akerman.com,  crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Mona M. Murphy   on behalf of Creditor    Samsung Electronics America, Inc.
                 mona.murphy@akerman.com,  crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Mona M. Murphy   on behalf of Creditor    Bush Industries, Inc. mona.murphy@akerman.com,
                 crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Nancy F. Loftus   on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
              Nancy R. Schlichting   on behalf of Creditor    Antor Media Corporation nrs@lolawfirm.com,
                 lginsberg@lolawfirm.com
              Nathan  Jones   on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor    Us Debt Recovery VII, L.P. heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor    United States Debt Recovery, LLC heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor    US Debt Recovery XI, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor    US Debt Recovery VIII, L.P. heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor    Us debt recovery, XII, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor    US Debt Recovery V, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor    US Debt Recovery IV, LLC heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor    US Debt Recovery III, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor    US Debt Recovery X, LLC heather@usdrllc.com
              Neil E. McCullagh   on behalf of Creditor    PNY Technologies, Inc. nmccullagh@spottsfain.com,
                 eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                 msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                 n@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant    United States Debt Recovery IV LLC
                 nmccullagh@spottsfain.com,
                 eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                 msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                 n@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
                 eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                 msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                 n@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor    Shelby Properties TX, LLC nmccullagh@spottsfain.com,
                 eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                 msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                 n@spottsfain.com

District/off: 0422-7          User: sewardt              Page 39 of 57              Date Rcvd: Sep 26, 2014
                             Form ID: trc                Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh    on behalf of Interested Party    Marblegate Asset Management
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Chino South Retail PG, LLC nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Newspaper Agency Company LLC d/b/a MediaOne of Utah
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    United States Debt Recovery, LLC
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
                Rutherford LLC nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Dentici Family Limited Partnership
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Pintar Investment Properties TX, LLC
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Cleveland Construction, Inc.
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor c/o William A. Wood    Panattoni Construction, Inc.
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, L.P.
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    iGoDitigal, LLC nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                n@spottsfain.com

District/off: 0422-7          User: sewardt          Page 40 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Techcraft Manufacturing, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    South Carolina Electric & Gas Company
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Cormark, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com

District/off: 0422-7          User: sewardt          Page 41 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh    on behalf of Creditor   Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor  Richard T. Miller  nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC  nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@schnader.com
          Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Nikki Amber Ott   on behalf of Creditor   Berkadia Commercial Mortgage LLC nikki.ott@bryancave.com
          Nikki Amber Ott   on behalf of Creditor   Capmark Finance, Inc. nikki.ott@bryancave.com
          Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
          bfears@law.ga.gov, jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL mroberts@poolemahoney.com
          P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
          mroberts@poolemahoney.com
          Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
          rarnold@rc.com
          Paul J. Pascuzzi    on behalf of Interested Party   Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party   Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party   Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party   Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party   Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party   Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party   Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party   San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor   Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen   on behalf of Defendant   Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Tritronics, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Google Inc. pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Site A, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul K. Campsen   on behalf of Creditor   Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Springs, L.L.C. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   MHW Warner Robins, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Vance Baldwin, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley   on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
          Paul McCourt Curley   on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
          Paul McCourt Curley   on behalf of Creditor Laurie Lambert-Gaffney pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
          Paul Michael Schrader   on behalf of Creditor   San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Export Development Canada
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   MediaNews Group, Inc. and San Jose Mercury-News,
          Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
          Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Caribbean Display & Construction, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   TIN Inc. d/b/a Temple-Inland Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Contra Costs Times pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group
          East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
          Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   MediaNews Group Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Artitali Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Alameda Newspaper Group, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   BayAreaNewsGroup pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   BayAreaNews Group pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Alameda Newspapers, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Contra Costa Times, Inc.
          pschrader@fullertonlaw.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
          L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.and CC Countryside 98, L.L.C.
