210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____    was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 09/26/2014 (date).

**Name and Address of Alleged Transferor:**

Claim No. : Credit Suisse Loan Funding LLC, 11 Madison Avenue, 5th Floor, New York, NY 10010

**Name and Address of Transferee:**

Sony Electronics Inc.
16530 Via Esprillo
San Diego, CA 92127-1898

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/28/14

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                 Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7        User: sewardt          Page 1 of 57        Date Rcvd: Sep 26, 2014
                           Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2014.
9182848       +Credit Suisse Loan Funding LLC,   11 Madison Avenue, 5th Floor,   New York, NY 10010-3698

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2014                            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2014 at the address(es) listed below:
          Aaron L. Hammer   on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   Virginia Surety Company, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   Service Saver, Incorporated ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
          ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron R. Cahn   on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com, tsable@honigman.com
          Albert F. Quintrall   on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins   on behalf of Interested Party   Eatontown Commons Shopping Center
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   Arboretum of South Barrington, LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   AmCap NorthPoint LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   AmCap Arborland LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Creditor   Engineered Structures, Inc.
          ajackins@seyfarth.com
          Alison Ross Wickizer Toepp   on behalf of Creditor   Northern Indianna Public Service Company
          atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Energizer Battery, Inc.
          atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Creditor   GRE Grove Street One LLC
          atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Kingston Technology Co., Inc.
          atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Ambika Joline Biggs   on behalf of Defendant   Scripps Media, Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   The E.W. Scripps Company d/b/a/ Ventura County
          Star abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com

District/off: 0422-7          User: sewardt          Page 2 of 57          Date Rcvd: Sep 26, 2014
                              Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ambika Joline Biggs   on behalf of Defendant   Scripps Networks, LLC d/b/a HGTV.com, d/b/a
          FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   The National Union Fire Insurance Company of
          Pittsburgh, PA abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Memphis Publishing Company, dba Commercial Appeal,
          Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams   on behalf of Creditor   Cobb Corners II, Limited Partnership
          amy.williams@klgates.com, hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   DIM Vastgoed, N.V. amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   Encinitas PFA, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   PrattCenter, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   UTC I, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   Valley Corners Shopping Center, LLC
          amy.williams@klgates.com, hailey.andresen@klgates.com
          Andrea Campbell Davison   on behalf of Defendant   Animal Planet, L.P. ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc.
          ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications Inc. a/k/a The
          Learning Channel ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Wonders Industrial Development (Shenzhen) Co.,
          Ltd. ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications, Inc.
          ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Learning Channel, Inc. ADavison@beankinney.com
          Andrew  Rapp   on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew A. Jones   on behalf of Interested Party   Farallon Capital Management, L.L.C.
          Andrew@ajoneslaw.com
          Andrew Edward Macfarlane   on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger   on behalf of Creditor   TKG Coffee Tree, L.P. andrewr@boydhomes.com,
          akrudiger@kaufcan.com
          Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. Andrew.Cole@leclairryan.com
          Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
          dbonilla@shutts-law.com
          Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
          Anitra D. Goodman Royster   on behalf of Creditor   Connexion Technologies
          anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
          raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt   on behalf of Creditor   The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Anne C. Lahren   on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren   on behalf of Defendant   Landmark Media Enterprises LLC, f/k/a Landmark
          Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
          murphyac@doj.state.wi.us, sgurholtks@doj.state.wi.us
          Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
          Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
          Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
          1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
          abraucher@mcmillanmetro.com
          Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Annemarie G. McGavin   on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Dick's Sporting Goods, Inc.
          annemarie.mcgavin@bipc.com,  joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   General Instrument Corporation d/b/a Home &
          Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello   on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
          acichello@kb-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Anthony J. Cichello    on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder
Companies, Ltd. acichello@kb-law.com

Arthur S. Weitzner    on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com

Aryeh E. Stein    on behalf of Creditor    Annapolis Plaza LLC astein@wtplaw.com

Ashley M. Chan    on behalf of Creditor    City of Philadelphia achan@hangley.com,
ecffilings@hangley.com

Augustus C. Epps, Jr.    on behalf of Creditor    Generation H One and Two Limited Partnership
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    The Marvin L. Oates Trust aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Roth Tanglewood LLC aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Defendant    American Power Conversion Corp. aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Rolling Acres Plaza Shopping Center
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    The Macerich Company aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Greenback Associates aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Transferee    412 South Broadway Realty LLC aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    RREEF Management Company aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
managing agent for WTM Glimcher LLC aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Portland Investment Company of America
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Shopping Center aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Prado, llc aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
Trustee aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Union Square Retail Trust aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Defendant    Signature Home Furnishings Co. Inc.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Morse-Sembler Villages Partnership #4
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Lexmark International, Inc. aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Perimeter Mall aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Madison Waldorf, LLC aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Redtree Properties, L.P. aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Drexel Delaware Limited Partnership
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Inland US Management LLC aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Defendant    Audio Authority Corporation aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Defendant    Lexmark International, Inc. aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Carousel Center Company, L.P. aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
Gateway III, LLC as tenants in common aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
Trustee aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Daniel W. Ramsey aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
Luckoff Land Company, LLC as tenants in common aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    International Speedway Square, Ltd.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    EEL McKee LLC aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    NAP Northpoint, LLC aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Macy's Retail Holdings, Inc. aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Diamond Square, LLC aepps@cblaw.com,
avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Amargosa Palmdale Investments, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr.    on behalf of Creditor    Fingerlakes Crossing, LLC aepps@cblaw.com,
avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Starpoint Property Management, LLC
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prudential Insurance Company of America
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping Center)
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Plaintiff    CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Associates, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    MediaNews Group, Inc. d/b/a Pioneer Press and
          St. Paul Pioneer Press aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Continental Property Management Corp.
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Buzz Oates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Rancon Realty Fund IV aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management, Inc.
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Catellus Operating Limited Partnership
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Argyle Forest Retail I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Westgate Village, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    CDW Direct, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Interested Party    Manufacturers & Traders Trust Company, as
          Trustee aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Sangertown Square, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Swanblossom Investments, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Donahue Schriber Realty Group, L.P.
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Laurel Plumbing, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Generation One and Two, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
          managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Kimco Realty Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC, Inland American
          Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Whitestone Development Partners, L.P.
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    N.P. Huntsville Limited Liability Company
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    De Rito Pavilions 139, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Kite Coral Springs, LLC aepps@cblaw.com,
          avaughn@cblaw.com

District/off: 0422-7          User: sewardt          Page 5 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Solutions 2 Go, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Belkys  Escobar   on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
          bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Belkys  Escobar   on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
          bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Federal Warranty Service Corporation
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
          cloving@hunton.com
          Benjamin Joseph Lambiotte   on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel   on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          bgodshall@pszjlaw.com
          Bradford F. Englander   on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
          rodom@wtplaw.com
          Bradford F. Englander   on behalf of Creditor   Alliance Entertainment Corporation
          benglander@wtplaw.com,  rodom@wtplaw.com
          Brenda M. Whinery   on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler   on behalf of Creditor   Prince George's County, Maryland
          bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net

District/off: 0422-7          User: sewardt          Page 6 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Brett Christopher Beehler    on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net,
   lsansbury@mrrlaw.net
Brian D. Huben    on behalf of Creditor    Prudential Insurance Company of America
   brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian D. Huben    on behalf of Creditor    The Macerich Company brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian D. Huben    on behalf of Creditor    KNP brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian D. Huben    on behalf of Creditor    Cousins Properties Incorporated
   brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian D. Huben    on behalf of Creditor    Watt Management Company brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian D. Huben    on behalf of Creditor    RREEF Management Company brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian D. Huben    on behalf of Creditor    Foursquare Properties, Inc. brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian D. Huben    on behalf of Creditor    Portland Investment Company of America
   brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian F. Kenney    on behalf of Creditor    Black & Decker (US), Inc. bkenney@milesstockbridge.com
Brian F. Kenney    on behalf of Defendant    JLG Industries, Inc. bkenney@milesstockbridge.com
Brian F. Kenney    on behalf of Creditor    44 North Properties, LLC bkenney@milesstockbridge.com
Brian F. Kenney    on behalf of Creditor    JLG Industries, Inc. bkenney@milesstockbridge.com
Brian F. Kenney    on behalf of Creditor    Maryland Acquisitions, LLC bkenney@milesstockbridge.com
Brian F. Kenney    on behalf of Defendant    Black & Decker (US), Inc. bkenney@milesstockbridge.com
Brittany Jane Nelson    on behalf of Creditor Karl    Engelke bnelson@foley.com
Bruce H. Matson    on behalf of Creditor    Bank of America, N.A., as Agent
   bruce.matson@leclairryan.com,    kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
Byron Z. Moldo    on behalf of Creditor    RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
   tmelendez@ecjlaw.com
Byron Z. Moldo    on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
   tmelendez@ecjlaw.com
Byron Z. Moldo    on behalf of Creditor    The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
   tmelendez@ecjlaw.com
Byron Z. Moldo    on behalf of Creditor    Descanso TIC, L.P. bmoldo@ecjlaw.com,
   tmelendez@ecjlaw.com
C. Christopher Meyer    on behalf of Creditor    Wells Fargo Business Credit, Inc. cmeyer@ssd.com
C. Christopher Meyer    on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
Carl A. Eason    on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
Catherine Elizabeth Creely    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas
   Limited Liability Company ccreely@akingump.com
Catherine Elizabeth Creely    on behalf of Creditor    Golfsmith International, L.P.
   ccreely@akingump.com
Catherine Elizabeth Creely    on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
Chang  Eugene  on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC
   gideon.korrell@snrdenton.com
Charles W. Chotvacs    on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs    on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs    on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs    on behalf of Creditor    Portland Investment Company of America
   cwchotvacs@gmail.com,    aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs    on behalf of Creditor    UBS Realty Investors, LLC cwchotvacs@gmail.com,
   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs    on behalf of Creditor    Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs    on behalf of Creditor    Federal Realty Investment Trust
   cwchotvacs@gmail.com,    aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs    on behalf of Creditor    The Morris Companies Affiliates
   cwchotvacs@gmail.com,    aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs    on behalf of Creditor    Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs    on behalf of Creditor    Cousins Properties Incorporated
   cwchotvacs@gmail.com,    aconway@taubman.com;Pollack@ballardspahr.com

