IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | Claim# 12495, Claim Amt: $833,554.38 |
| | Claim# 12423, Claim Amt: $1,292,958.10 |
| | Claim# 12161, Claim Amt: $1,075,649.22 |
| | Claim# 12420, Claim Amt: $907,154.00 |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, ORIX Capital Markets, LLC, as Special Servicer, on behalf of Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for the Registered Holders of Asset Securitization Corporation, Commercial Mortgage Pass-Through Certificates Series 1997-D5, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
ORIX Capital Markets, LLC, as Special Servicer,
on behalf of Bank of America, N.A., successor by
merger to LaSalle Bank, N.A., as Trustee for the
Registered Holders of Asset Securitization
Corporation, Commercial Mortgage Pass-
Through Certificates Series 1997-D5
1717 Main St.
11th Floor
Dallas, TX 75201

**New Address [Creditor]**
ORIX Capital Markets, LLC, as Special
Servicer, on behalf of Bank of America, N.A.,
successor by merger to LaSalle Bank, N.A.,
as Trustee for the Registered Holders of
Asset Securitization Corporation, Commercial
Mortgage Pass-Through Certificates Series
1997-D5
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

<u>Old Address [Notice Party(ies)]</u>
ORIX Capital Markets, LLC, as Special Servicer, on behalf of Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for the Registered Holders of Asset Securitization Corporation, Commercial Mortgage Pass-Through Certificates Series 1997-D5
1717 Main St.
11th Floor
Dallas, TX 75201

<u>New Address [Notice Party(ies)]</u>
ORIX Capital Markets, LLC, as Special Servicer, on behalf of Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for the Registered Holders of Asset Securitization Corporation, Commercial Mortgage Pass-Through Certificates Series 1997-D5
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: October 7, 2014

Respectfully submitted,

By:
Signature: _____
Print Name: Mark S. Parker
Title: Managing Director