

Christopher P. Jayson
Phillip W. Farthing, M.D., J.D.
Arthur B. Skafidas
Mark H. Wright
James S. Moody, III
Jana L. Keenan
Attorneys at Law

August 25, 2014

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219



RICHMOND DIVISION
FILED
OCT 14 2014
CLERK
U.S. BANKRUPTCY COURT

RE:        Restivo, Mary
Chapter:   11
Case No.:  08-35653-KHR
Claim No:  15268

To Whom it May Concern:

Please be advised that Mary Restivo is formally withdrawing her unliquidated claim number 15268.

Thank you for your attention to this matter.

Very truly yours,

Mark H. Wright

MHW/tnb
Enclosure

cc:   Mrs. Mary Restivo
      Lynn L. Tavenner, Esquire
      Jeffrey N. Pomerantz, Esquire
      Robert J. Feinstein, Esquire
      Madeleine M. Parro, Esquire

LINCOLN CENTER | 5401 W. Kennedy Blvd. | Suite 600 | Tampa, Florida 33609 | (813) 321-1111 tel | (813) 321-1112 fax

www.jfswlaw.com

A Professional Association

## EXHIBIT B

| CLAIMANT | CLAIM NO. |
|---|---|
| Clinton, Karen | 15269 |
| Kaylor, Carole | Docket No. 11774 |
| Marshall, Robert E. | 15270; Docket No. 11806 |
| Maze, Aisha | 15264 |
| Restivo, Mary | 15268; letter to Court – Docket No. 11721 |