IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: <br><br> CIRCUIT CITY STORES, INC., et al., <br><br><br><br> ("the Debtors") | Chapter 11 <br><br> Case No. 08-35653 (KRH) <br><br> Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBER: 9391

PLEASE TAKE NOTICE that **Toshiba America Information Systems,** a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address
Toshiba America Information Systems
HSBC Bank USA, NA
VONWON
Dept CH - 16354
Palatine, IL  60055- 9554

New Address for Notices and Payments
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza Suite 2100
San Francisco, CA 94111
Attention: Michael Linn

I declare under penalty of perjury that the foregoing is true and correct

VonWin Capital Management, L.P.
By: VonWin Capital L.L.C., its General Partner

By: _____
Name:      Roger Von Spiegel
Title:      Managing Director
Date:      (212) 889-1601
Dated: _____