## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBER: 4177

PLEASE TAKE NOTICE that **Flintlock Northridge LLC,** a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

<u>Old Address</u>
Flintlock Northridge LLC
HSBC Bank USA, NA
VONWON
Dept CH - 16354
Palatine, IL 60055-9554

<u>New Address for Notices and Payments</u>
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza Suite 2100
San Francisco, CA 94111
Attention: Michael Linn

I declare under penalty of perjury that the foregoing is true and correct

VonWin Capital Management, L.P.
By: VonWin Capital L.L.C., its General Partner

By: _____
Name:     Roger Von Spiegel
Title:      Managing Director
Date:      (212) 889-1601
Dated: _____