**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBER: 14427

PLEASE TAKE NOTICE that **Gravois Bluffs III, LLC**, a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address for Notices and Payments |
|---|---|
| Gravois Bluffs III, LLC | c/o Farallon Capital Management, L.L.C. |
| HSBC Bank USA, NA | One Maritime Plaza Suite 2100 |
| VONWON | San Francisco, CA 94111 |
| Dept CH - 16354 | Attention: Michael Linn |
| Palatine, IL 60055-9554 | |

I declare under penalty of perjury that the foregoing is true and correct

VonWin Capital Management, L.P.
By: VonWin Capital L.L.C., its General Partner

By: _____
Name:    Roger Von Spiegel
Title:      Managing Director
Date:     (212) 889-1601
Dated: _____