## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Chicago Title Land Trust Company As Trustee Under Trust No 116762 02, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address

Chicago Title Land Trust Company As
Trustee Under Trust No 116762 02
2 North LaSalle St.,
Suite 2300
Chicago, IL 60602

New Address [Creditor]

Chicago Title Land Trust Company
As Trustee Under Trust
No 116762 02
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: _10/22/14_

Respectfully submitted,

By: ALAN SCHWARTZ authorized signer under Chg. Title Trust #116762-02

Signature: _Alan Schwartz_

Print Name: ALAN SCHWARTZ

Title: Trust beneficiary & signatory