Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue
New York, NY 10017
Telephone: (212) 561-7700

Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4003
Telephone: (310) 277-6910

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300

*Counsel to Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Chapter 11 |
| | ) 1 |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

**ORDER APPROVING SETTLEMENT BETWEEN THE CIRCUIT CITY STORES, INC.
LIQUIDATING TRUST AND SONY ELECTRONICS INC.**

Upon the motion (the "Motion") of Alfred H. Siegel (the "Trustee"), the duly appointed trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Trust") for the entry of an order (the "Order")

DOCS_LA:281435.2 12304/003

approving the Settlement Agreement[1] with Sony Electronics Inc. ("Sony"); it appearing that the relief requested in the Motion is in the best interests of the beneficiaries of the Trust; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; proper notice of the Motion having been provided to all necessary and appropriate parties, and no further notice being necessary; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED and DECREED** that

1. The Motion is hereby granted in its entirety.

2. The Settlement Agreement is hereby approved.  The Court finds that approval of the Settlement Agreement serves the best interest of the beneficiaries of the Trust.  After considering (a) the probability of success in litigation; (b) the potential difficulties, if any, in collection; (c) the complexity of the litigation involved and the expense, inconveniences and delays necessarily attending it; and (d) the paramount interest of the creditors, the Court finds that the Settlement Agreement is fair and equitable, and hereby approves the Trust's exercise of its business judgment to enter into and perform under the Settlement agreement.

3. In accordance with Bankruptcy Rule 3001(e)(2), Sony is hereby substituted for Credit Suisse as the owner and holder of Claim No. 914 and Claim No. 4139.

4. The Trust and Sony are hereby authorized and directed to take any and all actions and execute any and all documents necessary to effectuate the Settlement Agreement.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

6.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Oct 28 2014
Richmond, Virginia

/s/ Kevin R. Huennekens
Honorable Kevin R. Huennekens
United States Bankruptcy Judge

We ask for this:

Entered on Docket: Oct 29 2014

*/s/ Lynn L. Tavenner*
TAVENNER & BERAN, PLC
Lynn L. Tavenner (VSB No. 30083)
Paula S. Beran (VSB No. 34679)
20 North Eighth Street, Second Floor
Richmond, VA 23219
Telephone: (804) 783-8300
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.  (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700

Andrew W. Caine, Esq. (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4100
Telephone: (310) 277-6910

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*

Seen and agreed:

*/s/ Peter J. Barrett*
KUTAK ROCK LLP
Peter J. Barrett (VSB No. 46179)
Timothy S. Baird (VSB No. 36315)
1111 East Main Street, Suite 800
Richmond, Virginia 23219
Telephone: (804) 644-1700
peter.barrett@kutakrock.com
tim.baird@kutakrock.com

3
DOCS_LA:281435.2 12304/003

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
Eric Seiler (admitted *pro hac vice*)
Andrew W. Goldwater (admitted *pro hac vice*)
Emily L. Chang (admitted *pro hac vice*)
7 Times Square
New York, New York 10036-6516
(212) 833-1100
*Counsel for Sony Electronics Inc.*


Seen and agreed as to paragraph 3 only:

/s/ *Jeremy B. Root*

BLANKINGSHIP & KEITH, P.C.
David G. Gogal (VSB No. 28815)
Jeremy B. Root (VSB No. 65885)
4020 University Dr. Ste. 300
Fairfax, VA 22030
(703) 691-1235
dgogal@bklawva.com
jroot@bklawva.com

COHEN TAUBER SPIERACK & WAGNER, P.C.
Leo L. Esses (admitted *pro hac vice*)
420 Lexington Avenue, Suite 2400
New York, NY 10170

*Counsel for Credit Suisse Loan Funding, LLC*


**CERTIFICATION OF ENDORSEMENT**

    I hereby certify under penalty of perjury that pursuant to Local Rule 9022-1, all necessary parties have endorsed this Stipulation.


October 22, 2014
Richmond, Virginia                              /s/ *Lynn L. Tavenner*

4
DOCS_LA:281435.2 12304/003