Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300

*Counsel to Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

### ORDER (I) AUTHORIZING THAT CERTAIN DOCUMENTS BE FILED UNDER SEAL AND (II) PROVIDING FOR PROCEDURES PROTECTING CONFIDENTIAL INFORMATION

This matter coming before the Court on the Trust's Motion For Entry Of An Order (I)

Requiring That Certain Documents Be Filed Under Seal And (II) Providing For Procedures

Protecting Confidential Information And Memorandum In Support Thereof (the "Motion") filed by

the Circuit City Stores, Inc. Liquidating Trust (the "Trust"); the Court (a) having reviewed the

Motion and all pleadings relating thereto and (b) having heard the statements of counsel regarding

the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion and the Hearing

(and the proposed order) was adequate under the circumstances; and (d) the Confidential

Information (as such term is defined in the Motion) is confidential commercial information entitled

to protection under § 107(b)(1) of the Bankruptcy Code (the "Bankruptcy Code") as requested in

the Motion; and the Court having determined that the legal and factual bases set forth in the

Motion and at the Hearing establish entitlement to the relief granted herein;

      IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED.

2.     All capitalized terms not otherwise defined herein shall have the meaning given to

them in the Motion.

3.     The Confidential Information, including but not limited to the Agreement and all

pleadings filed referencing aspects of the Agreement, except for the 9019 Motion, shall be filed

with the Court under seal and shall be held by the Clerk of the Bankruptcy Court under seal until

30 days after this Court's decision on the 9019 Motion has been entered and the appeal period has

expired, at which time it shall be destroyed.  If an appeal is taken, destruction of the Confidential

Information shall be addressed by further order of this Court.

4.     Any party who currently holds a pending or allowed claim against these

bankruptcy estates may obtain a copy of the Agreement by executing the Commitment of Qualified

Person Pursuant to Protective Order (attached hereto as Exhibit 1) (a "Qualified Person"), and

submitting it with a written request to Andrew Caine, counsel for the Trust, at

acaine@pszjlaw.com, with a copy to Peter Barrett, counsel for Sony, at

peter.barrett@kutakrock.com.

DOCS_LA:281436.2 12304/003

5.    (a)    Confidential Information may be used, disclosed, summarized, described, characterized, or otherwise communicated or made available in whole or in part only in connection with the 9019 Motion and only by the following persons:

(i)    a Qualified Person and its counsel who are assisting in the review of the 9019 Motion;

(ii)    experts or consultants and their employees and clerical assistants, retained by a Qualified Person for the purpose of testifying or rendering assistance or providing opinions in regard to the 9019 Motion;

(iii)    the Trust and its counsel;

(iv)    Sony and its counsel;

(v)    the Court and its employees and staff and supporting personnel;

(vi)    any other person only upon order of the Court or upon written stipulation of the Trust and that party.

(b)    Confidential Information may only be provided to persons listed in Paragraph 5(a)(ii) above to the extent that it will assist such expert or consultant to prepare a written opinion, to prepare to testify, to testify, or to assist counsel in the investigation and litigation of the 9019 Motion, provided that such expert or consultant is using Confidential Information solely in connection with the 9019 Motion, and further provided that such expert or consultant signs a commitment, in the form attached as Exhibit A, agreeing in writing to be bound by the terms and conditions of this Protective Order, consenting to the jurisdiction of the Court for purposes of enforcing this Protective Order, and agreeing not to disclose or use any Confidential Information for purposes other than those permitted by this Protective Order.  Such commitments shall be retained in the files of the counsel for the party employing the expert.

(c)     Every person given access to Confidential Information or information it contains shall first be advised that the information is being disclosed pursuant and subject to the terms of this Protective Order and may not be disclosed other than pursuant to its terms.  All persons listed in Paragraph 5(a) above, who are given access to Confidential Information or information that it contains, shall also be provided a copy of this Protective Order.

6.     Each party shall be entitled to seek modification of this Protective Order, for good cause shown, by attempting to obtain the other parties' consent to such modification, and then, absent consent, by application to this Court.  This remedy includes the right to seek a determination that documents or information are not confidential commercial information.

7.     After the final determination of the 9019 Motion, the provisions of the Order shall continue to be binding upon all Qualified Persons, their employees and all others subject to this Order.

Dated: Oct 28 2014
Richmond, Virginia

/s/ Kevin R. Huennekens

The Honorable Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: Oct 29 2014

4

DOCS_LA:281436.2 12304/003

**WE ASK FOR THIS:**

 /s/ *Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Robert J. Feinstein, Esq.
(admitted *pro hac vice)*
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700

Andrew W. Caine (admitted *pro hac vice)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard,  13th Floor
Los Angeles, California  90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*


## CERTIFICATION

I hereby certify that the foregoing proposed Order has been either served on or endorsed by all necessary parties.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

5

DOCS_LA:281436.2 12304/003

**EXHIBIT 1**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## COMMITMENT OF QUALIFIED PERSON
## PURSUANT TO PROTECTIVE ORDER

I affirm my understanding (i) that Confidential Information is being provided to me pursuant to the terms and restrictions of the Order (I) Authorizing That Certain Documents Be Filed Under Seal And (II) Providing For Procedures Protecting Confidential Information (the "Order") entered by the United States Bankruptcy Court for the Eastern District of Virginia in the case captioned, *In re Circuit City Stores, Inc., et al.,* Case No. 08-35653-KRH, and (ii) that I have read the Order. I understand the terms of the Order, I agree to be bound by the Order, and I hereby submit to the jurisdiction of the United States Bankruptcy Court for the Eastern District of Virginia for the purposes of enforcement of the Order. I understand that a violation of the Order is punishable as a contempt of Court.

Date: _____    _____
                                                  Signature

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

DOCS_LA:281436.2 12304/003

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                      Case No. 08-35653-KRH
Circuit City Stores, Inc.                                   Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7         User: ramirez-l         Page 1 of 58              Date Rcvd: Oct 29, 2014
                            Form ID: pdford9          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Oct 30 2014 03:25:51     UST smg Richmond,
               Office of the U. S. Trustee,    701 East Broad St., Suite 4304,   Richmond, VA 23219-1849
                                                                                          TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2014                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2014 at the address(es) listed below:
          Aaron L. Hammer   on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com@mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   Virginia Surety Company, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com@mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   Service Saver, Incorporated ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com@mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com@mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
          ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com@mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com@mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron R. Cahn   on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com,  tsable@honigman.com
          Albert F. Quintrall   on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins   on behalf of Interested Party   Eatontown Commons Shopping  Center
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   Arboretum of South Barrington, LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   AmCap NorthPoint LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   AmCap Arborland LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Creditor   Engineered Structures, Inc.
          ajackins@seyfarth.com
          Alison Ross Wickizer Toepp   on behalf of Creditor   Northern Indianna Public Service Company
          atoepp@reedsmith.com,  dlynch@reedsmith.com@dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
          dlynch@reedsmith.com@dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Energizer Battery, Inc.
          atoepp@reedsmith.com,  dlynch@reedsmith.com@dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Creditor   GRE Grove Street One LLC
          atoepp@reedsmith.com,  dlynch@reedsmith.com@dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Kingston Technology Co., Inc.
          atoepp@reedsmith.com,  dlynch@reedsmith.com@dflippen@reedsmith.com;docketingecf@reedsmith.com
          Ambika Joline Biggs   on behalf of Defendant   Scripps Media, Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com

District/off: 0422-7          User: ramirez-l          Page 2 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ambika Joline Biggs   on behalf of Defendant    The E.W. Scripps Company d/b/a/ Ventura County
          Star abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant    Scripps Networks, LLC d/b/a HGTV.com, d/b/a
          FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant    The National Union Fire Insurance Company of
          Pittsburgh, PA abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant    Memphis Publishing Company, dba Commercial Appeal,
          Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams   on behalf of Creditor    Cobb Corners II, Limited Partnership
          amy.williams@klgates.com, hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor    DIM Vastgoed, N.V. amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor    Encinitas PFA, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor    PrattCenter, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor    UTC I, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor    Valley Corners Shopping Center, LLC
          amy.williams@klgates.com, hailey.andresen@klgates.com
          Andrea Campbell Davison   on behalf of Defendant    Animal Planet, L.P. ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Creditor    Discovery Communications, Inc.
          ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant    Discovery Communications Inc. a/k/a The
          Learning Channel ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant    Wonders Industrial Development (Shenzhen) Co.,
          Ltd. ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant    Discovery Communications, Inc.
          ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant    Learning Channel, Inc. ADavison@beankinney.com
          Andrew Rapp   on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew A. Jones   on behalf of Interested Party    Farallon Capital Management, L.L.C.
          Andrew@ajoneslaw.com
          Andrew Edward Macfarlane   on behalf of Defendant    Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane   on behalf of Creditor    Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick   on behalf of Creditor    County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger   on behalf of Creditor    TKG Coffee Tree, L.P. andrewr@boydhomes.com,
          akrudiger@kaufcan.com
          Andrew Lynch Cole   on behalf of Interested Party    Faber Bros., Inc. Andrew.Cole@leclairryan.com
          Andrew M. Brumby   on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com,
          dbonilla@shutts-law.com
          Andrew S. Conway   on behalf of Creditor    Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu   on behalf of Creditor    PNY Technologies, Inc. aabreu@formanlaw.com
          Anita D. Goodman Royster   on behalf of Creditor    Connexion Technologies
          anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
          raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt   on behalf of Creditor    The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Attorney    Ann E. Schmitt aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Creditor    Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Anne C. Lahren   on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren   on behalf of Defendant    Landmark Media Enterprises LLC, f/k/a Landmark
          Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy   on behalf of Creditor    State of Wisconsin - Office of the State Treasurer
          murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher   on behalf of Creditor    DL Peterson Trust, as Assignee of PHH Vehicle
          Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor    InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
          1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor    West Marine Products, Inc.
          abraucher@mcmillanmetro.com
          Anne G. Bibeau   on behalf of Creditor    Alameda County Treasurer ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau   on behalf of Creditor    Orangefair Marketplace, LLC ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau   on behalf of Creditor    Sonoma County Tax Collector ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Annemarie G. McGavin   on behalf of Creditor    Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor    Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor    Dick's Sporting Goods, Inc.
          annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com

