**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Victor Delaglio, being duly sworn according to law, depose and say that I am employed

by Process General LLC, the Court appointed noticing agent for the Circuit City Stores, Inc.

Liquidating Trust in the above-captioned cases.

On November 5, 2014, copies of the following documents were served via first class mail

upon the parties set forth on the service list attached hereto as **Exhibit A**:

1. Order On Debtors' Thirtieth Omnibus Objection To Claims (Disallowance Of Certain Claims For Wages And Compensation) (Docket No. 13466)

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The current address for these entities is 200 Westgate Parkway, Suite 100, Richmond, VA 23233.

Dated: November 5, 2014

_____
Victor Delaglio

State of Nevada
County of Clark

Signed and sworn (or affirmed) before me on this 5th day of November, 2014, by Victor
Delaglio, proved to me on the basis of satisfactory evidence to be the person who appeared
before me.

Signature:_____



JEANETTE I. DOZIER
Notary Public State of Nevada
No. 11-5191-1
My appt. exp. Jun. 22, 2015

# EXHIBIT A

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| FINCH, MELANIE JEAN | 22056 GILMORE ST | WOODLAND HILLS | CA | 91303 |

Filed This 6th Day of
November,  2014

BY:  TAVENNER & BERAN, PLC


_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

*Co-Counsel for the Liquidating Trustee*