Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING**
(Liquidating Trust's Sixty-Second Omnibus Objection – Scheduled Claim)
(Claimant(s) – David Marciniszyn)

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") **will seek to have the Court sustain over the responses of all the parties listed above to the** *Liquidating Trust's Sixty-Second Omnibus Objection to Claims* **(the "Claim Objection") [Docket No. 12442].**

      PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **December 17, 2014 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

    PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence, if necessary, on <u>December 17 2014 at 2:00 p.m.</u>, in support of the relief sought in the Claim Objection.**

      PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:    November 17, 2014

          */s/ Paula S. Beran*
          Lynn L. Tavenner (VA Bar No. 30083)
          Paula S. Beran (VA Bar No. 34679)
          TAVENNER & BERAN, P.L.C.
          20 North Eighth Street, 2nd Floor
          Richmond, Virginia  23219
          Telephone:  804-783-8300
          Facsimile:  804-783-0178
          Email:  ltavenner@tb-lawfirm.com
                 pberan@tb-lawfirm.com

          -and-

          Jeffrey N. Pomerantz (admitted *pro hac vice*)
          Andrew W. Caine (admitted *pro hac vice*)
          PACHULSKI STANG ZIEHL & JONES LLP
          10100 Santa Monica Blvd.
          11th Floor
          Los Angeles, California  90067-4100
          Telephone: 805-123-4567
          Facsimile: 310/201-0760
          E-mail: jpomerantz@pszjlaw.com
                 acaine@pszjlaw.com

          *Counsel for the Circuit City Stores, Inc.*
          *Liquidating Trust*

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on November 17, 2014, via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

David Marciniszyn<br>
633 Willow Street<br>
Waterbury, CT  06710

                           */s/ Paula S. Beran*
                           Paula S. Beran (VA Bar No. 34679)