IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Donald Frederick Schwake, creditor in the above-referenced bankruptcy proceeding, has changed his address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Donald Frederick Schwake
333 N Washington Blvd #109
Marina Del Rey, CA 90292

**New Address [Creditor]**
Donald Frederick Schwake
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

**Old Address [Notice Party(ies)]**
Donald Frederick Schwake
333 N Washington Blvd #109
Marina Del Rey, CA 90292

**New Address [Notice Party(ies)]**
Donald Frederick Schwake
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 11/19/14

Respectfully submitted,

By: Donald F. Schwake Jr.
Signature: Donald F. Schwake
Print Name: Donald F. Schwake Jr.
Title: Seller