IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., <u>et al</u>.,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Victor Delaglio, being duly sworn according to law, depose and say that I am employed by Process General LLC, the Court appointed noticing agent for the Circuit City Stores, Inc. Liquidating Trust in the above-captioned cases.

On November 13, 2014, copies of the following documents were served via first class mail upon the parties as set forth on the service list attached hereto as **Exhibit A**:

1. Third Order Sustaining Liquidating Trust's Sixty-Second Omnibus Objection To Claims: Disallowance Of Certain Invalid Scheduled Claims And Reduction Of Certain Partially Invalid Scheduled Claims (Docket No. 13471)

2. Second Order Sustaining Liquidating Trust's Thirty-Eighth Omnibus Objection To Claims: Reduction Of Certain Partially Invalid Claims, Fixing Of Certain Unliquidated Claims, Or Disallowance Of Certain Invalid Claims, As Applicable (Docket No. 13472)

3. Fourth Order Sustaining Liquidating Trust's Thirty-First Omnibus Objection To Claims (Disallowance Of Certain Invalid Claims) (Docket No. 13473)

4. Fifth Order Sustaining Liquidating Trust's Twenty-Ninth Omnibus Objection To Claims (Reduction Of Certain Partially Invalid Claims And Disallowance Of Certain Invalid Claims) (Docket No. 13475)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The current address for these entities is 200 Westgate Parkway, Suite 100, Richmond, VA 23233.

Dated: November 13, 2014

_____
Victor Delaglio

State of Nevada
County of Clark

Signed and sworn (or affirmed) before me on this 13th day of November, 2014, by Victor Delaglio, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JEANETTE I. DOZIER
Notary Public State of Nevada
No. 11-5191-1
My appt. exp. Jun. 22, 2015

| | |
|---|---|
| Filed This 20th Day of November, 2014 | BY: TAVENNER & BERAN, PLC |
| | _/s/ Paula S. Beran_ |
| | Lynn L. Tavenner (VA Bar No. 30083) |
| | Paula S. Beran (VA Bar No. 34679) |
| | 20 North Eighth Street, 2nd Floor |
| | Richmond, Virginia 23219 |
| | (804) 783-8300 |
| | |
| | *Co-Counsel for the Liquidating Trustee* |

# EXHIBIT A

| Name | Address | City | State | Zip | Docket No. Served |
|---|---|---|---|---|---|
| CONTRARIAN FUNDS LLC | 411 W PUTNAM AVE STE 425 | GREENWICH | CT | 06830 | 13471 |
| NAZARIO FAMILY LLC | 11405 MARYLAND AVE | BELTSVILLE | MD | 20705-1628 | 13471 |
| POND ROAD ASSOCIATES | 620 TINTON AVE BLDG B STE 200 | TINTON FALLS | NJ | 07724 | 13471 |
| VILLAGE WALK RETAIL LP | PO BOX 51377 | LOS ANGELES | CA | 90051-5677 | 13471 |
| HAMILTON CROSSING I LLC | 3812 KENILWORTH DR | KNOXVILLE | TN | 37919-6637 | 13471 |
| MARCINISZYN, DAVID | 633 WILLOW ST | WATERBURY | CT | 06710 | 13471 |
| AHOLD FINANCIAL SERVICES LLC | CO TOPS HOLDING LLC ATTN GENERAL ACCTG 1149 HARRISBURG PIKE BOX 249 | CARLISLE | PA | 17013-0249 | 13471 |
| EDISON PARKING MANAGEMENT | 214 W 80TH ST | NEW YORK | NY | 10024 | 13471 |
| HWR KENNESAW LLC | C/O BRIARWOOD CAPITAL CORP 2911 TURTLE CREEK BLVD 1240 | DALLAS | TX | 75219 | 13471 |
| LANCASTER PROPANE, PA | c/o CONTRARIAN CAPITAL MANAGEMENT, LLC 411 WEST PUTNAM AVENUE - SUITE 425 | GREENWICH | CT | 06830 | 13471 |
| AMERICAN ELECTRIC POWER | PO BOX 2021 | ROANOKE | VA | 24022-2121 | 13472 |
| BLACKSHEAR, BRENDA | 102 ANITA LANE | LONGVIEW | TX | 75603 | 13472 |
| WESTERN MASSACHUSETTS ELECTRIC COMPANY | Northeast Utilities Credit and Collection Center PO BOX 2899 | HARTFORD | CT | 06101-8307 | 13472 |
| YANKEE GAS | Northeast Utilities Credit and Collection Center PO BOX 2899 | HARTFORD | CT | 06101-8307 | 13472 |
| TOLEDO EDISON | Bankruptcy Dept Rm 204 6896 MILLER RD | BRECKSVILLE | OH | 44141 | 13472 |
| SATELLITE EXPRESS INC | ATTN GARY KABROSKY 426 W 46TH ST | NEW YORK | NY | 10036 | 13473 |
| MARRIOTT INTL INC ON BEHALF OF THE FORT MYERS CAPE CORAL COURTYARD BY MARRIOTT | COLLECTIONS ADMINISTRATOR MARRIOTT INTERN MARRIOTT DR DEPT 52 923 21 | WASHINGTON | DC | 20058 | 13473 |
| SCARNATI, MISS GLORIA E | 3567 MOUNTAIN VIEW DR NO 119 | PITTSBURGH | PA | 15122-2447 | 13473 |
| OHIO BUREAU OF WORKERS COMPENSATION | Legal Division Bankruptcy Unit PO BOX 15567 | COLUMBUS | OH | 43215-0567 | 13473 |
| PATRICIA JOHNSON | 2680 BELL HURST DR | DUNEDIN | FL | 34698 | 13473 |
| SCOTT, PATRICIA | 8224 PILGRIM TERRACE | RICHMOND | VA | 23227-1666 | 13473 |
| Patrick J Manzi Jr and Kimberly Manzi | ROB LEVINE & ASSOCIATES LTD 544 DOUGLAS AVE | PROVIDENCE | RI | 02908 | 13473 |
| PATRIOT DISPOSAL CO INC | 2208 PLAINFIELD PIKE | JOHNSTON | RI | 02919-5717 | 13473 |

