David W. Lannetti (VSB #44273)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| IN RE:  CIRCUIT CITY STORES, INC., *et al.* | Case No. 08-35653-KRH |
| Debtors. | Chapter 11 |

**NOTICE OF WITHDRAWAL**

NOW COMES David W. Lannetti and hereby respectfully moves this Court to be allowed to withdraw as counsel of record for Belkin International, Inc. as I have been elected by the Virginia General Assembly to become a Judge for the Fourth Circuit Court for the City of Norfolk.

                                               */s/ David W. Lannetti*
                                               David W. Lannetti (VSB No. 44273)
                                               VANDEVENTER BLACK LLP
                                               101 W. Main Street, Suite 500
                                               Norfolk, Virginia 23510
                                               Telephone: (757) 446-8652
                                               Facsimile: (757) 446-8670

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 24, 2014 the original or a true copy of the foregoing pleading was filed via electronic mail to all individuals/entities on the Court's database.

                                                 */s/ David W. Lannetti*

*4844-1154-7424, v. 1*