IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**Claim Num: 9786, Claim Amt: $15,000**

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Bell Timothy John, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Bell Timothy John
3027 Windish St.
Philadelphia, PA 19152

**New Address [Creditor]**
Bell Timothy John
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

**Old Address [Notice Party(ies)]**
Bell Timothy John
3027 Windish St.
Philadelphia, PA 19152

**New Address [Notice Party(ies)]**
Bell Timothy John
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 11/24/14

Respectfully submitted,

By: Timothy Bell

Signature: _____

Print Name: Timothy Bell

Title: