| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT**
**(Debtors' Thirty-Seventh Omnibus Objection)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") **will, to the extent necessary, argue** on **December 17, 2014 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) **the Debtors' motion for partial summary judgment (the "Motion") to establish that the Court may and should rule on the** *Debtor's Thirty-Seventh and Liquidating Trust's Eighteenth Omnibus Objection to Claims* **(the "Claim Objection") [Docket No. 4613].**

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:   November 26, 2014

            */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:   ltavenner@tb-lawfirm.com
        pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail:  jpomerantz@pszjlaw.com
       acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on November 26, 2014, via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Martha Romero
Romero Law Firm
BMR Professional Bldg
6516 Bright Ave
Whittier, CA 90601

Garren Laymon
Magee Goldstein Lasky & Sayers PC
310 First St S.W., Suite 1200
P.O. Box 404
Roanoake, VA 24003-0404

Monterey County Tax Collector
Attn:  Collectors Office
P.O. Box 891
Salinas, CA

Magee Goldstein Lasky and Sayers PC
Garren R. Laymon
310 First Street S.W. Suite 1200
P.O. Box 404
Roanoke, VA 24003-0404

Paul Burns, Esq.
Paul Burns Law Offices
133 W Grand River Ave.
Brighton, MI 48116

Fern Jackson
City of Brighton
200 N. First Street
Brighton, MI  48116

Bradford L. Maynes, Esq.
Law Office of Paul E. Burns
133 West Grand River
Brighton, MI  48116

                                          */s/ Paula S. Beran*
                                          Paula S. Beran (VA Bar No. 34679)