IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | **Allowed Claim Number: 8393**<br>**Allowed Claim Amount: $17,061.70** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, **Boss Staffing**, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Boss Staffing
4350 E Hwy Ste 307
Bethesda, MD 20814

**New Address [Creditor]**
Boss Staffing
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

**Old Address [Notice Party(ies)]**
Boss Staffing
4350 E Hwy Ste 307
Bethesda, MD 20814

**New Address [Notice Party(ies)]**
Boss Staffing
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: _____

Respectfully submitted,

By: _____

Signature: _Conar Sm. 13_

Print Name: _____

Title: _COO_