## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | **Allowed Claim Number: 6260**<br>**Allowed Claim Amount: $5,127.75** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Jason Warwick Martinez** a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

<u>Old Address</u>
Jason Warwick Martinez
621 West 7th St.
Peublo, CO 81003-2317

<u>New Address [Creditor]</u>
Jason Warwick Martinez
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL  60055- 9554

Dated: ___December 2, 2014___

Respectfully submitted,

By: _____

Signature: _____

Print Name: ___Jason W. Martinez___

Title: _____