# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., <u>et al</u>.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br>(Jointly Administered) |

## **AFFIDAVIT OF SERVICE**

I, Victor Delaglio, being duly sworn according to law, depose and say that I am employed by Process General LLC, the Court appointed noticing agent for the Circuit City Stores, Inc. Liquidating Trust in the above-captioned cases.

On December 5, 2014, copies of the following document was served via first class mail upon the parties as set forth on the service list attached hereto as **Exhibit A**:

1. Sixth Order Sustaining Liquidating Trust's Thirtieth Omnibus Objection To Claims (Disallowance Of Certain Invalid Claims) (Docket No. 13496)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The current address for these entities is 200 Westgate Parkway, Suite 100, Richmond, VA 23233.

Dated: December 5, 2014

_____
Victor Delaglio

State of Nevada
County of Clark

Signed and sworn (or affirmed) before me on this 5th day of December, 2014, by Victor Delaglio, proved to me on the basis    atisfa    y evidence to be the person who appeared before me.

Signature: _____

ALISA J. STEINHAUER
Notary Public State of Nevada
No. 13-11996-1
My Appt. Exp. Aug. 8, 2017

Filed This 8th Day of December, 2014    BY:  TAVENNER & BERAN, PLC

_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

*Co-Counsel for the Liquidating Trustee*

# EXHIBIT A

1 of 2

| Name and Address |
|---|
| DUKE ENERGY CAROLINAS<br>PO Box 1006<br>EC03T<br>Charlotte, NC 28201 |
| ATLANTIC CITY ELECTRIC<br>PO Box4875<br>Trenton, NJ 08650-4875 |
| CHAMBERLAIN, GARY<br>115 Falling Leaves Dr<br>Warner Robins, GA 31088-6458 |
| CHRIN HAULING INC<br>635 Industrial Dr<br>Easton, PA 18042 |
| CITY OF HOMESTEAD FL<br>c o Douglas R Gonzales Esq<br>Weiss Serota Helfman<br>200 E Broward Blvd Ste 1900<br>Fort Lauderdale, FL 33301 |
| COMED<br>Attn Bankruptcy Section Revenue Management<br>2100 Swift Dr<br>Oakbrook, IL 60523 |
| CONNECTICUT LIGHT AND POWER<br>Credit and Collection Center<br>Northeast Utilities<br>PO Box 2899<br>Hartford, CT 06101-8307 |
| CONSOLIDATED EDISON COMPANY OF NEW YORK INC<br>Bankruptcy Group<br>4 Irving Pl Rm 1875 S<br>New York, NY 10003 |
| DELMARVA POWER<br>Pepco Holdings Inc<br>5 Collins Dr Ste 2133<br>Carneys Point, NJ 08069 |
| DUKE ENERGY INDIANA<br>1000 E Main St<br>Plainfield, IN 46168 |
| DUKE ENERGY OHIO<br>139 E 4th St<br>Cincinnati, OH 45201 |
| ENTERGY ARKANSAS INC<br>Mail Unit L JEF 359<br>PO Box 6008<br>New Orleans, LA 70174-6008 |
| ENTERGY GULF STATES LA LLC<br>Mail Unit I JEF 359<br>PO Box 6008<br>New Orleans, LA 70174-6008 |
| ENTERGY LOUISIANA LLC<br>Mail Unit I JEF 359<br>PO Box 6008<br>New Orleans, LA 70174-6008 |
| ENTERGY MISSISSIPPI INC<br>Mail Unit I JEF 359<br>PO Box 6008<br>New Orleans, LA 70174-6008 |
| ENTERGY TEXAS INC<br>Mail Unit I JEF 359<br>PO Box 6008<br>New Orleans, LA 70174-6008 |
| FERGUSON CABLING CORP<br>203 Orange St<br>Palm Harbor, FL 34683 |

EXHIBIT A

| Name and Address |
|---|
| FIRST ENERGY SOLUTIONS<br>Attn Bankruptcy Analyst<br>341 While Pond Dr<br>A WAC B21<br>Akron, OH 44320 |
| ILLUMINATING CO, THE<br>6896 MILLER RD<br>BRECKSVILLE, OH 44141 |
| JERSEY CENTRAL POWER & LIGHT A FIRST ENERGY COMPANY<br>331 Newman Spgs Rd Bldg 3<br>Red Bank, NJ 07701 |
| LOPRESTI, MARY<br>28 SUHUPP RD<br>HAMDEN, CT 06514 |