IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered<br><br>**Allowed Claim Number: 8408**<br>**Allowed Claim Amount: 40,000.00** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Cormier Richard F, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Cormier Richard F
3047 Windmill Canyon Dr.
Clayton, CA 94517

**New Address [Creditor]**
Cormier Richard F
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

**Old Address [Notice Party(ies)]**
Cormier Richard F
3047 Windmill Canyon Dr.
Clayton, CA 94517

**New Address [Notice Party(ies)]**
Cormier Richard F
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 12/3/14

Respectfully submitted,

By: Richard Cormier
Signature: [signature]
Print Name: Richard Cormier
Title: _____