IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**Allowed Claim Number: 9573**
**Allowed Claim Amount: $33,511.81**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Bradley J Morrow, creditor in the above-referenced bankruptcy proceeding, has changed his address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Bradley J Morrow
1080 Stoneykirk Rd
Pelham, AL 35124

**New Address [Creditor]**
Bradley J Morrow
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

**Old Address [Notice Party(ies)]**
Bradley J Morrow
1080 Stoneykirk Rd
Pelham, AL 35124

**New Address [Notice Party(ies)]**
Bradley J Morrow
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 12-5-14

Respectfully submitted,

By: Bradley Morrow
Signature:
Print Name: Brad Morrow
Title: