# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | **Allowed Claim Number:3910**<br>**Allowed Claim Amount: $15,000.00** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, **Duran Emilio David**, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Duran Emilio David
3023 Crest Ridge Dr.
Dallas, TX 75228

**New Address [Creditor]**
Duran Emilio David
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

**Old Address [Notice Party(ies)]**
Duran Emilio David
3023 Crest Ridge Dr.
Dallas, TX 75228

**New Address [Notice Party(ies)]**
Duran Emilio David
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: _11/25/14_

Respectfully submitted,

By: _Emilio David Duran_

Signature: _[signature]_

Print Name: _Emilio David Duran_

Title: _Owner_