IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered<br><br>**Allowed Claim Number: 5479**<br>**Allowed Claim Amount: $15,000.00** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Adam Eugene Jensen, creditor in the above-referenced bankruptcy proceeding, has changed his address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address
Adam Eugene Jensen
2204 King St
Bellingham, WA 98225-4146

New Address [Creditor]
Adam Eugene Jensen
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Old Address [Notice Party(ies)]
Adam Eugene Jensen
2204 King St
Bellingham, WA 98225-4146

New Address [Notice Party(ies)]
Adam Eugene Jensen
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 12/8/14

Respectfully submitted,

By: _____
Signature:
Print Name:
Title: