IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| In re: | Chapter 11 |
|---|---|
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | **Allowed Claim Number: 9877**<br>**Allowed Claim Number: $15,000.00** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Jonathan Sirico, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address
Jonathan Sirico
535 S Main Street
Red Lion, Pa 17356

New Address [Creditor]
Jonathan Sirico
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 12/9/2014

Respectfully submitted,

By: Jonathan Sirico
Signature: [signature]
Print Name: Jonathan Sirico
Title: