Andrew W. Caine, Esq.
(admitted *pro hac vice*)
Jeremy V. Richards, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | x |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| | Chapter 11 |
| Debtors. | |
| | [NO HEARING REQUESTED] |
| | x |

## ORDER GRANTING STIPULATION BY AND BETWEEN CIRCUIT CITY STORES, INC. LIQUIDATING TRUST AND CHASE BANK USA, N.A. PERMITTING THE FILING OF AN AMENDMENT TO PROOF OF CLAIM NUMBER 7065

Upon reviewing that certain Stipulation By and Between Circuit City Stores, Inc. Liquidating Trust and Chase Bank USA, N.A. Permitting the Filing of an Amendment to Proof of Claim Number 7065 (the "Stipulation"), and good cause appearing therefor, all capitalized terms not otherwise defined herein having the same meaning as set forth in the Stipulation or the Claims Order (as that term is defined in the Stipulation), it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.   The Stipulation is granted.

2.   Chase Bank is hereby authorized to file the Amended Claim as an amendment to the Original Claim (Claim No. 7065).

3.  All of the Trust's rights, remedies and defenses with respect to the Amended Claim (including, without limitation, those set forth in the Stipulation) are expressly reserved.

4.  In the event that Chase Bank is required to provide additional documentation in support of either the Original Claim or the Amended Claim, Chase Bank is authorized to provide such additional documentation or information without the need to further amend its claim or obtain approval from the Court.

Dated: Richmond, Virginia
          December ____, 2014

Dec 11 2014

/s/ Kevin R Huennekens
**Honorable Kevin R. Huennekens**
**United States Bankruptcy Judge**

Entered on Docket:12/11/14

**WE ASK FOR THIS:**

  */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

-and-

Andrew W. Caine (CA Bar No. 11345)
(admitted *pro hac vice*)
Jeremy V. Richards, Esq. (CA Bar No. 102300)
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile: 310-201-0760

*Counsel for the Circuit City, Inc. Liquidating Trust*

Certification

I hereby certify that, pursuant to Local Rule 9022-1 and based on the endorsements of counsel contained on the Stipulation By and Between Circuit City Stores, Inc. Liquidating Trust and Chase Bank USA, N.A. Permitting the Filing of an Amendment to Proof of Claim Number 7065 found at Docket Number 13476, the foregoing proposed Order has been endorsed by all necessary parties.

                                                */s/ Paula S. Beran*
                                                Paula S. Beran, Counsel