# Exhibit A

B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT EASTERN _____ DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor  Circuit City Stores, Inc. | Case Number  08-35653 |
|---|---|

NOTE:  This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

City of Philadelphia

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**RICHMOND DIVISION**

**DEC 0 9 2008**

**CLERK**
**U.S. BANKRUPTCY COURT**

Name and address where notices should be sent:

City of Philadelphia c/o Ashely M. Chan, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 2th Floor, Phila., PA 19103
Telephone number:  215-496-7050

THIS SPACE IS FOR
COURT USE ONLY

| Last four digits of account or other number by which creditor identifies debtor: EIN54-0493875 | Check here If this claim ☐ replaces ☐ amends a previously filed claim, dated: _____ |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- X  Taxes
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- Other_____

☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS#:_____
Unpaid compensation for services performed
From _____ to _____
    (date)            (date)

**2. Date debt was incurred:** 2005-2008

**3. If court judgment, date obtained:**

**4. Classification of Claim.**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

X  Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $8,563.88 + unliquidated _____

Specify the priority of the claim:

- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a) (4).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

**Secured Claim**

Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate    ☐ Other _____
- ☐ Motor Vehicle
  Value of Collateral:    $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

- ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use –U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

    * Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**     $_____    _____    $8,563.88 + unliquidated    $8,563.88
                                                                (unsecured)    (secured)    (priority)    (total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IF FOR
COURT USE ONLY

**RECEIVED**

**DEC 1 0 2008**

**KURTZMAN CARSON CONSULTANTS**

| Date 12/05/08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): /s/ Ashely M. Chan, Esquire |
|---|---|

Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.



083565308120800000000000077

```
LANA3                        TIPS ACCOUNTING SYSTEM                 11/10/08
T015     ____                  ACCOUNT LIABILITY                    16:04:59

ENTITY: EIN / 540493875__   NAME    : CIRCUIT CITY STORES INC_____
ACCOUNT    : BPT            ADDRESS: 9950 MAYLAND DR_____
ACCOUNT ID : 5461637_____   BUSINESS PRIVILEGE_____
I&P CALC DATE: 11/10/2008              PERIOD START DATE: _____
```

| PERIOD | PRINCIPAL | INTEREST | PENALTY | OTHER | TOTAL | STATUS |
|--------|-----------|----------|---------|-------|-------|--------|
| BPT      5461637 | | | | | | |
| 04152008Y | 378.11 | 26.47 | 45.37 | | 449.95 | |
| TOTAL | 378.11 | 26.47 | 45.37 | | 449.95 | |
| WAG      5461637 | | | | | | |
| 12312005M | 4287.42 | 1414.84 | 2411.67 | | 8113.93 | BILL |
| TOTAL | 4287.42 | 1414.84 | 2411.67 | | 8113.93 | |
| ENT TOTAL | 4665.53 | 1441.31 | 2457.04 | | 8563.88 | |

```
                                                         MORE:
  PF1=HELP    PF5=ACCT-DETAIL    PF7=BACKWARD    PF8=FORWARD    PF12=MENU
NO MORE RECORDS FOR THIS VIEW
```

# Exhibit B

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CIRCUIT CITY STORES, INC., et al., | : Case No. 08-35653-KRH |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : |

**NOTICE OF SUBSTANTIVE HEARING**
**(Liquidating Trust's Eighteenth Omnibus Objection – Claim Number 1530)**
**(Claimant(s) – City of Philadelphia)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") **will seek to have the Court sustain over the responses of all the parties listed above to the *Liquidating Trust's Eighteenth Omnibus Objection to Claims* (the "Claim Objection") [Docket No. 10062].**

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **December 17, 2014 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence, if necessary, on December 17 2014 at 2:00 p.m., in support of the relief sought in the Claim Objection.**

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:    November 17, 2014

*/s/ Paula S. Beran*

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
        pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 805-123-4567
Facsimile: 310/201-0760
E-mail: jpomerantz@pszjlaw.com
        acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on November 17, 2014, via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

James.Vandermark@phila.gov

City of Philadelphia
c/o Ashley M. Chan, Esquire
Hungley Aronchick Segal & Pudlin
One Logan Square, 2nd Floor
Philadelphia, PA  19103

*/s/ Paula S. Beran*
Paula S. Beran (VA Bar No. 34679)

# Exhibit C

Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE | ) |
| CIRCUIT CITY STORES, INC. | ) Hearing Date: December 17, 2014 |
| LIQUIDATING TRUST, | ) Hearing Time: 2:00 p.m. |
| Objector, | ) |
| v. | ) |
| | ) |
| WILLIAM HARMON, JAMES BURGESS, | ) |
| ANTONIO PRECISE, MARRIOTT FORT | ) |
| MYERS, PREMIER MOUNTS, DAVID | ) |
| MARCINISZYN, CITY OF PHILADELPHIA, | ) |
| COUNTY OF MONTEREY, CITY OF | ) |
| BRIGHTON, | ) |
| Claimants. | ) |
| | ) |

