IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
-------------------------------------------------------------x
In re:                                           :
                                                 :   In Chapter 11
CIRCUIT CITY STORES, INC., et al.,               :
                                                 :   Bankruptcy No: 08-35653 (KRH)
                       Debtors.                  :
-------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

Pursuant to L.B.R. 5005-1(8), I hereby certify that a true and correct copy of the foregoing Response to the Liquidating Trust's Eighteenth Omnibus Objection to Claims Filed by Taxing Authorities filed by the City of Philadelphia (the "Response") was served by overnight mail, on the date set forth below, upon the following parties:

Attorneys for the Circuit City Stores, Inc. Liquidating Trust:
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Furthermore, the Response was also served by electronic mail upon the following:

ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com
jpomerantz@pszjlaw.com
acaine@pszjlaw.com

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: December 15, 2014       By:    */s/ James C. Vandermark*
                                      JAMES C. VANDERMARK
                                      Assistant City Solicitor
                                      PA Attorney I.D. 306944
                                      NJ Attorney I.D. 013072009
                                      City of Philadelphia Law Department
                                      Municipal Services Building
                                      1401 JFK Boulevard, 5th Floor
                                      Philadelphia, PA  19102-1595
                                      215-686-0521 (phone)
                                      Email: james.vandermark@phila.gov

                                      and

                                      /s/ Elizabeth L. Gunn
                                      Elizabeth L. Gunn, VSB No. 71044
                                      Sands Anderson PC
                                      P.O. Box 1998
                                      Richmond, VA 23218-1998
                                      804-648-1636
                                      Email: egunn@sandsanderson.com
                                      Local Counsel for the City of Philadelphia