IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered<br><br>**ALLOWED CLAIM NUMBER: 4442**<br>**ALLOWED CLAIM AMOUNT: $29,847.04** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, First Act Inc., creditor in the above-referenced bankruptcy proceeding, has changed its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
First Act Inc.
745 Boylston Street
Boston, MA 02116

**New Address [Creditor]**
First Act Inc.
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

**Old Address [Notice Party(ies)]**
First Act Inc.
745 Boylston Street
Boston, MA 02116

**New Address [Notice Party(ies)]**
First Act Inc.
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: 12-15-14

Respectfully submitted,

By:
Signature: _[signature]_
Print Name: Anthony J. Natale
Title: Treasurer/Secretary