IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

------------------------------------------------------------x
In re:                                                      :
                                                            : In Chapter 11
CIRCUIT CITY STORES, INC., et al.,                          :
                                                            : Bankruptcy No: 08-35653 (KRH)
                    Debtors.                                :
------------------------------------------------------------x

**ORDER GRANTING MOTION FOR *PRO HAC VICE*
ADMISSION PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

THIS MATTER having come before the Court upon the Motion for Admission *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the "Motion") filed by Elizabeth L. Gunn with the law firm of Sands Anderson PC, seeking admission *pro hac vice* for James C. Vandermark of the City of Philadelphia, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Motion is in the best interests of the City of Philadelphia, (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is granted. Unless otherwise defined herein, capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

2. James C. Vandermark of the City of Philadelphia is hereby admitted to appear in these Bankruptcy Cases and any related proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of the City of Philadelphia.

-1-

-2-

ENTERED: Dec 18 2014

/s/ Kevin R. Huennekens

THE
HON. KEVIN R. HUENNEKENS
United States Bankruptcy Judge

Entered on Docket: 12/18/14

**I ASK FOR THIS:**

/s/ Elizabeth L. Gunn
SANDS ANDERSON PC
Elizabeth L. Gunn (VSB No. 71044)
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, VA  23218-1998
(804) 648-1636 (Telephone)
 (804) 783-7291 (Facsimile)
*Local Counsel to the City of Philadelphia*

### RULE 90221-1 CERTIFICATION

I hereby certify that notice of the City of Philadelphia's intent to seek entry of the foregoing proposed order was provided to the parties identified in the Motion and a copy of this proposed order was provided to the Office of the United States Trustee for the Eastern District of Virginia prior to submission to this Court.

/s/ Elizabeth L. Gunn

-3-

**SERVICE LIST**

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
*Counsel to Circuit City Stores, Inc.*
*Liquidating Trust*

Gillian N. Brown, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
San Francisco, CA 9411
*Counsel to the Unsecured Creditors*
*Committee*

Robert Van Arsdale, Esquire
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Office of the US Trustee*