IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(at Richmond)

| | | |
|---|---|---|
| IN RE: | * | |
| CIRCUIT CITY STORES, INC. | * | Case No. 08-35653 |
| Debtor. | * | (Chapter 11) |
| ****************************************** | * | ********************************* |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Richard I. Hutson, Esquire, who entered his appearance as counsel for Caribbean Display and Sharp Electronics hereby withdraws his appearance in this case.

Dated: December 18, 2014    /s/ Richard I. Hutson
Richard I. Hutson
VA Bar #71097
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208
(410) 559-9000
rhutson@weinstocklegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December 2014, a copy of the foregoing Withdrawal of Appearance, was sent electronically by CM/ECF to all parties requesting to receive electronic filings.

/s/ Richard I. Hutson
Richard I. Hutson

_____
Richard I. Hutson VAFB #7107
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208
(410)559-9000
rhutson@weinstocklegal.com