**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Case No. 08-35653 KRH |
| | ) |
| CIRCUIT CITY STORES, INC. | ) Chapter 11 |
| | ) |
| Debtor(s). | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Martha E. Romero, who entered an appearance fo the County of Riverside, California and later responded for County of San Bernardino, Monterey. Los Angeles and Placer, California (collectively California Taxing Authorities) hereby withdraws the appearance in this case.

Dated: 12/18/14           /s/ MARTHA E. ROMERO
                          MARTHA E. ROMERO, CA State Bar No.
                          128144
                          ROMERO LAW FIRM
                          13225 Philadelphia Street
                          Suite B
                          Whittier, California 90601
                          (562) 907-6800
                          Email: Romero@mromerolawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on this 18TH Day of December 2014, a copy of the foregoing Withdrawal of Appearance was sent electronically by CM/ECF to all parties requesting to receive electronic filings.

/s/ MARTHA E. ROMERO
MARTHA E. ROMERO
