UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) ) | Case No. 08-35653 |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST TO DISCONTINUE SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that Bruce H. Matson hereby withdraws his appearance in these cases as counsel for Bank of America, N.A., as Agent [Docket No. 40].

Dated: December 23, 2014                                      Respectfully submitted,

                                                              /s/ Bruce H. Matson

Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-2003

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of December, 2014, a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request to Discontinue Service of Notices and Pleadings was filed with the Court through the Clerk's CM/ECF filing system and served on all persons receiving electronic notice in these cases.

                                                              /s/ Bruce H. Matson
                                                              Counsel