IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered<br><br>**ALLOWED CLAIM NUMBER: 1150**<br>**ALLOWED CLAIM AMOUNT: $26,571.54** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Gazette Telegraph, creditor in the above-referenced bankruptcy proceeding, has changed its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Gazette Telegraph
30 S Prospect St
Colorado Springs, CO 80903

**New Address [Creditor]**
Gazette Telegraph
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

**Old Address [Notice Party(ies)]**
Gazette Telegraph
30 S Prospect St
Colorado Springs, CO 80903

**New Address [Notice Party(ies)]**
Gazette Telegraph
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 12-22-14

Respectfully submitted,

By: _[signature]_

Signature: Melinda Dolezal

Print Name:

Title: Corporate Credit Mgr.

STATE OF COLORADO
COUNTY OF EL PASO

Sworn to (or affirmed) and subscribed before me this 22 day of 12, 2014, by Melinda Dolezal

_[signature]_
Tina L. Goheen  Notary Public
My Commission Exp. November 02, 2018

TINA L. GOHEEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20064045127
MY COMMISSION EXPIRES NOVEMBER 02, 2018