cc: Pachulski, Stang, Ziehl & Jones, LLP & Kurtzman Carson Consultants, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | **ALLOWED CLAIM NUMBER: 366**<br>**ALLOWED CLAIM AMOUNT: $244,983.64** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that **Spar Group, Inc.**, a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Spar Group, Inc.
1910 Opdyke Ct.
Auburn Hills, MI 48326-2476

**New Address [Creditor]**
Spar Group, Inc.
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: 12/17/14

Respectfully submitted,

By: Spar Group, Inc.
Signature: [signature]
Print Name: Jamie Sofato
Title: CFO