Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
 (admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores,
Inc.  Liquidating Trust

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : 1Case No. 08-35653 (KRH) |
| Debtors. | : |
| | : Jointly Administered |

ORDER ON **LIQUIDATING TRUST'S SIXTIETH AND SIXTY-THIRD
OMNIBUS OBJECTION TO CLAIMS SOLELY AS THEY
<u>RELATE TO CLAIMS FILED BY WILLIAM HARMON</u>**

THIS MATTER having come before the Court on the *Liquidating Trust's Sixtieth Omnibus Objection to Claims* and the *Liquidating Trust's Sixty-Third Omnibus Objection to Claims* (collectively, the "Objections") [Docket Nos. 12439 and 12445] solely as the Objection relates to Claim Numbers 15231, 15232, 15233 filed by William Harmon, and it appearing that due and

proper notice and service of the Objections in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and the Notice of Substantive Hearing on the Objections have been given to William Harmon and that such notice was good and sufficient and that no other or further notice or service of the Objections need be given, and it appearing that the relief requested by the Objections as it relates to Claim Numbers 15231, 15232, 15233 is in the best interest of the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust") and the beneficiaries thereof; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Claim Numbers 15231, 15232, 15233 are hereby disallowed for all purposes in these bankruptcy cases.

2. The Liquidating Trust shall serve a copy of this Order on William Harmon on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
December __, 2014

Dec 30 2014

/s/ Kevin R. Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:12/30/14

2

**WE ASK FOR THIS:**

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail: rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Circuit City Stores, Inc. Liquidating Trust

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                */s/ Paula S. Beran*
                                                   Co-Counsel