| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted pro hac vice)<br>PACHULSKI STANG ZIEHL &<br>JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy:   (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Seventieth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy:   (804) 783-0178<br><br>Counsel to the Circuit City Stores, Inc.<br> Liquidating Trust |

- and –

Robert J. Feinstein, Esq.
 (admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores,
Inc.  Liquidating Trust

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| - - - - - - - - - - - - - - -   x<br>In re:                                              :   Chapter 11<br>                                                     :<br>CIRCUIT CITY STORES, INC., <u>et al</u>.,   :   1Case No. 08-35653 (KRH)<br>                                                     :<br>        Debtors.                              :<br>- - - - - - - - - - - - - -                  :   Jointly Administered<br>                                                    x | |

**ORDER ON LIQUIDATING TRUST'S THIRTY-FIRST OMNIBUS
OBJECTION TO CLAIMS SOLELY AS IT RELATES TO
<u>CLAIM FILED BY PREMIER MOUNTS</u>**

THIS MATTER having come before the Court on the *Liquidating Trust's Thirty-First*

*Omnibus Objection to Claims* (the "Claim Objection") [Docket No. 11809] (the "Objection")

solely as the Objection relates to Claim Number 3911 filed by Premier Mounts, and it appearing

that due and proper notice and service of the Objection in compliance with Fed. R. Bankr. P. 3007

and 7004 and LBR 3007-1 and the Notice of Substantive Hearing on the Objection have been given to Premier Mounts and that such notice was good and sufficient and that no other or further notice or service of the Objection need be given, and it appearing that the relief requested by the Objection as it relates to Claim Number 3911 is in the best interest of the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust") and the beneficiaries thereof; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED as it relates to Claim Number 3911.

2. Claim Number 3911 is hereby reduced to $4,446.56 and allowed as a general unsecured claim.

3. The Liquidating Trust shall serve a copy of this Order on Premier Mounts on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
December __, 2014

Dec 30 2014

/s/ Kevin R. Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:12/30/14

2

**WE ASK FOR THIS:**

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail: rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Circuit City Stores, Inc. Liquidating Trust

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Paula S. Beran*
Co-Counsel

3