| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. <br> Andrew W. Caine, Esq. <br> (admitted *pro hac vice*) <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 10100 Santa Monica Boulevard, 13th Floor <br> Los Angeles, California 90067-4100 <br> Telephone: (310) 277-6910 <br> Telecopy:   (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083) <br> Paula S. Beran, Esq. (VA Bar No. 34679) <br> TAVENNER & BERAN, PLC <br> 20 North Eighth Street, 2nd Floor <br> Richmond, Virginia 23219 <br> Telephone: (804) 783-8300 <br> Telecopy:   (804) 783-0178 |
| - and – | *Counsel for the Circuit City Stores, Inc. Liquidating Trust* |
| Robert J. Feinstein, Esq. <br> John A. Morris, Esq. <br> (admitted *pro hac vice*) <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 780 Third Avenue, 36th Floor <br> New York, New York  10017 <br> Telephone:  212-561-7700 <br> Telecopy:  212-561-7777 | |

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S THIRTIETH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS)
SOLELY WITH RESPECT TO THE CLAIMS OF ATLANTIC CITY ELECTRIC,
CITY OF HOMESTEAD FL AND GARY CHAMBERLAIN
(CLAIM NOS. 2481, 1780, 6562)**

On March 30, 2012, the Circuit City Stores, Inc. Liquidating Trust filed the *Liquidating Trust's Thirtieth Omnibus Objection To Claims (Disallowance of Certain Invalid Claims)* ("Thirtieth Omnibus Objection") [Docket No. 11808] in these cases.  The Thirtieth Omnibus Objection contained objections, *inter alia*, to Claim No. 2481 filed by Atlantic City Electric, Claim No. 1780 filed by City of Homestead FL, and Claim No. 6562 filed by Gary Chamberlain.

The *Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 became effective on November 1, 2010. Pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these cases.

The Liquidating Trust hereby withdraws the Thirtieth Omnibus Objection solely with respect to Claim No. 2481 filed by Atlantic City Electric, Claim No. 1780 filed by City of Homestead FL, and Claim No. 6562 filed by Gary Chamberlain.

TAVENNER & BERAN, P.L.C.

　　　*/s/Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
　　　　pberan@tb-lawfirm.com

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail:rfeinstein@pszjlaw.com
　　　　jpomerantz@pszjlaw.com
　　　　acaine@pszjlaw.com

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*