IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Victor Delaglio, being duly sworn according to law, depose and say that I am employed by Process General LLC, the Court appointed noticing agent for the Circuit City Stores, Inc. Liquidating Trust in the above-captioned cases.

On December 30, 2014, copies of the following documents were served via first class mail upon the parties as set forth on the service list attached hereto as **Exhibit A**:

1. ORDER ON LIQUIDATING TRUST'S SIXTIETH AND SIXTY-THIRD OMNIBUS OBJECTION TO CLAIMS SOLELY AS THEY RELATE TO CLAIMS FILED BY WILLIAM HARMON (Docket No. 13538)

2. ORDER ON LIQUIDATING TRUST'S THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS SOLELY AS IT RELATES TO CLAIM FILED BY PREMIER MOUNTS (Docket No. 13539)

3. ORDER ON LIQUIDATING TRUST'S THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS SOLELY AS IT RELATES TO CLAIM FILED BY FORT MYERS COURTYARD MARRIOTT (Docket No. 13540)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The current address for these entities is 200 Westgate Parkway, Suite 100, Richmond, VA 23233.

Dated: December 30, 2014

_____
Victor Delaglio

State of Nevada
County of Clark

Signed and sworn (or affirmed) before me on this 30th day of December, 2014, by Victor Delaglio, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: Michele A. Williams

MICHELE A. WILLIAMS
Notary Public State of Nevada
No. 05-99624-1
My Appt. Exp. Aug 29, 2017

Main Document    Page 3 of 5

Filed This 6th Day of January, 2015

BY: TAVENNER & BERAN, PLC

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

*Co-Counsel for the Liquidating Trustee*

# EXHIBIT A

| Name | Address | City, State Zip | Docket No. Served |
|---|---|---|---|
| William F. Harmon | 2425 Sage Road, #26 | Houston, TX 77056 | 13538<br>13539 |
| Premier Mounts<br>Progressive Marketing Products | P.O. Box 894441 | Los Angeles, CA 90189-4441 | 13538<br>13539 |
| Premier Mounts<br>Progressive Marketing Products | 3130 E. Miraloma Avenue | Anaheim, CA 92806 | 13538<br>13539 |
| Marriott Int'l Inc. on behalf of the Fort Myers Cape Coral Courtyard by Marriott | Androniki Alahouzos<br>Collections Administrator<br>Marriott International, Inc.<br>Marriott Drive, Dept. 52/923.21 | Washington, DC 20058 | 13540 |