Frank A. Merola (CA Bar No. 136934)
STROOCK & STROOCK & LAVAN LLP
2020 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-407-6302

Michael A. Condyles (Va. Bar. No. 27807)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219
Telephone: (804) 343-5227
Facsimile: (804) 783-6192

*Counsel to the Chase Bank USA, N.A.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: <br><br> CIRCUIT CITY STORES, INC., et al., <br><br> Debtors. | Case No. 08-35653-KRH <br> Chapter 11 |

**ORDER GRANTING STIPULATION BY AND BETWEEN CHASE BANK USA, N.A.
AND CIRCUIT CITY STORES, INC. LIQUIDATING TRUST WITHDRAWING WITH
PREJUDICE PROOF OF CLAIM NUMBER 7065**

Upon reviewing that certain Stipulation and Agreed Order By and Between Chase Bank USA, N.A. and Circuit City Stores, Inc. Liquidating Trust Withdrawing With Prejudice Proof of Claim Number 7065 (the "Stipulation"), and good cause appearing therefor, all capitalized terms not otherwise defined herein having the same meaning as set forth in the Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED THAT the Stipulation is granted and that Proof of Claim 7065, as amended from time to time, shall be deemed withdrawn, with prejudice. The official claims register maintained in this Chapter 11 case shall be updated accordingly.

Dated: Jan 13 2015
Richmond, Virginia

/s/ Kevin R. Huennekens
**Honorable Kevin R. Huennekens
United States Bankruptcy Judge**

Entered on Docket: 1/13/15

1

**WE ASK FOR THIS:**

**STROOCK & STROOCK & LAVAN**
Frank A. Merola (CA Bar No. 136934)
2020 Century Park East
Los Angeles, CA  90067-3086
Telephone:  310-556-5800
Facsimile:  310-407-6302

-and-


   /s/   Michael A. Condyles_____
**KUTAK ROCK LLP**
Michael A. Condyles (Va. Bar. No. 27807)
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219
Telephone: (804) 343-5227
Facsimile: (804) 783-6192



Andrew W. Caine (CA Bar No. 11345)
(admitted *pro hac vice*)
Jeremy V. Richards, Esq. (CA Bar No. 102300)
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California  90067-4100
Telephone:  310-277-6910
Facsimile:  310-201-0760

-and-


    /s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

*Counsel for the Circuit City, Inc. Liquidating Trust*

## **CERTIFICATION**

      I hereby certify under penalty of perjury that pursuant to Local Rule 9022-1, all necessary parties have endorsed this order.

By: ___*/s/ Paula S. Beran*_____