Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| Debtors. | : | Jointly Administered |

**FOURTH ORDER SUSTAINING LIQUIDATING TRUST'S SIXTY-SECOND OMNIBUS OBJECTION TO CLAIMS: DISALLOWANCE OF CERTAIN INVALID SCHEDULED CLAIMS AND REDUCTION OF CERTAIN PARTIALLY INVALID SCHEDULED CLAIMS**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Sixty-Second Omnibus Objection to Claims: Disallowance of Certain Invalid Scheduled Claims and Reduction of Certain Partially Invalid Scheduled Claims* (the "Objection"), which requested,

---
[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

among other things, that the claims specifically identified on Exhibit B attached to the Objection be disallowed or reduced for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3. The Court will conduct a status conference on February 19, 2015 at 2:00 p.m. for all Claims identified on Exhibit B attached hereto.

4. The Liquidating Trust hereby withdraws its objection solely to Claims identified on Exhibit C attached hereto.

5. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

6. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this

Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2015

Jan 15 2015

/s/ Kevin R. Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:1/15/15

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                            */s/ Lynn L. Tavenner*
                                            Lynn L. Tavenner

# EXHIBIT A

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653

EXHIBIT A  
REDUCED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Reduced Amount | Schedule | Classification | Debtor(s) |
|---|---|---|---|---|---|---|
| 15133915 | HWR KENNESAW LLC<br>2911 TURTLE CREEK BLVD 1240<br>C/O BRIARWOOD CAPITAL CORP<br>DALLAS, TX 75219 | $45,970.98 | $13,791.29 | F | General Unsecured | Circuit City Stores, Inc. |

# EXHIBIT B

Case 08-35653-KRH    Doc 13555    Filed 01/15/15    Entered 01/15/15 13:32:15    Desc
Main Document    Page 8 of 10

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653

EXHIBIT B  
CONTINUED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Claim Class | Debtor(s) |
|---|---|---|---|---|---|
| 15129100 | AHOLD FINANCIAL SERVICES LLC<br>1149 HARRISBURG PIKE BOX 249<br>CO TOPS HOLDING LLC ATTN<br>GENERAL ACCTG<br>CARLISLE, PA 17013-0249 | $7,239.21 | F | General Unsecured | Circuit City Stores, Inc. |

# EXHIBIT C

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653

EXHIBIT C  
OBJECTION WITHDRAWN

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Claim Class | Debtor(s) |
|---|---|---|---|---|---|
| 15132093 | EDISON PARKING MANAGEMENT<br>214 W 80TH ST<br>NEW YORK, NY 10024 | $1,700.00 | F | General Unsecured | Circuit City Stores, Inc. |