| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 13th Floor | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York  10017
Telephone:  212-561-7700
Telecopy:  212-561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S SIXTY-SECOND OMNIBUS OBJECTION TO CLAIMS: DISALLOWANCE OF CERTAIN INVALID SCHEDULED CLAIMS AND REDUCTION OF CERTAIN PARTIALLY INVALID SCHEDULED CLAIMS SOLELY WITH RESPECT TO THE SCHEDULED CLAIM OF LANCASTER PROPANE GAS INC. (SCHEDULED CLAIM 15134968)**

On September 27, 2012, the Circuit City Stores, Inc. Liquidating Trust filed the

*Liquidating Trust's Sixty-Second Omnibus Objection to Claims: Disallowance of Certain Invalid*

*Scheduled Claims and Reduction of Certain Partially Invalid Scheduled Claims)* ("Sixty-Second

Omnibus Objection") [Docket No. 12442] in these cases.  The Sixty-Second Omnibus Objection

contained an objection to Scheduled Claim No. 15134968 of Lancaster Propane Gas Inc.

The *Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 became effective on November 1, 2010.  Pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these cases.

The Liquidating Trust hereby withdraws the Sixty-Second Omnibus Objection solely with respect to Scheduled Claim No. 15134968 of Lancaster Propane Gas Inc.

        TAVENNER & BERAN, P.L.C.

           */s/Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
      pberan@tb-lawfirm.com

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
      jpomerantz@pszjlaw.com
      acaine@pszjlaw.com

*Counsel to the Circuit City Stores, Inc.*
 *Liquidating Trust*