# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Ricky Ng, being duly sworn according to law, depose and say that I am employed by Process General LLC, the Court appointed noticing agent for the Circuit City Stores, Inc. Liquidating Trust in the above-captioned cases.

On January 20, 2015, copies of the following documents were served via first class mail upon the parties as set forth on the service list attached hereto as **Exhibit A**:

1. Fourth Order Sustaining Liquidating Trust's Sixty-Second Omnibus Objection To Claims: Disallowance Of Certain Invalid Scheduled Claims And Reduction Of Certain Partially Invalid Scheduled Claims [Docket No. 13555]

2. Fifth Order Sustaining Liquidating Trust's Thirty-First Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) [Docket No. 13556]

3. Second Order Sustaining Liquidating Trust's Twenty-Sixth Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) [Docket No. 13557]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The current address for these entities is 200 Westgate Parkway, Suite 100, Richmond, VA 23233.

Dated: January 20, 2015

_____
Ricky Ng

State of Nevada
County of Clark

Signed and sworn (or affirmed) before me on this 20th day of January, 2015, by Ricky Ng, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

R. G. ABEL
Notary Public State of Nevada
No. 10-2180-1
My Appt. Exp. July 26, 2017

# EXHIBIT A

| Name & Address | Docket No. Served |
|---|---|
| HWR KEN N ESAW LLC<br>C/O BRIARWOOD CAPITAL CORP<br>2911 TURTLE CREEK BLVD 1240<br>DALLAS, TX 75219 | 13555 |
| AHOLD FINANCIAL SERVICES LLC<br>CO TOPS HOLDING LLC ATTN GENERAL ACCTG<br>1149 HARRISBURG PIKE BOX 249<br>CARLISLE, PA 17013-0249 | 13555 |
| EDISON PARKING MANAGEMENT<br>214 W 80TH ST<br>NEW YORK, NY 10024 | 13555 |
| SA COMUNALE CO<br>PO BOX 150<br>BARBERTON, OH 44203-0150 | 13556 |
| SATELLITE EXPRESS INC<br>ATTN GARY KABROSKY<br>426 W 46TH ST<br>NEW YORK, NY 10036 | 13556 |
| SCARNATI, MISS GLORIA E<br>3567 MOUNTAIN VIEW DR NO 119<br>PITTSBURGH, PA 15122-2447 | 13556 |
| PATRICIA JOHNSON<br>2680 BELL HURST DR<br>DUNEDIN, FL 34698 | 13556 |
| PATRIOT DISPOSAL CO INC<br>2208 PLAINFIELD PIKE<br>JOHNSTON, RI 02919-5717 | 13556 |
| RENDE, RYAN & DOWNES<br>202 MAMARONECK AVE<br>WHITE PLAINS, NY 10601-0000 | 13556 |
| SAN RAFAEL FINANCE DEPT CITY OF SAN RAFAEL<br>PO BOX 151560<br>1400 5TH AVE RM 204<br>SAN RAFAEL, CA 94915-5160 | 13556 |
| OHIO BUREAU OF WORKERS COMPENSATION<br>LEGAL DIVISION BANKRUPTCY UNIT<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 | 13556 |
| SCOTT, PATRICIA<br>8224 PILGRIM TERRACE<br>RICHMOND, VA 23227-1666 | 13556 |
| PATRICK J MANZI JR AND KIMBERLY MANZI<br>ROB LEVINE & ASSOCIATES LTD<br>544 DOUGLAS AVE<br>PROVIDENCE, RI 02908 | 13556 |
| ROCHESTER GAS AND ELECTRIC<br>89 EAST AVENUE<br>ROCHESTER, NY 14649-0001 | 13556 |

| Name & Address | Docket No. Served |
|---|---|
| SOUTH CAROLINA ELECTRIC & GAS<br>1426 MAIN ST<br>MAIL CODE 130<br>COLUMBIA, SC 29201 | 13556 |
| THE CONNECTICUT LIGHT AND POWER COMPANY<br>NORTHEAST UTILITIES CREDIT AND COLLECTION CTR<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | 13556 |
| TXU ENERGY RETAIL COMPANY LLC<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS, TX 75265-0393 | 13556 |
| S&S INDUSTRIAL MAINTENANCE AND SUPPLY, INC.<br>PO BOX 69<br>MARLTON, NJ 08053 | 13557 |

| | |
|---|---|
| Filed This 23rd Day of January, 2015 | BY: TAVENNER & BERAN, PLC |
| | ____/s/ Paula S. Beran_____<br>Lynn L. Tavenner (VA Bar No. 30083)<br>Paula S. Beran (VA Bar No. 34679)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>(804) 783-8300<br><br>*Co-Counsel for the Liquidating Trustee* |