Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
 (admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores,
Inc.  Liquidating Trust

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : 1Case No. 08-35653 (KRH) |
| Debtors. | : Jointly Administered |

**ORDER ON DEBTORS' THIRTY-SEVENTH AND
LIQUIDATING TRUST'S EIGHTEENTH OMNIBUS
OBJECTION TO CLAIMS SOLELY AS THEY RELATE
TO CLAIMS FILED BY COUNTY OF MONTEREY**

THIS MATTER having come before the Court on the *Debtors' Thirty-Seventh Omnibus Objection to Claims* and the *Liquidating Trust's Eighteenth Omnibus Objection to Claims* (the "Claim Objections") [Docket No. 4613] (collectively, the "Objection") solely as the Objections

relates to Claim Numbers 4733 and 14131 filed by County of Monterey, and it appearing that due and proper notice and service of the Objections in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and the Notice of Substantive Hearing on the Objections have been given to County of Monterey and that such notice was good and sufficient and that no other or further notice or service of the Objections need be given, and it appearing that the relief requested by the Objections as it relates to Claim Numbers 4733 and 14131 is in the best interest of the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust") and the beneficiaries thereof; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objections are SUSTAINED to Claim Numbers 4733 and 14131.

2. Claim Number 4733 is hereby disallowed for all purposes in these bankruptcy cases.

3. Claim Number 14131 is hereby reduced to $1,630.48 and allowed as a priority claim.

4. The Liquidating Trust shall serve a copy of this Order on County of Monterey on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
January __, 2015

Jan 26 2015

/s/ Kevin R. Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:1/26/15

2

**WE ASK FOR THIS:**

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

-and-

Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd. 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-227-6910
Facsimile: 310-201-0760
E-mail: rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Circuit City Stores, Inc. Liquidating Trust

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                              */s/ Paula S. Beran*
                                                  Co-Counsel