Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : Case No. 08-35653 (KRH) |
| Debtors. | : Jointly Administered |

### ORDER ON DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS SOLELY AS IT RELATES TO CLAIMS FILED BY CITY OF BRIGHTON

THIS MATTER having come before the Court on the *Debtors' Thirty-Seventh Omnibus Objection to Claims* (the "Claim Objection") [Docket No. 4613] (the "Objection") solely as the Objection relates to Claim Numbers 11213 and 13834 filed by City of Brighton, and it appearing

that due and proper notice and service of the Objection in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and the Notice of Substantive Hearing on the Objection have been given to City of Brighton and that such notice was good and sufficient and that no other or further notice or service of the Objection need be given, and it appearing that the relief requested by the Objection as it relates to Claim Numbers 11213 and 13834 are in the best interest of the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust") and the beneficiaries thereof; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED as it related to Claim Numbers 11213 and 13834.

2. Claim Number 11213 is hereby reduced to $2,438.93 as a priority claim.

3. Claim Number 13834 is hereby reduced to $3,476.61 as a priority claim.

4. The Liquidating Trust shall serve a copy of this Order on City of Brighton on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
January __, 2015

Jan 26 2015

/s/ Kevin R. Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:1/26/15

2

**WE ASK FOR THIS:**

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

-and-

Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd. 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-227-6910
Facsimile: 310-201-0760
E-mail:rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Circuit City Stores, Inc. Liquidating Trust

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Paula S. Beran*
Co-Counsel