**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., <u>et al</u>.,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Victor Delaglio, being duly sworn according to law, depose and say that I am employed by Process General LLC, the Court appointed noticing agent for the Circuit City Stores, Inc. Liquidating Trust in the above-captioned cases.

On January 27, 2015, copies of the following documents were served via first class mail upon the parties as set forth on the service list attached hereto as **Exhibit A**:

1. Order on Debtors' Thirty-Seventh and Liquidating Trust's Eighteenth Omnibus Objection to Claims Solely as they Relate to Claims filed by County of Monterey [Docket No. 13561]

2. Order on Debtors' Thirty-Seventh Omnibus Objection to Claims Solely as it relates to Claims filed by City of Brighton [Docket No. 13562]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The current address for these entities is 200 Westgate Parkway, Suite 100, Richmond, VA 23233.

Dated: January 27, 2015

_____
Victor Delaglio

State of Nevada
County of Clark

Signed and sworn (or affirmed) before me on this 27th day of January, 2015, by Victor Delaglio, proved to me on the basis of satisfactory evidence to be the person who appeared before me

Signature: _____

TINA WALSH
Notary Public - State of Nevada
County of Clark
APPT. NO. 08-7368-1
My App. Expires Jun. 6, 2016

# EXHIBIT A

| Claim No | Name | Addr1 | Addr2 | City | State | Zip | Docket No. Served |
|---|---|---|---|---|---|---|---|
| 4733 | MONTEREY COUNTY TAX COLLECTOR | ATTN COLLECTORS OFFICE | P O BOX 891 | SALINAS | CA | 93902 | 13561 |
| 14131 | MONTEREY COUNTY TREASURER TAX COLLECTOR | ROMERO LAW FIRM | 6516 BRIGHT AVE | WHITTIER | CA | 90601 | 13561 |
| 11213 | CITY OF BRIGHTON PROPERTY TAX | 200 N FIRST ST | | BRIGHTON | MI | 48116-1593 | 13562 |
| 13834 | CITY OF BRIGHTON | LAW OFFICE OF PAUL E BURNS | 133 WEST GRAND RIVER | BRIGHTON | MI | 48116 | 13562 |

| | |
|---|---|
| Filed This 28th Day of January, 2015 | BY: TAVENNER & BERAN, PLC<br><br>_____/s/ Paula S. Beran_____<br>Lynn L. Tavenner (VA Bar No. 30083)<br>Paula S. Beran (VA Bar No. 34679)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>(804) 783-8300<br><br>*Co-Counsel for the Liquidating Trustee* |