Ashley M. McDow (Cal. Bar No. 245114)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email:       amcdow@bakerlaw.com

*Counsel for Alfred H. Siegel, the Liquidating Trustee
of Circuit City Stores, Inc. Liquidating Trust*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>**Circuit City Stores, Inc., et al.,**<br><br>　　　　　**Debtors.** | **Chapter 11**<br><br>**Case No. 08-35653-KRH**<br><br>**Jointly Administered** |

### REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MASTER
### MAILING LIST AND NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ashley M. McDow ("Mrs. McDow") of Baker &

Hostetler LLP ("BH") enters their appearances on behalf of the Circuit City Stores, Inc.

Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly

appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of

Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and

its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned

cases of the above referenced estates (the "Estates") of Circuit City Stores, Inc. et al.

(collectively, the "Debtors").

Mrs. McDow respectfully requests that, pursuant to rules 2002, 3017, and 9007 of the

Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule"), all notices given or required to be

given to creditors, any creditors' committee or other committee, or any other parties in interest,

including, without limitation, notices given pursuant to Bankruptcy Rules 2002(a), (b), (c), and

(f), whether sent by the Court, the Debtors, any trustee, or any other party in this case, and all

papers served or required to be served in connection with any such matter, be served at the

following address and that, pursuant to Bankruptcy Rule 2002(g), the following address be added

to the Court's master mailing list:

> Ashley M. McDow
> **BAKER HOSTETLER LLP**
> 11601 Wilshire Boulevard, 14th Floor
> Los Angeles, CA  90025-0509

      **PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. section 1109(b), the

foregoing request includes not only notices and papers referred to the in Bankruptcy Rules but

also includes, without limitation, orders and notices of any application, motion, petition,

pleading, request, complaint, disclosure document of any kind, conference, hearing or demand,

whether formal or informal, written or oral, and whether transmitted or conveyed by mail,

messenger or courier service, telephone, facsimile, or otherwise, filed or made with regard to the

above-captioned case and the proceedings.

Dated: January  30, 2015              Respectfully submitted,

                                     **BAKER & HOSTETLER LLP**

                              By:    */s/ Ashley M. McDow*
                                  Ashley M. McDow (Cal. Bar No. 245114)
                                **BAKER HOSTETLER LLP**
                                11601 Wilshire Boulevard, Suite 1400
                                Los Angeles, CA  90025-0509
                              Telephone:    310.820.8800
                              Facsimile:    310.820.8859
                              Emails:       amcdow@bakerlaw.com

## PROOF OF SERVICE

**CASE NAME:  In re Circuit City Stores West Coast, Inc.**
**COURT:        U.S. Bankruptcy Court, Eastern District of Virginia**
**CASE NO.:    Case No. 08-35654**

I, the undersigned, certify that I am employed in the City and County of Los Angeles, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA  90025-0509. On this date, I served the following document(s):

**REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MASTER MAILING LIST AND NOTICE OF APPEARANCE**

on the parties stated below, through their attorneys of record, by the following means of service:

<u>X</u> by **First-Class Mail –** I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in Los Angeles, California, for mailing to the office of the addressee following ordinary business practices.

| | |
|---|---|
| Paula S. Beran, Esquire | Gillian N. Brown, Esquire |
| Tavenner & Beran, PLC | Pachulski Stang Ziehl & Jones, LLP |
| 20 North Eighth Street, 2nd Floor | 10100 Santa Monica Blvd., 11th Floor |
| Richmond, VA 23219 | San Francisco, CA 9411 |
| *Counsel to Circuit City Stores, Inc.* | *Counsel to the Unsecured Creditors* |
| *Liquidating Trust* | *Committee* |
| | |
| Robert VanArsdale, Esquire | |
| 701 East Broad Street, Suite 4304 | |
| Richmond, VA 23219 | |
| *Office of the US Trustee* | |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 30, 2015, at Los Angeles, California.

_/s/Sonia Gaeta_____
Sonia Gaeta