IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**ALLOWED CLAIM NUMBER: 5360**
**ALLOWED CLAIM AMOUNT: $15,000**

NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that **Samuel D. Ingram** a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Samuel D. Ingram
804 Timber Creek Dr.
Indianapolis, IN 46239

**New Address [Creditor]**
Samuel D. Ingram
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 1-29-15

Respectfully submitted,

By: Samuel D. Ingram
Signature: Samuel D. Ingra
Print Name: Samuel D. Ingram
Title: _____