UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC., ET AL.,**<br><br>Debtor(s). | Case No. 08-35653-KRH<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

THIS MATTER having come before the Court upon the Motion to Appear *Pro Hac Vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2)(the "Motion") of Dena S. Kessler, counsel with the law firm of Baker & Hostetler LLP ("BH"), for the admission *pro hac vice* of Ashley M. McDow of BH, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Motion is in the best interests of the estates and their creditors, (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore,[1]

**IT IS HEREBY ORDER, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. Ashley M. McDow is permitted to appear *pro hac vice* as counsel to the Trustee in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1(E)(2).

Date: Feb 4 2015

/s/ Kevin R. Huennekens
U.S. Bankruptcy Judge

---
[1] Capitalized terms have the same meaning as in the underlying Motion.

- 1 -

Entered on Docket: 2/4/15

We ask for this:

/s/ *Dena S. Kessler*
DENA S. KESSLER (VBN 78680)
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone:   202.861.1500
Facsimile:   202.861.1783
Email:  dkessler@bakerlaw.com

*Counsel for Alfred H. Siegel, the Liquidating Trustee of Circuit City Stores, Inc. Liquidating Trust*

- 2 -

## LOCAL BANKRUPTCY RULE 9022-1 (C) CERTIFICATION

  The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ *Dena S. Kessler*
Dena S. Kessler (VBN 78680)

**Parties to Receive Copies**

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
*Counsel to Circuit City Stores, Inc.*
*Liquidating Trust*

Gillian N. Brown, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
San Francisco, CA 9411
*Counsel to the Unsecured Creditors*
*Committee*

Robert VanArsdale, Esquire
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Office of the US Trustee*