Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | ) 1Case No. 08-35653 (KRH) |
| | ) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

**ORDER ADDRESSING CLAIM OF LOS ANGELES CITY ATTORNEY'S OFFICE
AS PROVIDED IN LIQUIDATING TRUST'S EIGHTEENTH OMNIBUS OBJECTION
TO CLAIMS FILED BY TAXING AUTHORITIES
(REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS;
DISALLOWANCE OF CERTAIN INVALID CLAIMS;
DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS;
RECLASSIFICATION OF CERTAIN CLAIMS;
DISALLOWANCE OF CERTAIN AMENDED OR SUPERSEDED CLAIMS;
DISALLOWANCE OF CERTAIN LATE FILED CLAIMS;
DISALLOWANCE OR REDUCTION OF CERTAIN INVALID CLAIMS;
AND FIXING THE AMOUNT OF CERTAIN
<u>CLAIMS FILED BY TAXING AUTHORITIES</u>)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Eighteenth Omnibus Objection to Claims Omnibus Objection to Claims Filed by Taxing Authorities (Reduction of Certain Partially Invalid Claims; Disallowance of Certain Invalid Claims; Disallowance of Certain Duplicate Claims; Reclassification of Certain Claims; Disallowance of Certain Amended or Superseded Claims; Disallowance of Certain Late Filed Claims; Disallowance or Reduction of Certain Invalid Claims; and Fixing the Amount of Certain Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit I attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED as it relates to the claim of Los Angeles City Attorney's Office, claim number 14738.

2. The Liquidating Trust shall serve a copy of this Order on the claimant impacted by this Order on or before five (5) business days from the entry of this Order.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Dated: Richmond, Virginia
      January __, 2015

Feb 4 2015

/s/ Kevin R. Huennekens
--------------------------------
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:2/4/15

3

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____/s/ Lynn L. Tavenner_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

  Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

         _____/s/ Lynn L. Tavenner_____
         Lynn L. Tavenner