IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Ricky Ng, being duly sworn according to law, depose and say that I am employed by

Process General LLC, the Court appointed noticing agent for the Circuit City Stores, Inc.

Liquidating Trust in the above-captioned cases.

On February 4, 2015, a copy of the following document was served via first class mail

upon claimant Los Angeles City Attorney's Office at 200 N Main St Ste 920, Los Angeles, CA

90012:

1. Order Addressing Claim of Los Angeles City Attorney's Office as Provided in
   Liquidating Trust's Eighteenth Omnibus Objection to Claims Filed by Taxing Authorities
   (Reduction of Certain Partially Invalid Claims; Disallowance of Certain Invalid Claims;
   Disallowance of Certain Duplicate Claims; Reclassification of Certain Claims;
   Disallowance of Certain Amended or Superseded Claims; Disallowance of Certain Late
   Filed Claims; Disallowance or Reduction of Certain Invalid Claims; and Fixing the
   Amount of Certain Claims Filed By Taxing Authorities) [Docket No. 13568]

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax
identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc.
(0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties,
LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.
(6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The current
address for these entities is 200 Westgate Parkway, Suite 100, Richmond, VA 23233.

Dated: February 4, 2015

_____
                                            Ricky Ng

State of Nevada
County of Clark

Signed and sworn (or affirmed) before me on this 4th day of February, 2015, by Ricky Ng,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ALPESHKUMAR PATEL
Notary Public State of Nevada
No. 12-6510-1
My Appt. Exp. Dec. 7, 2015

Filed This 5th Day of
February,  2015

BY:  TAVENNER & BERAN, PLC


_____*/s/ Paula S. Beran*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

*Co-Counsel for the Liquidating Trustee*