## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**ALLOWED CLAIM NUMBEER: 7516**
**ALLOWED CLAIM AMOUNT: $15,000,00**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Charles G Stephens, creditor in the above-referenced bankruptcy proceeding, has changed his address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Charles G Stephens
909 Limekiln Pike
Maple Glen, PA 19002

**New Address [Creditor]**
Charles G Stephens
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL  60055- 9554

**Old Address [Notice Party(ies)]**
Charles G Stephens
909 Limekiln Pike
Maple Glen, PA 19002

**New Address [Notice Party(ies)]**
Charles G Stephens
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL  60055- 9554

Dated: _____2/5/15_____

Respectfully submitted,

By:

Signature: _____

Print Name: __Charles Stephens__

Title: _____