**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to April 23, 2015 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The Court has entered a scheduling order related to the trial of this matter. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 37 | Alameda County Treasurer | 13294 | 5098 12443 | This matter has been resolved in principal subject to approval of the County's Board at a meeting on March 3, 2015. Accordingly, the Trust requests that the matter be continued. |
| 76 | Lei, Yu-Liang | 13307 | 7584 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 79 | Eisner, Joanne | 3852 | 8003 | The Court has entered a scheduling order related to the trial of this matter. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the February 19, 2015 hearing.