IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | CLAIM #532, CLAIM AMOUNT: $2,809.09 |
| | CLAIM #533, CLAIM AMOUNT: $6,035.85 |
| | CLAIM #534, CLAIM AMOUNT: $11,668.42 |
| | CLAIM #78932, CLAIM AMOUNT: $15,242.55 |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, My1Stop.com, creditor in the above-referenced bankruptcy proceeding, has changed its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
My1Stop.com
3200 Liberty Bell Rd
Fort Scott, KS 66701

**New Address [Creditor]**
My1Stop.com
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

**Old Address [Notice Party(ies)]**
My1Stop.com
3200 Liberty Bell Rd
Fort Scott, KS 66701

**New Address [Notice Party(ies)]**
My1Stop.com
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 12-15-2014

Respectfully submitted,

By:
Signature: [signature]
Print Name: Johnny Bellmyer
Title: President