IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**ALLOWED CLAIM NUMBER: 5123**

**ALLOWED CLAIM AMOUNT: $54,340.00**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Jason Allen Bjork, creditor in the above-referenced bankruptcy proceeding, has changed his address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Jason Allen Bjork
30494 Pueblo Ct
Adel, IA 50003

**Old Address [Notice Party]**
Jason Allen Bjork
30494 Pueblo Ct
Adel, IA 50003

**New Address [Creditor]**
Jason Allen Bjork
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

**New Address [Notice Party]**
Jason Allen Bjork
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 2-11-15

Respectfully submitted,

Signature: _____

Print Name: Jason Allen Bjork