# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., et al., ) | Chapter 11 |
| ) | Case No. 08-35653 (KRH) |
| ) | (Jointly Administered) |
| Debtors ) | |

## ORDER GRANTING MOTION TO STRIKE APPEARANCE OF RICHARD E. HAGERTY AND TROUTMAN SANDERS LLP AS COUNSEL FOR CRAIG-CLARKSVILLE TENNESSEE LLC

This matter is before the Court on the Motion of Richard E. Hagerty and Troutman Sanders LLP for leave to strike their appearance as counsel for Craig-Clarksville Tennessee LLC's, a creditor. It appearing that Craig-Clarksville Tennessee LLC has consented to the relief requested in the Motion, and that counsel for the Liquidating Trust has similarly consented; it is hereby

**ORDERED**, that the Motion is GRANTED, and that Richard E. Hagerty and Troutman Sanders LLP are hereby stricken as counsel for Craig-Clarksville Tennessee LLC, and that Mr. Hagerty's and Troutman Sanders LLP's appearances are hereby stricken and withdrawn.

Feb 20 2015
Entered this _____ day of _____, 2015.

/s/ Kevin R. Huennekens
Kevin R. Huennekens, Judge

Entered on Docket: 2/20/15

I ASK FOR THIS:

*/s/ Richard E. Hagerty*

Richard E. Hagerty
VSB No. 47673
*Counsel for Craig-Clarksville Tennessee LLC*
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA 22182
703-734-4326
703-448-6520 (facsimile)
richard.hagerty@troutmansanders.com

Richard E. Hagerty
VSB No. 47673
Troutman Sanders LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA 22182
(703) 734-4326
(703) 448-6520 (facsimile)
richard.hagerty@troutmansanders.com

*Counsel for Craig-Clarksville Tennessee LLC*

READ AND AGREED:

  */s/ Paula S. Beran*
Paula S. Beran (VA Bar No. 34679)
Lynn L. Tavenner (VA Bar No. 30083)
Tavenner & Beran PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## Rule 9022-1 Certification

I hereby certify that the foregoing has either been endorsed by or served on all necessary parties.

> */s/ Richard E. Hagerty*
> Richard E. Hagerty