## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.,* | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## MEDIATOR'S REPORT PURSUANT TO ORDER
## IMPLEMENTING ALTERNATIVE DISPUTE RESOLUTION
## PROCEDURES FOR CERTAIN DISPUTED CLAIMS

Comes now Karen M. Crowley, the mediator with respect to disputed claim number 12918 filed by Johannes F. de Wolf (the "Disputed Claim"), as selected by the parties pursuant to this Court's Order Implementing Alternative Dispute Resolution Procedures for Certain Disputed Claims entered on March 18, 2013 (the "Disputed Claims Procedures Order"), and states the following:

a) Mediation in the Adversary Proceeding occurred on February 18, 2015;

b) The names of the parties and counsel that appeared at the mediation were:

    On behalf of the Objecting Party    Martin Krolewski (Attorney)
                                                        Jeff McDonald (Trust Plaintiff rep.)

    On behalf of the Claimant    Johannes F. de Wolf (Claimant)

c) The Disputed Claim issue was resolved.

Date: Norfolk, Virginia　　　　　　　　　　　/s/ Karen M. Crowley
February 24, 2015　　　　　　　　　　　　　KAREN M. CROWLEY
　　　　　　　　　　　　　　　　　　　　　　*Mediator in the Above Referenced Matter*