IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**Allowed Claim #:4244**
**Allowed Claim Amt: $40,000.00**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Francis W. Domurat, creditor in the above-referenced bankruptcy proceeding, has changed his address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Francis W. Domurat
2318 Martin Ln. SW
Roanoke, VA 24015-3812

**Old Address [Notice Party]**
Francis W. Domurat
2318 Martin Ln. SW
Roanoke, VA 24015-3812

**New Address [Creditor]**
Francis W. Domurat
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

**New Address [Notice Party]**
Francis W. Domurat
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: February 19, 2015

Respectfully submitted,

Signature: _/s/ Francis W. Domurat_

Print Name:    Francis W. Domurat