| | |
|---|---|
| Richard M. Pachulski, Esq.<br>Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy:   (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy:   (804) 783-0178 |
| *Counsel for the Circuit City Stores, Inc.*<br>*Liquidating Trust* | *Counsel for the Circuit City Stores, Inc.*<br>*Liquidating Trust* |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br>(Jointly Administered) |

**NOTICE OF (A) MOTIONS FOR ENTRY ORDERS (I) REQUIRING THAT
CERTAIN DOCUMENTS BE FILED UNDER SEAL AND (II) PROVIDING
FOR PROCEDURES PROTECTING CONFIDENTIAL INFORMATION AND
MEMORANDUM IN SUPPORT THEREOF AND (B) HEARINGS THEREON**

　　　**PLEASE TAKE NOTICE THAT** the Circuit City Stores, Inc. Liquidating Trust (the "Trust"), through its Trustee, Alfred H. Siegel has filed the following with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), copies of which are simultaneously being served upon you:

　　a)　**Motion For Entry Of An Order (I) Requiring That Certain Documents Be Filed Under Seal And (II) Providing For Procedures Protecting Confidential Information And Memorandum In Support Thereof (the "LCD Seal Motion"); and**

　　b)　**Motion For Entry Of An Order (I) Requiring That Certain Documents Be Filed**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The current address for these entities is 200 Westgate Parkway, Suite 100, Richmond, VA  23233.

**Under Seal And (II) Providing For Procedures Protecting Confidential Information And Memorandum In Support Thereof (CRT Litigation Settlements)(the "CRT Seal Motion")**(the LCD Seal Motion and the CRT Seal Motion are referred to together herein as the "Motions")**.**

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases.  (If you do not have an attorney, you may wish to consult one).  Under the Case Management Order (as defined hereafter) and Local Bankruptcy Rule 9013-1, unless a written response to either of the Motions is filed with the Clerk of Court and served on the moving party within seven (7) days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motions as conceded, and issue an order(s) granting the relief requested.**

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the Debtors' Chapter 11 Cases, a Supplemental Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 6208] (the "Case Management Order") was entered by the Court on December 30, 2009, which, among other things, prescribes the manner in which objections must be filed and served and when hearings will be conducted.  A copy of the Case Management Order may be obtained for a fee via PACER at http://www.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that on **March 19, 2015 at 2:00 p.m**. (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219, and will move the Court for entry of an order(s) approving the Motions.

If you do not want the Court to grant the relief sought in the Motions, or if you want the Court to consider your views on either of the Motions, then within seven (7) days before the hearing date you or your attorney must:

⊠    File with the Court, at the address shown below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1 and the Case Management Order.  You must mail or otherwise file it early enough so the Court will **receive** it on or before the due date identified herein.

       Clerk of the Court
       United States Bankruptcy Court
       701 E. Broad Street, Suite 4000
       Richmond, VA 23219

You must also serve a copy on:

       Lynn L. Tavenner
       Tavenner & Beran, PLC
       20 North Eighth Street, 2nd Floor
       Richmond, Virginia 23219

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:   February 24, 2015

                      */s/ Lynn L. Tavenner*
                      Lynn L. Tavenner (VA Bar No. 30083)
                      Paula S. Beran (VA Bar No. 34679)
                      TAVENNER & BERAN, P.L.C.
                      20 North Eighth Street, 2nd Floor
                      Richmond, Virginia  23219
                      Telephone:  804-783-8300
                      Facsimile:  804-783-0178
                      Email: ltavenner@tb-lawfirm.com
                            pberan@tb-lawfirm.com

                      -and-

                      Richard M. Pachulski, Esq.
                      Jeffrey N. Pomerantz, Esq.
                      Andrew W. Caine, Esq.
                      (admitted *pro hac vice*)
                      PACHULSKI STANG ZIEHL & JONES LLP
                      10100 Santa Monica Blvd., 13th Floor
                      Los Angeles, California  90067-4100
                      Telephone: 310-277-6910
                      Facsimile:  310-201-0760
                      E-mail:jpomerantz@pszjlaw.com
                           acaine@pszjlaw.com

                      *Counsel for the Circuit City Stores, Inc.*
                      *Liquidating Trust*