IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**ALLOWED CLAIM #: 3995**
**ALLOWED CLAIM AMT:$35,000.00**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Thomas Gibson, creditor in the above-referenced bankrupt has changed his address and requests that services of any pleadings, distribution correspondence in this matter should be sent to the new address noted be immediately.

**Old Address**
Thomas Gibson
66 Athens Street
San Francisco, CA 94112

**New Address [Creditor]**
Thomas Gibson
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

**Old Address [Notice Party]**
Thomas Gibson
66 Athens Street
San Francisco, CA 94112

**New Address [Notice Party]**
Thomas Gibson
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 2/27/15

Respectfully submitted,

Signature: *[signature]*

Print Name: Thomas Gibson