IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**ALLOWED CLAIM #:1073**
**ALLOWED CLAIM AMT: $7,019.56**

NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that **Longview News Journal**, a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address
Longview News Journal
PO Box 1792
Longview, TX 75606

New Address [Creditor]
Longview News Journal
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated:_____

Respectfully submitted,

By:

Signature: _[signed]_

Print Name: Stephen McHaney

Title: President, Texas Community Media, LLC
d/b/a Longview News Journal