IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.,* | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | **ALLOWED CLAIM #: 6580**<br>**ALLOWED CLAIM AMT:$8,765.59** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Pearl River Valley EPA, a creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Pearl River Valley EPA
P.O. Box 1217
Columbia, MS 39429

**Old Address [Notice Party]**
Pearl River Valley EPA
P.O. Box 1217
Columbia, MS 39429

**New Address [Creditor]**
Pearl River Valley EPA
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL  60055- 9554

**New Address [Notice Party]**
Pearl River Valley EPA
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL  60055- 9554

Dated: ____2/27/15____

Respectfully submitted,

Signature: _____

Print Name: William Pittman