**Change of Address**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBER 12620

PLEASE TAKE NOTICE that **HOLYOKE CROSSING LIMITED PARTNERSHIP II**, a creditor in the cases of the above-captioned Debtors, has changed its address, and hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to each above-referenced Claim be sent to the new address set forth below, effective immediately.

| Former Address for Notices: | New Address for Notices and Payments: |
|---|---|
| Holyoke Crossing Limited Partnership II | Holyoke Crossing Limited Partnership II |
| c/o O'Connell Development Group Inc. | c/o Farallon Capital Management, L.L.C. |
| 480 Hampden St. | One Maritime Plaza Suite 2100 |
| PO Box 867 | San Francisco, CA 94111 |
| Holyoke, MA 01040 | Attention: Michael Linn |

I declare under penalty of perjury that the foregoing is true and correct

**Holyoke Crossing Limited Partnership II,**
a Massachusetts limited partnership
By: O'Connell-Crossing Corp. II,
    Its General Partner

By: _/s/ James N. Sullivan, Treasurer_
Name: James N. Sullivan
Title: Treasurer