UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that GECMC 2005-C2 Hickory Hollow LLC, a creditor in the cases of the above-captioned debtors ("Debtors") and holder of claim number 12816, directs the Liquidating Trust and its counsel (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering claim number 12816 (as listed on the claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

| **Former Address** | **New Address** |
|---|---|
| GECMC 2005-C2 Hickory Hollow LLC<br>c/o Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price<br>& Axelrod LLP<br>200 South Biscayne Blvd.<br>Suite 2500<br>Miami, FL 33131 | GECMC 2005-C2 Hickory Hollow LLC<br>c/o Jeffrey I. Snyder, Esq.<br>Bilzin Sumberg Baena Price<br>& Axelrod LLP<br>1450 Brickell Avenue<br>Suite 2300<br>Miami, FL 33131 |

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE &
AXELROD LLP**

____/s/ Jeffrey I. Snyder_____
Jeffrey I. Snyder (admitted *pro hac vice*)
1450 Brickell Avenue.

MIAMI 4526848.1 79976/31413

Suite 2300
Miami, Florida 33131
Tel: (305) 374-7580
Fax: (305) 374-7593

*Counsel for GECMC 2005-C2 Hickory Hollow LLC*

MIAMI 4526848.1 79976/31413

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF to all registered users on this 9th day of March, 2015.

By: ____/s/ Jeffrey I. Snyder_____
Jeffrey I. Snyder

## SERVICE LIST

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
*Counsel for the Liquidating Trust*

Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
*Counsel for the Liquidating Trust*

Lynn L. Tavenner, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Counsel for the Liquidating Trust*

Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Counsel for the Liquidating Trust*

MIAMI 4526848.1 79976/31413