Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**THIRD ORDER SUSTAINING LIQUIDATING TRUST'S THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Thirty-*

*Eighth Omnibus Objection to Claims:  Reduction of Certain Partially Invalid Claims, Fixing of*

*Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims, as Applicable* (the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

"Objection"), which requested, among other things, that the claims specifically identified on

Exhibit B attached to the Objection be reduced, fixed or disallowed, as applicable, for those

reasons set forth in the Objection; and it appearing that due and proper notice and service of the

Objection as set forth therein was good and sufficient and that no other further notice or service

of the Objection need be given; and it further appearing that no response was timely filed or

properly served by the Claimants being affected by this Order; and it appearing that the relief

requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates

and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient

cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is SUSTAINED.

2.    The Claims identified on Exhibit A as attached hereto and incorporated

herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.    The Court will conduct a status conference on April 23, 2015 at 2:00 p.m.

for all Claims identified on Exhibit B attached hereto.

4.    The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are

not waived and are expressly reserved.

5.    The Liquidating Trust shall serve a copy of this Order on the claimants

included on the exhibits to this Order on or before five (5) business days from the entry of this

Order.

6.    This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.

Dated: Richmond, Virginia
      Mar 18 2015              , 2015

/s/ Kevin R. Huennekens

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:3/18/15

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                           - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                           - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                              */s/ Lynn L. Tavenner*
                              Lynn L. Tavenner

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT A
DISALLOWED CLAIMS

| Claim # | Name & Address | Date | Amount | Debtor | Class |
|---|---|---|---|---|---|
| 387 | WESTERN MASSACHUSETTS ELECTRIC COMPANY | 11/28/08 | 4,802.21 | CIRCUIT CITY STORES, INC. | U |

In re Circuit City Stores, Inc., et al.                    EXHIBIT B
Case No. 08-35653 (KRH)                           CONTINUED CLAIMS

| Claim No. | Name and Address of Claimant | Date Filed | Docketed Amount | Debtor | Class |
|-----------|------------------------------|------------|-----------------|--------|-------|
| 762 | AMERICAN ELECTRIC POWER<br>PO Box 2021<br>Roanoke, VA 24022-2121 | 12/05/08 | 90,110.57 | CIRCUIT CITY STORES, INC. | U |
| 4333 | BLACKSHEAR, BRENDA<br>102 ANITA LANE<br>LONGVIEW, TX 75603 | 01/20/09 | 9,857.39 | CIRCUIT CITY STORES, INC. | U |
| 562 | YANKEE GAS<br>Northeast Utilities Credit and Collection Center<br>PO Box 2899<br>Hartford, CT 06101-8307 | 11/28/08 | 2,840.38 | CIRCUIT CITY STORES, INC. | U |