Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

**SEVENTH ORDER SUSTAINING LIQUIDATING TRUST'S THIRTIETH
OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF
CERTAIN INVALID CLAIMS)**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Thirtieth Omnibus Objection to Claims Omnibus Objection to Claims (Disallowance of Certain Invalid Claims)* (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3. The Liquidating Trust hereby withdraws its objection solely to Claims identified on Exhibit B attached hereto.

4. The Court will conduct a status conference on April 23, 2015 at 2:00 p.m. for all Claims identified on Exhibit C attached hereto.

5. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable

law permits, are not waived and are expressly reserved.

      6.    The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

      7.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2015

Mar 18 2015

/s/ Kevin R. Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 3/18/15

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

/s/ Lynn L. Tavenner
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Lynn L. Tavenner
Lynn L. Tavenner

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653

EXHIBIT A  
REDUCED CLAIMS

| Claim No. | Name & Address | Date Filed | Amount | Debtor | Nature | Reduced Amt |
|---|---|---|---|---|---|---|
| 1842 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC<br>Bankruptcy Group<br>4 Irving Pl Rm 1875 S<br>New York, NY 10003 | 12/18/08 | 56,911.04 | CIRCUIT CITY STORES, INC. | U | 18,566.04 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653

EXHIBIT B
OBJECTION WITHDRAWN CLAIMS

| Claim No. | Name & Address | Date Filed | Docketed Amount | Debtor Name | Classification |
|---|---|---|---|---|---|
| 9339 | CHRIN HAULING INC<br>635 Industrial Dr<br>Easton, PA 18042 | 01/30/09 | 955.65 | CIRCUIT CITY STORES, INC. | U |
| 10128 | DUKE ENERGY INDIANA<br>1000 E Main St<br>Plainfield, IN 46168 | 01/29/09 | 20,144.19 | CIRCUIT CITY STORES, INC. | U |
| 1851 | FERGUSON CABLING CORP<br>203 Orange St<br>Palm Harbor, FL 34683 | 12/22/08 | 13,390.00 | CIRCUIT CITY STORES, INC. | U |

Case 08-35653-KRH    Doc 13605    Filed 03/18/15    Entered 03/18/15 09:52:02    Desc
Main Document      Page 7 of 8

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653

EXHIBIT C  
CONTINUED CLAIMS

| Claim No. | Name & Address | Date Filed | Claim Amount | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 2306 | COMED<br>Attn Bankruptcy Section Revenue Management<br>2100 Swift Dr<br>Oakbrook, IL 60523 | 12/22/08 | 11,516.26 | CIRCUIT CITY STORES, INC. | U |
| 14584 | CONNECTICUT LIGHT AND POWER<br>Credit and Collection Center<br>Northeast Utilities<br>PO Box 2899<br>Hartford, CT 06101-8307 | 07/17/09 | 14,972.47 | CIRCUIT CITY STORES, INC. | U |
| 2482 | DELMARVA POWER<br>Pepco Holdings Inc<br>5 Collins Dr Ste 2133<br>Carneys Point, NJ 08069 | 01/05/09 | 19,610.17 | CIRCUIT CITY STORES, INC. | U |
| 10129 | DUKE ENERGY OHIO<br>139 E 4th St<br>Cincinnati, OH 45201 | 01/29/09 | 24,366.74 | CIRCUIT CITY STORES, INC. | U |
| 6083 | ENTERGY ARKANSAS INC<br>Mail Unit L JEF 359<br>PO Box 6008<br>New Orleans, LA 70174-6008 | 01/27/09 | 4,505.98 | CIRCUIT CITY STORES, INC. | U |
| 6085 | ENTERGY GULF STATES LA LLC<br>Mail Unit L JEF 359<br>PO Box 6008<br>New Orleans, LA 70174-6008 | 01/27/09 | 19,800.04 | CIRCUIT CITY STORES, INC. | U |
| 6082 | ENTERGY LOUISIANA LLC<br>Mail Unit L JEF 359<br>PO Box 6008<br>New Orleans, LA 70174-6008 | 01/27/09 | 35,459.45 | CIRCUIT CITY STORES, INC. | U |
| 6506 | ENTERGY MISSISSIPPI INC<br>Mail Unit L JEF 359<br>PO Box 6008<br>New Orleans, LA 70174-6008 | 01/27/09 | 681.68 | CIRCUIT CITY STORES, INC. | U |
| 6086 | ENTERGY TEXAS INC<br>Mail Unit L JEF 359<br>PO Box 6008<br>New Orleans, LA 70174-6008 | 01/27/09 | 38,387.18 | CIRCUIT CITY STORES, INC. | U |
| 8815 | FIRST ENERGY SOLUTIONS<br>Attn Bankruptcy Analyst<br>341 White Pond Dr<br>A WAC B21<br>Akron, OH 44320 | 01/30/09 | 11,936.65 | CIRCUIT CITY STORES, INC. | U |
| 167 | ILLUMINATING CO, THE<br>6896 MILLER RD<br>BRECKSVILLE, OH 44141 | 12/01/08 | 15,861.41 | CIRCUIT CITY STORES, INC. | U |
| 127 | JERSEY CENTRAL POWER & LIGHT A FIRST ENERGY COMPANY<br>331 Newman Spgs Rd Bldg 3<br>Red Bank, NJ 07701 | 11/17/08 | 51,436.17 | CIRCUIT CITY STORES, INC. | U |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653

EXHIBIT C  
CONTINUED CLAIMS

| Claim No. | Name & Address | Date Filed | Docketed Total Amount | Debtor | Classification |
|---|---|---|---|---|---|
| 5401 | LOPRESTI, MARY<br>28 SUHUPP RD<br>HAMDEN, CT 06514 | 01/26/09 | 5,000.00 | CIRCUIT CITY STORES, INC. | U |