UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that CMAT 1999-C2 Emporium Drive LLC, a creditor in the cases of the above-captioned debtors ("Debtors") and holder of claim number 4991, directs the Liquidating Trust and its counsel (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering claim number 4991 (as listed on the claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| CMAT 1999-C2 Emporium Drive LLC<br>c/o Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price<br>& Axelrod LLP<br>200 South Biscayne Blvd.<br>Suite 2500<br>Miami, FL 33131 | CMAT 1999-C2 Emporium Drive LLC<br>c/o Jeffrey I. Snyder, Esq.<br>Bilzin Sumberg Baena Price<br>& Axelrod LLP<br>1450 Brickell Avenue<br>Suite 2300<br>Miami, FL 33131 |

MIAMI 4539433.1 79976/31413

Dated:  March 20, 2015

        Respectfully submitted,

        **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

        ____/s/ Jeffrey I. Snyder_____
        Jeffrey I. Snyder (admitted *pro hac vice*)
        1450 Brickell Avenue.
        Suite 2300
        Miami, Florida 33131
        Tel: (305) 374-7580
        Fax: (305) 374-7593

        *Counsel for CMAT 1999-C2 Emporium Drive LLC*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF to all registered users on this 20th day of March, 2015.

By: ____/s/ Jeffrey I. Snyder_____
Jeffrey I. Snyder

MIAMI 4539433.1 79976/31413