UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., ) | Jointly Administered |
| et al., ) | |
| ) | |
| Debtors. ) | |
| ) | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that GECMC 2005-C2 Hickory Hollow LLC, a creditor in the cases of the above-captioned debtors ("Debtors") and holder of claim number 12816, directs the Liquidating Trust and its counsel (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering claim number 12816 (as listed on the claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claims be sent to the New Address set forth below and made payable to Wells Fargo Bank, National Association., as Trustee, effective as of the date hereof.

| **Former Address** | **New Address** |
|---|---|
| GECMC 2005-C2 Hickory Hollow LLC | Wells Fargo Bank, National Association |
| c/o Jeffrey I. Snyder, Esq. | as Trustee for the registered holders of |
| Bilzin Sumberg Baena Price | GE Commercial Mortgage Corporation, |
| & Axelrod LLP | Commercial Mortgage Pass-Through |
| 1450 Brickell Avenue | Certificates, Series 2005-C2 |
| Suite 2300 | c/o Jeffrey I. Snyder, Esq. |
| Miami, Florida  33131 | Bilzin Sumberg Baena Price & Axelrod LLP |
| | 1450 Brickell Avenue |
| | Suite 2300 |
| | Miami, Florida  33131 |

MIAMI 4539361.1 79976/31413

Dated:  March 23, 2015

        Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

    /s/ Jeffrey I. Snyder_____
Jeffrey I. Snyder (admitted *pro hac vice*)
1450 Brickell Avenue.
Suite 2300
Miami, Florida 33131
Tel: (305) 374-7580
Fax: (305) 374-7593

*Counsel for GECMC 2005-C2 Hickory Hollow LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF to all registered users on this 23rd day of March, 2015.

By: ____/s/ Jeffrey I. Snyder_____
Jeffrey I. Snyder

MIAMI 4539361.1 79976/31413