## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Ricky Ng, being duly sworn according to law, depose and say that I am employed by Process General LLC, the Court appointed noticing agent for the Circuit City Stores, Inc. Liquidating Trust in the above-captioned cases.

On March 18, 2015, copies of the following documents were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit A**:

1. Fifth Order Sustaining Liquidating Trust's Sixty-Second Omnibus Objection to Claims: Disallowance of Certain Invalid Scheduled Claims and Reduction of Certain Partially Invalid Scheduled Claims [**Docket No. 13603**]

2. Third Order Sustaining Liquidating Trust's Thirty-Eighth Omnibus Objection to Claims: Reduction of Certain Partially Invalid Claims, Fixing of certain Unliquidated Claims, or Disallowance of certain Invalid Claims, as applicable [**Docket No. 13604**]

3. Seventh Order Sustaining Liquidating Trust's Thirtieth Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) [**Docket No. 13605**]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The current address for these entities is 200 Westgate Parkway, Suite 100, Richmond, VA 23233.

Dated: March 18, 2015

_____
Ricky Ng

State of Nevada
County of Clark

Signed and sworn (or affirmed) before me on this 18th day of March, 2015, by Ricky Ng, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Leigha Steen_____



LEIGHA STEEN
Notary Public - State of Nevada
County of Clark
APPT. NO. 10-1240-1
My App. Expires Dec. 2, 2017

# EXHIBIT A

| Name and Address | Docket Served |
|---|---|
| AHOLD FINANCIAL SERVICES LLC<br>1149 HARRISBURG PIKE BOX 249<br>CO TOPS HOLDING LLC ATTN<br>GENERAL ACCTG<br>CARLISLE, PA  17013-0249 | 13603 |
| Western Massachusetts Electric Company<br>Northeast Utilities Credit and Collection Center<br>PO Box 2899<br>Hartford, CT  06101-8307 | 13604 |
| AMERICAN ELECTRIC POWER<br>PO Box 2021<br>Roanoke, VA  24022-2121 | 13604 |
| BLACKSHEAR, BRENDA<br>102 ANITA LANE<br>LONGVIEW, TX  75603 | 13604 |
| YANKEE GAS<br>Northeast Utilities Credit and Collection Center<br>PO Box 2899<br>Hartford, CT  06101-8307 | 13604 |
| CONSOLIDATED EDISON COMPANY OF NEW YORK INC<br>Bankruptcy Group<br>4 Irving Pl Rm 1875 S<br>New York, NY  10003 | 13605 |
| CHRIN HAULING INC<br>635 Industrial Dr<br>Easton, PA  18042 | 13605 |
| DUKE ENERGY INDIANA<br>1000 E Main St<br>Plainfield, IN  46168 | 13605 |
| FERGUSON CABLING CORP<br>203 Orange St<br>Palm Harbor, FL  34683 | 13605 |
| COMED<br>Attn Bankruptcy Section Revenue Management<br>2100 Swift Dr<br>Oakbrook, IL  60523 | 13605 |
| CONNECTICUT LIGHT AND POWER<br>Credit and Collection Center<br>Northeast Utilities<br>PO Box 2899<br>Hartford, CT  06101-8307 | 13605 |
| DELMARVA POWER<br>Pepco Holdings Inc<br>5 Collins Dr Ste 2133<br>Carneys Point, NJ  08069 | 13605 |
| DUKE ENERGY OHIO<br>139 E 4th St<br>Cincinnati, OH  45201 | 13605 |
| ENTERGY ARKANSAS INC<br>Mail Unit L JEF 359<br>PO Box 6008<br>New Orleans, LA  70174-6008 | 13605 |
| ENTERGY GULF STATES LA LLC<br>Mail Unit L JEF 359<br>PO Box 6006<br>New Orleans, LA  70174-6006 | 13605 |
| ENTERGY LOUISIANA LLC<br>Mail Unit L JEF 359<br>PO Box 6008<br>New Orleans, LA  70174-6008 | 13605 |
| ENTERGY MISSISSIPPI INC<br>Mail Unit L JEF 359<br>PO Box 6008<br>New Orleans, LA  70174-6008 | 13605 |

| Name and Address | Docket Served |
|---|---|
| ENTERGY TEXAS INC<br>Mail Unit L JEF 359<br>PO Box 6008<br>New Orleans, LA  70174-6008 | 13605 |
| FIRST ENERGY SOLUTIONS<br>Attn Bankruptcy Analyst<br>341 White Pond Dr<br>A WAC 621<br>Akron, OH  44320 | 13605 |
| ILLUMINATING CO, THE<br>6896 MILLER RD<br>BRECKSVILLE, OH  44141 | 13605 |
| JERSEY CENTRAL POWER & LIGHT A FIRST ENERGY COMPANY<br>331 Newman Spgs Rd Bldg 3<br>Red Bank, NJ  07701 | 13605 |
| LOPRESTI, MARY<br>28 SUHUPP RD<br>HAMDEN, CT  06514 | 13605 |

| | |
|---|---|
| Filed This 23rd Day of March, 2015 | BY:  TAVENNER & BERAN, PLC |

    */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

*Co-Counsel for the Liquidating Trustee*