UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., ) | Jointly Administered |
| et al., ) | |
| ) | |
| Debtors. ) | |
| ) | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that CCMS 2005-CD1 Hale Road, LLC, a creditor in the cases of the above-captioned debtors ("Debtors") and holder of claim number 12937, directs the Liquidating Trust and its counsel (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering claim number 12937 (as listed on the claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

| **Former Address** | **New Address** |
|---|---|
| CCMS 2005-CD1 Hale Road, LLC | CCMS 2005-CD1 Hale Road, LLC |
| c/o Mindy A. Mora, Esq. | c/o Jeffrey I. Snyder, Esq. |
| Bilzin Sumberg Baena Price | Bilzin Sumberg Baena Price |
| & Axelrod LLP | & Axelrod LLP |
| 200 South Biscayne Blvd. | 1450 Brickell Avenue |
| Suite 2500 | Suite 2300 |
| Miami, FL 33131 | Miami, FL 33131 |

MIAMI 4541189.1 79976/31413

Dated:  March 23, 2015

                    Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

    /s/ Jeffrey I. Snyder  
Jeffrey I. Snyder (admitted *pro hac vice*)  
1450 Brickell Avenue.  
Suite 2300  
Miami, Florida 33131  
Tel: (305) 374-7580  
Fax: (305) 374-7593

*Counsel for CCMS 2005-CD1 Hale Road, LLC*

MIAMI 4541189.1 79976/31413

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF to all registered users on this 20th day of March, 2015.

By: ____/s/ Jeffrey I. Snyder_____
Jeffrey I. Snyder