IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | x . | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | . . | Case No 08-35653 (KRH) |
| Debtors. | . x | Jointly Administered |

### NOTICE OF APPEARANCE

Please note the appearance of Tyson A. Johnson of Bryan Cave, LLP as co-counsel for Berkadia Commercial Mortgage, LLC and Capmark Finance, Inc. in this matter.  Please also take note of the withdrawal of the appearance of Nikki A. Ott of Bryan Cave LLP as co-counsel for Berkadia Commercial Mortgage, LLC and Capmark Finance, Inc.  Ms. Ott has left Bryan Cave, LLP.

Dated: March 24, 2015

BRYAN CAVE LLP

By: /s/ *Tyson A. Johnson*
Tyson A. Johnson (VA Bar No. 86179)
Bryan Cave LLP
1155 F Street NW, Suite 700
Washington DC 20004
(202) 508-6228 (phone)

437211.1

# **CERTIFICATE OF SERVICE**

The undersigned hereby states that on the 24th day of March, 2015, a true and correct copy of the above foregoing instrument was served via CM/ECF on:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street-Room 4000
Richmond, VA 23219

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone (310) 277-6910
Telecopy (310) 201-0760

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
Telephone (804) 783-8300
Telecopy: 804-7830-0178

                                                            */s/ Tyson A. Johnson*

437211.1