UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Miscellaneous Cases

### NOTICE OF WITHDRAWAL OF ELIZABETH L. GUNN AS COUNSEL

Sands Anderson PC gives notice as follows:

1.    The attached list contains the cases before this Court in which Elizabeth L. Gunn, Esquire is listed as an attorney of record.  Ms. Gunn became an attorney of record in such cases while employed by Sands Anderson PC ("SA").

2.    Ms. Gunn's final day of employment with SA was March 31, 2015.  Ms. Gunn has taken a new position with a governmental agency and thus she can no longer represent private clients.  As such, Ms. Gunn consents to SA's request that she be removed as attorney of record on the cases listed on the attached list.

3.    Roy M. Terry, Jr., John C. Smith and/or William A. Gray from SA are currently, and will remain, attorney of record in each the cases set forth on the list attached hereto.

Dated: April 1, 2015                           SANDS ANDERSON PC

                                               /s/ Roy M. Terry, Jr.

                                               Roy M. Terry, Jr., VSB No. 17764
                                               William A. Gray, VSB No. 46911
                                               John C. Smith, VSB No. 44556
                                               SANDS ANDERSON PC
                                               PO Box 1998
                                               Richmond, Virginia 23218-1998
                                               Telephone: 804.648.1636

| CASE NO. | CASE NAME |
| --- | --- |
| 02-69381-KLP | Tilton Boyd Holmes, Sr. and Mattie Elizabeth Holmes |
| 04-30288-KLP | Rothchild's Jewelers, Inc., a Virginia corporation |
| 04-30822-KLP | Rivah Corporation |
| 04-36730-KLP | Michael C. Daughtry |
| 07-33526-KRH | Artesian Water Wells, Inc. |
| 07-33849-KLP | Movie Gallery, Inc., et al. |
| 08-33932-KLP | David R. Ryder |
| 08-35653-KRH | Circuit City Stores, Inc. |
| 08-35994-KRH | LandAmerica Financial Group, Inc. |
| 09-31575-KRH | Antoine McKevin Wilkins and Rukiya Saada Wilkins |
| 09-34182-KLP | Carol A. Schley |
| 10-30696-KLP | Movie Gallery, Inc. |
| 10-31202-KLP | Estate BIPCO, LLC |
| 10-31715-KLP | James T Myers and Sandra M Myers |
| 10-35599-KRH | Barton Cheves Pasco, Sr and Bettie Lee Slate Pasco |
| 10-36398-KRH | Henry L. Wilton |
| 10-36605-KRH | Louis Randolph Chisholm |
| 11-30485-KLP | Ballast Point, LLC |
| 11-30488-KLP | Shirley Community, LLC |
| 11-31653-KRH | Jord Construction, LLC |
| 11-32141-KRH | Allen Mead Ferguson and Mary Rutherfoord M. Ferguson |
| 11-32343-KRH | Bruce H. McCloy and Patricia L. McCloy |
| 12-30057-KRH | Mid Atlantic Laboratory Services, LLC |
| 12-30566-KLP | Raymond Ware and Jennifer Ware |
| 12-31013-KRH | Mark Richard Zelazny and Wendy Loughlin Zelazny |
| 12-31699-KLP | Charles William Bowen |
| 12-32902-KRH | Bhagat Parkash, LLC |
| 12-33556-KLP | Kim Jenkins Brandveen |
| 12-34764-KLP | William Halvert Hix, Jr. |
| 12-36495-KRH | AMF Bowling Worldwide, Inc. |
| 12-36586-KRH | David Scott Milliron |
| 12-36723-KLP | Donald B. Schley |
| 13-31552-KRH | Timothy Austin Garrison |
| 13-32992-KLP | Stanley Palivoda and Vivian Hannah Palivoda |
| 13-33664-KRH | Kirk J. Stieler |
| 13-33837-KRH | Keith Hamner Waldrop |
| 13-34095-KRH | Laura Apostolov Balzer |
| 13-34124-KRH | Kay Wachsmann Carson |
| 13-34140-KRH | Virginia Collision Center, Inc. |
| 13-34811-KLP | George Thomas Rowe |
| 13-35055-KLP | Glenn R. Swader and Tamara H. Swader |
| 14-30183-KLP | Earnest Bryan Turner, Jr. |
| 14-30315-KRH | VA Newspaper Debtor Co., et al. |
| 14-30594-KRH | Nancy Morrison Foster |
| 14-30603-KRH | Beverly Ann Bailey |

| | |
|---|---|
| 14-31405-KLP | Virginia Pizza Partners, LLC |
| 14-31782-KLP | Jay Christian Dean |
| 14-31848-KRH | James River Coal Company |
| 14-34137-KLP | Hallmark Home Builders, Inc. |
| 15-30581-KRH | David Carl Sappington and Patricia Ann Sappington |
| 15-30660-KRH | Vicki Lynn Jordan |