## United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**
Donald Peterson
6510 Charles Ct.
Macungie, PA 18062

**In re:**  Circuit City Stores, Inc.

**Case Number**   08−35653−KRH
**Chapter**   11

**IN RE:**

*13621* − Letter (asking status of case) filed by Donald Peterson. (Luedecke, Tammy)

**INQUIRY:**

__  Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $11.00, plus 50¢ per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

__  The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

**X**  Your inquiry has been received. Please submit a search fee in the amount of $30.00, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched**.

__  Your request for photocopies has been received and is being processed. Please see below for any additional details or instructions.

**X**  The name and address of the Trustee or (Attorney for Debtor) in this case is:
UST
701 East Broad Street
Suite 4304
Richmond, VA 23219

__  This case was closed on _____ . [If appropriate: The file has been transferred to the Archives. If you wish the file retrieved, please submit fee in the amount of $64.00 (each additional box $39.00), payable to "Clerk, U. S. Bankruptcy Court", or you may contact the Clerk's Office for additional options.]

__  The following papers are returned to you:

**X**  The above case is still active. Any more information can be found on our website: www.vaeb.uscourts.gov Please don't hesitate to contact me. Thank you

Date:  April 1, 2015

CLERK, UNITED STATES BANKRUPTCY COURT

[iginquiryvDec2013.jsp]

By /s/ Tammy Luedecke, Deputy Clerk
Direct Dial Telephone No. 804−916−2425

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                          Chapter 11
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: luedecket          Page 1 of 57          Date Rcvd: Apr 01, 2015
                             Form ID: iginqury         Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          120 Orchard LLC

                                                                    TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2015 at the address(es) listed below:
          Aaron L. Hammer   on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   Virginia Surety Company, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   Service Saver, Incorporated ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
          ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron R. Cahn   on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com, tsable@honigman.com
          Albert F. Quintrall   on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins   on behalf of Interested Party   Eatontown Commons Shopping  Center
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   Arboretum of South Barrington, LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   AmCap NorthPoint LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   AmCap Arborland LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Creditor   Engineered Structures, Inc.
          ajackins@seyfarth.com
          Alison Ross Wickizer Toepp   on behalf of Creditor   Northern Indiana Public Service Company
          atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Energizer Battery, Inc.
          atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Creditor   GRE Grove Street One LLC
          atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Kingston Technology Co., Inc.
          atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Ambika Joline Biggs   on behalf of Defendant   Scripps Media, Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   The E.W. Scripps Company d/b/a/ Ventura County
          Star abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Scripps Networks, LLC d/b/a HGTV.com, d/b/a
          FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com

District/off: 0422-7          User: luedecket          Page 2 of 57          Date Rcvd: Apr 01, 2015
                             Form ID: iginqury         Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ambika Joline Biggs   on behalf of Defendant   The National Union Fire Insurance Company of
           Pittsburgh, PA abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Memphis Publishing Company, dba Commercial Appeal,
           Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams   on behalf of Creditor   Cobb Corners II, Limited Partnership
           amy.williams@klgates.com, hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   DIM Vastgoed, N.V. amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   Encinitas PFA, LLC amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   PrattCenter, LLC amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   UTC I, LLC amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   Valley Corners Shopping Center, LLC
           amy.williams@klgates.com, hailey.andresen@klgates.com
          Andrea Campbell Davison   on behalf of Creditor   Animal Planet, L.P. ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc.
           ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications Inc. a/k/a The
           Learning Channel ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Learning Channel, Inc. ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Wonders Industrial Development (Shenzhen) Co.,
           Ltd. ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications, Inc.
           ADavison@beankinney.com
          Andrew  Rapp   on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew A. Jones   on behalf of Interested Party   Farallon Capital Management, L.L.C.
           Andrew@ajoneslaw.com
          Andrew Edward Macfarlane   on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger   on behalf of Creditor   TKG Coffee Tree, L.P. andrewr@boydhomes.com,
           akrudiger@kaufcan.com
          Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. Andrew.Cole@leclairryan.com
          Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
           dbonilla@shutts-law.com
          Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
          Anitra D. Goodman Royster   on behalf of Creditor   Connexion Technologies
           anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
           raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt   on behalf of Creditor   The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Anne C. Lahren   on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren   on behalf of Defendant   Landmark Media Enterprises LLC, f/k/a Landmark
           Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
           murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
           Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
           Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
           1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
           abraucher@mcmillanmetro.com
          Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
           drichards@vanblk.com;kjerald@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
           drichards@vanblk.com;kjerald@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
           drichards@vanblk.com;kjerald@vanblk.com
          Annemarie G. McGavin   on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Dick's Sporting Goods, Inc.
           annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   General Instrument Corporation d/b/a Home &
           Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello   on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
           acichello@kb-law.com
          Anthony J. Cichello   on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
           Companies, Ltd. acichello@kb-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
   ecfilings@hangley.com
Ashley M. McDow   on behalf of Other Professional   Alfred H. Siegel, the Liquidating Trustee of
   Circuit City Stores, Inc. Liquidating Trust amcdow@bakerlaw.com, mdelaney@bakerlaw.com,
   ffarivar@bakerlaw.com,sgaeta@bakerlaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Generation H One and Two Limited Partnership
   aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Roth Tanglewood LLC aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Defendant   American Power Conversion Corp. aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Rolling Acres Plaza Shopping Center
   aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   The Macerich Company aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Greenback Associates aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Transferee   412 South Broadway Realty LLC aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   RREEF Management Company aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
   managing agent for WTM Glimcher LLC aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Portland Investment Company of America
   aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Shopping Center aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Prado, llc aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Transferor   Manufacturers and Traders Trust Company, as
   Trustee aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Union Square Retail Trust aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Defendant   Signature Home Furnishings Co. Inc.
   aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Morse-Sembler Villages Partnership #4
   aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Lexmark International, Inc. aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Perimeter Mall aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Madison Waldorf, LLC aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Redtree Properties, L.P. aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Drexel Delaware Limited Partnership
   aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Inland US Management LLC aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Defendant   Audio Authority Corporation aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Defendant   Lexmark International, Inc. aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Carousel Center Company, L.P. aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
   Gateway III, LLC as tenants in common aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Daniel W. Ramsey aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Transferor   Manufactures and Traders Trust Company, as
   Trustee aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
   Luckoff Land Company, LLC as tenants in common aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   International Speedway Square, Ltd.
   aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   EEL McKee LLC aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   NAP Northpoint, LLC aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Macy's Retail Holdings, Inc. aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Diamond Square, LLC aepps@cblaw.com,
   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Amargosa Palmdale Investments, LLC
   aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Fingerlakes Crossing, LLC aepps@cblaw.com,
   avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 4 of 57          Date Rcvd: Apr 01, 2015
                              Form ID: iginqury        Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Starpoint Property Management, LLC
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Prudential Insurance Company of America
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   American Power Conversion Corp. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Manufacturers and Traders Trust Company, as
             Trustee aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management,  Inc.
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Thoroughbred Village Tennessee, GP
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Plaintiff   CC-Investors 1995-6 aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing I, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Associates, Ltd. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
             St. Paul Pioneer Press aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Rancon Realty Fund IV aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Catellus Operating Limited Partnership
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Argyle Forest Retail I, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Westgate Village, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Defendant   CDW Direct, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Interested Party   Manufacturers & Traders Trust Company, as
             Trustee aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Sangertown Square, L.L.C. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Swanblossom Investments, LP aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Donahue Schriber Realty Group, L.P.
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Laurel Plumbing, Inc. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Generation One and Two, LP aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
             managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Kimco Realty Corporation aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC, Inland American
             Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
             Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Whitestone Development Partners, L.P.
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   De Rito Pavilions 139, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@cblaw.com,
             avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Solutions 2 Go, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney   Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Professional   Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Belkys Escobar    on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
          bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Belkys Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
          bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Federal Warranty Service Corporation
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
          cloving@hunton.com
          Benjamin Joseph Lambiotte    on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          bgodshall@pszjlaw.com
          Bradford F. Englander    on behalf of Creditor    Source Interlink Media, LLC benglander@wtplaw.com,
          rodom@wtplaw.com
          Bradford F. Englander    on behalf of Creditor    Alliance Entertainment Corporation
          benglander@wtplaw.com,  rodom@wtplaw.com
          Brenda M. Whinery   on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler    on behalf of Creditor    Prince George's County, Maryland
          bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net

