JP ASSOCIATES
100 Naamans Rd., Ste. 5F
Claymont, DE 19703

NOTICE OF CHANGE OF ADDRESS

April 6, 2015

Process General LLC
230 Park Ave., 10th Floor
New York, NY 10169
Attn:   Circuit City Stores Inc. - Claims and Noticing Agent

RE: JP Associates, Proof of Claim numbers 1106, 1107, 1108, 1109, 1110, 1111, 1112, 1113, 1114, 1115, 1116, 1117, 1118 and 1119

To Whom It May Concern:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

JP Associates
c/o Longacre Opportunity Fund, L.P.
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
Attn: Vladimir Jelisavcic
(212) 259-4305
(212) 259-4345 (fax)

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent the claims agent Process General LLC.

Very truly yours,

Name: Vladimir Jelisavcic
Title: Authorized Signatory

Cc:   Circuit City Stores, Inc. Liquidating Trust
      200 Westgate Parkway, Suite 100
      Richmond, VA 23233
      Attn:   Katie Bradshaw

      Circuit City Stores, Inc.
      c/o Pachulski Stang Ziehl & Jones LLP
      10100 Santa Monica Boulevard, 13th Floor
      Los Angeles, CA 90067-4003
      Attn:   Andrew W. Caine