MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
123 S. Broad Street
Philadelphia, PA 19109

NOTICE OF CHANGE OF ADDRESS

April 6, 2015

Process General LLC
230 Park Ave., 10th Floor
New York, NY 10169
Attn:   Circuit City Stores Inc. - Claims and Noticing Agent

RE: McCracken Walker & Rhoads LLP, Proof of Claim number 8253

To Whom It May Concern:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

McCracken Walker & Rhoads LLP
c/o Longacre Opportunity Fund, L.P.
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
Attn: Vladimir Jelisavcic
(212) 259-4305
(212) 259-4345 (fax)

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent the claims agent Process General LLC.

Very truly yours,

Name: Vladimir Jelisavcic
Title:   Authorized Signatory

Cc:   Circuit City Stores, Inc. Liquidating Trust
200 Westgate Parkway, Suite 100
Richmond, VA 23233
Attn:   Katie Bradshaw

Circuit City Stores, Inc.
c/o Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4003
Attn:   Andrew W. Caine