UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc., et al.

Debtor

Chapter 11

Case No. 08-35653
(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Arboretum of South Barrington LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim number 7423 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof. Claimant hereby instructs the Debtors and each Debtor Party that no further Change of Address or instruction of any kind with respect to the claim(s) or any distribution or payment thereon shall be accepted by the Debtor or any Debtor Party without the express written consent of Liquidity Solutions, Inc.

**Former Address**

Aboretum of South Barrington LLC
David C Christian II
Seyfarth Shaw LLP
131 S Dearborn St
Ste 2400
Chicago, IL 60603

**New Address**

Aboretum of South Barrington LLC
c/o Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

I declare that the foregoing is true and correct.

Aboretum of South Barrington LLC
By: _____
Date: 4/6/15