# Exhibit A

James S. Carr, Esq.
Nicholas J. Panarella, Esq.
Kristin S. Elliott, Esq.
Martin Krolewski, Esq.
(admitted pro hac vice)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Telecopy:  (212) 808-7897

Lynn T. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## DISCOVERY SCHEDULING ORDER

Claimants Roy Eisner and Joanne Eisner (collectively, the "Eisners" and/or

"Claimants") filed on or about January 8, 2009 and January 14, 2009 claims against the Debtors,

Circuit City Stores, Inc., *et al.* ("Debtors"), for personal injuries in the amounts of $10,000,000 and

$1,000,000 respectively.  Claimants filed their claims as a general unsecured, non-priority claim.

The Claims Agent appointed by the Court designated these claims as claim number 3025 and claim

no. 3825 (collectively, the "Eisner Claims").

Counsel for the Claimants and Debtors (collectively "Parties") attended a

scheduling conference held by the Court on August 27, 2014.

IT IS ORDERED that the following discovery schedule is established in this contested matter in connection with the Eisner Claims. Failure to comply with this Order shall result in appropriate sanctions.

1.    The Parties shall serve written discovery requests by September 22, 2014. The Parties may serve additional written discovery requests thirty days prior to the close of fact discovery.

2.    The Parties will use best efforts to provide all non-privileged documents responsive to the initial discovery requests by October 22, 2014.

3.    Depositions shall commence on November 15, 2014, and shall be governed by Rule 30 of the Federal Rules of Civil Procedure, as made applicable to this adversary proceeding by Rule 7030 of the Federal Rules of Bankruptcy Procedure.

4.    The Parties are entitled to take third party discovery on the same schedule as party fact discovery.

5.    All fact discovery will conclude on January 30, 2015.

6.    The Parties shall disclose the identities of any testifying expert witnesses and serve any expert reports pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure (made applicable to this matter pursuant to Rule 7026 of the Federal Rules of Bankruptcy Procedure) no later than February 13, 2015. All Parties will exchange expert reports on January 30, 2015.

7.    Any Party's expert report intended to rebut any other expert report shall be served no later than March 23, 2014.

8.    All expert depositions shall be completed on or before April 30, 2015.

9.      All documents and discovery responses previously exchanged between the

Parties, as well as well as the deposition of James O'Connell, shall be deemed to be part of this

proceeding.  All objections of the Parties as to the admissibility and use of such discovery and any

subsequent discovery in this proceeding are preserved.

10.     The Court shall hold a status conference on a date after April 30, 2015 to be

determined in consultation with the Court, with respect to the venue for any dispositive motions

and a trial.

11.     Should a settlement be reached, counsel for the Parties shall promptly file

any motion required by Rule 9019 of the Federal Rules of Bankruptcy procedure for approval of

the settlement.

12.     It is the responsibility of all counsel for the Parties to be thoroughly

acquainted with and follow the procedures set forth in the statutes, the national and local

bankruptcy rules, and the requirements of the judge.

13.     The Clerk shall forward a copy of this order to all counsel of record.

14.     This schedule is without prejudice to any Party seeking leave of the Court to

adjust the discovery dates set forth herein as warranted.


SO ORDERED: ___Sep 25 2014___


                            /s/ Kevin R. Huennekens
                            _____
                            UNITED STATES BANKRUPTCY JUDGE


                    Entered on Docket:9/25/14

**WE ASK FOR THIS:**

/s/ Lynn L. Tavenner
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

James S. Carr, Esq.
Nicholas J. Panarella, Esq.
Kristin S. Elliott, Esq.
Martin Krolewski, Esq.
(admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Telecopy:  (212) 808-7897

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**SEEN AND AGREED:**

/s/ Kevin J. Funk
Kevin J. Funk, Esquire
Durrette Crump, PLC
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219
Telephone:  (804) 343-4387
Telecopy:   (804) 775-6911

## CERTIFICATION

I hereby certify that the foregoing proposed Order has been either served on or endorsed by all necessary parties.

/s/ Lynn L. Tavenner
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

# Exhibit B

*Law Offices*
# *Marshall E. Kresman*
*The Constitution Building*
*1950 Street Road*
*Suite 103*
*Bensalem, PA 19020*
Phone (215) 639-9933
Fax (215) 639-8346

MARSHALL E. KRESMAN\*
ALAN I. LOURIE \*†
LOUIS DOBI, JR. \*

\* MEMBER OF PA AND NJ BARS
† MEMBER OF D.C. BAR

6921 FRANKFORD AVENUE
SUITE E
PHILADELPHIA, PA 19135
(215)338-7565
———
ONE GREENTREE CENTER
SUITE 201
10000 LINCOLN DRIVE EAST
MARLTON, NJ 08053
(856) 596-9333
———
PLEASE REPLY TO BENSALEM

December 29, 2014

*Via Email: mkrolewski@kelleydrye.com*
Kelley Drye & Warren LLP
Martin A. Krolewski, Esquire
101 Park Avenue
New York, NY 10178

          Re:     **Eisner, et al. v. Circuit City Stores, Inc., et al.**
                  **Case No.: 08-35653**

Dear Mr. Krolewski:

          Enclosed please find the 12/18/14 expert report, CV and record of testimony of plaintiff's vocational expert H. Gary Broughton together with the 12/2/14 expert report of Dr. Norman Stempler and 8/12/13 expert certification of Dr. Brad Shimis.  The said doctors and Mr. Broughton will testify, as experts at the trial in this matter in accord with their attached opinions.

                              Very truly yours,


                              Marshall E. Kresman


MEK/cg
Enclosures

cc.:     Kevin Funk (Via Email: kfunk@durrettecrump.com w/enclosures)

# BENSALEM ORTHOPEDICS, P.C.
## NORMAN B. STEMPLER, D.O., ABPS, FAASOS
### Board Certified Orthopedic Surgeon
### William Burse, D.C.
### 2131 Galloway Road, Bensalem, PA 19020
### Phone: (215) 604-1355, Fax: (215) 604-1358

| | | |
|---|---|---|
| Berks County Orthopedics | Eastern PA Orthopedic Assoc. | Olney Orthopedics |
| 438 Walnut St., 2nd Floor | 255 S. 17th St., 30th Floor | 199 W. Nedro Avenue |
| Reading, PA 19601 | Philadelphia, PA 19103 | Philadelphia, PA 19120 |
| (610) 375-4002 | (215) 735-5911 | (215) 548-0202 |

**ROY EISNER**                                                      **PROGRESS REPORT**

ROY EISNER                                                          12/02/14

Roy Eisner was seen by me this date for re-evaluation. He was initially seen on 09/04/08 as a result of the 04/08/08 work-related incident. He remains symptomatic in regard to his cervical, thoracic and lumbar spine.

He continues to have painful activity, as he relates. He denies radicular symptoms, and there has been no change in his bladder or bowel habits.

On examination, he has palpable tenderness in the paracervical, trapezial, paralumbar and sacroiliac areas, increased with attempted range of motion. He is neurologically intact.

My impression is that of:

1.    Chronic, refractory and ongoing cervical, thoracic, lumbosacral and sacroiliac musculoligamentous injury, with a poor prognosis for full recovery.

Roy Eisner remains disabled from any physical labor, having sustained a serious and permanent injury to his spine as a direct result of the work-related incident of 04/08/08.

I believe that he has reached Maximum Medical Improvement.

Norman B. Stempler, D.O.
NBS/vms
Dictated but not read

## CERTIFICATION OF DR. BRAD SHAMIS, PH.D.

1.   I, Dr. Brad Shamis am the treating psychologist for Roy Eisner for his post-traumatic stress disorder resulting from his being physically attacked on April 8, 2008.

2.   As a result of his post-traumatic stress disorder, Mr. Eisner is suffering from such overwhelming depression and anxiety that it has affected all important aspects of his daily life including causing him to suffer significant weight loss and other adverse health sequelae.

3.   In my opinion as a consequence of his post traumatic stress disorder he is permanently and totally disabled from any gainful employment.

4.   Because of the chronicity and ongoing severity of his symptomology from his post traumatic stress disorder it is my opinion that his psychological disorders including extreme anxiety and depression all resulting from the April 8, 2008 assault upon him are permanent in nature.

Dated:   _8/12/13_                              _Dr. Brad Shamis_

                                               Dr. Brad Shamis, Ph.D.

# Broughton
# Associates, Inc.

Vocational Rehabilitation

6802 Patterson Avenue • Richmond, Virginia 23226
(804) 282-4199 • (800) 282-4177 • fax (804) 285-0540

December 18, 2014

Marshall E. Kresman, Esquire
Marshall E. Kresman & Associates
1950 Street Road
Suite 103 Constitution Building
Bensalem, Pennsylvania 19020

Re:    Roy A. Eisner

**Introduction:**

I have been asked to evaluate Roy A. Eisner's employability[1], placeability[2], and loss of
earning capacity, if any, due to an assault that occurred at work on April 8, 2008.

*Earning Capacity is defined as the potential of a worker, possessing knowledge, skills,
and abilities (KSA's) to work and earn money in a competitive labor market. The most
commonly accepted definitions of earning capacity involve the amount of money a
person can earn because of age, education, training, work experience and residual
functional capacity (Duetsch & Sawyer, 1985; 1997; Field, Weed & Grimes, 1986;
Field and Sink 1981).*

*Residual Functional Capacity is defined as what an individual can do in a work setting
despite the functional limitations and environmental restrictions imposed by all of
his/her medically exertional and non-exertional determinable impairment(s)
(Blackwell, Field, Johnson, Kelsay & Neulicht, 2005, p. 194)*

In making this evaluation, I took into consideration Mr. Eisner's education, employment
history, age, abilities, transferable skills, physical and psychological limitations, if any,
the current Labor Market and availability of jobs, and any other factors that would affect
his employment.

I conducted a Vocational Diagnostic Interview of Mr. Eisner on December 3, 2014 and
reviewed the following information in order to evaluate his earning potential and ability
to find employment.

---

[1] Employability is the ability to: (1) meet worker requirements, (2) have access to work KSA's and (3) have the traits or occupational
familiarity necessary to perform a job or the kinds and types of jobs on the basis of age, education, work experience and residual
functional capacity (Field, 1999, pp. 1-6; 1987; Field & Weed, 1998; Weed, 2000; 1990.

[2] Placeability is defined as the worker's potential to be hired or placed within a given job in the local labor market (Field, 1999, p. 1-
12; 1987; Field & Weed, 1999; Weed, 200, 1990) and by one's availability to interview and work (Deutsch & Sawyer, 2000; 1985).

**Information and Records Reviewed:**

- Frankford Hospital
- Dr. Brad Shamis & Associates, LLC
- Occupational Therapy & Rehabilitation Services, P.C.
- E.R. Nunez, P.C.
- Caine Chiropractic Center
- Bensalem Orthopedics, P.C. (Norman B. Stempler, D.O., ABPS, FAASOS)
- Clinical Pain Management Associates
- Gastroenterologists, Limited / Bucks County GI Endoscopic Surgical Center, LLC
- U.S. Individual Income Tax Returns & Pennsylvania Income Tax Returns (2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, and 2012)
- Robert P. Wolf, Ed.D., M.B.A. (Vocational-Economic Loss Report – 02/01/2011)

**Methodology:**

A. Obtaining facts and data specific to Roy A. Eisner and conducting a Vocational Diagnostic Interview telephonically on December 3, 2014.

B. Analyzing Mr. Eisner's past work and determining transferable skills, if any, that he could use in future employment. I reviewed occupations that he is qualified to perform and also their availability in the geographic area in which he lives. In reviewing and researching these various types of jobs, I utilize, when appropriate or necessary, Traditional Vocational Source Documents (TSVDs) such as: *The Dictionary of Occupational Titles, Handbook for Analyzing Jobs (Revised), The Occupational Outlook Handbook* and *A Guide to Rehabilitation* by Deutsch & Sawyer, and various appropriate websites.

C. Researching salary ranges and other employment information particular to Mr. Eisner's ability to perform various types of jobs, by using the Bureau of Labor Statistics and other websites as necessary, and by conducting Labor Market Research.

D. Methodology [3] was applied that is a long-standing model [4] in this field and has been peer reviewed, using sources that are commonly relied upon by Vocational

---

[3] The process of applying widely accepted methodology for analyzing cases from the perspective of Deutsch-Sawyer Criteria, Labor Market Access Theory Rationale & Research, VDARE analysis and The Vocational Expert Model and Methodology from OHA Social Security Model and from well recognized Vocational Rehabilitation sources (Blackwell, 1991; Butler, V. J. 1991; Choppa, Shafer, & Siefker, 1977; Commission on Rehabilitation Counselor Certification (CRCC), 1994; Deutsch & Sawyer, 1997; Field & Field 1994, 1990; Field 1987; Field & Sink, 1981; Hannings & Ash, 1972; Jarrell, Hardy, & Martin, 1989; Martin, Sinsabaugh, Jarrell, & Hardy 1999; McCroskey, Streater, Wattenbarger, & Dennis 1997; Scalise, 1989; Strum, Otto, & Bakeman 1972, April; US Department of Labor, 1979; US Department of Labor, 1991a; 1991b; US Department of Labor, 2003; Weed & Field, 1990).

[4] Standard methodology for approaching career-vocational rehabilitation process includes (1) Collecting data (analysis, (2) synthesizing (i.e., the collating and summarizing of the data), (3) formulating an identification of the problems (diagnosis), (4) judging their probable reasonable consequences (prognosis), (5) rendering vocational opinions (i.e., operational advisement) and (6) assisting

Experts, career and rehabilitation professionals. This methodology includes the following steps: (1) Collecting data and facts specific to the person being evaluated. (2) Synthesizing information and data, with an emphasis on employability. (3) Identifying problems by applying units of measure, factors and criteria found in the literature, vocational source documents and other material as cited in the text. (4) Determining probable reasonable consequences of problems identified as well as examples of jobs, if any, the person being assessed can perform. (5) Formulating vocational expert opinions.

E. Formulating a vocational opinion based on the above noted sources and my research. Examples of my reports have been peer reviewed and found to be acceptable by the American Board of Vocational Experts.

## H. Gray Broughton's Qualifications:

I graduated from Auburn University in 2005 with a M.Ed. in Vocational Rehabilitation and Special Education Rehabilitative Services. I graduated from the U.S. Army Command and General Staff College in 1979. I graduated from the University of Richmond in 1965 with a degree of Bachelor of Arts in Philosophy.

I am a Certified Rehabilitation Counselor and Certified Case Manager. I am a Senior Disability Analyst and Diplomate of the American Board of Disability Analysts. I am licensed as a Rehabilitation Provider with the Commonwealth of Virginia. I am a Certified Personnel Consultant and am accepted as a Vocational Expert by the Social Security Administration, Office of Hearings and Appeals. I am a Diplomate of the American Board of Vocational Experts.

I have over 32 years of experience as a vocational rehabilitation counselor, specializing in job placement and vocational assessments. During my career, I have assisted over 2000 people in attempting to find employment. This process included my making a vocational assessment of each client.

From 1999 to 2002, I was Commissioner, Department of Rehabilitative Services of the Commonwealth of Virginia. I was the agency head responsible for a complex multi-funded state agency with an operating budget of $121,500,000 for DRS and $24,500,000 for Woodrow Wilson Rehabilitation Center, which provides opportunities and assistance to individuals with physical, mental, or emotional disabilities in their efforts to obtain employment. My responsibilities included, but were not limited to, administrative oversight for 1095 employees, 43 Vocational Rehabilitation Field Offices, four Vocational Rehabilitation Regional Offices, and four Disability Determination Services Regional Offices.

---

with the clarification of new problems or subsequent consequences (follow-up). (McGowan & Proter, 1967, p. 111; Jarrell, Martin, Sinsabaugh, & Hardy, 1999; Deutsch & Sawyer 2001; 2000; 1997; 1985)

*Eisner, Roy*
*December 18, 2014*
*Page 4 of 11*

I have been accepted as a vocational expert witness in courts in the Commonwealth of Virginia, United States District Courts, the State of Florida, the District of Columbia, the Virginia Workers' Compensation Commission, the Industrial Commission of North Carolina, the Office of Hearings and Appeals, Social Security Administration, the District Court of West Virginia, the United States Department of Labor, Office of Administrative Law Judges, and the Court of Common Pleas for Philadelphia County.

In the past, I have been a board member of the Virginia Treatment Center for Children at the Medical College of Virginia and served as Chairman of its Resource and Development Committee.  I have served as a member of the Governor's Board for People with Disabilities and was Chairman of the Employment Committee.  I have served as a member of the National Association of Rehabilitation in the Professional Private Sector and was its Regional Director for Virginia from 1992 to 1993.  I was Co-Chairman of its Legislative Committee. During the time I was Commissioner of the Department of Rehabilitative Services, I was a charter member and Treasurer of the National Organization of Rehabilitation Professionals (NORP).  I received the Outstanding Service Award (2000-2001) Chi Sigma Iota, Alpha Psi Omega Chapter, at Virginia Commonwealth University, rehabilitation and counseling society.  I served as Chairman of the Board of Directors for Northstar Academy (a school for children with special needs in Richmond, Virginia) from 2006 to 2008 and am a past member of the Richmond Workforce Investment Board (2006-2008).

At present, I am a member of the National Rehabilitation Association, the Virginia Rehabilitation Association, the International Association of Rehabilitation Professionals, and the Case Manager Society of America (Past President, Richmond Chapter).  I am a Board Member and Diplomate of The American Board of Vocational Experts and served as the President (2011-2013) and past Treasurer (2008). I currently serve on the Board as immediate past President (2013-2015).

I have not authored any publications in the previous 30 years.

**Exhibits to Report:**

Exhibit "A" is Curriculum Vitae, Exhibit "B" is Record of Testimony (last four years) and Exhibit "C" is Fee Agreement.

