# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | No. 08-35653-KRH |
| et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL
## FOR UNITED STATES GOVERNMENT ATTORNEY SARA B. EAGLE

**PLEASE TAKE NOTICE**, that I, Sara B. Eagle, attorney of record for the Pension Benefit Guaranty Corporation ("PBGC"), hereby request that the PBGC be removed from the lists of parties and from the Court's CM/ECF system listings for these jointly administered cases. PBGC no longer has any interest in these cases. I am an employee of the PBGC and it has received notice of the withdrawal of my appearance as required by LBR 2090-1(G).

Dated:   April 9, 2015           Respectfully submitted,
         Washington, D.C.

                                 /s/ Sara B. Eagle
                                 Sara B. Eagle
                                 Pension Benefit Guaranty Corporation
                                 Office of the Chief Counsel
                                 1200 K Street, N.W., Suite 340
                                 Washington, D.C. 20005-4026
                                 Telephone: (202) 326-4020, ext. 3881
                                 Fax: (202) 326-4112
                                 Emails: eagle.sara@pbgc.gov
                                         and efile@pbgc.gov