**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2015, the Pension Benefit Guaranty Corporation's Notice of Withdrawal of Counsel for United States Government Attorney Sara B. Eagle was served via the Court's CM/ECF notice system to all parties registered to receive CM/ECF notices for this case.

/s/ Sara B. Eagle
Sara B. Eagle
Attorney