IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | **Allowed Claim Num: 189**  **Allowed Claim Amt: $6,927.50** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, WCCB TV Inc., creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
WCCB TV Inc.
PO Box 32488
Charlotte, NC 28232-2488

**Old Address [Notice Party]**
WCCB TV Inc.
PO Box 32488
Charlotte, NC 28232-2488

**New Address [Creditor]**
WCCB TV Inc.
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

**New Address [Notice Party]**
WCCB TV Inc.
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: April 14, 2015

Respectfully submitted,

Signature: /s/ Beverly Poston

Print Name: BEVERLY POSTON
PRESIDENT