IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered<br><br>**Allowed Claim Num: 13416**<br>**Allowed Claim Amt: 7,500.00** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Richard Kreuger, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Richard Kreuger
c/o Peter A. Smit
Varnum LLP
PO Box 352
Grand Rapids, MI 49501-0352

**New Address [Creditor]**
Richard Kreuger
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 4/6/15

Respectfully submitted,

By: Peter A. Smit
Signature: _____
Print Name: Peter A. Smit
Title: Attorney