IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**Allowed Claim Num: 1771**
**Allowed Claim Amt: $1,787.96**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Cleavers Corners Inc creditor in the above-referenced bankruptcy proceeding, has changed its address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Cleavers Corners Inc
3117 Harrow Road
Spring Hill, FL
34606-3026

**New Address**

Cleavers Corners Inc
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

**Old Address [Notice Party(ies)]**

Cleavers Corners Inc
3117 Harrow Road
Spring Hill, FL
34606-3026

**New Address [Notice Party(ies)]**

Cleavers Corners Inc
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: _April 10, 2015_

Respectfully submitted,

Cleavers Corners Inc

By: CHERYL Timm
Title: OWNER

CC_GUC_1pg_v.2