IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |
| _____/ | |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that 2005-C1 Shoppes of Plantation Acres, LLC, assignee of Starpoint Properties, LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address in regard to Claim No. 14343 for the purposes of administering its claim (as listed on the Debtors' claims register) in accordance with that certain Assignment of Claim attached hereto, and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

| **Former Address** | **New Address** |
|---|---|
| Starpoint Properties | CSFB 2005-C1 Shoppes of Plantation Acres, LLC |
| c/o Augustus C. Epps, Jr., Esq. | c/o Jeffrey I. Snyder, Esq. |
| Christian & Barton LLP | Bilzin Sumberg Baena Price & Axelrod LLP |
| 909 E. Main Street, Suite 1200 | 1450 Brickell Avenue, Suite 2300 |
| Richmond, VA 23219 | Miami, FL 33131 |

**[SIGNATURE FOLLOWS ON NEXT PAGE]**

Dated:  April 15, 2015

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

_____/s/ Jeffrey I. Snyder_____
Jeffrey I. Snyder (admitted *pro hac vice*)
1450 Brickell Avenue.
Suite 2300
Miami, Florida 33131
Tel: (305) 374-7580
Fax: (305) 374-7593

*Counsel for CSFB 2005-C1 Shoppes of Plantation Acres, LLC*

MIAMI 4567896.1 79976/31413

## ASSIGNMENT OF CLAIM

STARPOINT PROPERTIES, LLC ("**Assignor**"), on its own behalf and as Manager of Sunrise Plantation Properties, LLC, the former owner of a retail center known as Shoppes of Plantation Acres, located at 12260-12370 West Sunrise Boulevard, Plantation, Broward County, Florida, for good and valuable consideration, hereby absolutely and unconditionally assigns to **CSFB 2005-C1 SHOPPES OF PLANTATION ACRES, LLC**, a Florida limited liability company ("**Assignee**"), whose address is c/o LNR Partners, Inc., 1601 Washington Avenue, Suite 700 Miami Beach, Florida 33139, all of its interest in (1) that certain claim filed by or on behalf of Assignor in the bankruptcy of Circuit City Stores, Inc., or any of its affiliates (collectively, "CCS") pending in the United States Bankruptcy Court for the Eastern District of Virginia, Case No. 08-35653, Claim No. 14343, which evidences an administrative priority claim in the amount of $150,067.91 (the "**Claim**").

Assignor agrees that, in the event Assignor receives any payments or distributions with respect to the Claim after the date hereof, Assignor shall accept the same as Assignee's agent and shall hold the same in trust on behalf of, and for the sole benefit of, Assignee and shall promptly deliver the same to Assignee. Assignor grants Assignee limited power of attorney and authorizes Assignee to act on its behalf solely with respect to matters concerning the Claim.

Assignor agrees that in the event Assignor receives any correspondence with respect to the Claim after the date hereof, Assignor shall promptly forward such correspondence to the Assignee at the following address:

c/o LNR Partners, LLC
Attn: Director of Servicing
(Re: CSFB 2005-C1 Loan No. 991071487)
1601 Washington Avenue, Suite 700
Miami Beach, Florida 33139

Assignor hereby waives any notice and hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and further stipulates that any necessary order may be entered by the Clerk of the Bankruptcy Court recognizing Assignee as the valid owner and holder of such Claim.

Assignor does not make any representations or warranties regarding the Claim other than Assignor is the sole, present owner of the Claim, with the rights to transfer the Claim as described herein.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative this 17th day of April, 2015.

STARPOINT PROPERTIES, LLC, on its
own behalf and as Manager of Sunrise
Plantation Properties, LLC

By: _____
Name: Paul D.
Title: CFO

MIAMI 4552533.1 79976/31413

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF to all registered users on this 15th day of April, 2015 and via U.S. Mail upon the following on April 16, 2015:

Starpoint Properties
c/o Augustus C. Epps, Jr., Esq.
Christian & Barton LLP
909 E. Main Street, Suite 1200
Richmond, VA 23219

By: ____/s/ Jeffrey I. Snyder_____
Jeffrey I. Snyder

MIAMI 4567896.1 79976/31413