IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |
|---|---|
| IN RE: ) |  |
| ) |  |
| CIRCUIT CITY STORES, INC., *et al.*, ) | Chapter 11 |
| ) | Case No. 08-35653-KRH |
| Debtors. ) | Jointly Administered |
| ) |  |

### NOTICE OF FILING OF MOTION AND HEARING THEREON

PLEASE TAKE NOTICE THAT Roy Eisner, through his counsel, has filed in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") a Motion to Strike Expert Disclosures Pursuant to Rule 37 (the "Motion"), a copy of which is attached hereto.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY IF YOU HAVE ONE IN THESE BANKRUPTCY CASES. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.) UNDER THE CASE MANAGEMENT ORDER (AS DEFINED HEREAFTER) AND LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE TO THE MOTION IS FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN SEVEN (7) DAYS BEFORE THE SCHEDULED HEARING DATE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE MOTIONS AS CONCEDED, AND ISSUE AN ORDER GRANTING THE RELIEF REQUESTED.**

PLEASE TAKE FURTHER NOTICE THAT in connection with the Debtors' Chapter 11 cases, a Supplemental Order Establishing Certain Notice, Case Management and Administrative Procedures (Docket No. 6208) (the "Case Management Order") was entered by the Court on December 30, 2009, which, among other things, prescribes the manner in which objections must be filed and served and when hearings will be conducted. A copy of the Case Management Order may be obtained at no charge from counsel below or via PACER at http://www.vaeb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that on **May 28, 2013 at 2:00 p.m.** (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000 of the United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219 and will move the Court for entry of an order approving the Motion.

If you do not want the Court to grant the relief, or if you want the Court to consider your views on the Motion, then within seven (7) days before the hearing you or your attorney must file with the Court, at the address shown below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1 and the Case Management Order.  You must mail or otherwise file it early enough so the Court will **receive** it on or before the due date identified herein.

>Clerk of the Court
>United States Bankruptcy Court
>701 East Broad Street, Suite 4000
>Richmond, Virginia  23219

You must also serve a copy on:

>Kevin J. Funk
>DurretteCrump PLC
>1111 East Main Street, 16th Floor
>Richmond, Virginia  23219

If you or your attorney do not take these steps, the Court may deem any opposition waived, treat the Motions as conceded, and issue orders granting the requested relief without further notice or hearing.

Dated:  Richmond, Virginia
April 16, 2015

**ROY EISNER**

By:__/s/ Kevin J. Funk_____
Kevin J. Funk (VSB No. 65465)
DurretteCrump, PLC
1111 East Main Street, 16th Floor
Richmond, VA 23219
(804) 775-6900
(804) 775-6911
kfunk@durrettecrump.com

2

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on April 16, 2015 I served a copy of the foregoing notice on the following via email and first-class mail:

    Lynn L. Tavenner, Esquire
    Tavenner & Beran
    20 North Eighth Street, 2nd Floor
    Richmond, Virginia  23219
    LTavenner@tb-lawfirm.com

    Martin Krolewski, Esquire
    Kelley Drye & Warren LLP
    101 Park Avenue
    New York, New York 10178
    mkrolewski@kelleydrye.com

    /s/ Kevin J. Funk
    _____