Print | Close Window

**Subject:** FW: Circuit City/Eisner
**From:** Kevin Funk <kfunk@durrettecrump.com>
**Date:** Thu, Apr 09, 2015 3:42 pm
**To:** "mek@kresmanlaw.com" <mek@kresmanlaw.com>
**Attach:** image001.gif
image002.gif
image003.gif
image004.gif
image005.gif
image006.gif
image007.gif
image008.gif
image009.gif
image010.gif
image011.gif
image012.gif

Kevin J. Funk, Director
Bank of America Center, 16th Floor
1111 East Main Street, Richmond, VA 23219
**804.343.4387** | fax 804.775.6911

kfunk@durrettecrump.com

**DurretteCrump** PLC

COMMERCIAL & COMPLEX LITIGATION • BUSINESS & TAXATION • LABOR & EMPLOYMENT • HEALTH CARE • BANKRUPTCY

IRS Circular 230 disclosure: Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise, the advice is not intended or written to be used and it cannot be used by the recipient or any other taxpayer for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

This electronic message contains information from the law firm of DurretteCrump PLC that may be privileged, confidential, or otherwise protected from disclosure. Such information is intended to be for the named addressee only. If you are not the named addressee, then any disclosure, copying, publication, distribution, or other use of the contents of this electronic message is strictly prohibited. If you have received this electronic message in error, then please notify us immediately and destroy the original message, any attachments, and all copies. Thank you.

**From:** Kevin Funk
**Sent:** Wednesday, December 03, 2014 4:48 PM
**To:** 'Krolewski, Martin A.'; Panarella, Nicholas
**Cc:** Kevin Funk; mek@kresmanlaw.com
**Subject:** Circuit City/Eisner

Thanks for speaking with me earlier today. I have asked Mr. Eisner about doing the depositions in PA on Jan. 13. As well as some dates for a medical examination soon thereafter. I will let you know as soon as I hear something.

This also confirms that we agree that expert reports contemplated in paragraph 6 of the Pre-Trial order will be due on Feb. 13; we will ignore the January date inserted by mistake.

Please let me know the trustee's position on the settlement proposal we made. Thanks.

**Kevin J. Funk**, Principal
Bank of America Center, 16th Floor
1111 East Main Street, Richmond, VA 23219
**804.343.4387** | fax 804.775.6911

kfunk@durrettecrump.com



COMMERCIAL & COMPLEX LITIGATION • BUSINESS & TAXATION • LABOR & EMPLOYMENT • HEALTH CARE • BANKRUPTCY

IRS Circular 230 disclosure: Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise, the advice is not intended or written to be used and it cannot be used by the recipient or any other taxpayer for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

This electronic message contains information from the law firm of DurretteCrump PLC that may be privileged, confidential, or otherwise protected from disclosure. Such information is intended to be for the named addressee only. If you are not the named addressee, then any disclosure, copying, publication, distribution, or other use of the contents of this electronic message is strictly prohibited. If you have received this electronic message in error, then please notify us immediately and destroy the original message, any attachments, and all copies. Thank you.

Copyright © 2003-2015. All rights reserved.