**EXHIBIT 2**

## BENSALEM ORTHOPEDICS, P.C.
## NORMAN B. STEMPLER, D.O., ABPS, FAASOS
Board Certified Orthopedic Surgeon
William Burse, D.C.
2131 Galloway Road, Bensalem, PA 19020
Phone: (215) 604-1355, Fax: (215) 604-1358

| | | |
|---|---|---|
| Berks County Orthopedics<br>438 Walnut St., 2nd Floor<br>Reading, PA 19601<br>(610) 375-4002 | Eastern PA Orthopedic Assoc.<br>255 S. 17th St., 30th Floor<br>Philadelphia, PA 19103<br>(215) 735-5911 | Olney Orthopedics<br>199 W. Nedro Avenue<br>Philadelphia, PA 19120<br>(215) 548-0202 |

**ROY EISNER**                                             **PROGRESS REPORT**

ROY EISNER                                                 12/02/14

Roy Eisner was seen by me this date for re-evaluation. He was initially seen on 09/04/08 as a result of the 04/08/08 work-related incident. He remains symptomatic in regard to his cervical, thoracic and lumbar spine.

He continues to have painful activity, as he relates. He denies radicular symptoms, and there has been no change in his bladder or bowel habits.

On examination, he has palpable tenderness in the paracervical, trapezial, paralumbar and sacroiliac areas, increased with attempted range of motion. He is neurologically intact.

My impression is that of:

1. Chronic, refractory and ongoing cervical, thoracic, lumbosacral and sacroiliac musculoligamentous injury, with a poor prognosis for full recovery.

Roy Eisner remains disabled from any physical labor, having sustained a serious and permanent injury to his spine as a direct result of the work-related incident of 04/08/08.

I believe that he has reached Maximum Medical Improvement.

Norman B. Stempler, D.O.
NBS/vms
Dictated but not read