*Law Offices*
# Marshall E. Kresman
*The Constitution Building*
*1950 Street Road*
*Suite 103*
*Bensalem, PA 19020*
Phone (215) 639-9933
Fax (215) 639-8346

MARSHALL E. KRESMAN*
ALAN I. LOURIE *†
LOUIS DOBL, JR. *

* MEMBER OF PA AND NJ BARS
† MEMBER OF D.C. BAR

6745 TORRESDALE AVENUE
PHILADELPHIA, PA 19135
(215)338-7655

ONE GREENTREE CENTER
SUITE 201
10000 LINCOLN DRIVE EAST
MARLTON, NJ 08053
(856) 596-9333

PLEASE REPLY TO BENSALEM

September 17, 2013

*Via Email: mkrolewski@kelleydrye.com*
Kelley Drye & Warren LLP
Martin A. Krolewski, Esquire
101 Park Avenue
New York, NY 10178

Re:   Roy and Joanne Eisner/Circuit City Bankruptcy Case
      U.S. Bankruptcy Court Eastern District of VA - Richmond Division
      Case No.: 08-35653
      Claim Nos: 3025 and 3852

Dear Mr. Krolewski:

Enclosed please find the following requested medical records:

1. Lower Bucks Hospital
   (d/s: 4/8/08)

2. Total Eye Care
   (d/s: 4/9/08)         Record TBS

3. Bensalem Chiropractic
   (d/s: 4/21/08-5/16/08)

4. Diagnostic Imaging
   (d/s: 4/21/08, 5/21/08, 5/12/10, 5/11/11, 6/15/11, 6/5/12 & 4/24/13)

5. Bensalem Medical
   (d/s: 4/23/08-15/5/09)

6. Dr. Shamis
   (d/s: 5/1/08-5/12/13)

7. OT Rehab
   (d/s: 6/23/08)

8. Eusebio Nunez
   (d/s: 7/2/08 & 7/6/08)

9. Dr. Roger Caine
(d/s: 8/18/08-7/8/13)

10. Dr. Norman Stempler
(d/s: 9/4/08)

11. Clinical Pain Management Ass
(d/s: 2/12/09)

12. Gastroenterologists
Dr. Frank
(d/s: 3/2/11-4/18/13)

13. Workers Compensation Lien

Additionally please find all of the criminal police records together with all of the communications in our possession regarding the assault at issue in this captioned matter.

Mr. Eisner has had no subsequent employment. In the first six to twelve months following the assault, when plaintiff he had a brief periods of remission, after treatment. During such time he would attempt to look for trucking positions advertised on the internet. However, his physical and emotional injuries would then intensify making it impossible for him to follow through. Since that time plaintiff has not felt well enough to attempt any further job searches. There is no documentation of plaintiff's efforts to obtain employment.

To plaintiff's knowledge the only photos taken of plaintiff following the incident may have been one or two polaroids of bruises to his back taken by the Bristol Township police department. My office as of this date has been unable to verify the existence of such photos.

Additionally, please also be advised that between 1986 and 2002, plaintiff together with his wife owned a trucking operation under the name of RJ Express and incorporated as RJ Express, Inc. which subcontracted out trucking work to independent truckers. Plaintiff during the period of 1986 to 2002 also reserved the corporate name of Avalon Trucking, Inc. but never used it as an active business entity.

Very truly yours,

Marshall E. Kresman

MEK/jjb
Enclosures
cc: Kevin Funk Esquire
*Via email: Kfunk @DurrettCrump.com*