# KELLEY DRYE & WARREN LLP
A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CALIFORNIA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

MARTIN A. KROLEWSKI
DIRECT LINE: (212) 808-5137
EMAIL: mkrolewski@kelleydrye.com

March 5, 2015

Via First Class U.S. Mail and E-Mail

Marshall E. Kresman, Esq.
Law Offices of Marshall E. Kresman
1950 Street Road, Suite 103
The Constitution Building
Bensalem, PA 19020

Re: *Roy and Joanne Eisner v. Circuit City Stores, Inc.*,
Case No. 08-35653 Claim Nos. 3025 and 3852

Dear Marshall:

    I write concerning your December 29, 2014 letter disclosing Roy Eisner's testifying expert witnesses and attaching their expert reports pursuant to the Court's Discovery Scheduling Order ("Discovery Order") entered on September 25, 2014 (Docket No. 13437). The expert reports of Dr. Brad Shamis and Dr. Norman Stempler attached to your letter fail to satisfy the requirements set forth in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure for expert reports and as such also violate the Discovery Order. Accordingly, the Circuit City Stores, Inc. Liquidating Trust objects to these reports and reserves all of its rights and remedies in connection with Dr. Shamis and Dr. Stempler serving as testifying expert witnesses in this matter.

Very truly yours,

Martin A. Krolewski

cc: Kevin J. Funk, Esq. (via E-mail)
Nicholas J. Panarella, Esq.

*Law Offices*
# Marshall E. Kresman
*The Constitution Building*
*1950 Street Road*
*Suite 103*
*Bensalem, PA 19020*
Phone (215) 639-9933
Fax (215) 639-8346

MARSHALL E. KRESMAN*
ALAN I. LOURIE*†
LOUIS DOBI, JR.*

* MEMBER OF PA AND NJ BARS
† MEMBER OF D.C. BAR

6745 TORRESDALE AVENUE
PHILADELPHIA, PA 19135
(215)338-7555

ONE GREENTREE CENTER
SUITE 201
10000 LINCOLN DRIVE EAST
MARLTON, NJ 08053
(856) 596-9333

PLEASE REPLY TO BENSALEM

March 6, 2015

*Via Email: mkrolewski@kelleydrye.com*
Kelley Drye & Warren LLP
Martin A. Krolewski, Esquire
101 Park Avenue
New York, NY 10178

Re:  Eisner, et al. v. Circuit City Stores, Inc., et al.
     Case No.: 08-35653

Dear Mr. Krolewski:

Enclosed please find the Curriculum Vitaes and testimony lists for the following expert witnesses; H. Gray Broughton, CRC, CCM, whose report fee is $2,500 and testimony fee is attached; treating psychologist Brad Shamis, Ph.D. whose testimony fee is $750.00, and of Dr. Norman Stempler whose report fee is $350.00 and testimony fee is $3,000.00/$3,500.00. The C.V. testimony list and fees for treating physician Dr. Kenneth Morris will be supplied to you once received by my office. The C.V. and statement of no cases testified to by treating physician Dr. Rodger Caine, D.C. is also attached.

Very truly yours,

Marshall E. Kresman

MEK/jjb
Enclosures

cc.:    Kevin Funk (Via Email: kfunk@durrettecrump.com w/enclosures)