*Law Offices*
# Marshall E. Kresman
*The Constitution Building*
*1950 Street Road*
*Suite 103*
*Bensalem, PA 19020*
Phone (215) 639-9933
Fax (215) 639-8346

MARSHALL E. KRESMAN*
ALAN I. LOURIE *†
LOUIS DOBI, JR. *

* MEMBER OF PA AND NJ BARS
† MEMBER OF D.C. BAR

6921 FRANKFORD AVENUE
SUITE E
PHILADELPHIA, PA 19135
(215)338-7555

ONE GREENTREE CENTER
SUITE 201
10000 LINCOLN DRIVE EAST
MARLTON, NJ 08053
(856) 596-9333

**PLEASE REPLY TO BENSALEM**

November 18, 2014

<u>Via Email: mkrolewski@kelleydrye.com</u>
Kelley Drye & Warren LLP
Martin A. Krolewski, Esquire
101 Park Avenue
New York, NY 10178

  Re: Eisner, et al. v. Circuit City Stores, Inc., et al.
    Case No.: 08-35653

Dear Mr. Krolewski:

Enclosed please find Plaintiff Roy Eisner's Answers to Debtor's Second Set of Interrogatories with regard to this captioned matter.

Very truly yours,

Marshall E. Kresman

MEK/jjb
Enclosures

cc.: Kevin Funk (Via Email: kfunk@durrettecrump.com w/enclosures)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No.: 08-35653 |
| et al., | : | |
| Debtors. | : | Jointly Administered |

**PLAINTIFF ROY EISNER'S ANSWERS TO DEBTOR'S SECOND SET OF INTERROGATORS**

### I. SECOND SET OF INTERROGATORIES

1. Plaintiff, Roy Eisner has continued to treat with Dr. Brad Shamis approximately once every three weeks. Roy Eisner has continued to treat with Dr. Kenneth Morris approximately one every three weeks through the beginning of 2014, currently he is seeing him on a once every three months schedule. The updated medical bills and reports from Dr. Shamis and Dr. Morris will be forwarded as soon as they are received by plaintiffs. Plaintiffs also intend to have updated evaluations by orthopedic surgeon Dr. Norman Stempler.

Plaintiff Roy Eisner continues to take Oxycontin 40mgs twice a day Oxycodone 15mg twice a day, generic Xanax 3mg a day and generic Flexeril 20mgs a day.

2. Attached is the 2012 and 2103 joint tax returns of Roy and Joanne Eisner and a copy of Roy Eisner's Worker's Compensation Lien.

3. The answer to this Interrogatory remains the same. No additional fact witnesses have been discovered at this time.

4. Plaintiff will call all treating and examining medical and physiological practitioners including Dr. Kenneth Morris 2373 Bristol Road, Bensalem, Dr. Brad Shamis 4802 Neshaminy Boulevard, Bensalem and Dr. Norman Stempler, 2131 Galloway Road, Bensalem, PA. Plaintiff is also presently in the process of obtaining a vocational expert to testify as to plaintiff's loss of future income and earning capacity now that previous vocational expert Dr. Robert Wolf has passed away.

5. In addition to plaintiff's worker's compensation lien in the amount of $286,907.22; his medicare lien and Keystone 65 lien will be obtained and provided and his unpaid and out-of-pocket medical and drug expenses which will be provided to defense counsel when fully compiled by plaintiff.

6.   Answer remains unchanged with regard to treatment from plaintiff's answer to the first set of interrogatories received as a result of this incident.

7.   Wife, plaintiff, Joanne Eisner has not received treatment from any practitioner to this point in time.

8.   Answer remains unchanged as previous answers to interrogatories.

9.   No additional documents for plaintiff Joanne Eisner's losses since her last discovery answers.

Date: 11/14/14

_____
MARSHALL E. KRESMAN, ESQUIRE
The Constitution Building
1950 Street Road, Suite 103
Bensalem, PA 19020
(215) 639-9933
Attorney I.D. No. 12862
Attorney for Plaintiff Roy Eisner

2

## VERIFICATION

The undersigned hereby states that he is the Plaintiff herein; that he is acquainted with the facts set forth in the foregoing Answer to Interrogatories; that the same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

_____
Roy Eisner

## VERIFICATION

The undersigned hereby states that she is the Plaintiff herein; that she is acquainted with the facts set forth in the foregoing Answers to Interrogatories; that the same are true and correct to the best of her knowledge, information and belief; and that this statement is made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

_____
Joanne Eisner