BENSALEM MEDICAL P.C.
Kenneth A. Morris, D.O.
2373 PASQUALONE BOULEVARD
BENSALEM, PA 19020
Telephone (215) 752-1810

Re:   Roy Eisner
      D/A:  4-8-08

This is to certify that Roy Eisner has been unable to work as a direct result of an injury on 4/8/08.

Partially Disabled:    4-8-08 to 4-18-08
Completely Disabled:   4-18-08 to present

Very truly yours,

Dr. Kenneth A. Morris