IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**Allowed Claim Num: 9319**
**Allowed Claim Amt: 40,000.00**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Mestas II, Phillip O a creditor in the above-referenced bankruptcy proceeding, has changed his address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Mestas II, Phillip O
3889 SW 22nd Dr
Gresham, OR 97080-8381

**New Address**

Mestas II, Phillip O
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: 4/17/2015

Respectfully submitted,

_____
Mestas II, Phillip O

CC_COMP_1pg_v.2