IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**Allowed Claim Num: 9319**
**Allowed Claim Amt: 40,000.00**

NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Metro Detroit Signs Inc, a creditor in the above-referenced bankruptcy proceeding, has changed its address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address

Metro Detroit Signs Inc
23544 Hoover Road
Warren MI 48089

New Address

Metro Detroit Signs Inc
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Old Address [Notice Party(ies)]

Metro Detroit Signs Inc
23544 Hoover Road
Warren MI 48089

New Address [Notice Party(ies)]

Metro Detroit Signs Inc
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: 4-17-2015

Respectfully submitted,

Metro Detroit Signs Inc

By: JOHN P. DETERS
Title: SECY/TREAS

CC_GUC_1pg_v.2