IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**Allowed Claim Num: 1750**
**Allowed Claim Amt: 6,059.00**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Avid Home Installs LLC, a creditor in the above-referenced bankruptcy proceeding, has changed its address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Avid Home Installs LLC
114 Sylvania Rd.
Savannah, GA 31419

**New Address**

Avid Home Installs LLC
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

**New Address [Notice Party(ies)]**

Avid Home Installs LLC
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: 4/17/15

Respectfully submitted,

Avid Home Installs LLC

By: Mark Boger
Title: Owner/Manager

CC_GUC_1pg_v.2