IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**Allowed Claim Num: 5429**
**Allowed Claim Amt: 15,000.00**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that **Charles G. Posso,** a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address
Charles G. Posso
10036 SW 165 Ct.
Miami, FL 33196-1032

New Address [Creditor]
Charles G. Posso
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

: 4/16/15

Dated

Respectfully submitted,

Signature: Charles G. Posso
Print Name:
Title: By: