UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | (Joint Administration) |
| CIRCUIT CITY STORES, INC., *et al.* | ) | |
| | ) | |
| *Debtors.* | ) | Case No: 08-35653-KRH |
| | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Raymond & Main Retail, LLC, a creditor in the cases of the above-captions debtors (the "Debtors") and holder of claim number 15280, directs the Liquidating Trust and its counsel (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering claim number 15280 (as listed on the claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent only to the following address, effective as of the date hereof:

Raymond & Main Retail, LLC
c/o Caroline R. Djang, Esquire
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626

Dated:  April 22, 2015

Respectfully submitted,

RAYMOND & MAIN RETAIL, LLC

By: /s/ Neil E. McCullagh
        Counsel

_____
Robert H. Chappell III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000
Fax:  (804) 697-2100
*Counsel for Raymond & Main Retail, LLC*

Robert H. Chappell III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000
Fax:  (804) 697-2100
*Counsel for Raymond & Main Retail, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2015, a true and accurate copy of the foregoing was served by first-class mail, postage prepaid, on the following, constituting all necessary parties:

Circuit City Stores, Inc. Liquidating Trust
Andrew W. Caine, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

/s/ Neil E. McCullagh