UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

_____
                                                          )
*In re:*                                                  )          Chapter 11
                                                          )          (Joint Administration)
CIRCUIT CITY STORES, INC., *et al.*                       )
                                                          )
           *Debtors.*                                     )          Case No: 08-35653-KRH
                                                          )
_____  )

**ORDER**

This day came Neil E. McCullagh, Esquire and the firm of Spotts Fain PC on their

Motion to Withdraw as Counsel for Raymond & Main Retail, LLC in the above-referenced

Chapter 11 case.

Upon mature consideration of the Motion, and it appearing right and proper to do so, it is

accordingly ADJUDGED, ORDERED, AND DECREED as follows:

1.      The Motion be, and it hereby is, GRANTED, and the withdrawal of Neil E.

McCullagh, Esquire and Spotts Fain PC as counsel for Raymond & Main Retail, LLC in the

above-referenced Chapter 11 case is hereby APPROVED.

Enter:                /        /


_____
United States Bankruptcy Judge

I ASK FOR THIS:


 /s/ Neil E. McCullagh_____
Robert H. Chappell III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000
Fax:  (804) 697-2100

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of April, 2015, a true and accurate copy of the foregoing Order was served by first-class mail, postage prepaid, and/or by electronic means through the Court's ECF system on the following, constituting all necessary parties:

Andrew W. Caine, Esquire
Victoria Newmark, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Fl.
Los Angeles, CA 90067

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert B. Van Arsdale
Assistant United States Trustee
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

Raymond & Main Retail, LLC
c/o Caroline R. Djang, Esquire
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626

/s/ Neil E. McCullagh