# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### RICHMOND DIVISION

In re:

**CIRCUIT CITY STORES, INC., et al.,**

      **Debtors.**

**Chapter 11**

**Case No. 08-35653-KRH**

**Jointly Administered**

## ORDER GRANTING MOTION FOR LEAVE OF COURT
## TO ATTEND HEARING BY TELEPHONE

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone (the "Motion") filed by Ashley McDow ("Ms. McDow") of Baker & Hostetler LLP, and it appearing that the Motion has been served on the interested parties and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby,

ORDERED, that the Motion is GRANTED and Ms. McDow is permitted to appear and be heard by telephone at the hearing on April 23, 2015 on behalf of the Trustee.

Entered this _____Apr 23 2015_____ day of _____, 2015.

/s/ Kevin R. Huennekens
_____
United States Bankruptcy Judge

Entered on Docket: _____4/23/15_____

I ask for this:


By:    _/s/ Ashley M. McDow_____
Ashley M. McDow (Cal. Bar No. 245114)
**BAKER HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Emails:amcdow@bakerlaw.com

*Counsel for Alfred H. Siegel, the Liquidating*
*Trustee of Circuit City Stores, Inc. Liquidating*
*Trust*




I ask for this:


By:          _/s/  Dena S. Kessler_____
Dena S. Kessler (VBN 78680)
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone: 202.861.1500
Facsimile:  202.861.1783
Email:       dkessler@bakerlaw.com

*Counsel for Alfred H. Siegel, the*
*Liquidating Trustee of Circuit City Stores, Inc.*
*Liquidating Trust*

Local Rule 9022-1(C) Certification


The foregoing Order was endorsed by and/or served upon all necessary parties

pursuant to Local Rule 9022-1(C).


_/s/ Ashley M. McDow_

Ashley M. McDow

<u>PARTIES TO RECEIVE COPIES</u>

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
*Counsel to Circuit City Stores, Inc.*
*Liquidating Trust*

Robert VanArsdale, Esquire
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Office of the US Trustee*

Gillian N. Brown, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
San Francisco, CA 9411
*Counsel to the Unsecured Creditors*
*Committee*

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                          Chapter 11
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: luedecket          Page 1 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2015.
            +Ashley McDow, Esq,    11601 Wilshire Boulevard,    Suite 1400,    Los Angeles, CA 90025-0509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2015 at the address(es) listed below:
            Aaron L. Hammer   on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
            mmelickian@sugarfgh.com,mbrandess@sugarfgh.com,joconnor@sugarfgh.com,bkdocket@sugarfgh.com
            Aaron L. Hammer   on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
            mmelickian@sugarfgh.com,mbrandess@sugarfgh.com,joconnor@sugarfgh.com,bkdocket@sugarfgh.com
            Aaron L. Hammer   on behalf of Creditor   Virginia Surety Company, Inc. ahammer@sugarfgh.com,
            mmelickian@sugarfgh.com,mbrandess@sugarfgh.com,joconnor@sugarfgh.com,bkdocket@sugarfgh.com
            Aaron L. Hammer   on behalf of Creditor   Service Saver, Incorporated ahammer@sugarfgh.com,
            mmelickian@sugarfgh.com,mbrandess@sugarfgh.com,joconnor@sugarfgh.com,bkdocket@sugarfgh.com
            Aaron L. Hammer   on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
            mmelickian@sugarfgh.com,mbrandess@sugarfgh.com,joconnor@sugarfgh.com,bkdocket@sugarfgh.com
            Aaron L. Hammer   on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
            ahammer@sugarfgh.com,
            mmelickian@sugarfgh.com,mbrandess@sugarfgh.com,joconnor@sugarfgh.com,bkdocket@sugarfgh.com
            Aaron R. Cahn   on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
            Adam K. Keith   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
            akeith@honigman.com,  tsable@honigman.com
            Albert F. Quintrall   on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
            Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
            Alexander Xavier Jackins    on behalf of Interested Party   Eatontown Commons Shopping Center
            ajackins@seyfarth.com
            Alexander Xavier Jackins    on behalf of Interested Party   Arboretum of South Barrington, LLC
            ajackins@seyfarth.com
            Alexander Xavier Jackins    on behalf of Interested Party   AmCap NorthPoint LLC
            ajackins@seyfarth.com
            Alexander Xavier Jackins    on behalf of Interested Party   AmCap Arborland LLC
            ajackins@seyfarth.com
            Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
            ajackins@seyfarth.com
            Alison Ross Wickizer Toepp   on behalf of Creditor   Northern Indianna Public Service Company
            atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
            Alison Ross Wickizer Toepp   on behalf of Defendant   Sony Computer Entertainment America Inc.,
            A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
            dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
            Alison Ross Wickizer Toepp   on behalf of Defendant   Energizer Battery, Inc.
            atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
            Alison Ross Wickizer Toepp   on behalf of Creditor   GRE Grove Street One LLC
            atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
            Alison Ross Wickizer Toepp   on behalf of Defendant   Kingston Technology Co., Inc.
            atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
            Ambika Joline Biggs   on behalf of Defendant   Scripps Media, Inc. abiggs@bakerlaw.com
            Ambika Joline Biggs   on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
            Ambika Joline Biggs   on behalf of Defendant   The E.W. Scripps Company d/b/a/ Ventura County
            Star abiggs@bakerlaw.com
            Ambika Joline Biggs   on behalf of Defendant   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Ambika Joline Biggs   on behalf of Defendant    Scripps Networks, LLC d/b/a HGTV.com, d/b/a
             FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
           Ambika Joline Biggs   on behalf of Defendant    The National Union Fire Insurance Company of
             Pittsburgh, PA abiggs@bakerlaw.com
           Ambika Joline Biggs   on behalf of Defendant    Memphis Publishing Company, dba Commercial Appeal,
             Inc. abiggs@bakerlaw.com
           Amy Pritchard Williams   on behalf of Creditor    Cobb Corners II, Limited Partnership
             amy.williams@klgates.com, hailey.andresen@klgates.com
           Amy Pritchard Williams   on behalf of Creditor    DIM Vastgoed, N.V. amy.williams@klgates.com,
             hailey.andresen@klgates.com
           Amy Pritchard Williams   on behalf of Creditor    Encinitas PFA, LLC amy.williams@klgates.com,
             hailey.andresen@klgates.com
           Amy Pritchard Williams   on behalf of Creditor    PrattCenter, LLC amy.williams@klgates.com,
             hailey.andresen@klgates.com
           Amy Pritchard Williams   on behalf of Creditor    UTC I, LLC amy.williams@klgates.com,
             hailey.andresen@klgates.com
           Amy Pritchard Williams   on behalf of Creditor    Valley Corners Shopping Center, LLC
             amy.williams@klgates.com, hailey.andresen@klgates.com
           Andrea Campbell Davison   on behalf of Defendant    Animal Planet, L.P. ADavison@beankinney.com
           Andrea Campbell Davison   on behalf of Creditor    Discovery Communications, Inc.
             ADavison@beankinney.com
           Andrea Campbell Davison   on behalf of Defendant    Discovery Communications Inc. a/k/a The
             Learning Channel ADavison@beankinney.com
           Andrea Campbell Davison   on behalf of Defendant    Learning Channel, Inc. ADavison@beankinney.com
           Andrea Campbell Davison   on behalf of Defendant    Wonders Industrial Development (Shenzhen) Co.,
             Ltd. ADavison@beankinney.com
           Andrea Campbell Davison   on behalf of Defendant    Discovery Communications, Inc.
             ADavison@beankinney.com
           Andrew  Rapp   on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
           Andrew A. Jones   on behalf of Interested Party    Farallon Capital Management, L.L.C.
             Andrew@ajoneslaw.com
           Andrew Edward Macfarlane   on behalf of Defendant    Sherwood America, Inc. aem@aemlegal.com
           Andrew Edward Macfarlane   on behalf of Creditor    Sherwood America, Inc. aem@aemlegal.com
           Andrew H. Herrick   on behalf of Creditor    County of Albemarle aherrick@albemarle.org
           Andrew Kelly Rudiger   on behalf of Creditor    TKG Coffee Tree, L.P. andrewr@boydhomes.com,
             akrudiger@kaufcan.com
           Andrew Lynch Cole   on behalf of Interested Party    Faber Bros., Inc. Andrew.Cole@leclairryan.com
           Andrew M. Brumby   on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com,
             dbonilla@shutts-law.com
           Andrew S. Conway   on behalf of Creditor    Taubman Landlords aconway@taubman.com
           Angela Sheffler Abreu   on behalf of Creditor    PNY Technologies, Inc. aabreu@formanlaw.com
           Anitra D. Goodman Royster   on behalf of Defendant    Connexion Technologies
             anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
             raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
           Ann E. Schmitt   on behalf of Creditor    The Parkes Companies Inc. aschmitt@culbert-schmitt.com
           Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
           Ann E. Schmitt   on behalf of Creditor    Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
           Anne C. Lahren   on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
           Anne C. Lahren   on behalf of Defendant    Landmark Media Enterprises LLC, f/k/a Landmark
             Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
           Anne C. Murphy   on behalf of Creditor    State of Wisconsin - Office of the State Treasurer
             murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
           Anne Elizabeth Braucher   on behalf of Creditor    DL Peterson Trust, as Assignee of PHH Vehicle
             Management Services, LLC abraucher@mcmillanmetro.com
           Anne Elizabeth Braucher   on behalf of Creditor    InnerWorkings, Inc. abraucher@mcmillanmetro.com
           Anne Elizabeth Braucher   on behalf of Creditor    Manufacturers and Traders Trust Company, as
             Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
             1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
           Anne Elizabeth Braucher   on behalf of Creditor    West Marine Products, Inc.
             abraucher@mcmillanmetro.com
           Anne G. Bibeau   on behalf of Creditor    Alameda County Treasurer ABibeau@vanblk.com,
             drichards@vanblk.com;kjerald@vanblk.com
           Anne G. Bibeau   on behalf of Creditor    Orangefair Marketplace, LLC ABibeau@vanblk.com,
             drichards@vanblk.com;kjerald@vanblk.com
           Anne G. Bibeau   on behalf of Creditor    Sonoma County Tax Collector ABibeau@vanblk.com,
             drichards@vanblk.com;kjerald@vanblk.com
           Annemarie G. McGavin   on behalf of Creditor    Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
             joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
           Annemarie G. McGavin   on behalf of Creditor    Motorola Inc. annemarie.mcgavin@bipc.com,
             joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
           Annemarie G. McGavin   on behalf of Creditor    Dick's Sporting Goods, Inc.
             annemarie.mcgavin@bipc.com,
             joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
           Annemarie G. McGavin   on behalf of Creditor    General Instrument Corporation d/b/a Home &
             Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
             joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
           Anthony J. Cichello   on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
             acichello@kb-law.com

