UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) (Joint Administration) |
| CIRCUIT CITY STORES, INC., *et al.* | ) |
| | ) |
| *Debtors.* | ) Case No: 08-35653-KRH |
| | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR RAYMOND & MAIN RETAIL, LLC

PLEASE TAKE NOTICE that Neil E. McCullagh, Esquire and Spotts Fain PC (together, "Counsel"), as counsel for Raymond & Main Retail, LLC ("Raymond & Main"), in the above-referenced Chapter 11 case, hereby withdraw as counsel pursuant to Local Rule 2090-1(G) for the following reasons:

1. On or about April 5, 2011, Counsel was retained to serve as local counsel to Raymond & Main to assist with resolving general unsecured, non-priority claims (the "Claims") in the above-referenced Chapter 11 case. Raymond & Main's lead counsel is Caroline R. Djang, Esquire of Rutan & Tucker, LLP ("Lead Counsel").

2. Raymond & Main and the Circuit City Stores, Inc. Liquidating Trust have executed a Settlement Agreement and Mutual Release whereby the Claims were settled.

3. On or about April 8, 2015, Counsel confirmed with Lead Counsel that Counsel's representation can be terminated due to the settlement of the Claims.

_____
Robert H. Chappell III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100

4. Upon information and belief, there are no matters pending in the above-referenced Chapter 11 case in which Raymond & Main requires representation of local counsel. If Raymond & Main requires representation outside of this Court, then Lead Counsel stands ready to provide it.

5. As indicated on the Certificate of Service, the undersigned counsel has served a copy of this Notice on Raymond & Main, through Lead Counsel. Accordingly, Neil E. McCullagh, Esquire and Spotts Fain PC hereby give notice of full withdrawal of Neil E. McCullagh, Esquire and Spotts Fain PC from representation of Raymond & Main.

                        SPOTTS FAIN PC

                        By: /s/ Neil E. McCullagh
                             Counsel

Robert H. Chappell III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100

2

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 28, 2015, a true and accurate copy of the foregoing Notice was served by first-class mail, postage prepaid, and/or by electronic means through the Court's ECF system on the following, constituting all necessary parties:

| | |
|---|---|
| Andrew W. Caine, Esquire | Lynn L. Tavenner, Esquire |
| Victoria Newmark, Esquire | Paula S. Beran, Esquire |
| Pachulski Stang Ziehl & Jones LLP | Tavenner & Beran, PLC |
| 10100 Santa Monica Boulevard, 13th Floor | 20 North Eighth Street, 2nd Floor |
| Los Angeles, CA 90067 | Richmond, VA 23219 |
| | |
| Robert B. Van Arsdale | Raymond & Main Retail, LLC |
| Assistant United States Trustee | c/o Caroline R. Djang, Esquire |
| Office of the U.S. Trustee | Rutan & Tucker, LLP |
| 701 E. Broad St., Suite 4304 | 611 Anton Boulevard, 14th Floor |
| Richmond, VA 23219 | Costa Mesa, CA 92626 |

               /s/ Neil E. McCullagh