BRUCE CLAY, INC.
c/o US Bank NA
Corporate Trust – TFM, CM 9705
PO Box 70870
St. Paul, MN 55170-9705

NOTICE OF CHANGE OF ADDRESS

April 30, 2015

Process General LLC
230 Park Ave., 10th Floor
New York, NY 10169
Attn: Circuit City Stores Inc. – Claims and Noticing Agent

    RE: Filed, Scheduled and/or Stipulated Claims in the name of Bruce Clay, Inc.
    (Scheduled Claim #: 2003000560)

To Whom It May Concern:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

Bruce Clay, Inc.
c/o Dover Master Fund II, L.P.
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
Attn: Vladimir Jelisavcic
(212) 259-4305
(212) 259-4345 (fax)

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent Process General LLC.

Very truly yours,

Name: Vladimir Jelisavcic
Title: Authorized Signatory

Cc:    Circuit City Stores, Inc. Liquidating Trust
    200 Westgate Parkway, Suite 100
    Richmond, VA 23233
    Attn: Katie Bradshaw

    Circuit City Stores, Inc.
    c/o Pachulski Stang Ziehl & Jones LLP
    10100 Santa Monica Boulevard, 13th Floor
    Los Angeles, CA 90067-4003
    Attn: Andrew W. Caine