MAJESCO ENTERTAINMENT COMPANY
c/o US Bank NA
CM 9705
PO Box 70870
St. Paul, MN 55170-9705

NOTICE OF CHANGE OF ADDRESS

April 30, 2015

Process General LLC
230 Park Ave., 10th Floor
New York, NY 10169
Attn: Circuit City Stores Inc. – Claims and Noticing Agent

    RE: Majesco Entertainment Company, Proof of Claim Number 8767

To Whom It May Concern:

    Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

Majesco Entertainment Company
c/o Longacre Opportunity Fund, L.P.
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
Attn: Vladimir Jelisavcic
(212) 259-4305
(212) 259-4345 (fax)

    You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent Process General LLC.

Very truly yours,

Name: Vladimir Jelisavcic
Title: Authorized Signatory

Cc:    Circuit City Stores, Inc. Liquidating Trust
       200 Westgate Parkway, Suite 100
       Richmond, VA 23233
       Attn: Katie Bradshaw

       Circuit City Stores, Inc.
       c/o Pachulski Stang Ziehl & Jones LLP
       10100 Santa Monica Boulevard, 13th Floor
       Los Angeles, CA 90067-4003
       Attn: Andrew W. Caine