IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | **Allowed Claim Num: 6370** |
| | **Allowed Claim Amount: $872,256.88** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that East Gate Center V Tenants in Common, a creditor in the above-referenced bankruptcy proceeding, has changed its address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

East Gate Center V
Tenants in Common
BPG Management Company, LP
770 Township Line Rd Ste 150
Yardley, PA 19067

**New Address**

East Gate Center V Tenant in Common
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: _____

Respectfully submitted,

East Gate Center V Tenant in Common

By: _____
Title: **Barry Howard**
       **Chairman of the Board**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DIANE C. THOMAS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 30, 2017

CC_GUC_1pg_v.2