Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>                      Debtors. | Case No. 08-35653 (KRH)<br><br>Chapter 11<br><br>Jointly Administered) |

### STIPULATION CONERNING DISPOSITION OF CLAIM NOS. 13294, 14821 AND 15155 OF THE ALAMEDA COUNTY TAX COLLECTOR; AND ORDER THEREON

The Circuit City Stores, Inc. Liquidating Trust (the "Trust") and claimant County of Alameda (the "Claimant"), in order to resolve the pending disputes between the parties with respect Claimants claims and the objections thereto interposed by the Debtors and the Trust, and as more fully documented in the parties' concurrently signed settlement agreement, hereby agree as follows with respect to the disposition of Claimant's claims:

1. Claim Nos. 13294 and 15155 shall be disallowed in their entirety.

2. Claim No. 14821 shall be allowed only in the amount of $39,633.30 as an administrative priority claim, and not in any other amount.

SUBMITTED:

Dated: ~~February~~ March 11, 2015

By: /s/ Lynn L. Tavenner
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

and

Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Dated: ~~February~~ March 11, 2015

By /s/ John Seyman
John Seyman
Deputy County Counsel

*Counsel to Claimant, County of Alameda*

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved.

2. Claim Nos. 13294 and 15155 shall be disallowed in their entirety.

3. Claim No. 14821 shall be allowed only in the amount of $39,633.30 as an administrative priority claim, and not in any other amount.

Dated: Richmond, Virginia
May ~~February~~ __, 2015

The Honorable Kevin Huennekens
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ Lynn L. Tavenner
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

and

Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*