1  DONNA R. ZIEGLER [142415]
   County Counsel
2  FARAND C. KAN [203980]
   Deputy County Counsel
3  Office of County Counsel, County of Alameda
   1221 Oak Street, Suite 450
4  Oakland, California 94612
   Telephone:   (510) 272-6700
5  E-mail:  farand.kan@acgov.org

6  Attorneys for County of Alameda Treasurer-Tax Collector

7

8              UNITED STATES BANKRUPTCY COURT

9       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 In Re:                                  Case No.: 08-35653 (KRH)

12    Circuit City Stores, Inc., et al. ,  Chapter 11

13           Debtors.                       **NOTICE OF SUBSTITUTION OF COUNSEL**

14

15 **TO THE COURT AND TO ALL COUNSEL OF RECORD:**

     PLEASE TAKE NOTICE that FARAND C. KAN, Deputy County Counsel,
16
   appears as counsel for Creditor Donald R. White, Treasurer-Tax Collector of Alameda
17
   County, in the above-captioned matter.  The office address, telephone number,
18
   facsimile number, and e-mail address for FARAND C. KAN are as follows:
19
                  FARAND C. KAN
20                Deputy County Counsel
                  Office of the County Counsel
21                County of Alameda
                  1221 Oak Street, Suite 450
22                Oakland, CA  94612
                  Telephone: 510-272-6700
23                Facsimile:  510-272-5020
                  E-mail: farand.kan@acgov.org
24
     NOTICE IS BEING GIVEN that JOHN T. SEYMAN, who retired, withdrawals as
25
   counsel in the above-captioned matter.  Please remove from this case's electronic
26
   service list and mailing matrix the name, state bar number, mailing addresses,
27
   telephone and facsimile numbers, and e-mail addresses of Mr. Seyman, as follows:
28

---

NOTICE OF SUBSTITUTION OF COUNSEL, Case No. 08-35653 (KRH)                              1

JOHN T. SEYMAN (Retired) [California State Bar No. 122508]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, CA  94612
Telephone Number:  510-272-6700
Facsimile Number:  510-272-5020
E-mail:  john.seyman@acgov.org
Secretary's E-mail:  lydia.smith@acgov.org

Dated:  May 14, 2015          DONNA R. ZIEGLER
                              County Counsel, in and for the
                              County of Alameda, State of California


                              By:_____/s/ **Farand C. Kan**_____
                                  FARAND C. KAN
                                  Deputy County Counsel

                              Attorneys for Creditor Donald R. White,
                              Treasurer-Tax Collector of Alameda County

.

CERTIFICATE OF SERVICE

I, Lydia Smith, declare:

I am a citizen of the United States. I am employed in the County of Alameda, State of California, over the age of 18 years, and not a party to the within proceeding. My business address is 1221 Oak Street, Suite 450, Oakland, CA 94612-4296.

On the below date, I served the attached:

**NOTICE OF SUBSTITUTION OF COUNSEL**

on each of the following parties in this action:

**via electronic service, in the following manner:**

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to the controlling Rules, the above documents will be served by the court via NEF and proper links to the documents. **By electronically filing the above documents with the court via ECF (Electronic Case File Management System), I will cause the same to be electronically served to the parties in this action on the court's ECF record.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed at Oakland, California, on May 14, 2015.

                                               /s/ **Lydia Smith**