IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**Allowed Claim Number: 5833**
**Allowed Claim Amount: $130,326.91**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Tamrac Inc., a creditor in the above-referenced bankruptcy proceeding, has changed its address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Tamrac Inc.
Guragear
2036 Lincoln Ave, Ste 104
Ogden, UT 84401

**New Address**

Tamrac Inc.
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: _____

Respectfully submitted,

Tamrac Inc.

By: _Travis Peterson_
Title: _Authorized Signatory_

CC_GUC_1pg_v.2