| | |
|---|---|
| Andrew W. Caine, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| (admitted *pro hac vice*) | Paula S. Beran, Esq. (VA Bar No. 34679) |
| PACHULSKI STANG ZIEHL & JONES LLP | TAVENNER & BERAN, PLC |
| 10100 Santa Monica Boulevard, 13th Floor | 20 North Eighth Street, 2nd Floor |
| Los Angeles, California 90067-4100 | Richmond, Virginia 23219 |
| Telephone: (310) 277-6910 | Telephone: (804) 783-8300 |
| Telecopy:  (310) 201-0760 | Telecopy:  (804) 783-0178 |

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | x  Case No. 08-35653 (KRH)<br>:<br>:  Chapter 11<br>:1<br>:  Jointly Administered)<br>:<br>:<br>x |

**STIPULATION CONERRNING DISPOSITION OF CLAIM NOS. 13294, 14821
AND 15155 OF THE ALAMEDA COUNTY TAX COLLECTOR;
<u>AND ORDER THEREON</u>**

The Circuit City Stores, Inc. Liquidating Trust (the "<u>Trust</u>") and claimant County of Alameda (the "<u>Claimant</u>"), in order to resolve the pending disputes between the parties with respect Claimants claims and the objections thereto interposed by the Debtors and the Trust, and as more fully documented in the parties' concurrently signed settlement agreement, hereby agree as follows with respect to the disposition of Claimant's claims:

1. Claim Nos. 13294 and 15155 shall be disallowed in their entirety.

2. Claim No. 14821 shall be allowed only in the amount of $39,633.30 as an administrative priority claim, and not in any other amount.

DOCS_LA:278037.1 12304/003        1

SUBMITTED:

Dated: March 11, 2015 By: __/s/ Lynn L. Tavenner_____
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

and

Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Dated: March 11, 2015 By  /s/ John Seyman_____
John Seyman
Deputy County Counsel


*Counsel to Claimant, County of Alameda*

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved.

2. Claim Nos. 13294 and 15155 shall be disallowed in their entirety.

3. Claim No. 14821 shall be allowed only in the amount of $39,633.30 as an administrative priority claim, and not in any other amount.

May 18 2015

Dated: Richmond, Virginia
May __, 2015

/s/ Kevin R. Huennekens
The Honorable Kevin Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:5/18/15

WE ASK FOR THIS:

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

and

Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*