**Change of Address**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBER 12832

PLEASE TAKE NOTICE that CWCapital Asset Management LLC as Special Servicer on behalf of U.S. Bank National Association, as Trustee, successor-in-interest to Bank of America, N.A., (successor by merger to LaSalle Bank, N.A.), as Trustee for Holders of Nomura Asset Securities Corporation, Commercial Mortgage Pass-Through Certificate Series 1998 D-6, a creditor in the cases of the above-captioned Debtors, hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to each above-referenced Claim be sent to the new address set forth below, effective immediately.

| Former Address for Notices and Payments: | New Addresses for Notices and Payments: |
|---|---|
| **Berkadia**<br>Lockbox #9067<br>PO Box 8500<br>Philadelphia, PA 19178-9067 | **CWCapital Asset Management LLC,**<br>as Special Servicer<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza Suite 2100<br>San Francisco, CA 94111<br>Attention: Michael Linn<br><br>Additional Addresses for Notices Only:<br><br>**CWCapital Asset Management LLC,**<br>as Special Servicer<br>c/o Venable LLP<br>750 E. Pratt St., Ste. 900<br>Baltimore, MD 21202<br>Attention: Kendall A. Camuti |

I declare under penalty of perjury that the foregoing is true and correct.

          U.S. Bank National Association, as Trustee, successor-in-interest to Bank of America, N.A., (successor by merger to LaSalle Bank, N.A.), as Trustee for Holders of Nomura Asset Securities Corporation, Commercial Mortgage Pass-Through Certificate Series 1998 D-6

By:    CWCapital Asset Management LLC, solely in its capacity as Special Servicer

By:    _[signature]_
Name:    Demetrios Morakis
Title:    Senior Vice President