### Change of Address

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBER 11702

**PLEASE TAKE NOTICE** that **9121 East 71st Street Holdings, LLC**, a creditor in the cases of the above-captioned Debtors, hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to each above-referenced Claim be sent to the new address set forth below, effective immediately.

| Former Address for Notices and Payments: | New Addresses for Notices and Payments: |
|---|---|
| **KeyBank National Association**<br>11501 Outlook, Suite 300<br>Overland Park, KS 66211 | **CWCapital Asset Management LLC,**<br>as Special Servicer<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza Suite 2100<br>San Francisco, CA 94111<br>Attention: Michael Linn<br><br>Additional Addresses for Notices Only:<br><br>**CWCapital Asset Management LLC,**<br>as Special Servicer<br>c/o Venable LLP<br>750 E. Pratt St., Ste. 900<br>Baltimore, MD 21202<br>Attention: Kendall A. Camuti |

I declare under penalty of perjury that the foregoing is true and correct.

**9121 East 71st Street Holdings, LLC**

By:    U.S. Bank, N.A., as Trustee, successor-in-

1

interest to Bank of America, N.A., (successor by merger to LaSalle Bank, N.A.), as Trustee for Registered Holders of Banc of America Commercial Mortgage Inc., Commercial Mortgage Pass-Through Certificates, Series 2007-1, its sole member/manager

By:   CWCapital Asset Management LLC, solely in its capacity as Special Servicer

By:   */s/ Demetrios Morakis/*
Name:   Demetrios Morakis
Title:   Senior Vice President

2