**Change of Address**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBER 12728

**PLEASE TAKE NOTICE** that **CWCapital Asset Management LLC as Special Servicer on behalf of U.S. Bank National Association, as Trustee, successor-in-interest to Bank of America, N.A., (successor by merger to LaSalle Bank, N.A.), as Trustee for Holders of Nomura Asset Securities Corporation, Commercial Mortgage Pass-Through Certificate Series 1998 D-6,** a creditor in the cases of the above-captioned Debtors, hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to each above-referenced Claim be sent to the new address set forth below, effective immediately.

| Former Address for Notices and Payments: | New Addresses for Notices and Payments: |
|---|---|
| **Berkadia**<br>Lockbox #9067<br>PO Box 8500<br>Philadelphia, PA 19178-9067 | **CWCapital Asset Management LLC,**<br>as Special Servicer<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza Suite 2100<br>San Francisco, CA 94111<br>Attention: Michael Linn<br><br>Additional Addresses for Notices Only:<br><br>**CWCapital Asset Management LLC,**<br>as Special Servicer<br>c/o Venable LLP<br>750 E. Pratt St., Ste. 900<br>Baltimore, MD 21202<br>Attention: Kendall A. Camuti |

I declare under penalty of perjury that the foregoing is true and correct.

**U.S. Bank National Association, as Trustee, successor-in-interest to Bank of America, N.A., (successor by merger to LaSalle Bank, N.A.), as Trustee for Holders of Nomura Asset Securities Corporation, Commercial Mortgage Pass-Through Certificate Series 1998 D-6**

By:     CWCapital Asset Management LLC,
        solely in its capacity as Special Servicer

By:     _____
Name:   _____Demetrios Morakis_____
Title:  _____Senior Vice President_____

2