## Change of Address

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBER 7233

PLEASE TAKE NOTICE that **CWCapital Asset Management LLC, as Special Servicer on behalf of U.S. Bank National Association, as Trustee, successor-in-interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank National Association, as Trustee, for the registered holders of First Union-Lehman Brothers Commercial Mortgage Trust II, Commercial Mortgage Pass-Through Certificates, Series 1997-C2**, a creditor in the cases of the above-captioned Debtors, hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to each above-referenced Claim be sent to the new address set forth below, effective immediately.

| Former Address for Notices and Payments: | New Addresses for Notices and Payments: |
|---|---|
| **CWCapital Asset Management LLC,** as Special Servicer<br>c/o Brent Procida<br>Venable LLP<br>750 E. Pratt St., Ste. 900<br>Baltimore, MD 21202 | **CWCapital Asset Management LLC,** as Special Servicer<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza Suite 2100<br>San Francisco, CA 94111<br>Attention: Michael Linn<br><br>Additional Addresses for Notices Only:<br><br>**CWCapital Asset Management LLC,** as Special Servicer<br>c/o Venable LLP<br>750 E. Pratt St., Ste. 900<br>Baltimore, MD 21202<br>Attention: Kendall A. Camuti |

I declare under penalty of perjury that the foregoing is true and correct.

          **U.S. Bank National Association, as Trustee, successor-in-interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank National Association, as Trustee, for the registered holders of First Union-Lehman Brothers Commercial Mortgage Trust II, Commercial Mortgage Pass-Through Certificates, Series 1997-C2**

By:    CWCapital Asset Management LLC, solely in its capacity as Special Servicer

By: _____
Name:     Demetrios Morakis
Title:     Senior Vice President