IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | **Allowed Claim Num: 5001**<br>**Allowed Claim Amt: 4,712.36** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Danielle Hinson, a creditor in the above-referenced bankruptcy proceeding, has changed her address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Danielle Hinson
113 Pond Street
Apt A
Bristol PA 19007

**New Address**

Danielle Hinson
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

**Old Address [Notice Party(ies)]**

Danielle Hinson
113 Pond Street
Apt A
Bristol PA 19007

**New Address [Notice Party(ies)]**

Danielle Hinson
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: 5/20/15

Respectfully submitted,

*Danielle M Hinson-Johnsto* (signature)
Danielle Hinson

CC_COMP_1pg_v.2