**United States Bankruptcy Court**
**Eastern District of Virginia**
**Richmond Division**
**701 East Broad Street**
**Richmond, VA 23219**

**Case Number** 08–35653–KRH
**Chapter** 11
**Judge** Kevin R. Huennekens

**In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
Debtor: NA

Employer Tax–Identification (EIN) No(s).(if any):
Debtor: 54–0493875

FILED
2015 JUN -5 PM 2: 16
U.S. BANKRUPTCY COURT
RICHMOND DIVISION

**NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript was filed on May 8, 2014 in the above–referenced case, event text as shown below:

Transcript filed Re: Hearing Held 4/23/2014, Remote electronic access to the transcript is restricted until 08/4/2014. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber J&J Court Transcribers, Telephone number 609–586–2311.] [Transcript Purchased by Paula Beran, Esq. / Tavenner & Beran.] (RE: related document(s) [13319] Hearing held; Liquidating Trust's Fifty–Seventh Omnibus Objection to Claims RESOLVED (Re: related document(s)12426 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Paula Beran for Trustee., [13320] Hearing held; Liquidating Trust's Fifty–Eighth Omnibus Objection to Claims (Re: related document(s)12427 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Paula Beran for Trustee.). Notice of Intent to Request Redaction Deadline Due By 05/13/2014. Redaction Request Due By 05/27/2014. Redacted Transcript Submission Due By 06/6/2014. Transcript access will be restricted through 08/4/2014. (Bowen, James)

The parties have [until May 15, 2014] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [May 29, 2014] [21 days from the date of filing of the transcript].

If a request for redaction is filed, the redacted transcript is due [June 9, 2014] [31 days from the date of filing of the transcript].

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [August 6, 2014] [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

William C. Redden
Clerk, United States Bankruptcy Court

Date: May 8, 2014

WHAT IS THE STATUS OF THIS LAWSUIT? THIS IS THE LAST COMMUNICATION WE RECEIVED FROM YOU??
Donald F. Peterson 3/23/15

[ntctranredact.jsp 3/2009]

6/2/15
WHY HAVE I NEVER RECEIVED A REPLY TO THIS INQUIRY?
Donald F. Peterson
donbecky@ptd.net

Donald Peterson
6510 Charles Ct
Macungie PA 18062-8970