# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

In re: Miscellaneous Cases

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Leach Travell Britt pc, by counsel, hereby gives notice that D. Marc Sarata withdraws from the pending cases listed on the attached Exhibit A effective June 12, 2015.

PLEASE TAKE FURTHER NOTICE that Stephen E. Leach will replace D. Marc Sarata as counsel for the creditors in the pending cases listed on Exhibit A.

Dated: June 12, 2015

Respectfully submitted,

LEACH TRAVELL BRITT pc

By: */s/ D. Marc Sarata*
    D. Marc Sarata (Va. Bar No. 68621)

*/s/ Stephen E. Leach*
Stephen E. Leach (Va. Bar No. 20601)
8270 Greensboro Drive, Suite 700
McLean, Virginia  22102
Email:  sleach@ltblaw.com
Telephone:  (703) 584-8900
Facsimile:  (703) 584-8901

## CERTIFICATE OF SERVICE

I hereby certify that, on June 12, 2015, I caused a copy of the foregoing Notice to be served by ELECTRONIC MAIL through the Court's electronic filing system.

*/s/ Stephen E. Leach*
Stephen E. Leach

{LTB-00069218- }
Stephen E. Leach (VSB No. 20601)
LEACH TRAVELL BRITT pc
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 584-8900

## **EXHIBIT A**

| Case No. | Case Title | Date Filed |
|---|---|---|
| 10-34445-KRH | Everett William Andrews | 06/24/2010 |
| 10-36398-KRH | Henry L. Wilton | 09/16/2010 |
| 10-38075-KLP | William B. DuVal | 11/23/2010 |
| 11-35620-KLP | Hugh Hawthorne, Jr. and Nancy R. Hawthorne | 08/31/2011 |
| 13-11157-BFK | Marvcus Patton | 03/14/2013 |
| 14-13416-BFK | Kyeung Guk Min | 09/14/2014 |
| 15-11208-BFK | June Youll Kim | 04/08/2015 |

{LTB-00069218- }