# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**
Donald Peterson
6510 Charles Ct
Macungie, PA 18062

**In re:**  Circuit City Stores, Inc.

**Case Number**   08−35653−KRH
**Chapter**   11

**IN RE:**

*13702* – Letter (re: asking for status of case) filed by Donald Peterson. (Luedecke, Tammy)

**INQUIRY:**

__   Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $11.00, plus 50¢ per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

__   The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

__   Your inquiry has been received. Please submit a search fee in the amount of $30.00, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched**.

__   Your request for photocopies has been received and is being processed. Please see below for any additional details or instructions.

 **X**   The name and address of the Trustee or (Attorney for Debtor) in this case is:
Lynn Tavenner
1015 East Maim St, 1st Fl
Richmond, VA 23219
804−783−8300

__   This case was closed on _____ . [If appropriate: The file has been transferred to the Archives. If you wish the file retrieved, please submit fee in the amount of $64.00 (each additional box $39.00), payable to "Clerk, U. S. Bankruptcy Court", or you may contact the Clerk's Office for additional options.]

__   The following papers are returned to you:

 **X**   Circuit City case No 08−35653 is still a active case any further questions or concerns can be addressed either in writing or you can call the above name and telephone number for further information. Thank you.

Date:  June 12, 2015

CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Tammy Luedecke, Deputy Clerk
Direct Dial Telephone No. 804−916−2425

[iginquiryvDec2013.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                          Chapter 11
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: luedecket          Page 1 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2015.
db            +Circuit City Stores, Inc.,   9950 Mayland Drive,   Richmond, VA 23233-1463
              +Donald Peterson,   6510 Charles Ct,   Macungie, PA 18062-8970

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9908088       ##+Phillip Lee Steele,   1905 James Street,   Apt A,   Durham, NC 27707-2041
                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2015                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2015 at the address(es) listed below:

              Aaron L. Hammer   on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer   on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer   on behalf of Creditor   Virginia Surety Company, Inc. ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer   on behalf of Creditor   Service Saver, Incorporated ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer   on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer   on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
               ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron R. Cahn   on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
               akeith@honigman.com,  tsable@honigman.com
              Albert F. Quintrall   on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins   on behalf of Interested Party   Eatontown Commons Shopping  Center
               ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Interested Party   Arboretum of South Barrington, LLC
               ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Interested Party   AmCap NorthPoint LLC
               ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Interested Party   AmCap Arborland LLC
               ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Creditor   Engineered Structures, Inc.
               ajackins@seyfarth.com
              Alison Ross Wickizer Toepp   on behalf of Creditor   Northern Indianna Public Service Company
               atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Alison Ross Wickizer Toepp   on behalf of Defendant   Sony Computer Entertainment America Inc.,
               A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
               dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Alison Ross Wickizer Toepp   on behalf of Defendant   Energizer Battery, Inc.
               atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Alison Ross Wickizer Toepp   on behalf of Creditor   GRE Grove Street One LLC
               atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com

District/off: 0422-7          User: luedecket          Page 2 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Alison Ross Wickizer Toepp   on behalf of Defendant   Kingston Technology Co., Inc.
    atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
Ambika Joline Biggs   on behalf of Defendant   Scripps Media, Inc. abiggs@bakerlaw.com
Ambika Joline Biggs   on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
Ambika Joline Biggs   on behalf of Defendant   The E.W. Scripps Company d/b/a/ Ventura County
    Star abiggs@bakerlaw.com
Ambika Joline Biggs   on behalf of Defendant   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
Ambika Joline Biggs   on behalf of Defendant   Scripps Networks, LLC d/b/a HGTV.com, d/b/a
    FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
Ambika Joline Biggs   on behalf of Defendant   The National Union Fire Insurance Company of
    Pittsburgh, PA abiggs@bakerlaw.com
Ambika Joline Biggs   on behalf of Defendant   Memphis Publishing Company, dba Commercial Appeal,
    Inc. abiggs@bakerlaw.com
Amy Pritchard Williams   on behalf of Creditor   Cobb Corners II, Limited Partnership
    amy.williams@klgates.com, hailey.andresen@klgates.com
Amy Pritchard Williams   on behalf of Creditor   DIM Vastgoed, N.V. amy.williams@klgates.com,
    hailey.andresen@klgates.com
Amy Pritchard Williams   on behalf of Creditor   Encinitas PFA, LLC amy.williams@klgates.com,
    hailey.andresen@klgates.com
Amy Pritchard Williams   on behalf of Creditor   PrattCenter, LLC amy.williams@klgates.com,
    hailey.andresen@klgates.com
Amy Pritchard Williams   on behalf of Creditor   UTC I, LLC amy.williams@klgates.com,
    hailey.andresen@klgates.com
Amy Pritchard Williams   on behalf of Creditor   Valley Corners Shopping Center, LLC
    amy.williams@klgates.com, hailey.andresen@klgates.com
Andrea Campbell Davison   on behalf of Defendant   Animal Planet, L.P. ADavison@beankinney.com,
    onazar@beankinney.com
Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc.
    ADavison@beankinney.com, onazar@beankinney.com
Andrea Campbell Davison   on behalf of Defendant   Discovery Communications Inc. a/k/a The
    Learning Channel ADavison@beankinney.com, onazar@beankinney.com
Andrea Campbell Davison   on behalf of Defendant   Learning Channel, Inc. ADavison@beankinney.com,
    onazar@beankinney.com
Andrea Campbell Davison   on behalf of Defendant   Wonders Industrial Development (Shenzhen) Co.,
    Ltd. ADavison@beankinney.com, onazar@beankinney.com
Andrea Campbell Davison   on behalf of Defendant   Discovery Communications, Inc.
    ADavison@beankinney.com, onazar@beankinney.com
Andrew Rapp   on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
Andrew A. Jones   on behalf of Interested Party   Farallon Capital Management, L.L.C.
    Andrew@ajoneslaw.com
Andrew Edward Macfarlane   on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org
Andrew Kelly Rudiger   on behalf of Creditor   TKG Coffee Tree, L.P. andrewr@boydhomes.com,
    akrudiger@kaufcan.com
Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. Andrew.Cole@leclairryan.com
Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
    dbonilla@shutts-law.com
Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com
Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
Anitra D. Goodman Royster   on behalf of Creditor   Connexion Technologies
    anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com;
    raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
Ann E. Schmitt   on behalf of Creditor   The Parkes Companies Inc. aschmitt@culbert-schmitt.com
Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
Anne C. Lahren   on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
Anne C. Lahren   on behalf of Defendant   Landmark Media Enterprises LLC, f/k/a Landmark
    Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
    murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
    Management Services, LLC abraucher@mcmillanmetro.com
Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
    Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
    1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
    abraucher@mcmillanmetro.com
Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
    drichards@vanblk.com;kjerald@vanblk.com
Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
    drichards@vanblk.com;kjerald@vanblk.com
Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
    drichards@vanblk.com;kjerald@vanblk.com
Annemarie G. McGavin   on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
    joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com

District/off: 0422-7          User: luedecket          Page 3 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Annemarie G. McGavin    on behalf of Creditor    Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    Dick's Sporting Goods, Inc.
          annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    General Instrument Corporation d/b/a Home &
          Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
          acichello@kb-law.com
          Anthony J. Cichello    on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder
          Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner    on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein    on behalf of Creditor    Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan    on behalf of Creditor    City of Philadelphia achan@hangley.com,
          ecffilings@hangley.com
          Ashley M. McDow    on behalf of Other Professional    Alfred H. Siegel, the Liquidating Trustee of
          Circuit City Stores, Inc. Liquidating Trust amcdow@bakerlaw.com,  mdelaney@bakerlaw.com,
          ffarivar@bakerlaw.com,sgaeta@bakerlaw.com
          Augustus C. Epps, Jr.    on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Generation H One and Two Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Marvin L. Oates Trust aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Roth Tanglewood LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Rolling Acres Plaza Shopping Center
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Macerich Company aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Greenback Associates aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferee    412 South Broadway Realty LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    RREEF Management Company aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
          managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Portland Investment Company of America
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Shopping Center aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Union Square Retail Trust aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Signature Home Furnishings Co. Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Morse-Sembler Villages Partnership #4
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Lexmark International, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Madison Waldorf, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Redtree Properties, L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Drexel Delaware Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland US Management LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Audio Authority Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Lexmark International, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Carousel Center Company, L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
          Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Daniel W. Ramsey aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferor    Manufactures and Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
               Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    International Speedway Square, Ltd.
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    NAP Northpoint, LLC aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Macy's Retail Holdings, Inc. aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Diamond Square, LLC aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Amargosa Palmdale Investments, LLC
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Fingerlakes Crossing, LLC aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park LLC aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Starpoint Property Management, LLC
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Prudential Insurance Company of America
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    American Power Conversion Corp. aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Manufacturers and Traders Trust Company, as
               Trustee aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management,  Inc.
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping Center)
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Thoroughbred Village Tennessee, GP
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Plaintiff   CC-Investors 1995-6 aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing I, LLC aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Associates, Ltd. aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
               St. Paul Pioneer Press aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Inland Continental Property Management Corp.
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Buzz Oates, LLC aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Rancon Realty Fund IV aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management, Inc.
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Catellus Operating Limited Partnership
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Argyle Forest Retail I, LLC aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Westgate Village, LLC aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Defendant   CDW Direct, LLC aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Interested Party   Manufacturers & Traders Trust Company, as
               Trustee aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Sangertown Square, L.L.C. aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Swanblossom Investments, LP aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Donahue Schriber Realty Group, L.P.
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Laurel Plumbing, Inc. aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Generation One and Two, LP aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
               managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,  avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 5 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Augustus C. Epps, Jr.   on behalf of Creditor   Kimco Realty Corporation aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC, Inland American
            Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
            Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
            aepps@cblaw.com, avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Whitestone Development Partners, L.P.
            aepps@cblaw.com, avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   De Rito Pavilions 139, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Defendant    Solutions 2 Go, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Attorney    Christian & Barton, L.L.P. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Defendant    Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership
            aepps@cblaw.com,  avaughn@cblaw.com
            Belkys  Escobar   on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
            bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
            Belkys  Escobar  on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
            bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
            Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
            backerly@hunton.com,  cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
            cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
            cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
            cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
            backerly@hunton.com,  cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
            backerly@hunton.com,  cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Interested Party   Federal Warranty Service Corporation
            backerly@hunton.com,  cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
            backerly@hunton.com,  cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
            cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
            cloving@hunton.com

District/off: 0422-7          User: luedecket          Page 6 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
  cloving@hunton.com
Benjamin Joseph Lambiotte   on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
Bhavik Dalpat Patel   on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
Brad R. Godshall   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
  bgodshall@pszjlaw.com
Bradford F. Englander   on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
  rodom@wtplaw.com
Bradford F. Englander   on behalf of Creditor   Alliance Entertainment Corporation
  benglander@wtplaw.com,  rodom@wtplaw.com
Brenda M. Whinery   on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
Brett Christopher Beehler   on behalf of Creditor   Prince George's County, Maryland
  bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net
Brett Christopher Beehler   on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
  lsansbury@mrrlaw.net
Brian D. Huben   on behalf of Creditor   Prudential Insurance Company of America
  brian.huben@kattenlaw.com,  donna.carolo@kattenlaw.com/LAX-Docket@kattenlaw.com
Brian D. Huben   on behalf of Creditor   The Macerich Company brian.huben@kattenlaw.com,
  donna.carolo@kattenlaw.com/LAX-Docket@kattenlaw.com
Brian D. Huben   on behalf of Creditor   KNP brian.huben@kattenlaw.com,
  donna.carolo@kattenlaw.com/LAX-Docket@kattenlaw.com
Brian D. Huben   on behalf of Creditor   Cousins Properties Incorporated
  brian.huben@kattenlaw.com,  donna.carolo@kattenlaw.com/LAX-Docket@kattenlaw.com
Brian D. Huben   on behalf of Creditor   Watt Management Company brian.huben@kattenlaw.com,
  donna.carolo@kattenlaw.com/LAX-Docket@kattenlaw.com
Brian D. Huben   on behalf of Creditor   RREEF Management Company brian.huben@kattenlaw.com,
  donna.carolo@kattenlaw.com/LAX-Docket@kattenlaw.com
Brian D. Huben   on behalf of Creditor   Foursquare Properties, Inc. brian.huben@kattenlaw.com,
  donna.carolo@kattenlaw.com/LAX-Docket@kattenlaw.com
Brian D. Huben   on behalf of Creditor   Portland Investment Company of America
  brian.huben@kattenlaw.com,  donna.carolo@kattenlaw.com/LAX-Docket@kattenlaw.com
Brian F. Kenney   on behalf of Creditor   Black & Decker (US), Inc. bkenney@milesstockbridge.com
Brian F. Kenney   on behalf of Defendant   JLG Industries, Inc. bkenney@milesstockbridge.com
Brian F. Kenney   on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
Brian F. Kenney   on behalf of Creditor   JLG Industries, Inc. bkenney@milesstockbridge.com
Brian F. Kenney   on behalf of Creditor   Maryland Acquisitions, LLC bkenney@milesstockbridge.com
Brian F. Kenney   on behalf of Defendant   Black & Decker (US), Inc. bkenney@milesstockbridge.com
Brittany Jane Nelson   on behalf of Creditor Karl   Engelke bnelson@foley.com
Byron Z. Moldo   on behalf of Creditor   RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
  tmelendez@ecjlaw.com
Byron Z. Moldo   on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
  tmelendez@ecjlaw.com
Byron Z. Moldo   on behalf of Creditor   The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
  tmelendez@ecjlaw.com
Byron Z. Moldo   on behalf of Creditor   Descanso TIC, LLC bmoldo@ecjlaw.com,
  tmelendez@ecjlaw.com
C. Christopher Meyer   on behalf of Creditor   Wells Fargo Business Credit, Inc. cmeyer@ssd.com
C. Christopher Meyer   on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
Carl A. Eason   on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
Catherine Elizabeth Creely   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas
  Limited Liability Company ccreely@akingump.com
Catherine Elizabeth Creely   on behalf of Creditor   Golfsmith International, L.P.
  ccreely@akingump.com
Catherine Elizabeth Creely   on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
Chang Eugene   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
Charles Gideon Korrell   on behalf of Creditor   Hoprock Limonite, LLC
  c.gideon.korrell@dentons.com,  jocasta.wong@dentons.com/docket.general.lit.sf@dentons.com
Charles W. Chotvacs   on behalf of Creditor   FJL-MVP, LLC cwchotvacs@gmail.com,
  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Uniwest Commercial Realty cwchotvacs@gmail.com,
  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   OTR-Clairemont Square cwchotvacs@gmail.com,
  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Portland Investment Company of America
  cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
  cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
  cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Cousins Properties Incorporated
  cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com

