# BUSMAN & BUSMAN
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
POST OFFICE BOX 7514
FAIRFAX STATION, VIRGINIA 22039-7514

MARC A. BUSMAN+     TELEPHONE (703) 503-8088     mbusman@busmanandbusman.com
ROSALYN R. BUSMAN     FACSIMILE (703) 425-8487     rbusman@busmanandbusman.com
    www.busmanandbusman.com     kjaros@busmanandbusman.com

KEVIN S. JAROS

+ALSO ADMITTED IN D.C.



June 12, 2015

Clerk's Office
U.S. Bankruptcy Court
701 East Broad Street, Suite 400
Richmond, VA 23219
Attn: Deputy Clerk Tammy Luedecke,

Re:    Notice of Withdraw of Marc A. Busman, Esquire, and Busman & Busman, P.C.
       In Re. Circuit City Stores, Inc., et.al., Case No.08-35653-KRH
       Marlon Mondragon v. Circuit City Stores, Inc., AP No. 09-03073-KRH

Dear Ms. Ludecke:

     Please take Notice that Marc A. Busman, Esquire and Busman & Busman, P.C. counsel for Marlon Mondragon, Plaintiff in the above referenced adversary proceeding, are withdrawing their representation in said adversary proceeding, and in the main Case No. 08-35653-KRH. The adversary proceeding has been closed for several years and the undersigned counsel has no further duties not any interest to be represented the main case. We would appreciate your removing us from the list of parties, counsel, and interested persons receiving electronic notifications in this matter. Thank you and please contact the undersigned if you have any questions.

Very truly yours,

Marc A. Busman