IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 9282**

PLEASE TAKE NOTICE that MRV Wanamaker LC, creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 9282 and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
|  | MRV Wanamaker LC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
| Old Notice Party(ies) | New Notice Party(ies)<br><br>MRV Wanamaker LC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

[signature page follows]

724436v.1 445/01627

-19-

NYC:239691.3

Dated: May ___, 2015

                                    Respectfully submitted,

                                    MRV Wanamaker LC
                                    By: Jefferies Leveraged Credit Products, LLC,
                                    under power of attorney

By: *William P. McLoughlin* (signature)
Name: William P. McLoughlin
Title: SVP

724436v.1 445/01627