IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| In re: | Chapter 11 |
|---|---|
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 12667

PLEASE TAKE NOTICE that Palm Springs Mile Associates Ltd., creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 12667 and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
|  | Palm Springs Mile Associates Ltd.<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)** |
|  | Palm Springs Mile Associates Ltd.<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

[signature page follows]

724436v.1 445/01627

NYC:239691.3

Dated: May ___, 2015

                                        Respectfully submitted,

                                        Palm Springs Mile Associates Ltd.
                                        By: Jefferies Leveraged Credit Products, LLC,
                                        under power of attorney

                                        By: _____
                                        Name: William P. McLaughlin
                                        Title: SVP

724436v.1 445/01627

NYC:239691.3