IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 8016

PLEASE TAKE NOTICE that E&A Northeast Limited Partnership, creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 8016 and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
|  | E&A Northeast Limited Partnership<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)**<br><br>E&A Northeast Limited Partnership<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

[signature page follows]

724436v.1 445/01627

Dated: May ___, 2015

                    Respectfully submitted,

                    E&A Northeast Limited Partnership]
                    By: Jefferies Leveraged Credit Products, LLC,
                    under power of attorney

                    By: _/s/ William P. McLoughlin_
                    Name: William P. McLoughlin
                    Title: SVP