IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 1187

PLEASE TAKE NOTICE that The Daily Progress, creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 1187 and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
|  | The Daily Progress<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)**<br><br>The Daily Progress<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

[signature page follows]

724436v.1 445/01627

NYC:239691.3

Dated: May ___, 2015

                        Respectfully submitted,

                        The Daily Progress
                        By: Jefferies Leveraged Credit Products, LLC,
                        under power of attorney

By: *[signature]*
Name: Willia P. McWjlji
Title: SVP

724436v.1 445/01627

NYC:239691.3