IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 5512**

**PLEASE TAKE NOTICE** that HighJump Software Inc., creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 5512 and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
|  | HighJump Software Inc.<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)**<br><br>HighJump Software Inc.<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

[signature page follows]

724436v.1 445/01627

-19-

NYC:239691.3

Dated: May ___, 2015

                    Respectfully submitted,

                    HighJump Software Inc.
                    By: Jefferies Leveraged Credit Products, LLC,
                    under power of attorney

                    By: _William P. McLoughlin_
                    Name: William P. McLoughlin
                    Title: SVP

724436v.1 445/01627

-20-

NYC:239691.3