IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 4891

PLEASE TAKE NOTICE that McAlister Square Partners Ltd., creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 4891 and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| | McAlister Square Partners Ltd.<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
| Old Notice Party(ies) | New Notice Party(ies) |
| | McAlister Square Partners Ltd.<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

[signature page follows]

724436v.1 445/01627

-19-

NYC:239691.3

Dated: May ___, 2015

                                    Respectfully submitted,

                                    McAlister Square Partners Ltd.
                                    By: Jefferies Leveraged Credit Products, LLC,
                                    under power of attorney

                                    By: _William P. McIntyre_
                                    Name: William P. McIntyre
                                    Title: SVP

724436v.1 445/01627