IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 320

PLEASE TAKE NOTICE that Mercury Tech Partners Inc., creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 320 and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
|  | Mercury Tech Partners Inc.<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)**<br><br>Mercury Tech Partners Inc.<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

[signature page follows]

724436v.1 445/01627

-19-

NYC:239691.3

Dated: May ___, 2015

                        Respectfully submitted,

                        Mercury Tech Partners Inc.
                        By: Jefferies Leveraged Credit Products, LLC,
                        under power of attorney

                        By: *[signature]*
                        Name: William P. McGoughlin
                        Title: SVP

724436v.1 445/01627

NYC:239691.3