IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 5323

PLEASE TAKE NOTICE that Myrtle Beach Farms Company, creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 5323 and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
|  | Myrtle Beach Farms Company<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)** |
|  | Myrtle Beach Farms Company<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

[signature page follows]

724436v.1 445/01627

- 19-

NYC:239691.3

Dated: May ___, 2015

           Respectfully submitted,

           Myrtle Beach Farms Company
           By: Jefferies Leveraged Credit Products, LLC,
           under power of attorney

           By: *[signature]*
           Name: William R. McCoughlin
           Title: SVP

724436v.1 445/01627