IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| In re: | Chapter 11 |
|---|---|
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIMS NOS. 5222 AND 5531

PLEASE TAKE NOTICE that Tourboullin Corporation, creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claims Nos. 5222 and 5531 and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| | Tourboullin Corporation<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)** |
| | Tourboullin Corporation<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

[signature page follows]

724436v.1 445/01627

-19-

NYC:239691.3

Dated: May ___, 2015

                                        Respectfully submitted,

                                        Tourboullin Corporation
                                        By: Jefferies Leveraged Credit Products, LLC,
                                        under power of attorney

                                        By: _William P. McL_____
                                        Name: _William P. McLoughlin_____
                                        Title: _SVP_____