IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 9643

PLEASE TAKE NOTICE that Tutwiler Properties Ltd., creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 9643 and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address<br><br>Tutwiler Properties Ltd.<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
|---|---|
| Old Notice Party(ies) | New Notice Party(ies)<br><br>Tutwiler Properties Ltd.<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

[signature page follows]

724436v.1 445/01627

-19-

NYC:239691.3

Dated: May ___, 2015

Respectfully submitted,

Tutwiler Properties Ltd.
By: Jefferies Leveraged Credit Products, LLC,
under power of attorney

By: *William P. McTygh*
Name: William P. McTygh
Title: SVP

724436v.1 445/01627

-20-

NYC 239691.3