UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., ) | Jointly Administered |
| et al., ) | |
| ) | |
| Debtors. ) | |
| ) | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that MSCI 2007-IQ 13 Retail 5555, a creditor in the cases of the above-captioned debtors ("Debtors") and holder of claim number 12350, directs the Liquidating Trust and its counsel (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering claim number 12350 (as listed on the claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

| **Former Address** | **New Address** |
|---|---|
| MSCI 2007-IQ 13 Retail 5555 | MSCI 2007-IQ 13 Retail 5555 |
| c/o LNR Partners, LLC | c/o Jeffrey I. Snyder, Esq. |
| Attn:  Juan Mira | Bilzin Sumberg Baena Price & Axelrod LLP |
| 1601 Washington Avenue, Suite 700 | 1450 Brickell Avenue |
| Miami Beach, Florida 33139 | Suite 2300 |
| | Miami, Florida  33131 |

MIAMI 4657263.1 79976/31413

Dated: June 29, 2015

          Respectfully submitted,

          **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

          ____/s/ Jeffrey I. Snyder_____
          Jeffrey I. Snyder (admitted *pro hac vice*)
          1450 Brickell Avenue.
          Suite 2300
          Miami, Florida 33131
          Tel: (305) 374-7580
          Fax: (305) 374-7593

          *Counsel for MSCI 2007-IQ 13 Retail 5555*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF to all registered users on this 29th day of June, 2015.

By: ____/s/ Jeffrey I. Snyder_____
Jeffrey I. Snyder