IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

|  |  |  |
|---|---|---|
| In re | ) | Case No. 08-35653-KRH |
|  | ) | Richmond, Virginia |
|  | ) |  |
| CIRCUIT CITY STORES, INC., | ) |  |
| et al., | ) | June 25, 2015 |
| Debtors. | ) | 2:03 PM |
|  | ) |  |

TRANSCRIPT OF HEARING ON
MOTION OF THE LIQUIDATING TRUSTEE FOR ENTRY OF AN ORDER
EXTENDING TERM OF LIQUIDATING TRUST [13699]; DEBTORS'
NINETEENTH OMNIBUS OBJECTION TO CLAIMS [3703]; DEBTORS'
THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS [4585]; DEBTORS'
SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS [7460]; DEBTORS'
SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS [7874]; LIQUIDATING
TRUST'S OBJECTION TO CLAIM NO. 12598 FILED BY THE WISCONSIN
DEPARTMENT OF REVENUE [10058]; LIQUIDATING TRUST'S OBJECTION
TO CLAIM NO. 14832 FILED BY THE COMMONWEALTH OF MASSACHUSETTS
[10066]; LIQUIDATING TRUST'S OBJECTION TO CLAIM NOS. 12898 AND
14636 FILED BY THE COMMONWEALTH OF VIRGINIA DEPARTMENT OF
TAXATION [10070]; LIQUIDATING TRUST'S FIRST OMNIBUS OBJECTION
TO LANDLORD CLAIMS [10024]; LIQUIDATING TRUST'S SECOND OMNIBUS
OBJECTION TO LANDLORD CLAIMS [10039]; LIQUIDATING TRUST'S
THIRD OMNIBUS OBJECTION TO LANDLORD CLAIMS [10040];
LIQUIDATING TRUST'S FOURTH OMNIBUS OBJECTION TO LANDLORD
CLAIMS [10041]; LIQUIDATING TRUST'S FIFTH OMNIBUS OBJECTION TO
LANDLORD CLAIMS [10042]; SIXTH OMNIBUS OBJECTION TO CLAIMS
[10043]; LIQUIDATING TRUST'S SEVENTH OMNIBUS OBJECTION TO
LANDLORD CLAIMS [10045]; LIQUIDATING TRUST'S EIGHTH OMNIBUS
OBJECTION TO LANDLORD CLAIMS [10046]; LIQUIDATING TRUST'S
NINTH OMNIBUS OBJECTION TO LANDLORD CLAIMS [10047];
LIQUIDATING TRUST'S THIRTEENTH OMNIBUS OBJECTION TO CERTAIN
PRIORITY CLAIMS: ALLOW UP TO THE STATUTORY CAP, RECLASSIFY,
DISALLOW AS APPLICABLE [10051]; LIQUIDATING TRUST'S FOURTEENTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS [10052]; LIQUIDATING
TRUST'S FIFTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS
[10053]; LIQUIDATING TRUST'S SEVENTEENTH OMNIBUS OBJECTION TO
LANDLORD CLAIMS [10061]; LIQUIDATING TRUST'S EIGHTEENTH
OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES
[10062]; LIQUIDATING TRUST'S TWENTIETH OMNIBUS OBJECTION TO
LANDLORD CLAIMS [10072]; LIQUIDATING TRUST'S TWENTY-FIRST
OMNIBUS OBJECTION TO LANDLORD CLAIMS [10073]; LIQUIDATING

1　　TRUST'S TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS [11388];
　　　LIQUIDATING TRUST'S TWENTY-EIGHTH OMNIBUS OBJECTION TO
2　　LANDLORD CLAIMS [11445]; LIQUIDATING TRUST'S TWENTY-NINTH
　　　OMNIBUS OBJECTION TO CLAIMS [11807]; LIQUIDATING TRUST'S
3　　THIRTIETH OMNIBUS OBJECTION TO CLAIMS [11808]; LIQUIDATING
　　　TRUST'S THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS [11809];
4　　LIQUIDATING TRUST'S THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS
　　　[11843]; LIQUIDATING TRUST'S THIRTY-EIGHTH OMNIBUS OBJECTION
5　　TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS,
　　　FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF
6　　CERTAIN INVALID CLAIMS, AS APPLICABLE [11849]; LIQUIDATING
　　　TRUST'S THIRTY-NINTH OMNIBUS OBJECTION TO LANDLORD CLAIMS
7　　[11850]; LIQUIDATING TRUST'S FORTIETH OMNIBUS OBJECTION TO
　　　LANDLORD CLAIMS [11851]; LIQUIDATING TRUST'S FORTY-FIRST
8　　OMNIBUS OBJECTION TO LANDLORD CLAIMS [11852]; LIQUIDATING
　　　TRUST'S FORTY-SECOND OMNIBUS OBJECTION TO LANDLORD CLAIMS
9　　[11853]; LIQUIDATING TRUST'S FORTY-THIRD OMNIBUS OBJECTION TO
　　　LANDLORD AND CONTRACTOR CLAIMS [11854]; LIQUIDATING TRUST'S
10　　FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS: FIXING OF CERTAIN
　　　UNLIQUIDATED CLAIMS [12396]; NOTICE OF LIQUIDATING TRUST'S
11　　FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN
　　　PARTIALLY INVALID CLAIMS OR DISALLOWANCE OF CERTAIN INVALID
12　　CLAIMS, AS APPLICABLE [12419]; LIQUIDATING TRUST'S SIXTY-
　　　FOURTH OMNIBUS OBJECTION TO LANDLORD CLAIMS [12446]

13

　　　BEFORE THE HONORABLE KEVIN R. HUENNEKENS,
14　　　UNITED STATES BANKRUPTCY JUDGE

15

16

17

18

19

20

21

22

23

24

25

APPEARANCES:

For the Circuit City:      LYNN L. TAVENNER, ESQ.
Liquidating Trust:         PAULA S. BERAN, ESQ.
                           TAVENNER & BERAN PLC
                           20 North Eighth Street
                           2nd Floor
                           Richmond, VA 23219

                           ANDREW W. CAINE, ESQ.
                           PACHULSKI STANG ZIEHL & JONES LLP
                           10100 Santa Monica Boulevard
                           Los Angeles, CA, 90067

Transcription Services:                    eScribers
                                           700 West 192nd Street
                                           Suite #607
                                           New York, NY 10040
                                           (973) 406-2250

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

1          THE COURT OFFICER:  All rise.  Court is now in

2   session.  Please be seated and come to order.

3          THE CLERK:  Circuit City Stores, Inc., items 1

4   through 39 on proposed agenda.

5          MR. CAINE:  Good afternoon, Your Honor.

6          THE COURT:  Good afternoon.  Good to see you again.

7          MR. CAINE:  Thank you, same here.  Andrew Caine,

8   Pachulski Stang Ziehl & Jones for the liquidating trust.  With

9   me today are Lynn Tavenner and Paula Beran, my co-counsel; and

10  also Katie Bradshaw, the manager of the trust.

11         THE COURT:  Very good.  I hope you flew in through

12  Chicago yesterday.

13         MR. CAINE:  I watched it when I got to New York.  I

14  got to -- I was in New York.  You know, in Los Angeles, we

15  can't watch the Dodgers because of this TimeWarner Cable

16  debacle. But I was able to watch it somewhere else.

