IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered<br><br>**Allowed Claim Number: 7162**<br>**Allowed Claim Amount: $1,528,411.40** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that CC Investors 1996 17, a creditor in the above-referenced bankruptcy proceeding, has changed it address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

CC-Investors 1996-17
c/o Niclas A. Ferland, Esq
LeClair Ryan, A Professional Corporation
545 Long Wharf Dr, 9th Floor
New Haven, CT 05611

**New Address**

CC-Investors 1996-17
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: _____

Respectfully submitted,

CC-Investors 1996-17

_____

Name: Gil J. Besing
Title: Administrative Trustee

CC_GUC_1pg_v.3