IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | **Allowed Claim Num: 12338**<br>**Allowed Claim Amt: $424,035.99** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Circuit Investors Yorktown Limited Partnership, a creditor in the above-referenced bankruptcy proceeding, has changed its address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Circuit Investors-Yorktown
Limited Partnership
c/o Niclas A Ferland, Esq
LeClair Ryan, A Professional Corporation
545 Long Wharf Dr, 9th Floor
New Haven, CT 06511

**New Address**

Circuit Investors-Yorktown
Limited Partnership
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: _____

Respectfully submitted,

Circuit Investors-Yorktown Limited
Partnership

By: Circuit General Partner #5-New
Hampshire, Inc., as General Partner

Name: Gil J. Besing
Title: President

CC_GUC_1pg_v.3