IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered<br><br>**Allowed Claim Num: 14548**<br>**Allowed Claim Amt: $686,608.80** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Circuit Investors Fairfield Limited Partnership, a creditor in the above-referenced bankruptcy proceeding, has changed its address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Circuit Investors-Fairfield
Limited Partnership
c/o Niclas A Ferland
LeClair Ryan, A Professional Corporation
545 Long Wharf Dr, 9th Floor
New Haven, CT 06511

**New Address**

Circuit Investors-Fairfield
Limited Partnership
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: _____

Respectfully submitted,

Circuit Investors-Fairfield
Limited Partnership

By: Circuit General Partner #5-New
Hampshire, Inc., as General Partner

Name: Gil J. Besing
Title: President

CC_GUC_1pg_v.3