The Honorable Kevin R. Huennekens
Chapter 11

RICHMOND DIVISION
FILED
JUL - 6 2015
CLERK
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re                                                    )    Chapter 11
                                                         )
CIRCUIT CITY STORES, INC., et al.,                       )    Case No. 08-35653 (KRH)
                                                         )
                        Debtors.                         )    Jointly Administered
                                                         )

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that as of June 29, 2015 Christopher M. Alston of FOSTER PEPPER PLLC withdraws his appearance as counsel of record for 507 Northgate, LLC a creditor [Docket No. 337] in the above referenced case.

AND FURTHER requests that the Clerk's office remove his name and the firm's name from any service list maintained by the Clerk of the Court, the Debtor's and other interested parties.

DATED this 29th day of June, 2015.            Respectfully submitted,


By: s/ *Christopher M. Alston*
    Christopher M. Alston, WSBA #18823

NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS - 1
51455084.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400

## CERTIFICATE OF SERVICE

I hereby certified that on the 29th day of June, 2015, a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request for Service of Papers was filed with the Court through the Clerk's CM/ECF filing system and served on all persons receiving electronic notice in these cases.

　　　　　　　　　　　　　　　　　　　　　　　　s/ *Christopher M. Alston*
　　　　　　　　　　　　　　　　　　　　　　　　Counsel

NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS - 2
51455084.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400