UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:

CIRCUIT CITY STORES, INC. et. al              Case No. 08-35653
                                              Chapter 11
         Debtors.

### NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the firm of Willcox & Savage, P.C. hereby withdraws its appearance on behalf of Mallview Plaza Company Ltd., a party in interest in the above-captioned case, and respectfully requests the Court, all creditors, and parties in interest to remove it from any and all service lists.  Please direct service of all papers filed in the above-referenced case to:

**Mallview Plaza Company, Ltd.**
**c/o Valerie L. Tolbert**
General Counsel
Carnegie Management and
Development Corporation
27500 Detroit Road, Suite 300
Westlake, Ohio, 44145
Cell: (330) 806-3765
Office: (440) 892-6800
Fax: (440) 892-6804
Email: vltolbert@carnegiecorp.com

Stephanie N. Gilbert (VSB No. 77140)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757)  628-5500 (T)
(757)  628-5566 (F)
sgilbert@wilsav.com

I-1340043.1

>Respectfully Submitted,
>
>WILLCOX & SAVAGE, P.C.
>
>By:  */s/ Stephanie N. Gilbert*

Stephanie N. Gilbert (VSB No. 77140)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757)  628-5500 (T)
(757)  628-5566 (F)

## CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of July, 2015, a true and accurate copy of the foregoing Motion was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Norfolk Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter.

>  */s/ Stephanie N. Gilbert*
>  Stephanie N. Gilbert

2

I-1340043.1