## MARCUS & SHAPIRA LLP

ONE OXFORD CENTRE, 35TH FLOOR
301 GRANT STREET
PITTSBURGH, PENNSYLVANIA 15219-6401
(412) 471-3490

FAX: (412) 391-8758

DARLENE M. NOWAK
Direct Dial: (412) 338-5214
email: nowak@marcus-shapira.com

July 8, 2015

RICHMOND DIVISION
FILED
JUL 1 3 2015
CLERK
U.S. BANKRUPTCY COURT

Mr. William C. Redden,
Clerk, United States Bankruptcy Court
for the Eastern District of Virginia
701 East Broad St.
Suite 4000
Richmond VA 23219

Re:   Enclosed Notice regarding NCRS

Dear Mr. Redden:

I received the enclosed notice stating that there was a problem with my mailing address. I have not had any problem with my address and I do receive the court notices. The address on this notice was never entered by me; it was taken right off the proof of claim and accordingly was entered that way by the court or the claims agent, and therefore I assume that is way the court or NCRS wanted it and serves some purpose of their own.

I did go online to the NCRS site to see if I could enter a standard address for mailings and the form they want us to use is totally incomprehensible. I do not want to fill it out incorrectly and risk missing any notices for myself or any of my clients.

Very truly yours,

Darlene M. Nowak

encl.

FRI-28307 0422-7 redacttr 08-35653
Daniel F. Blanks
50 N. Laura Street
Suite 2850
Jacksonville, FL 32202

JUL 7 2015

077968 1278 1 SP 0.485 15219 2 0 7823-1-78644

Giant Eagle, Inc.
c/o Darlene M. Nowak, Esq.
Marcus & Shapira LLP
35th Floor One Oxford Centre
Pittsburgh PA 15219

## ATTENTION: ADDRESS CORRECTION REQUESTED

United States Postal Service records identified an error in the address the debtor in this case provided to the court. The error indicates that the street address is incorrect.

To ensure correct delivery of future notices from the bankruptcy courts, sign up to receive your notices by email.

1. Go to http://ebn.uscourts.gov and select "Get Started Now."

2. When you reach the "Noticing Agreement Additional Names" screen, enter the first line of the incorrect mailing address shown above. On the next screen "Noticing Agreement Additional Addresses" enter the remaining lines of the mailing address shown above. By providing this information, future bankruptcy notices with this incorrect address will be redirected to your email address.

You should register any and all variations of names and addresses in which bankruptcy notices are addressed to you as described in step 2 to ensure that all future bankruptcy notices are transmitted to you by email.

If you want to continue receiving paper notices from the bankruptcy courts, you may register a preferred mailing address at https://NCRS.uscourts.gov

Thank you for helping to improve the efficiency, speed and accuracy of the delivery of bankruptcy notices.

077968      2830707804502 4

# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 08-35653-KRH
**Chapter** 11
**Judge** Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any):
Debtor: NA

Employer Tax-Identification (EIN) No(s).(if any):
Debtor: 54-0493875

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on July 1, 2015 in the above-referenced case, event text as shown below:

Transcript filed Re: Hearing Held 6/25/2015, regarding MOTION OF THE LIQUIDATING TRUSTEE FOR ENTRY OF AN ORDER EXTENDING TERM OF LIQUIDATING TRUST 13699; DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS 3703; DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS 4585; DEBTORS' SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS 7460; DEBTORS' SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS 7874; LIQUIDATING TRUST'S OBJECTION TO CLAIM NO. 12598 FILED BY THE WISCONSIN DEPARTMENT OF REVENUE 10058; LIQUIDATING TRUST'S OBJECTION TO CLAIM NO. 14832 FILED BY THE COMMONWEALTH OF MASSACHUSETTS 10066; LIQUIDATING TRUST'S OBJECTION TO CLAIM NOS. 12898 AND 14636 FILED BY THE COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION 10070; LIQUIDATING TRUST'S FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS 10024; LIQUIDATING TRUST'S SECOND OMNIBUS OBJECTION TO LANDLORD CLAIMS 10039; LIQUIDATING TRUST'S THIRD OMNIBUS OBJECTION TO LANDLORD CLAIMS 10040; LIQUIDATING TRUST'S FOURTH OMNIBUS OBJECTION TO LANDLORD CLAIMS 10041; LIQUIDATING TRUST'S FIFTH OMNIBUS OBJECTION TO LANDLORD CLAIMS 10042; SIXTH OMNIBUS OBJECTION TO CLAIMS 10043; LIQUIDATING TRUST'S SEVENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS 10045; LIQUIDATING TRUST'S EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS 10046; LIQUIDATING TRUST'S NINTH OMNIBUS OBJECTION TO LANDLORD CLAIMS 10047; LIQUIDATING TRUST'S THIRTEENTH OMNIBUS OBJECTION TO CERTAIN PRIORITY CLAIMS: ALLOW UP TO THE STATUTORY CAP, RECLASSIFY, DISALLOW AS APPLICABLE 10051; LIQUIDATING TRUST'S FOURTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS 10052; LIQUIDATING TRUST'S FIFTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS 10053; LIQUIDATING TRUST'S SEVENTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS 10061; LIQUIDATING TRUST'S EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES 10062; LIQUIDATING TRUST'S TWENTIETH OMNIBUS OBJECTION TO LANDLORD CLAIMS 10072; LIQUIDATING TRUST'S TWENTY-FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS 10073; LIQUIDATING TRUST'S TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS 11388; LIQUIDATING TRUST'S TWENTY-EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS 11445; LIQUIDATING TRUST'S TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS 11807; LIQUIDATING TRUST'S THIRTIETH OMNIBUS OBJECTION TO CLAIMS 11808; LIQUIDATING TRUST'S THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS 11809; LIQUIDATING TRUST'S THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS 11843; LIQUIDATING TRUST'S THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE 11849; LIQUIDATING TRUST'S THIRTY-NINTH OMNIBUS OBJECTION TO LANDLORD CLAIMS 11850; LIQUIDATING TRUST'S FORTIETH OMNIBUS OBJECTION TO LANDLORD CLAIMS 11851; LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS 11852; LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION TO LANDLORD CLAIMS 11853;