IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:                                         Chapter 11

CIRCUIT CITY STORES, INC., et al.,             Case No. 08-35653 (KRH)

                                               Jointly Administered

                        ("the Debtors")        **Allowed Claim Num: 1234**
                                               **Allowed Claim Amt: $8,470.70**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Water Gas & Light Commission, a creditor in the above-referenced bankruptcy proceeding, has changed its address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address

Water Gas & Light Commission
PO Box 1788
Albany, GA 31702-1788

New Address

Water Gas & Light Commission
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Old Address [Notice Party]

Water Gas & Light Commission
PO Box 1788
Albany, GA 31702-1788

New Address [Notice Party]

Water Gas & Light Commission
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: 7/21/15

Respectfully submitted,

Water Gas & Light Commission

_Carolyn Mathi_
By:
Title: Senior acct. analyst

CC_GUC_1pg_v.3