July 5, 2015

08-35653

To: US Bankruptcy Court

Re: Besanko-Change of Home Address

This is to give notice that effective immediately, my home address has changed

From: 191 Farmington Road, Longmeadow, MA 01106

To: 8788 Flesher Circle, Eden Prairie, MN 55347

Sincerely,

Bruce H. Besanko

RICHMOND DIVISION
FILED
JUL 21 2015
CLERK
U.S. BANKRUPTCY COURT