IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | **Allowed Claim Num: 12517**<br>**Allowed Claim Amt: $516,472.70** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Boyer Lake Pointe Lc, a creditor in the above-referenced bankruptcy proceeding, has changed its address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Boyer Lake Pointe Lc
Lake Pointe Shopping Center
90 S 400 W STE 200
Salt Lake City, UT 84101

**New Address**

Boyer Lake Pointe Lc
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: 7/23/2015

Respectfully submitted,

Boyer Lake Pointe Lc

By: BRIAN GOCHNOUR
Title: MANAGER