David L. Pollack (PA Bar ID No. 15694)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: 215.864.8325
Fax: 215.864.9473

John D. Sadler (VSB # 80026)
**BALLARD SPAHR LLP**
1909 K Street NW, 12th Floor
Washington, D.C. 20006
Tel: 202.661.2200
Fax: 202.661.2299

*Counsel for Brixmor Property Group, Inc. (f/k/a Centro Properties); Federal Realty Investment Trust; The Hutensky Group LLC; UBS Realty Investors LLC; CW Investors 1997 12 by its Receiver CW Capital Asset Management LLC; Uniwest Management Services Inc.; and Cencor Realty Services Inc.*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., *et al.,* | Chapter 11 |
| Debtors. | Jointly Administered |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | |
| Objector, | |
| v. | |
| CW INVESTORS 1997 12 by its Receiver CW Capital Asset Management LLC, | |
| Claimant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July 2015, I caused copies of the documents listed in **Exhibit 1** attached hereto to be served through U.S. Mail, postpage prepaid, on the following parties:

Andrew W. Caine
Victoria A. Newmark
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Lynn L. Tavenner
**TAVENNER & BERAN, PLC**
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

/s/ *John D. Sadler*
John D. Sadler

# **Exhibit 1**

1. Responses of Cencor Realty Services Inc. Agent for SWQ 35 Forum Ltd. to Plaintiff's First Set of Requests for Admissions;

2. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Bakersfield Commons);

3. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Commons at Chancellor);

4. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Conyers Crossroads);

5. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Esplanade Shopping Center);

6. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Innes Market);

7. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Memphis Commons);

8. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Midway Market Square);

9. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Montebello Plaza);

10. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Northridge Plaza);

11. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Parkway Plaza);

12. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Pensacola Square);

13. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Sharpstown Plaza);

14. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Sun Plaza);

15. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (University Commons);

16. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Valley Crossing Hickory NC);

17. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Venture Point);

18. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Westminster City Center);

19. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Chamberlain Plaza);

20. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Coastal Way);

21. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Dickson City Crossing);

22. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Freshwater Stateline Plaza);

23. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Springbrook Plaza);

24. Responses of Brixmor Property Group, Inc. (f/k/a Centro Properties) to Plaintiff's First Set of Requests for Admissions (Baybrook Gateway);

25. Responses of Federal Realty Investment Trust, TA Quince Orchard Shopping Center to Plaintiff's First Set of Requests for Admissions

26. Responses of Federal Realty Investment Trust, TA Troy Hills Shopping Center to Plaintiff's First Set of Requests for Admissions

27. Responses of CW Investors 1997 12 by its Receiver CWCapital Asset Management, LLC to Plaintiff's First Set of Requests for Admissions;

28. Responses of The Hutensky Group LLC Agent for HRI Lutherville Station LLC TA Lutherville Station to Plaintiff's First Set of Requests for Admissions;

29. Response of UBS Realty Investors LLC Agent for Happy Valley Town Center Phoenix AZ to Plaintiff's First Set of Requests for Admissions;

30. Response of UBS Realty Investors LLC Agent for Wayside Commons Investors LLC TA Wayside Commons to Plaintiff's First Set of Requests for Admissions; and

31. Response of Uniwest Management Services Inc. Owner or Agent for Battefield Fe Limited Partners TA Fort Evans Plaza II to Plaintiff's First Set of Requests for Admissions.