# IN THE UNTED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **CIRCUIT CITY STORES, INC. et. al.,** | ) Case No. 08-35653-KRH |
| | ) Chapter 11 |
| | ) Jointly Administered |
| **Debtors.** | ) |
| | ) |

## WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST TO DISCONTINUE SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that Thomas R. Lynch hereby withdraws his Notice of Appearance and Request for Service previously filed in this case on behalf of Mibarev Development I, LLC. *See* EFC No. 10373 (notice of appearance).

Dated:  August 3, 2015

Respectfully submitted,

/s/  Thomas R. Lynch
Thomas R. Lynch, Esq. (D.C. Bar No. 501420)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, NW, Suite 1350
Washington, D.C.  20036
(202) 719-8228 (Telephone)
(202) 719-8328 (Facsimile)
tlynch@babc.com
*Counsel for Mibarev Development I, LLC*

Thomas R. Lynch, Esq. (VSB # 73158)
Bradley Arant Boult Cummings LLP
1615 L Street, NW, Suite 1350
Washington, D.C.  20036
(202) 719-8228 (Telephone)
(202) 719-8328 (Facsimile)
tlynch@babc.com
*Counsel for Mibarev Development I, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 3rd day of August, 2015, the foregoing Notice of Withdrawal of Appearance and Request to Discontinue Service of Notices and Pleadings was served through the ECF system, which in turn will generate an electronic notice of filing to all parties registered to receive electronic notice from the Court.

/s/  Thomas R. Lynch
Thomas R. Lynch, Esq.
Bradley Arant Boult Cummings LLP
1615 L Street, NW, Suite 1350
Washington, D.C.  20036
(202) 719-8228 (Telephone)
(202) 719-8328 (Facsimile)
tlynch@babc.com
*Counsel for Mibarev Development I, LLC*