IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., ) | Jointly Administered |
| et al., ) | |
| ) | |
| Debtors. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE** that Wells Fargo Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2002-CIBC4 ("Claimant"), by and through undersigned counsel, hereby withdraws Claim No. 8282, filed on or about January 30, 2009.

Dated:  August 5, 2015.

        **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
        Counsel for Claimant
        1450 Brickell Avenue, 23rd Floor.
        Miami, Florida 33131
        Tel:  (305) 374-7580
        Fax:  (305) 374-7593

        By:   /s/ Jeffrey Snyder
            Jeffrey I. Snyder
            Florida Bar No. 21281
            (admitted pro hac vice)