IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| In Re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND DEMAND
### FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Polsinelli PC hereby enters its appearance, pursuant to section 1109(b) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Bankruptcy Rule 2090-1, on behalf of the entities listed on **Exhibit A** hereto (the "**Lender Trusts**") and on behalf of KeyBank National Association ("**Key**"), successor to Capmark Finance Inc. as special servicer for the Lender Trusts. The below attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342, 1102(a)(1), and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, facsimile numbers, or electronic mail addresses set forth below:

| | |
|---|---|
| George E. Kostel, Esq.<br>Polsinelli PC<br>1401 Eye Street, N.W., Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 783-3300<br>Facsimile: (202) 783-3535<br>gkostel@polsinelli.com | James E. Bird*<br>Polsinelli PC<br>900 W. 48th Place, Suite 900<br>Kansas City, MO 64112<br>Telephone: (816) 753-1000<br>Facsimile: (816) 753-1536<br>jbird@polsinelli.com |

Andrew J. Nazar*
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
anazar@polsinelli.com

*A *pro hac vice* application is forthcoming.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Key's or the Lender Trusts' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Key or the Lender Trusts are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

        KEYBANK NATIONAL ASSOCIATION
        AND LENDER TRUSTS
        By Counsel

Dated: August 21, 2015

POLSINELLI PC

*/s/ George E. Kostel*
George E. Kostel (VSB #34757)
1401 Eye Street, NW, Suite 800
Washington, DC 20005
Phone: (202) 626-8316
Fax: (202) 783-3535
gkostel@polsinelli.com

*Counsel for KeyBank National Association
and certain Lender Trusts*

3

## Exhibit A - LENDER TRUSTS

1. U.S. Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 1997-C1.

2. U.S. Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 1998-C2.

3. Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A. f/k/a Norwest Bank Minnesota, N.A. as trustee for the registered holders of Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Series 1998-C1-CLT.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August 2015, a true and correct copy of Notice of Appearance and Demand For Notices and Service Of Papers was filed using the Court's CM/ECF service, served electronically to Debtors' counsel, the Trustee, and served on all interested parties by ECF notification from the Court, and served by first-class United States mail, postage prepaid, to:

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California  90067

Debtor Designee
Bruce H. Besanko
8788 Flesher Circle
Eden Prairie, MN 55347

Daniel F. Blanks
Nelson Mullins Riley & Scarborough LLP
50 N. Laura Street, Suite 2850
Jacksonville, FL 32202

Douglas M. Foley
McGuireWoods LLP
2001 K Street, N.W., Suite 400
Washington, DC 20006

Joseph S. Sheerin
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Cred. Comm. Chair
Donahue Schriber Realty Group, L.P.
c/o Nancy Hotchkiss
Trainor Fairbrook
980 Fulton Avenue
Sacramento, CA 95825

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017

Lynn T. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

U.S. Trustee
Judy A. Robbins, 11
Robert B. Van Arsdale
Office of the U.S. Trustee - Region 4 -R
701 E. Broad Street, Suite 4304
Richmond, VA 23219

Sarah Beckett Boehm
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219

Dion W. Hayes
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

John Leininger
Bryan Cave LLP
JP Morgan Chase Tower
2200 Ross Ave., Suite 3300
Dallas, TX  75201-7965

5

POLSINELLI PC

*/s/ George E. Kostel*
George E. Kostel (VSB #34757)
1401 Eye Street, NW, Suite 800
Washington, DC 20005
Phone: (202) 626-8316
Fax: (202) 783-3535
gkostel@polsinelli.com

*Counsel for KeyBank National Association and certain Lender Trusts*

51010152