# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (RICHMOND DIVISION)

| | |
|---|---|
| In Re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

### MOTION FOR LEAVE OF COURT FOR GEORGE E. KOSTEL AND JAMES BIRD OF POLSINELLI PC TO ATTEND HEARING BY TELEPHONE

KeyBank National Association ("**Key**"), by counsel, respectfully moves the Court, pursuant to this Motion (the "**Motion**"), for entry of an order, the proposed form of which is attached hereto as **Exhibit A**, authorizing George E. Kostel, Esq. ("**Mr. Kostel**") and James Bird, Esq. ("**Mr. Bird**") of Polsinelli PC, counsel to Key and certain lender trusts as referenced in their Entry of Appearance, to appear and participate by telephone at the hearing scheduled for **Tuesday, August 25, 2015, at 2:00 p.m**. (the "**Hearing**") in the above-captioned bankruptcy cases. Key has replaced Capmark Finance, Inc. ("**Capmark**") as special servicer for several lender entities involved in this proceeding. Counsel for Key has this day entered their appearance in this action. Key also plans to file a Motion to Substitute Key for Capmark with respect to Capmark's pending Motion for Allowance of Administrative Claims for Post-Petition Obligations Under Unexpired Leases of Non-Residential Real Property (Claim No. 14363). Allowing Mr. Kostel and Mr. Bird to appear telephonically will not cause any undue hardship to any party herein, would conserve estate resources, and would serve the interests of justice.

WHEREFORE, Key respectfully requests that the Court enter an order granting this Motion and providing for such other and further relief as this Court deems just and proper.

          Respectfully Submitted,

          KEYBANK NATIONAL ASSOCIATION
          AND LENDER TRUSTS
          By Counsel

Dated: August 21, 2015

POLSINELLI PC

*/s/ George E. Kostel*
George E. Kostel (VSB #34757)
1401 Eye Street, NW, Suite 800
Washington, DC 20005
Phone: (202) 626-8316
Fax: (202) 783-3535
gkostel@polsinelli.com

James E. Bird (MO #28833)
Andrew J. Nazar (MO #57928)
900 W 48th Place, Suite 900
Kansas City, MO  64112
Phone: (816) 753-1000
Fax: (816) 753-1536
jbird@polsinelli.com
anazar@polsinelli.com

*Counsel for KeyBank National Association
and certain Lender Trusts*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August 2015, a true and correct copy of *Motion for Leave of Court for George E. Kostel to Attend Hearing By Telephone* was filed using the Court's CM/ECF service, served electronically to Debtors' counsel, the Trustee, and served on all interested parties by ECF notification from the Court, and served by first-class United States mail, postage prepaid, to:

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017

Debtor Designee
Bruce H. Besanko
8788 Flesher Circle
Eden Prairie, MN 55347

Daniel F. Blanks
Nelson Mullins Riley & Scarborough LLP
50 N. Laura Street, Suite 2850
Jacksonville, FL 32202

Douglas M. Foley
McGuireWoods LLP
2001 K Street, N.W., Suite 400
Washington, DC 20006

John Leininger
Bryan Cave LLP
JP Morgan Chase Tower
2200 Ross Avenue, Suite 3300
Dallas, TX 75201-7965

Lynn T. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Cred. Comm. Chair
Donahue Schriber Realty Group, L.P.
c/o Nancy Hotchkiss
Trainor Fairbrook
980 Fulton Avenue
Sacramento, CA 95825

U.S. Trustee
Judy A. Robbins, 11
Robert B. Van Arsdale
Office of the U.S. Trustee - Region 4 -R
701 E. Broad Street, Suite 4304
Richmond, VA 23219

Sarah Beckett Boehm
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219

Dion W. Hayes
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Joseph S. Sheerin
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

POLSINELLI PC

*/s/ George E. Kostel*
George E. Kostel (VSB #34757)
1401 Eye Street, NW, Suite 800
Washington, DC 20005
Phone: (202) 626-8316
Fax: (202) 783-3535
gkostel@polsinelli.com

*Counsel to KeyBank National Association
and certain Lender Trusts*

509927173

4