# Exhibit A – Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | |
|---|---|
| In Re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

**ORDER GRANTING MOTION FOR LEAVE OF COURT FOR GEORGE E. KOSTEL AND JAMES BIRD OF POLSINELLI PC TO ATTEND HEARING BY TELEPHONE**

Upon the Motion for Leave of Court for George E. Kostel to Attend Hearing by Telephone (the "**Motion**") filed by KeyBank National Association, seeking permission for George E. Kostel and James Bird of Polsinelli PC to appear by telephone at the hearing currently scheduled for Tuesday, August 25, 2015, at 2:00 p.m. (the "**Hearing**"); and good cause having been shown, it is hereby ORDERED that:

1. The Motion is granted.

2. Mr. Kostel and Mr. Bird shall be permitted to participate in the August 25, 2015 Hearing by telephone.

Date:_____          _____
                                Hon. Kevin R. Huennekens
                                United States Bankruptcy Court Judge
                                Entered on Docket: _____