Gerald P. Kennedy, Bar No. 105887
PROCOPIO, CORY, HARGREAVES
   &amp; SAVITCH LLP
525 B Street, Suite 2200
San Diego, California 92101
Telephone: 619-515-3239
Facsimile:  619-235-0398

Attorneys for Plaza Las Palmas LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re | Case No. 08-35653-KRH11 |
| CIRCUIT CITY STORES, INC. | Chapter 11 |
| Debtor. | |

## REQUEST FOR REMOVAL FROM CASE SERVICE LISTS

TO:    The Clerk of the United States Bankruptcy Court, the debtor, its attorney of record and all parties in interest:

**PLEASE TAKE NOTICE** that the undersigned Plaza Las Palmas LLC (Store #449) ("PLP") hereby requests to be removed from all notice lists for all matters, which may come before the Court concerning the above captioned Debtors.  The address for notice is as follows:

Gerald P. Kennedy, Esq.
Procopio, Cory, Hargreaves & Savitch LLP
525 "B" Street, Suite 2200
San Diego, California 92101
Telephone: (619) 515-3239
Facsimile: (619) 235-0398
e-mail:  gpk@procopio.com

This request includes the notices and papers referred to in Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery,

telephone, telegraph, telex, facsimile, email, ECF noticing, or otherwise, which affects the Debtors or property of the Debtors.

DATED: August 25, 2015　　　　　PROCOPIO, CORY, HARGREAVES
　　　　　　　　　　　　　　　　　　& SAVITCH LLP


By: /s/ Gerald P. Kennedy
　　　Gerald P. Kennedy Attorneys for Plaza Las Palmas LLC


## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2015, an electronic copy of the foregoing **REQUEST FOR REMOVAL FROM CASE SERVICE LISTS** was filed using the Court's ECF System which caused electronic notification of filing to be served on all registered users of the ECF System that have requested such notification in the Circuit City Stores, Inc., et. al. bankruptcy proceeding.

By: /s/ Gerald P. Kennedy
　　　Gerald P. Kennedy Attorneys for Plaza Las Palmas LLC