Lisa P. Sumer
VA State Bar No. 43654
POYNER SPRUILL LLP
301 Fayetteville Street, Suite 1900
Raleigh, NC 27601
T: 919.783.2869
F: 919.783.1075
lsumner@poynerspruill.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** | ) | **CHAPTER 11** |
| | ) | **Case No.: 08-35653** |
| DEBTOR. | ) | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE LIST OF**
**ALL NOTICES, PAPERS AND OTHER DOCUMENTS**

PLEASE TAKE NOTICE that Lisa P. Sumner, Esq. and the law firm of Poyner Spruill LLP hereby withdraws her appearance in the above-captioned Chapter 11 cases in behalf of Compass Group, U.S.A., Inc., parties in interest to these bankruptcy proceedings. Request is hereby made that her name be removed from all notices and mailing lists and that service of any document be discontinued whether by email and first class mail.

Lisa P. Sumner
Poyner Spruill LLP
Post Office Box 1801
Raleigh, NC 27602-1801
lsumner@poynerspruill.com

Dated:  August 25, 2015

/s/ Lisa P. Sumner
Lisa P. Sumer, VSB No. 43654
POYNER SPRUILL LLP
Post Office Box 1801
Raleigh, NC 27602-1801
Telephone: 919-783-2895
Facsimile: 919-783-1075
lsumner@poynerspruill.com
*Counsel for Compass Group U.S.A.,Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **Notice of Withdrawal of Appearance and Request for Service of All Notices, Papers and Other Documents** was served via electronic transmission using the Court's CM/ECF system upon counsel for the Debtors, the Office of the United States Trustee, counsel for the Official Committee of Unsecured Creditors and all parties requesting notice.

Dated:  August 25, 2015

/s/ Lisa P. Sumner
Lisa P. Sumer, VSB No. 43654
POYNER SPRUILL LLP
Post Office Box 1801
Raleigh, NC 27602-1801
Telephone: 919-783-2895
Facsimile: 919-783-1075
lsumner@poynerspruill.com
*Counsel for Compass Group U.S.A.,Inc.*