Mona M. Murphy, Esquire
Virginia Bar No. 21589
Akerman LLP
750 Ninth Street, N.W. Suite 750
Washington, D. C. 20001
(202) 393-6222
*Counsel to Samsung Electronics America, Inc.,*
*Bush Industries, Inc., Imperial Sales Corp. d/b/a*
*Imperial Sales Company, Thomas, Inc., Thomson, Inc.,*
*and ON Corp. USA, Inc. and ON Corp,.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | Case No. 08-35653 |
| | ) | (Chapter 11) |
| | ) | |
| **Debtor.** | ) | (Jointly Administered) |

### REQUEST FOR REMOVAL FROM SERVICE LIST OF
### ALL NOTICES, PAPERS AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that Mona M. Murphy, Esquire of the law firm of Akerman LLP, counsel to Samsung Electronics America, Inc.; Bush Industries, Inc.; Imperial Sales Corp. d/b/a Imperial Sales Company; Thomas, Inc.; Thomson, Inc.; ON Corp. USA, Inc.; and ON Corp. herein, requests that her name be removed from all notices and mailing lists, that service of any document be discontinued whether by email and first class mail, and that she be removed from the Electronic Case Filing (ECF) service list in the above-captioned case.

Mona M. Murphy, Esquire
Akerman LLP
750 Ninth Street, N.W., Suite 750
Washington, D. C. 20001
mona.murphy@akerman.com

Dated: August 27, 2015          Respectfully submitted,

**Akerman LLP**

/s/ Mona M. Murphy
Mona M. Murphy, Esquire
Virginia Bar No. 21589
Akerman LLP
750 Ninth Street, N.W. Suite 750
Washington, D. C. 20001
Phone: (202) 393-6222
Fax:    (202) 393-5959
mona.murphy@akerman.com
*Counsel for Samsung Electronics America, Inc.,*
*Bush Industries, Inc., Imperial Sales Corp. d/b/a Imperial*
*Sales Company, Thomas, Inc., Thomson, Inc., and ON*
*Corp. USA, Inc. and ON Corp,.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of August, 2015 a true copy of the foregoing **REQUEST FOR REMOVAL FROM SERVICE LIST OF ALL NOTICES, PAPERS AND OTHER DOCUMENTS** was serviced via electronic transmission using the Court's CM/ECF system upon counsel for the Debtor, the Office of the United States Trustee, counsel for the Official Committee of Unsecured Creditors and all parties requesting notice.

/s/ Mona M. Murphy
Mona M. Murphy