# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc., et al., | Case No. 08-35653 (KRH) |
| ("the Debtors") | Jointly Administered |
| | ALLOWED CLAIM NUMBER: 889 |
| | ALLOWED CLAIM AMOUNT:$4,609.32 |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Record Journal, a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Record Journal
PO Box 968
Wallingford CT, 06492

**New Address**

Record Journal
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: 8/19/15

Respectfully submitted,
Record Journal

By: Alfred W Bertoline
Title: CFO