# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**Allowed Claim Num:7356, $40,000**
**Allowed Claim Num:7358, $10,000**
**Allowed Claim Num:7359, $6,000**
**Allowed Claim Num:7360, $165,000**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that James B. Smith, a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

James B. Smith
2421 Bent Horn Dr.
Plano, TX 75025

Dated: _____

**New Address**

James B. Smith
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Respectfully submitted,
James B. Smith

By: _____  9/4/2015
Title: Owner / Seller