| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy:  (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy:  (804) 783-0178 |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : 1Case No. 08-35653 (KRH) |
| Debtors. | : Jointly Administered |

ADDITIONAL ORDER ON DEBTORS'
SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS

THIS MATTER having come before the Court on the *Debtors' Seventy-Sixth Omnibus Objection to Claims* (the "Claim Objection" and/or "Objection") [Docket No. 7460], and it appearing that due and proper notice and service of the Objection in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and the Notice of Substantive Hearing on the Objection have been given to the claimant Ye-Liang Lei and that such notice was good and sufficient and

that no other or further notice or service of the Objection need be given; and after due deliberation thereon, good and sufficient cause exists for granting the relief provided herein as to the claimant Ye-Liang Lei.

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Claim number 13307 is hereby reduced to the amount of $30,000 and reclassified as a general unsecured claim, and all other amounts are hereby disallowed for all purposes in these bankruptcy cases.

2. The Liquidating Trust shall serve a copy of this Order on the claimant Ye-Liang Lei.

Dated: Richmond, Virginia
September __, 2015

Sep 22 2015

/s/ Kevin R. Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:9/22/15

WE ASK FOR THIS:

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

-and-

Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd. 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-227-6910
Facsimile: 310-201-0760
E-mail: rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

*Counsel for Circuit City Stores, Inc. Liquidating Trust*

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

	*/s/ Paula S. Beran*
	Co-Counsel