**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 31 | Eisner, Roy | 3025 | 4821 | The Court has entered a scheduling order related to the trial of this matter. |
| 76 | Lei, Yu-Liang | 13307 | 7584 | The Court has entered an order addressing this claim, and the matter may be removed from the Court's docket. |
| 79 | Eisner, Joanne | 3852 | 8003 | The Court has entered a scheduling order related to the trial of this matter. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the October 7, 2015 hearing.