**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | |
|---|---|
| In Re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

**MOTION FOR LEAVE OF COURT FOR
ANDREW NAZAR AND/OR JAMES BIRD OF POLSINELLI PC
TO ATTEND HEARING BY TELEPHONE**

KeyBank National Association ("**Key**"), by counsel, respectfully moves the Court, pursuant to this Motion (the "**Motion**"), for entry of an order, the proposed form of which is attached hereto as **Exhibit A**, authorizing Andrew J. Nazar, Esq. ("**Mr. Nazar**") and James Bird, Esq. ("**Mr. Bird**") of Polsinelli PC, counsel to Key and certain lender trusts as referenced in their Entry of Appearance, to appear and participate by telephone at the hearing scheduled for Wednesday, October 7, 2015, at 2:00 p.m. (the "**Hearing**") in the above-captioned bankruptcy cases. Key has replaced Capmark Finance, Inc. ("**Capmark**") as special servicer for several lender entities involved in this proceeding. Counsel for Key entered their appearance in this action on August 21, 2015 (Docket No. 13755) and an order allowing Mr. Bird and Mr. Nazar to appear *pro hac vice* in this action were entered on September 1, 2015 (Docket No. 13771). Allowing Mr. Nazar and/or Mr. Bird to appear telephonically will not cause any undue hardship to any party herein, would conserve estate resources, and would serve the interests of justice.

WHEREFORE, Key respectfully requests that the Court enter an order granting this Motion and providing for such other and further relief as this Court deems just and proper.

51433468.1

        Respectfully Submitted,

        KEYBANK NATIONAL ASSOCIATION
        AND CERTAIN LENDER TRUSTS
        By Counsel

Dated: October 5, 2015

POLSINELLI PC


*/s/ George E. Kostel*
George E. Kostel (VSB #34757)
1401 Eye Street, NW, Suite 800
Washington, DC 20005
Phone: (202) 626-8316
Fax: (202) 783-3535
gkostel@polsinelli.com

and

POLSINELLI PC


*/s/ James E. Bird*
James E. Bird (MO #28833)
Andrew J. Nazar (MO #57928)
900 W 48th Place, Suite 900
Kansas City, MO  64112
Phone: (816) 753-1000
Fax: (816) 753-1536
jbird@polsinelli.com
anazar@polsinelli.com

*Counsel for KeyBank National Association
and certain lender trusts*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October 2015, a true and correct copy of *Motion for Leave of Court for Andrew Nazar and James Bird to Attend Hearing By Telephone* was filed using the Court's CM/ECF service, served electronically to Debtors' counsel, the Trustee, and served on all interested parties by ECF notification from the Court, and served by first-class United States mail, postage prepaid, to:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted pro hac vice)<br>PACHULSKI STANG ZIEHL &<br>JONES LLP<br>10100 Santa Monica Boulevard<br>13th Floor<br>Los Angeles, California  90067 | Lynn T. Tavenner, Esq.<br>Paula S. Beran, Esq.<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219 |
| Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>(admitted pro hac vice)<br>PACHULSKI STANG ZIEHL &<br>JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York 10017 | Cred. Comm. Chair<br>Donahue Schriber Realty Group, L.P.<br>c/o Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, CA 95825 |
| Debtor Designee<br>Bruce H. Besanko<br>8788 Flesher Circle<br>Eden Prairie, MN 55347 | U.S. Trustee<br>Judy A. Robbins, 11<br>Robert B. Van Arsdale<br>Office of the U.S. Trustee - Region 4 -R<br>701 E. Broad Street, Suite 4304<br>Richmond, VA 23219 |
| Daniel F. Blanks<br>Nelson Mullins Riley & Scarborough LLP<br>50 N. Laura Street, Suite 2850<br>Jacksonville, FL 32202 | Sarah Beckett Boehm<br>McGuireWoods LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219 |
| Douglas M. Foley<br>McGuireWoods LLP<br>2001 K Street, N.W., Suite 400<br>Washington, DC 20006 | Dion W. Hayes<br>McGuireWoods LLP<br>One James Center, 901 E. Cary St.<br>Richmond, VA 23219 |
| John Leininger<br>Bryan Cave LLP<br>JP Morgan Chase Tower<br>2200 Ross Avenue, Suite 3300<br>Dallas, TX  75201-7965 | Joseph S. Sheerin<br>McGuire Woods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219 |

*/s/ George E. Kostel*
George E. Kostel, Esq.
VSB No. 34757
POLSINELLI, PC
1401 Eye Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 783-3300
Facsimile: (202) 783-3535
gkostel@polsinelli.com

*Counsel to KeyBank National Association
and certain lender trusts*