## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## (RICHMOND DIVISION)

| | |
|---|---|
| In Re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

### ORDER GRANTING MOTION FOR LEAVE OF COURT FOR ANDREW NAZAR AND JAMES BIRD OF POLSINELLI PC TO ATTEND HEARING BY TELEPHONE

Upon the Motion for Leave of Court for Andrew Nazar and James Bird to Attend Hearing by Telephone (the "**Motion**") filed by KeyBank National Association, seeking permission for Andrew Nazar and James Bird of Polsinelli PC to appear by telephone at the hearing currently scheduled for Wednesday, October 7, 2015, at 2:00 p.m. (the "**Hearing**"); and good cause having been shown, it is hereby ORDERED that:

1. The Motion is granted.

2. Mr. Nazar and/or Mr. Bird shall be permitted to participate by telephone in the Hearing.


Date: Oct 6 2015

/s/ Kevin R. Huennekens
Kevin R. Huennekens
United States Bankruptcy Court Judge
Entered on Docket: 10/6/15

51426618.1

We ask for this:

George E. Kostel, Esq.
VSB No. 34757
1401 Eye Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 783-3300
Facsimile: (202) 783-3535
gkostel@polsinelli.com

James E. Bird
Andrew Nazar
900 West 48th Place, Suite 900
Kansas City, Missouri  64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jbird@polsinelli.com
anazar@polsinelli.com

*Counsel to KeyBank National Association
and certain lender trusts*

51426618.1