Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Robert J. Feinstein, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | |
| CIRCUIT CITY STORES, INC., et al.,[1] | Chapter 11 |
| Debtors. | Case No. 08-35653-KRH |
| | (Jointly Administered) |

### NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 7, 2015 AT 2:00 P.M. (EASTERN)
### (To Correct Date of Continued Status Hearing)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on October 7, 2105 beginning at 2:00 p.m. Eastern.

1.   Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

Related
Documents:

a.   Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4449)

b.   Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4736)

c.   Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4758)

d.   Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6299)

e.   Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No. 6642)

f.   Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No. 6661)

g.   Memorandum Opinion (Docket No. 6693)

h.    Order Granting Motion for Summary Judgment (Docket No. 6694)

i.   Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868)

j.   Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

k.   Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

l.   Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors
     and Arboretum of South Barrington Resolving a Certain Claim (Docket No. 8361)

m.   Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc.
     and Between Imation Enterprises Corp.  (Docket No. 8861)

n.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO ONE REMAINING
     UNRESOLVED CLAIM (Re: related document(s)[3703] Objection to Claim filed by
     Circuit City Stores, Inc.) Hearing scheduled 8/22/2011 at 02:00 PM at Judge
     Huennekens' Courtroom (Document No. 10973)

o.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO ONE REMAINING
     UNRESOLVED CLAIM (Re: related document(s)[3703] Objection to Claim filed by
     Circuit City Stores, Inc.) Hearing scheduled 9/7/2011 at 02:00 PM at Judge
     Huennekens' Courtroom (Document No. 11142)

p.   Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL
     REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703]
     Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed
     by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores,
     Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to
     Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at
     Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
     Beran for Trust (Docket No. 11213)

q.   Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ONE
     REMAINING UNRESOLVED OBJECTION; Appearance(s): Paula Beran (Re: related
     document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
     scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
     Rm. 5000, Richmond, Virginia (Docket No. 11556)

r.   Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
     UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related
     document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
     Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed
     by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores,
     Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to
     Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012 at 02:00 PM at
     Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
     Beran for Trustee. (Docket No. 11636)

s.   Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
     UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY
     DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City
     Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
     Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed

by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11775)

t.   Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11958)

u.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12270)

v.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine (telephonically) for Trust; K. Funk for Roy and Joanne Isner. (Docket No. 12519)

w.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12658)

x.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re:

related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12793)

y.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 12916)

z.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7875] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13013)

aa.  CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13094)

bb.  Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13150)

cc.  Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to

Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13203)

dd. Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13287)

ee. Hearing continued; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.  (Docket No. 13321)

ff. Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

gg. Continued for Status Hearing as to Unresolved Claims (Debtor's Omnibus Objections);(Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty)

hh. Docket Entry - Continued for Status Hearing as to Unresolved Claims (Debtor's Omnibus Objections) (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/17/2014 at 02:00 PM at

Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ii    Docket Entry – Continued for Status Hearing as to Unresolved Claims (Debtor's Omnibus Objections) (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

jj.   Continued for Status Hearing as to Unresolved Claims (Debtor's Omnibus Objections) (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Bett

kk.   Continued for Status Hearing as to Unresolved Claims (Debtor's Omnibus Objections)(Re:   related document(s) [3703] Objection to Claim Filed by Circuit City Stores, Inc. [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 4/23/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.  Paula Beran for Trustee.  (Oliver, Betty)

ll.   Continued for Status Hearing as to Unresolved Claims (Debtor's Omnibus Objections) (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 6/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

mm.   Continued for Status Hearing as to Unresolved Claims (Debtor's Omnibus Objections)(Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

nn.   Continued for Status Hearing as to Unresolved Claims (Debtor's Objections)(Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

Objections/
Responses
Filed:          See Exhibit A.

7

Status:      For the one claim for which the objection is still pending, this matter has been resolved and may be removed from the Court's docket.

3.    Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585)

Related
Documents:

a.    Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 5294)

b.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth Omnibus Objection to Claim No. 5708 (Docket No. 8358)

c.    Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 6283 (Docket No. 8839)

d.    Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF PNY TECHNOLOGIES, INC. [CLAIM NO. 1723]* (Docket No. 9910)

e.    Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claim) Solely with Respect to the Claim of Leon Hurney [Claim No. 10047] (Docket No. 9868)

f.    Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF TANDEN KIBBY (CLAIM NO. 6894)* (Docket No. 10084)

g.    Continued for substantive hearing as to claim by Richard and Deborah Jaynes; continued for status hearing as to remaining unresolved objections (Re: related document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.  L. Tavenner for Liquidating Trust (Docket No. 10978)

h.    Amended Notice of Hearing - *Substantive (Thirty-First Omnibus Objection - Claim No. 3427) ( Claimant(s) - Richard and Deborah Jaynes)* (Re: related document(s) 10901 Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 10988)

i.    Docket Entry – SETTLED as to Richard and Deborah Jaynes; continued for status hearing as to remaining unresolved objections (Re: related document(s) [4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011 at 2:00 p.m. Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Va.  P. Beran for Liquidating Trust. (Docket No. 11143)

j.    Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

k.    Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran (Re: related document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11556)

l.    Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

m.    Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11775)

n.    Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit

City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.)
Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No.
11958)

o.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re:
related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.,
[4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to
Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit
City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc.,
[7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled
10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. (Docket No. 12270)

p.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re:
related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.,
[4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to
Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit
City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc.,
[7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for
12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran and A. Caine (telephonically) for Trust; K.
Funk for Roy and Joanne Isner. (Docket No. 12519)

q.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re:
related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.,
[4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to
Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit
City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc.,
[7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for
2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12658)

r.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR;
(Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection
to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by
Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores,
Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12793)

s.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED

OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR;
(Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection
to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by
Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores,
Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
12916)

t.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related
document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim
filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7875]
Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for
8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13013)

u.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related
document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim
filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for
10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13094)

v.      Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to
Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed
by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores,
Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection
to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by
Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores,
Inc.) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for
Trustee. (Docket No. 13150)

w.      Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to
Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed
by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores,
Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection
to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by
Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores,
Inc.) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens'

Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13203)

x.      Withdrawal of Claim of Antor Media Corporation *(Stipulation of Withdrawal and Withdrawal of Claims, including Proof of Claim No. 6347)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 13253)

y.      Notice of Hearing *(Notice of (A) Filing of Motion and (B) Hearing on Motion Concerning General Unsecured Claim No. 3634)*, Motion to Disallow Claim of Brad C. King *(MOTION TO DISALLOW WITH PREJUDICE GENERAL UNSECURED CLAIM NO. 3634)* (Re: related document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 13254)

z.      Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13287)

aa.     Hearing continued; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 13321)

bb.     Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

cc.     Order Disallowing Claim # 6555 of Unical Enterprises, Inc.

dd.     *Notice of Scheduling Conference (Claim Nos. 3025 and 3852 of Roy and Joanne Eisner)* (Re: related document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) filed by

Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. [Docket No. 13389]

ee.    Continued for Status Hearing as to Unresolved Claims (Debtor's Omnibus Objections); (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty)

ff.    Docket Entry - Continued for Status Hearing as to Unresolved Claims (Debtor's Omnibus Objections) (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

gg.    Docket Entry  Continued for Status Hearing as to Unresolved Claims (Debtor's Omnibus Objections) (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

hh.    Continued for Status Hearing as to Unresolved Claims (Debtor's Omnibus Objections)(Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 4/23/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:            September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit A.

Status:              The Court has entered a scheduling order related to the trial of one pending claim.

4.  Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 7874)

Related
Documents:

a.  Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 8199)

b.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 4017 (Docket No. 8733)

c.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 6242 (Docket No. 8739)

d.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 6008 (Docket No. 8740)

e.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 4767 (Docket No. 8744)

f.  Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 3145 (Docket No. 8777)

g.  Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 5832 (Docket No. 8841).

h.  Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF DENISE K. FISHER [CLAIM NO. 3544]* (Docket No. 9903)

i.  Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF MARY LOPRESTI [CLAIM NO. 5401]* (Docket No. 9904)

j.  Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.

5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

k.     Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL
       REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran. (Re:
       related document(s)[7874] Objection to Claim filed by Circuit City Stores, Inc.)
       Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
       Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11560)

l.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
       UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related
       document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
       Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim
       filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
       Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
       Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012
       at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
       Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

m.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
       UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED
       BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit
       City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc.,
       [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to
       Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit
       City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.)
       Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
       E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee.
       (Docket No.  11775)

n.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
       UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED
       BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit
       City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc.,
       [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to
       Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit
       City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.)
       Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
       E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No.
       11958)

o.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
       OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re:
       related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.,
       [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to
       Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit
       City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc.,
       [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled
       10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.

5000, Richmond, Virginia. (Docket No. 12270)

p.       CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
         OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re:
         related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.,
         [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to
         Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit
         City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc.,
         [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for
         12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
         5000, Richmond, Virginia. P. Beran and A. Caine (telephonically) for Trust; K.
         Funk for Roy and Joanne Isner. (Docket No. 12519)

q.       CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
         OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re:
         related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.,
         [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to
         Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit
         City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc.,
         [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for
         2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
         5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12658)

r.       CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
         OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR;
         (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
         Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection
         to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by
         Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores,
         Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
         scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
         Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12793)

s.       CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
         OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR;
         (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
         Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection
         to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by
         Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores,
         Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
         scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
         Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
         12916)

t.       CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
         OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related
         document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
         Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim

filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7875] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13013)

u.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13094)

v.      Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13150)

w.      Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13203)

x.      Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13287)

y.      Hearing continued; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection

to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 13321)

z.      Continued for Status Hearing as to Remaining Unresolved Omnibus Objections to Claims Filed by Debtor; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

aa.     *Notice of Scheduling Conference (Claim Nos. 3025 and 3852 of Roy and Joanne Eisner)* (Re: related document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. [Docket No. 13389]

bb.     Continued for Status Hearing as to Unresolved Claims (Debtor's Omnibus Objections); (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:              July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit A.

Status:                For the one remaining claim for which the Objection is still pending, the Court has entered a scheduling order.

5.      Notice and Objection to Claim of Commonwealth of Massachusetts *Liquidating Trust's Objection to Claim No.14832 Filed By The Commonwealth of Massachusetts* (Docket No. 10066)

Related
Documents:

a.      Docket Entry – Continued for Status Hearing (Re: related document(s) 10055 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056

18

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058

b.      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No.
11146)

c.      Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim
Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trust.  (Docket No. 11376)

d.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Liquidating Trust (Docket No. 11638)

e.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

P. Beran for Liquidating Trustee. (Docket No. 11776)

f.    Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11959)

g.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12271)

h.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12520)

i.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12659)

j.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Beran for Trustee. (Docket No. 12794)

k.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 AM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paul
        Beran for Trustee. (Docket No. 12917)

l.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
        Tavenner for Trustee. (Docket No. 13014)

m.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections)(Re: related
        document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
        Beran for Trustee. (Docket No. 13095)

n.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13151)

o.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections)(Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Paula Beran for Trustee. (Docket No. 13204)

p.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13289)

q.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee.  (Docket No. 13322)

r.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections)Hearing continued; (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

s.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Appearance: Paula Beran for Trustee. (Oliver, Betty)

t.      Docket Entry - Continued for Status Hearing as to Unresolved Claims(Liquidating
        Trust's Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
        12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

u.      Continued for Status Hearing as to Unresolved Claims(Liquidating Trust's Tax
        Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

v.      Continued for Status Hearing as to Unresolved Claims(Liquidating Trust's Tax
        Claim Objections)(Re: related document(s)[10058] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

w.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax
        Claim Objections)(Re: related document(s)[10058] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

x.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax
        Claim Objections (Re: related document(s)[10066] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at

02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

| | |
|---|---|
| Objection Deadline: | Extended to May 9, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | Response by Commissioner of Massachusetts Department of Revenue to Liquidating Trust's Objection to Claim No. 14832 Filed by the commonwealth of Massachusetts *with certificate of service* (Re: related document(s)[10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Stephen G. Murphy of Massachusetts Department of Revenue on behalf of Massachusetts Department of Revenue. (Attachments: # (1) Exhibit(s) 1 thru 3# (2) Exhibit(s) 4 thru 6# (3) Exhibit(s) 7 thru 9# (4) Exhibit(s) 10 thru 12# (5) Exhibit(s) 13 thru 15) (Docket No. 10694) |
| Status: | The status hearing will be adjourned to December 16, 2015 at 2:00 p.m.   Claimant does not need to appear at this hearing. |

6.    Notice and Objection to Claim of Commonwealth of Virginia Department of Taxation - *Liquidating Trust's Objection to Claim Nos. 12898 And 14636 Filed By The Commonwealth Of Virginia Department Of Taxation* (Docket No. 10070)

Related Documents:

a.    Docket Entry – Continued for Status Hearing (Re: related document(s) 10055 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11146)

b.    Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trust.  (Docket No. 11376)

c.  Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Liquidating Trust (Docket No. 11638)

d.  Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Liquidating Trustee. (Docket No. 11776)

e.  Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 11959)

f.  Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12271)

g.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12520)

h.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12659)

i.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12794)

j.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paul Beran for Trustee. (Docket No. 12917)

k.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13014)

l.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections)(Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13095)

m.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13151)

n.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections)(Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Paula Beran for Trustee. (Docket No. 13204)

o.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/23/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13289)

p.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
        Beran for Trustee.  (Docket No. 13322)

q.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections)Hearing
        continued; (Re: related document(s)[10057] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM
        at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
        Virginia. Paula Beran for Trustee. (Oliver, Betty)

r.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        Appearance: Paula Beran for Trustee. (Oliver, Betty)

s.      Docket Entry - Continued for Status Hearing as to Unresolved Claims(Liquidating
        Trust's Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
        12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

t.    Continued for Status Hearing as to Unresolved Claims(Liquidating Trust's Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

u.    Continued for Status Hearing as to Unresolved Claims(Liquidating Trust's Tax Claim Objections)(Re: related document(s)[10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

v.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections)(Re: related document(s)[10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

w.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections (Re: related document(s)[10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | Reply, Response to, Objection (Re: related document(s)[10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Mark K. Ames of Taxing Authority Consulting Services PC on behalf of Commonwealth of Virginia, Department of Taxation. (Docket No. 10134) |
| Status: | A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing.  During the status hearing the Trust will advise the Court that the status hearing will be |

adjourned to December 16, 2015 at 2:00 p.m.

