IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC., et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br><br>Jointly Administered |

### ORDER GRANTING MOTION FOR LEAVE OF COURT
### TO ATTEND HEARING BY TELEPHONE

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone (the "Motion") filed by Ashley McDow ("Ms. McDow") of Baker & Hostetler LLP, and it appearing that the Motion has been served on the interested parties and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby,

ORDERED, that the Motion is GRANTED and Ms. McDow is permitted to appear and be heard by telephone at the hearing on October 7, 2015 on behalf of the Trustee.

Entered this _____ day of _____, 2015.

Oct 8 2015

/s/ Kevin R. Huennekens
United States Bankruptcy Judge
Entered on Docket: 10/8/15

I ask for this:


By:    */s/ Ashley M. McDow*
Ashley M. McDow (Cal. Bar No. 245114)
**BAKER HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Emails:amcdow@bakerlaw.com

*Counsel for Alfred H. Siegel, the Liquidating Trustee of Circuit City Stores, Inc. Liquidating Trust*


I ask for this:


By:        */s/  Dena S. Kessler*
Dena S. Kessler (VBN 78680)
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone: 202.861.1500
Facsimile:  202.861.1783
Email:       dkessler@bakerlaw.com

*Counsel for Alfred H. Siegel, the Liquidating Trustee of Circuit City Stores, Inc. Liquidating Trust*

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

*/s/ Ashley M. McDow*

Ashley M. McDow

## PARTIES TO RECEIVE COPIES

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
*Counsel to Circuit City Stores, Inc.*
*Liquidating Trust*

Gillian N. Brown, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
San Francisco, CA 9411
*Counsel to the Unsecured Creditors*
*Committee*

Robert VanArsdale, Esquire
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Office of the US Trustee*