IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc., *et al.*,

Debtors.

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**Allowed Claim Num: 924**
**Allowed Claim Amt: $364,865.47**

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that A&E Television Networks, LLC, a creditor in the above-styled bankruptcy proceeding, has changed its address, and service of any and all pleadings, distribution payments, notices, and/or correspondence in this matter should be sent to the new address detailed below, effective immediately.

**Old Address**

A&E Television Networks, LLC
Attention: Cliff Ejikeme
235 East 45th Street
New York, NY 10017

**New Address**

A&E Television Networks, LLC
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: 5 - Nov - 2015

Respectfully submitted,

A&E Television Networks, LLC

By: [signature]
Name: CLIFFORD EJIKEME
Title: V.P. Treasurer

SETH METSCH
NOTARY PUBLIC STATE OF NEW YORK
Qualified in Westchester County
No. 02ME6022679
Commission Expires August 27, 20 17