IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc., et al.,<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered<br><br>**Allowed Claim Num: 12448**<br>**Allowed Claim Amt: $1,336,007.30** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that La Habra Imperial LLC, a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

La Habra Imperial LLC
Arnel Commercial Properties
Attn: Flo Mccluskey
949 South Coast Drive, Suite 600
Costa Mesa, CA 92626

Dated: 11/5/15

**New Address**

La Habra Imperial LLC
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Respectfully submitted,
La Habra Imperial LLC

By: DANIEL T. RUSSO / KEVIN P. HAUBER
Title: CFO / CEO