Steven T. Gubner – Bar No. 156593
Travis M. Daniels – Bar No. 295855
**EZRA BRUTZKUS GUBNER LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
**TAVENNER & BERAN, PLC**
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone:  (804) 783-8300
Facsimile:   (804) 783-0178

Special Litigation Counsel for
THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | **ORDER APPROVING STIPULATION BETWEEN CREDITOR CALIFORNIA SELF-INSURER'S SECURITY FUND AND CIRCUIT CITY STORES, INC. LIQUIDATING TRUST ALLOWING WITHDRAWAL OF CLAIM** |
| | Jointly Administered |

Upon reviewing that certain Stipulation (the "Stipulation") (Docket No. 13794) By and Between California Self-Insurer's Security Fund (the "Fund") and Circuit City Stores, Inc. Liquidating Trust (the "Trust") regarding the withdrawal of certain claims, and good cause appearing therefor, all capitalized terms not otherwise defined herein having the same meaning as set forth in the Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

- 2 -

    1.    The Stipulation is approved.

    2.    The Fund's claim Nos. 11721, 11811, 15028, and 15029 are hereby withdrawn with prejudice.

    3.    The Fund's administrative claim Nos. 14971, 14973, 15004, 15030, and 15031 are hereby withdrawn with prejudice.

    4.    The official claims register maintained in these Chapter 11 cases shall be updated accordingly.

    5.    This Court shall retain jurisdiction to enforce the Stipulation and this Order.

    6.    Nothing herein waives, releases, or has an effect on claims of the estate held by the Trust that can be asserted against the Fund or any potential defenses thereto.

IT IS HEREBY ORDERED:

Dated: Nov 20 2015

/s/ Kevin R. Huennekens

Judge of the United States
Bankruptcy Court

Entered on Docket: 11/20/15

- 2 -

WE ASK FOR THIS:

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

-and-

Steven T. Gubner – Bar No. 156593
Travis M. Daniels – Bar No. 295855
**EZRA BRUTZKUS GUBNER LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099

Counsel for Circuit City Stores, Inc. Liquidating Trust

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Paula S. Beran*
Co-Counsel