# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Leedell Murphy, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Circuit City Stores, Inc. Liquidating Trust (the "Trust") and counsel to the Trust (including the claims and distribution agent appointed in these cases) to change his address for the purposes of administering his claim (as listed on the Debtors' schedules and/or claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim number 5832, be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Leedell Murphy
285 Stoney Island
Calumet City, IL, 60409

New Address
Leedell Murphy
c/o Cedar Glade Capital, LLC
767 Fifth Avenue, 19th Floor
New York, NY 10153
Attn: Robert K. Minkoff, President

I declare under penalty of perjury that the foregoing is true and correct.

**LEEDELL MURPHY**

By: _Leedell Murphy_

Date: _12/03/15_