IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**Allowed Claim Num: 12673**
**Allowed Claim Amount: $452,268.94**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that SWP Wabash Properties I, LLC, a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence, with respect to Claim Number 12673, in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
SWP Wabash Properties I, LLC
c/o Jeremy Williams
Kutak Rock LLP
111 East Main Street, 8th Floor
Richmond, VA 23219

**New Address**
SWP Wabash Properties I, LLC
HSBC Bank USA, NA

Dept. CH – 19554
Palatine, IL 60055-9554

Dated: 12/9/2015

Respectfully submitted,
SWP Wabash Properties I, LLC

_____
Arthur F. Seppi, Manager