# EXHIBIT A

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| 31 | Eisner, Roy | 3025 | 4821 | The matter has settled pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| | | | | |
| 79 | Eisner, Joanne | 3852 | 8003 | The matter has settled pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the December 16, 2015 hearing.