Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING**
**(Liquidating Trust's Ninth Omnibus Objection
Claims Number 9117 and 14357)
(Claimant – Diamond Square, LLC, Builder Square, LLC)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"),

by counsel, of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the

"Debtors") **will seek to have the Court reduce claim number 9177 to $65,291.55 and allow**

1

**the same as a general unsecured claim, and allow claim number 14357 as filed contingent upon the reduction of claim number 9177 as objected to in the** *Liquidating Trustee's Ninth Omnibus Objection to Claims* **(the "Claim Objection") [Docket No. 10047].**

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **January 13, 2016 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) and the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence, if necessary, on January 13, 2016 at 2:00 p.m.**, **seeking to have the Court reduce claim number 9177 to $65,291.55 and allow the same as a general unsecured claim, and allow claim number 14357 as filed contingent upon the reduction of claim number 9177.**
PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: December 21, 2015

    */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
David N. Tabakin (VA Bar No. 82709)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
       pberan@tb-lawfirm.com
-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

        10100 Santa Monica Blvd.
        11th Floor
        Los Angeles, California  90067-4100
        Telephone: 805-123-4567
        Facsimile:  310/201-0760
        E-mail: jpomerantz@pszjlaw.com
              acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on December 21, 2015, via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Diamond Square LLC and Builder Square LLC
Edward C. Tu
750 E. Green St., Ste. 209
Pasadena, CA 91101

DIAMOND SQUARE LLC
900 S. SAN GABRIEL BLVD., NO. 100
SAN GABRIEL, CA 9177

Augustus C. Epps, Jr.,
909 East Main Street, Suite 1200
Richmond, VA 23219

                */s/ Paula S. Beran*
                Paula S. Beran (VA Bar No. 34679)