IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc., et al., | Case No. 08-35653 (KRH) |
| ("the Debtors") | Jointly Administered |
| | **Allowed Claim Num: 12413** |
| | **Allowed Claim Amt:    $787,046.02** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that CC Plaza Joint Venture Llp, a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

CC Plaza Joint Venture Llp
Welsh Companies LLC
4350 Baker Rd, Ste 400
Minnetonka, MN 55343-8695

**New Address**

CC Plaza Joint Venture Llp
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: 12/22/2015

Respectfully submitted,
CC Plaza Joint Venture Llp
By: Great Lakes Property Group Trust

By: *James S Smith*
Title: Not personally, but solely as Trustee

*Catherine A. Constantino*  12/22/15

"OFFICIAL SEAL"
CATHERINE A. CONSTANTINO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9/13/2019