UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

---

In re:                                          :
                                                :    Chapter 11
Circuit City Stores, Inc., et al.               :
                                                :    Case No. 08-35653
                                                :
                          Debtors.              :    (Jointly Administered)
---

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that IMATION ENTERPRISES CORP. ON BEHALF OF ITSELF AND ITS AFFILIATES, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim number 9627 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address

IMATION ENTERPRISES CORP. ON BEHALF OF ITSELF AND ITS AFFILIATES
c/o Dorsey & Whitney LLP
50 S 6th St Ste 1500
Minneapolis, MN 55402-1498

New Address

IMATION ENTERPRISES CORP. ON BEHALF OF ITSELF AND ITS AFFILIATES
c/o Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey 07601

I declare that the foregoing is true and correct.

By: *James C. Ellis*
Its: Vice President
Date: 12/22/15

ok-mam