IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc., et al., | Case No. 08-35653 (KRH) |
| ("the Debtors") | Jointly Administered |
| | **Allowed Claim Num: 12266** |
| | **Allowed Claim Amt: $4,786,579.30** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Gould Livermore, LLC, a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Gould Livermore, LLC
Bryan Cave LLC
c/o Michelle McMahan
1290 Avenue of the Americas
New York, NY 10104-3300

**New Address**
Gould Livermore, LLC
HSBC Bank USA, NA
Dept. CH – 19554
Palatine, IL 60055-9554

Dated: _____

Respectfully submitted,

Gould Livermore LLC
By: _____
Title: Marc Linsky
President or Manager