1                  IN THE UNITED STATES BANKRUPTCY COURT
                  EASTERN DISTRICT OF VIRGINIA (RICHMOND)
2

3                                             )    Case No. 08-35653-KRH
     In re                                    )    Richmond, Virginia
4                                             )
     CIRCUIT CITY STORES, INC., et al.,       )
5                                             )    April 15, 2010
                       Debtors.               )    2:13 PM
6                                             )
     _____)
7

8             PARTIAL TRANSCRIPT OF HEARING ON THIS MOTION ONLY
     DEBTORS' MOTION FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE
9      SECTIONS 105(a), 362(d)(1), AND 365(a), AND BANKRUPTCY RULES
     4001 AND 6006, AND LOCAL BANKRUPTCY RULE 4001 (I) AUTHORIZING
10    REJECTION OF SURETY BONDS, (II) MODIFYING THE AUTOMATIC STAY
      FOR THE LIMITED PURPOSE OF ALLOWING SAFECO INSURANCE COMPANY
11      OF AMERICA TO COMMENCE CANCELLATION OF SURETY BONDS, (III)
        ESTABLISHING SURETY BOND CLAIM DEADLINE, AND (IV) GRANTING
12                 RELATED RELIEF (DOCKET NO. 5114)
                BEFORE THE HONORABLE KEVIN R. HUENNEKENS,
13                    UNITED STATES BANKRUPTCY JUDGE

14   APPEARANCES (THIS MOTION ONLY):

15   For the Debtor:             DOUGLAS M. FOLEY, ESQ.
                                 MCGUIREWOODS LLP
16                               2001 K Street, N.W., Suite 400
                                 Washington, DC 20006
17
     For Safeco Insurance        LESLIE A. SKIBA, ESQ.
18   Company of America:         GREGORY KAPLAN, PLC
                                 7 East Second Street
19                               Post Office Box 2470
                                 Richmond, VA 23218
20

21   Transcription Services:                    eScribers
                                                700 West 192nd Street
22                                               Suite #607
                                                 New York, NY 10040
23                                               (973) 406-2250

24   PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

25   TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

1        MR. FOLEY:  Your Honor, item number 8.  This is the
2   matter that I was referring to earlier.  This is our motion to
3   terminate certain surety bonds with Safeco.  We have submitted
4   a consent form of order for the Court's consideration.
5        THE COURT:  I believe I entered that.
6        MR. FOLEY:  I believe I saw it entered either today
7   or yesterday.  And counsel for the United States is here, Rob
8   McIntosh, who signed the order, and counsel is also here as
9   well.
10       MS. SKIBA:  Good afternoon, Your Honor.  Leslie Skiba
11  on behalf of Safeco.  We would ask for entry of the order.  If
12  you've already entered it we're fine, thanks.
13       THE COURT: All right.  Good.
14    (Whereupon this part of the proceedings was concluded at
15  2:14 PM)
16
17
18
19
20
21
22
23
24
25

1

2                       C E R T I F I C A T I O N

3

4       I, Hana Copperman, the court approved transcriber, do

5  hereby certify the foregoing is a true and correct transcript

6  from the official electronic sound recording of the

7  proceedings in the above-entitled matter.

8

9

10

11

12  *Hana Copperman*

                                             December 30, 2015
13
   _____      _____
14
   HANA COPPERMAN                          DATE
15
   AAERT Certified Electronic Transcriber CET**D 487
16

17

18

19

20

21

22

23

24

25

Case 08-35653-KRH    Doc 13820    Filed 12/30/15    Entered 12/30/15 10:06:08    Desc
                      Main Document         Page 4 of 4

CIRCUIT CITY STORES, INC., et al.
Case No. 08-35653-KRH                                                        April 15, 2010

**2**

**2:14 (1)**
  2:15

**8**

**8 (1)**
  2:1

**A**

**afternoon (1)**
  2:10

**B**

**behalf (1)**
  2:11
**bonds (1)**
  2:3

**C**

**certain (1)**
  2:3
**concluded (1)**
  2:14
**consent (1)**
  2:4
**consideration (1)**
  2:4
**counsel (2)**
  2:7,8
**COURT (2)**
  2:5,13
**Court's (1)**
  2:4

**E**

**earlier (1)**
  2:2
**either (1)**
  2:6
**entered (3)**
  2:5,6,12
**entry (1)**
  2:11

**F**

**fine (1)**
  2:12
**FOLEY (2)**
  2:1,6
**form (1)**
  2:4

**G**

**Good (2)**
  2:10,13

**H**

**Honor (2)**
  2:1,10

**I**

**item (1)**
  2:1

**L**

**Leslie (1)**
  2:10

**M**

**matter (1)**
  2:2
**McIntosh (1)**
  2:8
**motion (1)**
  2:2

**N**

**number (1)**
  2:1

**O**

**order (3)**
  2:4,8,11

**P**

**part (1)**
  2:14
**PM (1)**
  2:15
**proceedings (1)**
  2:14

**R**

**referring (1)**
  2:2
**right (1)**
  2:13
**Rob (1)**
  2:7

**S**

**Safeco (2)**
  2:3,11
**saw (1)**
  2:6
**signed (1)**
  2:8
**Skiba (2)**
  2:10,10

**States (1)**
  2:7
**submitted (1)**
  2:3
**surety (1)**
  2:3

**T**

**terminate (1)**
  2:3
**thanks (1)**
  2:12
**today (1)**
  2:6

**U**

**United (1)**
  2:7

**W**

**Whereupon (1)**
  2:14

**Y**

**yesterday (1)**
  2:7