Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| In re: | : | Chapter 11 |
|---|---|---|
| CIRCUIT CITY STORES, INC., et al.,[1] | : | Case No. 08-35653-KRH |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JANUARY 13, 2016 AT 2:00 P.M. (EASTERN)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219-1888, on January 13, 2106 beginning at 2:00 p.m. Eastern.

1. Motion to Approve -- *MOTION FOR ENTRY OF AN ORDER (I) REQUIRING THAT CERTAIN DOCUMENTS BE FILED UNDER SEAL AND (II) PROVIDING FOR PROCEDURES PROTECTING CONFIDENTIAL INFORMATION AND MEMORANDUM IN SUPPORT THEREOF (CRT LITIGATION SETTLEMENTS)* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Tavenner, Lynn)

    Related Documents:

    a.  Notice of Motion and Notice of Hearing (Re: related document(s)[13811] Motion to Approve filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 1/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Tavenner, Lynn)

    Objection Deadline:            January 6, 2016

    Objections/Responses
                Filed            None.

    Status:            The Trust will request that the Court grant the Motion.

2. Notice of Hearing *(Substantive)* (Re: related document(s)[10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 1/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula)

    Related Documents:

    a.  Liquidating Trustee's Ninth Omnibus Objection to Claims [ECF No. 10047]

    Objections/Responses
                Filed:            Response [ECF No. 10335]

|  |  |
|---|---|
| Status: | The Trust will request that the Court reduce claim number 9177 to $65,291.55 and allow the same as a general unsecured claim, and allow claim number 14357 as filed contingent upon the reduction of claim number 9177 as objected to in the Liquidating Trustee's Ninth Omnibus Objection to Claims [ECF No. 10047] |

3. Notice of Hearing *(Substantive)* (Re: related document(s) [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 1/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula)

Related Documents:

a. Liquidating Trustee's Fourteenth Omnibus Objection to Claims [ECF No. 10052]
b. Liquidating Trustee's Twenty-First Omnibus Objection to Claims [ECF No. 10073]
c. Liquidating Trustee's Fortieth Omnibus Objection to Claims [ECF No. 11851]

|  |  |
|---|---|
| Objections/Responses Filed: | None. |
| Status: | The Trust will request that the Court expunge claim number 12769, allow claim number 12768 as an administrative claim in the amount of $13,750.18 and allow claim number 12825 as a general unsecured claim in the amount of $252,697.59 as objected to in the Liquidating Trustee's Fourteenth, Twenty-First, and Fortieth Omnibus Objection to Claims [ECF No's 10052, 10073, and 11851] |

3

Dated: Richmond, Virginia
       January 8, 2016

TAVENNER & BERAN, PLC

    */s/ Paula S. Beran*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

                - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

                - and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust*