IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
|  | Jointly Administered |
| ("the Debtors") | **ALLOWED CLAIM NUM: 15279**<br>**ALLOWED CLAIM AMT:$500,000** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Chino South Retail PG, LLC, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address
Chino South Retail PG, LLC
Bracewell & Giuliani, LLP
c/o William A. (Trey) Wood, III
711 Louisiana St., Suite 2300
Houston, TX 77002

New Address [Creditor]
Chino South Retail PG, LLC
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL  60055- 9554

Dated: _____1/20/16_____

Respectfully submitted,

Chino South Retail PG, LLC
a California limited liability company

By:  Panattoni Investments, LLC,
     a California limited liability company,
     Manager

By: _____
    Carl D. Panattoni Trustee of the
    Panattoni Living Trust, dated
    April 8, 1998, Sole Member

For the avoidance of doubt or ambiguity, Carl D. Panattoni is signing this Notice of Creditor's Change of Address not as an individual but solely in capacity as Trustee of the Panattoni Living Trust, which is signing solely in its capacity as sole member of Panattoni Investments, LLC, which is signing solely in its capacity as Manager of Chino South Retail PG, LLC.