UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
701 EAST BROAD STREET
RICHMOND, VA 23219

CASE NO.: 08-35653-KRH
CHAPTER: 11
JUDGE: KEVIN R. HUENNEKENS

In re: Debtor(s) name:
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social Security or Individual Taxpayer No.:
    Debtor: NA

Employer Tax Identification No.:
    Debtor: 54-0493875

NOTICE OF CHANGE OF ADDRESS

This is to serve as notice that for all intent and purposes that the creditor:

Brian L. LaCoursiere
4347 Kings Church Road
Taylorsville, KY 40071-7907

Has changed his address to:

Brian L. LaCoursiere
1380 West Hickory Street
Pahrump, NV 89048



Effective immediately.

Respectfully submitted by:

F. LARKIN FORE
FORE, MILLER & SCHWARTZ
200 South Fifth Street
Suite 700N
Louisville, Kentucky 40202
Telephone: 502-589-5250
Fax: 502-589-1637
flfore@foreandschwartz.com

CERTIFICATE

It is hereby certified that a copy hereof was on the 26th day of January, 2016, served by mail on the following:

Jeffrey N. Pomerantz. Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California   90067-4100
Telephone:  (301) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:   (804) 783-0178

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, Virginia 23219

F. LARKIN FORE
flfore@foreandschwartz.com