IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc., et al.,<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered<br>**Allowed Claim Num: 9385**<br>**Allowed Claim Amt: $4,000,000** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Sony Pictures Home Entertainment, Inc., a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Sony Pictures Home Entertainment Inc.

Attn: Kathleen Hallinan, Esq.
10202 W Washington Blvd
Culver City, CA 90232-3195

**New Address**
Sony Pictures Home Entertainment Inc.
c/o VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Dated: _Feb 10, 2016_

Respectfully submitted,
Sony Pictures Home Entertainment Inc.

By: _[signature]_
Title: SVP Finance & Chief Accounting Officer