SAT-50104 04229 redactur 08-35653
Daniel F. Blanks
50 N. Laura Street
Suite 2850
Jacksonville, FL 32202

8999 W. 9th Ave
Kennewick, WA
99336



022539 22539 1 MB 0.436 99336 1 0 7950-1-22539

Scott & Barb Bergman
410 S. Joliet St.
Kennewick,, WA 99336-9437

RICHMOND DIVISION
FILED
FEB 17 2016
CLERK
U.S. BANKRUPTCY COURT

# ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time.

**We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedures, to reflect any change.**

If the Change of Address information should not be used, please contact your local Postmaster to correct the Change of Address information that has been filed with the Postal Service.

022539    50104022561013

# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 08-35653-KRH
**Chapter** 11
**Judge** Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).(if any):
    Debtor: NA

Employer Tax-Identification (EIN) No(s).(if any):
    Debtor: 54-0493875



## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on December 31, 2015 in the above-referenced case, event text as shown below:

Transcript filed Re: Hearing Held 4/15/2010, regarding DEBTORS' MOTION FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 362(d)(1), AND 365(a), AND BANKRUPTCY RULES 4001 AND 6006, AND LOCAL BANKRUPTCY RULE 4001 (I) AUTHORIZING REJECTION OF SURETY BONDS, (II) MODIFYING THE AUTOMATIC STAY FOR THE LIMITED PURPOSE OF ALLOWING SAFECO INSURANCE COMPANY OF AMERICA TO COMMENCE CANCELLATION OF SURETY BONDS, (III) ESTABLISHING SURETY BOND CLAIM DEADLINE, AND (IV) GRANTING RELATED RELIEF (DOCKET NO. 5114). Remote electronic access to the transcript is restricted until 03/29/2016. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, Telephone number 973-406-2250.] [Transcript Purchased by Travis M. Daniels.] (RE: related document(s) [7212] Hearing held; Consent Order Entered. Appearance by Doug Foley for Debtors. (Re: related document(s)5114 Motion to Reject Surety Bonds filed by Circuit City Stores, Inc.)). Notice of Intent to Request Redaction Deadline Due By 01/6/2016. Redaction Request Due By 01/20/2016. Redacted Transcript Submission Due By 02/1/2016. Transcript access will be restricted through 03/29/2016. (Gottlieb, Jason)

The parties have [until January 7, 2016] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [January 21, 2016] [21 days from the date of filing of the transcript].

If a request for redaction is filed, the redacted transcript is due [February 1, 2016] [31 days from the date of filing of the transcript].

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [March 30, 2016] [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date: December 31, 2015

[ntctranredact.jsp 3/2009]