| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : 1Case No. 08-35653 (KRH) |
| Debtors. | |
| | : Jointly Administered |

**ADDITIONAL ORDER ON LIQUIDATING TRUSTEE'S FOURTEENTH,
TWENTY-FIRST, AND FORTIETH OMNIBUS OBJECTION TO CLAIMS**

THIS MATTER having come before the Court on the *Liquidating Trustee's Fourteenth, Twenty-First, and Fortieth Omnibus Objection to Claims* (collectively, the "Claim Objections") [Docket No's 10052, 10073, and 11851] and it appearing that due and proper notice and service of the Claim Objections in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and the Notice of Substantive Hearing on the Claim Objections have been given to the claimant Eagleridge Associates and that such notice was good and sufficient and that no other or further

notice or service of the Claim Objections need be given; and after due deliberation thereon, good and sufficient cause exists for granting the relief provided herein as to the claimant Eagleridge Associates.

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Claim number 12769 is hereby disallowed for all purposes in these bankruptcy cases;

2. Claim number 12768 is hereby allowed as an administrative claim in the amount of $13,750.18 only and otherwise disallowed;

3. Claim number 12825 is hereby allowed as a general unsecured claim in the amount of $252,697.59 only and otherwise disallowed; and

4. The Liquidating Trust shall serve a copy of this Order on the claimant Eagleridge Associates.

Feb 19 2016

Dated: Richmond, Virginia
February __, 2016

/s/ Kevin R Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:2/19/16

**WE ASK FOR THIS:**

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

-and-

Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd. 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-227-6910
Facsimile: 310-201-0760
E-mail: rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

*Counsel for Circuit City Stores, Inc. Liquidating Trust*

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Paula S. Beran*
Co-Counsel

3

## SERVICE LIST

Paula S. Beran, Esquire  
Tavenner & Beran, PLC  
20 N. Eighth Street  
Second Floor  
Richmond, VA  23219