| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted pro hac vice) | David N. Tabakin, Esq. (VA Bar No. 82709) |
| PACHULSKI STANG ZIEHL & JONES LLP | TAVENNER & BERAN, PLC |
| 10100 Santa Monica Boulevard | 20 North Eighth Street, 2nd Floor |
| Los Angeles, California 90067-4100 | Richmond, Virginia 23219 |
| Telephone: (310) 277-6910 | Telephone: (804) 783-8300 |
| Telecopy: (310) 201-0760 | Telecopy: (804) 783-0178 |

- and –

Robert J. Feinstein, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MARCH 23, 2016 AT 2:00 P.M. (EASTERN)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219-1888, on March 23, 2106 beginning at 2:00 p.m. Eastern.

1. Adversary Proceeding of Alfred H. Siegel, solely as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. California Self-Insurer's Security Fund and Christine Baker (Adversary Proceeding 15-03477) - Motion to Dismiss Adversary Proceeding filed by Louis E. Dolan Jr. of Nixon Peabody, LLP on behalf of Christine Baker, California Self-Insurers Security Fund. (Attachments: # 1 Attorney Disclosure Statement # 2 Notice of Motion # 3 Proposed Order # 4 Exhibit(s) Appendix # 5 Main Document Motion to Dismiss and Memorandum of Points and Authorities) (Dolan, Louis).

   Related Documents:

   a. Motion for Joinder (Re: related document(s) 5 Motion to Dismiss Adversary Proceeding filed by California Self-Insurers Security Fund, Christine Baker) filed by Brian D. Wesley of California Ofc. of the Attorney General on behalf of Christine Baker. Hearing scheduled for 3/23/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Wesley, Brian)

   b. Notice of Motion *of Christine Baker's Joinder in Defendant California Self-Insurer's Security Fund's Motion to Dismiss* (Re: related document(s) 8 Motion for Joinder filed by Christine Baker) filed by Brian D. Wesley of California Ofc. of the Attorney General on behalf of Christine Baker. (Wesley, Brian)

   c. Motion for Joinder (Re: related document(s) 5 Motion to Dismiss Adversary Proceeding filed by California Self-Insurers Security Fund, Christine Baker) filed by Louis E. Dolan Jr. of Nixon Peabody, LLP on behalf of Christine Baker, California Self-Insurers Security Fund. (Dolan, Louis)

   d. Reply to *In Support of* (Re: related document(s )5 Motion to Dismiss Adversary Proceeding filed by California Self-Insurers Security Fund, Christine Baker) filed by Louis E. Dolan Jr. of Nixon Peabody, LLP on behalf of Christine Baker, California Self-Insurers Security Fund. (Dolan, Louis)

   e. Reply to *Opposition to Christine Baker's Joinder in Defendant California Self-Insurer's Security Fund's Motion to Dismiss* (Re: related document(s) 11 Motion for Joinder filed by California Self-Insurers Security Fund, Christine Baker) filed by Brian D. Wesley of California Ofc. of the Attorney General on behalf of Christine Baker. (Wesley, Brian)

Objections/
Responses Filed:

    a. Objection to *(Liquidating Trustees Opposition to California Self-Insurers Security Funds Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(1) for Lack of Subject Matter Jurisdiction and 12(B)(6) for Failure to State a Claim)* (Re: related document(s) 5 Motion to Dismiss Adversary Proceeding filed by California Self-Insurers Security Fund, Christine Baker) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust. (Attachments: # 1 Exhibit(s) Appendix 1 part A # 2 Exhibit(s) Appendix 1 Part B # 3 Exhibit(s) Appendix 1 Part C) (Tavenner, Lynn)

    b. Objection to *Liquidating Trustees Opposition to the Director of the California Industrial Relations (I) Joinder in Defendant California Self-Insurers Security Funds Motion to Dismiss, (II) Motion to Dismiss or, in the Alternative, to Provide a More Definite Statement, and (III) Motion to Strike Portions of the Complaint* (Re: related document(s) 8 Motion for Joinder filed by Christine Baker,11 Motion for Joinder filed by California Self-Insurers Security Fund, Christine Baker) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust. (Tavenner, Lynn)

Status:    The Trustee will request that the Court deny the Defendants' motions.

2. Pretrial Conference for Adversary Proceeding of Alfred H. Siegel, solely as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. California Self-Insurer's Security Fund and Christine Baker (Adversary Proceeding 15-03477).

[THIS SPACE INTENTIONALLY LEFT BLANK]

3

Dated: Richmond, Virginia  
      March 22, 2016

TAVENNER & BERAN, PLC

____/s/ Paula S. Beran_____  
Lynn L. Tavenner, Esq. (VA Bar No. 30083)  
Paula S. Beran, Esq. (VA Bar No. 34679)  
David N. Tabakin, Esq. (VA Bar No. 82709)  
20 North Eighth Street, 2nd Floor  
Richmond, Virginia 23219  
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP  
Jeffrey N. Pomerantz, Esq.  
Andrew W. Caine, Esq.  
10100 Santa Monica Boulevard  
Los Angeles, California 90067-4100  
(310) 277-6910

- and –

Robert J. Feinstein, Esq.  
John A. Morris, Esq.  
PACHULSKI STANG ZIEHL & JONES LLP  
780 Third Avenue, 36th Floor  
New York, New York 10017  
(212) 561-7700

*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*

4