UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | CIRCUIT CITY STORES INC., *et al.*, | Case No. 08-35653-KRH |
| | Debtors. | Chapter 11 |

## ORDER REGARDING ELECTRONIC DEVICES

This administrative order implements the new personal electronic device policy (the "Electronic Device Policy") adopted by the United States District Court for the Eastern District of Virginia effective April 4, 2016, in this case (the "Administrative Order Governing Electronic Devices"). This Administrative Order Governing Electronic Devices supersedes any orders, protocols or procedures that may have previously regulated the use of electronic devices in the courthouse in connection with this case.

The Electronic Device Policy can be found on the Court's website (www.vaeb.uscourts.gov.) under the "Richmond" delineated tab. The new Electronic Device Policy prohibits all persons, including counsel and non-attorney professionals, from bringing any electronic device, including cell phones, into the courthouse without prior authorization from the Court. The Court is authorized to make exceptions for attorneys and their professionals who may require the use of a personal electronic device in connection with a case. The Court's Information Technology ("IT") staff must clear all electronic devices unless the Court chooses to waive the IT clearance requirement in writing. Individuals receiving authorization from the Court to bring electronic devices into the courthouse <u>must</u> present proof of such authorization if requested by a United States Marshal or court security officer.

In consideration whereof, it is hereby

**ORDERED** that all counsel and non-attorney professionals in the above-captioned case shall be permitted to bring electronic devices into the courthouse for all hearings conducted in connection with this case. Proof of such authorization to bring electronic devices into the courthouse must be presented upon entry into the courthouse.

Proof of such authorization must be secured from the Court by completing and submitting a request for authorization of electronic devices form (the "Authorization Form"). The PDF-fillable Authorization Form is appended to the Policy on the Court's website. The Authorization Form must be completed in its entirety. Unless a single matter is being heard over consecutive days, only one date may be included in the "Date(s) Authorized" line.

The completed form must be submitted via email to the following email address <u>at least two (2)</u> business days prior to the hearing as a fillable form in .pdf format:

- EDVABK-PED-Judge_Huennekens@vaeb.uscourts.gov

Upon receipt of the properly completed and submitted Authorization Form, the Court will issue the appropriate authorization and return the Authorization Form to the requesting party via email. The Authorization Form must be presented along with a government issued photograph identification to a United States Marshal or court security officer at the courthouse upon entry.

ENTERED: Apr 7 2016

/s/ Kevin R. Huennekens

UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 4/7/16