# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**  
Circuit City Stores, Inc.

**Case Number** 08–35653–KRH  
**Chapter** 11  
**Judge** Kevin R. Huennekens

Debtor(s)

**To:** Robert Minkoff, President

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005–1, the documents submitted by you

*13863* – Transfer of Claim, Transfer Agreement 3001 (e) 2 Transferor: ASM Capital, L.P. To Cedar Glade LP Fee amount $25 filed by Robert Kenneth Minkoff of Cedar Glade Capital, LLC on behalf of Cedar Glade, LP.(Minkoff, Robert)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **fourteen (14) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:
- the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090–1. [See LBR 9010–1]
- **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005–1(C)(5) and 9022–1(A)]
- a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090–1(E)(2)(a)]

### REQUIREMENT OF FORM:
- **Legibility:** not in compliance with LBR 5005–1(C)(1)
- **Caption, Official Forms:** [See LBR 5005–1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains and be in substantial compliance with the current Official Form. *If applicable,* Case name and number do not match on paper submitted.
- **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
    - *if corporation,* not signed by counsel. [See LBR 5005–1(C)(4)]
    - *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
    - *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non–Attorney User.]
- Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- **XX** Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry (docketed Transfer of Claim but Notice of Change of Address filed) or redocket to attach the correct document.
- Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.
- Document does not include a certification whether an Attorney assisted with the preparation of the document. [See LBR 2090–1]

### VOLUNTARY PETITIONS:
- Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2–pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms which are available on the Court's web site at www.vaeb.uscourts.gov.
- More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition).*
- Not verified by signature of attorney for debtor(s).
- Not verified by unsworn declaration with signature of all debtors.
- **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074–1]
- **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007–1(H)]
- **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005–1(C) and (D)]

Date: April 29, 2016

Clerk, United States Bankruptcy Court

By /s/ Tammy Luedecke, Deputy Clerk  
Direct Dial Telephone No. 804–916–2425

[ntcdef_filingvDec2015.jsp]