2100B (12/15)

# United States Bankruptcy Court

### Eastern District of Virginia
### Case No. 08-35653-KRH
### Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____   was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 04/28/2016 (date).

**Name and Address of Alleged Transferor:**

Claim No. : ASM Capital, L.P., 7600 Jericho Turnpike, Suite 302, Woodbury, NY 11797

**Name and Address of Transferee:**

Cedar Glade LP
767 Fifth Avenue, 19th Floor
New York, NY
10153

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/01/16

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                               Case No. 08-35653-KRH
Circuit City Stores, Inc.                                            Chapter 11
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: luedecket          Page 1 of 56          Date Rcvd: Apr 29, 2016
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2016.
9348126         +ASM Capital, L.P.,    7600 Jericho Turnpike, Suite 302,    Woodbury, NY 11797-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2016 at the address(es) listed below:
          Aaron L. Hammer    on behalf of Creditor    National Product Care Company ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor    TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor    Virginia Surety Company, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor    Service Saver, Incorporated ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor    ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor    ServicePlan, Inc. and all its Affiliates
          ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron R. Cahn    on behalf of Unknown    Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com,  tsable@honigman.com
          Albert F. Quintrall    on behalf of Creditor    Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles    on behalf of Creditor    City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins    on behalf of Interested Party    Eatontown Commons Shopping  Center
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party    Arboretum of South Barrington, LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party    AmCap NorthPoint LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party    AmCap Arborland LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Creditor    Engineered Structures, Inc.
          ajackins@seyfarth.com
          Alison Ross Wickizer Toepp    on behalf of Creditor    Northern Indianna Public Service Company
          atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant    Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant    Energizer Battery, Inc.
          atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC
          atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant    Kingston Technology Co., Inc.
          atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Ambika Joline Biggs    on behalf of Defendant    Scripps Media, Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Creditor    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Ambika Joline Biggs   on behalf of Defendant    The E.W. Scripps Company d/b/a/ Ventura County
               Star abiggs@bakerlaw.com
              Ambika Joline Biggs   on behalf of Defendant    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Ambika Joline Biggs   on behalf of Defendant    Scripps Networks, LLC d/b/a HGTV.com, d/b/a
               FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
              Ambika Joline Biggs   on behalf of Defendant    The National Union Fire Insurance Company of
               Pittsburgh, PA abiggs@bakerlaw.com
              Ambika Joline Biggs   on behalf of Defendant    Memphis Publishing Company, dba Commercial Appeal,
               Inc. abiggs@bakerlaw.com
              Amy Pritchard Williams   on behalf of Creditor   Cobb Corners II, Limited Partnership
               amy.williams@klgates.com,  hailey.andresen@klgates.com
              Amy Pritchard Williams   on behalf of Creditor   DIM Vastgoed, N.V. amy.williams@klgates.com,
               hailey.andresen@klgates.com
              Amy Pritchard Williams   on behalf of Creditor   Encinitas PFA, LLC amy.williams@klgates.com,
               hailey.andresen@klgates.com
              Amy Pritchard Williams   on behalf of Creditor   PrattCenter, LLC amy.williams@klgates.com,
               hailey.andresen@klgates.com
              Amy Pritchard Williams   on behalf of Creditor   UTC I, LLC amy.williams@klgates.com,
               hailey.andresen@klgates.com
              Amy Pritchard Williams   on behalf of Creditor   Valley Corners Shopping Center, LLC
               amy.williams@klgates.com,  hailey.andresen@klgates.com
              Andrea Campbell Davison   on behalf of Defendant    Animal Planet, L.P. ADavison@beankinney.com,
               onazar@beankinney.com
              Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc.
               ADavison@beankinney.com,  onazar@beankinney.com
              Andrea Campbell Davison   on behalf of Creditor   Discovery Communications Inc. a/k/a The
               Learning Channel ADavison@beankinney.com,  onazar@beankinney.com
              Andrea Campbell Davison   on behalf of Defendant    Learning Channel, Inc. ADavison@beankinney.com,
               onazar@beankinney.com
              Andrea Campbell Davison   on behalf of Defendant    Wonders Industrial Development (Shenzhen) Co.,
               Ltd. ADavison@beankinney.com,  onazar@beankinney.com
              Andrea Campbell Davison   on behalf of Defendant    Discovery Communications, Inc.
               ADavison@beankinney.com,  onazar@beankinney.com
              Andrew Rapp   on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
              Andrew A. Jones   on behalf of Interested Party   Farallon Capital Management, L.L.C.
               Andrew@ajoneslaw.com
              Andrew Edward Macfarlane   on behalf of Defendant    Sherwood America, Inc. aem@aemlegal.com
              Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
              Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org
              Andrew Kelly Rudiger   on behalf of Creditor   TKG Coffee Tree, L.P. andrewr@boydhomes.com,
               akrudiger@kaufcan.com
              Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. Andrew.Cole@leclairryan.com
              Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
               dbonilla@shutts-law.com
              Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com
              Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. AAbreu@nwbcorp.com,
               Angela.Abreu@northwest.com
              Anitra D. Goodman Royster   on behalf of Creditor   Connexion Technologies
               anitra.royster@nelsonmullins.com,  betsy.burn@nelsonmullins.com,
               raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
              Ann E. Schmitt   on behalf of Creditor   The Parkes Companies Inc. aschmitt@culbert-schmitt.com
              Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
              Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
              Anne C. Lahren   on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
              Anne C. Lahren   on behalf of Defendant    Landmark Media Enterprises LLC, f/k/a Landmark
               Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
              Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
               murphyac@doj.state.wi.us,  gurholtks@doj.state.wi.us
              Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
               Management Services, LLC abraucher@mcmillanmetro.com
              Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
              Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
               Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
               1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
              Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
               abraucher@mcmillanmetro.com
              Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
               drichards@vanblk.com;kjerald@vanblk.com
              Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
               drichards@vanblk.com;kjerald@vanblk.com
              Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
               drichards@vanblk.com;kjerald@vanblk.com
              Annemarie G. McGavin   on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
               joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
              Annemarie G. McGavin   on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
               joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com

District/off: 0422-7          User: luedecket          Page 3 of 56          Date Rcvd: Apr 29, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Annemarie G. McGavin    on behalf of Creditor    Dick's Sporting Goods, Inc.
          annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    General Instrument Corporation d/b/a Home &
          Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
          acichello@kb-law.com
          Anthony J. Cichello    on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder
          Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner    on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein    on behalf of Creditor    Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan    on behalf of Creditor    City of Philadelphia achan@hangley.com,
          ecffilings@hangley.com
          Ashley M. McDow    on behalf of Other Professional    Alfred H. Siegel, the Liquidating Trustee of
          Circuit City Stores, Inc. Liquidating Trust amcdow@bakerlaw.com,  mdelaney@bakerlaw.com,
          ffarivar@bakerlaw.com,sgaeta@bakerlaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Generation H One and Two Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Marvin L. Oates Trust aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Roth Tanglewood LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Rolling Acres Plaza Shopping Center
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Macerich Company aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Greenback Associates aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferee    412 South Broadway Realty LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    RREEF Management Company aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
          managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Portland Investment Company of America
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Shopping Center aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Union Square Retail Trust aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Signature Home Furnishings Co. Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Morse-Sembler Villages Partnership #4
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Lexmark International, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Madison Waldorf, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Redtree Properties, L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Drexel Delaware Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland US Management LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Audio Authority Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Lexmark International, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Carousel Center Company, L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
          Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Daniel W. Ramsey aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    International Speedway Square, Ltd.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Augustus C. Epps, Jr.   on behalf of Creditor   NAP Northpoint, LLC aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Macy's Retail Holdings, Inc. aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Diamond Square, LLC aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Amargosa Palmdale Investments, LLC
        aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Fingerlakes Crossing, LLC aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park LLC aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Starpoint Property Management, LLC
        aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
        aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Prudential Insurance Company of America
        aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   American Power Conversion Corp. aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Manufacturers and Traders Trust Company, as
        Trustee aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management,  Inc.
        aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
        aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Thoroughbred Village Tennessee, GP
        aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Plaintiff    CC-Investors 1995-6 aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing I, LLC aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Associates, Ltd. aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant    MediaNews Group, Inc. d/b/a Pioneer Press and
        St. Paul Pioneer Press aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
        aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Rancon Realty Fund IV aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
        aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Catellus Operating Limited Partnership
        aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Argyle Forest Retail I, LLC aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Westgate Village, LLC aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant    CDW Direct, LLC aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Interested Party   Manufacturers & Traders Trust Company, as
        Trustee aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Sangertown Square, L.L.C. aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Swanblossom Investments, LP aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Donahue Schriber Realty Group, L.P.
        aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Laurel Plumbing, Inc. aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Generation One and Two, LP aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
        managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Kimco Realty Corporation aepps@cblaw.com,
        avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
        avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC, Inland American
                     Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
                     Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
                     aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Whitestone Development Partners, L.P.
                     aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   De Rito Pavilions 139, LLC aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
                     aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
                     aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant   Solutions 2 Go, Inc. aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
                     aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
                     aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C. aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant   Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Attorney   Augustus C. Epps, Jr. aepps@cblaw.com,
                     avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership
                     aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Professional   Augustus C. Epps, Jr. aepps@cblaw.com,
                     avaughn@cblaw.com
              Belkys Escobar   on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
                     bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Belkys Escobar   on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
                     bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
                     backerly@hunton.com,  cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
                     cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
                     cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
                     cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
                     backerly@hunton.com,  cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
                     backerly@hunton.com,  cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Federal Warranty Service Corporation
                     backerly@hunton.com,  cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
                     backerly@hunton.com,  cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
                     cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
                     cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
                     cloving@hunton.com
              Benjamin Joseph Lambiotte   on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com

