UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that ASM Capital, L.P. as assignee of Averatec, Inc./Trigem USA, Inc., a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Circuit City Stores, Inc. Liquidating Trust (the "Trust") and counsel to the Trust (including the claims and distribution agent appointed in these cases) to change her address for the purposes of administering her claim (as listed on the Debtors' schedules and/or claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim number 3449, be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| ASM Capital, L.P. assignee of | ASM Capital, L.P. assignee of Averatec/Trigem |
| Averatec, Inc./Trigem | c/o Cedar Glade ~~Capital, LLC~~ L.P. |
| 7600 Jericho Turnpike, Suite 302 | 767 Fifth Avenue, 19th Floor |
| Woodbury, NY 11797 | New York, NY 10153 |
| | Attn: Robert K. Minkoff, President |

I declare under penalty of perjury that the foregoing is true and correct.

**ASM CAPITAL, L.P. assignee of AVERATEC, INC./TRIGEM**

By: _____

Date: 4/27/16