# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

08-35653

For:  ☐ Debtor
      ☐ Attorney [If Applicable:] Name: _____
      ☒ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:   ☐ Husband and Wife
                     ☐ Husband Only
                     ☐ Wife Only

[If applicable] Case Name: CIRCUIT CITY STORES INC LIQUIDATING TRUST
[If applicable] Case No./Adversary Proceeding No.: SEE ATTACHED
[If applicable] Creditor Name: THEATER XTREME OF SPRINGFIELD

☒ Street Address    ☒ Mailing Address
New Address: 193 HOLYOKE ST
              No. and Street, Apt., P. O. Box or R. D. No.
City: LUDLOW                State: MA    Zip: 01056

RICHMOND DIVISION
FILED
MAY - 3 2016
CLERK
U.S. BANKRUPTCY COURT

☒ Street Address    ☒ Mailing Address
Old Address: 592 B CENTER ST
              No. and Street, Apt., P. O. Box or R. D. No.
City: LUDLOW                State: MA    Zip: 01056
Telephone Number: (413) 583-2227
**Please include area code**

☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor's DeBN account number _____
Joint Debtor's DeBN account number _____

_____
Signature of Filer [check filer type below]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for husband and wife, both debtors must sign.]*
☒ Creditor
☐ Attorney

Date: 4-29-16

pc:  Trustee
     United States Trustee
     Creditor (for creditor's change of address)

[changead ver. 08/15]

**Trust is extending its tax return - This statement provided for estimated purposes only**

## 2015 BENEFICIARY TAX STATEMENT FOR BENEFICIARIES OF
## THE CIRCUIT CITY STORES INC. LIQUIDATING TRUST
## CLASS 4

Tax Year 2015

| | Name & Address of Trust: |
|---|---|
| THEATER XTREME OF SPRINGFIELD<br>592 B CENTER ST<br>LUDLOW, MA 01056 | CIRCUIT CITY STORES INC.<br>LIQUIDATING TRUST<br>P.O. Box 5695<br>Glen Allen, VA 23058-5695<br><br>Federal Employer Identification Number of Circuit City Stores Inc. Liquidating Trust: 32-0318491 |

THIS BENEFICIARY TAX STATEMENT IS ISSUED TO THE BENEFICIARY LISTED ABOVE IN ACCORDANCE WITH U.S. TREASURY INCOME TAX REGULATION SECTION 1.671-4, IRS REVENUE PROCEDURE 94-45, AND THE PROVISIONS OF THE CIRCUIT CITY LIQUIDATING TRUST ESTABLISHED PURSUANT TO THE CHAPTER 11 BANKRUPTCY PLAN OF REORGANIZATION OF CIRCUIT CITY, INC. ET AL., CASE NUMBERS 08-35653, 08-35654, 08-35655, 08-35656, 08-35657, 08-35658, 08-35659, 08-35660, 08-35661, 08-35662, 08-35663, 08-35664, 08-35665, 08-35666, 08-35667, 08-35668, 08-35669, AND 08-35670.

Beneficiary's FEIN/Social Security Number/Taxpayer ID Number:  20-1782198

### FEDERAL TAX INFORMATION*

#### INCOME

2015 Circuit City Liquidating Trust Income received
in connection with administration of the Trust:

| | |
|---|---|
| Interest Income | $6 |
| Other Income | $10 |
| Ordinary Gain (Loss) – Form 4797 | $1887 |

#### DEDUCTIONS

| | |
|---|---|
| 2015 Liquidating Trust Administrative Expenses | $315 |

| | |
|---|---|
| Total Trust Distributions to Beneficiary during 2015 | $1,921.20 |
| Total Trust Distributions to Beneficiary during 2016 | $560.35 |

804-916-2400