Paul S. Bliley, Jr. – VSB No. 13973
Williams Mullen
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.420.6448
FAX: 804.420.6507
pbliley@williamsmullen.com
Counsel for Crown CCI, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  CIRCUIT CITY STORES, INC., et al.    )
                                                              ) Case No. 08-35653-KRH
                        Debtors.    ) Jointly Administered
                                                            ) Chapter 11 Proceedings

## WITHDRAWAL OF OBJECTIONS TO TRANSFER OF CLAIMS

Comes now Crown CCI, LLC ("Crown"), an unsecured creditor herein, and for its Withdrawal of its Objections to the transfer of certain of its previously filed Claims herein, states as follows:

1. That Crown is a general unsecured creditor in the Circuit City case, having claims resulting as of its status as a Landlord of a Circuit City location.

2. Crown filed an unsecured Proof of Claim herein designated as Claim No. 12356 in the amount of $1,864,939.00 herein.

3. Crown also filed an unsecured Proof of Claim herein designated as Claim No. 13467 in the amount of $68,381.33 herein.

3. On August 26, 2010 WBCMT 2005-C21South Ocean Gate Avenue Limited Partnership filed a Notice that it had acquired the Claim Nos. 12356 and 13467 from Crown CCI.

4. Crown filed Objections to the transfers of the Claims herein on September 14 and September 15, 2010, Document Nos. 8556, 8557 and 8574.

5. Crown has resolved its issues with WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership with respect to the Claims and now desires to withdraw its previously-filed Objections to the two Proofs of Claim referenced herein.

**WHEREFORE**, Crown CCI, LLC withdraws its Objections filed to the transfer of two Claims previously filed herein as Document Nos. 8556, 8557 and 8574, and that it may have such other and further relief as may be appropriate under the circumstances.

Dated: May 9, 2016

CROWN CCI, LLC

By /s/ Paul S. Bliley, Jr.
Of Counsel

Paul S. Bliley, Jr., VSB # 13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
Phone: (804) 420-6448
Fax:    (804) 420-6507
pbliley@williamsmullen.com
*Counsel for Crown CCI, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2016, a true and accurate copy of the foregoing Withdrawal was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter.

\s\ Paul S. Bliley, Jr.
Paul S. Bliley, Jr.

31285905_1.DOC