IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc., et al., | Case No. 08-35653 (KRH) |
| ("the Debtors") | Jointly Administered |
| | **Allowed Claim Num: 1344** |
| | **Allowed Claim Amount: $15,750.00** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Visual Textile, a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Visual Textile
18 Market St
Paterson, NJ 07501

**New Address**

Visual Textile
C/O VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Respectfully submitted,

Signature: *ROGER GLICKMAN*
ROGER GLICKMAN (Apr 27, 2016)

Email: rglickman@pecata.com

Name:   ROGER GLICKMAN
Title:   PRESIDENT
Date:   4/27/2016