UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

**CHANGE OF ADDRESS**

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an *Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case.* If debtor has both a street and mailing address, please indicate which address is being updated.

For:  ☐ Debtor
☐ Attorney [If Applicable:] Name: _Dirley L. Ball - old last name_
☒ Creditor                                           _Dirley L. Gargiulo - new last name_

*If joint case, please check the appropriate box as set out below:*
New address is for:    ☐ Husband and Wife
                       ☐ Husband Only
                       ☐ Wife Only

[If applicable] Case Name: _Circuit City_
[If applicable] Case No./Adversary Proceeding No.: 08-35653
[If applicable] Creditor Name: _Dirley L. Gargiulo - new last name_

☐ Street Address   ☐ Mailing Address
New Address: _7501 Arabella Drive_
No. and Street, Apt., P.O. Box or R.D. No.
City: _Chesterfield_  State: _VA_  Zip: _23838_

☐ Street Address   ☐ Mailing Address
Old Address: _14029 Rockbasket Place_
No. and Street, Apt., P.O. Box or R.D. No.
City: _Chester_  State: _VA_  Zip: _23836_
Telephone Number: (_804_) _380-6675_
Please include area code

☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all email court orders and notices).

Debtor's DeBN account number _____
Joint Debtor's DeBN account number _____

_Dirley L. Gargiulo_ (signature)

Signature of Filer [check filer type below]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for husband and wife, both debtors must sign.]*
☒ Creditor
☐ Attorney

Date: _5/23/16_
pc:   Trustee
      United States Trustee
      Creditor (for creditor's change of address)

[changead ver. 08/15]

_Claim's #_
_11102_
_11103_
_11104_
_11105_