IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | CIRCUIT CITY STORES INC., *et al.*,<br>Debtors. | Case No. 08-35653-KRH<br>Chapter 11<br>(Jointly Administered) |

### ORDER REGARDING TELEPHONIC APPEARANCES

This Administrative Order Regarding Telephonic Appearances (the "Administrative Order") implements the new policy regarding appearances before the Court by telephone (the "Telephonic Appearance Policy") that is set forth in an announcement on the Court's website (www.vaeb.uscourts.gov) and is effective May 23, 2016. This Administrative Order supersedes any orders, protocols, or procedures that may have previously regulated telephonic appearances in connection with this case.

A link to the Telephonic Appearance Policy can be found on the home page of the Court's website, or may be directly accessed at https://www.vaeb.uscourts.gov/wordpress/?page_id=4908. The full body of the Telephonic Appearance Policy is as follows:

> Telephonic appearances at court hearings are permitted in certain circumstances.
>
> Unless the Court provides otherwise, parties participating in or listening to a hearing telephonically must be registered with CourtSolutions. Information about how to register and utilize the service can be obtained at http://help.court-solutions.com/hc/en-us.
>
> Attorneys seeking to participate must be admitted to the Court or admitted pro hac vice. (See Local Bankruptcy Rule 2090-1, which is accessible on the Court's Local Rules internet web site page.)

Parties wishing to participate in hearings telephonically must receive permission from Chambers by submitting a request through CourtSolutions at least two (2) business days prior to the hearing and should be prepared to provide the following information: Name of party that the attorney is representing, the motion on which the attorney intends to argue, and the reason that a telephonic appearance is necessary. Approved participants must log into their CourtSolutions account prior to the hearing time and access the large orange button entitled, "Open Hearing Dashboard" for dial-in instructions.

Telephonic appearances are discouraged if counsel intends to make substantive argument. Counsel and pro se parties are not permitted to participate telephonically for any hearings of an evidentiary nature, including the examination of witnesses or the submission of evidence.

Parties that wish to "listen in" on a hearing are not required to: receive permission from Chambers prior to the hearing; be admitted to the Court or be admitted pro hac vice.

Under no circumstances may any participant or listener record or broadcast the proceedings.

Parties wishing to appear telephonically for any purpose are no longer required to a file a motion with the Court, and need only follow the new Telephonic Appearance Policy. In consideration whereof, it is hereby

**ORDERED** that the above Telephonic Appearance Policy governs all telephonic appearances before the Court after May 23, 2016.

Entered: May 24 2016
_____

                                              /s/ Kevin R. Huennekens
                                    UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 5/24/16