| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | David N. Tabakin, Esq. (VA Bar No. 82709) |
| PACHULSKI STANG ZIEHL & JONES LLP | TAVENNER & BERAN, PLC |
| 10100 Santa Monica Boulevard | 20 North Eighth Street, 2nd Floor |
| Los Angeles, California 90067-4100 | Richmond, Virginia 23219 |
| Telephone: (310) 277-6910 | Telephone: (804) 783-8300 |
| Telecopy:  (310) 201-0760 | Telecopy:  (804) 783-0178 |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING**
**(Liquidating Trust's Fourteenth Omnibus Objection to Claim Number 13323)**
**(Claimant –Ronald Rossiter and Barbara Rossiter)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"),

by counsel, of the above referenced estates of Circuit City Stores, Inc. *et al.* (collectively, the

"Debtors") **will seek to have the Court reduce and allow Claim Number 13323 as a general**

1

**unsecured claim in the amount of $7,780.27 as objected to in the** *Liquidating Trustee's Fourteenth Omnibus Objection to Claims* **(the "Claim Objection") [Docket No. 10052] based upon information received from you in response to the same and/or the Debtors' books and records.**

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on <u>**June 16, 2016 at 11:00 a.m.**</u>, (or such time thereafter as the matter may be heard) and the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence, if necessary, on <u>June 16, 2016 at 11:00 a.m.</u>, seeking to have the Court reduce and allow Claim Number 13323 as a general unsecured claim in the amount of $7,780.27.**

PLEASE TAKE FURTHER NOTICE THAT if you do not want the Court to grant the relief described herein, **<u>you must (1) file a notice of your intent to attend the hearing with the Court on or before June 13, 2016, at</u>:**

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219

**and (2) attend the hearing on <u>June 16, 2016 at 11:00 a.m.</u>**

2

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:  May 25, 2016

    */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
David N. Tabakin (VA Bar No. 82709)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
       pberan@tb-lawfirm.com
-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
       acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on May 25, 2016 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Ronald D. Rossitter and Barbara M. Rossiter
Attn: Dustin P. Branch, Esq.
c/o Katten Muchin Rosemann LLP
2029 Century Park E., 26th Floor
Los Angeles, CA 90076

*/s/ Paula S. Beran*
Paula S. Beran (VA Bar No. 34679)
