Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

## NOTICE OF SUBSTANTIVE HEARING
### (Liquidating Trust's Fourth Omnibus Objection To Claims Number 13882 and 12712)
### (Claimant –CC Investors Trust 1995 1)

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"),

by counsel, of the above referenced estates of Circuit City Stores, Inc. *et al.* (collectively, the

"Debtors") **will seek to have the Court reduce and allow (1) Claim Number 12712 as a**

general unsecured claim in the amount of $65,379.35, and (2) Claim Number 13382 as an administrative claim in the amount of $11,461.90 as objected to in the *Liquidating Trustee's Fourth Omnibus Objection to Claims* (the "Claim Objection") [ECF No. 10041] based upon information received from you in response to the same and/or the Debtors' books and records.

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **June 16, 2016 at 11:00 a.m.**, (or such time thereafter as the matter may be heard) and the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence, if necessary, on June 16, 2016 at 11:00 a.m., seeking to have the Court reduce and allow (1) Claim Number 12712 as a general unsecured claim in the amount of $65,379.35, and (2) Claim Number 13882 as an administrative claim in the amount of $11,461.90.**

PLEASE TAKE FURTHER NOTICE THAT if you do not want the Court to grant the relief described herein, **you must (1) file a notice of your intent to attend the hearing with the Court on or before June 13, 2016, at**:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219

**and (2) attend the hearing on June 16, 2016 at 11:00 a.m.**

PLEASE GOVERN YOURSELVES ACCORDINGLY.


Dated:  May 25, 2016

*/s/ Paula S. Beran*

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
David N. Tabakin (VA Bar No. 82709)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
      pberan@tb-lawfirm.com
-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
      acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

Notice of Substantive Hearing was served on May 25, 2016 via electronic delivery to all of the

parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on

the following:

CC-Investors Trust 1995-1
Attn: Arina Meeuwsen
5500 Interstate N. Parkway
Suite 600
Atlanta, Georgia 30328

*/s/ Paula S. Beran*
 Paula S. Beran (VA Bar No. 34679)