IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                    )
                                          )
CIRCUIT CITY STORES, INC., et al.,        ) Case No. 08-35653-KRH
                                          ) Chapter 11
                                          ) Jointly Administered
            Debtors,                      )
                                          )

RICHMOND DIVISION
FILED
MAY 3 1 2016
CLERK
U.S. BANKRUPTCY COURT

## WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST TO DISCONTINUE SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that John J. Lamoureux hereby withdraws his Notice of Appearance and Demand for Service of Papers previously filed in this case on behalf of Amore Construction Company on November 18, 2008 (Doc. 201).

Dated May 25, 2016.

                                    Respectfully submitted,


                                    /s/ John J. Lamoureux
                                    John J. Lamoureux
                                    Florida Bar. No.: 835218
                                    CARLTON FIELDS
                                    P.O. Box 3239
                                    Tampa, FL 33601-3239
                                    Telephone: (813) 223-7000
                                    Facsimile: (813) 229-4133
                                    jlamoureux@carltonfields.com

107758984.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I electronically filed the foregoing Withdrawal of Notice of Appearance and Request to Discontinue Service of Notices and Pleadings with the Clerk of the Court using the Court's CM/ECF system thereby serving all registered users in the case on May 25, 2016.

                                       */s/ John J. Lamoureux*
                                       John J. Lamoureux
                                       Florida Bar Number 835218