2100B (12/15)

# United States Bankruptcy Court

### Eastern District of Virginia
### Case No. 08-35653-KRH
### Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____    was filed or deemed filed under 11 U.S.C. § 1111(a) in this
case by the alleged transferor.  As evidence of the transfer of that claim, the transferee
filed a Transfer of Claim in the clerk's office of this court on 05/31/2016 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : Crown CCI, LLC, c/o Paul S. Bliley, Jr., Esq., Williams Mullen, P.O. Box 1320, Richmond, VA  23218-1320 | WBCMT 2005-C21 South Ocean Gate Avenue LP c/o Jeffrey I. Snyder, Esq. Bilzin Sumberg Baena Price & Axelrod 1450 Brickell Avenue, Suite 2300 Miami, Florida  33131 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with
the court within twenty (20) days of the mailing of this notice.  If no objection is timely
received by the court, the transferee will be substituted as the original claimant without
further order of the court.

Date:   06/03/16

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                        Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                     Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7            User: luedecket          Page 1 of 56          Date Rcvd: Jun 01, 2016
                               Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2016.
13396409          Crown CCI, LLC,    c/o Paul S. Bliley, Jr., Esq.,    Williams Mullen,    P.O. Box 1320,
                  Richmond, VA  23218-1320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2016 at the address(es) listed below:
              Aaron L. Hammer    on behalf of Creditor    National Product Care Company ahammer@sugarfgh.com,
              mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer    on behalf of Creditor    TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
              mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer    on behalf of Creditor    Virginia Surety Company, Inc. ahammer@sugarfgh.com,
              mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer    on behalf of Creditor    Service Saver, Incorporated ahammer@sugarfgh.com,
              mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer    on behalf of Creditor    ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
              mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer    on behalf of Creditor    ServicePlan, Inc. and all its Affiliates
              ahammer@sugarfgh.com,
              mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron R. Cahn    on behalf of Unknown    Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
              akeith@honigman.com,  tsable@honigman.com
              Albert F. Quintrall    on behalf of Creditor    Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles    on behalf of Creditor    City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins    on behalf of Interested Party    Eatontown Commons Shopping  Center
              ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Interested Party    Arboretum of South Barrington, LLC
              ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Interested Party    AmCap NorthPoint LLC
              ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Interested Party    AmCap Arborland LLC
              ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Creditor    Engineered Structures, Inc.
              ajackins@seyfarth.com
              Alison Ross Wickizer Toepp    on behalf of Creditor    Northern Indianna Public Service Company
              atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Alison Ross Wickizer Toepp    on behalf of Defendant    Sony Computer Entertainment America Inc.,
              A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
              dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Alison Ross Wickizer Toepp    on behalf of Defendant    Energizer Battery, Inc.
              atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC
              atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Alison Ross Wickizer Toepp    on behalf of Defendant    Kingston Technology Co., Inc.
              atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Ambika Joline Biggs    on behalf of Defendant    Scripps Media, Inc. abiggs@bakerlaw.com
              Ambika Joline Biggs    on behalf of Creditor    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Ambika Joline Biggs    on behalf of Defendant    The E.W. Scripps Company d/b/a/ Ventura County
              Star abiggs@bakerlaw.com
              Ambika Joline Biggs    on behalf of Defendant    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ambika Joline Biggs   on behalf of Defendant   Scripps Networks, LLC d/b/a HGTV.com, d/b/a
           FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   The National Union Fire Insurance Company of
           Pittsburgh, PA abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Memphis Publishing Company, dba Commercial Appeal,
           Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams   on behalf of Creditor   Cobb Corners II, Limited Partnership
           amy.williams@klgates.com, hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   DIM Vastgoed, N.V. amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   Encinitas PFA, LLC amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   PrattCenter, LLC amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   UTC I, LLC amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   Valley Corners Shopping Center, LLC
           amy.williams@klgates.com, hailey.andresen@klgates.com
          Andrea Campbell Davison   on behalf of Defendant   Animal Planet, L.P. ADavison@beankinney.com,
           onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc.
           ADavison@beankinney.com, onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications Inc. a/k/a The
           Learning Channel ADavison@beankinney.com, onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Learning Channel, Inc. ADavison@beankinney.com,
           onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Wonders Industrial Development (Shenzhen) Co.,
           Ltd. ADavison@beankinney.com, onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications, Inc.
           ADavison@beankinney.com, onazar@beankinney.com
          Andrew  Rapp   on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew A. Jones   on behalf of Interested Party   Farallon Capital Management, L.L.C.
           Andrew@ajoneslaw.com
          Andrew Edward Macfarlane   on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger   on behalf of Creditor   TKG Coffee Tree, L.P. andrewr@boydhomes.com,
           akrudiger@kaufcan.com
          Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. Andrew.Cole@leclairryan.com
          Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
           dbonilla@shutts-law.com
          Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. AAbreu@nwbcorp.com,
           Angela.Abreu@northwest.com
          Anitra D. Goodman Royster   on behalf of Creditor   Connexion Technologies
           anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
           raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt   on behalf of Creditor   The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Anne C. Lahren   on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren   on behalf of Defendant   Landmark Media Enterprises LLC, f/k/a Landmark
           Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
           murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
           Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
           Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
           1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
           abraucher@mcmillanmetro.com
          Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
           drichards@vanblk.com;kjerald@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
           drichards@vanblk.com;kjerald@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
           drichards@vanblk.com;kjerald@vanblk.com
          Annemarie G. McGavin   on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Dick's Sporting Goods, Inc.
           annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com

```
District/off: 0422-7        User: luedecket          Page 3 of 56          Date Rcvd: Jun 01, 2016
                           Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Annemarie G. McGavin   on behalf of Creditor   General Instrument Corporation d/b/a Home &
            Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello   on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
            acichello@kb-law.com
          Anthony J. Cichello   on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
            Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
            ecffilings@hangley.com
          Ashley M. McDow   on behalf of Other Professional   Alfred H. Siegel, the Liquidating Trustee of
            Circuit City Stores, Inc. Liquidating Trust amcdow@bakerlaw.com,  mdelaney@bakerlaw.com,
            ffarivar@bakerlaw.com,sgaeta@bakerlaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Generation H One and Two Limited Partnership
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Roth Tanglewood LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   American Power Conversion Corp. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Rolling Acres Plaza Shopping Center
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The Macerich Company aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Greenback Associates aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferee   412 South Broadway Realty LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   RREEF Management Company aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
            managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Portland Investment Company of America
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Shopping Center aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferor   Manufacturers and Traders Trust Company, as
            Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Union Square Retail Trust aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant    Signature Home Furnishings Co. Inc.
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Morse-Sembler Villages Partnership #4
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Lexmark International, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Madison Waldorf, LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Redtree Properties, L.P. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Drexel Delaware Limited Partnership
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland US Management LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Audio Authority Corporation aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Lexmark International, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Carousel Center Company, L.P. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
            Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferor   Manufactures and Traders Trust Company, as
            Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Daniel W. Ramsey aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
            Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   International Speedway Square, Ltd.
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   NAP Northpoint, LLC aepps@cblaw.com,
            avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Augustus C. Epps, Jr.   on behalf of Creditor   Macy's Retail Holdings, Inc. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Diamond Square, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Amargosa Palmdale Investments, LLC
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Fingerlakes Crossing, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Starpoint Property Management, LLC
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Prudential Insurance Company of America
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   American Power Conversion Corp. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Manufacturers and Traders Trust Company, as
              Trustee aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management,  Inc.
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Thoroughbred Village Tennessee, GP
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Plaintiff    CC-Investors 1995-6 aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing I, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Associates, Ltd. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
              St. Paul Pioneer Press aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Rancon Realty Fund IV aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Catellus Operating Limited Partnership
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Argyle Forest Retail I, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Westgate Village, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant   CDW Direct, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Interested Party   Manufacturers & Traders Trust Company, as
              Trustee aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Sangertown Square, L.L.C. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Swanblossom Investments, LP aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Donahue Schriber Realty Group, L.P.
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Laurel Plumbing, Inc. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Generation One and Two, LP aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
              managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Kimco Realty Corporation aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC, Inland American
              Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
              Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,  avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 5 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
                 aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Whitestone Development Partners, L.P.
                 aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   De Rito Pavilions 139, LLC aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
                 aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
                 aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Defendant    Solutions 2 Go, Inc. aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
                 aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
                 aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C. aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Defendant    Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
                 avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Glimcher Properties Limited Partnership
                 aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
                 avaughn@cblaw.com
            Belkys  Escobar   on behalf of Creditor    County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
                 bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
            Belkys  Escobar   on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov,
                 bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
            Benjamin C. Ackerly   on behalf of Creditor    Panasonic Corporation of North America
                 backerly@hunton.com,  cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Defendant    Nikon, Inc. backerly@hunton.com,
                 cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Creditor    Harvest/HPE LP backerly@hunton.com,
                 cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Interested Party    Lowe's HIW, Inc. backerly@hunton.com,
                 cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Creditor    Taubman Auburn Hills Associates Limited Partnership
                 backerly@hunton.com,  cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Interested Party    CCDC Marion Portfolio, L.P.
                 backerly@hunton.com,  cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Interested Party    Federal Warranty Service Corporation
                 backerly@hunton.com,  cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
                 backerly@hunton.com,  cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Creditor    Cypress/CC Marion I, L.P. backerly@hunton.com,
                 cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Creditor    Galleria Plaza, Ltd. backerly@hunton.com,
                 cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Interested Party    Food Lion LLC backerly@hunton.com,
                 cloving@hunton.com
            Benjamin Joseph Lambiotte   on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
            Bhavik Dalpat Patel   on behalf of Defendant    MCM Electronics, Inc. bdp@macdowelllaw.com
            Brad R. Godshall   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
                 bgodshall@pszjlaw.com

District/off: 0422-7          User: luedecket          Page 6 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Bradford F. Englander   on behalf of Creditor    Source Interlink Media, LLC benglander@wtplaw.com,
          rodom@wtplaw.com
          Bradford F. Englander   on behalf of Creditor    Alliance Entertainment Corporation
          benglander@wtplaw.com,  rodom@wtplaw.com
          Brenda M. Whinery   on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler   on behalf of Creditor    Prince George's County, Maryland
          bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net
          Brett Christopher Beehler   on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net,
          lsansbury@mrrlaw.net
          Brian D. Huben   on behalf of Creditor    Prudential Insurance Company of America
          brian.huben@kattenlaw.com,  donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor    The Macerich Company brian.huben@kattenlaw.com,
          donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor    KNP brian.huben@kattenlaw.com,
          donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor    Cousins Properties Incorporated
          brian.huben@kattenlaw.com,  donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor    Watt Management Company brian.huben@kattenlaw.com,
          donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor    RREEF Management Company brian.huben@kattenlaw.com,
          donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor    Foursquare Properties, Inc. brian.huben@kattenlaw.com,
          donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor    Portland Investment Company of America
          brian.huben@kattenlaw.com,  donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Wesley   on behalf of Defendant Christine  Baker brian.wesley@doj.ca.gov
          Brittany Jane Nelson   on behalf of Creditor Karl  Engelke bnelson@foley.com
          Byron Z. Moldo   on behalf of Creditor    RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor    The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor    Descanso TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          C. Christopher Meyer   on behalf of Creditor    Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer   on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason   on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely   on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas
          Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely   on behalf of Creditor    Golfsmith International, L.P.
          ccreely@akingump.com
          Catherine Elizabeth Creely   on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
          Chang  Eugene  on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell   on behalf of Creditor    Hoprock Limonite, LLC
          c.gideon.korrell@dentons.com,  jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com
          Charles W. Chotvacs   on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Portland Investment Company of America
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    UBS Realty Investors, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Federal Realty Investment Trust
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    The Morris Companies Affiliates
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Cousins Properties Incorporated
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com

District/off: 0422-7          User: luedecket          Page 7 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Charles W. Chotvacs    on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    KNP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Prudential Insurance Company of America
           cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel    on behalf of Unknown    G&S Livingston Realty, LLC
           Christian.Vogel@leclairryan.com
          Christian K. Vogel    on behalf of Creditor    Circuit Investors #2, Ltd.
           Christian.Vogel@leclairryan.com
          Christian K. Vogel    on behalf of Creditor    Circuit Investors #3, Ltd.
           Christian.Vogel@leclairryan.com
          Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC
           Christian.Vogel@leclairryan.com
          Christine D. Lynch    on behalf of Creditor    Interstate Augusta Properties LLC
           clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership
           clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    S.R. Weiner & Associates Inc.
           clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine McAteer Ford   on behalf of Creditor Ada Alicea cford@mdpcelaw.com
          Christine McAteer Ford   on behalf of Creditor    Ada Alicea, on behalf of herself and all others
           similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
           cajones@wtplaw.com,   rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher Julian Hoctor   on behalf of Defendant    Moran Brown PC choctor@kv-legal.com
          Christopher L. Perkins    on behalf of Defendant    Parago Promotional Services, Inc
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
           Tech christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Satellite Information Network, Inc.,
           dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    680 S. Lemon Ave. Co.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
           Republic christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
           TV christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
           Star christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com

District/off: 0422-7          User: luedecket          Page 8 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins   on behalf of Defendant   Cisco-Linksys, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    Olympus Corporation of the Americas
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett River States Publishing Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Almo E-Commerce LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sick, Inc. christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Media Solutions Holdings, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Osprey Audit Specialists, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Netgear Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. dba The Times
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
           d/b/a Jack of All Games christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    Olympus Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    Developers Realty, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    Circuit Investors #2, Ltd.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    Fayetteville Developers, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    CK Richmond Business Services #2, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    Plantronics, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    CC Kingsport 98, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Seagate Technology LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Time Warner Cable, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    Cardinal Capital Partners
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. and Gannett River States
           Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
           Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    The Daniel Group
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Take Two Interactive Software, Inc., a/k/a Take
           Two Interactive christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Multimedia Holdings Corporation, dba KUSA-TV
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Lee Enterprises, Incorporated
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Haier America Trading L.L.C.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Cisco Systems, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Transferee   Longacre Opportunity Fund, LP
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    Seagate Technology, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Plaintiff    Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown     Creative Realty Management, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sharp Electronics Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Attorney    LeClair Ryan, A Professional Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   V.E.C., LLC dba Virginia Electronic Components
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    Westfield, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    Take Two Interactive Software, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    CC - Virginia Beach, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com

