2100B (12/15)

# United States Bankruptcy Court

### Eastern District of Virginia
### Case No. 08-35653-KRH
### Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____    was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 05/31/2016 (date).

**Name and Address of Alleged Transferor:**

Claim No. : Crown CCI, LLC, c/o Paul S. Bliley, Jr., Esq., Williams Mullen, P.O. Box 1320, Richmond, VA  23218-1320

**Name and Address of Transferee:**

WBCMT 2005-C21 South Ocean Gate Avenue LP
c/o Jeffrey I. Snyder, Esq.
Bilzin Sumberg Baena Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, Florida  33131

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/03/16

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                 Chapter 11
          Debtor
                              CERTIFICATE OF NOTICE

District/off: 0422-7          User: luedecket         Page 1 of 56              Date Rcvd: Jun 01, 2016
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2016.
13396409          Crown CCI, LLC,    c/o Paul S. Bliley, Jr., Esq.,    Williams Mullen,    P.O. Box 1320,
                  Richmond, VA  23218-1320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2016                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2016 at the address(es) listed below:
              Aaron L. Hammer    on behalf of Creditor    National Product Care Company ahammer@sugarfgh.com,
              mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer    on behalf of Creditor    TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
              mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer    on behalf of Creditor    Virginia Surety Company, Inc. ahammer@sugarfgh.com,
              mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer    on behalf of Creditor    Service Saver, Incorporated ahammer@sugarfgh.com,
              mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer    on behalf of Creditor    ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
              mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer    on behalf of Creditor    ServicePlan, Inc. and all its Affiliates
              ahammer@sugarfgh.com,
              mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron R. Cahn    on behalf of Unknown    Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
              akeith@honigman.com,  tsable@honigman.com
              Albert F. Quintrall    on behalf of Creditor    Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles    on behalf of Creditor    City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins    on behalf of Interested Party    Eatontown Commons Shopping Center
              ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Interested Party    Arboretum of South Barrington, LLC
              ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Interested Party    AmCap NorthPoint LLC
              ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Interested Party    AmCap Arborland LLC
              ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Creditor    Engineered Structures, Inc.
              ajackins@seyfarth.com
              Alison Ross Wickizer Toepp    on behalf of Creditor    Northern Indianna Public Service Company
              atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Alison Ross Wickizer Toepp    on behalf of Defendant    Sony Computer Entertainment America Inc.,
              A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
              dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Alison Ross Wickizer Toepp    on behalf of Defendant    Energizer Battery, Inc.
              atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC
              atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Alison Ross Wickizer Toepp    on behalf of Defendant    Kingston Technology Co., Inc.
              atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Ambika Joline Biggs    on behalf of Defendant    Scripps Media, Inc. abiggs@bakerlaw.com
              Ambika Joline Biggs    on behalf of Creditor    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Ambika Joline Biggs    on behalf of Defendant    The E.W. Scripps Company d/b/a/ Ventura County
              Star abiggs@bakerlaw.com
              Ambika Joline Biggs    on behalf of Defendant    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com

District/off: 0422-7          User: luedecket          Page 2 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ambika Joline Biggs   on behalf of Defendant   Scripps Networks, LLC d/b/a HGTV.com, d/b/a
            FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   The National Union Fire Insurance Company of
            Pittsburgh, PA abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Memphis Publishing Company, dba Commercial Appeal,
            Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams   on behalf of Creditor   Cobb Corners II, Limited Partnership
            amy.williams@klgates.com, hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   DIM Vastgoed, N.V. amy.williams@klgates.com,
            hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   Encinitas PFA, LLC amy.williams@klgates.com,
            hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   PrattCenter, LLC amy.williams@klgates.com,
            hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   UTC I, LLC amy.williams@klgates.com,
            hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   Valley Corners Shopping Center, LLC
            amy.williams@klgates.com, hailey.andresen@klgates.com
          Andrea Campbell Davison   on behalf of Defendant   Animal Planet, L.P. ADavison@beankinney.com,
            onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc.
            ADavison@beankinney.com, onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications Inc. a/k/a The
            Learning Channel ADavison@beankinney.com, onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Learning Channel, Inc. ADavison@beankinney.com,
            onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Wonders Industrial Development (Shenzhen) Co.,
            Ltd. ADavison@beankinney.com, onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications, Inc.
            ADavison@beankinney.com, onazar@beankinney.com
          Andrew  Rapp   on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew A. Jones   on behalf of Interested Party   Farallon Capital Management, L.L.C.
            Andrew@ajoneslaw.com
          Andrew Edward Macfarlane   on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger   on behalf of Creditor   TKG Coffee Tree, L.P. andrewr@boydhomes.com,
            akrudiger@kaufcan.com
          Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. Andrew.Cole@leclairryan.com
          Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
            dbonilla@shutts-law.com
          Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. AAbreu@nwbcorp.com,
            Angela.Abreu@northwest.com
          Anitra D. Goodman Royster   on behalf of Creditor   Connexion Technologies
            anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
            raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt   on behalf of Creditor   The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Anne C. Lahren   on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren   on behalf of Defendant   Landmark Media Enterprises LLC, f/k/a Landmark
            Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
            murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
            Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
            Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
            1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
            abraucher@mcmillanmetro.com
          Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
            drichards@vanblk.com;kjerald@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
            drichards@vanblk.com;kjerald@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
            drichards@vanblk.com;kjerald@vanblk.com
          Annemarie G. McGavin   on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Dick's Sporting Goods, Inc.
            annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com