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Okaloosa County Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hayward 880,LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Bay County Florida tax collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hillsborough County, FL pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CarMax, Inc. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Palm Beach County Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CC Countryside 98, LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County Florida Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Westlake Limited Partnership
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Orange County Florida Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com

District/off: 0422-7          User: sewardt           Page 43 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul S. Bliley, Jr.  on behalf of Creditor   Osceola County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Manatee County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Highlands County, Florida
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Miami-Dade County Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Pinnellas County, Florida
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Interested Party  Carmax Business Services, LLC
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Defendant   Stephen Gould Corporation
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Hernendo County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Seminole County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Save Mart Supermarkets pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Stillwater Designs and Audio, Inc.
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Torrington Tripletts, LLC
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   CC-Investors 1997-4 pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Brevard County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Crown CCI, LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Burbank Mall Associates, LLC
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Tax Collector, Polk County, Florida
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Polk County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Lee County Tax Collector pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Marion County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Willaims Mullen Clark and Dobbins
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Indian River County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall   on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
              hall@bwst-law.com,  marbury@bwst-law.com
          Paula S. Beran   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
              pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m
          Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
              Inc. Liquidating Trust pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m
          Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m
          Paula S. Beran   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
              pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m
          Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m
          Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m
          Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter  Barrett   on behalf of Defendant   SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
           LOAN FUNDING, LLC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Mayfair ORCC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Defendant   Sony Electronics Inc. peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Defendant   Sony Electronics Inc., A/K/A Sony
           peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Gelco Corporation d/b/a GE Fleet Services
           peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Mayfair MDCC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Defendant   Gelco Corporation, d/b/a GE Fleet Services
           peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Sony Electronics, Inc. peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Sharpe Partners, LLC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg   on behalf of Defendant   Premier Resources International LLC
           pgreenburg@aol.com
          Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
           Administration peter.roth@doj.nh.gov
          Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
           pstrniste@rc.com,  kcooper@rc.com
          Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
          Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
           pcarney@whitecase.com,  hletourneau@whitecase.com
          Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
           scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@spilmanlaw.com,
           scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
           ppearl@sandsanderson.com,  scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com,
           scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
           ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
           ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
          Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
           pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
           pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
           rarrington@sandsanderson.com

District/off: 0422-7            User: sewardt            Page 45 of 57            Date Rcvd: Sep 26, 2014
                               Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Philip C. Baxa   on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
          pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   Mitsubishi Electronics America, Inc.
          pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip James Meitl   on behalf of Defendant   Gorilla Nation Media, LLC pj.meitl@bryancave.com,
          john.leininger@bryancave.com
          Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
          john.leininger@bryancave.com
          Philip James Meitl   on behalf of Defendant   DBL Distributing, LLC pj.meitl@bryancave.com,
          john.leininger@bryancave.com
          R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
          raypri24@hotmail.com
          Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
          rsaitta@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
          C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
          hhale@woodsrogers.com
          Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
          Association rmaxwell@woodsrogers.com,  hhale@woodsrogers.com
          Richard E. Girgado   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
          rgirgado@counsel.lacounty.gov
          Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Southroads, L.L.C.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Carlyle-Cypress Tuscaloosa, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Northcliff Residual Parcel 4 LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   SAP Retail Inc. and Business Objects
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Craig-Clarksville Tennessee LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Plantation Point Development, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Certain Benefit Restoration Plan Claimants
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Triangle Equities Junction LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Richard E. Hagerty    on behalf of Creditor    Cosmo-Eastgate, ltd
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
            Richard E. Hagerty    on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
            Richard E. Lear    on behalf of Creditor    Plaza Las Americas, Inc. richard.lear@hklaw.com,
            kimi.odonnell@hklaw.com
            Richard E. Lear    on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com,
            kimi.odonnell@hklaw.com
            Richard F. Stein    on behalf of Creditor    Internal Revenue Service
            richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
            Richard Iain Hutson    on behalf of Creditor    Sharp Electronics Corporation
            rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com;mes@weinstocklegal.com
            Richard Iain Hutson    on behalf of Defendant    Sharp Electronics Corporation
            rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com;mes@weinstocklegal.com
            Richard Iain Hutson    on behalf of Creditor    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
            lramsey@weinstocklegal.com;mes@weinstocklegal.com
            Richard Iain Hutson    on behalf of Creditor    Caribbean Display & Construction, Inc.
            rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com;mes@weinstocklegal.com
            Richard Iain Hutson    on behalf of Creditor    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
            lramsey@weinstocklegal.com;mes@weinstocklegal.com
            Richard Iain Hutson    on behalf of Creditor    Export Development Canada (EDC)
            rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com;mes@weinstocklegal.com
            Richard Iain Hutson    on behalf of Creditor    US Signs, Inc. rhutson@weinstocklegal.com,
            lramsey@weinstocklegal.com;mes@weinstocklegal.com
            Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
            Richard S. Yarow    on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
            Robert A. Canfield    on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
            jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
            eancanfield@comcast.net
            Robert A. Canfield    on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
            jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
            eancanfield@comcast.net
            Robert A. Canfield    on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
            jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
            eancanfield@comcast.net
            Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture bsmith@hillrainey.com,
            hillraineyign@gmail.com
            Robert B. Hill    on behalf of Creditor    Columbia Plaza Shopping Ceter Venture
            bsmith@hillrainey.com,  hillraineyign@gmail.com
            Robert B. Hill    on behalf of Creditor Decarla  Taylor-Conyers bsmith@hillrainey.com,
            hillraineyign@gmail.com
            Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins, 11
            Robert.B.Van.Arsdale@usdoj.gov
            Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
            of Revenue redmundson@attorneygeneral.gov
            Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company
            robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
            Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
            Robert D. Clark    on behalf of Creditor    Treasurer of Douglas County, Colorado
            rclark@douglas.co.us
            Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
            L.L.C. rtepper@sabt.com,  pcoover@sabt.com
            Robert E. Scully, Jr.    on behalf of Creditor    T.D. Farrell Construction, Inc.
            rscully@stites.com,  docketclerkalex@stites.com
            Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc.
            rmoorman@moormanlaw.com,  robmoorman@comcast.net
            Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC
            Lexbankruptcy@wyattfirm.com
            Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
            Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
            USAVAE.ALX.ECF.BANK@usdoj.gov
            Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
            rminkoff@jefferies.com,  mrichards@jefferies.com
            Robert L. LeHane    on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp.
            rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert L. LeHane    on behalf of Creditor    Philips International rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
          rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
          rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
          rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
          rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
          rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
          rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com,   rmmarinol@aol.com
          Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com,   rmmarinol@aol.com
          Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
          DPrillaman@usa.doj.gov;SJohnstonl@usa.doj.gov
          Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com,
          dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com,   dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com,   dhowes@ltblaw.com
          Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
          Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
          Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
          bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
          Times-Picayune bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
          bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
          Oregonian Publishing Co. bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
          Constructors bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
          bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
          bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
          rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
          rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
          rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
          rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert S. Westermann   on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
          rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    COMSYS Information Technology Services, Inc. and
          COMSYS Services, LLC rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant    Klaussner Furniture Industries, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant    The CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant    Pop's Cosmic Counters, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
          rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   Marblegate Asset Management
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    Cameron Group Associates LLP
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
          rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant    CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    Taubman Auburn Hills Associates Limited
          Partnership rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    TXU Engergy Retail Company LLC
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant    Venetian Casino Resort, LLC
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
          rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant    Longacre Opportunity Fund, L.P.
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
          rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   Systemax, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant    Denver Newspaper Agency LLP
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant    CIT Group/Commercial Services
          rwestermann@hf-law.com,  rmcburney@hf-law.com:rmcburney67@gmail.com
          Robin S. Abramowitz   on behalf of Creditor    CC Merrillville Trust abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
          abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
          Ron C. Bingham, II   on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
          Farrell Construction, Inc. rbingham@stites.com,  dclayton@stites.com
          Ronald A. Page, Jr.   on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
          rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com:pagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
          Management Group, Ltd. rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com:pagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com:pagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Creditor    Miner Fleet Management Group, Ltd.
          rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com:pagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com:pagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com:pagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com:pagebankruptcy@gmail.com
          Ronald Allen Page, Jr.   on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
          rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com:pagebankruptcy@gmail.com
          Ronald G. Dunn   on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
          Ronald M. Tucker   on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
          cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com

District/off: 0422-7          User: sewardt          Page 49 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Roy M. Terry, Jr.   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Roy M. Terry, Jr.   on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson, III   on behalf of Creditor   Chalek Company LLC russ4478@aol.com
          Russell R. Johnson, III   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
            sarah.kelly@leclairryan.com
          Ryan C. Day   on behalf of Plaintiff   Schimenti Construction Company LLC
            ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
          S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
            Company sgill@vanblk.com
          Sara B. Eagle   on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
            efile@pbgc.gov
          Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
            sboehm@mcguirewoods.com, kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
            sboehm@mcguirewoods.com, kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
            sboehm@mcguirewoods.com, kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
            sboehm@mcguirewoods.com, kcain@mcguirewoods.com
          Satchidananda  Mims   smims21@hotmail.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Services USA, Inc. scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Software Technology Corporation
            scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Hardware scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Technology Development, Inc.
            scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   The Nintendo Source Corporation scott.stengel@umb.com
          Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
          Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
          Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com
          Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
            sfranklin@vanblk.com
          Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
            cmcintire@buchalter.com
          Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sheila G. de la Cruz    on behalf of Defendant    Starco, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    RTS Marketing, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Howland Commons Partnership, an Ohio gen
          partnership dba Howland Commons sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Huntington Mall Company sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Spring Hill Development Partners, GP
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
          Mall sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Horizon Technology, LLC sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Basile Limited Liability Company
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    United States Debt Recovery, LLC
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila L. Shadmann    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmann    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmann    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
              Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
          stan.salus@akerman.com,
          crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
          Industrial Division smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
          Company smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Stephan William Milo   on behalf of Defendant   Hardsoft Solutions, Inc. d/b/a Micro Product
              Distributors, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   THF ONC Development, L.L.C. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert   on behalf of Creditor   Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
              nwalsh@wilsav.com
          Stephanie N. Gilbert   on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com,
              nwalsh@wilsav.com
          Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership
              smetz@shulmanrogers.com, nanderson@shulmanrogers.com
          Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc.
              sleach@ltblaw.com, msarata@ltblaw.com;ndysart@ltblaw.com
          Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue
              Murphys@dor.state.ma.us
          Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC
              sgallagher@venable.com,  lcwilliams@venable.com;lrheitger@venable.com
          Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld   on behalf of Creditor   PR Christiana LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor   PRGL Paxton LP steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor   Red Rose Commons Associates, L.P.
              steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor   Marple XYZ Associates steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor   Park Side Realty LP steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor   Goodmill LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor   PREIT SERVICES, LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor   Pep Boys - Manny, Moe & Jack
              steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor   THE GOLDENBERG GROUP steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor   Boulevard North, LP steveng@cohenbaldinger.com
          Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown   on behalf of Creditor   Walter E. Hartman & Sally J. Hartman, as Trustee of the
              Hartman 1995 Ohio Property brown@wolriv.com
          Steven L. Brown   on behalf of Defendant   The Dispatch Printing Company, d/b/a Columbus Dispatch
              brown@wolriv.com
          Steven L. Brown   on behalf of Defendant   Construct, Inc. brown@wolriv.com
          Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
          Steven L. Brown   on behalf of Creditor   The Columbus Dispatch brown@wolriv.com
          Steven L. Brown   on behalf of Creditor   Construct, Inc. brown@wolriv.com
          Tara B. Annweiler   on behalf of Creditor   American National Insurance Company
              tannweiler@greerherz.com
          Tara L. Elgie   on behalf of Defendant   Fujikon Industrial Co. Ltd. telgie@hunton.com
          Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc.
              thadwilson@kslaw.com,  pwhite@kslaw.com
          Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
              tmurphy@dclawfirm.com,
              rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
              dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh   on behalf of Defendant   The Nielsen Company (US) LLC, f/k/a Nielsen Media
              Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   WSVN-TV, a unit of Sunbeam Television Corporation
              thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   Nielsen Business Media Inc.
              thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com,
              alexis.makell@hklaw.com
          Thomas John McKee, Jr.   on behalf of Defendant   Bell Microproducts, Inc. mckeet@gtlaw.com,
              hallc@gtlaw.com
          Thomas John McKee, Jr.   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,  hallc@gtlaw.com
          Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
              tomjam2003@yahoo.com
          Thomas Neal Jamerson   on behalf of Interested Party   Parker Central Plaza Ltd
              tjamerson@hunton.com,  tomjam2003@yahoo.com
          Thomas Ryan Lynch   on behalf of Defendant   Griffin Technology tlynch@babc.com
          Thomas Ryan Lynch   on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
          Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
              lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
              lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
              trepczynski@offitkurman.com,  lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Tutwiler Properties, LTD
              trepczynski@offitkurman.com,  lschock@offitkurman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
              trepczynski@offitkurman.com,  lschock@offitkurman.com
              Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
              Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
              Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
              croyes@vanblk.com
              Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tracey.ohm@stinsonleonard.com,
              theresa.mackey@stinsonleonard.com
              Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc.
              tracey.ohm@stinsonleonard.com,  theresa.mackey@stinsonleonard.com
              Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc.
              tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy  Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
              tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
              Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
              Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
              situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
              tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
              rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Infogain Corporation vmorrison@wileyrein.com,
              rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc. vmorrison@wileyrein.com,
              rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P. vmorrison@wileyrein.com,
              rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. vmorrison@wileyrein.com,
              rours@wileyrein.com
              Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
              reardonv@michigan.gov,  jacksonst@michigan.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
              victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
              victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
              victoria.garry@ohioattorneygeneral.gov
              Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
              walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Movant   Wayne VF LLC walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
              Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
              LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
              and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
              ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
              jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
              Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com

```
District/off: 0422-7          User: sewardt           Page 53 of 57          Date Rcvd: Sep 26, 2014
                              Form ID: trc            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
Wanda  Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
Wanda  Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
Wendy Michele Roenker   on behalf of Creditor Treasurer  City of Chesapeake
   wroenker@cityofchesapeake.net
William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
   wheuer@duanemorris.com
William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
   wbroscious@kbbplc.com
William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
   wbroscious@kbbplc.com
William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
   aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
   Courier aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
   aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Vonage Holdings, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   American National Insurance Company
   aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Vonage Marketing Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
   aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Golf Galaxy, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   CC Countryside 98, LLC aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Hayward 880,LLC aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Westlake Limited Partnership
   aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   SBLM Architects PC aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   Contrarian Funds, L.L.C. aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
   TV aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   ION Audio, LLC aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   LumiSource, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Tax Collector, Polk County, Florida
   aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   CC Countryside 98 L.L.C. aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Dollar Tree Stores, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Symantec Corp aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   Intec, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   CC-Investors 1997-4 aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   SouthPeak Interactive LLC
   aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Nyko Technologies, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   SouthPeak Interactive, LLC
   aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   CarMax, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   Eon Communications Corporation
   aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Cyber Acoustics aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Dick's Sporting Goods, Inc.
   aburnett@williamsmullen.com
William A. Burnett   on behalf of Plaintiff   Carmax Auto Superstores, Inc.
   aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Dick's Sporting Goods Inc.
   aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Burbank Mall Associates, LLC
   aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   Brookfield Global Relocation Services, LLC, f/k/a
   GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Save Mart Supermarkets aburnett@williamsmullen.com
William A. Gray   on behalf of Creditor   Ray Mucci's Inc. bgray@sandsanderson.com,
   rarrington@sandsanderson.com
William A. Gray   on behalf of Creditor   Snell Acoustics, Inc. bgray@sandsanderson.com,
   rarrington@sandsanderson.com
William A. Gray   on behalf of Creditor   Alexander's Rego Park Center, Inc.