District/off: 0422-7         User: sewardt              Page 7 of 57            Date Rcvd: Sep 26, 2014
                            Form ID: trc                Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Charles W. Chotvacs   on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    KNP cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Prudential Insurance Company of America
            cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel   on behalf of Unknown    G&S Livingston Realty, Inc.
            Christian.Vogel@leclairryan.com,
            kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel   on behalf of Creditor    Circuit Investors #2, Ltd.
            Christian.Vogel@leclairryan.com,
            kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel   on behalf of Creditor    Circuit Investors #3, Ltd.
            Christian.Vogel@leclairryan.com,
            kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel   on behalf of Creditor    Schimenti Construction Company LLC
            Christian.Vogel@leclairryan.com,
            kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christine D. Lynch   on behalf of Creditor    Interstate Augusta Properties LLC
            clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    E&A Northeast Limited Partnership
            clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    S.R. Weiner & Associates Inc.
            clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine McAteer Ford   on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
          Christine McAteer Ford   on behalf of Creditor    Ada Alicea, on behalf of herself and all others
            similarly situated cford@mdpcelaw.com
          Christopher A. Jones   on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
            rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
            rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
            rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
            cajones@wtplaw.com,   rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
            rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher Julian Hoctor   on behalf of Defendant    Moran Brown PC choctor@kv-legal.com,
            nferenbach@kv-legal.com
          Christopher L. Perkins   on behalf of Defendant    Parago Promotional Services, Inc
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
            Tech christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Gannett Satellite Information Network, Inc.,
            dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    680 S. Lemon Ave. Co.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
              Republic christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
              TV christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
              Star christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com

District/off: 0422-7          User: sewardt              Page 9 of 57              Date Rcvd: Sep 26, 2014
                             Form ID: trc                Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
    d/b/a Jack of All Games christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
    Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
    Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    The Daniel Group
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
    Two Interactive christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com

District/off: 0422-7          User: sewardt              Page 10 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc                Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Movant Nina    Winston christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

           Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
            Greenville News christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
           Christopher M. Alston    on behalf of Creditor    507 Northgate LLC alstc@foster.com,
            ristj@foster.com
           Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
           Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
           Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
           Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
            cbelmonte@ssbb.com,   asnow@ssbb.com,pbosswick@ssbb.com
           Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
           City of Newport News, Virginia    jdurant@nngov.com
           Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com
           Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
            cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
           Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
            Properties Group cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
           Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com
           Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
            cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
           Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
            cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
           Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
            cpozmantier@ktbslaw.com,   mtuchin@ktbslaw.com
           Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
            awyers.com
           Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
            cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
            awyers.com
           Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc. cmanchester@reedsmith.com,
            shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
           Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
            Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
            shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
           Curtis G. Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
            cmanchester@reedsmith.com,   shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
           D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
            ndysart@ltblaw.com;cblickley@ltblaw.com;plaura@ltblaw.com
           Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
            individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
            ddprichard@gmail.com
           Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
           Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
            Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
           Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
            ddprichard@gmail.com
           Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com