District/off: 0422-7          User: ramirez-l          Page 3 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Annemarie G. McGavin   on behalf of Creditor   General Instrument Corporation d/b/a Home &
           Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello   on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
           acichello@kb-law.com
          Anthony J. Cichello   on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
           Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
           ecffilings@hangley.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Generation H One and Two Limited Partnership
           aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Roth Tanglewood LLC aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   American Power Conversion Corp. aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Rolling Acres Plaza Shopping Center
           aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The Macerich Company aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Greenback Associates aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferee   412 South Broadway Realty LLC aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   RREEF Management Company aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
           managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Portland Investment Company of America
           aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Shopping Center aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferor   Manufacturers and Traders Trust Company, as
           Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Union Square Retail Trust aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Signature Home Furnishings Co. Inc.
           aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Morse-Sembler Villages Partnership #4
           aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Lexmark International, Inc. aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Madison Waldorf, LLC aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Redtree Properties, L.P. aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Drexel Delaware Limited Partnership
           aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland US Management LLC aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Audio Authority Corporation aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Lexmark International, Inc. aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Carousel Center Company, L.P. aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
           Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferor   Manufactures and Traders Trust Company, as
           Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Daniel W. Ramsey aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
           Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   International Speedway Square, Ltd.
           aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   NAP Northpoint, LLC aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Macy's Retail Holdings, Inc. aepps@cblaw.com,
           avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Diamond Square, LLC aepps@cblaw.com,
           avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Augustus C. Epps, Jr.   on behalf of Creditor   Amargosa Palmdale Investments, LLC
                      aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Fingerlakes Crossing, LLC aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park LLC aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Starpoint Property Management, LLC
                      aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
                      aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Prudential Insurance Company of America
                      aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   American Power Conversion Corp. aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Manufacturers and Traders Trust Company, as
                      Trustee aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management,  Inc.
                      aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
                      aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Thoroughbred Village Tennessee, GP
                      aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Plaintiff   CC-Investors 1995-6 aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing I, LLC aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Associates, Ltd. aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
                      St. Paul Pioneer Press aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
                      aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Rancon Realty Fund IV aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
                      aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Catellus Operating Limited Partnership
                      aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Argyle Forest Retail I, LLC aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Westgate Village, LLC aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant   CDW Direct, LLC aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Interested Party   Manufacturers & Traders Trust Company, as
                      Trustee aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Sangertown Square, L.L.C. aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Swanblossom Investments, LP aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Donahue Schriber Realty Group, L.P.
                      aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Laurel Plumbing, Inc. aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Generation One and Two, LP aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
                      managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Kimco Realty Corporation aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
                      avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC, Inland American
                      Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
                      Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Whitestone Development Partners, L.P.
                      aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
                      aepps@cblaw.com,  avaughn@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 5 of 58          Date Rcvd: Oct 29, 2014
                              Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.    on behalf of Creditor    De Rito Pavilions 139, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Kite Coral Springs, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Myrtle Beach Farms aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland American Retail Management LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Audio Authority Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Union County Construction Group, Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant   Solutions 2 Go, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    La Habra Imperial, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The West Campus Square Company, LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Cohab Realty, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Attorney    Christian & Barton, L.L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    KRG Market Street Village, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Pacific Property Services LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Brighton Commercial, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Bella Terra Associates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    EklecCo NewCo, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant   Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Belkys  Escobar   on behalf of Creditor    County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
          bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Belkys  Escobar   on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov,
          bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly    on behalf of Creditor    Panasonic Corporation of North America
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Harvest/HPE LP backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Taubman Auburn Hills Associates Limited Partnership
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party   CCDC Marion Portfolio, L.P.
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party   Federal Warranty Service Corporation
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Cypress/CC Marion I, L.P. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Galleria Plaza, Ltd. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
          cloving@hunton.com
          Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          bgodshall@pszjlaw.com
          Bradford F. Englander    on behalf of Creditor    Source Interlink Media, LLC benglander@wtplaw.com,
          rodom@wtplaw.com
          Bradford F. Englander    on behalf of Creditor    Alliance Entertainment Corporation
          benglander@wtplaw.com,  rodom@wtplaw.com

District/off: 0422-7          User: ramirez-l          Page 6 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Brenda M. Whinery    on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler    on behalf of Creditor    Prince George's County, Maryland
           bbeehler@mrrlaw.net,   lsansbury@mrrlaw.net
          Brett Christopher Beehler    on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net,
           lsansbury@mrrlaw.net
          Brian D. Huben    on behalf of Creditor    Prudential Insurance Company of America
           brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben    on behalf of Creditor    The Macerich Company brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben    on behalf of Creditor    KNP brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben    on behalf of Creditor    Cousins Properties Incorporated
           brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben    on behalf of Creditor    Watt Management Company brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben    on behalf of Creditor    RREEF Management Company brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben    on behalf of Creditor    Foursquare Properties, Inc. brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben    on behalf of Creditor    Portland Investment Company of America
           brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian F. Kenney    on behalf of Creditor    Black & Decker (US), Inc. bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Defendant    JLG Industries, Inc. bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Creditor    44 North Properties, LLC bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Creditor    JLG Industries, Inc. bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Creditor    Maryland Acquisitions, LLC bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Defendant    Black & Decker (US), Inc. bkenney@milesstockbridge.com
          Brittany Jane Nelson    on behalf of Creditor Karl  Engelke bnelson@foley.com
          Bruce H. Matson    on behalf of Creditor    Bank of America, N.A., as Agent
           bruce.matson@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Byron Z. Moldo    on behalf of Creditor    RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Descanso TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          C. Christopher Meyer    on behalf of Creditor    Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer    on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason    on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas
           Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    Golfsmith International, L.P.
           ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
          Chang  Eugene    on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC
           c.gideon.korrell@dentons.com,  jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com
          Charles W. Chotvacs    on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Portland Investment Company of America
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    UBS Realty Investors, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Federal Realty Investment Trust
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Morris Companies Affiliates
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com

District/off: 0422-7          User: ramirez-l          Page 7 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Charles W. Chotvacs    on behalf of Creditor    Cousins Properties Incorporated
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    KNP cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Prudential Insurance Company of America
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel    on behalf of Unknown    G&S Livingston Realty, Inc.
          Christian.Vogel@leclairryan.com,
          kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel    on behalf of Creditor    Circuit Investors #2, Ltd.
          Christian.Vogel@leclairryan.com,
          kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel    on behalf of Creditor    Circuit Investors #3, Ltd.
          Christian.Vogel@leclairryan.com,
          kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC
          Christian.Vogel@leclairryan.com,
          kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christine D. Lynch    on behalf of Creditor    Interstate Augusta Properties LLC
          clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership
          clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    S.R. Weiner & Associates Inc.
          clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine McAteer Ford    on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
          Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others
          similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
          cajones@wtplaw.com,  rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kv-legal.com,
          nferenbach@kv-legal.com
          Christopher L. Perkins    on behalf of Defendant    Parago Promotional Services, Inc
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
          Tech christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Satellite Information Network, Inc.,
          dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
                christopher.perkins@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
                Republic christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
                TV christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
                Star christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
              d/b/a Jack of All Games christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
              Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
              Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    The Daniel Group
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
              Two Interactive christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
               christopher.perkins@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Movant Nina    Winston christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com
             Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
               christopher.perkins@leclairryan.com,
               sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
               orah.dip@leclairryan.com