EXHIBIT A                                                                                                                          1 of 2

| Name | Address | City | State | Zip | Docket No. Served |
|---|---|---|---|---|---|
| PREMIER MOUNTS | PROGRESSIVE MARKETING PRODUCTS<br>PO BOX 894441 | LOS ANGELES | CA | 90189-4441 | 13473 |
| RENDE, RYAN & DOWNES | 202 MAMARONECK AVE | WHITE PLAINS | NY | 10601-0000 | 13473 |
| ROCHESTER GAS AND ELECTRIC | 89 EAST AVENUE | ROCHESTER | NY | 14649-0001 | 13473 |
| SA COMUNALE CO | PO BOX 150 | BARBERTON | OH | 44203-0150 | 13473 |
| SAN RAFAEL FINANCE DEPT CITY OF SAN RAFAEL | PO BOX 151560<br>1400 5TH AVE RM 204 | SAN RAFAEL | CA | 94915-5160 | 13473 |
| SOUTH CAROLINA ELECTRIC & GAS | 1426 MAIN ST<br>MAIL CODE 130 | COLUMBIA | SC | 29201 | 13473 |
| THE CONNECTICUT LIGHT AND POWER COMPANY | Northeast Utilities Credit and Collection Ctr<br>PO BOX 2899 | HARTFORD | CT | 06101-8307 | 13473 |
| TXU ENERGY RETAIL COMPANY LLC | CO Bankruptcy Department<br>PO BOX 650393 | DALLAS | TX | 75265-0393 | 13473 |
| NASHVILLE ELECTRIC SERVICE | 1214 CHURCH ST | NASHVILLE | TN | 37246-0003 | 13473 |
| AQUENT | 711 BOYLSTON ST | BOSTON | MA | 02116 | 13475 |
| AMERICAN ELECTRIC POWER | PO BOX 2021 | ROANOKE | VA | 24022-2121 | 13475 |
| ERIE TIMES NEWS | ATTN FINANCE<br>205 WEST 12TH ST | ERIE | PA | 16534-0001 | 13475 |
| OHIO BUREAU OF WORKERS COMPENSATION | Legal Division Bankruptcy Unit<br>PO BOX 15567 | COLUMBUS | OH | 43215-0567 | 13475 |
| OHIO EDISON | Bankruptcy Dept Rm 204<br>6896 MILLER RD | BRECKSVILLE | OH | 44141 | 13475 |
| Turner Broadcasting System Inc | VORYS SATER SEYMOUR AND PEASE LLP<br>52 E GAY ST | COLUMBUS | OH | 43215 | 13475 |

EXHIBIT A                                                                                                                    2 of 2