## LIQUIDATING TRUSTEE'S MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF OBJECTIONS TO CLAIMS SET FOR
## SUBSTANTIVE HEARING ON DECEMBER 17, 2014

Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Trust"),

hereby submits this memorandum in support of his objections to the following claims set for

substantive hearing on December 17, 2014:

| Claimant Name | Claim No. | Omnibus Objection No. |
|---|---|---|
| Antonio Precise Products | 26 | Trust's 24th |
| David Marciniszyn | Scheduled | Trust's 62nd |
| Fort Myers Courtyard Marriott | 13220 | Trust's 31st |
| James Burgess | 8646 | Trust's 47th |
| William Harmon | 15231,15232, 15233 | Trust's 60th & 63rd |
| City of Philadelphia | 1530 | Trust's 18th |
| City of Brighton | 11213, 13834 | Debtors' 37th |
| County of Monterey | 4733, 14131 | Debtors' 37th Trust's 18th |
| Premier Mounts | 3911 | Trust's 31st |

## ANTONIO PRECISE PRODUCTS (Claim No. 26)

By the Trust's 24th Omnibus Objections, the Trust seeks to reduce this general unsecured claim from the amount of $51,454 to $10,290 to reflect partial payment of the claim by the Debtors. Payables Manager Heather Ferguson will testify that the Debtors' records reflect the partial payment and the requested reduced amount as the outstanding balance.

## DAVID MARCINISZYN (Scheduled claim)

By the Trust's 62nd Omnibus Objection, the Trust seeks to disallow this previously scheduled general unsecured claim in the amount of $2232. The claimant's response purports that claimant obtained a state court judgment in this amount, but the documents attached thereto contain only statements of the claimant, not any court or other documents substantiating the "unpaid judgment." Payables Manager Heather Ferguson will testify that the Debtors' records do not reflect any obligation to the claimant for any amount.

FORT MYERS COURTYARD MARRIOTT (Claim No. 13220)

By the Trust's 31st Omnibus Objection, the Trust seeks to disallow entirely this general

unsecured claim in the amount of $5676. The claim and claimant's response to the objection

were supported only by a summary statement of account without underlying detail. Payables

Manager Heather Ferguson will testify that the Debtors' records do not reflect any obligation to

the claimant for any amount.

JAMES BURGESS (Claim No. 8646)

By the Trust's 47th Omnibus Objection, the Trust seeks to set the allowed amount of this

general unsecured claim at $325.74. The claim is asserted in an unliquidated amount for "paid

time off, mileage expenses, retirement package and stocks". Human Resources Claims Manager

Ann Pietrantoni will testify as to the nature of the Debtors' PTO program, the Debtors' records

that underlie the $325.74 entitlement calculation, and that claimant is not entitled to a claim for

any other amount under any of the Debtor's Human Resources programs.

WILLIAM HARMON (Claim Nos. 15231,15232, 15233)

By the Trust's 60th and 63rd Omnibus Objections, the Trust seeks to disallow all three

claims, each asserted as a priority or administrative priority claim purportedly based on an

uncashed check from 2005 in the amount of $1,437.93. Each of the claims was filed on April 8,

2011. January 30, 2009 was the applicable bar date for priority claims. June 30, 2009 was the

applicable bar date for claims asserting administrative priority based on for liabilities arising

between November 10, 2008 (the Petition Date) and April 30, 2009. These three claims were all

filed after the applicable claims bar date, and thus, should be disallowed as untimely. (While

likely moot in light of the other grounds for objection, two of the three identical claims should be

disallowed as duplicative.)

The claim fails on substantive grounds as well. Claimant's responses (Dkt # 12653 and 12654) state that the claimant never cashed a payroll check dated December 15, 2005. Human Resources Claims Manager Ann Pietrantoni will testify that the Debtors' records reflect that the referenced check was never cashed and was escheated to the state of Texas in accordance with its unclaimed property laws. Ms. Pietrantoni assisted the claimant by locating unclaimed property in the amount of $1,437.93 in his name on the Texas unclaimed property website. As such, the claimant should seek payment from the state of Texas; the Trust has no liability.

## CITY OF PHILADELPHIA (Claim No. 1530)

By the Trust's 18th Omnibus Objection, the Trust seeks to disallow entirely this purported priority wage tax claim asserted in the amount of $8563. The attachment to the claim is only a summary schedule without any underlying explanation. Tax Manager Jeff McDonald will testify regarding the Debtors' understanding as to the nature of the tax, the Debtors' compliance with required filings, and that the Debtors have no liability to claimant for this tax, which is due, if at all, from the individuals who received the wages. To date, the claimant has not filed a response to the Trust's objection.