District/off: 0422-7          User: luedecket          Page 6 of 57          Date Rcvd: Apr 01, 2015
                             Form ID: iginqury          Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Brett Christopher Beehler    on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net,
           lsansbury@mrrlaw.net
          Brian D. Huben    on behalf of Creditor    Prudential Insurance Company of America
           brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben    on behalf of Creditor    The Macerich Company brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben    on behalf of Creditor    KNP brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben    on behalf of Creditor    Cousins Properties Incorporated
           brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben    on behalf of Creditor    Watt Management Company brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben    on behalf of Creditor    RREEF Management Company brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben    on behalf of Creditor    Foursquare Properties, Inc. brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben    on behalf of Creditor    Portland Investment Company of America
           brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian F. Kenney    on behalf of Creditor    Black & Decker (US), Inc. bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Defendant    JLG Industries, Inc. bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Creditor    44 North Properties, LLC bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Creditor    JLG Industries, Inc. bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Creditor    Maryland Acquisitions, LLC bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Defendant    Black & Decker (US), Inc. bkenney@milesstockbridge.com
          Brittany Jane Nelson    on behalf of Creditor Karl  Engelke bnelson@foley.com
          Byron Z. Moldo    on behalf of Creditor    RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Descanso TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          C. Christopher Meyer    on behalf of Creditor    Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer    on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason    on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas
           Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    Golfsmith International, L.P.
           ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
          Chang  Eugene    on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC
           c.gideon.korrell@dentons.com,  jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com
          Charles W. Chotvacs    on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Portland Investment Company of America
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    UBS Realty Investors, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Federal Realty Investment Trust
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Morris Companies Affiliates
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Cousins Properties Incorporated
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Charles W. Chotvacs    on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
      Charles W. Chotvacs    on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
      Charles W. Chotvacs    on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
      Charles W. Chotvacs    on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
      Charles W. Chotvacs    on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
      Charles W. Chotvacs    on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
      Charles W. Chotvacs    on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
      Charles W. Chotvacs    on behalf of Creditor    KNP cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
      Charles W. Chotvacs    on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
      Charles W. Chotvacs    on behalf of Creditor    Prudential Insurance Company of America
      cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
      Charles W. Chotvacs    on behalf of Creditor    Melvin Walton Hone cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
      Charles W. Chotvacs    on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
      Christian K. Vogel    on behalf of Unknown    G&S Livingston Realty, Inc.
      Christian.Vogel@leclairryan.com,
      kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
      Christian K. Vogel    on behalf of Creditor    Circuit Investors #2, Ltd.
      Christian.Vogel@leclairryan.com,
      kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
      Christian K. Vogel    on behalf of Creditor    Circuit Investors #3, Ltd.
      Christian.Vogel@leclairryan.com,
      kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
      Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC
      Christian.Vogel@leclairryan.com,
      kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
      Christine D. Lynch    on behalf of Creditor    Interstate Augusta Properties LLC
      clynch@goulstonstorrs.com
      Christine D. Lynch    on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
      Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership
      clynch@goulstonstorrs.com
      Christine D. Lynch    on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
      Christine D. Lynch    on behalf of Creditor    S.R. Weiner & Associates Inc.
      clynch@goulstonstorrs.com
      Christine D. Lynch    on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
      Christine McAteer Ford    on behalf of Creditor Ada Alicea cford@mdpcelaw.com
      Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others
      similarly situated cford@mdpcelaw.com
      Christopher A. Jones    on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
      rodom@wtplaw.com;dgaffey@wtplaw.com
      Christopher A. Jones    on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
      rodom@wtplaw.com;dgaffey@wtplaw.com
      Christopher A. Jones    on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
      rodom@wtplaw.com;dgaffey@wtplaw.com
      Christopher A. Jones    on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
      cajones@wtplaw.com,  rodom@wtplaw.com;dgaffey@wtplaw.com
      Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
      rodom@wtplaw.com;dgaffey@wtplaw.com
      Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kv-legal.com,
      nferenbach@kv-legal.com
      Christopher L. Perkins    on behalf of Defendant    Parago Promotional Services, Inc
      christopher.perkins@leclairryan.com,
      sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
      orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
      Tech christopher.perkins@leclairryan.com,
      sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
      orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    Gannett Satellite Information Network, Inc.,
      dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
      sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
      orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
      christopher.perkins@leclairryan.com,
      sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
      orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
        Republic christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
        TV christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
        Star christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

        Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
          d/b/a Jack of All Games christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Daniel Group
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
          Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
          Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
          Two Interactive christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Movant Nina    Winston christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com

District/off: 0422-7          User: luedecket          Page 11 of 57          Date Rcvd: Apr 01, 2015
                             Form ID: iginqury         Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher L. Perkins    on behalf of Defendant     Gannett Co., Inc. dba Greenville News aka The
          Greenville News christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant     Sirius XM Radio Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor     The Balogh Companies
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant     Parago, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant     eReplacements, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown     CP Nord du Lac JV, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor     Schimenti Construction Company LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor     507 Northgate LLC alstc@foster.com,
          ristj@foster.com
          Christopher M. Desiderio    on behalf of Plaintiff     Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor     TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor     Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor     International Business Machines Corporation
          cbelmonte@ssbb.com,   asnow@ssbb.com,pbosswick@ssbb.com
          Christopher S. Colby    on behalf of Creditor     Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor     Berkshire Hyannis LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor     Federal Realty Investment Trust
          cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor     Brixmor Property Group, Inc., f/k/a Centro
          Properties Group cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor     Greece Ridge, LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor     Battlefield FE Limited Partners
          cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor     Centro Properties Group
          cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor     Paramount Home Entertainment
          cpozmantier@ktbslaw.com,   mtuchin@ktbslaw.com
          Craig M. Palik    on behalf of Creditor     CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
          cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
          awyers.com
          Craig M. Palik    on behalf of Creditor     Congressional North Associates Limited Partnership
          cpalik@mhlawyers.com,
          cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
          awyers.com
          Curtis G. Manchester    on behalf of Defendant     Energizer Battery, Inc. cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          Curtis G. Manchester    on behalf of Defendant     Sony Computer Entertainment America Inc., A/K/A
          Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          Curtis G. Manchester    on behalf of Defendant     Kingston Technology Co., Inc.
          cmanchester@reedsmith.com,   shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          D. Marc Sarata    on behalf of Defendant     Bush Industries Inc. msarata@ltblaw.com,
          ndysart@ltblaw.com;plaura@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant     Cox Media Group, Inc. and Cox Enterprises, Inc.,
          individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
          ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant     KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant     Cox Enterprises, Inc. d/b/a The Atlanta
          Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant     Midwest Television, Inc. d/b/a KFMB-TV
          ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant     WFTV, Inc. ddprichard@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
          Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
          Post ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
          Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
          individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks    on behalf of Debtor    Kinzer Technology, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    PRAHS, INC. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Mayland MN, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Patapsco Designs, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Defendant    Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Plaintiff    Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    XSStuff, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Sky Venture Corp. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Courchevel, LLC dblanks@mcguirewoods.com
          Daniel M. Press    on behalf of Attorney Daniel M Press dpress@chung-press.com,    pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    Bensussen Deutsch & Associates, Inc.
          dpress@chung-press.com,    pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    B.R. Fries & Associates, LLC dpress@chung-press.com,
          pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc.
          dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Defendant    Targus, Inc. darrell.clark@stinsonleonard.com,
          catherine.scott@stinsonleonard.com
          Darrell William Clark    on behalf of Creditor    Waste Management, Inc.
          darrell.clark@stinsonleonard.com,    catherine.scott@stinsonleonard.com
          Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
          David McCall    on behalf of Creditor    Garland ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David McCall    on behalf of Creditor    Collin County Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David McCall    on behalf of Creditor    Frisco ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor    Pan Am Equities dgreer@davidgreerlaw.com,
          ecf@davidgreerlaw.com
          David A. Greer    on behalf of Creditor    Century plaza development corporation
          dgreer@davidgreerlaw.com,    ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com,
          scilino@chlhf.com
          David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David H. Cox    on behalf of Creditor    Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David J. Ervin    on behalf of Creditor    WEC 99A-2LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
          dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The MacNaughton Group dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Developers Diversified Realty Corporation
          dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Continental Properties Company, Inc.
          dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Philips International dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com

District/off: 0422-7          User: luedecket          Page 13 of 57          Date Rcvd: Apr 01, 2015
                             Form ID: iginqury          Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David J. Ervin    on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
          RC CA Santa Barbara, LLC dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
          and Eagin Communications dspiro@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
          David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
          druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
          tleonard@gfrlaw.com
          David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler    on behalf of Other Professional    Alfred H. Siegel, the Liquidating Trustee
          of Circuit City Stores, Inc. Liquidating Trust dkessler@bakerlaw.com
          Dena Sloan Kessler    on behalf of Defendant    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Dena Sloan Kessler    on behalf of Defendant    The National Union Fire Insurance Company of
          Pittsburgh, PA dkessler@bakerlaw.com
          Dena Sloan Kessler    on behalf of Creditor    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
          Revenue Services denise.mondell@ct.gov
          Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services
          denise.mondell@ct.gov
          Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    JVC Americas Corp. and JVC Company of America
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
          America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Business to Business Solutions, LLC
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    iProspect.com Inc. dtlewand@kaufcan.com
          Denyse Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Transferee    Korea Export Insurance Corporation
          dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
          Dexter D. Joyner    on behalf of Creditor    Pasadena Independent School District
          caaustin@comcast.net
          Dion W. Hayes    on behalf of Debtor    Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Dion W. Hayes   on behalf of Debtor    CC Distribution Company of Virginia, Inc.
      dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Defendant   Circuit City Stores, Inc. dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com
      Dion W. Hayes   on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
      Dominic L. Chiariello   on behalf of Creditor Donovan  Dunwell dc@chiariello.com
      Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects
      dludman@brownconnery.com
      Douglas  Scott   on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
      Douglas  Scott   on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
      Douglas  Scott   on behalf of Defendant   Climate Design Systems BankruptcyCounsel@gmail.com
      Douglas  Scott   on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
      Douglas  Scott   on behalf of Defendant   Besam USA Inc. f/k/a Besam Automated Entrance Systems,
      Inc. BankruptcyCounsel@gmail.com
      Douglas  Scott   on behalf of Creditor    Pasadena Independent School District
      BankruptcyCounsel@gmail.com
      Douglas  Scott   on behalf of Transferee   CPH Investments III, LLC BankruptcyCounsel@gmail.com
      Douglas  Scott   on behalf of Creditor    Interactive Toy Concepts, Inc
      BankruptcyCounsel@gmail.com
      Douglas  Scott   on behalf of Defendant   Electronic Process Solutions d/b/a EPS Texas
      BankruptcyCounsel@gmail.com
      Douglas  Scott   on behalf of Defendant   Russellville Steel Company, Inc.
      BankruptcyCounsel@gmail.com
      Douglas  Scott   on behalf of Defendant   Merrimack Valley Corp. BankruptcyCounsel@gmail.com
      Douglas  Scott   on behalf of Defendant   Merrimack Valley Sheet Metal Corporation
      BankruptcyCounsel@gmail.com
      Douglas  Scott   on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
      Douglas  Scott   on behalf of Defendant   Hannspree North America, Inc., f/k/a Hannspree
      California, Inc. BankruptcyCounsel@gmail.com
      Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
      dkappler@rdlawcorp.com
      Douglas M. Foley   on behalf of Debtor   Mayland MN, LLC dfoley@mcguirewoods.com,
      twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
      Douglas M. Foley   on behalf of Debtor   Patapsco Designs, Inc. dfoley@mcguirewoods.com,
      twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
      Douglas M. Foley   on behalf of Debtor   XSStuff, LLC dfoley@mcguirewoods.com,
      twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
      Douglas M. Foley   on behalf of Debtor   Ventoux International, Inc. dfoley@mcguirewoods.com,
      twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
      Douglas M. Foley   on behalf of Debtor   Courchevel, LLC dfoley@mcguirewoods.com,
      twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
      Douglas M. Foley   on behalf of Debtor   CC Aviation, LLC dfoley@mcguirewoods.com,
      twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
      Douglas M. Foley   on behalf of Debtor   Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
      twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
      Douglas M. Foley   on behalf of Debtor   InterTAN, Inc. dfoley@mcguirewoods.com,
      twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
      Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc.
      dfoley@mcguirewoods.com,  twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
      Douglas M. Foley   on behalf of Debtor   Orbyx Electronics, LLC dfoley@mcguirewoods.com,
      twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
      Douglas M. Foley   on behalf of Debtor   Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
      twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
      Douglas M. Foley   on behalf of Debtor   Sky Venture Corp. dfoley@mcguirewoods.com,
      twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
      Douglas M. Foley   on behalf of Debtor   PRAHS, INC. dfoley@mcguirewoods.com,
      twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
      Douglas M. Foley   on behalf of Plaintiff   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
      twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
      Douglas M. Foley   on behalf of Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
      twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
      Douglas M. Foley   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
      dfoley@mcguirewoods.com,  twhite@mcguirewoods.com;jlbrown@mcguirewoods.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

     Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
        twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
     Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
        dfoley@mcguirewoods.com,    twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
     Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
        dfoley@mcguirewoods.com,    twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
     Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
        twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
     Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
        twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
     Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
        dfoley@mcguirewoods.com,    twhite@mcguirewoods.com;jlbrown@mcguirewoods.com
     Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
     Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
     Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dylan.trache@nelsonmullins.com,
        robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P.
        dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Creditor    Philadelphia Television Station WPSG Inc.
        dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc.
        dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
        robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dylan.trache@nelsonmullins.com,
        robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
        robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
        robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
        dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Defendant    Meredith Corporation dylan.trache@nelsonmullins.com,
        robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation
        dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc.
        dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Defendant    CBS Corporation dylan.trache@nelsonmullins.com,
        robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc.
        dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
        robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
        robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
        and KGW-TV dylan.trache@nelsonmullins.com,
        robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
        dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company
        dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P.
        dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dylan.trache@nelsonmullins.com,
        robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
     Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
        mayle@hooverslovacek.com
     Elizabeth Banda Calvo    on behalf of Creditor    City of Hurst, Mansfiled ISD, Carroll ISD
        ebcalvo@pbfcm.com,    rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
     Elizabeth Banda Calvo    on behalf of Creditor    City of Cedar Hill, Burleson ISD, Arlington ISD
        ebcalvo@pbfcm.com,    rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
     Elizabeth Banda Calvo    on behalf of Creditor    City of Lake Worth ebcalvo@pbfcm.com,
        rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
     Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
        wenditaylor@toase.com
     Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company egunn@sandsanderson.com,
        sryan@sandsanderson.com;dbbankruptcy@gmail.com
     Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
        Gazette egunn@sandsanderson.com,    sryan@sandsanderson.com;dbbankruptcy@gmail.com
     Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
        sryan@sandsanderson.com;dbbankruptcy@gmail.com
     Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren egunn@sandsanderson.com,
        sryan@sandsanderson.com;dbbankruptcy@gmail.com
     Elizabeth L. Gunn    on behalf of Creditor Mikael  Salovaara egunn@sandsanderson.com,
        sryan@sandsanderson.com;dbbankruptcy@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

     Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
       sryan@sandsanderson.com;dbbankruptcy@gmail.com
     Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall egunn@sandsanderson.com,
       sryan@sandsanderson.com;dbbankruptcy@gmail.com
     Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1 egunn@sandsanderson.com,
       sryan@sandsanderson.com;dbbankruptcy@gmail.com
     Elizabeth L. Gunn    on behalf of Creditor    City of Philadelphia egunn@sandsanderson.com,
       sryan@sandsanderson.com;dbbankruptcy@gmail.com
     Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
       egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
     Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedumspring.com,
       ramona.neal@hp.com;ken.higman@hp.com
     Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com
     Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
       klgatesbankruptcy@klgates.com
     Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
     Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
     Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
       emorabito@pattonboggs.com
     Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
       kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
       on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
     Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
       kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
       on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
     Erin Elizabeth Kessel    on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
       kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
       on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
     Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
       kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
       on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
     Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
       ekessel@spottsfain.com,
       kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
       on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
     Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
       kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
       on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
     Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
       Service of North Carolina ekessel@spottsfain.com,
       kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
       on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
     Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
       ekessel@spottsfain.com,
       kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
       on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
     Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
       kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
       on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
     Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
       kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
       on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
     Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
       kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
       on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
     F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
     Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
       ffm@bostonbusinesslaw.com
     Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
       fpepler@peplermastromonaco.com
     Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
     Franklin R. Cragle, III    on behalf of Creditor    United States Debt Recovery, LLC
       fcragle@hf-law.com
     Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
     Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
       rudzikf@dor.state.fl.us
     Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
       mmarck@olshanlaw.com;ssallie@olshanlaw.com
     Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
       mmarck@olshanlaw.com;ssallie@olshanlaw.com
     Garren Robert Laymon    on behalf of Creditor    Placer County glaymon@mglspc.com,
       jcoffman@mglspc.com
     Garren Robert Laymon    on behalf of Creditor    Riverside County California glaymon@mglspc.com,
       jcoffman@mglspc.com
     Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
       jcoffman@mglspc.com
     Garren Robert Laymon    on behalf of Creditor    San Bernardino County glaymon@mglspc.com,
       jcoffman@mglspc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Garren Robert Laymon    on behalf of Creditor    Glenmoor Limited Partnership glaymon@mglspc.com,
            jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Monterey County glaymon@mglspc.com,
            jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
            glaymon@mglspc.com,  jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Lake County (Florida) Tax Collector
            glaymon@mglspc.com,  jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Arlington ISD glaymon@mglspc.com,
            jcoffman@mglspc.com
          Gary E. Mason   on behalf of Plaintiff Marlon  Mondragon gmason@wbmllp.com
          Gary E. Mason   on behalf of Creditor Marlon  Mondragon gmason@wbmllp.com
          Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
          Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
            gfulghum@sblsg.com,  jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
            jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
            jschmeltz@sblsg.com;jrapp@sblsg.com
          Gerald P. Kennedy, &#096   on behalf of Attorney    Plaza Las Palmas, LLC
            gerald.kennedy@procopio.com,  kristina.terlaga@procopio.com;calendaring@procopio.com
          Gerald P. Kennedy, &#096   on behalf of Creditor    Plaza Las Palmas, LLC
            gerald.kennedy@procopio.com,  kristina.terlaga@procopio.com;calendaring@procopio.com
          Gerald P. Kennedy, &#096   on behalf of Creditor    Plaza Las Palmas LLC., Store 449
            gerald.kennedy@procopio.com,  kristina.terlaga@procopio.com;calendaring@procopio.com
          German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
            alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
            notices@becket-lee.com
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
            Corp Card notices@becket-lee.com
          Gilbert D. Sigala   on behalf of Creditor John  Batioff sigalawl@aol.com
          Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            gbrown@pszjlaw.com
          Gina Baker Hantel   on behalf of Defendant    State of Tennessee Department of Revenue,through
            Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel   on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
            agbankcal@ag.tn.gov
          Gina Baker Hantel   on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
            gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Glenn H. Silver   on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
            christine@virginia-lawyers.net
          Gordon S. Woodward   on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant   on behalf of Defendant    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
            ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
          H. Elizabeth Weller   on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller   on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
          Hale  Yazicioglu   on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown   on behalf of Creditor    Westgate Village, LP heather@hdbrownlaw.com,
            jwest@kkgpc.com
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
            Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
            Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr   on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
            Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
            Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Creditor    Suemar hbroberts@live.com,
            droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
            Corporation hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
            ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
            droberts1949@live.com
          Henry P. Baer   on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
            csommer@fdh.com
          Henry Pollard Long, III   on behalf of Defendant    Panasonic Corporation of North America
            hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com,
            tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party    Parker Central Plaza Ltd
            hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    Panasonic Corporation of North America
            hlong@hunton.com,  tcanada@hunton.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Henry Pollard Long, III   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com,
  tcanada@hunton.com
Henry Pollard Long, III   on behalf of Interested Party   Food Lion LLC hlong@hunton.com,
  tcanada@hunton.com
Henry Pollard Long, III   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
  hlong@hunton.com, tcanada@hunton.com
Henry Pollard Long, III   on behalf of Creditor   Taubman Auburn Hills Associates Limited
  Partnership hlong@hunton.com, tcanada@hunton.com
Henry Pollard Long, III   on behalf of Creditor   Harvest/HPE LP hlong@hunton.com,
  tcanada@hunton.com
Henry Pollard Long, III   on behalf of Creditor   H & R REIT (U.S.) Holdings Inc.
  hlong@hunton.com, tcanada@hunton.com
Henry Pollard Long, III   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
  hlong@hunton.com, tcanada@hunton.com
Henry Pollard Long, III   on behalf of Interested Party   Federal Warranty Service Corporation
  hlong@hunton.com, tcanada@hunton.com
Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
  howard.j.grossman@chase.com
Ian S. Landsberg   on behalf of Creditor   Torrance Towne Center Associates, LLC
  ilandsberg@landsberg-law.com
Ian S. Landsberg   on behalf of Creditor   FJL-MVP, LLC ilandsberg@landsberg-law.com
Ian S. Landsberg   on behalf of Creditor   NMC Stratford, LLC ilandsberg@landsberg-law.com
Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
  chefiling@lw.com;robert.klyman@lw.com
J. Christian Word   on behalf of Liquidator   Hilco Merchant Resources, LLC
  chefiling@lw.com;robert.klyman@lw.com
J. David Folds   on behalf of Defendant   Simpletech, Inc. dfolds@bakerdonelson.com,
  sparson@bakerdonelson.com
J. David Folds   on behalf of Defendant   Interactive Communications International, Inc.
  dfolds@bakerdonelson.com, sparson@bakerdonelson.com
J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
  dfolds@bakerdonelson.com, sparson@bakerdonelson.com
J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
  dfolds@bakerdonelson.com, sparson@bakerdonelson.com
J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@bakerdonelson.com,
  sparson@bakerdonelson.com
Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
  jackson.toof@arentfox.com
Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
  jackson.toof@arentfox.com
Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
  lbigus@stinson.com
James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
  James.Newbold@illinois.gov
James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
  through Brian Hamer, its Director James.Newbold@illinois.gov
James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
  vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
James E. Clarke   on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
  rbailey@atlanticlawgrp.com
James Edward Bowman, II   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
  bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
  avis.francis@hklaw.com
James J. Briody   on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
  kim.smith@sablaw.com
James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
  kim.smith@sablaw.com
James J. Briody   on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
  kim.smith@sablaw.com
James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
  eanderson@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;hcut
  right@spottsfain.com
James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
  ncoton@beankinney.com
James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
  ncoton@beankinney.com
James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
  jlombardi@rossbanks.com, acole@rossbanks.com
James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
  of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
James Winston Burke   on behalf of Creditor   MiTAC Digital Corp. (Magellan) jburke@milbank.com
James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA
  Inc. jburke@milbank.com
James Winston Burke   on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP
  jburke@milbank.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
James Winston Burke    on behalf of Defendant    MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
         jburke@milbank.com
James Winston Burke    on behalf of Creditor    Nintendo of America, Inc. jburke@milbank.com
James Winston Burke    on behalf of Defendant    MiTAC Digital Corporation, individually and
         including in its capacity as successor to Magellan Navigation, Inc. jburke@milbank.com
James Winston Burke    on behalf of Defendant    Nintendo of America, Inc. jburke@milbank.com
Jamie M. Konn    on behalf of Defendant    Polk Audio, Inc. jamie.konn@dlapiper.com,
         jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
         jamie.konn@dlapiper.com,  jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
Janet M. Meiburger, Esq.    on behalf of Creditor    Tribune Company admin@meiburgerlaw.com
Janet M. Meiburger, Esq.    on behalf of Creditor    Ricmac Equities Corporation
         admin@meiburgerlaw.com
Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
         ecf@krcl.com
Jason B. Binford    on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
         ecf@krcl.com
Jason M. Krumbein    on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
         a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason M. Krumbein    on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
         a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason M. Krumbein    on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
         a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason M. Krumbein    on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
         a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason William Harbour    on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@hunton.com,
         tcanada@hunton.com
Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
         jharbour@hunton.com,  tcanada@hunton.com
Jeffrey  Scharf    on behalf of Creditor    County of Spokane jeff@taxva.com,
         tacspc@gmail.com;amanda@taxva.com
Jeffrey  Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
         tacspc@gmail.com;amanda@taxva.com
Jeffrey  Scharf    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
         jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com
Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
         Jeff.Klusmeier@ago.mo.gov,  Michelle.Hirschvogel@ago.mo.gov
Jeffrey I. Snyder    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
         jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
         eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
         eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
         eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
         eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
         eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
         eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
         jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited
         Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
         eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
         eservice@bilzin.com;lflores@bilzin.com
Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
         dwineinger@taftlaw.com;ecfclerk@taftlaw.com
Jeffrey J. Graham    on behalf of Creditor    Washington Corner, LP jgraham@taftlaw.com,
         dwineinger@taftlaw.com;ecfclerk@taftlaw.com
Jeffrey L. Tarkenton    on behalf of Creditor    Amcor Sunclipse North America jtarkenton@wcsr.com,
         kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    Gateway US Retail, Inc. jtarkenton@wcsr.com,
         kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
         kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corporation
         jtarkenton@wcsr.com,
         kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    The Insurance Company of the State of
         Pennsylvania jtarkenton@wcsr.com,
         kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
         kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Jeffrey L. Tarkenton   on behalf of Defendant   MaineToday Media, Inc. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
             Jeffrey L. Tarkenton   on behalf of Defendant   Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
             Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corp.
              jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
             Jeffrey L. Tarkenton   on behalf of Creditor   Gateway, Inc. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
             Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
             Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com;lames@wcsr.com
             Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jeffreymsherman@gmail.com,
              emoyer@bsgfdlaw.com;jetsikerdanos@lerchearly.com
             Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
              Creditors jpomerantz@pszjlaw.com
             Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   OTR-Clairemont Square dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   KNP dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
             Jennifer Ellis Lattimore   on behalf of Defendant   Vizio, Inc. jlattimore@eckertseamans.com
             Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
             Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
              jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
             Jennifer J. West   on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
             Jennifer J. West   on behalf of Creditor   Entergy Louisiana, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com