**Medical:**

On April 8, 2008 Roy A. Eisner was attacked in the parking lot where he worked.  The medical records I reviewed indicated the following:

*July 2, 2008 – Eusebio R. Nunez, M.D.*
   *Impression: Sprain and strain of the myoligamentous supporting structure of the*

*Eisner, Roy*
*December 18, 2014*
*Page 5 of 11*

*cervical, thoracic and lumbosacral spines, unresolved with associated myositis and stiffness of the related paraspinal muscles. Traumatic myositis of the upper trapezii with active tender points bilaterally. History of multiple contusions. History of closed head injury with posttraumatic headaches. Right eye trauma with decreased vision, under care.*

**August 18, 2008 – Caine Chiropractic Center – Roger Caine, D.C.**
Diagnosis:
*Post Traumatic Cervical Sprain/Strain (chronic)*
*Post Traumatic Thoracic Sprain/Strain (chronic)*
*Post Traumatic Lumbar Sprain/Strain (chronic)*
*Post Traumatic Cervicogenic Headache Syndrome (chronic)*
*Post Traumatic Vetebrogenic Pain Syndrome (multiple levels)*
*Post Traumatic Segmental Dysfunction (multiple levels)*
*Post Traumatic Myofascial Pain Syndrome*

**September 4, 2008 – Norman B. Stempler, D.O., ABPS, FASSOS**
Impressions:
*1. Chronic, refractory cervical, thoracic and lumbosacral strain and sprain with myofascitis with somatic dysfunction.*
*2. Myofascial syndrome.*
Comments:
*It is my professional opinion, within a reasonable degree of medical certainty, that there is a direct causal relationship between all of the patient's ongoing complaints and the incident related. Prognosis for a complete recovery is uncertain.*

**September 12, 2009 – Clinical Pain Management Associates – Mark Reznik, D.O.**
New Patient Evaluation – Impression:
*1. Cervical and lumbar facet arthralgia.*
*2. Lumbar degenerative disc disease.*
*3. Myofascial pain.*

**August 12, 2013 – Dr. Brad Shamis & Associates, LLC – Brad Shamis, Ph.D.**
Certification of Dr. Brad Shamis, Ph.D.
*1. I, Dr. Brad Shamis am the treating psychologist for Roy Eisner for his post-traumatic stress disorder resulting from his being physically attacked on April 8, 2008.*
*2. As a result of his post-traumatic stress disorder, Mr. Eisner is suffering from such overwhelming depression and anxiety that it has affected all important aspects of his daily life including causing him to suffer significant weight loss and other adverse health sequelae.*
*3. In my opinion as a consequence of his post-traumatic stress disorder he is permanently and totally disabled from any gainful employment.*
*4. Because of the chronicity and ongoing severity of his symptomology from his post-traumatic stress disorder it is my opinion that his psychological disorders*

> *including extreme anxiety and depression all resulting from the April 8, 2008*
> *assault upon him are permanent in nature.*

### December 2, 2014 – Bensalem Orthopedics, P. C. – Norman B. Stempler, D.O., ABPS, FASSOS

> *Progress Report*
> *Roy Eisner was seen by me this date for re-evaluation. He was initially seen on*
> *09/04/08 as a result of the 04/08/08 work-related incident. He remains*
> *symptomatic in regard to his cervical, thoracic and lumbar spine.*
> *He continues to have painful activity, as he relates. He denies radicular*
> *symptoms, and there has been no change in his bladder or bowel habits.*
> *On examination, he has palpable tenderness in the paracervical, trapezial,*
> *paralumbar and sacroiliac areas, increased with attempted range of motion. He*
> *is neurologically intact.*
> *My impression is that of:*
> *1. Chronic, refractory and ongoing cervical, thoracic, lumbosacral and sacroiliac*
> *musculoligamentous injury, with a poor prognosis for full recovery.*
> *Roy Eisner remains disabled from any physical labor, having sustained a serious*
> *and permanent injury to his spine as a direct result of the work-related incident of*
> *04/08/08.*
> *I believe that he has reached Maximum Medical Improvement.*

## Vocational:

I conducted a Vocational Diagnostic Interview, telephonically, of Roy A. Eisner on December 3, 2014 and he offered the following information.

Roy Alan Eisner is 58-years-old (DOB: 11/25/1956) and is a U.S. Citizen, born in Philadelphia, Pennsylvania. He resides at 5078 South Hunter Court, Bensalem, Pennsylvania 19020 with his wife Joanne. They have lived at this location for the last 24 years.

Mr. Eisner has never served in the U.S. Military, has a valid Pennsylvania driver's license and a good record, although he does not drive very much. He has no arrests or convictions. His hobbies and leisure time activities are watching television, visiting with his granddaughter and occasionally going out to eat.

In 1975 he graduated from Council Rock High School in Newtown, Pennsylvania. He did not attend college and learned his skills through on-the-job training. He was a dispatcher from 1980 to 1986 which is where he learned about the trucking business. In 1986 he started his own business, a small trucking company.

## Work History:

1975 – 1980    Series of jobs:
                        Furniture Department Manager at Wilco

*Eisner, Roy*
*December 18, 2014*
*Page 7 of 11*

|  |  |
|---|---|
|  | Assistant Manager for a finance company, handling customers and new loans. |
| 1980 – 1986 | Marck Express Terminal (Morrisville, PA) – Dispatcher |
| 1986 – 1988 | McHugh Brothers – Managed the drivers and coordinated shipments of equipment and other material. |
| 1988 – 2004 | RJ Trucking – Self Employed – Owner/Manager – Performed different functions including marketing and running the entire business. He had 10 drivers who were owner-operators. They were 18-wheelers and the drivers were required to have CDLs. |
| 03/04 – 04/08 | Spirit Delivery – Manager for the Circuit City location in Bristol, Pennsylvania. He handled the home deliveries of the products, managed the drivers, delivery complaints, and the administration. The used box trucks and the drivers were not required to have CLDs. |
|  | He was injured on April 8, 2008 and attempted to work, but was unable to, he left on April 12, 2008. He has not worked since then because of his injuries when he was attacked outside of the building when he was going to work. He was on Workers' Compensation and that case settled. |

According to the tax information I reviewed, Mr. Eisner's gross wages were $40,153 (2005), $47,576 (2006), $55,211 (2007) and $19,038 (partial year 2008).

Medical:  During my interview Mr. Eisner indicated the following:

*Physical/Mental Status:  Previous problems/illness, injuries, operations/General Health Information:*

| Date | Incident | Residual Problems |
|---|---|---|
| 2000 or 2001 | Rear ended by car & suffered whiplash. He was treated by a chiropractor and has fully recovered. | None / Resolved |

*Present Physical/Mental Treatment (doctors/treatments):*

| Doctor | Treatment | Date |
|---|---|---|
| Dr. Kenneth Morris | PCP | Every 3 months |
| Dr. Brad Shamis | Psychologist | Every 3 weeks |

*Physical/Mental Status:  Current problems:*

| Item | No | Yes | Extent |
|---|---|---|---|
| Headaches/Dizziness |  | X | Headaches |
| Chest Pain/Discomfort | X |  |  |
| Back Pain/Discomfort |  | X |  |
| Stomach/Digestive Problems | X |  |  |
| Urination/Elimination | X |  |  |
| Other: Neck |  | X |  |

*Eisner, Roy*
*December 18, 2014*
*Page 8 of 11*

## Special problems with environment:

| Condition | No | Yes | Comments |
|---|---|---|---|
| Heat | | X | Occurs when air pressure changes because of barometric pressure |
| Cold | | X | Occurs when air pressure changes because of barometric pressure |
| Wet/Humid | | X | Makes pain worse |
| Dusty/Dirty | X | | |
| Noisy | | X | Causes headaches |
| Heights | | X | |
| Vibrations | | X | |

## Physical Status: Occurrence of Pain:

| Pain Location | Pain Frequency | Pain Intensity |
|---|---|---|
| Neck | Constant | Spikes to 8 |
| Entire Back (radiates into his shoulders) | | Spikes to 8 |

Pain Scale of 0-10, 0 being no pain, 5 being moderate pain &
10 being unbearable and excruciating.

## Physical Limitations:

| Activity | None | Yes | Comments |
|---|---|---|---|
| Lifting | | X | 15 pounds occasionally |
| Talking | | X | Difficulty choosing words |
| Hearing | X | | |
| Sitting | | X | 15 minutes |
| Climbing | | X | Difficult climbing steps, pain in back – no ladders |
| Balancing | | X | |
| Stooping | | X | Difficult – can't get back up |
| Breathing | X | | |
| Driving | | X | 20 minutes – average |
| Feeling | X | | |
| Reaching | | X | Both shoulders/pain |
| Seeing | | X | "Floaters in eye" |
| Standing | | X | 5 to 10 minutes maximum |
| Walking | | X | 1 block then has to rest |
| Bending | | X | Difficult – can't get back up |
| Kneeling | | X | Difficult – can't get back up |
| Sleeping | | X | Takes Ambien |

## Present medication/dosages:

| Medication(s) | Dosage | Reason |
|---|---|---|
| OxyContin | 40 mg – 2xday | Pain |
| Oxycodone | 15 mg – 2xday PRN | Pain |
| Ambien | 12.5 mg extended relief | Sleep |

| Flexeril | | | Muscle spasms |
|---|---|---|---|

*Emotional Status: He suffers with Post-Traumatic Stress Disorder (PTSD), anxiety, depression, frustration, and anger (for the most part has resolved by trying to forgive the person that attacked him). He is upset with the constant chronic pain he is suffering, the functional restrictions that he has, his restricted lifestyle, and the inability to perform full time gainful employment.*

**Opinions / Conclusion:**

My opinions are based upon the Vocational Diagnostic Interview I conducted, the information I received and reviewed; and my experience in the field of Vocational Rehabilitation, training and education. Therefore, I offer the following vocational opinions to a reasonable degree of vocational certainty.

**1. Pre-Injury Work & Earning Capacity:**

When Roy Eisner was assaulted and injured on April 8, 2008, he was employed by Spirit Delivery as the manager for the Circuit City location in Bristol, Pennsylvania. The last full year he worked, 2007, he earned $55,211.

Earning capacity is the ability to earn money on a sustained basis in the current Labor Market. The salary someone was earning at the time of their accident is not necessarily their earning capacity. However, in Mr. Eisner's case it is the most accurate indicator. Therefore his pre-injury earning capacity was $55,211 per year which is what he earned the last full year he worked, 2007.

The work Mr. Eisner performed is was administrative, supervisory, and skilled. As far as exertional demands, his past work was classified at the sedentary and light Physical Demand Levels which are defined by the *U.S. Department of Labor* as:

> *Sedentary Work – Lifting 10 lbs. maximum and occasionally lifting and/or carrying such articles as dockets, ledgers, and small tools. Although a sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met.*

> *Light Work – Lifting 20 lbs. maximum with frequent lifting and/or carrying objects weighing up to 10 pounds. Even though the weight lifted may be only a negligible amount, a job is in this category when it involves sitting most of the time with a degree of pushing and pulling of arm and/or leg controls, or when it requires walking and standing to a significant degree.*

*Eisner, Roy*
*December 18, 2014*
*Page 10 of 11*

## 2. Post-Injury Work & Earning Capacity:

From the medical and psychological information, including but not limited to, Dr.
Norman Stempler's report of December 2, 2014 ad Dr. Brad Shamis, Ph.D.'s report of
August 12, 2013, I reviewed and the information I gathered during my Vocational
Diagnostic Interview of Mr. Eisner, it is my opinion, to a reasonable degree of vocational
certainty, that Mr. Eisner is unemployable and not placeable in any competitive work
activities, and he is totally disabled from gainful employment as a result of the injuries he
received on April 8, 2008 when he was assaulted. He has suffered a total loss of earning
capacity.

At the time he was injured his earning capacity was $55,211 per year. Mr. Eisner
expected to work until age 67 when he would be eligible to receive full Social Security
Retirement Benefits. Therefore since his injuries of April 8, 2008, until his retirement at
age 67, November 25, 2023 (15.7 years) he will suffer a total loss of earning capacity of
$866,812 ($55,211 x 15.7 years). This is in current dollars, not adjusted for any other
economic factors to include, but not limited to, inflation or reducing to present value.

Mr. Eisner was employed by Spirit Delivery as a delivery service and operations manager
and indicated that he received the following benefits: basic medical, major medical,
prescription, 401(k), and the employer's share of Social Security. The cost of his benefits
package is conservatively projected at 15.3 percent of his earnings (Social Security and
Medicare is 15.3%). His benefits are valued at $8,447 ($55,211 x 15.3%). Therefore the
value of his fringe benefits, until age 67, when he expected to retire is $132,618 ($8,447 x
15.7 years).

Therefore Mr. Eisner's total loss of earning capacity and Social Security and Medicare
benefits is $999,430 ($866,812 + $132,618). This is in current dollars, not adjusted for
any other economic factors per Pennsylvania law as set forth in Pennsylvania Supreme
Court case Kazkowski v. Bolulasz 421 A2d.1027 (PA 1980) which held that the effect of
the future inflation rate will completely off set the interest rate thereby eliminating any
need to discount the award to its present value.

All of my opinions are expressed to a reasonable degree of vocational certainty. Since
discovery is ongoing I reserve the right to take into consideration any additional
information or documents including any Independent Medical Examinations, Functional
Capacity Evaluations, and doctor's notes, as they become available, that would affect my
opinion(s) concerning Roy A. Eisner's employability, placeability and earning capacity.

Respectfully submitted,

H. Gray Broughton, M.Ed., CRC, CCM, CRP
Diplomate, American Board of Vocational Experts

*Eisner, Roy*
*December 18, 2014*
*Page 11 of 11*

HGB/pg

Enclosure(s)

*Revised April, 2013*
*Page 1 of 2*

*Exhibit A*

# VITAE

## H. GRAY BROUGHTON, CRC, CCM
### VOCATIONAL EXPERT
### BROUGHTON ASSOCIATES INCORPORATED
6802 PATTERSON AVENUE  RICHMOND, VIRGINIA 23226
(804) 282-4199    (800) 282-4177

## EMPLOYMENT

**Chief Executive Officer, Owner, Broughton Associates, Inc.**          2002–Present

Vocational Expert, Job Placement Specialist and Rehabilitation Counselor. Duties: job placement, labor market surveys, medical coordination, staff supervisor, expert witness testimony, and disability management advisor. Specializing in vocational assessments and job placement of workers' compensation claimants. Analyzing and determining injured person's ability to find employment, given the residual effects of his or her injury, taking into consideration all factors that affect employability.

**Commissioner, Department of Rehabilitative Services**          1999-2002

Appointed by Governor James Gilmore in October 1999. Agency Head responsible for a complex multi-funded state agency with an operating budget of $121,500,000 for DRS and $24,500,000 for Woodrow Wilson Rehabilitation Center, which provides opportunities and assistance to individuals with physical, mental, or emotional disabilities in their efforts to obtain employment. Detailed responsibilities include, but not limited to, administrative oversight for:

- 1095    Employees
- 43    Vocational Rehabilitation Field Offices
- 4    Vocational Rehabilitation Regional Offices
- 4    Disability Determination Services Regional Offices
- 5    Major programmatic areas: Vocational Rehabilitation, Woodrow Wilson Rehabilitation Center, Disability Determination Services, Community-Based Programs, and Administrative Services.

**President, Owner, Broughton Associates, Inc.**          1982 – 1999

Vocational Expert, Job Placement Specialist and Rehabilitation Counselor. Duties: job placement, labor market surveys, medical coordination, staff supervision, vocational assessments, and expert witness testimony. Specialized in the job placement of workers' compensation claimants and vocational assessments. Analyzed and determined injured person's ability to find employment and their earning capacity, given the residual effects of his or her injury, taking into consideration all factors that affect his or her employability.