District/off: 0422-7          User: luedecket          Page 3 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Anthony J. Cichello   on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
            Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
            ecffilings@hangley.com
          Ashley M. McDow   on behalf of Other Professional   Alfred H. Siegel, the Liquidating Trustee of
            Circuit City Stores, Inc. Liquidating Trust amcdow@bakerlaw.com,  mdelaney@bakerlaw.com,
            ffarivar@bakerlaw.com,sgaeta@bakerlaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Generation H One and Two Limited Partnership
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Roth Tanglewood LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   American Power Conversion Corp. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Rolling Acres Plaza Shopping Center
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The Macerich Company aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Greenback Associates aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferee   412 South Broadway Realty LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   RREEF Management Company aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
            managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Portland Investment Company of America
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Shopping Center aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferor   Manufacturers and Traders Trust Company, as
            Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Union Square Retail Trust aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Signature Home Furnishings Co. Inc.
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Morse-Sembler Villages Partnership #4
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Lexmark International, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Madison Waldorf, LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Redtree Properties, L.P. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Drexel Delaware Limited Partnership
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland US Management LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Audio Authority Corporation aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Lexmark International, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Carousel Center Company, L.P. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
            Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Daniel W. Ramsey aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferor   Manufactures and Traders Trust Company, as
            Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
            Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   International Speedway Square, Ltd.
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   NAP Northpoint, LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Macy's Retail Holdings, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Diamond Square, LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Amargosa Palmdale Investments, LLC
            aepps@cblaw.com,  avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 4 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.    on behalf of Creditor    Fingerlakes Crossing, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Starpoint Property Management, LLC
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prudential Insurance Company of America
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping Center)
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Plaintiff    CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Associates, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    MediaNews Group, Inc. d/b/a Pioneer Press and
          St. Paul Pioneer Press aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Continental Property Management Corp.
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Buzz Oates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Rancon Realty Fund IV aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management, Inc.
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Catellus Operating Limited Partnership
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Argyle Forest Retail I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Westgate Village, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    CDW Direct, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Interested Party    Manufacturers & Traders Trust Company, as
          Trustee aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Sangertown Square, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Swanblossom Investments, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Donahue Schriber Realty Group, L.P.
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Laurel Plumbing, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Generation One and Two, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
          managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Kimco Realty Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC, Inland American
          Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    N.P. Huntsville Limited Liability Company
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Whitestone Development Partners, L.P.
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    De Rito Pavilions 139, LLC aepps@cblaw.com,
          avaughn@cblaw.com

```
District/off: 0422-7          User: luedecket        Page 5 of 57              Date Rcvd: Apr 23, 2015
                              Form ID: pdford9        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
           Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@cblaw.com,
           avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@cblaw.com,
           avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
           aepps@cblaw.com,  avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation aepps@cblaw.com,
           avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
           aepps@cblaw.com,  avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Defendant   Solutions 2 Go, Inc. aepps@cblaw.com,
           avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@cblaw.com,
           avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
           aepps@cblaw.com,  avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@cblaw.com,
           avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
           avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@cblaw.com,
           avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP aepps@cblaw.com,
           avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
           aepps@cblaw.com,  avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Defendant   Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
           avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C. aepps@cblaw.com,
           avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC aepps@cblaw.com,
           avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC aepps@cblaw.com,
           avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@cblaw.com,
           avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
           avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership
           aepps@cblaw.com,  avaughn@cblaw.com
           Augustus C. Epps, Jr.   on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
           avaughn@cblaw.com
           Belkys  Escobar   on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
           bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
           Belkys  Escobar   on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
           bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
           Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
           backerly@hunton.com,  cloving@hunton.com
           Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
           cloving@hunton.com
           Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
           cloving@hunton.com
           Benjamin C. Ackerly   on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
           cloving@hunton.com
           Benjamin C. Ackerly   on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
           backerly@hunton.com,  cloving@hunton.com
           Benjamin C. Ackerly   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
           backerly@hunton.com,  cloving@hunton.com
           Benjamin C. Ackerly   on behalf of Interested Party   Federal Warranty Service Corporation
           backerly@hunton.com,  cloving@hunton.com
           Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           backerly@hunton.com,  cloving@hunton.com
           Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
           cloving@hunton.com
           Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
           cloving@hunton.com
           Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
           cloving@hunton.com
           Benjamin Joseph Lambiotte   on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
           Bhavik Dalpat Patel   on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
           Brad R. Godshall   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           bgodshall@pszjlaw.com
           Bradford F. Englander   on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
           rodom@wtplaw.com
           Bradford F. Englander   on behalf of Creditor   Alliance Entertainment Corporation
           benglander@wtplaw.com,  rodom@wtplaw.com
           Brenda M. Whinery   on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
```

District/off: 0422-7          User: luedecket          Page 6 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Brett Christopher Beehler    on behalf of Creditor    Prince George's County, Maryland
           bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
          Brett Christopher Beehler    on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net,
           lsansbury@mrrlaw.net
          Brian D. Huben    on behalf of Creditor    Prudential Insurance Company of America
           brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben    on behalf of Creditor    The Macerich Company brian.huben@kattenlaw.com,
           donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben    on behalf of Creditor    KNP brian.huben@kattenlaw.com,
           donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben    on behalf of Creditor    Cousins Properties Incorporated
           brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben    on behalf of Creditor    Watt Management Company brian.huben@kattenlaw.com,
           donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben    on behalf of Creditor    RREEF Management Company brian.huben@kattenlaw.com,
           donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben    on behalf of Creditor    Foursquare Properties, Inc. brian.huben@kattenlaw.com,
           donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben    on behalf of Creditor    Portland Investment Company of America
           brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian F. Kenney    on behalf of Creditor    Black & Decker (US), Inc. bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Defendant    JLG Industries, Inc. bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Creditor    44 North Properties, LLC bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Creditor    JLG Industries, Inc. bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Creditor    Maryland Acquisitions, LLC bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Defendant    Black & Decker (US), Inc. bkenney@milesstockbridge.com
          Brittany Jane Nelson    on behalf of Creditor Karl  Engelke bnelson@foley.com
          Byron Z. Moldo    on behalf of Creditor    RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Descanso TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          C. Christopher Meyer    on behalf of Creditor    Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer    on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason    on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas
           Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    Golfsmith International, L.P.
           ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
          Chang  Eugene  on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC
           c.gideon.korrell@dentons.com, jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com
          Charles W. Chotvacs    on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Portland Investment Company of America
           cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    UBS Realty Investors, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Federal Realty Investment Trust
           cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Morris Companies Affiliates
           cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Cousins Properties Incorporated
           cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Charles W. Chotvacs   on behalf of Creditor   NMC Stratford, LLC cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   The Hutensky Group cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   KNP cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   Simon Property Group, Inc. cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   Prudential Insurance Company of America
             cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   The Macerich Company cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Christian K. Vogel   on behalf of Unknown   G&S Livingston Realty, Inc.
             Christian.Vogel@leclairryan.com,
             kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
            Christian K. Vogel   on behalf of Creditor   Circuit Investors #2, Ltd.
             Christian.Vogel@leclairryan.com,
             kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
            Christian K. Vogel   on behalf of Creditor   Circuit Investors #3, Ltd.
             Christian.Vogel@leclairryan.com,
             kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
            Christian K. Vogel   on behalf of Creditor   Schimenti Construction Company LLC
             Christian.Vogel@leclairryan.com,
             kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
            Christine D. Lynch   on behalf of Creditor   Interstate Augusta Properties LLC
             clynch@goulstonstorrs.com
            Christine D. Lynch   on behalf of Creditor   NPP Development LLC clynch@goulstonstorrs.com
            Christine D. Lynch   on behalf of Creditor   E&A Northeast Limited Partnership
             clynch@goulstonstorrs.com
            Christine D. Lynch   on behalf of Creditor   Route 146 Millbury LLC clynch@goulstonstorrs.com
            Christine D. Lynch   on behalf of Creditor   S.R. Weiner & Associates Inc.
             clynch@goulstonstorrs.com
            Christine D. Lynch   on behalf of Creditor   Ray Mucci's Inc. clynch@goulstonstorrs.com
            Christine McAteer Ford   on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
            Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others
             similarly situated cford@mdpcelaw.com
            Christopher A. Jones   on behalf of Creditor   Moncayo Settlement Class cajones@wtplaw.com,
             rodom@wtplaw.com;dgaffey@wtplaw.com
            Christopher A. Jones   on behalf of Creditor   TeleDynamics LLP cajones@wtplaw.com,
             rodom@wtplaw.com;dgaffey@wtplaw.com
            Christopher A. Jones   on behalf of Creditor   Weidler Settlement Class cajones@wtplaw.com,
             rodom@wtplaw.com;dgaffey@wtplaw.com
            Christopher A. Jones   on behalf of Creditor   Twentieth Century Fox Home Entertainment LLC
             cajones@wtplaw.com,  rodom@wtplaw.com;dgaffey@wtplaw.com
            Christopher A. Jones   on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
             rodom@wtplaw.com;dgaffey@wtplaw.com
            Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kv-legal.com,
             nferenbach@kv-legal.com
            Christopher L. Perkins   on behalf of Defendant   Parago Promotional Services, Inc
             christopher.perkins@leclairryan.com,
             sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
             orah.dip@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant   Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
             Tech christopher.perkins@leclairryan.com,
             sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
             orah.dip@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant   Gannett Satellite Information Network, Inc.,
             dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
             sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
             orah.dip@leclairryan.com
            Christopher L. Perkins   on behalf of Creditor   680 S. Lemon Ave. Co.
             christopher.perkins@leclairryan.com,
             sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
             orah.dip@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant   Schimenti Construction Company LLC
             christopher.perkins@leclairryan.com,
             sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
             orah.dip@leclairryan.com
            Christopher L. Perkins   on behalf of Unknown   Osprey Audit Specialists, LLC
             christopher.perkins@leclairryan.com,
             sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
             orah.dip@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant   Altec Lansing Technologies, Inc.
             christopher.perkins@leclairryan.com,
             sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
             orah.dip@leclairryan.com

District/off: 0422-7          User: luedecket          Page 8 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins   on behalf of Creditor   Benenson Capital Company
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Cisco Consumer Products, LLC f/k/a Linksys
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   Brandywine Grande C, L.P.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Phoenix Newspapers, Inc., dba The Arizona
              Republic christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Interested Party Steven  Ivester
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Pacific and Southern Company, Inc. d/b/a/ WXIA
              TV christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Retail MDS, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Pure Digital Technologies, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Indiana Newspapers, Inc. d/b/a The Indianapolis
              Star christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Cisco-Linksys, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   Olympus Corporation of the Americas
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Gannett River States Publishing Corporation
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Almo E-Commerce LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Sick, Inc. christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Media Solutions Holdings, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Osprey Audit Specialists, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   FM Facility Maintenance, f/k/a IPT, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Netgear Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. dba The Times
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
            d/b/a Jack of All Games christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Daniel Group
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
            Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
            Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
            Two Interactive christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com

District/off: 0422-7          User: luedecket          Page 10 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Movant Nina    Winston christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
                Greenville News christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor    507 Northgate LLC alstc@foster.com,
          ristj@foster.com
          Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
          cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
          Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
          cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
          Properties Group cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
          cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
          cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
          cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
          Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
          cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
          awyers.com
          Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
          cpalik@mhlawyers.com,
          cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
          awyers.com
          Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc. cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
          Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          Curtis G. Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
          cmanchester@reedsmith.com,  shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
          ndysart@ltblaw.com;plaura@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
          individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
          ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
          Journal-Constitution and/or the Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
          ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
          Journal-Constitution and/or the Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
          Post ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
          Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
          individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com

District/off: 0422-7          User: luedecket          Page 12 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Daniel F. Blanks    on behalf of Debtor    Kinzer Technology, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    PRAHS, INC. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Mayland MN, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Patapsco Designs, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Defendant  Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Plaintiff  Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    XSStuff, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Sky Venture Corp. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Courchevel, LLC dblanks@mcguirewoods.com
          Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press   on behalf of Defendant   Bensussen Deutsch & Associates, Inc.
           dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
           pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
           dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark   on behalf of Defendant   Targus, Inc. darrell.clark@stinsonleonard.com,
           catherine.scott@stinsonleonard.com
          Darrell William Clark   on behalf of Creditor   Waste Management, Inc.
           darrell.clark@stinsonleonard.com,  catherine.scott@stinsonleonard.com
          Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
          David McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
           ecf@davidgreerlaw.com
          David A. Greer   on behalf of Creditor   Century plaza development corporation
           dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
          David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
           Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
           scilino@chlhf.com
          David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
          David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
           pdyson@jackscamp.com
          David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
           pdyson@jackscamp.com
          David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
           dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Basser-Kaufman dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Developers Diversified Realty Corporation
           dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Continental Properties Company, Inc.
           dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Philips International dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
           Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   The Woodmont Company dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Benderson Development Company, LLC dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   FW CA-BREA Marketplace, LLC,  Regency Centers, L.P. and
           RC CA Santa Barbara, LLC dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Regency Centers, L.P. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   General Growth Properties, Inc. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

David K. Spiro    on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
David K. Spiro    on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
    and Eagin Communications dspiro@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
David K. Spiro    on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
David K. Spiro    on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
    druby@t-mlaw.com,   bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby    on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
    tleonard@gfrlaw.com
David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
    drichards@vanblk.com;mdowns@vanblk.com
Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
Dena Sloan Kessler    on behalf of Other Professional    Alfred H. Siegel, the Liquidating Trustee
    of Circuit City Stores, Inc. Liquidating Trust dkessler@bakerlaw.com
Dena Sloan Kessler    on behalf of Defendant    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
Dena Sloan Kessler    on behalf of Defendant    The National Union Fire Insurance Company of
    Pittsburgh, PA dkessler@bakerlaw.com
Dena Sloan Kessler    on behalf of Creditor    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
    Revenue Services denise.mondell@ct.gov
Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services
    denise.mondell@ct.gov
Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Creditor    JVC Americas Corp. and JVC Company of America
    dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
    dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
    America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Defendant    Business to Business Solutions, LLC
    dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
    dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski    on behalf of Creditor    iProspect.com Inc. dtlewand@kaufcan.com
Denyse  Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
Denyse  Sabagh    on behalf of Transferee    Korea Export Insurance Corporation
    dsabagh@duanemorris.com
Denyse  Sabagh    on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
Denyse  Sabagh    on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
Denyse  Sabagh    on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
Dexter D. Joyner    on behalf of Creditor    Pasadena Independent School District
    caaustin@comcast.net
Dion W. Hayes    on behalf of Debtor    Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
Dion W. Hayes    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
    dhayes@mcguirewoods.com
Dion W. Hayes    on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com
Dion W. Hayes    on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com
Dion W. Hayes    on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com
Dion W. Hayes    on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com
Dion W. Hayes    on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com
Dion W. Hayes    on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com
Dion W. Hayes    on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com
Dion W. Hayes    on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com
Dion W. Hayes    on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com
Dion W. Hayes    on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com