District/off: 0422-7          User: luedecket          Page 7 of 58          Date Rcvd: Jun 12, 2015
                              Form ID: iginqury         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Charles W. Chotvacs    on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs    on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs    on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs    on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs    on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs    on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs    on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs    on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs    on behalf of Creditor    KNP cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs    on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs    on behalf of Creditor    Prudential Insurance Company of America
             cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs    on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs    on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com
            Christian K. Vogel    on behalf of Unknown    G&S Livingston Realty, Inc.
             Christian.Vogel@leclairryan.com,
             kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
            Christian K. Vogel    on behalf of Creditor    Circuit Investors #2, Ltd.
             Christian.Vogel@leclairryan.com,
             kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
            Christian K. Vogel    on behalf of Creditor    Circuit Investors #3, Ltd.
             Christian.Vogel@leclairryan.com,
             kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
            Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC
             Christian.Vogel@leclairryan.com,
             kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
            Christine D. Lynch    on behalf of Creditor    Interstate Augusta Properties LLC
             clynch@goulstonstorrs.com
            Christine D. Lynch    on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
            Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership
             clynch@goulstonstorrs.com
            Christine D. Lynch    on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
            Christine D. Lynch    on behalf of Creditor    S.R. Weiner & Associates Inc.
             clynch@goulstonstorrs.com
            Christine D. Lynch    on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
            Christine McAteer Ford    on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
            Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others
             similarly situated cford@mdpcelaw.com
            Christopher A. Jones    on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
             rodom@wtplaw.com;dgaffey@wtplaw.com
            Christopher A. Jones    on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
             rodom@wtplaw.com;dgaffey@wtplaw.com
            Christopher A. Jones    on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
             rodom@wtplaw.com;dgaffey@wtplaw.com
            Christopher A. Jones    on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
             cajones@wtplaw.com,   rodom@wtplaw.com;dgaffey@wtplaw.com
            Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
             rodom@wtplaw.com;dgaffey@wtplaw.com
            Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kv-legal.com,
             conder@mrcpclaw.com
            Christopher L. Perkins    on behalf of Defendant    Parago Promotional Services, Inc
             christopher.perkins@leclairryan.com,
             sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
             orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
             Tech christopher.perkins@leclairryan.com,
             sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
             orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Gannett Satellite Information Network, Inc.,
             dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
             sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
             orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
             christopher.perkins@leclairryan.com,
             sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
             orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
                Republic christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
                TV christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
                Star christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
              d/b/a Jack of All Games christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    The Daniel Group
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
              Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
              Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
              Two Interactive christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com

District/off: 0422-7          User: luedecket          Page 10 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Movant Nina    Winston christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
          Greenville News christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor    507 Northgate LLC alstc@foster.com,
          ristj@foster.com
          Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
          cbelmonte@ssbb.com,    asnow@ssbb.com,pbosswick@ssbb.com
          Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
          cgp@ballardspahr.com,    summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
          Properties Group cgp@ballardspahr.com,    summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
          cgp@ballardspahr.com,    summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
          cgp@ballardspahr.com,    summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
          cpozmantier@ktbslaw.com,    mtuchin@ktbslaw.com
          Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
          cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;emerho@mhla
          wyers.com;ktlind@mhlawyers.com
          Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
          cpalik@mhlawyers.com,
          cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;emerho@mhla
          wyers.com;ktlind@mhlawyers.com
          Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc. cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
          Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          Curtis G. Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
          cmanchester@reedsmith.com,    shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
          ndysart@ltblaw.com;plaura@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
          individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
          ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
          Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
          ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com

District/off: 0422-7          User: luedecket          Page 12 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a Austin American
           Statesman ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a The Atlanta
           Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a Austin American
           Statesman ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Palm Beach Newspapers, Inc. d/b/a The Palm Beach
           Post ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
           Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
           individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks   on behalf of Debtor   Courchevel, LLC daniel.blanks@nelsonmullins.com,
           luz.roman@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Kinzer Technology, LLC daniel.blanks@nelsonmullins.com,
           luz.roman@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   PRAHS, INC. daniel.blanks@nelsonmullins.com,
           luz.roman@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc.
           daniel.blanks@nelsonmullins.com,   luz.roman@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Mayland MN, LLC daniel.blanks@nelsonmullins.com,
           luz.roman@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Patapsco Designs, Inc. daniel.blanks@nelsonmullins.com,
           luz.roman@nelsonmullins.com
          Daniel F. Blanks   on behalf of Defendant   Circuit City Stores, Inc.
           daniel.blanks@nelsonmullins.com,   luz.roman@nelsonmullins.com
          Daniel F. Blanks   on behalf of Plaintiff   Circuit City Stores, Inc.
           daniel.blanks@nelsonmullins.com,   luz.roman@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   XSStuff, LLC daniel.blanks@nelsonmullins.com,
           luz.roman@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Sky Venture Corp. daniel.blanks@nelsonmullins.com,
           luz.roman@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Circuit City Stores, Inc.
           daniel.blanks@nelsonmullins.com,   luz.roman@nelsonmullins.com
          Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press   on behalf of Defendant   Bensussen Deutsch & Associates, Inc.
           dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
           pressdm@gmail.com
          Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
           dsbushnaq@venable.com
          Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark   on behalf of Defendant   Targus, Inc. darrell.clark@stinsonleonard.com,
           catherine.scott@stinsonleonard.com
          Darrell William Clark   on behalf of Creditor   Waste Management, Inc.
           darrell.clark@stinsonleonard.com,  catherine.scott@stinsonleonard.com
          Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
          David  McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
           ecf@davidgreerlaw.com
          David A. Greer   on behalf of Creditor   Century plaza development corporation
           dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
          David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
           Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
           scilino@chlhf.com
          David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
          David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
           pdyson@jackscamp.com
          David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
           pdyson@jackscamp.com
          David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
           dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Basser-Kaufman dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Developers Diversified Realty Corporation
           dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                David J. Ervin   on behalf of Creditor   Continental Properties Company, Inc.
            dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
                David J. Ervin   on behalf of Creditor   Philips International dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
                David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
                David J. Ervin   on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
                David J. Ervin   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
            Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
                David J. Ervin   on behalf of Creditor   The Woodmont Company dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
                David J. Ervin   on behalf of Creditor   Benderson Development Company, LLC dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
                David J. Ervin   on behalf of Creditor   FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
            RC CA Santa Barbara, LLC dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
                David J. Ervin   on behalf of Creditor   Regency Centers, L.P. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
                David J. Ervin   on behalf of Creditor   Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
                David J. Ervin   on behalf of Creditor   General Growth Properties, Inc. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
                David K. Spiro   on behalf of Defendant   United States Debt Recovery LLC dspiro@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
                David K. Spiro   on behalf of Defendant   eGain Communications Corp., a/k/a Egain Communications
            and Eagin Communications dspiro@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
                David K. Spiro   on behalf of Defendant   United States Debt Recovery III, LLP dspiro@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
                David K. Spiro   on behalf of Transferee   US Debt Recovery LLC dspiro@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
                David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
                David R. Ruby   on behalf of Defendant   SanDisk Corporation druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
                David R. Ruby   on behalf of Defendant   Lite-On Sales & Distribution Inc., also known as LSDI
            druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
                David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
                David R. Ruby   on behalf of Defendant   R-Pac International Corp. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
                David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
                David R. Ruby   on behalf of Defendant   Jasco Products Company, Inc. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
                David R. Ruby   on behalf of Defendant   Lite-On IT Corp. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
                David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
            tleonard@gfrlaw.com
                David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
                David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
                David Wayne Lannetti   on behalf of Defendant   Parrot, Inc. dlannetti@vanblk.com,
            drichards@vanblk.com;mdowns@vanblk.com
                Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
                Dena Sloan Kessler   on behalf of Other Professional   Alfred H. Siegel, the Liquidating Trustee
            of Circuit City Stores, Inc. Liquidating Trust dkessler@bakerlaw.com
                Dena Sloan Kessler   on behalf of Defendant   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
                Dena Sloan Kessler   on behalf of Defendant   The National Union Fire Insurance Company of
            Pittsburgh, PA dkessler@bakerlaw.com
                Dena Sloan Kessler   on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
                Denise S. Mondell   on behalf of Creditor   State of Connecticut, Departments of Labor and
            Revenue Services denise.mondell@ct.gov
                Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services
            denise.mondell@ct.gov
                Dennis T. Lewandowski   on behalf of Movant   Tremor Media, Inc. dtlewand@kaufcan.com
                Dennis T. Lewandowski   on behalf of Creditor   JVC Americas Corp. and JVC Company of America
            dtlewand@kaufcan.com
                Dennis T. Lewandowski   on behalf of Defendant   Tritronics, Inc. dtlewand@kaufcan.com
                Dennis T. Lewandowski   on behalf of Defendant   Maryl Pacific Construction, Inc.
            dtlewand@kaufcan.com
                Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
            America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
                Dennis T. Lewandowski   on behalf of Defendant   Business to Business Solutions, LLC
            dtlewand@kaufcan.com
                Dennis T. Lewandowski   on behalf of Defendant   I/O Magic Corporation dtlewand@kaufcan.com
                Dennis T. Lewandowski   on behalf of Defendant   Vance Baldwin, Inc. dtlewand@kaufcan.com
                Dennis T. Lewandowski   on behalf of Counter-Claimant   Konami Digital Entertainment, Inc.
            dtlewand@kaufcan.com
                Dennis T. Lewandowski   on behalf of Creditor   Vance Baldwin, Inc. dtlewand@kaufcan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Dennis T. Lewandowski   on behalf of Creditor   Tritronics, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Defendant   iProspect.com Inc. dtlewand@kaufcan.com
              Denyse  Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Transferee   Korea Export Insurance Corporation
              dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Creditor   City of Rancho Cucamonga dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Creditor   Principal Life Insurance Company dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Creditor   Sima Products Corp. dsabagh@duanemorris.com
              Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District
              caaustin@comcast.net
              Dion W. Hayes   on behalf of Debtor   Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
              dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Circuit City Properties, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Sky Venture Corp. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Defendant   Circuit City Stores, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Orbyx Electronics, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Kinzer Technology, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Patapsco Designs, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   XSStuff, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Courchevel, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Circuit City Stores PR, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   PRAHS, INC. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Ventoux International, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   CC Aviation, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Circuit City Stores, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   InterTAN, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Mayland MN, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
              Dominic L. Chiariello   on behalf of Creditor Donovan  Dunwell dc@chiariello.com
              Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects
              dludman@brownconnery.com
              Douglas  Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor   Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Climate Design Systems BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor   PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Besam USA Inc. f/k/a Besam Automated Entrance Systems,
              Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor   Pasadena Independent School District
              BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Transferee   CPH Investments III, LLC BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor   Interactive Toy Concepts, Inc
              BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Electronic Process Solutions d/b/a EPS Texas
              BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Russellville Steel Company, Inc.
              BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Merrimack Valley Corp. BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Merrimack Valley Sheet Metal Corporation
              BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor   WCC Properties BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Hannspree North America, Inc., f/k/a Hannspree
              California, Inc. BankruptcyCounsel@gmail.com
              Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
              dkappler@rdwlawcorp.com
              Douglas M. Foley   on behalf of Debtor   Circuit City Purchasing Company, LLC
              dfoley@mcguirewoods.com,  jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   Mayland MN, LLC dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   Patapsco Designs, Inc. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   XSStuff, LLC dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   Ventoux International, Inc. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   Courchevel, LLC dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   CC Aviation, LLC dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   InterTAN, Inc. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc.
              dfoley@mcguirewoods.com,  jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   Orbyx Electronics, LLC dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com