17         THE COURT:  Good.

18         MR. CAINE:  And a win, what do you know.

19         Anyway, we're here first of all, Your Honor, on the

20  trustee's motion for an order extending the term of the trust.

21  And that's the item I would wish to present to you now.

22         THE COURT:  All right.

23         MR. CAINE:  There has been no opposition to the

24  motion, Your Honor.  I'll just briefly walk through the bases.

25         The authority to extend the term of the trust is

Colloquy                                                          5

 1  found in both the plan and the liquidating trust agreement.

 2  The plan, in Article V(f)(4) which governs the duration of the

 3  trust, provides that "if it is warranted by the facts and

 4  circumstances, that upon a finding by the Court that an

 5  extension of the term of the liquidating trust is necessary to

 6  accomplish the liquidation purpose of the liquidating trust,

 7  then the liquidating trustee shall be authorized to extend the

 8  trust for six months or longer, provided that the extension is

 9  approved by the Court within six months of the beginning of

10  the extended term."

11          And the liquidating trust agreement, in sections 9.2

12  and 9.3 has similar language.

13          So the effective date of the plan was November 1st,

14  2010.  So we are within six months of the five-year

15  anniversary of the trust, which according to liquidating trust

16  agreement 9.3, is the termination unless extended in

17  accordance with the plan.

18          So the applicable documents authorize the extension

19  of the trust.  The termination dates are a bit different for

20  different debtors.  For Ventoux it's October 22nd of this

21  year; for InterTAN Canada, October 26th; and for Circuit City

22  Stores, and all the others, November 1st.

23          By this motion, Your Honor, the trustee is requesting

24  that the trust for all debtors be extended to the same date,

25  which November --

1              THE COURT:  That makes more sense.

2              MR. CAINE:  Yes.  November 1st, 2017, with an

3      opportunity for the trustee to come back before the Court to

4      make an additional showing for additional time, if he believes

5      it is necessary.

6              THE COURT:  Does that still need to be within the

7      six-month period before the termination?  Or how is that

8      language --

9              MR. CAINE:  That's a good question, Your Honor.  The

10     plan would seem to indicate that it would be.

11             THE COURT:  Okay.

12             MR. CAINE:  And so it probably makes sense for us to

13     continue on that basis.

14             THE COURT:  We probably ought to put that in the

15     order just so that it's clear and we don't have any ambiguity

16     going forward --

17             MR. CAINE:  Right.

18             THE COURT:  -- if there would ever been a need to do

19     anything.

20             MR. CAINE:  That -- yes, I agree with that, Your

21     Honor.

22             It would seem, based on the plan language:  "provided

23     the extension is approved within six months of the beginning

24     of the extended term."  So I think that's a very good

25     suggestion.  We'll put that in the order.

1          THE COURT:  Okay.

2          MR. CAINE:  So we'll have to change the order and

3   resubmit that to you.

4          The trustee submits, Your Honor, that the requested

5   extension is necessary to accomplish the liquidating purposes

6   of the trust.  As the motion indicates, there are many current

7   actions that the trust is engaged in that are continuing that

8   will not be completed by November 1st of this year, and which

9   we believe will materially increase the recovery for unsecured

10  creditors.

11         Ms. Bradshaw is here.  She's prepared to testify if

12  the Court wishes, as to the various actions that are

13  summarized in the motion.  But I will also summarize them

14  briefly.

15         Number one, there are various antitrust actions that

16  the trust is participating in, in particular, the cathode ray

17  tube litigation which was set this month.  The trial date was

18  canceled, and the court has yet to set a new date for trial.

19  The judge is in his early nineties.  We believe that he is

20  either trying to encourage the parties to settle or not sure

21  how much longer he is going to sit.  But in either event, our

22  counsel in that matter does not believe that we will even have

23  a trial date before October 1st of this year.

24         The trust is also participating in an antitrust class

25  action relating to lithium ion batteries.  That action is in

Colloquy                                                          8

1    its infancy.  And the trust is likely to participate in one or

2    more actions, including one involving interchange fee

3    overcharges by American Express.  The trust already

4    participating in and concluded one involving interchange fee

5    overcharges by Visa and MasterCard.  So we believe, and Ms.

6    Bradshaw would testify, that those actions will take at least

7    a year if not two to come to conclusion.

8         The trust is also pursuing tax refunds from the

9    Internal Revenue Service and from the State of California

10   Franchise Tax Board.  There is a matter before Your Honor

11   that's set for trial in September with the California

12   Franchise Tax Board.  So that will be concluded before

13   November 1, but if it did go to litigation and there was some

14   appeal, it may take longer.  Of course we're hopeful of

15   settling that without trial.

16        There is the matter of the intercompany transfer of

17   the foreign subsidiary liquidation involving the funds coming

18   down from Canada, which we know will not be concluded until

19   sometime in 2016.

20        There's also the trust's effort to pursue collateral

21   being held by excess insurance carriers.  The debtors

22   maintained a self-insured retention for their general

23   liability, Workers' Compensation, and automobile

24   liability -- potential liability.  There was excess insurance

25   coverage with a number of carriers, primarily with Old

1    Republic.  And we're having difficulty convincing Old Republic

2    to release what we believe are excess amounts of collateral.

3    So the trust is in the process of concluding as many claims as

4    possible.  And it may be that we need to file an action before

5    this Court to recover those amounts from Old Republic.

6          And then finally, Your Honor, there is the conclusion

7    of the prosecution of approximately 300 remaining claim

8    objections and related affirmative claims.

9          The trustee submits, Your Honor, that the extension

10   will not harm creditors in any way.  In fact, quite to the

11   contrary; the trust will continue to make interim

12   distributions to creditors.  I am pleased to report that just

13   last Friday the trust mailed an additional five percent to

14   unsecured creditors, bringing the distribution to date to

15   thirty percent.  In addition, materially increased recoveries

16   will continue to be made to unsecured creditors.  And I

17   believe for both of those reasons, there has been no

18   opposition to this motion by creditors.

19         So in sum, Your Honor, the trustee submits that the

20   extension of two years is warranted under the circumstances

21   and necessary to facilitate the administration of the trust to

22   maximize recovery for creditors.  The trustee requests that

23   the Court grant the motion.

24         THE COURT:  All right.  Does any party wish to be

25   heard in connection with the motion?

1          All right.  There being no opposition, Mr. Caine, the

2     Court is going to grant the motion and extend the term through

3     November 1, 2017 and with the one change to the order that we

4     talked about during your presentation.

5          MR. CAINE:  Yes, Your Honor, we will submit that

6     forthwith.

7          THE COURT:  Thank you, sir.

8          MR. CAINE:  Thank you.

9          THE COURT:  Ms. Beran, you always have to do the

10    heavy lifting.

11         MS. BERAN:  The story of my life, Your Honor; at home

12    and at the office.

13         Good afternoon.  For the record, Your Honor, Paula

14    Beran of the law firm of Tavenner & Beran.  I am here before

15    Your Honor as it relates to the remaining claim objections.

16    And the good news is, is today there are many of them to be

17    closed out, which is always a welcome thing, and the

18    excitement of my day in this claim objection process.