7.     Notice and Objection to Claim *Liquidating Trust's First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Amended Claims and Disallowance of Certain Invalid Claims)* (Docket No. 10024)

Related
Documents:

a.     Notice of Withdrawal of Reference *Notice of Withdrawal of Docket No. 1138 and Claim No. 13098* (Re: related document(s) 1138 Motion to Compel filed by Watercress Associates, LP, LLP dba Pearlridge Center, Starpoint Property Management, LLC, RD Bloomfield Associates Limited Partnership, Acadia Realty Limited Partnership, Tourboullin Co., Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a Florida Limited Partnership, Sparkleberry Two Notch, LLC) filed by Jennifer McLain McLemore of Christian & Barton, LLP on behalf of Acadia Realty Limited Partnership, Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, RD Bloomfield Associates Limited Partnership, Rancon Realty Fund IV, Sparkleberry Two Notch, LLC, Starpoint Property Management, LLC, Tourboullin Co., UnCommon, Ltd., a Florida Limited Partnership, Watercress Associates, LP, LLP dba Pearlridge Center. (McLemore, Jennifer) (Docket No. 10162)

b.     Amended Notice of Withdrawal of Docket No. 1138 and Claim No. 13098 (Docket No. 10164)

c.     Order Sustaining Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[10024] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10770)

d.     Second Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, & disallowance of certain amended claims) (Re: related document(s)[10770] No action taken on Order Re: Objection) (Docket No. 10958)

e.     Amended Order (To Reflect Appropriate Exhibits) Second Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims,

disallowance of certain invalid claims, disallowance of certain late-filed claims, & disallowance of certain amended claims (Re: related document(s) 10958 Supplemental Order)(Docket No. 10980)

f.    Second Order Regarding Liquidating Trust's Firts Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 10771 No action taken on Order Re: Objection) (Docket No. 10981)

g.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

h.    Third Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s) 10958 Supplemental Order, 10980 Amended Order) (Docket No. 11288)

i.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

j.      Fourth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain
        misclassified claims, disallowance of certain invalid claims, disallowance of certain
        late-filed claims, and disallowance of certain amended claims) (Re: related
        document(s)[11288] Amended Order) (Docket No. 11483)

k.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

l.      Fifth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain

misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11483] Amended Order)(Docket No. 11681)

m.  Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

n.  Sixth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11681] Supplemental Order) (Docket No. 11813)

o.  Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
(Docket No. 11960)

p.  Seventh Order Regarding Liquidating Trust's First Omnibus Objection to Landlord
Claims (reduction of certain partially invalid claims, reclassification of certain
misclassified claims, disallowance of certain invalid claims, disallowance of certain
late-filed claims, and disallowance of certain amended claims) (Re: related
document(s) [11813] Supplemental Order) (Docket No. 11995)

q.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

r.      Eighth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
Claims (reduction of certain partially invalid claims, reclassification of certain
misclassified claims, disallowance of certain invalid claims, disallowance of certain
late filed claims, and disallowance of certain amended claims)(Re: related
document(s)[11995] Amended Order). (Docket No. 12288)

s.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,

35

Virginia. P. Beran for Trust. (Docket No. 12521)

t.     NINTH Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims and disallowance of certain amended claims) (Re: related document(s)[12288] Supplemental Order) (Docket No. 12552)

u.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 12660)

v.      TENTH Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain
        misclassified claims, disallowance of certain invalid claims, disallowance of certain
        late-filed claims, and disallowance of certain amended claims) (Re: related
        document(s)[12552] Supplemental Order) (Docket No. 12744)

w.      Eleventh Order Regarding Liquidating Trust's First Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, disallowance of certain duplicate claims and disallowance
        of certain amended claims) (Re: related document(s)[12744] Supplemental Order)
        (Docket No. 12830)

x.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
        WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

y.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

z.    Twelfth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
      Claims (reduction of certain partially invalid claims, reclassification of certain
      misclassified claims, Disallowance of certain misclassified claims, disallowance of
      certain invalid claims, Disallowance of certain late filed claims and disallowance of
      certain amended claims)(Re: related document(s)[12830] Supplemental Order)
      (Docket No. 12970)

aa.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
       WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE

39

DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

bb.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

cc.   Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

dd.     Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

ee.     Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

ff.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agreed
to Extend the Response Deadline; (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran
for Trustee.  (Docket No. 13324)

gg.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) - as to Claimants Filing Responses and as to Those
Claimants With Whom the Trustee Has Agreed to Extend the Response
Deadline; (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.

44

Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

hh.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating

Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ii.    Docket Entry – Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Oliver, Betty)

jj.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,

[12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

kk.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

48

ll.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty)

mm.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores,

Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

nn.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections)(Re: related document(s)[10024] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to

50

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

|  |  |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit B</u>. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

8.     Notice and Objection to Claim - *Liquidating Trust's Second Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)*  (Docket No. 10039)

Related
Documents:

a.     Order Sustaining Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s)[10039] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10771)

b.     CORRECTED(added correct attachment) Second Order Regarding Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of

certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s) 10981 Supplemental Order) (Docket 11035)

c.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.    Third Order Regarding Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s) 10771 No action taken on Order Re: Objection, 10981 Supplemental Order, 11035 Amended Order) (Docket No. 11289)

e.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,

Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.     Fourth Order Regarding Liquidating Trust's Second Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, disallowance of
       certain invalid claims, disallowance of certain late-filed claims and disallowance of
       certain amended claims)(Re: related document(s)[11289] Amended Order) (Docket
       No. 11475)

g.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
       CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
       SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at
       02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
       Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

h.     Fifth Order Regarding Liquidating Trust's Second Omnibus Objection To Landlord
       Claims (reduction of certain partially invalid claims, disallowance of certain invalid
       claims, disallowance of certain late-filed claims, and disallowance of certain
       amended claims) (Re: related document(s)[11475] Amended Order) (Docket No.
       11673)

i.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE

TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.    Sixth Order Regarding Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s)[11673] Supplemental Order) (Docket No. 11814)

k.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
(Docket No. 11960)

l.     Seventh Order Regarding Liquidating Trust's Second Omnibus Objection to
       Landlord Claims (reduction of certain partially invalid claims, disallowance of
       certain invalid claims, disallowance of certain late-filed claims, and disallowance of
       certain amended claims) (Re: related document(s) [11814] Supplemental Order)
       (Docket No. 11996)

m.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
       CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
       to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

n.   EIGHTH Order Regarding Liquidating Trust's Second Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late-filed claims, and disallowance of
certain amended claims) (Re: related document(s)[11996] Amended Order)
(Docket No. 12328)

o.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trust. (Docket No. 12521)

p.   NINTH Order Regarding Liquidating Trust's Second Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late filed claims and disallowance of
certain amended claims) (Re: related document(s)[12328] Supplemental Order)
(Docket No. 12553)

q.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
       WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 12660)

r.      Tenth Order Regarding Liquidating Trust's Second Omnibus Objection to Landlord
Claims (Reduction of Certain Partially Invalid Claims, Claims, Disallowance of
Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and
Disallowance of Certain Amended Claims) (Re: related document(s)[10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No.
12698)

s.      Eleventh Order Regarding Liquidating Trust's Second Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late-filed claims and disallowance of
certain amended claims) (Re: related document(s)[12698] Order Directing) (Docket
No. 12834)

t.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

u.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
        FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
        TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
        EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

v.    Twelfth Order Regarding Liquidating Trust's Second Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late filed claims and disallowance of
certain amended claims) (Re: related document(s)[12834] Supplemental Order)
(Docket No. 12969)

w.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

x.  THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS SECONDOMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OFCERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OFCERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILEDCLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (Re: related document(s)[12969] Supplemental Order) (Docket No. 13045)

y.  CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;

CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

z.    Fourteenth Order Regarding Liquidating Trust's Second Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (Re: related document(s)[10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13119)

aa.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.

Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

bb.  Status Hearing continued as to Unresolved Claims; Objection SUSTAINED as to Colonial claims (Re: related document(s)[10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13205)

cc.  Fifteenth Order Regarding Liquidating Trust's Second Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late-Filed Claims and Disallowance of Certain Amended Claims).  (Docket No. 13283)

dd.  Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291)

ee.  Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee.  (Docket No. 13324)

ff.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

gg.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

hh.    Docket Entry – Continued for Status Hearing as to Unresolved Claims (Liquidating
        Trust's Objections) as to Claimants Filing Responses and as to Those Claimants
        With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related
        document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

ii.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

jj.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

kk.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Oliver, Betty)

ll.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
       Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

mm.   Continued for  Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |

Status:                A status hearing is going forward with respect to those claims for
                       which a response was filed as identified on <u>Exhibit B</u>.  **Those
                       parties who filed a response do not need to appear at the
                       hearing. Such parties' rights will not be affected at this hearing.**
                       During the hearing the Liquidating Trust will advise the Court that
                       the status hearing will be adjourned to December 16, 2015 at 2:00
                       p.m. with respect to those claims for which a response was filed.
                       With respect to those claims to which a response was not filed but to
                       which the Liquidating Trust agreed to continue the hearing and
                       requisite response deadline, as identified on <u>Exhibit B</u>, the
                       Liquidating Trust will advise the Court that the status hearing will
                       be adjourned to December 16, 2015 at 2:00 p.m. with respect to
                       those claims.  **Those parties do not need to appear at the hearing.
                       Such parties' rights will not be affected at this hearing.**

9.      Notice and Objection to Claim - *Liquidating Trust's Third Omnibus Objection to Landlord
        Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
        Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain
        Duplicate Claims, and Disallowance of Certain Amended Claims)*  (Docket No. 10040)

        Related
        Documents:

        a.      Order Sustaining Liquidating Trust's Third Omnibus Objection To Landlord Claims
                (reduction of certain partially invalid claims, reclassification of certain
                misclassified claims, disallowance of certain invalid claims, disallowance of certain
                duplicate claims and disallowance of certain amended claims)(Re: related
                document(s)[10040] Sustaining Objection to Claim filed by Circuit City Stores,
                Inc. Liquidating Trust)(Docket No. 10776)

        b.      Second Order Regarding Liquidating Trust's Third Omnibus Objection To
                Landlord Claims (reduction of certain partially invalid claims, reclassification of
                certain misclassified claims, disallowance of certain invalid claims, disallowance of
                certain duplicate claims & disallowance of certain amended claims) (Re: related
                document(s)[10776] No action taken on Order Re: Objection) (Docket No. 10965)

        c.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
                ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
                WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
                DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
                SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to
                Claimfiled by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
                filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed
                by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by
                Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by
                Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by
                Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by
                Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by

                                        71

Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.      Amended Order Sustaining Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) 10776 No action taken on Order Re: Objection) (Docket No. 11251)

e.      Third Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims, and disallowance of certain amended claims) (Re: related document(s) 10965 Supplemental Order) (Docket No. 11290)

f.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

g.      Fourth Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11290] Amended Order) (Docket No. 11476)

h.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING

RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

i.   Fifth Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord
     Claims (reduction of certain partially invalid claims, reclassification of certain
     misclassified claims, disallowance of certain invalid claims, disallowance of certain
     duplicate claims and disallowance of certain amended claims) (Re: related
     document(s)[11476] Amended Order) (Docket No. 11674)

j.   Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
     CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
     FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
     TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
     SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
     OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

k.   Sixth Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord
     Claims (reduction of certain partially invalid claims, reclassification of certain
     misclassified claims, disallowance of certain invalid claims, disallowance of certain
     duplicate claims and disallowance of certain amended claims) (Re: related
     document(s)[11674] Supplemental Order) (Docket No. 11815)

l.   Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
     CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
     FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
     TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
     related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
(Docket No. 11960)

m.      Seventh Order Regarding Liquidating Trust's Third Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance of
certain duplicate claims, and disallowance of certain amended claims) (Re: related
document(s) [11815] Supplemental Order) (Docket No. 11997)

n.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

o.    EIGHTH Order Regarding Liquidating Trust's Third Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance of
      certain duplicate claims and disallowance of certain amended claims)(Re: related
      document(s)[11997] Amended Order) (Docket No. 12325)

p.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
      WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE; (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
      at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
      Virginia. P. Beran for Trust. (Docket No. 12521)

q.    NINTH Order Regarding Liquidating Trust's Third Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance of
      certain duplicate claims and disallowance of certain amended claims) (Re: related
      document(s)[12325] Supplemental Order) (Docket No. 12554)

r.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
      WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 12660)

s.      Tenth Order Regarding Liquidating Trust's Third Omnibus Objection to Landlord
Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
Certain Duplicate Claims, and Disallowance of Certain Amended Claims) (Re:
related document(s)[10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) (Docket No. 12699)

t.   Eleventh Order Regarding Liquidating Trust's Third Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late-filed claims and disallowance of
certain amended claims) (Re: related document(s)[12699] Order Directing) (Docket
No. 12836)

u.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

v.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
        FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
        TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
        EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

w.     Twelfth Order Regarding Liquidating Trust's Third Omnibus Objection To
       Landlord Claims (reeducation of certain partially invalid claims, reclassification of
       certain misclassified claims, Disallowance of certain invalid claims, disallowance
       of certain duplicate claims, and disallowance of certain amended claims) (Re:
       related document(s)[12836] Supplemental Order) (Docket No. 12968)

x.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
       WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

y.     THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS THIRD
       OMNIBUSOBJECTION TO LANDLORD CLAIMS (REDUCTION OF
       CERTAIN PARTIALLYINVALID CLAIMS, RECLASSIFICATION OF
       CERTAIN MISCLASSIFIED CLAIMS,DISALLOWANCE OF CERTAIN
       INVALID CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE
       CLAIMS,AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (Re:
       related document(s)[12968] Supplemental Order) (Docket No. 13046)

z.     CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
       OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
       CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
       continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

aa.     Fourteenth Order Regarding Liquidating Trust's Third Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
        Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
        Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended

Claims)(Re: related document(s)[10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13124)

bb.     Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

cc.     Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed

by Circuit City Stores, Inc. Liquidating Trust, <u>10041</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>10042</u>Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>10043</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust,<u>10045</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>10046</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>10047</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>10052</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>10053</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>10061</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>10072</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>10073</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>11388</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>11402</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>11404</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>11445</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>11807</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>11808</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>11809</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>11849</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>11850</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>11851</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>11852</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>11853</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>11854</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>11992</u>Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, <u>12442</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust,<u>12446</u> Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

dd.    Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants
Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed
to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Paula Beran for Trustee. (Docket No. 13291).

ee.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred to
Extend the Response Deadline; (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Paula Beran for Trustee.  (Docket No. 13324)

ff.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants
With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related
document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

gg.        Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating
           Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those
           Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline
           (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores,
           Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
           Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge
           Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
           Beran for Trustee. (Oliver, Betty)

hh.        Docket Entry – Continued for Status Hearing as to Unresolved Claims (Liquidating
           Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those

Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline
(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

ii.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
         Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

jj.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at
02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

kk.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Oliver, Betty)

ll.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed
        by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

nn.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

10.    Notice and Objection to Claim - *Liquidating Trust's Fourth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims and Disallowance of
       Certain Invalid Claims)* (Docket No. 10041)

Related
Documents:

a.     Order Sustaining Liquidating Trust's Fourth Omnibus Objection To Landlord
       Claims (reduction of certain partially invalid claims and disallowance of certain
       invalid claims) (Re: related document(s)[10041] Sustaining Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10774)

b.     Second Order Regarding Liquidating Trust's Fourth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims & disallowance of
       certain invalid claims) (Re: related document(s)[10774] No action taken on Order
       Re: Objection) (Docket No. 10956)

c.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.      Third Order Regarding Liquidating Trust's Fourth Omnibus Objection To Landlord
Claims (reduction of certain partially invalid claims and disallowance of certain
invalid claims)(Re: related document(s) 10956 Supplemental Order) (Docket No.
11298)

e.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Fourth Order Regarding Liquidating Trust's Fourth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims and disallowance of

certain invalid claims)(Re: related document(s)[11298] Supplemental Order)
(Docket No. 11477)

g.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

h.      Fifth Order Regarding Liquidating Trust's Fourth Omnibus Objection To Landlord
Claims (reduction of certain partially invalid claims and disallowance of certain
invalid claims) (Re: related document(s)[11477] Amended Order) (Docket No.
11682)

i.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.      Sixth Order Regarding Liquidating Trust's Fourth Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims and disallowance of certain
        invalid claims) (Re: related document(s)[11682] Supplemental Order) (Docket No.
        11816)

k.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
(Docket No. 11960)

l.     Seventh Order Regarding Liquidating Trust's Fourth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims and disallowance of
       certain invalid claims) (Re: related document(s) [11816] Supplemental Order)
       (Docket No. 11998)

m.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
       CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
       to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

n.    EIGHTH Order Regarding Liquidating Trust's Fourth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims and disallowance of
      certain invalid claims)(Re: related document(s)[11998] Amended Order) (Docket
      No. 12326)

o.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
      WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE; (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
      at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
      Virginia. P. Beran for Trust. (Docket No. 12521)

p.    NINTH Order Regarding Liquidating Trust's Fourth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims and disallowance of
      certain invalid claims) (Re: related document(s)[12326] Supplemental Order)
      (Docket No. 12556)

q.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
      WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 12660)

r.      Tenth Order Regarding Liquidating Trust's Fourth Omnibus Objection to Landlord
        Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain
        Invalid Claims) (Re: related document(s)[10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12700)

s.      Eleventh Order Regarding Liquidating Trust's fourth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims and disallowance of
        certain invalid claims) (Re: related document(s)[12700] Order Directing) (Docket
        No. 12833)

t.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
        WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit

98

City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

u.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
        FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
        TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
        EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

v.      Twelfth Order Regarding Liquidating Trust's Fourth Omnibus Objection To
        Landlord Claims (reduction to certain partially invalid claims and disallowance of
        certain invalid claims) (Re: related document(s)[12833] Supplemental Order)
        (Docket No. 12984)

w.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
        WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

x.   THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS FOURTH
     OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
     CERTAIN PARTIALLY INVALID CLAIMS AND DISALLOWANCE OF
     CERTAIN INVALID CLAIMS)(Re: related document(s)[12984] Supplemental
     Order) (Docket No. 13047)

y.   CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
     OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
     CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
     RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
     TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
     continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit

101

City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

z.      Fourteenth Order Regarding Liquidating Trust's Fourth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims and Disallowance
        of Certain Invalid Claims)(Re: related document(s)[10041] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13125)

aa.     Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
        Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
        to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
        Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

bb.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred
to Extend the Response Deadline; (Re: related
document(s)10024 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, 10042Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust,10045 Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating

103

Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

cc.    Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

dd.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee.  (Docket No. 13324)

ee.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ff.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores,

Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

gg.     Docket Entry – Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

hh.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ii.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Oliver, Betty)

jj.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

kk.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit B.

Status:                The Trust has resolved certain claims as indicated on Exhibit B. A
                       status hearing is going forward with respect to those claims for
                       which a response was filed as identified on Exhibit B.  **Those**

**parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

11.  Notice and Objection to Claim - *Sixth Omnibus Objection to Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims)* (Docket No. 10043)

     Related
     Documents:

     a.   Notice and Objection to Claim - *Liquidating Trusts Sixth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims)* Hearing scheduled 4/14/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.(Beran, Paula) **Modified** on 2/28/2011 to correct docket text (Docket No. 10044)

     b.   Order Sustaining Liquidating Trust's Sixth Omnibus Objection To Claims (disallowance of certain invalid unliquidated claims and fixing of certain unliquidated claims) (Re: related document(s) 10043 & 10044 filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10862)

     c.   Second Order Regarding Liquidating Trust's Sixth Omnibus Objection To Claims (disallowance of certain invalid unliquidated claims and fixing of certain unliquidated claims) (Re: related document(s) 10862 No action taken on Order Re: Objection) (Docket No. 10982)

     d.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOS CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

e.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Docket Entry – LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

g.    Docket Entry – LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

h.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
(Docket No. 11960)

i.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
       CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
       to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

j.    CONTINUED FOR STATUS HEARING AS TO THOSE NOT SUSTAINED,
      WITHDRAWN, OR THAT REMAIN UNRESOLVED; (Re: related
      document(s)[10043] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
      Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
      Beran for Trust. (Docket No. 12522)

k.    Third Order Regarding Liquidating Trust's Sixth Omnibus Objection To Claims
      (disallowance of certain invalid unliquidated claims and fixing of certain
      unliquidated claims) (Re: related document(s)[10982] Supplemental Order)
      (Docket No. 12592)

l.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
      WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 12660)

m.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
       WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

n.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
      FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
      TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
      EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

o.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
       WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

p.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

q.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

r.    Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed

to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

s.      Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee.  (Docket No.13324)

t.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

u.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants
        With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related
        document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

v.    Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating
Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those
Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline
(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

w.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

x.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by

125

Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at
02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

y.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
       Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Oliver, Betty)

z.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

aa.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached Exhibit B.

Status:                      The Trust has resolved certain claims as indicated on Exhibit B. A
                             status hearing is going forward with respect to those claims for
                             which a response was filed as identified on Exhibit B.   **Those
                             parties who filed a response do not need to appear at the
                             hearing. Such parties' rights will not be affected at this hearing.**
                             During the hearing the Liquidating Trust will advise the Court that
                             the status hearing will be adjourned to December 16, 2015 at 2:00
                             p.m. with respect to those claims for which a response was filed.
                             With respect to those claims to which a response was not filed but to
                             which the Liquidating Trust agreed to continue the hearing and
                             requisite response deadline, as identified on Exhibit B, the
                             Liquidating Trust will advise the Court that the status hearing will
                             be adjourned to December 16, 2015 at 2:00 p.m. with respect to
                             those claims.   **Those parties do not need to appear at the hearing.
                             Such parties' rights will not be affected at this hearing.**

128

12.   Notice and Objection to Claim - *Liquidating Trust's Seventh Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims)(To Correct Substantive Pleading --Replaces Docket Number 10044)* (Re: related document(s) 10044 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 10045)

Related
Documents:

a.   Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims and reclassification of certain incorrectly classified claims) (Re: related document(s) 10045 Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10863)

b.   Second Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims and reclassification of certain incorrectly classified claims) (Re: related document(s) 10863 No action taken on Order Re: Objection) (Docket No. 10983)

c.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.   Amended Second Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims and reclassification of certain incorrectly classified claims) (Re: related document(s) 10983 Supplemental Order) (Docket No. 11252)

e.   Response of TFL Enterprises LLC to the Liquidating Trust's Seventh Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims) (Docket No. 10233)

f.    *Claimant(s) - TFL Enterprises LLC (Tech For Less* - Notice of Hearing *(Notice of
Substantive Hearing (Seventh Omnibus Objection - Claim Number 13947))* (Re:
related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of
Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 11/21/2011 at 02:00
PM at Judge Huennekens' Courtroom (Docket No. 11373)

g.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

h.    Docket Entry - Continued for Status Hearing on 1/5/12 at 2:00 PM as to remaining
unresolved claims; Continued for Substantive Hearing as to TFL Enterprises LLC
on 12/20/11 at 2:00 pm (Re: related document(s)[10045] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust) at Judge Huennekens' Courtroom,
701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11468)

i.    Reply - *LIQUIDATING TRUSTS REPLY BRIEF REGARDING OBJECTION TO
ADMINISTRATIVE CLAIM FILED BY TECH FOR LESS LLC* (Re: related
document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of
Circuit City Stores, Inc. Liquidating Trust (Docket No. 11566)

j.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim

130

filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

k.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

l.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
        Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
        (Docket No. 11960)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

n.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
        CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
        WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12523)

o.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trroom, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trroom, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 12660)

p.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

q.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
      FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
      TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
      EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

r.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

s.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
      OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
      CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
      continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

t.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
      Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
      to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
      Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

u.    Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants
Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed
to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Paula Beran for Trustee. (Docket No. 13291).

v.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred to
Extend the Response Deadline; (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Paula Beran for Trustee.  (Docket No. 13324)

w.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants
        With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related
        document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

x.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants
        With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related
        document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
        Beran for Trustee. (Oliver, Betty)

y.      Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating
        Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those
        Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline
        (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores,
        Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

z.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

aa.    Withdrawal - *Notice of Withdrawal of Liquidating Trust's Seventh Omnibus
Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance
of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified
Claims) Solely with Respect to the Claims of Public Company Accounting
Oversight Board and Bruce Senator (Claim Nos. 14216 and 13082)* (Re: related
document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of
Circuit City Stores, Inc. Liquidating Trust. (Beran, Paula)

bb.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at
02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

cc.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Oliver, Betty)

dd.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                  The Trust has resolved all remaining claims as indicated on Exhibit
                         B and this matter may be removed from the Court's docket after the
                         Claimant has filed its motion to withdraw claims.