District/off: 0422-7          User: luedecket          Page 6 of 56          Date Rcvd: Apr 29, 2016
                              Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Bhavik Dalpat Patel    on behalf of Defendant    MCM Electronics, Inc. bdp@macdowelllaw.com
              Brad R. Godshall    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
              Bradford F. Englander    on behalf of Creditor    Source Interlink Media, LLC benglander@wtplaw.com,
               rodom@wtplaw.com
              Bradford F. Englander    on behalf of Creditor    Alliance Entertainment Corporation
               benglander@wtplaw.com,  rodom@wtplaw.com
              Brenda M. Whinery    on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler    on behalf of Creditor    Prince George's County, Maryland
               bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net
              Brett Christopher Beehler    on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.net
              Brian D. Huben    on behalf of Creditor    Prudential Insurance Company of America
               brian.huben@kattenlaw.com,  donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
              Brian D. Huben    on behalf of Creditor    The Macerich Company brian.huben@kattenlaw.com,
               donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
              Brian D. Huben    on behalf of Creditor    KNP brian.huben@kattenlaw.com,
               donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
              Brian D. Huben    on behalf of Creditor    Cousins Properties Incorporated
               brian.huben@kattenlaw.com,  donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
              Brian D. Huben    on behalf of Creditor    Watt Management Company brian.huben@kattenlaw.com,
               donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
              Brian D. Huben    on behalf of Creditor    RREEF Management Company brian.huben@kattenlaw.com,
               donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
              Brian D. Huben    on behalf of Creditor    Foursquare Properties, Inc. brian.huben@kattenlaw.com,
               donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
              Brian D. Huben    on behalf of Creditor    Portland Investment Company of America
               brian.huben@kattenlaw.com,  donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
              Brian D. Wesley    on behalf of Defendant Christine  Baker brian.wesley@doj.ca.gov
              Brittany Jane Nelson    on behalf of Creditor Karl  Engelke bnelson@foley.com
              Byron Z. Moldo    on behalf of Creditor    RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              Byron Z. Moldo    on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              Byron Z. Moldo    on behalf of Creditor    The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              Byron Z. Moldo    on behalf of Creditor    Descanso TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              C. Christopher Meyer    on behalf of Creditor    Wells Fargo Business Credit, Inc. cmeyer@ssd.com
              C. Christopher Meyer    on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
              Carl A. Eason    on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
              Catherine Elizabeth Creely    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas
               Limited Liability Company ccreely@akingump.com
              Catherine Elizabeth Creely    on behalf of Creditor    Golfsmith International, L.P.
               ccreely@akingump.com
              Catherine Elizabeth Creely    on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
              Chang  Eugene    on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
              Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC
               c.gideon.korrell@dentons.com,  jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com
              Charles W. Chotvacs    on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Portland Investment Company of America
               cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    UBS Realty Investors, LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Federal Realty Investment Trust
               cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    The Morris Companies Affiliates
               cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Cousins Properties Incorporated
               cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Charles W. Chotvacs    on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    KNP cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Prudential Insurance Company of America
          cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel    on behalf of Unknown    G&S Livingston Realty, Inc.
          Christian.Vogel@leclairryan.com
          Christian K. Vogel    on behalf of Creditor    Circuit Investors #2, Ltd.
          Christian.Vogel@leclairryan.com
          Christian K. Vogel    on behalf of Creditor    Circuit Investors #3, Ltd.
          Christian.Vogel@leclairryan.com
          Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC
          Christian.Vogel@leclairryan.com
          Christine D. Lynch    on behalf of Creditor    Interstate Augusta Properties LLC
          clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership
          clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    S.R. Weiner & Associates Inc.
          clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine McAteer Ford    on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
          Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others
          similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
          cajones@wtplaw.com,   rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kv-legal.com
          Christopher L. Perkins    on behalf of Defendant    Parago Promotional Services, Inc
          christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Yahoo! Inc. also dba YAHOO! Tech aka Yahoo
          Tech christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Satellite Information Network, Inc.,
          dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
          stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
          christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
          christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
          christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
          christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
          christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
          christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
          christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
          Republic christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
          TV christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
          christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
          christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins   on behalf of Defendant   Pure Digital Technologies, Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Indiana Newspapers, Inc. d/b/a The Indianapolis
              Star christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Cisco-Linksys, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   Olympus Corporation of the Americas
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Gannett River States Publishing Corporation
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Almo E-Commerce LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Sick, Inc. christopher.perkins@leclairryan.com,
              stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Media Solutions Holdings, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Osprey Audit Specialists, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   FM Facility Maintenance, f/k/a IPT, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Netgear Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. dba The Times
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
              d/b/a Jack of All Games christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   Olympus Corporation
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   Developers Realty, Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   Circuit Investors #2, Ltd.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   Fayetteville Developers, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   CK Richmond Business Services #2, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   Plantronics, Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   CC Kingsport 98, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Seagate Technology LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Time Warner Cable, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   Cardinal Capital Partners
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. and Gannett River States
              Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
              Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
              stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   The Daniel Group
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Take Two Interactive Software, Inc., a/k/a Take
              Two Interactive christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Multimedia Holdings Corporation, dba KUSA-TV
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Lee Enterprises, Incorporated
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Haier America Trading L.L.C.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Cisco Systems, Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Transferee   Longacre Opportunity Fund, LP
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   Seagate Technology, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Plaintiff   Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Unknown   Creative Realty Management, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Sharp Electronics Corporation
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Attorney   LeClair Ryan, A Professional Corporation
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   V.E.C., LLC dba Virginia Electronic Components
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   Westfield, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com

District/off: 0422-7         User: luedecket          Page 9 of 56          Date Rcvd: Apr 29, 2016
                            Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher L. Perkins   on behalf of Creditor   Take Two Interactive Software, Inc.
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CC - Virginia Beach, LLC
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Eastern Security Corp.
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Movant Nina  Winston christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Counter-Claimant   Sirius XM Radio Inc.
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Cisco-Linksys, LLC
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc.
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Jefferies Leveraged Credit Products, LLC
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Rossmoor Shops, LLC
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. dba Greenville News aka The
           Greenville News christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sirius XM Radio Inc.
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   The Balogh Companies
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Parago, Inc.
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   eReplacements, LLC
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown   CP Nord du Lac JV, LLC
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher M. Desiderio   on behalf of Plaintiff   Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher M. Desiderio   on behalf of Creditor   TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio   on behalf of Creditor   Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher R. Belmonte   on behalf of Creditor   International Business Machines Corporation
           cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
          Christopher S. Colby   on behalf of Creditor   Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia   jdurant@nngov.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Berkshire Hyannis LLC cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Federal Realty Investment Trust
           cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Brixmor Property Group, Inc., f/k/a Centro
           Properties Group cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Greece Ridge, LLC cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Battlefield FE Limited Partners
           cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Centro Properties Group
           cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier   on behalf of Creditor   Paramount Home Entertainment
           cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
          Craig M. Palik   on behalf of Creditor   CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
           cpalik@yahoo.com;cjourdonais@mhlawyers.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com
          Craig M. Palik   on behalf of Creditor   Congressional North Associates Limited Partnership
           cpalik@mhlawyers.com,
           cpalik@yahoo.com;cjourdonais@mhlawyers.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com
          Curtis G. Manchester   on behalf of Defendant   Energizer Battery, Inc. cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          Curtis G. Manchester   on behalf of Defendant   Sony Computer Entertainment America Inc., A/K/A
           Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          Curtis G. Manchester   on behalf of Defendant   Kingston Technology Co., Inc.
           cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          D. Marc Sarata   on behalf of Creditor   Bush Industries Inc. msarata@ltblaw.com,
           ndysart@ltblaw.com;plaura@ltblaw.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. and Cox Enterprises, Inc.,
           individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
           ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a The Atlanta
           Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Midwest Television, Inc. d/b/a KFMB-TV
           ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   WFTV, Inc. ddprichard@gmail.com