```
District/off: 0422-7          User: luedecket          Page 9 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
        christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
        Christopher L. Perkins    on behalf of Movant Nina  Winston christopher.perkins@leclairryan.com,
        stacy.beaulieu@leclairryan.com
        Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
        christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
        Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
        christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
        Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
        christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
        Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
        christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
        Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
        christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
        Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
        Greenville News christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
        Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
        christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
        Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
        christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
        Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
        christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
        Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
        christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
        Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
        christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
        Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
        christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
        Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
        cdesiderio@nixonpeabody.com
        Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
        Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
        cdesiderio@nixonpeabody.com
        Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
        cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
        Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
        City of Newport News, Virginia    jdurant@nngov.com
        Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
        summersm@ballardspahr.com;pollack@ballardspahr.com
        Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
        cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
        Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
        Properties Group cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
        Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
        summersm@ballardspahr.com;pollack@ballardspahr.com
        Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
        cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
        Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
        cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
        Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
        cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
        Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
        cpalik@yahoo.com;cjourdonais@mhlawyers.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com
        Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
        cpalik@mhlawyers.com,
        cpalik@yahoo.com;cjourdonais@mhlawyers.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com
        Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc. cmanchester@reedsmith.com,
        shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
        Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
        Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
        shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
        Curtis G. Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
        cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
        D. Marc  Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
        ndysart@ltblaw.com;plaura@ltblaw.com
        Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
        individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
        ddprichard@gmail.com
        Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
        Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
        Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
        Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
        ddprichard@gmail.com
        Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com
        Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
        Statesman ddprichard@gmail.com
        Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
        Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a Austin American
            Statesman ddprichard@gmail.com
            Daniel D. Prichard   on behalf of Defendant   Palm Beach Newspapers, Inc. d/b/a The Palm Beach
            Post ddprichard@gmail.com
            Daniel D. Prichard   on behalf of Defendant   Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
            Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
            Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
            individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
            Daniel F. Blanks   on behalf of Debtor   Kinzie Technology, LLC daniel.blanks@nelsonmullins.com,
            Allison.Abbott@nelsonmullins.com
            Daniel F. Blanks   on behalf of Debtor   PRAHS, INC. daniel.blanks@nelsonmullins.com,
            Allison.Abbott@nelsonmullins.com
            Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc.
            daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
            Daniel F. Blanks   on behalf of Debtor   Mayland MN, LLC daniel.blanks@nelsonmullins.com,
            Allison.Abbott@nelsonmullins.com
            Daniel F. Blanks   on behalf of Debtor   Patapsco Designs, Inc. daniel.blanks@nelsonmullins.com,
            Allison.Abbott@nelsonmullins.com
            Daniel F. Blanks   on behalf of Defendant   Circuit City Stores, Inc.
            daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
            Daniel F. Blanks   on behalf of Plaintiff   Circuit City Stores, Inc.
            daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
            Daniel F. Blanks   on behalf of Debtor   XSStuff, LLC daniel.blanks@nelsonmullins.com,
            Allison.Abbott@nelsonmullins.com
            Daniel F. Blanks   on behalf of Debtor   Sky Venture Corp. daniel.blanks@nelsonmullins.com,
            Allison.Abbott@nelsonmullins.com
            Daniel F. Blanks   on behalf of Debtor   Circuit City Stores, Inc.
            daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
            Daniel F. Blanks   on behalf of Debtor   Courchevel, LLC daniel.blanks@nelsonmullins.com,
            Allison.Abbott@nelsonmullins.com
            Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com,  pressdm@gmail.com
            Daniel M. Press   on behalf of Defendant   Bensussen Deutsch & Associates, Inc.
            dpress@chung-press.com,  pressdm@gmail.com
            Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
            pressdm@gmail.com
            Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
            dsbushnaq@venable.com
            Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
            Darrell William Clark   on behalf of Defendant   Targus, Inc. darrell.clark@stinsonleonard.com,
            catherine.scott@stinsonleonard.com
            Darrell William Clark   on behalf of Creditor   Waste Management, Inc.
            darrell.clark@stinsonleonard.com,  catherine.scott@stinsonleonard.com
            Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
            David  McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
            bankruptcy@ntexas-attorneys.com
            David  McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
            bankruptcy@ntexas-attorneys.com
            David  McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
            bankruptcy@ntexas-attorneys.com
            David  McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
            bankruptcy@ntexas-attorneys.com
            David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
            ecf@davidgreerlaw.com
            David A. Greer   on behalf of Creditor   Century plaza development corporation
            dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
            David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
            Service of North Carolina davidwheeler@mvalaw.com
            David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
            scilino@chlhf.com
            David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
            David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
            pdyson@jackscamp.com
            David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
            pdyson@jackscamp.com
            David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
            dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   Basser-Kaufman dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   Developers Diversified Realty Corporation
            dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   Continental Properties Company, Inc.
            dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   Philips International dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
          RC CA Santa Barbara, LLC dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
          and Eagin Communications dspiro@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
          David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
          druby@t-mlaw.com,  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
          tleonard@gfrlaw.com
          David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
          Revenue Services denise.mondell@ct.gov
          Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services
          denise.mondell@ct.gov
          Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    JVC Americas Corp. and JVC Company of America
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
          America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Business to Business Solutions, LLC
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    iProspect.com Inc. dtlewand@kaufcan.com
          Denyse  Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
          Denyse  Sabagh    on behalf of Transferee    Korea Export Insurance Corporation
          dsabagh@duanemorris.com
          Denyse  Sabagh    on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse  Sabagh    on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse  Sabagh    on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
          Dexter D. Joyner    on behalf of Creditor    Pasadena Independent School District
          caaustin@comcast.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dion W. Hayes    on behalf of Debtor    Circuit City Purchasing Company, LLC
          dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
          dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores West Coast, Inc.
          dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dominic L. Chiariello    on behalf of Creditor Donovan  Dunwell dc@chiariello.com
          Donald K. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects
          dludman@brownconnery.com
          Douglas  Scott    on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
          Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Pasadena Independent School District
          BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Transferee    CFH Investments III, LLC BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Interactive Toy Concepts, Inc
          BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
          BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Russellville Steel Company, Inc.
          BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
          BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
          California, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
          dkappler@rdwlawcorp.com
          Douglas M. Foley    on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas M. Foley    on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc.
            dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
            dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
            dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
            dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
            dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P.
            dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Philadelphia Television Station WPSG Inc.
            dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc.
            dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
            dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Meredith Corporation dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation
            dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc.
            dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Corporation dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc.
            dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
            and KGW-TV dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
            dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company
            dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P.
            dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
            mayle@hooverslovacek.com
          Elizabeth Banda Calvo    on behalf of Creditor    City of Hurst, Mansfiled ISD, Carroll ISD
            ebcalvo@pbfcm.com,   rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Elizabeth  Banda Calvo   on behalf of Creditor   City of Cedar Hill, Burleson ISD, Arlington ISD
ebcalvo@pbfcm.com, rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Elizabeth  Banda Calvo   on behalf of Creditor   City of Lake Worth ebcalvo@pbfcm.com,
rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
wenditaylor@toase.com
Elizabeth L. Gunn   on behalf of Creditor   Hewlett Packard Company
elizabeth.gunn@dss.virginia.gov, bankruptcy@dss.virginia.gov
Elizabeth L. Gunn   on behalf of Defendant   PG Publishing Co., Inc. d/b/a Pittsburgh Post
Gazette egunn@sandsanderson.com, bankruptcy@dss.virginia.gov
Elizabeth L. Gunn   on behalf of Defendant   Campbell Construction Co. egunn@sandsanderson.com,
bankruptcy@dss.virginia.gov
Elizabeth L. Gunn   on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
bankruptcy@dss.virginia.gov
Elizabeth L. Gunn   on behalf of Creditor Mikael  Salovaara elizabeth.gunn@dss.virginia.gov,
bankruptcy@dss.virginia.gov
Elizabeth L. Gunn   on behalf of Defendant   Cypress/Spanish Fort I LP egunn@sandsanderson.com,
bankruptcy@dss.virginia.gov
Elizabeth L. Gunn   on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
bankruptcy@dss.virginia.gov
Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1
elizabeth.gunn@dss.virginia.gov, bankruptcy@dss.virginia.gov
Elizabeth L. Gunn   on behalf of Creditor   City of Philadelphia elizabeth.gunn@dss.virginia.gov,
bankruptcy@dss.virginia.gov
Elizabeth L. Gunn   on behalf of Defendant   Longacre Opportunity Fund, L.P.
egunn@sandsanderson.com, bankruptcy@dss.virginia.gov
Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedmanspring.com,
jquiambao@friedmanspring.com
Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
klgatesbankruptcy@klgates.com
Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
Eric Lopez Schnabel   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
schnabel.eric@dorsey.com, glorioso.alessandra@dorsey.com
Eric Lopez Schnabel   on behalf of Creditor   Entergy Mississippi, Inc. schnabel.eric@dorsey.com,
glorioso.alessandra@dorsey.com
Eric Lopez Schnabel   on behalf of Creditor   Entergy Arkansas, Inc. schnabel.eric@dorsey.com,
glorioso.alessandra@dorsey.com
Eric Lopez Schnabel   on behalf of Creditor   Entergy Louisiana, LLC schnabel.eric@dorsey.com,
glorioso.alessandra@dorsey.com
Eric Lopez Schnabel   on behalf of Creditor   Entergy Texas, Inc. schnabel.eric@dorsey.com,
glorioso.alessandra@dorsey.com
Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
Erika L. Morabito   on behalf of Defendant   Navarre Online Fulfillment Services, Inc.
emorabito@pattonboggs.com
Erin Elizabeth Kessel   on behalf of Defendant   Casio, Inc. ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   PNY Technologies, Inc. ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Entergy Louisiana, LLC ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Entergy Arkansas, Inc. ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   South Carolina Electric & Gas Company and Public
Service of North Carolina ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Cleveland Construction, Inc.
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Entergy Mississippi, Inc. ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Entergy Texas, Inc. ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