District/off: 0422-7          User: luedecket          Page 3 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Annemarie G. McGavin   on behalf of Creditor   General Instrument Corporation d/b/a Home &
          Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello   on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
          acichello@kb-law.com
          Anthony J. Cichello   on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
          Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
          ecffilings@hangley.com
          Ashley M. McDow   on behalf of Other Professional   Alfred H. Siegel, the Liquidating Trustee of
          Circuit City Stores, Inc. Liquidating Trust amcdow@bakerlaw.com, mdelaney@bakerlaw.com,
          ffarivar@bakerlaw.com,sgaeta@bakerlaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Generation H One and Two Limited Partnership
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Roth Tanglewood LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Rolling Acres Plaza Shopping Center
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The Macerich Company aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Greenback Associates aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferee   412 South Broadway Realty LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   RREEF Management Company aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
          managing agent for WTM Glimcher LLC aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Portland Investment Company of America
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Shopping Center aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Prado, llc aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferor   Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Union Square Retail Trust aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Signature Home Furnishings Co. Inc.
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Morse-Sembler Villages Partnership #4
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Lexmark International, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Perimeter Mall aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Madison Waldorf, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Redtree Properties, L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Drexel Delaware Limited Partnership
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland US Management LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Audio Authority Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Lexmark International, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Carousel Center Company, L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
          Gateway III, LLC as tenants in common aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferor   Manufactures and Traders Trust Company, as
          Trustee aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Daniel W. Ramsey aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   International Speedway Square, Ltd.
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EEL McKee LLC aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   NAP Northpoint, LLC aepps@cblaw.com,
          avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 4 of 56          Date Rcvd: Jun 01, 2016
                              Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.    on behalf of Creditor    Macy's Retail Holdings, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Diamond Square, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Amargosa Palmdale Investments, LLC
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Fingerlakes Crossing, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Starpoint Property Management, LLC
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prudential Insurance Company of America
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping Center)
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Plaintiff     CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Associates, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    MediaNews Group, Inc. d/b/a Pioneer Press and
          St. Paul Pioneer Press aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Continental Property Management Corp.
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Buzz Oates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Rancon Realty Fund IV aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management, Inc.
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Catellus Operating Limited Partnership
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Argyle Forest Retail I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Westgate Village, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant     CDW Direct, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Interested Party    Manufacturers & Traders Trust Company, as
          Trustee aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Sangertown Square, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Swanblossom Investments, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Donahue Schriber Realty Group, L.P.
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Laurel Plumbing, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Generation One and Two, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
          managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Kimco Realty Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC, Inland American
          Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,    avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Whitestone Development Partners, L.P.
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   De Rito Pavilions 139, LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Solutions 2 Go, Inc. aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C. aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
                avaughn@cblaw.com
          Belkys  Escobar   on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
                bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Belkys  Escobar   on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
                bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
                backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
                cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
                cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
                cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
                backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
                backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Federal Warranty Service Corporation
                backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
                backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
                cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
                cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
                cloving@hunton.com
          Benjamin Joseph Lambiotte   on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel   on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
                bgodshall@pszjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Bradford F. Englander   on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
           rodom@wtplaw.com
          Bradford F. Englander   on behalf of Creditor   Alliance Entertainment Corporation
           benglander@wtplaw.com,  rodom@wtplaw.com
          Brenda M. Whinery   on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler   on behalf of Creditor   Prince George's County, Maryland
           bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net
          Brett Christopher Beehler   on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
           lsansbury@mrrlaw.net
          Brian D. Huben   on behalf of Creditor   Prudential Insurance Company of America
           brian.huben@kattenlaw.com,  donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor   The Macerich Company brian.huben@kattenlaw.com,
           donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor   KNP brian.huben@kattenlaw.com,
           donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor   Cousins Properties Incorporated
           brian.huben@kattenlaw.com,  donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor   Watt Management Company brian.huben@kattenlaw.com,
           donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor   RREEF Management Company brian.huben@kattenlaw.com,
           donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor   Foursquare Properties, Inc. brian.huben@kattenlaw.com,
           donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor   Portland Investment Company of America
           brian.huben@kattenlaw.com,  donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Wesley   on behalf of Defendant Christine   Baker brian.wesley@doj.ca.gov
          Brittany Jane Nelson   on behalf of Creditor Karl   Engelke bnelson@foley.com
          Byron Z. Moldo   on behalf of Creditor   RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor   The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor   Descanso TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          C. Christopher Meyer   on behalf of Creditor   Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer   on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason   on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas
           Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely   on behalf of Creditor   Golfsmith International, L.P.
           ccreely@akingump.com
          Catherine Elizabeth Creely   on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
          Chang  Eugene  on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell   on behalf of Creditor   Hoprock Limonite, LLC
           c.gideon.korrell@dentons.com,  jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com
          Charles W. Chotvacs   on behalf of Creditor   FJL-MVP, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Uniwest Commercial Realty cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   OTR-Clairemont Square cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Portland Investment Company of America
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Cousins Properties Incorporated
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Centro Properties Group cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   RREEF Management Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Watt Management Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Cencor Realty cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com

```
District/off: 0422-7          User: luedecket        Page 7 of 56          Date Rcvd: Jun 01, 2016
                              Form ID: trc           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Charles W. Chotvacs   on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    KNP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Prudential Insurance Company of America
           cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel    on behalf of Unknown    G&S Livingston Realty, Inc.
           Christian.Vogel@leclairryan.com
          Christian K. Vogel    on behalf of Creditor    Circuit Investors #2, Ltd.
           Christian.Vogel@leclairryan.com
          Christian K. Vogel    on behalf of Creditor    Circuit Investors #3, Ltd.
           Christian.Vogel@leclairryan.com
          Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC
           Christian.Vogel@leclairryan.com
          Christine D. Lynch    on behalf of Creditor    Interstate Augusta Properties LLC
           clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership
           clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    S.R. Weiner & Associates Inc.
           clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine McAteer Ford   on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
          Christine McAteer Ford   on behalf of Creditor    Ada Alicea, on behalf of herself and all others
           similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
           cajones@wtplaw.com,   rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher Julian Hoctor   on behalf of Defendant    Moran Brown PC choctor@kv-legal.com
          Christopher L. Perkins   on behalf of Defendant    Parago Promotional Services, Inc
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
           Tech christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Gannett Satellite Information Network, Inc.,
           dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    680 S. Lemon Ave. Co.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown    Osprey Audit Specialists, LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Altec Lansing Technologies, Inc.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    Benenson Capital Company
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    Brandywine Grande C, L.P.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
           Republic christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
           TV christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Retail MDS, Inc.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Interested Party Steven  Ivester
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Pure Digital Technologies, Inc.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
           Star christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins   on behalf of Defendant   Cisco-Linksys, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Olympus Corporation of the Americas
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett River States Publishing Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Almo E-Commerce LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sick, Inc. christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Media Solutions Holdings, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Osprey Audit Specialists, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   FM Facility Maintenance, f/k/a IPT, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Netgear Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. dba The Times
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
           d/b/a Jack of All Games christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Olympus Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Developers Realty, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Circuit Investors #2, Ltd.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Fayetteville Developers, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CK Richmond Business Services #2, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Plantronics, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CC Kingsport 98, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Seagate Technology LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Time Warner Cable, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Cardinal Capital Partners
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. and Gannett River States
           Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
           Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   The Daniel Group
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Take Two Interactive Software, Inc., a/k/a Take
           Two Interactive christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Multimedia Holdings Corporation, dba KUSA-TV
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Lee Enterprises, Incorporated
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Haier America Trading L.L.C.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Cisco Systems, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Transferee   Longacre Opportunity Fund, LP
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Seagate Technology, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Plaintiff   Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown   Creative Realty Management, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sharp Electronics Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Attorney   LeClair Ryan, A Professional Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   V.E.C., LLC dba Virginia Electronic Components
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Westfield, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Take Two Interactive Software, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CC - Virginia Beach, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com

District/off: 0422-7          User: luedecket          Page 9 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Movant Nina  Winston christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
           Greenville News christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
          Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
           cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
          Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
           summersm@ballardspahr.com; pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
           cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
           Properties Group cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
           cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
           cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
           cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
          Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
           cpalik@yahoo.com;cjourdonais@mhlawyers.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com
          Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
           cpalik@mhlawyers.com,
           cpalik@yahoo.com;cjourdonais@mhlawyers.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com
          Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc. cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
           Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          Curtis G. Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
           cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
          D. Marc  Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
           ndysart@ltblaw.com;plaura@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
           individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
           ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
           Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
           ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
           Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
           Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com

District/off: 0422-7          User: luedecket          Page 10 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
          Post ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
          Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
          individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks    on behalf of Debtor    Kinzer Technology, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    PRAHS, INC. daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc.
          daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Mayland MN, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Patapsco Designs, Inc. daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Defendant    Circuit City Stores, Inc.
          daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Plaintiff    Circuit City Stores, Inc.
          daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    XSStuff, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Sky Venture Corp. daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Circuit City Stores, Inc.
          daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Courchevel, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel M. Press    on behalf of Attorney Daniel M Press dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    Bensussen Deutsch & Associates, Inc.
          dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    B.R. Fries & Associates, LLC dpress@chung-press.com,
          pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc.
          dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Defendant    Targus, Inc. darrell.clark@stinsonleonard.com,
          catherine.scott@stinsonleonard.com
          Darrell William Clark    on behalf of Creditor    Waste Management, Inc.
          darrell.clark@stinsonleonard.com,  catherine.scott@stinsonleonard.com
          Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
          David  McCall    on behalf of Creditor    Garland ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David  McCall    on behalf of Creditor    Collin County Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David  McCall    on behalf of Creditor    Frisco ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David  McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor    Pan Am Equities dgreer@davidgreerlaw.com,
          ecf@davidgreerlaw.com
          David A. Greer    on behalf of Creditor    Century plaza development corporation
          dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com,
          scilino@chlhf.com
          David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David H. Cox    on behalf of Creditor    Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David J. Ervin    on behalf of Creditor    WEC 99A-2LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The MacNaughton Group dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Developers Diversified Realty Corporation
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Continental Properties Company, Inc.
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Philips International dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com

District/off: 0422-7        User: luedecket        Page 11 of 56        Date Rcvd: Jun 01, 2016
                           Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
             Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
             RC CA Santa Barbara, LLC dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
             and Eagin Communications dspiro@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
          David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
             bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
             druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
             bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
             bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
             bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
             bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
             bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
             tleonard@gfrlaw.com
          David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
             drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
             Revenue Services denise.mondell@ct.gov
          Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services
             denise.mondell@ct.gov
          Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    JVC Americas Corp. and JVC Company of America
             dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
             dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
             America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Business to Business Solutions, LLC
             dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
             dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    iProspect.com Inc. dtlewand@kaufcan.com
          Denyse Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Transferee    Korea Export Insurance Corporation
             dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
          Dexter D. Joyner    on behalf of Creditor    Pasadena Independent School District
             caaustin@comcast.net

District/off: 0422-7          User: luedecket          Page 12 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dion W. Hayes    on behalf of Debtor    Circuit City Purchasing Company, LLC
            dhayes@mcguirewoods.com,   kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
            dhayes@mcguirewoods.com,   kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com,   kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores West Coast, Inc.
            dhayes@mcguirewoods.com,   kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dominic L. Chiariello    on behalf of Creditor Donovan  Dunwell dc@chiariello.com
          Donald K. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects
            dludman@brownconnery.com
          Douglas Scott    on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
            Inc. BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Creditor    Pasadena Independent School District
            BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Transferee    CFH Investments III, LLC BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant    Interactive Toy Concepts, Inc
            BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
            BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant    Russellville Steel Company, Inc.
            BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
            BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
            California, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
            dkappler@rdwlawcorp.com
          Douglas M. Foley    on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com

District/off: 0422-7          User: luedecket          Page 13 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Douglas M. Foley    on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc.
              dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
              dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
              dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
              dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
              jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
              dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Philadelphia Television Station WPSG Inc.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Meredith Corporation dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Corporation dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
              and KGW-TV dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P.
              dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
          Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
              mayle@hooverslovacek.com
          Elizabeth Banda Calvo    on behalf of Creditor    City of Hurst, Mansfiled ISD, Carroll ISD
              ebcalvo@pbfcm.com,   rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com

District/off: 0422-7          User: luedecket          Page 14 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Elizabeth  Banda Calvo    on behalf of Creditor    City of Cedar Hill, Burleson ISD, Arlington ISD
           ebcalvo@pbfcm.com, rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo    on behalf of Creditor    City of Lake Worth ebcalvo@pbfcm.com,
           rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
           wenditaylor@toase.com
          Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company
           elizabeth.gunn@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
           Gazette egunn@sandsanderson.com, bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor Mikael  Salovaara elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1
           elizabeth.gunn@dss.virginia.gov, bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor    City of Philadelphia elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
           egunn@sandsanderson.com, bankruptcy@dss.virginia.gov
          Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedmanspring.com,
           jquiambao@friedmanspring.com
          Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com
          Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
           klgatesbankruptcy@klgates.com
          Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
           schnabel.eric@dorsey.com, glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Mississippi, Inc. schnabel.eric@dorsey.com,
           glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Arkansas, Inc. schnabel.eric@dorsey.com,
           glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Louisiana, LLC schnabel.eric@dorsey.com,
           glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Texas, Inc. schnabel.eric@dorsey.com,
           glorioso.alessandra@dorsey.com
          Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
          Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
           emorabito@pattonboggs.com
          Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
           ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
           Service of North Carolina ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
           ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

District/off: 0422-7          User: luedecket          Page 15 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
    ffm@bostonbusinesslaw.com
Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
    frank.pepler@dlapiper.com,  sandy.holstrom@dlapiper.com
Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
Franklin R. Cragle, III    on behalf of Creditor    United States Debt Recovery, LLC
    fcragle@hf-law.com
Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
    rudzikf@dor.state.fl.us
Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
    mmarck@olshanlaw.com;ssallie@olshanlaw.com
Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
    mmarck@olshanlaw.com;ssallie@olshanlaw.com
Garren Robert Laymon    on behalf of Creditor    Placer County glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Riverside County California glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    San Bernardino County glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Glenmoor Limited Partnership glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Monterey County glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
    glaymon@mglspc.com,  jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Lake County (Florida) Tax Collector
    glaymon@mglspc.com,  jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Arlington ISD glaymon@mglspc.com,
    jcoffman@mglspc.com
Gary E. Mason    on behalf of Plaintiff Marlon    Mondragon gmason@wbmllp.com
Gary E. Mason    on behalf of Creditor Marlon    Mondragon gmason@wbmllp.com
Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
    gfulghum@sblsg.com,  jschmeltz@sblsg.com;jrapp@sblsg.com
Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
    jschmeltz@sblsg.com;jrapp@sblsg.com
Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
    jschmeltz@sblsg.com;jrapp@sblsg.com
George E. Kostel    on behalf of Unknown    KeyBank National Association gkostel@polsinelli.com,
    gekostel@gmail.com;mleeling@polsinelli.com;lipayne@polsinelli.com;dcdocketing@polsinelli.com
German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
    alison.moreno@pcao.pima.gov
Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
    notices@becket-lee.com
Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
    Corp Card notices@becket-lee.com
Gilbert D. Sigala    on behalf of Creditor John    Batioff sigalawl@aol.com
Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
    gbrown@pszjlaw.com
Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
    Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
    agbankcal@ag.tn.gov
Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
    gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
    christine@virginia-lawyers.net
Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
Gregory D. Grant    on behalf of Defendant    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
    ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
H. Elizabeth Weller    on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com
H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
H. Slayton Dabney, Jr.    on behalf of Creditor    Applied Predictive Technologies, Inc.
    sdabney@dabneypllc.com
Hale Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
Heather D. Brown    on behalf of Creditor    Westgate Village, LP heather@hdbrownlaw.com,
    jwest@kkgpc.com
Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
    Heather.Anderson@dol.lps.state.nj.us

District/off: 0422-7            User: luedecket        Page 16 of 56        Date Rcvd: Jun 01, 2016
                               Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
               Heather.Anderson@dol.lps.state.nj.us
              Henry Buswell Roberts, Jr    on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
               Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,  droberts1949@live.com
              Henry Buswell Roberts, Jr    on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
               Group, Inc. hbroberts@live.com,  droberts1949@live.com
              Henry Buswell Roberts, Jr    on behalf of Creditor    Suemar hbroberts@live.com,
               droberts1949@live.com
              Henry Buswell Roberts, Jr    on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
               Corporation hbroberts@live.com,  droberts1949@live.com
              Henry Buswell Roberts, Jr    on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
               ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
              Henry Buswell Roberts, Jr    on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
               droberts1949@live.com
              Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
               csommer@fdh.com
              Henry Pollard Long, III    on behalf of Defendant    Panasonic Corporation of North America
               hlong@hunton.com,  tcanada@hunton.com
              Henry Pollard Long, III    on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com,
               tcanada@hunton.com
              Henry Pollard Long, III    on behalf of Interested Party    Parker Central Plaza Ltd
               hlong@hunton.com,  tcanada@hunton.com
              Henry Pollard Long, III    on behalf of Creditor    Panasonic Corporation of North America
               hlong@hunton.com,  tcanada@hunton.com
              Henry Pollard Long, III    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com,
               tcanada@hunton.com
              Henry Pollard Long, III    on behalf of Interested Party    Food Lion LLC hlong@hunton.com,
               tcanada@hunton.com
              Henry Pollard Long, III    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
               hlong@hunton.com,  tcanada@hunton.com
              Henry Pollard Long, III    on behalf of Creditor    Taubman Auburn Hills Associates Limited
               Partnership hlong@hunton.com,  tcanada@hunton.com
              Henry Pollard Long, III    on behalf of Creditor    Harvest/HPE LP hlong@hunton.com,
               tcanada@hunton.com
              Henry Pollard Long, III    on behalf of Creditor    H & R REIT (U.S.) Holdings Inc.
               hlong@hunton.com,  tcanada@hunton.com
              Henry Pollard Long, III    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
               hlong@hunton.com,  tcanada@hunton.com
              Henry Pollard Long, III    on behalf of Interested Party    Federal Warranty Service Corporation
               hlong@hunton.com,  tcanada@hunton.com
              Howard J. Grossman    on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
               howard.j.grossman@chase.com
              Ian S. Landsberg    on behalf of Creditor    Torrance Towne Center Associates, LLC
               ilandsberg@landsberg-law.com
              Ian S. Landsberg    on behalf of Creditor    FJL-MVP, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg    on behalf of Creditor    NMC Stratford, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg    on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@landsberg-law.com
              J. Christian Word    on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
               chefiling@lw.com;robert.klyman@lw.com
              J. Christian Word    on behalf of Liquidator    Hilco Merchant Resources, LLC
               chefiling@lw.com;robert.klyman@lw.com
              J. David Folds    on behalf of Defendant    Simpletech, Inc. dfolds@bakerdonelson.com,
               sparson@bakerdonelson.com
              J. David Folds    on behalf of Defendant    Interactive Communications International, Inc.
               dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
              J. David Folds    on behalf of Defendant    Hitachi Global Storage Technologies, Inc.
               dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
              J. David Folds    on behalf of Defendant    Western Digital Technologies, Inc.
               dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
              J. David Folds    on behalf of Defendant    Fabrik, Inc. dfolds@bakerdonelson.com,
               sparson@bakerdonelson.com
              Jackson David Toof    on behalf of Defendant    Discovery Communications, Inc.
               jackson.toof@arentfox.com,
               jeffrey.rothleder@arentfox.com;manuel.arreaza@arentfox.com;john.dowd@arentfox.com;jill.clough@are
               ntfox.com
              Jackson David Toof    on behalf of Creditor    Discovery Communications, Inc.
               jackson.toof@arentfox.com,
               jeffrey.rothleder@arentfox.com;manuel.arreaza@arentfox.com;john.dowd@arentfox.com;jill.clough@are
               ntfox.com
              Jaime Sue Dibble    on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com,
               lbigus@stinson.com
              James D. Newbold    on behalf of Creditor    State of Illinois, Department of Revenue
               James.Newbold@illinois.gov
              James D. Newbold    on behalf of Counter-Claimant    State of Illinois Department of Revenue,
               through Brian Hamer, its Director James.Newbold@illinois.gov
              James E. Clarke    on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust
               vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com