   bgray@sandsanderson.com,  rarrington@sandsanderson.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Gray   on behalf of Creditor    PrattCenter, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Premier Contracting, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    The Procter & Gamble Company and The Procter & Gamble
                 Distribution Company, LLC bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Gateway Woodside, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    Intertech Security of Maryland, LLC
                 bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Lee County, Mississippi Tax Collector
                 bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com

District/off: 0422-7          User: sewardt              Page 55 of 57              Date Rcvd: Sep 26, 2014
                             Form ID: trc                Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Interstate Augusta Properties LLC
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Coby Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Metra Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    DeSoto County, Mississippi bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BBP-Muncy LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-OH LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Towson VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    North Plainfield VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    McCorkendale Construction bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-NY LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    A.D.D. Holdings, L.P. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    DEV Limited Partnership bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    The Stop & Shop Supermarket Company LLC
          bgray@sandsanderson.com,  rarrington@sandsanderson.com

District/off: 0422-7          User: sewardt          Page 56 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor    John Rohrer Contracting Company, Inc.
           bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-VA LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Tamrac, Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    OmniMount Systems, Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-WB LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    RBS Business Capital bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    T. J. Maxx of CA, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Denon Electronics (USA), LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Colorado Structures, Inc., dba CSI Construction Co.
           bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Midwest Block & Brick, Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    East Brunswick VF LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    The Insurance Company of the State of Pennsylvania
           bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Chatham County, GA Tax Commissioner
           bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Valley Corners Shopping Center, LLC
           bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Fourstar International Trading Company
           bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Sensormatic Electronic Corporation
           bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Construction Testing and Engineering, Inc.
           bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC
           bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    The Oklahoma Publishing Company
           bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    E&A Northeast Limited Partnership
           bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Fourstar Group Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Denon Electronics bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
           rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
                Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
                chris.tillmanns@bgllp.com
            William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
                trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
            William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
                chris.tillmanns@bgllp.com
            William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
            William C. Crenshaw   on behalf of Creditor   Prince George's Station Retail, LLC
                bill.crenshaw@bryancave.com,  deborah.hensley@akerman.com
            William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com,
                deborah.hensley@akerman.com
            William C. Crenshaw   on behalf of Professional   Akerman Senterfitt bill.crenshaw@bryancave.com,
                deborah.hensley@akerman.com
            William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
            William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
                wprince@t-mlaw.com,  jseay@t-mlaw.com
            William Daniel Prince, IV   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
                Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
            William Daniel Prince, IV   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com,
                jseay@t-mlaw.com
            William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
            William Daniel Sullivan   on behalf of Defendant   Pioneer Electronics (USA) Inc.
                dsullivan@butzeltp.com
            William H. Schwarzschild, III   on behalf of Creditor   MRV Wanamaker, LC
                tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Defendant   Hotan Corporation
                tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Defendant   Datel Design & Development, Inc.
                tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor   National Western Life Insurance Company
                tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Defendant   J&J Industries, Inc.
                tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor   Dick's Sporting Goods, Inc.
                tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Defendant   Merrill Communications LLC
                tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor   Miami-Dade County Tax Collector
                tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor   Vonage Marketing Inc.
                tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor   Dollar Tree Stores, Inc.
                tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Defendant   Evening Post Publishing Company, dba The
                Post and Courier tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor   LumiSource, Inc.
                tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor   State Board of Equalization
                tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor   SouthPeak Interactive, LLC
                tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor   ION Audio, LLC tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Defendant   DIRECTV, Inc. tschwarz@williamsmullen.com
            Wm. Joseph A. Charboneau   on behalf of Creditor Nancy  Booth jcharboneau@mglspc.com,
                aford@mglspc.com
            Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
                aford@mglspc.com
            Wm. Joseph A. Charboneau   on behalf of Creditor Charles  Booth jcharboneau@mglspc.com,
                aford@mglspc.com
            Wm. Joseph A. Charboneau   on behalf of Creditor   Placer California jcharboneau@mglspc.com,
                aford@mglspc.com
            Zmarak  Khan   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
                zmarak.khan@dlapiper.com,
                George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                        TOTAL: 2208