District/off: 0422-7          User: sewardt          Page 12 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
           Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
           Journal-Constitution and/or The Atlanta Journal Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
           Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
           Post ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
           Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
           individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks    on behalf of Debtor    Kinzer Technology, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    PRAHS, INC. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Mayland MN, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Patapsco Designs, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Defendant    Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Plaintiff    Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    XSStuff, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Sky Venture Corp. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Courchevel, LLC dblanks@mcguirewoods.com
          Daniel M. Press    on behalf of Attorney Daniel M Press dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    Bensussen Deutsch & Associates, Inc.
           dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    B.R. Fries & Associates, LLC dpress@chung-press.com,
           pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc.
           dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Defendant    Targus, Inc. darrell.clark@stinsonleonard.com,
           catherine.scott@stinsonleonard.com
          Darrell William Clark    on behalf of Creditor    Waste Management, Inc.
           darrell.clark@stinsonleonard.com,  catherine.scott@stinsonleonard.com
          Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
          David  McCall    on behalf of Creditor    Garland ISD Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David  McCall    on behalf of Creditor    Collin County Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David  McCall    on behalf of Creditor    Frisco ISD Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David  McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor    Pan Am Equities dgreer@davidgreerlaw.com,
           ecf@davidgreerlaw.com
          David A. Greer    on behalf of Creditor    Century plaza development corporation
           dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public
           Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com,
           scilino@chlhf.com
          David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com,
           pdyson@jackscamp.com
          David H. Cox    on behalf of Creditor    Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
           pdyson@jackscamp.com
          David J. Ervin    on behalf of Creditor    WEC 99A-2LLC dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
           dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The MacNaughton Group dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Developers Diversified Realty Corporation
           dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Continental Properties Company, Inc.
           dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Philips International dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
           Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com

```
District/off: 0422-7          User: sewardt          Page 13 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

David J. Ervin    on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
    KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin    on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
    KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin    on behalf of Creditor    FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
    RC CA Santa Barbara, LLC dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin    on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
    KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
    KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin    on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
    KDWBankruptcyDepartment@kelleydrye.com
David K. Spiro    on behalf of Creditor    United States Debt Recovery LLC dspiro@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
David K. Spiro    on behalf of Creditor    eGain Communications Corp., a/k/a Egain Communications
    and Eagin Communications dspiro@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
David K. Spiro    on behalf of Creditor    United States Debt Recovery III, LLP dspiro@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
David K. Spiro    on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
    druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby    on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
    tleonard@gfrlaw.com
David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
David Wayne Lannetti    on behalf of Defendant    Belkin International Inc. dlannetti@vanblk.com,
    drichards@vanblk.com;mdowns@vanblk.com
David Wayne Lannetti    on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
    dlannetti@vanblk.com, drichards@vanblk.com;mdowns@vanblk.com
David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
    drichards@vanblk.com;mdowns@vanblk.com
Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
Dena Sloan Kessler    on behalf of Defendant    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
Dena Sloan Kessler    on behalf of Defendant    The National Union Fire Insurance Company of
    Pittsburgh, PA dkessler@bakerlaw.com
Dena Sloan Kessler    on behalf of Creditor    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
    Revenue Services denise.mondell@ct.gov
Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services
    denise.mondell@ct.gov
Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Creditor    JVC Americas Corp. and JVC Company of America
    dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
    dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
    America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Defendant    Business to Business Solutions, LLC
    dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
    dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Defendant    iProspect.com Inc. dtlewand@kaufcan.com
Denyse Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
Denyse Sabagh    on behalf of Transferee    Korea Export Insurance Corporation
    dsabagh@duanemorris.com
Denyse Sabagh    on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
Denyse Sabagh    on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
Denyse Sabagh    on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Dexter D. Joyner     on behalf of Creditor    Pasadena Independent School District
              caaustin@comcast.net
              Dion W. Hayes    on behalf of Debtor    Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
              dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
              Dominic L. Chiariello    on behalf of Creditor Donovan  Dunwell dc@chiariello.com
              Donald K. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects
              dludman@brownconnery.com
              Douglas  Scott    on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
              Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Creditor    Pasadena Independent School District
              BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Transferee    CFH Investments III, LLC BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Interactive Toy Concepts, Inc
              BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
              BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Russellville Steel Company, Inc.
              BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
              BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
              California, Inc. BankruptcyCounsel@gmail.com
              Douglas D. Kappler    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
              dkappler@rdwlawcorp.com
              Douglas M. Foley    on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com
              Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc.
              dfoley@mcguirewoods.com,  twhite@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com
              Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com
              Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com

District/off: 0422-7          User: sewardt           Page 15 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
           dfoley@mcguirewoods.com,   twhite@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
           twhite@mcguirewoods.com
          Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
           dfoley@mcguirewoods.com,   twhite@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
           dfoley@mcguirewoods.com,   twhite@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
           twhite@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
           twhite@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
           dfoley@mcguirewoods.com,   twhite@mcguirewoods.com
          Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Philadelphia Television Station WPSG Inc.
           dtrache@wileyrein.com,   rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
           dtrache@wileyrein.com,   rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Meredith Corporation dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Corporation dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
           and KGW-TV dtrache@wileyrein.com,   rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
           dtrache@wileyrein.com,   rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
           mayle@hooverslovacek.com
          Elizabeth Banda Calvo    on behalf of Creditor    City of Hurst, Mansfiled ISD, Carroll ISD
           ebcalvo@pbfcm.com,   rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth Banda Calvo    on behalf of Creditor    City of Cedar Hill, Burleson ISD, Arlington ISD
           ebcalvo@pbfcm.com,   rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth Banda Calvo    on behalf of Creditor    City of Lake Worth ebcalvo@pbfcm.com,
           rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
           wenditaylor@toase.com
          Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company egunn@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
           Gazette egunn@sandsanderson.com,   sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor    Elizabeth R. Warren egunn@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Mikael    Salovaara egunn@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Elizabeth L. Gunn   on behalf of Defendant   Cypress/Spanish Fort I LP egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Creditor Joshua M. Loveall egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Defendant   Longacre Opportunity Fund, L.P.
               egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
               ramona.neal&hp.com;ken.higman@hp.com
          Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
          Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
               klgatesbankruptcy@klgates.com
          Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
          Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
          Erika L. Morabito   on behalf of Defendant   Navarre Online Fulfillment Services, Inc.
               emorabito@pattonboggs.com
          Erin Elizabeth Kessel   on behalf of Defendant   Casio, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   PNY Technologies, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   Entergy Louisiana, LLC ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
               ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   Entergy Arkansas, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   South Carolina Electric & Gas Company and Public
               Service of North Carolina ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   Cleveland Construction, Inc.
               ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   Entergy Mississippi, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   Entergy Texas, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Defendant   PNY Technologies Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
               ffm@bostonbusinesslaw.com
          Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP
               fpepler@peplermastromonaco.com
          Franklin R. Cragle, III   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
          Franklin R. Cragle, III   on behalf of Creditor   United States Debt Recovery, LLC
               fcragle@hf-law.com
          Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue
               rudzikf@dor.state.fl.us
          Fredrick J. Levy   on behalf of Creditor   ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon   on behalf of Creditor   Placer County glaymon@mglspc.com,
               jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Arlington ISD, et al. glaymon@mglspc.com,
               jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Riverside County California glaymon@mglspc.com,
               jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   San Bernardino County glaymon@mglspc.com,
               jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Glenmoor Limited Partnership glaymon@mglspc.com,
               jcoffman@mglspc.com

District/off: 0422-7          User: sewardt          Page 17 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Garren Robert Laymon    on behalf of Creditor    Monterey County glaymon@mglspc.com,
           jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
           glaymon@mglspc.com,   jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Lake County (Florida) Tax Collector
           glaymon@mglspc.com,   jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Arlington ISD glaymon@mglspc.com,
           jcoffman@mglspc.com
          Gary E. Mason    on behalf of Plaintiff Marlon  Mondragon gmason@wbmllp.com
          Gary E. Mason    on behalf of Creditor Marlon  Mondragon gmason@wbmllp.com
          Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com,   calendar@fbm.com
          Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
           gfulghum@sblsg.com,   jschmeltz@sblsg.com; jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
           jschmeltz@sblsg.com; jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
           jschmeltz@sblsg.com; jrapp@sblsg.com
          German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
           alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
           notices@becket-lee.com
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
           Corp Card notices@becket-lee.com
          Gilbert D. Sigala    on behalf of Creditor John  Batioff sigalawl@aol.com
          Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           gbrown@pszjlaw.com
          Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
           Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
           agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
           gfornario@nixonpeabody.com,   khall@nixonpeabody.com; sf.managing.clerk@nixonpeabody.com
          Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
           christine@virginia-lawyers.net
          Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant    on behalf of Creditor    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
           ggrant@shulmanrogers.com,   lsmith@shulmanrogers.com
          H. Elizabeth Weller    on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
          Hale Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown    on behalf of Creditor    Westgate Village, LP hbrown@kkgpc.com,   jwest@kkgpc.com
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
           Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
           Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr    on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
           Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,   droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
           Group, Inc. hbroberts@live.com,   droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Creditor    Suemar hbroberts@live.com,
           droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
           Corporation hbroberts@live.com,   droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
           ICT Group, Inc. hbroberts@live.com,   droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
           droberts1949@live.com
          Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
           csommer@fdh.com
          Henry Pollard Long, III    on behalf of Defendant    Panasonic Corporation of North America
           hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Parker Central Plaza Ltd
           hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Panasonic Corporation of North America
           hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Food Lion LLC hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
           hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Taubman Auburn Hills Associates Limited
           Partnership hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Harvest/HPE LP hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    H & R REIT (U.S.) Holdings Inc. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
           hlong@hunton.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Henry Pollard Long, III   on behalf of Interested Party   Federal Warranty Service Corporation
          hlong@hunton.com
          Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
          howard.j.grossman@chase.com
          Ian S. Landsberg   on behalf of Creditor   Torrance Towne Center Associates, LLC
          ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   FJL-MVP, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   NMC Stratford, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
          chefiling@lw.com;robert.klyman@lw.com
          J. Christian Word   on behalf of Liquidator   Hilco Merchant Resources, LLC
          chefiling@lw.com;robert.klyman@lw.com
          J. David Folds   on behalf of Defendant   Simpletech, Inc. dfolds@bakerdonelson.com,
          sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant   Interactive Communications International, Inc.
          dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
          dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
          dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@bakerdonelson.com,
          sparson@bakerdonelson.com
          Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
          jackson.toof@arentfox.com
          Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
          jackson.toof@arentfox.com
          Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
          lbigus@stinson.com
          James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
          James.Newbold@illinois.gov
          James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
          through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
          vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
          James E. Clarke   on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
          rbailey@atlanticlawgrp.com
          James Edward Bowman, II   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
          bethf@jebowman.com;ecf2@jebowman.com
          James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
          avis.francis@hklaw.com
          James J. Briody   on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James J. Briody   on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
          eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
          ell@spottsfain.com;tmoore@spottsfain.com;hwilson@spottsfain.com
          James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
          ncoton@beankinney.com
          James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
          ncoton@beankinney.com
          James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
          jlombardi@rossbanks.com,  acole@rossbanks.com
          James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
          of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke   on behalf of Creditor   MiTAC Digital Corp. (Magellan) jburke@orrick.com
          James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA
          Inc. jburke@orrick.com
          James Winston Burke   on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