District/off: 0422-7          User: ramirez-l          Page 11 of 58          Date Rcvd: Oct 29, 2014
                              Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
          Greenville News christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor    507 Northgate LLC alstc@foster.com,
          ristj@foster.com
          Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
          cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
          Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
          cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
          Properties Group cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
          cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
          cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
          cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
          Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
          cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
          awyers.com
          Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
          cpalik@mhlawyers.com,
          cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
          awyers.com
          Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc. cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
          Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          Curtis G. Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
          cmanchester@reedsmith.com,  shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
          ndysart@ltblaw.com;cblickley@ltblaw.com;plaura@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
          individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
          ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a The Atlanta
               Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Midwest Television, Inc. d/b/a KFMB-TV
               ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   WFTV, Inc. ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a Austin American
               Statesman ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a The Atlanta
               Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a Austin American
               Statesman ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Palm Beach Newspapers, Inc. d/b/a The Palm Beach
               Post ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
               Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
               individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
              Daniel F. Blanks   on behalf of Debtor   Kinzer Technology, LLC dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   PRAHS, INC. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   Mayland MN, LLC dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   Patapsco Designs, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Defendant   Circuit City Stores, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Plaintiff   Circuit City Stores, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   XSStuff, LLC dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   Sky Venture Corp. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   Circuit City Stores, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   Courchevel, LLC dblanks@mcguirewoods.com
              Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com,   pressdm@gmail.com
              Daniel M. Press   on behalf of Defendant   Bensussen Deutsch & Associates, Inc.
               dpress@chung-press.com,  pressdm@gmail.com
              Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
               pressdm@gmail.com
              Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
               dsbushnaq@venable.com
              Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
              Darrell William Clark   on behalf of Defendant   Targus, Inc. darrell.clark@stinsonleonard.com,
               catherine.scott@stinsonleonard.com
              Darrell William Clark   on behalf of Creditor   Waste Management, Inc.
               darrell.clark@stinsonleonard.com,  catherine.scott@stinsonleonard.com
              Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
              David  McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David  McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David  McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David  McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
               ecf@davidgreerlaw.com
              David A. Greer   on behalf of Creditor   Century plaza development corporation
               dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
              David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
               Service of North Carolina davidwheeler@mvalaw.com
              David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
               scilino@chlhf.com
              David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
              David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
               pdyson@jackscamp.com
              David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
               pdyson@jackscamp.com
              David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
               dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Basser-Kaufman dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Developers Diversified Realty Corporation
               dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Continental Properties Company, Inc.
               dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Philips International dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
          RC CA Santa Barbara, LLC dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
          and Eagin Communications dspiro@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
          David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
          druby@t-mlaw.com,  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
          tleonard@gfrlaw.com
          David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant    Belkin International Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti    on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
          dlannetti@vanblk.com,  drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler    on behalf of Defendant    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Dena Sloan Kessler    on behalf of Defendant    The National Union Fire Insurance Company of
          Pittsburgh, PA dkessler@bakerlaw.com
          Dena Sloan Kessler    on behalf of Creditor    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
          Revenue Services denise.mondell@ct.gov
          Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services
          denise.mondell@ct.gov
          Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    JVC Americas Corp. and JVC Company of America
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
          America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Business to Business Solutions, LLC
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    iProspect.com Inc. dtlewand@kaufcan.com
          Denyse Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com

```
District/off: 0422-7          User: ramirez-l          Page 14 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Denyse  Sabagh    on behalf of Transferee   Korea Export Insurance Corporation
              dsabagh@duanemorris.com
              Denyse  Sabagh    on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
              Denyse  Sabagh    on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
              Denyse  Sabagh    on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
              Dexter D. Joyner    on behalf of Creditor    Pasadena Independent School District
              caaustin@comcast.net
              Dion W. Hayes    on behalf of Debtor    Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
              dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
              Dominic L. Chiariello    on behalf of Creditor Donovan  Dunwell dc@chiariello.com
              Donald K. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects
              dludman@brownconnery.com
              Douglas  Scott    on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
              Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Pasadena Independent School District
              BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Transferee    CFH Investments III, LLC BankruptcyCounsel@gmail.com
              BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Interactive Toy Concepts, Inc
              BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
              BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Russellville Steel Company, Inc.
              BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
              BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
              California, Inc. BankruptcyCounsel@gmail.com
              Douglas D. Kappler    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
              dkappler@rdwlawcorp.com
              Douglas M. Foley    on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
              Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc.
              dfoley@mcguirewoods.com,  twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
              twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
```

District/off: 0422-7         User: ramirez-l          Page 15 of 58            Date Rcvd: Oct 29, 2014
                            Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
          Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
          Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
          dfoley@mcguirewoods.com,  twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
          Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
          dfoley@mcguirewoods.com,  twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
          dfoley@mcguirewoods.com,  twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
          twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
          dfoley@mcguirewoods.com,  twhite@mcguirewoods.com;JLBrown@mcguirewoods.com
          Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Philadelphia Television Station WPSG Inc.
          dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
          dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Meredith Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
          and KGW-TV dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
          dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
          mayle@hooverslovacek.com
          Elizabeth  Banda Calvo    on behalf of Creditor    City of Hurst, Mansfiled ISD, Carroll ISD
          ebcalvo@pbfcm.com,  rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo    on behalf of Creditor    City of Cedar Hill, Burleson ISD, Arlington ISD
          ebcalvo@pbfcm.com,  rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo    on behalf of Creditor    City of Lake Worth ebcalvo@pbfcm.com,
          rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
          wenditaylor@toase.com
          Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
          Gazette egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com

District/off: 0422-7          User: ramirez-l          Page 16 of 58          Date Rcvd: Oct 29, 2014
                              Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Mikael  Salovaara egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1 egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
               egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedumspring.com,
               ramona.neal@hp.com;ken.higman@hp.com
          Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com
          Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
               klgatesbankruptcy@klgates.com
          Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
          Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
          Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
               emorabito@pattonboggs.com
          Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
               ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
               Service of North Carolina ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
               ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
               ffm@bostonbusinesslaw.com
          Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
               fpepler@peplermastromonaco.com
          Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
          Franklin R. Cragle, III    on behalf of Creditor    United States Debt Recovery, LLC
               fcragle@hf-law.com
          Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
               rudzikf@dor.state.fl.us
          Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon    on behalf of Creditor    Placer County glaymon@mglspc.com,
               jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
               jcoffman@mglspc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Garren Robert Laymon    on behalf of Creditor    Riverside County California glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    San Bernardino County glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Glenmoor Limited Partnership glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Monterey County glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
          glaymon@mglspc.com,  jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Lake County (Florida) Tax Collector
          glaymon@mglspc.com,  jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Arlington ISD glaymon@mglspc.com,
          jcoffman@mglspc.com
          Gary E. Mason    on behalf of Plaintiff Marlon  Mondragon gmason@wbmllp.com
          Gary E. Mason    on behalf of Creditor Marlon  Mondragon gmason@wbmllp.com
          Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
          Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
          gfulghum@sblsg.com,  jschmeltz@sblsg.com; jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
          jschmeltz@sblsg.com; jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
          jschmeltz@sblsg.com; jrapp@sblsg.com
          German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
          alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
          notices@becket-lee.com
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
          Corp Card notices@becket-lee.com
          Gilbert D. Sigala    on behalf of Creditor John  Batioff sigalawl@aol.com
          Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          gbrown@pszjlaw.com
          Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
          Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
          agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
          gfornario@nixonpeabody.com,  khall@nixonpeabody.com,  jwest@nixonpeabody.com
          Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
          christine@virginia-lawyers.net
          Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant    on behalf of Defendant    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
          ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
          H. Elizabeth Weller    on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
          Hale Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown    on behalf of Creditor    Westgate Village, LP hbrown@kkgpc.com,  jwest@kkgpc.com
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
          Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
          Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr    on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
          Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
          Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Creditor    Suemar hbroberts@live.com,
          droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
          Corporation hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
          ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
          droberts1949@live.com
          Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
          csommer@fdh.com
          Henry Pollard Long, III    on behalf of Defendant    Panasonic Corporation of North America
          hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Parker Central Plaza Ltd
          hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Panasonic Corporation of North America
          hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Food Lion LLC hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          hlong@hunton.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Henry Pollard Long, III   on behalf of Creditor   Taubman Auburn Hills Associates Limited
              Partnership hlong@hunton.com
              Henry Pollard Long, III   on behalf of Creditor   Harvest/HPE LP hlong@hunton.com
              Henry Pollard Long, III   on behalf of Creditor   H & R REIT (U.S.) Holdings Inc. hlong@hunton.com
              Henry Pollard Long, III   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
              hlong@hunton.com
              Henry Pollard Long, III   on behalf of Interested Party   Federal Warranty Service Corporation
              hlong@hunton.com
              Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
              howard.j.grossman@chase.com
              Ian S. Landsberg   on behalf of Creditor   Torrance Towne Center Associates, LLC
              ilandsberg@landsberg-law.com
              Ian S. Landsberg   on behalf of Creditor   FJL-MVP, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg   on behalf of Creditor   NMC Stratford, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
              J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
              chefiling@lw.com;robert.klyman@lw.com
              J. Christian Word   on behalf of Liquidator   Hilco Merchant Resources, LLC
              chefiling@lw.com;robert.klyman@lw.com
              J. David Folds   on behalf of Defendant   Simpletech, Inc. dfolds@bakerdonelson.com,
              sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant   Interactive Communications International, Inc.
              dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
              dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
              dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@bakerdonelson.com,
              sparson@bakerdonelson.com
              Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
              jackson.toof@arentfox.com
              Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
              jackson.toof@arentfox.com
              Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
              lbigus@stinson.com
              James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
              James.Newbold@illinois.gov
              James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
              through Brian Hamer, its Director James.Newbold@illinois.gov
              James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
              vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
              James E. Clarke   on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
              rbailey@atlanticlawgrp.com
              James Edward Bowman, II   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
              bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
              James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
              avis.francis@hklaw.com
              James J. Briody   on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James J. Briody   on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
              eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
              ell@spottsfain.com;tmoore@spottsfain.com;hwilson@spottsfain.com
              James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
              ncoton@beankinney.com
              James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
              ncoton@beankinney.com
              James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
              jlombardi@rossbanks.com,  acole@rossbanks.com
              James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
              of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
              James Winston Burke   on behalf of Creditor   MiTAC Digital Corp. (Magellan) jburke@milbank.com
              James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA
              Inc. jburke@milbank.com
              James Winston Burke   on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP
              jburke@milbank.com
              James Winston Burke   on behalf of Defendant   MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
              jburke@milbank.com
              James Winston Burke   on behalf of Creditor   Nintendo of America, Inc. jburke@milbank.com
              James Winston Burke   on behalf of Defendant   MiTAC Digital Corporation, individually and
              including in its capacity as successor to Magellan Navigation, Inc. jburke@milbank.com
              James Winston Burke   on behalf of Defendant   Nintendo of America, Inc. jburke@milbank.com
              Jamie M. Konn   on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
              jodie.buchman@dlapiper.com

```
District/off: 0422-7          User: ramirez-l          Page 19 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
               jamie.konn@dlapiper.com,   jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
               admin@meiburgerlaw.com
          Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
               ecf@krcl.com
          Jason B. Binford   on behalf of Creditor   Phoenix Property Company jbinford@krcl.com,
               ecf@krcl.com
          Jason M. Krumbein   on behalf of Creditor Jonathan   Card jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein   on behalf of Creditor Robert   Gentry jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein   on behalf of Creditor Joseph   Skaf jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein   on behalf of Creditor Jack   Hernandez jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason William Harbour   on behalf of Defendant   Virgin Mobile USA, L.P. jharbour@hunton.com,
               tcanada@hunton.com
          Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
               jharbour@hunton.com,  tcanada@hunton.com
          Jeffrey   Scharf  on behalf of Creditor   County of Spokane jeff@taxva.com,
               tacspc@gmail.com;amanda@taxva.com
          Jeffrey   Scharf  on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
               tacspc@gmail.com;amanda@taxva.com
          Jeffrey   Scharf  on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
               jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
               Jeff.Klusmeier@ago.mo.gov,  Michelle.Hirschvogel@ago.mo.gov
          Jeffrey I. Snyder   on behalf of Creditor   LNR Partners, Inc. jsnyder@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited
               Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
               dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey J. Graham   on behalf of Creditor   Washington Corner, LP jgraham@taftlaw.com,
               dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Amcor Sunclipse North America jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Gateway US Retail, Inc. jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Acer America Corporation jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corporation
               jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The Insurance Company of the State of
               Pennsylvania jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Specific Media LLC jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   MaineToday Media, Inc. jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corp.
               jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Gateway, Inc. jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
          Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jeffreymsherman@gmail.com,
               emoyer@bsgfdlaw.com;jetsikerdanos@lerchearly.com
          Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
               Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
               dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
               dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
               dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
               pollack@ballardspahr.com

District/off: 0422-7          User: ramirez-l          Page 20 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jenelle Marie Dennis    on behalf of Creditor    GMS Golden Valley Ranch, LLC
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Macerich Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Centro Properties Group dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Morris Companies Affiliates
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Laguna Gateway Phase 2, LP
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Prudential Insurance Company of America
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    UBS Realty Investors, LLC dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Cencor Realty dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Watt Management Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Uniwest Commercial Realty dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Foursquare Properties Inc.
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Point West Plaza II Investors
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Bear Valley Road Partners LLC
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Torrance Towne Center Associates, LLC
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Cousins Properties Incorporated
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Eagleridge Associates, LLC
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Portland Investment Company of America
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    RREEF Management Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    OTR-Clairemont Square dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    KNP dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jennifer Langan    on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore    on behalf of Defendant    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor Yvette    Mack jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Louisiana, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Mississippi, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca Cola Bottling Co. Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Jennifer J. West    on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
            rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
            msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
            Jennifer J. West    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
            jwest@spottsfain.com,
            rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
            msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
            Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
            Enterprises Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
            msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
            Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
            msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
            Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
            msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;hwilson@spottsfain.com
            Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
            jkneeland@linowes-law.com,  klevie@linowes-law.com; jwright@linowes-law.com
            Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com,
            klevie@linowes-law.com;jwright@linowes-law.com
            Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
            jkneeland@linowes-law.com,  klevie@linowes-law.com; jwright@linowes-law.com
            Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
            jkneeland@linowes-law.com,  klevie@linowes-law.com; jwright@linowes-law.com
            Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    Swift-Train Company jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
            Bee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
            Inland Pacific Property Services LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
              Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
              Gateway III, LLC as tenants in common jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
              Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
              Carlson Marketing Group, Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
              Southwest Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
              Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor Alexander H Bobinski jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
              Capital Management, LP jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 23 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
           Star jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
           Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
           d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
           Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
           American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
           Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
           Cameron Bayonne, LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
          News, aka The Sun News jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
          Center) jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
          Center jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
          Idaho Statesman jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
          Eagle jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 25 of 58          Date Rcvd: Oct 29, 2014
                              Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, as trustee
                 for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
                 avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Swanblossom Investments, LP
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Lexington Herald Leader jmclemore@cblaw.com,
                 avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Transferor   Manufactures and Traders Trust Company, as
                 Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LLC jmclemore@cblaw.com,
                 avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
                 avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Austin Southpark Meadows II
                 Limited Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Phillipsburg Greenwich L.L.C.
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Cedar Hill Pleasant Run Limited
                 Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   International Speedway Square, Ltd.
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Lexmark International, Inc.
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Media General Operations, Inc.
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Landover (Landover Crossing), LLC
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland American Chesapeake Crossroads, L.L.C.
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Columbia State jmclemore@cblaw.com,
                 avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   James H. Wimmer, Jr., personally
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RPAI US Management LLC (f/k/a Inland US
                 Management LLC) jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Catellus Operating Limited Partnership
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Fresno Bee jmclemore@cblaw.com,
                 avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for
                 Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
                 acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
                 avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   The West Campus Square Company, LLC
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Roth Tanglewood, LLC jmclemore@cblaw.com,
                 avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   DayMen U.S., Inc. d/b/a Lowepro USA
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1031, L.L.C.
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Pacific Property Services LLC
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Commercial Property Management, Inc.
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association f/k/a
                 LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
                 1997-CTL-1 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Crossgates Commons NewCo, LLC
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Lexington Herald-Leader
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland US Management LLC jmclemore@cblaw.com,
                 avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Kite Coral Springs, LLC jmclemore@cblaw.com,
                 avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Sangertown Square, L.L.C. jmclemore@cblaw.com,
                 avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Temecula Commons, L.L.C.
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Transferor   Manufacturers and Traders Trust Company, as
                 Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
                 jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com