## CITY OF BRIGHTON (Claim No. 11213, 13834)[1]

By the Debtors' 37th Omnibus Objection, the Trust seeks to reduce these claims, asserted as priority claims in the amounts of $11,320 and $8638.12, respectively, for personal property tax liability, to the aggregate amount of $6074. Claim No. 11213 consists of $2,699.60 for

---

[1] In order to address the threshold jurisdictional issues raised by many of the claimants with respect to the Debtors' 37th Omnibus Objection, the Debtors filed a motion for partial summary judgment (the "Motion") to establish that the Court may and should rule on the 37th Omnibus Objection, for (1) the Court should not exercise its discretion to abstain from ruling, and (2) Bankruptcy Code section 505(A)(2)(C) does not bar the Court from doing so. The Motion has been fully briefed, but hearing has been postponed while the Trust has attempted to informally resolve the underlying claims (and has successfully done so with respect to all but three of the claimants, including the City of Brighton and County of Monterey. The Trust has noticed the Motion for hearing on December 17, along with hearing on the 37th Omnibus Objection to the Brighton and Monterey claims.

Winter 2008 taxes and $8,620.80 for 2009 estimated taxes.  Claim No.13834 asserts a total of $8,638.12 for Summer and Winter 2009 taxes, and amends Claim No. 11213 as to the Winter 2008 taxes.

Considering the two claims together presents the following asserted amounts:

|                 | Tax       | Interest | Penalty | Total     |
|-----------------|-----------|----------|---------|-----------|
| 2008 Winter Tax | 2,438.89  | 164.12   | 96.59   | 2,699.60  |
| 2009 Summer Tax | 6,523.79  | -        | -       | 6,523.79  |
| 2009 Winter Tax | 2,114.33  | -        | -       | 2,114.33  |
| Total           | 11,077.01 | 164.12   | 96.59   | 11,337.72 |

The Trust does not dispute the amount claim for the 2008 Winter taxes, other than the challenge that the penalties are only entitled to general unsecured status. The 2009 taxes are disputed, however, and Tax Manager Jeff McDonald, the Debtors' former VP of Tax, will testify as follows.

In late 2008/early 2009, the Debtors engaged Ernst & Young to conduct a physical inventory and fair market valuation of all of the furniture, fixtures and equipment at their stores throughout the country.  The valuation had not been completed at the time that personal property tax returns were due to be filed with the various local taxing authorities.  The Debtors filed timely returns in compliance with local requirements, but included a letter that disputed the taxing authority's property valuation methodology, and stated that the Debtors would contest the personal property values, if necessary, in the Bankruptcy Court.  Using the fair market values determined by Ernst & Young and the tax rates in effect at the time, the Debtors' 2009 tax liability to Brighton is $3,471.21.

As a result, the Trust submits that the total allowed claim to which Brighton is entitled is:

|  | Tax | Interest | Total |
|---|---|---|---|
| 2008 Winter Tax | 2,438.89 | 164.12 | 2,603.01 |
| 2009 Summer Tax | 2,621.56 | - | 2,621.56 |
| 2009 Winter Tax | 849.64 | - | 849.64 |
| Total | 5,910.10 | 164.12 | 6,074.22 |

COUNTY OF MONTEREY (Claim Nos. 4733, 14131)

By the Trust's 18th Omnibus Objection, the Trust seeks to reduce Claim No. 4733, a priority claim in the amount of $5,861.58 asserted for an unexplained tax liability. The proof of claim provides no backup or explanation for the claim, and the claimant has not responded to requests for such information. The Trust believes this claim to be for 2009 personal property taxes and to have been amended by claim 14131. Tax Manager Jeff McDonald will testify to the above and that the Debtors have no liability for this claim. Claimant's response to the Trust's objection [Dkt #10680], at page 3, merely repeats the alleged amounts, without providing any justification therefor.

By the Debtors' 37th Omnibus Objection, the Trust seeks to reduce Claim No. 14131, a secured claim asserted in the amount of $21,678 for 2009 personal property tax liability, to the amount of $1,630.48. The claimant's very brief "objection" to the objection merely states that it needs more time to examine its records, and will amend the objection after having done so. No further objection was ever filed.

Tax Manager Jeff McDonald will testify in support of the Trust's objection as follows:

In late 2008/early 2009, the Debtors engaged Ernst & Young to conduct a physical inventory and fair market valuation of all of the furniture, fixtures and equipment at their stores throughout the country. The valuation was not completed at the time that personal property tax returns were due to be filed with the various local taxing authorities. The Debtors filed timely returns in compliance with local requirements, but included a letter that disputed the taxing authority's property valuation methodology, and stated that the Debtors would contest the personal property values, if necessary, in the Bankruptcy Court. Using the fair market values determined by Ernst & Young and the tax rates in effect at the time, the Debtors' 2009 tax liability to Monterey County is $1,630.48.

PREMIER MOUNTS (Claim No. 3911)

By the Trust's 31st Omnibus Objection, the Trust seeks to reduce this general unsecured claim in the amount of $9,716.56 by setoff of the Debtors' outstanding accounts receivable from the claimant in the amount of $5,702.36, resulting in a net claim of $4,014.20. Payables Manager Heather Ferguson will testify from the Debtors' records as to the accounts receivable claim and net amount due to claimant.

The Debtors purchased universal projector mounts from the claimant. During the course of the parties' relationship, the claimant offered vendor funding programs by which the Debtors became entitled to credits for chargebacks based on sell through programs and vendor performance incentives. These chargebacks serve as credits against amounts due by the Debtors on invoices from the claimant.