District/off: 0422-7          User: luedecket          Page 21 of 57          Date Rcvd: Apr 01, 2015
                             Form ID: iginqury         Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer J. West    on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
          donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Mississippi, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
          donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
          donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
          donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
          donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca Cola Bottling Co. Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
          donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
          donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
          donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
          donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
          Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
          donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
          donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
          donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
          jkneeland@linowes-law.com,  klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com,
          klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
          jkneeland@linowes-law.com,  klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
          jkneeland@linowes-law.com,  klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Swiff-Train Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
          Bee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: luedecket          Page 22 of 57          Date Rcvd: Apr 01, 2015
                             Form ID: iginqury         Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
           jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
           jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
           jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
           Inland Pacific Property Services LLC) jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
           jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
           jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
           Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
           jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
           Gateway III, LLC as tenants in common jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
           Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
           jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
           jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
           Carlson Marketing Group, Inc. jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
           jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
           jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
           Southwest Management LLC) jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
           jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
           jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
           jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
           Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
            Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor Alexander H Bobinski jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
            Capital Management, LP jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
            Star jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
            Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: luedecket          Page 24 of 57          Date Rcvd: Apr 01, 2015
                             Form ID: iginqury         Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
          d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
          Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
          American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
          Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
          Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
          Cameron Bayonne, LLC) jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
          News, aka The Sun News jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
          Center) jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
          Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
          Center jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
          Idaho Statesman jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company, d/b/a The Wichita
          Eagle jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   The Leben Family Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Hamilton Beach Brands, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Cohab Realty, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   EEL McKee LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Plaintiff   CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   San Luis Obispo Tribune
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   CHK, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Computer Resource Team, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Bizport, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   T & T Enterprises jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Swanblossom Investments, LP
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Lexington Herald Leader jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Transferor   Manufactures and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Austin Southpark Meadows II
          Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Phillipsburg Greenwich L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Cedar Hill Pleasant Run Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   International Speedway Square, Ltd.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Lexmark International, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Media General Operations, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland American Chesapeake Crossroads, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Landover (Landover Crossing), LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Columbia State jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   James H. Wimmer, Jr., personally
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Catellus Operating Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RPAI US Management LLC (f/k/a Inland US
          Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   The West Campus Square Company, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Fresno Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for
          Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
          acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Roth Tanglewood, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   DayMen U.S., Inc. d/b/a Lowepro USA
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1031, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Pacific Property Services LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore   on behalf of Creditor   Inland Commercial Property Management, Inc.
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee for Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Crossgates Commons NewCo, LLC
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Lexington Herald-Leader
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland US Management LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Kite Coral Springs, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Sangertown Square, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Temecula Commons, L.L.C.
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Transferor   Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, a
          nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
          acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Cousins Properties Incorporated
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Southwest Darien, L.L.C.
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Continental Property Management Corp.
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Rancon Realty Fund IV jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland American Retail Management LLC
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Argyle Forest Retail I, LLC
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   KRG Market Street Village, LP
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Warner Home Video jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   The Macerich Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Digital Innovations, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Acadia Realty Limited Partnership
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Manufacturers & Traders Trust Company,
          as Trustee jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Myrtle Beach Farms jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Fishers Station Development Co.
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   North Jersey Media Group Inc.
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Thoroughbred Village Tennessee, GP
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Crossroads Shopping Center jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Whitestone Development Partners, L.P.
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Bella Terra Associates, LLC
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: luedecket          Page 27 of 57          Date Rcvd: Apr 01, 2015
                             Form ID: iginqury         Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore   on behalf of Creditor   Merge Computer Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RioCan Austin Southpark Meadows II Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Tanglewood Park, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
          calirm@haslaw.com
          Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
          egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
          jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Information Systems, Inc.
          jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg   on behalf of Creditor   Washington Green TIC jeremy.friedberg@llff.com,
          ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Williams   on behalf of Creditor   Magna Trust Company, Trustee
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
          lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Defendant   SDI Technologies, Inc.
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
          lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Defendant   Antec, Inc. jeremy.williams@kutakrock.com,
          lynda.wood@kutakrock.com
          Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
          jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Interested Party   McCandlish Holton, PC
          jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
          jmartin@weststarmortgage.com
          Jeremy W. Ryan   on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
          Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
          Corp. jerryhall10@hotmail.com
          Jess R. Bressi   on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
          Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes   on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
          swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   Arboretum of South Barrington, LLC
          jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping  Center
          jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
          swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
          Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
          jsaronson@ridberglaw.com
          Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          Joel T. Marker   on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
          John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
          jraftery@offitkurman.com
          John C. Smith   on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
          Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith   on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
          Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith   on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          jfiero@pszjlaw.com
          John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
          wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;jhill@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@wmlawgroup.com,
          wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;jhill@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@wmlawgroup.com,
          wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;jhill@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
          jmcintyre@wmlawgroup.com,
          wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;jhill@wmlawgroup.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John D. McIntyre    on behalf of Defendant    Midland Radio Corporation jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;jhill@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
            jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;jhill@wmlawgroup.com
          John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
            pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor    VIWY, L.P. lucian@blankrome.com
          John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
            lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor    Marc Realty jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    SimpleTech by Hitachi Global Storage Technologies
            jmcjunkin@bakerdonelson.com,   sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
          John J. Lamoureux    on behalf of Creditor    Amore Construction Company jlamoureux@cfjblaw.com,
            delliott@cfjblaw.com;tpaecf@cfdom.net
          John J. Trexler    on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association
            jroche@perkinscoie.com,
            ADSmith@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig    on behalf of Defendant    Imagitas, Inc. johncraigg@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Ohio, Inc. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
            johncraigg@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Hope johncraigg@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor    Central Georgia Electric Membership Corporation
            johncraigg@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Creditor    New York State Electric and Gas Corporation
            johncraigg@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor    Michigan Consolidated Gas Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Creditor    Carolina Power & Light Company d/b/a Progress Energy
            Carolinas johncraigg@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor    Boston Gas Company johncraigg@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor    Connecticut Light and Power Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Creditor    Chalek Company LLC johncraigg@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Peoples johncraigg@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor    Piedmont Natural Gas Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Creditor    Toledo Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southern Connecticut Gas Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Indiana, Inc. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Defendant    Sun Builders Co. johncraigg@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Defendant    Pro-Pave Sealcoat Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southern California Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Creditor    Yankee Gas Services Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Creditor    Orange and Rockland Utilities johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Detroit Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Creditor    KeySpan Gas East Corporation johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Creditor    Connecticut Natural Gas Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Cleveland Electric Illuminating Company
            johncraigg@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Carolinas, LLC johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig    on behalf of Creditor    Public Service Company of New Hampshire
            johncraigg@aol.com,   russj4478@aol.com