*Page 2 of 2*

## EDUCATION

1965    University of Richmond, BA in Philosophy
1979    U.S. Army Command and General Staff College
2005    Auburn University, M. Ed. in Rehabilitation and Special Education Rehabilitation
        Services

## CERTIFICATIONS

Certified Rehabilitation Counselor Certification (April 1991) – Commission on Rehabilitation
Counselor Certification
Certified Case Manager (November 1993) – Commission for Case Management Certification
American Board of Disability Analysts (Senior Disability Analyst and Diplomat)
Licensed as a Rehabilitation Provider with the Commonwealth of Virginia
Certified Personnel Consultant
American Board of Vocational Experts, Diplomate

## PROFESSIONAL ACTIVITIES & AWARDS

**Past:**

Board Member - Virginia Treatment Center for Children (Medical College of Virginia)
Resource and Development Committee Chairman
Member of the Governor's Board for People with Disabilities – Commonwealth of Va.
Chairman of the Employment Committee
National Association Rehab Professional Private Sector – Regional Director for Virginia
   (1992-1993).  Co-Chairman of Legislative Committee.
National Organization of Rehabilitation Professionals (NORP) – Charter Member and
Treasurer (August 2001).
Chi Sigma Iota, Alpha Psi Omega Chapter – Outstanding Service Award (2000 – 2001)
Case Manager's Society of America, Richmond Chapter Vice President (2003-2004)
Alpha Theta Chi Collegiate Honor Society, Auburn University (2005)
Vocational Expert, Social Security Administration (Qualified)
Case Manager's Society of America, Richmond Chapter President (2004-2005)
Richmond Workforce Investment Board
Northstar Academy Board of Directors, Chairman (A School for Special Needs Children)
   (2006-2008)
Phi Kappa Phi Honor Society; Inducted April 30, 2008

**Present:**

American Board of Vocational Experts, Board of Directors, President (2011-2013), Past
Treasurer (2008), Immediate Past President (2013-2015)
National Rehabilitation Association
Virginia Rehabilitation Association
International Association of Rehabilitation Professionals
Case Manager's Society of America, Central Virginia Chapter

## OTHER ACTIVITIES, PAST AND PRESENT

Richmond Jaycees – Director of the Year 1971        Association of the United States Army
United States Army Reserve –                        Rotary Club
   Rank: Lieutenant Colonel (Retired)               First Baptist Church
   Transportation & Public Affairs                  American Legion
Reserve Officers' Association                       Shrine

*Revised*
*December, 2014*
*Page 1 of 8*

***Exhibit B***

## RECORD OF TESTIMONY

Approximate list of cases in which H. Gray Broughton has testified at trial or deposition
in the past four years:

## COURTS:

**Name of Case:**      Cindy A. Woodfork v. Laboratory Corporation of America, et al.
**Name of Court:**     Circuit Court of Prince William County
**Date of Testimony:** December 9, 2014

**Name of Case:**      Berliner v. Capuzzi
**Name of Court:**     Circuit Court of Henrico County
**Date of Testimony:** December 1, 2014

**Name of Case:**      Andrew Reinhart v. Katherine Reinhart
**Name of Court:**     Circuit Court for Prince William County
**Date of Testimony:** November 26, 2014

**Name of Case:**      Richard Spears v. William "Billy" L. Leonard, Jim's Motorcycle, Inc. d/b/a
                       Atlas Honda, Yamaha, Kawasaki, Suzuki
**Name of Court:**     Circuit Court for the City of Bristol
**Date of Testimony:** November 19, 2014

**Name of Case:**      Terry E. Funkhouser, Jr. v. Jennifer Funkhouser
**Name of Court:**     Fairfax County Circuit Court
**Date of Testimony:** November 18, 2014

**Name of Case:**      Tyrome William Lott, Sr. v. MCH Transportation Co., et al.
**Name of Court:**     U.S. District Court; Eastern Division of Virginia
**Date of Testimony:** November 13, 2014

**Name of Case:**      Stephen P. Smith v. Nicole A. Smith
**Name of Court:**     Hopewell Circuit Court
**Date of Testimony:** November 12, 2014

**Name of Case:**      John E. Pruitt, III v. Chad Allen Burgess
**Name of Court:**     Spotsylvania Circuit Court
**Date of Testimony:** September 30, 2014

**Name of Case:**      Christopher Ole Geving v. Paulette Sharon Geving
**Name of Court:**     City of Chesapeake Circuit Court
**Date of Testimony:** August 28, 2014

**Name of Case:**      Christine F. O'Boyle v. Joseph Eugene O'Boyle
**Name of Court:**     Danville Circuit Court
**Date of Testimony:** August 20, 2014

*Revised*
*December, 2014*                    ***Exhibit B***
*Page 2 of 8*

**Name of Case:** Jaquez Jones v. Branscome, Inc.
**Name of Court:** City of Richmond Circuit Court
**Date of Testimony:** August 15, 2014

**Name of Case:** LaBrie v. LaBrie
**Name of Court:** Henrico County Circuit Court
**Date of Testimony:** August 8, 2014

**Name of Case:** Perona v. Perona
**Name of Court:** Northumberland County Circuit Court
**Date of Testimony:** July 8, 2014

**Name of Case:** Schroder v. Schroder
**Name of Court:** Circuit Court of Henrico County
**Date of Testimony:** June 30, 2014

**Name of Case:** T. Johnson Childress, III v. Constance B. Childress
**Name of Court:** Circuit Court of Henrico County
**Date of Testimony:** June 16, 2014

**Name of Case:** Rita Jeanne Landin Loderick v. Stephen Michael Loderick
**Name of Court:** Circuit Court of Henrico County
**Date of Testimony:** June 9, 2014

**Name of Case:** Susan Fitzsimmons v. Patrick Fitzsimmons
**Name of Court:** Circuit Court of Stafford County
**Date of Testimony:** June 5, 2014

**Name of Case:** Rita Jeanne Landin Loderick v. Stephen Michael Loderick
**Name of Court:** Circuit Court of Henrico County
**Date of Testimony:** May 16, 2014

**Name of Case:** Perona v. Perona
**Name of Court:** Northumberland County Circuit Court
**Date of Testimony:** March 24, 2014

**Name of Case:** William L. Shields v. Ida J. Shields
**Name of Court:** City of Chesapeake Circuit Court
**Date of Testimony:** February 17, 2014

**Name of Case:** Sohail v. Sohail
**Name of Court:** Circuit Court of the County of Henrico
**Date of Testimony:** February 3, 2014

**Name of Case:** Brown v. Brown
**Name of Court:** Circuit Court of the County of Chesterfield
**Date of Testimony:** January 9, 2014

*Revised*
*December, 2014*                                    ***Exhibit B***
*Page 3 of 8*

| | |
|---|---|
| **Name of Case:** | Bret Lovejoy v. Print Management, Inc., et al. |
| **Name of Court:** | Circuit Court of the City of Alexandria |
| **Date of Testimony:** | November 25, 2013 |

| | |
|---|---|
| **Name of Case:** | Raul D. Padilla v. Norfolk Southern Railway Company |
| **Name of Court:** | Circuit Court of Charlottesville |
| **Date of Testimony:** | October 31, 2013 |

| | |
|---|---|
| **Name of Case:** | Douglas Edward Keith v. Elena Victoria Keith |
| **Name of Court:** | Arlington Circuit Court |
| **Date of Testimony:** | October 30, 2013 |

| | |
|---|---|
| **Name of Case:** | Bernard v. Bernard |
| **Name of Court:** | Fairfax Circuit Court |
| **Date of Testimony:** | October 23, 2013 |

| | |
|---|---|
| **Name of Case:** | Virginia deCamp v. Philip deCamp |
| **Name of Court:** | Williamsburg Circuit Court |
| **Date of Testimony:** | October 17, 2013 |

| | |
|---|---|
| **Name of Case:** | Clyde Cross v. Brenda Spears |
| **Name of Court:** | Henry County Circuit Court |
| **Date of Testimony:** | September 30, 2013 |

| | |
|---|---|
| **Name of Case:** | Barker v. Barker |
| **Name of Court:** | Lynchburg Circuit Court |
| **Date of Testimony:** | September 26, 2013 |

| | |
|---|---|
| **Name of Case:** | Kirk v. Kirk |
| **Name of Court:** | Fairfax Circuit Court |
| **Date of Testimony:** | September 10, 2013 |

| | |
|---|---|
| **Name of Case:** | Brenzie v. Brenzie |
| **Name of Court:** | Chesterfield County Juvenile & Domestic Court |
| **Date of Testimony:** | August 23, 2013 |

| | |
|---|---|
| **Name of Case:** | Crystal Aswell Fitzwater v. C.A. Perry & Son Transit, Inc., et al |
| **Name of Court:** | Suffolk Circuit Court |
| **Date of Testimony:** | August 20, 2013 |

| | |
|---|---|
| **Name of Case:** | Penelope Minter v. District of Columbia |
| **Name of Court:** | United States District Court for the District of Columbia |
| **Date of Testimony:** | August 7, 2013 |

| | |
|---|---|
| **Name of Case:** | Bonamassa v. Bonamassa |
| **Name of Court:** | Loudoun Circuit Court |
| **Date of Testimony:** | August 6, 2013 |

*Revised*
*December, 2014*
*Page 4 of 8*                    *Exhibit B*

| | |
|---|---|
| Name of Case: | Colman v. Colman |
| Name of Court: | York Circuit Court |
| Date of Testimony: | July 29, 2013 |

| | |
|---|---|
| Name of Case: | Carrie Gitter v. Richard Gitter |
| Name of Court: | Stafford Circuit Court |
| Date of Testimony: | June 12, 2013 |

| | |
|---|---|
| Name of Case: | Ward v. Ward |
| Name of Court: | Gloucester Circuit Court |
| Date of Testimony: | May 16, 2013 |

| | |
|---|---|
| Name of Case: | Ann Gallier Parsons v. James Leonard Parsons |
| Name of Court: | Goochland County Circuit Court |
| Date of Testimony: | May 7, 2013 |

| | |
|---|---|
| Name of Case: | Paul Wood v. Barbara Wood |
| Name of Court: | Louisa County Circuit Court |
| Date of Testimony: | April 4, 2013 |

| | |
|---|---|
| Name of Case: | Preston Scott Cross v. Carole Cassidy Cross |
| Name of Court: | Lynchburg Circuit Court |
| Date of Testimony: | March 28, 2013 |

| | |
|---|---|
| Name of Case: | Toni I. Mastro v. Christopher A. Mastro |
| Name of Court: | Chesterfield County Circuit Court |
| Date of Testimony: | February 25, 2013 |

| | |
|---|---|
| Name of Case: | Pamala Ann Cerisano v. Eugene A. Cerisano |
| Name of Court: | Chesterfield County Circuit Court |
| Date of Testimony: | February 20, 2013 |

| | |
|---|---|
| Name of Case: | Mooz v. Mooz |
| Name of Court: | Hanover County Circuit Court |
| Date of Testimony: | January 24, 2013 |

| | |
|---|---|
| Name of Case: | Kenneth Wayne Meyer v. Karen Sue Meyer |
| Name of Court: | Williamsburg Circuit Court |
| Date of Testimony: | January 16, 2013 |

| | |
|---|---|
| Name of Case: | Karen Lee Derrico v. Jack Alan Derrico |
| Name of Court: | Fairfax County Circuit Court |
| Date of Testimony: | December 27, 2012 |

| | |
|---|---|
| Name of Case: | James Weatherford, Jr. v. Electric Power, Inc. & Richard Browning & Benjamin Davis |
| Name of Court: | Henrico County Circuit Court |
| Date of Testimony: | December 18, 2012 |

*Revised*
*December, 2014*          ***Exhibit B***
*Page 5 of 8*

Name of Case:      Christina Fontanilla v. Shannon Fontanilla
Name of Court:     Fluvanna County Circuit Court
Date of Testimony: December 14, 2012

Name of Case:      Amy Fay Alliston v. Clarence Edward Hall, II
Name of Court:     Prince Edward County Circuit Court
Date of Testimony: December 13, 2012

Name of Case:      Hillsman v. Hillsman
Name of Court:     Circuit Court of Chesterfield County
Date of Testimony: December 11, 2012

Name of Case:      Oestreich v. Oestreich
Name of Court:     Circuit Court of Chesterfield County
Date of Testimony: December 5, 2012

Name of Case:      Bridgette M. Presson v. Christopher N. Presson
Name of Court:     York County-Poquoson Circuit Court
Date of Testimony: November 26, 2012

Name of Case:      Thomas E. Karow v. Belinda G. Karow
Name of Court:     Mathews County Circuit Court
Date of Testimony: November 13, 2012

Name of Case:      Marjolijn L. Francissen v. Jerome King
Name of Court:     Loudoun County Circuit Court
Date of Testimony: November 7, 2012

Name of Case:      Ryan D. Horne v. Lisa M. Martin, Virginia Beach Life Saving Service, Inc. and
                   City of Virginia Beach, Virginia
Date of Deposition: November 5, 2012

Name of Case:      Courtney E. Powell v. Timothy B. Powell
Name of Court:     Circuit Court of the City of Williamsburg and the County of James City
Date of Testimony: November 1, 2012

Name of Case:      Mary Miskell v. Dale Miskell
Name of Court:     Circuit Court of Loudoun County
Date of Testimony: October 9, 2012

Name of Case:      Joseph Scott Jones, Jr. An infant who sues by Angela Marrow v. William S.
                   Ervin, III, M.D.
Date of Deposition: October 3, 2012

Name of Case:      Norman Seth Rosenbaum v. Maureen Mandwelle Rosenbaum
Name of Court:     Henrico County Circuit Court
Date of Testimony: September 18, 2012

Revised
December, 2014                          *Exhibit B*
Page 6 of 8

| | |
|---|---|
| **Name of Case:** | Zachary T. Owen v. Randy T. Powell |
| **Name of Court:** | Halifax County Circuit Court |
| **Date of Testimony:** | September 6, 2012 |

| | |
|---|---|
| **Name of Case:** | Kristine Turner v. Scott Turner |
| **Name of Court:** | Circuit Court of Prince William County |
| **Date of Testimony:** | August 29, 2012 |

| | |
|---|---|
| **Name of Case:** | Julie B. Johnson v. James R. Johnson |
| **Name of Court:** | Juvenile and Domestic Court of Henrico County |
| **Date of Testimony:** | August 28, 2012 |

| | |
|---|---|
| **Name of Case:** | Wendy Kelly v. Thomas Kelly, III |
| **Name of Court:** | Circuit Court of Hanover County |
| **Date of Testimony:** | June 27, 2012 |

| | |
|---|---|
| **Name of Case:** | Shepherd McKnight Smith v. Aimee Labuy Smith |
| **Name of Court:** | Circuit Court of Fairfax County |
| **Date of Testimony:** | June 27, 2012 |

| | |
|---|---|
| **Name of Case:** | Janet Brinegar v. Richard Earle Brinegar |
| **Name of Court:** | Circuit Court of the County of Henrico |
| **Date of Testimony:** | June 25, 2012 |

| | |
|---|---|
| **Name of Case:** | Shepherd McKnight Smith v. Aimee Labuy Smith |
| **Name of Court:** | Circuit Court of Fairfax County |
| **Date of Testimony:** | June 14, 2012 |

| | |
|---|---|
| **Name of Case:** | Czyzewski v. Czyzewski |
| **Name of Court:** | Circuit Court of Chesterfield County |
| **Date of Testimony:** | June 4, 2012 |

| | |
|---|---|
| **Name of Case:** | Lisa Kestner Quigley v. Michael John Quigley |
| **Name of Court:** | Circuit Court of Chesterfield County |
| **Date of Testimony:** | May 18, 2012 |

| | |
|---|---|
| **Name of Case:** | Tammy L. Morris v. Patrick J. Morris |
| **Name of Court:** | Circuit Court of Augusta County |
| **Date of Testimony:** | April 4, 2012 |

| | |
|---|---|
| **Name of Case:** | Mary Anne Moniz Gernon v. Lawrence W. Gernon |
| **Name of Court:** | Circuit Court of the City of Richmond |
| **Date of Testimony:** | March 30, 2012 |

| | |
|---|---|
| **Name of Case:** | Patricia J. Wishart v. James W. Wishart |
| **Name of Court:** | Circuit Court of Fairfax County |
| **Date of Testimony:** | March 28, 2012 |

*Revised*
*December, 2014*                                    ***Exhibit B***
*Page 7 of 8*

**Name of Case:**        Tommy Lee Marlowe v. Brandon Alexander Smith & Gary W. smith
                         Contractor, Inc.
**Name of Court:**       Henry County Circuit Court
**Date of Testimony:**   March 27, 2012

**Name of Case:**        Virginia P. Moore v. James C. McGee
**Name of Court:**       Culpeper County Circuit Court
**Date of Testimony:**   February 16, 2012

**Name of Case:**        Hicks v. Hicks
**Name of Court:**       Bedford County Circuit Court
**Date of Testimony:**   January 23, 2012

**Name of Case:**        Kevin M. Dix v. Christine M. Verhagen
**Name of Court:**       Culpeper County Circuit Court
**Date of Testimony:**   January 20, 2012

**Name of Case:**        Stephanie W. Marcus v. Richard M. Marcus
**Name of Court:**       Henrico County Circuit Court
**Date of Testimony:**   January 17, 2012

**Name of Case:**        Burns v. Burns
**Name of Court:**       Prince William Circuit Court
**Date of Testimony:**   January 11, 2012

**Name of Case:**        Natalie Taylor v. Joshua Taylor
**Name of Court:**       Stafford County Juvenile and Domestic Relations Court
**Date of Testimony:**   January 5, 2012

**Name of Case:**        Stephanie Henke v. Michael Henke
**Name of Court:**       County of King George Circuit Court
**Date of Testimony:**   September 30, 2011

**Name of Case:**        Selina Heslep v. Donald Heslep
**Name of Court:**       County of Chesterfield Circuit Court
**Date of Testimony:**   September 7, 2011

**Name of Case:**        Ellen Walter Spence v Ronald Eugene Spence
**Name of Court:**       County of Gloucester Circuit Court
**Date of Testimony:**   September 1, 2011

**Name of Case:**        Marcus v. Marcus
**Name of Court:**       County of Henrico Circuit Court
**Date of Testimony:**   August 22, 2011

**Name of Case:**        Selina Heslep v. Donald Heslep
**Name of Court:**       County of Chesterfield Circuit Court
**Date of Testimony:**   August 12, 2011

*Revised*
*December, 2014*                                   ***Exhibit B***
*Page 8 of 8*

| | |
|---|---|
| **Name of Case:** | Ramey v. Ramey |
| **Name of Court:** | City of Richmond Circuit Court |
| **Date of Testimony:** | June 27, 2011 |

| | |
|---|---|
| **Name of Case:** | Saunders v. Saunders |
| **Name of Court:** | Chesterfield County Circuit Court |
| **Date of Testimony:** | June 10, 2011 |

| | |
|---|---|
| **Name of Case:** | Almaz Kebede Shibeshi v. Henry Amis, d/b/a/ Henry Amis Trucking and Michael Todd Peterson |
| **Name of Court:** | Circuit Court of Fairfax County |
| **Date of Testimony:** | May 17, 2011 |

| | |
|---|---|
| **Name of Case:** | Michael J. Morak v. Sharon H. Morak |
| **Name of Court:** | Chesterfield County Circuit Court |
| **Date of Testimony:** | April 18, 2011 |

| | |
|---|---|
| **Name of Case:** | Davey Ingram v. Linda Ingram |
| **Name of Court:** | Loudoun County Circuit Court |
| **Date of Testimony:** | March 1, 2011 |

| | |
|---|---|
| **Name of Case:** | Christine M. LaFleur v. Wayne F. LaFleur |
| **Name of Court:** | Circuit Court of the County of Greene |
| **Date of Testimony:** | February 22, 2011 |

| | |
|---|---|
| **Name of Case:** | Lisa Ackerman Seeman v. Benjamin Seeman |
| **Name of Court:** | Circuit Court of Henrico County |
| **Date of Testimony:** | February 22, 2011 |

| | |
|---|---|
| **Name of Case:** | Edith Clausing v Timothy Clausing |
| **Name of Court:** | Circuit Court of Hanover County |
| **Date of Testimony:** | February 18, 2011 |

| | |
|---|---|
| **Name of Case:** | James Russell Marcoe v Darlene Frances Marcoe |
| **Name of Court:** | Circuit Court of Fairfax County |
| **Date of Testimony:** | January 5, 2011 |

| | |
|---|---|
| **Name of Case:** | Jeffrey Beck v Kari Beck |
| **Name of Court:** | Circuit Court of Goochland County |
| **Date of testimony:** | November 2, 2010 |

Exhibit C

## *FEE AGREEMENT*

I, _____, agree to pay Broughton Associates, Inc., the following sums for the following services:

**1.** $225 an hour for the preparation necessary to support vocational opinions in connection with the _____ proceeding. In addition, this same rate is applicable to all pre-trial conferences and meetings involving this case. Depositions by opposing counsel it is required that they estimate the amount of time (at $450 for the first hour and $225 per hour thereafter) for the deposition (including travel time to and from Richmond) and a check in that amount be received prior to the date of the deposition. Mileage will also be charged at the current IRS rate. Any additional fees will be billed.