District/off: 0422-7          User: luedecket          Page 14 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
          Dominic L. Chiariello    on behalf of Creditor Donovan  Dunwell dc@chiariello.com
          Donald K. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects
          dludman@brownconnery.com
          Douglas   Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
          Inc. BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Creditor    Pasadena Independent School District
          BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Transferee    CFH Investments III, LLC BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Defendant    Interactive Toy Concepts, Inc
          BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
          BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Defendant    Russellville Steel Company, Inc.
          BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
          BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
          California, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler    on  behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
          dkappler@rdwlawcorp.com
          Douglas M. Foley    on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc.
          dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
          dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
          dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
          dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
          dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com

District/off: 0422-7          User: luedecket          Page 15 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P.
          dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Philadelphia Television Station WPSG Inc.
          dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc.
          dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
          dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Meredith Corporation dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation
          dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc.
          dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Corporation dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc.
          dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
          and KGW-TV dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
          dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company
          dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P.
          dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
          mayle@hooverslovacek.com
          Elizabeth Banda Calvo    on behalf of Creditor    City of Hurst, Mansfiled ISD, Carroll ISD
          ebcalvo@pbfcm.com,    rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth Banda Calvo    on behalf of Creditor    City of Cedar Hill, Burleson ISD, Arlington ISD
          ebcalvo@pbfcm.com,    rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth Banda Calvo    on behalf of Creditor    City of Lake Worth ebcalvo@pbfcm.com,
          rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
          wenditaylor@toase.com
          Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company
          elizabeth.gunn@dss.virginia.gov,    bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
          Gazette egunn@sandsanderson.com,    bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor Mikael Salovaara elizabeth.gunn@dss.virginia.gov,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1
          elizabeth.gunn@dss.virginia.gov,    bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor    City of Philadelphia elizabeth.gunn@dss.virginia.gov,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
          egunn@sandsanderson.com,    bankruptcy@dss.virginia.gov
          Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedumspring.com,
          ramona.neal@hp.com;ken.higman@hp.com
          Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
    klgatesbankruptcy@klgates.com
Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
Erika L. Morabito   on behalf of Defendant   Navarre Online Fulfillment Services, Inc.
    emorabito@pattonboggs.com
Erin Elizabeth Kessel   on behalf of Defendant   Casio, Inc. ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   PNY Technologies, Inc. ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor Yvette   Mack ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Entergy Louisiana, LLC ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
    ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Entergy Arkansas, Inc. ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   South Carolina Electric & Gas Company and Public
    Service of North Carolina ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Cleveland Construction, Inc.
    ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Entergy Mississippi, Inc. ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Entergy Texas, Inc. ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Defendant   PNY Technologies Inc. ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
    ffm@bostonbusinesslaw.com
Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP
    fpepler@peplermastromonaco.com
Franklin R. Cragle, III   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
Franklin R. Cragle, III   on behalf of Creditor   United States Debt Recovery, LLC
    fcragle@hf-law.com
Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue
    rudzikf@dor.state.fl.us
Fredrick J. Levy   on behalf of Creditor   ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
    mmarck@olshanlaw.com;ssallie@olshanlaw.com
Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
    mmarck@olshanlaw.com;ssallie@olshanlaw.com
Garren Robert Laymon   on behalf of Creditor   Placer County glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Riverside County California glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Arlington ISD, et al. glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   San Bernardino County glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Glenmoor Limited Partnership glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Monterey County glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
    glaymon@mglspc.com,   jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Lake County (Florida) Tax Collector
    glaymon@mglspc.com,   jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com,
    jcoffman@mglspc.com
Gary E. Mason   on behalf of Plaintiff Marlon   Mondragon gmason@wbmllp.com
Gary E. Mason   on behalf of Creditor Marlon   Mondragon gmason@wbmllp.com
Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,   calendar@fbm.com

```
District/off: 0422-7          User: luedecket          Page 17 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
gfulghum@sblsg.com,   jschmeltz@sblsg.com;jrapp@sblsg.com

Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
jschmeltz@sblsg.com;jrapp@sblsg.com

Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
jschmeltz@sblsg.com;jrapp@sblsg.com

Gerald P. Kennedy, &#096    on behalf of Attorney    Plaza Las Palmas, LLC
gerald.kennedy@procopio.com,   kristina.terlaga@procopio.com;calendaring@procopio.com

Gerald P. Kennedy, &#096    on behalf of Creditor    Plaza Las Palmas, LLC
gerald.kennedy@procopio.com,   kristina.terlaga@procopio.com;calendaring@procopio.com

Gerald P. Kennedy, &#096    on behalf of Creditor    Plaza Las Palmas LLC., Store 449
gerald.kennedy@procopio.com,   kristina.terlaga@procopio.com;calendaring@procopio.com

German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
alison.moreno@pcao.pima.gov

Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
notices@becket-lee.com

Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
Corp Card notices@becket-lee.com

Gilbert D. Sigala    on behalf of Creditor John Batioff sigalawl@aol.com

Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
Richard H. Roberts, Commissioner agbankcal@ag.tn.gov

Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
agbankcal@ag.tn.gov

Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov

Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
gfornario@nixonpeabody.com,   khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com

Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
christine@virginia-lawyers.net

Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com

Gregory D. Grant    on behalf of Defendant    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
ggrant@shulmanrogers.com,   lsmith@shulmanrogers.com

H. Elizabeth Weller    on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com

H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com

Hale Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com

Heather D. Brown    on behalf of Creditor    Westgate Village, LP heather@hdbrownlaw.com,
jwest@kkgpc.com

Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
Heather.Anderson@dol.lps.state.nj.us

Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
Heather.Anderson@dol.lps.state.nj.us

Henry Buswell Roberts, Jr    on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,   droberts1949@live.com

Henry Buswell Roberts, Jr    on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
Group, Inc. hbroberts@live.com,   droberts1949@live.com

Henry Buswell Roberts, Jr    on behalf of Creditor    Suemar hbroberts@live.com,
droberts1949@live.com

Henry Buswell Roberts, Jr    on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
Corporation hbroberts@live.com,   droberts1949@live.com

Henry Buswell Roberts, Jr    on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
ICT Group, Inc. hbroberts@live.com,   droberts1949@live.com

Henry Buswell Roberts, Jr    on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
droberts1949@live.com

Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
csommer@fdh.com

Henry Pollard Long, III    on behalf of Defendant    Panasonic Corporation of North America
hlong@hunton.com,   tcanada@hunton.com

Henry Pollard Long, III    on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com,
tcanada@hunton.com

Henry Pollard Long, III    on behalf of Interested Party    Parker Central Plaza Ltd
hlong@hunton.com,   tcanada@hunton.com

Henry Pollard Long, III    on behalf of Creditor    Panasonic Corporation of North America
hlong@hunton.com,   tcanada@hunton.com

Henry Pollard Long, III    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com,
tcanada@hunton.com

Henry Pollard Long, III    on behalf of Interested Party    Food Lion LLC hlong@hunton.com,
tcanada@hunton.com

Henry Pollard Long, III    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
hlong@hunton.com,   tcanada@hunton.com

Henry Pollard Long, III    on behalf of Creditor    Taubman Auburn Hills Associates Limited
Partnership hlong@hunton.com,   tcanada@hunton.com

Henry Pollard Long, III    on behalf of Creditor    Harvest/HPE LP hlong@hunton.com,
tcanada@hunton.com

Henry Pollard Long, III    on behalf of Creditor    H & R REIT (U.S.) Holdings Inc.
hlong@hunton.com,   tcanada@hunton.com

Henry Pollard Long, III    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
hlong@hunton.com,   tcanada@hunton.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Henry Pollard Long, III   on behalf of Interested Party   Federal Warranty Service Corporation
              hlong@hunton.com,   tcanada@hunton.com.
              Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
              howard.j.grossman@chase.com
              Ian S. Landsberg   on behalf of Creditor   Torrance Towne Center Associates, LLC
              ilandsberg@landsberg-law.com
              Ian S. Landsberg   on behalf of Creditor   FJL-MVP, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg   on behalf of Creditor   NMC Stratford, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
              J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
              chefiling@lw.com;robert.klyman@lw.com
              J. Christian Word   on behalf of Liquidator   Hilco Merchant Resources, LLC
              chefiling@lw.com;robert.klyman@lw.com
              J. David Folds   on behalf of Defendant   Simpletech, Inc. dfolds@bakerdonelson.com,
              sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant   Interactive Communications International, Inc.
              dfolds@bakerdonelson.com,   sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
              dfolds@bakerdonelson.com,   sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
              dfolds@bakerdonelson.com,   sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@bakerdonelson.com,
              sparson@bakerdonelson.com
              Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
              jackson.toof@arentfox.com
              Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
              jackson.toof@arentfox.com
              Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
              lbigus@stinson.com.
              James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
              James.Newbold@illinois.gov
              James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
              through Brian Hamer, its Director James.Newbold@illinois.gov
              James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
              vaecf@atlanticlawgrp.com,   rbailey@atlanticlawgrp.com
              James E. Clarke   on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
              rbailey@atlanticlawgrp.com
              James Edward Bowman, II   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
              bethf@jebowman.com;ecf2@jebowman.com
              James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
              avis.francis@hklaw.com
              James J. Briody   on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James J. Briody   on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
              eanderson@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;hcut
              right@spottsfain.com
              James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
              ncoton@beankinney.com
              James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
              ncoton@beankinney.com
              James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
              jlombardi@rossbanks.com,   acole@rossbanks.com
              James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
              of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
              James Winston Burke   on behalf of Creditor   MiTAC Digital Corp. (Magellan) jburke@milbank.com
              James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA
              Inc. jburke@milbank.com
              James Winston Burke   on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP
              jburke@milbank.com
              James Winston Burke   on behalf of Defendant   MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
              jburke@milbank.com
              James Winston Burke   on behalf of Creditor   Nintendo of America, Inc. jburke@milbank.com
              James Winston Burke   on behalf of Defendant   MiTAC Digital Corporation, individually and
              including in its capacity as successor to Magellan Navigation, Inc. jburke@milbank.com
              James Winston Burke   on behalf of Defendant   Nintendo of America, Inc. jburke@milbank.com
              Jamie M. Konn   on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
              jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
              Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
              jamie.konn@dlapiper.com,   jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
              Janet M. Meiburger, Esq.   on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
              Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
              admin@meiburgerlaw.com
              Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
              ecf@krcl.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason B. Binford    on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
          ecf@krcl.com
          Jason M. Krumbein    on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein    on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein    on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein    on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason William Harbour    on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@hunton.com,
          tcanada@hunton.com
          Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
          jharbour@hunton.com,  tcanada@hunton.com
          Jeffrey  Scharf    on behalf of Creditor    County of Spokane jeff@taxva.com,
          tacspc@gmail.com:amanda@taxva.com
          Jeffrey  Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
          tacspc@gmail.com:amanda@taxva.com
          Jeffrey  Scharf    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
          jeff@taxva.com,  tacspc@gmail.com:amanda@taxva.com
          Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
          Jeff.Klusmeier@ago.mo.gov,  Michelle.Hirschvogel@ago.mo.gov
          Jeffrey I. Snyder    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
          jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
          jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
          jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited
          Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
          dwineinger@taftlaw.com:ecfclerk@taftlaw.com
          Jeffrey J. Graham    on behalf of Creditor    Washington Corner, LP jgraham@taftlaw.com,
          dwineinger@taftlaw.com:ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Amcor Sunclipse North America jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:rberberich@wcsr.com:jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Gateway US Retail, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:rberberich@wcsr.com:jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:rberberich@wcsr.com:jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corporation
          jtarkenton@wcsr.com,  kradtke@wcsr.com:toross@wcsr.com:rberberich@wcsr.com:jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The Insurance Company of the State of
          Pennsylvania jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:rberberich@wcsr.com:jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:rberberich@wcsr.com:jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:rberberich@wcsr.com:jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:rberberich@wcsr.com:jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corp.
          jtarkenton@wcsr.com,  kradtke@wcsr.com:toross@wcsr.com:rberberich@wcsr.com:jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Gateway, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:rberberich@wcsr.com:jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp. jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:rberberich@wcsr.com:jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The New York Times Company jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:rberberich@wcsr.com:jahicks@wcsr.com
          Jeffrey M. Sherman    on behalf of Creditor    Central Investments, LLC jeffreymsherman@gmail.com,
          emoyer@bsgfdlaw.com:jetsikerdanos@lerchearly.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
            Creditors jpomerantz@pszjlaw.com
           Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
            dennisj@ballardspahr.com, pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
            dennisj@ballardspahr.com, pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
            dennisj@ballardspahr.com, pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
            dennisj@ballardspahr.com, pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
            dennisj@ballardspahr.com, pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
            dennisj@ballardspahr.com, pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
            dennisj@ballardspahr.com, pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
            dennisj@ballardspahr.com, pollackballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
            dennisj@ballardspahr.com, pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
            dennisj@ballardspahr.com, pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
            dennisj@ballardspahr.com, pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
            dennisj@ballardspahr.com, pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
            dennisj@ballardspahr.com, pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   OTR-Clairemont Square dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   KNP dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
            dennisj@ballardspahr.com, pollack@ballardspahr.com
           Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
           Jennifer Ellis Lattimore   on behalf of Defendant   Vizio, Inc. jlattimore@eckertseamans.com
           Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
           Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
            jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
            donaldson@spottsfain.com;hwilson@spottsfain.com
           Jennifer J. West   on behalf of Creditor Yvette   Mack jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
            donaldson@spottsfain.com;hwilson@spottsfain.com
           Jennifer J. West   on behalf of Creditor   Entergy Louisiana, LLC jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
            donaldson@spottsfain.com;hwilson@spottsfain.com
           Jennifer J. West   on behalf of Creditor   Verizon Communications Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
            donaldson@spottsfain.com;hwilson@spottsfain.com
           Jennifer J. West   on behalf of Creditor   Entergy Mississippi, Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
            donaldson@spottsfain.com;hwilson@spottsfain.com
           Jennifer J. West   on behalf of Creditor   Imation Enterprises Corp. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
            donaldson@spottsfain.com;hwilson@spottsfain.com
           Jennifer J. West   on behalf of Defendant   Coca-Cola Enterprises Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
            donaldson@spottsfain.com;hwilson@spottsfain.com
           Jennifer J. West   on behalf of Creditor   Entergy Arkansas, Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
            donaldson@spottsfain.com;hwilson@spottsfain.com