District/off: 0422-7          User: luedecket          Page 15 of 58          Date Rcvd: Jun 12, 2015
                              Form ID: iginqury        Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
            dfoley@mcguirewoods.com,    jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
            dfoley@mcguirewoods.com,    jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
            dfoley@mcguirewoods.com,    jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P.
            dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Philadelphia Television Station WPSG Inc.
            dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc.
            dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
            dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Meredith Corporation dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation
            dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc.
            dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Corporation dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc.
            dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
            and KGW-TV dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
            dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company
            dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P.
            dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com
          Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
            mayle@hooverslovacek.com
          Elizabeth Banda Calvo    on behalf of Creditor    City of Hurst, Mansfiled ISD, Carroll ISD
            ebcalvo@pbfcm.com,    rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth Banda Calvo    on behalf of Creditor    City of Cedar Hill, Burleson ISD, Arlington ISD
            ebcalvo@pbfcm.com,    rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth Banda Calvo    on behalf of Creditor    City of Lake Worth ebcalvo@pbfcm.com,
            rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
            wenditaylor@toase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company
             elizabeth.gunn@dss.virginia.gov,    bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
             Gazette egunn@sandsanderson.com,    bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
             bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
             bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor Mikael    Salovaara elizabeth.gunn@dss.virginia.gov,
             bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
             bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
             bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1
             elizabeth.gunn@dss.virginia.gov,    bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor    City of Philadelphia elizabeth.gunn@dss.virginia.gov,
             bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
             egunn@sandsanderson.com,    bankruptcy@dss.virginia.gov
          Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedumspring.com,
             ramona.neal@hp.com;ken.higman@hp.com
          Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com
          Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
             klgatesbankruptcy@klgates.com
          Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
             schnabel.eric@dorsey.com,    glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Mississippi, Inc. schnabel.eric@dorsey.com,
             glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Arkansas, Inc. schnabel.eric@dorsey.com,
             glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Louisiana, LLC schnabel.eric@dorsey.com,
             glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Texas, Inc. schnabel.eric@dorsey.com,
             glorioso.alessandra@dorsey.com
          Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
          Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
             emorabito@pattonboggs.com
          Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor Yvette    Mack ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
             ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
             Service of North Carolina ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
             ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
             ffm@bostonbusinesslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP
          fpepler@peplermastromonaco.com
          Franklin R. Cragle, III   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
          Franklin R. Cragle, III   on behalf of Creditor   United States Debt Recovery, LLC
          fcragle@hf-law.com
          Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue
          rudzikf@dor.state.fl.us
          Fredrick J. Levy   on behalf of Creditor   ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
          mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
          mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon   on behalf of Creditor   Placer County glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Arlington ISD, et al. glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Riverside County California glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   San Bernardino County glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Glenmoor Limited Partnership glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Monterey County glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
          glaymon@mglspc.com,   jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Lake County (Florida) Tax Collector
          glaymon@mglspc.com,   jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com,
          jcoffman@mglspc.com
          Gary E. Mason   on behalf of Plaintiff Marlon   Mondragon gmason@wbmllp.com
          Gary E. Mason   on behalf of Creditor Marlon   Mondragon gmason@wbmllp.com
          Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,   calendar@fbm.com
          Gary V. Fulghum   on behalf of Creditor   John Rohrer Contracting Company, Inc.
          gfulghum@sblsg.com,   jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
          jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum   on behalf of Creditor   Lang Construction, Inc. gfulghum@sblsg.com,
          jschmeltz@sblsg.com;jrapp@sblsg.com
          Gerald P. Kennedy, &#096   on behalf of Attorney   Plaza Las Palmas, LLC
          gerald.kennedy@procopio.com,   kristina.terlaga@procopio.com;calendaring@procopio.com
          Gerald P. Kennedy, &#096   on behalf of Creditor   Plaza Las Palmas, LLC
          gerald.kennedy@procopio.com,   kristina.terlaga@procopio.com;calendaring@procopio.com
          Gerald P. Kennedy, &#096   on behalf of Creditor   Plaza Las Palmas LLC., Store 449
          gerald.kennedy@procopio.com,   kristina.terlaga@procopio.com;calendaring@procopio.com
          German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
          alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
          notices@becket-lee.com
          Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
          Corp Card notices@becket-lee.com
          Gilbert D. Sigala   on behalf of Creditor John   Batioff sigalawl@aol.com
          Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          gbrown@pszjlaw.com
          Gina Baker Hantel   on behalf of Defendant   State of Tennessee Department of Revenue,through
          Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
          agbankcal@ag.tn.gov
          Gina Baker Hantel   on behalf of Creditor   Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund
          gfornario@nixonpeabody.com,   khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
          christine@virginia-lawyers.net
          Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
          ggrant@shulmanrogers.com,   lsmith@shulmanrogers.com
          H. Elizabeth Weller   on behalf of Creditor   Smith County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
          Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown   on behalf of Creditor   Westgate Village, LP heather@hdbrownlaw.com,
          jwest@kkgpc.com
          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
          Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey, Division of Taxation
          Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr   on behalf of Defendant   Mannington Carpets, Inc., d/b/a Mannington
          Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,   droberts1949@live.com

District/off: 0422-7          User: luedecket          Page 18 of 58          Date Rcvd: Jun 12, 2015
                              Form ID: iginqury          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Henry Buswell Roberts, Jr   on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
                Group, Inc. hbroberts@live.com,  droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Creditor    Suemar hbroberts@live.com,
                droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
                Corporation hbroberts@live.com,  droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
                ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
                droberts1949@live.com
              Henry P. Baer   on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
                csommer@fdh.com
              Henry Pollard Long, III   on behalf of Defendant    Panasonic Corporation of North America
                hlong@hunton.com,  tcanada@hunton.com
              Henry Pollard Long, III   on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com,
                tcanada@hunton.com
              Henry Pollard Long, III   on behalf of Interested Party    Parker Central Plaza Ltd
                hlong@hunton.com,  tcanada@hunton.com
              Henry Pollard Long, III   on behalf of Creditor    Panasonic Corporation of North America
                hlong@hunton.com,  tcanada@hunton.com
              Henry Pollard Long, III   on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com,
                tcanada@hunton.com
              Henry Pollard Long, III   on behalf of Interested Party    Food Lion LLC hlong@hunton.com,
                tcanada@hunton.com
              Henry Pollard Long, III   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
                hlong@hunton.com,  tcanada@hunton.com
              Henry Pollard Long, III   on behalf of Creditor    Taubman Auburn Hills Associates Limited
                Partnership hlong@hunton.com,  tcanada@hunton.com
              Henry Pollard Long, III   on behalf of Creditor    H & R REIT (U.S.) Holdings Inc.
                hlong@hunton.com,  tcanada@hunton.com
              Henry Pollard Long, III   on behalf of Creditor    Harvest/HPE LP hlong@hunton.com,
                tcanada@hunton.com
              Henry Pollard Long, III   on behalf of Interested Party    CCDC Marion Portfolio, L.P.
                hlong@hunton.com,  tcanada@hunton.com
              Henry Pollard Long, III   on behalf of Interested Party    Federal Warranty Service Corporation
                hlong@hunton.com,  tcanada@hunton.com
              Howard J. Grossman   on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
                howard.j.grossman@chase.com
              Ian S. Landsberg   on behalf of Creditor    Torrance Towne Center Associates, LLC
                ilandsberg@landsberg-law.com
              Ian S. Landsberg   on behalf of Creditor    FJL-MVP, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg   on behalf of Creditor    NMC Stratford, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg   on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@landsberg-law.com
              J. Christian Word   on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
                chefiling@lw.com;robert.klyman@lw.com
              J. Christian Word   on behalf of Liquidator    Hilco Merchant Resources, LLC
                chefiling@lw.com;robert.klyman@lw.com
              J. David Folds   on behalf of Defendant    Fabrik, Inc. dfolds@bakerdonelson.com,
                sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant    Simpletech, Inc. dfolds@bakerdonelson.com,
                sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant    Interactive Communications International, Inc.
                dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant    Hitachi Global Storage Technologies, Inc.
                dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant    Western Digital Technologies, Inc.
                dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
              Jackson David Toof   on behalf of Defendant    Discovery Communications, Inc.
                jackson.toof@arentfox.com
              Jackson David Toof   on behalf of Creditor    Discovery Communications, Inc.
                jackson.toof@arentfox.com
              Jaime Sue Dibble   on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com,
                lbigus@stinson.com
              James D. Newbold   on behalf of Creditor    State of Illinois, Department of Revenue
                James.Newbold@illinois.gov
              James D. Newbold   on behalf of Counter-Claimant    State of Illinois Department of Revenue,
                through Brian Hamer, its Director James.Newbold@illinois.gov
              James E. Clarke   on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust
                vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
              James E. Clarke   on behalf of Interested Party    Brick-70, LLC vaecf@atlanticlawgrp.com,
                rbailey@atlanticlawgrp.com
              James H. Rollins   on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
                avis.francis@hklaw.com
              James J. Briody   on behalf of Creditor    Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
                kim.smith@sablaw.com
              James J. Briody   on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
                kim.smith@sablaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              James J. Briody   on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
              eanderson@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;hcut
              right@spottsfain.com
              James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
              ncoton@beankinney.com
              James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
              ncoton@beankinney.com
              James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
              jlombardi@rossbanks.com,  acole@rossbanks.com
              James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
              of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
              James Winston Burke   on behalf of Creditor   MiTAC Digital Corp. (Magellan) jburke@milbank.com
              James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA
              Inc. jburke@milbank.com
              James Winston Burke   on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP
              jburke@milbank.com
              James Winston Burke   on behalf of Defendant   MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
              jburke@milbank.com
              James Winston Burke   on behalf of Creditor   Nintendo of America, Inc. jburke@milbank.com
              James Winston Burke   on behalf of Defendant   MiTAC Digital Corporation, individually and
              including in its capacity as successor to Magellan Navigation, Inc. jburke@milbank.com
              James Winston Burke   on behalf of Defendant   Nintendo of America, Inc. jburke@milbank.com
              Jamie M. Konn   on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
              jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
              Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
              jamie.konn@dlapiper.com,  jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
              Janet M. Meiburger, Esq.   on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
              Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
              admin@meiburgerlaw.com
              Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
              ecf@krcl.com
              Jason B. Binford   on behalf of Creditor   Phoenix Property Company jbinford@krcl.com,
              ecf@krcl.com
              Jason M. Krumbein   on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;tcarper@krumbeinlaw.com
              Jason M. Krumbein   on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;tcarper@krumbeinlaw.com
              Jason M. Krumbein   on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;tcarper@krumbeinlaw.com
              Jason M. Krumbein   on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;tcarper@krumbeinlaw.com
              Jason William Harbour   on behalf of Defendant   Virgin Mobile USA, L.P. jharbour@hunton.com,
              tcanada@hunton.com
              Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
              jharbour@hunton.com,  tcanada@hunton.com
              Jeffrey  Scharf   on behalf of Creditor   County of Spokane jeff@taxva.com,
              tacspc@gmail.com:amanda@taxva.com
              Jeffrey  Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
              tacspc@gmail.com:amanda@taxva.com
              Jeffrey  Scharf   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
              jeff@taxva.com,  tacspc@gmail.com:amanda@taxva.com
              Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
              Jeff.Klusmeier@ago.mo.gov,  Michelle.Hirschvogel@ago.mo.gov
              Jeffrey I. Snyder   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
              jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   LNR Partners, Inc. jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
              jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
              jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited
              Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
            Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
              dwineinger@taftlaw.com;ecfclerk@taftlaw.com
            Jeffrey J. Graham   on behalf of Creditor   Washington Corner, LP jgraham@taftlaw.com,
              dwineinger@taftlaw.com;ecfclerk@taftlaw.com
            Jeffrey L. Tarkenton   on behalf of Creditor   Amcor Sunclipse North America jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
            Jeffrey L. Tarkenton   on behalf of Defendant   Gateway US Retail, Inc. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
            Jeffrey L. Tarkenton   on behalf of Defendant   Acer America Corporation jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
            Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corporation
              jtarkenton@wcsr.com,  kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
            Jeffrey L. Tarkenton   on behalf of Defendant   The Insurance Company of the State of
              Pennsylvania jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
            Jeffrey L. Tarkenton   on behalf of Defendant   Specific Media LLC jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
            Jeffrey L. Tarkenton   on behalf of Defendant   MaineToday Media, Inc. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
            Jeffrey L. Tarkenton   on behalf of Defendant   Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
            Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corp.
              jtarkenton@wcsr.com,  kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
            Jeffrey L. Tarkenton   on behalf of Creditor   Gateway, Inc. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
            Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
            Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
            Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jeffreymsherman@gmail.com,
              emoyer@bsgfdlaw.com;jetsikerdanos@lerchearly.com
            Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
              Creditors jpomerantz@pszjlaw.com
            Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
              dennisj@ballardspahr.com, pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
              dennisj@ballardspahr.com, pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
              pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
              dennisj@ballardspahr.com, pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
              pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
              dennisj@ballardspahr.com, pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
              dennisj@ballardspahr.com, pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
              dennisj@ballardspahr.com, pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
              pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
              pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
              pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
              dennisj@ballardspahr.com, pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
              dennisj@ballardspahr.com, pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
              dennisj@ballardspahr.com, pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
              dennisj@ballardspahr.com, pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
              dennisj@ballardspahr.com, pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
              dennisj@ballardspahr.com, pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
              dennisj@ballardspahr.com, pollack@ballardspahr.com
            Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com