19         Items number 2 through 5, Your Honor, are those that

20    we have commonly referred to as the debtors' omnibus

21    objections.  As Your Honor will see, on Exhibit A, all of

22    those items, there remains one claim subject to that.  In

23    connection with it, two of them are subject to a scheduling

24    order that will be set for trial later on, as well as then two

25    have been settled and are awaiting documentation.  So we would

Colloquy                                                                          11

1   respectfully request that all be continued until the August

2   25th omni, with one caveat and/or disclosure I just wanted to

3   let the Court -- or alert the Court of.

4          In connection with item number 44 -- excuse

5   me -- item number 4, which is the liquidating trust's seventy-

6   sixth omnibus objection -- I apologize, Your Honor.  It is the

7   debtors' seventy-sixth omnibus objection, as indicated on

8   Exhibit A, that is the objection to the claim of claim number

9   13307.  This has been pending on the status column as being

10   resolved, however, request that the matter be continued for

11   documentation and consummation.

12          Mr. Caine, Ms. Tavenner, and I were talking about an

13   issue associated with this.  The terms of the agreement have

14   been -- or the settlement -- have been reached.  Mr. Caine has

15   circulated a proposed settlement agreement, and there has been

16   no response as it relates to execution of that settlement

17   agreement.  And this has been going on for an extended period

18   of time.

19          It deals with a decedent's estate.  The concern is,

20   is maybe don't necessarily have the counsel's attention, and

21   it isn't top priority for him to have this document executed.

22   So what the three of us determined, and we wanted to make sure

23   it would be okay with Your Honor, is that on the August

24   omnibus date, we will notice this up for substantive hearing.

25   Given that we do have an agreement reached on a claim amount,

Colloquy                                                                        12

1    a resolution, we would notice it up for not complete

2    disallowance, but instead for the previously agreed settlement

3    amount, subject to the proposed settlement agreement; and then

4    notice that for substantive hearing.  And if no one comes,

5    we'd respectfully request that Your Honor grant it as

6    modified.

7              THE COURT:  All right.  Very good.

8              MS. BERAN:  Your Honor, that allows --

9              THE COURT:  And you have the decedent's estate

10   administrator or executor, who you'll be able to serve with

11   that, so that --

12             MS. BERAN:  Yes, Your Honor.

13             THE COURT:  -- we won't have any problem with that?

14             MS. BERAN:  Yes, Your Honor.

15             THE COURT:  Super.  All right.

16             MS. BERAN:  Your Honor, that then allows us to turn

17   to page 24.  And this is items 6, 7, and 8, which we commonly

18   refer to as the standalone tax objections.  As indicated, one

19   has been resolved, but we respectfully request for a

20   continuation for documentation and consummation; and then we'd

21   respectfully request that the other two be continued for

22   status purposes.

23             THE COURT:  All right, they'll be continued.

24             MS. BERAN:  And I apologize, Your Honor.  I should

25   state on the record, we're requesting for the continuance to

1  the August 25th --

2         THE COURT:  August 25th.

3         MS. BERAN:  -- omni.  Thank you.

4         THE COURT:  I see that.

5         MS. BERAN:  Your Honor, that allows us to turn to

6  page 40, item number 9, the liquidating trust's first omnibus

7  objection -- and actually items 9 through 11, we'd

8  respectfully request that the claims identified on Exhibit B

9  be continued until the August 25th omni.

10        THE COURT:  All right.  They'll be continued.

11        MS. BERAN:  Thank you, Your Honor.  That allows us to

12 turn to page 97, for items 12 and 13, starting with the

13 liquidating trust's fourth omnibus objection.  As indicated on

14 Exhibit B, several of those claims have been resolved and

15 either may be removed from the Court's docket and/or, as

16 indicated on Exhibit B, continued for documentation and

17 consummation.  And we'd also respectfully request that all the

18 remaining items as identified on Exhibit B, be continued to

19 the August 25th omnibus hearing.

20        THE COURT:  They'll be continued.

21        MS. BERAN:  Thank you, Your Honor.  That allows us to

22 turn to page 134.  The liquidating trust's sixth omnibus

23 objection.  We'd respectfully request that the claims

24 identified on Exhibit B be continued until the August 25th

25 omni.

1          THE COURT:  They're all Old Republic?

2          MS. BERAN:  Yes, Your Honor.

3          THE COURT:  Okay, very good.

4          MS. BERAN:  Thank you.  That allows --

5          THE COURT:  They'll be continued.

6          MS. BERAN:  -- us to turn to page 151.

7          THE COURT:  All right.  Starting with the liquidating

8    trust's seventh omnibus objection, items 15, 16, and 17.  As

9    indicated on Exhibit B, several have been resolved and may be

10   removed from the Court's docket.  Others have been resolved

11   but we're continuing for consummation and documentation -- or

12   I guess I said that reverse -- for documentation and

13   consummation.  We'd respectfully request that all of those as

14   well as those identified on Exhibit B for continuation, be

15   continued until the August 25th omni.

16         THE COURT:  They'll be continued.

17         MS. BERAN:  Thank you, Your Honor.  That allows us to

18   turn to page 205.  And as indicated, this is my most favorite

19   part of this process.  On item number 18, which is the

20   liquidating trust's thirteenth omnibus objection, this was

21   the -- the remaining claimant in this instance was Mr.

22   Besanko.  As previously indicated, all of Mr. Besanko's claims

23   have been resolved, and now they have been documented and

24   consummated, so that this matter may be removed from the

25   Court's docket.

 1              THE COURT:  It will be removed, joyfully.

 2              MS. BERAN:  Thank you, Your Honor.  Then that allows

 3    us to turn to page 221.  Item 19 -- items, actually, 19

 4    through 21, the liquidating trust's fourteenth omnibus

 5    objection.  As indicated on Exhibit B for 19 through 21, many

 6    claims have been resolved and may be removed from the Court's

 7    docket.  In addition, there are others that we'd respectfully

 8    request be continued for documentation and consummation.  We'd

 9    respectfully request those, as well as the other claims

10    identified on Exhibit B be continued for the August 25th omni.

11              THE COURT:  All right, very good.  I see quite a few

12    have been resolved there.  That's excellent.  All right.

13              MS. BERAN:  Than, you.  Your Honor, that --

14              THE COURT:  The others will be continued.

15              MS. BERAN:  Thank you, Your Honor.  That allows us to

16    turn to page 275.  This is the liquidating trust's eighteenth

17    omnibus objection.  There is one claim that remains

18    outstanding on this omnibus objection.  We'd respectfully

19    request that it be continued till the August 25th omni.

20              THE COURT:  All right.  It'll be continued.  That's

21    the Massachusetts  claim?

22              MS. BERAN:  I apologize, Your Honor.  I -- the

23    eighteenth omni.  Yes, Your Honor.  Massachusetts Commissioner

24    of Department of Revenue.