13.   Notice and Objection to Claim - *Liquidating Trust's Eighth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Amended Claims, and Disallowance of Certain Invalid Claims)* (Docket No. 10046)

Related
Documents:

a.   Order Sustaining Liquidating Trust's Eighth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims and disallowance of certain amended claims) (Re: related document(s)[10046] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10778)

b.   Second Order Regarding Liquidating Trust's Eighth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims & disallowance of certain amended claims) (Re: related document(s)[10243] No action taken on Order Re: Objection) (Docket No. 10964)

c.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim

147

filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.     Fourth Order Regarding Liquidating Trust's Eighth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance of
       certain late-filed claims and disallowance of certain amended claims) (Re: related
       document(s)[11292] Amended Order) (Docket No. 11479)

f.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
       CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
       SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

g.      Fifth Order Regarding Liquidating Trust's Eight Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11479] Amended Order)(Docket No. 11676)

h.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

i.      Sixth Order Regarding Liquidating Trust's Eighth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims and disallowance of certain amended claims) (Re: related document(s)[11676] Supplemental Order) (Docket No. 11817)

j.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
        Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
        (Docket No. 11960)

k.      Seventh Order Regarding Liquidating Trust's Eighth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, and disallowance of certain amended claims) (Re: related
        document(s)[11817] Supplemental Order) (Docket No. 12000)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]

150

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

m.     EIGHTH Order Regarding Liquidating Trust's Eighth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance of
       certain late-filed claims and disallowance of certain amended claims) (Re: related
       document(s)[12000] Amended Order) (Docket No. 12327)

n.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
       WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12523)

o.    Supplemental Order NINTH Order Regarding Liquidating Trust's Eighth Omnibus
      Objection To Landlord Claims (reduction of certain partially invalid claims,
      reclassification of certain misclassified claims, disallowance of certain invalid
      claims, disallowance of certain late filed claims and disallowance of certain
      amended claims) (Re: related document(s)[12327] Supplemental Order) (Docket
      No. 12557)

p.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
      WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 12660)

q.    Tenth Order Regarding Liquidating Trust's Eighth Omnibus Objection to Landlord
      Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
      Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
      Certain of Late Filed Claims, Disallowance of Certain Amended Claims, and
      Disallowance of Certain Invalid Claims) (Re: related document(s)[10046]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No.
      12701)

r.    Eleventh Order Regarding Liquidating Trust's Eighth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, disallowance of
      certain invalid claims, disallowance of certain late-filed claims and disallowance of
      certain amended claims) (Re: related document(s)[12701] Order Directing) (Docket
      No. 12837)

s.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
      WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

t.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
      FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS
      TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
      EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing

scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

u.     Twelfth Order Regarding Liquidating Trust's Eight Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[12837] Supplemental Order) (Docket No. 12971)

v.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

w.      THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS EIGHTH
        OMNIBUSOBJECTION TO LANDLORD CLAIMS (REDUCTION OF
        CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF
        CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
        INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED
        CLAIMS,AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)(Re:
        related document(s)[12971] Supplemental Order) (Docket No. 13048)

x.      CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
        OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
        continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

y.      Fourteenth Order Regarding Liquidating Trust's Eight Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
        Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
        Disallowance of Certain Late-Filed Claims, and Disallowance of Certain Amended
        Claims) (Re: related document(s)[10046] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust) (Docket No. 13114)

z.      Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
        Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
        to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
        Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

aa.    Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants
       Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed
       to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at
       Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
       Paula Beran for Trustee. (Docket No. 13291).

bb.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing
       Responses and as to Those Claimants With Whom the Trustee Has Agred to
       Extend the Response Deadline; (Re: related document(s)[10024] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Paula Beran for Trustee.  (Docket No. 13324)

cc.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants
        With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related
        document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

dd.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections as to Claimants Filing Responses and as to Those Claimants
With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related
document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

ee.    Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating
Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those
Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline
(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.

161

Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

ff.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus O Objections) (Re: related document(s)[10024] Objection to Claim filed
        by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by

162

Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

gg.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at
02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

hh.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Oliver, Betty)

ii.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

jj.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached Exhibit B.

Status:                      The Trust has resolved certain claims as indicated on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

14.    Notice and Objection to Claim - *Liquidating Trust's Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10047)

Related
Documents:

a.     Order Sustaining Liquidating Trust's Ninth Omnibus Objection To Landlord Claims( reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[10047] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10777)

b.     Second Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 10241 No action taken on Order Re: Objection) (Docket No. 11121)

c.  Third Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 11121 Amended Order) (Docket No. 11293)

d.  Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

e.  Amended Third Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims and disallowance of certain amended claims) (Re: related document(s) 10777 No action taken on Order Re: Objection, 11293 Amended Order) (Docket No. 11340)

f.  Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11377)

g.     Fourth Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11293] Amended Order) (Docket No. 11480)

h.     Amended Fourth Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims)(Re: related document(s)[11480] Amended Order) (Docket No. 11586)

i.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

j.    Fifth Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11480] Amended Order) (Docket No. 11678)

k.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

l.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
(Docket No. 11960)

m.     Seventh Order Regarding Liquidating Trust's Ninth Omnibus Objection To
       Landlord Claims( reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance of
       certain late-filed claims and disallowance of certain amended claims) (Re: related
       document(s)[11793] Order Directing) (Docket No. 12006)

n.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
       CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
       to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

o.    EIGHTH Order Regarding Liquidating Trust's Ninth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance of
certain late-filed claims and disallowance of certain amended claims) (Re: related
document(s)[12006] Amended Order) (Docket No. 12329)

p.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12523)

q.    NINTH Order Regarding Liquidating Trust's Ninth omnibus Objection to Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims and disallowance of certain amended claims) (Re: related document(s)[12329] Supplemental Order) (Docket No. 12558)

r.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit

172

City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 12660)

s.    TENTH Order Regarding Liquidating Trust's Ninth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance of
      certain late-filed claims, and disallowance of certain amended claims) (Re: related
      document(s)[12558] Supplemental Order) (Docket No. 12745)

t.    Eleventh Order Regarding Liquidating Trust's Ninth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, disallowance of
      certain invalid claims, disallowance of certain late-filed claims and disallowance of
      certain amended claims) (Re: related document(s)[12745] Supplemental Order)
      (Docket No. 12835)

u.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
      WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

v.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
        FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
        TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
        EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

w.    Twelfth Order Regarding Liquidating Trust's Ninth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance of
certain late-filed claims, and disallowance of certain amended claims) (Re: related
document(s)[12835] Supplemental Order) (Docket No. 12972)

x.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

y.    THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS NINTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF
CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED
CLAIMS,AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)(Re:
related document(s)[12972] Supplemental Order) (Docket No. 13050)

z.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

aa.    Fourteenth Order Regarding Liquidating Trust's Ninth Omnibus Objection to
Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
Disallowance of Certain of Late Filed Claims, and Disallowance of Certain
Amended Claims) (Re: related document(s)[10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13132)

bb.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

cc.    Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants
Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed
to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Paula Beran for Trustee. (Docket No. 13291).

dd.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agreed to
Extend the Response Deadline; (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee.  (Docket No. 13324)

ee.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ff.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

gg.    Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating
Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those
Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline
(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
 Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

hh.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
       Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ii.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
         Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at
         02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
         Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

jj.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
         Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
         Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Oliver, Betty)

kk.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
      Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

oo.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit B.

Status:                The Trust has resolved certain claims as indicated on Exhibit B.
                       **Those parties who filed a response do not need to appear at the**

**hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

15.  Notice and Objection to Claim - *Liquidating Trust's Fourteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10052)

Related
Documents:

a.  Order Sustaining Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims(Re: related document(s)[10052] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10780)

b.  Second Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10780] No action taken on Order Re: Objection) (Docket No. 10963)

c.  Docket Entry - CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11152)

d.  Third Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To

Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-field claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s) 10963 Supplemental Order) (Docket No. 11294)

e.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.    Fourth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11294] Amended Order) (Docket No. 11481)

g.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

h.    Fifth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance of
certain late-filed claims, disallowance of certain duplicate claims and disallowance
of certain amended claims) (Re: related document(s)[11481] Amended Order)
(Docket No. 11679)

i.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.      Sixth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
        Landlord Claims ( reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, disallowance of certain duplicate claims and disallowance
        of certain amended claims)(Re: related document(s)[11679] Supplemental Order)
        (Docket No. 11818)

k.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
        Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
        (Docket No. 11960)

l.    Seventh Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance of
      certain duplicate claims and disallowance of certain amended claims) (Re: related
      document(s)[11818] Supplemental Order) (Docket No. 12001)

m.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
      CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
      to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

n.    EIGHTH Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance of
      certain late-filed claims, disallowance of certain duplicate claims and disallowance
      of certain amended claims)(Re: related document(s)[12001] Amended Order)
      (Docket No. 12330)

o.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
      WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
      at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
      Virginia. (Docket No. 12523)

p.    NINTH Order regarding Liquidating Trust's Fourteenth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance of
      certain late filed claims, disallowance of certain duplicate claims and disallowance
      of certain amended claims) (Re: related document(s)[12330] Supplemental Order)
      (Docket No. 12555)

q.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
      WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 12660)

r.      Tenth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
        Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
        Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate
        Claims, and Disallowance of Certain Amended Claims) (Re: related
        document(s)[10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) (Docket No. 12717)

s.    Eleventh Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12717] Order Directing) (Docket No. 12831)

t.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

u.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
       FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS
       TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
       EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

v.      Twelfth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, disallowance of certain duplicate claims and disallowance
        of certain amended claims) (Re: related document(s)[12831] Supplemental Order)
        (Docket No. 12977)

w.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
        WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

x.     THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS FOURTEENTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF
CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
DISALLOWANCEOF CERTAIN DUPLICATE CLAIMS AND
DISALLOWANCE OF CERTAIN AMENDED CLAIMS)(Re: related
document(s)[12977] Supplemental Order) (Docket No. 13056)

y.     CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

z.     Fourteenth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
       Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
       Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate

Claims, and Disallowance of Certain Amended Claims) (Re: related document(s)[10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13120)

aa.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

bb.    Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at

Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

cc.   Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)[10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee.  (Docket No. 13325)

dd.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ee.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants

With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ff.    Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

gg.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

hh.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at
        02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ii.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Oliver, Betty)

jj.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

kk.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
       Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at
       02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
       Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                  The Trust has resolved certain claims as indicated on Exhibit B.
                         **Those parties who filed a response do not need to appear at the
                         hearing. Such parties' rights will not be affected at this hearing.**
                         During the hearing the Liquidating Trust will advise the Court that
                         the status hearing will be adjourned to December 16, 2015 at 2:00
                         p.m. with respect to those claims for which a response was filed.
                         With respect to those claims to which a response was not filed but to
                         which the Liquidating Trust agreed to continue the hearing and
                         requisite response deadline, as identified on Exhibit B, the
                         Liquidating Trust will advise the Court that the status hearing will
                         be adjourned to December 16, 2015 at 2:00 p.m. with respect to
                         those claims.  **Those parties do not need to appear at the hearing.
                         Such parties' rights will not be affected at this hearing.**

16.    Notice and Objection to Claim - *Liquidating Trust's Fifteenth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
       Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
       Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and
       Disallowance of Certain Amended Claims)*   (Docket No. 10053)

       Related
       Documents:

       a.     Order Sustaining Liquidating Trust's Fifteenth Omnibus Objection To Landlord
              Claims(reduction of certain partially invalid claims, reclassification of certain
              misclassified claims, disallowance of certain invalid claims, disallowance of certain
              late filed claims, disallowance of certain duplicate claims and disallowance of
              certain amended claims (Re: related document(s)[10053] Sustaining Objection to
              Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10779)

       b.     Second Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
              Landlord Claims (reduction of certain partially invalid claims, reclassification of
              certain misclassified claims, disallowance of certain invalid claims, disallowance of
              certain late-filed claims, disallowance of certain duplicate claims & disallowance of
              certain amended claims) (Re: related document(s)[10779] No action taken on Order
              Re: Objection) (Docket No. 10962)

       c.     Third Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
              Landlord Claims(reduction of certain partially invalid claims, reclassification of
              certain misclassified claims, disallowance of certain invalid claims, disallowance of
              certain late-filed claims, disallowance of certain duplicate claims and disallowance

of certain amended claims) (Re: related document(s) 10962 Supplemental Order)
(Docket No. 11295)

d.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.      Fourth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance of
certain late-filed claims, disallowance of certain duplicate claims and disallowance
of certain amended claims) (Re: related document(s)[11295] Supplemental Order)
(Docket No. 11482)

f.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

g.    Fifth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance of
certain late-filed claims, disallowance of certain duplicate claims and disallowance
of certain amended claims) (Re: related document(s)[11482] Amended Order)
(Docket No. 11680)

h.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

i.      Sixth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
        Landlord claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, disallowance of certain duplicate claims and disallowance
        of certain amended claims) (Re: related document(s)[11680] Supplemental Order)
        (Docket No. 11819)

j.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
        Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
        (Docket No. 11960)

k.      Seventh Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of

certain misclassified claims, disallowance of certain invalid claims, disallowance of
certain late-filed claims, disallowance of certain duplicate claims and disallowance
of certain amended claims) (Re: related document(s)[11819] Supplemental Order)
(Docket No. 12002)

l.       LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
         CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
         RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
         TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
         to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing

scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

m.    EIGHTH Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12002] Amended Order) (Docket No. 12331)

n.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12523)

o.    NINTH Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12331] Supplemental Order) (Docket No. 12548)

p.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 12660)

q.      Tenth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
        Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
        Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate
        Claims, and Disallowance of Certain Amended Claims) (Re: related
        document(s)[10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) (Docket No. 12718)

r.      Eleventh Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of

certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12718] Order Directing) (Docket No. 12823)

s.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

t.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
        FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
        TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
        EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

u.     Twelfth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance of
       certain late-filed claims, disallowance of certain duplicate claims and disallowance
       of certain amended claims) (Re: related document(s)[12823] Supplemental Order)
       (Docket No. 12978)

v.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
       WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

w.     Thirteenth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection to
       Landlord Claims (Reduction of certain partially invalid claims, Reclassification of
       certain misclassified claims, Disallowance of certain invalid claims, Disallowance
       of certain late-filed claims, Disallowance of certain duplicate claims and
       Disallowance of certain amended claims) (Re: related document(s)[12978]
       Supplemental Order) (Docket No. 13040)

x.     CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
       OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
       CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
       continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit

215

City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Insc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

y.    Fourteenth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection to
      LandLord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
      of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
      Disallowance of Certain Late-Filed Claims, Disallowance of Certain Duplicate
      CLaims and Disallowance of Certain Amended Claims) (Re: related
      document(s)[10053] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust) (Docket No. 13137)

z.      Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
        Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
        to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
        Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
        scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
        Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
        13153)

aa.     Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants
        Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed
        to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at
        Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        Paula Beran for Trustee. (Docket No. 13291).

bb.     Status Hearing continued as to Unresolved Claims; as to Claimants Filing
        Responses and as to Those Claimants With Whom the Trustee Has Agred to
        Extend the Response Deadline; (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
        6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. Paula Beran for Trustee.  (Docket No. 13324)

cc.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants
        With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related
        document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

dd.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants
With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related
document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

ee.    Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating
Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those
Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline
(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

ff.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by

220

Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

gg.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by

221

Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at
02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

hh.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Oliver, Betty)

ii.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Oliver, Betty)

jj.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:            April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit B.