District/off: 0422-7          User: luedecket        Page 10 of 56        Date Rcvd: Apr 29, 2016
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
          Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
          Post ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
          Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
          individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks    on behalf of Debtor    Kinzer Technology, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    PRAHS, INC. daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc.
          daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Mayland MN, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Patapsco Designs, Inc. daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Defendant    Circuit City Stores, Inc.
          daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Plaintiff    Circuit City Stores, Inc.
          daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    XSStuff, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Sky Venture Corp. daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Circuit City Stores, Inc.
          daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Courchevel, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel M. Press    on behalf of Attorney Daniel M Press dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    Bensussen Deutsch & Associates, Inc.
          dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    B.R. Fries & Associates, LLC dpress@chung-press.com,
          pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc.
          dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Defendant    Targus, Inc. darrell.clark@stinsonleonard.com,
          catherine.scott@stinsonleonard.com
          Darrell William Clark    on behalf of Creditor    Waste Management, Inc.
          darrell.clark@stinsonleonard.com,  catherine.scott@stinsonleonard.com
          Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
          David  McCall    on behalf of Creditor    Garland ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David  McCall    on behalf of Creditor    Collin County Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David  McCall    on behalf of Creditor    Frisco ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David  McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor    Pan Am Equities dgreer@davidgreerlaw.com,
          ecf@davidgreerlaw.com
          David A. Greer    on behalf of Creditor    Century plaza development corporation
          dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com,
          scilino@chlhf.com
          David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David H. Cox    on behalf of Creditor    Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David J. Ervin    on behalf of Creditor    WEC 99A-2LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The MacNaughton Group dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Developers Diversified Realty Corporation
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David J. Ervin   on behalf of Creditor   Continental Properties Company, Inc.
          dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Philips International dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   The Woodmont Company dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Benderson Development Company, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
          RC CA Santa Barbara, LLC dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Regency Centers, L.P. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   General Growth Properties, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro   on behalf of Defendant   United States Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro   on behalf of Defendant   eGain Communications Corp., a/k/a Egain Communications
          and Eagin Communications dspiro@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro   on behalf of Defendant   United States Debt Recovery III, LLP dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro   on behalf of Transferee   US Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
          David R. Ruby   on behalf of Defendant   SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Lite-On Sales & Distribution Inc., also known as LSDI
          druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   R-Pac International Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Jasco Products Company, Inc. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Lite-On IT Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
          tleonard@gfrlaw.com
          David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti   on behalf of Defendant   Parrot, Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Denise S. Mondell   on behalf of Creditor   State of Connecticut, Departments of Labor and
          Revenue Services denise.mondell@ct.gov
          Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services
          denise.mondell@ct.gov
          Dennis T. Lewandowski   on behalf of Movant   Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   JVC Americas Corp. and JVC Company of America
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Maryl Pacific Construction, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
          America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Business to Business Solutions, LLC
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   Konami Digital Entertainment, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   iProspect.com Inc. dtlewand@kaufcan.com
          Denyse Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Transferee   Korea Export Insurance Corporation
          dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   City of Rancho Cucamonga dsabagh@duanemorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Denyse  Sabagh   on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
             Denyse  Sabagh   on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
             Dexter D. Joyner   on behalf of Creditor    Pasadena Independent School District
             caaustin@comcast.net
             Dion W. Hayes   on behalf of Debtor    Circuit City Purchasing Company, LLC
             dhayes@mcguirewoods.com, kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    CC Distribution Company of Virginia, Inc.
             dhayes@mcguirewoods.com, kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com,
             kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com,
             kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
             kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com,
             kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com,
             kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com,
             kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com,
             kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com,
             kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com,
             kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com, kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    Circuit City Stores West Coast, Inc.
             dhayes@mcguirewoods.com, kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com,
             kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com,
             kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
             kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com,
             kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com,
             kcain@mcguirewoods.com
             Dion W. Hayes   on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com,
             kcain@mcguirewoods.com
             Dominic L. Chiariello   on behalf of Creditor Donovan  Dunwell dc@chiariello.com
             Donald K. Ludman   on behalf of Creditor    SAP Retail Inc. and Business Objects
             dludman@brownconnery.com
             Douglas  Scott   on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
             Douglas  Scott   on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
             Douglas  Scott   on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
             Douglas  Scott   on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
             Douglas  Scott   on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
             Inc. BankruptcyCounsel@gmail.com
             Douglas  Scott   on behalf of Creditor    Pasadena Independent School District
             BankruptcyCounsel@gmail.com
             Douglas  Scott   on behalf of Transferee    CPH Investments III, LLC BankruptcyCounsel@gmail.com
             Douglas  Scott   on behalf of Creditor    Interactive Toy Concepts, Inc
             BankruptcyCounsel@gmail.com
             Douglas  Scott   on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
             BankruptcyCounsel@gmail.com
             Douglas  Scott   on behalf of Defendant    Russellville Steel Company, Inc.
             BankruptcyCounsel@gmail.com
             Douglas  Scott   on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
             Douglas  Scott   on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
             BankruptcyCounsel@gmail.com
             Douglas  Scott   on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
             Douglas  Scott   on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
             California, Inc. BankruptcyCounsel@gmail.com
             Douglas D. Kappler   on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
             dkappler@rdwlawcorp.com
             Douglas M. Foley   on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
             jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
             Douglas M. Foley   on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
             jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
             Douglas M. Foley   on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
             jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
             Douglas M. Foley   on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
             jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
             Douglas M. Foley   on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
             jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Douglas M. Foley   on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc.
              dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Plaintiff   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor    CC Distribution Company of Virginia, Inc.
              dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
              dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor    Circuit City Stores West Coast, Inc.
              dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor    Circuit City Purchasing Company, LLC
              dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
              Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
              Douglas R. Gonzales   on behalf of Creditor   City of Miramar, FL dgonzales@wsh-law.com
              Dylan G. Trache   on behalf of Creditor   Lexar Media, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   Television Station KTXA L.P.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   Philadelphia Television Station WPSG Inc.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Creditor   Envision Peripherals, Inc.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   KTVK, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   Meredith Corporation dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   KVVU Broadcasting Corporation
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   Vanguard Products Group, Inc.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   CBS Corporation dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   CBS Television Stations Inc.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Creditor   LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Creditor   Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   King Broadcasting Company, doing business as KING-TV
              and KGW-TV dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   Sacramento Television Stations Inc.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   Press-Enterprise Company
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   CBS Stations Group of Texas L.P.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   CBS Operations Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
                mayle@hooverslovacek.com
              Elizabeth  Banda Calvo    on behalf of Creditor    City of Hurst, Mansfiled ISD, Carroll ISD
                ebcalvo@pbfcm.com,  rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth  Banda Calvo    on behalf of Creditor    City of Cedar Hill, Burleson ISD, Arlington ISD
                ebcalvo@pbfcm.com,  rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth  Banda Calvo    on behalf of Creditor    City of Lake Worth ebcalvo@pbfcm.com,
                rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
                wenditaylor@toase.com
              Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company
                elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
                Gazette egunn@sandsanderson.com,  bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
                bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
                bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor Mikael  Salovaara elizabeth.gunn@dss.virginia.gov,
                bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
                bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
                bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1
                elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor    City of Philadelphia elizabeth.gunn@dss.virginia.gov,
                bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
                egunn@sandsanderson.com,  bankruptcy@dss.virginia.gov
              Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedmanspring.com,
                jguiambao@friedmanspring.com
              Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com
              Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
                klgatesbankruptcy@klgates.com
              Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
                schnabel.eric@dorsey.com,  glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Mississippi, Inc. schnabel.eric@dorsey.com,
                glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Arkansas, Inc. schnabel.eric@dorsey.com,
                glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Louisiana, LLC schnabel.eric@dorsey.com,
                glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Texas, Inc. schnabel.eric@dorsey.com,
                glorioso.alessandra@dorsey.com
              Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
              Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
                emorabito@pattonboggs.com
              Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
                ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
                Service of North Carolina ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
                ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Erin Elizabeth Kessel   on behalf of Creditor   Entergy Mississippi, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   Entergy Texas, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Defendant   PNY Technologies Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
          ffm@bostonbusinesslaw.com
          Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP
          frank.pepler@dlapiper.com,  sandy.holstrom@dlapiper.com
          Franklin R. Cragle, III   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
          Franklin R. Cragle, III   on behalf of Creditor   United States Debt Recovery, LLC
          fcragle@hf-law.com
          Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue
          rudzikf@dor.state.fl.us
          Fredrick J. Levy   on behalf of Creditor   ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
          mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
          mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon   on behalf of Creditor   Placer County glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Arlington ISD, et al. glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Riverside County California glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   San Bernardino County glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Glenmoor Limited Partnership glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Monterey County glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
          glaymon@mglspc.com,  jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Lake County (Florida) Tax Collector
          glaymon@mglspc.com,  jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com,
          jcoffman@mglspc.com
          Gary E. Mason   on behalf of Plaintiff Marlon  Mondragon gmason@wbmllp.com
          Gary E. Mason   on behalf of Creditor Marlon  Mondragon gmason@wbmllp.com
          Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
          Gary V. Fulghum   on behalf of Creditor   John Rohrer Contracting Company, Inc.
          gfulghum@sblsg.com,  jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
          jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum   on behalf of Creditor   Lang Construction, Inc. gfulghum@sblsg.com,
          jschmeltz@sblsg.com;jrapp@sblsg.com
          George E. Kostel   on behalf of Unknown   KeyBank National Association gkostel@polsinelli.com,
          gekostel@gmail.com;mkelling@polsinelli.com;lipayne@polsinelli.com;dcdocketing@polsinelli.com
          German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
          alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
          notices@becket-lee.com
          Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
          Corp Card notices@becket-lee.com
          Gilbert D. Sigala   on behalf of Creditor John  Batioff sigalawl@aol.com
          Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          gbrown@pszjlaw.com
          Gina Baker Hantel   on behalf of Defendant   State of Tennessee Department of Revenue,through
          Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
          agbankcal@ag.tn.gov
          Gina Baker Hantel   on behalf of Creditor   Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund
          gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
          christine@virginia-lawyers.net
          Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
          ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
          H. Elizabeth Weller   on behalf of Creditor   Smith County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
          H. Slayton Dabney, Jr.   on behalf of Creditor   Applied Predictive Technologies, Inc.
          sdabney@dabneypllc.com

District/off: 0422-7        User: luedecket        Page 16 of 56        Date Rcvd: Apr 29, 2016
                           Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Hale  Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown    on behalf of Creditor    Westgate Village, LP heather@hdbrownlaw.com,
          jwest@kkgpc.com
          Heather Lynn Anderson   on behalf of Creditor    State of New Jersey - Dept. of Treasury
          Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson   on behalf of Creditor    State of New Jersey, Division of Taxation
          Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr   on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
          Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
          Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Creditor    Suemar hbroberts@live.com,
          droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
          Corporation hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
          ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
          droberts1949@live.com
          Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
          csommer@fdh.com
          Henry Pollard Long, III   on behalf of Defendant    Panasonic Corporation of North America
          hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com,
          tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party    Parker Central Plaza Ltd
          hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    Panasonic Corporation of North America
          hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com,
          tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party    Food Lion LLC hlong@hunton.com,
          tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    Taubman Auburn Hills Associates Limited
          Partnership hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    Harvest/HPE LP hlong@hunton.com,
          tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    H & R REIT (U.S.) Holdings Inc.
          hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party    CCDC Marion Portfolio, L.P.
          hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party    Federal Warranty Service Corporation
          hlong@hunton.com,  tcanada@hunton.com
          Howard J. Grossman   on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
          howard.j.grossman@chase.com
          Ian S. Landsberg    on behalf of Creditor    Torrance Towne Center Associates, LLC
          ilandsberg@landsberg-law.com
          Ian S. Landsberg    on behalf of Creditor    FJL-MVP, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg    on behalf of Creditor    NMC Stratford, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg    on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          J. Christian Word   on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
          chefiling@lw.com;robert.klyman@lw.com
          J. Christian Word   on behalf of Liquidator    Hilco Merchant Resources, LLC
          chefiling@lw.com;robert.klyman@lw.com
          J. David Folds    on behalf of Defendant    Simpletech, Inc. dfolds@bakerdonelson.com,
          sparson@bakerdonelson.com
          J. David Folds    on behalf of Defendant    Interactive Communications International, Inc.
          dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
          J. David Folds    on behalf of Defendant    Hitachi Global Storage Technologies, Inc.
          dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
          J. David Folds    on behalf of Defendant    Western Digital Technologies, Inc.
          dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
          J. David Folds    on behalf of Defendant    Fabrik, Inc. dfolds@bakerdonelson.com,
          sparson@bakerdonelson.com
          Jackson David Toof   on behalf of Defendant    Discovery Communications, Inc.
          jackson.toof@arentfox.com,
          jeffrey.rothleder@arentfox.com;manuel.arreaza@arentfox.com;john.dowd@arentfox.com;jill.clough@are
          ntfox.com
          Jackson David Toof   on behalf of Creditor    Discovery Communications, Inc.
          jackson.toof@arentfox.com,
          jeffrey.rothleder@arentfox.com;manuel.arreaza@arentfox.com;john.dowd@arentfox.com;jill.clough@are
          ntfox.com
          Jaime Sue Dibble   on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com,
          lbigus@stinson.com
          James D. Newbold   on behalf of Creditor    State of Illinois, Department of Revenue
          James.Newbold@illinois.gov

District/off: 0422-7          User: luedecket          Page 17 of 56          Date Rcvd: Apr 29, 2016
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          James D. Newbold    on behalf of Counter-Claimant    State of Illinois Department of Revenue,
              through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke    on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust
              vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
          James E. Clarke    on behalf of Interested Party    Brick-70, LLC vaecf@atlanticlawgrp.com,
              rbailey@atlanticlawgrp.com
          James H. Rollins    on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
              avis.francis@hklaw.com
          James J. Briody    on behalf of Creditor    Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
              kim.smith@sablaw.com
          James J. Briody    on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
              kim.smith@sablaw.com
          James J. Briody    on behalf of Creditor    LNR Partners, Inc. jim.briody@sablaw.com,
              kim.smith@sablaw.com
          James K. Donaldson    on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com,
              eanderson@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;hcut
              right@spottsfain.com
          James R. Schroll    on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
              ncoton@beankinney.com
          James R. Schroll    on behalf of Creditor    Madison Waldorf, LLC jschroll@beankinney.com,
              ncoton@beankinney.com
          James V. Lombardi    on behalf of Creditor    AmREIT, a Texas real estate investment trust
              jlombardi@rossbanks.com,  acole@rossbanks.com
          James W. Reynolds    on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
              of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke    on behalf of Creditor    MiTAC Digital Corp. (Magellan) jburke@milbank.com
          James Winston Burke    on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA
              Inc. jburke@milbank.com
          James Winston Burke    on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP
              jburke@milbank.com
          James Winston Burke    on behalf of Defendant    MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
              jburke@milbank.com
          James Winston Burke    on behalf of Creditor    Nintendo of America, Inc. jburke@milbank.com
          James Winston Burke    on behalf of Defendant    MiTAC Digital Corporation, individually and
              including in its capacity as successor to Magellan Navigation, Inc. jburke@milbank.com
          James Winston Burke    on behalf of Defendant    Nintendo of America, Inc. jburke@milbank.com
          Jamie M. Konn    on behalf of Defendant    Polk Audio, Inc. jamie.konn@dlapiper.com,
              jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
          Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
              jamie.konn@dlapiper.com,  jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
          Janet M. Meiburger, Esq.    on behalf of Creditor    Tribune Company admin@meiburgerlaw.com
          Janet M. Meiburger, Esq.    on behalf of Creditor    Ricmac Equities Corporation
              admin@meiburgerlaw.com
          Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
              ecf@krcl.com
          Jason B. Binford    on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
              ecf@krcl.com
          Jason M. Krumbein    on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
          Jason M. Krumbein    on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
          Jason M. Krumbein    on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
          Jason M. Krumbein    on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
          Jason William Harbour    on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@hunton.com,
              tcanada@hunton.com
          Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
              jharbour@hunton.com,  tcanada@hunton.com
          Jeffrey  Scharf    on behalf of Creditor    County of Spokane jeff@taxva.com,
              tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
              tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
              jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
              Jeff.Klusmeier@ago.mo.gov,  Michelle.Hirschvogel@ago.mo.gov
          Jeffrey I. Snyder    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
              jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
              Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage
              Pass-Through Certificates, Series 2002-CIBC4 jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com