District/off: 0422-7          User: luedecket          Page 15 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Erin Elizabeth Kessel   on behalf of Defendant   PNY Technologies Inc. ekessel@spottsfain.com,
   kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
   on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
   ffm@bostonbusinesslaw.com
Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP
   frank.pepler@dlapiper.com,   sandy.holstrom@dlapiper.com
Franklin R. Cragle, III   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
Franklin R. Cragle, III   on behalf of Creditor   United States Debt Recovery, LLC
   fcragle@hf-law.com
Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue
   rudzikf@dor.state.fl.us
Fredrick J. Levy   on behalf of Creditor   ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
   mmarck@olshanlaw.com;ssallie@olshanlaw.com
Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
   mmarck@olshanlaw.com;ssallie@olshanlaw.com
Garren Robert Laymon   on behalf of Creditor   Placer County glaymon@mglspc.com,
   jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Arlington ISD, et al. glaymon@mglspc.com,
   jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Riverside County California glaymon@mglspc.com,
   jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   San Bernardino County glaymon@mglspc.com,
   jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Glenmoor Limited Partnership glaymon@mglspc.com,
   jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Monterey County glaymon@mglspc.com,
   jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
   glaymon@mglspc.com,   jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Lake County (Florida) Tax Collector
   glaymon@mglspc.com,   jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com,
   jcoffman@mglspc.com
Gary E. Mason   on behalf of Plaintiff Marlon   Mondragon gmason@wbmllp.com
Gary E. Mason   on behalf of Creditor Marlon   Mondragon gmason@wbmllp.com
Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,   calendar@fbm.com
Gary V. Fulghum   on behalf of Creditor   John Rohrer Contracting Company, Inc.
   gfulghum@sblsg.com,   jschmeltz@sblsg.com;jrapp@sblsg.com
Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
   jschmeltz@sblsg.com;jrapp@sblsg.com
Gary V. Fulghum   on behalf of Creditor   Lang Construction, Inc. gfulghum@sblsg.com,
   jschmeltz@sblsg.com;jrapp@sblsg.com
George E. Kostel   on behalf of Unknown   KeyBank National Association gkostel@polsinelli.com,
   gekostel@gmail.com;mleeling@polsinelli.com;lipayne@polsinelli.com;dcdocketing@polsinelli.com
German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
   alison.moreno@pcao.pima.gov
Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
   notices@becket-lee.com
Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
   Corp Card notices@becket-lee.com
Gilbert D. Sigala   on behalf of Creditor John   Batioff sigalawl@aol.com
Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
   gbrown@pszjlaw.com
Gina Baker Hantel   on behalf of Defendant   State of Tennessee Department of Revenue,through
   Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
   agbankcal@ag.tn.gov
Gina Baker Hantel   on behalf of Creditor   Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund
   gfornario@nixonpeabody.com,   khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
   christine@virginia-lawyers.net
Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
   ggrant@shulmanrogers.com,   lsmith@shulmanrogers.com
H. Elizabeth Weller   on behalf of Creditor   Smith County Dallas.Bankruptcy@publicans.com
H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
H. Slayton Dabney, Jr.   on behalf of Creditor   Applied Predictive Technologies, Inc.
   sdabney@dabneypllc.com
Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
Heather D. Brown   on behalf of Creditor   Westgate Village, LP heather@hdbrownlaw.com,
   jwest@kkgpc.com
Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
   Heather.Anderson@dol.lps.state.nj.us

District/off: 0422-7          User: luedecket       Page 16 of 56       Date Rcvd: Jun 01, 2016
                             Form ID: trc           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
           Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr   on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
           Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
           Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Creditor    Suemar hbroberts@live.com,
           droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
           Corporation hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
           ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
           droberts1949@live.com
          Henry P. Baer   on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
           csommer@fdh.com
          Henry Pollard Long, III   on behalf of Defendant    Panasonic Corporation of North America
           hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com,
           tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party    Parker Central Plaza Ltd
           hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    Panasonic Corporation of North America
           hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com,
           tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party    Food Lion LLC hlong@hunton.com,
           tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
           hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    Taubman Auburn Hills Associates Limited
           Partnership hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    Harvest/HPE LP hlong@hunton.com,
           tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    H & R REIT (U.S.) Holdings Inc.
           hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party    CCDC Marion Portfolio, L.P.
           hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party    Federal Warranty Service Corporation
           hlong@hunton.com,  tcanada@hunton.com
          Howard J. Grossman   on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
           howard.j.grossman@chase.com
          Ian S. Landsberg   on behalf of Creditor    Torrance Towne Center Associates, LLC
           ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor    FJL-MVP, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor    NMC Stratford, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          J. Christian Word   on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
           chefiling@lw.com;robert.klyman@lw.com
          J. Christian Word   on behalf of Liquidator    Hilco Merchant Resources, LLC
           chefiling@lw.com;robert.klyman@lw.com
          J. David Folds   on behalf of Defendant    Simpletech, Inc. dfolds@bakerdonelson.com,
           sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant    Interactive Communications International, Inc.
           dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant    Hitachi Global Storage Technologies, Inc.
           dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant    Western Digital Technologies, Inc.
           dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant    Fabrik, Inc. dfolds@bakerdonelson.com,
           sparson@bakerdonelson.com
          Jackson David Toof   on behalf of Defendant    Discovery Communications, Inc.
           jackson.toof@arentfox.com,
           jeffrey.rothleder@arentfox.com;manuel.arreaza@arentfox.com;john.dowd@arentfox.com;jill.clough@are
           ntfox.com
          Jackson David Toof   on behalf of Creditor    Discovery Communications, Inc.
           jackson.toof@arentfox.com,
           jeffrey.rothleder@arentfox.com;manuel.arreaza@arentfox.com;john.dowd@arentfox.com;jill.clough@are
           ntfox.com
          Jaime Sue Dibble   on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com,
           lbigus@stinson.com
          James D. Newbold   on behalf of Creditor    State of Illinois, Department of Revenue
           James.Newbold@illinois.gov
          James D. Newbold   on behalf of Counter-Claimant    State of Illinois Department of Revenue,
           through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke   on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust
           vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             James E. Clarke    on behalf of Interested Party    Brick-70, LLC vaecf@atlanticlawgrp.com,
               rbailey@atlanticlawgrp.com
             James H. Rollins    on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
               avis.francis@hklaw.com
             James J. Briody    on behalf of Creditor    Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
               kim.smith@sablaw.com
             James J. Briody    on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
               kim.smith@sablaw.com
             James J. Briody    on behalf of Creditor    LNR Partners, Inc. jim.briody@sablaw.com,
               kim.smith@sablaw.com
             James K. Donaldson    on behalf of Defendant    Solutions 2 Go, LLC jdonaldson@cblaw.com,
               eanderson@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;hcut
               right@spottsfain.com
             James R. Schroll    on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
               ncoton@beankinney.com
             James R. Schroll    on behalf of Creditor    Madison Waldorf, LLC jschroll@beankinney.com,
               ncoton@beankinney.com
             James V. Lombardi    on behalf of Creditor    AmREIT, a Texas real estate investment trust
               jlombardi@rossbanks.com, acole@rossbanks.com
             James W. Reynolds    on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
               of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
             James Winston Burke    on behalf of Creditor    MiTAC Digital Corp. (Magellan) jburke@milbank.com
             James Winston Burke    on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA
               Inc. jburke@milbank.com
             James Winston Burke    on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP
               jburke@milbank.com
             James Winston Burke    on behalf of Defendant    MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
               jburke@milbank.com
             James Winston Burke    on behalf of Creditor    Nintendo of America, Inc. jburke@milbank.com
             James Winston Burke    on behalf of Defendant    MiTAC Digital Corporation, individually and
               including in its capacity as successor to Magellan Navigation, Inc. jburke@milbank.com
             James Winston Burke    on behalf of Defendant    Nintendo of America, Inc. jburke@milbank.com
             Jamie M. Konn    on behalf of Defendant    Polk Audio, Inc. jamie.konn@dlapiper.com,
               jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
             Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
               jamie.konn@dlapiper.com,    jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
             Janet M. Meiburger, Esq.    on behalf of Creditor    Tribune Company admin@meiburgerlaw.com
             Janet M. Meiburger, Esq.    on behalf of Creditor    Ricmac Equities Corporation
               admin@meiburgerlaw.com
             Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
               ecf@krcl.com
             Jason B. Binford    on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
               ecf@krcl.com
             Jason M. Krumbein    on behalf of Creditor Jonathan    Card jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
             Jason M. Krumbein    on behalf of Creditor Robert    Gentry jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
             Jason M. Krumbein    on behalf of Creditor Joseph    Skaf jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
             Jason M. Krumbein    on behalf of Creditor Jack    Hernandez jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
             Jason William Harbour    on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@hunton.com,
               tcanada@hunton.com
             Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
               jharbour@hunton.com,    tcanada@hunton.com
             Jeffrey  Scharf    on behalf of Creditor    County of Spokane jeff@taxva.com,
               tacspc@gmail.com;amanda@taxva.com
             Jeffrey  Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
               tacspc@gmail.com;amanda@taxva.com
             Jeffrey  Scharf    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
               jeff@taxva.com,    tacspc@gmail.com;amanda@taxva.com
             Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
               Jeff.Klusmeier@ago.mo.gov,    Michelle.Hirschvogel@ago.mo.gov
             Jeffrey I. Snyder    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
               jsnyder@bilzin.com,    eservice@bilzin.com;lflores@bilzin.com
             Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
             Jeffrey I. Snyder    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
               Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage
               Pass-Through Certificates, Series 2002-CIBC4 jsnyder@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
             Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
             Jeffrey I. Snyder    on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
             Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com