```
District/off: 0422-7          User: luedecket          Page 17 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
James E. Clarke    on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
   rbailey@atlanticlawgrp.com
James H. Rollins    on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
   avis.francis@hklaw.com
James J. Briody    on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
   kim.smith@sablaw.com
James J. Briody    on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
   kim.smith@sablaw.com
James J. Briody    on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
   kim.smith@sablaw.com
James K. Donaldson    on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
   eanderson@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;hcut
   right@spottsfain.com
James R. Schroll    on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
   ncoton@beankinney.com
James R. Schroll    on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
   ncoton@beankinney.com
James V. Lombardi    on behalf of Creditor   AmREIT, a Texas real estate investment trust
   jlombardi@rossbanks.com, acole@rossbanks.com
James W. Reynolds    on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
   of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
James Winston Burke    on behalf of Creditor   MiTAC Digital Corp. (Magellan) jburke@milbank.com
James Winston Burke    on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA
   Inc. jburke@milbank.com
James Winston Burke    on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP
   jburke@milbank.com
James Winston Burke    on behalf of Defendant   MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
   jburke@milbank.com
James Winston Burke    on behalf of Creditor   Nintendo of America, Inc. jburke@milbank.com
James Winston Burke    on behalf of Defendant   MiTAC Digital Corporation, individually and
   including in its capacity as successor to Magellan Navigation, Inc. jburke@milbank.com
James Winston Burke    on behalf of Defendant   Nintendo of America, Inc. jburke@milbank.com
Jamie M. Konn    on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
   jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
Jamie M. Konn    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
   jamie.konn@dlapiper.com,  jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
Janet M. Meiburger, Esq.    on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation
   admin@meiburgerlaw.com
Jason B. Binford    on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
   ecf@krcl.com
Jason B. Binford    on behalf of Creditor   Phoenix Property Company jbinford@krcl.com,
   ecf@krcl.com
Jason M. Krumbein    on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
   a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
Jason M. Krumbein    on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
   a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
Jason M. Krumbein    on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
   a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
Jason M. Krumbein    on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
   a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
Jason William Harbour    on behalf of Defendant   Virgin Mobile USA, L.P. jharbour@hunton.com,
   tcanada@hunton.com
Jason William Harbour    on behalf of Creditor   Public Company Accounting Oversight Board
   jharbour@hunton.com,  tcanada@hunton.com
Jeffrey  Scharf    on behalf of Creditor   County of Spokane jeff@taxva.com,
   tacspc@gmail.com;amanda@taxva.com
Jeffrey  Scharf    on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
   tacspc@gmail.com;amanda@taxva.com
Jeffrey  Scharf    on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
   jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com
Jeffrey E. Klusmeier    on behalf of Creditor   Missouri Attorney General's Office
   Jeff.Klusmeier@ago.mo.gov,  Michelle.Hirschvogel@ago.mo.gov
Jeffrey I. Snyder    on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
   jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
   eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
   Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage
   Pass-Through Certificates, Series 2002-CIBC4 jsnyder@bilzin.com,
   eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
   eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor   LNR Partners, Inc. jsnyder@bilzin.com,
   eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
   eservice@bilzin.com;lflores@bilzin.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey I. Snyder   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
          Partnership jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
          eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
          jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
          eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
          jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited
          Partnership jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
          eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
          eservice@bilzin.com:lflores@bilzin.com
          Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
          dwineinger@taftlaw.com:ecfclerk@taftlaw.com
          Jeffrey J. Graham   on behalf of Creditor   Washington Corner, LP jgraham@taftlaw.com,
          dwineinger@taftlaw.com:ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Amcor Sunclipse North America jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:chinger@wcsr.com:bhinger@wcsr.com:smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Gateway US Retail, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:chinger@wcsr.com:bhinger@wcsr.com:smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Acer America Corporation jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:chinger@wcsr.com:bhinger@wcsr.com:smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corporation
          jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:chinger@wcsr.com:bhinger@wcsr.com:smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The Insurance Company of the State of
          Pennsylvania jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:chinger@wcsr.com:bhinger@wcsr.com:smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Specific Media LLC jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:chinger@wcsr.com:bhinger@wcsr.com:smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   MaineToday Media, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:chinger@wcsr.com:bhinger@wcsr.com:smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:chinger@wcsr.com:bhinger@wcsr.com:smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corp.
          jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:chinger@wcsr.com:bhinger@wcsr.com:smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Gateway, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:chinger@wcsr.com:bhinger@wcsr.com:smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:chinger@wcsr.com:bhinger@wcsr.com:smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
          kradtke@wcsr.com:toross@wcsr.com:chinger@wcsr.com:bhinger@wcsr.com:smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jeffreymsherman@gmail.com,
          elmoyer99@gmail.com
          Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
          Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
          dennisj@ballardspahr.com,  pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   OTR-Clairemont Square dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   KNP dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore   on behalf of Defendant   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West   on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Louisiana, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Imation Enterprises Corp. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Verizon Communications Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Mississippi, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Coca-Cola Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Arkansas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Coca Cola Bottling Co. Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West   on behalf of Creditor   South Carolina Electric & Gas Company and Public
          Service of North Carolina jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Prosite Business Solutions, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com

```
District/off: 0422-7          User: luedecket          Page 20 of 56          Date Rcvd: Jun 01, 2016
                              Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer J. West   on behalf of Creditor   Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
           Enterprises Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Texas, Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Northern Wire Products, Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com
          Jennifer Larkin Kneeland   on behalf of Defendant   Rainbow Advertising Sales Corporation
           jkneeland@linowes-law.com,
           klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com
          Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@linowes-law.com,
           klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com
          Jennifer Larkin Kneeland   on behalf of Defendant   Newsday Holdings LLC and Newsday LLC
           jkneeland@linowes-law.com,
           klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com
          Jennifer Larkin Kneeland   on behalf of Defendant   Rainbow Media Holdings LLC dba AMC
           jkneeland@linowes-law.com,
           klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com
          Jennifer McLain McLemore   on behalf of Creditor   Portland Investment Company of America
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Swiff-Train Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Oswego Gerry Centennial, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Vonwin Capital Management, L.P.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Luckoff Land Company, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Mortgage Capital Corporation
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western San Antonio HQ Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Sacramento
           Bee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Morse-Sembler Villages Partnership #4
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Amerian Oklahoma City Penn, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Drexel Delaware Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.cgm
          Jennifer McLain McLemore   on behalf of Creditor   RREEF Management Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western West Mifflin Century III, L.P.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Columbus Clifty, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   New River Properties, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Richmond Maryland, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   CC Acquisition, L.P. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   GRI EQY Sparkleberry Square LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Miami Herald jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Robyn N. Davis jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Charlotte (Archdale) UY, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Tacoma News, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RPAI Pacific Property Services LLC (f/k/a
           Inland Pacific Property Services LLC) jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   IN Retail Fund Algonquin Commons, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Idaho Statesman jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   1030 W. North Ave. Bldg. LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
```