          James Winston Burke   on behalf of Defendant   MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
          jburke@orrick.com
          James Winston Burke   on behalf of Creditor   Nintendo of America, Inc. jburke@orrick.com
          James Winston Burke   on behalf of Defendant   MiTAC Digital Corporation, individually and
          including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
          James Winston Burke   on behalf of Defendant   Nintendo of America, Inc. jburke@orrick.com
          Jamie M. Konn   on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
          kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
          jamie.konn@dlapiper.com,  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
          admin@meiburgerlaw.com
          Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
          ecf@krcl.com

District/off: 0422-7          User: sewardt          Page 19 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason B. Binford    on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
           ecf@krcl.com
          Jason M. Krumbein    on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein    on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein    on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein    on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason William Harbour    on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@hunton.com
          Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
           jharbour@hunton.com
          Jeffrey  Scharf    on behalf of Creditor    County of Spokane jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
           jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
           Jeff.Klusmeier@ago.mo.gov,  Michelle.Hirschvogel@ago.mo.gov
          Jeffrey I. Snyder    on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited
           Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey J. Graham    on behalf of Creditor    Washington Corner, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Amcor Sunclipse North America jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Gateway US Retail, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corporation
           jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The Insurance Company of the State of
           Pennsylvania jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corp.
           jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Gateway, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The New York Times Company jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey M. Sherman    on behalf of Creditor    Central Investments, LLC jeffreymsherman@gmail.com,
           emoyer@bsgfdlaw.com;jetsikerdanos@lerchearly.com
          Jeffrey N. Pomerantz    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis    on behalf of Creditor    Manteca Stadium Park, L.P.
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Federal Realty Investment Trust
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Sweetwater Associates, L.P.
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Hutensky Group dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    GMS Golden Valley Ranch, LLC
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Macerich Company dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Centro Properties Group dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Morris Companies Affiliates
           dennisj@ballardspahr.com,  pollack@ballardspahr.com

District/off: 0422-7          User: sewardt          Page 20 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
               dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
               dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
               dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
               dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
               dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
               dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
               dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
               dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
               dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   OTR-Clairemont Square dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   KNP dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
              Jennifer Ellis Lattimore   on behalf of Defendant   Vizio, Inc. jlattimore@eckertseamans.com
              Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
              Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
               jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Louisiana, LLC jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Imation Enterprises Corp. jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Verizon Communications Inc. jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Mississippi, Inc. jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Defendant   Coca-Cola Enterprises Inc. jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Arkansas, Inc. jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Defendant   Coca Cola Bottling Co. Consolidated
               jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   South Carolina Electric & Gas Company and Public
               Service of North Carolina jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Prosite Business Solutions, LLC jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
               jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer J. West    on behalf of Creditor   Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
          Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor   Entergy Texas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Defendant   Northern Wire Products, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant   Rainbow Advertising Sales Corporation
          jkneeland@linowes-law.com,  klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant   AMC jkneeland@linowes-law.com,
          klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant   Newsday Holdings LLC and Newsday LLC
          jkneeland@linowes-law.com,  klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant   Rainbow Media Holdings LLC dba AMC
          jkneeland@linowes-law.com,  klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer McLain McLemore    on behalf of Creditor   Portland Investment Company of America
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Swiff-Train Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Oswego Gerry Centennial, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Vonwin Capital Management, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Luckoff Land Company, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Mortgage Capital Corporation
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western San Antonio HQ Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   McClatchy Newspapers, Inc. dba The Sacramento
          Bee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Morse-Sembler Villages Partnership #4
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Amerian Oklahoma City Penn, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Drexel Delaware Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   RREEF Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western West Mifflin Century III, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Columbus Clifty, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   New River Properties, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Richmond Maryland, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   CC Acquisition, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   GRI EQY Sparkleberry Square LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Westgate Village, LP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party   Miami Herald jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Robyn N. Davis jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Wells Fargo Bank, N.A jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Charlotte (Archdale) UY, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   RPAI Pacific Property Services LLC (f/k/a
          Inland Pacific Property Services LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   IN Retail Fund Algonquin Commons, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   1030 W. North Ave. Bldg. LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Idaho Statesman jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Tourboullin Co. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Jordan Landing, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: sewardt          Page 22 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
           Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
           Gateway III, LLC as tenants in common jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
           Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
           Carlson Marketing Group, Inc. jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
           Southwest Management LLC) jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Limted
           Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
           Limited Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor Alexander H Bobinski jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
           Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
           Capital Management, LP jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
          Star jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
          Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
          d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
          Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
          American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
          Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
          Cameron Bayonne, LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: sewardt          Page 24 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
          News, aka The Sun News jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
          Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
          Center) jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
          Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
          Center jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
          Idaho Statesman jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
          Eagle jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: sewardt          Page 25 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Austin Southpark Meadows II
          Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Phillipsburg Greenwich L.L.C.
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Cedar Hill Pleasant Run Limited
          Partnership jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   International Speedway Square, Ltd.
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Lexmark International, Inc.
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Media General Operations, Inc.
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Landover (Landover Crossing), LLC
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland American Chesapeake Crossroads, L.L.C.
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Columbia State jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   James H. Wimmer, Jr., personally
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RPAI US Management LLC (f/k/a Inland US
          Management LLC) jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Catellus Operating Limited Partnership
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Fresno Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for
          Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
          acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   The West Campus Square Company, LLC
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Roth Tanglewood, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   DayMen U.S., Inc. d/b/a Lowepro USA
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1031, L.L.C.
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Pacific Property Services LLC
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Commercial Property Management, Inc.
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Crossgates Commons NewCo, LLC
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Lexington Herald-Leader
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland US Management LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Kite Coral Springs, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Sangertown Square, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Temecula Commons, L.L.C.
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Transferor   Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, a
          nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
          acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: sewardt          Page 26 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
          as Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RioCan Austin Southpark Meadows II Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
          calirm@haslaw.com
          Jeremy Brian Root    on behalf of Creditor    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
          egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
          jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Information Systems, Inc.
          jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor    Washington Green TIC jeremy.friedberg@llff.com,
          ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Williams    on behalf of Creditor    Magna Trust Company, Trustee
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    Joe  Evans jeremy.williams@kutakrock.com,
          lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    SDI Technologies, Inc.
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
          lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
          lynda.wood@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector
              jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
              Jeremy W. Martin    on behalf of Creditor    Travis County Texas jeremymartin2007@gmail.com,
              jmartin@weststarmortgage.com
              Jeremy W. Martin    on behalf of Interested Party    McCandlish Holton, PC
              jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
              Jeremy W. Ryan    on behalf of Creditor    First Industrial Realty Trust, Inc. jryan@saul.com
              Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
              Jerry Lane Hall    on behalf of Defendant    Sanyo Fisher Co., a Division of Sanyo North America
              Corp. jerryhall10@hotmail.com
              Jess R. Bressi    on behalf of Creditor    RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
              Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
              Jessica Regan Hughes    on behalf of Interested Party    AmCap NorthPoint LLC jhughes@seyfarth.com,
              swells@seyfarth.com;wdcdocketing@seyfarth.com
              Jessica Regan Hughes    on behalf of Interested Party    Arboretum of South Barrington, LLC
              jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
              Jessica Regan Hughes    on behalf of Interested Party    Eatontown Commons Shopping Center
              jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
              Jessica Regan Hughes    on behalf of Interested Party    AmCap Arborland LLC jhughes@seyfarth.com,
              swells@seyfarth.com;wdcdocketing@seyfarth.com
              Joel S. Aronson    on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
              Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate
              jsaronson@ridberglaw.com
              Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
              Joel T. Marker    on behalf of Creditor    Parker Bullseye, LLC joel@mbt-law.com
              John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought
              jraftery@offitkurman.com
              John C. Smith    on behalf of Creditor    Sun Construction Group, Inc. a/k/a Sun Construction
              Group-GA jsmith@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John C. Smith    on behalf of Defendant    Sun Construction Group, Inc. a/k/a Sun Construction
              Group-GA jsmith@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John C. Smith    on behalf of Defendant    Sennco Solutions, Inc. jsmith@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
              jfiero@pszjlaw.com
              John D. McIntyre    on behalf of Creditor    Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
              ll@wmlawgroup.com
              John D. McIntyre    on behalf of Creditor    Ritz Motel Company jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
              ll@wmlawgroup.com
              John D. McIntyre    on behalf of Creditor    Janaf Shops, LLC jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
              ll@wmlawgroup.com
              John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation
              jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
              ll@wmlawgroup.com
              John D. McIntyre    on behalf of Defendant    Midland Radio Corporation jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
              ll@wmlawgroup.com
              John D. McIntyre    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
              jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
              ll@wmlawgroup.com
              John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
              pjf@carmodymacdonald.com
              John E. Lucian    on behalf of Creditor    VIWY, L.P. lucian@blankrome.com
              John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
              lucian@blankrome.com
              John G. McJunkin    on behalf of Creditor    Marc Realty jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
              John G. McJunkin    on behalf of Creditor    SimpleTech by Hitachi Global Storage Technologies
              jmcjunkin@bakerdonelson.com, sparson@bakerdonelson.com
              John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
              John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
              John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
              John G. McJunkin    on behalf of Creditor    Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
              John J. Lamoureux    on behalf of Creditor    Amore Construction Company jlamoureux@cfjblaw.com,
              delliott@cfjblaw.com;tpaecf@cfdom.net
              John J. Trexler    on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
            John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association
              jroche@perkinscoie.com,
              ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
            John M. Craig   on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Defendant    Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Duke Energy Ohio, Inc. johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
              johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Dominion Hope johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Central Georgia Electric Membership Corporation
              johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    New York State Electric and Gas Corporation
              johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Michigan Consolidated Gas Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    Carolina Power & Light Company d/b/a Progress Energy
              Carolinas johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Connecticut Light and Power Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Piedmont Natural Gas Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    Toledo Edison Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    Southern Connecticut Gas Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    Duke Energy Indiana, Inc. johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Defendant    Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Defendant    Pro-Pave Sealcoat Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    Southern California Edison Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    Yankee Gas Services Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    Orange and Rockland Utilities johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    The Detroit Edison Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    KeySpan Gas East Corporation johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    Connecticut Natural Gas Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    The Cleveland Electric Illuminating Company
              johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Duke Energy Carolinas, LLC johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    Public Service Company of New Hampshire
              johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion
              Virginia Power johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
              johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Public Service Electric And Gas Company
              johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
              johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Granite State Electric johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig   on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
              russj4478@aol.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John M. Craig   on behalf of Creditor   Consolidated Edison Company of New York, Inc.
               johncraigg@aol.com, russj4478@aol.com
              John M. Craig   on behalf of Creditor   Western Massachusetts Electric Company johncraigg@aol.com,
               russj4478@aol.com
              John M. Craig   on behalf of Creditor   Salt River Project johncraigg@aol.com, russj4478@aol.com
              John M. Craig   on behalf of Creditor   American Electric Power johncraigg@aol.com,
               russj4478@aol.com
              John M. Craig   on behalf of Creditor   Retail Property Group, Inc. johncraigg@aol.com,
               russj4478@aol.com
              John M. Craig   on behalf of Creditor   Commonwealth Edison Company johncraigg@aol.com,
               russj4478@aol.com
              John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
               russj4478@aol.com
              John M. Craig   on behalf of Creditor   Jackson EMC johncraigg@aol.com, russj4478@aol.com
              John M. Craig   on behalf of Defendant   ASM Capital III, L.P. johncraigg@aol.com,
               russj4478@aol.com
              John M. Craig   on behalf of Creditor   Pennsylvania Electric Company johncraigg@aol.com,
               russj4478@aol.com
              John M. Craig   on behalf of Creditor   EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
               johncraigg@aol.com, russj4478@aol.com
              John M. Craig   on behalf of Creditor   SimVest Real Estate II, LLC johncraigg@aol.com,
               russj4478@aol.com
              John P. Van Beek   on behalf of Defendant   Cosco, Inc., d/b/a Cosco Air Conditioning and
               Refrigeration jvanbeek@goldmanvanbeek.com,
               awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
               vanbeek.com
              John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
               awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
               vanbeek.com
              John P. Van Beek   on behalf of Creditor   WEC 96D Niles Investment Trust
               jvanbeek@goldmanvanbeek.com,
               awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
               vanbeek.com
              John P. Van Beek   on behalf of Creditor   TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
               awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
               vanbeek.com
              John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
               rours@wileyrein.com
              John T. Farnum   on behalf of Defendant   Ashley Furniture Industries, Inc. jfarnum@wileyrein.com,
               rours@wileyrein.com
              John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com, nre98@aol.com
              Jonathan L. Hauser   on behalf of Defendant   Klipsch Audio Technologies LLC
               jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Defendant   CENVEO, Inc. jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Defendant   Velocity Micro, Inc.
               jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Defendant   Stampede Presentation Products, Inc.
               jonathan.hauser@troutmansanders.com
              Jonathan T. Cain   on behalf of Defendant   Zoo Entertainment, Inc. jtcain@mintz.com,
               kcraun@mintz.com
              Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
              Jonathan T. Cain   on behalf of Defendant   Zoo Games, Inc. f/k/a Destination Software, Inc.
               jtcain@mintz.com, kcraun@mintz.com
              Jorge A. Ortiz   on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
              Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
              Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire
               Blue Cross Blue Shield bankruptcy@morrisoncohen.com
              Judy A. Robbins, 11      USTPRegion04.RH.ECF@usdoj.gov
              Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
              Julie Ann Quagliano   on behalf of Creditor   AT&T Capital Services, Inc.
               quagliano@seeger-law.com, harvell@seeger-law.com
              Julie Ann Quagliano   on behalf of Defendant   Kent H. Landsberg of Dallas, LP (
               quagliano@seeger-law.com, harvell@seeger-law.com
              Julie Ann Quagliano   on behalf of Creditor   AT&T Corp. quagliano@seeger-law.com,
               harvell@seeger-law.com
              Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@seeger-law.com,
               harvell@seeger-law.com
              Julie Ann Quagliano   on behalf of Defendant   Paris Business Products, Inc.
               quagliano@seeger-law.com, harvell@seeger-law.com
              Julie Ann Quagliano   on behalf of Defendant   Amcor Packaging Distribution, Inc., d/b/a Amcor
               Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
               quagliano@seeger-law.com, harvell@seeger-law.com
              Justin F. Paget   on behalf of Defendant   The Seattle Times Company jpaget@hunton.com,
               cloving@hunton.com
              Justin F. Paget   on behalf of Defendant   Hunton & Williams, LLP jpaget@hunton.com,
               cloving@hunton.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
        cloving@hunton.com
Justin F. Paget   on behalf of Defendant   Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
        cloving@hunton.com
Justin F. Paget   on behalf of Defendant   Thule Organization Solutions, Inc. dba Case Logic,
        Inc. jpaget@hunton.com,  cloving@hunton.com
Justin F. Paget   on behalf of Defendant   Wynit, Inc. jpaget@hunton.com,  cloving@hunton.com
Justin F. Paget   on behalf of Defendant   The Spark Agency, Inc. d/b/a Switch and Switch
        Liberate Your Brand jpaget@hunton.com,  cloving@hunton.com
Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
        kmiller@wileyrein.com,  rours@wileyrein.com
Kalina Boyanova Miller   on behalf of Creditor   Greater Orlando Aviation Authority
        kmiller@wileyrein.com,  rours@wileyrein.com
Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
        jbrockett@clrbfirm.com;tturner@clrbfirm.com
Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
        jbrockett@clrbfirm.com;tturner@clrbfirm.com
Ken Coleman   on behalf of Interested Party  Alvarez & Marsal Canada, ULC
        Ken.Coleman@allenovery.com
Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
Kenneth R. Rhoad   on behalf of Defendant   Actionlink, LLC krhoa@gebsmith.com
Kevin A. Lake   on behalf of Creditor   Sonoma County Tax Collector klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Texas Tax Appraisal Districts of Bell County, Brazos
        County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
        District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Hagan Properties, Inc. klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Orangefair Marketplace, LLC klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Shasta County klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Madcow International Group Limited
        klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
        Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
        Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Harris County klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Bell County, County of Denton, Midland Central Appraisal
        District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
        District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Belkin International klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Catawba County North Carolina klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Old Republic Insurance Company klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   United Radio, Inc. klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Pima County klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Pierce County klake@mcdonaldsutton.com
Kevin J. Funk   on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
        bmcmillen@durrettecrump.com
Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
        bmcmillen@durrettecrump.com
Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
        bmcmillen@durrettecrump.com
Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com,
        kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   NBT Bank, N.A. knewman@menterlaw.com,
        kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Carousel Center Company, L.P. knewman@menterlaw.com,
        kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Mount Berry Square, LLC knewman@menterlaw.com,
        kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Sangertown Square, L.L.C. knewman@menterlaw.com,
        kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   EklecCo NewCo, LLC knewman@menterlaw.com,
        kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Landover (Landover Crossing), LLC knewman@menterlaw.com,
        kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
        kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Fingerlakes Crossing, LLC knewman@menterlaw.com,
        kmnbk@menterlaw.com
Kevin R. McCarthy   on behalf of Creditor   Entergy Texas, Inc. krm@mccarthywhite.com,
        wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy   on behalf of Creditor   Entergy Mississippi, Inc. krm@mccarthywhite.com,
        wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
        wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

     Kevin R. McCarthy    on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
       wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
     Kevin R. McCarthy    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
       krm@mccarthywhite.com,   wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
     Khang V. Tran    on behalf of Defendant    New World Communications of Detroit, Inc.
       khang.tran@hoganlovells.com
     Khang V. Tran    on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
     Khang V. Tran    on behalf of Defendant    NW Communications of Phoenix, Inc.
       khang.tran@hoganlovells.com
     Khang V. Tran    on behalf of Defendant    NW Communications of Texas, Inc.
       khang.tran@hoganlovells.com
     Khang V. Tran    on behalf of Defendant    Fox Television Stations, Inc. khang.tran@hoganlovells.com
     Khang V. Tran    on behalf of Defendant    Fox Broadcasting Company khang.tran@hoganlovells.com
     Khang V. Tran    on behalf of Defendant    New World Communications of Atlanta, Inc.
       khang.tran@hoganlovells.com
     Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
     Khang V. Tran    on behalf of Defendant    New World Communications of Tampa, Inc.
       khang.tran@hoganlovells.com
     Khang V. Tran    on behalf of Defendant    Fox Sports Net, Inc. khang.tran@hoganlovells.com
     Khang V. Tran    on behalf of Defendant    KCOP Television, Inc. khang.tran@hoganlovells.com
     Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
       sprescott@idalaw.com
     Kimberly A. Pierro    on behalf of Creditor    Schottenstein Property Group, Inc.
       kimberly.pierro@kutakrock.com,
       sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
       @kutakrock.com
     Kimberly A. Pierro    on behalf of Creditor    Cole CC Groveland FL, LLC
       kimberly.pierro@kutakrock.com,
       sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
       @kutakrock.com
     Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
       LaSalle National Bank kwalker@fulbright.com,   kimsullywalker@aol.com
     Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
       for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
       kimsullywalker@aol.com
     Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
       for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
       kimsullywalker@aol.com
     Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
       for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
       kimsullywalker@aol.com
     Kimberly Sullivan Walker    on behalf of Creditor    Wells Fargo Bank, N.A kwalker@fulbright.com,
       kimsullywalker@aol.com
     Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
       LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
       1997-CTL-1 kwalker@fulbright.com,   kimsullywalker@aol.com
     Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@kdblawfirm.com,
       Carla@KDBLawFirm.com
     Kristen E. Burgers    on behalf of Creditor    ORIX Capital Markets, LLC kburgers@ltblaw.com
     Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC kburgers@ltblaw.com
     Kristin Elliott    on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
       KDWBankruptcyDepartment@kelleydrye.com
     Kristin Elliott    on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
       KDWBankruptcyDepartment@kelleydrye.com
     Kurt M. Kobiljak    on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
     Laura Otenti    on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
     Lawrence Allen Katz    on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
       eappelstein@ltblaw.com
     Lawrence H. Glanzer    on behalf of Creditor    Citrus Park CC, LLC glanzer@rgblawfirm.com,
       Margaret@rgblawfirm.com
     Leon Y. Tuan    on behalf of Creditor    TKG Coffee Tree, L.P. ltuan@steinlubin.com
     Leonard E. Starr, III    on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com,
       gadams@Starr-Law.com
     Leonidas Koutsouftikis    on behalf of Creditor    Washington Real Estate Investment Trust
       lkouts@magruderpc.com,   mcook@magruderpc.com
     Leslie A. Skiba    on behalf of Defendant    Network Engineering Technologies, Inc.
       lskiba@kaplanfrank.com,   nferenbach@kaplanfrank.com
     Linda Dianne Regenhardt    on behalf of Interested Party    American Computer Development, Inc.
       regenhardtl@gmail.com
     Linda Dianne Regenhardt    on behalf of Defendant    EVGA.Com Corp. regenhardtl@gmail.com
     Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. regenhardtl@gmail.com
     Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
       nkatzen@reedsmith.com
     Linda Sharon Broyhill    on behalf of Creditor    La Frontera Village, L.P. lbroyhill@reedsmith.com,
       nkatzen@reedsmith.com
     Lisa Hudson Kim    on behalf of Creditor    Vornado Caguas LP lkim@siwpc.com,   lhamiel@siwpc.com
     Lisa Hudson Kim    on behalf of Creditor    CSI Construction Company lkim@siwpc.com,
       lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
               Lisa Hudson Kim    on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Wayne VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Lang Construction, Inc. lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    BevCon I, LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Movant      Vornado Realty Trust lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
               Partnership lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    VNO TRU Dale Mabry, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    BBP-Muncy LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Chatham County, GA Tax Commissioner lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    PrattCenter, LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Amherst VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    John Rohrer Contracting Company, Inc. lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Chatham County Tax Commissioner lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Monument Consulting, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Route 146 Millbury LLC lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    NPP Development LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Hillson Electric Incorporated lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    T. J. Maxx of CA, LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Interstate Augusta Properties LLC lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
               of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    DEV Limited Partnership lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    UTC I, LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    BPP-OH LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    BPP-SC LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    BPP-NY LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Towson VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,   lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Movant     Colonial Heights Holdings, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
               Lisa Hudson Kim    on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
               lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lisa Hudson Kim    on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa P. Sumner    on behalf of Creditor    Compass Group U.S.A. Inc. lsumner@poyners.com,
            ltrast@poyners.com
          Loc Pfeiffer    on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com
          Loc Pfeiffer    on behalf of Creditor    Schottenstein Property Group, Inc.
            loc.pfeiffer@kutakrock.com
          Louis E. Dolan, Jr.    on behalf of Creditor    Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,  was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.    on behalf of Plaintiff    Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,  was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.    on behalf of Creditor    TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.    on behalf of Defendant    TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.    on behalf of Creditor    California Self-Insurers' Security Fund
            LDOLAN@nixonpeabody.com,  was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton    on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason    on behalf of Defendant    Cypress/Spanish Fort I LP LMason@chfirm.com,
            chps.ecfnotices@gmail.com
          Lynn L. Tavenner    on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
            ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
            Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Madeleine C. Wanlsee    on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    AOL LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advertising.com Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising, Inc., fka Platform-A Inc.
            mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    Superstation, Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Accent Energy California LLC
            mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advance Real Estate Management, LLC
            mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman    on behalf of Plaintiff Marlon  Mondragon mbusman@busmanandbusman.com,
            kjaros@busmanandbusman.com
          Marc A. Busman    on behalf of Creditor Marlon  Mondragon mbusman@busmanandbusman.com,
            kjaros@busmanandbusman.com
          Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan    on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan    on behalf of Creditor    Chelmsford Realty Associates  mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 LAWENCE  ROAD , LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
            mark.sherrill@sutherland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 South Lindbergh LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Unknown   Sutherland Asbill & Brennan LLP
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Moller Road LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as successor trustee to Bank
           of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
           holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee   CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
           PARTNERSHIP mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   C1 West Mason Street LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GCCFC 2007-GG9 Abercorn Street Limited Partnership