```
District/off: 0422-7          User: ramirez-l          Page 26 of 58          Date Rcvd: Oct 29, 2014
                              Form ID: pdford9          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
          nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
          acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
          as Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    RioCan Austin Southpark Meadows II Limited
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
          calirm@haslaw.com
Jeremy Brian Root    on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
          egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
          jeremy.friedberg@llff.com,    ecf@llff.com;gordon.young@lf-pc.com
Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Information Systems, Inc.
          jeremy.friedberg@llff.com,    ecf@llff.com;gordon.young@lf-pc.com
Jeremy S. Friedberg    on behalf of Creditor    Washington Green TIC jeremy.friedberg@llff.com,
          ecf@llff.com;gordon.young@lf-pc.com
Jeremy S. Williams    on behalf of Creditor    Magna Trust Company, Trustee
          jeremy.williams@kutakrock.com,    lynda.wood@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC
           jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Defendant   SDI Technologies, Inc.
           jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
           jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Defendant   Antec, Inc. jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com
          Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
           jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
           jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Interested Party  McCandlish Holton, PC
           jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Ryan   on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
          Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
           Corp. jerryhall10@hotmail.com
          Jess R. Bressi   on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
          Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes   on behalf of Interested Party  AmCap NorthPoint LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party  Arboretum of South Barrington, LLC
           jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party  Eatontown Commons Shopping  Center
           jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party  AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
          Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          Joel T. Marker   on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
          John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith   on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
           Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith   on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
           Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith   on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
           ll@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
           ll@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
           ll@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
           ll@wmlawgroup.com
          John D. McIntyre   on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
           ll@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
           jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com;jhi
           ll@wmlawgroup.com
          John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian   on behalf of Creditor   VIWY, L.P. lucian@blankrome.com
          John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John G. McJunkin   on behalf of Creditor   Marc Realty jmcjunkin@bakerdonelson.com,
           sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
           jmcjunkin@bakerdonelson.com,  sparson@bakerdonelson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John J. Lamoureux    on behalf of Creditor    Amore Construction Company jlamoureux@cfjblaw.com,
          delliott@cfjblaw.com;tpaecf@cfdom.net
          John J. Trexler    on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association
          jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig    on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Defendant    Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Ohio, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Central Georgia Electric Membership Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    New York State Electric and Gas Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Michigan Consolidated Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Carolina Power & Light Company d/b/a Progress Energy
          Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Connecticut Light and Power Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Piedmont Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Toledo Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southern Connecticut Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Indiana, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Defendant    Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Defendant    Pro-Pave Sealcoat Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southern California Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Yankee Gas Services Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Orange and Rockland Utilities johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Detroit Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    KeySpan Gas East Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Connecticut Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Cleveland Electric Illuminating Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Carolinas, LLC johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Public Service Company of New Hampshire
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion
          Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Public Service Electric And Gas Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
          johncraigg@aol.com,  russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John M. Craig   on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Granite State Electric johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Consolidated Edison Company of New York, Inc.
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Salt River Project johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    American Electric Power johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Jackson EMC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant    ASM Capital III, L.P. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
            russj4478@aol.com
          John P. Van Beek   on behalf of Defendant    Cosco, Inc., d/b/a Cosco Air Conditioning and
            Refrigeration jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
            vanbeek.com
          John P. Van Beek   on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
            vanbeek.com
          John P. Van Beek   on behalf of Creditor    WEC 96D Niles Investment Trust
            jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
            vanbeek.com
          John P. Van Beek   on behalf of Creditor    TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
            vanbeek.com
          John T. Farnum   on behalf of Creditor    Bell Microproducts, Inc. jfarnum@wileyrein.com,
            rours@wileyrein.com
          John T. Farnum   on behalf of Defendant    Ashley Furniture Industries, Inc. jfarnum@wileyrein.com,
            rours@wileyrein.com
          John T. Husk   on behalf of Defendant    Casco Corporation johnhusk@aol.com,  nre98@aol.com
          Jonathan L. Hauser   on behalf of Creditor    Klipsch Audio Technologies LLC
            jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant    CENVEO, Inc. jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant    Velocity Micro, Inc.
            jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant    Stampede Presentation Products, Inc.
            jonathan.hauser@troutmansanders.com
          Jonathan T. Cain   on behalf of Defendant    Zoo Entertainment, Inc. jtcain@mintz.com,
            kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant    InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant    Zoo Games, Inc. f/k/a Destination Software, Inc.
            jtcain@mintz.com,  kcraun@mintz.com
          Jorge A. Ortiz   on behalf of Defendant    Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
          Joseph M. DuRant   on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan   on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire
            Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins, 11    USTPRegion04.RH.ECF@usdoj.gov
          Judy Bamberger Calton   on behalf of Defendant    DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano   on behalf of Creditor    AT&T Capital Services, Inc.
            quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant    Kent H. Landsberg of Dallas, LP (
            quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
            harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor    AT&T quagliano@seeger-law.com,
            harvell@seeger-law.com