Applicable law endorses the Trust's right to offset the claim based on the chargeback credits. As this Court recently noted in *Siegel v. Sony Electronics, Inc. (In re Circuit City Stores, Inc.)*, 515 B.R. 302, 315 (Bankr. E.D.Va. 2014):

> It is well established that the right of recoupment, while not addressed in the Bankruptcy Code, may be asserted in a bankruptcy proceeding. *See. e.g., Lee v. Schweiker*, 739 F.2d 870 (3rd Cir. 1984) (applying the doctrine of recoupment in a bankruptcy case); *Delta Air Lines, Inc.v. Bibb (In re Delta Air Lines)*, 359 B.R. 454, 459 (Bankr. S.D.N.Y. 2006) (same). Recoupment is an exclusively defensive remedy, which allows the defendant to reduce the amount of the claim the plaintiff asserts against it. *See 4 Norton Bankr. L. & Prac.* § 73:2 (3d ed. 2010).

The offset of the Debtors' outstanding account receivable from the claimant indisputably constitutes recoupment. A proper claim of recoupment must: "(i) arise from the same transaction or occurrence as the main claim; (ii) seek relief of the same kind and nature as that sought by the main claim; and (iii) be defensive in nature and seek no affirmative relief." *Berger v. City of North Miami, Fla.*, 820 F.Supp. 989, 992 (E.D. Va. 1993).

Ms. Ferguson will testify as to interdependent nature of the claimant's invoices and the Debtors' claims against the claimant, as a result of which it is clear that the Trust's proposed offset meets these requirements. The Claimant's response to the Trust's objection addresses only the total of its claim (which the Trust does not dispute), but does not address the Trust's competing offset claim.

WHEREFORE, the Trust will respectfully request that the Court order the relief set forth herein, and any other relief that the Court deems just and proper.

Dated: Richmond, Virginia
November 26, 2014

By:      */s/ Paula S. Beran*
      Lynn L. Tavenner, Esq. (VSB No. 30083)
      TAVENNER & BERAN, PLC
      20 North Eighth Street, Second Floor
      Richmond, VA 23219
      Telephone: (804) 783-8300

-and-

Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910

*Counsel to the Circuit City Stores, Inc. Liquidating
Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Liquidating Trustee's Memorandum of Points and Authorities In Support Of Objections To Claims Set For Substantive Hearing On December 17, 2014, was served on November 26, 2014, via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, and/or email on the parties as identified on Schedule A attached hereto.

*/s/ Paula S. Beran*

Paula S. Beran (VA Bar No. 34679)

## SCHEDULE A

Paul Burns, Esq.
Paul Burns Law Offices
133 W Grand River Ave.
Brighton, MI 48116

Fern Jackson
City of Brighton
200 N. First Street
Brighton, MI 48116

Bradford L. Maynes, Esq.
Law Office of Paul E. Burns
133 West Grand River
Brighton, MI 48116

Martha Romero
Romero Law Firm
BMR Professional Bldg
6516 Bright Ave
Whittier, CA 90601

Garren Laymon
Magee Goldstein Lasky & Sayers PC
310 First St S.W., Suite 1200
P.O. Box 404
Roanoake, VA 24003-0404

Monterey County Tax Collector
Attn:  Collectors Office
P.O. Box 891
Salinas, CA

Magee Goldstein Lasky and Sayers PC
Garren R. Laymon
310 First Street S.W. Suite 1200
P.O. Box 404
Roanoke, VA 24003-0404

Premier Mounts
Progressive Marketing Products
P.O. Box 894441
Los Angeles, CA 90189-4441

Premier Mounts
Progressive Marketing Products
3130 E. Miraloma Avenue
Anaheim, CA 92806

James.Vandermark@phila.gov

City of Philadelphia
c/o Ashley M. Chan, Esquire
Hungley Aronchick Segal & Pudlin
One Logan Square, 2nd Floor
Philadelphia, PA 19103

William F. Harmon
2425 Sage Road, #26
Houston, TX 77056

James E. Burgess
232 Cross RDS Church Road
Easley, SC 29640

David Marciniszyn
633 Willow Street
Waterbury, CT 06710

Antonio Precise Products Manufactory Ltd.
Dick Tam
307-313, Photonics Centre
2 Science Park East Avenue
Hong Kong Science Park,
Shatin, Hong Kong

Emily Yip & Co.
Room 1904
Chinachem Exchange Square II
338 King's Road
Hong Kong
evip@evip.com

Marriott Int'l Inc. on behalf of the
Fort Myers Cape Coral Courtyard by Marriott
Androniki Alahouzos
Collections Administrator
Marriott International, Inc.
Marriott Drive, Dept. 52/923.21
Washington, DC 20058

# Exhibit D

# City of Philadelphia
## Annual Reconciliation of
## 2005 Employer Wage Tax

MAKE NO MARKS IN THIS AREA

**5005**

**CITY ACCOUNT NUMBER**
5461637

— Taxpayer Name and Address —

CIRCUIT CITY STORES INC

9950 MAYLAND DRIVE

RICHMOND          VA  23233-1464

**FEDERAL IDENTIFICATION NUMBER**

54 0493875

Use the Change Form to correct the preprinted
information or to cancel this account.