District/off: 0422-7          User: luedecket          Page 29 of 57          Date Rcvd: Apr 01, 2015
                             Form ID: iginqury         Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John M. Craig    on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion
          Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Public Service Electric And Gas Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Granite State Electric johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Consolidated Edison Company of New York, Inc.
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Salt River Project johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    American Electric Power johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Jackson EMC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Defendant    ASM Capital III, L.P. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John P. Van Beek    on behalf of Defendant    Cosco, Inc., d/b/a Cosco Air Conditioning and
          Refrigeration jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
          vanbeek.com
          John P. Van Beek    on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
          vanbeek.com
          John P. Van Beek    on behalf of Creditor    WEC 96D Niles Investment Trust
          jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
          vanbeek.com
          John P. Van Beek    on behalf of Creditor    TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
          vanbeek.com
          John T. Farnum    on behalf of Creditor    Bell Microproducts, Inc. jfarnum@linowes-law.com,
          gduvall@linowes-law.com;klevie@linowes-law.com
          John T. Farnum    on behalf of Defendant    Ashley Furniture Industries, Inc.
          jfarnum@linowes-law.com,  gduvall@linowes-law.com;klevie@linowes-law.com
          John T. Husk    on behalf of Defendant    Casco Corporation johnhusk@aol.com,  nre98@aol.com
          Jonathan L. Hauser    on behalf of Defendant    Klipsch Audio Technologies LLC
          jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser    on behalf of Defendant    CENVEO, Inc. jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser    on behalf of Defendant    Velocity Micro, Inc.
          jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser    on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser    on behalf of Defendant    Stampede Presentation Products, Inc.
          jonathan.hauser@troutmansanders.com
          Jonathan T. Cain    on behalf of Defendant    Zoo Entertainment, Inc. jtcain@mintz.com,
          kcraun@mintz.com
          Jonathan T. Cain    on behalf of Defendant    InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
          Jonathan T. Cain    on behalf of Defendant    Zoo Games, Inc. f/k/a Destination Software, Inc.
          jtcain@mintz.com,  kcraun@mintz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jorge A. Ortiz    on behalf of Defendant    Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
              Joseph M. DuRant    on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
              Joseph T. Moldovan    on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire
              Blue Cross Blue Shield bankruptcy@morrisoncohen.com
              Judy A. Robbins, ll    USTPRegion04.RH.ECF@usdoj.gov
              Judy Bamberger Calton    on behalf of Defendant    DIRECTV, Inc. jcalton@honigman.com
              Julie Ann Quagliano    on behalf of Creditor    AT&T Capital Services, Inc.
              quagliano@seeger-law.com, harvell@seeger-law.com
              Julie Ann Quagliano    on behalf of Defendant    Kent H. Landsberg of Dallas, LP (
              quagliano@seeger-law.com, harvell@seeger-law.com
              Julie Ann Quagliano    on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
              harvell@seeger-law.com
              Julie Ann Quagliano    on behalf of Creditor    AT&T quagliano@seeger-law.com,
              harvell@seeger-law.com
              Julie Ann Quagliano    on behalf of Defendant    Paris Business Products, Inc.
              quagliano@seeger-law.com, harvell@seeger-law.com
              Julie Ann Quagliano    on behalf of Defendant    Amcor Packaging Distribution, Inc., d/b/a Amcor
              Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
              quagliano@seeger-law.com, harvell@seeger-law.com
              Justin F. Paget    on behalf of Defendant    The Seattle Times Company jpaget@hunton.com,
              tcanada@hunton.com
              Justin F. Paget    on behalf of Defendant    Hunton & Williams, LLP jpaget@hunton.com,
              tcanada@hunton.com
              Justin F. Paget    on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
              tcanada@hunton.com
              Justin F. Paget    on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
              tcanada@hunton.com
              Justin F. Paget    on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
              Inc. jpaget@hunton.com, tcanada@hunton.com
              Justin F. Paget    on behalf of Defendant    Wynit, Inc. jpaget@hunton.com, tcanada@hunton.com
              Justin F. Paget    on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
              Liberate Your Brand jpaget@hunton.com, tcanada@hunton.com
              Kalina Boyanova Miller    on behalf of Creditor    First Industrial Realty Trust, Inc.
              kmiller@wileyrein.com, rours@wileyrein.com
              Kalina Boyanova Miller    on behalf of Creditor    Greater Orlando Aviation Authority
              kmiller@wileyrein.com, rours@wileyrein.com
              Karen L. Gilman    on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
              Karen M. Crowley    on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
              jbrockett@clrbfirm.com;tturner@clrbfirm.com
              Karen M. Crowley    on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
              jbrockett@clrbfirm.com;tturner@clrbfirm.com
              Ken  Coleman    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
              Ken.Coleman@allenovery.com
              Kenneth R. Rhoad    on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
              Kenneth R. Rhoad    on behalf of Defendant    Actionlink, LLC krhoa@gebsmith.com
              Kevin A. Lake    on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
              County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
              District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    Madcow International Group Limited
              klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
              Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
              Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    Harris County klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
              District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
              District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    Pima County klake@mcdonaldsutton.com
              Kevin A. Lake    on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
              Kevin J. Funk    on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
              bmcmillen@durrettecrump.com
              Kevin J. Funk    on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com,
              bmcmillen@durrettecrump.com
              Kevin J. Funk    on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
              bmcmillen@durrettecrump.com
              Kevin L. Sink    on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
              Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com