**2.** If the case is settled or testimony at trial or by deposition is canceled for whatever reason, and at least 2 full working days notice in advance is given, Broughton Associates, Inc. will not charge for the time lost in reserving time to be present to present testimony. Any used portion of the retainer beyond $500 will be refunded upon notification to Broughton Associates, Inc. that no further work is to be performed. **A retainer of $_____ is required. The retainer is a deposit for work; the final fee may be greater than the retainer.**

**3.** If the case settles, or for any other reason Broughton Associates, Inc. is not needed for testimony and 2 full working days notice is not given, then we agree to pay Broughton Associates, Inc. for 4 hours lost time at $225 an hour ($900).

**4.** Travel time will be prorated when possible and charged at $225 an hour. Mileage will also be prorated and billed at the current standard IRS rate per mile.

**5.** Collection: If my account is referred to an attorney for collection, upon said referral, I agree to pay attorney's fees in the amount of thirty-three & one-third percent (33 1/3%) of the total outstanding indebtedness then due and all costs of collection. I agree to pay the above said attorney's fees and costs of collection whether or not the attorney files suit. In any action taken to collect the amount due from the undersigned, undersigned agrees that venue would be proper and appropriate in Henrico County or the City of Richmond, Virginia.

Fees for professional service are due upon receipt of invoice. Balances carried longer than 30 days, will have added, a monthly finance charge of 1.5 percent. In addition, since Broughton Associates, Inc. has no contingency interest in this case, all fees are payable irrespective of the outcome of the trial. I/We understand and agree to the above.

*H. Gray Broughton*
H. Gray Broughton                                         _____
                                                          Date


_____                         _____
                                                          Date

                                                          Revised 09.01.2014

# Exhibit C

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

WASHINGTON, DC
LOS ANGELES, CALIFORNIA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

—————

BRUSSELS, BELGIUM

—————

AFFILIATE OFFICE
MUMBAI, INDIA

**101 PARK AVENUE**
**NEW YORK, NY  10178**

—————

(212) 808-7800

FACSIMILE
(212) 808-7897
www.kelleydrye.com

MARTIN A. KROLEWSKI
DIRECT LINE: (212) 808-5137
EMAIL: mkrolewski@kelleydrye.com

March 5, 2015

Via First Class U.S. Mail and E-Mail

Marshall E. Kresman, Esq.
Law Offices of Marshall E. Kresman
1950 Street Road, Suite 103
The Constitution Building
Bensalem, PA 19020

> Re: *Roy and Joanne Eisner v. Circuit City Stores, Inc.,*
>     *Case No. 08-35653 Claim Nos. 3025 and 3852*

Dear Marshall:

I write concerning your December 29, 2014 letter disclosing Roy Eisner's testifying expert witnesses and attaching their expert reports pursuant to the Court's Discovery Scheduling Order ("Discovery Order") entered on September 25, 2014 (Docket No. 13437). The expert reports of Dr. Brad Shamis and Dr. Norman Stempler attached to your letter fail to satisfy the requirements set forth in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure for expert reports and as such also violate the Discovery Order. Accordingly, the Circuit City Stores, Inc. Liquidating Trust objects to these reports and reserves all of its rights and remedies in connection with Dr. Shamis and Dr. Stempler serving as testifying expert witnesses in this matter.

Very truly yours,

Martin A. Krolewski

cc:   Kevin J. Funk, Esq. (via E-mail)
      Nicholas J. Panarella, Esq.

# Exhibit D

*Law Offices*

# Marshall E. Kresman
### *The Constitution Building*
### *1950 Street Road*
### *Suite 103*
### *Bensalem, PA 19020*
Phone (215) 639-9933
Fax (215) 639-8346

MARSHALL E. KRESMAN*
ALAN I. LOURIE*†
LOUIS DDBI, JR.*

* MEMBER DF PA AND NJ BARS
† MEMBER DF D.C. BAR

6745 TDRRESDALE AVENUE
PHILADELPHIA, PA 19135
(215)338-7555

ONE GREENTREE CENTER
SUITE 201
10000 LINCOLN DRIVE EAST
MARLTDN, NJ 08053
(856) 596-9333

PLEASE REPLY TD BENSALEM

March 6, 2015

*Via Email: mkrolewski@kelleydrye.com*
Kelley Drye & Warren LLP
Martin A. Krolewski, Esquire
101 Park Avenue
New York, NY 10178

      Re:     **Eisner, et al. v. Circuit City Stores, Inc., et al.**
               **Case No.: 08-35653**

Dear Mr. Krolewski:

    Enclosed please find the Curriculum Vitaes and testimony lists for the following expert witnesses; H. Gray Broughton, CRC, CCM, whose report fee is $2,500 and testimony fee is attached; treating psychologist Brad Shamis, Ph.D. whose testimony fee is $750.00, and of Dr. Norman Stempler whose report fee is $350.00 and testimony fee is $3,000.00/$3,500.00. The C.V. testimony list and fees for treating physician Dr. Kenneth Morris will be supplied to you once received by my office. The C.V. and statement of no cases testified to by treating physician Dr. Rodger Caine, D.C. is also attached.

                        Very truly yours,

                        Marshall E. Kresman

MEK/jjb
Enclosures

cc.:    Kevin Funk (Via Email: kfunk@durrettecrump.com w/enclosures)

Exhibit C

*FEE AGREEMENT*

I, _____, agree to pay Broughton Associates, Inc., the following sums for the following services:

1.    $225 an hour for the preparation necessary to support vocational opinions in connection with the _____ proceeding. In addition, this same rate is applicable to all pre-trial conferences and meetings involving this case. Depositions by opposing counsel it is required that they estimate the amount of time (at $450 for the first hour and $225 per hour thereafter) for the deposition (including travel time to and from Richmond) and a check in that amount be received prior to the date of the deposition. Mileage will also be charged at the current IRS rate. Any additional fees will be billed.

2.    If the case is settled or testimony at trial or by deposition is canceled for whatever reason, and at least 2 full working days notice in advance is given, Broughton Associates, Inc. will not charge for the time lost in reserving time to be present to present testimony. Any used portion of the retainer beyond $500 will be refunded upon notification to Broughton Associates, Inc. that no further work is to be performed. **A retainer of $_____ is required. The retainer is a deposit for work; the final fee may be greater than the retainer.**

3.    If the case settles, or for any other reason Broughton Associates, Inc. is not needed for testimony and 2 full working days notice is not given, then we agree to pay Broughton Associates, Inc. for 4 hours lost time at $225 an hour ($900).

4.    Travel time will be prorated when possible and charged at $225 an hour. Mileage will also be prorated and billed at the current standard IRS rate per mile.

5.    Collection: If my account is referred to an attorney for collection, upon said referral, I agree to pay attorney's fees in the amount of thirty-three & one-third percent (33 1/3%) of the total outstanding indebtedness then due and all costs of collection. I agree to pay the above said attorney's fees and costs of collection whether or not the attorney files suit. In any action taken to collect the amount due from the undersigned, undersigned agrees that venue would be proper and appropriate in Henrico County or the City of Richmond, Virginia.

Fees for professional service are due upon receipt of invoice. Balances carried longer than 30 days, will have added, a monthly finance charge of 1.5 percent. In addition, since Broughton Associates, Inc. has no contingency interest in this case, all fees are payable irrespective of the outcome of the trial. I/We understand and agree to the above.

*H. Gray Broughton*
H. Gray Broughton                          _____
                                            Date


_____                    _____
                                            Date

Revised 09.01.2014

*Revised April, 2013*
*Page 1 of 2*

*Exhibit A*

# VITAE

### H. GRAY BROUGHTON, CRC, CCM
### VOCATIONAL EXPERT
### BROUGHTON ASSOCIATES INCORPORATED
### 6802 PATTERSON AVENUE  RICHMOND, VIRGINIA 23226
### (804) 282-4199    (800) 282-4177

## EMPLOYMENT

**Chief Executive Officer, Owner, Broughton Associates, Inc.**                   2002–Present

Vocational Expert, Job Placement Specialist and Rehabilitation Counselor. Duties: job placement, labor market surveys, medical coordination, staff supervisor, expert witness testimony, and disability management advisor. Specializing in vocational assessments and job placement of workers' compensation claimants. Analyzing and determining injured person's ability to find employment, given the residual effects of his or her injury, taking into consideration all factors that affect employability.

**Commissioner, Department of Rehabilitative Services**                   1999-2002

Appointed by Governor James Gilmore in October 1999. Agency Head responsible for a complex multi-funded state agency with an operating budget of $121,500,000 for DRS and $24,500,000 for Woodrow Wilson Rehabilitation Center, which provides opportunities and assistance to individuals with physical, mental, or emotional disabilities in their efforts to obtain employment. Detailed responsibilities include, but not limited to, administrative oversight for:

- 1095   Employees
- 43   Vocational Rehabilitation Field Offices
- 4   Vocational Rehabilitation Regional Offices
- 4   Disability Determination Services Regional Offices
- 5   Major programmatic areas: Vocational Rehabilitation, Woodrow Wilson Rehabilitation Center, Disability Determination Services, Community-Based Programs, and Administrative Services.

**President, Owner, Broughton Associates, Inc.**                   1982 – 1999

Vocational Expert, Job Placement Specialist and Rehabilitation Counselor. Duties: job placement, labor market surveys, medical coordination, staff supervision, vocational assessments, and expert witness testimony. Specialized in the job placement of workers' compensation claimants and vocational assessments. Analyzed and determined injured person's ability to find employment and their earning capacity, given the residual effects of his or her injury, taking into consideration all factors that affect his or her employability.

*Page 2 of 2*

## EDUCATION

1965   University of Richmond, BA in Philosophy
1979   U.S. Army Command and General Staff College
2005   Auburn University, M. Ed. in Rehabilitation and Special Education Rehabilitation
     Services

## CERTIFICATIONS

Certified Rehabilitation Counselor Certification (April 1991) – Commission on Rehabilitation
Counselor Certification
Certified Case Manager (November 1993) – Commission for Case Management Certification
American Board of Disability Analysts (Senior Disability Analyst and Diplomat)
Licensed as a Rehabilitation Provider with the Commonwealth of Virginia
Certified Personnel Consultant
American Board of Vocational Experts, Diplomate

## PROFESSIONAL ACTIVITIES & AWARDS

Past:

    Board Member - Virginia Treatment Center for Children (Medical College of Virginia)
    Resource and Development Committee Chairman
    Member of the Governor's Board for People with Disabilities – Commonwealth of Va.
    Chairman of the Employment Committee
    National Association Rehab Professional Private Sector – Regional Director for Virginia
    (1992-1993).  Co-Chairman of Legislative Committee.
    National Organization of Rehabilitation Professionals (NORP) – Charter Member and
    Treasurer (August 2001).
    Chi Sigma Iota, Alpha Psi Omega Chapter – Outstanding Service Award (2000 – 2001)
    Case Manager's Society of America, Richmond Chapter Vice President (2003-2004)
    Alpha Theta Chi Collegiate Honor Society, Auburn University (2005)
    Vocational Expert, Social Security Administration (Qualified)
    Case Manager's Society of America, Richmond Chapter President (2004-2005)
    Richmond Workforce Investment Board
    Northstar Academy Board of Directors, Chairman (A School for Special Needs Children)
    (2006-2008)
    Phi Kappa Phi Honor Society; Inducted April 30, 2008

Present:

    American Board of Vocational Experts, Board of Directors, President (2011-2013), Past
    Treasurer (2008), Immediate Past President (2013-2015)
    National Rehabilitation Association
    Virginia Rehabilitation Association
    International Association of Rehabilitation Professionals
    Case Manager's Society of America, Central Virginia Chapter

## OTHER ACTIVITIES, PAST AND PRESENT

Richmond Jaycees – Director of the Year 1971    Association of the United States Army
United States Army Reserve –    Rotary Club
    Rank: Lieutenant Colonel (Retired)    First Baptist Church
    Transportation & Public Affairs    American Legion
Reserve Officers' Association    Shrine

*Revised
December, 2014
Page 1 of 8*

*Exhibit B*

## RECORD OF TESTIMONY

Approximate list of cases in which H. Gray Broughton has testified at trial or deposition
in the past four years:

### COURTS:

Name of Case:      Cindy A. Woodfork v. Laboratory Corporation of America, et al.
Name of Court:     Circuit Court of Prince William County
Date of Testimony: December 9, 2014

Name of Case:      Berliner v. Capuzzi
Name of Court:     Circuit Court of Henrico County
Date of Testimony: December 1, 2014

Name of Case:      Andrew Reinhart v. Katherine Reinhart
Name of Court:     Circuit Court for Prince William County
Date of Testimony: November 26, 2014

Name of Case:      Richard Spears v. William "Billy" L. Leonard, Jim's Motorcycle, Inc. d/b/a
                   Atlas Honda, Yamaha, Kawasaki, Suzuki
Name of Court:     Circuit Court for the City of Bristol
Date of Testimony: November 19, 2014

Name of Case:      Terry E. Funkhouser, Jr. v. Jennifer Funkhouser
Name of Court:     Fairfax County Circuit Court
Date of Testimony: November 18, 2014

Name of Case:      Tyrome William Lott, Sr. v. MCH Transportation Co., et al.
Name of Court:     U.S. District Court; Eastern Division of Virginia
Date of Testimony: November 13, 2014

Name of Case:      Stephen P. Smith v. Nicole A. Smith
Name of Court:     Hopewell Circuit Court
Date of Testimony: November 12, 2014

Name of Case:      John E. Pruitt, III v. Chad Allen Burgess
Name of Court:     Spotsylvania Circuit Court
Date of Testimony: September 30, 2014

Name of Case:      Christopher Ole Geving v. Paulette Sharon Geving
Name of Court:     City of Chesapeake Circuit Court
Date of Testimony: August 28, 2014

Name of Case:      Christine F. O'Boyle v. Joseph Eugene O'Boyle
Name of Court:     Danville Circuit Court
Date of Testimony: August 20, 2014

*Revised*
*December, 2014*                          ***Exhibit B***
*Page 2 of 8*

| | |
|---|---|
| **Name of Case:** | Jaquez Jones v. Branscome, Inc. |
| **Name of Court:** | City of Richmond Circuit Court |
| **Date of Testimony:** | August 15, 2014 |

| | |
|---|---|
| **Name of Case:** | LaBrie v. LaBrie |
| **Name of Court:** | Henrico County Circuit Court |
| **Date of Testimony:** | August 8, 2014 |

| | |
|---|---|
| **Name of Case:** | Perona v. Perona |
| **Name of Court:** | Northumberland County Circuit Court |
| **Date of Testimony:** | July 8, 2014 |

| | |
|---|---|
| **Name of Case:** | Schroder v. Schroder |
| **Name of Court:** | Circuit Court of Henrico County |
| **Date of Testimony:** | June 30, 2014 |

| | |
|---|---|
| **Name of Case:** | T. Johnson Childress, III v. Constance B. Childress |
| **Name of Court:** | Circuit Court of Henrico County |
| **Date of Testimony:** | June 16, 2014 |

| | |
|---|---|
| **Name of Case:** | Rita Jeanne Landin Loderick v. Stephen Michael Loderick |
| **Name of Court:** | Circuit Court of Henrico County |
| **Date of Testimony:** | June 9, 2014 |

| | |
|---|---|
| **Name of Case:** | Susan Fitzsimmons v. Patrick Fitzsimmons |
| **Name of Court:** | Circuit Court of Stafford County |
| **Date of Testimony:** | June 5, 2014 |

| | |
|---|---|
| **Name of Case:** | Rita Jeanne Landin Loderick v. Stephen Michael Loderick |
| **Name of Court:** | Circuit Court of Henrico County |
| **Date of Testimony:** | May 16, 2014 |

| | |
|---|---|
| **Name of Case:** | Perona v. Perona |
| **Name of Court:** | Northumberland County Circuit Court |
| **Date of Testimony:** | March 24, 2014 |

| | |
|---|---|
| **Name of Case:** | William L. Shields v. Ida J. Shields |
| **Name of Court:** | City of Chesapeake Circuit Court |
| **Date of Testimony:** | February 17, 2014 |

| | |
|---|---|
| **Name of Case:** | Sohail v. Sohail |
| **Name of Court:** | Circuit Court of the County of Henrico |
| **Date of Testimony:** | February 3, 2014 |

| | |
|---|---|
| **Name of Case:** | Brown v. Brown |
| **Name of Court:** | Circuit Court of the County of Chesterfield |
| **Date of Testimony:** | January 9, 2014 |