```
District/off: 0422-7          User: luedecket          Page 21 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jennifer J. West    on behalf of Defendant    Coca Cola Bottling Co. Consolidated
           jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
           donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    South Carolina Electric & Gas Company and Public
           Service of North Carolina jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
           donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
           donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
           jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
           donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
           Enterprises Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
           donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
           donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
           donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
           jkneeland@linowes-law.com,  klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com,
           klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
           jkneeland@linowes-law.com,  klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
           jkneeland@linowes-law.com,  klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Swiff-Train Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
           Bee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor   Charlotte (Archdale) UY, LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Idaho Statesman jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   RPAI Pacific Property Services LLC (f/k/a
          Inland Pacific Property Services LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   IN Retail Fund Algonquin Commons, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   1030 W. North Ave. Bldg. LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Tourboullin Co. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Jordan Landing, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Bel Air Square LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Myrtle Beach Sun News jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank national Association, as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
          Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Media General, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Houma Magnolia, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Generation One and Two, LP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Gateway Center Properties III, LLC and SMR
          Gateway III, LLC as tenants in common jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   The McClatchy Company dba The Charlotte
          Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   McClatchy Newspapers, Inc. dba The Fresno Bee
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Starpoint Property Management, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Carlson Marketing Worldwide, Inc., fka
          Carlson Marketing Group, Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Memorial Square 1021, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Lexington Herald-Leader jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Sparkleberry Two Notch, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   RPAI Southwest Management LLC (f/k/a Inland
          Southwest Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   P/A Acadia Pelham Manor, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Shops at Kildeer, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Columbia Equities Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   De Rito Partners Development, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Sugar Land Colony Liimted
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   GC Acquisition Corp. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Lake Worth Towne Crossing
          Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Southwest Management LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor Alexander H Bobinski jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Washington Commons Associates
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western San Antonio HW Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   RD Bloomfield Associates Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7            User: luedecket          Page 23 of 57           Date Rcvd: Apr 23, 2015
                               Form ID: pdford9         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
           Capital Management, LP jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
           Star jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
           Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
           d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
           Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: luedecket          Page 24 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
          American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
          Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
          Cameron Bayonne, LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
          News, aka The Sun News jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
          Center) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
          Center jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
          Idaho Statesman jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
          Eagle jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
               avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
               avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
               avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
               for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
               avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
               avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
               Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
               avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
               avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
               Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
               Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
               avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
               Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    The West Campus Bee Company, LLC
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
               avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
               Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
               acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
               avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
               avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
               LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
               1997-CTL-1 jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
               jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
               avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
               avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
               avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
      jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
      Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
      jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
      Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
      nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
      acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
      LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
      1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
      jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
      jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
      jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
      jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
      jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
      jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
      Obispo County Tribune jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
      jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
      as Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
      jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
      jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
      jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
      jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
      jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    RioCan Austin Southpark Meadows II Limited
      Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
      calirm@haslaw.com
      Jeremy Brian Root    on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
      egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
      Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
      Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
      Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
      jeremy.friedberg@llff.com,    ecf@llff.com;gordon.young@lf-pc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Information Systems, Inc.
            jeremy.friedberg@llff.com,   ecf@llff.com;gordon.young@lf-pc.com
            Jeremy S. Friedberg    on behalf of Creditor    Washington Green TIC jeremy.friedberg@llff.com,
            ecf@llff.com;gordon.young@lf-pc.com
            Jeremy S. Williams    on behalf of Creditor    Magna Trust Company, Trustee
            jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com
            Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC
            jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com
            Jeremy S. Williams    on behalf of Creditor Joe   Evans jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
            Jeremy S. Williams    on behalf of Defendant    SDI Technologies, Inc.
            jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com
            Jeremy S. Williams    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
            jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com
            Jeremy S. Williams    on behalf of Creditor Michelle   Sifford jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
            Jeremy S. Williams    on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
            Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector
            jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
            Jeremy W. Martin    on behalf of Interested Party   McCandlish Holton, PC
            jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
            Jeremy W. Martin    on behalf of Creditor    Travis County Texas jeremymartin2007@gmail.com,
            jmartin@weststarmortgage.com
            Jeremy W. Ryan    on behalf of Creditor    First Industrial Realty Trust, Inc. jryan@saul.com
            Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
            Jerry Lane Hall    on behalf of Defendant    Sanyo Fisher Co., a Division of Sanyo North America
            Corp. jerryhall10@hotmail.com
            Jess R. Bressi    on behalf of Creditor    RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
            Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
            Jessica Regan Hughes    on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
            swells@seyfarth.com;wdcdocketing@seyfarth.com
            Jessica Regan Hughes    on behalf of Interested Party   Arboretum of South Barrington, LLC
            jhughes@seyfarth.com,   swells@seyfarth.com;wdcdocketing@seyfarth.com
            Jessica Regan Hughes    on behalf of Interested Party   Eatontown Commons Shopping  Center
            jhughes@seyfarth.com,   swells@seyfarth.com;wdcdocketing@seyfarth.com
            Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
            swells@seyfarth.com;wdcdocketing@seyfarth.com
            Joel S. Aronson    on behalf of Plaintiff Alfred H.   Siegel jsaronson@ridberglaw.com
            Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate
            jsaronson@ridberglaw.com
            Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
            Joel T. Marker    on behalf of Creditor    Parker Bullseye, LLC joel@mbt-law.com
            John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought
            jraftery@offitkurman.com
            John C. Smith    on behalf of Creditor    Sun Construction Group, Inc. a/k/a Sun Construction
            Group-GA jsmith@sandsanderson.com,   sryan@sandsanderson.com;dbbankruptcy@gmail.com
            John C. Smith    on behalf of Defendant    Sun Construction Group, Inc. a/k/a Sun Construction
            Group-GA jsmith@sandsanderson.com,   sryan@sandsanderson.com;dbbankruptcy@gmail.com
            John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com
            John C. Smith    on behalf of Defendant    Sennco Solutions, Inc. jsmith@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com
            John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            jfiero@pszjlaw.com
            John D. McIntyre    on behalf of Creditor    Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;jhill@wmlawgroup.com
            John D. McIntyre    on behalf of Creditor    Ritz Motel Company jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;jhill@wmlawgroup.com
            John D. McIntyre    on behalf of Creditor    Janaf Shops, LLC jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;jhill@wmlawgroup.com
            John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation
            jmcintyre@wmlawgroup.com,   wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;jhill@wmlawgroup.com
            John D. McIntyre    on behalf of Defendant    Midland Radio Corporation jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;jhill@wmlawgroup.com
            John D. McIntyre    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
            jmcintyre@wmlawgroup.com,   wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;jhill@wmlawgroup.com
            John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
            pjf@carmodymacdonald.com
            John E. Lucian    on behalf of Creditor    VIWY, L.P. lucian@blankrome.com
            John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
            lucian@blankrome.com
            John G. McJunkin    on behalf of Creditor    Marc Realty jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
            John G. McJunkin    on behalf of Creditor    SimpleTech by Hitachi Global Storage Technologies
            jmcjunkin@bakerdonelson.com,   sparson@bakerdonelson.com
            John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
          John J. Lamoureux   on behalf of Creditor    Amore Construction Company jlamoureux@cfjblaw.com,
              delliott@cfjblaw.com;tpaecf@cfdom.net
          John J. Trexler     on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche   on behalf of Creditor    Bank of America, National Association
              jroche@perkinscoie.com,
              ADSmith@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig    on behalf of Defendant    Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Ohio, Inc. johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Central Georgia Electric Membership Corporation
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    New York State Electric and Gas Corporation
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Michigan Consolidated Gas Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    Carolina Power & Light Company d/b/a Progress Energy
              Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Connecticut Light and Power Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Piedmont Natural Gas Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    Toledo Edison Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southern Connecticut Gas Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Indiana, Inc. johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Defendant    Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Defendant    Pro-Pave Sealcoat Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southern California Edison Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    Yankee Gas Services Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    Orange and Rockland Utilities johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Detroit Edison Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    KeySpan Gas East Corporation johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    Connecticut Natural Gas Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Cleveland Electric Illuminating Company
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Carolinas, LLC johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    Public Service Company of New Hampshire
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion
              Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Public Service Electric And Gas Company
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com

District/off: 0422-7              User: luedecket          Page 29 of 57              Date Rcvd: Apr 23, 2015
                                 Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John M. Craig   on behalf of Creditor    Granite State Electric johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor    PECO Energy Company johncraigg@aol.com, russj4478@aol.com
              John M. Craig   on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor    Consolidated Edison Company of New York, Inc.
                johncraigg@aol.com, russj4478@aol.com
              John M. Craig   on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor    Salt River Project johncraigg@aol.com, russj4478@aol.com
              John M. Craig   on behalf of Creditor    American Electric Power johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor    Jackson EMC johncraigg@aol.com, russj4478@aol.com
              John M. Craig   on behalf of Defendant    ASM Capital III, L.P. johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
                johncraigg@aol.com, russj4478@aol.com
              John M. Craig   on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
                russj4478@aol.com
              John P. Van Beek   on behalf of Defendant    Cosco, Inc., d/b/a Cosco Air Conditioning and
                Refrigeration jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
                vanbeek.com
              John P. Van Beek   on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
                vanbeek.com
              John P. Van Beek   on behalf of Creditor    WEC 96D Niles Investment Trust
                jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
                vanbeek.com
              John P. Van Beek   on behalf of Creditor    TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
                vanbeek.com
              John T. Farnum   on behalf of Creditor    Bell Microproducts, Inc. jfarnum@linowes-law.com,
                gduvall@linowes-law.com;klevie@linowes-law.com
              John T. Farnum   on behalf of Defendant    Ashley Furniture Industries, Inc.
                jfarnum@linowes-law.com, gduvall@linowes-law.com;klevie@linowes-law.com
              John T. Husk   on behalf of Defendant    Casco Corporation johnhusk@aol.com, nre98@aol.com
              Jonathan L. Hauser   on behalf of Defendant    Klipsch Audio Technologies LLC
                jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Defendant    CENVEO, Inc. jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Defendant    Velocity Micro, Inc.
                jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Defendant    Stampede Presentation Products, Inc.
                jonathan.hauser@troutmansanders.com
              Jonathan T. Cain   on behalf of Defendant    Zoo Entertainment, Inc. jtcain@mintz.com,
                kcraun@mintz.com
              Jonathan T. Cain   on behalf of Defendant    InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
              Jonathan T. Cain   on behalf of Defendant    Zoo Games, Inc. f/k/a Destination Software, Inc.
                jtcain@mintz.com, kcraun@mintz.com
              Jorge A. Ortiz   on behalf of Defendant    Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
              Joseph M. DuRant   on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
              Joseph T. Moldovan   on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire
                Blue Cross Blue Shield bankruptcy@morrisoncohen.com
              Judy A. Robbins, ll       USTPRegion04.RH.ECF@usdoj.gov
              Judy Bamberger Calton   on behalf of Defendant    DIRECTV, Inc. jcalton@honigman.com
              Julie Ann Quagliano   on behalf of Creditor    AT&T Capital Services, Inc.
                quagliano@seeger-law.com, harvell@seeger-law.com
              Julie Ann Quagliano   on behalf of Defendant    Kent H. Landsberg of Dallas, LP (
                quagliano@seeger-law.com, harvell@seeger-law.com
              Julie Ann Quagliano   on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
                harvell@seeger-law.com
              Julie Ann Quagliano   on behalf of Creditor    AT&T quagliano@seeger-law.com,
                harvell@seeger-law.com