District/off: 0422-7          User: luedecket          Page 21 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jenelle Marie Dennis    on behalf of Creditor    OTR-Clairemont Square dennisj@ballardspahr.com,
              pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    KNP dennisj@ballardspahr.com,
              pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Manteca Stadium Park, L.P.
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jennifer Langan    on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore    on behalf of Defendant    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated
              jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor Yvette Mack jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Louisiana, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Mississippi, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca Cola Bottling Co. Consolidated
              jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    South Carolina Electric & Gas Company and Public
              Service of North Carolina jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
              jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
              Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;j
              donaldson@spottsfain.com;hwilson@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
              jkneeland@linowes-law.com,  klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com,
              klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
              jkneeland@linowes-law.com,  klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
              jkneeland@linowes-law.com,  klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Swift-Train Company jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
            jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
            Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
            Bee jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
            jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
            jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
            jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
            jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
            jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
            jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
            jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
            jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
            jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
            Inland Pacific Property Services LLC) jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
            jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
            jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
            Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
            jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
            Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
            jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
            jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: luedecket          Page 23 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Defendant   Carlson Marketing Worldwide, Inc., fka
          Carlson Marketing Group, Inc. jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Memorial Square 1021, L.L.C.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Lexington Herald-Leader jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Sparkleberry Two Notch, LLC
          Jennifer McLain McLemore    on behalf of Creditor   RPAI Southwest Management LLC (f/k/a Inland
          Southwest Management LLC) jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   P/A Acadia Pelham Manor, LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Shops at Kildeer, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Columbia Equities Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   De Rito Partners Development, Inc.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Sugar Land Colony Liimted
          Partnership jmclemoreecbla.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   GC Acquisition Corp. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Lake Worth Towne Crossing
          Limited Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Southwest Management LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor Alexander H Bobinski jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western San Antonio HW Limited
          Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Digital Innovations, LLC on Behalf of VonWin
          Capital Management, LP jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Washington Commons Associates
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Capital Centre LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   RD Bloomfield Associates Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Parker Central Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Gateway Center Properties III, LLC and SMR
          Gateway III, LLC as tenants in common jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Southeast Darien jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Mount Berry Square, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Nashville Electric Service jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Commercial Property Management,  Inc.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   N.P. Huntsville Limited Liability Company
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Traverse City, L.L.C.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   The McClatchy Company d/b/a The Kansas City
          Star jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Spirit Delivery and Distribution Services,
          Inc. jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Prudential Insurance Company of America
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Cameron Bayonne, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   KNP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   CC Properties LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee   412 South Broadway Realty LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Avondale McDowell, L.L.C
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western College Station Gateway Limited
          Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Brighton Commercial, L.L.C.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party   Sacramento Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   McClatchy Newspapers, Inc. dba The State
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: luedecket          Page 24 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: igingury        Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Transferee   IMCC Sunland, L.L.C. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
              jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
              jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
              jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
              LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
              d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
              Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
              American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
              Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
              Cameron Bayonne, LLC) jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
              jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
              jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
              News, aka The Sun News jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
              jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
              Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
              Center) jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
              jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
              Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
              LaSalle National Bank jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jennifer McLain McLemore     on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
              Center jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Inland Western Southlake Corners Limited
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Rolling Acres Plaza Shopping Center
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
              Idaho Statesman jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Generation H One and Two Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    The Leben Family Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Defendant    Hamilton Beach Brands, Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
              Eagle jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Interested Party    San Luis Obispo Tribune
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Computer Resource Team, Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    LaSalle Bank National Association, as trustee
              for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Swanblossom Investments, LP
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Transferor    Manufactures and Traders Trust Company, as
              Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Inland Western Austin Southpark Meadows II
              Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    International Speedway Square, Ltd.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Lexmark International, Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Defendant    Media General Operations, Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Landover (Landover Crossing), LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    Columbia State jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Interested Party    James H. Wimmer, Jr., personally
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore     on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
              Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7           User: luedecket           Page 26 of 58          Date Rcvd: Jun 12, 2015
                              Form ID: iginqury          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
           Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
           acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-l jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
           Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
           Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-l, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
           nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
           acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
           jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
           Obispo County Tribune jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
          as Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RioCan Austin Southpark Meadows II Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
          calirm@haslaw.com
          Jeremy Brian Root    on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
          egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
          jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Information Systems, Inc.
          jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor    Washington Green TIC jeremy.friedberg@llff.com,
          ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Williams    on behalf of Creditor    Magna Trust Company, Trustee
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
          lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    SDI Technologies, Inc.
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
          lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
          lynda.wood@kutakrock.com
          Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector
          jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Martin    on behalf of Interested Party    McCandlish Holton, PC
          jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Martin    on behalf of Creditor    Travis County Texas jeremymartin2007@gmail.com,
          jmartin@weststarmortgage.com
          Jeremy W. Ryan    on behalf of Creditor    First Industrial Realty Trust, Inc. jryan@saul.com
          Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall    on behalf of Defendant    Sanyo Fisher Co., a Division of Sanyo North America
          Corp. jerryhall10@hotmail.com
          Jess R. Bressi    on behalf of Creditor    RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
          Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes    on behalf of Interested Party    AmCap NorthPoint LLC jhughes@seyfarth.com,
          swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes    on behalf of Interested Party    Arboretum of South Barrington, LLC
          jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes    on behalf of Interested Party    Eatontown Commons Shopping  Center
          jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes    on behalf of Interested Party    AmCap Arborland LLC jhughes@seyfarth.com,
          swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson    on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
          Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate
          jsaronson@ridberglaw.com
          Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
          Joel T. Marker    on behalf of Creditor    Parker Bullseye, LLC joel@mbt-law.com
          John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought
          jraftery@offitkurman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

John C. Smith   on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
          Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
John C. Smith   on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
          Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
John C. Smith   on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          jfiero@pszjlaw.com
John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
          wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;jhill@wmlawgroup.com
John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@wmlawgroup.com,
          wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;jhill@wmlawgroup.com
John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@wmlawgroup.com,
          wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;jhill@wmlawgroup.com
John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
          jmcintyre@wmlawgroup.com,  wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;jhill@wmlawgroup.com
John D. McIntyre   on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
          wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;jhill@wmlawgroup.com
John D. McIntyre   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
          jmcintyre@wmlawgroup.com,  wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;jhill@wmlawgroup.com
John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
          pjf@carmodymacdonald.com
John E. Lucian   on behalf of Creditor   VIWY, L.P. lucian@blankrome.com
John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
          lucian@blankrome.com
John G. McJunkin   on behalf of Creditor   Marc Realty jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
John G. McJunkin   on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
          jmcjunkin@bakerdonelson.com,  sparson@bakerdonelson.com
John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
John G. McJunkin   on behalf of Creditor   FT Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
John G. McJunkin   on behalf of Creditor   427 Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
John G. McJunkin   on behalf of Creditor   Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
John J. Lamoureux   on behalf of Creditor   Amore Construction Company jlamoureux@cfjblaw.com,
          delliott@cfjblaw.com;tpaecf@cfdom.net
John J. Trexler   on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
          jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
John M. Craig   on behalf of Creditor   Duke Energy Kentucky, Inc. johncraigg@aol.com,
          russj4478@aol.com
John M. Craig   on behalf of Defendant   Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor   Duke Energy Ohio, Inc. johncraigg@aol.com,
          russj4478@aol.com
John M. Craig   on behalf of Creditor   Long Island Lighting Company d/b/a LIPA
          johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor   Dominion Hope johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor   Central Georgia Electric Membership Corporation
          johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor   Southwest Gas Corporation johncraigg@aol.com,
          russj4478@aol.com
John M. Craig   on behalf of Creditor   New York State Electric and Gas Corporation
          johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor   Michigan Consolidated Gas Company johncraigg@aol.com,
          russj4478@aol.com
John M. Craig   on behalf of Creditor   Carolina Power & Light Company d/b/a Progress Energy
          Carolinas johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor   Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor   Connecticut Light and Power Company johncraigg@aol.com,
          russj4478@aol.com
John M. Craig   on behalf of Creditor   Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor   Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor   Piedmont Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
John M. Craig   on behalf of Creditor   Toledo Edison Company johncraigg@aol.com,
          russj4478@aol.com
John M. Craig   on behalf of Creditor   Southern Connecticut Gas Company johncraigg@aol.com,
          russj4478@aol.com
John M. Craig   on behalf of Creditor   Duke Energy Indiana, Inc. johncraigg@aol.com,
          russj4478@aol.com
John M. Craig   on behalf of Defendant   Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John M. Craig   on behalf of Defendant   Pro-Pave Sealcoat Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern California Edison Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   Yankee Gas Services Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   Orange and Rockland Utilities johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Detroit Edison Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   KeySpan Gas East Corporation johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Natural Gas Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Cleveland Electric Illuminating Company
             johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Carolinas, LLC johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Company of New Hampshire
             johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion
             Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Narragansett Electric Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Brooklyn Union Gas Company d/b/a National Grid NY
             johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Electric And Gas Company
             johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Massachusetts Electric Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   Florida Power Corporation d/b/a Progress Energy Florida
             johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Niagara Mohawk Power Corporation johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Granite State Electric johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   Jersey Central Power & Light Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Metropolitan Edison Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   Consolidated Edison Company of New York, Inc.
             johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Western Massachusetts Electric Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   Salt River Project johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   American Electric Power johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   Commonwealth Edison Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   Retail Property Group, Inc. johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   Jackson EMC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant   ASM Capital III, L.P. johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   Pennsylvania Electric Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor   EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
             johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   SimVest Real Estate II, LLC johncraigg@aol.com,
             russj4478@aol.com
          John P. Van Beek   on behalf of Defendant   Cosco, Inc., d/b/a Cosco Air Conditioning and
             Refrigeration jvanbeek@goldmanvanbeek.com,
             awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
             vanbeek.com
          John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
             awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
             vanbeek.com
          John P. Van Beek   on behalf of Creditor   WEC 96D Niles Investment Trust
             jvanbeek@goldmanvanbeek.com,
             awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
             vanbeek.com
          John P. Van Beek   on behalf of Creditor   TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
             awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
             vanbeek.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John T. Farnum    on behalf of Creditor    Bell Microproducts, Inc. jfarnum@linowes-law.com,
           gduvall@linowes-law.com;klevie@linowes-law.com
          John T. Farnum    on behalf of Defendant    Ashley Furniture Industries, Inc.
           jfarnum@linowes-law.com, gduvall@linowes-law.com;klevie@linowes-law.com
          John T. Husk    on behalf of Defendant    Casco Corporation johnhusk@aol.com,    nre98@aol.com
          Jonathan L. Hauser    on behalf of Defendant    Klipsch Audio Technologies LLC
           jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser    on behalf of Defendant    CENVEO, Inc. jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser    on behalf of Defendant    Velocity Micro, Inc.
           jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser    on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser    on behalf of Defendant    Stampede Presentation Products, Inc.
           jonathan.hauser@troutmansanders.com
          Jonathan T. Cain    on behalf of Defendant    Zoo Entertainment, Inc. jtcain@mintz.com,
           kcraun@mintz.com
          Jonathan T. Cain    on behalf of Defendant    InVNT, LLC jtcain@mintz.com,   kcraun@mintz.com
          Jonathan T. Cain    on behalf of Defendant    Zoo Games, Inc. f/k/a Destination Software, Inc.
           jtcain@mintz.com,   kcraun@mintz.com
          Jorge A. Ortiz    on behalf of Defendant    Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
          Joseph M. DuRant    on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan    on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire
           Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins, 11    USTPRegion04.RH.ECF@usdoj.gov
          Judy Bamberger Calton    on behalf of Defendant    DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano    on behalf of Creditor    AT&T Capital Services, Inc.
           quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie Ann Quagliano    on behalf of Defendant    Kent H. Landsberg of Dallas, LP (
           quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie Ann Quagliano    on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
           harvell@seeger-law.com
          Julie Ann Quagliano    on behalf of Creditor    AT&T quagliano@seeger-law.com,
           harvell@seeger-law.com
          Julie Ann Quagliano    on behalf of Defendant    Paris Business Products, Inc.
           quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie Ann Quagliano    on behalf of Defendant    Amcor Packaging Distribution, Inc., d/b/a Amcor
           Sunclispe North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
           quagliano@seeger-law.com,   harvell@seeger-law.com
          Justin F. Paget    on behalf of Defendant    The Seattle Times Company jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget    on behalf of Defendant    Hunton & Williams, LLP jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget    on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget    on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget    on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
           Inc. jpaget@hunton.com,   tcanada@hunton.com
          Justin F. Paget    on behalf of Defendant    Wynit, Inc. jpaget@hunton.com,   tcanada@hunton.com
          Justin F. Paget    on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
           Liberate Your Brand jpaget@hunton.com,   tcanada@hunton.com
          Kalina Boyanova Miller    on behalf of Creditor    First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com,   rours@wileyrein.com
          Kalina Boyanova Miller    on behalf of Creditor    Greater Orlando Aviation Authority
           kmiller@wileyrein.com,   rours@wileyrein.com
          Kan C. Farand    on behalf of Creditor    Alameda County Treasurer kan@acgov.org
          Karen L. Gilman    on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley    on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Karen M. Crowley    on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Ken  Coleman    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad    on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
          Kenneth R. Rhoad    on behalf of Defendant    Actionlink, LLC krhoa@gebsmith.com
          Kevin A. Lake    on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
           County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
           District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Madcow International Group Limited
           klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
           Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
           Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Harris County klake@mcdonaldsutton.com