25              THE COURT:  All right.  Very good.

Colloquy                                                                16

1          MS. BERAN:  Thank you, Your Honor.  Your Honor, that

2    allows us to turn to page 291, starting with item number 23,

3    as well as item number 24.  As indicated on Exhibit B, many of

4    those have been resolved and may be removed from the Court's

5    docket, as well as then some we request for continuation for

6    documentation and consummation.  We'd respectfully request

7    those as well as the others identified, be continued until the

8    August 25th omni.

9          THE COURT:  They'll be continued.

10         MS. BERAN:  Thank you, Your Honor.  That allows us to

11   turn to page 329, the liquidating trust's twenty-third omnibus

12   objection.  We'd respectfully request that the claims subject

13   to that be continued for status purposes until the August 25th

14   omni.

15         THE COURT:  Those are also all Old Republic.  Okay.

16         MS. BERAN:  Yes, Your Honor.

17         THE COURT:  That'll be fine.

18         MS. BERAN:  Your Honor, that allows us to turn to

19   page 346, for items 26 through 29.  As indicated on Exhibit B,

20   many of those have been resolved and may be removed from the

21   Court's docket.  In addition, there are certain that have been

22   resolved and we're asking to continue for documentation and

23   consummation to the August 25th omni, as well as then continue

24   others to the August 25th omni.

25         I would note, Your Honor, in connection with item

1   number 27, which is the twenty-ninth omnibus objection, all

2   outstanding claims have been resolved in connection with that,

3   and that entire omni may be removed from the Court's docket.

4            THE COURT:  It'll be removed.  The others will be

5   continued.

6            MS. BERAN:  Thank you, Your Honor.  That allows us to

7   turn to page 409.  Item number 30, which is the liquidating

8   trust's thirty-second omnibus objection, this one was

9   subject -- the remaining claims were the claims of Mr.

10  Besanko.  As indicated, they have been resolved.  So this

11  matter may be closed out.

12           THE COURT:  All right, it'll be closed.

13           MS. BERAN:  Thank you, Your Honor.  That allows us to

14  turn to page 421.  The liquidating trust's thirty-eighth

15  omnibus objection.  In connection with that, Your Honor, as

16  identified on Exhibit B, certain of those have been resolved

17  and we are now completed in connection with this omnibus

18  objection, and this omnibus objection may be closed out.

19           THE COURT:  Excellent; it'll be closed.

20           MS. BERAN:  Thank you, Your Honor.  That allows us to

21  turn to page 436.  Starting with item number 32, and items 32

22  through 36, as indicated on Exhibit B, many of those have been

23  resolved and may be removed from the Court's docket.

24           In addition, there are others that we'd respectfully

25  request be continued for documentation and consummation to the

Colloquy                                                              18

1     August 25th omni.  We'd respectfully request that all others

2     identified on Exhibit B be continued until the August 25th

3     omni.

4               THE COURT:  All right, the unresolved matters will be

5     continued.

6               MS. BERAN:  Thank you, Your Honor.  That allows us to

7     turn to page 511.  Item number 37; this is the liquidating

8     trust's forty-ninth omnibus objection.  This, too, was the one

9     that was subject to the Besanko claims.  As indicated, they

10    have been resolved and may be removed from the Court's docket.

11    Accordingly this entire omnibus objection may be closed out.

12              THE COURT:  It'll be closed.

13              MS. BERAN:  Thank you, Your Honor.  That allows us to

14    turn to page 523, which is the liquidating trust's fifty-third

15    omnibus objection.  This is another one that was subject to

16    the claims of Mr. Besanko which have been resolved and settled

17    pursuant to procedures approved by this Court.  Accordingly,

18    this omnibus objection may be closed out.

19              THE COURT:  It'll be closed.

20              MS. BERAN:  Thank you, Your Honor.  That allows us to

21    turn to page 534, which is item number 39, the liquidating

22    trust's sixty-fourth omnibus objection.  As indicated on

23    Exhibit B, some of those claims have been resolved and may be

24    removed from the Court's docket.  Others, we'd respectfully

25    request that they be continued for documentation and

Colloquy                                                              19

1   consummation, and we'd respectfully request that all claims

2   identified on Exhibit B be continued for status purpose to the

3   August 25th omni.

4          THE COURT:  It'll be continued.

5          MS. BERAN:  And that closes out today's agenda, Your

6   Honor.

7          THE COURT:  All right.  Is there any other business

8   we need to take up in Circuit City?

9          MR. CAINE:  Your Honor, if I may, I wanted to give

10  you a little summary of where we are with the landlord claims?

11         THE COURT:  Thank you.

12         MR. CAINE:  Those are the majority of the outstanding

13  claims.  In fact, in the last couple of days since the agenda

14  was filed, we've settled eighteen more, so you'll see those on

15  the next docket.  But according to my numbers, we have

16  approximately 225 landlord claims left.

17         We are in active negotiations with about 75 -- I'm

18  sorry, 150 of those claims -- 150 of the 225.  So we're of the

19  belief that those are on their path to being resolved in the

20  near term.

21         There are approximately seventy-five claims, however,

22  in which we're having a difficult time getting the attention

23  of the claimant of their counsel.  So earlier this week, we

24  served interrogatories and requests for admission, attempting

25  to identify any information that they might use in order to

1  support some position contrary to the trust's records, or

2  hopefully admit that the trust's records are correct.  And

3  once we receive those discovery responses, unless they want to

4  informally resolve all of a sudden, we'll be moving towards

5  procedures within this court to try and get those claims

6  finally completed.

7           THE COURT:  Good.  All right.

8           MR. CAINE:  Other than that, there are a handful of

9  claims, and then the Old Republic situation.

10          THE COURT:  Well, there's nothing like a deadline to

11 focus the mind.

12          MR. CAINE:  Exactly.

13          THE COURT:  And so that's good.  I'm glad that you're

14 pursuing that.  All right, excellent.

15          MR. CAINE:  Thank you, Your Honor.

16          THE COURT:  So I take it, then, I'll get some more

17 information on that on the 25th omni when we come back.

18          MR. CAINE:  Correct.

19          THE COURT:  Because by then you would have your

20 responses and know how you're going to tee things up or what

21 you're going to do.

22          MR. CAINE:  That's exactly the calendar which we were

23 following, Your Honor.

24          THE COURT:  Okay.  Very good.  Excellent.  Thank you

25 for that report.

Colloquy                                                                                  21

1              MR. CAINE:  You're welcome.

2              THE COURT:  All right.  Thank you, Mr. Caine and Ms.

3     Beran for the information this afternoon.  We'll be in recess

4     for the day.

5              Ms. Tavenner, can I see you in chambers?  I promise

6     not more than a minute.

7              MS. TAVENNER:  Yes, Your Honor.

8              THE COURT:  All right, thank you.

9              THE COURT OFFICER:  All rise.  Court is now

10    adjourned.

11         (Whereupon these proceedings were concluded at 2:27 PM)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                               **I N D E X**

3

4   RULINGS:                                        PAGE   LINE

5   Trustee's motion for order extending the          9      1

6   term of the trust to November 1, 2017

7   is granted

8   Trust's thirteenth omnibus objection to          14      1

9   claims is removed from the docket.

10  Twenty-ninth omnibus objection to claims         16      4

11  will be removed from the docket.

12  Thirty-second omnibus objection will be          16     12

13  closed.