Status:              **Those parties who filed a response do not need to appear at the
                     hearing. Such parties' rights will not be affected at this hearing.**  During
                     the hearing the Liquidating Trust will advise the Court that the status
                     hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to
                     those claims for which a response was filed.  With respect to those claims to
                     which a response was not filed but to which the Liquidating Trust agreed to
                     continue the hearing and requisite response deadline, as identified on
                     Exhibit B, the Liquidating Trust will advise the Court that the status hearing
                     will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those
                     claims. **Those parties do not need to appear at the hearing.  Such
                     parties' rights will not be affected at this hearing.**

17.     Notice and Objection to Claim - *Liquidating Trust's Seventeenth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
        Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
        Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance
        of Certain Amended Claims)*   (Docket No. 10061)

        Related
        Documents:

a.   Amended Exhibit *C to Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims) [Service Copy of Said Objection (Docket No. 10061) Contained Exhibit C and Amended Exhibit C]* (Re: related document(s) 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 10074)

b.   Order Sustaining Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[10061] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10785)

c.   Second Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10785] No action taken on Order Re: Objection) (Docket No. 10966)

d.   Third Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s) 10966 Supplemental Order) (Docket No.  11296)

e.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Fourth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims and disallowance of certain amended claims) (Re: related
        document(s)[11296] Supplemental Order)(Docket No. 11484)

g.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

h.      Fifth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, disallowance of certain duplicate claims and disallowance
        of certain amended claims) (Re: related document(s)[11484] Amended Order)

(Docket No. 11672)

i.  Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
    CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
    FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
    TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
    SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
    OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
    PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
    Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.  Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
    CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
    FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
    TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
    related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
(Docket No. 11960)

k.      Seventh Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, disallowance of certain duplicate claims and disallowance
        of certain amended claims) (Re: related document(s)[11794] Order Directing)
        (Docket No. 12007)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

m.   EIGHTH Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance of
certain late-filed claims, disallowance of certain duplicate claims and disallowance
of certain amended claims) (Re: related document(s)[12007] Amended Order)
(Docket No. 12322)

n.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12523)

o.      Ninth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, disallowance of certain duplicate claims and disallowance
        of certain amended claims) (Re: related document(s)[12322] Supplemental Order)
        (Docket No. 12581)

p.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
        WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

q.      TENTH Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s)[12581] Supplemental Order) (Docket No. 12752)

r.      Eleventh Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s)[12752] Supplemental Order) (Docket No. 12824)

s.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED CLAIMS; One Objection Withdrawn (to claim # 11591) (Re: related document(s)[10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12796)

t.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

u.    Twelfth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To
      Landlord Claims (reeducation of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance of
      certain late-filed claims, disallowance of certain duplicate claims and disallowance
      of certain amended claims) (Re: related document(s)[12824] Supplemental Order)
      (Docket No. 12979)

v.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO

CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

w.     Thirteenth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of certain partially invalid claims, Reclassification of certain misclassified claims, Disallowance of certain invalid claims, Disallowance of certain late-filed claims, Disallowance of certain duplicate claims and Disallowance of certain amended claims) (Re: related document(s)[12979] Supplemental Order) (Docket No. 13041)

x.     CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court; CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

y.     Fourteenth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
       Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
       Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate
       Claims, and Disallowance of Certain Amended Claims) (Re: related
       document(s)[10061] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) (Docket No. 13121)

z.     Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
       Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
       to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
       Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

aa.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred
to Extend the Response Deadline; (Re: related
document(s)10024 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, 10042Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust,10045 Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating
Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating
Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11807 Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, 11808 Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, 11849 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating
Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores,

Inc. Liquidating Trust, 11992Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

bb.     Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

cc.     Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]

237

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran
for Trustee.  (Docket No. 13324)

dd.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants
        With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related
        document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
        Beran for Trustee. (Oliver, Betty)

ee.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants
        With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related
        document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Paula Beran for Trustee. (Oliver, Betty)

ff.    Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating
Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those
Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline
(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

gg.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

hh.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at
02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ii.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Oliver, Betty)

jj.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by

242

Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

kk.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
        Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at
        Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.



Objections/
Responses

243

Filed:              See attached Exhibit B.

Status:             The Trust has resolved certain claims as indicated on Exhibit B.
                    **Those parties who filed a response do not need to appear at the
                    hearing. Such parties' rights will not be affected at this hearing.**
                    During the hearing the Liquidating Trust will advise the Court that
                    the status hearing will be adjourned to December 16, 2015 at 2:00
                    p.m. with respect to those claims for which a response was filed.
                    With respect to those claims to which a response was not filed but to
                    which the Liquidating Trust agreed to continue the hearing and
                    requisite response deadline, as identified on Exhibit B, the
                    Liquidating Trust will advise the Court that the status hearing will
                    be adjourned to December 16, 2015 at 2:00 p.m. with respect to
                    those claims.  **Those parties do not need to appear at the hearing.
                    Such parties' rights will not be affected at this hearing.**

18.   Notice and Objection to Claim - *Liquidating Trust's Eighteenth Omnibus Objection to
      Claims Filed by Taxing Authorities (Reduction of Certain Partially Invalid Claims;
      Disallowance of Certain Invalid Claims; Disallowance of Certain Duplicate Claims;
      Reclassification of Certain Claims; Disallowance of Certain Amended or Superseded
      Claims; Disallowance or Reduction of Certain Late Filed Claims; Disallowance of
      Certain Invalid Claims; and Fixing the Amount of Certain Claims)* (Docket No. 10062)

      Related
      Documents:

      a.    Withdrawal of Pasadena Independent School District's Response to Eighteenth
            Omnibus Objection of Claims (Docket No. 10062) - (Docket No. 10516)

      b.    Order Sustaining Liquidating Trust's Eighteenth Omnibus Objection To Claims
            Filed By Taxing Authorities (reduction of certain partially invalid claims,
            disallowance of certain invalid claims; reclassification of certain claims;
            disallowance of certain amended or superseded claims; disallowance of certain late
            filed claims; disallowance or reduction of certain invalid claims; & fixing the
            amount of certain claims) filed by taxing authorities) (Re: related
            document(s)[10062] Sustaining Objection to Claim filed by Circuit City Stores,
            Inc. Liquidating Trust) (Docket No. 10961)

      c.    Motion to Reconsider *Motion for Relief from Order and Memorandum in Support
            Thereof* (Related Document(s)[10961] No action taken on Order Re: Objection)
            filed by Anne G. Bibeau of Vandeventer Black LLP on behalf of Sonoma County
            Tax Collector (Docket No. 11333)

      d.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
            ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
            WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
            DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
            SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

f.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
        OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
        PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
        Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

g.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
(Docket No. 11960)

h.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
       CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
       to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

i.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
        WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
        at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
        Virginia. (Docket No. 12523)

j.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
        WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 12660)

k.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
        WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
        FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
        TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
        EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

m.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

n.     CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court; CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

o.      Status Hearing continued as to Unresolved Claims; (Re: related document(s)[10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13157)

p.      Status Hearing continued as to Unresolved Claims; (Re: related document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13206)

q.      Notice of Hearing *(Notice of Substantive Hearing (Eighteenth Omnibus Objection - Claim Numbers 15024, 15025) (Claimant(s) - Broward County Record Taxes and Treasury Division))* (Re: related document(s)[10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 13274)

r.      Hearing continued; (Re: related document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2014 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13290)

s.     Continued for Status Hearing as to unresolved claims; (Re: related
       document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge
       Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
       (Docket No. 13323)

t.     Stipulation By Circuit City Stores, Inc. Liquidating Trust and Between Los Angeles
       County Treasurer and Tax Collector (Re: related document(s)[4613] Objection to
       Claim filed by Circuit City Stores, Inc., [10062] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran,
       PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.

u.     Continued for Status Hearing as to unresolved claims (Liquidating Trust's Omnibus
       Objections); (Re: related document(s)[10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

v.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

w.     Stipulation Resolving Claims of Internal Revenue Service (Liquidating Trust's Eighteenth Omnibus Objection to Claim #s 11845, 14816 and 11847) (Re: related document(s)[10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Luedecke, Tammy)

x.     Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s)[10051] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

y.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at

02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

z.      Order on Debtors' Thirty-Seventh and Liquidating Trust's Eighteenth Omnibus Objection to Claims Solely as they Relate to Claims filed by County of Monterey (Re: related document(s)[4613] Objection to Claim filed by Circuit City Stores, Inc., [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Luedecke, Tammy)

aa.     Order Addressing Claim of Los Angeles City Attorney's Office (Review Order for Specifics) (Re: related document(s)[10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Luedecke, Tammy)

bb.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

cc.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. (Oliver, Betty)

dd.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ee.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
        Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at
        Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached <u>Exhibit B</u>.

Status:                A status hearing is going forward with respect to the two remaining
                       claims of this Objection as indicated on <u>Exhibit B</u>. **Parties do not
                       need to appear at the status hearing. Such parties' rights will
                       not be affected at this status hearing.** During the status hearing
                       the Liquidating Trust will advise the Court that the status hearing
                       will be adjourned to December 16, 2015 at 2:00 p.m.

19.    Notice and Objection to Claim - *Liquidating Trust's Twentieth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
       Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
       Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and
       Disallowance of Certain Amended Claims)* (Docket No. 10072)

       Related
       Documents:

       a.     Order Sustaining Liquidating Trust's Twentieth Omnibus Objection to Landlord
              Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
              Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
              Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and
              Disallowance of Certain Amended Claims) (Re: related document(s)[10072]
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No.
              10786)

       b.     Second Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
              Landlord Claims (reduction of certain partially invalid claims, reclassification of
              certain misclassified claims, disallowance of certain invalid claims, disallowance of
              certain late-filed claims, disallowance of certain duplicate claims & disallowance of
              certain amended claims) (Re: related document(s)[10788] Order Directing) (Docket
              No. 10960)

       c.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
              ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
              WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
              DEADLINE(Re: related document(s)[10072] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at
              Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
              P. Beran for Liquidating Trust. (Docket No. 11154)

       d.     Third Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
              Landlord Claims (reduction of certain partially invalid claims, reclassification of

certain misclassified claims, disallowance of certain invalid claims, disallowance of
certain late-filed claims, disallowance of certain duplicate claims and disallowance
of certain amended claims) (Re: related document(s) 10960 Supplemental Order)
(Docket No. 11297)

e.     Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
       ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
       SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at
       02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
       Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.     Fourth Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance of
       certain late-filed claims, disallowance of certain duplicate claims and disallowance
       of certain amended claims) (Re: related document(s)[11297] Supplemental Order)
       (Docket No. 11485)

g.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
       CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
       SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

h.   Fifth Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance of
certain late-filed claims, disallowance of certain duplicate claims and disallowance
of certain amended claims) (Re: related document(s)[11485] Amended
Order)(Docket No. 11671)

i.   Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.      Sixth Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, disallowance of certain duplicate claims and disallowance
        of certain amended claims) (Re: related document(s)[11671] Supplemental Order)
        (Docket No. 11820)

k.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
        Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
        (Docket No. 11960)

l.   Seventh Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance of
certain late-filed claims, disallowance of certain duplicate claims and disallowance
of certain amended claims) (Re: related document(s)[11820] Supplemental Order)
(Docket No. 12003)

m.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

n.    EIGHTH Order Regarding Liquidating Trust's Twentieth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12003] Amended Order) (Docket No. 12321)

o.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12523)

p.    NINTH Order Regarding Liquidating Trust's Twentieth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12321] Supplemental Order) (Docket No. 12549)

q.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Twentieth Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 12660)

r.    TENTH Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance of
      certain late-filed claims, disallowance of certain duplicate claims and disallowance
      of certain amended claims) (Re: related document(s)[12549] Supplemental Order)
      (Docket No. 12740)

s.    Eleventh Order Regarding Liquidating Trust's Twentieth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12740] Supplemental Order) (Docket No. 12825)

t.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

u.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

v.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

w.    THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTSTWENTIETH
OMNIBUS OBJECTION TO LANDLORD CLAIMS(REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS,RECLASSIFICATION OF
CERTAIN MISCLASSIFIED CLAIMS,DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCEOF CERTAIN LATE-FILED CLAIMS,
DISALLOWANCE OF CERTAINDUPLICATE CLAIMS AND
DISALLOWANCE OF CERTAIN AMENDED CLAIMS (Re: related
document(s)[12980] Supplemental Order) (Docket No. 13042)

x.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

y.       Fourteenth Order Regarding Liquidating Trust's Twentieth Omnibus Objection to
         Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
         Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
         Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate
         Claims and Disallowance of Certain Amended Claims) (Re: related
         document(s)[10072] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust) (Docket No. 13122)

z.       Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
         Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
         to Claimants Filing Responses and as to Those Claimants With Whom the Trustee

Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

aa.     Status Hearing continued as to Unresolved Claims; as to Claimants Filing
        Responses and as to Those Claimants With Whom the Trustee Has Agred
        to Extend the Response Deadline; (Re: related
        document(s)10024 Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores,
        Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, 10042Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust,10045 Objection to Claim filed
        by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim

273

filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

bb.     Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

cc.     Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran
for Trustee.  (Docket No. 13324)

dd.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants
With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related
document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.