District/off: 0422-7        User: luedecket        Page 18 of 56        Date Rcvd: Apr 29, 2016
                            Form ID: trc           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey I. Snyder    on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
            jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
            jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited
            Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
            dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey J. Graham    on behalf of Creditor    Washington Corner, LP jgraham@taftlaw.com,
            dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Amcor Sunclipse North America jtarkenton@wcsr.com,
            kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
            wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Gateway US Retail, Inc. jtarkenton@wcsr.com,
            kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
            wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
            kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
            wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corporation
            jtarkenton@wcsr.com,
            kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
            wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The Insurance Company of the State of
            Pennsylvania jtarkenton@wcsr.com,
            kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
            wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
            kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
            wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
            kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
            wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
            kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
            wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corp.
            jtarkenton@wcsr.com,
            kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
            wcsr.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Gateway, Inc. jtarkenton@wcsr.com,
            kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
            wcsr.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp. jtarkenton@wcsr.com,
            kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
            wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The New York Times Company jtarkenton@wcsr.com,
            kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
            wcsr.com
          Jeffrey M. Sherman    on behalf of Creditor    Central Investments, LLC jeffreymsherman@gmail.com,
            elmoyer99@gmail.com
          Jeffrey N. Pomerantz    on behalf of Creditor Committee    Official Committee of Unsecured
            Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis    on behalf of Creditor    Federal Realty Investment Trust
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Sweetwater Associates, L.P.
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Hutensky Group dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    GMS Golden Valley Ranch, LLC
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Macerich Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Centro Properties Group dennisj@ballardspahr.com,
            pollack@ballardspahr.com

District/off: 0422-7          User: luedecket          Page 19 of 56          Date Rcvd: Apr 29, 2016
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Jenelle Marie Dennis    on behalf of Creditor    The Morris Companies Affiliates
                  dennisj@ballardspahr.com,    pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    Laguna Gateway Phase 2, LP
                  dennisj@ballardspahr.com,    pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    UBS Realty Investors, LLC dennisj@ballardspahr.com,
                  pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    Prudential Insurance Company of America
                  dennisj@ballardspahr.com,    pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    Cencor Realty dennisj@ballardspahr.com,
                  pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    Watt Management Company dennisj@ballardspahr.com,
                  pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    Uniwest Commercial Realty dennisj@ballardspahr.com,
                  pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    Foursquare Properties Inc.
                  dennisj@ballardspahr.com,    pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    Point West Plaza II Investors
                  dennisj@ballardspahr.com,    pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    Torrance Towne Center Associates, LLC
                  dennisj@ballardspahr.com,    pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    Bear Valley Road Partners LLC
                  dennisj@ballardspahr.com,    pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    Cousins Properties Incorporated
                  dennisj@ballardspahr.com,    pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    Eagleridge Associates, LLC
                  dennisj@ballardspahr.com,    pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    Portland Investment Company of America
                  dennisj@ballardspahr.com,    pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    RREEF Management Company dennisj@ballardspahr.com,
                  pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    OTR-Clairemont Square dennisj@ballardspahr.com,
                  pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    KNP dennisj@ballardspahr.com,
                  pollack@ballardspahr.com
             Jenelle Marie Dennis    on behalf of Creditor    Manteca Stadium Park, L.P.
                  dennisj@ballardspahr.com,    pollack@ballardspahr.com
             Jennifer  Langan    on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
             Jennifer Ellis Lattimore    on behalf of Defendant    Vizio, Inc. jlattimore@eckertseamans.com
             Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
             Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated
                  jwest@spottsfain.com,
                  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                  ;hcutright@spottsfain.com
             Jennifer J. West    on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
                  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                  ;hcutright@spottsfain.com
             Jennifer J. West    on behalf of Creditor    Entergy Louisiana, LLC jwest@spottsfain.com,
                  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                  ;hcutright@spottsfain.com
             Jennifer J. West    on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
                  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                  ;hcutright@spottsfain.com
             Jennifer J. West    on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
                  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                  ;hcutright@spottsfain.com
             Jennifer J. West    on behalf of Creditor    Entergy Mississippi, Inc. jwest@spottsfain.com,
                  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                  ;hcutright@spottsfain.com
             Jennifer J. West    on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
                  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                  ;hcutright@spottsfain.com
             Jennifer J. West    on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
                  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                  ;hcutright@spottsfain.com
             Jennifer J. West    on behalf of Defendant    Coca Cola Bottling Co. Consolidated
                  jwest@spottsfain.com,
                  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                  ;hcutright@spottsfain.com
             Jennifer J. West    on behalf of Creditor    South Carolina Electric & Gas Company and Public
                  Service of North Carolina jwest@spottsfain.com,
                  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                  ;hcutright@spottsfain.com
             Jennifer J. West    on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
                  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                  ;hcutright@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Jennifer J. West    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
      jwest@spottsfain.com,
      rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
      ;hcutright@spottsfain.com

      Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
      Enterprises Inc. jwest@spottsfain.com,
      rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
      ;hcutright@spottsfain.com

      Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
      rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
      ;hcutright@spottsfain.com

      Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
      rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
      ;hcutright@spottsfain.com

      Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
      jkneeland@linowes-law.com,
      klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com

      Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com,
      klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com

      Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
      jkneeland@linowes-law.com,
      klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com

      Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
      jkneeland@linowes-law.com,
      klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com

      Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
      jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Defendant    Swift-Train Company jmclemore@cblaw.com,
      avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
      jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
      jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
      jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
      Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
      Bee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
      jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
      jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
      jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company jmclemore@cblaw.com,
      avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
      jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
      jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
      jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P. jmclemore@cblaw.com,
      avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
      jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
      avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
      avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
      avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
      avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
      jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
      avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
      Inland Pacific Property Services LLC) jmclemore@cblaw.com,
      avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
      jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
           jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
           Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
           Gateway III, LLC as tenants in common jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
           jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
           Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
           jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
           jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
           Carlson Marketing Group, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
           jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
           jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
           Southwest Management LLC) jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
           jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
           jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
           jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
           Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
           Limited Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor Alexander H Bobinski jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
           Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
           jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
           Capital Management, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
           jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
           jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor   Parker Central Plaza, Ltd. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Southeast Darien jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Mount Berry Square, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Commercial Property Management,  Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   N.P. Huntsville Limited Liability Company
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Nashville Electric Service jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Traverse City, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   The McClatchy Company d/b/a The Kansas City
           Star jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Spirit Delivery and Distribution Services,
           Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Prudential Insurance Company of America
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   KNP jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   CC Properties LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee   412 South Broadway Realty LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Avondale McDowell, L.L.C
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Cameron Bayonne, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western College Station Gateway Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Brighton Commercial, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party   Sacramento Bee jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   McClatchy Newspapers, Inc. dba The State
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Kansas City Star jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Watt Management Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Kimco Realty Corporation jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee   IMCC Sunland, L.L.C. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Hamilton Crossing jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Redtree Properties, L.P. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   MB Fabyan Randall Plaza Batavia, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank National Association, as trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Amargosa Palmdale Investments, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   U.S. 41 & I 285 Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Premier Retail Interiors, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank National Association, f/k/a/
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Philips Electronics North America Corporation,
           d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
           Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Southwest Management LLC, Inland
           American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
           Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   PL Mesa Pavilions LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 23 of 56          Date Rcvd: Apr 29, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Southlake Corners Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Cameron Bayonne Urban Renewal, LLC's (f/k/a
          Cameron Bayonne, LLC) jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   City and County of San Francisco
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   The Miami Herald Media Company
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Union Square Retail Trust jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Crossroads Associates, Ltd.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Charlotte Observer jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   The McClatchy Company, dba Myrtle Beach Sun
          News, aka The Sun News jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Wichita Eagle jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   NAP Northpoint, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Fingerlakes Crossing, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Thoroughbred Village jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Industriaplex, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping
          Center) jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Carousel Center Company, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Foursquare Properties Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   EklecCo NewCo, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Lewisville Lakepointe Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge
          Center jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   De Rito Partners jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   La Habra Imperial, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Rolling Acres Plaza Shopping Center
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party   Jeff Leopold jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Lake Worth Towne Crossing Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   McClatchy Company jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Idaho Statesman Publishing LLC, d/b/a The
          Idaho Statesman jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   The Leben Family Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Hamilton Beach Brands, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Generation H One and Two Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Cohab Realty, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   EEL McKee LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Plaintiff   CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   The McClatchy Company, d/b/a The Wichita
          Eagle jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party   San Luis Obispo Tribune
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   CHK, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 24 of 56          Date Rcvd: Apr 29, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
          Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
          Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
          Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
          acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
           Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
           jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
           Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
           nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
           acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-l, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
           jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
           jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
           jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
           jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
           jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
           jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
           Obispo County Tribune jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
           jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
           as Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
           jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
           jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
           jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
           jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
           jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RioCan Austin Southpark Meadows II Limited
           Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
           calirm@haslaw.com
          Jeremy Brian Root    on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
           egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
           jeremy.friedberg@lf-pc.com,   ecf@lf-pc.com;pierce.murphy@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Information Systems, Inc.
           jeremy.friedberg@lf-pc.com,   ecf@lf-pc.com;pierce.murphy@lf-pc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeremy S. Friedberg   on behalf of Creditor   Washington Green TIC jeremy.friedberg@lf-pc.com,
           ecf@lf-pc.com;pierce.murphy@lf-pc.com
          Jeremy S. Williams   on behalf of Creditor   Magna Trust Company, Trustee
           jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC
           jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Defendant   SDI Technologies, Inc.
           jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
           jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Defendant   Antec, Inc. jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
           jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Interested Party   McCandlish Holton, PC
           jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
           jmartin@weststarmortgage.com
          Jeremy W. Ryan   on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
          Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
           Corp. jerryhall10@hotmail.com
          Jess R. Bressi   on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
          Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes   on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   Arboretum of South Barrington, LLC
           jhughes@seyfarth.com,   swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping  Center
           jhughes@seyfarth.com,   swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
          Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          Joel T. Marker   on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
          John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith   on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
           Group-GA jsmith@sandsanderson.com,   sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith   on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
           Group-GA jsmith@sandsanderson.com,   sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith   on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;jhill@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;jhill@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;jhill@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com,   wedwards@wmlawgroup.com;jhill@wmlawgroup.com
          John D. McIntyre   on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;jhill@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
           jmcintyre@wmlawgroup.com,   wedwards@wmlawgroup.com;jhill@wmlawgroup.com
          John Darren Sadler   on behalf of Creditor   The Hutensky Group sadlerj@ballardspahr.com,
           andersonn@ballardspahr.com
          John Darren Sadler   on behalf of Creditor   CWCapital Asset Management LLC
           sadlerj@ballardspahr.com,   andersonn@ballardspahr.com
          John Darren Sadler   on behalf of Creditor   Cencor Realty sadlerj@ballardspahr.com,
           andersonn@ballardspahr.com
          John Darren Sadler   on behalf of Creditor   Brixmor Property Group, Inc., f/k/a Centro
           Properties Group sadlerj@ballardspahr.com,   andersonn@ballardspahr.com
          John Darren Sadler   on behalf of Defendant   Berkshire-Amherst, LLC sadlerj@ballardspahr.com,
           andersonn@ballardspahr.com
          John Darren Sadler   on behalf of Creditor   Battlefield FE Limited Partners
           sadlerj@ballardspahr.com,   andersonn@ballardspahr.com