District/off: 0422-7          User: luedecket          Page 18 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey I. Snyder   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
           Partnership jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
           jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
           jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited
           Partnership jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey J. Graham   on behalf of Creditor   Washington Corner, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Amcor Sunclipse North America jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Gateway US Retail, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Acer America Corporation jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corporation
           jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The Insurance Company of the State of
           Pennsylvania jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Specific Media LLC jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   MaineToday Media, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corp.
           jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Gateway, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jeffreymsherman@gmail.com,
           elmoyer99@gmail.com
          Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
           Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
           dennisj@ballardspahr.com, pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
           dennisj@ballardspahr.com, pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
           dennisj@ballardspahr.com, pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
           dennisj@ballardspahr.com, pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   OTR-Clairemont Square dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   KNP dennisj@ballardspahr.com,
              pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
              Jennifer Ellis Lattimore   on behalf of Defendant   Vizio, Inc. jlattimore@eckertseamans.com
              Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
              Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
              jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com
              Jennifer J. West   on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Louisiana, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Imation Enterprises Corp. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Verizon Communications Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Mississippi, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com
              Jennifer J. West   on behalf of Defendant   Coca-Cola Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Arkansas, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com
              Jennifer J. West   on behalf of Defendant   Coca Cola Bottling Co. Consolidated
              jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com
              Jennifer J. West   on behalf of Creditor   South Carolina Electric & Gas Company and Public
              Service of North Carolina jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Prosite Business Solutions, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
              jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
                 Enterprises Inc. jwest@spottsfain.com,
                 rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                 ;hcutright@spottsfain.com
            Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
                 rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                 ;hcutright@spottsfain.com
            Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
                 rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                 ;hcutright@spottsfain.com
            Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
                 jkneeland@linowes-law.com,
                 klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com
            Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com,
                 klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com
            Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
                 jkneeland@linowes-law.com,
                 klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com
            Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
                 jkneeland@linowes-law.com,
                 klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com
            Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
                 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    Swiff-Train Company jmclemore@cblaw.com,
                 avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
                 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
                 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC jmclemore@cblaw.com,
                 avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
                 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
                 Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
                 Bee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
                 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
                 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
                 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.cgm
            Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company jmclemore@cblaw.com,
                 avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
                 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
                 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC jmclemore@cblaw.com,
                 avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
                 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P. jmclemore@cblaw.com,
                 avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
                 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
                 avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
                 avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
                 avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
                 avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
                 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
                 avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
                 Inland Pacific Property Services LLC) jmclemore@cblaw.com,
                 avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
                 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@cblaw.com,
                 avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
                 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

           Jennifer McLain McLemore   on behalf of Creditor   Tourboullin Co. jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Jordan Landing, LLC jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Bel Air Square LLC jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Myrtle Beach Sun News jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank national Association, as Trustee
             for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
             Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Media General, Inc. jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   CC-Investors 1995-6 jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
             Gateway III, LLC as tenants in common jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Inland Western Houma Magnolia, L.L.C.
             jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company dba The Charlotte
             Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Fresno Bee
             jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Starpoint Property Management, LLC
             jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Generation One and Two, LP jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Defendant   Carlson Marketing Worldwide, Inc., fka
             Carlson Marketing Group, Inc. jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1021, L.L.C.
             jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Sparkleberry Two Notch, LLC
             jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   RPAI Southwest Management LLC (f/k/a Inland
             Southwest Management LLC) jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   P/A Acadia Pelham Manor, LLC
             jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Defendant   Lexington Herald-Leader jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Shops at Kildeer, LLC jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Columbia Equities Limited Partnership
             jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   De Rito Partners Development, Inc.
             jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Inland Western Sugar Land Colony Liimted
             Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   GC Acquisition Corp. jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Inland Western Lake Worth Towne Crossing
             Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor Alexander H Bobinski jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Inland Western San Antonio HW Limited
             Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Inland Southwest Management LLC
             jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Digital Innovations, LLC on Behalf of VonWin
             Capital Management, LP jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Capital Centre LLC jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Washington Commons Associates
             jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   RD Bloomfield Associates Limited Partnership
             jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Parker Central Plaza, Ltd. jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
           Jennifer McLain McLemore   on behalf of Creditor   Inland Southeast Darien jmclemore@cblaw.com,
             avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jennifer McLain McLemore    on behalf of Creditor   Mount Berry Square, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Inland Commercial Property Management,  Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   N.P. Huntsville Limited Liability Company
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Nashville Electric Service jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Inland Traverse City, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant   The McClatchy Company d/b/a The Kansas City
              Star jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant   Spirit Delivery and Distribution Services,
              Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Prudential Insurance Company of America
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   KNP jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   CC Properties LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Transferee   412 South Broadway Realty LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Inland Western Avondale McDowell, L.L.C
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Cameron Bayonne, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Inland Western College Station Gateway Limited
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Brighton Commercial, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Interested Party   Sacramento Bee jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant   McClatchy Newspapers, Inc. dba The State
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Kansas City Star jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Watt Management Company jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Kimco Realty Corporation jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Transferee   IMCC Sunland, L.L.C. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Hamilton Crossing jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Redtree Properties, L.P. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   MB Fabyan Randall Plaza Batavia, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank National Association, as trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Amargosa Palmdale Investments, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   U.S. 41 & I 285 Company jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Premier Retail Interiors, Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank National Association, f/k/a/
              LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant   Philips Electronics North America Corporation,
              d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
              Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank National Association as Trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Inland Southwest Management LLC, Inland
              American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
              Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   PL Mesa Pavilions LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor   Inland Western Southlake Corners Limited
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer McLain McLemore   on behalf of Creditor   Cameron Bayonne Urban Renewal, LLC's (f/k/a
Cameron Bayonne, LLC) jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   City and County of San Francisco
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Defendant   The Miami Herald Media Company
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Union Square Retail Trust jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Crossroads Associates, Ltd.
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Charlotte Observer jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company, dba Myrtle Beach Sun
News, aka The Sun News jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Wichita Eagle jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Manufacturers and Traders Trust Company, as
Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   NAP Northpoint, LLC jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Fingerlakes Crossing, LLC jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Thoroughbred Village jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Defendant   Industriaplex, Inc. jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping
Center) jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Carousel Center Company, L.P.
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Foursquare Properties Inc. jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   EklecCo NewCo, LLC jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Inland Western Lewisville Lakepointe Limited
Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association f/k/a
LaSalle National Bank jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge
Center jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   De Rito Partners jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   La Habra Imperial, LLC jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Rolling Acres Plaza Shopping Center
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Interested Party   Jeff Leopold jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Lake Worth Towne Crossing Limited Partnership
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   McClatchy Company jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Defendant   Idaho Statesman Publishing LLC, d/b/a The
Idaho Statesman jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   The Leben Family Limited Partnership
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Defendant   Hamilton Beach Brands, Inc.
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Generation H One and Two Limited Partnership
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Cohab Realty, LLC jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   EEL McKee LLC jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company, d/b/a The Wichita
Eagle jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Plaintiff   CC-Investors 1995-6 jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Interested Party   San Luis Obispo Tribune
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   CHK, LLC jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