District/off: 0422-7          User: luedecket          Page 21 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
            Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
            Gateway III, LLC as tenants in common jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
            Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
            Carlson Marketing Group, Inc. jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
            Southwest Management LLC) jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
            Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor Alexander H Bobinski jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
            Capital Management, LP jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
            jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
            Star jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
            Inc. jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
            jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
            jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
            jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
            LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
            1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
            d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
            Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
            American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
            Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
            avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jennifer McLain McLemore   on behalf of Creditor   Cameron Bayonne Urban Renewal, LLC's (f/k/a
              Cameron Bayonne, LLC) jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   City and County of San Francisco
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   The Miami Herald Media Company
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Union Square Retail Trust jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Crossroads Associates, Ltd.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Charlotte Observer jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company, dba Myrtle Beach Sun
              News, aka The Sun News jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Wichita Eagle jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Manufacturers and Traders Trust Company, as
              Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   NAP Northpoint, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Fingerlakes Crossing, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Thoroughbred Village jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   Industriaplex, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping
              Center) jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Carousel Center Company, L.P.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Foursquare Properties Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   EklecCo NewCo, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Lewisville Lakepointe Limited
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association f/k/a
              LaSalle National Bank jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge
              Center jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   De Rito Partners jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   La Habra Imperial, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Rolling Acres Plaza Shopping Center
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Interested Party   Jeff Leopold jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Lake Worth Towne Crossing Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   McClatchy Company jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   Idaho Statesman Publishing LLC, d/b/a The
              Idaho Statesman jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   The Leben Family Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   Hamilton Beach Brands, Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Generation H One and Two Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Cohab Realty, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   EEL McKee LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company, d/b/a The Wichita
              Eagle jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Plaintiff   CC-Investors 1995-6 jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Interested Party   San Luis Obispo Tribune
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   CHK, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Computer Resource Team, Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 24 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
            for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
            jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
            Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
            Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
            Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
            Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
            acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
            LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
            1997-CTL-1 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
            Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 25 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
          nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
          acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
          as Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RioCan Austin Southpark Meadows II Limited
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
          calirm@haslaw.com
          Jeremy Brian Root    on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
          egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
          jeremy.friedberg@lf-pc.com,    ecf@lf-pc.com;pierce.murphy@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Information Systems, Inc.
          jeremy.friedberg@lf-pc.com,    ecf@lf-pc.com;pierce.murphy@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor    Washington Green TIC jeremy.friedberg@lf-pc.com,
          ecf@lf-pc.com;pierce.murphy@lf-pc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeremy S. Williams   on behalf of Creditor   Magna Trust Company, Trustee
              jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC
              jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Defendant    SDI Technologies, Inc.
              jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
              jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
              jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
              Jeremy W. Martin   on behalf of Interested Party   McCandlish Holton, PC
              jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
              Jeremy W. Martin   on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
              jmartin@weststarmortgage.com
              Jeremy W. Ryan   on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
              Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
              Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
              Corp. jerryhall10@hotmail.com
              Jess R. Bressi   on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
              Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
              Jessica Regan Hughes   on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
              swells@seyfarth.com;wdcdocketing@seyfarth.com
              Jessica Regan Hughes   on behalf of Interested Party   Arboretum of South Barrington, LLC
              jhughes@seyfarth.com,   swells@seyfarth.com, wdcdocketing@seyfarth.com
              Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping  Center
              jhughes@seyfarth.com,   swells@seyfarth.com;wdcdocketing@seyfarth.com
              Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
              swells@seyfarth.com;wdcdocketing@seyfarth.com
              Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
              Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
              jsaronson@ridberglaw.com
              Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
              Joel T. Marker   on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
              John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
              jraftery@offitkurman.com
              John C. Smith   on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
              Group-GA jsmith@sandsanderson.com,   sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John C. Smith   on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
              Group-GA jsmith@sandsanderson.com,   sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John C. Smith   on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
              jfiero@pszjlaw.com
              John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;jhill@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;jhill@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;jhill@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
              jmcintyre@wmlawgroup.com,   wedwards@wmlawgroup.com;jhill@wmlawgroup.com
              John D. McIntyre   on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;jhill@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
              jmcintyre@wmlawgroup.com,   wedwards@wmlawgroup.com;jhill@wmlawgroup.com
              John Darren Sadler   on behalf of Creditor   The Hutensky Group sadlerj@ballardspahr.com,
              andersonn@ballardspahr.com
              John Darren Sadler   on behalf of Creditor   CWCapital Asset Management LLC
              sadlerj@ballardspahr.com,   andersonn@ballardspahr.com
              John Darren Sadler   on behalf of Creditor   Cencor Realty sadlerj@ballardspahr.com,
              andersonn@ballardspahr.com
              John Darren Sadler   on behalf of Creditor   Brixmor Property Group, Inc., f/k/a Centro
              Properties Group sadlerj@ballardspahr.com,   andersonn@ballardspahr.com
              John Darren Sadler   on behalf of Defendant   Berkshire-Amherst, LLC sadlerj@ballardspahr.com,
              andersonn@ballardspahr.com
              John Darren Sadler   on behalf of Creditor   Battlefield FE Limited Partners
              sadlerj@ballardspahr.com,   andersonn@ballardspahr.com
              John Darren Sadler   on behalf of Creditor   Federal Realty Investment Trust
              sadlerj@ballardspahr.com,   andersonn@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John Darren Sadler   on behalf of Creditor   UBS Realty Investors, LLC sadlerj@ballardspahr.com,
               andersonn@ballardspahr.com
          John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
               pjf@carmodymacdonald.com
          John E. Lucian   on behalf of Creditor   VIWY, L.P. lucian@blankrome.com
          John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
               lucian@blankrome.com
          John G. McJunkin   on behalf of Creditor   Marc Realty jmcjunkin@bakerdonelson.com,
               sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
               jmcjunkin@bakerdonelson.com,  sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@bakerdonelson.com,
               sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   FT Orchard LLC jmcjunkin@bakerdonelson.com,
               sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   427 Orchard LLC jmcjunkin@bakerdonelson.com,
               sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
               sparson@bakerdonelson.com
          John J. Lamoureux   on behalf of Creditor   Amore Construction Company jlamoureux@cfjblaw.com,
               delliott@cfjblaw.com
          John J. Trexler   on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
               jroche@perkinscoie.com,
               ADSmith@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com;ecf-3ac9070a3959@ecf.
               pacerpro.com;geisenberg@perkinscoie.com
          John M. Craig   on behalf of Defendant   Imagitas, Inc. johncraig@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Ohio, Inc. johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Long Island Lighting Company d/b/a LIPA
               johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Central Georgia Electric Membership Corporation
               johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southwest Gas Corporation johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   New York State Electric and Gas Corporation
               johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Michigan Consolidated Gas Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Carolina Power & Light Company d/b/a Progress Energy
               Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Light and Power Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Piedmont Natural Gas Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Toledo Edison Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern Connecticut Gas Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Indiana, Inc. johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Defendant   Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant   Pro-Pave Sealcoat Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern California Edison Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Yankee Gas Services Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Orange and Rockland Utilities johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Detroit Edison Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   KeySpan Gas East Corporation johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Natural Gas Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Cleveland Electric Illuminating Company
               johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Carolinas, LLC johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Company of New Hampshire
               johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion
               Virginia Power johncraigg@aol.com,  russj4478@aol.com

District/off: 0422-7          User: luedecket          Page 28 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            John M. Craig    on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
              johncraigg@aol.com, russj4478@aol.com
            John M. Craig    on behalf of Creditor    Public Service Electric And Gas Company
              johncraigg@aol.com, russj4478@aol.com
            John M. Craig    on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
              johncraigg@aol.com, russj4478@aol.com
            John M. Craig    on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Dominion East Ohio johncraigg@aol.com, russj4478@aol.com
            John M. Craig    on behalf of Creditor    Granite State Electric johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    PECO Energy Company johncraigg@aol.com, russj4478@aol.com
            John M. Craig    on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Consolidated Edison Company of New York, Inc.
              johncraigg@aol.com, russj4478@aol.com
            John M. Craig    on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Salt River Project johncraigg@aol.com, russj4478@aol.com
            John M. Craig    on behalf of Creditor    American Electric Power johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Jackson EMC johncraigg@aol.com, russj4478@aol.com
            John M. Craig    on behalf of Defendant    ASM Capital III, L.P. johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
              johncraigg@aol.com, russj4478@aol.com
            John M. Craig    on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
              russj4478@aol.com
            John P. Van Beek    on behalf of Defendant    Cosco, Inc., d/b/a Cosco Air Conditioning and
              Refrigeration jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
            John P. Van Beek    on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
            John P. Van Beek    on behalf of Creditor    WEC 96D Niles Investment Trust
              jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
            John P. Van Beek    on behalf of Creditor    TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
            John T. Farnum    on behalf of Creditor    Bell Microproducts, Inc. jfarnum@linowes-law.com,
              gduvall@linowes-law.com;klevie@linowes-law.com
            John T. Farnum    on behalf of Defendant    Ashley Furniture Industries, Inc.
              jfarnum@linowes-law.com, gduvall@linowes-law.com;klevie@linowes-law.com
            John T. Husk    on behalf of Defendant    Casco Corporation johnhusk@aol.com, nre98@aol.com
            Jonathan L. Hauser    on behalf of Defendant    Klipsch Audio Technologies LLC
              jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Defendant    CENVEO, Inc. jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Defendant    Velocity Micro, Inc.
              jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Defendant    Stampede Presentation Products, Inc.
              jonathan.hauser@troutmansanders.com
            Jonathan T. Cain    on behalf of Defendant    Zoo Entertainment, Inc. jtcain@mintz.com,
              kcraun@mintz.com
            Jonathan T. Cain    on behalf of Defendant    InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
            Jonathan T. Cain    on behalf of Defendant    Zoo Games, Inc. f/k/a Destination Software, Inc.
              jtcain@mintz.com, kcraun@mintz.com
            Jorge A. Ortiz    on behalf of Defendant    Interactive Toy Concepts, Inc jorgeortiz0411@gmail.com
            Joseph M. DuRant    on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com

District/off: 0422-7          User: luedecket          Page 29 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire
           Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins, ll   USTPRegion04.RH.ECF@usdoj.gov
          Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T Capital Services, Inc.
           quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Kent H. Landsberg of Dallas, LP (
           quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T Corp. quagliano@seeger-law.com,
           harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@seeger-law.com,
           harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Paris Business Products, Inc.
           quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Amcor Packaging Distribution, Inc., d/b/a Amcor
           Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
           quagliano@seeger-law.com, harvell@seeger-law.com
          Justin F. Paget   on behalf of Defendant   The Seattle Times Company jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   Hunton & Williams, LLP jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   Thule Organization Solutions, Inc. dba Case Logic,
           Inc. jpaget@hunton.com, tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   Wynit, Inc. jpaget@hunton.com, tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   The Spark Agency, Inc. d/b/a Switch and Switch
           Liberate Your Brand jpaget@hunton.com, tcanada@hunton.com
          Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com, rours@wileyrein.com
          Kalina Boyanova Miller   on behalf of Creditor   Greater Orlando Aviation Authority
           kmiller@wileyrein.com, rours@wileyrein.com
          Kan C. Farand   on behalf of Creditor   Alameda County Treasurer farand.kan@acgov.org
          Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com;clrbfirmecf@gmail.com
          Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com;clrbfirmecf@gmail.com
          Ken Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
          Kenneth R. Rhoad   on behalf of Defendant   ActionLink, LLC krhoa@gebsmith.com
          Kevin A. Lake   on behalf of Creditor   Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Texas Tax Appraisal Districts of Bell County, Brazos
           County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
           District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Madcow International Group Limited
           klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
           Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
           Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Harris County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Bell County, County of Denton, Midland Central Appraisal
           District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
           District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Pima County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Kevin M. Newman   on behalf of Creditor   NBT Bank, N.A. kmnewman@menterlaw.com,
                 kmnbk@menterlaw.com
            Kevin M. Newman   on behalf of Creditor   Carousel Center Company, L.P. knewman@menterlaw.com,
                 kmnbk@menterlaw.com
            Kevin M. Newman   on behalf of Creditor   Mount Berry Square, LLC knewman@menterlaw.com,
                 kmnbk@menterlaw.com
            Kevin M. Newman   on behalf of Creditor   Sangertown Square, L.L.C. knewman@menterlaw.com,
                 kmnbk@menterlaw.com
            Kevin M. Newman   on behalf of Creditor   EklecCo NewCo, LLC knewman@menterlaw.com,
                 kmnbk@menterlaw.com
            Kevin M. Newman   on behalf of Creditor   Landover (Landover Crossing), LLC knewman@menterlaw.com,
                 kmnbk@menterlaw.com
            Kevin M. Newman   on behalf of Creditor   Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
                 kmnbk@menterlaw.com
            Kevin M. Newman   on behalf of Creditor   Fingerlakes Crossing, LLC knewman@menterlaw.com,
                 kmnbk@menterlaw.com
            Kevin R. McCarthy   on behalf of Creditor   Entergy Texas, Inc. krm@mccarthywhite.com,
                 wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
            Kevin R. McCarthy   on behalf of Creditor   Entergy Mississippi, Inc. krm@mccarthywhite.com,
                 wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
            Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
                 wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
            Kevin R. McCarthy   on behalf of Creditor   Entergy Louisiana, LLC krm@mccarthywhite.com,
                 wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
            Kevin R. McCarthy   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
                 krm@mccarthywhite.com,   wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
            Khang V. Tran   on behalf of Defendant   New World Communications of Detroit, Inc.
                 khang.tran@hoganlovells.com
            Khang V. Tran   on behalf of Defendant   FX Networks, LLC khang.tran@hoganlovells.com
            Khang V. Tran   on behalf of Defendant   NW Communications of Phoenix, Inc.
                 khang.tran@hoganlovells.com
            Khang V. Tran   on behalf of Defendant   NW Communications of Texas, Inc.
                 khang.tran@hoganlovells.com
            Khang V. Tran   on behalf of Defendant   Fox Television Stations, Inc. khang.tran@hoganlovells.com
            Khang V. Tran   on behalf of Defendant   Fox Broadcasting Company khang.tran@hoganlovells.com
            Khang V. Tran   on behalf of Defendant   New World Communications of Atlanta, Inc.
                 khang.tran@hoganlovells.com
            Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
            Khang V. Tran   on behalf of Defendant   New World Communications of Tampa, Inc.
                 khang.tran@hoganlovells.com
            Khang V. Tran   on behalf of Defendant   Fox Sports Net, Inc. khang.tran@hoganlovells.com
            Khang V. Tran   on behalf of Defendant   KCOP Television, Inc. khang.tran@hoganlovells.com
            Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
                 sprescott@idalaw.com
            Kimberly A. Pierro   on behalf of Creditor   Schottenstein Property Group, Inc.
                 kimberly.pierro@kutakrock.com,
                 sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
                 @kutakrock.com
            Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
                 kimberly.pierro@kutakrock.com,
                 sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
                 @kutakrock.com
            Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
                 LaSalle National Bank kwalker@fulbright.com,   kimsullywalker@aol.com
            Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
                 for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
                 kimsullywalker@aol.com
            Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
                 for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
                 kimsullywalker@aol.com
            Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
                 for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
                 kimsullywalker@aol.com
            Kimberly Sullivan Walker   on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
                 kimsullywalker@aol.com
            Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
                 LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
                 1997-CTL-1 kwalker@fulbright.com,   kimsullywalker@aol.com
            Kirk B. Burkley   on behalf of Creditor   Duquesne Light Company kburkley@bernsteinlaw.com,
                 pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
                 ve.com
            Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@BERKHIMERLaw.com
            Kristen E. Burgers   on behalf of Creditor   ORIX Capital Markets, LLC kburgers@hf-law.com
            Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC kburgers@hf-law.com
            Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
                 KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
            Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
                 KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