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 RIDGELAND RETAIL, LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   DMARC 2006 CD2 Davidson Place, LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Mall Road LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Idle Hour Road LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
           Partnership mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
           Liability Company mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
           Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
           Certificates, Series 2006-C4 mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
           mark.sherrill@sutherland.com
          Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
           Interactive, Inc. mtaylor@vlplawgroup.com
          Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC
           mdtaylor@kilpatricktownsend.com
          Mark D. Taylor   on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
           State of Texas, and Greg Abbott, as Attorney General of the State of Texas
           bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
           bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
           Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Defendant   Creative Labs, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
           mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
          mark@taxva.com,  amanda@taxva.com
          Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
          amanda@taxva.com
          Mark X. Mullin   on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
          dian.gwinnup@haynesboone.com
          Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
          mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
          Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
          martha.hulley@leclairryan.com,   erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
          martha.hulley@leclairryan.com,   erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
          martha.hulley@leclairryan.com,   erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero   on behalf of Creditor   Monterey County romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   San Bernardino County romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   Placer County romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   Riverside County California romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
          Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
          martin.brown@lawokc.com
          Martin J.A. Yeager   on behalf of Creditor   Loren  Stocker myeager@landcarroll.com
          Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
          molden@mhalaw.com,  akauba@mhalaw.com
          Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
          lexbankruptcy@wyattfirm.com
          Matthew  Righetti   on behalf of Creditor   Jonathan  Card matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor   Robert   Gentry matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor   Jack  Hernandez matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor   Joseph  Skaf matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor   Jonthan  Card matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor   Vadim  Rylov matt@righettilaw.com
          Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
          mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
          lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
          Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
          myoder@parkerpollard.com,
          sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
          sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael  Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
          othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Shopping, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

District/off: 0422-7          User: sewardt          Page 36 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael A. Condyles   on behalf of Creditor    Schottenstein Property Group, Inc.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Mesquite TX, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    CBL & Associates Management, Inc.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    The Shoppes of Beavercreek Ltd.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Aurora CO, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Circuit Sports, L.P. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Jubilee-Springdale, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Sony Electronics, Inc.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    JP Morgan Chase & Co.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
          Bank, USA michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    The Landing at Arbor Place II, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    KSK Scottsdale Mall LP
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole Capital Partners, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Hickory Ridge Pavilion LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
          mcrowley@asm-law.com
          Michael Callahan Crowley   on behalf of Creditor    White-Spunner Construction, Inc.
          mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Creditor    Tamarack Village Shopping Center Limited Partnership
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    CHK, LLC mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Whitestone Development Partners, L.P.
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
          Inc. mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   U.S. Luggage, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Inland Continental Property Management Corp.
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Saitek Industries Ltd. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Catellus Operating Limited Partnership
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Inland Commercial Property Management,  Inc.
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Mad Catz, Inc. dba Saitek Industries Ltd.
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   North American Roofing Services, Inc.
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
          avaughn@cblaw.com

District/off: 0422-7          User: sewardt          Page 37 of 57          Date Rcvd: Sep 26, 2014
                              Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
    mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
    III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
    mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
    mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
    mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
    Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
    America mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
    mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
    mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
    mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. mmueller@cblaw.com,
    avaughn@cblaw.com
Michael E. Hastings    on behalf of Creditor    Eastern Security Corp. mhastings@wtplaw.com,
    twhitt@wtplaw.com
Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
    mjogrady@fbtlaw.com
Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com
Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com
Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
    Mall mfalzone@hf-law.com
Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com
Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com
Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
    mfalzone@hf-law.com
Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com
Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com
Michael P. Falzone    on behalf of Defendant    DG FastChannel, Inc. mfalzone@hf-law.com
Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
    dba Howland Commons mfalzone@hf-law.com
Michael P. Falzone    on behalf of Defendant    Streater Inc. mfalzone@hf-law.com
Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com
Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com
Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com

District/off: 0422-7          User: sewardt              Page 38 of 57            Date Rcvd: Sep 26, 2014
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    BellO International Corp. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Amore Construction Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Interested Party    Systemax, Inc. mfalzone@hf-law.com
          Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
             mkogan@koganlawfirm.com
          Min  Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
             Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
             Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
             eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy    on behalf of Transferee    ON Corp. USA, Inc. and ON Corp.
             mona.murphy@akerman.com,  crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy    on behalf of Creditor    Thomas, Inc. mona.murphy@akerman.com,
             crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy    on behalf of Creditor    Thomson, Inc. mona.murphy@akerman.com,
             crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy    on behalf of Creditor    Imperial Sales Corp. d/b/a Imperial Sales Company
             mona.murphy@akerman.com,  crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy    on behalf of Creditor    Samsung Electronics America, Inc.
             mona.murphy@akerman.com,  crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy    on behalf of Creditor    Bush Industries, Inc. mona.murphy@akerman.com,
             crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting    on behalf of Creditor    Antor Media Corporation nrs@lolawfirm.com,
             lginsberg@lolawfirm.com
          Nathan  Jones    on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    Us Debt Recovery VII, L.P. heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    United States Debt Recovery, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery XI, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    Us debt recovery, XII, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery V, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery III, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LLC heather@usdrllc.com
          Neil E. McCullagh    on behalf of Creditor    PNY Technologies, Inc. nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
             n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery IV LLC
             nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
             n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
             n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Shelby Properties TX, LLC nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
             n@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh    on behalf of Interested Party   Marblegate Asset Management
                   nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
                   nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   United States Debt Recovery, LLC
                   nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
                   Rutherford LLC nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Dentici Family Limited Partnership
                   nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Pintar Investment Properties TX, LLC
                   nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Cleveland Construction, Inc.
                   nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor c/o William A. Wood   Panattoni Construction, Inc.
                   nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   United States Debt Recovery III, L.P.
                   nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Casio, Inc. nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   iGoDitigal, LLC nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   United States Debt Recovery III, LP
                   nmccullagh@spottsfain.com,
                   eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
                   msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
                   n@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Neil E. McCullagh   on behalf of Defendant   Mitek Corporation (MTX) nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Techcraft Manufacturing, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    South Carolina Electric & Gas Company
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Cormark, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh    on behalf of Creditor    Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Nicholas B Malito    on behalf of Creditor    Dollar Tree Stores, Inc. nmalito@schnader.com
          Nicholas W. Whittenburg    on behalf of Creditor    Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Nikki Amber Ott    on behalf of Creditor    Berkadia Commercial Mortgage LLC nikki.ott@bryancave.com
          Nikki Amber Ott    on behalf of Creditor    Capmark Finance, Inc. nikki.ott@bryancave.com
          Oscar Baldwin Fears, III    on behalf of Creditor    Georgia Department of Revenue
          bfears@law.ga.gov, jjacobs@law.ga.gov
          P. Matthew Roberts    on behalf of Creditor    Hillsborough County, FL mroberts@poolemahoney.com
          P. Matthew Roberts    on behalf of Creditor    CDB Falcon Sunland Plaza, LP
          mroberts@poolemahoney.com
          Patrick M. Birney    on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
          rarnold@rc.com
          Paul J. Pascuzzi    on behalf of Interested Party    Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen    on behalf of Defendant    Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Tritronics, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Google Inc. pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Site A, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Paul K. Campsen   on behalf of Creditor   Crossways Financial Associates, LLC
              pkcampsen@kaufcan.com, jaturner@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   CC Springs, L.L.C. pkcampsen@kaufcan.com,
              jaturner@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   MHW Warner Robins, LLC pkcampsen@kaufcan.com,
              jaturner@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Vance Baldwin, Inc. pkcampsen@kaufcan.com,
              jaturner@kaufcan.com
             Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
              pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
             Paul McCourt Curley   on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com,
              tchilders@canfieldbaer.com
             Paul McCourt Curley   on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
              tchilders@canfieldbaer.com
             Paul McCourt Curley   on behalf of Creditor Laurie Lambert-Gaffney pcurley@canfieldbaer.com,
              tchilders@canfieldbaer.com
             Paul Michael Schrader   on behalf of Creditor   San Jose Mercury-News, Inc.
              pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor   Bay Area News Group East Bay, LLC
              pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant   Bay Area News Group East Bay, LLC
              pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant   San Jose Mercury-News, Inc.
              pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant   Export Development Canada
              pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor   MediaNews Group, Inc. pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor   MediaNews Group, Inc. and San Jose Mercury-
              Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
              Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant   Caribbean Display & Construction, Inc.
              pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant   TIN Inc. d/b/a Temple-Inland Inc.
              pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor   Contra Costs Times pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group
              East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
              Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant   MediaNews Group Inc. pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant   Artitali Group, Inc. pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor   Alameda Newspaper Group, Inc.
              pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor   BayAreaNewsGroup pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor   BayAreaNews Group pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc.
              pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor   Alameda Newspapers, Inc.
              pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor   Contra Costa Times, Inc.
              pschrader@fullertonlaw.com
             Paul S. Bliley, Jr.   on behalf of Creditor   CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
              L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.and CC Countryside 98, L.L.C.
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor   Okaloosa County Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor   Hayward 880,LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor   Bay County Florida tax collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor   Hillsborough County, FL pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor   CarMax, Inc. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor   Palm Beach County Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor   CC Countryside 98, LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County Florida Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor   Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor   Westlake Limited Partnership
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor   Orange County Florida Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County, Florida pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Manatee County Florida Tax Collector
      pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Highlands County, Florida
      pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Miami-Dade County Tax Collector
      pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Pinnellas County, Florida
      pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Interested Party   Carmax Business Services, LLC
      pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Defendant   Stephen Gould Corporation
      pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Hernendo County, Florida pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Seminole County Florida Tax Collector
      pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Save Mart Supermarkets pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Stillwater Designs and Audio, Inc.
      pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Torrington Tripletts, LLC
      pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   CC-Investors 1997-4 pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Brevard County Florida Tax Collector
      pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Crown CCI, LLC pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Burbank Mall Associates, LLC
      pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Tax Collector, Polk County, Florida
      pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Polk County Florida Tax Collector
      pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Lee County Tax Collector pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Marion County, Florida pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Willaims Mullen Clark and Dobbins
      pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.   on behalf of Creditor   Indian River County Florida Tax Collector
      pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paula A. Hall   on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
      hall@bwst-law.com,   marbury@bwst-law.com
    Paula S. Beran   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
      pberan@tb-lawfirm.com,
      stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
      m
    Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
      stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
      m
    Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
      Inc. Liquidating Trust pberan@tb-lawfirm.com,
      stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
      m
    Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
      stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
      m
    Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
      stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
      m