District/off: 0422-7          User: ramirez-l          Page 30 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Julie Ann Quagliano   on behalf of Defendant   Paris Business Products, Inc.
           quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Amcor Packaging Distribution, Inc., d/b/a Amcor
           Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
           quagliano@seeger-law.com,  harvell@seeger-law.com
          Justin F. Paget   on behalf of Defendant   The Seattle Times Company jpaget@hunton.com,
           cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Hunton & Williams, LLP jpaget@hunton.com,
           cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
           cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Thule Organization Solutions, Inc. dba Case Logic,
           Inc. jpaget@hunton.com,  cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Wynit, Inc. jpaget@hunton.com,  cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   The Spark Agency, Inc. d/b/a Switch and Switch
           Liberate Your Brand jpaget@hunton.com,  cloving@hunton.com
          Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com,  rours@wileyrein.com
          Kalina Boyanova Miller   on behalf of Creditor   Greater Orlando Aviation Authority
           kmiller@wileyrein.com,  rours@wileyrein.com
          Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Ken  Coleman   on behalf of Interested Party  Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
          Kenneth R. Rhoad   on behalf of Defendant   ActionLink, LLC krhoa@gebsmith.com
          Kevin A. Lake   on behalf of Creditor   Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Texas Tax Appraisal Districts of Bell County, Brazos
           County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
           District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Madcow International Group Limited
           klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
           Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
           Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Harris County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Bell County, County of Denton, Midland Central Appraisal
           District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
           District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Pima County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor   Joanne  Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   NBT Bank, N.A. knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Carousel Center Company, L.P. knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Mount Berry Square, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Sangertown Square, L.L.C. knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   EklecCo NewCo, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Landover (Landover Crossing), LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kevin M. Newman   on behalf of Creditor   Fingerlakes Crossing, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Texas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Mississippi, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Louisiana, LLC krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
          krm@mccarthywhite.com,   wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Detroit, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Phoenix, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Texas, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Atlanta, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Tampa, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
          sprescott@idalaw.com
          Kimberly A. Pierro   on behalf of Creditor   Schottenstein Property Group, Inc.
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
          Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
          Carla@KDBLawFirm.com
          Kristen E. Burgers   on behalf of Creditor   ORIX Capital Markets, LLC kburgers@ltblaw.com
          Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC kburgers@ltblaw.com
          Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
          eappelstein@ltblaw.com
          Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rgblawfirm.com,
          Margaret@rgblawfirm.com
          Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard E. Starr, III   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
          gadams@Starr-Law.com
          Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
          lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
          lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt   on behalf of Interested Party   American Computer Development, Inc.
          regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Defendant   EVGA.com Corp. regenhardtl@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill    on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Linda Sharon Broyhill    on behalf of Creditor   La Frontera Village, L.P. lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Caguas LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   CSI Construction Company lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Wayne VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Lang Construction, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BevCon I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO Mundy Street, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   McAlister Square Partners, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   North Plainfield VF LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   East Brunswick VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Finance, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Encinitas PFA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Cardinal Court, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant   Vornado Realty Trust lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Ray Mucci's Inc. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO TRU Dale Mabry, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BBP-Muncy LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County, GA Tax Commissioner lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   PrattCenter, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Amherst VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   John Rohrer Contracting Company, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County Tax Commissioner lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Monument Consulting, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Route 146 Millbury LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   NPP Development LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Hillson Electric Incorporated lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   T. J. Maxx of CA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Interstate Augusta Properties LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   DEV Limited Partnership lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   UTC I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-OH LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-SC LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Alexander's Rego Park Center, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-NY LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   E&A Northeast Limited Partnership lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Baker Natick Promenade LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Gun Hill Road, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
          lhamiel@siwpc.com

District/off: 0422-7          User: ramirez-l          Page 33 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lisa Hudson Kim   on behalf of Creditor   Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Valley Corners Shopping Center, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant    Colonial Heights Holdings, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa P. Sumner   on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com,
          ltrast@poyners.com
          Loc  Pfeiffer   on behalf of Defendant   Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com
          Loc  Pfeiffer   on behalf of Creditor   Schottenstein Property Group, Inc.
          loc.pfeiffer@kutakrock.com
          Louis E. Dolan, Jr.   on behalf of Creditor   Greystone Data Systems, Inc.
          LDOLAN@nixonpeabody.com,  was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Plaintiff   Greystone Data Systems, Inc.
          LDOLAN@nixonpeabody.com,  was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor   TomTom, Inc. LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Defendant   TomTom, Inc. LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor   California Self-Insurers' Security Fund
          LDOLAN@nixonpeabody.com,  was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
          Lucy L. Thomson   lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason   on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com,
          chps.ecfnotices@gmail.com
          Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Defendant   The Washington Post Company ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
          ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
          Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Madeleine C. Wanlsee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advertising.com Inc. mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
          mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   Superstation, Inc. mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Accent Energy California LLC
          mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advance Real Estate Management, LLC
          mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Polaris Circuit City, LLC mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman   on behalf of Plaintiff Marlon  Mondragon mbusman@busmanandbusman.com,
          kjaros@busmanandbusman.com
          Marc A. Busman   on behalf of Creditor Marlon  Mondragon mbusman@busmanandbusman.com,
          kjaros@busmanandbusman.com
          Margaret M. Anderson   on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan   on behalf of Creditor   CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com

District/off: 0422-7          User: ramirez-l          Page 34 of 58          Date Rcvd: Oct 29, 2014
                              Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark B. Conlan    on behalf of Creditor   Chelmsford Realty Associates mconlan@gibbonslaw.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 LAWENCE  ROAD , LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   DMARC 2006 Poughkeepsie LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 South Lindbergh LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Unknown   Sutherland Asbill & Brennan LLP
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Moller Road LLC
          Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as successor trustee to Bank
          of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
          holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee   CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
          PARTNERSHIP mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   C1 West Mason Street LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GCCFC 2007-GG9 Abercorn Street Limited Partnership
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 RIDGELAND RETAIL, LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   DMARC 2006 CD2 Davidson Place, LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Mall Road LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Idle Hour Road LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
          Partnership mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
          Liability Company mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
          mark.d.sherrill@sutherland.com
          Mark E. Browning   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
          Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
          Certificates, Series 2006-C4 mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
          mark.d.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
          mark.d.sherrill@sutherland.com
          Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
          Interactive, Inc. mtaylor@vlplawgroup.com
          Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC
          mdtaylor@kilpatricktownsend.com
          Mark D. Taylor   on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
          State of Texas, and Greg Abbott, as Attorney General of the State of Texas
          bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
          bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
          Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us

District/off: 0422-7          User: ramirez-l          Page 35 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark J. Friedman    on behalf of Defendant    InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Creditor    InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Defendant    Creative Labs, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Creditor    Morgan Hill Retail Venture, LP
              mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Creditor    West Marine Products, Inc. mark.friedman@dlapiper.com
              Mark K. Ames    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
              mark@taxva.com, amanda@taxva.com
              Mark K. Ames    on behalf of Creditor    Louisiana Department of Revenue mark@taxva.com,
              amanda@taxva.com
              Mark X. Mullin    on behalf of Creditor    Phoenix Property Company mark.mullin@haynesboone.com,
              dian.gwinnup@haynesboone.com
              Mark X. Mullin    on behalf of Creditor    BB Fonds International 1 USA, L.P.
              mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
              Martha E. Hulley    on behalf of Creditor    Developers Realty, Inc. martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Fayetteville Developers, LLC
              martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Westfield, LLC martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    The Balogh Companies martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Brandywine Grande C, L.P.
              martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    CK Richmond Business Services #2, LLC
              martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    CC Kingsport 98, LLC martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Cardinal Capital Partners
              martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Romero    on behalf of Creditor    Monterey County romero@mromerolawfirm.com
              Martha E. Romero    on behalf of Creditor    San Bernardino County romero@mromerolawfirm.com
              Martha E. Romero    on behalf of Creditor    Placer County romero@mromerolawfirm.com
              Martha E. Romero    on behalf of Creditor    Riverside County California romero@mromerolawfirm.com
              Martha E. Romero    on behalf of Creditor    California Taxing Authorities romero@mromerolawfirm.com
              Martin A. Brown    on behalf of Creditor    Express Services, Inc. martin.brown@lawokc.com
              Martin A. Brown    on behalf of Creditor    Creditor Express Personnel Services, Inc
              martin.brown@lawokc.com
              Martin J.A. Yeager    on behalf of Creditor Loren  Stocker myeager@landcarroll.com
              Mary E. Olden    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
              molden@mhalaw.com, akauba@mhalaw.com
              Mary Louise Fullington    on behalf of Creditor    Scripps Networks Interactive, Inc.
              lexbankruptcy@wyattfirm.com
              Matthew  Righetti    on behalf of Creditor Jonathan  Card matt@righettilaw.com
              Matthew  Righetti    on behalf of Creditor Robert  Gentry matt@righettilaw.com
              Matthew  Righetti    on behalf of Creditor Jack  Hernandez matt@righettilaw.com
              Matthew  Righetti    on behalf of Creditor Joseph  Skaf matt@righettilaw.com
              Matthew  Righetti    on behalf of Creditor Jonthan  Card matt@righettilaw.com
              Matthew  Righetti    on behalf of Creditor Vadim  Rylov matt@righettilaw.com
              Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Matthew E. Hoffman    on behalf of Creditor    Principal Life Insurance Company
              mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
              Matthew E. Hoffman    on behalf of Creditor    Audiovox Corporation mehoffman@duanemorris.com,
              lltaylor@duanemorris.com;lstopol@levystopol.com
              Matthew J. Ellis    on behalf of Creditor    Montgomery County Trustee mellis@batsonnolan.com
              Matthew V. Spero    on behalf of Creditor    CC-Investors 1995-6 matthew.spero@rivkin.com
              Melissa S. Hayward    on behalf of Creditor    Parago, Inc. mhayward@lockelord.com
              Melissa S. Hayward    on behalf of Creditor    Home Depot USA, Inc. mhayward@lockelord.com
              Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC
              myoder@parkerpollard.com,
              sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
              Meredith Linn Yoder    on behalf of Creditor    MDS Realty II, LLC myoder@parkerpollard.com,
              sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
              Michael  Reed    on behalf of Creditor    City of Midland et al othercourts@mvbalaw.com
              Michael  Reed    on behalf of Creditor    City of Waco et al othercourts@mvbalaw.com
              Michael  Reed    on behalf of Creditor    Tax Appraisal District of Bell County et al
              othercourts@mvbalaw.com
              Michael  Reed    on behalf of Creditor    Williamson County et al othercourts@mvbalaw.com
              Michael A. Condyles    on behalf of Creditor    Cole CC Taunton MA, LLC
              michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Shopping.com, Inc. michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Chase Bank USA, National Association
              michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