If this is an amended return, place an "X" here:   **X**

To file online, click on "Online Services" at www.phila.gov/revenue.   BR/CO ST/SZA1     CONTROL # 6319WX6

A. Enter the number of Philadelphia Residents or whom wage tax was remitted for the pay period
including **MARCH 12, 2005** ·········································································· A.

B. Enter the number of non-residents (employees living outside Philadelphia city limits) for whom
wage tax was remitted for pay period including **MARCH 12, 2005** ························· B.

C. Total number of employees for all company locations reported on the Employer's Federal Quarterly
Tax Return for the first quarter of **2005** (for the pay period including March 12, **2005** ········ C.

D. Number of employees working at company locations within Philadelphia city limits, for the pay
period including March 12, **2005** ································································ D.

| | | |
|---|---|---|
| 1. Gross Compensation per W2's for <u>all</u> employees ........................................ 1. | | 3785731.00 |
| 2. Non-Taxable Compensation included in Line 1.<br>(Paid to nonresidents working outside of Philadelphia) ........................... 2. | | 0.00 |
| 3. Net Compensation per W-2 forms on which Philadelphia Wage Tax was<br>withheld or due (Line 1 minus Line 2) ............................................... 3. | | 3785731.00 |
| 4. **Total Taxable Compensation paid to <u>residents</u> of Philadelphia**<br>**JANUARY 1, 2005 TO DECEMBER 31, 2005** ........................ 4. | | 3333922.00 |
| 5. Tax Due (Line 4 times  **.043310** ) ................................................... 5. | | 140253.00 |
| 6. **Total Taxable Compensation paid to nonresidents of Philadelphia**<br>**JANUARY 1, 2005 TO DECEMBER 31, 2005** ........................ 6. | | 451809.00 |
| 7. Tax Due (Line 6 times  **.038197** ) ................................................... 7. | | 17258.00 |
| 8. **Total Tax Due**  (Line 5 plus 7) .................................................... 8. | | 157511.00 |
| 9. **Tax previously paid for 2005** .................................................... 9. | | 157183.00 |
| 10. **ADDITIONAL TAX DUE** if Line 8 is greater than Line 9, enter the amount here ........... 10. | 327.94 | 327.00 |
| 11. **TAX OVERPAID** If line 9 is greater than Line 9, enter amount here<br>See instructions for filing a **Refund Petition** .................................... 11. | | 0.00 |

Under penalties of perjury, as set forth in 18 PA. C.S. §§ 4902-4903 as amended, I swear that I have reviewed this return and
accompanying statements and schedules, and to the best of my knowledge and belief, they are true and complete.

Taxpayer Signature _____ Date _____ Phone# _____

Preparer Signature _____*JJ Michels*_____ **ADP** Date 07/17/2008 Phone# 877-706-0510

Generic Wage 10-4-2005

# City of Philadelphia
## Annual Reconciliation of
## 2006 Employer Wage Tax

EXHIBIT NO. Page 22 of 27

**5006**

**CITY ACCOUNT NUMBER**
5461637

---Taxpayer Name and Address---

CIRCUIT CITY STORES INC

9950 MAYLAND DRIVE

RICHMOND          VA  23233-1464

**FEDERAL IDENTIFICATION NUMBER**

54 0493875

Use the Change Form to correct the preprinted information or to cancel this account.

If this is an amended return, place an "X" here:   X

To file online, click on "Online Services" at www.phila.gov/revenue   BR/CO ST/SZA1    CONTROL # 6355723

A. Enter the number of Philadelphia Residents or whom wage tax was remitted for the pay period
including **MARCH 12, 2006** ............................................................................................................... A.

B. Enter the number of non-residents (employees living outside Philadelphia city limits) for whom
wage tax was remitted for pay period including **MARCH 12, 2006** ..................................................... B.

C. Total number of employees for all company locations reported on the Employer's Federal Quarterly
Tax Return for the first quarter of **2006** (for the pay period including March 12, **2006** ..................... C.

D. Number of employees working at company locations within Philadelphia city limits, for the pay
period including March 12, **2006** ........................................................................................................ D.