District/off: 0422-7          User: luedecket          Page 31 of 57          Date Rcvd: Apr 01, 2015
                             Form ID: iginqury          Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Kevin M. Newman    on behalf of Creditor    NBT Bank, N.A. knewman@menterlaw.com,
              kmnbk@menterlaw.com
         Kevin M. Newman    on behalf of Creditor    Carousel Center Company, L.P. knewman@menterlaw.com,
              kmnbk@menterlaw.com
         Kevin M. Newman    on behalf of Creditor    Mount Berry Square, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
         Kevin M. Newman    on behalf of Creditor    Sangertown Square, L.L.C. knewman@menterlaw.com,
              kmnbk@menterlaw.com
         Kevin M. Newman    on behalf of Creditor    EklecCo NewCo, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
         Kevin M. Newman    on behalf of Creditor    Landover (Landover Crossing), LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
         Kevin M. Newman    on behalf of Creditor    Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
         Kevin M. Newman    on behalf of Creditor    Fingerlakes Crossing, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
         Kevin R. McCarthy    on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
         Kevin R. McCarthy    on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
         Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
         Kevin R. McCarthy    on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
         Kevin R. McCarthy    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
              krm@mccarthywhite.com,    wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
         Khang V. Tran    on behalf of Defendant    New World Communications of Detroit, Inc.
              khang.tran@hoganlovells.com
         Khang V. Tran    on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
         Khang V. Tran    on behalf of Defendant    NW Communications of Phoenix, Inc.
              khang.tran@hoganlovells.com
         Khang V. Tran    on behalf of Defendant    NW Communications of Texas, Inc.
              khang.tran@hoganlovells.com
         Khang V. Tran    on behalf of Defendant    Fox Television Stations, Inc. khang.tran@hoganlovells.com
         Khang V. Tran    on behalf of Defendant    Fox Broadcasting Company khang.tran@hoganlovells.com
         Khang V. Tran    on behalf of Defendant    New World Communications of Atlanta, Inc.
              khang.tran@hoganlovells.com
         Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
         Khang V. Tran    on behalf of Defendant    New World Communications of Tampa, Inc.
              khang.tran@hoganlovells.com
         Khang V. Tran    on behalf of Defendant    Fox Sports Net, Inc. khang.tran@hoganlovells.com
         Khang V. Tran    on behalf of Defendant    KCOP Television, Inc. khang.tran@hoganlovells.com
         Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
              sprescott@idalaw.com
         Kimberly A. Pierro    on behalf of Creditor    Schottenstein Property Group, Inc.
              kimberly.pierro@kutakrock.com,
              sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
              @kutakrock.com
         Kimberly A. Pierro    on behalf of Creditor    Cole CC Groveland FL, LLC
              kimberly.pierro@kutakrock.com,
              sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
              @kutakrock.com
         Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
              LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
         Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
              kimsullywalker@aol.com
         Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
              for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
              kimsullywalker@aol.com
         Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
              kimsullywalker@aol.com
         Kimberly Sullivan Walker    on behalf of Creditor    Wells Fargo Bank, N.A kwalker@fulbright.com,
              kimsullywalker@aol.com
         Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
              LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
         Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@kdblawfirm.com,
              Carla@KDBLawFirm.com
         Kristen E. Burgers    on behalf of Creditor    ORIX Capital Markets, LLC kburgers@ltblaw.com
         Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC kburgers@ltblaw.com
         Kristin Elliott    on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
         Kristin Elliott    on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
         Kurt M. Kobiljak    on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
         Laura Otenti    on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
            eappelstein@ltblaw.com
          Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rgblawfirm.com,
            Margaret@rgblawfirm.com
          Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
            gadams@Starr-Law.com
          Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
            lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
            lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt   on behalf of Interested Party   American Computer Development, Inc.
            regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Defendant   EVGA.com Corp. regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
            nkatzen@reedsmith.com
          Linda Sharon Broyhill   on behalf of Creditor   La Frontera Village, L.P. lbroyhill@reedsmith.com,
            nkatzen@reedsmith.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Caguas LP lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   CSI Construction Company lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Wayne VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Lang Construction, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BevCon I, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO Mundy Street, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   McAlister Square Partners, Ltd. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   North Plainfield VF LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   East Brunswick VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Finance, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Encinitas PFA, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Cardinal Court, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant   Vornado Realty Trust lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Ray Mucci's Inc. lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
            Partnership lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO TRU Dale Mabry, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BBP-Muncy LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County, GA Tax Commissioner lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   PrattCenter, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Amherst VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   John Rohrer Contracting Company, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County Tax Commissioner lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Monument Consulting, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Route 146 Millbury LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   NPP Development LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Hillson Electric Incorporated lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   T. J. Maxx of CA, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
            of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Interstate Augusta Properties LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   DEV Limited Partnership lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   UTC I, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-OH LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-SC LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Alexander's Rego Park Center, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-NY LLC lkim@siwpc.com,   lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Lisa Hudson Kim   on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Creditor    Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
           lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
           lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
           lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Movant   Colonial Heights Holdings, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
           lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
           lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
           Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
           lhamiel@siwpc.com
           Lisa P. Sumner   on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com,
           ltrast@poyners.com
           Loc Pfeiffer   on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com
           Loc Pfeiffer   on behalf of Creditor    Schottenstein Property Group, Inc.
           loc.pfeiffer@kutakrock.com
           Louis E. Dolan, Jr.  on behalf of Creditor   Greystone Data Systems, Inc.
           LDOLAN@nixonpeabody.com,  was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
           Louis E. Dolan, Jr.  on behalf of Plaintiff   Greystone Data Systems, Inc.
           LDOLAN@nixonpeabody.com,  was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
           Louis E. Dolan, Jr.  on behalf of Creditor   TomTom, Inc. LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
           Louis E. Dolan, Jr.  on behalf of Defendant   TomTom, Inc. LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
           Louis E. Dolan, Jr.  on behalf of Creditor   California Self-Insurers' Security Fund
           LDOLAN@nixonpeabody.com,  was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
           Lucy L. Thomson    lthomson2@csc.com
           Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
           Lyndel A. Mason   on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com,
           chps.ecfnotices@gmail.com
           Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
           Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
           Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           ltavenner@tb-lawfirm.com,
           sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
           Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
           Lynn L. Tavenner   on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
           sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
           Lynn L. Tavenner   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
           ltavenner@tb-lawfirm.com,
           sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
           Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
           Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
           sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
           Lynn L. Tavenner   on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
           sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
           Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
           Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
           Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
           Madeleine C. Wanslee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
           Malcolm M. Mitchell, Jr.   on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
           Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advertising.com Inc. mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
           Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Malcolm M. Mitchell, Jr.   on behalf of Defendant    AOL Advertising, Inc., fka Platform-A Inc.
            mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant    Superstation, Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    Accent Energy California LLC
            mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    Advance Real Estate Management, LLC
            mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman   on behalf of Plaintiff Marlon  Mondragon mbusman@busmanandbusman.com,
            kjaros@busmanandbusman.com
          Marc A. Busman   on behalf of Creditor Marlon  Mondragon mbusman@busmanandbusman.com,
            kjaros@busmanandbusman.com
          Margaret M. Anderson   on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan   on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan   on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
          Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C2 LAWENCE  ROAD , LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Unknown    Sutherland Asbill & Brennan LLP
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
            of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
            holders of Merill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee    CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
            PARTNERSHIP mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    C1 West Mason Street LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee    CMAT 1999-C2 Bustleton Avenue Limited Partnership
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CGCMT 2006 C5 Glenway Avenue LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
            Partnership mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
            Liability Company mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
            Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
            Certificates, Series 2006-C4 mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-CI KELLY ROAD, LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
            mark.sherrill@sutherland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
          mark.sherrill@sutherland.com
          Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
          Interactive, Inc. mtaylor@vlplawgroup.com
          Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC mtaylor@vlplawgroup.com
          Mark D. Taylor   on behalf of Creditor   Lenovo USA mtaylor@vlplawgroup.com
          Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
          State of Texas, and Greg Abbott, as Attorney General of the State of Texas
          bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
          bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
          Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Defendant   Creative Labs, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
          mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
          Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
          mark@taxva.com,  amanda@taxva.com
          Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
          amanda@taxva.com
          Mark X. Mullin   on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
          dian.gwinnup@haynesboone.com
          Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
          mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
          Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
          Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
          martin.brown@lawokc.com
          Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
          Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
          molden@mhalaw.com,  akauba@mhalaw.com
          Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
          lexbankruptcy@wyattfirm.com
          Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com
          Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
          mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
          lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
          Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
          myoder@parkerpollard.com,
          sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
          sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael  Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com