*Revised*
*December, 2014*
*Page 3 of 8*

**Exhibit B**

| | |
|---|---|
| Name of Case: | Bret Lovejoy v. Print Management, Inc., et al. |
| Name of Court: | Circuit Court of the City of Alexandria |
| Date of Testimony: | November 25, 2013 |

| | |
|---|---|
| Name of Case: | Raul D. Padilla v. Norfolk Southern Railway Company |
| Name of Court: | Circuit Court of Charlottesville |
| Date of Testimony: | October 31, 2013 |

| | |
|---|---|
| Name of Case: | Douglas Edward Keith v. Elena Victoria Keith |
| Name of Court: | Arlington Circuit Court |
| Date of Testimony: | October 30, 2013 |

| | |
|---|---|
| Name of Case: | Bernard v. Bernard |
| Name of Court: | Fairfax Circuit Court |
| Date of Testimony: | October 23, 2013 |

| | |
|---|---|
| Name of Case: | Virginia deCamp v. Philip deCamp |
| Name of Court: | Williamsburg Circuit Court |
| Date of Testimony: | October 17, 2013 |

| | |
|---|---|
| Name of Case: | Clyde Cross v. Brenda Spears |
| Name of Court: | Henry County Circuit Court |
| Date of Testimony: | September 30, 2013 |

| | |
|---|---|
| Name of Case: | Barker v. Barker |
| Name of Court: | Lynchburg Circuit Court |
| Date of Testimony: | September 26, 2013 |

| | |
|---|---|
| Name of Case: | Kirk v. Kirk |
| Name of Court: | Fairfax Circuit Court |
| Date of Testimony: | September 10, 2013 |

| | |
|---|---|
| Name of Case: | Brenzie v. Brenzie |
| Name of Court: | Chesterfield County Juvenile & Domestic Court |
| Date of Testimony: | August 23, 2013 |

| | |
|---|---|
| Name of Case: | Crystal Aswell Fitzwater v. C.A. Perry & Son Transit, Inc., et al |
| Name of Court: | Suffolk Circuit Court |
| Date of Testimony: | August 20, 2013 |

| | |
|---|---|
| Name of Case: | Penelope Minter v. District of Columbia |
| Name of Court: | United States District Court for the District of Columbia |
| Date of Testimony: | August 7, 2013 |

| | |
|---|---|
| Name of Case: | Bonamassa v. Bonamassa |
| Name of Court: | Loudoun Circuit Court |
| Date of Testimony: | August 6, 2013 |

*Revised*
*December, 2014*                                   ***Exhibit B***
*Page 4 of 8*

Name of Case:       Colman v. Colman
Name of Court:      York Circuit Court
Date of Testimony:  July 29, 2013

Name of Case:       Carrie Gitter v. Richard Gitter
Name of Court:      Stafford Circuit Court
Date of Testimony:  June 12, 2013

Name of Case:       Ward v. Ward
Name of Court:      Gloucester Circuit Court
Date of Testimony:  May 16, 2013

Name of Case:       Ann Gallier Parsons v. James Leonard Parsons
Name of Court:      Goochland County Circuit Court
Date of Testimony:  May 7, 2013

Name of Case:       Paul Wood v. Barbara Wood
Name of Court:      Louisa County Circuit Court
Date of Testimony:  April 4, 2013

Name of Case:       Preston Scott Cross v. Carole Cassidy Cross
Name of Court:      Lynchburg Circuit Court
Date of Testimony:  March 28, 2013

Name of Case:       Toni I. Mastro v. Christopher A. Mastro
Name of Court:      Chesterfield County Circuit Court
Date of Testimony:  February 25, 2013

Name of Case:       Pamala Ann Cerisano v. Eugene A. Cerisano
Name of Court:      Chesterfield County Circuit Court
Date of Testimony:  February 20, 2013

Name of Case:       Mooz v. Mooz
Name of Court:      Hanover County Circuit Court
Date of Testimony:  January 24, 2013

Name of Case:       Kenneth Wayne Meyer v. Karen Sue Meyer
Name of Court:      Williamsburg Circuit Court
Date of Testimony:  January 16, 2013

Name of Case:       Karen Lee Derrico v. Jack Alan Derrico
Name of Court:      Fairfax County Circuit Court
Date of Testimony:  December 27, 2012

Name of Case:       James Weatherford, Jr. v. Electric Power, Inc. & Richard Browning
                    & Benjamin Davis
Name of Court:      Henrico County Circuit Court
Date of Testimony:  December 18, 2012

*Revised*
*December, 2014*
*Page 5 of 8*                                    ***Exhibit B***

| | |
|---|---|
| Name of Case: | Christina Fontanilla v. Shannon Fontanilla |
| Name of Court: | Fluvanna County Circuit Court. |
| Date of Testimony: | December 14, 2012 |

| | |
|---|---|
| Name of Case: | Amy Fay Alliston v. Clarence Edward Hall, II |
| Name of Court: | Prince Edward County Circuit Court |
| Date of Testimony: | December 13, 2012 |

| | |
|---|---|
| Name of Case: | Hillsman v. Hillsman |
| Name of Court: | Circuit Court of Chesterfield County |
| Date of Testimony: | December 11, 2012 |

| | |
|---|---|
| Name of Case: | Oestreich v. Oestreich |
| Name of Court: | Circuit Court of Chesterfield County |
| Date of Testimony: | December 5, 2012 |

| | |
|---|---|
| Name of Case: | Bridgette M. Presson v. Christopher N. Presson |
| Name of Court: | York County-Poquoson Circuit Court |
| Date of Testimony: | November 26, 2012 |

| | |
|---|---|
| Name of Case: | Thomas E. Karow v. Belinda G. Karow |
| Name of Court: | Mathews County Circuit Court |
| Date of Testimony: | November 13, 2012 |

| | |
|---|---|
| Name of Case: | Marjolijn L. Francissen v. Jerome King |
| Name of Court: | Loudoun County Circuit Court |
| Date of Testimony: | November 7, 2012 |

| | |
|---|---|
| Name of Case: | Ryan D. Horne v. Lisa M. Martin, Virginia Beach Life Saving Service, Inc. and City of Virginia Beach, Virginia |
| Date of Deposition: | November 5, 2012 |

| | |
|---|---|
| Name of Case: | Courtney E. Powell v. Timothy B. Powell |
| Name of Court: | Circuit Court of the City of Williamsburg and the County of James City |
| Date of Testimony: | November 1, 2012 |

| | |
|---|---|
| Name of Case: | Mary Miskell v. Dale Miskell |
| Name of Court: | Circuit Court of Loudoun County |
| Date of Testimony: | October 9, 2012 |

| | |
|---|---|
| Name of Case: | Joseph Scott Jones, Jr. An infant who sues by Angela Marrow v. William S. Ervin, III, M.D. |
| Date of Deposition: | October 3, 2012 |

| | |
|---|---|
| Name of Case: | Norman Seth Rosenbaum v. Maureen Mandwelle Rosenbaum |
| Name of Court: | Henrico County Circuit Court |
| Date of Testimony: | September 18, 2012 |

*Revised*
*December, 2014*                              ***Exhibit B***
*Page 6 of 8*

| | |
|---|---|
| **Name of Case:** | Zachary T. Owen v. Randy T. Powell |
| **Name of Court:** | Halifax County Circuit Court |
| **Date of Testimony:** | September 6, 2012 |

| | |
|---|---|
| **Name of Case:** | Kristine Turner v. Scott Turner |
| **Name of Court:** | Circuit Court of Prince William County |
| **Date of Testimony:** | August 29, 2012 |

| | |
|---|---|
| **Name of Case:** | Julie B. Johnson v. James R. Johnson |
| **Name of Court:** | Juvenile and Domestic Court of Henrico County |
| **Date of Testimony:** | August 28, 2012 |

| | |
|---|---|
| **Name of Case:** | Wendy Kelly v. Thomas Kelly, III |
| **Name of Court:** | Circuit Court of Hanover County |
| **Date of Testimony:** | June 27, 2012 |

| | |
|---|---|
| **Name of Case:** | Shepherd McKnight Smith v. Aimee Labuy Smith |
| **Name of Court:** | Circuit Court of Fairfax County |
| **Date of Testimony:** | June 27, 2012 |

| | |
|---|---|
| **Name of Case:** | Janet Brinegar v. Richard Earle Brinegar |
| **Name of Court:** | Circuit Court of the County of Henrico |
| **Date of Testimony:** | June 25, 2012 |

| | |
|---|---|
| **Name of Case:** | Shepherd McKnight Smith v. Aimee Labuy Smith |
| **Name of Court:** | Circuit Court of Fairfax County |
| **Date of Testimony:** | June 14, 2012 |

| | |
|---|---|
| **Name of Case:** | Czyzewski v. Czyzewski |
| **Name of Court:** | Circuit Court of Chesterfield County |
| **Date of Testimony:** | June 4, 2012 |

| | |
|---|---|
| **Name of Case:** | Lisa Kestner Quigley v. Michael John Quigley |
| **Name of Court:** | Circuit Court of Chesterfield County |
| **Date of Testimony:** | May 18, 2012 |

| | |
|---|---|
| **Name of Case:** | Tammy L. Morris v. Patrick J. Morris |
| **Name of Court:** | Circuit Court of Augusta County |
| **Date of Testimony:** | April 4, 2012 |

| | |
|---|---|
| **Name of Case:** | Mary Anne Moniz Gernon v. Lawrence W. Gernon |
| **Name of Court:** | Circuit Court of the City of Richmond |
| **Date of Testimony:** | March 30, 2012 |

| | |
|---|---|
| **Name of Case:** | Patricia J. Wishart v. James W. Wishart |
| **Name of Court:** | Circuit Court of Fairfax County |
| **Date of Testimony:** | March 28, 2012 |

*Revised
December, 2014
Page 7 of 8*

### Exhibit B

| | |
|---|---|
| Name of Case: | Tommy Lee Marlowe v. Brandon Alexander Smith & Gary W. smith Contractor, Inc. |
| Name of Court: | Henry County Circuit Court |
| Date of Testimony: | March 27, 2012 |

| | |
|---|---|
| Name of Case: | Virginia P. Moore v. James C. McGee |
| Name of Court: | Culpeper County Circuit Court |
| Date of Testimony: | February 16, 2012 |

| | |
|---|---|
| Name of Case: | Hicks v. Hicks |
| Name of Court: | Bedford County Circuit Court |
| Date of Testimony: | January 23, 2012 |

| | |
|---|---|
| Name of Case: | Kevin M. Dix v. Christine M. Verhagen |
| Name of Court: | Culpeper County Circuit Court |
| Date of Testimony: | January 20, 2012 |

| | |
|---|---|
| Name of Case: | Stephanie W. Marcus v. Richard M. Marcus |
| Name of Court: | Henrico County Circuit Court |
| Date of Testimony: | January 17, 2012 |

| | |
|---|---|
| Name of Case: | Burns v. Burns |
| Name of Court: | Prince William Circuit Court |
| Date of Testimony: | January 11, 2012 |

| | |
|---|---|
| Name of Case: | Natalie Taylor v. Joshua Taylor |
| Name of Court: | Stafford County Juvenile and Domestic Relations Court |
| Date of Testimony: | January 5, 2012 |

| | |
|---|---|
| Name of Case: | Stephanie Henke v. Michael Henke |
| Name of Court: | County of King George Circuit Court |
| Date of Testimony: | September 30, 2011 |

| | |
|---|---|
| Name of Case: | Selina Heslep v. Donald Heslep |
| Name of Court: | County of Chesterfield Circuit Court |
| Date of Testimony: | September 7, 2011 |

| | |
|---|---|
| Name of Case: | Ellen Walter Spence v Ronald Eugene Spence |
| Name of Court: | County of Gloucester Circuit Court |
| Date of Testimony: | September 1, 2011 |

| | |
|---|---|
| Name of Case: | Marcus v. Marcus |
| Name of Court: | County of Henrico Circuit Court |
| Date of Testimony: | August 22, 2011 |

| | |
|---|---|
| Name of Case: | Selina Heslep v. Donald Heslep |
| Name of Court: | County of Chesterfield Circuit Court |
| Date of Testimony: | August 12, 2011 |

*Revised*
*December, 2014*
*Page 8 of 8*                                      ***Exhibit B***

Name of Case:       Ramey v. Ramey
Name of Court:      City of Richmond Circuit Court
Date of Testimony:  June 27, 2011

Name of Case:       Saunders v. Saunders
Name of Court:      Chesterfield County Circuit Court
Date of Testimony:  June 10, 2011

Name of Case:       Almaz Kebede Shibeshi v. Henry Amis, d/b/a/ Henry Amis Trucking and
                    Michael Todd Peterson
Name of Court:      Circuit Court of Fairfax County
Date of Testimony:  May 17, 2011

Name of Case:       Michael J. Morak v. Sharon H. Morak
Name of Court:      Chesterfield County Circuit Court
Date of Testimony:  April 18, 2011

Name of Case:       Davey Ingram v. Linda Ingram
Name of Court:      Loudoun County Circuit Court
Date of Testimony:  March 1, 2011

Name of Case:       Christine M. LaFleur v. Wayne F. LaFleur
Name of Court:      Circuit Court of the County of Greene
Date of Testimony:  February 22, 2011

Name of Case:       Lisa Ackerman Seeman v. Benjamin Seeman
Name of Court:      Circuit Court of Henrico County
Date of Testimony:  February 22, 2011

Name of Case:       Edith Clausing v Timothy Clausing
Name of Court:      Circuit Court of Hanover County
Date of Testimony:  February 18, 2011

Name of Case:       James Russell Marcoe v Darlene Frances Marcoe
Name of Court:      Circuit Court of Fairfax County
Date of Testimony:  January 5, 2011

Name of Case:       Jeffrey Beck v Kari Beck
Name of Court:      Circuit Court of Goochland County
Date of testimony:  November 2, 2010

Cases Testified

Name of Case: Steven Popovsky
Name of Court: Pennsylvania Workers Compensation
Date of Testimony: 3/31/11


Name of Case: William Dougherty v ABM Industries
Name of Court: Pennsylvania Workers Compensation
Date of Testimony: 1/28/14

# Brad Shamis, Ph.D.

4802-6 Neshaminy Blvd.                           301 Oxford Valley Rd.
Bensalem, PA 19020                               Suite 1001A
(215) 752-2287                                   Yardley, Pa 19067
Fax: (215) 752-7094  Email: shamisbrad@comcast.net
                     Website: bradshamis.com

A psychologist with more than twenty-two years of experience in psychotherapy, psychological neurological
assessment, as well as in managing, directing, and promoting mental health-related associations.
Major experiences, strength, and skills include:

| | | | |
|---|---|---|---|
| Panic Attacks | Trauma | Post Traumatic Stress | ADHD/ADD |
| Anxiety | Stress | Sexual Abuse | Hypnosis |
| Depression | OCD | Marital/Family Issues | Thought Field Therapy |
| EMDR | Grief | Addictions/12 Step | Public Speaking |

## EXPERIENCE

### Dr. Brad Shamis and Associates, LLC, Bensalem, PA and Yardley, PA; 1983 to present

Director and Psychologist for children, adolescents, adults and families. Provide individual, group, marital
and family therapy.

### Trenton Psychiatric Hospital, Trenton, NJ; June 1988 to March 1999

Senior Clinical Psychologist for adult psychiatric hospital. Responsible for individual, group and family therapy;
psychological and neurological assessment; treatment planning; and educational development of staff.

Accomplishments:

- Created a Family Issues Program that addressed the needs of victims of sexual, physical, and emotional abuse.

- Introduced a substance abuse recovery program that provided 12-step groups, individual and group
  psychotherapy.

- Co-designed a treatment milieu for short-term treatment, which decreased average length of stay from 120
  days to 90 days.

- Provided consultation and planning expertise for the hospital's Mentally Ill/Chemically Addicted (MICA)
  program.

- Selected a coordinator of psychological services for the hospital's Clozaril unit.

### Wordsworth Academy, Fort Washington, PA; August 1985 to June 1988

Program Director for a children and adolescent partial hospital. Responsible for all aspects of the agency,
including program design, personnel policies, budget, staff training, clinical supervision, public relations, referral,
and promotions. Also provided psychotherapy.

**Accomplishments:**

- Created behavior management model, which decreased average length of stay from 120 days to 60 days and dropped recidivism rate 50% in the first year.

- Established personnel and administrative policies, which led to informed employees and minimized turnover to less than 20% in the first year.

- Maintained control of capital expenditures, with a budget in excess of one million dollars.

- Developed an evening program, which increased revenues by 40% in the first three months.

- Established policies and procedures, which resulted in attainment of 100% compliance of regulations, set by all government funding agencies, all four years.

### *Aldersgate Youth Service Bureau, Willow Grove, PA; August 1984 to August 1985*

Family Psychotherapist for children, youth, and adults. Responsible for providing individual, group, family and marital psychotherapy; crisis intervention; case management; and community education.

**Accomplishments:**

- Established a referral network among former clients and agencies, which increased population by 35% in the first six months.

- Formulated a treatment milieu for co-dependents, which increased from one group to three groups during tenure.

- Implemented a systems theory approach, which increased referrals to agency by 50% during tenure.

- Introduced and facilitated "12-step" groups for substance abusers and victims of sexual abuse. Number of groups increased from one to four during tenure.

### *Lower Kensington Environmental Center, Philadelphia, PA; 1983 to 1984*

Clinical Coordinator for a drug and alcohol outpatient program. Responsible for rendering individual, group, family, and marital psychotherapy and crisis intervention. Provided consultation and supervision of agency treated assessment and intake.

**Accomplishments:**

- Co-designed, with Director, a 90-day program, which increased in population from seven to forty-four clients during tenure.

- Introduced Alcoholics Anonymous, Narcotics Anonymous, and Overeaters Anonymous groups, which grew from one of each to two of each during tenure.

### *Philadelphia Child Guidance Clinic, Philadelphia, PA  1982 to 1983*

Child Care Counselor of a children and youth hospital. Responsible for rendering individual and group psychotherapy on food abuse ward.