District/off: 0422-7          User: luedecket          Page 30 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Julie Ann Quagliano  on behalf of Defendant   Paris Business Products, Inc.
             quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano  on behalf of Defendant   Amcor Packaging Distribution, Inc., d/b/a Amcor
             Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
             quagliano@seeger-law.com,  harvell@seeger-law.com
          Justin F. Paget  on behalf of Defendant   The Seattle Times Company jpaget@hunton.com,
             tcanada@hunton.com
          Justin F. Paget  on behalf of Defendant   Hunton & Williams, LLP jpaget@hunton.com,
             tcanada@hunton.com
          Justin F. Paget  on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
             tcanada@hunton.com
          Justin F. Paget  on behalf of Defendant   Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
             tcanada@hunton.com
          Justin F. Paget  on behalf of Defendant   Thule Organization Solutions, Inc. dba Case Logic,
             Inc. jpaget@hunton.com,  tcanada@hunton.com
          Justin F. Paget  on behalf of Defendant   Wynit, Inc. jpaget@hunton.com,  tcanada@hunton.com
          Justin F. Paget  on behalf of Defendant   The Spark Agency, Inc. d/b/a Switch and Switch
             Liberate Your Brand jpaget@hunton.com,  tcanada@hunton.com
          Kalina Boyanova Miller  on behalf of Creditor   First Industrial Realty Trust, Inc.
             kmiller@wileyrein.com,  rours@wileyrein.com
          Kalina Boyanova Miller  on behalf of Creditor   Greater Orlando Aviation Authority
             kmiller@wileyrein.com,  rours@wileyrein.com
          Karen L. Gilman  on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley  on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
             jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Karen M. Crowley  on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
             jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Ken  Coleman  on behalf of Interested Party  Alvarez & Marsal Canada, ULC
             Ken.Coleman@allenovery.com
          Kenneth R. Rhoad  on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
          Kenneth R. Rhoad  on behalf of Defendant   ActionLink, LLC krhoa@gebsmith.com
          Kevin A. Lake  on behalf of Creditor   Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   Texas Tax Appraisal Districts of Bell County, Brazos
             County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
             District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   Madcow International Group Limited
             klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
             Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
             Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   Harris County klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   Bell County, County of Denton, Midland Central Appraisal
             District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
             District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   Pima County klake@mcdonaldsutton.com
          Kevin A. Lake  on behalf of Creditor   Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk  on behalf of Creditor   Joanne  Eisner kfunk@durrettecrump.com,
             bmcmillen@durrettecrump.com
          Kevin J. Funk  on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
             bmcmillen@durrettecrump.com
          Kevin J. Funk  on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
             bmcmillen@durrettecrump.com
          Kevin L. Sink  on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman  on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com
          Kevin M. Newman  on behalf of Creditor   NBT Bank, N.A. knewman@menterlaw.com,
             kmnbk@menterlaw.com
          Kevin M. Newman  on behalf of Creditor   Carousel Center Company, L.P. knewman@menterlaw.com,
             kmnbk@menterlaw.com
          Kevin M. Newman  on behalf of Creditor   Mount Berry Square, LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com
          Kevin M. Newman  on behalf of Creditor   Sangertown Square, L.L.C. knewman@menterlaw.com,
             kmnbk@menterlaw.com
          Kevin M. Newman  on behalf of Creditor   EklecCo NewCo, LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com
          Kevin M. Newman  on behalf of Creditor   Landover (Landover Crossing), LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com
          Kevin M. Newman  on behalf of Creditor   Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kevin M. Newman   on behalf of Creditor   Fingerlakes Crossing, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Texas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Mississippi, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Louisiana, LLC krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
          krm@mccarthywhite.com,   wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Detroit, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Phoenix, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Texas, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Atlanta, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Tampa, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
          sprescott@idalaw.com
          Kimberly A. Pierro   on behalf of Creditor   Schottenstein Property Group, Inc.
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
          Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
          Carla@KDBLawFirm.com
          Kristen E. Burgers   on behalf of Creditor   ORIX Capital Markets, LLC kburgers@ltblaw.com
          Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC kburgers@ltblaw.com
          Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
          eappelstein@ltblaw.com
          Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rgblawfirm.com,
          Margaret@rgblawfirm.com
          Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
          gadams@Starr-Law.com
          Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
          lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
          lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt   on behalf of Interested Party   American Computer Development, Inc.
          regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Defendant   EVGA.com Corp. regenhardtl@gmail.com

District/off: 0422-7          User: luedecket          Page 32 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
             nkatzen@reedsmith.com
          Linda Sharon Broyhill   on behalf of Creditor   La Frontera Village, L.P. lbroyhill@reedsmith.com,
             nkatzen@reedsmith.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Caguas LP lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   CSI Construction Company lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Wayne VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Lang Construction, Inc. lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BevCon I, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO Mundy Street, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   McAlister Square Partners, Ltd. lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   North Plainfield VF LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   East Brunswick VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Finance, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Encinitas PFA, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Cardinal Court, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Reverend Dwayne Funches lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant   Vornado Realty Trust lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Ray Mucci's Inc. lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
             Partnership lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO TRU Dale Mabry, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BBP-Muncy LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County, GA Tax Commissioner lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   PrattCenter, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Amherst VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   John Rohrer Contracting Company, Inc. lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County Tax Commissioner lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Monument Consulting, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party   Paul  Schaapman lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Route 146 Millbury LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   NPP Development LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Hillson Electric Incorporated lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   T. J. Maxx of CA, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant   Cynthia  Olloway, Individually and as Special Administrator
             of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Interstate Augusta Properties LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   DEV Limited Partnership lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   UTC I, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Rebecca Hylton DeCamps lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-OH LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-SC LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Alexander's Rego Park Center, Inc. lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-NY LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-VA LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Towson VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   E&A Northeast Limited Partnership lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party   Kelly  Breitenbecher lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Baker Natick Promenade LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-Redding LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Star Universal, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Gun Hill Road, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
             lhamiel@siwpc.com

District/off: 0422-7          User: luedecket          Page 33 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Lisa Hudson Kim   on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
    lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Movant    Colonial Heights Holdings, LLC lkim@siwpc.com,
    lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
    lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
    lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Interested Party Christopher Borglin lkim@siwpc.com,
    lhamiel@siwpc.com
Lisa P. Sumner   on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com,
    ltrast@poyners.com
Loc  Pfeiffer   on behalf of Defendant   Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com
Loc  Pfeiffer   on behalf of Creditor   Schottenstein Property Group, Inc.
    loc.pfeiffer@kutakrock.com
Louis E. Dolan, Jr.   on behalf of Creditor   Greystone Data Systems, Inc.
    LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
Louis E. Dolan, Jr.   on behalf of Plaintiff   Greystone Data Systems, Inc.
    LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
Louis E. Dolan, Jr.   on behalf of Creditor   TomTom, Inc. LDOLAN@nixonpeabody.com,
    was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
Louis E. Dolan, Jr.   on behalf of Defendant   TomTom, Inc. LDOLAN@nixonpeabody.com,
    was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
Louis E. Dolan, Jr.   on behalf of Creditor   California Self-Insurers' Security Fund
    LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;dmerritt@nixonpeabody.com
Lucy L. Thomson   lthomson2@csc.com
Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
Lyndel A. Mason   on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com,
    chps.ecfnotices@gmail.com
Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
    sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
    sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
    ltavenner@tb-lawfirm.com,
    sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
    sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
Lynn L. Tavenner   on behalf of Defendant   The Washington Post Company ltavenner@tb-lawfirm.com,
    sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
Lynn L. Tavenner   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
    ltavenner@tb-lawfirm.com,
    sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
    Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
    sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
Lynn L. Tavenner   on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
    sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
    sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
    sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
    sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
Madeleine C. Wanlsee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
Malcolm M. Mitchell, Jr.   on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advertising.com Inc. mmmitchell@vorys.com,
    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmmitchell@vorys.com,
    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
    mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Malcolm M. Mitchell, Jr.   on behalf of Defendant   Superstation, Inc. mmmitchell@vorys.com,
    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Malcolm M. Mitchell, Jr.   on behalf of Creditor   Accent Energy California LLC
    mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advance Real Estate Management, LLC
    mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Malcolm M. Mitchell, Jr.   on behalf of Creditor   Polaris Circuit City, LLC mmmitchell@vorys.com,
    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Marc A. Busman   on behalf of Plaintiff Marlon  Mondragon mbusman@busmanandbusman.com,
    kjaros@busmanandbusman.com
Marc A. Busman   on behalf of Creditor Marlon  Mondragon mbusman@busmanandbusman.com,
    kjaros@busmanandbusman.com

District/off: 0422-7          User: luedecket          Page 34 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Margaret M. Anderson   on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
            Mark B. Conlan    on behalf of Creditor   CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
            Mark B. Conlan    on behalf of Creditor   Chelmsford Realty Associates mconlan@gibbonslaw.com
            Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 LAWENCE  ROAD , LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   DMARC 2006 Poughkeepsie LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 South Lindbergh LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Unknown   Sutherland Asbill & Brennan LLP
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Moller Road LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as successor trustee to Bank
             of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
             holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Transferee   CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
             PARTNERSHIP mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   C1 West Mason Street LLC mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   GCCFC 2007-GG9 Abercorn Street Limited Partnership
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 RIDGELAND RETAIL, LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   DMARC 2006 CD2 Davidson Place, LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Mall Road LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Idle Hour Road LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
             Partnership mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
             Liability Company mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
             Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
             Certificates, Series 2006-C4 mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
             mark.sherrill@sutherland.com
            Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
             mark.sherrill@sutherland.com
            Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
             Interactive, Inc. mtaylor@vlplawgroup.com
            Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC mtaylor@vlplawgroup.com
            Mark D. Taylor   on behalf of Creditor   Lenovo USA mtaylor@vlplawgroup.com
            Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
             State of Texas, and Greg Abbott, as Attorney General of the State of Texas
             bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
            Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
             bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us

District/off: 0422-7          User: luedecket          Page 35 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts and Texas
           Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
Mark J. Friedman    on behalf of Defendant    InnerWorkings, Inc. mark.friedman@dlapiper.com
Mark J. Friedman    on behalf of Creditor    InnerWorkings, Inc. mark.friedman@dlapiper.com
Mark J. Friedman    on behalf of Defendant    Creative Labs, Inc. mark.friedman@dlapiper.com
Mark J. Friedman    on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
Mark J. Friedman    on behalf of Creditor    Morgan Hill Retail Venture, LP
           mark.friedman@dlapiper.com
Mark J. Friedman    on behalf of Creditor    West Marine Products, Inc. mark.friedman@dlapiper.com
Mark K. Ames    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
           mark@taxva.com,  amanda@taxva.com
Mark K. Ames    on behalf of Creditor    Louisiana Department of Revenue mark@taxva.com,
           amanda@taxva.com
Mark X. Mullin    on behalf of Creditor    Phoenix Property Company mark.mullin@haynesboone.com,
           dian.gwinnup@haynesboone.com
Mark X. Mullin    on behalf of Creditor    BB Fonds International 1 USA, L.P.
           mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
Martha E. Hulley    on behalf of Creditor    Developers Realty, Inc. martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley    on behalf of Creditor    Fayetteville Developers, LLC
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley    on behalf of Creditor    Westfield, LLC martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley    on behalf of Creditor    The Balogh Companies martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley    on behalf of Creditor    Brandywine Grande C, L.P.
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley    on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley    on behalf of Creditor    CC Kingsport 98, LLC martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley    on behalf of Creditor    CK Richmond Business Services #2, LLC
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley    on behalf of Creditor    Cardinal Capital Partners
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martin A. Brown    on behalf of Creditor    Express Services, Inc. martin.brown@lawokc.com
Martin A. Brown    on behalf of Creditor    Creditor Express Personnel Services, Inc
           martin.brown@lawokc.com
Martin J.A. Yeager    on behalf of Creditor Loren  Stocker myeager@landcarroll.com
Mary E. Olden    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
           molden@mhalaw.com,  akauba@mhalaw.com
Mary Louise Fullington    on behalf of Creditor    Scripps Networks Interactive, Inc.
           lexbankruptcy@wyattfirm.com
Matthew  Righetti    on behalf of Creditor Jonathan  Card matt@righettilaw.com
Matthew  Righetti    on behalf of Creditor Jack  Hernandez matt@righettilaw.com
Matthew  Righetti    on behalf of Creditor Joseph  Skaf matt@righettilaw.com
Matthew  Righetti    on behalf of Creditor Jonthan  Card matt@righettilaw.com
Matthew  Righetti    on behalf of Creditor Vadim  Rylov matt@righettilaw.com
Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
Matthew E. Hoffman    on behalf of Creditor    Principal Life Insurance Company
           mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
Matthew E. Hoffman    on behalf of Creditor    Audiovox Corporation mehoffman@duanemorris.com,
           lltaylor@duanemorris.com;lstopol@levystopol.com
Matthew J. Ellis    on behalf of Creditor    Montgomery County Trustee mellis@batsonnolan.com
Matthew V. Spero    on behalf of Creditor    CC-Investors 1995-6 matthew.spero@rivkin.com
Melissa S. Hayward    on behalf of Creditor    Parago, Inc. mhayward@lockelord.com
Melissa S. Hayward    on behalf of Creditor    Home Depot USA, Inc. mhayward@lockelord.com
Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC
           myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
Meredith Linn Yoder    on behalf of Creditor    MDS Realty II, LLC myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
Michael  Reed    on behalf of Creditor    City of Midland et al othercourts@mvbalaw.com
Michael  Reed    on behalf of Creditor    City of Waco et al othercourts@mvbalaw.com
Michael  Reed    on behalf of Creditor    Tax Appraisal District of Bell County et al
           othercourts@mvbalaw.com
Michael  Reed    on behalf of Creditor    Williamson County et al othercourts@mvbalaw.com
Michael A. Condyles    on behalf of Creditor    Cole CC Taunton MA, LLC
           michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles    on behalf of Creditor    Shopping.com, Inc. michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles    on behalf of Creditor    Chase Bank USA, National Association
           michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles    on behalf of Creditor    Magna Trust Company, Trustee
           michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles    on behalf of Creditor    GB Fleet michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