District/off: 0422-7          User: luedecket          Page 31 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kevin A. Lake     on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
          District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
          District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake     on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake     on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake     on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake     on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake     on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake     on behalf of Creditor    Pima County klake@mcdonaldsutton.com
          Kevin A. Lake     on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk     on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk     on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk     on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
          Kevin L. Sink     on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    NBT Bank, N.A. knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Carousel Center Company, L.P. knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Mount Berry Square, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Sangertown Square, L.L.C. knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    EklecCo NewCo, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Landover (Landover Crossing), LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Fingerlakes Crossing, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
          krm@mccarthywhite.com,   wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran     on behalf of Defendant    New World Communications of Detroit, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran     on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran     on behalf of Defendant    NW Communications of Phoenix, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran     on behalf of Defendant    NW Communications of Texas, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran     on behalf of Defendant    Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran     on behalf of Defendant    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran     on behalf of Defendant    New World Communications of Atlanta, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran     on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran     on behalf of Defendant    New World Communications of Tampa, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran     on behalf of Defendant    Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran     on behalf of Defendant    KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
          sprescott@idalaw.com
          Kimberly A. Pierro     on behalf of Creditor    Schottenstein Property Group, Inc.
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly A. Pierro     on behalf of Creditor    Cole CC Groveland FL, LLC
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly Sullivan Walker     on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
          Kimberly Sullivan Walker     on behalf of Creditor    LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com

District/off: 0422-7          User: luedecket          Page 32 of 58          Date Rcvd: Jun 12, 2015
                              Form ID: iginqury         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
              for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
              kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
              kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    Wells Fargo Bank, N.A kwalker@fulbright.com,
              kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
              LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
          Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@kdblawfirm.com,
              Carla@KDBLawFirm.com
          Kristen E. Burgers    on behalf of Creditor    ORIX Capital Markets, LLC kburgers@ltblaw.com
          Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC kburgers@ltblaw.com
          Kristin  Elliott    on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
          Kristin  Elliott    on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak    on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
          Laura  Otenti    on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz    on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
              eappelstein@ltblaw.com
          Lawrence H. Glanzer    on behalf of Creditor    Citrus Park CC, LLC glanzer@rgblawfirm.com,
              Margaret@rgblawfirm.com
          Leon Y. Tuan    on behalf of Creditor    TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard  Starr    on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com,
              gadams@Starr-Law.com
          Leonidas  Koutsouftikis    on behalf of Creditor    Washington Real Estate Investment Trust
              lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba    on behalf of Defendant    Network Engineering Technologies, Inc.
              lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Interested Party    American Computer Development, Inc.
              regenhardtl@gmail.com
          Linda Dianne Regenhardt    on behalf of Defendant    EVGA.com Corp. regenhardtl@gmail.com
          Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
              nkatzen@reedsmith.com
          Linda Sharon Broyhill    on behalf of Creditor    La Frontera Village, L.P. lbroyhill@reedsmith.com,
              nkatzen@reedsmith.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Caguas LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    CSI Construction Company lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Wayne VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Lang Construction, Inc. lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BevCon I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant    Vornado Realty Trust lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Reverend Dwayne Funches lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
              Partnership lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    VNO TRU Dale Mabry, LLC lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BBP-Muncy LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Chatham County, GA Tax Commissioner lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    PrattCenter, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Amherst VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    John Rohrer Contracting Company, Inc. lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Chatham County Tax Commissioner lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Monument Consulting, LLC lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,  lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Lisa Hudson Kim   on behalf of Creditor    Route 146 Millbury LLC lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    NPP Development LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    Hillson Electric Incorporated lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    T. J. Maxx of CA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
               of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    Interstate Augusta Properties LLC lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    DEV Limited Partnership lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    UTC I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    BPP-SC LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    BPP-OH LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    BPP-NY LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Movant   Colonial Heights Holdings, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa P. Sumner   on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com,
               ltrast@poyners.com
             Loc  Pfeiffer   on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com
             Loc  Pfeiffer   on behalf of Creditor    Schottenstein Property Group, Inc.
               loc.pfeiffer@kutakrock.com
             Louis E. Dolan, Jr.   on behalf of Creditor   Greystone Data Systems, Inc.
               LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com
             Louis E. Dolan, Jr.   on behalf of Plaintiff   Greystone Data Systems, Inc.
               LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com
             Louis E. Dolan, Jr.   on behalf of Creditor    TomTom, Inc. LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com
             Louis E. Dolan, Jr.   on behalf of Defendant    TomTom, Inc. LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com
             Louis E. Dolan, Jr.   on behalf of Creditor    California Self-Insurers' Security Fund
               LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com
             Lucy L. Thomson   lthomson2@csc.com
             Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
             Lyndel A. Mason   on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com,
               chps.ecfnotices@gmail.com
             Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
               sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
             Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
               sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
             Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               ltavenner@tb-lawfirm.com,
               sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com

District/off: 0422-7          User: luedecket          Page 34 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Lynn L. Tavenner    on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
          ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
          Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Madeleine C. Wanlsee    on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    AOL LLC mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advertising.com Inc. mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising Inc. mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising, Inc., fka Platform-A Inc.
          mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    Superstation, Inc. mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Accent Energy California LLC
          mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advance Real Estate Management, LLC
          mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman    on behalf of Plaintiff Marlon  Mondragon mbusman@busmanandbusman.com,
          kjaros@busmanandbusman.com
          Marc A. Busman    on behalf of Creditor Marlon  Mondragon mbusman@busmanandbusman.com,
          kjaros@busmanandbusman.com
          Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan    on behalf of Creditor    CC Partners NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan    on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 LAWENCE  ROAD , LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
          mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Unknown    Sutherland Asbill & Brennan LLP
          mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
          of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
          holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Transferee    CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
          PARTNERSHIP mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    C1 West Mason Street LLC mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
          mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
          mark.sherrill@sutherland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CGCMT 2006 C5 Glenway Avenue LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
               Partnership mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
               Liability Company mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
               Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
               Certificates, Series 2006-C4 mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GECMC 2005-C2 Ludwig Drive, LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
               mark.sherrill@sutherland.com
              Mark D. Taylor    on behalf of Defendant    The Weather Channel, LLC f/k/a The Weather Channel
               Interactive, Inc. mtaylor@vlplawgroup.com
              Mark D. Taylor    on behalf of Creditor    Triangle Equities Junction LLC mtaylor@vlplawgroup.com
              Mark D. Taylor    on behalf of Creditor    Lenovo USA mtaylor@vlplawgroup.com
              Mark E. Browning   on behalf of Defendant    Susan Combs, as Comptroller of Public Accounts of the
               State of Texas, and Greg Abbott, as Attorney General of the State of Texas
               bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark E. Browning   on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark E. Browning   on behalf of Creditor    Texas Comptroller of Public Accounts and Texas
               Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark J. Friedman   on behalf of Defendant    InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Creditor    InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Defendant    Creative Labs, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Creditor    Morgan Hill Retail Venture, LP
               mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Creditor    West Marine Products, Inc. mark.friedman@dlapiper.com
              Mark K. Ames   on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
               mark@taxva.com,  amanda@taxva.com
              Mark K. Ames   on behalf of Creditor    Louisiana Department of Revenue mark@taxva.com,
               amanda@taxva.com
              Mark X. Mullin   on behalf of Creditor    Phoenix Property Company mark.mullin@haynesboone.com,
               dian.gwinnup@haynesboone.com
              Mark X. Mullin   on behalf of Creditor    BB Fonds International 1 USA, L.P.
               mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
              Martha E. Hulley   on behalf of Creditor    Developers Realty, Inc. martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor    Fayetteville Developers, LLC
               martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor    Westfield, LLC martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor    The Balogh Companies martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor    Brandywine Grande C, L.P.
               martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor    CK Richmond Business Services #2, LLC
               martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor    CC Kingsport 98, LLC martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor    Cardinal Capital Partners
               martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martin A. Brown   on behalf of Creditor    Express Services, Inc. martin.brown@lawokc.com
              Martin A. Brown   on behalf of Creditor    Creditor Express Personnel Services, Inc
               martin.brown@lawokc.com
              Martin J.A. Yeager   on behalf of Creditor Loren   Stocker myeager@landcarroll.com

District/off: 0422-7          User: luedecket          Page 36 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
          molden@mhalaw.com,  akauba@mhalaw.com
          Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
          lexbankruptcy@wyattfirm.com
          Matthew Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
          mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
          lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
          Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
          myoder@parkerpollard.com,
          sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
          sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
          Michael Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
          othercourts@mvbalaw.com
          Michael Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   CBL & Associates Management, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Aurora CO, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Jubilee-Springdale, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Sony Electronics, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   JP Morgan Chase & Co.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
          Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Landing at Arbor Place II, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole Capital Partners, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Hickory Ridge Pavilion LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