14  Thirty-eighth omnibus objection will be          16     19

15  closed.

16  Forty-ninth omnibus objection will be closed.    17     12

17  Fifty-third omnibus objection will be closed.    17     19

18

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T I O N

3

4          I, Penina Wolicki, the court approved transcriber, do

5    hereby certify the foregoing is a true and correct transcript

6    from the official electronic sound recording of the

7    proceedings in the above-entitled matter.

8

9

10                                      June 30, 2015

11   _____      _____

12   PENINA WOLICKI                       DATE

13   AAERT Certified Electronic Transcriber CET**D-569

14

15

16

17

18

19

20

21

22

23

24

25

CIRCUIT CITY STORES, INC.
Case No. 08-35653-KRH

June 25, 2015

## 1

**1 (3)**
4:3;8:13;10:3
**11 (1)**
13:7
**12 (1)**
13:12
**13 (1)**
13:12
**13307 (1)**
11:9
**134 (1)**
13:22
**15 (1)**
14:8
**150 (2)**
19:18,18
**151 (1)**
14:6
**16 (1)**
14:8
**17 (1)**
14:8
**18 (1)**
14:19
**19 (3)**
15:3,3,5
**1st (5)**
5:13,22;6:2;7:8,23

## 2

**2 (1)**
10:19
**2:27 (1)**
21:11
**2010 (1)**
5:14
**2016 (1)**
8:19
**2017 (2)**
6:2;10:3
**205 (1)**
14:18
**21 (2)**
15:4,5
**221 (1)**
15:3
**225 (2)**
19:16,18
**22nd (1)**
5:20
**23 (1)**
16:2
**24 (2)**
12:17;16:3
**25th (17)**
11:2;13:1,2,9,19,24;
14:15;15:10,19;16:8,13,
23,24;18:1,2;19:3;20:17
**26 (1)**

**16:19**
**26th (1)**
5:21
**27 (1)**
17:1
**275 (1)**
15:16
**29 (1)**
16:19
**291 (1)**
16:2

## 3

**30 (1)**
17:7
**300 (1)**
9:7
**32 (2)**
17:21,21
**329 (1)**
16:11
**346 (1)**
16:19
**36 (1)**
17:22
**37 (1)**
18:7
**39 (2)**
4:4;18:21

## 4

**4 (1)**
11:5
**40 (1)**
13:6
**409 (1)**
17:7
**421 (1)**
17:14
**436 (1)**
17:21
**44 (1)**
11:4

## 5

**5 (1)**
10:19
**511 (1)**
18:7
**523 (1)**
18:14
**534 (1)**
18:21

## 6

**6 (1)**
12:17

## 7

**7 (1)**
12:17
**75 (1)**
19:17

## 8

**8 (1)**
12:17

## 9

**9 (2)**
13:6,7
**9.2 (1)**
5:11
**9.3 (2)**
5:12,16
**97 (1)**
13:12

## A

**able (2)**
4:16;12:10
**accomplish (2)**
5:6;7:5
**accordance (1)**
5:17
**according (2)**
5:15;19:15
**Accordingly (2)**
18:11,17
**action (3)**
7:25,25;9:4
**actions (5)**
7:7,12,15;8:2,6
**active (1)**
19:17
**actually (2)**
13:7;15:3
**addition (4)**
9:15;15:7;16:21;17:24
**additional (3)**
6:4,4;9:13
**adjourned (1)**
21:10
**administration (1)**
9:21
**administrator (1)**
12:10
**admission (1)**
19:24
**admit (1)**
20:2
**affirmative (1)**
9:8
**afternoon (4)**
4:5,6;10:13;21:3
**again (1)**

**4:6**
**agenda (3)**
4:4;19:5,13
**agree (1)**
6:20
**agreed (1)**
12:2
**agreement (8)**
5:1,11,16;11:13,15,17,
25;12:3
**alert (1)**
11:3
**allows (18)**
12:8,16;13:5,11,21;
14:4,17;15:2,15;16:2,10,
18;17:6,13,20;18:6,13,
20
**always (2)**
10:9,17
**ambiguity (1)**
6:15
**American (1)**
8:3
**amount (2)**
11:25;12:3
**amounts (2)**
9:2,5
**and/or (2)**
11:2;13:15
**Andrew (1)**
4:7
**Angeles (1)**
4:14
**anniversary (1)**
5:15
**antitrust (2)**
7:15,24
**apologize (3)**
11:6;12:24;15:22
**appeal (1)**
8:14
**applicable (1)**
5:18
**approved (3)**
5:9;6:23;18:17
**approximately (3)**
9:7;19:16,21
**Article (1)**
5:2
**associated (1)**
11:13
**attempting (1)**
19:24
**attention (2)**
11:20;19:22
**August (17)**
11:1,23;13:1,2,9,19,
24;14:15;15:10,19;16:8,
13,23,24;18:1,2;19:3
**authority (1)**
4:25
**authorize (1)**
5:18

**authorized (1)**
5:7
**automobile (1)**
8:23
**awaiting (1)**
10:25

## B

**back (2)**
6:3;20:17
**based (1)**
6:22
**bases (1)**
4:24
**basis (1)**
6:13
**batteries (1)**
7:25
**beginning (2)**
5:9;6:23
**belief (1)**
19:19
**believes (1)**
6:4
**Beran (34)**
4:9;10:9,11,14,14;
12:8,12,14,16,24;13:3,5,
11,21;14:2,4,6,17;15:2,
13,15,22;16:1,10,16,18;
17:6,13,20;18:6,13,20;
19:5;21:3
**Besanko (4)**
14:22;17:10;18:9,16
**Besanko's (1)**
14:22
**bit (1)**
5:19
**Board (2)**
8:10,12
**both (2)**
5:1;9:17
**Bradshaw (3)**
4:10;7:11;8:6
**briefly (2)**
4:24;7:14
**bringing (1)**
9:14
**business (1)**
19:7

## C

**Cable (1)**
4:15
**CAINE (26)**
4:5,7,7,13,18,23;6:2,9,
12,17,20;7:2;10:1,5,8;
11:12,14;19:9,12;20:8,
12,15,18,22;21:1,2
**calendar (1)**
20:22
**California (2)**

8:9,11
**can (1)**
21:5
**Canada (2)**
5:21;8:18
**canceled (1)**
7:18
**carriers (2)**
8:21,25
**cathode (1)**
7:16
**caveat (1)**
11:2
**certain (2)**
16:21;17:16
**chambers (1)**
21:5
**change (2)**
7:2;10:3
**Chicago (1)**
4:12
**Circuit (3)**
4:3;5:21;19:8
**circulated (1)**
11:15
**circumstances (2)**
5:4;9:20
**City (3)**
4:3;5:21;19:8
**claim (9)**
9:7;10:15,18,22;11:8,
8,25;15:17,21
**claimant (2)**
14:21;19:23
**claims (23)**
9:3,8;13:8,14,23;
14:22;15:6,9;16:12;
17:2,9,9;18:9,16,23;
19:1,10,13,16,18,21;
20:5,9
**class (1)**
7:24
**clear (1)**
6:15
**CLERK (1)**
4:3
**closed (9)**
10:17;17:11,12,18,19;
18:11,12,18,19
**closes (1)**
19:5
**co-counsel (1)**
4:9
**collateral (2)**
8:20;9:2
**column (1)**
11:9
**coming (1)**
8:17
**Commissioner (1)**
15:23
**commonly (2)**
10:20;12:17