275

Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

ee.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants
        With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related
        document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula

Beran for Trustee. (Oliver, Betty)

ff.     Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating
        Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those
        Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline
        (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores,
        Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
        Beran for Trustee. (Oliver, Betty)

gg.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

hh.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
       Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by

278

Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at
02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ii.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
       Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Oliver, Betty)

jj.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
       Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed
       Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at
       02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
       Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

kk     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
       Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by

280

Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:                 April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached Exhibit B.

Status:

**Those parties who filed a response do not need to appear at the
hearing. Such parties' rights will not be affected at this hearing.**
During the hearing the Liquidating Trust will advise the Court that
the status hearing will be adjourned to December 16, 2015 at 2:00
p.m. with respect to those claims for which a response was filed.
With respect to those claims to which a response was not filed but to
which the Liquidating Trust agreed to continue the hearing and
requisite response deadline, as identified on Exhibit B, the
Liquidating Trust will advise the Court that the status hearing will
be adjourned to December 16, 2015 at 2:00 p.m. with respect to
those claims.  **Those parties do not need to appear at the hearing.
Such parties' rights will not be affected at this hearing.**

20.    Notice and Objection to Claim - *Liquidating Trust's Twenty-First Omnibus Objection to
Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (Docket No.
10073)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late-Filed Claims, and Disallowance of Certain Amended Claims) (Re: related document(s)[10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10789)

b.    Second Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims & disallowance of certain amended claims)(Re: related document(s)[10789] Order Directing) (Docket No. 10959)

c.    Third Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 10959 Supplemental Order) (Docket No. 11299)

d.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.    Fourth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11299] Supplemental Order) (Docket No. 11486)

f.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

g.      Fifth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims and disallowance of certain amended claims) (Re: related
        document(s)[11486] Amended Order) (Docket No. 11670)

h.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
        OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

i.      Sixth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims and disallowance of certain amended claims) (Re: related
        document(s)[11670] Supplemental Order) (Docket No. 11821)

j.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
(Docket No. 11960)

k.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

l.    EIGHTH Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance of
      certain late-filed claims and disallowance of certain amended claims)(Re: related
      document(s)[12004] Amended Order) (Docket No. 12320)

m.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
      WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
      at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
      Virginia. (Docket No. 12523)

n.    Ninth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance of
      certain late-filed claims and disallowance of certain amended claims) (Re: related
      document(s)[12320] Supplemental Order) (Docket No. 12580)

o.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
      WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to First Objection to Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 12660)

p.      TENTH Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance of

certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s)[12580] Supplemental Order) (Docket No. 12746)

q.    Eleventh Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12746] Supplemental Order) (Docket No. 12826)

r.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

s.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

t.      Twelfth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
        Landlord Claims (reeducation of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, disallowance of certain duplicate claims and disallowance
        of certain amended claims) (Re: related document(s)[12826] Supplemental Order)
        (Docket No. 12981)

u.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
        WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

v.    THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS TWENTY-
      FIRSTOMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
      CERTAINPARTIALLY INVALID CLAIMS, RECLASSIFICATION OF
      CERTAINMISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
      INVALIDCLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
      ANDDISALLOWANCE OF CERTAIN AMENDED CLAIMS) (Re: related
      document(s)[12981] Supplemental Order) (Docket No. 13043)

w.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
      OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
      CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
      continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

x.     Fourteenth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection
       to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
       of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
       Disallowance of Certain of Late Filed Claims, and Disallowance of Certain
       Amended Claims) (Re: related document(s)[10073] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13123)

y.     Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
       Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
       to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
       Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
       scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
       Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
       13153)

z.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

aa.    Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

bb.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing

Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee.  (Docket No. 13324)

cc.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

dd.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
       Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants
       With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related
       document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.

296

Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

ee.     Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating
        Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those
        Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline
        (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores,
        Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
        Beran for Trustee. (Oliver, Betty)

ff.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

gg.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at
02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

hh.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Oliver, Betty)

ii.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

jj.   Continued for Status Hearing as to Unresolved Claims (Liquidating
Trust's Omnibus Objections)(Re: related document(s)[10024] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed

by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached Exhibit B.

Status:              **Those parties who filed a response do not need to appear
                     at the hearing. Such parties' rights will not be affected at this hearing.**
                     During the hearing the Liquidating Trust will advise the Court that the
                     status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with
                     respect to those claims for which a response was filed.  With respect to
                     those claims to which a response was not filed but to which the Liquidating
                     Trust agreed to continue the hearing and requisite response deadline, as
                     identified on Exhibit B, the Liquidating Trust will advise the Court that the
                     status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with
                     respect to those claims.  **Those parties do not need to appear at the
                     hearing.  Such parties' rights will not be affected at this hearing.**

21.    Notice and Objection to Claim - *Liquidating Trusts Twenty-Third Omnibus Objection To
       Claims (Disallowance Of Certain Invalid Unliquidated Claims And Fixing Of Certain
       Unliquidated Claims* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens'
       Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner

of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11388)

Related
Documents:

a.      Docket Entry - Hearing CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT; Appearance(s): Paula Beran. (Re: related document(s)[11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11562)

b.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

c.      Order Sustaining Liquidating Trust's Twenty-Third Omnibus Objection to Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain

Unliquidated Claims) (Re: related document(s)[11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 11653)

d.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

e.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
(Docket No. 11960)

f.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

g.      LIQUIDATING TRUST'S TWENTY-THIRD OMNIBUS OBJECTIONS TO
        CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING AS
        TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; (Re: related document(s)[11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
        at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
        Virginia. P. Beran for Trust. (Docket No. 12524)

h.      Second Order Sustaining Liquidating Trust's Twenty-Third Omnibus Objection To
        Claims (disallowance of certain invalid unliquidated claims and fixing of certain
        unliquidated claims) (Re: related document(s)[11655] Order Directing) (Docket
        No. 12605)

i.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
        WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 12660)

j.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
        WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

k.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
      FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
      TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
      EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

l.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO

CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

m.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court; CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

n.   Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as
to Claimants Filing Responses and as to Those Claimants With Whom the Trustee
Has Agreed to Extend the Response Deadline (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13153)

o.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

p.    Docket Entry - Status Hearing continued as to Unresolved Claims; as to claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

312

q.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agreed
to Extend the Response Deadline; (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran
for Trustee.  (Docket No. 13324)

r.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants
With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related
document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.

313

Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

s.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants
        With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related
        document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

t.    Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating
Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those
Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline
(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Paula Beran for Trustee. (Oliver, Betty)

u.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
      Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed
      Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at
      02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
      Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

v.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
      Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at
02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

w.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Oliver, Betty)

x.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

y.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:          November 23, 2011 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit B.

Status:            The Trust has resolved certain claims as identified on Exhibit B.  A status
                   hearing is going forward with respect to those claims for which a response
                   was filed as identified on Exhibit B.   **Those parties who filed a response
                   do not need to appear at the hearing. Such parties' rights will not be
                   affected at this hearing.**  During the hearing the Liquidating Trust will
                   advise the Court that the status hearing will be adjourned to December 16,
                   2015 at2:00 p.m. with respect to those claims for which a response was
                   filed.  With respect to those claims to which a response was not filed but to
                   which the Liquidating Trust agreed to continue the hearing and requisite
                   response deadline, as identified on Exhibit B, the Liquidating Trust will
                   advise the Court that the status hearing will be adjourned to December 16,
                   2015 at 2:00 p.m. with respect to those claims.  **Those parties do not need
                   to appear at the hearing.  Such parties' rights will not be affected at
                   this hearing.**

22.    Omnibus Objection to Claim - *Liquidating Trust's Twenty-Eighth Omnibus Objection to*

*Landlord Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Amended Claims)* Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11445)

Related
Documents:

a.       Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

b.       Order Regarding Liquidating Trust's Twenty-Eighth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s)[11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 11677)

c.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

d.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
(Docket No. 11960)

e.      Third Order Regarding Liquidating Trust's Twenty-Eight Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, disallowance of
        certain invalid claims, disallowance of certain late-filed claims and disallowance of
        certain amended claims) (Re: related document(s)[11677] Order Re: Objection)
        (Docket No. 12008)

f.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

g.   FOURTH Order Regarding Liquidating Trust's Twenty-Eight Omnibus Objection
To Landlord Claims (reduction of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late-filed claims, and disallowance of
certain amended claims)(Re: related document(s)[12008] Amended Order) (Docket
No. 12319)

h.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trust. (Docket No. 12525)

i.   Fifth Order Regarding Liquidating Trust's Twenty-Eighth Omnibus Objection To
Landlord Claims (reeducation of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late filed claims and disallowance of
certain amended claims) (Re: related document(s)[12319] Supplemental Order)
(Docket No. 12583)

j.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH

WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trustee. (Docket No. 12660)

k.  SIXTH Order Regarding Liquidating Trust's Twenty-Eighth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s)[12583] Supplemental Order) (Docket No. 12753)

l.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

m.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

n.    Seventh Order Regarding Liquidating Trust's Twenty-Eight Omnibus Objection To
Landlord Claims (reeducation of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance of
certain late-filed claims, disallowance of certain duplicate claims and disallowance
of certain amended claims)(Re: related document(s)[12753] Supplemental Order)
(Docket No. 12982)

o.    Eighth Order Regarding Liquidating Trust's Twenty-Eighth Omnibus Objection To
Landlord Claims (reeducation of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance of
certain late-filed claims, disallowance of certain duplicate claims and disallowance
of certain amended claims) (Re: related document(s)[12982] Supplemental Order)
(Docket No. 12983)

p.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

q.    NINTH ORDER REGARDING LIQUIDATING TRUSTS TWENTY-EIGHTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
ANDDISALLOWANCE OF CERTAIN AMENDED CLAIMS)(Re: related
document(s)[12983] Supplemental Order) (Docket No. 13051)

r.    CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING

RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

s.    Tenth Order Regarding Liquidating Trust's Twenty-Eighth Omnibus Objection to LandLord Claims (Reduction of certain Partially Invlid Claims, Disallowance of Certain Invlid Claims, Disallowance of Certain Late-Filed CLaims, and Disallowance of Certain Amended CLaims (Re: related document(s)[11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13138)

t.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.

Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

u.      Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

v.      Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating

Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee.  (Docket No. 13324)

w.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

x.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

y.      Docket Entry – Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

z.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

aa.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at
02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

bb.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
     Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Oliver, Betty)

cc.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

dd.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

| | |
|---|---|
| Objection Deadline: | December 29, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved certain claims as indicated on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the |

338

Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

23.  Objection to Claim - *Liquidating Trust's Thirtieth Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) & Notice of Liquidating Trust's Thirtieth Omnibus Objection to Claims (Disallowance of Certain Invalid Claims)* Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11808)

Related
Documents:

a.  Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTS THIRTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF D.L. PETERSON TRUST AS ASSIGNEE OF PHH VEHICLE MANAGEMENT SERVICES LLC (CLAIM NO. 9788))* (Re: related document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11921)

b.  Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee.
(Docket No. 11960)

c.    Order Sustaining Liquidating Trust's Thirtieth Omnibus Objection to Claims
(Disallowance of Certain Invalid Claims) (Re: related document(s)[11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No.
12026)

d.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

e.      SECOND Order Sustaining Liquidating Trust's Thirtieth Omnibus Objection To
        Claims (disallowance of certain invalid claims)(Re: related document(s)[12026]
        Order Directing) (Docket No. 12317)

f.      Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S
        THIRTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF
        CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF
        CENTRAL MAINE POWER (CLAIM NO. 1689))* (Re: related document(s)[11808]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by
        Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
        Liquidating Trust. (Docket No. 12296)

g.      Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S
        THIRTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF
        CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF
        JOHNSON COUNTY POWER BOARD (CLAIM NO. 1680))* (Re: related
        document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of
        Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12297)

h.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
        WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; (Re: related document(s)[11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
        at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
        Virginia. P. Beran and A. Caine for Trust; M. Reghetti (telephonically) for
        Claimants Hernandez, Card, Skaff and Gentry. (Docket No. 12527)

i.      Third Order Sustaining Liquidating Trust's Thirtieth Omnibus Objection To Claims
        (disallowance of certain invalid claims) (Re: related document(s)[12317]
        Supplemental Order) (Docket No. 12606)

j.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
        CLAIMS (Re: related document(s)[11808] Objection to Claim filed by Circuit City