District/off: 0422-7        User: luedecket        Page 27 of 56        Date Rcvd: Apr 29, 2016
                           Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John Darren Sadler   on behalf of Creditor   Federal Realty Investment Trust
          sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
          John Darren Sadler   on behalf of Creditor   UBS Realty Investors, LLC sadlerj@ballardspahr.com,
          andersonn@ballardspahr.com
          John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
          pjf@carmodymacdonald.com
          John E. Lucian   on behalf of Creditor   VIWY, L.P. lucian@blankrome.com
          John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
          lucian@blankrome.com
          John G. McJunkin   on behalf of Creditor   Marc Realty jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
          jmcjunkin@bakerdonelson.com,  sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   FT Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   427 Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John J. Lamoureux   on behalf of Creditor   Amore Construction Company jlamoureux@cfjblaw.com,
          delliott@cfjblaw.com;tpaecf@cfdom.net
          John J. Trexler   on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
          jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com;ecf-3ac9070a3959@ecf.
          pacerpro.com;geisenberg@perkinscoie.com
          John M. Craig   on behalf of Defendant   Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Ohio, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Long Island Lighting Company d/b/a LIPA
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Central Georgia Electric Membership Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southwest Gas Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   New York State Electric and Gas Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Michigan Consolidated Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Carolina Power & Light Company d/b/a Progress Energy
          Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Light and Power Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Piedmont Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Toledo Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern Connecticut Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Indiana, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Defendant   Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant   Pro-Pave Sealcoat Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern California Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Yankee Gas Services Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Orange and Rockland Utilities johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Detroit Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   KeySpan Gas East Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Cleveland Electric Illuminating Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Carolinas, LLC johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Company of New Hampshire
          johncraigg@aol.com,  russj4478@aol.com

District/off: 0422-7          User: luedecket          Page 28 of 56          Date Rcvd: Apr 29, 2016
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           John M. Craig   on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion
             Virginia Power johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor   Narragansett Electric Company johncraigg@aol.com,
             russj4478@aol.com
           John M. Craig   on behalf of Creditor   The Brooklyn Union Gas Company d/b/a National Grid NY
             johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor   Public Service Electric And Gas Company
             johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor   Massachusetts Electric Company johncraigg@aol.com,
             russj4478@aol.com
           John M. Craig   on behalf of Creditor   Florida Power Corporation d/b/a Progress Energy Florida
             johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor   Niagara Mohawk Power Corporation johncraigg@aol.com,
             russj4478@aol.com
           John M. Craig   on behalf of Creditor   Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor   Granite State Electric johncraigg@aol.com,
             russj4478@aol.com
           John M. Craig   on behalf of Creditor   Jersey Central Power & Light Company johncraigg@aol.com,
             russj4478@aol.com
           John M. Craig   on behalf of Creditor   PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor   Metropolitan Edison Company johncraigg@aol.com,
             russj4478@aol.com
           John M. Craig   on behalf of Creditor   Consolidated Edison Company of New York, Inc.
             johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor   Western Massachusetts Electric Company johncraigg@aol.com,
             russj4478@aol.com
           John M. Craig   on behalf of Creditor   Salt River Project johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor   American Electric Power johncraigg@aol.com,
             russj4478@aol.com
           John M. Craig   on behalf of Creditor   Commonwealth Edison Company johncraigg@aol.com,
             russj4478@aol.com
           John M. Craig   on behalf of Creditor   Retail Property Group, Inc. johncraigg@aol.com,
             russj4478@aol.com
           John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
             russj4478@aol.com
           John M. Craig   on behalf of Creditor   Jackson EMC johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Defendant   ASM Capital III, L.P. johncraigg@aol.com,
             russj4478@aol.com
           John M. Craig   on behalf of Creditor   Pennsylvania Electric Company johncraigg@aol.com,
             russj4478@aol.com
           John M. Craig   on behalf of Creditor   EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
             johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor   SimVest Real Estate II, LLC johncraigg@aol.com,
             russj4478@aol.com
           John M. Craig   on behalf of Creditor   Duke Energy Kentucky, Inc. johncraigg@aol.com,
             russj4478@aol.com
           John P. Van Beek   on behalf of Defendant   Cosco, Inc., d/b/a Cosco Air Conditioning and
             Refrigeration jvanbeek@goldmanvanbeek.com,
             awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
             vanbeek.com
           John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
             awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
             vanbeek.com
           John P. Van Beek   on behalf of Creditor   WEC 96D Niles Investment Trust
             jvanbeek@goldmanvanbeek.com,
             awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
             vanbeek.com
           John P. Van Beek   on behalf of Creditor   TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
             awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
             vanbeek.com
           John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@linowes-law.com,
             gduvall@linowes-law.com;klevie@linowes-law.com
           John T. Farnum   on behalf of Defendant   Ashley Furniture Industries, Inc.
             jfarnum@linowes-law.com,  gduvall@linowes-law.com;klevie@linowes-law.com
           John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com,  nre98@aol.com
           Jonathan L. Hauser   on behalf of Defendant   Klipsch Audio Technologies LLC
             jonathan.hauser@troutmansanders.com
           Jonathan L. Hauser   on behalf of Defendant   CENVEO, Inc. jonathan.hauser@troutmansanders.com
           Jonathan L. Hauser   on behalf of Defendant   Velocity Micro, Inc.
             jonathan.hauser@troutmansanders.com
           Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
           Jonathan L. Hauser   on behalf of Defendant   Stampede Presentation Products, Inc.
             jonathan.hauser@troutmansanders.com
           Jonathan T. Cain   on behalf of Defendant   Zoo Entertainment, Inc. jtcain@mintz.com,
             kcraun@mintz.com
           Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
           Jonathan T. Cain   on behalf of Defendant   Zoo Games, Inc. f/k/a Destination Software, Inc.
             jtcain@mintz.com,  kcraun@mintz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jorge A. Ortiz   on behalf of Defendant    Interactive Toy Concepts, Inc jorgeortiz0411@gmail.com
          Joseph M. DuRant   on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan   on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire
          Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins, ll    USTPRegion04.RH.ECF@usdoj.gov
          Judy Bamberger Calton   on behalf of Defendant    DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano   on behalf of Creditor    AT&T Capital Services, Inc.
          quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant    Kent H. Landsberg of Dallas, LP (
          quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
          harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor    AT&T quagliano@seeger-law.com,
          harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant    Paris Business Products, Inc.
          quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant    Amcor Packaging Distribution, Inc., d/b/a Amcor
          Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
          quagliano@seeger-law.com, harvell@seeger-law.com
          Justin F. Paget   on behalf of Defendant    The Seattle Times Company jpaget@hunton.com,
          tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant    Hunton & Williams, LLP jpaget@hunton.com,
          tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
          tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
          tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
          Inc. jpaget@hunton.com, tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant    Wynit, Inc. jpaget@hunton.com, tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
          Liberate Your Brand jpaget@hunton.com, tcanada@hunton.com
          Kalina Boyanova Miller   on behalf of Creditor    First Industrial Realty Trust, Inc.
          kmiller@wileyrein.com, rours@wileyrein.com
          Kalina Boyanova Miller   on behalf of Creditor    Greater Orlando Aviation Authority
          kmiller@wileyrein.com, rours@wileyrein.com
          Kan C. Farand   on behalf of Creditor    Alameda County Treasurer farand.kan@acgov.org
          Karen L. Gilman   on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley   on behalf of Mediator Karen   Crowley kcrowley@clrbfirm.com,
          jbrockett@clrbfirm.com;tturner@clrbfirm.com;clrbfirmecf@gmail.com
          Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
          jbrockett@clrbfirm.com;tturner@clrbfirm.com;clrbfirmecf@gmail.com
          Ken Coleman   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          Ken.Coleman@allenovery.com
          Kenneth R. Rhoad   on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
          Kenneth R. Rhoad   on behalf of Defendant    Actionlink, LLC krhoa@gebsmith.com
          Kevin A. Lake   on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
          County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
          District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Madcow International Group Limited
          klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
          Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
          Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Harris County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
          District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
          District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Pima County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com,
                  kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   NBT Bank, N.A. knewman@menterlaw.com,
                  kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Carousel Center Company, L.P. knewman@menterlaw.com,
                  kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Mount Berry Square, LLC knewman@menterlaw.com,
                  kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Sangertown Square, L.L.C. knewman@menterlaw.com,
                  kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   EklecCo NewCo, LLC knewman@menterlaw.com,
                  kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Landover (Landover Crossing), LLC knewman@menterlaw.com,
                  kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
                  kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Fingerlakes Crossing, LLC knewman@menterlaw.com,
                  kmnbk@menterlaw.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Texas, Inc. krm@mccarthywhite.com,
                  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Mississippi, Inc. krm@mccarthywhite.com,
                  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
                  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Louisiana, LLC krm@mccarthywhite.com,
                  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
                  krm@mccarthywhite.com,   wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Detroit, Inc.
                  khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Phoenix, Inc.
                  khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Texas, Inc.
                  khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Atlanta, Inc.
                  khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Tampa, Inc.
                  khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
                  sprescott@idalaw.com
          Kimberly A. Pierro   on behalf of Creditor   Schottenstein Property Group, Inc.
                  kimberly.pierro@kutakrock.com,
                  sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
                  @kutakrock.com
          Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
                  kimberly.pierro@kutakrock.com,
                  sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
                  @kutakrock.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
                  LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
                  for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
                  kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
                  for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
                  kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
                  for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
                  kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
                  kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
                  LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
                  1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
          Kirk B. Burkley   on behalf of Creditor   Duquesne Light Company kburkley@bernsteinlaw.com,
                  pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
                  ve.com
          Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@BERKHIMERLaw.com
          Kristen E. Burgers   on behalf of Creditor   ORIX Capital Markets, LLC kburgers@hf-law.com
          Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC kburgers@hf-law.com
          Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
                  KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@hf-law.com,
          eappelstein@hf-law.com
          Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rgblawfirm.com,
          joette@rgblawfirm.com
          Lawrence J. Hilton   on behalf of Creditor   TARGUS, INC. lhilton@onellp.com,  lthomas@onellp.com,
          info@onellp.com,janderson@onellp.com,crodriguez@onellp.com
          Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
          gadams@Starr-Law.com
          Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
          lkouts@magruderpc.com, mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
          lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt   on behalf of Interested Party   American Computer Development, Inc.
          regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Defendant   EVGA.com Corp. regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Linda Sharon Broyhill   on behalf of Creditor   La Frontera Village, L.P. lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Caguas LP lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   CSI Construction Company lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Wayne VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Lang Construction, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BevCon I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO Mundy Street, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   McAlister Square Partners, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   North Plainfield VF LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   East Brunswick VF LLC lkim@siwpc.com, lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Finance, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Encinitas PFA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Cardinal Court, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant   Vornado Realty Trust lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Ray Mucci's Inc. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO TRU Dale Mabry, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BBP-Muncy LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County, GA Tax Commissioner lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   PrattCenter, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   John Rohrer Contracting Company, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Amherst VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County Tax Commissioner lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Monument Consulting, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Route 146 Millbury LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   NPP Development LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Hillson Electric Incorporated lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   T. J. Maxx of CA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Interstate Augusta Properties LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   DEV Limited Partnership lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   UTC I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-OH LLC lkim@siwpc.com,  lhamiel@siwpc.com