Jennifer McLain McLemore   on behalf of Creditor   Computer Resource Team, Inc.
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 24 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
          jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
          Limited Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
          jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
          Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
          jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
          jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
          jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
          jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
          jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
          jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
          Management LLC) jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
          jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
          Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
          acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
          jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
          jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
          jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
          jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
          jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, a
          nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
          acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Cousins Properties Incorporated
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Southwest Darien, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Continental Property Management Corp.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Rancon Realty Fund IV jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland American Retail Management LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Argyle Forest Retail I, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   KRG Market Street Village, LP
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   The Macerich Company jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Digital Innovations, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Warner Home Video jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Acadia Realty Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Manufacturers & Traders Trust Company,
          as Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Myrtle Beach Farms jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Fishers Station Development Co.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   North Jersey Media Group Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Thoroughbred Village Tennessee, GP
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Crossroads Shopping Center jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Whitestone Development Partners, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Bella Terra Associates, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Merge Computer Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RioCan Austin Southpark Meadows II Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Tanglewood Park, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
          calirm@haslaw.com
          Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
          egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
          jeremy.friedberg@lf-pc.com,  ecf@lf-pc.com;pierce.murphy@lf-pc.com
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Information Systems, Inc.
          jeremy.friedberg@lf-pc.com,  ecf@lf-pc.com;pierce.murphy@lf-pc.com
          Jeremy S. Friedberg   on behalf of Creditor   Washington Green TIC jeremy.friedberg@lf-pc.com,
          ecf@lf-pc.com;pierce.murphy@lf-pc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Jeremy S. Williams   on behalf of Creditor   Magna Trust Company, Trustee
              jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
             Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC
              jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
             Jeremy S. Williams   on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
             Jeremy S. Williams   on behalf of Defendant    SDI Technologies, Inc.
              jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
             Jeremy S. Williams   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
              jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
             Jeremy S. Williams   on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
             Jeremy S. Williams   on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
             Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
              jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
             Jeremy W. Martin   on behalf of Interested Party   McCandlish Holton, PC
              jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
             Jeremy W. Martin   on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
              jmartin@weststarmortgage.com
             Jeremy W. Ryan   on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
             Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
             Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
              Corp. jerryhall10@hotmail.com
             Jess R. Bressi   on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
             Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
             Jessica Regan Hughes   on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
              swells@seyfarth.com;wdcdocketing@seyfarth.com
             Jessica Regan Hughes   on behalf of Interested Party   Arboretum of South Barrington, LLC
              jhughes@seyfarth.com,   swells@seyfarth.com; wdcdocketing@seyfarth.com
             Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping  Center
              jhughes@seyfarth.com,   swells@seyfarth.com;wdcdocketing@seyfarth.com
             Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
              swells@seyfarth.com;wdcdocketing@seyfarth.com
             Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
             Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
              jsaronson@ridberglaw.com
             Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
             Joel T. Marker   on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
             John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
              jraftery@offitkurman.com
             John C. Smith   on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
              Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
             John C. Smith   on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
              Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
             John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
             John C. Smith   on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
             John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
              jfiero@pszjlaw.com
             John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;jhill@wmlawgroup.com
             John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;jhill@wmlawgroup.com
             John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;jhill@wmlawgroup.com
             John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
              jmcintyre@wmlawgroup.com,   wedwards@wmlawgroup.com;jhill@wmlawgroup.com
             John D. McIntyre   on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;jhill@wmlawgroup.com
             John D. McIntyre   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
              jmcintyre@wmlawgroup.com,   wedwards@wmlawgroup.com;jhill@wmlawgroup.com
             John Darren Sadler   on behalf of Creditor   The Hutensky Group sadlerj@ballardspahr.com,
              andersonn@ballardspahr.com
             John Darren Sadler   on behalf of Creditor   CWCapital Asset Management LLC
              sadlerj@ballardspahr.com,   andersonn@ballardspahr.com
             John Darren Sadler   on behalf of Creditor   Cencor Realty sadlerj@ballardspahr.com,
              andersonn@ballardspahr.com
             John Darren Sadler   on behalf of Creditor   Brixmor Property Group, Inc., f/k/a Centro
              Properties Group sadlerj@ballardspahr.com,   andersonn@ballardspahr.com
             John Darren Sadler   on behalf of Defendant   Berkshire-Amherst, LLC sadlerj@ballardspahr.com,
              andersonn@ballardspahr.com
             John Darren Sadler   on behalf of Creditor   Battlefield FE Limited Partners
              sadlerj@ballardspahr.com,   andersonn@ballardspahr.com
             John Darren Sadler   on behalf of Creditor   Federal Realty Investment Trust
              sadlerj@ballardspahr.com,   andersonn@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John Darren Sadler   on behalf of Creditor   UBS Realty Investors, LLC sadlerj@ballardspahr.com,
            andersonn@ballardspahr.com
          John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
            pjf@carmodymacdonald.com
          John E. Lucian   on behalf of Creditor   VIWY, L.P. lucian@blankrome.com
          John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
            lucian@blankrome.com
          John G. McJunkin   on behalf of Creditor   Marc Realty jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
            jmcjunkin@bakerdonelson.com,  sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   FT Orchard LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   427 Orchard LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
          John J. Lamoureux   on behalf of Creditor   Amore Construction Company jlamoureux@cfjblaw.com,
            delliott@cfjblaw.com
          John J. Trexler   on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
            jroche@perkinscoie.com,
            ADSmith@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com;ecf-3ac9070a3959@ecf.
            pacerpro.com;geisenberg@perkinscoie.com
          John M. Craig   on behalf of Defendant   Imagitas, Inc. johncraigh@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Ohio, Inc. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Long Island Lighting Company d/b/a LIPA
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Central Georgia Electric Membership Corporation
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southwest Gas Corporation johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   New York State Electric and Gas Corporation
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Michigan Consolidated Gas Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Carolina Power & Light Company d/b/a Progress Energy
            Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Light and Power Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Piedmont Natural Gas Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Toledo Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern Connecticut Gas Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Indiana, Inc. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Defendant   Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant   Pro-Pave Sealcoat Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern California Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Yankee Gas Services Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Orange and Rockland Utilities johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Detroit Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   KeySpan Gas East Corporation johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Natural Gas Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Cleveland Electric Illuminating Company
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Carolinas, LLC johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Company of New Hampshire
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion
            Virginia Power johncraigg@aol.com,  russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            John M. Craig    on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
              johncraigg@aol.com,   russj4478@aol.com
            John M. Craig    on behalf of Creditor    Public Service Electric And Gas Company
              johncraigg@aol.com,   russj4478@aol.com
            John M. Craig    on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
              johncraigg@aol.com,   russj4478@aol.com
            John M. Craig    on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
            John M. Craig    on behalf of Creditor    Granite State Electric johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
            John M. Craig    on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Consolidated Edison Company of New York, Inc.
              johncraigg@aol.com,   russj4478@aol.com
            John M. Craig    on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Salt River Project johncraigg@aol.com,  russj4478@aol.com
            John M. Craig    on behalf of Creditor    American Electric Power johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Jackson EMC johncraigg@aol.com,  russj4478@aol.com
            John M. Craig    on behalf of Defendant    ASM Capital III, L.P. johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
              johncraigg@aol.com,   russj4478@aol.com
            John M. Craig    on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
              russj4478@aol.com
            John P. Van Beek    on behalf of Defendant    Cosco, Inc., d/b/a Cosco Air Conditioning and
              Refrigeration jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
            John P. Van Beek    on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
            John P. Van Beek    on behalf of Creditor    WEC 96D Niles Investment Trust
              jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
            John P. Van Beek    on behalf of Creditor    TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
            John T. Farnum    on behalf of Creditor    Bell Microproducts, Inc. jfarnum@linowes-law.com,
              gduvall@linowes-law.com;klevie@linowes-law.com
            John T. Farnum    on behalf of Defendant    Ashley Furniture Industries, Inc.
              jfarnum@linowes-law.com,   gduvall@linowes-law.com;klevie@linowes-law.com
            John T. Husk    on behalf of Defendant    Casco Corporation johnhusk@aol.com,  nre98@aol.com
            Jonathan L. Hauser    on behalf of Defendant    Klipsch Audio Technologies LLC
              jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Defendant    CENVEO, Inc. jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Defendant    Velocity Micro, Inc.
              jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Defendant    Stampede Presentation Products, Inc.
              jonathan.hauser@troutmansanders.com
            Jonathan T. Cain    on behalf of Defendant    Zoo Entertainment, Inc. jtcain@mintz.com,
              kcraun@mintz.com
            Jonathan T. Cain    on behalf of Defendant    InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
            Jonathan T. Cain    on behalf of Defendant    Zoo Games, Inc. f/k/a Destination Software, Inc.
              jtcain@mintz.com,  kcraun@mintz.com
            Jorge A. Ortiz    on behalf of Defendant    Interactive Toy Concepts, Inc jorgeortiz04ll@gmail.com
            Joseph M. DuRant    on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Joseph T. Moldovan    on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire
           Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins, 11    USTPRegion04.RH.ECF@usdoj.gov
          Judy Bamberger Calton    on behalf of Defendant    DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano    on behalf of Creditor    AT&T Capital Services, Inc.
           quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano    on behalf of Defendant    Kent H. Landsberg of Dallas, LP (
           quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano    on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
           harvell@seeger-law.com
          Julie Ann Quagliano    on behalf of Creditor    AT&T quagliano@seeger-law.com,
           harvell@seeger-law.com
          Julie Ann Quagliano    on behalf of Defendant    Paris Business Products, Inc.
           quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano    on behalf of Defendant    Amcor Packaging Distribution, Inc., d/b/a Amcor
           Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
           quagliano@seeger-law.com, harvell@seeger-law.com
          Justin F. Paget    on behalf of Defendant    The Seattle Times Company jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget    on behalf of Defendant    Hunton & Williams, LLP jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget    on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget    on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget    on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
           Inc. jpaget@hunton.com, tcanada@hunton.com
          Justin F. Paget    on behalf of Defendant    Wynit, Inc. jpaget@hunton.com, tcanada@hunton.com
          Justin F. Paget    on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
           Liberate Your Brand jpaget@hunton.com, tcanada@hunton.com
          Kalina Boyanova Miller    on behalf of Creditor    First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com, rours@wileyrein.com
          Kalina Boyanova Miller    on behalf of Creditor    Greater Orlando Aviation Authority
           kmiller@wileyrein.com, rours@wileyrein.com
          Kan C. Farand    on behalf of Creditor    Alameda County Treasurer farand.kan@acgov.org
          Karen L. Gilman    on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley    on behalf of Mediator Karen    Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com;clrbfirmecf@gmail.com
          Karen M. Crowley    on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com;clrbfirmecf@gmail.com
          Ken Coleman on behalf of Interested Party    Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad    on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
          Kenneth R. Rhoad    on behalf of Defendant    Actionlink, LLC krhoa@gebsmith.com
          Kevin A. Lake    on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
           County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
           District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Madcow International Group Limited
           klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
           Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
           Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Harris County klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
           District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
           District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Pima County klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk    on behalf of Creditor Joanne    Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Creditor Roy    Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink    on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com

District/off: 0422-7          User: luedecket          Page 30 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kevin M. Newman    on behalf of Creditor    NBT Bank, N.A. kmnewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Carousel Center Company, L.P. knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Mount Berry Square, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Sangertown Square, L.L.C. knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    EklecCo NewCo, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Landover (Landover Crossing), LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Fingerlakes Crossing, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
              krm@mccarthywhite.com,   wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Detroit, Inc.
              khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Phoenix, Inc.
              khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Texas, Inc.
              khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Atlanta, Inc.
              khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Tampa, Inc.
              khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
              sprescott@idalaw.com
          Kimberly A. Pierro    on behalf of Creditor    Schottenstein Property Group, Inc.
              kimberly.pierro@kutakrock.com,
              sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
              @kutakrock.com
          Kimberly A. Pierro    on behalf of Creditor    Cole CC Groveland FL, LLC
              kimberly.pierro@kutakrock.com,
              sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
              @kutakrock.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
              LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
              kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
              for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
              kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
              kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    Wells Fargo Bank, N.A kwalker@fulbright.com,
              kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
              LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
          Kirk B. Burkley    on behalf of Creditor    Duquesne Light Company kburkley@bernsteinlaw.com,
              pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
              ve.com
          Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@BERKHIMERLaw.com
          Kristen E. Burgers    on behalf of Creditor    ORIX Capital Markets, LLC kburgers@hf-law.com
          Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC kburgers@hf-law.com
          Kristin Elliott    on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kristin Elliott    on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@hf-law.com,
          eappelstein@hf-law.com
          Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rgblawfirm.com,
          joette@rgblawfirm.com
          Lawrence J. Hilton   on behalf of Creditor   TARGUS, INC. lhilton@onellp.com,  lthomas@onellp.com,
          info@onellp.com,janderson@onellp.com,crodriguez@onellp.com
          Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
          gadams@Starr-Law.com
          Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
          lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
          lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt   on behalf of Interested Party   American Computer Development, Inc.
          regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Defendant   EVGA.com Corp. regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Linda Sharon Broyhill   on behalf of Creditor   La Frontera Village, L.P. lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Caguas LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   CSI Construction Company lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Wayne VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Lang Construction, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BevCon I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO Mundy Street, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   McAlister Square Partners, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   North Plainfield VF LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   East Brunswick VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Finance, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Encinitas PFA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Cardinal Court, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant   Vornado Realty Trust lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Ray Mucci's Inc. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Reverend Dwayne Funches lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO TRU Dale Mabry, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BBP-Muncy LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County, GA Tax Commissioner lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   PrattCenter, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   John Rohrer Contracting Company, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Amherst VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County Tax Commissioner lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Monument Consulting, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Route 146 Millbury LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   NPP Development LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Hillson Electric Incorporated lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   T. J. Maxx of CA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Interstate Augusta Properties LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   DEV Limited Partnership lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   UTC I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-OH LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com