District/off: 0422-7          User: luedecket          Page 31 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@hf-law.com,
          eappelstein@hf-law.com
          Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rgblawfirm.com,
          joette@rgblawfirm.com
          Lawrence J. Hilton   on behalf of Creditor   TARGUS, INC. lhilton@onellp.com,   lthomas@onellp.com,
          info@onellp.com,janderson@onellp.com,crodriguez@onellp.com
          Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
          gadams@Starr-Law.com
          Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
          lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
          lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt   on behalf of Interested Party   American Computer Development, Inc.
          regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Defendant   EVGA.com Corp. regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Linda Sharon Broyhill   on behalf of Creditor   La Frontera Village, L.P. lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Caguas LP lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   CSI Construction Company lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Wayne VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Lang Construction, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BevCon I, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO Mundy Street, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   McAlister Square Partners, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   North Plainfield VF LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   East Brunswick VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Finance, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Encinitas PFA, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Cardinal Court, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant   Vornado Realty Trust lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Ray Mucci's Inc. lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Reverend Dwayne Funches lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO TRU Dale Mabry, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BBP-Muncy LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County, GA Tax Commissioner lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   PrattCenter, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   John Rohrer Contracting Company, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Amherst VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County Tax Commissioner lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Monument Consulting, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Route 146 Millbury LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   NPP Development LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Hillson Electric Incorporated lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   T. J. Maxx of CA, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Interstate Augusta Properties LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   DEV Limited Partnership lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   UTC I, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-OH LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com,   lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Lisa Hudson Kim   on behalf of Creditor     BPP-SC LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor     Alexander's Rego Park Center, Inc. lkim@siwpc.com,
                lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor     BPP-NY LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor     BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor     Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor     E&A Northeast Limited Partnership lkim@siwpc.com,
                lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
                lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor     Baker Natick Promenade LLC lkim@siwpc.com,
                lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor     BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor     Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor     Vornado Gun Hill Road, LLC lkim@siwpc.com,
                lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor     North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
                lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor     Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor     Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor     Valley Corners Shopping Center, LLC lkim@siwpc.com,
                lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Movant      Colonial Heights Holdings, LLC lkim@siwpc.com,
                lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
                lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
                lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor     BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
                lhamiel@siwpc.com
              Loc  Pfeiffer   on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com,
                Amanda.nugent@kutakrock.com
              Loc  Pfeiffer   on behalf of Creditor    Schottenstein Property Group, Inc.
                loc.pfeiffer@kutakrock.com,  Amanda.nugent@kutakrock.com
              Louis E. Dolan, Jr.   on behalf of Defendant    California Self-Insurers Security Fund
                LDOLAN@nixonpeabody.com,
                was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
                peabody.com;gfornario@nixonpeabody.com
              Louis E. Dolan, Jr.   on behalf of Creditor    Greystone Data Systems, Inc.
                LDOLAN@nixonpeabody.com,
                was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
                peabody.com;gfornario@nixonpeabody.com
              Louis E. Dolan, Jr.   on behalf of Plaintiff    Greystone Data Systems, Inc.
                LDOLAN@nixonpeabody.com,
                was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
                peabody.com;gfornario@nixonpeabody.com
              Louis E. Dolan, Jr.   on behalf of Creditor    TomTom, Inc. LDOLAN@nixonpeabody.com,
                was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
                peabody.com;gfornario@nixonpeabody.com
              Louis E. Dolan, Jr.   on behalf of Defendant Christine  Baker LDOLAN@nixonpeabody.com,
                was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
                peabody.com;gfornario@nixonpeabody.com
              Louis E. Dolan, Jr.   on behalf of Defendant    TomTom, Inc. LDOLAN@nixonpeabody.com,
                was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
                peabody.com;gfornario@nixonpeabody.com
              Louis E. Dolan, Jr.   on behalf of Creditor    California Self-Insurers' Security Fund
                LDOLAN@nixonpeabody.com,
                was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
                peabody.com;gfornario@nixonpeabody.com
              Lucy L. Thomson    lthomson2@csc.com
              Luder F. Milton   on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
              Lyndel Anne Vargas   on behalf of Defendant    Cypress/Spanish Fort I LP LVargas@chfirm.com,
                chps.ecfnotices@gmail.com
              Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
                sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
                ltavenner@tb-lawfirm.com,
                sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
                sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
                sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
                ltavenner@tb-lawfirm.com,
                sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

```
District/off: 0422-7          User: luedecket          Page 33 of 56          Date Rcvd: Jun 01, 2016
                              Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
               Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
               sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
               sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
               sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
               sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
               sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Madeleine C. Wanlsee    on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    AOL LLC mmmitchell@vorys.com,
               sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advertising.com Inc. mmmitchell@vorys.com,
               sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising Inc. mmmitchell@vorys.com,
               sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising, Inc., fka Platform-A Inc.
               mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    Superstation, Inc. mmmitchell@vorys.com,
               sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Accent Energy California LLC
               mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advance Real Estate Management, LLC
               mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
               sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan    on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan    on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 LAWENCE  ROAD , LLC
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Unknown    Sutherland Asbill & Brennan LLP
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
               of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
               holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Transferee    CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
               PARTNERSHIP mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    C1 West Mason Street LLC mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Transferee    CMAT 1999-C2 Bustleton Avenue Limited Partnership
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
               mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
```

District/off: 0422-7          User: luedecket          Page 34 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
           Partnership mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
           Liability Company mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
           Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
           Certificates, Series 2006-C4 mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
           mark.sherrill@sutherland.com
          Mark D. Taylor   on behalf of Creditor   The Weather Channel, LLC f/k/a The Weather Channel
           Interactive, Inc. mtaylor@vlplawgroup.com
          Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC mtaylor@vlplawgroup.com
          Mark D. Taylor   on behalf of Creditor   Lenovo USA mtaylor@vlplawgroup.com
          Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
           State of Texas, and Greg Abbott, as Attorney General of the State of Texas
           bk-mbrowning@oag.state.tx.us,   sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
           bk-mbrowning@oag.state.tx.us,   sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
           Workforce Commission bk-mbrowning@oag.state.tx.us,   sherri.simpson@oag.state.tx.us
          Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Defendant   Creative Labs, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
           mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
          Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
           mark@taxva.com,   amanda@taxva.com
          Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
           amanda@taxva.com
          Mark X. Mullin   on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
           dian.gwinnup@haynesboone.com
          Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
           mark.mullin@haynesboone.com,   dian.gwinnup@haynesboone.com
          Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
           martha.hulley@leclairryan.com,   erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
           martha.hulley@leclairryan.com,   erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
           martha.hulley@leclairryan.com,   erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
           martha.hulley@leclairryan.com,   erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
          Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
           martin.brown@lawokc.com
          Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
          Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
           molden@mhalaw.com,   akauba@mhalaw.com
          Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
           lexbankruptcy@wyattfirm.com
          Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com,
           kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com,
           kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com,
           kelly@righettilaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Matthew  Righetti    on behalf of Creditor  Jonthan  Card matt@righettilaw.com,
              kelly@righettilaw.com
              Matthew  Righetti    on behalf of Creditor  Vadim  Rylov matt@righettilaw.com,
              kelly@righettilaw.com
              Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
              Matthew E. Hoffman    on behalf of Creditor   Principal Life Insurance Company
              mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
              Matthew E. Hoffman    on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
              lltaylor@duanemorris.com;lstopol@levystopol.com
              Matthew J. Ellis    on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
              Matthew V. Spero    on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
              Melissa S. Hayward    on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
              Melissa S. Hayward    on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
              Meredith Linn Yoder    on behalf of Creditor   Edwin Watts Golf Shops, LLC
              myoder@parkerpollard.com,
              sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
              Meredith Linn Yoder    on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
              sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
              Michael  Reed    on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
              Michael  Reed    on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
              Michael  Reed    on behalf of Creditor   Tax Appraisal District of Bell County et al
              othercourts@mvbalaw.com
              Michael  Reed    on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
              Michael A. Condyles    on behalf of Creditor   Cole CC Taunton MA, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   Chase Bank USA, National Association
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   Magna Trust Company, Trustee
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Interested Party   Epson America, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   Cole CC Kennesaw GA, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   Schottenstein Property Group, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   Cole CC Mesquite TX, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   CBL & Associates Management, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   The Shoppes of Beavercreek Ltd.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   Cole CC Aurora CO, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   Jubilee-Springdale, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   Sony Electronics, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   JP Morgan Chase & Co.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
              Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   The Landing at Arbor Place II, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   KSK Scottsdale Mall LP
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   Cole Capital Partners, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor   Hickory Ridge Pavilion LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael Callahan Crowley    on behalf of Defendant   White-Spunner Construction Inc.
              mcrowley@asm-law.com
              Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc.
              mcrowley@asm-law.com
              Michael D. Mueller    on behalf of Creditor   Tamarack Village Shopping Center Limited Partnership
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor   CHK, LLC mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor   Whitestone Development Partners, L.P.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant   Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
              Inc. mmueller@cblaw.com,  avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Michael D. Mueller     on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Inland Continental Property Management Corp.
    mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Catellus Operating Limited Partnership
    mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Inland Commercial Property Management,  Inc.
    mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller     on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
    mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller     on behalf of Defendant    North American Roofing Services, Inc.
    mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
    mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
    III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Inland American Retail Management LLC
    mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Inland Pacific Property Services LLC
    mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Defendant    Honeywell International Inc. dba ADI
    mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
    Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller     on behalf of Defendant    Texas Instruments Incorporated mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Teachers Insurance and Annuity Association of
    America mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    Market Heights, Ltd mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Defendant    U.S. Luggage Co. mmueller@cblaw.com,
    avaughn@cblaw.com
    Michael D. Mueller     on behalf of Creditor    RD Bloomfield Associates Limited Partnership
    mmueller@cblaw.com,  avaughn@cblaw.com

District/off: 0422-7        User: luedecket        Page 37 of 56        Date Rcvd: Jun 01, 2016
                           Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
            mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
            mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael E. Hastings    on behalf of Creditor    Eastern Security Corp. mhastings@wtplaw.com,
            twhitt@wtplaw.com
          Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
            mjogrady@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
            Mall mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    DG FastChannel, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
            dba Howland Commons mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Streater Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    BellO International Corp. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Amore Construction Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Interested Party    Systemax, Inc. mfalzone@hf-law.com
          Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
            mkogan@koganlawfirm.com
          Min  Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
            Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
            Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
            swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
            swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
            swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
            swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting    on behalf of Creditor    Antor Media Corporation nrs@lplaw.com,
            lginsberg@lolawfirm.com
          Nathan  Jones    on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