    Paula S. Beran   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
      pberan@tb-lawfirm.com,
      stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
      m
    Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
      stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
      m
    Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
      stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
      m
    Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
      stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
      m

District/off: 0422-7          User: sewardt          Page 44 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Peter  Barrett   on behalf of Defendant   SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
               LOAN FUNDING, LLC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter  Barrett   on behalf of Creditor   Mayfair ORCC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter  Barrett   on behalf of Defendant   Sony Electronics Inc. peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter  Barrett   on behalf of Defendant   Sony Electronics Inc., A/K/A Sony
               peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter  Barrett   on behalf of Creditor   Gelco Corporation d/b/a GE Fleet Services
               peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter  Barrett   on behalf of Creditor   Mayfair MDCC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter  Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter  Barrett   on behalf of Defendant   Gelco Corporation, d/b/a GE Fleet Services
               peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter  Barrett   on behalf of Creditor   Sony Electronics, Inc. peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter  Barrett   on behalf of Creditor   Sharpe Partners, LLC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter A. Greenburg   on behalf of Defendant   Premier Resources International LLC
               pgreenburg@aol.com
             Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
             Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
               Administration peter.roth@doj.nh.gov
             Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
               pstrniste@rc.com,  kcooper@rc.com
             Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
               pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
               pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
               pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
               pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
               pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
               pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
               pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
             Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
               pcarney@whitecase.com,  hletourneau@whitecase.com
             Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
               scormany@spilmanlaw.com
             Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@spilmanlaw.com,
               scormany@spilmanlaw.com
             Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
               ppearl@sandsanderson.com,  scormany@spilmanlaw.com
             Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com,
               scormany@spilmanlaw.com
             Peter M. Pearl   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
               ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
             Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
               ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
             Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
               pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
             Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
               pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
             Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com

District/off: 0422-7          User: sewardt          Page 45 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Philip C. Baxa    on behalf of Creditor    JWC Loftus LLC pbaxa@sandsanderson.com,
              rarrington@sandsanderson.com
             Philip C. Baxa    on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
              rarrington@sandsanderson.com
             Philip C. Baxa    on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
              pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
             Philip C. Baxa    on behalf of Creditor    Dicker-Warmington Properties pbaxa@sandsanderson.com,
              rarrington@sandsanderson.com
             Philip C. Baxa    on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
              rarrington@sandsanderson.com
             Philip C. Baxa    on behalf of Defendant    Mitsubishi Electronics America, Inc.
              pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
             Philip C. Baxa    on behalf of Creditor    Onkyo USA Corporation pbaxa@sandsanderson.com,
              rarrington@sandsanderson.com
             Philip James Meitl    on behalf of Defendant    Gorilla Nation Media, LLC pj.meitl@bryancave.com,
              john.leininger@bryancave.com
             Philip James Meitl    on behalf of Creditor    Capmark Finance, Inc. pj.meitl@bryancave.com,
              john.leininger@bryancave.com
             Philip James Meitl    on behalf of Defendant    DBL Distributing, LLC pj.meitl@bryancave.com,
              john.leininger@bryancave.com
             R. Chase Palmer    on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
             Rand L. Gelber    on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com
             Raymond  Pring, Jr.    on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
              raypri24@hotmail.com
             Raymond William Battaglia    on behalf of Creditor    Miner Corporation rbattaglia@obht.com
             Rebecca L. Saitta    on behalf of Creditor    Bond C.C. I Delaware Business Trust
              rsaitta@wileyrein.com,   rours@wileyrein.com;khertz@wileyrein.com
             Reid Steven Whitten    on behalf of Creditor    LaSalle Bank National Association, as trustee for
              C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
             Rhett E. Petcher    on behalf of Interested Party    36 Monmouth Plaza LLC rpetcher@seyfarth.com
             Rhett E. Petcher    on behalf of Creditor    Engineered Structures, Inc. rpetcher@seyfarth.com
             Richard C. Maxwell    on behalf of Interested Party    Park National Bank rmaxwell@woodsrogers.com,
              hhale@woodsrogers.com
             Richard C. Maxwell    on behalf of Interested Party    Wells Fargo Bank Northwest, National
              Association rmaxwell@woodsrogers.com,  hhale@woodsrogers.com
             Richard E. Girgado    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
              rgirgado@counsel.lacounty.gov
             Richard E. Hagerty    on behalf of Creditor Richard S. Birnbaum
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
             Richard E. Hagerty    on behalf of Creditor    Southroads, L.L.C.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
             Richard E. Hagerty    on behalf of Creditor    Carlyle-Cypress Tuscaloosa, LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
             Richard E. Hagerty    on behalf of Creditor Michael T. Chalifoux
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
             Richard E. Hagerty    on behalf of Creditor    Northcliff Residual Parcel 4 LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
             Richard E. Hagerty    on behalf of Creditor    SAP Retail Inc. and Business Objects
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
             Richard E. Hagerty    on behalf of Creditor    Craig-Clarksville Tennessee LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
             Richard E. Hagerty    on behalf of Creditor James H. Wimmer, Jr.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
             Richard E. Hagerty    on behalf of Creditor    Plantation Point Development, LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
             Richard E. Hagerty    on behalf of Creditor    Wal-Mart Stores, Inc.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
             Richard E. Hagerty    on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
             Richard E. Hagerty    on behalf of Creditor    Certain Benefit Restoration Plan Claimants
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
             Richard E. Hagerty    on behalf of Attorney    Troutman Sanders LLP
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
             Richard E. Hagerty    on behalf of Creditor    Triangle Equities Junction LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Richard E. Hagerty    on behalf of Creditor    Cosmo-Eastgate, ltd
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
              Richard E. Hagerty    on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
              Richard E. Lear    on behalf of Creditor    Plaza Las Americas, Inc. richard.lear@hklaw.com,
               kimi.odonnell@hklaw.com
              Richard E. Lear    on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com,
               kimi.odonnell@hklaw.com
              Richard F. Stein    on behalf of Creditor    Internal Revenue Service
               richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson    on behalf of Creditor    Sharp Electronics Corporation
               rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Defendant    Sharp Electronics Corporation
               rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Creditor    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
               lramsey@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Creditor    Caribbean Display & Construction, Inc.
               rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Creditor    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
               lramsey@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Creditor    Export Development Canada (EDC)
               rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Creditor    US Signs, Inc. rhutson@weinstocklegal.com,
               lramsey@weinstocklegal.com;mes@weinstocklegal.com
              Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow    on behalf of Defendant    Edmond Henry Edba E. J. Henry richard_yarow@yahoo.com
              Robert A. Canfield    on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
               jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
               eancanfield@comcast.net
              Robert A. Canfield    on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
               jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
               eancanfield@comcast.net
              Robert A. Canfield    on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
               jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
               eancanfield@comcast.net
              Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture bsmith@hillrainey.com,
               hillraineyign@gmail.com
              Robert B. Hill    on behalf of Creditor    Columbia Plaza Shopping Ceter Venture
               bsmith@hillrainey.com, hillraineyign@gmail.com
              Robert B. Hill    on behalf of Creditor Decarla  Taylor-Conyers bsmith@hillrainey.com,
               hillraineyign@gmail.com
              Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins, 11
               Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
               of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company
               robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
              Robert D. Clark    on behalf of Creditor    Treasurer of Douglas County, Colorado
               rclark@douglas.co.us
              Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
               L.L.C. rtepper@sabt.com, pcoover@sabt.com
              Robert E. Scully, Jr.    on behalf of Creditor    T.D. Farrell Construction, Inc.
               rscully@stites.com, docketclerkalex@stites.com
              Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc.
               rmoorman@moormanlaw.com, robmoorman@comcast.net
              Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC
               Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
               USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
               rminkoff@jefferies.com, mrichards@jefferies.com
              Robert L. LeHane    on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp.
               rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com

District/off: 0422-7          User: sewardt              Page 47 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc                Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert L. LeHane    on behalf of Creditor    Philips International rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
            rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
            rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
            Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
            rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
            rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
            rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
            rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
            rmmarino@rpb-law.com,  rmmarinol@aol.com
          Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
            rmmarino@rpb-law.com,  rmmarinol@aol.com
          Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
            DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert R. Vieth    on behalf of Creditor    D&H Distributing Co. rvieth@ltblaw.com,
            dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
          Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
            Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
            Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
            Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
            bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
            karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
            Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
            bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
            Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
            Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
            karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
            Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
            bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
            bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
            karnett@t-mlaw.com
          Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    COMSYS Information Technology Services, Inc. and
              COMSYS Services, LLC rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Interested Party    Marblegate Asset Management
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Cameron Group Associates LLP
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services, Inc.
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Taubman Auburn Hills Associates Limited
              Partnership rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    TXU Energgy Retail Company LLC
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Venetian Casino Resort, LLC
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Longacre Opportunity Fund, L.P.
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Denver Newspaper Agency LLP
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robin S. Abramowitz    on behalf of Creditor    CC Merrillville Trust abramowitz@larypc.com
              Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
              abramowitz@larypc.com
              Robin S. Abramowitz    on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
              Robin S. Abramowitz    on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
              Ron C. Bingham, II    on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
              Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
              Ronald A. Page, Jr.    on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
              rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
              Management Group, Ltd. rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
              rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Creditor    Miner Fleet Management Group, Ltd.
              rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
              rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
              rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
              rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald Allen Page, Jr.    on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
              rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald G. Dunn    on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
              Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
              cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Roy M. Terry, Jr.   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Roy M. Terry, Jr.   on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Russell R. Johnson, III   on behalf of Creditor   Chalek Company LLC russ4478@aol.com
              Russell R. Johnson, III   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
                sarah.kelly@leclairryan.com
              Ryan C. Day   on behalf of Plaintiff   Schimenti Construction Company LLC
                ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
              S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
                Company sgill@vanblk.com
              Sara B. Eagle   on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
                efile@pbgc.gov
              Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
                sboehm@mcguirewoods.com, kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
                sboehm@mcguirewoods.com, kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
                sboehm@mcguirewoods.com, kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
                sboehm@mcguirewoods.com, kcain@mcguirewoods.com
              Satchidananda Mims   smims21@hotmail.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Services USA, Inc. scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Software Technology Corporation
                scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Hardware scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Technology Development, Inc.
                scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   The Nintendo Source Corporation scott.stengel@umb.com
              Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
              Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
                sfranklin@vanblk.com
              Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
                cmcintire@buchalter.com
              Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   RTS Marketing, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Howland Commons Partnership, an Ohio gen
          partnership dba Howland Commons sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Huntington Mall Company sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Spring Hill Development Partners, GP
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
          Mall sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Defendant   Horizon Technology, LLC sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Basile Limited Liability Company
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   United States Debt Recovery, LLC
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Kentucky Oaks Mall Company sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Remount Road Associates Limited Partnership
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   M and M Berman Enterprises sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Defendant   Mizco International, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   The Denver Newspaper Agency, LLP
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Vertis, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Cottonwood Corners-Phase V, LLC
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Woodlawn Trustees Incorporated