District/off: 0422-7          User: ramirez-l          Page 36 of 58          Date Rcvd: Oct 29, 2014
                              Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael A. Condyles   on behalf of Creator    Magna Trust Company, Trustee
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    GE Fleet michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Interested Party    Epson America, Inc.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Kennesaw GA, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Schottenstein Property Group, Inc.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Mesquite TX, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    CBL & Associates Management, Inc.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    The Shoppes of Beavercreek Ltd.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Aurora CO, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Circuit Sports, L.P. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Jubilee-Springdale, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Defendant    Epson America, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Sony Electronics, Inc.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    JP Morgan Chase & Co.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
          Bank, USA michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    The Landing at Arbor Place II, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    KSK Scottsdale Mall LP
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole Capital Partners, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Hickory Ridge Pavilion LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
          Michael Callahan Crowley   on behalf of Defendant    White-Spunner Construction Inc.
          mcrowley@asm-law.com
          Michael Callahan Crowley   on behalf of Creditor    White-Spunner Construction, Inc.
          mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Creditor    Tamarack Village Shopping Center Limited Partnership
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    CHK, LLC mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Whitestone Development Partners, L.P.
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant    Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
          Inc. mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Inland Continental Property Management Corp.
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Catellus Operating Limited Partnership
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Inland Commercial Property Management, Inc.
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant    North American Roofing Services, Inc.
          mmueller@cblaw.com,   avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
          mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
          III, LLC as tenants in common mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
          mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
          mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
          mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
          Entertainment, Inc. mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
          America mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
          mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
          mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
          mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael E. Hastings    on behalf of Creditor    Eastern Security Corp. mhastings@wtplaw.com,
          twhitt@wtplaw.com
          Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
          mjogrady@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
          Mall mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com

District/off: 0422-7           User: ramirez-l        Page 38 of 58           Date Rcvd: Oct 29, 2014
                               Form ID: pdford9       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael P. Falzone    on behalf of Creditor   Fuel Creative, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant  DG FastChannel, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Howland Commons Partnership, an Ohio gen partnership
          dba Howland Commons mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant  Streater Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Vertis, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Kentucky Oaks Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   M and M Berman Enterprises mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Cameron Group Associates LLP mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Gallatin Management Associates, LLC
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Dickson Management Associates, LLC
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Spring Hill Development Partners, GP
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Remount Road Associates Limited Partnership
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant  BellO International Corp. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant  Amore Construction Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Modelogic, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Interested Party   Systemax, Inc. mfalzone@hf-law.com
          Michael S. Kogan  on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
          mkogan@koganlawfirm.com
          Min  Park   on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
          Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora   on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn   on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman   on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman   on behalf of Creditor   The Ziegler Companies mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman   on behalf of Creditor   Simon Property Group, Inc. mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman   on behalf of Creditor   Tysons 3, LLC mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy   on behalf of Transferee   ON Corp. USA, Inc. and ON Corp.
          mona.murphy@akerman.com,  crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy   on behalf of Creditor   Thomas, Inc. mona.murphy@akerman.com,
          crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy   on behalf of Creditor   Thomson, Inc. mona.murphy@akerman.com,
          crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy   on behalf of Creditor   Imperial Sales Corp. d/b/a Imperial Sales Company
          mona.murphy@akerman.com,  crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy   on behalf of Creditor   Samsung Electronics America, Inc.
          mona.murphy@akerman.com,  crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy   on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
          crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Nancy F. Loftus  on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting   on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
          lginsberg@lolawfirm.com
          Nathan  Jones   on behalf of Transferee   US Debt Recovery LLC heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor    Us Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor    United States Debt Recovery, LLC heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor    US Debt Recovery XI, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor    US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor    Us debt recovery, XII, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor    US Debt Recovery V, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor    US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor    US Debt Recovery III, LLC heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor    US Debt Recovery X, LLC heather@usdrllc.com
          Neil E. McCullagh  on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery IV LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Neil E. McCullagh    on behalf of Defendant    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Shelby Properties TX, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Interested Party    Marblegate Asset Management
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Chino South Retail PG, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Newspaper Agency Company LLC d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    United States Debt Recovery, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
          Rutherford LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Dentici Family Limited Partnership
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Pintar Investment Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor c/o William A. Wood    Panattoni Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, L.P.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com

District/off: 0422-7        User: ramirez-l         Page 40 of 58         Date Rcvd: Oct 29, 2014
                            Form ID: pdford9         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Neil E. McCullagh   on behalf of Defendant   iGoDitigal, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, LP
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Mitek Corporation (MTX) nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   TI PI Texas, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Techcraft Manufacturing, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   South Carolina Electric & Gas Company
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   US Debt Recovery V, LP nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Cormark, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;hwilso
          n@spottsfain.com
          Nicholas B Malito    on behalf of Creditor    Dollar Tree Stores, Inc. nmalito@schnader.com
          Nicholas W. Whittenburg    on behalf of Creditor    Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Nikki Amber Ott    on behalf of Creditor    Berkadia Commercial Mortgage LLC nikki.ott@bryancave.com
          Nikki Amber Ott    on behalf of Creditor    Capmark Finance, Inc. nikki.ott@bryancave.com
          Oscar Baldwin Fears, III    on behalf of Creditor    Georgia Department of Revenue
          bfears@law.ga.gov,  jjacobs@law.ga.gov
          P. Matthew Roberts    on behalf of Creditor    Hillsborough County, FL mroberts@poolemahoney.com
          P. Matthew Roberts    on behalf of Creditor    CDB Falcon Sunland Plaza, LP
          mroberts@poolemahoney.com
          Patrick M. Birney    on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
          rarnold@rc.com
          Paul J. Pascuzzi    on behalf of Interested Party    Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Columbus Ledger-Enquirer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen    on behalf of Defendant    Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Tritronics, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com

District/off: 0422-7          User: ramirez-l          Page 42 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul K. Campsen   on behalf of Creditor   Newport News Shopping Center, L.L.C.
            pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Google Inc. pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Site A, LLC pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
            jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Grand Junction Investors 1998, LLC
            pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Crossways Financial Associates, LLC
            pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Springs, L.L.C. pkcampsen@kaufcan.com,
            jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   MHW Warner Robins, LLC pkcampsen@kaufcan.com,
            jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Vance Baldwin, Inc. pkcampsen@kaufcan.com,
            jaturner@kaufcan.com
          Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
            pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley   on behalf of Creditor   Jon C. Geith pcurley@canfieldbaer.com,
            tchilders@canfieldbaer.com
          Paul McCourt Curley   on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
            tchilders@canfieldbaer.com
          Paul McCourt Curley   on behalf of Creditor Laurie  Lambert-Gaffney pcurley@canfieldbaer.com,
            tchilders@canfieldbaer.com
          Paul Michael Schrader   on behalf of Creditor   San Jose Mercury-News, Inc.
            pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Bay Area News Group East Bay, LLC
            pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Bay Area News Group East Bay, LLC
            pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   San Jose Mercury-News, Inc.
            pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Export Development Canada
            pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News,
            Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
            Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Caribbean Display & Construction, Inc.
            pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   TIN Inc. d/b/a Temple-Inland Inc.
            pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Contra Costs Times pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group
            East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
            Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Artitali Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Alameda Newspaper Group, Inc.
            pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   BayAreaNewsGroup pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   BayAreaNews Group pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc.
            pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Alameda Newspapers, Inc.
            pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Contra Costa Times, Inc.
            pschrader@fullertonlaw.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
            L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Okaloosa County Florida pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hayward 880,LLC pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Bay County Florida tax collector
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hillsborough County, FL pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CarMax, Inc. pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Palm Beach County Tax Collector
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CC Countryside 98, LLC pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 43 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul S. Bliley, Jr.   on behalf of Creditor    Osceola County Florida Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Westlake Limited Partnership
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Orange County Florida Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Manatee County Florida Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Highlands County, Florida
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Miami-Dade County Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Pinnellas County, Florida
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Interested Party   Carmax Business Services, LLC
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Defendant    Stephen Gould Corporation
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Seminole County Florida Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Stillwater Designs and Audio, Inc.
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Torrington Tripletts, LLC
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Brevard County Florida Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Burbank Mall Associates, LLC
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Tax Collector, Polk County, Florida
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Polk County Florida Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Willaims Mullen Clark and Dobbins
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Indian River County Florida Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall    on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
          hall@bwst-law.com, marbury@bwst-law.com
          Paula S. Beran    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          pberan@tb-lawfirm.com,
          stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
          m
          Paula S. Beran    on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
          stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
          m
          Paula S. Beran    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
          Inc. Liquidating Trust pberan@tb-lawfirm.com,
          stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
          m
          Paula S. Beran    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
          stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
          m
          Paula S. Beran    on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
          stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
          m
          Paula S. Beran    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
          pberan@tb-lawfirm.com,
          stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
          m