| | | |
|---|---|---|
| 1. Gross Compensation per W2's for _all_ employees.... ............. ...... ......... ...... ......... ................ ... 1. | | 3558287.00 |
| 2. Non-Taxable Compensation included in Line 1. (Paid to nonresidents working outside of Philadelphia)..... .......... . . ........... 2. | | 0.00 |
| 3. Net Compensation per W-2 forms on which Philadelphia Wage Tax was withheld or due (Line 1 minus Line 2)........ .................... .. ......... .............. . .... ... 3. | | 3558287.00 |
| 4. Total Taxable Compensation paid to _residents_ of Philadelphia **JANUARY 1, 2006 TO DECEMBER 31, 2006** ...................... ................... . ..... ...4. | | 3138417.00 |
| 5. Tax Due (Line 4 times  .043010 )... .. ...................... . ..... ........ ................5. | | 134014.00 |
| 6. Total Taxable Compensation paid to nonresidents of Philadelphia **JANUARY 1, 2006 TO DECEMBER 31, 2006** · ..... ...... . .. ... .............. . ..... 6. | | 419870.00 |
| 7. Tax Due (Line 6 times  .037716 ) ... .. ....... .. .. . ......7. | | 15902.00 |
| 8. **Total Tax Due** (Line 5 plus 7) ..... . ...... . . .. . .. ....... ........ ........ ........8. | | 149916.00 |
| 9. Tax previously paid for **2006**..... . ........ . ...... ....... ....... ....... ....9. | | 149916.00 |
| 10. **ADDITIONAL TAX DUE** if Line 8 is greater than Line 9, enter the amount here. ............. . ...... .. ......10. | | 0.00 |
| 11. **TAX OVERPAID** If line 9 is greater than Line 9, enter amount here See instructions for filing a **Refund Petition** ... . . . . . . .. ......... ..... . .........................11. | | 0.00 |

Under penalties of perjury, as set forth in 18 PA. C S. §§ 4902-4903 as amended, I swear that I have reviewed this return and accompanying statements and schedules, and to the best of my knowledge and belief, they are true and complete

| Taxpayer Signature _____ | Date | Phone# _____ |
|---|---|---|
| Preparer Signature  _Matt Ve_ | ADP    06/09/2009 | 877-706-0510 |

Generic Wage 10-4-2005

# City of Philadelphia
## Annual Reconciliation of
## 2007 Employer Wage Tax

MAKE NO MARKS IN THIS AREA
**5007**

CITY ACCOUNT NUMBER
5461637

Taxpayer Name and Address

CIRCUIT CITY STORES INC

9950 MAYLAND DRIVE

RICHMOND          VA   23233-1464

FEDERAL IDENTIFICATION NUMBER

54 0493875

**Use the Change Form to correct the preprinted information or to cancel this account.**

If this is an amended return, place an "X" here·   X

To file online, click on "Online Services" at www.phila.gov/revenue.   BR/CO ST/SZA1   CONTROL # 63708V1

A  Enter the number of Philadelphia Residents or whom wage tax was remitted for the pay period
   including **MARCH 12, 2007** ................................................................................... A.

B  Enter the number of non-residents (employees living outside Philadelphia city limits) for whom
   wage tax was remitted for pay period including **MARCH 12, 2007** ...................................... B

C  Total number of employees for all company locations reported on the Employer's Federal Quarterly
   Tax Return for the first quarter of **2007** (for the pay period including March 12, **2007** ........................ C.

D  Number of employees working at company locations within Philadelphia city limits, for the pay
   period including March 12, **2007** ................................................................................ D

| | | |
|---|---|---|
| 1  Gross Compensation per W2's for <u>all</u> employees ................. 1. | | 3937585.00 |
| 2. Non-Taxable Compensation included in Line 1.<br>(Paid to nonresidents working outside of Philadelphia). ...... 2. | | 0.00 |
| 3  Net Compensation per W-2 forms on which Philadelphia Wage Tax was<br>withheld or due (Line 1 minus Line 2)................. 3. | | 3937585.00 |
| 4  Total Taxable Compensation paid to <u>residents</u> of Philadelphia<br>**JANUARY 1, 2007 TO DECEMBER 31, 2007** ... 4. | | 3679755.00 |
| 5  Tax Due (Line 4 times .042600 )............ 5 | | 156844.00 |
| 6  Total Taxable Compensation paid to nonresidents of Philadelphia<br>**JANUARY 1, 2007 TO DECEMBER 31, 2007** ...... 6. | | 257831.00 |
| 7  Tax Due (Line 6 times .037557 ) ........ 7 | | 9809.00 |
| 8  Total Tax Due (Line 5 plus 7) ...... 8 | | 166653.00 |
| 9  Tax previously paid for 2007.. ...... 9 | | 166585.00 |
| 10  ADDITIONAL TAX DUE if Line 8 is greater than Line 9, enter the amount here ... 10. | *JMU 68.11* | 68.00 |
| 11  TAX OVERPAID If line 9 is greater than Line 9, enter amount here<br>See instructions for filing a **Refund Petition** ................. .11. | | 0.00 |

Under penalties of perjury, as set forth in 18 PA. C.S §§ 4902-4903 as amended, I swear that I have reviewed this return and
accompanying statements and schedules, and to the best of my knowledge and belief, they are true and complete

| | | |
|---|---|---|
| Taxpayer Signature_____ | Date_____ | Phone#_____ |
| Preparer Signature *Mark E*    ADP | Date 02/03/2010 | Phone# 877-706-0510 |

Generic Wage 10-4-2005

CITY OF PHILADELPHIA

## ANNUAL RECONCILIATION OF
## 2008 EMPLOYER WAGE TAX
### DUE DATE: MARCH 2, 2009

City Account Number

5461637

| Name and Address |
|---|
| CIRCUIT CITY STORES INC |
| 9950 MAYLAND DRIVE |
| |
| RICHMOND VA 23233-1464 |

005 ST SZA1      N      ANRCV.V6128

Federal Identification Number

54 0493875

To file online, click on "Online Services" at
www.phila.gov/revenue.