District/off: 0422-7          User: luedecket          Page 36 of 57          Date Rcvd: Apr 01, 2015
                             Form ID: iginqury          Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Michael  Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
    othercourts@mvbalaw.com
Michael  Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Shopping, Inc. michael.condyles@kutakrock.com,
    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   CBL & Associates Management, Inc.
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Cole CC Aurora CO, LLC
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Jubilee-Springdale, LLC
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Sony Electronics, Inc.
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   JP Morgan Chase & Co.
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
    Bank, USA michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   The Landing at Arbor Place II, LLC
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Cole Capital Partners, LLC
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Hickory Ridge Pavilion LLC
    michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
    mcrowley@asm-law.com
Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
    mcrowley@asm-law.com
Michael D. Mueller   on behalf of Creditor   Tamarack Village Shopping Center Limited Partnership
    mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   CHK, LLC mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Whitestone Development Partners, L.P.
    mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
    Inc. mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   U.S. Luggage, LLC mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   CC-Investors 1995-6 mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Inland Continental Property Management Corp.
    mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Rancon Realty Fund IV mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   Saitek Industries Ltd. mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Catellus Operating Limited Partnership
    mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Inland Commercial Property Management,  Inc.
    mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Plaintiff   CC-Investors 1995-6 mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Warner Home Video mmueller@cblaw.com,
    avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   James H. Wimmer, Jr., personally mmueller@cblaw.com,
    avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 37 of 57          Date Rcvd: Apr 01, 2015
                             Form ID: iginqury         Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
              III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
              Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
              America mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael E. Hastings    on behalf of Creditor    Eastern Security Corp. mhastings@wtplaw.com,
              twhitt@wtplaw.com
              Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
              Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
              Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
              mjogrady@fbtlaw.com
              Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
              Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
              Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
              Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
              Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
              Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
            Mall mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    DG FastChannel, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
            dba Howland Commons mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Streater Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    BellO International Corp. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Amore Construction Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Interested Party    Systemax, Inc. mfalzone@hf-law.com
          Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
            mkogan@koganlawfirm.com
          Min  Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
            Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
            Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
            swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
            swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
            swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
            swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy    on behalf of Transferee    ON Corp. USA, Inc. and ON Corp.
            mona.murphy@akerman.com,  crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy    on behalf of Creditor    Thomas, Inc. mona.murphy@akerman.com,
            crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy    on behalf of Creditor    Thomson, Inc. mona.murphy@akerman.com,
            crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy    on behalf of Creditor    Imperial Sales Corp. d/b/a Imperial Sales Company
            mona.murphy@akerman.com,  crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy    on behalf of Creditor    Samsung Electronics America, Inc.
            mona.murphy@akerman.com,  crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy    on behalf of Creditor    Bush Industries, Inc. mona.murphy@akerman.com,
            crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting    on behalf of Creditor    Antor Media Corporation nrs@lolawfirm.com,
            lginsberg@lolawfirm.com
          Nathan  Jones    on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    Us Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    United States Debt Recovery, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery XI, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    Us debt recovery, XII, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery V, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery III, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LLC heather@usdrllc.com
```

District/off: 0422-7          User: luedecket          Page 39 of 57          Date Rcvd: Apr 01, 2015
                              Form ID: iginqury        Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh    on behalf of Creditor    PNY Technologies, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery IV LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Shelby Properties TX, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Interested Party    Marblegate Asset Management
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Chino South Retail PG, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Newspaper Agency Company LLC d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    United States Debt Recovery, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
          Rutherford LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Dentici Family Limited Partnership
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Pintar Investment Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor c/o William A. Wood    Panattoni Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, L.P.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    iGoDitigal, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Neil E. McCullagh   on behalf of Defendant   Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   TI PI Texas, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   South Carolina Electric & Gas Company
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Techcraft Manufacturing, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   US Debt Recovery V, LP nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cormark, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Nicholas B Malito   on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@schnader.com
          Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
          bfears@law.ga.gov, jjacobs@law.ga.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL mroberts@poolemahoney.com
          P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
          mroberts@poolemahoney.com
          Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
          rarnold@rc.com
          Paul J. Pascuzzi   on behalf of Interested Party   Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Columbus Ledger-Enquirer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen   on behalf of Defendant   Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Tritronics, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Google Inc. pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Site A, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Springs, L.L.C. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   MHW Warner Robins, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Vance Baldwin, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley   on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
          Paul McCourt Curley   on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
          Paul McCourt Curley   on behalf of Creditor Laurie  Lambert-Gaffney pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
          Paul Michael Schrader   on behalf of Creditor   San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Export Development Canada
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   MediaNews Group, Inc. pschrader@fullertonlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
          Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
          Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
          pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
          pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    Contra Costs Times pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
          East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
          Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
          pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
          pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
          pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    Contra Costa Times, Inc.
          pschrader@fullertonlaw.com
Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
          L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
          pbliley@williamsmullen.com; rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Pinnellas County, Florida
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Interested Party    Carmax Business Services, LLC
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Defendant    Stephen Gould Corporation
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Seminole County Florida Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Stillwater Designs and Audio, Inc.
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Torrington Tripletts, LLC
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Brevard County Florida Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul S. Bliley, Jr.   on behalf of Creditor   Crown CCI, LLC pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Burbank Mall Associates, LLC
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Tax Collector, Polk County, Florida
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Polk County Florida Tax Collector
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Lee County Tax Collector pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Marion County, Florida pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Willaims Mullen Clark and Dobbins
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Indian River County Florida Tax Collector
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall   on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
            hall@bwst-law.com,   marbury@bwst-law.com
          Paula S. Beran   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
            pberan@tb-lawfirm.com,
            stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
            m
          Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
            stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
            m
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
            Inc. Liquidating Trust pberan@tb-lawfirm.com,
            stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
            m
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
            stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
            m
          Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
            stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
            m
          Paula S. Beran   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
            pberan@tb-lawfirm.com,
            stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
            m
          Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
            stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
            m
          Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
            stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
            m
          Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
            stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
            m
          Peter  Barrett   on behalf of Defendant   SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
            LOAN FUNDING, LLC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Mayfair ORCC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Defendant   Sony Electronics Inc. peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Defendant   Sony Electronics Inc., A/K/A Sony
            peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Gelco Corporation d/b/a GE Fleet Services
            peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Mayfair MDCC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Defendant   Gelco Corporation, d/b/a GE Fleet Services
            peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Sony Electronics, Inc. peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Sharpe Partners, LLC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg   on behalf of Defendant   Premier Resources International LLC
            pgreenburg@aol.com
          Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
        Administration peter.roth@doj.nh.gov
        Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
        pstrniste@rc.com, kcooper@rc.com
        Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
        pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
        pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
        pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
        pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
        pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
        pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
        pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
        Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
        Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
        pcarney@whitecase.com, hletourneau@whitecase.com
        Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
        scormany@spilmanlaw.com
        Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
        ppearl@sandsanderson.com, scormany@spilmanlaw.com
        Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@spilmanlaw.com,
        scormany@spilmanlaw.com
        Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com,
        scormany@spilmanlaw.com
        Peter M. Pearl   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
        ppearl@spilmanlaw.com, scormany@spilmanlaw.com
        Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
        ppearl@spilmanlaw.com, scormany@spilmanlaw.com
        Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
        pbaxa@sandsanderson.com, rarrington@sandsanderson.com
        Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
        pbaxa@sandsanderson.com, rarrington@sandsanderson.com
        Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
        rarrington@sandsanderson.com
        Philip C. Baxa   on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
        rarrington@sandsanderson.com
        Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
        rarrington@sandsanderson.com
        Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
        pbaxa@sandsanderson.com, rarrington@sandsanderson.com
        Philip C. Baxa   on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
        rarrington@sandsanderson.com
        Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
        rarrington@sandsanderson.com
        Philip C. Baxa   on behalf of Defendant   Mitsubishi Electronics America, Inc.
        pbaxa@sandsanderson.com, rarrington@sandsanderson.com
        Philip C. Baxa   on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
        rarrington@sandsanderson.com
        Philip James Meitl   on behalf of Defendant   Gorilla Nation Media, LLC pj.meitl@bryancave.com,
        john.leininger@bryancave.com
        Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
        john.leininger@bryancave.com
        Philip James Meitl   on behalf of Creditor   DBL Distributing, LLC pj.meitl@bryancave.com,
        john.leininger@bryancave.com
        R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
        Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
        Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
        raypri24@hotmail.com
        Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com
        Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
        rsaitta@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
              Cl Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
             Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
             Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
             Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
              hhale@woodsrogers.com
             Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
              Association rmaxwell@woodsrogers.com, hhale@woodsrogers.com
             Richard E. Girgado   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
              rgirgado@counsel.lacounty.gov
             Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Hagerty   on behalf of Creditor   Southroads, L.L.C.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Hagerty   on behalf of Creditor   Carlyle-Cypress Tuscaloosa, LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Hagerty   on behalf of Creditor   Northcliff Residual Parcel 4 LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Hagerty   on behalf of Creditor   SAP Retail Inc. and Business Objects
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Hagerty   on behalf of Creditor   Craig-Clarksville Tennessee LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Hagerty   on behalf of Creditor   Plantation Point Development, LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Hagerty   on behalf of Creditor   Certain Benefit Restoration Plan Claimants
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Hagerty   on behalf of Creditor   Triangle Equities Junction LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Hagerty   on behalf of Creditor   Cosmo-Eastgate, ltd
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Hagerty   on behalf of Defendant   SAP Industries, Inc. fka SAP Retail Inc.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
              ren.powers@troutmansanders.com
             Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
              kimi.odonnell@hklaw.com
             Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
              kimi.odonnell@hklaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard F. Stein   on behalf of Creditor   Internal Revenue Service
          richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson   on behalf of Creditor   Sharp Electronics Corporation
          rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield   on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield   on behalf of Defendant   B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield   on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture bsmith@hillrainey.com,
          hillraineyign@gmail.com
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Shopping Ceter Venture
          bsmith@hillrainey.com,  hillraineyign@gmail.com
          Robert B. Hill   on behalf of Creditor Decarla  Taylor-Conyers bsmith@hillrainey.com,
          hillraineyign@gmail.com
          Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins, 11
          Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department
          of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company
          robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
          Robert D. Clark   on behalf of Creditor   Treasurer of Douglas County, Colorado
          rclark@douglas.co.us
          Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
          L.L.C. rtepper@sabt.com,  pcoover@sabt.com
          Robert E. Scully, Jr.   on behalf of Creditor   T.D. Farrell Construction, Inc.
          rscully@stites.com,  docketclerkalex@stites.com
          Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc.
          rmoorman@moormanlaw.com,  robmoorman@comcast.net
          Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC
          Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
          USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
          robminko@gmail.com
          Robert L. LeHane   on behalf of Creditor   DDR Corp. f/k/a Developers Diversified Realty Corp.
          rlehane@kellydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   The Woodmont Company rlehane@kellydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Basser-Kaufman rlehane@kellydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   WEC 99A-2LLC rlehane@kellydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   General Growth Properties, Inc. rlehane@kellydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Philips International rlehane@kellydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Ashkenazy Management Corp. rlehane@kellydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Developers Diversified Realty Corporation
          rlehane@kellydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Jones Lang LaSalle Americas, Inc.
          rlehane@kellydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings rlehane@kellydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   AAC Management Corp. rlehane@kellydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Regency Centers, L.P. rlehane@kellydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Philips International Holding Corp.
          rlehane@kellydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Benderson Development Company, LLC
          rlehane@kellydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Continental Properties Company, Inc.
          rlehane@kellydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
          rlehane@kellydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
                 rmmarino@rpb-law.com,  rmmarinol@aol.com
              Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
                 rmmarino@rpb-law.com,  rmmarinol@aol.com
              Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
                 USAVAE.RIC.ECF.CIVIL@usdoj.gov;SJohnston1@usa.doj.gov
              Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com,
                 dhowes@ltblaw.com
              Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
              Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
              Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
                 Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
                 Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
                 Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
                 bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
                 karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
                 Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
                 bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
                 Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
                 Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
                 karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
                 Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
                 bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
                 bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
                 karnett@t-mlaw.com
              Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
                 rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney@gmail.com
              Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
                 rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
                 rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    COMSYS Information Technology Services, Inc. and
                 COMSYS Services, LLC rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
                 rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
                 rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
                 rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Interested Party    Marblegate Asset Management
                 rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
                 rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Cameron Group Associates LLP
                 rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services, Inc.
                 rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com

District/off: 0422-7                User: luedecket              Page 48 of 57              Date Rcvd: Apr 01, 2015
                                    Form ID: iginqury            Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert S. Westermann    on behalf of Creditor    Taubman Auburn Hills Associates Limited
               Partnership rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    TXU Engergy Retail Company LLC
               rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
               rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
               rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Venetian Casino Resort, LLC
               rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Longacre Opportunity Fund, L.P.
               rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
               rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Denver Newspaper Agency LLP
               rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
               rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services
               rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
               rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Robin S. Abramowitz    on behalf of Creditor    CC Merrillville Trust abramowitz@larypc.com
              Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
               abramowitz@larypc.com
              Robin S. Abramowitz    on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
              Robin S. Abramowitz    on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
              Ron C. Bingham, II    on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
               Farrell Construction, Inc. rbingham@stites.com,   dclayton@stites.com
              Ronald A. Page, Jr.    on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
               rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
               Management Group, Ltd. rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
               rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Creditor    Miner Fleet Management Group, Ltd.
               rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
               rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
               rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
               rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
               rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald G. Dunn    on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
              Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
               cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
              Roy M. Terry, Jr.    on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Roy M. Terry, Jr.    on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Russell R. Johnson, III    on behalf of Creditor    Chalek Company LLC russ4478@aol.com
              Russell R. Johnson, III    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com,
               sarah.kelly@leclairryan.com
              Ryan C. Day    on behalf of Plaintiff    Schimenti Construction Company LLC
               ryan.day@leclairryan.com,   sarah.kelly@leclairryan.com
              S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara B. Eagle    on behalf of Creditor    Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
               efile@pbgc.gov
              Sara L. Chenetz    on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm    on behalf of Debtor    PRAHS, INC. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    CC Aviation, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
              sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
              sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
              sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
              sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
              Satchidananda Mims   smims21@hotmail.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Services USA, Inc. scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Software Technology Corporation
              scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Hardware scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Technology Development, Inc.
              scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   The Nintendo Source Corporation scott.stengel@umb.com
              Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
              Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com,
              mdowns@vanblk.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
              sfranklin@vanblk.com,  mdowns@vanblk.com
              Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
              cmcintire@buchalter.com
              Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   RTS Marketing, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Howland Commons Partnership, an Ohio gen
              partnership dba Howland Commons sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Huntington Mall Company sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Spring Hill Development Partners, GP
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
              Mall sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Defendant   Horizon Technology, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Basile Limited Liability Company
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   United States Debt Recovery, LLC
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Kentucky Oaks Mall Company sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
           sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
           sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
           sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
           sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
           sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila L. Shadmand    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
          Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
           stan.salus@akerman.com,
           crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
           smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
           Industrial Division smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF St. Clairesville Development, L.P.
           smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
           smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
           smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
           Company smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
           smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
           smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
           Distributors, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
           nwalsh@wilsav.com
          Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
           nwalsh@wilsav.com
          Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership
           smetz@shulmanrogers.com,   nanderson@shulmanrogers.com
          Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
           sleach@ltblaw.com,   msarata@ltblaw.com;ndysart@ltblaw.com
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
           Murphys@dor.state.ma.us
          Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
           sgallagher@venable.com,   cowenby@venable.com;lrheitger@venable.com
          Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Steven H. Greenfeld   on behalf of Creditor    Red Rose Commons Associates, L.P.
           steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor    Pep Boys - Manny, Moe & Jack
           steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com
          Steven H. Greenfeld   on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com
          Steven H. Newman   on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown   on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
           Hartman 1995 Ohio Property brown@wolriv.com
          Steven L. Brown   on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
           brown@wolriv.com
          Steven L. Brown   on behalf of Defendant    Construct, Inc. brown@wolriv.com
          Steven L. Brown   on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
          Steven L. Brown   on behalf of Creditor    The Columbus Dispatch brown@wolriv.com
          Steven L. Brown   on behalf of Creditor    Construct, Inc. brown@wolriv.com
          Tara B. Annweiler   on behalf of Creditor    American National Insurance Company
           tannweiler@greerherz.com
          Tara L. Elgie   on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@hunton.com
          Tara L. Elgie   on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts   on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson   on behalf of Defendant    Mitsubishi Electronics America, Inc.
           thadwilson@kslaw.com,  pwhite@kslaw.com
          Thomas David Rethage   on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
           tmurphy@dclawfirm.com,
           rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King   on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
           dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh   on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
           Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh   on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
           thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh   on behalf of Defendant    Nielsen Business Media Inc.
           thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh   on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com,
           alexis.makell@hklaw.com
          Thomas John McKee, Jr.   on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
           hallc@gtlaw.com
          Thomas John McKee, Jr.   on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com,  hallc@gtlaw.com
          Thomas Neal Jamerson   on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
           tomjam2003@yahoo.com
          Thomas Neal Jamerson   on behalf of Interested Party    Parker Central Plaza Ltd
           tjamerson@hunton.com,  tomjam2003@yahoo.com
          Thomas Ryan Lynch   on behalf of Defendant    Griffin Technology tlynch@babc.com
          Thomas Ryan Lynch   on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
          Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
           lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
           lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor    Graphic Communications, Inc.
           trepczynski@offitkurman.com,  lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor    Tutwiler Properties, LTD
           trepczynski@offitkurman.com,  lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Defendant    Graphic Communications Holdings, Inc.
           trepczynski@offitkurman.com,  lschock@offitkurman.com
          Tiffany Strelow Cobb   on behalf of Creditor    Platform-A Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor    AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor    Advertising.com Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Timothy Francis Brown   on behalf of Interested Party    F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown   on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin   on behalf of Creditor    Alameda County Treasurer tboykin@vanblk.com,
           croyes@vanblk.com
          Tracey Michelle Ohm   on behalf of Defendant    Targus, Inc. tracey.ohm@stinsonleonard.com,
           theresa.mackey@stinsonleonard.com
          Tracey Michelle Ohm   on behalf of Creditor    Waste Management, Inc.
           tracey.ohm@stinsonleonard.com,  theresa.mackey@stinsonleonard.com
          Travis Aaron Sabalewski   on behalf of Creditor    IKON Office Solutions, Inc.
           tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
          Troy Savenko   on behalf of Creditor    Slam Brands, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy Savenko   on behalf of Movant    PlumChoice, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Troy  Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
            Troy  Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
            Troy  Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
            Troy  Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
              tsavenko@kv-legal.com, nferenbach@kv-legal.com
            Troy  Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
              Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
              Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
            Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
            Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
            Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
            Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
              situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
            Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
              tsavenko@kv-legal.com, nferenbach@kv-legal.com
            Troy  Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
            Tyson Alynn Johnson   on behalf of Creditor   Berkadia Commercial Mortgage LLC
              tyson.johnson@bryancave.com
            Tyson Alynn Johnson   on behalf of Creditor   Capmark Finance, Inc. tyson.johnson@bryancave.com
            Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P
              val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
            Valerie P. Morrison   on behalf of Creditor   Infogain Corporation val.morrison@nelsonmullins.com,
              kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
            Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc.
              val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
            Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P.
              val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
            Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. val.morrison@nelsonmullins.com,
              kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
            Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
              reardonv@michigan.gov,  jacksonst@michigan.gov
            Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
              victoria.garry@ohioattorneygeneral.gov
            Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
              victoria.garry@ohioattorneygeneral.gov
            Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
              victoria.garry@ohioattorneygeneral.gov
            Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
              walter.williams@wilsonelser.com
            Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
            Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
            Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
              LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
              and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
              ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Creditor   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
              jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
              Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
            Wendy Michele Roenker   on behalf of Creditor Treasurer   City of Chesapeake
              wroenker@cityofchesapeake.net
            William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
              wheuer@duanemorris.com
            William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
              wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
              wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
            William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
            William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
              aburnett@williamsmullen.com

District/off: 0422-7           User: luedecket           Page 53 of 57           Date Rcvd: Apr 01, 2015
                               Form ID: iginqury         Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              William A. Burnett    on behalf of Defendant    NYKO Technologies, Inc. aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Crown CCI, LLC aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Evening Post Publishing Company d/b/a The Post and
              Courier aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     National Western Life Insurance Company
              aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     DIRECTV, Inc. aburnett@williamsmullen.com
              William A. Burnett    on behalf of Interested   Party   DIRECTV, Inc. aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Vonage Holdings, Inc. aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     American National Insurance Company
              aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Vonage Marketing Inc. aburnett@williamsmullen.com
              William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
              aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Golf Galaxy, Inc. aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     CC Countryside 98, LLC aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Hayward 880,LLC aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Westlake Limited Partnership
              aburnett@williamsmullen.com
              William A. Burnett    on behalf of Defendant    SBLM Architects PC aburnett@williamsmullen.com
              William A. Burnett    on behalf of Defendant    Contrarian Funds, L.L.C. aburnett@williamsmullen.com
              William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
              TV aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     ION Audio, LLC aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     LumiSource, Inc. aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Tax Collector, Polk County, Florida
              aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     CC Countryside 98 L.L.C. aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Dollar Tree Stores, Inc. aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Symantec Corp aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Abilene-Ridgemont, LLC aburnett@williamsmullen.com
              William A. Burnett    on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     CC-Investors 1997-4 aburnett@williamsmullen.com
              William A. Burnett    on behalf of Defendant    SouthPeak Interactive LLC
              aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Nyko Technologies, Inc. aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     SouthPeak Interactive, LLC
              aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     CarMax, Inc. aburnett@williamsmullen.com
              William A. Burnett    on behalf of Defendant    Eon Communications Corporation
              aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Cyber Acoustics aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Dick's Sporting Goods, Inc.
              aburnett@williamsmullen.com
              William A. Burnett    on behalf of Plaintiff    Carmax Auto Superstores, Inc.
              aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Dick's Sporting Goods Inc.
              aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Burbank Mall Associates, LLC
              aburnett@williamsmullen.com
              William A. Burnett    on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
              GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
              William A. Burnett    on behalf of Creditor     Save Mart Supermarkets aburnett@williamsmullen.com
              William A. Gray    on behalf of Creditor     Alexander's Rego Park Center, Inc.
              bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Ray Mucci's Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Snell Acoustics, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     PrattCenter, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Route 146 Millbury LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Station Landing LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Marlton VF LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Premier Contracting, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Defendant    The Procter & Gamble Company and The Procter & Gamble
              Distribution Company, LLC bgray@sandsanderson.com,  rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Gateway Woodside, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Intertech Security of Maryland, LLC
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Paul   Schaapman bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lee County, Mississippi Tax Collector
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Interstate Augusta Properties LLC
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Coby Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             William A. Gray   on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    Metra Electronics Corporation bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    DeSoto County, Mississippi bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant    Universal Display and Fixtures Company
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    BBP-Muncy LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
             Partnership bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    BPP-OH LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    Towson VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    North Plainfield VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    McCorkendale Construction bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
             of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    BPP-NY LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    A.D.D. Holdings, L.P. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    DEV Limited Partnership bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    The Stop & Shop Supermarket Company LLC
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    John Rohrer Contracting Company, Inc.
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    BPP-VA LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    OmniMount Systems, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    BPP-WB LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    RBS Business Capital bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor   T. J. Maxx of CA, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Midwest Block & Brick, Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   East Brunswick VF LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Chatham County, GA Tax Commissioner
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Valley Corners Shopping Center, LLC
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar International Trading Company
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-SC LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Sensormatic Electronic Corporation
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Monument Consulting, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Construction Testing and Engineering, Inc.
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-Redding LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Baker Natick Promenade LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Wayne VF LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Star Universal, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   The Oklahoma Publishing Company
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   E&A Northeast Limited Partnership
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar Group Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Denon Electronics bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
           Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
           trey.wood@bgllp.com,   chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor   Prince George's Station Retail, LLC
           bill.crenshaw@bryancave.com,   deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com,
           deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Professional   Akerman Senterfitt bill.crenshaw@bryancave.com,
           deborah.hensley@akerman.com
          William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
           wprince@t-mlaw.com,   jseay@t-mlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           William Daniel Prince, IV    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
              Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
           William Daniel Prince, IV    on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com,
              jseay@t-mlaw.com
           William Daniel Sullivan    on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
           William Daniel Sullivan    on behalf of Defendant    Pioneer Electronics (USA) Inc.
              dsullivan@butzeltp.com
           William H. Schwarzschild, III    on behalf of Creditor    MRV Wanamaker, LC
              tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Defendant    Hotan Corporation
              tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Defendant    Datel Design & Development, Inc.
              tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Creditor    National Western Life Insurance Company
              tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Defendant    J&J Industries, Inc.
              tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Creditor    Dick's Sporting Goods, Inc.
              tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Defendant    Merrill Communications LLC
              tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Creditor    Miami-Dade County Tax Collector
              tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Creditor    Vonage Marketing Inc.
              tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Creditor    Dollar Tree Stores, Inc.
              tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Defendant    Evening Post Publishing Company, dba The
              Post and Courier tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Creditor    LumiSource, Inc.
              tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Creditor    State Board of Equalization
              tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Creditor    SouthPeak Interactive, LLC
              tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com
           William H. Schwarzschild, III    on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
           Wm. Joseph A. Charboneau    on behalf of Creditor Nancy    Booth jcharboneau@mglspc.com,
              aford@mglspc.com
           Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
              aford@mglspc.com
           Wm. Joseph A. Charboneau    on behalf of Creditor Charles    Booth jcharboneau@mglspc.com,
              aford@mglspc.com
           Wm. Joseph A. Charboneau    on behalf of Creditor    Placer California jcharboneau@mglspc.com,
              aford@mglspc.com
           Zmarak  Khan    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
              zmarak.khan@dlapiper.com
                                                                              TOTAL: 2208