## PART TIME EXPERIENCE

**Introspect, Colmar, PA; 1990 to 1991**
Consulting Psychologist for group private practice.

**Princeton Medical Center, Princeton, NJ; 1989 to 1991**
Consulting Psychologist for weight management program

**Cooper Healthcare Services, Inc. Camden, NJ; 1987 to 1988**
Behavior Management Specialist for Optifast Program

**Bustleton Psychological Associates, Philadelphia, PA; 1987 to 1989**
Psychotherapist for child and adult outpatient program

**Institute for Learning, Philadelphia, PA; 1983 to 1987**
Psychotherapist for child an\d adult outpatient program

*EDUCATION*
Syracuse University, Syracuse, NY; B.S., Communications – 1977
Temple University, Philadelphia, PA; M.Ed., Educational Psychology – 1982
Temple University, Philadelphia, PA; Ph.D., Educational Psychology – 1989

*INTERNSHIP*
Satinsky Institute, Philadelphia, PA

*LICENSURE*
Pennsylvania and New Jersey

*HONORS*
Trenton Psychiatric Hospital – Clinician of the year for 1990
Magnum Cum Laude at Syracuse University
Summa Cum Laude at Temple University

*OTHERS*
Running, weight lifting, reading, movies, volleyball, baseball

*LECTURES* (Partial List)

Kehillas B'nai Shalom, Seminar, 1998
"The Spirituality of Everyday Living"
Temple Shalom, "Mentor-In-Training" Program, 1993
"Fatherhood and Loss: Healing the Wounds of the Lost Father"
USX Seminar, "Safety, Health, and Productivity in the Workplace", 1993
"Making Stress Work in the Workplace"
Trenton Psychiatric Hospital Seminars, 1991
"Eating Your Heart Out – The Trauma of Food Addiction"
Abington Women's Group Lecture Forum, 1990
"Why Relationships Fail and How to Make them Succeed"
Wordsworth Human Services Family Forum
"Psychodynamics of the Sexual Abuse Victim" – 1988
"Soul Murder: Loss of Self from Family Dysfunction" – 1988
"Crack in the Soul: What Propels Cocaine Addition" – 1987

*CERTIFICATIONS*
Thought Field Therapy
Eye Movement Desensitization Reprocessing
Hypnosis
Neurolinguistic Programming
Psychosynthesis
Society of Souls (Kabbalistic Healing)

CURRICULUM VITAE

# ROGER CAINE, D.C.

*3237 Bristol Road, Suite 102 • Bensalem, PA 19020*
*Telephone: (215) 891 - 8300 • Fax: (215) 891 - 8318*

## LICENSURE

Pennsylvania License No: DC-002664-L
Date: March 27, 1984

## EDUCATION

Pennsylvania College of Straight Chiropractic, Horsham, PA
*Doctor of Chiropractic Degree, 1984*

A.D.I.O. Institute of Straight Chiropractic, Levittown, PA
*Doctor of Chiropractic Diploma, 1983*

Stonehill College, North Easton, MA
*Bachelor of Arts Degree, 1977*

## EXPERIENCE

Private Practice
Bensalem, PA
1984 to Present

Associate Chiropractor
Gringeri Family Medicine
Bensalem, PA
2009 to 2013

Independent Examiner
Peer Review - Retrospective and Prospective Review
Forensic Testimony
1990 to Present

Independence Blue Cross
Philadelphia, PA
Chiropractic Consultant
March 1994 to March 1996 and
February 2000 to September 2000

AmeriHealth Administrators
Inter-County Health Plan
Horsham, PA
Chiropractic Medical Director & Consultant
March 1996 to February 2000

Self Help Movement, Inc.
Philadelphia, PA
Chiropractic Provider
1985 to 1987

Roger Caine, D.C.
Page 2

## CONTINUING EDUCATION

### CERTIFICATIONS

- American Chiropractic Rehabilitation Board: Level I
  Certification Date: October 1997

- Certified Chiropractic Rehabilitation Doctor
  Chiropractic Rehabilitation Association & Cleveland College of Chiropractic - 100 Hours
  Certification Date: August 1997

- Peer/Utilization Review Certification Program
  New York Chiropractic College - 36 Hours
  Certification Date: September 1996

- Chiropractic IME
  Parker Chiropractic College - 60 Hours
  Certification Date: December 1992

- Physiological Therapeutics
  Parker Chiropractic College - 120 Hours
  PA Certification No.: AJ-002664-L
  Certification Date: February 1988

### COMPLETED COURSES (CURRENT LICENSE RENEWAL PERIOD TO PRESENT)

- Management of First Time Shoulder Dislocation – 1 Hour
  Cleveland Chiropractic College
  Completed 06/22/14

- Anterior Instability of the Shoulder – 1 Hour
  Cleveland Chiropractic College
  Completed 06/22/14

- Posterior Instability of the Shoulder – 1 Hour
  Cleveland Chiropractic College
  Completed 06/22/14

- Clinical Examination of the Shoulder Complex – 1 Hour
  Cleveland Chiropractic College
  Completed 06/14/14

- ACRB Rehabilitation Re-Certification (2014) – 4 Hours
  Southern California University of Health Sciences
  Completed 06/07/14

- Whiplash After The Crash – 12 Hours
  Sherman College of Chiropractic
  Completed 05/10/14

- ACRB Rehabilitation Re-Certification (2013) – 4 Hours
  Southern California University of Health Sciences
  Completed 12/25/13

Roger Caine, D.C.
Page 3

- COMPLETE LISTING (1986 TO PRESENT) AVAILABLE BY REQUEST

## MEMBERSHIPS

PPO & NETWORK MEMBERSHIPS

COMPLETE NETWORK LISTING AVAILABLE UPON REQUEST

PROFESSIONAL MEMBERSHIPS

Pennsylvania Chiropractic Association
Member Since 2007

ACA Council on Chiropractic Physiological Therapeutics and Rehabilitation
Member Since 1994

American Chiropractic Association
Member Since 1993

(REVISED 06/23/14)

# ROGER CAINE, D.C.

### AMERICAN CHIROPRACTIC REHABILITATION BOARD, LEVEL 1

3237 BRISTOL ROAD, SUITE 102 ♦ BENSALEM, PA 19020 ♦ (215) 891-8300 ♦ FAX (215) 891-8318

February 26, 2015

Marshall Kressman, Esq.
1950 Street Road, Suite 103
Bnsalem, PA 19020

　　　　Re: Roy Eisner, United States Bankruptcy Court Subpoena

Dear Mr. Kressman:

This letter will certify that aside from the above matter, there are no pending cases in which I have been asked to testify and to my knowledge I have not testified or provided a deposition in any other matter for the last 5 years.

Should you require any additional information regarding this matter, please contact my office at your convenience.

Roger Caine, D.C.

# NORMAN B. STEMPLER, D.O., ABPS, FAASOS
## Board Certified Orthopedic Surgeon

### Eastern Pennsylvania Orthopedic Associates

255 South 17th Street, 30th Floor, Philadelphia, PA 19103

(215) 735-5911          Fax (215) 735-5914

| | | |
|---|---|---|
| Bensalem Orthopedics | Olney Orthopedics | Berks County Orthopedics |
| 2131 Galloway Rd. | 199 West Nedro Avenue | 438 Walnut St., 3rd Fl. |
| Bensalem, PA 19020 | Philadelphia, PA 19120 | Reading, PA 19501 |
| 215-604-1355 | 215-548-0202 | 610-375-4002 |

## CURRICULUM VITAE

**NAME:** Norman B. Stempler

**EDUCATION:** Massachusetts College of Pharmacy, Boston Massachusetts, 1967-1972; Des Moines College of Osteopathic Medicine, Des Moines Iowa, 1972-1975

**INTERNSHIP:** Delaware Valley Medical Center, Bristol/Langhorne, PA, 1975-1976

**RESIDENCY:** Orthopedic Surgery, Hospital of the Philadelphia College of Osteopathic Medicine, Philadelphia, PA., 1976-1980

**BOARD CERTIFICATION:** American Academy of Osteopathic Orthopedic Surgeons-1985
Fellow of the A.A.O.O.S. – 1990
American Disability Evaluation Research Institute, 1998

**HOSPITAL APPOINTMENTS:** Assistant Professor, Department of Surgery, Division of Orthopedics, Philadelphia College of Osteopathic Medicine
Chairman, Division of Orthopedics, Department of Surgery, Mercy Suburban Hospital, Norristown, PA 1982-1986, 1990-1999

**TEACHING APPOINTMENTS:** Assistant Professor, Department of Surgery, Division of Orthopedics, Philadelphia College Of Osteopathic Medicine, 1980-1985

**CORRECTIONAL MEDICINE:** Orthopedic Clinic Director;
Montgomery County Prison, Montgomery County, PA
Orthopedic Consultant and Provider; Orthopedic Clinic Director,
PA Department of Corrections, Eastern Division Capitals through
Correctional Physician Services, 1989-1995, Prison Health
Services Assoc. 1996-2002, Wexford Correctional Corporation
2003.

**MEDICAL
SOCIETIES:**    American Association of Osteopathic Medicine
American Academy of Osteopathic Orthopedic Surgeons
Philadelphia County Medical Society
Pennsylvania Osteopathic Medical Association
American Disability Evaluation Research Institute

**LICENSURE:**    Pennsylvania, New York, Delaware

**OFFICE
LOCATIONS:**    Philadelphia, Bensalem and Reading, Pennsylvania

Dr. Stempler's Depositions for EPOA, Bensalem Ortho, and Berks County Ortho.

January 2010
1 with Howard Rosen
2 with Eric Nash
1 with Larry Pitt
1 with David Stern

February 2010
1 with Chris Lombardo
1 with David Stern
1 with Ron Kovler
1 with Jim Mogul
3 with Larry Pitt
1 with Jeffrey Lessin

March 2010
1 with Gary Martin
1 with Joe Cronin
1 with Matthew Wilson
1 with Tom Karpnick
1 with Michael Lerner
1 with Larry Pitt
1 with Eric Nash
1 with Mike Lerner

April 2010
1 with Harry Sher
1 with Brian Kredo
1 with Robert Simmons
1 with Brandon Swartz
1 with Howard Rovner
1 with Mary Ann Henry

May 2010
1 with Keith Levinson
1 with Hal Banks
1 with Stuart Richman
1 with Jonathan Koutcher

June 2010
1 with Gary Martin
1 with Stuart Richamn
1 with Michael Fanning
1 with Feeda Musitief
1 with Larry Pitt

1 with Matthew Wilson

July 2010
1 with Martin Fallon
1 with Lee Rosenfeld
1 with Ron Kovler
1 with Larry Pitt

August 2010
1 with Marshall Kresman
1 with Howard Rovner
1 with Robert Baccari
1 with Jeffrey Lessin

September 2010
1 with Gary Martin
1 with Brian Kredo
1 with Larry Pitt
1 with Al Carlson

October 2010
1 Eli Gabay
1 with Al Carlson
1 with Drew Quinones
3 with Larry Pitt

November 2010
1 with John Padova
1 with David Stern
2 with Michaell DiGenova
1 with David Stern
1 with Al Carlson
1 with Drew Quinones
1 with Michael Dryden
1 with Roger McMenamin

December 2010
1 with Drew Quinones
1 with Joe Marrone
1 with Rand Spear
1 with Sam Pond
1 with Eric Nash

January 2011
1 with Jeffrey Lessin
1 with Mark Schmidt

1 with Gary Martin
1 with Ken Rodgers
1 with Mike Lerner
1 with Joe Hutteman
1 with Frank Ciprero
1 with Marshal Kresman


February 2011
1 with Joe Hutteman
1 with Michael Restrepo
1 with Rania Major-Trunifo
1 with David Rovner
4 with Larry Pitt
1 with Howard Rovner
1 with James Mogul
1 with Mike Lerner

March 2011
1 with Christian Petrucci
1 with Gary Martin
1 with James Vernile
1 with Rand Spear
1 with Eric Nash

April 2011
1 with Anthony Lopresti
1 with Brian Kredo
1 with Dan Linn
1 with Alan Lourie
1 with Leonard Hill
1 with Jeffrey Schmidt

May 2011
1 with Brian Kredo
1 with Andrew Ben
1 with Mike Lerner

June 2011
1 with Christian Petrucci
1 with John Picker
3 with Larry Pitt
1 with Marc Sacchetta
1 with Jennifer Sagot
1 with Eric Nash

July 2011
1 with Michael Pomerantz
1 with John Pallante
1 with Greg Boles
1 with Al Carlson
1 with Larry Pitt
1 with Daniel Ashton

August 2011
1 with Mike Lerner
1 with Stuart Richman
1 with Ken Rodgers
1 with Adam Grutcmacher
1 with Michael Leabman
1 with Larry Pitt

September 2011
2 with Francis Ciprero
1 with Greg Boles
1 with Joe Hutteman
1 with Stuart Richman
1 with Larry Pitt

October 2011
1 with Keith Kofsky
2 with Larry Pitt
1 with Hal Banks
1 wuith Steve Rovner
1 with Cheryl Baffa
1 with Aaron Friedman
November 2011
2with Brian Kredo
1 with John Picker
1 with Larry Pitt

December 2011
1 with David Stern
1 with Michael Mednick
2 with Larry Pitt
1 with Mike Lerner
1 with Leonard Hill
1 with Brad Cooper

January 2012
1 with Stuart Richman
1 with Lenard Cohen

1 with Richard Veon
1 Joseph Huttemann
1 with Michael Lerner
1 with Gary Martin
1 with Larry Pitt
1 with Kenneth Rodgers

February 2012
1 with Jerry Lehocky
2 with Lenard Cohen
1 with Andrew Touchstone
1 with Craig Falcone

March 2012
1 with David Stern
1 with Rania Major Trunfio
1 with Gary Brownstein
1 with Robert Gelinas
1 with Patrick Donan
1 with Mike Lerner

April 2012
1 with Scott Diamond
1 with Lenard Cohen
1 with Joe Huttemann
1 with A.J. Sciolla
1 with Gary Martin
1 with Mike Fanning
1 with Paula Robinson
1 with Howard Rosen

May 2012
1 with Leonard Hill
1 with Joseph Conlan
1 with Elkin Tolliver

June 2012
1 with John Picker
1 with Marshall Kresman
1 with Larry Pitt
1 with Brian Kredo
1 with John Pallante
1 with Robert Land
1 with Tom Karpink

July 2012

1 with Adam Crosier
2 with Len Cohen
1 with Jeffrey Nerenberg
1 with John Pallante
1 with Michael Lerner
1 with Sturart Richman
1 with Al Carlson

August 2012
1 with Amit Shaw
1 with Steve Lavner
2 with Patrick Donan
1 with Peter Classetti
1 with John Pallante
1 with Len Cohen

September 2012
1 with Robert Dennison
2 with Len Cohen
1 with Marc Simon
1 with Susan Herczeg
1 with Jason Fine
2 with Larry Pitt

October 2012
1 with Eric Roghberg
1 with Tim Kennedy
1 with William Campanale
1 with Stuart Richman
1 with Robert Gelinas

November 2012
1 with John Pallante
1 with Joe Huttemann
1 with Michael Lerner
1 with Andrew Schneider
1 with Jeffrey Kornblau
1 with Brian Rodden

December 2012
1 with Patrick Donan
1 with Hevin Hook
1 with John Pallante
2 with Larry Pitt

January 2013

1 with Ken Rodgers
1 with Frank Cipero
1 with Robert Gelinas
1 with Len Cohen
2 with Rand Spear's
1 with Larry Pitt

February 2013
2 with Brian Kredo
1 with Tom Karpink
1 with Michael Farrell
1 with Rand Spear

March 2013
1 with Allison Wheeler
1 with Susan Hertzog
1 with Robert Gelinas
1 with Rand Spear's
1 with Lee Rosenfeld

April 2013
1 with Christian Petrucci
1 with Michael Leabman
1 with Kristen Buddle
2 with Larry Pitt

May 2013
1 with Mike Borish
2 with Len Cohen
1 with William Stoper

June 2013
1 with Mike DiGenova
1 with Mike Lerner
1 with Len Cohen
1 with Rand Spear's
1 with Brian Kredo

July 2013
1 with Holly Doboskry
1 with Mark Schmit
1 with Jerry Lehocky
1 with John Pallante
1 with Rand Spear's
1 with Joe Huttemann

August 2013
1 with Jay Edelstein
1 with Len Cohen
1 with John Pallante
1 with Rand Spear's

September 2013
1 with Albert Deutsch
1 with Rand Spear's
1 with Michael Baurle

October 2013
1 with Todd Flezer
1 with Rand Spear's
1 with Dale Larrimore
1 with Warren Seigle
1 with Brian Steiner
1 with Keith Kofsky

November 2013
1 with Michael Bauerle
1 with Rand Spear's office
1 with Larry Pitt
1 with Mike Lalli
1 with Brian Kredo

December 2013
1 with Rand Spear's office
1 with Larry Pitt

January 2014
2 with Rand Spear's office
1 with Robert Sitoski's office
1 with Peter Classett
1 with Hal Banks,
1 with Jeff Lessin
2 with Larry Pitt

February 2014

1 with Kenneth Rodgers
4 with Rand Spear's office

March 2014
1 with Rand Spear
1 with Larry Pitt

April 2014
1 with Andy Schneider
1 with Mike Lalli

May 2014
1 with Ken Rodges
1 with Andrew Touchstone
1 with John Pallantte,
1 with Lee Rosenfeld
1 with Larry Pitt
1 with Lou Silveman's office

June 2014
1 with John Pallante
1 with Larry Pitt
1 with Salvatore Larousa
1 with Lou Silveman's office

July 2014
1 with Greg Boles
1 with Brian Pincus
2 with Rand Spear's office
1 with Mike DiSimone
1 with Len Cohen
1 with Joe Hutteman

August 2014
1 with John Pallante
1 with Jeff Curry
1 with Joseph Bonfig
September 2014
1 with Joseph Conlon

October 2014
1 with Brian Kredo

November 2014
1 with John Pallante
2 with Stuart Richman

December 2014
1 with Jackie Morgan

January 2015
1 with Rand Spear
1 with Chris Fox
1 with Richard Wolfe
1 with Mike Lalli

# Exhibit E

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

WASHINGTON, DC
LOS ANGELES, CALIFORNIA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

---

BRUSSELS, BELGIUM

---

AFFILIATE OFFICE
MUMBAI, INDIA

**101 PARK AVENUE**
**NEW YORK, NY 10178**

---

(212) 808-7800

FACSIMILE
(212) 808-7897
www.kelleydrye.com

MARTIN A. KROLEWSKI
DIRECT LINE: (212) 808-5137
EMAIL: mkrolewski@kelleydrye.com

March 11, 2015

VIA FIRST CLASS U.S. MAIL AND E-MAIL

Marshall E. Kresman, Esq.
Law Offices of Marshall E. Kresman
1950 Street Road, Suite 103
The Constitution Building
Bensalem, PA 19020

Re:    *Roy and Joanne Eisner v. Circuit City Stores, Inc.,*
       *Case No. 08-35653 Claim Nos. 3025 and 3852*

Dear Marshall:

        I further write concerning certain deficiencies in Roy Eisner's disclosure of
alleged testifying expert witnesses in this matter.  As you know, testifying expert witnesses and
their respective expert reports were to be disclosed and served on or before February 13, 2015
pursuant to the Bankruptcy Court's Discovery Scheduling Order ("Discovery Order") entered on
September 25, 2014 (Docket No. 13437).  Prior to the Bankruptcy Court's deadline, in a letter
dated December 29, 2014, you disclosed on behalf of Mr. Eisner three testifying expert witnesses
(H. Gray Broughton, Dr. Brad Shamis and Dr. Norman Stempler) and attached their purported
expert reports.  As I wrote you on March 5, 2015, the expert reports of Dr. Brad Shamis and Dr.
Norman Stempler attached to your letter failed to satisfy the requirements set forth in Rule
26(a)(2)(B) of the Federal Rules of Civil Procedure for expert reports and as such also violate the
Discovery Order.  Your March 6, 2015 belated production of Dr. Shamis' and Dr. Stempler's
Curriculum Vitae, testimony list and fee schedule does not cure the violation.  Furthermore, their
purported expert reports continue to fail to satisfy the Rule 26 requirements and as such violate
the Discovery Order in that they do not contain for example:  (i) a complete statement of all
opinions the witness will express and the basis and reasons for them; and (ii) the facts or data
considered by the witness in forming them.  As such, the Circuit City Stores, Inc. Liquidating
Trust (the "Trust") continues to object to these reports and reserves all of its rights and remedies

**KELLEY DRYE & WARREN** LLP

Marshall E. Kresman, Esq.
March 11, 2105
Page Two

in connection with Dr. Shamis and Dr. Stempler serving as testifying expert witnesses in this matter.