District/off: 0422-7          User: luedecket          Page 36 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
     michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
     michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
     michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
     michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   CBL & Associates Management, Inc.
     michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
     michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Cole CC Aurora CO, LLC
     michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
     lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Jubilee-Springdale, LLC
     michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
     lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Sony Electronics, Inc.
     michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   JP Morgan Chase & Co.
     michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
     Bank, USA michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   The Landing at Arbor Place II, LLC
     michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
     michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Cole Capital Partners, LLC
     michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Hickory Ridge Pavilion LLC
     michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
     mcrowley@asm-law.com
    Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
     mcrowley@asm-law.com
    Michael D. Mueller   on behalf of Creditor   Tamarack Village Shopping Center Limited Partnership
     mmueller@cblaw.com,   avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor   CHK, LLC mmueller@cblaw.com,   avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Whitestone Development Partners, L.P.
     mmueller@cblaw.com,   avaughn@cblaw.com
    Michael D. Mueller   on behalf of Defendant   Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
     Inc. mmueller@cblaw.com,   avaughn@cblaw.com
    Michael D. Mueller   on behalf of Defendant   U.S. Luggage, LLC mmueller@cblaw.com,
     avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor   CC-Investors 1995-6 mmueller@cblaw.com,
     avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Inland Continental Property Management Corp.
     mmueller@cblaw.com,   avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Rancon Realty Fund IV mmueller@cblaw.com,
     avaughn@cblaw.com
    Michael D. Mueller   on behalf of Defendant   Saitek Industries Ltd. mmueller@cblaw.com,
     avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Catellus Operating Limited Partnership
     mmueller@cblaw.com,   avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Inland Commercial Property Management,  Inc.
     mmueller@cblaw.com,   avaughn@cblaw.com
    Michael D. Mueller   on behalf of Plaintiff   CC-Investors 1995-6 mmueller@cblaw.com,
     avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Warner Home Video mmueller@cblaw.com,
     avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor   James H. Wimmer, Jr., personally mmueller@cblaw.com,
     avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Sennheisser Electronic Corp. mmueller@cblaw.com,
     avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Robyn N. Davis mmueller@cblaw.com,   avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Lawrence W. Fay mmueller@cblaw.com,
     avaughn@cblaw.com
    Michael D. Mueller   on behalf of Defendant   Mad Catz, Inc. dba Saitek Industries Ltd.
     mmueller@cblaw.com,   avaughn@cblaw.com
    Michael D. Mueller   on behalf of Defendant   North American Roofing Services, Inc.
     mmueller@cblaw.com,   avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Team Retail Westbank, Ltd. mmueller@cblaw.com,
     avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
     avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
           avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
           avaughn@cblaw.com
           Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
           mmueller@cblaw.com,  avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
           III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
           avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
           avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
           avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
           mmueller@cblaw.com,  avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
           avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
           mmueller@cblaw.com,  avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
           avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
           avaughn@cblaw.com
           Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
           mmueller@cblaw.com,  avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
           avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
           avaughn@cblaw.com
           Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
           Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
           Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated mmueller@cblaw.com,
           avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
           America mmueller@cblaw.com,  avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@cblaw.com,
           avaughn@cblaw.com
           Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@cblaw.com,
           avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
           mmueller@cblaw.com,  avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
           mmueller@cblaw.com,  avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
           avaughn@cblaw.com
           Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
           mmueller@cblaw.com,  avaughn@cblaw.com
           Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. mmueller@cblaw.com,
           avaughn@cblaw.com
           Michael E. Hastings    on behalf of Creditor    Eastern Security Corp. mhastings@wtplaw.com,
           twhitt@wtplaw.com
           Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
           Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
           Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
           mjogrady@fbtlaw.com
           Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
           Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
           Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
           Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
           Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
           Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
           Mall mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
           mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Fuel Source, Inc. mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Defendant    DG FastChannel, Inc. mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
           dba Howland Commons mfalzone@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Michael P. Falzone   on behalf of Defendant   Streater Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Vertis, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Kentucky Oaks Mall Company mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
              mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   M and M Berman Enterprises mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Cameron Group Associates LLP mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Gallatin Management Associates, LLC
              mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Dickson Management Associates, LLC
              mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Spring Hill Development Partners, GP
              mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Remount Road Associates Limited Partnership
              mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   BellO International Corp. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   Amore Construction Company mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Modelogic, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Interested Party   Systemax, Inc. mfalzone@hf-law.com
              Michael S. Kogan   on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
              mkogan@koganlawfirm.com
              Min Park   on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
              Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
              Continental Property Management Corp., and Inland Commerc mpark@cblh.com
              Mindy A. Mora   on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
              Mindy D. Cohn   on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
              Mitchell B. Weitzman   on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
              swatson@jackscamp.com;iluaces@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor   The Ziegler Companies mweitzman@jackscamp.com,
              swatson@jackscamp.com;iluaces@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor   Simon Property Group, Inc. mweitzman@jackscamp.com,
              swatson@jackscamp.com;iluaces@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor   Tysons 3, LLC mweitzman@jackscamp.com,
              swatson@jackscamp.com;iluaces@jackscamp.com
              Mona M. Murphy   on behalf of Transferee   ON Corp. USA, Inc. and ON Corp.
              mona.murphy@akerman.com,   crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Mona M. Murphy   on behalf of Creditor   Thomas, Inc. mona.murphy@akerman.com,
              crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Mona M. Murphy   on behalf of Creditor   Thomson, Inc. mona.murphy@akerman.com,
              crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Mona M. Murphy   on behalf of Creditor   Imperial Sales Corp. d/b/a Imperial Sales Company
              mona.murphy@akerman.com,   crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Mona M. Murphy   on behalf of Creditor   Samsung Electronics America, Inc.
              mona.murphy@akerman.com,   crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Mona M. Murphy   on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
              crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Nancy F. Loftus   on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
              Nancy R. Schlichting   on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
              lginsberg@lolawfirm.com
              Nathan Jones   on behalf of Transferee   US Debt Recovery LLC heather@usdrllc.com
              Nathan Jones   on behalf of Creditor   US Debt Recovery XII, LP heather@usdrllc.com
              Nathan Jones   on behalf of Creditor   US Debt Recovery X, LP heather@usdrllc.com
              Nathan Jones   on behalf of Creditor   US Debt Recovery, XI, LP heather@usdrllc.com
              Nathan Jones   on behalf of Creditor   Us Debt Recovery VIII, L.P. heather@usdrllc.com
              Nathan Jones   on behalf of Creditor   United States Debt Recovery, LLC heather@usdrllc.com
              Nathan Jones   on behalf of Creditor   US Debt Recovery XI, LP heather@usdrllc.com
              Nathan Jones   on behalf of Creditor   US Debt Recovery VIII, L.P. heather@usdrllc.com
              Nathan Jones   on behalf of Creditor   Us debt recovery, XII, LP heather@usdrllc.com
              Nathan Jones   on behalf of Creditor   US Debt Recovery V, LP heather@usdrllc.com
              Nathan Jones   on behalf of Creditor   US Debt Recovery IV, LLC heather@usdrllc.com
              Nathan Jones   on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
              Nathan Jones   on behalf of Creditor   US Debt Recovery X, LLC heather@usdrllc.com
              Neil E. McCullagh   on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
              oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery IV LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
              oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
              oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Shelby Properties TX, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
              oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

District/off: 0422-7          User: luedecket          Page 39 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh    on behalf of Interested Party    Marblegate Asset Management
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Chino South Retail PG, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Newspaper Agency Company LLC d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    United States Debt Recovery, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
          Rutherford LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Dentici Family Limited Partnership
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Pintar Investment Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor c/o William A. Wood    Panattoni Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, L.P.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    iGoDitigal, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

District/off: 0422-7          User: luedecket          Page 40 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Creditor   Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   TI PI Texas, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   South Carolina Electric & Gas Company
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Techcraft Manufacturing, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   US Debt Recovery V, LP nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cormark, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Attorney   Spotts Fain PC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Nicholas B Malito   on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@schnader.com
          Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com,  mcsmith@millermartin.com
          Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
          bfears@law.ga.gov,  jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL mroberts@poolemahoney.com
          P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
          mroberts@poolemahoney.com
          Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
          rarnold@rc.com
          Paul J. Pascuzzi   on behalf of Interested Party   Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Olympian ppascuzzi@ffwplaw.com