District/off: 0422-7          User: luedecket          Page 37 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael Callahan Crowley    on behalf of Defendant    White-Spunner Construction Inc.
             mcrowley@asm-law.com
          Michael Callahan Crowley    on behalf of Creditor    White-Spunner Construction, Inc.
             mcrowley@asm-law.com
          Michael D. Mueller    on behalf of Creditor    Tamarack Village Shopping Center Limited Partnership
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    CHK, LLC mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Whitestone Development Partners, L.P.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
             Inc. mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Continental Property Management Corp.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Catellus Operating Limited Partnership
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Commercial Property Management,  Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
             III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
             Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com

```
District/off: 0422-7              User: luedecket        Page 38 of 58         Date Rcvd: Jun 12, 2015
                                 Form ID: iginqury       Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Michael D. Mueller    on behalf of Defendant   Texas Instruments Incorporated mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor   Teachers Insurance and Annuity Association of
             America mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor   Market Heights, Ltd mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant   U.S. Luggage Co. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor   RD Bloomfield Associates Limited Partnership
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor   Ergotron, Inc. f/k/a OmniMount Systems, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor   Bagby & Russell Electric Company, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant   Mad Catz, Inc. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael E. Hastings    on behalf of Creditor   Eastern Security Corp. mhastings@wtplaw.com,
             twhitt@wtplaw.com
          Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com,  kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc.
             mjogrady@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor   Huntington Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant   WD Partners, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Woodlawn Trustees Incorporated mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
             Mall mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant   Patriot Enterprises of NY, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Martinair, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Basile Limited Liability Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant   Standard Electric Supply Co., Inc.
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   RTS Marketing, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Fuel Creative, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant   DG FastChannel, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Howland Commons Partnership, an Ohio gen partnership
             dba Howland Commons mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant   Streater Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Vertis, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Kentucky Oaks Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   M and M Berman Enterprises mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Cameron Group Associates LLP mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Gallatin Management Associates, LLC
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Dickson Management Associates, LLC
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Spring Hill Development Partners, GP
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Remount Road Associates Limited Partnership
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant   BellO International Corp. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant   Amore Construction Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor   Modelogic, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Interested Party   Systemax, Inc. mfalzone@hf-law.com
          Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
             mkogan@koganlawfirm.com
          Min  Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
             Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
             Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
             eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor   The Ziegler Companies mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
    swatson@jackscamp.com;iluaces@jackscamp.com

Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
    swatson@jackscamp.com;iluaces@jackscamp.com

Mona M. Murphy    on behalf of Transferee    ON Corp. USA, Inc. and ON Corp.
    mona.murphy@akerman.com,    crystal.gaymon@akerman.com;deborah.coleman@akerman.com

Mona M. Murphy    on behalf of Creditor    Thomas, Inc. mona.murphy@akerman.com,
    crystal.gaymon@akerman.com;deborah.coleman@akerman.com

Mona M. Murphy    on behalf of Creditor    Thomson, Inc. mona.murphy@akerman.com,
    crystal.gaymon@akerman.com;deborah.coleman@akerman.com

Mona M. Murphy    on behalf of Creditor    Imperial Sales Corp. d/b/a Imperial Sales Company
    mona.murphy@akerman.com,    crystal.gaymon@akerman.com;deborah.coleman@akerman.com

Mona M. Murphy    on behalf of Creditor    Samsung Electronics America, Inc.
    mona.murphy@akerman.com,    crystal.gaymon@akerman.com;deborah.coleman@akerman.com

Mona M. Murphy    on behalf of Creditor    Bush Industries, Inc. mona.murphy@akerman.com,
    crystal.gaymon@akerman.com;deborah.coleman@akerman.com

Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov

Nancy R. Schlichting    on behalf of Creditor    Antar Media Corporation nrs@lplaw.com,
    lginsberg@lolawfirm.com

Nathan Jones    on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com
Nathan Jones    on behalf of Creditor    Us Debt Recovery VIII, L.P. heather@usdrllc.com
Nathan Jones    on behalf of Creditor    United States Debt Recovery, LLC heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery XI, LP heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery VIII, L.P. heather@usdrllc.com
Nathan Jones    on behalf of Creditor    Us debt recovery, XII, LP heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery V, LP heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery IV, LLC heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery III, LP heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery X, LLC heather@usdrllc.com

Neil E. McCullagh    on behalf of Creditor    PNY Technologies, Inc. nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
    oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery IV LLC
    nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
    oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

Neil E. McCullagh    on behalf of Defendant    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
    oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

Neil E. McCullagh    on behalf of Creditor    Shelby Properties TX, LLC nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
    oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

Neil E. McCullagh    on behalf of Interested Party    Marblegate Asset Management
    nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
    oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

Neil E. McCullagh    on behalf of Creditor    Chino South Retail PG, LLC nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
    oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

Neil E. McCullagh    on behalf of Defendant    Newspaper Agency Company LLC d/b/a MediaOne of Utah
    nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
    oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

Neil E. McCullagh    on behalf of Creditor    United States Debt Recovery, LLC
    nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
    oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

Neil E. McCullagh    on behalf of Defendant    Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
    Rutherford LLC nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
    oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

Neil E. McCullagh    on behalf of Creditor    Dentici Family Limited Partnership
    nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
    oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

Neil E. McCullagh    on behalf of Creditor    Pintar Investment Properties TX, LLC
    nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
    oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

Neil E. McCullagh    on behalf of Defendant    Cleveland Construction, Inc.
    nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
    oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh    on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, L.P.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    iGoDitigal, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Techcraft Manufacturing, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    South Carolina Electric & Gas Company
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
          oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Creditor   Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
           oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
           oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cormark, Inc.  nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
           oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cleveland Construction, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
           oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Richard T. Miller  nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
           oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Attorney   Spotts Fain PC  nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
           oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Scripps Networks Interactive, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
           oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for EPC
           Denton Gateway, LLC  nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;jolmsted@spottsfain.com;tm
           oore@spottsfain.com;jdonaldson@spottsfain.com;hcutright@spottsfain.com
          Nicholas B Malito   on behalf of Creditor   Dollar Tree Stores, Inc.  nmalito@schnader.com
          Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
           nwhittenburg@millermartin.com,  mcsmith@millermartin.com
          Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
           bfears@law.ga.gov,  jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL  mroberts@pooleemahoney.com
          P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
           mroberts@pooleemahoney.com
          Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC  pbirney@rc.com,
           rarnold@rc.com
          Paul J. Pascuzzi   on behalf of Interested Party   Miami Herald  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Biloxi Sun Herald  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Merced Sun Star  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Olympian  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Fresno Bee  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Wichita Eagle  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Macon Telegraph  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   The McClatchy Company  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   McClatchy Company  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Fort Worth Star-Telegram  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Sacramento Bee  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Island Packet  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Charlotte Observer  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Centre Daily Times (State College)
           ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Belleville News-Democrat  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Idaho Statesman  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Olympian  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Bradenton Herald  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Modesto Bee  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Lexington Herald-Leader  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Columbus Ledger-Enquirer  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Tri-City Herald  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Bellingham Herald  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Myrtle Beach Sun News  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Raleigh News & Observer  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Kansas City Star  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   San Luis Obispo Tribune  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Columbia State  ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Tacoma News, Inc.  ppascuzzi@ffwplaw.com
          Paul K. Campsen   on behalf of Defendant   Griffin Marketing & Promotions, Inc.
           pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Lea Company, a Virginia general partnership, the
           Assignee from Newport News Shopping Center, LLC  pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Tritronics, Inc.  pkcampsen@kaufcan.com,
           jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Ramco West Oaks I, LLC  pkcampsen@kaufcan.com,
           jaturner@kaufcan.com

```
District/off: 0422-7           User: luedecket          Page 42 of 58          Date Rcvd: Jun 12, 2015
                              Form ID: iginqury         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
         Paul K. Campsen    on behalf of Creditor    Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com,  jaturner@kaufcan.com
         Paul K. Campsen    on behalf of Creditor    Google Inc. pkcampsen@kaufcan.com,  jaturner@kaufcan.com
         Paul K. Campsen    on behalf of Creditor    Site A, LLC pkcampsen@kaufcan.com,  jaturner@kaufcan.com
         Paul K. Campsen    on behalf of Creditor    TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
         Paul K. Campsen    on behalf of Creditor    CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com,  jaturner@kaufcan.com
         Paul K. Campsen    on behalf of Creditor    Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com,  jaturner@kaufcan.com
         Paul K. Campsen    on behalf of Creditor    CC Springs, L.L.C. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
         Paul K. Campsen    on behalf of Creditor    MHW Warner Robins, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
         Paul K. Campsen    on behalf of Creditor    Vance Baldwin, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
         Paul M. Black    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
         Paul McCourt Curley    on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
         Paul McCourt Curley    on behalf of Creditor    Carrollton Arms, LLC pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
         Paul McCourt Curley    on behalf of Creditor Laurie  Lambert-Gaffney pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
         Paul Michael Schrader    on behalf of Creditor    Contra Costa Times, Inc.
          pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Creditor    San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Creditor    Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Defendant    Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Defendant    San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Defendant    Export Development Canada
          pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
          Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
          Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
          pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
          pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Creditor    Contra Costs Times pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
          East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
          Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
          pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
          pschrader@fullertonlaw.com
         Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
          pschrader@fullertonlaw.com
         Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
          L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
         Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
         Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
         Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
         Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
         Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
         Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
         Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Pinnellas County, Florida
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Interested Party    Carmax Business Services, LLC
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Defendant    Stephen Gould Corporation
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Seminole County Florida Tax Collector
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Stillwater Designs and Audio, Inc.
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Torrington Tripletts, LLC
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Brevard County Florida Tax Collector
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Burbank Mall Associates, LLC
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Tax Collector, Polk County, Florida
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Polk County Florida Tax Collector
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Willaims Mullen Clark and Dobbins
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paul S. Bliley, Jr.    on behalf of Creditor    Indian River County Florida Tax Collector
      pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paula A. Hall    on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
      hall@bwst-law.com,    marbury@bwst-law.com
    Paula S. Beran    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
      pberan@tb-lawfirm.com,
      stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
      m
    Paula S. Beran    on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
      stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
      m
    Paula S. Beran    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
      Inc. Liquidating Trust pberan@tb-lawfirm.com,
      stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
      m
    Paula S. Beran    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
      stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
      m
    Paula S. Beran    on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
      stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
      m
    Paula S. Beran    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
      pberan@tb-lawfirm.com,
      stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
      m

District/off: 0422-7          User: luedecket          Page 44 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
    stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
    m
    Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
    stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
    m
    Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
    stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
    m
    Peter  Barrett   on behalf of Defendant   SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
    LOAN FUNDING, LLC peter.barrett@kutakrock.com,
    lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
    Peter  Barrett   on behalf of Creditor   Mayfair ORCC peter.barrett@kutakrock.com,
    lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
    Peter  Barrett   on behalf of Defendant   Sony Electronics Inc. peter.barrett@kutakrock.com,
    lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
    Peter  Barrett   on behalf of Defendant   Sony Electronics Inc., A/K/A Sony
    peter.barrett@kutakrock.com,
    lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
    Peter  Barrett   on behalf of Creditor   Gelco Corporation d/b/a GE Fleet Services
    peter.barrett@kutakrock.com,
    lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
    Peter  Barrett   on behalf of Creditor   Mayfair MDCC peter.barrett@kutakrock.com,
    lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
    Peter  Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
    lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
    Peter  Barrett   on behalf of Defendant   Gelco Corporation, d/b/a GE Fleet Services
    peter.barrett@kutakrock.com,
    lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
    Peter  Barrett   on behalf of Creditor   Sony Electronics, Inc. peter.barrett@kutakrock.com,
    lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
    Peter  Barrett   on behalf of Creditor   Sharpe Partners, LLC peter.barrett@kutakrock.com,
    lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
    Peter A. Greenburg   on behalf of Defendant   Premier Resources International LLC
    pgreenburg@aol.com
    Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
    Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
    Administration peter.roth@doj.nh.gov
    Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
    pstrniste@rc.com,  kcooper@rc.com
    Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
    pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
    pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
    pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
    pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
    pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
    pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
    pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
    Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
    Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
    pcarney@whitecase.com,  hletourneau@whitecase.com
    Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
    scormany@spilmanlaw.com
    Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@spilmanlaw.com,
    scormany@spilmanlaw.com
    Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
    ppearl@sandsanderson.com,  scormany@spilmanlaw.com
    Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com,
    scormany@spilmanlaw.com