**Compensation (1)**
8:23
**complete (1)**
12:1
**completed (3)**
7:8;17:17;20:6
**concern (1)**
11:19
**concluded (4)**
8:4,12,18;21:11
**concluding (1)**
9:3
**conclusion (2)**
8:7;9:6
**connection (7)**
9:25;10:23;11:4;
16:25;17:2,15,17
**consummated (1)**
14:24
**consummation (10)**
11:11;12:20;13:17;
14:11,13;15:8;16:6,23;
17:25;19:1
**continuance (1)**
12:25
**continuation (3)**
12:20;14:14;16:5
**continue (5)**
6:13;9:11,16;16:22,23
**continued (28)**
11:1,10;12:21,23;
13:9,10,16,18,20,24;
14:5,15,16;15:8,10,14,
19,20;16:7,9,13;17:5,25;
18:2,5,25;19:2,4
**continuing (2)**
7:7;14:11
**contrary (2)**
9:11;20:1
**convincing (1)**
9:1
**counsel (2)**
7:22;19:23
**counsel's (1)**
11:20
**couple (1)**
19:13
**course (1)**
8:14
**COURT (68)**
4:1,1,6,11,17,22;5:4,9;
6:1,3,6,11,14,18;7:1,12,
18;9:5,23,24;10:2,7,9;
11:3,3;12:7,9,13,15,23;
13:2,4,10,20;14:1,3,5,7,
16;15:1,11,14,20,25;
16:9,15,17;17:4,12,19;
18:4,12,17,19;19:4,7,11;
20:5,7,10,13,16,19,24;
21:2,8,9,9
**Court's (10)**
13:15;14:10,25;15:6;
16:4,21;17:3,23;18:10,

24
**coverage (1)**
8:25
**creditors (7)**
7:10;9:10,12,14,16,18,
22
**current (1)**
7:6

**D**

**date (7)**
5:13,24;7:17,18,23;
9:14;11:24
**dates (1)**
5:19
**day (2)**
10:18;21:4
**days (1)**
19:13
**deadline (1)**
20:10
**deals (1)**
11:19
**debacle (1)**
4:16
**debtors (3)**
5:20,24;8:21
**debtors' (2)**
10:20;11:7
**decedent's (2)**
11:19;12:9
**Department (1)**
15:24
**determined (1)**
11:22
**different (2)**
5:19,20
**difficult (1)**
19:22
**difficulty (1)**
9:1
**disallowance (1)**
12:2
**disclosure (1)**
11:2
**discovery (1)**
20:3
**distribution (1)**
9:14
**distributions (1)**
9:12
**docket (11)**
13:15;14:10,25;15:7;
16:5,21;17:3,23;18:10,
24;19:15
**document (1)**
11:21
**documentation (11)**
10:25;11:11;12:20;
13:16;14:11,12;15:8;
16:6,22;17:25;18:25
**documented (1)**

14:23
**documents (1)**
5:18
**Dodgers (1)**
4:15
**down (1)**
8:18
**duration (1)**
5:2
**during (1)**
10:4

**E**

**earlier (1)**
19:23
**early (1)**
7:19
**effective (1)**
5:13
**effort (1)**
8:20
**eighteen (1)**
19:14
**eighteenth (2)**
15:16,23
**either (3)**
7:20,21;13:15
**else (1)**
4:16
**encourage (1)**
7:20
**engaged (1)**
7:7
**entire (1)**
17:3;18:11
**estate (2)**
11:19;12:9
**even (1)**
7:22
**event (1)**
7:21
**Exactly (2)**
20:12,22
**excellent (4)**
15:12;17:19;20:14,24
**excess (3)**
8:21,24;9:2
**excitement (1)**
10:18
**excuse (1)**
11:4
**executed (1)**
11:21
**execution (1)**
11:16
**executor (1)**
12:10
**Exhibit (18)**
10:21;11:8;13:8,14,
16,18,24;14:9,14;15:5,
10;16:3,19;17:16,22;
18:2,23;19:2

**Express (1)**
8:3
**extend (3)**
4:25;5:7;10:2
**extended (5)**
5:10,16,24;6:24;11:17
**extending (1)**
4:20
**extension (7)**
5:5,8,18;6:23;7:5;9:9,
20

**F**

**facilitate (1)**
9:21
**fact (2)**
9:10;19:13
**facts (1)**
5:3
**favorite (1)**
14:18
**fee (2)**
8:2,4
**few (1)**
15:11
**fifty-third (1)**
18:14
**file (1)**
9:4
**filed (1)**
19:14
**finally (2)**
9:6;20:6
**finding (1)**
5:4
**fine (1)**
16:17
**firm (1)**
10:14
**first (2)**
4:19;13:6
**five (1)**
9:13
**five-year (1)**
5:14
**flew (1)**
4:11
**focus (1)**
20:11
**following (1)**
20:23
**foreign (1)**
8:17
**forthwith (1)**
10:6
**forty-ninth (1)**
18:8
**forward (1)**
6:16
**found (1)**
5:1
**fourteenth (1)**

15:4
**fourth (1)**
 13:13
**Franchise (2)**
 8:10,12
**Friday (1)**
 9:13
**funds (1)**
 8:17

## G

**general (1)**
 8:22
**Given (1)**
 11:25
**glad (1)**
 20:13
**Good (16)**
 4:5,6,6,11,17;6:9,24;
 10:13,16;12:7;14:3;
 15:11,25;20:7,13,24
**governs (1)**
 5:2
**grant (3)**
 9:23;10:2;12:5
**guess (1)**
 14:12

## H

**handful (1)**
 20:8
**harm (1)**
 9:10
**heard (1)**
 9:25
**hearing (3)**
 11:24;12:4;13:19
**heavy (1)**
 10:10
**held (1)**
 8:21
**home (1)**
 10:11
**Honor (53)**
 4:5,19,24;5:23;6:9,21;
 7:4;8:10;9:6,9,19;10:5,
 11,13,15,19,21;11:6,23;
 12:5,8,12,14,16,24;13:5,
 11,21;14:2,17;15:2,13,
 15,22,23;16:1,1,10,16,
 18,25;17:6,13,15,20;
 18:6,13,20;19:6,9;20:15,
 23;21:7
**hope (1)**
 4:11
**hopeful (1)**
 8:14
**hopefully (1)**
 20:2