341

Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine for Trust; M. Reghetti (telephonically) for Claimants Hernandez, Card, Skaff and Gentry. (Docket No. 12661)

k.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

l.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
        CLAIMS; Objection to Claim of the City of Chicago SUSTAINED (Re: related
        document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
        Beran for Trust. (Docket No. 12923)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
        WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015Fourth Order Sustaining
Liquidating Trust's Thirtieth Omnibus Objection To Claims (Disallowance of
certain invalid claims) (Re: related document(s)[12606] Supplemental Order)
(Docket No. 13075)

n.      CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
        OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court;
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing
continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

o.      Continued Hearing as to Unresolved Claims; Objection SUSTAINED as to claim
        of Audrey Soltis; Continued for Status Hearing as to Claimants Filing Responses
        and as to Those Claimants With Whom the Trustee has Agreed to Extend the
        Response Deadline (Re: related document(s)[11808] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13154)

p.      Status Hearing continued as to Unresolved Claims; as to Claimants Filing
        Responses and as to Those Claimants With Whom the Trustee Has Agred
        to    Extend    the    Response    Deadline;   (Re:    related
        document(s)10024 Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores,
        Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City
        Stores, Inc. Liquidating Trust, 10042Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust,10045 Objection to Claim filed

by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

q.    Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

r.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13324)

s.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores,

Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

t.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

u.   Fourth Order Sustaining Liquidating Trust's Thirty-First Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) (Re: related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Luedecke, Tammy)

v.   Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

w.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Oliver, Betty)

x.    Withdrawal - *Notice of Withdrawal of Liquidating Trust's Thirtieth Omnibus
      Objection to Claims (Disallowance of Certain Invalid Claims) Solely with Respect to
      the Claims of Atlantic City Electric, City of Homestead FL and Gary Chamberlain
      (Claim Nos. 2481, 1780, 6562)* - (Re: related document(s)[11808] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of
      Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.
      (Beran, Paula)

y.    Seventh Order Sustaining Liquidating Trust's Thirtieth Omnibus Objection to Claims
      (Disallowance of Certain Invalid Claims) (Re: related document(s)[11808]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Luedecke,
      Tammy)

z.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
      Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
      Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 AM at
      Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
      Paula Beran for Trustee. (Oliver, Betty)

aa.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
      Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Oliver, Betty)

bb.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

cc.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:                May 3, 2012

Objections/
Responses                See attached Exhibit B.
Filed:

Status:                  The Trust has resolved certain claims as indicated on Exhibit B and
                         this matter has been resolved and may be removed from the Court's
                         docket

24.    Objection to Claim - *Liquidating Trust's Thirty-First Omnibus Objection to Claims*

*(Disallowance of Certain Invalid Claims) & Notice of Liquidating Trust's Thirtieth
Omnibus Objection to Claims (Disallowance of Certain Invalid Claims)* Hearing
scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of
Circuit City Stores, Inc. Liquidating Trust (Docket No. 11809)

Related
Documents:

a.   Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTS THIRTY
FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF
MADISON GAS AND ELECTRIC COMPANY (CLAIM NO. 1764))* (Re: related
document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of
Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11922)

b.   Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTS THIRTY-
FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF NEW YORK
STATE ELECTRIC AND GAS AND CORPORATION (CLAIM NO. 212))* (Re: related
document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City
Stores, Inc. Liquidating Trust. (Docket No. 11917)

c.   Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE
HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related
document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,

[11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee. (Docket No. 11960)

d.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS – CONTINUED
FOR STATUS HEARING AT TO CLAIMANT FILING RESPONSES AND AS TO
THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS ADREED TO EXTEND
THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved
(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

e.   SECOND Order Sustaining Liquidating Trust's thirty-First Omnibus Objection To
Claims (disallowance of certain invalid claims) (Re: related document(s)[12040]
Supplemental Order) (Docket No. 12316)

f.   Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S THIRTY-*
*FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN*
*INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF*
*MISHAWAKA UTILITIES CLAIM NO. 3109))* (Re: related document(s)[11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula
S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating
Trust. (Docket No. 12391)

g.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related
document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12354] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12528)

h.   Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S THIRTY-*
*FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN*
*INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIMS OF TUCSON*
*ELECTRIC POWER COMPANY (CLAIM NOS. 1040 AND 1691))* (Re: related
document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City
Stores, Inc. Liquidating Trust. (Docket No. 12572)

356

i.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
     CLAIMS (Re: related document(s)[11808] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
     Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
     and A. Caine for Trust; M. Reghetti (telephonically) for Claimants Hernandez, Card,
     Skaff and Gentry. (Docket No. 12661)

j.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

k.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

l.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for
Trustee. (Docket No. 13015)

m.  Third Order Sustaining Liquidating Trust's Thirty-First Omnibus Objection To Claims
(Disallowance of certain invalid claims)(Re: related document(s)[12316] Supplemental
Order) (Docket No. 13072)

n.  CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court; CONTINUED
FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO
THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND
THE RESPONSE DEADLINE Hearing continued; (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

o.   Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims
     (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants
     Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to
     Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13153)

p.  Status Hearing continued as to Unresolved Claims; as to Claimants Filing
    Responses and as to Those Claimants With Whom the Trustee Has Agred to
    Extend the Response Deadline; (Re: related document(s)10024 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11851</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11852</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11853</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11854</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11992</u>Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>12442</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,<u>12446</u> Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

q.  Docket Entry - Status Hearing continued as to Unresolved Claims; as to
Claimants Filing Responses and as to Those Claimants With Whom the
Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for
4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

r.  Status Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred to
Extend the Response Deadline; (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating

Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13324)

s.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

t.   Order Sustaining Liquidating Trust's Thirty-First Omnibus Objection to Claims as it Relates to Claim Numbers 15022 and 15023 (Re: related

document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)

u.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

v.  Fourth Order Sustaining Liquidating Trust's Thirty-First Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) (Re: related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Luedecke, Tammy)

w.  Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.

365

Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

x.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
     Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee.
(Oliver, Betty)

y.  Fifth Order Sustaining Liquidating Trust's Thirty-First Omnibus Objection to Claims
(Disallowance of Certain Invalid Claims) (Re: related document(s)[11809] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Luedecke, Tammy)

z.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 AM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee.
(Oliver, Betty)

aa. Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/25/2015 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty)

bb. Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

cc. Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee.
(Oliver, Betty)

Objection
Deadline:                May 3, 2012

Objections/
Responses              See attached Exhibit B.
Filed:

Status:                 A status hearing is going forward for additional claims as indicated
                        on Exhibit B.   **Those parties who filed a response do not need to
                        appear at the status hearing. Such parties' rights will not be
                        affected at this status hearing.**  During the hearing the Liquidating
                        Trust will advise the Court that the status hearing will be adjourned
                        to December 16, 2015 at 2:00 p.m. with respect to those claims for
                        which a response was filed.  With respect to those claims to which a
                        response was not filed but to which the Liquidating Trust agreed to
                        continue the hearing and requisite response deadline, as identified
                        on Exhibit B, the Liquidating Trust will advise the Court that the
                        status hearing will be adjourned to December 16, 2015 at 2:00 p.m.
                        with respect to those claims.  **Those parties do not need to appear
                        at the hearing.  Such parties' rights will not be affected at this
                        hearing.**

25.     Notice and Objection to Claim - *Liquidating Trust's Thirty-Ninth Omnibus Objection to
        Landlord Claims (Reduction of Certain Invalid Claims-Mitigation)* Hearing scheduled
        7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of
        Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11850)

        Related
        Documents:

        a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED
             FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
             TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
             EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled
             or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
             Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.

370

Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

b.  First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection To
    Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
    document(s)[11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
    Trust) (Docket No. 12306)

c.  Supplemental First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus
    Objection To Landlord Claims (reduction of certain invalid claims-mitigation)(Re:
    related document(s)[12306] Order Re: Objection) (Docket No. 12358)

d.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
    Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
    FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE

TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12528)

e.  Second Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection To Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related document(s)[12306] Order Re: Objection) (Docket No. 12604)

f.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12397] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12456] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.
(Docket No. 12660)

g.   THIRD Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12604] Supplemental Order) (Docket No. 12749)

h.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12795)

i. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores,

Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

j.   Fourth Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12749] Supplemental Order) (Docket No. 12973)

k.   Fifth Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection To

Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related document(s)[12973] Supplemental Order) (Docket No. 12974)

1. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
Tavenner for Trustee. (Docket No. 13015)

m.  SIXTH ORDER REGARDING LIQUIDATING TRUSTS THIRTY-NINTH
    OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
    INVALID CLAIMS-MITIGATION)(Re: related document(s)[12974] Supplemental
    Order) (Docket No. 13049)

n.  CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
    OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court; CONTINUED
    FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO
    THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND
    THE RESPONSE DEADLINE Hearing continued; (Re: related document(s)[10024]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

o.  Seventh Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to
Landlord Claims (Reduction of Certain Invalid Claims-Mitigation) (Re: related
document(s)[11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) (Docket No. 13128)

p.  Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13153)

q.   Status Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred to
Extend the Response Deadline; (Re: related document(s)10024 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

r.   Docket Entry - Status Hearing continued as to Unresolved Claims; as to
Claimants Filing Responses and as to Those Claimants With Whom the
Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for
4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

s.   Status Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred to
Extend the Response Deadline; (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee.  (Docket No. 13324)

t.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom
the Trustee Has Agreed to Extend the Response Deadline; (Re: related
document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating

Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701
E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

u.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
    Objections)as to Claimants Filing Responses and as to Those Claimants With Whom
    the Trustee Has Agreed to Extend the Response Deadline (Re: related
    document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
    Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,

[11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701
E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

v.  Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating
Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those
Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

w.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

x.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 AM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

y.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/25/2015 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver,
Betty)

z.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
     Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00 PM at Judge
     Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
     Beran for Trustee. (Oliver, Betty)

aa. Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

| | |
|---|---|
| Objection Deadline: | June 26, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to |

those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

26.   Notice and Objection to Claim - *Liquidating Trust's Fortieth Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation)* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11851)

Related
Documents:

a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

b.   First Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Landlord
     Claims (reduction of certain invalid claims-mitigation) (Re: related
     document(s)[11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
     Trust) (Docket No. 12305)

c.   Supplemental First Order Regarding Liquidating Trust's Fortieth Omnibus Objection
     To Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
     document(s)[12305] Order Re: Objection) (Docket No. 12324)

d.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
     FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
     TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related
     document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
     Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [12354] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
     Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
     E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12528)

e.   Second Order Regarding Liquidating Trust's Fortieth Omnibus Objection To Landlord
     Claims (reduction of certain invalid claims-mitigation) (Re: related
     document(s)[12305] Order Re: Objection) (Docket No. 12603)

f.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH

WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12397] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12456] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.
(Docket No. 12660)

g.  THIRD Order Regarding Liquidating Trust's Fortieth Omnibus Objection To Landlord
Claims (reduction of certain invalid claims-mitigation)(Re: related
document(s)[12603] Supplemental Order) (Docket No. 12750)

h.  Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection To Landlord
Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12750] Supplemental Order) (Docket No. 12832)

i.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12795)

j.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

k.  Fifth Order Regarding Liquidating Trust's Fortieth Omnibus Objection To Landlord
    Claims (reduction of certain invalid claims-mitigation) (Re: related
    document(s)[12832] Supplemental Order) (Docket No. 12975)

l.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
    Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
    CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
    WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
    DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
    Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
Tavenner for Trustee. (Docket No. 13015)

m.  SIXTH ORDER REGARDING LIQUIDATING TRUSTS FORTIETH OMNIBUS
    OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN INVALID
    CLAIMS-MITIGATION) (Re: related document(s)[12975] Supplemental Order)
    (Docket No. 13053)

n.  CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
    OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court; CONTINUED
    FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO
    THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND
    THE RESPONSE DEADLINE Hearing continued; (Re: related document(s)[10024]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

o.  Seventh Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Landlord
    Claims (Reduction of Certain Invalid Claims-Mitigation) (Re: related
    document(s)[11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
    Trust) (Docket No. 13135)

p.  Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
    Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
    Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
    Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection

to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

q.  Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>10061</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>10072</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>10073</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11388</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11402</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11404</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11445</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11807</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11808</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11809</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11849</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11850</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11851</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11852</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11853</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11854</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>11992</u>Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, <u>12442</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,<u>12446</u> Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

r.   Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

s.   Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating

Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13324)

t.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,

[12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

u.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

v.   Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

w.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

x.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
       Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
       Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 AM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

y.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/25/2015 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver,
Betty)

z.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

aa. Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge

Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

Objection
Deadline:                   June 26, 2012

Objections/
Responses                   See attached Exhibit B.
Filed:

Status:                     The Trust has resolved certain claims as indicated on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

27.    Notice and Objection to Claim - *Liquidating Trust's Forty-First Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation)* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11852)

Related
Documents:

a.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

b.  First Order Regarding Liquidating Trust's Forty-First Omnibus Objection To Landlord
Claims (reduction of certain invalid claims-mitigation)(Re: related
document(s)[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) (Docket No. 12304)

c.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related
document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,

[11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12354] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12528)

d.   Second Order Regarding Liquidating Trust's Forty-First Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation)(Re: related
document(s)[12304] Order Re: Objection) (Docket No. 12584)

e.   Statement *Notice of Withdrawal of Proof of Claim Number 14110* filed by Jennifer
McLain McLemore of Christian & Barton, LLP on behalf of Jordan Landing, LLC.
(Docket No. 12636)

f.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidaints Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12397] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12456] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.
(Docket No. 12660)

g.   THIRD Order Regarding Liquidating Trust's Forty-First Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12584] Supplemental Order) (Docket No. 12751)

h.   Fourth Order Regarding Liquidating Trust's Forty-First Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12751] Supplemental Order) (Docket No. 12829)

i.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12795)

j.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
     FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
     TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
     EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
     to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed
     by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

k.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.