District/off: 0422-7          User: luedecket          Page 32 of 56          Date Rcvd: Apr 29, 2016
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lisa Hudson Kim   on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor BPP-SC LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Alexander's Rego Park Center, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor BPP-NY LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor E&A Northeast Limited Partnership lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor  Baker Natick Promenade LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor  BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor  Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor  Vornado Gun Hill Road, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor  North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor  Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor  Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor  Valley Corners Shopping Center, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant   Colonial Heights Holdings, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor  BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
            lhamiel@siwpc.com
          Loc  Pfeiffer   on behalf of Defendant   Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com,
            Amanda.nugent@kutakrock.com
          Loc  Pfeiffer   on behalf of Creditor   Schottenstein Property Group, Inc.
            loc.pfeiffer@kutakrock.com,  Amanda.nugent@kutakrock.com
          Louis E. Dolan, Jr.   on behalf of Defendant   California Self-Insurers Security Fund
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor   Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Plaintiff   Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor   TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Defendant Christine  Baker LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Defendant   TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor   California Self-Insurers' Security Fund
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Lucy L. Thomson   lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel Anne Vargas   on behalf of Defendant   Cypress/Spanish Fort I LP LVargas@chfirm.com,
            chps.ecfnotices@gmail.com
          Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
            ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Defendant   The Washington Post Company ltavenner@tb-lawfirm.com,
            sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Lynn L. Tavenner   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
      ltavenner@tb-lawfirm.com,
      sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
      Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
      Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
      sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
      Lynn L. Tavenner   on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
      sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
      Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
      sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
      Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
      sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
      Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
      sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com
      Madeleine C. Wanlsee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
      Malcolm M. Mitchell, Jr.   on behalf of Creditor   AOL LLC mmitchell@vorys.com,
      sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advertising.com Inc. mmitchell@vorys.com,
      sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmitchell@vorys.com,
      sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
      mmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Malcolm M. Mitchell, Jr.   on behalf of Defendant   Superstation, Inc. mmitchell@vorys.com,
      sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Malcolm M. Mitchell, Jr.   on behalf of Creditor   Accent Energy California LLC
      mmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advance Real Estate Management, LLC
      mmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Malcolm M. Mitchell, Jr.   on behalf of Creditor   Polaris Circuit City, LLC mmitchell@vorys.com,
      sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Margaret M. Anderson   on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
      Mark B. Conlan   on behalf of Creditor   CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
      Mark B. Conlan   on behalf of Creditor   Chelmsford Realty Associates mconlan@gibbonslaw.com
      Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 LAWENCE ROAD , LLC
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Creditor   DMARC 2006 Poughkeepsie LLC
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 South Lindbergh LLC
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Unknown   Sutherland Asbill & Brennan LLP
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Moller Road LLC
      Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as successor trustee to Bank
      of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
      holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Transferee   CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
      PARTNERSHIP mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Creditor   C1 West Mason Street LLC mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Creditor   GCCFC 2007-GG9 Abercorn Street Limited Partnership
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 RIDGELAND RETAIL, LLC
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Creditor   DMARC 2006 CD2 Davidson Place, LLC
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Mall Road LLC
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Idle Hour Road LLC
      mark.sherrill@sutherland.com
      Mark D. Sherrill   on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
      mark.sherrill@sutherland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC
            mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
            mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
            Partnership mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
            Liability Company mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
            mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
            Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
            Certificates, Series 2006-C4 mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
            mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC
            mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
            mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
            mark.sherrill@sutherland.com
           Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
            Interactive, Inc. mtaylor@vlplawgroup.com
           Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC mtaylor@vlplawgroup.com
           Mark D. Taylor   on behalf of Creditor   Lenovo USA mtaylor@vlplawgroup.com
           Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
            State of Texas, and Greg Abbott, as Attorney General of the State of Texas
            bk-mbrowning@oag.state.tx.us,   sherri.simpson@oag.state.tx.us
           Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
            bk-mbrowning@oag.state.tx.us,   sherri.simpson@oag.state.tx.us
           Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
            Workforce Commission bk-mbrowning@oag.state.tx.us,   sherri.simpson@oag.state.tx.us
           Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
           Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
           Mark J. Friedman   on behalf of Defendant   Creative Labs, Inc. mark.friedman@dlapiper.com
           Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
           Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
            mark.friedman@dlapiper.com
           Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
           Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
            mark@taxva.com,   amanda@taxva.com
           Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
            amanda@taxva.com
           Mark X. Mullin   on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
            dian.gwinnup@haynesboone.com
           Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
            mark.mullin@haynesboone.com,   dian.gwinnup@haynesboone.com
           Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
            erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
            martha.hulley@leclairryan.com,   erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
            erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
            erik.gustafson@leclairryan.com; sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
            martha.hulley@leclairryan.com,   erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
            erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
            martha.hulley@leclairryan.com,   erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
            erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
            martha.hulley@leclairryan.com,   erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
           Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
            martin.brown@lawokc.com
           Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
           Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
            molden@mhalaw.com,   akauba@mhalaw.com
           Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
            lexbankruptcy@wyattfirm.com
           Matthew Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com,
            kelly@righettilaw.com
           Matthew Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com,
            kelly@righettilaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com,
           kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com,
           kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com,
           kelly@righettilaw.com
          Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
           mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
           lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
          Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
           myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael  Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
           othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   CBL & Associates Management, Inc.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Aurora CO, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Jubilee-Springdale, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Sony Electronics, Inc.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   JP Morgan Chase & Co.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
           Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Landing at Arbor Place II, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole Capital Partners, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Hickory Ridge Pavilion LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
           mcrowley@asm-law.com
          Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
           mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Creditor   Tamarack Village Shopping Center Limited Partnership
           mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   CHK, LLC mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Whitestone Development Partners, L.P.
           mmueller@cblaw.com, avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 36 of 56          Date Rcvd: Apr 29, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Michael D. Mueller    on behalf of Defendant    Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
      Inc. mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Inland Continental Property Management Corp.
      mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Catellus Operating Limited Partnership
      mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Inland Commercial Property Management,  Inc.
      mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
      mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
      mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
      mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
      III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
      mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
      mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
      mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
      Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
      America mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@cblaw.com,
      avaughn@cblaw.com
Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@cblaw.com,
      avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 37 of 56          Date Rcvd: Apr 29, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
               mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
               mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
               avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
               mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. mmueller@cblaw.com,
               avaughn@cblaw.com
          Michael E. Hastings    on behalf of Creditor    Eastern Security Corp. mhastings@wtplaw.com,
               twhitt@wtplaw.com
          Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
               mjogrady@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
               Mall mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
               mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    DG FastChannel, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
               dba Howland Commons mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Streater Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
               mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
               mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
               mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
               mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
               mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    BellO International Corp. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Amore Construction Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Interested Party    Systemax, Inc. mfalzone@hf-law.com
          Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
               mkogan@koganlawfirm.com
          Min  Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
               Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
               Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting    on behalf of Creditor    Antor Media Corporation nrs@lplaw.com,
               lginsberg@lolawfirm.com
          Nathan  Jones    on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Nathan Jones     on behalf of Creditor   US Debt Recovery X, LP heather@usdrllc.com
          Nathan Jones     on behalf of Creditor   US Debt Recovery, XI, LP heather@usdrllc.com
          Nathan Jones     on behalf of Creditor   Us Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan Jones     on behalf of Creditor   United States Debt Recovery, LLC heather@usdrllc.com
          Nathan Jones     on behalf of Creditor   US Debt Recovery XI, LP heather@usdrllc.com
          Nathan Jones     on behalf of Creditor   US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan Jones     on behalf of Creditor   Us debt recovery, XII, LP heather@usdrllc.com
          Nathan Jones     on behalf of Creditor   US Debt Recovery V, LP heather@usdrllc.com
          Nathan Jones     on behalf of Creditor   US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan Jones     on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
          Nathan Jones     on behalf of Creditor   US Debt Recovery X, LLC heather@usdrllc.com
          Neil E. McCullagh   on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery IV LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Shelby Properties TX, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Interested Party   Marblegate Asset Management
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   United States Debt Recovery, LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
              Rutherford LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Dentici Family Limited Partnership
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Pintar Investment Properties TX, LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Cleveland Construction, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor c/o William A. Wood   Panattoni Construction, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, L.P.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, LP
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Casio, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   iGoDitigal, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Mitek Corporation (MTX) nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   TI PI Texas, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   South Carolina Electric & Gas Company
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Techcraft Manufacturing, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   US Debt Recovery V, LP nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   United States Debt Recovery LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Cormark, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Attorney   Spotts Fain PC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Creditor   Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
          bfears@law.ga.gov,  jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL mroberts@pbp-attorneys.com
          P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
          mroberts@pbp-attorneys.com
          Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
          ctrivigno@rc.com
          Paul J. Pascuzzi   on behalf of Interested Party   Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen   on behalf of Defendant   Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Tritronics, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Google Inc. pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Site A, LLC pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Springs, L.L.C. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   MHW Warner Robins, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Vance Baldwin, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley   on behalf of Creditor Jon C. Geith paul.curley@allenandallen.com,
          kim.pillsbury@allenandallen.com
          Paul McCourt Curley   on behalf of Creditor   Carrollton Arms, LLC paul.curley@allenandallen.com,
          kim.pillsbury@allenandallen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul McCourt Curley   on behalf of Creditor Laurie  Lambert-Gaffney paul.curley@allenandallen.com,
          kim.pillsbury@allenandallen.com
          Paul Michael Schrader   on behalf of Creditor   San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Export Development Canada
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News,
          Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
          Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Caribbean Display & Construction, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   TIN Inc. d/b/a Temple-Inland Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Contra Costs Times pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group
          East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
          Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Artitali Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Alameda Newspaper Group, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   BayAreaNewsGroup pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   BayAreaNews Group pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Alameda Newspapers, Inc.
          pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Contra Costa Times, Inc.
          pschrader@fullertonlaw.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
          L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.and CC Countryside 98, L.L.C.
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Okaloosa County Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hayward 880,LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Bay County Florida tax collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hillsborough County, FL pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CarMax, Inc. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Palm Beach County Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CC Countryside 98, LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County Florida Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Westlake Limited Partnership
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Orange County Florida Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County, Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Manatee County Florida Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Highlands County, Florida
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Miami-Dade County Tax Collector
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Pinnellas County, Florida
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Interested Party   Carmax Business Services, LLC
          pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hernendo County, Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul S. Bliley, Jr.   on behalf of Defendant    Stephen Gould Corporation
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Seminole County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Stillwater Designs and Audio, Inc.
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Torrington Tripletts, LLC
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Brevard County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Burbank Mall Associates, LLC
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Tax Collector, Polk County, Florida
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Polk County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Willaims Mullen Clark and Dobbins
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Indian River County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall   on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
              hall@bwst-law.com,  marbury@bwst-law.com
          Paula S. Beran   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
              pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
              Inc. Liquidating Trust pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
              pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.co
              m;dtabakin@tb-lawfirm.com
          Peter Barrett   on behalf of Defendant    SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
              LOAN FUNDING, LLC peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Defendant    Sony Electronics Inc. peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
              peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
              peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

District/off: 0422-7          User: luedecket          Page 43 of 56          Date Rcvd: Apr 29, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter Barrett   on behalf of Creditor   Mayfair MDCC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Defendant   Gelco Corporation, d/b/a GE Fleet Services
            peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor   Sony Electronics, Inc. peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor   Sharpe Partners, LLC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg   on behalf of Defendant   Premier Resources International LLC
            pgreenburg@aol.com
          Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
            Administration peter.roth@doj.nh.gov
          Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
            pstrniste@rc.com, kcooper@rc.com
          Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
          Peter J. Carney   on behalf of Creditor c/o William S. Coats   Pinnacle Systems, Inc.
            pcarney@whitecase.com, hletourneau@whitecase.com
          Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
            scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@spilmanlaw.com,
            scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
            ppearl@sandsanderson.com, scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com,
            scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
            ppearl@spilmanlaw.com, scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
            ppearl@spilmanlaw.com, scormany@spilmanlaw.com
          Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
            pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
            pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Roy   Eisner pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
            pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Joanne   Eisner pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   Mitsubishi Electronics America, Inc.
            pbaxa@sandsanderson.com, rarrington@sandsanderson.com

District/off: 0422-7          User: luedecket          Page 44 of 56          Date Rcvd: Apr 29, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Philip C. Baxa   on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip James Meitl   on behalf of Defendant   Gorilla Nation Media, LLC pj.meitl@bryancave.com,
          john.leininger@bryancave.com
          Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
          john.leininger@bryancave.com
          Philip James Meitl   on behalf of Defendant   DBL Distributing, LLC pj.meitl@bryancave.com,
          john.leininger@bryancave.com
          R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
          raypri24@hotmail.com
          Raymond William Battaglia    on behalf of Creditor    Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
          rsaitta@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
          C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
          hstewart@woodsrogers.com
          Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
          Association rmaxwell@woodsrogers.com,  hstewart@woodsrogers.com
          Richard E. Girgado   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
          rgirgado@counsel.lacounty.gov
          Richard E. Hagerty   on behalf of Defendant   SAP Industries, Inc. fka SAP Retail Inc.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Southroads, L.L.C.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Carlyle-Cypress Tuscaloosa, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Northcliff Residual Parcel 4 LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   SAP Retail Inc. and Business Objects
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Craig-Clarksville Tennessee LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Plantation Point Development, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Certain Benefit Restoration Plan Claimants
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Triangle Equities Junction LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Cosmo-Eastgate, ltd
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
          kimi.odonnell@hklaw.com
          Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
          kimi.odonnell@hklaw.com
          Richard F. Stein   on behalf of Creditor   Internal Revenue Service
          richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard Iain Hutson    on behalf of Creditor    Sharp Electronics Corporation
          rhutson@weinstocklegal.com, lramsey@weinstocklegal.com
          Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow    on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield    on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield    on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield    on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture bsmith@hillrainey.com,
          hillraineyign@gmail.com
          Robert B. Hill    on behalf of Creditor    Columbia Plaza Shopping Ceter Venture
          bsmith@hillrainey.com, hillraineyign@gmail.com
          Robert B. Hill    on behalf of Creditor Decarla  Taylor-Conyers bsmith@hillrainey.com,
          hillraineyign@gmail.com
          Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins, 11
          Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
          of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company
          robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
          Robert D. Clark    on behalf of Creditor    Treasurer of Douglas County, Colorado
          rclark@douglas.co.us
          Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
          L.L.C. rtepper@sabt.com, pcoover@sabt.com
          Robert E. Scully, Jr.    on behalf of Creditor    T.D. Farrell Construction, Inc.
          rscully@stites.com, docketclerkalex@stites.com
          Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc.
          rmoorman@moormanlaw.com, robmoorman@comcast.net
          Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC
          Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
          USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
          rminkoff@cedargladecapital.com
          Robert Kenneth Minkoff    on behalf of Creditor    Cedar Glade, LP rminkoff@cedargladecapital.com
          Robert L. LeHane    on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp.
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Philips International rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com, rmmarinol@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com,  rmmarino1@aol.com
          Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
          USAVAE.RIC.ECF.CIVIL@usdoj.gov;SJohnston1@usa.doj.gov
          Robert R. Vieth    on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
          dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant   Logitech, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant   TruEffect, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
          Robert Ryland Musick    on behalf of Defendant   Booth Newspapers, Inc., d/b/a The Bay City Times,
          Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
          Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant   Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant   Newark Morning Ledger Co. bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant   The Times-Picayune, L.L.C. d/b/a The
          Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant   Northeast Ohio Marketing Network, LLC
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant   Oregonian Publishing Company LLC d/b/a The
          Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
          Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant   The Birmingham News Company bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant   Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant   International Business Machines Corporation
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant   The Herald Publishing Company, LLC
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant   IBM Credit, LLC bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert S. Westermann    on behalf of Creditor   Old Republic Insurance Company
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor   Panasonic Corporation of North America
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor   Eastman Kodak Company rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor   National A-1, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor   Galleria Plaza, Ltd. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant   Cyber Power Systems, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant   Atlantic Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant   Cyber Power Systems (USA), Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor   Vector Security, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor   Towne Square Plaza rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant   Fuel Creative, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant   COMSYS Information Technology Services, Inc. and
          COMSYS Services, LLC rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant   Klaussner Furniture Industries, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant   The CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant   Pop's Cosmic Counters, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor   Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Interested Party   Marblegate Asset Management
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Transferee   Marblegate Special Opportunities Master Fund LP
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor   Cameron Group Associates LLP
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant   Starlight Marketing, Ltd. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant   CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert S. Westermann    on behalf of Creditor    Taubman Auburn Hills Associates Limited
          Partnership rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    TXU Engergy Retail Company LLC
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Venetian Casino Resort, LLC
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Longacre Opportunity Fund, L.P.
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Denver Newspaper Agency LLP
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services
          rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robin S. Abramowitz    on behalf of Creditor    CC Merrillville Trust abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
          abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
          Ron C. Bingham, II    on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
          Farrell Construction, Inc. rbingham@stites.com,  dclayton@stites.com
          Ronald A. Page, Jr.    on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
          rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald A. Page, Jr.    on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
          Management Group, Ltd. rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald A. Page, Jr.    on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald A. Page, Jr.    on behalf of Creditor    Miner Fleet Management Group, Ltd.
          rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald A. Page, Jr.    on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald A. Page, Jr.    on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald A. Page, Jr.    on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
          rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald G. Dunn    on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
          Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
          cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
          Roy M. Terry, Jr.    on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Roy M. Terry, Jr.    on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson, III    on behalf of Creditor    Chalek Company LLC russ4478@aol.com
          Russell R. Johnson, III    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com,
          sarah.kelly@leclairryan.com
          Ryan C. Day    on behalf of Plaintiff    Schimenti Construction Company LLC
          ryan.day@leclairryan.com,  sarah.kelly@leclairryan.com
          S. James Wallace    on behalf of Creditor    Barnes & Powers North, LLC sjw@sjwpgh.com,
          srk@sjwpgh.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com
          S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
          Company sgill@vanblk.com
          Sara L. Chenetz    on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com

```
District/off: 0422-7        User: luedecket       Page 48 of 56            Date Rcvd: Apr 29, 2016
                           Form ID: trc           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
             Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
              sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
              sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
              sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com
             Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
              sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
             Satchidananda  Mims    smims21@hotmail.com
             Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
             Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
             Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
             Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com,
              mdowns@vanblk.com
             Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
              sfranklin@vanblk.com,  mdowns@vanblk.com
             Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
              cmcintire@buchalter.com
             Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Sheila G. de la Cruz   on behalf of Creditor   RTS Marketing, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Sheila G. de la Cruz   on behalf of Creditor   Howland Commons Partnership, an Ohio gen
              partnership dba Howland Commons sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
             Sheila G. de la Cruz   on behalf of Creditor   Huntington Mall Company sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Sheila G. de la Cruz   on behalf of Creditor   Spring Hill Development Partners, GP
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
             Sheila G. de la Cruz   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
              Mall sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
             Sheila G. de la Cruz   on behalf of Defendant   Horizon Technology, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Sheila G. de la Cruz   on behalf of Creditor   Basile Limited Liability Company
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
             Sheila G. de la Cruz   on behalf of Creditor   United States Debt Recovery, LLC
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
             Sheila G. de la Cruz   on behalf of Creditor   Kentucky Oaks Mall Company sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Sheila G. de la Cruz   on behalf of Creditor   Remount Road Associates Limited Partnership
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila L. Shadmani    on behalf of Defendant    Aiptek, Inc. slshadmani@jonesday.com
          Sheila L. Shadmani    on behalf of Creditor    Aiptek, Inc. slshadmani@jonesday.com
          Sheila L. Shadmani    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmani@jonesday.com
          Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
          stan.salus@akerman.com,
          crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
          Industrial Division smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
          Company smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
          Distributors, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
          nwalsh@wilsav.com
          Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership
          smetz@shulmanrogers.com,   tlockwood@shulmanrogers.com
          Stephen E. Leach    on behalf of Creditor    Bush Industries, Inc. sleach@hf-law.com,
          ndysart@hf-law.com
          Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
          sleach@hf-law.com,   ndysart@hf-law.com
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
          Murphys@dor.state.ma.us
          Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
          sgallagher@venable.com,   cowenby@venable.com;lrheitger@venable.com
          Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
          steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
           steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com
          Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
           Hartman 1995 Ohio Property brown@wolriv.com
          Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
           brown@wolriv.com
          Steven L. Brown    on behalf of Defendant    Construct, Inc. brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    The Columbus Dispatch brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    Construct, Inc. brown@wolriv.com
          Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
           tannweiler@greerherz.com
          Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@hunton.com
          Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
           thadwilson@kslaw.com, pwhite@kslaw.com
          Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
           tmurphy@dclawfirm.com,
           rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
           dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com.
          Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
           Research Inc. thomas.mcintosh@hklaw.com, alexis.makell@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
           thomas.mcintosh@hklaw.com, alexis.makell@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    Nielsen Business Media Inc.
           thomas.mcintosh@hklaw.com, alexis.makell@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com,
           alexis.makell@hklaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
           smedsa@gtlaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com, smedsa@gtlaw.com
          Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
           tomjam2003@yahoo.com
          Thomas Neal Jamerson    on behalf of Interested Party    Parker Central Plaza Ltd
           tjamerson@hunton.com, tomjam2003@yahoo.com
          Thomas Ryan Lynch    on behalf of Defendant    Griffin Technology tlynch@babc.com
          Thomas W. Repczynski    on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
           tboyd@offitkurman.com
          Thomas W. Repczynski    on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
           tboyd@offitkurman.com
          Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc.
           trepczynski@offitkurman.com, tboyd@offitkurman.com
          Thomas W. Repczynski    on behalf of Creditor    Tutwiler Properties, LTD
           trepczynski@offitkurman.com, tboyd@offitkurman.com
          Thomas W. Repczynski    on behalf of Defendant    Graphic Communications Holdings, Inc.
           trepczynski@offitkurman.com, tboyd@offitkurman.com
          Tiffany Strelow Cobb    on behalf of Creditor    Platform-A Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com, bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    Advertising.com Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Timothy Francis Brown    on behalf of Interested Party    F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin    on behalf of Creditor    Alameda County Treasurer tboykin@vanblk.com,
           croyes@vanblk.com
          Tracey Michelle Ohm    on behalf of Defendant    Targus, Inc. tracey.ohm@stinsonleonard.com,
           porsche.barnes@stinsonleonard.com
          Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc.
           tracey.ohm@stinsonleonard.com, porsche.barnes@stinsonleonard.com
          Travis Aaron Sabalewski    on behalf of Creditor    IKON Office Solutions, Inc.
           tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
          Troy  Savenko    on behalf of Creditor    Slam Brands, Inc. tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy  Savenko    on behalf of Movant    PlumChoice, Inc. tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy  Savenko    on behalf of Creditor    Liberty Mutual Insurance Company tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy  Savenko    on behalf of Creditor    PlumChoice, Inc. tsavenko@kv-legal.com,
           djenkins@kv-legal.com

District/off: 0422-7          User: luedecket          Page 51 of 56          Date Rcvd: Apr 29, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Troy  Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy  Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
           tsavenko@kv-legal.com,  djenkins@kv-legal.com
          Troy  Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
           Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
           Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
           situated tsavenko@kv-legal.com,  djenkins@kv-legal.com
          Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
           tsavenko@kv-legal.com,  djenkins@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com,  djenkins@kv-legal.com
          Tyson Alynn Johnson   on behalf of Creditor   Berkadia Commercial Mortgage LLC
           tyson.johnson@bryancave.com
          Tyson Alynn Johnson   on behalf of Creditor   Capmark Finance, Inc. tyson.johnson@bryancave.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P
           val.morrison@nelsonmullins.com,  kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Infogain Corporation val.morrison@nelsonmullins.com,
           kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc.
           val.morrison@nelsonmullins.com,  kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P.
           val.morrison@nelsonmullins.com,  kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. val.morrison@nelsonmullins.com,
           kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
           reardonv@michigan.gov,  jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
           victoria.garry@ohioattorneygeneral.gov
          Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
           walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
           LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
           and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
           ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
           jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
           Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wendy Michele Roenker   on behalf of Creditor Treasurer   City of Chesapeake
           wroenker@cityofchesapeake.net
          William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
           wheuer@duanemorris.com
          William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
           wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
           wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
          William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
           aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com,
           ddillon@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
      Courier aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
      aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   Vonage Holdings, Inc. aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   American National Insurance Company
      aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   Vonage Marketing Inc. aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
      aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   Golf Galaxy, Inc. aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   CC Countryside 98, LLC aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   Hayward 880,LLC aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Defendant   SBLM Architects PC aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   Westlake Limited Partnership
      aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Defendant   Contrarian Funds, L.L.C.
      aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
      TV aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   ION Audio, LLC aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   LumiSource, Inc. aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   Tax Collector, Polk County, Florida
      aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   CC Countryside 98 L.L.C. aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   Dollar Tree Stores, Inc. aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   Symantec Corp aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Defendant   Intec, Inc. aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   CC-Investors 1997-4 aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Defendant   SouthPeak Interactive LLC
      aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   Nyko Technologies, Inc. aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   SouthPeak Interactive, LLC
      aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   CarMax, Inc. aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Defendant   Eon Communications Corporation
      aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   Cyber Acoustics aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   Dick's Sporting Goods, Inc.
      aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Plaintiff   Carmax Auto Superstores, Inc.
      aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   Dick's Sporting Goods Inc.
      aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   Burbank Mall Associates, LLC
      aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Defendant   Brookfield Global Relocation Services, LLC, f/k/a
      GMAC Global Relocation Services, LLC aburnett@williamsmullen.com,   ddillon@williamsmullen.com
      William A. Burnett   on behalf of Creditor   Save Mart Supermarkets aburnett@williamsmullen.com,
      ddillon@williamsmullen.com
      William A. Gray   on behalf of Creditor   Alexander's Rego Park Center, Inc.
      bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
      William A. Gray   on behalf of Creditor   Ray Mucci's Inc. bgray@sandsanderson.com,
      sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
      William A. Gray   on behalf of Creditor   Snell Acoustics, Inc. bgray@sandsanderson.com,
      sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
     William A. Gray   on behalf of Creditor   PrattCenter, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Route 146 Millbury LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Station Landing LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Marlton VF LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Premier Contracting, Inc. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant   The Procter & Gamble Company and The Procter & Gamble
     Distribution Company, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Movant   Vornado Realty Trust bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Gateway Woodside, Inc. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Encinitas PFA, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Vornado Caguas LP bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Cardinal Court, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant   Intertech Security of Maryland, LLC
     bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant   Metra Electronics Corporation bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Green Acres Mall, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Tamrac, Inc. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Boston Acoustics, Inc. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Movant   Colonial Heights Holdings, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   VNO Mundy Street, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Vornado Finance, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Lee County, Mississippi Tax Collector
     bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   East BrunswickVF, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant   VTech Communications, Inc. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Lang Construction, Inc. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   UTC I, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   CSI Construction Company bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

District/off: 0422-7          User: luedecket          Page 54 of 56          Date Rcvd: Apr 29, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Interstate Augusta Properties LLC
          bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant    Coby Electronics Corporation bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant    Monument Consulting, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
          bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Metra Electronics Corporation bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    DeSoto County, Mississippi bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant    Universal Display and Fixtures Company
          bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    BBP-Muncy LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    BPP-OH LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Towson VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
          bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    North Plainfield VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    McCorkendale Construction bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant    Boston Acoustics, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    BPP-NY LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    A.D.D. Holdings, L.P. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant    Fourstar Group USA, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    DEV Limited Partnership bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

District/off: 0422-7          User: luedecket          Page 55 of 56          Date Rcvd: Apr 29, 2016
                              Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              William A. Gray   on behalf of Creditor    The Stop & Shop Supermarket Company LLC
              bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    John Rohrer Contracting Company, Inc.
              bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    BPP-VA LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Tamrac, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    OmniMount Systems, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    BPP-WB LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    RBS Business Capital bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    T. J. Maxx of CA, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Denon Electronics (USA), LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Colorado Structures, Inc., dba CSI Construction Co.
              bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Midwest Block & Brick, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    East Brunswick VF LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    The Insurance Company of the State of Pennsylvania
              bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Chatham County, GA Tax Commissioner
              bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Valley Corners Shopping Center, LLC
              bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Fourstar International Trading Company
              bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Sensormatic Electronic Corporation
              bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Construction Testing and Engineering, Inc.
              bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC
              bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    The Oklahoma Publishing Company
              bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    E&A Northeast Limited Partnership
              bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Fourstar Group Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Denon Electronics bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

District/off: 0422-7          User: luedecket          Page 56 of 56          Date Rcvd: Apr 29, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
            Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
            chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
            trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
            chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor   Prince George's Station Retail, LLC
            bill.crenshaw@akerman.com,  deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@akerman.com,
            deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Professional   Akerman Senterfitt bill.crenshaw@akerman.com,
            deborah.hensley@akerman.com
          William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
            wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
            Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com,
            jseay@t-mlaw.com
          William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan   on behalf of Defendant   Pioneer Electronics (USA) Inc.
            dsullivan@butzeltp.com
          William H. Schwarzschild, III   on behalf of Creditor   MRV Wanamaker, LC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Hotan Corporation
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Datel Design & Development, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   National Western Life Insurance Company
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   J&J Industries, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Merrill Communications LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dick's Sporting Goods, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Miami-Dade County Tax Collector
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Vonage Marketing Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dollar Tree Stores, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Evening Post Publishing Company, dba The
            Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   LumiSource, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   State Board of Equalization
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   SouthPeak Interactive, LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Nancy  Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Charles  Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor   Placer California jcharboneau@mglspc.com,
            aford@mglspc.com
          Zmarak  Khan   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
            zmarak.khan@dlapiper.com

                                                                                    TOTAL: 2202