District/off: 0422-7          User: luedecket          Page 32 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Lisa Hudson Kim    on behalf of Creditor    BPP-SC LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-NY LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant    Colonial Heights Holdings, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
            lhamiel@siwpc.com
          Loc  Pfeiffer  on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com,
            Amanda.nugent@kutakrock.com
          Loc  Pfeiffer  on behalf of Creditor    Schottenstein Property Group, Inc.
            loc.pfeiffer@kutakrock.com,  Amanda.nugent@kutakrock.com
          Louis E. Dolan, Jr.  on behalf of Defendant    California Self-Insurers Security Fund
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Creditor    Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Plaintiff    Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Creditor    TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Defendant Christine  Baker LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Defendant    TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Creditor    California Self-Insurers' Security Fund
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton  on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel Anne Vargas  on behalf of Defendant    Cypress/Spanish Fort I LP LVargas@chfirm.com,
            chps.ecfnotices@gmail.com
          Lynn L. Tavenner  on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner  on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner  on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner  on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner  on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner  on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
            ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
                   Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
                   sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Lynn L. Tavenner    on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
                   sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                   sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Lynn L. Tavenner (CC-B)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                   sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Lynn L. Tavenner (CC-C)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                   sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Madeleine C. Wanlsee    on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
              Malcolm M. Mitchell, Jr.    on behalf of Creditor    AOL LLC mmmitchell@vorys.com,
                   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advertising.com Inc. mmmitchell@vorys.com,
                   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising Inc. mmmitchell@vorys.com,
                   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising, Inc., fka Platform-A Inc.
                   mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.    on behalf of Defendant    Superstation, Inc. mmmitchell@vorys.com,
                   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.    on behalf of Creditor    Accent Energy California LLC
                   mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advance Real Estate Management, LLC
                   mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.    on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
                   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
              Mark B. Conlan    on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
              Mark B. Conlan    on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 LAWENCE ROAD , LLC
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Unknown    Sutherland Asbill & Brennan LLP
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    LNR Partners, Inc. mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
                   of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
                   holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Transferee    CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
                   PARTNERSHIP mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    C1 West Mason Street LLC mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Transferee    CMAT 1999-C2 Bustleton Avenue Limited Partnership
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
                   mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com

District/off: 0422-7          User: luedecket          Page 34 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Mark D. Sherrill   on behalf of Creditor    CGCMT 2006 C5 Glenway Avenue LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
          Partnership mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
          Liability Company mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
          Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
          Certificates, Series 2006-C4 mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-CI KELLY ROAD, LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    GECMC 2005-C2 Ludwig Drive, LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C2 EMPORIUM DRIVE LLC
          mark.sherrill@sutherland.com
          Mark D. Taylor    on behalf of Defendant    The Weather Channel, LLC f/k/a The Weather Channel
          Interactive, Inc. mtaylor@vlplawgroup.com
          Mark D. Taylor    on behalf of Creditor    Triangle Equities Junction LLC mtaylor@vlplawgroup.com
          Mark D. Taylor    on behalf of Creditor    Lenovo USA mtaylor@vlplawgroup.com
          Mark E. Browning    on behalf of Defendant    Susan Combs, as Comptroller of Public Accounts of the
          State of Texas, and Greg Abbott, as Attorney General of the State of Texas
          bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts
          bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts and Texas
          Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman    on behalf of Defendant    InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Creditor    InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Defendant    Creative Labs, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Creditor    Morgan Hill Retail Venture, LP
          mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Creditor    West Marine Products, Inc. mark.friedman@dlapiper.com
          Mark K. Ames    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
          mark@taxva.com,  amanda@taxva.com
          Mark K. Ames    on behalf of Creditor    Louisiana Department of Revenue mark@taxva.com,
          amanda@taxva.com
          Mark X. Mullin    on behalf of Creditor    Phoenix Property Company mark.mullin@haynesboone.com,
          dian.gwinnup@haynesboone.com
          Mark X. Mullin    on behalf of Creditor    BB Fonds International 1 USA, L.P.
          mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
          Martha E. Hulley    on behalf of Creditor    Developers Realty, Inc. martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    Fayetteville Developers, LLC
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    Westfield, LLC martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    The Balogh Companies martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    Brandywine Grande C, L.P.
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    CK Richmond Business Services #2, LLC
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    CC Kingsport 98, LLC martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    Cardinal Capital Partners
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martin A. Brown    on behalf of Creditor    Express Services, Inc. martin.brown@lawokc.com
          Martin A. Brown    on behalf of Creditor    Creditor Express Personnel Services, Inc
          martin.brown@lawokc.com
          Martin J.A. Yeager    on behalf of Creditor Loren  Stocker myeager@landcarroll.com
          Mary E. Olden    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
          molden@mhalaw.com,  akauba@mhalaw.com
          Mary Louise Fullington    on behalf of Creditor    Scripps Networks Interactive, Inc.
          lexbankruptcy@wyattfirm.com
          Matthew  Righetti    on behalf of Creditor Jonathan  Card matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew  Righetti    on behalf of Creditor Jack  Hernandez matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew  Righetti    on behalf of Creditor Joseph  Skaf matt@righettilaw.com,
          kelly@righettilaw.com

District/off: 0422-7          User: luedecket          Page 35 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman  on behalf of Creditor   Principal Life Insurance Company
          mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew E. Hoffman  on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
          lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
          Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
          myoder@parkerpollard.com,
          sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
          sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael  Reed  on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael  Reed  on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
          Michael  Reed  on behalf of Creditor   Tax Appraisal District of Bell County et al
          othercourts@mvbalaw.com
          Michael  Reed  on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   CBL & Associates Management, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Aurora CO, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Jubilee-Springdale, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Sony Electronics, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   JP Morgan Chase & Co.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
          Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Landing at Arbor Place II, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole Capital Partners, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Hickory Ridge Pavilion LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
          mcrowley@asm-law.com
          Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
          mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Creditor   Tamarack Village Shopping Center Limited Partnership
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   CHK, LLC mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Whitestone Development Partners, L.P.
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
          Inc. mmueller@cblaw.com,  avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Michael D. Mueller    on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland Continental Property Management Corp.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Catellus Operating Limited Partnership
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland Commercial Property Management,  Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
              III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
              Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
              America mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
              mmueller@cblaw.com,  avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 37 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael E. Hastings    on behalf of Creditor    Eastern Security Corp. mhastings@wtplaw.com,
             twhitt@wtplaw.com
          Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
             mjogrady@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
             Mall mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    DG FastChannel, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
             dba Howland Commons mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Streater Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
             mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    BellO International Corp. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Amore Construction Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Interested Party    Systemax, Inc. mfalzone@hf-law.com
          Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
             mkogan@koganlawfirm.com
          Min  Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
             Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
             Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
             eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting    on behalf of Creditor    Antor Media Corporation nrs@lplaw.com,
             lginsberg@lolawfirm.com
          Nathan  Jones    on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com

District/off: 0422-7          User: luedecket          Page 38 of 56          Date Rcvd: Jun 01, 2016
                              Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Nathan  Jones    on behalf of Creditor    Us Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    United States Debt Recovery, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery XI, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    Us debt recovery, XII, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery V, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery III, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LLC heather@usdrllc.com
          Neil E. McCullagh    on behalf of Creditor    PNY Technologies, Inc. nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery IV LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Shelby Properties TX, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Interested Party    Marblegate Asset Management
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Chino South Retail PG, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Newspaper Agency Company LLC d/b/a MediaOne of Utah
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    United States Debt Recovery, LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
            Rutherford LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Dentici Family Limited Partnership
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Pintar Investment Properties TX, LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Cleveland Construction, Inc.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor c/o William A. Wood    Panattoni Construction, Inc.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, L.P.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Neil E. McCullagh    on behalf of Defendant    iGoDitigal, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    South Carolina Electric & Gas Company
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Techcraft Manufacturing, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Cormark, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Attorney    Spotts Fain PC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com

```
District/off: 0422-7          User: luedecket          Page 40 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for EPC
           Denton Gateway, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Nicholas W. Whittenburg    on behalf of Creditor    Cleveland Towne Center, LLC
           nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Oscar Baldwin Fears, III    on behalf of Creditor    Georgia Department of Revenue
           bfears@law.ga.gov, jjacobs@law.ga.gov
          P. Matthew Roberts    on behalf of Creditor    Hillsborough County, FL mroberts@pbp-attorneys.com
          P. Matthew Roberts    on behalf of Creditor    CDB Falcon Sunland Plaza, LP
           mroberts@pbp-attorneys.com
          Patrick M. Birney    on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
           ctrivigno@rc.com
          Paul J. Pascuzzi    on behalf of Interested Party    Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Centre Daily Times (State College)
           ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen    on behalf of Defendant    Griffin Marketing & Promotions, Inc.
           pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Lea Company, a Virginia general partnership, the
           Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Tritronics, Inc. pkcampsen@kaufcan.com,
           jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
           jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Newport News Shopping Center, L.L.C.
           pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Google Inc. pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Site A, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
           jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    CC Grand Junction Investors 1998, LLC
           pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Crossways Financial Associates, LLC
           pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    CC Springs, L.L.C. pkcampsen@kaufcan.com,
           jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    MHW Warner Robins, LLC pkcampsen@kaufcan.com,
           jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Vance Baldwin, Inc. pkcampsen@kaufcan.com,
           jaturner@kaufcan.com
          Paul M. Black    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
           pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley    on behalf of Creditor Jon C. Geith paul.curley@allenandallen.com,
           kim.pillsbury@allenandallen.com
          Paul McCourt Curley    on behalf of Creditor    Carrollton Arms, LLC paul.curley@allenandallen.com,
           kim.pillsbury@allenandallen.com
          Paul McCourt Curley    on behalf of Creditor Laurie Lambert-Gaffney paul.curley@allenandallen.com,
           kim.pillsbury@allenandallen.com
          Paul Michael Schrader    on behalf of Creditor    San Jose Mercury-News, Inc.
           pschrader@fullertonlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Paul Michael Schrader    on behalf of Creditor    Bay Area News Group East Bay, LLC
                pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    Bay Area News Group East Bay, LLC
                pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    San Jose Mercury-News, Inc.
                pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    Export Development Canada
                pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
                Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
                Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
                pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
                pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    Contra Costs Times pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc., Bay Area News Group
                East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
                Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
                pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
                pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
                pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    Contra Costa Times, Inc.
                pschrader@fullertonlaw.com
              Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
                L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
                pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
                pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
                pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
                pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
                pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
                pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
                pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
                pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
                pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Pinnellas County, Florida
                pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Interested Party    Carmax Business Services, LLC
                pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Defendant    Stephen Gould Corporation
                pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Seminole County Florida Tax Collector
                pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com

District/off: 0422-7          User: luedecket          Page 42 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul S. Bliley, Jr.   on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Stillwater Designs and Audio, Inc.
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Torrington Tripletts, LLC
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Brevard County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Burbank Mall Associates, LLC
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Tax Collector, Polk County, Florida
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Polk County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Willaims Mullen Clark and Dobbins
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Indian River County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall   on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
           hall@bwst-law.com,  marbury@bwst-law.com
          Paula S. Beran   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
           Inc. Liquidating Trust pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
           pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Peter  Barrett   on behalf of Defendant    SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
           LOAN FUNDING, LLC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Defendant    Sony Electronics Inc. peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
           peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
           peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Mayfair MDCC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Defendant    Gelco Corporation, d/b/a GE Fleet Services
           peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Sony Electronics, Inc. peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Sharpe Partners, LLC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg   on behalf of Defendant    Premier Resources International LLC
           pgreenburg@aol.com
          Peter A. Greenburg   on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
              Administration peter.roth@doj.nh.gov
              Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
              pstrniste@rc.com, kcooper@rc.com
              Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
              pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
              pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
              pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
              pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
              pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
              pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
              pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
              Peter J. Carrey   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
              pcarney@whitecase.com, hletourneau@whitecase.com
              Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
              scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@spilmanlaw.com,
              scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
              ppearl@sandsanderson.com, scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com,
              scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
              ppearl@spilmanlaw.com, scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
              ppearl@spilmanlaw.com, scormany@spilmanlaw.com
              Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
              pbaxa@sandsanderson.com, rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
              pbaxa@sandsanderson.com, rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
              rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
              rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
              rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
              pbaxa@sandsanderson.com, rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
              rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
              rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Defendant   Mitsubishi Electronics America, Inc.
              pbaxa@sandsanderson.com, rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
              rarrington@sandsanderson.com
              Philip James Meitl   on behalf of Defendant   Gorilla Nation Media, LLC pj.meitl@bryancave.com,
              john.leininger@bryancave.com
              Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
              john.leininger@bryancave.com
              Philip James Meitl   on behalf of Creditor   DBL Distributing, LLC pj.meitl@bryancave.com,
              john.leininger@bryancave.com
              R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
              Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
              Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
              raypri24@hotmail.com
              Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com
              Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
              rsaitta@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
          C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
          hstewart@woodsrogers.com
          Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
          Association rmaxwell@woodsrogers.com,  hstewart@woodsrogers.com
          Richard E. Girgado   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
          rgirgado@counsel.lacounty.gov
          Richard E. Hagerty   on behalf of Defendant   SAP Industries, Inc. fka SAP Retail Inc.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Southroads, L.L.C.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Carlyle-Cypress Tuscaloosa, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Northcliff Residual Parcel 4 LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   SAP Retail Inc. and Business Objects
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Craig-Clarksville Tennessee LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Plantation Point Development, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Certain Benefit Restoration Plan Claimants
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Triangle Equities Junction LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Cosmo-Eastgate, ltd
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
          kimi.odonnell@hklaw.com
          Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
          kimi.odonnell@hklaw.com
          Richard F. Stein   on behalf of Creditor   Internal Revenue Service
          richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson   on behalf of Creditor   Sharp Electronics Corporation
          rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield   on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield   on behalf of Defendant   B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield   on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture bsmith@hillrainey.com,
          hillraineyign@gmail.com

District/off: 0422-7          User: luedecket          Page 45 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Robert B. Hill   on behalf of Creditor   Columbia Plaza Shopping Ceter Venture
   bsmith@hillrainey.com, hillraineyign@gmail.com
Robert B. Hill   on behalf of Creditor Decarla   Taylor-Conyers bsmith@hillrainey.com,
   hillraineyign@gmail.com
Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins, 11
   Robert.B.Van.Arsdale@usdoj.gov
Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department
   of Revenue redmundson@attorneygeneral.gov
Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company
   robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
Robert D. Clark   on behalf of Creditor   Treasurer of Douglas County, Colorado
   rclark@douglas.co.us
Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
   L.L.C. rtepper@sabt.com, pcoover@sabt.com
Robert E. Scully, Jr.   on behalf of Creditor   T.D. Farrell Construction, Inc.
   rscully@stites.com, docketclerkalex@stites.com
Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc.
   rmoorman@moormanlaw.com, robmoorman@comcast.net
Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC
   Lexbankruptcy@wyattfirm.com
Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
   rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
   USAVAE.ALX.ECF.BANK@usdoj.gov
Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
   rminkoff@cedargladecapital.com
Robert Kenneth Minkoff   on behalf of Creditor   Cedar Glade, LP rminkoff@cedargladecapital.com
Robert L. LeHane   on behalf of Creditor   DDR Corp. f/k/a Developers Diversified Realty Corp.
   rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   The Woodmont Company rlehane@kelleydrye.com,
   KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   Basser-Kaufman rlehane@kelleydrye.com,
   KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   WEC 99A-2LLC rlehane@kelleydrye.com,
   KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   General Growth Properties, Inc. rlehane@kelleydrye.com,
   KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   Ashkenazy Management Corp. rlehane@kelleydrye.com,
   KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   Philips International rlehane@kelleydrye.com,
   KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   Developers Diversified Realty Corporation
   rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   Jones Lang LaSalle Americas, Inc.
   rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
   Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
   KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
   KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   Regency Centers, L.P. rlehane@kelleydrye.com,
   KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   Philips International Holding Corp.
   rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   Benderson Development Company, LLC
   rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   Continental Properties Company, Inc.
   rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
   rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert M. Marino   on behalf of Plaintiff   Ryan, Inc. f/k/a Ryan & Company, Inc.
   rmmarino@rpb-law.com, rmmarino1@aol.com
Robert M. Marino   on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
   rmmarino@rpb-law.com, rmmarino1@aol.com
Robert P. McIntosh   on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
   USAVAE.RIC.ECF.CIVIL@usdoj.gov;SJohnston1@usa.doj.gov
Robert R. Vieth   on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
   dhowes@ltblaw.com
Robert R. Vieth   on behalf of Defendant   Logitech, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
Robert R. Vieth   on behalf of Defendant   TruEffect, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
Robert Ryland Musick   on behalf of Defendant   Booth Newspapers, Inc., d/b/a The Bay City Times,
   Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
   Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com, karnett@t-mlaw.com
Robert Ryland Musick   on behalf of Defendant   Advance Publications, Inc., d/b/a Newhouse
   Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
   bmusick@t-mlaw.com, karnett@t-mlaw.com

District/off: 0422-7            User: luedecket            Page 46 of 56            Date Rcvd: Jun 01, 2016
                               Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
            karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
            Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
            bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
            Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
            Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
            karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
            Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
            bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
            bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
            karnett@t-mlaw.com
          Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    COMSYS Information Technology Services, Inc. and
            COMSYS Services, LLC rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Interested Party    Marblegate Asset Management
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Cameron Group Associates LLP
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services, Inc.
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    Taubman Auburn Hills Associates Limited
            Partnership rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Creditor    TXU Engergy Retail Company LLC
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Venetian Casino Resort, LLC
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann    on behalf of Defendant    Longacre Opportunity Fund, L.P.
            rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com

District/off: 0422-7          User: luedecket          Page 47 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert S. Westermann   on behalf of Creditor   Harvest/HPE LP rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Fasteners For Retail, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
           rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   Systemax, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Denver Newspaper Agency LLP
           rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Marblegate Special Opportunities Master Fund L.P.
           rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services
           rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Robin S. Abramowitz   on behalf of Creditor   CC Merrilville Trust abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
           abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor   CC Colonial Trust abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor   CC Joliet Trust abramowitz@larypc.com
          Ron C. Bingham, II   on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
           Farrell Construction, Inc. rbingham@stites.com,   dclayton@stites.com
          Ronald A. Page, Jr.   on behalf of Creditor   JMC Manufacturing Inc. dba Inland Fixture
           rpage@rpagelaw.com,
           rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Defendant   Miner Fleet Management Group, LLC, fka Miner Fleet
           Management Group, Ltd. rpage@rpagelaw.com,
           rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Creditor   Cormark, Inc. rpage@rpagelaw.com,
           rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Creditor   Miner Fleet Management Group, Ltd.
           rpage@rpagelaw.com,
           rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Creditor   Anthony Erickson, d/b/a A.C.E.Enterprises
           rpage@rpagelaw.com,
           rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Defendant   Anthony Erickson, d/b/a A.C.E.Enterprises
           rpage@rpagelaw.com,
           rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Defendant   JMC Manufacturing Inc. dba Inland Fixture
           rpage@rpagelaw.com,
           rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
           rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
          Ronald G. Dunn   on behalf of Creditor Savitri   Cohen bstasiak@gdwo.net
          Ronald M. Tucker   on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
           cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
          Roy M. Terry, Jr.   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Roy M. Terry, Jr.   on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson, III   on behalf of Creditor   Chalek Company LLC russ4478@aol.com
          Russell R. Johnson, III   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
           sarah.kelly@leclairryan.com
          Ryan C. Day   on behalf of Plaintiff   Schimenti Construction Company LLC
           ryan.day@leclairryan.com,   sarah.kelly@leclairryan.com
          S. James Wallace   on behalf of Creditor   Barnes & Powers North, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com
          S. James Wallace   on behalf of Creditor   Equitable Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com
          S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
           Company sgill@vanblk.com
          Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
           sboehm@mcguirewoods.com,   kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
           sboehm@mcguirewoods.com,   kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
           sboehm@mcguirewoods.com,   kcain@mcguirewoods.com

```
District/off: 0422-7          User: luedecket          Page 48 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
            Sarah Beckett Boehm   on behalf of Debtor    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor    InterTAN, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor    Ventoux International, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor    Mayland MN, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor    Orbyx Electronics, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor    Patapsco Designs, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor    Kinzer Technology, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor    XSStuff, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor    Courchevel, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor    Sky Venture Corp. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor    Circuit City Purchasing Company, LLC
               sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
            Satchidananda Mims    smims21@hotmail.com
            Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
            Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
            Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
            Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com,
               mdowns@vanblk.com
            Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
               sfranklin@vanblk.com,  mdowns@vanblk.com
            Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
               cmcintire@buchalter.com
            Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   RTS Marketing, Inc. sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   Howland Commons Partnership, an Ohio gen
               partnership dba Howland Commons sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   Huntington Mall Company sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   Spring Hill Development Partners, GP
               sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
               Mall sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Defendant   Horizon Technology, LLC sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   Basile Limited Liability Company
               sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   United States Debt Recovery, LLC
               sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   Kentucky Oaks Mall Company sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   Remount Road Associates Limited Partnership
               sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   M and M Berman Enterprises sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Defendant   Mizco International, Inc. sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
               sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   The Denver Newspaper Agency, LLP
               sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   Vertis, Inc. sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   Cottonwood Corners-Phase V, LLC
               sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor   Woodlawn Trustees Incorporated
               sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila L. Shadmand    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
              Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
              stan.salus@akerman.com,
              crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
              smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
              Industrial Division smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
              smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
              smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
              smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
              Company smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
              smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
              smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
              Distributors, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
              nwalsh@wilsav.com
              Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership
              smetz@shulmanrogers.com, tlockwood@shulmanrogers.com
              Stephen E. Leach    on behalf of Creditor    Bush Industries, Inc. sleach@hf-law.com,
              ndysart@hf-law.com
              Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
              sleach@hf-law.com, ndysart@hf-law.com
              Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
              Murphys@dor.state.ma.us
              Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
              sgallagher@venable.com, cowenby@venable.com;lrheitger@venable.com
              Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
              Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
              steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
              steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com
              Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
              Hartman 1995 Ohio Property brown@wolriv.com
              Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
              brown@wolriv.com
              Steven L. Brown    on behalf of Defendant    Construct, Inc. brown@wolriv.com
              Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Steven L. Brown   on behalf of Creditor   The Columbus Dispatch brown@wolriv.com
              Steven L. Brown   on behalf of Creditor   Construct, Inc. brown@wolriv.com
              Tara B. Annweiler   on behalf of Creditor   American National Insurance Company
              tannweiler@greerherz.com
              Tara L. Elgie   on behalf of Defendant   Fujikon Industrial Co. Ltd. telgie@hunton.com
              Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc.
              thadwilson@kslaw.com,  pwhite@kslaw.com
              Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg   Gateway Woodside, Inc.
              tmurphy@dclawfirm.com,
              rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
              dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh   on behalf of Defendant   The Nielsen Company (US) LLC, f/k/a Nielsen Media
              Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
              Thomas John McIntosh   on behalf of Defendant   WSVN-TV, a unit of Sunbeam Television Corporation
              thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
              Thomas John McIntosh   on behalf of Defendant   Nielsen Business Media Inc.
              thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
              Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com,
              alexis.makell@hklaw.com
              Thomas John McKee, Jr.   on behalf of Defendant   Bell Microproducts, Inc. mckeet@gtlaw.com,
              smedsa@gtlaw.com
              Thomas John McKee, Jr.   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,  smedsa@gtlaw.com
              Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
              tomjam2003@yahoo.com
              Thomas Neal Jamerson   on behalf of Interested Party   Parker Central Plaza Ltd
              tjamerson@hunton.com,  tomjam2003@yahoo.com
              Thomas Ryan Lynch   on behalf of Defendant   Griffin Technology tlynch@babc.com
              Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
              tboyd@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
              tboyd@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
              trepczynski@offitkurman.com,  tboyd@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor   Tutwiler Properties, LTD
              trepczynski@offitkurman.com,  tboyd@offitkurman.com
              Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
              trepczynski@offitkurman.com,  tboyd@offitkurman.com
              Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
              Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
              Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
              croyes@vanblk.com
              Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tracey.ohm@stinsonleonard.com,
              porsche.barnes@stinsonleonard.com
              Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc.
              tracey.ohm@stinsonleonard.com,  porsche.barnes@stinsonleonard.com
              Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc.
              tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy  Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com,
              djenkins@kv-legal.com
              Troy  Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com,
              djenkins@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com,
              djenkins@kv-legal.com
              Troy  Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com,
              djenkins@kv-legal.com
              Troy  Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
              djenkins@kv-legal.com
              Troy  Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
              tsavenko@kv-legal.com,  djenkins@kv-legal.com
              Troy  Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
              Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
              Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
              djenkins@kv-legal.com
              Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
              djenkins@kv-legal.com
              Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com,
              djenkins@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com,
              djenkins@kv-legal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Troy  Savenko    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
              situated tsavenko@kv-legal.com, djenkins@kv-legal.com
            Troy  Savenko    on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
              tsavenko@kv-legal.com, djenkins@kv-legal.com
            Troy  Savenko    on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com, djenkins@kv-legal.com
            Tyson Alynn Johnson   on behalf of Creditor   Berkadia Commercial Mortgage LLC
              tyson.johnson@bryancave.com
            Tyson Alynn Johnson   on behalf of Creditor   Capmark Finance, Inc. tyson.johnson@bryancave.com
            Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P
              val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
            Valerie P. Morrison   on behalf of Creditor   Infogain Corporation val.morrison@nelsonmullins.com,
              kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
            Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc.
              val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
            Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P.
              val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
            Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. val.morrison@nelsonmullins.com,
              kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
            Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
              reardonv@michigan.gov, jacksonst@michigan.gov
            Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
              victoria.garry@ohioattorneygeneral.gov
            Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
              victoria.garry@ohioattorneygeneral.gov
            Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
              victoria.garry@ohioattorneygeneral.gov
            Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
              walter.williams@wilsonelser.com
            Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
            Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
            Wanda  Borges    on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
            Wanda  Borges    on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
              LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
              and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
            Wanda  Borges    on behalf of Defendant   Bay Area News Group East Bay, LLC
              ecfcases@borgeslawllc.com
            Wanda  Borges    on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
            Wanda  Borges    on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
              jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
              Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
            Wanda  Borges    on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
            Wanda  Borges    on behalf of Creditor   MediaNews Group Inc. ecfcases@borgeslawllc.com
            Wanda  Borges    on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
            Wendy Michele Roenker   on behalf of Creditor Treasurer  City of Chesapeake
              wroenker@cityofchesapeake.net
            William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
              wheuer@duanemorris.com
            William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
              wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
              wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
            William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
            William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
              Courier aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett   on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Vonage Holdings, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   American National Insurance Company
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Vonage Marketing Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
           aburnett@williamsmullen.com,  ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    Golf Galaxy, Inc. aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    CC Countryside 98, LLC aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    Hayward 880,LLC aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Burnett    on behalf of Defendant    SBLM Architects PC aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    Westlake Limited Partnership
           aburnett@williamsmullen.com,  ddillon@williamsmullen.com
      William A. Burnett    on behalf of Defendant    Contrarian Funds, L.L.C.
           aburnett@williamsmullen.com,  ddillon@williamsmullen.com
      William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
           TV aburnett@williamsmullen.com,  ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    ION Audio, LLC aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    LumiSource, Inc. aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    Tax Collector, Polk County, Florida
           aburnett@williamsmullen.com,  ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    CC Countryside 98 L.L.C. aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Burnett    on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Burnett    on behalf of Defendant    SouthPeak Interactive LLC
           aburnett@williamsmullen.com,  ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    SouthPeak Interactive, LLC
           aburnett@williamsmullen.com,  ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    CarMax, Inc. aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Burnett    on behalf of Defendant    Eon Communications Corporation
           aburnett@williamsmullen.com,  ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    Cyber Acoustics aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    Dick's Sporting Goods, Inc.
           aburnett@williamsmullen.com,  ddillon@williamsmullen.com
      William A. Burnett    on behalf of Plaintiff    Carmax Auto Superstores, Inc.
           aburnett@williamsmullen.com,  ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    Dick's Sporting Goods Inc.
           aburnett@williamsmullen.com,  ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    Burbank Mall Associates, LLC
           aburnett@williamsmullen.com,  ddillon@williamsmullen.com
      William A. Burnett    on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
           GMAC Global Relocation Services, LLC aburnett@williamsmullen.com,  ddillon@williamsmullen.com
      William A. Burnett    on behalf of Creditor    Save Mart Supermarkets aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
      William A. Gray    on behalf of Creditor    Alexander's Rego Park Center, Inc.
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
      William A. Gray    on behalf of Creditor    Ray Mucci's Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
      William A. Gray    on behalf of Creditor    Snell Acoustics, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
      William A. Gray    on behalf of Creditor    PrattCenter, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
      William A. Gray    on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
      William A. Gray    on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
      William A. Gray    on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
      William A. Gray    on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
      William A. Gray    on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
      William A. Gray    on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

District/off: 0422-7          User: luedecket          Page 53 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Gray   on behalf of Creditor    Premier Contracting, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    The Procter & Gamble Company and The Procter & Gamble
              Distribution Company, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Gateway Woodside, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Intertech Security of Maryland, LLC
              bgray@sandsanderson.com,   sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Lee County, Mississippi Tax Collector
              bgray@sandsanderson.com,   sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
              sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com

District/off: 0422-7          User: luedecket          Page 54 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Interstate Augusta Properties LLC
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Coby Electronics Corporation bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   McAlister Square Partners, Ltd. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Hillson Electric Incorporated bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Mid-American Insulation, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   NPP Development LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd.
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Metra Electronics Corporation bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   DeSoto County, Mississippi bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BBP-Muncy LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-OH LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Towson VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   North Plainfield VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   McCorkendale Construction bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-NY LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   A.D.D. Holdings, L.P. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   DEV Limited Partnership bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor    BPP-WB LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    RBS Business Capital bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    T. J. Maxx of CA, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Midwest Block & Brick, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    East Brunswick VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Chatham County, GA Tax Commissioner
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Valley Corners Shopping Center, LLC
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Fourstar International Trading Company
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Sensormatic Electronic Corporation
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Construction Testing and Engineering, Inc.
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   The Oklahoma Publishing Company
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    E&A Northeast Limited Partnership
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Fourstar Group Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Denon Electronics bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Wood, III  on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
           Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William A. Wood, III  on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
           trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
          William A. Wood, III  on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw  on behalf of Creditor   Prince George's Station Retail, LLC
           bill.crenshaw@akerman.com,  deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@akerman.com,
           deborah.hensley@akerman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William C. Crenshaw    on behalf of Professional   Akerman Senterfitt bill.crenshaw@akerman.com,
                deborah.hensley@akerman.com
              William D. Bayliss    on behalf of Creditor Richard   Kreuger bbayliss@williamsmullen.com
              William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
                wprince@t-mlaw.com,  jseay@t-mlaw.com
              William Daniel Prince, IV   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
                Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
              William Daniel Prince, IV   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com,
                jseay@t-mlaw.com
              William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
              William Daniel Sullivan   on behalf of Defendant   Pioneer Electronics (USA) Inc.
                dsullivan@butzeltp.com
              William H. Schwarzschild, III   on behalf of Creditor   MRV Wanamaker, LC
                tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Defendant   Hotan Corporation
                tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Defendant   Datel Design & Development, Inc.
                tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Creditor   National Western Life Insurance Company
                tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Defendant   J&J Industries, Inc.
                tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Defendant   Merrill Communications LLC
                tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Creditor   Dick's Sporting Goods, Inc.
                tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Creditor   Miami-Dade County Tax Collector
                tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Creditor   Vonage Marketing Inc.
                tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Creditor   Dollar Tree Stores, Inc.
                tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Defendant   Evening Post Publishing Company, dba The
                Post and Courier tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Creditor   LumiSource, Inc.
                tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Creditor   State Board of Equalization
                tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Creditor   SouthPeak Interactive, LLC
                tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Creditor   ION Audio, LLC tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Defendant   DIRECTV, Inc. tschwarz@williamsmullen.com
              Wm. Joseph A. Charboneau   on behalf of Creditor Nancy   Booth jcharboneau@mglspc.com,
                aford@mglspc.com
              Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
                aford@mglspc.com
              Wm. Joseph A. Charboneau   on behalf of Creditor Charles   Booth jcharboneau@mglspc.com,
                aford@mglspc.com
              Wm. Joseph A. Charboneau   on behalf of Creditor   Placer California jcharboneau@mglspc.com,
                aford@mglspc.com
              Zmarak  Khan   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
                zmarak.khan@dlapiper.com
                                                                                    TOTAL: 2203