           Nathan  Jones    on behalf of Creditor    Us Debt Recovery VIII, L.P. heather@usdrllc.com
           Nathan  Jones    on behalf of Creditor    United States Debt Recovery, LLC heather@usdrllc.com
           Nathan  Jones    on behalf of Creditor    US Debt Recovery XI, LP heather@usdrllc.com
           Nathan  Jones    on behalf of Creditor    US Debt Recovery VIII, L.P. heather@usdrllc.com
           Nathan  Jones    on behalf of Creditor    Us debt recovery, XII LP heather@usdrllc.com
           Nathan  Jones    on behalf of Creditor    US Debt Recovery V, LP heather@usdrllc.com
           Nathan  Jones    on behalf of Creditor    US Debt Recovery IV, LLC heather@usdrllc.com
           Nathan  Jones    on behalf of Creditor    US Debt Recovery III, LLC heather@usdrllc.com
           Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LLC heather@usdrllc.com
           Neil E. McCullagh    on behalf of Creditor    PNY Technologies, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery IV LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Defendant    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Creditor    Shelby Properties TX, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Interested Party    Marblegate Asset Management
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Creditor    Chino South Retail PG, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Defendant    Newspaper Agency Company LLC d/b/a MediaOne of Utah
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Creditor    United States Debt Recovery, LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Defendant    Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
              Rutherford LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Creditor    Dentici Family Limited Partnership
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Creditor    Pintar Investment Properties TX, LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Defendant    Cleveland Construction, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Creditor c/o William A. Wood    Panattoni Construction, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, L.P.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com
           Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
              aldson@spottsfain.com;hcutright@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

       Neil E. McCullagh   on behalf of Defendant   iGoDitigal, LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Defendant   Mitek Corporation (MTX) nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Defendant   Corporate Facilities Group, Inc. d/b/a Facilities
Engineering nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for VVI
Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Creditor   Northglenn Retail, LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Creditor   Dudley Mitchell Properties TX, LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Defendant   Bagby Electric of Virginia, Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Defendant   Panattoni Construction Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Defendant   Parkway Enterprises, LLC d/b/a Parkway Enterprises
LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Creditor   TI PI Texas, LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Creditor   South Carolina Electric & Gas Company
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Defendant   Techcraft Manufacturing, Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Creditor   US Debt Recovery V, LP nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Creditor   Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Creditor   Cormark, Inc. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Creditor   Cleveland Construction, Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Attorney   Spotts Fain PC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

       Neil E. McCullagh   on behalf of Creditor   Scripps Networks Interactive, Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
aldson@spottsfain.com;hcutright@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for EPC
     Denton Gateway, LLC nmccullagh@spottsfain.com,
     eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
     aldson@spottsfain.com;hcutright@spottsfain.com
Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
     nwhittenburg@millermartin.com,  mcsmith@millermartin.com
Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
     bfears@law.ga.gov,  jjacobs@law.ga.gov
P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL mroberts@pbp-attorneys.com
P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
     mroberts@pbp-attorneys.com
Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
     ctrivigno@rc.com
Paul J. Pascuzzi   on behalf of Interested Party   Miami Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Biloxi Sun Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Merced Sun Star ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Olympian ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Fresno Bee ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Wichita Eagle ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Macon Telegraph ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   McClatchy Company ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Sacramento Bee ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Island Packet ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Charlotte Observer ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Centre Daily Times (State College)
     ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Idaho Statesman ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Olympian ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Modesto Bee ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Bradenton Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Lexington Herald-Leader ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Tri-City Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Bellingham Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Myrtle Beach Sun News ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Raleigh News & Observer ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Kansas City Star ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   San Luis Obispo Tribune ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Columbia State ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Tacoma News, Inc. ppascuzzi@ffwplaw.com
Paul K. Campsen   on behalf of Defendant   Griffin Marketing & Promotions, Inc.
     pkcampsen@kaufcan.com,  jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   Lea Company, a Virginia general partnership, the
     Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com,  jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   Tritronics, Inc. pkcampsen@kaufcan.com,
     jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
     jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   Newport News Shopping Center, L.L.C.
     pkcampsen@kaufcan.com,  jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   Google Inc. pkcampsen@kaufcan.com,  jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   Site A, LLC pkcampsen@kaufcan.com,  jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
     jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   CC Grand Junction Investors 1998, LLC
     pkcampsen@kaufcan.com,  jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   Crossways Financial Associates, LLC
     pkcampsen@kaufcan.com,  jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   CC Springs, L.L.C. pkcampsen@kaufcan.com,
     jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   MHW Warner Robins, LLC pkcampsen@kaufcan.com,
     jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   Vance Baldwin, Inc. pkcampsen@kaufcan.com,
     jaturner@kaufcan.com
Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
     pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
Paul McCourt Curley   on behalf of Creditor Jon C. Geith paul.curley@allenandallen.com,
     kim.pillsbury@allenandallen.com
Paul McCourt Curley   on behalf of Creditor   Carrollton Arms, LLC paul.curley@allenandallen.com,
     kim.pillsbury@allenandallen.com
Paul McCourt Curley   on behalf of Creditor Laurie Lambert-Gaffney paul.curley@allenandallen.com,
     kim.pillsbury@allenandallen.com
Paul Michael Schrader   on behalf of Creditor   San Jose Mercury-News, Inc.
     pschrader@fullertonlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Paul Michael Schrader   on behalf of Creditor   Bay Area News Group East Bay, LLC
             pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Bay Area News Group East Bay, LLC
             pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   San Jose Mercury-News, Inc.
             pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Export Development Canada
             pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News,
             Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
             Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Caribbean Display & Construction, Inc.
             pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   TIN Inc. d/b/a Temple-Inland Inc.
             pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Contra Costs Times pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Alameda Newspapers, Inc., Bay Area News Group
             East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
             Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Artitali Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Alameda Newspaper Group, Inc.
             pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   BayAreaNewsGroup pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   BayAreaNews Group pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc.
             pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Alameda Newspapers, Inc.
             pschrader@fullertonlaw.com
          Paul Michael Schrader   on behalf of Creditor   Contra Costa Times, Inc.
             pschrader@fullertonlaw.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
             L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
             pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Okaloosa County Florida pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hayward 880,LLC pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Bay County Florida tax collector
             pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hillsborough County, FL pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CarMax, Inc. pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Palm Beach County Tax Collector
             pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CC Countryside 98, LLC pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County Florida Tax Collector
             pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Westlake Limited Partnership
             pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Orange County Florida Tax Collector
             pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County, Florida pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Manatee County Florida Tax Collector
             pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Highlands County, Florida
             pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Miami-Dade County Tax Collector
             pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Pinnellas County, Florida
             pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Interested Party   Carmax Business Services, LLC
             pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hernendo County, Florida pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Defendant   Stephen Gould Corporation
             pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Seminole County Florida Tax Collector
             pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Paul S. Bliley, Jr.   on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paul S. Bliley, Jr.   on behalf of Creditor    Stillwater Designs and Audio, Inc.
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paul S. Bliley, Jr.   on behalf of Creditor    Torrington Tripletts, LLC
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paul S. Bliley, Jr.   on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paul S. Bliley, Jr.   on behalf of Creditor    Brevard County Florida Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paul S. Bliley, Jr.   on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paul S. Bliley, Jr.   on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paul S. Bliley, Jr.   on behalf of Creditor    Burbank Mall Associates, LLC
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paul S. Bliley, Jr.   on behalf of Creditor    Tax Collector, Polk County, Florida
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paul S. Bliley, Jr.   on behalf of Creditor    Polk County Florida Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paul S. Bliley, Jr.   on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paul S. Bliley, Jr.   on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paul S. Bliley, Jr.   on behalf of Creditor    Willaims Mullen Clark and Dobbins
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paul S. Bliley, Jr.   on behalf of Creditor    Indian River County Florida Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paula A. Hall   on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
          hall@bwst-law.com, marbury@bwst-law.com
        Paula S. Beran   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          pberan@tb-lawfirm.com,
          ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
        Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
          ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
        Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
          Inc. Liquidating Trust pberan@tb-lawfirm.com,
          ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
        Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
          ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
        Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
          ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
        Paula S. Beran   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
          pberan@tb-lawfirm.com,
          ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
        Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
          ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
        Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
          ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
        Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
          ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
        Peter  Barrett   on behalf of Defendant    SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
          LOAN FUNDING, LLC peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter  Barrett   on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter  Barrett   on behalf of Defendant    Sony Electronics Inc. peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter  Barrett   on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
          peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter  Barrett   on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
          peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter  Barrett   on behalf of Creditor    Mayfair MDCC peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter  Barrett   on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter  Barrett   on behalf of Defendant    Gelco Corporation, d/b/a GE Fleet Services
          peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter  Barrett   on behalf of Creditor    Sony Electronics, Inc. peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter  Barrett   on behalf of Creditor    Sharpe Partners, LLC peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter A. Greenburg   on behalf of Defendant    Premier Resources International LLC
          pgreenburg@aol.com
        Peter A. Greenburg   on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
            Administration peter.roth@doj.nh.gov
          Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
            pstrniste@rc.com,   kcooper@rc.com
          Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
          Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
            pcarney@whitecase.com,   hletourneau@whitecase.com
          Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
            scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@spilmanlaw.com,
            scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
            ppearl@sandsanderson.com,   scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com,
            scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
            ppearl@spilmanlaw.com,   scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
            ppearl@spilmanlaw.com,   scormany@spilmanlaw.com
          Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
            pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
            pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
            pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   Mitsubishi Electronics America, Inc.
            pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip James Meitl   on behalf of Defendant   Gorilla Nation Media, LLC pj.meitl@bryancave.com,
            john.leininger@bryancave.com
          Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
            john.leininger@bryancave.com
          Philip James Meitl   on behalf of Creditor   DBL Distributing, LLC pj.meitl@bryancave.com,
            john.leininger@bryancave.com
          R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
            raypri24@hotmail.com
          Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
            rsaitta@wileyrein.com,   rours@wileyrein.com;khertz@wileyrein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Reid Steven Whitten   on behalf of Creditor    LaSalle Bank National Association, as trustee for
                C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
              Rhett E. Petcher   on behalf of Interested Party    36 Monmouth Plaza LLC rpetcher@seyfarth.com
              Rhett E. Petcher   on behalf of Creditor    Engineered Structures, Inc. rpetcher@seyfarth.com
              Richard C. Maxwell   on behalf of Interested Party    Park National Bank rmaxwell@woodsrogers.com,
                hstewart@woodsrogers.com
              Richard C. Maxwell   on behalf of Interested Party    Wells Fargo Bank Northwest, National
                Association rmaxwell@woodsrogers.com,  hstewart@woodsrogers.com
              Richard E. Girgado   on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
                rgirgado@counsel.lacounty.gov
              Richard E. Hagerty   on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor    Southroads, L.L.C.
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor    Carlyle-Cypress Tuscaloosa, LLC
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor    Northcliff Residual Parcel 4 LLC
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor    SAP Retail Inc. and Business Objects
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor    Craig-Clarksville Tennessee LLC
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor    Plantation Point Development, LLC
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor    Wal-Mart Stores, Inc.
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor    Certain Benefit Restoration Plan Claimants
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Attorney    Troutman Sanders LLP
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor    Triangle Equities Junction LLC
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor    Cosmo-Eastgate, ltd
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Lear   on behalf of Creditor    Plaza Las Americas, Inc. richard.lear@hklaw.com,
                kimi.odonnell@hklaw.com
              Richard E. Lear   on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com,
                kimi.odonnell@hklaw.com
              Richard F. Stein   on behalf of Creditor    Internal Revenue Service
                richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson   on behalf of Creditor    Sharp Electronics Corporation
                rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com
              Richard M. Maseles   on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow   on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
              Robert A. Canfield   on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
                jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
                eancanfield@comcast.net
              Robert A. Canfield   on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
                jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
                eancanfield@comcast.net
              Robert A. Canfield   on behalf of Creditor Laurie Lambert-Gaffney bcanfield@canfieldbaer.com,
                jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
                eancanfield@comcast.net
              Robert B. Hill   on behalf of Creditor    Columbia Plaza Joint Venture bsmith@hillrainey.com,
                hillraineyign@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert B. Hill    on behalf of Creditor    Columbia Plaza Shopping Ceter Venture
              bsmith@hillrainey.com, hillraineyign@gmail.com
              Robert B. Hill    on behalf of Creditor Decarla   Taylor-Conyers bsmith@hillrainey.com,
              hillraineyign@gmail.com
              Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins, 11
              Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
              of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company
              robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
              Robert D. Clark    on behalf of Creditor    Treasurer of Douglas County, Colorado
              rclark@douglas.co.us
              Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
              L.L.C. rtepper@sabt.com, pcoover@sabt.com
              Robert E. Scully, Jr.    on behalf of Creditor    T.D. Farrell Construction, Inc.
              rscully@stites.com, docketclerkalex@stites.com
              Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc.
              rmoorman@moormanlaw.com, robmoorman@comcast.net
              Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC
              Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
              rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
              USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
              rminkoff@cedargladecapital.com
              Robert Kenneth Minkoff    on behalf of Creditor    Cedar Glade, LP rminkoff@cedargladecapital.com
              Robert L. LeHane    on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp.
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Philips International rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
              Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
              rmmarino@rpb-law.com, rmmarino1@aol.com
              Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
              rmmarino@rpb-law.com, rmmarino1@aol.com
              Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
              USAVAE.RIC.ECF.CIVIL@usdoj.gov;SJohnston1@usa.doj.gov
              Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com,
              dhowes@ltblaw.com
              Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
              Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
              Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
              Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
              Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
              Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
              bmusick@t-mlaw.com, karnett@t-mlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert Ryland Musick   on behalf of Defendant   Newark Morning Ledger Co. bmusick@t-mlaw.com,
             karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   The Times-Picayune, L.L.C. d/b/a The
             Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Northeast Ohio Marketing Network, LLC
             bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Oregonian Publishing Company LLC d/b/a The
             Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
             Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   The Birmingham News Company bmusick@t-mlaw.com,
             karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Advance Publications, Inc., d/b/a Newhouse
             Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   International Business Machines Corporation
             bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   The Herald Publishing Company, LLC
             bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   IBM Credit, LLC bmusick@t-mlaw.com,
             karnett@t-mlaw.com
          Robert S. Westermann   on behalf of Creditor   Old Republic Insurance Company
             rwestermann@hf-law.com,  rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Panasonic Corporation of North America
             rwestermann@hf-law.com,  rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Counter-Claimant   Eastman Kodak Company
             rwestermann@hf-law.com,  rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Eastman Kodak Company rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   National A-1, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Galleria Plaza, Ltd. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Cyber Power Systems, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Atlantic Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Cyber Power Systems (USA), Inc.
             rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Vector Security, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Towne Square Plaza rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Fuel Creative, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   COMSYS Information Technology Services, Inc. and
             COMSYS Services, LLC rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Klaussner Furniture Industries, Inc.
             rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   The CIT Group/Commercial Services, Inc.
             rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Pop's Cosmic Counters, Inc.
             rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   Marblegate Asset Management
             rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Transferee   Marblegate Special Opportunities Master Fund LP
             rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Cameron Group Associates LLP
             rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Starlight Marketing, Ltd. rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services, Inc.
             rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Taubman Auburn Hills Associates Limited
             Partnership rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   TXU Energy Retail Company LLC
             rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
             rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Eastman Kodak Company rwestermann@hf-law.com,
             rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Starlite/Starlight Marketing, Ltd.
             rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Venetian Casino Resort, LLC
             rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Longacre Opportunity Fund, L.P.
             rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com

District/off: 0422-7          User: luedecket          Page 47 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Robert S. Westermann   on behalf of Creditor   Harvest/HPE LP rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
            Robert S. Westermann   on behalf of Defendant   Fasteners For Retail, Inc. rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
            Robert S. Westermann   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
            rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
            Robert S. Westermann   on behalf of Interested Party   Systemax, Inc. rwestermann@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
            Robert S. Westermann   on behalf of Defendant   Denver Newspaper Agency LLP
            rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
            Robert S. Westermann   on behalf of Defendant   Marblegate Special Opportunities Master Fund L.P.
            rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
            Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services
            rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
            Robin S. Abramowitz   on behalf of Creditor   CC Merrilville Trust abramowitz@larypc.com
            Robin S. Abramowitz   on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
            abramowitz@larypc.com
            Robin S. Abramowitz   on behalf of Creditor   CC Colonial Trust abramowitz@larypc.com
            Robin S. Abramowitz   on behalf of Creditor   CC Joliet Trust abramowitz@larypc.com
            Ron C. Bingham, II   on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
            Farrell Construction, Inc. rbingham@stites.com,   dclayton@stites.com
            Ronald A. Page, Jr.   on behalf of Creditor   JMC Manufacturing Inc. dba Inland Fixture
            rpage@rpagelaw.com,
            rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
            Ronald A. Page, Jr.   on behalf of Defendant   Miner Fleet Management Group, LLC, fka Miner Fleet
            Management Group, Ltd. rpage@rpagelaw.com,
            rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
            Ronald A. Page, Jr.   on behalf of Creditor   Cormark, Inc. rpage@rpagelaw.com,
            rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
            Ronald A. Page, Jr.   on behalf of Creditor   Miner Fleet Management Group, Ltd.
            rpage@rpagelaw.com,
            rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
            Ronald A. Page, Jr.   on behalf of Creditor   Anthony Erickson, d/b/a A.C.E.Enterprises
            rpage@rpagelaw.com,
            rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
            Ronald A. Page, Jr.   on behalf of Defendant   Anthony Erickson, d/b/a A.C.E.Enterprises
            rpage@rpagelaw.com,
            rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
            Ronald A. Page, Jr.   on behalf of Defendant   JMC Manufacturing Inc. dba Inland Fixture
            rpage@rpagelaw.com,
            rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
            Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
            rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
            Ronald G. Dunn   on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
            Ronald M. Tucker   on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
            cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
            Roy M. Terry, Jr.   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com
            Roy M. Terry, Jr.   on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com
            Russell R. Johnson, III   on behalf of Creditor   Chalek Company LLC russ4478@aol.com
            Russell R. Johnson, III   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
            Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
            sarah.kelly@leclairryan.com
            Ryan C. Day   on behalf of Plaintiff   Schimenti Construction Company LLC
            ryan.day@leclairryan.com,   sarah.kelly@leclairryan.com
            S. James Wallace   on behalf of Creditor   Barnes & Powers North, LLC sjw@sjwpgh.com,
            srk@sjwpgh.com
            S. James Wallace   on behalf of Creditor   Equitable Gas Company LLC sjw@sjwpgh.com,
            srk@sjwpgh.com
            S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
            Company sgill@vanblk.com
            Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
            Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
            sboehm@mcguirewoods.com,   kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
            sboehm@mcguirewoods.com,   kcain@mcguirewoods.com
            Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
            sboehm@mcguirewoods.com,   kcain@mcguirewoods.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

               Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com
               Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com
               Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com
               Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com
               Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com
               Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com
               Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com
               Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com
               Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com
               Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com
               Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com
               Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com
               Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
                 sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
               Satchidananda Mims   smims21@hotmail.com
               Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
               Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
               Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
               Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com,
                 mdowns@vanblk.com
               Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
                 sfranklin@vanblk.com,  mdowns@vanblk.com
               Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
                 cmcintire@buchalter.com
               Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   RTS Marketing, Inc. sdelacruz@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   Howland Commons Partnership, an Ohio gen
                 partnership dba Howland Commons sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   Huntington Mall Company sdelacruz@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   Spring Hill Development Partners, GP
                 sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
                 Mall sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Defendant   Horizon Technology, LLC sdelacruz@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   Basile Limited Liability Company
                 sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   United States Debt Recovery, LLC
                 sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   Kentucky Oaks Mall Company sdelacruz@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   Remount Road Associates Limited Partnership
                 sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   M and M Berman Enterprises sdelacruz@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Defendant   Mizco International, Inc. sdelacruz@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
                 sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   The Denver Newspaper Agency, LLP
                 sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   Vertis, Inc. sdelacruz@hf-law.com,
                 rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   Cottonwood Corners-Phase V, LLC
                 sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
               Sheila G. de la Cruz   on behalf of Creditor   Woodlawn Trustees Incorporated
                 sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sheila G. de la Cruz   on behalf of Creditor   Horizon Technology, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Mizco International, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila L. Shadmand   on behalf of Defendant   Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand   on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand   on behalf of Creditor   Ventura In Manhattan, Inc. slshadmand@jonesday.com
              Stanley M. Salus   on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
              stan.salus@akerman.com,
              crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo   on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Defendant   DPI, Inc., formerly known as GPX, Inc.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Interested Party   General Electric Company's Consumer &
              Industrial Division smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Defendant   The Decal Source Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Defendant   Universal Remote Control, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Defendant   Terracon Consultants, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Creditor   THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Creditor   THF St. Clairsville Development, L.P.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Creditor   THF Chesterfield Two Development, L.L.C.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Defendant   Bissell Homecare, Inc., aka Bissell Homecare Inc.,
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Creditor   THF Clarksburg Development One, Limited Liability
              Company smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Interested Party   THF Harrisonburg Crossing, L.L.C.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Creditor   Z-Line Designs, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Defendant   ZT Group International, Inc. dba ZT Systems, Inc.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Defendant   Hardsoft Solutions, Inc. d/b/a Micro Product
              Distributors, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Creditor   THF ONC Development, L.L.C. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephanie N. Gilbert   on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com,
              nwalsh@wilsav.com
              Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership
              smetz@shulmanrogers.com,  tlockwood@shulmanrogers.com
              Stephen E. Leach   on behalf of Creditor   Bush Industries, Inc. sleach@hf-law.com,
              ndysart@hf-law.com
              Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc.
              sleach@hf-law.com  ndysart@hf-law.com
              Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue
              Murphys@dor.state.ma.us
              Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC
              sgallagher@venable.com,  cowenby@venable.com;lrheitger@venable.com
              Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
              Steven H. Greenfeld   on behalf of Creditor   PR Christiana LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   PRGL Paxton LP steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   Red Rose Commons Associates, L.P.
              steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   Marple XYZ Associates steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   Park Side Realty LP steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   Goodmill LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   PREIT SERVICES, LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   Pep Boys - Manny, Moe & Jack
              steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   THE GOLDENBERG GROUP steveng@cohenbaldinger.com
              Steven H. Greenfeld   on behalf of Creditor   Boulevard North, LP steveng@cohenbaldinger.com
              Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown   on behalf of Creditor   Walter E. Hartman & Sally J. Hartman, as Trustee of the
              Hartman 1995 Ohio Property brown@wolriv.com
              Steven L. Brown   on behalf of Defendant   The Dispatch Printing Company, d/b/a Columbus Dispatch
              brown@wolriv.com
              Steven L. Brown   on behalf of Defendant   Construct, Inc. brown@wolriv.com
              Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com

District/off: 0422-7          User: luedecket          Page 50 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Steven L. Brown   on behalf of Creditor    The Columbus Dispatch brown@wolriv.com
              Steven L. Brown   on behalf of Creditor    Construct, Inc. brown@wolriv.com
              Tara B. Annweiler   on behalf of Creditor    American National Insurance Company
               tannweiler@greerherz.com
              Tara L. Elgie   on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@hunton.com
              Tara L. Elgie   on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts   on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson   on behalf of Creditor    Mitsubishi Electronics America, Inc.
               thadwilson@kslaw.com, pwhite@kslaw.com
              Thomas David Rethage   on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
               tmurphy@dclawfirm.com,
               rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King   on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
               dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh   on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
               Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
              Thomas John McIntosh   on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
               thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
              Thomas John McIntosh   on behalf of Defendant    Nielsen Business Media Inc.
               thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
              Thomas John McIntosh   on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com,
               alexis.makell@hklaw.com
              Thomas John McKee, Jr.   on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
               smedsa@gtlaw.com
              Thomas John McKee, Jr.   on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com,  smedsa@gtlaw.com
              Thomas Neal Jamerson   on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
               tomjam2003@yahoo.com
              Thomas Neal Jamerson   on behalf of Interested Party    Parker Central Plaza Ltd
               tjamerson@hunton.com,  tomjam2003@yahoo.com
              Thomas Ryan Lynch   on behalf of Defendant    Griffin Technology tlynch@babc.com
              Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
               tboyd@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor Loren Stocker trepczynski@offitkurman.com,
               tboyd@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor    Graphic Communications, Inc.
               trepczynski@offitkurman.com,  tboyd@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor    Tutwiler Properties, LTD
               trepczynski@offitkurman.com,  tboyd@offitkurman.com
              Thomas W. Repczynski   on behalf of Defendant    Graphic Communications Holdings, Inc.
               trepczynski@offitkurman.com,  tboyd@offitkurman.com
              Tiffany Strelow Cobb   on behalf of Creditor    Platform-A Inc. tscobb@vorys.com,
               bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor    AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor    Advertising.com Inc. tscobb@vorys.com,
               bjtobin@vorys.com
              Timothy Francis Brown   on behalf of Interested Party    F.R.O., L.L.C. IX brownt@arentfox.com
              Timothy Francis Brown   on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
              Timothy W. Boykin   on behalf of Creditor    Alameda County Treasurer tboykin@vanblk.com,
               croyes@vanblk.com
              Tracey Michelle Ohm   on behalf of Defendant    Targus, Inc. tracey.ohm@stinsonleonard.com,
               porsche.barnes@stinsonleonard.com
              Tracey Michelle Ohm   on behalf of Creditor    Waste Management, Inc.
               tracey.ohm@stinsonleonard.com,  porsche.barnes@stinsonleonard.com
              Travis Aaron Sabalewski   on behalf of Creditor    IKON Office Solutions, Inc.
               tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy Savenko   on behalf of Creditor    Slam Brands, Inc. tsavenko@kv-legal.com,
               djenkins@kv-legal.com
              Troy Savenko   on behalf of Movant    PlumChoice, Inc. tsavenko@kv-legal.com,
               djenkins@kv-legal.com
              Troy Savenko   on behalf of Creditor    Liberty Mutual Insurance Company tsavenko@kv-legal.com,
               djenkins@kv-legal.com
              Troy Savenko   on behalf of Creditor    PlumChoice, Inc. tsavenko@kv-legal.com,
               djenkins@kv-legal.com
              Troy Savenko   on behalf of Defendant    A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
               djenkins@kv-legal.com
              Troy Savenko   on behalf of Defendant    Morris Publishing Group, LLC dba The Florida Times-Union
               tsavenko@kv-legal.com,  djenkins@kv-legal.com
              Troy Savenko   on behalf of Defendant    Morris Communications Company, LLC; Morris
               Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
               Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
               djenkins@kv-legal.com
              Troy Savenko   on behalf of Interested Party    Liquid Asset Partners, LLC tsavenko@kv-legal.com,
               djenkins@kv-legal.com
              Troy Savenko   on behalf of Defendant    PlumChoice, Inc. tsavenko@kv-legal.com,
               djenkins@kv-legal.com
              Troy Savenko   on behalf of Creditor    Safeco Insurance Company of America tsavenko@kv-legal.com,
               djenkins@kv-legal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Troy   Savenko    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly
                situated tsavenko@kv-legal.com, djenkins@kv-legal.com
              Troy   Savenko    on behalf of Creditor    AmREIT, a Texas Real Estate Investment Trust
                tsavenko@kv-legal.com, djenkins@kv-legal.com
              Troy   Savenko    on behalf of Creditor    Archos, Inc. tsavenko@kv-legal.com, djenkins@kv-legal.com
              Tyson Alynn Johnson   on behalf of Creditor    Berkadia Commercial Mortgage LLC
                tyson.johnson@bryancave.com
              Tyson Alynn Johnson   on behalf of Creditor    Capmark Finance, Inc. tyson.johnson@bryancave.com
              Valerie P. Morrison   on behalf of Creditor    Daly City Partners I, L.P.
                val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
              Valerie P. Morrison   on behalf of Creditor    Infogain Corporation val.morrison@nelsonmullins.com,
                kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
              Valerie P. Morrison   on behalf of Creditor    Envision Peripherals, Inc.
                val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
              Valerie P. Morrison   on behalf of Creditor    Daly City Partners I, L.P.
                val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
              Valerie P. Morrison   on behalf of Creditor    Lexar Media, Inc. val.morrison@nelsonmullins.com,
                kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
              Victoria A. Reardon   on behalf of Creditor    State of Michigan, Department of Treasury
                reardonv@michigan.gov, jacksonst@michigan.gov
              Victoria D. Garry   on behalf of Creditor    Ohio Department of Taxation
                victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor    Ohio Bureau of Workers' Compensation
                victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor    Ohio Department of Commerce
                victoria.garry@ohioattorneygeneral.gov
              Walter Laurence Williams   on behalf of Movant    Vornado Realty Trust
                walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Movant    Wayne VF, LLC walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
              Wanda   Borges    on behalf of Defendant    MediaNews Group, Inc. ecfcases@borgeslawllc.com
              Wanda   Borges    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group East Bay,
                LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
                and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
              Wanda   Borges    on behalf of Defendant    Bay Area News Group East Bay, LLC
                ecfcases@borgeslawllc.com
              Wanda   Borges    on behalf of Defendant    Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
              Wanda   Borges    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
                jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
                Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
              Wanda   Borges    on behalf of Creditor    Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wanda   Borges    on behalf of Defendant    MediaNews Group Inc. ecfcases@borgeslawllc.com
              Wanda   Borges    on behalf of Defendant    Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wendy Michele Roenker   on behalf of Creditor Treasurer  City of Chesapeake
                wroenker@cityofchesapeake.net
              William Heuer   on behalf of Transferee    Korea Export Insurance Corporation
                wheuer@duanemorris.com
              William A. Broscious   on behalf of Creditor    Paramount Home Entertainment Inc
                wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor    Kamin Realty Company wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor    Daniel G. Kamin Baton Rouge LLC
                wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor    Circuit Realty NJ LLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor    Jurupa Bolingbrook LLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor    CC-Investors 1996-6 wbroscious@kbbplc.com
              William A. Burnett   on behalf of Creditor    Stillwater Designs and Audio, Inc.
                aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant    NYKO Technologies, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Crown CCI, LLC aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Evening Post Publishing Company d/b/a The Post and
                Courier aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    National Western Life Insurance Company
                aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    DIRECTV, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Interested Party    DIRECTV, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Vonage Holdings, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    American National Insurance Company
                aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Vonage Marketing Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Golf Galaxy, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   CC Countryside 98, LLC aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Hayward 880,LLC aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant   SBLM Architects PC aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Westlake Limited Partnership
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Contrarian Funds, L.L.C.
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
              TV aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   ION Audio, LLC aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   LumiSource, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Tax Collector, Polk County, Florida
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   CC Countryside 98 L.L.C. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Dollar Tree Stores, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Symantec Corp aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Intec, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   CC-Investors 1997-4 aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant   SouthPeak Interactive LLC
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Nyko Technologies, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   SouthPeak Interactive, LLC
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   CarMax, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Eon Communications Corporation
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Cyber Acoustics aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Dick's Sporting Goods, Inc.
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Plaintiff   Carmax Auto Superstores, Inc.
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Dick's Sporting Goods Inc.
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Burbank Mall Associates, LLC
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Brookfield Global Relocation Services, LLC, f/k/a
              GMAC Global Relocation Services, LLC aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Save Mart Supermarkets aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Gray   on behalf of Creditor   Alexander's Rego Park Center, Inc.
              bgray@sandsanderson.com, sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Ray Mucci's Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Snell Acoustics, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   PrattCenter, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Route 146 Millbury LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Station Landing LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Marlton VF LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Creditor   Premier Contracting, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   The Procter & Gamble Company and The Procter & Gamble
          Distribution Company, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Movant   Vornado Realty Trust bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Gateway Woodside, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Encinitas PFA, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Vornado Caguas LP bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Cardinal Court, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Intertech Security of Maryland, LLC
          bgray@sandsanderson.com,   sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Metra Electronics Corporation bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Green Acres Mall, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Tamrac, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Boston Acoustics, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Movant   Colonial Heights Holdings, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   VNO Mundy Street, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Vornado Finance, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Lee County, Mississippi Tax Collector
          bgray@sandsanderson.com,   sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   East BrunswickVF, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   VTech Communications, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Lang Construction, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   UTC I, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   CSI Construction Company bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   InnerWorkings, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BevCon I, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Chatham County Tax Commissioner bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Lee County Tax Collector bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
          sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com

District/off: 0422-7              User: luedecket          Page 54 of 56            Date Rcvd: Jun 01, 2016
                                 Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Interstate Augusta Properties LLC
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Coby Electronics Corporation bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   McAlister Square Partners, Ltd. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Hillson Electric Incorporated bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Mid-American Insulation, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   NPP Development LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd.
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Metra Electronics Corporation bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   DeSoto County, Mississippi bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BBP-Muncy LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-OH LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Towson VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   North Plainfield VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
            Partnership bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   McCorkendale Construction bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
            of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-NY LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   A.D.D. Holdings, L.P. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   DEV Limited Partnership bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              William A. Gray   on behalf of Creditor    BPP-WB LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    RBS Business Capital bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    T. J. Maxx of CA, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Denon Electronics (USA), LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Colorado Structures, Inc., dba CSI Construction Co.
               bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Midwest Block & Brick, Inc. bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    East Brunswick VF LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    The Insurance Company of the State of Pennsylvania
               bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Chatham County, GA Tax Commissioner
               bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Valley Corners Shopping Center, LLC
               bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Fourstar International Trading Company
               bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Sensormatic Electronic Corporation
               bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Construction Testing and Engineering, Inc.
               bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC
               bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    The Oklahoma Publishing Company
               bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    E&A Northeast Limited Partnership
               bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Fourstar Group Inc. bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Denon Electronics bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Wood, III   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
               Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
               chris.tillmanns@bgllp.com
              William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
               trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
              William A. Wood, III   on behalf of Creditor    Raymond & Main Retail, LLC trey.wood@bgllp.com,
               chris.tillmanns@bgllp.com
              William B. Cave   on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
              William C. Crenshaw   on behalf of Creditor    Prince George's Station Retail, LLC
               bill.crenshaw@akerman.com,  deborah.hensley@akerman.com
              William C. Crenshaw   on behalf of Creditor    Gould Livermore LLC bill.crenshaw@akerman.com,
               deborah.hensley@akerman.com

District/off: 0422-7         User: luedecket          Page 56 of 56         Date Rcvd: Jun 01, 2016
                            Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William C. Crenshaw    on behalf of Professional    Akerman Senterfitt bill.crenshaw@akerman.com,
          deborah.hensley@akerman.com
          William D. Bayliss    on behalf of Creditor Richard    Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV    on behalf of Defendant    International Business Machines Corporation
          wprince@t-mlaw.com, jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
          Constructors wprince@t-mlaw.com, jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com,
          jseay@t-mlaw.com
          William Daniel Sullivan    on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan    on behalf of Defendant    Pioneer Electronics (USA) Inc.
          dsullivan@butzeltp.com
          William H. Schwarzschild, III    on behalf of Creditor    MRV Wanamaker, LC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Hotan Corporation
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Datel Design & Development, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    National Western Life Insurance Company
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    J&J Industries, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Merrill Communications LLC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dick's Sporting Goods, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Miami-Dade County Tax Collector
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Vonage Marketing Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dollar Tree Stores, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Evening Post Publishing Company, dba The
          Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    LumiSource, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    State Board of Equalization
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    SouthPeak Interactive, LLC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Nancy    Booth jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Charles    Booth jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    Placer California jcharboneau@mglspc.com,
          aford@mglspc.com
          Zmarak Khan    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
          zmarak.khan@dlapiper.com
                                                                                    TOTAL: 2203