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Horizon Technology, LLC sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Mizco International, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila L. Shadmand   on behalf of Defendant   Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand   on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand   on behalf of Creditor   Ventura In Manhattan, Inc. slshadmand@jonesday.com
          Stanley M. Salus   on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
          stan.salus@akerman.com,
          crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo   on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   DPI, Inc., formerly known as GPX, Inc.
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Interested Party   General Electric Company's Consumer &
          Industrial Division smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   The Decal Source Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   Universal Remote Control, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   Terracon Consultants, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   THF St. Clairsville Development, L.P.
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   THF Chesterfield Two Development, L.L.C.
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   Bissell Homecare, Inc., aka Bissell Homecare Inc.,
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   THF Clarksburg Development One, Limited Liability
          Company smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Interested Party   THF Harrisonburg Crossing, L.L.C.
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   Z-Line Designs, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   ZT Group International, Inc. dba ZT Systems, Inc.
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stephan William Milo   on behalf of Defendant   Hardsoft Solutions, Inc. d/b/a Micro Product
               Distributors, Inc. smilo@wawlaw.com,
               jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Creditor   THF ONC Development, L.L.C. smilo@wawlaw.com,
               jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephanie N. Gilbert   on behalf of Creditor   Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
               nwalsh@wilsav.com
              Stephanie N. Gilbert   on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com,
               nwalsh@wilsav.com
              Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership
               smetz@shulmanrogers.com,  nanderson@shulmanrogers.com
              Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc.
               sleach@ltblaw.com,  msarata@ltblaw.com;ndysart@ltblaw.com
              Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue
               Murphys@dor.state.ma.us
              Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC
               sgallagher@venable.com,  lcwilliams@venable.com;lrheitger@venable.com
              Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
              Steven H. Greenfeld   on behalf of Creditor   PR Christiana LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   PRGL Paxton LP steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   Red Rose Commons Associates, L.P.
               steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   Marple XYZ Associates steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   Park Side Realty LP steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   Goodmill LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   PREIT SERVICES, LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   Pep Boys - Manny, Moe & Jack
               steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   THE GOLDENBERG GROUP steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   Boulevard North, LP steveng@cohenbaldinger.com
              Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown   on behalf of Creditor   Walter E. Hartman & Sally J. Hartman, as Trustee of the
               Hartman 1995 Ohio Property brown@wolriv.com
              Steven L. Brown   on behalf of Defendant   The Dispatch Printing Company, d/b/a Columbus Dispatch
               brown@wolriv.com
              Steven L. Brown   on behalf of Defendant   Construct, Inc. brown@wolriv.com
              Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
              Steven L. Brown   on behalf of Creditor   The Columbus Dispatch brown@wolriv.com
              Steven L. Brown   on behalf of Creditor   Construct, Inc. brown@wolriv.com
              Tara B. Annweiler   on behalf of Creditor   American National Insurance Company
               tannweiler@greerherz.com
              Tara L. Elgie   on behalf of Defendant   Fujikon Industrial Co. Ltd. telgie@hunton.com
              Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc.
               thadwilson@kslaw.com,  pwhite@kslaw.com
              Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg   Gateway Woodside, Inc.
               tmurphy@dclawfirm.com,
               rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
               dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh   on behalf of Defendant   The Nielsen Company (US) LLC, f/k/a Nielsen Media
               Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
              Thomas John McIntosh   on behalf of Defendant   WSVN-TV, a unit of Sunbeam Television Corporation
               thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
              Thomas John McIntosh   on behalf of Defendant   Nielsen Business Media Inc.
               thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
              Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com,
               alexis.makell@hklaw.com
              Thomas John McKee, Jr.   on behalf of Defendant   Bell Microproducts, Inc. mckeet@gtlaw.com,
               hallc@gtlaw.com
              Thomas John McKee, Jr.   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,  hallc@gtlaw.com
              Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
               tomjam2003@yahoo.com
              Thomas Neal Jamerson   on behalf of Interested Party   Parker Central Plaza Ltd
               tjamerson@hunton.com,  tomjam2003@yahoo.com
              Thomas Ryan Lynch   on behalf of Defendant   Griffin Technology tlynch@babc.com
              Thomas Ryan Lynch   on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski   on behalf of Creditor   John P. Raleigh trepczynski@offitkurman.com,
               lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
               lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
               trepczynski@offitkurman.com,  lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor   Tutwiler Properties, LTD
               trepczynski@offitkurman.com,  lschock@offitkurman.com

District/off: 0422-7          User: sewardt          Page 52 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
          trepczynski@offitkurman.com,  lschock@offitkurman.com
          Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
          bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
          bjtobin@vorys.com
          Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
          croyes@vanblk.com
          Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tracey.ohm@stinsonleonard.com,
          theresa.mackey@stinsonleonard.com
          Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc.
          tracey.ohm@stinsonleonard.com,  theresa.mackey@stinsonleonard.com
          Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc.
          tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
          Troy Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
          tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Troy Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
          Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
          Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
          situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Troy Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
          tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Troy Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
          rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Infogain Corporation vmorrison@wileyrein.com,
          rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc. vmorrison@wileyrein.com,
          rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P. vmorrison@wileyrein.com,
          rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. vmorrison@wileyrein.com,
          rours@wileyrein.com
          Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
          reardonv@michigan.gov,  jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
          victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
          victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
          victoria.garry@ohioattorneygeneral.gov
          Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
          walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
          Wanda Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
          LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
          and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
          Wanda Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
          ecfcases@borgeslawllc.com
          Wanda Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
          Wanda Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
          jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
          Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
          Wanda Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com

District/off: 0422-7           User: sewardt              Page 53 of 57              Date Rcvd: Sep 26, 2014
                              Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Wanda  Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wendy Michele Roenker   on behalf of Creditor Treasurer  City of Chesapeake
           wroenker@cityofchesapeake.net
          William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
           wheuer@duanemorris.com
          William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
           wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
           wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
          William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
           Courier aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Vonage Holdings, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   American National Insurance Company
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Vonage Marketing Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Golf Galaxy, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   CC Countryside 98, LLC aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Hayward 880,LLC aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Westlake Limited Partnership
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   SBLM Architects PC aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Contrarian Funds, L.L.C. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
           TV aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   ION Audio, LLC aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   LumiSource, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Tax Collector, Polk County, Florida
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   CC Countryside 98 L.L.C. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Dollar Tree Stores, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Symantec Corp aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Intec, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   CC-Investors 1997-4 aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   SouthPeak Interactive LLC
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Nyko Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   SouthPeak Interactive, LLC
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   CarMax, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Eon Communications Corporation
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Cyber Acoustics aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Dick's Sporting Goods, Inc.
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Plaintiff   Carmax Auto Superstores, Inc.
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Dick's Sporting Goods Inc.
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Burbank Mall Associates, LLC
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Brookfield Global Relocation Services, LLC, f/k/a
           GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Save Mart Supermarkets aburnett@williamsmullen.com
          William A. Gray   on behalf of Creditor   Ray Mucci's Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Snell Acoustics, Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Alexander's Rego Park Center, Inc.
           bgray@sandsanderson.com,  rarrington@sandsanderson.com

District/off: 0422-7              User: sewardt              Page 54 of 57              Date Rcvd: Sep 26, 2014
                                 Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Gray   on behalf of Creditor   PrattCenter, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Route 146 Millbury LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Station Landing LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Marlton VF LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Premier Contracting, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   The Procter & Gamble Company and The Procter & Gamble
              Distribution Company, LLC bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Movant   Vornado Realty Trust bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Gateway Woodside, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Encinitas PFA, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Vornado Caguas LP bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Cardinal Court, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Intertech Security of Maryland, LLC
              bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Metra Electronics Corporation bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Tamrac, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Movant   Colonial Heights Holdings, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Boston Acoustics, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   VNO Mundy Street, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Vornado Finance, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Green Acres Mall, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   East BrunswickVF, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   VTech Communications, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Lang Construction, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Lee County, Mississippi Tax Collector
              bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   UTC I, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   CSI Construction Company bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   InnerWorkings, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com

District/off: 0422-7          User: sewardt          Page 55 of 57          Date Rcvd: Sep 26, 2014
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray    on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Interstate Augusta Properties LLC
               bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant   Coby Electronics Corporation bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
               bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Metra Electronics Corporation bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    DeSoto County, Mississippi bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant   Universal Display and Fixtures Company
               bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    BBP-Muncy LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    BPP-OH LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Towson VF LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
               bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    North Plainfield VF LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
               Partnership bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    McCorkendale Construction bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
               of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    BPP-NY LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    A.D.D. Holdings, L.P. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    DEV Limited Partnership bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    The Stop & Shop Supermarket Company LLC
               bgray@sandsanderson.com,  rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor    John Rohrer Contracting Company, Inc.
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-VA LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    OmniMount Systems, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-WB LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    RBS Business Capital bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    T. J. Maxx of CA, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Midwest Block & Brick, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    East Brunswick VF LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Chatham County, GA Tax Commissioner
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Valley Corners Shopping Center, LLC
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar International Trading Company
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Sensormatic Electronic Corporation
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Construction Testing and Engineering, Inc.
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   The Oklahoma Publishing Company
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    E&A Northeast Limited Partnership
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar Group Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Denon Electronics bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
            rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
              Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
              chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
              trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
              chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor   Prince George's Station Retail, LLC
              bill.crenshaw@bryancave.com,  deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com,
              deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Professional   Akerman Senterfitt bill.crenshaw@bryancave.com,
              deborah.hensley@akerman.com
          William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
              wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
              Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com,
              jseay@t-mlaw.com
          William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan   on behalf of Defendant   Pioneer Electronics (USA) Inc.
              dsullivan@butzeltp.com
          William H. Schwarzschild, III   on behalf of Creditor   MRV Wanamaker, LC
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Hotan Corporation
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Datel Design & Development, Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   National Western Life Insurance Company
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   J&J Industries, Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dick's Sporting Goods, Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Merrill Communications LLC
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Miami-Dade County Tax Collector
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Vonage Marketing Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dollar Tree Stores, Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Evening Post Publishing Company, dba The
              Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   LumiSource, Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   State Board of Equalization
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   SouthPeak Interactive, LLC
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Nancy  Booth jcharboneau@mglspc.com,
              aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
              aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Charles  Booth jcharboneau@mglspc.com,
              aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor   Placer California jcharboneau@mglspc.com,
              aford@mglspc.com
          Zmarak  Khan  on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
              zmarak.khan@dlapiper.com,
              George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                             TOTAL: 2208