District/off: 0422-7          User: ramirez-l          Page 44 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
            stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
            m
          Paula S. Beran (CC-B)    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
            stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
            m
          Paula S. Beran (CC-C)    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
            stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
            m
          Peter  Barrett    on behalf of Defendant    SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
            LOAN FUNDING, LLC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett    on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett    on behalf of Defendant    Sony Electronics Inc. peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett    on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
            peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett    on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
            peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett    on behalf of Creditor    Mayfair MDCC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett    on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett    on behalf of Defendant    Gelco Corporation, d/b/a GE Fleet Services
            peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett    on behalf of Creditor    Sony Electronics, Inc. peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett    on behalf of Creditor    Sharpe Partners, LLC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg    on behalf of Defendant    Premier Resources International LLC
            pgreenburg@aol.com
          Peter A. Greenburg    on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth    on behalf of Creditor    State of New Hampshire Department of Revenue
            Administration peter.roth@doj.nh.gov
          Peter E. Strniste, Jr.    on behalf of Creditor    Schimenti Construction Company LLC
            pstrniste@rc.com,  kcooper@rc.com
          Peter G. Zemanian    on behalf of Defendant    American Broadcasting Companies, Inc. d/b/a WABC TV
            pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Creditor    Disney Interactive Distribution, et al.
            pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Buena Vista Home Entertainment, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    ABC Holding Company, Inc., d/b/a KABC TV
            pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Staples Contract & Commercial, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Creditor    TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Corporate Express Office Products, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Bose Corporation pete@zemanianlaw.com
          Peter J. Carney    on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
            pcarney@whitecase.com,  hletourneau@whitecase.com
          Peter M. Pearl    on behalf of Movant    Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
            scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Creditor    PrattCenter, LLC ppearl@spilmanlaw.com,
            scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Defendant    Koch Entertainment Distribution LLC
            ppearl@sandsanderson.com,  scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Defendant    Koch International L.P. ppearl@sandsanderson.com,
            scormany@spilmanlaw.com

District/off: 0422-7          User: ramirez-l          Page 45 of 58          Date Rcvd: Oct 29, 2014
                              Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter M. Pearl   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
          ppearl@spilmanlaw.com, scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
          ppearl@spilmanlaw.com, scormany@spilmanlaw.com
          Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
          pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
          pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Roy   Eisner pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
          pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Joanne   Eisner pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   Mitsubishi Electronics America, Inc.
          pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip James Meitl   on behalf of Defendant   Gorilla Nation Media, LLC pj.meitl@bryancave.com,
          john.leininger@bryancave.com
          Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
          john.leininger@bryancave.com
          Philip James Meitl   on behalf of Defendant   DBL Distributing, LLC pj.meitl@bryancave.com,
          john.leininger@bryancave.com
          R. Chase Palmer   on behalf of Creditor Dennis   Morgan cpalmerplf@gmail.com
          Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
          raypri24@hotmail.com
          Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
          rsaitta@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
          C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
          hhale@woodsrogers.com
          Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
          Association rmaxwell@woodsrogers.com, hhale@woodsrogers.com
          Richard E. Girgado   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
          rgirgado@counsel.lacounty.gov
          Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Southroads, L.L.C.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Carlyle-Cypress Tuscaloosa, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Northcliff Residual Parcel 4 LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   SAP Retail Inc. and Business Objects
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Craig-Clarksville Tennessee LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Plantation Point Development, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

District/off: 0422-7          User: ramirez-l          Page 46 of 58          Date Rcvd: Oct 29, 2014
                              Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Richard E. Hagerty    on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor    Certain Benefit Restoration Plan Claimants
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty    on behalf of Attorney    Troutman Sanders LLP
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor    Triangle Equities Junction LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor    Cosmo-Eastgate, ltd
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty    on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Lear    on behalf of Creditor    Plaza Las Americas, Inc. richard.lear@hklaw.com,
          kimi.odonnell@hklaw.com
          Richard E. Lear    on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com,
          kimi.odonnell@hklaw.com
          Richard F. Stein    on behalf of Creditor    Internal Revenue Service
          richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson    on behalf of Creditor    Sharp Electronics Corporation
          rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson    on behalf of Defendant    Sharp Electronics Corporation
          rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson    on behalf of Defendant    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
          lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson    on behalf of Creditor    Caribbean Display & Construction, Inc.
          rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson    on behalf of Creditor    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
          lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson    on behalf of Creditor    Export Development Canada (EDC)
          rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson    on behalf of Creditor    US Signs, Inc. rhutson@weinstocklegal.com,
          lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow    on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield    on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield    on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield    on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture bsmith@hillrainey.com,
          hillraineyign@gmail.com
          Robert B. Hill    on behalf of Creditor    Columbia Plaza Shopping Ceter Venture
          bsmith@hillrainey.com, hillraineyign@gmail.com
          Robert B. Hill    on behalf of Creditor Decarla  Taylor-Conyers bsmith@hillrainey.com,
          hillraineyign@gmail.com
          Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins, 11
          Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
          of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company
          robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
          Robert D. Clark    on behalf of Creditor    Treasurer of Douglas County, Colorado
          rclark@douglas.co.us
          Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
          L.L.C. rtepper@sabt.com, pcoover@sabt.com
          Robert E. Scully, Jr.    on behalf of Creditor    T.D. Farrell Construction, Inc.
          rscully@stites.com, docketclerkalex@stites.com
          Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc.
          rmoorman@moormanlaw.com, robmoorman@comcast.net
          Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC
          Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
          USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
          rminkoff@jefferies.com, mrichards@jefferies.com

District/off: 0422-7          User: ramirez-l          Page 47 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Robert L. LeHane    on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp.
    rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Philips International rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
    rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
    rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
    Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
    rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
    rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
    rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
    rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
    rmmarino@rpb-law.com,  rmmarinol@aol.com
Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
    rmmarino@rpb-law.com,  rmmarinol@aol.com
Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
    DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com,
    dhowes@ltblaw.com
Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
    Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
    Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
    Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
    bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
    karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
    Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
    bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
    Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
    Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
    karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
    Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
    bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
    bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
    karnett@t-mlaw.com
Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
    rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
    rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
    rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com

District/off: 0422-7          User: ramirez-l          Page 48 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert S. Westermann   on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Cyber Power Systems, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Atlantic Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Cyber Power Systems (USA), Inc.
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Fuel Creative, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    COMSYS Information Technology Services, Inc. and
           COMSYS Services, LLC rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    Klaussner Furniture Industries, Inc.
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   The CIT Group/Commercial Services, Inc.
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Pop's Cosmic Counters, Inc.
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   Marblegate Asset Management
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Transferee   Marblegate Special Opportunities Master Fund LP
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    Cameron Group Associates LLP
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Starlight Marketing, Ltd. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services, Inc.
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    Taubman Auburn Hills Associates Limited
           Partnership rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    TXU Energy Retail Company LLC
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Starlite/Starlight Marketing, Ltd.
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Venetian Casino Resort, LLC
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Eastman Kodak Company rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Longacre Opportunity Fund, L.P.
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Fasteners For Retail, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   Systemax, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Denver Newspaper Agency LLP
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Marblegate Special Opportunities Master Fund L.P.
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor    CIT Group/Commercial Services
           rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robin S. Abramowitz   on behalf of Creditor    CC Merrilville Trust abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
           abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
          Ron C. Bingham, II   on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
           Farrell Construction, Inc. rbingham@stites.com,  dclayton@stites.com
          Ronald A. Page, Jr.   on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
           rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Defendant   Miner Fleet Management Group, LLC, fka Miner Fleet
           Management Group, Ltd. rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
           rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com

District/off: 0422-7          User: ramirez-l          Page 49 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ronald A. Page, Jr.   on behalf of Creditor   Miner Fleet Management Group, Ltd.
             rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Creditor   Anthony Erickson, d/b/a A.C.E.Enterprises
             rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Defendant   Anthony Erickson, d/b/a A.C.E.Enterprises
             rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
             rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
          Ronald Allen Page, Jr.   on behalf of Defendant   JMC Manufacturing Inc. dba Inland Fixture
             rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
          Ronald G. Dunn    on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
          Ronald M. Tucker   on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
             cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
          Roy M. Terry, Jr.   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Roy M. Terry, Jr.   on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson, III   on behalf of Creditor   Chalek Company LLC russ4478@aol.com
          Russell R. Johnson, III   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
             sarah.kelly@leclairryan.com
          Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC
             ryan.day@leclairryan.com,  sarah.kelly@leclairryan.com
          S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
             Company sgill@vanblk.com
          Sara B. Eagle   on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
             efile@pbgc.gov
          Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
             sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
             sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
             sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
             sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
          Satchidananda  Mims   smims21@hotmail.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Services USA, Inc. scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Software Technology Corporation
             scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Hardware scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Technology Development, Inc.
             scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   The Nintendo Source Corporation scott.stengel@umb.com
          Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com

District/off: 0422-7          User: ramirez-l          Page 50 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Seth A. Drucker    on behalf of Creditor    McKinley, Inc. sdrucker@honigman.com
          Shalanda N. Franklin    on behalf of Defendant    Belkin International Inc. sfranklin@vanblk.com
          Shalanda N. Franklin    on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
           sfranklin@vanblk.com
          Shawn M. Christianson    on behalf of Creditor    Oracle USA, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
          Sheila G. de la Cruz    on behalf of Creditor    TFL Enterprise, LLC sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Defendant    Kaz, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Defendant    Starco, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    RTS Marketing, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Howland Commons Partnership, an Ohio gen
           partnership dba Howland Commons sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Huntington Mall Company sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Spring Hill Development Partners, GP
           sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
           Mall sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Defendant    Horizon Technology, LLC sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Basile Limited Liability Company
           sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    United States Debt Recovery, LLC
           sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
           sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
           sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
           sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
           sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
           sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila L. Shadmand    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
          Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
           stan.salus@akerman.com,
           crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
           smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
           Industrial Division smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
           smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
           smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
          smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
          Company smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
          smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
          smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
          Distributors, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, LLC sgilbert@wilsav.com,
          nwalsh@wilsav.com
          Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
          nwalsh@wilsav.com
          Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership
          smetz@shulmanrogers.com,    nanderson@shulmanrogers.com
          Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
          sleach@ltblaw.com,    msarata@ltblaw.com;ndysart@ltblaw.com
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
          Murphys@dor.state.ma.us
          Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
          sgallagher@venable.com,    lcwilliams@venable.com;lrheitger@venable.com
          Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
          steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
          steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com
          Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
          Hartman 1995 Ohio Property brown@wolriv.com
          Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
          brown@wolriv.com
          Steven L. Brown    on behalf of Defendant    Construct, Inc. brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    The Columbus Dispatch brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    Construct, Inc. brown@wolriv.com
          Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
          tannweiler@greerherz.com
          Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@hunton.com
          Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
          thadwilson@kslaw.com,    pwhite@kslaw.com
          Thomas David Rethage    on behalf of Creditor    EEOC's Thomas.rethage@eeoc.gov
          Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
          tmurphy@dclawfirm.com,
          rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
          dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
          Research Inc. thomas.mcintosh@hklaw.com,    alexis.makell@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
          thomas.mcintosh@hklaw.com,    alexis.makell@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    Nielsen Business Media Inc.
          thomas.mcintosh@hklaw.com,    alexis.makell@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com,
          alexis.makell@hklaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
          hallc@gtlaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com,    hallc@gtlaw.com
          Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
          tomjam2003@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Thomas Neal Jamerson   on behalf of Interested Party   Parker Central Plaza Ltd
              tjamerson@hunton.com,  tomjam2003@yahoo.com
              Thomas Ryan Lynch   on behalf of Defendant   Griffin Technology tlynch@babc.com
              Thomas Ryan Lynch   on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
              lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
              lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
              trepczynski@offitkurman.com,  lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor   Tutwiler Properties, LTD
              trepczynski@offitkurman.com,  lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
              trepczynski@offitkurman.com,  lschock@offitkurman.com
              Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
              Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
              Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
              croyes@vanblk.com
              Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tracey.ohm@stinsonleonard.com,
              theresa.mackey@stinsonleonard.com
              Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc.
              tracey.ohm@stinsonleonard.com,  theresa.mackey@stinsonleonard.com
              Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc.
              tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy  Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
              tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
              Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
              Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
              situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
              tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
              rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Infogain Corporation vmorrison@wileyrein.com,
              rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc. vmorrison@wileyrein.com,
              rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P. vmorrison@wileyrein.com,
              rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. vmorrison@wileyrein.com,
              rours@wileyrein.com
              Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
              reardonv@michigan.gov,  jacksonst@michigan.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
              victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
              victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
              victoria.garry@ohioattorneygeneral.gov
              Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
              walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Walter Laurence Williams    on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
          Wanda  Borges    on behalf of Defendant    MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group East Bay,
             LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
             and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    Bay Area News Group East Bay, LLC
             ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
             jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
             Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Creditor    Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    MediaNews Group Inc. ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wendy Michele Roenker    on behalf of Creditor Treasurer    City of Chesapeake
             wroenker@cityofchesapeake.net
          William Heuer    on behalf of Transferee    Korea Export Insurance Corporation
             wheuer@duanemorris.com
          William A. Broscious    on behalf of Creditor    Paramount Home Entertainment Inc
             wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Kamin Realty Company wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Daniel G. Kamin Baton Rouge LLC
             wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Circuit Realty NJ LLC wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Jurupa Bolingbrook LLC wbroscious@kbbplc.com
          William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    CC-Investors 1996-6 wbroscious@kbbplc.com
          William A. Burnett    on behalf of Creditor    Stillwater Designs and Audio, Inc.
             aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    NYKO Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Evening Post Publishing Company d/b/a The Post and
             Courier aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    National Western Life Insurance Company
             aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Crown CCI, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Interested Party    DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Vonage Holdings, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    American National Insurance Company
             aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Vonage Marketing Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
             aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Golf Galaxy, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC Countryside 98, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Hayward 880,LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Westlake Limited Partnership
             aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    SBLM Architects PC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Contrarian Funds, L.L.C. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
             TV aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    ION Audio, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    LumiSource, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Tax Collector, Polk County, Florida
             aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC Countryside 98 L.L.C. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    SouthPeak Interactive LLC
             aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    SouthPeak Interactive, LLC
             aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CarMax, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Eon Communications Corporation
             aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Cyber Acoustics aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods, Inc.
             aburnett@williamsmullen.com
          William A. Burnett    on behalf of Plaintiff    Carmax Auto Superstores, Inc.
             aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods Inc.
             aburnett@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           William A. Burnett   on behalf of Creditor    Burbank Mall Associates, LLC
           aburnett@williamsmullen.com
           William A. Burnett   on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
           GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
           William A. Burnett   on behalf of Creditor    Save Mart Supermarkets aburnett@williamsmullen.com
           William A. Gray   on behalf of Creditor    Ray Mucci's Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Snell Acoustics, Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Alexander's Rego Park Center, Inc.
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    PrattCenter, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Premier Contracting, Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant    The Procter & Gamble Company and The Procter & Gamble
           Distribution Company, LLC bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Gateway Woodside, Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant    Intertech Security of Maryland, LLC
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
           rarrington@sandsanderson.com

District/off: 0422-7          User: ramirez-l          Page 55 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lee County, Mississippi Tax Collector
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Christopher   Borglin bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Interstate Augusta Properties LLC
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Coby Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Monument Consulting, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Metra Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    DeSoto County, Mississippi bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Universal Display and Fixtures Company
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BBP-Muncy LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-OH LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Towson VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    North Plainfield VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    McCorkendale Construction bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Boston Acoustics, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-NY LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            William A. Gray   on behalf of Creditor    A.D.D. Holdings, L.P. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant    Fourstar Group USA, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    DEV Limited Partnership bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    The Stop & Shop Supermarket Company LLC
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    John Rohrer Contracting Company, Inc.
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    BPP-VA LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant    Tamrac, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    OmniMount Systems, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    BPP-WB LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    RBS Business Capital bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    T. J. Maxx of CA, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant    Denon Electronics (USA), LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant    Colorado Structures, Inc., dba CSI Construction Co.
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    Midwest Block & Brick, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    East Brunswick VF LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant    The Insurance Company of the State of Pennsylvania
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    Chatham County, GA Tax Commissioner
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    Valley Corners Shopping Center, LLC
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant    Fourstar International Trading Company
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    Sensormatic Electronic Corporation
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant    Construction Testing and Engineering, Inc.
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray   on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com

District/off: 0422-7          User: ramirez-l          Page 57 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   The Oklahoma Publishing Company
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   E&A Northeast Limited Partnership
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar Group Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Denon Electronics bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
            Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
            chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood   Panattoni Construction, Inc.
            trey.wood@bgllp.com,   chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
            chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor   Prince George's Station Retail, LLC
            bill.crenshaw@bryancave.com,   deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com,
            deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Professional   Akerman Senterfitt bill.crenshaw@bryancave.com,
            deborah.hensley@akerman.com
          William D. Bayliss   on behalf of Creditor Richard   Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
            wprince@t-mlaw.com,   jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
            Constructors wprince@t-mlaw.com,   jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com,
            jseay@t-mlaw.com
          William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan   on behalf of Defendant   Pioneer Electronics (USA) Inc.
            dsullivan@butzeltp.com
          William H. Schwarzschild, III   on behalf of Creditor   MRV Wanamaker, LC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Hotan Corporation
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Datel Design & Development, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   National Western Life Insurance Company
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   J&J Industries, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dick's Sporting Goods, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Merrill Communications LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Miami-Dade County Tax Collector
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Vonage Marketing Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dollar Tree Stores, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Evening Post Publishing Company, dba The
            Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   LumiSource, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   State Board of Equalization
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   SouthPeak Interactive, LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Nancy   Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Charles   Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor   Placer California jcharboneau@mglspc.com,
            aford@mglspc.com
          Zmarak Khan   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
            zmarak.khan@dlapiper.com,
            George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com

District/off: 0422-7          User: ramirez-l          Page 58 of 58          Date Rcvd: Oct 29, 2014
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                          TOTAL: 2208