RTK 29 2009

<u>YOU MUST USE THE CHANGE FORM TO REPORT A CHANGE OF ADDRESS</u>
OR TO CANCEL THIS ACCOUNT                                    *If this is an amended return, place an "X" here*

A   Enter the number of Philadelphia Residents for whom wage tax was remitted for the pay period including
March 12, 2008 ............................................................................   A        301

B.   Enter the number of **nonresidents** (employees living outside Philadelphia city limits) for whom wage tax
was remitted for the pay period including March 12, 2008......   B.        24

C   Total number of employees for all company locations reported on the Employer's Federal Quarterly
Tax Return for the first quarter of 2008 (for the pay period including March 12, 2008) ...................   C

D   Number of employees working at company locations within Philadelphia city limits, for the pay period
including March 12, 2008 ...........................................   D.

| | | | |
|---|---|---|---|
| 1  Gross Compensation per W-2 forms for all employees ............ 1. | 3 , 3 9 6 , 0 1 8 | . 0 0 |
| 2  Non-Taxable Gross Compensation included in Line 1. (Paid to nonresidents working outside of Philadelphia). ... 2. | , , | . 0 0 |
| 3  Gross Compensation per W-2 forms on which Philadelphia Wage Tax was withheld or due. (Line 1 minus Line 2) ............ 3. | 3 , 3 9 6 , 0 1 8 | . 0 0 |
| 4  Taxable Gross Compensation paid to <u>residents</u> of Philadelphia JANUARY 1, 2008 to JUNE 30, 2008 .................. 4 | 1 , 5 9 9 , 5 0 8 | . 0 0 |
| 5  Tax Due (Line 4 times .042190) ............ 5 | 6 7 , 4 8 3 | . 0 0 |
| 6.  Taxable Gross Compensation paid to <u>residents</u> of Philadelphia JULY 1, 2008 to DECEMBER 31, 2008 . ........... 6 | 1 , 5 4 4 , 4 3 4 | . 0 0 |
| 7  Tax Due (Line 6 times .039800) ...... 7 | , 6 1 , 4 6 8 | . 0 0 |
| 8  Taxable Gross Compensation paid to <u>nonresidents</u> of Philadelphia JANUARY 1, 2008 to JUNE 30, 2008 ........... 8 | , 1 1 8 , 0 2 3 | . 0 0 |
| 9  Tax Due (Line 8 times .037242). ....... 9 | , 4 , 3 9 5 | . 0 0 |
| 10.  Taxable Gross Compensation paid to <u>nonresidents</u> of Philadelphia JULY 1, 2008 to DECEMBER 31, 2008 ........ 10. | , 1 3 5 , 3 6 4 | . 0 0 |
| 11  Tax Due (Line 10 times .035392)... ........... 11 | , 4 , 7 9 1 | . 0 0 |
| 12  **Total Tax Due** (Add Lines 5, 7, 9 and 11) ......... 12 | , 1 3 8 , 1 3 8 | . 0 0 |
| 13  **Tax previously paid for 2008** ... ............... 13 | , 1 3 8 , 2 3 9 | . 0 0 |
| 14.  **ADDITIONAL TAX DUE** If Line 12 is greater than Line 12, enter the amount here . ... .. 14 | , , | . 0 0 |
| 15.  **TAX OVERPAID** If Line 13 is greater than Line 12, enter the amount here. See instructions for filing a Refund Petition ......... : .......... . 15. | , , 1 0 1 | . 0 0 |

• Under penalties of perjury, as set forth in 18 PA. C S SS 4902-4903 as amended, I swear that I have reviewed this return
• and accompanying statements and schedules, and to the best of my knowledge and belief, they are true and complete

Taxpayer Signature_____ Date_____ Phone #_____

Preparer Signature_____ *Matt K*_____ Date___04/16/09___ Phone #___877-706-0510___

5008 Internet 02-19-09 Final

ADP INC.

**CITY OF PHILADELPHIA**                  5009                **DUE DATE: MARCH 1, 2010**
**ANNUAL RECONCILIATION OF**
**2009 EMPLOYER WAGE TAX**          *FINAL*

City Account Number

CIRCUIT CITY STORES INC                                         5461637
9950 MAYLAND DRIVE
RICHMOND VA 23233-1464
005 ST SZA1          ANRCV.V4374          Federal Identification Number
                                                          54 0493875

YOU MUST USE THE CHANGE FORM TO REPORT A
CHANGE OF ADDRESS OR TO CANCEL THIS ACCOUNT.          *If this is an amended return, place an "X" here.*

| | | |
|---|---|---|
| A | Enter the number of Philadelphia Residents for whom wage tax was remitted for the pay period including March 12, 2009 ........................................................ A | 186 |
| B | Enter the number of **nonresidents** (employees living outside Philadelphia city limits) for whom wage tax was remitted for the pay period including March 12, 2009 ......................... B | 11 |
| C | Total number of employees for all company locations reported on the Employer's Federal Quarterly Tax Return for the first quarter of 2009 (for the pay period including March 12, 2009) ....... C | 34180 |
| D | Number of employees working at company locations within Philadelphia city limits, for the pay period including March 12, 2009 ........................................................ D | 7 |
| 1 | Gross Compensation per W-2 forms for all employees ......................................... 1 | 772213 |
| 2 | Non-Taxable Gross Compensation included in Line 1. (Paid to nonresidents working outside of Philadelphia) ....................................... 2 | |
| 3 | Gross Compensation per W-2 forms on which Philadelphia Wage Tax was withheld or due  (Line 1 minus Line 2) ............................................................ 3 | 772213 |
| 4 | Taxable Gross Compensation paid to residents of Philadelphia January 1, 2009 to June 30, 2009 ........................................................... 4 | 733495 |
| 5 | Tax Due (Line 4 times .039300) ........................................................... 5 | 28826 |
| 6 | Taxable Gross Compensation paid to residents of Philadelphia July 1, 2009 to December 31, 2009 ....................................................... 6 | |
| 7 | Tax Due (Line 6 times .039296) ........................................................... 7 | |
| 8 | Taxable Gross Compensation paid to nonresidents of Philadelphia January 1, 2009 to June 30, 2009 .......................................................... 8 | 38718 |
| 9 | Tax Due (Line 8 times .035000) ........................................................... 9 | 1355 |
| 10 | Taxable Gross Compensation paid to nonresidents of Philadelphia July 1, 2009 to December 31, 2009 ...................................................... 10 | |
| 11 | Tax Due (Line 10 times .034997) ......................................................... 11 | |
| 12 | **Total Tax Due (Add Lines 5, 7, 9 and 11)** ............................................ 12 | 30181 |
| 13 | **Tax previously paid for 2009** ........................................................ 13 | 27495 |
| 14 | **ADDITIONAL TAX DUE** If Line 12 is greater than Line 13, enter the amount here ...... 14 | 2686 |
| 15 | **TAX OVERPAID** If Line 13 is greater than Line 12, enter the amount here See instructions for filing a Refund Petition .......................................... 15 | |

Under penalties of perjury, as set forth in 18 PA  C. S  §§ 4902-4903 as amended, I swear that I have reviewed this return
and accompanying statements and schedules, and to the best of my knowledge and belief, they are true and complete

Taxpayer Signature_____          Date_____    Phone # _____

Preparer Signature_____          Date  08/06/09          Phone #  877-706-0510

5009 NACTP 9-22-2009

ADP INC

Exhibit E

```
LANA455                      TIPS ACCOUNTING SYSTEM              12/15/14
T015  ____                     ACCOUNT LIABILITY                 10:52:23

ENTITY: EIN / 540493875__   NAME  : CIRCUIT CITY STORES INC_____
ACCOUNT    : UOT            ADDRESS: PO BOX 5695_____
ACCOUNT ID : 546163703____  U&O TAX - TENANT_____
I&P CALC DATE: 12/15/2014          PERIOD START DATE: _____

     PERIOD      PRINCIPAL    INTEREST    PENALTY     OTHER        TOTAL   STATUS
     UOT       546163703
_    11302008M      12.29        8.17      13.05                   33.51   LAW
        TOTAL       12.29        8.17      13.05                   33.51
     UOL       5461637
_    10312008M    1402.64      947.85    1507.84                 3858.33   BNKRT
_    11302008M    4130.00     2749.59    4388.13                11267.72   CASE
_    12312008M      80.98       53.11      85.03                  219.12   CASE
_    03312009M    3085.09     1930.52    3123.65                 8139.26   CASE
        TOTAL    8698.71     5681.07    9104.65                23484.43


                                                              MORE: Y

    PF1=HELP    PF5=ACCT-DETAIL    PF7=BACKWARD    PF8=FORWARD    PF12=MENU
```

```
LANA455                      TIPS ACCOUNTING SYSTEM              12/15/14
T015  ____                     ACCOUNT LIABILITY                 10:52:31

ENTITY: EIN / 540493875__   NAME  : CIRCUIT CITY STORES INC_____
ACCOUNT    : WAG            ADDRESS: PO BOX 5695_____
ACCOUNT ID : 5461637_____   WAGE_____
I&P CALC DATE: 12/15/2014          PERIOD START DATE: _____

     PERIOD      PRINCIPAL    INTEREST    PENALTY     OTHER        TOTAL   STATUS
     WAG       5461637
_    12312005M    4287.42     4419.46    6323.94                15030.82   BNKRT
_    12312006M     903.09      822.53    1196.59                 2922.21   BNKRT
_    12312007M      27.81       22.00      32.68                   82.49   BNKRT
_    12312009M    2686.00     1463.76    2350.25                 6500.01   CASE
        TOTAL    7904.32     6727.75    9903.46                24535.53
     ENT TOTAL  16615.32    12416.99   19021.16                48053.47


                                                              MORE:

    PF1=HELP    PF5=ACCT-DETAIL    PF7=BACKWARD    PF8=FORWARD    PF12=MENU
NO MORE RECORDS FOR THIS VIEW
```