       Furthermore, in your letter dated March 6, 2015, you disclose for the first time Dr. Kenneth Morris and  Dr. Rodger Caine as additional testifying expert witnesses.  As noted, the deadline for such disclosures was February 13, 2015.  Thus, your disclosure of these individuals as testifying expert witnesses violates the Bankruptcy Court's Discovery Order.  Moreover, you have failed to produce an expert report for either Dr. Morris or Dr. Caine as required by the Federal Rules of Civil Procedure and the Discovery Order.  As such, the Trust objects to Dr. Morris and Dr. Caine serving as testifying expert witnesses in this matter and reserves all of its rights and remedies in connection with this issue.

       Very truly yours,

       Martin A. Krolewski

cc:    Kevin J. Funk, Esq. (via E-mail)
       Nicholas J. Panarella, Esq.

# Exhibit F

*Law Offices*
# Marshall E. Kresman
*The Constitution Building*
*1950 Street Road*
*Suite 103*
*Bensalem, PA 19020*
Phone (215) 639-9933
Fax (215) 639-8346

MARSHALL E. KRESMAN*
ALAN I. LOURIE*†
LOUIS DOBI, JR.*

* MEMBER OF PA AND NJ BARS
† MEMBER OF D.C. BAR

6745 TORRESDALE AVENUE
PHILADELPHIA, PA 19135
(215)338-7555

ONE GREENTREE CENTER
SUITE 201
10000 LINCOLN DRIVE EAST
MARLTON, NJ 08053
(856) 598-9333

PLEASE REPLY TO BENSALEM

March 17, 2015

*Via Email: mkrolewski@kelleydrye.com & Regular Mail*
Kelley Drye & Warren LLP
Martin A. Krolewski, Esquire
101 Park Avenue
New York, NY 10178

   Re:  **Eisner, et al. v. Circuit City Stores, Inc., et al.**
      **Case No.: 08-35653**

Dear Mr. Krolewski:

   You have misperceived the court scheduling order of 9/25/14 and Federal Rule 26 A(2)(B).

   The Rule requirements you have discussed in your correspondence pertain only: "if the witness is one retained or specially employed to provide expert testimony in the case". All of the physicians and psychologist I have listed and whose reports you have received; Dr. Stempler, Dr. Shamis, Dr. Morris and Dr. Caine are treating physicians and not retained for the purposes of testifying.

   In fact defendant Circuit City is in violation of the 9/25/14 Court Scheduling Order in failing to provide defense expert reports by 2/13/15.

      Very truly yours,

      Marshall E. Kresman

MEK/jjb

cc.:  Kevin Funk (Via Email: kfunk@durrettecrump.com w/enclosures)

# Exhibit G

Page 1

1

2           UNITED STATES BANKRUPTCY COURT

3           EASTERN DISTRICT OF VIRGINIA

4                 RICHMOND DIVISION

5     ------------------------------x

6     In Re

7     CIRCUIT CITY STORES,          Chapter 11

8     INC.,                         Case No. 08-35653

9             Debtors.     Jointly Administered

10

11    ------------------------------x

12

13

14           DEPOSITION OF ROY EISNER

15                 VOLUME I

16           New York, New York

17            January 13, 2015

18

19    Reported by:

20    MARY F. BOWMAN, RPR, CRR

21    Job No. 88992

22

23

24

25

Page 166

R. Eisner

1
2     Q.   So the day after the incident, when
3  your employer asked you of your injuries, you
4  reported to them that you had sustained a
5  bloody ear, bruised ribs and chest, and
6  scrapes and cuts on your face, correct?
7     A.   Yes, I did.
8     Q.   You did not report a neck injury?
9     A.   No.
10    Q.   You did not report a back injury?
11    A.   No.
12    Q.   You did not report you lost
13 consciousness?
14    A.   No, I didn't tell anybody that.
15       If we are going to say that, we
16 need to follow up with that I was in shock
17 that entire week.
18    Q.   Let's wait for a question.
19    A.   Well, to me, it's part of that
20 answer.  I shouldn't even have been filling
21 this out.
22       (Exhibit 9, letter dated
23 September 4, 2008 marked for
24 identification, as of this date.)
25    Q.   Who is Norman Stempler, sir?

Page 167

R. Eisner

1
2     A.   He is, I think, an orthopedic
3  doctor.
4     Q.   He is a doctor, right?
5     A.   Um-hm.
6     Q.   He has been retained to provide an
7  opinion for you in this case, right?
8     A.   Yes.
9     Q.   And you have met with him?
10    A.   Yes.
11    Q.   The court reporter has handed you
12 what has been marked as Exhibit 9, and you
13 feel free to look at this.  But I'm just
14 going to ask you one quick question about it.
15    A.   OK.
16    Q.   How many times has Mr. Stempler --
17 excuse me, how many times has Dr. Stempler
18 examined you?
19    A.   I believe it was twice.
20    Q.   This letter is dated September 4,
21 2008.
22    A.   Yes.
23    Q.   And is that the first time Dr.
24 Stempler examined you?
25    A.   To the best of my recollection.

Page 168

R. Eisner

1
2     Q.   And when is the last time he
3  examined you?
4     A.   I just saw him recently just to --
5  as a follow-up, as an update.  I haven't seen
6  his report yet.
7     Q.   Between September of 2008 and this
8  most recent visit, have you seen him between
9  that time period?
10    A.   No.
11    Q.   Can you put a more exact time
12 period on when you saw him most recently?
13    A.   It was last -- I believe it was
14 last -- I believe it was in December or early
15 January.  It wasn't -- it was within a month
16 or so.
17    Q.   OK.  So in September of 2008, you
18 saw him and under "History of chief
19 complaints," Dr. Stempler indicates what you
20 told him?
21    A.   Um-hm.
22    Q.   Correct?
23    A.   Yeah.
24    Q.   And what -- in the second
25 paragraph, he -- Dr. Stempler writes, "He hit

Page 169

R. Eisner

1
2  his head but denies loss of consciousness"?
3     A.   Yes.
4     Q.   Do you see that?
5     A.   Yes, I do.
6     Q.   So in September of 2008, you told
7  Dr. Stempler that you had not lost
8  consciousness, right?
9     A.   I know.
10    Q.   Is that right?
11    A.   I did tell him that, yeah.
12    Q.   That's true, right?
13    A.   That I didn't know lose
14 consciousness?  That's not true.
15    Q.   It is not?
16    A.   That is not true, when I --
17    Q.   Let me finish the question.
18       So in September of 2008, you told
19 one of your doctors -- you did not tell one
20 of your doctors the truth, with respect to
21 your loss of consciousness, yes or no?
22    A.   No, no.  Because at that point in
23 time I wasn't sure of that.  I mean, I --
24 I -- it is very hard to explain.  But I --
25    Q.   Let me --

## Page 282

R. Eisner

1 
2 not going to send me to West Philadelphia,
3 for example, but an area that I haven't been
4 going to for a while. I haven't been able to
5 do that yet.
6 Q. I was going to ask, have you been
7 able to --
8 A. No, not yet. I am going to. I
9 will be in those areas for three, four
10 doctors' appointments. They seem to be
11 sending me all over the place here. I will
12 not be driving there. I will not drive in
13 the city of Philadelphia. So I will take a
14 taxi to all these appointments, Cherry Hill,
15 to the shrink I'm seeing on Friday.
16 Everybody.
17 Q. Have you had any hospitalizations
18 due to your psychiatric complaints?
19 A. No, no.
20 Q. Prior to April 8, 2008, were you
21 treated at all for any type of psychiatric
22 conditions?
23 A. No.
24 Q. Were you taking any medications?
25 A. I was still taking Wellbutrin.

## Page 283

R. Eisner

1 
2 Q. Prior to the assault?
3 A. Yes.
4 Q. Is that right?
5 A. Yes.
6 Q. How long prior to April of 2008
7 were you taking Wellbutrin?
8 A. I have been taking that since, I'd
9 say, around 2000 -- maybe like the year 2000
10 or so.
11 Q. Who prescribed that?
12 A. My -- Dr. Morris.
13 Q. Why did he prescribe that to you?
14 A. Because they said I had like signs
15 of depression which I really didn't think I
16 did. But since it doesn't seem to be a
17 very -- it seems to be a very benign drug, at
18 least with me. I don't have any problem -- I
19 don't think it actually does anything.
20 Everybody disagrees with me on that, but I
21 don't think it does. I don't think it really
22 helps.
23 Q. Why did they say you had signs of
24 depression?
25 A. Because it lasted a certain period

## Page 284

R. Eisner

1 
2 of time. It was still -- I called it the
3 blues. I said I'm not -- I don't say oh, woe
4 is me or I want to -- sometimes I just don't
5 feel like, you know -- well, they said that's
6 depression, you have had it for a while. It
7 was very moderate depression. Some people
8 take some really strong stuff and Wellbutrin
9 is not really one of those.
10 Q. So you would describe this as a
11 feeling of the blues?
12 A. That's what I would -- that's what
13 I was taking it for, yes.
14 Q. Was there anything that gave you
15 the onset of the feeling of these feelings?
16 A. No. Not -- I mean, if it was -- it
17 is nothing that I can recall.
18 Q. Can you describe what you told
19 Dr. Morris that made him prescribe Wellbutrin
20 to you?
21 A. They -- I was just asked, you know,
22 who I, you know, how I felt and I said, you
23 know, I'm OK. I said I -- I know I should be
24 happier than I am right now. Everything is
25 going very well. And -- but I'm not -- I'm

## Page 285

R. Eisner

1 
2 not all that happy about it.
3 I mean, I'm not -- I'm not
4 complaining, but I just said I wasn't all
5 that happy about it. And they said, well,
6 that's a sign of depression, and I said,
7 well, I don't want to take anything for it.
8 I said I don't think I need it. And they
9 said, well, we will wait a while, but if you
10 still have that six months from now, we have
11 to address it and I did. That's what they
12 did.
13 Q. They gave you Wellbutrin starting
14 in 2000?
15 A. Yeah. I might have the year wrong.
16 It has been a while though.
17 Q. You took that continuously?
18 A. Yes.
19 Q. Up until the time of the assault?
20 A. Yes.
21 Q. And after the assault, you
22 continued to take it?
23 A. Yes.
24 Q. Did the Wellbutrin help prior to
25 the assault?

Page 302

1

2          UNITED STATES BANKRUPTCY COURT

3           EASTERN DISTRICT OF VIRGINIA

4               RICHMOND DIVISION

5    -------------------------------x

6    In Re:

7    CIRCUIT CITY STORES,          Chapter 11

8    INC.,                         Case No. 08-35653

9              Debtors. Jointly Administered

10

11   -------------------------------x

12

13

14        DEPOSITION OF ROY ALAN EISNER

15              VOLUME II

16          New York, New York

17           January 14, 2015

18

19   Reported by:

20   MARY F. BOWMAN, RPR, CRR

21   Job No. 88994

22

23

24

25

## Page 307

R. Eisner

1  So if I had said it, I am just
2  being redundant here. But if not, at least
3  when you asked that question, I have answered
4  it totally. That was why, I think that was
5  right at the end of the day yesterday. So
6  that is all I --
7  MR. DOBI: Let's go off the record
8  for a second.
9  THE VIDEOGRAPHER: The time is
10  10:02 a.m. we are off the record.
11  (Recess)
12  THE VIDEOGRAPHER: The time is
13  10:03 a.m. We are on the record.
14  Q.    OK, Mr. Eisner. You mentioned, in
15  your answer, your right eye.
16  A.    Yes.
17  Q.    Is there anything else that you
18  wanted to amend or supplement from
19  yesterday's deposition?
20  A.    I did have -- when I was falling, I
21  did have a, part of the way, I kind of
22  twisted and turned when I was falling and it
23  hit my right knee. We did do later on an
24  x-ray and an MRI on it.

## Page 308

R. Eisner

1  What it is showing is mild
2  degenerative -- maybe a beginning of
3  arthritis. But I do have problems with it a
4  little bit now, a little bit since after
5  that, that I didn't before.
6  But that's -- that is all with the
7  knee and all with the eye at this point.
8  They should have everything on my right eye
9  with your discovery.
10  Q.    OK. Is there anything else besides
11  your right eye and right knee?
12  A.    No, no, sir.
13  Q.    OK.
14  MR. DOBI: You mean in addition to
15  what he talked about yesterday?
16  MR. PANARELLA: Of course. I am
17  sorry.
18  A.    Yeah.
19  Q.    Anything that you would like to
20  supplement in terms of your physical injuries
21  other than what you just mentioned with
22  respect to your right eye and --
23  A.    No, I think I covered everything.
24  Would you --

## Page 309

R. Eisner

1  Q.    He can't answer the questions.
2  MR. DOBI: I can't testify for you,
3  Roy.
4  A.    OK.
5  Q.    I understand. This is your
6  deposition though?
7  A.    As far as I know, yes, I'm 99.9
8  percent sure that I got everything there.
9  100 percent, I'll go there, that will get
10  you.
11  Q.    Very good. Now, with respect to
12  the right eye, have you been examined by any
13  physician with respect to that claim?
14  A.    Yes, I have. It was -- yes, I
15  have.
16  Q.    And who examined you?
17  A.    There are several different ones,
18  but the one that made the diagnosis was Total
19  Eye Care and it was a Dr. Lavrich. Spelling,
20  I'm not too sure of that. Total Eye Care,
21  Woodbourne Road, W-O-O-D-B-O-U-R-N-E, and
22  that is in, I think that area right there is
23  considered Levittown, PA.
24  Q.    And anyone else besides

## Page 310

R. Eisner

1  Dr. Lavrich?
2  A.    There was -- the first one I was
3  sent to, this was referred by my primary care
4  doctor, Morris; I had called told him about
5  what was going on. This was the -- either
6  the 8th of the 9th, the day it happened or
7  following day, I was telling him what my eye
8  problems were.
9  He immediately said I want you to
10  go to this ophthalmologist in Southampton,
11  which is not far from Bensalem. So I went
12  there, they did some test and they had
13  referred me to -- they did want me to get
14  some further tests done on it and ended up
15  with Total Eye Care that I went to to make
16  sure what was going on.
17  Q.    So you have seen someone in Hampton
18  and Dr. Lavrich?
19  A.    Yes, Southampton.
20  Q.    Anybody else?
21  MR. DOBI: Southampton. It is one
22  word, Southampton.
23  Q.    Let me start again, you have seen
24  someone in Southampton and Dr. Lavrich for

# Exhibit H

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

WASHINGTON, DC
LOS ANGELES, CALIFORNIA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

FACSIMILE

(212) 808-7897

www.kelleydrye.com

MARTIN A. KROLEWSKI

DIRECT LINE: (212) 808-5137

EMAIL: mkrolewski@kelleydrye.com

April 2, 2015

VIA FIRST CLASS U.S. MAIL AND E-MAIL

Marshall E. Kresman, Esq.
Law Offices of Marshall E. Kresman
1950 Street Road, Suite 103
The Constitution Building
Bensalem, PA 19020

Kevin J. Funk, Esq.
DURRETTE CRUMP PLC
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219

> Re:    *Roy and Joanne Eisner v. Circuit City Stores, Inc., Case No. 08-35653*
>        *Claim Nos. 3025 and 3852*

Dear Marshall and Kevin:

Attached hereto please find Notices of Depositions for the testifying expert witnesses identified by Roy Eisner – H. Gary Broughton, Dr. Brad Shamis, Dr. Norman Stempler, Dr. Kenneth Morris and Dr. Rodger Caine – in the above referenced matter.

Very truly yours,

Martin A. Krolewski

Enclosures

cc:    Nicholas J. Panarella, Esq.

Nicholas J. Panarella, Esq.
Martin A. Krolewski, Esq.
(admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Telecopy: (212) 808-7897

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel to Alfred H. Siegel, as Trustee of the*
*Circuit City Stores, Inc. Liquidating Trust*

*Counsel to Alfred H. Siegel, as Trustee of the*
*Circuit City Stores, Inc. Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF DEPOSITION OF PLAINTIFF'S
## EXPERT WITNESS H. GARY BROUGHTON

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules

of Civil Procedure, as made applicable to this proceeding by Rules 7026 and 7030 of the Federal

Rules of Bankruptcy Procedure, Defendant The Circuit City Stores, Inc. Liquidating Trust, by

and through its counsel, will take the deposition upon oral examination of Plaintiff's Expert

Witness H. Gary Broughton. The deposition will begin at 10:00 a.m. on the 24th day of April,

2015, at the Law Offices of Tavenner & Beran, PLC located at 20 North Eighth Street, 2nd

Floor, Richmond, Virginia 23219, (804) 783-8300, and will continue from day to day until

completed. The deposition will be taken before a Notary Public or other person authorized to

administer oaths in accordance with Rule 28(a) of the Federal Rules of Civil Procedure, and the

testimony at the deposition will be recorded by videographic and/or stenographic means.

You are invited to attend and participate to the extent of the applicable rules.

Dated: Richmond, Virginia
    April 2, 2015

TAVENNER & BERAN, PLC

   /s/ Lynn L. Tavenner
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300

- and –

KELLEY DRYE & WARREN LLP

   /s/ Martin A. Krolewski
Martin A. Krolewski, Esq.
(admitted *pro hac vice*)
Nicholas J. Panarella, Esq.
(admitted *pro hac vice*)
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Telecopy:   (212) 808-7897

*Counsel to Defendant, Alfred H. Siegel, Trustee of
the Circuit City Stores, Inc. Liquidating Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015, a copy of the foregoing NOTICE OF DEPOSITION OF PLAINTIFF'S EXPERT WITNESS H. GARY BROUGHTON was mailed first class mail, postage pre-paid to the following persons listed below:

Marshall E. Kresman, Esq.
Law Offices of Marshall E. Kresman
1950 Street Road, Suite 103
The Constitution Building
Bensalem, PA 19020

Kevin J. Funk, Esq.
DURRETTE CRUMP PLC
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219

Martin A. Krolewski

| | |
|---|---|
| Nicholas J. Panarella, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Martin A. Krolewski, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| KELLEY DRYE & WARREN LLP | 20 North Eighth Street, 2nd Floor |
| 101 Park Avenue | Richmond, Virginia 23219 |
| New York, New York 10178 | Telephone: (804) 783-8300 |
| Telephone: (212) 808-7800 | Telecopy:  (804) 783-0178 |
| Telecopy:  (212) 808-7897 | |

*Counsel to Alfred H. Siegel, as Trustee of the*       *Counsel to Alfred H. Siegel, as Trustee of the*
*Circuit City Stores, Inc. Liquidating Trust*          *Circuit City Stores, Inc. Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF DEPOSITION OF PLAINTIFF'S
## EXPERT WITNESS DR. BRAD SHAMIS

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules

of Civil Procedure, as made applicable to this proceeding by Rules 7026 and 7030 of the Federal

Rules of Bankruptcy Procedure, Defendant The Circuit City Stores, Inc. Liquidating Trust, by

and through its counsel, will take the deposition upon oral examination of Plaintiff's Expert

Witness Dr. Brad Shamis.  The deposition will begin at 10:00 a.m. on the 27th day of April,

2015, at Eckert Seamans Cherin & Mellott, LLC, Two Liberty Place, 50 South 16th Street, 22nd

Floor, Philadelphia, PA 19102, (215) 851-8400, and will continue from day to day until

completed.  The deposition will be taken before a Notary Public or other person authorized to

administer oaths in accordance with Rule 28(a) of the Federal Rules of Civil Procedure, and the

testimony at the deposition will be recorded by videographic and/or stenographic means.

You are invited to attend and participate to the extent of the applicable rules.

Dated: Richmond, Virginia
April 2, 2015

TAVENNER & BERAN, PLC

_____ /s/ Lynn L. Tavenner _____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300

– and –

KELLEY DRYE & WARREN LLP

_____ /s/ Martin A. Krolewski _____
Martin A. Krolewski, Esq.
(admitted *pro hac vice*)
Nicholas J. Panarella, Esq.
(admitted *pro hac vice*)
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Telecopy:  (212) 808-7897

*Counsel to Defendant, Alfred H. Siegel, Trustee of
the Circuit City Stores, Inc. Liquidating Trust*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015, a copy of the foregoing NOTICE OF DEPOSITION OF PLAINTIFF'S EXPERT WITNESS DR. BRAD SHAMIS was mailed first class mail, postage pre-paid to the following person listed below:

Marshall E. Kresman, Esq.
Law Offices of Marshall E. Kresman
1950 Street Road, Suite 103
The Constitution Building
Bensalem, PA 19020

Kevin J. Funk, Esq.
DURRETTE CRUMP PLC
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219

Martin A. Krolewski

Nicholas J. Panarella, Esq.
Martin A. Krolewski, Esq.
(admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Telecopy: (212) 808-7897

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel to Alfred H. Siegel, as Trustee of the
Circuit City Stores, Inc. Liquidating Trust*

*Counsel to Alfred H. Siegel, as Trustee of the
Circuit City Stores, Inc. Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF DEPOSITION OF PLAINTIFF'S
## EXPERT WITNESS DR. NORMAN STEMPLER

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules

of Civil Procedure, as made applicable to this proceeding by Rules 7026 and 7030 of the Federal

Rules of Bankruptcy Procedure, Defendant The Circuit City Stores, Inc. Liquidating Trust, by

and through its counsel, will take the deposition upon oral examination of Plaintiff's Expert

Witness Dr. Norman Stempler.  The deposition will begin at 10:00 a.m. on the 28th day of April,

2015, at Eckert Seamans Cherin & Mellott, LLC, Two Liberty Place, 50 South 16th Street, 22nd

Floor, Philadelphia, PA 19102, (215) 851-8400, and will continue from day to day until

completed.  The deposition will be taken before a Notary Public or other person authorized to

administer oaths in accordance with Rule 28(a) of the Federal Rules of Civil Procedure, and the

testimony at the deposition will be recorded by videographic and/or stenographic means.

You are invited to attend and participate to the extent of the applicable rules.

Dated: Richmond, Virginia          TAVENNER & BERAN, PLC
     April 2, 2015

          /s/ Lynn L. Tavenner
          Lynn L. Tavenner (VA Bar No. 30083)
          Paula S. Beran (VA Bar No. 34679)
          20 North Eighth Street, 2nd Floor
          Richmond, Virginia 23219
          Telephone: (804) 783-8300

                - and –

          KELLEY DRYE & WARREN LLP

            /s/ Martin A. Krolewski
          Martin A. Krolewski, Esq.
          (admitted *pro hac vice*)
          Nicholas J. Panarella, Esq.
          (admitted *pro hac vice*)
          101 Park Avenue
          New York, New York 10178
          Telephone: (212) 808-7800
          Telecopy:  (212) 808-7897

          *Counsel to Defendant, Alfred H. Siegel, Trustee of
          the Circuit City Stores, Inc. Liquidating Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015, a copy of the foregoing NOTICE OF
DEPOSITION OF PLAINTIFF'S EXPERT WITNESS DR. NORMAN STEMPLER was mailed
first class mail, postage pre-paid to the following person listed below:

Marshall E. Kresman, Esq.
Law Offices of Marshall E. Kresman
1950 Street Road, Suite 103
The Constitution Building
Bensalem, PA 19020

Kevin J. Funk, Esq.
DURRETTE CRUMP PLC
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219

Martin A. Krolewski

Nicholas J. Panarella, Esq.
Martin A. Krolewski, Esq.
(admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Telecopy: (212) 808-7897

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel to Alfred H. Siegel, as Trustee of the
Circuit City Stores, Inc. Liquidating Trust*

*Counsel to Alfred H. Siegel, as Trustee of the
Circuit City Stores, Inc. Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF DEPOSITION OF PLAINTIFF'S
## EXPERT WITNESS DR. KENNETH MORRIS

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules

of Civil Procedure, as made applicable to this proceeding by Rules 7026 and 7030 of the Federal

Rules of Bankruptcy Procedure, Defendant The Circuit City Stores, Inc. Liquidating Trust, by

and through its counsel, will take the deposition upon oral examination of Plaintiff's Expert

Witness Dr. Kenneth Morris. The deposition will begin at 10:00 a.m. on the 29th day of April,

2015, at Eckert Seamans Cherin & Mellott, LLC, Two Liberty Place, 50 South 16th Street, 22nd

Floor, Philadelphia, PA 19102, (215) 851-8400, and will continue from day to day until

completed. The deposition will be taken before a Notary Public or other person authorized to

administer oaths in accordance with Rule 28(a) of the Federal Rules of Civil Procedure, and the

testimony at the deposition will be recorded by videographic and/or stenographic means.

You are invited to attend and participate to the extent of the applicable rules.

Dated: Richmond, Virginia
April 2, 2015

TAVENNER & BERAN, PLC

_____/s/ Lynn L. Tavenner_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300

- and –

KELLEY DRYE & WARREN LLP

_____/s/ Martin A. Krolewski_____
Martin A. Krolewski, Esq.
(admitted *pro hac vice*)
Nicholas J. Panarella, Esq.
(admitted *pro hac vice*)
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Telecopy:   (212) 808-7897

*Counsel to Defendant, Alfred H. Siegel, Trustee of
the Circuit City Stores, Inc. Liquidating Trust*

## CERTIFICATE OF SERVICE

     I hereby certify that on April 2, 2015, a copy of the foregoing NOTICE OF DEPOSITION OF PLAINTIFF'S EXPERT WITNESS DR. KENNETH MORRIS was mailed first class mail, postage pre-paid to the following person listed below:

               Marshall E. Kresman, Esq.
               Law Offices of Marshall E. Kresman
               1950 Street Road, Suite 103
               The Constitution Building
               Bensalem, PA 19020

               Kevin J. Funk, Esq.
               DURRETTE CRUMP PLC
               Bank of America Center, 16th Floor
               1111 East Main Street
               Richmond, VA 23219

                                       Martin A. Krolewski

Nicholas J. Panarella, Esq.
Martin A. Krolewski, Esq.
(admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Telecopy:  (212) 808-7897

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to Alfred H. Siegel, as Trustee of the
Circuit City Stores, Inc. Liquidating Trust*

*Counsel to Alfred H. Siegel, as Trustee of the
Circuit City Stores, Inc. Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
|  | ) |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | ) Chapter 11 |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## NOTICE OF DEPOSITION OF PLAINTIFF'S
## EXPERT WITNESS DR. RODGER CAINE

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules

of Civil Procedure, as made applicable to this proceeding by Rules 7026 and 7030 of the Federal

Rules of Bankruptcy Procedure, Defendant The Circuit City Stores, Inc. Liquidating Trust, by

and through its counsel, will take the deposition upon oral examination of Plaintiff's Expert

Witness Dr. Rodger Caine.  The deposition will begin at 10:00 a.m. on the 30th day of April,

2015, at Eckert Seamans Cherin & Mellott, LLC, Two Liberty Place, 50 South 16th Street, 22nd

Floor, Philadelphia, PA 19102, (215) 851-8400, and will continue from day to day until

completed.  The deposition will be taken before a Notary Public or other person authorized to

administer oaths in accordance with Rule 28(a) of the Federal Rules of Civil Procedure, and the

testimony at the deposition will be recorded by videographic and/or stenographic means.

You are invited to attend and participate to the extent of the applicable rules.

Dated: Richmond, Virginia
April 2, 2015

TAVENNER & BERAN, PLC

_____/s/ Lynn L. Tavenner_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300

– and –

KELLEY DRYE & WARREN LLP

_____/s/ Martin A. Krolewski_____
Martin A. Krolewski, Esq.
(admitted *pro hac vice*)
Nicholas J. Panarella, Esq.
(admitted *pro hac vice*)
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Telecopy:  (212) 808-7897

*Counsel to Defendant, Alfred H. Siegel, Trustee of
the Circuit City Stores, Inc. Liquidating Trust*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015, a copy of the foregoing NOTICE OF DEPOSITION OF PLAINTIFF'S EXPERT WITNESS DR. RODGER CAINE was mailed first class mail, postage pre-paid to the following person listed below:

Marshall E. Kresman, Esq.
Law Offices of Marshall E. Kresman
1950 Street Road, Suite 103
The Constitution Building
Bensalem, PA 19020

Kevin J. Funk, Esq.
DURRETTE CRUMP PLC
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219

Martin A. Krolewski

# Exhibit I

**Krolewski, Martin A.**

| | |
|---|---|
| **From:** | Kevin Funk <kfunk@durrettecrump.com> |
| **Sent:** | Wednesday, April 01, 2015 5:44 PM |
| **To:** | Krolewski, Martin A.; Panarella, Nicholas |
| **Cc:** | mek@kresmanlaw.com; Kevin Funk |
| **Subject:** | RE: Roy and Joanne Eisner v. Circuit City Stores, Inc., Case No. 08-35653, Claim Nos. 3025 and 3852 |

Gentlemen:

We are in receipt of your expert reports.  Generally, the party with the burden of proof is required to disclose experts on those issues first but then has the opportunity to file reports rebutting the opposing side's experts.  Alternatively, some pre-trial orders require both sides to disclose simultaneously and then both sides issue rebuttals.  This pre-trial order is a little unusual in that Mr. Eisner, the party with the burden, does not file a reply responding to your experts.  We would propose a modification to the pre-trial order in which we would file reply reports, addressing your experts.  We think this would benefit everyone in that it would minimize the likelihood of surprise at trial and possibly move the sides to settlement.  What are your thoughts on this?

Kevin J. Funk, Director
Bank of America Center, 16th Floor
1111 East Main Street, Richmond, VA 23219
**804.343.4387** | fax 804.775.6911

kfunk@durrettecrump.com

 **DurretteCrump** PLC

COMMERCIAL & COMPLEX LITIGATION • BUSINESS & TAXATION • LABOR & EMPLOYMENT • HEALTH CARE • BANKRUPTCY

IRS Circular 230 disclosure:  Internal Revenue Service regulations require that certain types of written advice include a disclaimer.  To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise, the advice is not intended or written to be used and it cannot be used by the recipient or any other taxpayer for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

This electronic message contains information from the law firm of DurretteCrump PLC that may be privileged, confidential, or otherwise protected from disclosure. Such information is intended to be for the named addressee only. If you are not the named addressee, then any disclosure, copying, publication, distribution, or other use of the contents of this electronic message is strictly prohibited. If you have received this electronic message in error, then please notify us immediately and destroy the original message, any attachments, and all copies. Thank you.

**From:** Krolewski, Martin A. [mailto:MKrolewski@KelleyDrye.com]
**Sent:** Tuesday, March 24, 2015 6:29 PM
**To:** mek@kresmanlaw.com; Kevin Funk
**Cc:** Panarella, Nicholas; Krolewski, Martin A.
**Subject:** RE: Roy and Joanne Eisner v. Circuit City Stores, Inc., Case No. 08-35653, Claim Nos. 3025 and 3852

Please see attached correspondence and attachments thereto concerning the claims referenced above.

Best regards,
Marty

---

Martin A. Krolewski, Esq. | Kelley Drye & Warren LLP

1

101 Park Avenue, New York, NY 10178
212.808.5137 | mkrolewski@kelleydrye.com
www.kelleydrye.com

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.

# Exhibit J

**Krolewski, Martin A.**

| | |
|---|---|
| **From:** | Kevin Funk <kfunk@durrettecrump.com> |
| **Sent:** | Friday, April 03, 2015 12:16 PM |
| **To:** | Krolewski, Martin A.; Panarella, Nicholas |
| **Cc:** | mek@kresmanlaw.com; Kevin Funk |
| **Subject:** | RE: Roy and Joanne Eisner v. Circuit City Stores, Inc., Case No. 08-35653, Claim Nos. 3025 and 3852 |

Gentlemen:

We are in receipt of your deposition notices for claimant's experts.  As an initial matter, no attempt was made to coordinate with us or the experts themselves.  We are willing to coordinate with them and you to find a mutually agreeable time, but these are busy professionals.  Please confirm that you are willing to move the depositions to coordinate schedules.

Also, FRCP 26 requires that the trust compensate the experts for their time responding to discovery.  I would assume you would want the hourly rates for each expert prior to the deposition.  We would like a written commitment from you as to compensation once we agree on a place and time constraints on the deposition of the experts.

Please contact me regarding these matters no later than Monday so that we can resolve these without the need for a protective order.


Kevin J. Funk, Director
Bank of America Center, 16th Floor
1111 East Main Street, Richmond, VA 23219
**804.343.4387** | fax 804.775.6911

**kfunk@durrettecrump.com**



COMMERCIAL & COMPLEX LITIGATION • BUSINESS & TAXATION • LABOR & EMPLOYMENT • HEALTH CARE • BANKRUPTCY

IRS Circular 230 disclosure: Internal Revenue Service regulations require that certain types of written advice include a disclaimer.  To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise, the advice is not intended or written to be used and it cannot be used by the recipient or any other taxpayer for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

This electronic message contains information from the law firm of DurretteCrump PLC that may be privileged, confidential, or otherwise protected from disclosure. Such information is intended to be for the use of the named addressee only. If you are not the named addressee, then any disclosure, copying, publication, distribution, or other use of the contents of this electronic message is strictly prohibited. If you have received this electronic message in error, then please notify us immediately and destroy the original message, any attachments, and all copies. Thank you.

**From:** Krolewski, Martin A. [mailto:MKrolewski@KelleyDrye.com]
**Sent:** Thursday, April 02, 2015 7:04 PM
**To:** mek@kresmanlaw.com; Kevin Funk
**Cc:** Panarella, Nicholas; Krolewski, Martin A.
**Subject:** Roy and Joanne Eisner v. Circuit City Stores, Inc., Case No. 08-35653, Claim Nos. 3025 and 3852


Please see attached correspondence and attachments thereto concerning the claims referenced above.

Best regards,

**Martin A. Krolewski, Esq. | Kelley Drye & Warren LLP**
101 Park Avenue, New York, NY 10178
212.808.5137 | mkrolewski@kelleydrye.com
www.kelleydrye.com

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.