District/off: 0422-7          User: luedecket          Page 41 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
Paul J. Pascuzzi    on behalf of Interested Party    Fresno Bee ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Wichita Eagle ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Macon Telegraph ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    McClatchy Company ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Interested Party    Sacramento Bee ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Island Packet ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Charlotte Observer ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Interested Party    Centre Daily Times (State College)
   ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Idaho Statesman ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Interested Party    Bradenton Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Interested Party    Modesto Bee ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Interested Party    Lexington Herald-Leader ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Interested Party    San Luis Obispo Tribune ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Columbia State ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Tacoma News, Inc. ppascuzzi@ffwplaw.com
Paul K. Campsen    on behalf of Defendant    Griffin Marketing & Promotions, Inc.
   pkcampsen@kaufcan.com, jaturner@kaufcan.com
Paul K. Campsen    on behalf of Creditor    Lea Company, a Virginia general partnership, the
   Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
Paul K. Campsen    on behalf of Creditor    Tritronics, Inc. pkcampsen@kaufcan.com,
   jaturner@kaufcan.com
Paul K. Campsen    on behalf of Creditor    Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
   jaturner@kaufcan.com
Paul K. Campsen    on behalf of Creditor    Newport News Shopping Center, L.L.C.
   pkcampsen@kaufcan.com, jaturner@kaufcan.com
Paul K. Campsen    on behalf of Creditor    Google Inc. pkcampsen@kaufcan.com, jaturner@kaufcan.com
Paul K. Campsen    on behalf of Creditor    Site A, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
Paul K. Campsen    on behalf of Creditor    TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
   jaturner@kaufcan.com
Paul K. Campsen    on behalf of Creditor    CC Grand Junction Investors 1998, LLC
   pkcampsen@kaufcan.com, jaturner@kaufcan.com
Paul K. Campsen    on behalf of Creditor    Crossways Financial Associates, LLC
   pkcampsen@kaufcan.com, jaturner@kaufcan.com
Paul K. Campsen    on behalf of Creditor    CC Springs, L.L.C. pkcampsen@kaufcan.com,
   jaturner@kaufcan.com
Paul K. Campsen    on behalf of Creditor    MHW Warner Robins, LLC pkcampsen@kaufcan.com,
   jaturner@kaufcan.com
Paul K. Campsen    on behalf of Creditor    Vance Baldwin, Inc. pkcampsen@kaufcan.com,
   jaturner@kaufcan.com
Paul M. Black    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
   pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
Paul McCourt Curley    on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com,
   tchilders@canfieldbaer.com
Paul McCourt Curley    on behalf of Creditor    Carrollton Arms, LLC pcurley@canfieldbaer.com,
   tchilders@canfieldbaer.com
Paul McCourt Curley    on behalf of Creditor Laurie    Lambert-Gaffney pcurley@canfieldbaer.com,
   tchilders@canfieldbaer.com
Paul Michael Schrader    on behalf of Creditor    San Jose Mercury-News, Inc.
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    Bay Area News Group East Bay, LLC
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Bay Area News Group East Bay, LLC
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    San Jose Mercury-News, Inc.
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Export Development Canada
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    MediaNews Group, Inc. and San Jose Mercury-News,
   Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
   Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    Contra Costs Times pschrader@fullertonlaw.com
```

District/off: 0422-7          User: luedecket          Page 42 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Paul Michael Schrader    on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group
          East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
          Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant   MediaNews Group Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant   Artitali Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant   MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant   Alameda Newspapers, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    Contra Costa Times, Inc.
          pschrader@fullertonlaw.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
          L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Okaloosa County Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hayward 880,LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Bay County Florida tax collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hillsborough County, FL pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CarMax, Inc. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Palm Beach County Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CC Countryside 98, LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County Florida Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Westlake Limited Partnership
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Orange County Florida Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County, Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Manatee County Florida Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Highlands County, Florida
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Miami-Dade County Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Pinnellas County, Florida
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Interested Party   Carmax Business Services, LLC
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hernendo County, Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Defendant   Stephen Gould Corporation
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Seminole County Florida Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Save Mart Supermarkets pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Stillwater Designs and Audio, Inc.
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Torrington Tripletts, LLC
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CC-Investors 1997-4 pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Brevard County Florida Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Crown CCI, LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Burbank Mall Associates, LLC
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Tax Collector, Polk County, Florida
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Paul S. Bliley, Jr.   on behalf of Creditor    Polk County Florida Tax Collector
             pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.   on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.   on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.   on behalf of Creditor    Willaims Mullen Clark and Dobbins
             pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr   on behalf of Creditor    Indian River County Florida Tax Collector
             pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paula A. Hall   on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
             hall@bwst-law.com,   marbury@bwst-law.com
            Paula S. Beran   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
             pberan@tb-lawfirm.com,
             stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
             m
            Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
             stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
             m
            Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
             Inc. Liquidating Trust pberan@tb-lawfirm.com,
             stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
             m
            Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
             stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
             m
            Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
             stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
             m
            Paula S. Beran   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
             pberan@tb-lawfirm.com,
             stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
             m
            Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
             stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
             m
            Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
             stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
             m
            Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
             stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
             m
            Peter  Barrett   on behalf of Defendant    SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
             LOAN FUNDING, LLC peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
            Peter  Barrett   on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
            Peter  Barrett   on behalf of Defendant    Sony Electronics Inc. peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
            Peter  Barrett   on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
             peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
            Peter  Barrett   on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
             peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
            Peter  Barrett   on behalf of Creditor    Mayfair MDCC peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
            Peter  Barrett   on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
            Peter  Barrett   on behalf of Defendant    Gelco Corporation, d/b/a GE Fleet Services
             peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
            Peter  Barrett   on behalf of Creditor    Sony Electronics, Inc. peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
            Peter  Barrett   on behalf of Creditor    Sharpe Partners, LLC peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
            Peter A. Greenburg   on behalf of Defendant    Premier Resources International LLC
             pgreenburg@aol.com
            Peter A. Greenburg   on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com
            Peter C.L. Roth   on behalf of Creditor    State of New Hampshire Department of Revenue
             Administration peter.roth@doj.nh.gov
            Peter E. Strniste, Jr.   on behalf of Creditor    Schimenti Construction Company LLC
             pstrniste@rc.com,   kcooper@rc.com
            Peter G. Zemanian   on behalf of Defendant    American Broadcasting Companies, Inc. d/b/a WABC TV
             pete@zemanianlaw.com
            Peter G. Zemanian   on behalf of Defendant    WPVI Television, LLC pete@zemanianlaw.com
            Peter G. Zemanian   on behalf of Creditor    Disney Interactive Distribution, et al.
             pete@zemanianlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
          pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
          pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
          pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor    TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
          pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
          pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
          Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
          pcarney@whitecase.com, hletourneau@whitecase.com
          Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
          scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
          ppearl@sandsanderson.com, scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@spilmanlaw.com,
          scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com,
          scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
          ppearl@spilmanlaw.com, scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
          ppearl@spilmanlaw.com, scormany@spilmanlaw.com
          Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
          pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
          pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
          pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   Mitsubishi Electronics America, Inc.
          pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip James Meitl   on behalf of Defendant   Gorilla Nation Media, LLC pj.meitl@bryancave.com,
          john.leininger@bryancave.com
          Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
          john.leininger@bryancave.com
          Philip James Meitl   on behalf of Defendant   DBL Distributing, LLC pj.meitl@bryancave.com,
          john.leininger@bryancave.com
          R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@myrpa.com,
          raypri24@hotmail.com
          Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
          rsaitta@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
          C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
          hhale@woodsrogers.com
          Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
          Association rmaxwell@woodsrogers.com, hhale@woodsrogers.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Richard E. Girgado    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
                  rgirgado@counsel.lacounty.gov
              Richard E. Hagerty    on behalf of Creditor Richard S. Birnbaum
                  richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Southroads, L.L.C.
                  richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Carlyle-Cypress Tuscaloosa, LLC
                  richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor Michael T. Chalifoux
                  richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Northcliff Residual Parcel 4 LLC
                  richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    SAP Retail Inc. and Business Objects
                  richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Craig-Clarksville Tennessee LLC
                  richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor James H. Wimmer, Jr.
                  richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Plantation Point Development, LLC
                  richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Wal-Mart Stores, Inc.
                  richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Certain Benefit Restoration Plan Claimants
                  richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Attorney    Troutman Sanders LLP
                  richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Triangle Equities Junction LLC
                  richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Cosmo-Eastgate, ltd
                  richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
                  richard.hagerty@troutmansanders.com,
                  sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com;ka
                  ren.powers@troutmansanders.com
              Richard E. Lear    on behalf of Creditor    Plaza Las Americas, Inc. richard.lear@hklaw.com,
                  kimi.odonnell@hklaw.com
              Richard E. Lear    on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com,
                  kimi.odonnell@hklaw.com
              Richard F. Stein    on behalf of Creditor    Internal Revenue Service
                  richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson    on behalf of Creditor    Sharp Electronics Corporation
                  rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com
              Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow    on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
              Robert A. Canfield    on behalf of Creditor Cornelia Diane Beverly bcanfield@canfieldbaer.com,
                  jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
                  eancanfield@comcast.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Robert A. Canfield    on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;jeancanfield@comcast.net

Robert A. Canfield    on behalf of Creditor Laurie Lambert-Gaffney bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;jeancanfield@comcast.net

Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture bsmith@hillrainey.com, hillraineyign@gmail.com

Robert B. Hill    on behalf of Creditor    Columbia Plaza Shopping Ceter Venture bsmith@hillrainey.com, hillraineyign@gmail.com

Robert B. Hill    on behalf of Creditor Decarla  Taylor-Conyers bsmith@hillrainey.com, hillraineyign@gmail.com

Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins, 11 Robert.B.Van.Arsdale@usdoj.gov

Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov

Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com

Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us

Robert D. Clark    on behalf of Creditor    Treasurer of Douglas County, Colorado rclark@douglas.co.us

Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com

Robert E. Scully, Jr.    on behalf of Creditor    T.D. Farrell Construction, Inc. rscully@stites.com, docketclerkalex@stites.com

Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net

Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com

Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com

Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov

Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC robminko@yahoo.com

Robert L. LeHane    on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane    on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane    on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane    on behalf of Creditor    Philips International rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarinol@aol.com

Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarinol@aol.com

Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;SJohnston1@usa.doj.gov

Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com, dhowes@ltblaw.com

Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com

Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
             Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
             Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
             Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
             bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
             karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
             Times-Picayune bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
             bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
             Oregonian Publishing Co. bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
             Constructors bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
             karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
             Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
             bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
             bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
             karnett@t-mlaw.com
          Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
             rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
             rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
             rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    COMSYS Information Technology Services, Inc. and
             COMSYS Services, LLC rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
             rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
             rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
             rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Interested Party    Marblegate Asset Management
             rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
             rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Cameron Group Associates LLP
             rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services, Inc.
             rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Taubman Auburn Hills Associates Limited
             Partnership rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    TXU Energy Retail Company LLC
             rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
             rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
             rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com

District/off: 0422-7          User: luedecket          Page 48 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert S. Westermann    on behalf of Defendant    Venetian Casino Resort, LLC
          rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Longacre Opportunity Fund, L.P.
          rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
          rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Denver Newspaper Agency LLP
          rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
          rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services
          rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
          rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robin S. Abramowitz    on behalf of Creditor    CC Merrilville Trust abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
          abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
          Ron C. Bingham, II    on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
          Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
          Ronald A. Page, Jr.    on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
          rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
          Ronald A. Page, Jr.    on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
          Management Group, Ltd. rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
          Ronald A. Page, Jr.    on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
          Ronald A. Page, Jr.    on behalf of Creditor    Miner Fleet Management Group, Ltd.
          rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
          Ronald A. Page, Jr.    on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
          Ronald A. Page, Jr.    on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
          Ronald A. Page, Jr.    on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
          rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
          Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
          Ronald G. Dunn    on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
          Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
          cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
          Roy M. Terry, Jr.    on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Roy M. Terry, Jr.    on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson, III    on behalf of Creditor    Chalek Company LLC russ4478@aol.com
          Russell R. Johnson, III    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com,
          sarah.kelly@leclairryan.com
          Ryan C. Day    on behalf of Plaintiff    Schimenti Construction Company LLC
          ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
          S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
          Company sgill@vanblk.com
          Sara L. Chenetz    on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm    on behalf of Debtor    PRAHS, INC. sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com
          Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com
          Sarah Beckett Boehm    on behalf of Debtor    CC Aviation, LLC sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com
          Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores West Coast, Inc.
          sboehm@mcguirewoods.com, kcain@mcguirewoods.com
          Sarah Beckett Boehm    on behalf of Debtor    Circuit City Properties, LLC sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com
          Sarah Beckett Boehm    on behalf of Debtor    Abbott Advertising Agency, Inc.
          sboehm@mcguirewoods.com, kcain@mcguirewoods.com
          Sarah Beckett Boehm    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
          sboehm@mcguirewoods.com, kcain@mcguirewoods.com
          Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com
          Sarah Beckett Boehm    on behalf of Debtor    InterTAN, Inc. sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com

District/off: 0422-7          User: luedecker          Page 49 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sarah Beckett Boehm    on behalf of Debtor    Ventoux International, Inc. sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Mayland MN, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Orbyx Electronics, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Patapsco Designs, Inc. sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Plaintiff    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Defendant    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Kinzer Technology, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    XSStuff, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Courchevel, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Sky Venture Corp. sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Purchasing Company, LLC
                sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
              Satchidananda  Mims    smims21@hotmail.com
              Scott A. Stengel    on behalf of Defendant    Nintendo Services USA, Inc. scott.stengel@umb.com
              Scott A. Stengel    on behalf of Defendant    Nintendo Software Technology Corporation
                scott.stengel@umb.com
              Scott A. Stengel    on behalf of Defendant    Nintendo Hardware scott.stengel@umb.com
              Scott A. Stengel    on behalf of Defendant    Nintendo Technology Development, Inc.
                scott.stengel@umb.com
              Scott A. Stengel    on behalf of Defendant    The Nintendo Source Corporation scott.stengel@umb.com
              Scott D. Fink    on behalf of Creditor    The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker    on behalf of Creditor    Ritz Motel Company sdrucker@honigman.com
              Seth A. Drucker    on behalf of Creditor    McKinley, Inc. sdrucker@honigman.com
              Shalanda N. Franklin    on behalf of Defendant    Belkin International Inc. sfranklin@vanblk.com,
                mdowns@vanblk.com
              Shalanda N. Franklin    on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
                sfranklin@vanblk.com,  mdowns@vanblk.com
              Shawn M. Christianson    on behalf of Creditor    Oracle USA, Inc. schristianson@buchalter.com,
                cmcintire@buchalter.com
              Sheila G. de la Cruz    on behalf of Creditor    TFL Enterprise, LLC sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Kaz, Inc. sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Starco, Inc. sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    RTS Marketing, Inc. sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Howland Commons Partnership, an Ohio gen
                partnership dba Howland Commons sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Huntington Mall Company sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Spring Hill Development Partners, GP
                sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
                Mall sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Horizon Technology, LLC sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Basile Limited Liability Company
                sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    United States Debt Recovery, LLC
                sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
                sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
                sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
                sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Sheila G. de la Cruz   on behalf of Creditor   Cottonwood Corners-Phase V, LLC
             sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   Woodlawn Trustees Incorporated
             sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   Horizon Technology, LLC sdelacruz@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   Mizco International, Inc. sdelacruz@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila L. Shadmand   on behalf of Defendant   Aiptek, Inc. slshadmand@jonesday.com
            Sheila L. Shadmand   on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
            Sheila L. Shadmand   on behalf of Creditor   Ventura In Manhattan, Inc. slshadmand@jonesday.com
            Stanley M. Salus   on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
             stan.salus@akerman.com,
             crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
            Stephan William Milo   on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
             jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant   DPI, Inc., formerly known as GPX, Inc.
             smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw
            Stephan William Milo   on behalf of Interested Party   General Electric Company's Consumer &
             Industrial Division smilo@wawlaw.com,
             jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant   The Decal Source Inc. smilo@wawlaw.com,
             jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant   Universal Remote Control, Inc. smilo@wawlaw.com,
             jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant   Terracon Consultants, Inc. smilo@wawlaw.com,
             jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor   THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
             jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor   THF St. Clairsville Development, L.P.
             smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor   THF Chesterfield Two Development, L.L.C.
             smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant   Bissell Homecare, Inc., aka Bissell Homecare Inc.,
             smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor   THF Clarksburg Development One, Limited Liability
             Company smilo@wawlaw.com,
             jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Interested Party   THF Harrisonburg Crossing, L.L.C.
             smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor   Z-Line Designs, Inc. smilo@wawlaw.com,
             jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant   ZT Group International, Inc. dba ZT Systems, Inc.
             smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant   Hardsoft Solutions, Inc. d/b/a Micro Product
             Distributors, Inc. smilo@wawlaw.com,
             jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor   THF ONC Development, L.L.C. smilo@wawlaw.com,
             jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephanie N. Gilbert   on behalf of Creditor   Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
             nwalsh@wilsav.com
            Stephanie N. Gilbert   on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com,
             nwalsh@wilsav.com
            Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership
             smetz@shulmanrogers.com,  nanderson@shulmanrogers.com
            Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc.
             sleach@ltblaw.com,  msarata@ltblaw.com;ndysart@ltblaw.com
            Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue
             Murphys@dor.state.ma.us
            Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC
             sgallagher@venable.com,  cowenby@venable.com;lrheitger@venable.com
            Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
            Steven H. Greenfeld   on behalf of Creditor   PR Christiana LLC steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor   PRGL Paxton LP steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor   Red Rose Commons Associates, L.P.
             steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor   Marple XYZ Associates steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor   Park Side Realty LP steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor   Goodmill LLC steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor   PREIT SERVICES, LLC steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor   Pep Boys - Manny, Moe & Jack
             steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor   THE GOLDENBERG GROUP steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor   Boulevard North, LP steveng@cohenbaldinger.com
            Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
            Steven L. Brown   on behalf of Creditor   Walter E. Hartman & Sally J. Hartman, as Trustee of the
             Hartman 1995 Ohio Property brown@wolriv.com

District/off: 0422-7          User: luedecket          Page 51 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
               brown@wolriv.com
              Steven L. Brown    on behalf of Defendant    Construct, Inc. brown@wolriv.com
              Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
              Steven L. Brown    on behalf of Creditor    The Columbus Dispatch brown@wolriv.com
              Steven L. Brown    on behalf of Creditor    Construct, Inc. brown@wolriv.com
              Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
               tannweiler@greerherz.com
              Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@hunton.com
              Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
               thadwilson@kslaw.com, pwhite@kslaw.com
              Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
               tmurphy@dclawfirm.com,
               rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
               dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
               Research Inc. thomas.mcintosh@hklaw.com, alexis.makell@hklaw.com
              Thomas John McIntosh    on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
               thomas.mcintosh@hklaw.com, alexis.makell@hklaw.com
              Thomas John McIntosh    on behalf of Defendant    Nielsen Business Media Inc.
               thomas.mcintosh@hklaw.com, alexis.makell@hklaw.com
              Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com,
               alexis.makell@hklaw.com
              Thomas John McKee, Jr.    on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
               hallc@gtlaw.com
              Thomas John McKee, Jr.    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
              Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
               tomjam2003@yahoo.com
              Thomas Neal Jamerson    on behalf of Interested Party    Parker Central Plaza Ltd
               tjamerson@hunton.com, tomjam2003@yahoo.com
              Thomas Ryan Lynch    on behalf of Defendant    Griffin Technology tlynch@babc.com
              Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski    on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
               lschock@offitkurman.com
              Thomas W. Repczynski    on behalf of Creditor    Loren Stocker trepczynski@offitkurman.com,
               lschock@offitkurman.com
              Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc.
               trepczynski@offitkurman.com, lschock@offitkurman.com
              Thomas W. Repczynski    on behalf of Creditor    Tutwiler Properties, LTD
               trepczynski@offitkurman.com, lschock@offitkurman.com
              Thomas W. Repczynski    on behalf of Defendant    Graphic Communications Holdings, Inc.
               trepczynski@offitkurman.com, lschock@offitkurman.com
              Tiffany Strelow Cobb    on behalf of Creditor    Platform-A Inc. tscobb@vorys.com,
               bjtobin@vorys.com
              Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com, bjtobin@vorys.com
              Tiffany Strelow Cobb    on behalf of Creditor    Advertising.com Inc. tscobb@vorys.com,
               bjtobin@vorys.com
              Timothy Francis Brown    on behalf of Interested Party    F.R.O., L.L.C. IX brownt@arentfox.com
              Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
              Timothy W. Boykin    on behalf of Creditor    Alameda County Treasurer tboykin@vanblk.com,
               croyes@vanblk.com
              Tracey Michelle Ohm    on behalf of Defendant    Targus, Inc. tracey.ohm@stinsonleonard.com,
               theresa.mackey@stinsonleonard.com
              Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc.
               tracey.ohm@stinsonleonard.com, theresa.mackey@stinsonleonard.com
              Travis Aaron Sabalewski    on behalf of Creditor    IKON Office Solutions, Inc.
               tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy Savenko    on behalf of Creditor    Slam Brands, Inc. tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy Savenko    on behalf of Movant    PlumChoice, Inc. tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy Savenko    on behalf of Creditor    Liberty Mutual Insurance Company tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy Savenko    on behalf of Creditor    PlumChoice, Inc. tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy Savenko    on behalf of Defendant    A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy Savenko    on behalf of Defendant    Morris Publishing Group, LLC dba The Florida Times-Union
               tsavenko@kv-legal.com, nferenbach@kv-legal.com
              Troy Savenko    on behalf of Defendant    Morris Communications Company, LLC; Morris
               Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
               Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
               nferenbach@kv-legal.com

District/off: 0422-7              User: luedecket          Page 52 of 57          Date Rcvd: Apr 23, 2015
                                 Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
           situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
           tsavenko@kv-legal.com, nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Tyson Alynn Johnson   on behalf of Creditor   Berkadia Commercial Mortgage LLC
           tyson.johnson@bryancave.com
          Tyson Alynn Johnson   on behalf of Creditor   Capmark Finance, Inc. tyson.johnson@bryancave.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P
           val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Infogain Corporation val.morrison@nelsonmullins.com,
           kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc.
           val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P.
           val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. val.morrison@nelsonmullins.com,
           kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
           reardonv@michigan.gov, jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
           victoria.garry@ohioattorneygeneral.gov
          Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
           walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
           LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
           and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
           ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
           jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
           Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wendy Michele Roenker   on behalf of Creditor Treasurer  City of Chesapeake
           wroenker@cityofchesapeake.net
          William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
           wheuer@duanemorris.com
          William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
           wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Raymond  Silverstein, Trustee wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
           wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
          William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
           Courier aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Vonage Holdings, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   American National Insurance Company
           aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Vonage Marketing Inc. aburnett@williamsmullen.com

```
District/off: 0422-7          User: luedecket          Page 53 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
    aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Golf Galaxy, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   CC Countryside 98, LLC aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Hayward 880,LLC aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Westlake Limited Partnership
    aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   SBLM Architects PC aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   Contrarian Funds, L.L.C. aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
    TV aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   ION Audio, LLC aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   LumiSource, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Tax Collector, Polk County, Florida
    aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   CC Countryside 98 L.L.C. aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Dollar Tree Stores, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Symantec Corp aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   Intec, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   CC-Investors 1997-4 aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   SouthPeak Interactive LLC
    aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Nyko Technologies, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   SouthPeak Interactive, LLC
    aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   CarMax, Inc. aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   Eon Communications Corporation
    aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Cyber Acoustics aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Dick's Sporting Goods, Inc.
    aburnett@williamsmullen.com
William A. Burnett   on behalf of Plaintiff   Carmax Auto Superstores, Inc.
    aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Dick's Sporting Goods Inc.
    aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Burbank Mall Associates, LLC
    aburnett@williamsmullen.com
William A. Burnett   on behalf of Defendant   Brookfield Global Relocation Services, LLC, f/k/a
    GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
William A. Burnett   on behalf of Creditor   Save Mart Supermarkets aburnett@williamsmullen.com
William A. Gray   on behalf of Creditor   Alexander's Rego Park Center, Inc.
    bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray   on behalf of Creditor   Ray Mucci's Inc. bgray@sandsanderson.com,
    rarrington@sandsanderson.com
William A. Gray   on behalf of Creditor   Snell Acoustics, Inc. bgray@sandsanderson.com,
    rarrington@sandsanderson.com
William A. Gray   on behalf of Creditor   PrattCenter, LLC bgray@sandsanderson.com,
    rarrington@sandsanderson.com
William A. Gray   on behalf of Creditor   Route 146 Millbury LLC bgray@sandsanderson.com,
    rarrington@sandsanderson.com
William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
    rarrington@sandsanderson.com
William A. Gray   on behalf of Creditor   Station Landing LLC bgray@sandsanderson.com,
    rarrington@sandsanderson.com
William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
    rarrington@sandsanderson.com
William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
    rarrington@sandsanderson.com
William A. Gray   on behalf of Creditor   Marlton VF LLC bgray@sandsanderson.com,
    rarrington@sandsanderson.com
William A. Gray   on behalf of Creditor   Premier Contracting, Inc. bgray@sandsanderson.com,
    rarrington@sandsanderson.com
William A. Gray   on behalf of Defendant   The Procter & Gamble Company and The Procter & Gamble
    Distribution Company, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
    rarrington@sandsanderson.com
William A. Gray   on behalf of Movant   Vornado Realty Trust bgray@sandsanderson.com,
    rarrington@sandsanderson.com
William A. Gray   on behalf of Creditor   Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
    rarrington@sandsanderson.com
William A. Gray   on behalf of Creditor   Gateway Woodside, Inc. bgray@sandsanderson.com,
    rarrington@sandsanderson.com
William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
    rarrington@sandsanderson.com
William A. Gray   on behalf of Creditor   Encinitas PFA, LLC bgray@sandsanderson.com,
    rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Intertech Security of Maryland, LLC
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lee County, Mississippi Tax Collector
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Interstate Augusta Properties LLC
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Coby Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Monument Consulting, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com

District/off: 0422-7          User: luedecket          Page 55 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Creditor   Metra Electronics Corporation bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   DeSoto County, Mississippi bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BBP-Muncy LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
             Partnership bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-OH LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Towson VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   North Plainfield VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   McCorkendale Construction bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
             of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-NY LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   A.D.D. Holdings, L.P. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   DEV Limited Partnership bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Amherst VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   T. J. Maxx of CA, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Midwest Block & Brick, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   East Brunswick VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
             bgray@sandsanderson.com,  rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor   Chatham County, GA Tax Commissioner
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Valley Corners Shopping Center, LLC
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar International Trading Company
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-SC LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Sensormatic Electronic Corporation
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Monument Consulting, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Construction Testing and Engineering, Inc.
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-Redding LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Baker Natick Promenade LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Wayne VF LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Star Universal, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   The Oklahoma Publishing Company
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   E&A Northeast Limited Partnership
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar Group Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Denon Electronics bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
            Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
            chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
            trey.wood@bgllp.com,   chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
            chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor   Prince George's Station Retail, LLC
            bill.crenshaw@bryancave.com,   deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com,
            deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Professional   Akerman Senterfitt bill.crenshaw@bryancave.com,
            deborah.hensley@akerman.com
          William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
            wprince@t-mlaw.com, jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
            Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com,
            jseay@t-mlaw.com
          William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan   on behalf of Defendant   Pioneer Electronics (USA) Inc.
            dsullivan@butzeltp.com
          William H. Schwarzschild, III   on behalf of Creditor   MRV Wanamaker, LC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Hotan Corporation
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Datel Design & Development, Inc.
            tschwarz@williamsmullen.com

```
District/off: 0422-7          User: luedecket          Page 57 of 57          Date Rcvd: Apr 23, 2015
                             Form ID: pdford9          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          William H. Schwarzschild, III    on behalf of Creditor    National Western Life Insurance Company
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    J&J Industries, Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dick's Sporting Goods, Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Merrill Communications LLC
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Miami-Dade County Tax Collector
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Vonage Marketing Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dollar Tree Stores, Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Evening Post Publishing Company, dba The
              Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    LumiSource, Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    State Board of Equalization
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    SouthPeak Interactive, LLC
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Nancy    Booth jcharboneau@mglspc.com,
              aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
              aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Charles    Booth jcharboneau@mglspc.com,
              aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    Placer California jcharboneau@mglspc.com,
              aford@mglspc.com
          Zmarak Khan    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
              zmarak.khan@dlapiper.com
                                                                                  TOTAL: 2209
```