District/off: 0422-7          User: luedecket          Page 45 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter M. Pearl    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
            ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Creditor    Valley Corners Shopping Center, LLC
            ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
          Philip C. Baxa    on behalf of Creditor    Mitsubishi Digital Electronics America, Inc.
            pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Defendant    The Insurance Company of the State of Pennsylvania
            pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor    JWC Loftus LLC pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
            pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor    Dicker-Warmington Properties pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Defendant    Mitsubishi Electronics America, Inc.
            pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor    Onkyo USA Corporation pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip James Meitl    on behalf of Defendant    Gorilla Nation Media, LLC pj.meitl@bryancave.com,
            john.leininger@bryancave.com
          Philip James Meitl    on behalf of Creditor    Capmark Finance, Inc. pj.meitl@bryancave.com,
            john.leininger@bryancave.com
          Philip James Meitl    on behalf of Defendant    DBL Distributing, LLC pj.meitl@bryancave.com,
            john.leininger@bryancave.com
          R. Chase Palmer    on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rand L. Gelber    on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.    on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
            raypri24@hotmail.com
          Raymond William Battaglia    on behalf of Creditor    Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta    on behalf of Creditor    Bond C.C. I Delaware Business Trust
            rsaitta@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Reid Steven Whitten    on behalf of Creditor    LaSalle Bank National Association, as trustee for
            C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher    on behalf of Interested Party    36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher    on behalf of Creditor    Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell    on behalf of Interested Party    Park National Bank rmaxwell@woodsrogers.com,
            hhale@woodsrogers.com
          Richard C. Maxwell    on behalf of Interested Party    Wells Fargo Bank Northwest, National
            Association rmaxwell@woodsrogers.com,  hhale@woodsrogers.com
          Richard E. Girgado    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
            rgirgado@counsel.lacounty.gov
          Richard E. Hagerty    on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor Richard S. Birnbaum
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor    Southroads, L.L.C.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor    Carlyle-Cypress Tuscaloosa, LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor Michael T. Chalifoux
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor    Northcliff Residual Parcel 4 LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor    SAP Retail Inc. and Business Objects
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor    Craig-Clarksville Tennessee LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor James H. Wimmer, Jr.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor    Plantation Point Development, LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Certain Benefit Restoration Plan Claimants
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Triangle Equities Junction LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Cosmo-Eastgate, ltd
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
            kimi.odonnell@hklaw.com
          Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
            kimi.odonnell@hklaw.com
          Richard F. Stein   on behalf of Creditor   Internal Revenue Service
            richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson   on behalf of Creditor   Sharp Electronics Corporation
            rhutson@weinstocklegal.com, lramsey@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield   on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
            jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
            eancanfield@comcast.net
          Robert A. Canfield   on behalf of Defendant   B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
            jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
            eancanfield@comcast.net
          Robert A. Canfield   on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
            jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
            eancanfield@comcast.net
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture bsmith@hillrainey.com,
            hillraineyign@gmail.com
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Shopping Ceter Venture
            bsmith@hillrainey.com, hillraineyign@gmail.com
          Robert B. Hill   on behalf of Creditor Decarla  Taylor-Conyers bsmith@hillrainey.com,
            hillraineyign@gmail.com
          Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins, 11
            Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department
            of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company
            robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
          Robert D. Clark   on behalf of Creditor   Treasurer of Douglas County, Colorado
            rclark@douglas.co.us
          Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
            L.L.C. rtepper@sabt.com, pcoover@sabt.com
          Robert E. Scully, Jr.   on behalf of Creditor   T.D. Farrell Construction, Inc.
            rscully@stites.com, docketclerkalex@stites.com
          Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc.
            rmoorman@moormanlaw.com, robmoorman@comcast.net
          Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC
            Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
            rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
            USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
            rminkoff@cedarglademedial.com
          Robert L. LeHane   on behalf of Creditor   DDR Corp. f/k/a Developers Diversified Realty Corp.
            rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   The Woodmont Company rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Basser-Kaufman rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   WEC 99A-2LLC rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   General Growth Properties, Inc. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Philips International rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
          rlehane@kelleydrye.com,    KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
          rlehane@kelleydrye.com,    KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
          rlehane@kelleydrye.com,    KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
          rlehane@kelleydrye.com,    KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
          rlehane@kelleydrye.com,    KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
          rlehane@kelleydrye.com,    KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com,    rmmarinol@aol.com
          Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com,    rmmarinol@aol.com
          Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
          USAVAE.RIC.ECF.CIVIL@usdoj.gov;SJohnstonl@usa.doj.gov
          Robert R. Vieth    on behalf of Creditor    D&H Distributing Co. rvieth@ltblaw.com,
          dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com,    dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com,    dhowes@ltblaw.com
          Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
          Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
          Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,    karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
          bmusick@t-mlaw.com,    karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
          Times-Picayune bmusick@t-mlaw.com,    karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
          bmusick@t-mlaw.com,    karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
          Oregonian Publishing Co. bmusick@t-mlaw.com,    karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
          Constructors bmusick@t-mlaw.com,    karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,    karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
          bmusick@t-mlaw.com,    karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
          bmusick@t-mlaw.com,    karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
          rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
          rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
          rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
          rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Robert S. Westermann    on behalf of Creditor     Towne Square Plaza rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant     Fuel Creative, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor     COMSYS Information Technology Services, Inc. and
              COMSYS Services, LLC rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant     Klaussner Furniture Industries, Inc.
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor     The CIT Group/Commercial Services, Inc.
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant     Pop's Cosmic Counters, Inc.
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor     Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Interested Party   Marblegate Asset Management
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor     Cameron Group Associates LLP
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant     Starlight Marketing, Ltd. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant     CIT Group/Commercial Services, Inc.
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor     Taubman Auburn Hills Associates Limited
              Partnership rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor     TXU Enzergy Retail Company LLC
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant     Starlite/Starlight Marketing, Ltd.
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant     Venetian Casino Resort, LLC
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant     Eastman Kodak Company rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant     Longacre Opportunity Fund, L.P.
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor     Harvest/HPE LP rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant     Fasteners For Retail, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Interested Party   CCDC Marion Portfolio, L.P.
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Interested Party   Systemax, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant     Denver Newspaper Agency LLP
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant     Marblegate Special Opportunities Master Fund L.P.
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant     CIT Group/Commercial Services
              rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robin S. Abramowitz    on behalf of Creditor     CC Merrillville Trust abramowitz@larypc.com
              Robin S. Abramowitz    on behalf of Creditor     Bond Circuit VIII Delaware Business Trust
              abramowitz@larypc.com
              Robin S. Abramowitz    on behalf of Creditor     CC Colonial Trust abramowitz@larypc.com
              Robin S. Abramowitz    on behalf of Creditor     CC Joliet Trust abramowitz@larypc.com
              Ron C. Bingham, II    on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
              Farrell Construction, Inc. rbingham@stites.com,  dclayton@stites.com
              Ronald A. Page, Jr.    on behalf of Creditor     JMC Manufacturing Inc. dba Inland Fixture
              rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Defendant     Miner Fleet Management Group, LLC, fka Miner Fleet
              Management Group, Ltd. rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Creditor     Cormark, Inc. rpage@rpagelaw.com,
              rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Creditor     Miner Fleet Management Group, Ltd.
              rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Creditor     Anthony Erickson, d/b/a A.C.E.Enterprises
              rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Defendant     Anthony Erickson, d/b/a A.C.E.Enterprises
              rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Defendant     JMC Manufacturing Inc. dba Inland Fixture
              rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
              rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com
              Ronald G. Dunn   on behalf of Creditor Savitri   Cohen bstasiak@gdwo.net
              Ronald M. Tucker    on behalf of Creditor     Simon Property Group, Inc. rtucker@simon.com,
              cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com

District/off: 0422-7          User: luedecket          Page 49 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Roy M. Terry, Jr.   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
    sryan@sandsanderson.com;dbbankruptcy@gmail.com
Roy M. Terry, Jr.   on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
    sryan@sandsanderson.com;dbbankruptcy@gmail.com
Russell R. Johnson, III   on behalf of Creditor   Chalek Company LLC russ4478@aol.com
Russell R. Johnson, III   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
    sarah.kelly@leclairryan.com
Ryan C. Day   on behalf of Plaintiff   Schimenti Construction Company LLC
    ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
    Company sgill@vanblk.com
Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
    sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
    sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
    sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
    kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
    sboehm@mcguirewoods.com, kcain@mcguirewoods.com,sblank@kramerlevin.com,gplotko@kramerlevin.com
Satchidananda Mims   smims21@hotmail.com
Scott A. Stengel   on behalf of Defendant   Nintendo Services USA, Inc. scott.stengel@umb.com
Scott A. Stengel   on behalf of Defendant   Nintendo Software Technology Corporation
    scott.stengel@umb.com
Scott A. Stengel   on behalf of Defendant   Nintendo Hardware scott.stengel@umb.com
Scott A. Stengel   on behalf of Defendant   Nintendo Technology Development, Inc.
    scott.stengel@umb.com
Scott A. Stengel   on behalf of Defendant   The Nintendo Source Corporation scott.stengel@umb.com
Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com,
    mdowns@vanblk.com
Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
    sfranklin@vanblk.com,  mdowns@vanblk.com
Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
    cmcintire@buchalter.com
Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Sheila G. de la Cruz   on behalf of Creditor     RTS Marketing, Inc. sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     Howland Commons Partnership, an Ohio gen
            partnership dba Howland Commons sdelacruz@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     Huntington Mall Company sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     Spring Hill Development Partners, GP
            sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     The Cafaro Northwest Partnership, dba South Hill
            Mall sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Defendant    Horizon Technology, LLC sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     Basile Limited Liability Company
            sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     United States Debt Recovery, LLC
            sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     Kentucky Oaks Mall Company sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     Remount Road Associates Limited Partnership
            sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     M and M Berman Enterprises sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     Altamonte Springs Real Estate Associates, LLC
            sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     The Denver Newspaper Agency, LLP
            sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     Vertis, Inc. sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     Cottonwood Corners-Phase V, LLC
            sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     Woodlawn Trustees Incorporated
            sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     Horizon Technology, LLC sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor     Mizco International, Inc. sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila L. Shadmand   on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
            Sheila L. Shadmand   on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
            Sheila L. Shadmand   on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
            Stanley M. Salus   on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
            stan.salus@akerman.com,
            crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
            Stephan William Milo   on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
            smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Interested Party    General Electric Company's Consumer &
            Industrial Division smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor    THF St. Clairsville Development, L.P.
            smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
            smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
            smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor    THF Clarksburg Development One, Limited Liability
            Company smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
            smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
            smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
            Distributors, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

District/off: 0422-7          User: luedecket          Page 51 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

             Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
             jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
             Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
             nwalsh@wilsav.com
             Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
             nwalsh@wilsav.com
             Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership
             smetz@shulmanrogers.com,    nanderson@shulmanrogers.com
             Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
             sleach@ltblaw.com,    msarat@ltblaw.com;ndysart@ltblaw.com
             Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
             Murphys@dor.state.ma.us
             Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
             sgallagher@venable.com,    cowenby@venable.com;lrheitger@venable.com
             Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
             Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com
             Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com
             Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com
             Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
             steveng@cohenbaldinger.com
             Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com
             Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com
             Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com
             Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com
             Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
             steveng@cohenbaldinger.com
             Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com
             Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com
             Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
             Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
             Hartman 1995 Ohio Property brown@wolriv.com
             Steven L. Brown    on behalf of Creditor    The Dispatch Printing Company, d/b/a Columbus Dispatch
             brown@wolriv.com
             Steven L. Brown    on behalf of Defendant    Construct, Inc. brown@wolriv.com
             Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
             Steven L. Brown    on behalf of Creditor    The Columbus Dispatch brown@wolriv.com
             Steven L. Brown    on behalf of Creditor    Construct, Inc. brown@wolriv.com
             Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
             tannweiler@greerherz.com
             Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@hunton.com
             Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
             Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
             Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
             thadwilson@kslaw.com,    pwhite@kslaw.com
             Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
             Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
             tmurphy@dclawfirm.com,
             rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
             Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
             dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
             Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
             Research Inc. thomas.mcintosh@hklaw.com,    alexis.makell@hklaw.com
             Thomas John McIntosh    on behalf of Creditor    WSVN-TV, a unit of Sunbeam Television Corporation
             thomas.mcintosh@hklaw.com,    alexis.makell@hklaw.com
             Thomas John McIntosh    on behalf of Defendant    Nielsen Business Media Inc.
             thomas.mcintosh@hklaw.com,    alexis.makell@hklaw.com
             Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com,
             alexis.makell@hklaw.com
             Thomas John McKee, Jr.    on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
             hallc@gtlaw.com
             Thomas John McKee, Jr.    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com,    hallc@gtlaw.com
             Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
             tomjam2003@yahoo.com
             Thomas Neal Jamerson    on behalf of Interested Party    Parker Central Plaza Ltd
             tjamerson@hunton.com,    tomjam2003@yahoo.com
             Thomas Ryan Lynch    on behalf of Defendant    Griffin Technology tlynch@babc.com
             Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
             Thomas W. Repczynski    on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
             tboyd@offitkurman.com
             Thomas W. Repczynski    on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
             tboyd@offitkurman.com
             Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc.
             trepczynski@offitkurman.com,    tboyd@offitkurman.com
             Thomas W. Repczynski    on behalf of Creditor    Tutwiler Properties, LTD
             trepczynski@offitkurman.com,    tboyd@offitkurman.com
             Thomas W. Repczynski    on behalf of Defendant    Graphic Communications Holdings, Inc.
             trepczynski@offitkurman.com,    tboyd@offitkurman.com

District/off: 0422-7          User: luedecket          Page 52 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Tiffany Strelow Cobb    on behalf of Creditor    Platform-A Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    Advertising.com Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Timothy Francis Brown    on behalf of Interested Party    F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin    on behalf of Creditor    Alameda County Treasurer tboykin@vanblk.com,
           croyes@vanblk.com
          Tracey Michelle Ohm    on behalf of Defendant    Targus, Inc. tracey.ohm@stinsonleonard.com,
           porsche.barnes@stinsonleonard.com
          Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc.
           tracey.ohm@stinsonleonard.com,  porsche.barnes@stinsonleonard.com
          Travis Aaron Sabalewski    on behalf of Creditor    IKON Office Solutions, Inc.
           tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
          Troy  Savenko    on behalf of Creditor    Slam Brands, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko    on behalf of Movant    PlumChoice, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko    on behalf of Creditor    Archos, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko    on behalf of Creditor    Liberty Mutual Insurance Company tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko    on behalf of Creditor    PlumChoice, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko    on behalf of Defendant    A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko    on behalf of Defendant    Morris Publishing Group, LLC dba The Florida Times-Union
           tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Troy  Savenko    on behalf of Defendant    Morris Communications Company, LLC; Morris
           Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
           Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko    on behalf of Interested Party    Liquid Asset Partners, LLC tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko    on behalf of Defendant    PlumChoice, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko    on behalf of Creditor    Safeco Insurance Company of America tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly
           situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Troy  Savenko    on behalf of Creditor    AmREIT, a Texas Real Estate Investment Trust
           tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Tyson Alynn Johnson    on behalf of Creditor    Berkadia Commercial Mortgage LLC
           tyson.johnson@bryancave.com
          Tyson Alynn Johnson    on behalf of Creditor    Capmark Finance, Inc. tyson.johnson@bryancave.com
          Valerie P. Morrison    on behalf of Creditor    Daly City Partners I, L.P
           val.morrison@nelsonmullins.com,  kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison    on behalf of Creditor    Infogain Corporation val.morrison@nelsonmullins.com,
           kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison    on behalf of Creditor    Envision Peripherals, Inc.
           val.morrison@nelsonmullins.com,  kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison    on behalf of Creditor    Daly City Partners I, L.P
           val.morrison@nelsonmullins.com,  kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison    on behalf of Creditor    Lexar Media, Inc. val.morrison@nelsonmullins.com,
           kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Victoria A. Reardon    on behalf of Creditor    State of Michigan, Department of Treasury
           reardonv@michigan.gov,  jacksonst@michigan.gov
          Victoria D. Garry    on behalf of Creditor    Ohio Department of Taxation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry    on behalf of Creditor    Ohio Bureau of Workers' Compensation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry    on behalf of Creditor    Ohio Department of Commerce
           victoria.garry@ohioattorneygeneral.gov
          Walter Laurence Williams    on behalf of Movant    Vornado Realty Trust
           walter.williams@wilsonelser.com
          Walter Laurence Williams    on behalf of Movant    Wayne VF, LLC walter.williams@wilsonelser.com
          Walter Laurence Williams    on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
          Wanda  Borges    on behalf of Defendant    MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group East Bay,
           LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
           and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    Bay Area News Group East Bay, LLC
           ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
           jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
           Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com

District/off: 0422-7            User: luedecket            Page 53 of 58            Date Rcvd: Jun 12, 2015
                               Form ID: iginqury          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Wanda   Borges    on behalf of Creditor    Sharp Electronics Corporation ecfcases@borgeslawllc.com
Wanda   Borges    on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
Wanda   Borges    on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
Wendy Michele Roenker    on behalf of Creditor Treasurer   City of Chesapeake
            wroenker@cityofchesapeake.net
William  Heuer    on behalf of Transferee    Korea Export Insurance Corporation
            wheuer@duanemorris.com
William A. Broscious    on behalf of Creditor    Paramount Home Entertainment Inc
            wbroscious@kbbplc.com
William A. Broscious    on behalf of Creditor    Kamin Realty Company wbroscious@kbbplc.com
William A. Broscious    on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
William A. Broscious    on behalf of Creditor    Daniel G. Kamin Baton Rouge LLC
            wbroscious@kbbplc.com
William A. Broscious    on behalf of Creditor    Circuit Realty NJ LLC wbroscious@kbbplc.com
William A. Broscious    on behalf of Creditor    Jurupa Bolingbrook LLC wbroscious@kbbplc.com
William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
William A. Broscious    on behalf of Creditor    CC-Investors 1996-6 wbroscious@kbbplc.com
William A. Burnett    on behalf of Creditor    Stillwater Designs and Audio, Inc.
            aburnett@williamsmullen.com, JMarshall@brownrudnick.com
William A. Burnett    on behalf of Defendant    NYKO Technologies, Inc. aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    Evening Post Publishing Company d/b/a The Post and
            Courier aburnett@williamsmullen.com, JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    Crown CCI, LLC aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    National Western Life Insurance Company
            aburnett@williamsmullen.com, JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    DIRECTV, Inc. aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Interested Party    DIRECTV, Inc. aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    Vonage Holdings, Inc. aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    American National Insurance Company
            aburnett@williamsmullen.com, JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    Vonage Marketing Inc. aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
            aburnett@williamsmullen.com, JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    Golf Galaxy, Inc. aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    CC Countryside 98, LLC aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    Hayward 880,LLC aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    Westlake Limited Partnership
            aburnett@williamsmullen.com, JMarshall@brownrudnick.com
William A. Burnett    on behalf of Defendant    SBLM Architects PC aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Defendant    Contrarian Funds, L.L.C.
            aburnett@williamsmullen.com, JMarshall@brownrudnick.com
William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
            TV aburnett@williamsmullen.com, JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    ION Audio, LLC aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    LumiSource, Inc. aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    Tax Collector, Polk County, Florida
            aburnett@williamsmullen.com, JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    CC Countryside 98 L.L.C. aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Defendant    SouthPeak Interactive LLC
            aburnett@williamsmullen.com, JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com,
            JMarshall@brownrudnick.com
William A. Burnett    on behalf of Creditor    SouthPeak Interactive, LLC
            aburnett@williamsmullen.com, JMarshall@brownrudnick.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             William A. Burnett   on behalf of Creditor   CarMax, Inc. aburnett@williamsmullen.com,
                JMarshall@brownrudnick.com
             William A. Burnett   on behalf of Defendant   Eon Communications Corporation
                aburnett@williamsmullen.com,  JMarshall@brownrudnick.com
             William A. Burnett   on behalf of Creditor   Cyber Acoustics aburnett@williamsmullen.com,
                JMarshall@brownrudnick.com
             William A. Burnett   on behalf of Creditor   Dick's Sporting Goods, Inc.
                aburnett@williamsmullen.com,  JMarshall@brownrudnick.com
             William A. Burnett   on behalf of Plaintiff   Carmax Auto Superstores, Inc.
                aburnett@williamsmullen.com,  JMarshall@brownrudnick.com
             William A. Burnett   on behalf of Creditor   Dick's Sporting Goods Inc.
                aburnett@williamsmullen.com,  JMarshall@brownrudnick.com
             William A. Burnett   on behalf of Creditor   Burbank Mall Associates, LLC
                aburnett@williamsmullen.com,  JMarshall@brownrudnick.com
             William A. Burnett   on behalf of Defendant   Brookfield Global Relocation Services, LLC, f/k/a
                GMAC Global Relocation Services, LLC aburnett@williamsmullen.com,  JMarshall@brownrudnick.com
             William A. Burnett   on behalf of Creditor   Save Mart Supermarkets aburnett@williamsmullen.com,
                JMarshall@brownrudnick.com
             William A. Gray   on behalf of Creditor   Ray Mucci's Inc. bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor   Alexander's Rego Park Center, Inc.
                bgray@sandsanderson.com,  rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor   Snell Acoustics, Inc. bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor   PrattCenter, LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor   Route 146 Millbury LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor   Station Landing LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor   Marlton VF LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor   Premier Contracting, Inc. bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant   The Procter & Gamble Company and The Procter & Gamble
                Distribution Company, LLC bgray@sandsanderson.com,  rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Movant   Vornado Realty Trust bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor   Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor   Gateway Woodside, Inc. bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor   Encinitas PFA, LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor   Vornado Caguas LP bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor   Cardinal Court, LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant   Intertech Security of Maryland, LLC
                bgray@sandsanderson.com,  rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant   Metra Electronics Corporation bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor   Boston Acoustics, Inc. bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor   Tamrac, Inc. bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Movant   Colonial Heights Holdings, LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
                rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Gray   on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Lee County, Mississippi Tax Collector
                 bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Interstate Augusta Properties LLC
                 bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    Coby Electronics Corporation bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
                 bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    Monument Consulting, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Metra Electronics Corporation bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    DeSoto County, Mississippi bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    Universal Display and Fixtures Company
                 bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    BBP-Muncy LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    BPP-OH LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Towson VF LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
                 Partnership bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
                 bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    North Plainfield VF LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    McCorkendale Construction bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    Boston Acoustics, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
               of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    BPP-NY LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    A.D.D. Holdings, L.P. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    DEV Limited Partnership bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    The Stop & Shop Supermarket Company LLC
               bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    John Rohrer Contracting Company, Inc.
               bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    BPP-VA LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    OmniMount Systems, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    BPP-WB LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    RBS Business Capital bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    T. J. Maxx of CA, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
               bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Midwest Block & Brick, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    East Brunswick VF LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
               bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Chatham County, GA Tax Commissioner
               bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Valley Corners Shopping Center, LLC
               bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Fourstar International Trading Company
               bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Sensormatic Electronic Corporation
               bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Construction Testing and Engineering, Inc.
               bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
               rarrington@sandsanderson.com

District/off: 0422-7          User: luedecket          Page 57 of 58          Date Rcvd: Jun 12, 2015
                             Form ID: iginqury          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            William A. Gray    on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray    on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray    on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray    on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray    on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray    on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray    on behalf of Creditor    North Bergen Tonnelle Plaza, LLC
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
            William A. Gray    on behalf of Defendant    The Oklahoma Publishing Company
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
            William A. Gray    on behalf of Creditor    E&A Northeast Limited Partnership
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
            William A. Gray    on behalf of Defendant    Fourstar Group Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray    on behalf of Creditor    Denon Electronics bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Gray    on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
            rarrington@sandsanderson.com
            William A. Wood, III  on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
            Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
            chris.tillmanns@bgllp.com
            William A. Wood, III  on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
            trey.wood@bgllp.com,   chris.tillmanns@bgllp.com
            William A. Wood, III  on behalf of Creditor    Raymond & Main Retail, LLC trey.wood@bgllp.com,
            chris.tillmanns@bgllp.com
            William B. Cave    on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
            William C. Crenshaw    on behalf of Creditor    Prince George's Station Retail, LLC
            bill.crenshaw@akerman.com,   deborah.hensley@akerman.com
            William C. Crenshaw    on behalf of Creditor    Gould Livermore LLC bill.crenshaw@akerman.com,
            deborah.hensley@akerman.com
            William C. Crenshaw    on behalf of Professional    Akerman Senterfitt bill.crenshaw@akerman.com,
            deborah.hensley@akerman.com
            William D. Bayliss    on behalf of Creditor Richard   Kreuger bbayliss@williamsmullen.com
            William Daniel Prince, IV  on behalf of Defendant    International Business Machines Corporation
            wprince@t-mlaw.com,   jseay@t-mlaw.com
            William Daniel Prince, IV  on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
            Constructors wprince@t-mlaw.com,   jseay@t-mlaw.com
            William Daniel Prince, IV  on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com,
            jseay@t-mlaw.com
            William Daniel Sullivan    on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
            William Daniel Sullivan    on behalf of Defendant    Pioneer Electronics (USA) Inc.
            dsullivan@butzeltp.com
            William H. Schwarzschild, III   on behalf of Creditor    MRV Wanamaker, LC
            tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Defendant    Hotan Corporation
            tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Defendant    Datel Design & Development, Inc.
            tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor    National Western Life Insurance Company
            tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Defendant    J&J Industries, Inc.
            tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor    Dick's Sporting Goods, Inc.
            tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Defendant    Merrill Communications LLC
            tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor    Miami-Dade County Tax Collector
            tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor    Vonage Marketing Inc.
            tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor    Dollar Tree Stores, Inc.
            tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Defendant    Evening Post Publishing Company, dba The
            Post and Courier tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor    LumiSource, Inc.
            tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor    State Board of Equalization
            tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor    SouthPeak Interactive, LLC
            tschwarz@williamsmullen.com
            William H. Schwarzschild, III   on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com

```
District/off: 0422-7        User: luedecket        Page 58 of 58        Date Rcvd: Jun 12, 2015
                           Form ID: iginqury       Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           William H. Schwarzschild, III   on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
           Wm. Joseph A. Charboneau   on behalf of Creditor Nancy  Booth jcharboneau@mglspc.com,
            aford@mglspc.com
           Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
            aford@mglspc.com
           Wm. Joseph A. Charboneau   on behalf of Creditor Charles  Booth jcharboneau@mglspc.com,
            aford@mglspc.com
           Wm. Joseph A. Charboneau   on behalf of Creditor   Placer California jcharboneau@mglspc.com,
            aford@mglspc.com
           Zmarak  Khan   on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
            zmarak.khan@dlapiper.com
                                                                              TOTAL: 2213