## I

**identified (9)**
 13:8,18,24;14:14;
 15:10;16:7;17:16;18:2;
 19:2
**identify (1)**
 19:25
**Inc (1)**
 4:3
**including (1)**
 8:2
**increase (1)**
 7:9
**increased (1)**
 9:15
**indicate (1)**
 6:10
**indicated (14)**
 11:7;12:18;13:13,16;
 14:9,18,22;15:5;16:3,19;
 17:10,22;18:9,22
**indicates (1)**
 7:6
**infancy (1)**
 8:1
**informally (1)**
 20:4
**information (3)**
 19:25;20:17;21:3
**instance (1)**
 14:21
**instead (1)**
 12:2
**insurance (2)**
 8:21,24
**interchange (2)**
 8:2,4
**intercompany (1)**
 8:16
**interim (1)**
 9:11
**Internal (1)**
 8:9
**interrogatories (1)**
 19:24
**InterTAN (1)**
 5:21
**involving (3)**
 8:2,4,17
**ion (1)**
 7:25
**issue (1)**
 11:13
**item (13)**
 4:21;11:4,5;13:6;
 14:19;15:3;16:2,3,25;
 17:7,21;18:7,21
**items (11)**
 4:3;10:19,22;12:17;
 13:7,12,18;14:8;15:3;
 16:19;17:21

## J

**Jones (1)**
 4:8
**joyfully (1)**
 15:1
**judge (1)**
 7:19

## K

**Katie (1)**
 4:10

## L

**landlord (2)**
 19:10,16
**language (3)**
 5:12;6:8,22
**last (2)**
 9:13;19:13
**later (1)**
 10:24
**law (1)**
 10:14
**least (1)**
 8:6
**left (1)**
 19:16
**liability (3)**
 8:23,24,24
**life (1)**
 10:11
**lifting (1)**
 10:10
**likely (1)**
 8:1
**liquidating (22)**
 4:8;5:1,5,6,7,11,15;
 7:5;11:5;13:6,13,22;
 14:7,20;15:4,16;16:11;
 17:7,14;18:7,14,21
**liquidation (2)**
 5:6;8:17
**lithium (1)**
 7:25
**litigation (2)**
 7:17;8:13
**little (1)**
 19:10
**longer (3)**
 5:8;7:21;8:14
**Los (1)**
 4:14
**Lynn (1)**
 4:9

## M

**mailed (1)**
 9:13

**maintained (1)**
 8:22
**majority (1)**
 19:12
**makes (2)**
 6:1,12
**manager (1)**
 4:10
**many (7)**
 7:6;9:3;10:16;15:5;
 16:3,20;17:22
**Massachusetts (2)**
 15:21,23
**MasterCard (1)**
 8:5
**materially (2)**
 7:9;9:15
**matter (6)**
 7:22;8:10,16;11:10;
 14:24;17:11
**matters (1)**
 18:4
**maximize (1)**
 9:22
**may (17)**
 8:14;9:4;13:15;14:9,
 24;15:6;16:4,20;17:3,11,
 18,23;18:10,11,18,23;
 19:9
**maybe (1)**
 11:20
**might (1)**
 19:25
**mind (1)**
 20:11
**minute (1)**
 21:6
**modified (1)**
 12:6
**month (1)**
 7:17
**months (4)**
 5:8,9,14;6:23
**more (5)**
 6:1;8:2;19:14;20:16;
 21:6
**most (1)**
 14:18
**motion (9)**
 4:20,24;5:23;7:6,13;
 9:18,23,25;10:2
**moving (1)**
 20:4
**much (1)**
 7:21

## N

**near (1)**
 19:20
**necessarily (1)**
 11:20
**necessary (4)**

5:5;6:5;7:5;9:21
**need (4)**
 6:6,18;9:4;19:8
**negotiations (1)**
 19:17
**New (3)**
 4:13,14;7:18
**news (1)**
 10:16
**next (1)**
 19:15
**nineties (1)**
 7:19
**note (1)**
 16:25
**notice (3)**
 11:24;12:1,4
**November (5)**
 5:13,22,25;6:2;7:8;
 8:13;10:3
**Number (15)**
 7:15;8:25;10:19;11:4,
 5,8;13:6;14:19;16:2,3;
 17:1,7,21;18:7,21
**numbers (1)**
 19:15

## O

**objection (23)**
 10:18;11:6,7,8;13:7,
 13,23;14:8,20;15:5,17,
 18;16:12;17:1,8,15,18,
 18;18:8,11,15,18,22
**objections (4)**
 9:8;10:15,21;12:18
**October (3)**
 5:20,21;7:23
**office (1)**
 10:12
**OFFICER (2)**
 4:1;21:9
**Old (6)**
 8:25;9:1,5;14:1;16:15;
 20:9
**omni (17)**
 11:2;13:3,9,25;14:15;
 15:10,19,23;16:8,14,23,
 24;17:3;18:1,3;19:3;
 20:17
**omnibus (24)**
 10:20;11:6,7,24;13:6,
 13,19,22;14:8,20;15:4,
 17,18;16:11;17:1,8,15,
 17,18;18:8,11,15,18,22
**once (1)**
 20:3
**one (13)**
 7:15;8:1,2,4;10:3,22;
 11:2;12:4,18;15:17;
 17:8;18:8,15
**opportunity (1)**
 6:3

**opposition (3)**
    4:23;9:18;10:1
**order (8)**
    4:2,20;6:15,25;7:2;
    10:3,24;19:25
**others (10)**
    5:22;14:10;15:7,14;
    16:7,24;17:4,24;18:1,24
**ought (1)**
    6:14
**out (6)**
    10:17;17:11,18;18:11,
    18;19:5
**outstanding (3)**
    15:18;17:2;19:12
**overcharges (2)**
    8:3,5

**P**

**Pachulski (1)**
    4:8
**page (17)**
    12:17;13:6,12,22;
    14:6,18;15:3,16;16:2,11,
    19;17:7,14,21;18:7,14,
    21
**part (1)**
    14:19
**participate (1)**
    8:1
**participating (3)**
    7:16,24;8:4
**particular (1)**
    7:16
**parties (1)**
    7:20
**party (1)**
    9:24
**path (1)**
    19:19
**Paula (2)**
    4:9;10:13
**pending (1)**
    11:9
**percent (2)**
    9:13,15
**period (2)**
    6:7;11:17
**plan (6)**
    5:1,2,13,17;6:10,22
**Please (1)**
    4:2
**pleased (1)**
    9:12
**PM (1)**
    21:11
**position (1)**
    20:1
**possible (1)**
    9:4
**potential (1)**
    8:24

**prepared (1)**
    7:11
**present (1)**
    4:21
**presentation (1)**
    10:4
**previously (2)**
    12:2;14:22
**primarily (1)**
    8:25
**priority (1)**
    11:21
**probably (2)**
    6:12,14
**problem (1)**
    12:13
**procedures (2)**
    18:17;20:5
**proceedings (1)**
    21:11
**process (3)**
    9:3;10:18;14:19
**promise (1)**
    21:5
**proposed (3)**
    4:4;11:15;12:3
**prosecution (1)**
    9:7
**provided (2)**
    5:8;6:22
**provides (1)**
    5:3
**purpose (2)**
    5:6;19:2
**purposes (3)**
    7:5;12:22;16:13
**pursuant (1)**
    18:17
**pursue (1)**
    8:20
**pursuing (2)**
    8:8;20:14
**put (2)**
    6:14,25

**Q**

**quite (2)**
    9:10;15:11

**R**

**ray (1)**
    7:16
**reached (2)**
    11:14,25
**reasons (1)**
    9:17
**receive (1)**
    20:3
**recess (1)**
    21:3
**record (2)**

    10:13;12:25
**records (2)**
    20:1,2
**recover (1)**
    9:5
**recoveries (1)**
    9:15
**recovery (2)**
    7:9;9:22
**refer (1)**
    12:18
**referred (1)**
    10:20
**refunds (1)**
    8:8
**related (1)**
    9:8
**relates (2)**
    10:15;11:16
**relating (1)**
    7:25
**release (1)**
    9:2
**remaining (5)**
    9:7;10:15;13:18;
    14:21;17:9
**remains (2)**
    10:22;15:17
**removed (12)**
    13:15;14:10,24;15:1,
    6;16:4,20;17:3,4,23;
    18:10,24
**report (2)**
    9:12;20:25
**Republic (6)**
    9:1,1,5;14:1;16:15;
    20:9
**request (19)**
    11:1;10;12:5,19,21;
    13:8,17,23;14:13;15:8,9,
    19;16:5,6,12;17:25;18:1,
    25;19:1
**requested (1)**
    7:4
**requesting (2)**
    5:23;12:25
**requests (2)**
    9:22;19:24
**resolution (1)**
    12:1
**resolve (1)**
    20:4
**resolved (19)**
    11:10;12:19;13:14;
    14:9,10,23;15:6,12;16:4,
    20,22;17:2,10,16,23;
    18:10,16,23;19:19
**respectfully (17)**
    11:1;12:5,19,21;13:8,
    17,23;14:13;15:7,9,18;
    16:6,12;17:24;18:1,24;
    19:1
**response (1)**

    11:16
**responses (2)**
    20:3,20
**resubmit (1)**
    7:3
**retention (1)**
    8:22
**Revenue (2)**
    8:9;15:24
**reverse (1)**
    14:12
**right (20)**
    4:22;6:17;9:24;10:1;
    12:7,15,23;13:10;14:7;
    15:11,12,20,25;17:12;
    18:4;19:7;20:7,14;21:2,
    8
**rise (2)**
    4:1;21:9

**S**

**same (2)**
    4:7;5:24
**scheduling (1)**
    10:23
**seated (1)**
    4:2
**sections (1)**
    5:11
**seem (2)**
    6:10,22
**self-insured (1)**
    8:22
**sense (2)**
    6:1,12
**September (1)**
    8:11
**serve (1)**
    12:10
**served (1)**
    19:24
**Service (1)**
    8:9
**session (1)**
    4:2
**set (4)**
    7:17,18;8:11;10:24
**settle (1)**
    7:20
**settled (3)**
    10:25;18:16;19:14
**settlement (5)**
    11:14,15,16;12:2,3
**settling (1)**
    8:15
**seventh (1)**
    14:8
**seventy- (1)**
    11:5
**seventy-five (1)**
    19:21
**seventy-sixth (1)**

**11:7**
**several (2)**
    13:14;14:9
**shall (1)**
    5:7
**showing (1)**
    6:4
**similar (1)**
    5:12
**sit (1)**
    7:21
**situation (1)**
    20:9
**six (4)**
    5:8,9,14;6:23
**six-month (1)**
    6:7
**sixth (2)**
    11:6;13:22
**sixty-fourth (1)**
    18:22
**sometime (1)**
    8:19
**somewhere (1)**
    4:16
**sorry (1)**
    19:18
**standalone (1)**
    12:18
**Stang (1)**
    4:8
**starting (4)**
    13:12;14:7;16:2;17:21
**State (2)**
    8:9;12:25
**status (4)**
    11:9;12:22;16:13;19:2
**still (1)**
    6:6
**Stores (2)**
    4:3;5:22
**story (1)**
    10:11
**subject (7)**
    10:22,23;12:3;16:12;
    17:9;18:9,15
**submit (1)**
    10:5
**submits (3)**
    7:4;9:9,19
**subsidiary (1)**
    8:17
**substantive (2)**
    11:24;12:4
**sudden (1)**
    20:4
**suggestion (1)**
    6:25
**sum (1)**
    9:19
**summarize (1)**
    7:13
**summarized (1)**

CIRCUIT CITY STORES, INC.
Case No. 08-35653-KRH

June 25, 2015

7:13

**summary (1)**
19:10

**Super (1)**
12:15

**support (1)**
20:1

**sure (2)**
7:20;11:22

**T**

**talked (1)**
10:4

**talking (1)**
11:12

**Tavenner (5)**
4:9;10:14;11:12;21:5,
7

**tax (4)**
8:8,10,12;12:18

**tee (1)**
20:20

**term (7)**
4:20,25;5:5,10;6:24;
10:2;19:20

**termination (3)**
5:16,19;6:7

**terms (1)**
11:13

**testify (2)**
7:11;8:6

**That'll (1)**
16:17

**thirteenth (1)**
14:20

**thirty (1)**
9:15

**thirty-eighth (1)**
17:14

**thirty-second (1)**
17:8

**three (1)**
11:22

**till (1)**
15:19

**TimeWarner (1)**
4:15

**today (2)**
4:9;10:16

**today's (1)**
19:5

**top (1)**
11:21

**towards (1)**
20:4

**transfer (1)**
8:16

**trial (6)**
7:17,18,23;8:11,15;
10:24

**trust (25)**
4:8,10,20,25;5:1,3,5,6,

8,11,15,15,19,24;7:6,7,
16,24;8:1,3,8;9:3,11,13,
21

**trustee (7)**
5:7,23;6:3;7:4;9:9,19,
22

**trustee's (1)**
4:20

**trust's (17)**
8:20;11:5;13:6,13,22;
14:8,20;15:4,16;16:11;
17:8,14;18:8,14,22;20:1,
2

**try (1)**
20:5

**trying (1)**
7:20

**tube (1)**
7:17

**turn (17)**
12:16;13:5,12,22;
14:6,18;15:3,16;16:2,11,
18;17:7,14,21;18:7,14,
21

**twenty-ninth (1)**
17:1

**twenty-third (1)**
16:11

**two (5)**
8:7;9:20;10:23,24;
12:21

**U**

**under (1)**
9:20

**unless (2)**
5:16;20:3

**unresolved (1)**
18:4

**unsecured (3)**
7:9;9:14,16

**up (4)**
11:24;12:1;19:8;20:20

**upon (1)**
5:4

**use (1)**
19:25

**V**

**various (2)**
7:12,15

**Ventoux (1)**
5:20

**Vf4 (1)**
5:2

**Visa (1)**
8:5

**W**

**walk (1)**

4:24

**warranted (2)**
5:3;9:20

**watch (2)**
4:15,16

**watched (1)**
4:13

**way (1)**
9:10

**week (1)**
19:23

**welcome (2)**
10:17;21:1

**Whereupon (1)**
21:11

**win (1)**
4:18

**wish (2)**
4:21;9:24

**wishes (1)**
7:12

**within (5)**
5:9,14;6:6,23;20:5

**without (1)**
8:15

**Workers' (1)**
8:23

**Y**

**year (4)**
5:21;7:8,23;8:7

**years (1)**
9:20

**yesterday (1)**
4:12

**York (2)**
4:13,14

**Z**

**Ziehl (1)**
4:8