408

Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
Tavenner for Trustee. (Docket No. 13015)

1.   FIFTH ORDER REGARDING LIQUIDATING TRUSTS FORTY-FIRST OMNIBUS
     OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN INVALID

CLAIMS-MITIGATION)(Re: related document(s)[12829] Supplemental Order) (Docket No. 13054)

m.  SIXTH ORDER REGARDING LIQUIDATING TRUSTS FORTY-FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION (Re: related document(s)[12829] Supplemental Order) (Docket No. 13055)

n.  CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court; CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE Hearing continued; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

o.   Seventh Order Regarding Liquidating Trust's Forty-First Omnibus Objection to
     Landlord Claims (Reduction of Certain Invalid Claims-Mitigation) (Re: related
     document(s)[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
     Trust) (Docket No. 13136)

p.   Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
     Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
     Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
     Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection
     to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed
     by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13153)

q.  Status Hearing continued as to Unresolved Claims; as to Claimants Filing
    Responses and as to Those Claimants With Whom the Trustee Has Agred to
    Extend the Response Deadline; (Re: related document(s)10024 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
    for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
    St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

r.  Docket Entry - Status Hearing continued as to Unresolved Claims; as to
    Claimants Filing Responses and as to Those Claimants With Whom the
    Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for

4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

s.   Status Hearing continued as to Unresolved Claims; as to Claimants Filing
     Responses and as to Those Claimants With Whom the Trustee Has Agred to
     Extend the Response Deadline; (Re: related document(s)[10024] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection
     to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
     Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed
     by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection
     to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
     Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed
     by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection
     to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
     Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at
     Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
     Virginia. Paula Beran for Trustee.  (Docket No. 13324)

t.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
     Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom
     the Trustee Has Agreed to Extend the Response Deadline; (Re: related
     document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
     Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,

[10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701
E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

u.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
    Objections)as to Claimants Filing Responses and as to Those Claimants With Whom
    the Trustee Has Agreed to Extend the Response Deadline (Re: related
    document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
    Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,

[11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701
E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

v.  Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating
Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those
Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

w.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

x.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 AM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

y.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.

417

Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/25/2015 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver,
Betty)

z.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

aa. Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,

Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

| | |
|---|---|
| Objection Deadline: | June 26, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved certain claims as indicated on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

28.   Notice and Objection to Claim - *Liquidating Trust's Forty-Second Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation)* Hearing scheduled

7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11853)

Related
Documents:

a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled
or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

b.   First Order Regarding Liquidating Trust's Forty-Second Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation)(Re: related
document(s)[5015] Objection to Claim filed by Circuit City Stores, Inc.) (Docket No.
12303)

c.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related
document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12354] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12528)

d.   SECOND Order Regarding Liquidating Trust's Forty-Second Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12303] Order Re: Objection) (Docket No. 12550)

e.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12397] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12456] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.
(Docket No. 12660)

f.   THIRD Order Regarding Liquidating Trust's Forty-Second Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation)(Re: related
document(s)[12550] Supplemental Order) (Docket No. 12742)

g.   Fourth Order Regarding Liquidating Trust's Forty-Second Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12742] Supplemental Order) (Docket No. 12828)

h.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12795)

i.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

j.   Fifth Order Regarding Liquidating Trust's Forty-Second Omnibus Objection To
     Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
     document(s)[12828] Supplemental Order) (Docket No. 12986)

k.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
Tavenner for Trustee. (Docket No. 13015)

l.   SIXTH ORDER REGARDING LIQUIDATING TRUSTS FORTY-SECOND
     OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
     INVALID CLAIMS-MITIGATION) (Re: related document(s)[12986] Supplemental
     Order) (Docket No. 13057)

m.   CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
     OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court; CONTINUED
     FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO
     THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND
     THE RESPONSE DEADLINE Hearing continued; (Re: related document(s)[10024]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

n.  Seventh Order Regarding Liquidating Trust's Forty-Second Omnibus Objection to
    Landlord Claims (Reduction of Certain Invalid Claims-Mitigation) (Re: related
    document(s)[11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
    Trust) (Docket No. 13127)


o.  Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
    Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
    Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
    Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection
    to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
    filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed
    by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
    Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores,
    Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

p.   Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

q.   Docket Entry - Status Hearing continued as to Unresolved Claims; as to
Claimants Filing Responses and as to Those Claimants With Whom the
Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for
4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

r.   Status Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred to
Extend the Response Deadline; (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee.  (Docket No. 13324)

s.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom
the Trustee Has Agreed to Extend the Response Deadline; (Re: related
document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701
E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

t.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections)as to Claimants Filing Responses and as to Those Claimants With Whom
the Trustee Has Agreed to Extend the Response Deadline (Re: related

document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

u.  Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

v.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

w.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
    Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
    Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 AM at Judge
    Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
    Beran for Trustee. (Oliver, Betty)

x.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
    Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,

Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty)

y.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

z.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

Objection
Deadline:            June 26, 2012

Objections/
Responses            See attached Exhibit B.

Filed:

Status:              The Trust has resolved certain claims as indicated on Exhibit B.
                     **Those parties who filed a response do not need to appear at the
                     hearing. Such parties' rights will not be affected at this hearing.**
                     During the hearing the Liquidating Trust will advise the Court that
                     the status hearing will be adjourned to December 16, 2015 at 2:00
                     p.m. with respect to those claims for which a response was filed.
                     With respect to those claims to which a response was not filed but to
                     which the Liquidating Trust agreed to continue the hearing and
                     requisite response deadline, as identified on Exhibit B, the
                     Liquidating Trust will advise the Court that the status hearing will
                     be adjourned to December 16, 2015 at 2:00 p.m. with respect to
                     those claims.  **Those parties do not need to appear at the hearing.
                     Such parties' rights will not be affected at this hearing.**

29.    Notice and Objection to Claim - *Liquidating Trust's Forty-Third Omnibus Objection to
       Landlord and Contractor Claims (Reduction of Certain Partially Invalid Claims,
       Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
       Disallowance of Certain Late Filed Claims, and Disallowance of Certain Amended
       Claims)* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
       E. Broad St., Rm. 5000, Richmond, Virginia filed by Paula S. Beran of Tavenner & Beran,
       PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11854)

       Related
       Documents:

       a.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED
             FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
             TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
             EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled
             or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City
             Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
             Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
             Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

b.  First Order Regarding Liquidating Trust's Forty-Third Omnibus Objection To
    Landlord and Contractor Claims(reduction of certain partially invalid claims,
    reclassification of certain misclassified claims, disallowance of certain invalid claims,
    disallowance of certain late filed claims, and disallowance of certain amended
    claims)(Re: related document(s)[11854] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust) (Docket No. 12302)

c.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
    Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
    FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
    TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related
    document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
    Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
    [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,

[11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12354] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12528)

d.   SECOND Order Regarding Liquidating Trust's Forty-Third Omnibus Objection To
     Landlord and Contractor Claims (reduction of certain partially invalid claims,
     reclassification of certain misclassified claims, disallowance of certain invalid claims,
     disallowance of certain late-filed claims and disallowance of certain amended claims)
     (Re: related document(s)[12302] Order Re: Objection) (Docket No. 12551)

e.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12397] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12456] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.
(Docket No. 12660)

f.   THIRD Order Regarding Liquidating Trust's Forty-Third Omnibus Objection To
     Landlord and contractor Claims (reduction of certain partially invalid claims,
     reclassification of certain misclassified claims, disallowance of certain invalid claims,
     disallowance of certain late-filed claims, and disallowance of certain amended claims)
     (Re: related document(s)[12551] Supplemental Order) (Docket No. 12743)

g.   Fourth Order Regarding Liquidating Trust's Forty-Third Omnibus Objection To
     Landlord and Contractor Claims(reduction of certain partially invalid claims,
     reclassification of certain misclassified claims, disallowance of certain invalid claims,
     disallowance of certain late-filed claims, disallowance of certain duplicate claims and
     disallowance of certain amended claims) (Re: related document(s)[12743]
     Supplemental Order) (Docket No. 12827)

h.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12795)

i.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
     FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
     TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
     EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
     to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed
     by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

j.   Fifth Order Regarding Liquidating Trust's Forty-Third Omnibus Objection To
     Landlord and Contractor Claims (reeducation of certain partially invalid claims,
     reclassification of certain misclassified claims, disallowance of certain invalid claims,
     disallowance of certain late-filed claims, disallowance of certain duplicate claims and
     disallowance of certain amended claims)(Re: related document(s)[12827]
     Supplemental Order) (Docket No. 12985)

k.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless

Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
Tavenner for Trustee. (Docket No. 13015)

l.   SIXTH ORDER REGARDING LIQUIDATING TRUSTS FORTY-THIRD
OMNIBUS OBJECTION TO LANDLORD AND CONTRACTOR CLAIMS
(REDUCTION OF CERTAIN PARTIALLY INVALID
CLAIMS,RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS,
DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF
CERTAIN LATE-FILED CLAIMS,AND DISALLOWANCE OF CERTAIN
AMENDED CLAIMS)(Re: related document(s)[12985] Supplemental Order) (Docket
No. 13058)

m.   CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court; CONTINUED
FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO
THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND
THE RESPONSE DEADLINE Hearing continued; (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

n.  Seventh Order Regarding Liquidating Trust's Forty-Third Omnibus Objection to
Landlord and Contractor Claims (Reduction of Certain Partially Invalid Claims,
Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid
Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain
Amended Claims)(Re: related document(s)[11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) (Docket No. 13129)

o.  Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13153)

p.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agred to
Extend the Response Deadline; (Re: related document(s)10024 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,10045 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11402 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11404 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11807 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11808 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11849 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11992Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12442 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust,12446 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled

for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

q.  Docket Entry - Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

r.  Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agred to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13324)

s.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) - as to Claimants Filing Responses and as to Those

Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

t.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,

[10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701
E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

u.   Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating
     Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those
     Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re:
     related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.

448

Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

    v.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 AM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

w.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/25/2015 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver,
Betty)

x.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.

450

Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Oliver, Betty)

y.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
    Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
    Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge
    Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
    Beran for Trustee. (Oliver, Betty)

Objection
Deadline:              June 26, 2012

|                        |                                                                |
|------------------------|----------------------------------------------------------------|
| Objections/<br>Responses<br>Filed: | See attached <u>Exhibit B</u>.                       |

|            |                                                              |
|------------|--------------------------------------------------------------|
| Status:    | The Trust has resolved certain claims as indicated on <u>Exhibit B</u>. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

30.   Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S SIXTY-FOURTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12446)

Related
Documents:

a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12397] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12456] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.
(Docket No. 12660)

b.   Order Regarding Liquidating Trust's Sixty-Fourth Omnibus Objection to Landlord
     Claims (Reduction of Certain Partially Invalid Claims) (Re: related
     document(s)[12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
     Trust) (Docket No. 12719)

c.   Second Order Regarding Liquidating Trust's Sixty-Fourth Omnibus Objection To
     Landlord Claims (reduction of certain partially invalid claims) (Re: related
     document(s)[12719] Order Directing) (Docket No. 12840)

d.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,

453

Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

e.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS

TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

f.   Third Order Regarding Liquidating Trust's Sixty-Fourth Omnibus Objection To Landlord claims (reduction of certain partially invalid claims) (Re: related document(s)[12840] Supplemental Order). (Docket No. 12987)

g.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
Tavenner for Trustee. (Docket No. 13015)

h.   CONTINUED HEARING AS TO LIQUIDATING TRUST'S OMNIBUS
OBJECTIONS TO CLAIMS - Unless Otherwise Noted in Open Court; CONTINUED
FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO
THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND
THE RESPONSE DEADLINE Hearing continued; (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

i.    Fifth Order Regarding LIQUIDATING TRUST'S SIXTY-FOURTH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS)) (Re: related document(s)[12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13134)

j.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved
Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to
Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has
Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trustee. (Docket No. 13153)

k.  Status Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to those Claimants with Whom the Trustee has Agreed to
Extend the Response Deadline; (Re: related
document(s)10024 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10042Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust,10045 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11402 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11404 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11807 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11808 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11809 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11849 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 11992Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, 12442 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust,12446 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

Paula Beran for Trustee. (Docket 13207)

l.   Docket Entry - Status Hearing continued as to Unresolved Claims; as to
     Claimants Filing Responses and as to Those Claimants With Whom the
     Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for
     4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
     Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

m.   Status Hearing continued as to Unresolved Claims; as to Claimants Filing
     Responses and as to Those Claimants With Whom the Trustee Has Agred to
     Extend the Response Deadline; (Re: related document(s)[10024] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection
     to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
     Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed
     by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection
     to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
     Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed
     by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection
     to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
     Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
     [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
     Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge
     Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
     Paula Beran for Trustee. (Docket No. 13324)

n.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
     Omnibus Objections) - as to Claimants Filing Responses and as to Those
     Claimants With Whom the Trustee Has Agreed to Extend the Response

Deadline; (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

o.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,

[10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701
E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

p.   Docket Entry - Continued for Status Hearing as to Unresolved Claims (Liquidating
     Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those
     Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re:
     related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

q.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

r.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

s.  Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/25/2015 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty)

t.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus
     Objections) (Re: related document(s)[10024] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

| | |
|---|---|
| Objection Deadline: | November 29, 2012 |
| Objections/ Responses Filed: | See attached <u>Exhibit B</u>. |
| Status: | **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to December 16, 2015 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

Dated: October 7, 2015          TAVENNER & BERAN, PLC
Richmond, Virginia

_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910


Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust*