2100B (12/15)

# United States Bankruptcy Court

### Eastern District of Virginia
### Case No. 08-35653-KRH
### Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____    was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 05/31/2016 (date).

**Name and Address of Alleged Transferor:**

Claim No. : Crown CCI, LLC, c/o Paul S. Bliley, Jr., Esq., Williams Mullen, P.O. Box 1320, Richmond, VA  23218-1320

**Name and Address of Transferee:**

WBCMT 2005-C21 South Ocean Gate Avenue LP
c/o Jeffrey I. Snyder, Esq.
Bilzin Sumberg Baena Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, Florida  33131

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/03/16

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:
Circuit City Stores, Inc.
       Debtor

Case No. 08-35653-KRH
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0422-7        User: luedecket        Page 1 of 56        Date Rcvd: Jun 01, 2016
                                 Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2016.
13396409          Crown CCI, LLC,    c/o Paul S. Bliley, Jr., Esq.,    Williams Mullen,    P.O. Box 1320,
           Richmond, VA 23218-1320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2016                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2016 at the address(es) listed below:

      Aaron L. Hammer   on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
      mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
      Aaron L. Hammer   on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
      mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
      Aaron L. Hammer   on behalf of Creditor   Virginia Surety Company, Inc. ahammer@sugarfgh.com,
      mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
      Aaron L. Hammer   on behalf of Creditor   Service Saver, Incorporated ahammer@sugarfgh.com,
      mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
      Aaron L. Hammer   on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
      mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
      Aaron L. Hammer   on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
      ahammer@sugarfgh.com,
      mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
      Aaron R. Cahn   on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
      Adam K. Keith   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
      akeith@honigman.com, tsable@honigman.com
      Albert F. Quintrall   on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
      Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
      Alexander Xavier Jackins   on behalf of Interested Party   Eatontown Commons Shopping Center
      ajackins@seyfarth.com
      Alexander Xavier Jackins   on behalf of Interested Party   Arboretum of South Barrington, LLC
      ajackins@seyfarth.com
      Alexander Xavier Jackins   on behalf of Interested Party   AmCap NorthPoint LLC
      ajackins@seyfarth.com
      Alexander Xavier Jackins   on behalf of Interested Party   AmCap Arborland LLC
      ajackins@seyfarth.com
      Alexander Xavier Jackins   on behalf of Creditor   Engineered Structures, Inc.
      ajackins@seyfarth.com
      Alison Ross Wickizer Toepp   on behalf of Creditor   Northern Indianna Public Service Company
      atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
      Alison Ross Wickizer Toepp   on behalf of Defendant   Sony Computer Entertainment America Inc.,
      A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
      dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
      Alison Ross Wickizer Toepp   on behalf of Defendant   Energizer Battery, Inc.
      atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
      Alison Ross Wickizer Toepp   on behalf of Creditor   GRE Grove Street One LLC
      atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
      Alison Ross Wickizer Toepp   on behalf of Defendant   Kingston Technology Co., Inc.
      atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
      Ambika Joline Biggs   on behalf of Defendant   Scripps Media, Inc. abiggs@bakerlaw.com
      Ambika Joline Biggs   on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
      Ambika Joline Biggs   on behalf of Defendant   The E.W. Scripps Company d/b/a/ Ventura County
      Star abiggs@bakerlaw.com
      Ambika Joline Biggs   on behalf of Defendant   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Ambika Joline Biggs   on behalf of Defendant   Scripps Networks, LLC d/b/a HGTV.com, d/b/a
 FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
Ambika Joline Biggs   on behalf of Defendant   The National Union Fire Insurance Company of
 Pittsburgh, PA abiggs@bakerlaw.com
Ambika Joline Biggs   on behalf of Defendant   Memphis Publishing Company, dba Commercial Appeal,
 Inc. abiggs@bakerlaw.com
Amy Pritchard Williams   on behalf of Creditor   Cobb Corners II, Limited Partnership
 amy.williams@klgates.com, hailey.andresen@klgates.com
Amy Pritchard Williams   on behalf of Creditor   DIM Vastgoed, N.V. amy.williams@klgates.com,
 hailey.andresen@klgates.com
Amy Pritchard Williams   on behalf of Creditor   Encinitas PFA, LLC amy.williams@klgates.com,
 hailey.andresen@klgates.com
Amy Pritchard Williams   on behalf of Creditor   PrattCenter, LLC amy.williams@klgates.com,
 hailey.andresen@klgates.com
Amy Pritchard Williams   on behalf of Creditor   UTC I, LLC amy.williams@klgates.com,
 hailey.andresen@klgates.com
Amy Pritchard Williams   on behalf of Creditor   Valley Corners Shopping Center, LLC
 amy.williams@klgates.com, hailey.andresen@klgates.com
Andrea Campbell Davison   on behalf of Defendant   Animal Planet, L.P. ADavison@beankinney.com,
 onazar@beankinney.com
Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc.
 ADavison@beankinney.com, onazar@beankinney.com
Andrea Campbell Davison   on behalf of Defendant   Discovery Communications Inc. a/k/a The
 Learning Channel ADavison@beankinney.com, onazar@beankinney.com
Andrea Campbell Davison   on behalf of Defendant   Learning Channel, Inc. ADavison@beankinney.com,
 onazar@beankinney.com
Andrea Campbell Davison   on behalf of Defendant   Wonders Industrial Development (Shenzhen) Co.,
 Ltd. ADavison@beankinney.com, onazar@beankinney.com
Andrea Campbell Davison   on behalf of Defendant   Discovery Communications, Inc.
 ADavison@beankinney.com, onazar@beankinney.com
Andrew  Rapp   on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
Andrew A. Jones   on behalf of Interested Party   Farallon Capital Management, L.L.C.
 Andrew@ajoneslaw.com
Andrew Edward Macfarlane   on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org
Andrew Kelly Rudiger   on behalf of Creditor   TKG Coffee Tree, L.P. andrewr@boydhomes.com,
 akrudiger@kaufcan.com
Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. Andrew.Cole@leclairryan.com
Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
 dbonilla@shutts-law.com
Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com
Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. AAbreu@nwbcorp.com,
 Angela.Abreu@northwest.com
Anitra D. Goodman Royster   on behalf of Creditor   Connexion Technologies
 anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
 raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
Ann E. Schmitt   on behalf of Creditor   The Parkes Companies Inc. aschmitt@culbert-schmitt.com
Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
Anne C. Lahren   on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
Anne C. Lahren   on behalf of Defendant   Landmark Media Enterprises LLC, f/k/a Landmark
 Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
 murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
 Management Services, LLC abraucher@mcmillanmetro.com
Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
 Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
 1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
 abraucher@mcmillanmetro.com
Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
 drichards@vanblk.com;kjerald@vanblk.com
Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
 drichards@vanblk.com;kjerald@vanblk.com
Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
 drichards@vanblk.com;kjerald@vanblk.com
Annemarie G. McGavin   on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
 joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin   on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
 joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin   on behalf of Creditor   Dick's Sporting Goods, Inc.
 annemarie.mcgavin@bipc.com,
 joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Annemarie G. McGavin    on behalf of Creditor    General Instrument Corporation d/b/a Home &
            Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
            acichello@kb-law.com
          Anthony J. Cichello    on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder
            Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner    on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein    on behalf of Creditor    Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan    on behalf of Creditor    City of Philadelphia achan@hangley.com,
            ecffilings@hangley.com
          Ashley M. McDow    on behalf of Other Professional    Alfred H. Siegel, the Liquidating Trustee of
            Circuit City Stores, Inc. Liquidating Trust amcdow@bakerlaw.com,  mdelaney@bakerlaw.com,
            ffarivar@bakerlaw.com,sgaeta@bakerlaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Generation H One and Two Limited Partnership
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Marvin L. Oates Trust aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Roth Tanglewood LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    American Power Conversion Corp. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Rolling Acres Plaza Shopping Center
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Macerich Company aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Greenback Associates aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferee    412 South Broadway Realty LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    RREEF Management Company aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
            managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Portland Investment Company of America
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Shopping Center aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
            Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Union Square Retail Trust aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant     Signature Home Furnishings Co. Inc.
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Morse-Sembler Villages Partnership #4
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Lexmark International, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Madison Waldorf, LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Redtree Properties, L.P. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Drexel Delaware Limited Partnership
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland US Management LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Audio Authority Corporation aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Lexmark International, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Carousel Center Company, L.P. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
            Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferor    Manufactures and Traders Trust Company, as
            Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Daniel W. Ramsey aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
            Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    International Speedway Square, Ltd.
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    NAP Northpoint, LLC aepps@cblaw.com,
            avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 4 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| | | | |
|---|---|---|---|
| Augustus C. Epps, Jr. | on behalf of Creditor | Macy's Retail Holdings, Inc. aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Diamond Square, LLC aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Amargosa Palmdale Investments, LLC aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Fingerlakes Crossing, LLC aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Tanglewood Park LLC aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Starpoint Property Management, LLC aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | UnCommon, Ltd., a Florida Limited Partnership aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Prudential Insurance Company of America aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | American Power Conversion Corp. aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Manufacturers and Traders Trust Company, as Trustee aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Myrtle Beach Farms Co., Inc. aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Inland Commercial Property Management, Inc. aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Chung Hee Kim (Ridgehaven Plaza Shopping Center) aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Thoroughbred Village Tennessee, GP aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Plaintiff | CC-Investors 1995-6 aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Hamilton Crossing I, LLC aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Crossroads Associates, Ltd. aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Hamilton Crossing aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Defendant | MediaNews Group, Inc. d/b/a Pioneer Press and St. Paul Pioneer Press aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Inland Continental Property Management Corp. aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Buzz Oates, LLC aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Rancon Realty Fund IV aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Inland Commercial Property Management, Inc. aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Catellus Operating Limited Partnership aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Argyle Forest Retail I, LLC aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Westgate Village, LLC aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Defendant | CDW Direct, LLC aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Interested Party | Manufacturers & Traders Trust Company, as Trustee aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Sangertown Square, L.L.C. aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Swanblossom Investments, LP aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Donahue Schriber Realty Group, L.P. aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Laurel Plumbing, Inc. aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Generation One and Two, LP aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Glimcher Properties Limited Partnership, as managing Agent for Puente Hills Mall, LLC aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Kimco Realty Corporation aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | 1030 W. North Ave. Bldg. LLC aepps@cblaw.com, avaughn@cblaw.com |
| Augustus C. Epps, Jr. | on behalf of Creditor | Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc aepps@cblaw.com, avaughn@cblaw.com |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.    on behalf of Creditor    N.P. Huntsville Limited Liability Company
               aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Whitestone Development Partners, L.P.
               aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    De Rito Pavilions 139, LLC aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Kite Coral Springs, LLC aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Myrtle Beach Farms aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland American Retail Management LLC
               aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Audio Authority Corporation aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Union County Construction Group, Inc.
               aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Solutions 2 Go, Inc. aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    La Habra Imperial, LLC aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The West Campus Square Company, LLC
               aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Cohab Realty, LLC aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Attorney    Christian & Barton, L.L.P. aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    CC-Investors 1995-6 aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    KRG Market Street Village, LP aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Pacific Property Services LLC
               aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Brighton Commercial, L.L.C. aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Bella Terra Associates, LLC aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    EklecCo NewCo, LLC aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership
               aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
               avaughn@cblaw.com
          Belkys  Escobar   on behalf of Creditor    County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
               bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Belkys  Escobar   on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly   on behalf of Creditor    Panasonic Corporation of North America
               backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Defendant    Nikon, Inc. backerly@hunton.com,
               cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor    Harvest/HPE LP backerly@hunton.com,
               cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party    Lowe's HIW, Inc. backerly@hunton.com,
               cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor    Taubman Auburn Hills Associates Limited Partnership
               backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party    CCDC Marion Portfolio, L.P.
               backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party    Federal Warranty Service Corporation
               backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
               backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor    Cypress/CC Marion I, L.P. backerly@hunton.com,
               cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor    Galleria Plaza, Ltd. backerly@hunton.com,
               cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party    Food Lion LLC backerly@hunton.com,
               cloving@hunton.com
          Benjamin Joseph Lambiotte    on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel   on behalf of Defendant    MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com

District/off: 0422-7          User: luedecket          Page 6 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Bradford F. Englander   on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
          rodom@wtplaw.com
          Bradford F. Englander   on behalf of Creditor   Alliance Entertainment Corporation
          benglander@wtplaw.com, rodom@wtplaw.com
          Brenda M. Whinery   on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler   on behalf of Creditor   Prince George's County, Maryland
          bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
          Brett Christopher Beehler   on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
          lsansbury@mrrlaw.net
          Brian D. Huben   on behalf of Creditor   Prudential Insurance Company of America
          brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor   The Macerich Company brian.huben@kattenlaw.com,
          donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor   KNP brian.huben@kattenlaw.com,
          donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor   Cousins Properties Incorporated
          brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor   Watt Management Company brian.huben@kattenlaw.com,
          donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor   RREEF Management Company brian.huben@kattenlaw.com,
          donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor   Foursquare Properties, Inc. brian.huben@kattenlaw.com,
          donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben   on behalf of Creditor   Portland Investment Company of America
          brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Wesley   on behalf of Defendant Christine   Baker brian.wesley@doj.ca.gov
          Brittany Jane Nelson   on behalf of Creditor Karl   Engelke bnelson@foley.com
          Byron Z. Moldo   on behalf of Creditor   RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor   The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor   Descanso TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          C. Christopher Meyer   on behalf of Creditor   Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer   on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason   on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas
          Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely   on behalf of Creditor   Golfsmith International, L.P.
          ccreely@akingump.com
          Catherine Elizabeth Creely   on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
          Chang  Eugene   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell   on behalf of Creditor   Hoprock Limonite, LLC
          c.gideon.korrell@dentons.com,  jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com
          Charles W. Chotvacs   on behalf of Creditor   FJL-MVP, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Uniwest Commercial Realty cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   OTR-Clairemont Square cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Portland Investment Company of America
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Cousins Properties Incorporated
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Centro Properties Group cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   RREEF Management Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Watt Management Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Cencor Realty cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Charles W. Chotvacs   on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    KNP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Prudential Insurance Company of America
           cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel   on behalf of Unknown    G&S Livingston Realty, Inc.
           Christian.Vogel@leclairryan.com
          Christian K. Vogel   on behalf of Creditor    Circuit Investors #2, Ltd.
           Christian.Vogel@leclairryan.com
          Christian K. Vogel   on behalf of Creditor    Circuit Investors #3, Ltd.
           Christian.Vogel@leclairryan.com
          Christian K. Vogel   on behalf of Creditor    Schimenti Construction Company LLC
           Christian.Vogel@leclairryan.com
          Christine D. Lynch   on behalf of Creditor    Interstate Augusta Properties LLC
           clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    E&A Northeast Limited Partnership
           clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    S.R. Weiner & Associates Inc.
           clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine McAteer Ford   on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
          Christine McAteer Ford   on behalf of Creditor    Ada Alicea, on behalf of herself and all others
           similarly situated cford@mdpcelaw.com
          Christopher A. Jones   on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
           cajones@wtplaw.com,   rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher Julian Hoctor   on behalf of Defendant    Moran Brown PC choctor@kv-legal.com
          Christopher L. Perkins   on behalf of Defendant    Parago Promotional Services, Inc
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
           Tech christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Gannett Satellite Information Network, Inc.,
           dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    680 S. Lemon Ave. Co.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown    Osprey Audit Specialists, LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Altec Lansing Technologies, Inc.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    Benenson Capital Company
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    Brandywine Grande C, L.P.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
           Republic christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
           TV christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Retail MDS, Inc.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Interested Party Steven  Ivester
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Pure Digital Technologies, Inc.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
           Star christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com

```
District/off: 0422-7          User: luedecket          Page 8 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Christopher L. Perkins   on behalf of Defendant   Cisco-Linksys, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Olympus Corporation of the Americas
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett River States Publishing Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Almo E-Commerce LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sick, Inc. christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Media Solutions Holdings, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Osprey Audit Specialists, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   FM Facility Maintenance, f/k/a IPT, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Netgear Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. dba The Times
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
           d/b/a Jack of All Games christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Olympus Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Developers Realty, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Circuit Investors #2, Ltd.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Fayetteville Developers, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CK Richmond Business Services #2, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Plantronics, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CC Kingsport 98, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Seagate Technology LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Time Warner Cable, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Cardinal Capital Partners
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. and Gannett River States
           Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
           Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   The Daniel Group
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Take Two Interactive Software, Inc., a/k/a Take
           Two Interactive christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Multimedia Holdings Corporation, dba KUSA-TV
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Lee Enterprises, Incorporated
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Haier America Trading L.L.C.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Cisco Systems, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Transferee   Longacre Opportunity Fund, LP
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Seagate Technology, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Plaintiff   Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown   Creative Realty Management, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sharp Electronics Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Attorney   LeClair Ryan, A Professional Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   V.E.C., LLC dba Virginia Electronic Components
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Westfield, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Take Two Interactive Software, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CC - Virginia Beach, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
            christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Movant Nina  Winston christopher.perkins@leclairryan.com,
            stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
            christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
            christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
            christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
            christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
            Greenville News christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
            christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
            christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
            christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
            christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
            Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
            Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
            Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
            Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
            cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
            Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
            City of Newport News, Virginia    jdurant@nngov.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
            summersm@ballardspahr.com; pollack@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
            cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
            Properties Group cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
            cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
            cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
            Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
            cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
            Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
            cpalik@yahoo.com;cjourdonais@mhlawyers.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com
            Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
            cpalik@mhlawyers.com,
            cpalik@yahoo.com;cjourdonais@mhlawyers.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com
            Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc. cmanchester@reedsmith.com,
            shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
            Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
            Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
            shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
            Curtis G. Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
            cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com
            D. Marc  Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
            ndysart@ltblaw.com;plaura@ltblaw.com
            Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
            individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
            ddprichard@gmail.com
            Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
            Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
            Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
            Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
            ddprichard@gmail.com
            Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com
            Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
            Statesman ddprichard@gmail.com
            Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
            Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Palm Beach Newspapers, Inc. d/b/a The Palm Beach
          Post ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
          Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
          individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks   on behalf of Debtor   Kinzter Technology, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   PRAHS, INC. daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc.
          daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Mayland MN, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Patapsco Designs, Inc. daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Defendant   Circuit City Stores, Inc.
          daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Plaintiff   Circuit City Stores, Inc.
          daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   XSStuff, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Sky Venture Corp. daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Circuit City Stores, Inc.
          daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Courchevel, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press   on behalf of Defendant   Bensussen Deutsch & Associates, Inc.
          dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
          pressdm@gmail.com
          Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
          dsbushnaq@venable.com
          Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark   on behalf of Defendant   Targus, Inc. darrell.clark@stinsonleonard.com,
          catherine.scott@stinsonleonard.com
          Darrell William Clark   on behalf of Creditor   Waste Management, Inc.
          darrell.clark@stinsonleonard.com,  catherine.scott@stinsonleonard.com
          Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
          David  McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
          ecf@davidgreerlaw.com
          David A. Greer   on behalf of Creditor   Century plaza development corporation
          dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
          David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
          Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
          scilino@chlhf.com
          David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
          David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Basser-Kaufman dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Developers Diversified Realty Corporation
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Continental Properties Company, Inc.
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Philips International dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com

District/off: 0422-7          User: luedecket          Page 11 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
                KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
                KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
                Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
                KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
                KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
                KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
                RC CA Santa Barbara, LLC dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
                KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
                KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
                KDWBankruptcyDepartment@kelleydrye.com
              David K. Spiro    on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              David K. Spiro    on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
                and Eagin Communications dspiro@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              David K. Spiro    on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              David K. Spiro    on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
              David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
                bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
                druby@t-mlaw.com,  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
                bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
                bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
                bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
                bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
                bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
                tleonard@gfrlaw.com
              David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
              David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
              David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
                drichards@vanblk.com;mdowns@vanblk.com
              Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
              Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
                Revenue Services denise.mondell@ct.gov
              Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services
                denise.mondell@ct.gov
              Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Creditor    JVC Americas Corp. and JVC Company of America
                dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
                dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
                America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com,
                dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Defendant    Business to Business Solutions, LLC
                dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
                dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Defendant    iProspect.com Inc. dtlewand@kaufcan.com
              Denyse  Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
              Denyse  Sabagh    on behalf of Transferee    Korea Export Insurance Corporation
                dsabagh@duanemorris.com
              Denyse  Sabagh    on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
              Denyse  Sabagh    on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
              Denyse  Sabagh    on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
              Dexter D. Joyner    on behalf of Creditor    Pasadena Independent School District
                caaustin@comcast.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Dion W. Hayes   on behalf of Debtor   Circuit City Purchasing Company, LLC
          dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
          dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Properties, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Sky Venture Corp. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Defendant   Circuit City Stores, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Orbyx Electronics, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Kinzer Technology, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Patapsco Designs, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Courchevel, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   XSStuff, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores PR, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   PRAHS, INC. dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores West Coast, Inc.
          dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Ventoux International, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   CC Aviation, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   InterTAN, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Mayland MN, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dominic L. Chiariello   on behalf of Creditor Donovan  Dunwell dc@chiariello.com
          Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects
          dludman@brownconnery.com
          Douglas  Scott   on behalf of Creditor   Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Creditor   PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Besam USA Inc. f/k/a Besam Automated Entrance Systems,
          Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Creditor   Pasadena Independent School District
          BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Transferee   CFH Investments III, LLC BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Interactive Toy Concepts, Inc
          BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Electronic Process Solutions d/b/a EPS Texas
          BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Russellville Steel Company, Inc.
          BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Merrimack Valley Sheet Metal Corporation
          BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Creditor   WCC Properties BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Hannspree North America, Inc., f/k/a Hannspree
          California, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
          dkappler@rdwlawcorp.com
          Douglas M. Foley   on behalf of Debtor   Mayland MN, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Patapsco Designs, Inc. dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   XSStuff, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Ventoux International, Inc. dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Courchevel, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   CC Aviation, LLC dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
          jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Douglas M. Foley   on behalf of Debtor   InterTAN, Inc. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc.
            dfoley@mcguirewoods.com,  jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Orbyx Electronics, LLC dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Sky Venture Corp. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   PRAHS, INC. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Plaintiff   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
            dfoley@mcguirewoods.com,  jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
            dfoley@mcguirewoods.com,  jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores West Coast, Inc.
            dfoley@mcguirewoods.com,  jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Kinzer Technology, LLC dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Properties, LLC dfoley@mcguirewoods.com,
            jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Purchasing Company, LLC
            dfoley@mcguirewoods.com,  jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales   on behalf of Creditor   City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache   on behalf of Creditor   Lexar Media, Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Television Station KTXA L.P.
            dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Philadelphia Television Station WPSG Inc.
            dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals, Inc.
            dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   KTVK, Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc.
            dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Meredith Corporation dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   KVVU Broadcasting Corporation
            dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Vanguard Products Group, Inc.
            dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   CBS Corporation dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   CBS Television Stations Inc.
            dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Creditor   LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   King Broadcasting Company, doing business as KING-TV
            and KGW-TV dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Sacramento Television Stations Inc.
            dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Press-Enterprise Company
            dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   CBS Stations Group of Texas L.P.
            dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   CBS Operations Inc. dylan.trache@nelsonmullins.com,
            robert.ours@nelsonmullins.com
          Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
            mayle@hooverslovacek.com
          Elizabeth Banda Calvo   on behalf of Creditor   City of Hurst, Mansfiled ISD, Carroll ISD
            ebcalvo@pbfcm.com,  rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com

District/off: 0422-7            User: luedecket          Page 14 of 56            Date Rcvd: Jun 01, 2016
                               Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Elizabeth  Banda Calvo   on behalf of Creditor    City of Cedar Hill, Burleson ISD, Arlington ISD
                ebcalvo@pbfcm.com,  rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth  Banda Calvo   on behalf of Creditor    City of Lake Worth ebcalvo@pbfcm.com,
                rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth A. Elam   on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
                wenditaylor@toase.com
              Elizabeth L. Gunn   on behalf of Creditor    Hewlett Packard Company
                elizabeth.gunn@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
                Gazette egunn@sandsanderson.com,  bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
                bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
                bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Creditor Mikael  Salovaara elizabeth.gunn@dss.virginia.gov,
                bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
                bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
                bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Creditor    CC-Investors Trust 1995-1
                elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Creditor    City of Philadelphia elizabeth.gunn@dss.virginia.gov,
                bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Defendant    Longacre Opportunity Fund, L.P.
                egunn@sandsanderson.com,  bankruptcy@dss.virginia.gov
              Ellen A. Friedman   on behalf of Creditor    Hewlett Packard Company efriedman@friedmanspring.com,
                jquiambao@friedmanspring.com
              Eric C. Cotton   on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com
              Eric Christopher Rusnak   on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
                klgatesbankruptcy@klgates.com
              Eric J. Snyder   on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
              Eric Lopez Schnabel   on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
                schnabel.eric@dorsey.com,  glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel   on behalf of Creditor    Entergy Mississippi, Inc. schnabel.eric@dorsey.com,
                glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel   on behalf of Creditor    Entergy Arkansas, Inc. schnabel.eric@dorsey.com,
                glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel   on behalf of Creditor    Entergy Louisiana, LLC schnabel.eric@dorsey.com,
                glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel   on behalf of Creditor    Entergy Texas, Inc. schnabel.eric@dorsey.com,
                glorioso.alessandra@dorsey.com
              Erika L. Morabito   on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
              Erika L. Morabito   on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
                emorabito@pattonboggs.com
              Erin Elizabeth Kessel   on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
                ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor    South Carolina Electric & Gas Company and Public
                Service of North Carolina ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor    Cleveland Construction, Inc.
                ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Erin Elizabeth Kessel   on behalf of Defendant   PNY Technologies Inc. ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
    ffm@bostonbusinesslaw.com
Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP
    frank.pepler@dlapiper.com,   sandy.holstrom@dlapiper.com
Franklin R. Cragle, III   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
Franklin R. Cragle, III   on behalf of Creditor   United States Debt Recovery, LLC
    fcragle@hf-law.com
Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue
    rudzikf@dor.state.fl.us
Fredrick J. Levy   on behalf of Creditor   ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
    mmarck@olshanlaw.com;ssallie@olshanlaw.com
Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
    mmarck@olshanlaw.com;ssallie@olshanlaw.com
Garren Robert Laymon   on behalf of Creditor   Placer County glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Arlington ISD, et al. glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Riverside County California glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   San Bernardino County glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Glenmoor Limited Partnership glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Monterey County glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
    glaymon@mglspc.com,   jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Lake County (Florida) Tax Collector
    glaymon@mglspc.com,   jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com,
    jcoffman@mglspc.com
Gary E. Mason   on behalf of Plaintiff Marlon   Mondragon gmason@wbmllp.com
Gary E. Mason   on behalf of Creditor Marlon   Mondragon gmason@wbmllp.com
Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,   calendar@fbm.com
Gary V. Fulghum   on behalf of Creditor   John Rohrer Contracting Company, Inc.
    gfulghum@sblsg.com,   jschmeltz@sblsg.com;jrapp@sblsg.com
Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
    jschmeltz@sblsg.com;jrapp@sblsg.com
Gary V. Fulghum   on behalf of Creditor   Lang Construction, Inc. gfulghum@sblsg.com,
    jschmeltz@sblsg.com;jrapp@sblsg.com
George E. Kostel   on behalf of Unknown   KeyBank National Association gkostel@polsinelli.com,
    gekostel@gmail.com;mleeling@polsinelli.com;lipayne@polsinelli.com;dcdocketing@polsinelli.com
German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
    alison.moreno@pcao.pima.gov
Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
    notices@becket-lee.com
Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
    Corp Card notices@becket-lee.com
Gilbert D. Sigala   on behalf of Creditor John   Batioff sigalawl@aol.com
Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
    gbrown@pszjlaw.com
Gina Baker Hantel   on behalf of Defendant   State of Tennessee Department of Revenue,through
    Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
    agbankcal@ag.tn.gov
Gina Baker Hantel   on behalf of Creditor   Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund
    gfornario@nixonpeabody.com,   khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
    christine@virginia-lawyers.net
Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
    ggrant@shulmanrogers.com,   lsmith@shulmanrogers.com
H. Elizabeth Weller   on behalf of Creditor   Smith County Dallas.Bankruptcy@publicans.com
H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
H. Slayton Dabney, Jr.   on behalf of Creditor   Applied Predictive Technologies, Inc.
    sdabney@dabneypllc.com
Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
Heather D. Brown   on behalf of Creditor   Westgate Village, LP heather@hdbrownlaw.com,
    jwest@kkgpc.com
Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
    Heather.Anderson@dol.lps.state.nj.us

District/off: 0422-7          User: luedecket          Page 16 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey, Division of Taxation
           Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr   on behalf of Defendant   Mannington Carpets, Inc., d/b/a Mannington
           Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Sykes Enterprises Incorporated f/k/a ICT
           Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Creditor   Suemar hbroberts@live.com,
           droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Homerun Holdings Corp., fka Wayne-Dalton
           Corporation hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Interested Party   Sykes Enterprises Incorporated f/k/a
           ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Liquidity Solutions, Inc. hbroberts@live.com,
           droberts1949@live.com
          Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
           csommer@fdh.com
          Henry Pollard Long, III   on behalf of Defendant   Panasonic Corporation of North America
           hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   Galleria Plaza, Ltd. hlong@hunton.com,
           tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party   Parker Central Plaza Ltd
           hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   Panasonic Corporation of North America
           hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com,
           tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party   Food Lion LLC hlong@hunton.com,
           tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   Taubman Auburn Hills Associates Limited
           Partnership hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   Harvest/HPE LP hlong@hunton.com,
           tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   H & R REIT (U.S.) Holdings Inc.
           hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
           hlong@hunton.com,  tcanada@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party   Federal Warranty Service Corporation
           hlong@hunton.com,  tcanada@hunton.com
          Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
           howard.j.grossman@chase.com
          Ian S. Landsberg   on behalf of Creditor   Torrance Towne Center Associates, LLC
           ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   FJL-MVP, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   NMC Stratford, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
           chefiling@lw.com;robert.klyman@lw.com
          J. Christian Word   on behalf of Liquidator   Hilco Merchant Resources, LLC
           chefiling@lw.com;robert.klyman@lw.com
          J. David Folds   on behalf of Defendant   Simpletech, Inc. dfolds@bakerdonelson.com,
           sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant   Interactive Communications International, Inc.
           dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
           dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
           dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@bakerdonelson.com,
           sparson@bakerdonelson.com
          Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
           jackson.toof@arentfox.com,
           jeffrey.rothleder@arentfox.com;manuel.arreaza@arentfox.com;john.dowd@arentfox.com;jill.clough@are
           ntfox.com
          Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
           jackson.toof@arentfox.com,
           jeffrey.rothleder@arentfox.com;manuel.arreaza@arentfox.com;john.dowd@arentfox.com;jill.clough@are
           ntfox.com
          Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
           lbigus@stinson.com
          James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
           James.Newbold@illinois.gov
          James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
           through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
           vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
James E. Clarke    on behalf of Interested Party    Brick-70, LLC vaecf@atlanticlawgrp.com,
    rbailey@atlanticlawgrp.com
James H. Rollins    on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
    avis.francis@hklaw.com
James J. Briody    on behalf of Creditor    Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
    kim.smith@sablaw.com
James J. Briody    on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
    kim.smith@sablaw.com
James J. Briody    on behalf of Creditor    LNR Partners, Inc. jim.briody@sablaw.com,
    kim.smith@sablaw.com
James K. Donaldson    on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com,
    eanderson@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;hcut
    right@spottsfain.com
James R. Schroll    on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
    ncoton@beankinney.com
James R. Schroll    on behalf of Creditor    Madison Waldorf, LLC jschroll@beankinney.com,
    ncoton@beankinney.com
James V. Lombardi    on behalf of Creditor    AmREIT, a Texas real estate investment trust
    jlombardi@rossbanks.com, acole@rossbanks.com
James W. Reynolds    on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
    of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
James Winston Burke    on behalf of Creditor    MiTAC Digital Corp. (Magellan) jburke@milbank.com
James Winston Burke    on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA
    Inc. jburke@milbank.com
James Winston Burke    on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP
    jburke@milbank.com
James Winston Burke    on behalf of Defendant    MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
    jburke@milbank.com
James Winston Burke    on behalf of Creditor    Nintendo of America, Inc. jburke@milbank.com
James Winston Burke    on behalf of Defendant    MiTAC Digital Corporation, individually and
    including in its capacity as successor to Magellan Navigation, Inc. jburke@milbank.com
James Winston Burke    on behalf of Defendant    Nintendo of America, Inc. jburke@milbank.com
Jamie M. Konn    on behalf of Defendant    Polk Audio, Inc. jamie.konn@dlapiper.com,
    jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
    jamie.konn@dlapiper.com,  jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
Janet M. Meiburger, Esq.    on behalf of Creditor    Tribune Company admin@meiburgerlaw.com
Janet M. Meiburger, Esq.    on behalf of Creditor    Ricmac Equities Corporation
    admin@meiburgerlaw.com
Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
    ecf@krcl.com
Jason B. Binford    on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
    ecf@krcl.com
Jason M. Krumbein    on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
    a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
Jason M. Krumbein    on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
    a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
Jason M. Krumbein    on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
    a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
Jason M. Krumbein    on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
    a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
Jason William Harbour    on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@hunton.com,
    tcanada@hunton.com
Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
    jharbour@hunton.com,  tcanada@hunton.com
Jeffrey  Scharf    on behalf of Creditor    County of Spokane jeff@taxva.com,
    tacspc@gmail.com;amanda@taxva.com
Jeffrey  Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
    tacspc@gmail.com;amanda@taxva.com
Jeffrey  Scharf    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
    jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com
Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
    Jeff.Klusmeier@ago.mo.gov,  Michelle.Hirschvogel@ago.mo.gov
Jeffrey I. Snyder    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
    jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
    eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
    Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage
    Pass-Through Certificates, Series 2002-CIBC4 jsnyder@bilzin.com,
    eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
    eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
    eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
    eservice@bilzin.com;lflores@bilzin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Jeffrey I. Snyder   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
    Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
    Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
    eservice@bilzin.com;lflores@bilzin.com
    Jeffrey I. Snyder   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
    jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
    Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
    eservice@bilzin.com;lflores@bilzin.com
    Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
    jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
    Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited
    Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
    Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
    eservice@bilzin.com;lflores@bilzin.com
    Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
    eservice@bilzin.com;lflores@bilzin.com
    Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
    dwineinger@taftlaw.com;ecfclerk@taftlaw.com
    Jeffrey J. Graham   on behalf of Creditor   Washington Corner, LP jgraham@taftlaw.com,
    dwineinger@taftlaw.com;ecfclerk@taftlaw.com
    Jeffrey L. Tarkenton   on behalf of Creditor   Amcor Sunclipse North America jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
    wcsr.com
    Jeffrey L. Tarkenton   on behalf of Defendant   Gateway US Retail, Inc. jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
    wcsr.com
    Jeffrey L. Tarkenton   on behalf of Defendant   Acer America Corporation jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
    wcsr.com
    Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corporation
    jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
    wcsr.com
    Jeffrey L. Tarkenton   on behalf of Defendant   The Insurance Company of the State of
    Pennsylvania jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
    wcsr.com
    Jeffrey L. Tarkenton   on behalf of Defendant   Specific Media LLC jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
    wcsr.com
    Jeffrey L. Tarkenton   on behalf of Defendant   MaineToday Media, Inc. jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
    wcsr.com
    Jeffrey L. Tarkenton   on behalf of Defendant   Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
    wcsr.com
    Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corp.
    jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
    wcsr.com
    Jeffrey L. Tarkenton   on behalf of Creditor   Gateway, Inc. jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
    wcsr.com
    Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
    wcsr.com
    Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
    wcsr.com
    Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jeffreymsherman@gmail.com,
    elmoyer99@gmail.com
    Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
    Creditors jpomerantz@pszjlaw.com
    Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
    dennisj@ballardspahr.com,  pollack@ballardspahr.com
    Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
    dennisj@ballardspahr.com,  pollack@ballardspahr.com
    Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
    pollack@ballardspahr.com
    Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
    dennisj@ballardspahr.com,  pollack@ballardspahr.com
    Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
    pollack@ballardspahr.com
    Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
    pollack@ballardspahr.com
    Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
    dennisj@ballardspahr.com,  pollack@ballardspahr.com

District/off: 0422-7          User: luedecket          Page 19 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jenelle Marie Dennis    on behalf of Creditor    Laguna Gateway Phase 2, LP
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    UBS Realty Investors, LLC dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Prudential Insurance Company of America
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Cencor Realty dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Watt Management Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Uniwest Commercial Realty dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Foursquare Properties Inc.
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Point West Plaza II Investors
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Torrance Towne Center Associates, LLC
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Bear Valley Road Partners LLC
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Cousins Properties Incorporated
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Eagleridge Associates, LLC
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Portland Investment Company of America
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    RREEF Management Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    OTR-Clairemont Square dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    KNP dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Manteca Stadium Park, L.P.
          dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jennifer Langan    on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore    on behalf of Defendant    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Louisiana, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Mississippi, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca Cola Bottling Co. Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com

```
District/off: 0422-7        User: luedecket         Page 20 of 56           Date Rcvd: Jun 01, 2016
                           Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jennifer J. West   on behalf of Creditor   Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
                       Enterprises Inc. jwest@spottsfain.com,
                       rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                       ;hcutright@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Texas, Inc. jwest@spottsfain.com,
                       rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                       ;hcutright@spottsfain.com
              Jennifer J. West   on behalf of Defendant   Northern Wire Products, Inc. jwest@spottsfain.com,
                       rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
                       ;hcutright@spottsfain.com
              Jennifer Larkin Kneeland   on behalf of Defendant   Rainbow Advertising Sales Corporation
                       jkneeland@linowes-law.com,
                       klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com
              Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@linowes-law.com,
                       klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com
              Jennifer Larkin Kneeland   on behalf of Defendant   Newsday Holdings LLC and Newsday LLC
                       jkneeland@linowes-law.com,
                       klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com
              Jennifer Larkin Kneeland   on behalf of Defendant   Rainbow Media Holdings LLC dba AMC
                       jkneeland@linowes-law.com,
                       klevie@linowes-law.com;mdevoll@linowes-law.com;jfarnum@linowes-law.com
              Jennifer McLain McLemore   on behalf of Creditor   Portland Investment Company of America
                       jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   Swiff-Train Company jmclemore@cblaw.com,
                       avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Oswego Gerry Centennial, L.L.C.
                       jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   Vonwin Capital Management, L.P.
                       jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Luckoff Land Company, LLC jmclemore@cblaw.com,
                       avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Mortgage Capital Corporation
                       jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western San Antonio HQ Limited
                       Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Sacramento
                       Bee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Morse-Sembler Villages Partnership #4
                       jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Amerian Oklahoma City Penn, L.L.C.
                       jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Drexel Delaware limited Partnership
                       jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.cgm
              Jennifer McLain McLemore   on behalf of Creditor   RREEF Management Company jmclemore@cblaw.com,
                       avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western West Mifflin Century III, L.P.
                       jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Columbus Clifty, L.L.C.
                       jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   New River Properties, LLC jmclemore@cblaw.com,
                       avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Richmond Maryland, L.L.C.
                       jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   CC Acquisition, L.P. jmclemore@cblaw.com,
                       avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   GRI EQY Sparkleberry Square LLC
                       jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LP jmclemore@cblaw.com,
                       avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Interested Party   Miami Herald jmclemore@cblaw.com,
                       avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Robyn N. Davis jmclemore@cblaw.com,
                       avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A jmclemore@cblaw.com,
                       avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Charlotte (Archdale) UY, LLC
                       jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Tacoma News, Inc. jmclemore@cblaw.com,
                       avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   RPAI Pacific Property Services LLC (f/k/a
                       Inland Pacific Property Services LLC) jmclemore@cblaw.com,
                       avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   IN Retail Fund Algonquin Commons, L.L.C.
                       jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Idaho Statesman jmclemore@cblaw.com,
                       avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   1030 W. North Ave. Bldg. LLC
                       jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
                for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
                Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
                Gateway III, LLC as tenants in common jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
                jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
                Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
                jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
                jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
                Carlson Marketing Group, Inc. jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
                jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
                jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
                Southwest Management LLC) jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
                jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
                jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
                jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
                Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
                Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor Alexander H Bobinski jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
                Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
                jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
                Capital Management, LP jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
                jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
                jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
                avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jennifer McLain McLemore     on behalf of Creditor   Mount Berry Square, LLC jmclemore@cblaw.com, avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Inland Commercial Property Management,  Inc. jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   N.P. Huntsville Limited Liability Company jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Nashville Electric Service jmclemore@cblaw.com, avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Inland Traverse City, L.L.C. jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant   The McClatchy Company d/b/a The Kansas City Star jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant   Spirit Delivery and Distribution Services, Inc. jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Prudential Insurance Company of America jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   KNP jmclemore@cblaw.com, avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   CC Properties LLC jmclemore@cblaw.com, avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Transferee   412 South Broadway Realty LLC jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Inland Western Avondale McDowell, L.L.C jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Cameron Bayonne, LLC jmclemore@cblaw.com, avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Inland Western College Station Gateway Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Brighton Commercial, L.L.C. jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Interested Party   Sacramento Bee jmclemore@cblaw.com, avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant   McClatchy Newspapers, Inc. dba The State jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Kansas City Star jmclemore@cblaw.com, avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Watt Management Company jmclemore@cblaw.com, avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Kimco Realty Corporation jmclemore@cblaw.com, avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Transferee   IMCC Sunland, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Hamilton Crossing jmclemore@cblaw.com, avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Redtree Properties, L.P. jmclemore@cblaw.com, avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   MB Fabyan Randall Plaza Batavia, L.L.C. jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   LaSalle Bank National Association, as trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Amargosa Palmdale Investments, LLC jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   U.S. 41 & I 285 Company jmclemore@cblaw.com, avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Premier Retail Interiors, Inc. jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   LaSalle Bank National Association, f/k/a/ LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant   Philips Electronics North America Corporation, d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   LaSalle Bank National Association as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   PL Mesa Pavilions LLC jmclemore@cblaw.com, avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor   Inland Western Southlake Corners Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com:gnatella@cblaw.com:cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
Cameron Bayonne, LLC) jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
News, aka The Sun News jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
Center) jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
LaSalle National Bank jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
Center jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
Idaho Statesman jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
Eagle jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 24 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
            for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
            jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
            Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
            Limited Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
            Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
            jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
            Management LLC) jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
            Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
            acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
            LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
            1997-CTL-1 jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
            Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 25 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, a
          nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
          acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Cousins Properties Incorporated
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Southwest Darien, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Continental Property Management Corp.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Rancon Realty Fund IV jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland American Retail Management LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Argyle Forest Retail I, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   KRG Market Street Village, LP
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   The Macerich Company jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Digital Innovations, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Warner Home Video jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Acadia Realty Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Manufacturers & Traders Trust Company,
          as Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Myrtle Beach Farms jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Fishers Station Development Co.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   North Jersey Media Group Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Thoroughbred Village Tennessee, GP
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Crossroads Shopping Center jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Whitestone Development Partners, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Bella Terra Associates, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Merge Computer Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RioCan Austin Southpark Meadows II Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Tanglewood Park, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
          calirm@haslaw.com
          Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
          egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
          jeremy.friedberg@lf-pc.com,  ecf@lf-pc.com;pierce.murphy@lf-pc.com
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Information Systems, Inc.
          jeremy.friedberg@lf-pc.com,  ecf@lf-pc.com;pierce.murphy@lf-pc.com
          Jeremy S. Friedberg   on behalf of Creditor   Washington Green TIC jeremy.friedberg@lf-pc.com,
          ecf@lf-pc.com;pierce.murphy@lf-pc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Jeremy S. Williams    on behalf of Creditor   Magna Trust Company, Trustee
                 jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
                Jeremy S. Williams    on behalf of Creditor   Jubilee-Springdale, LLC
                 jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
                Jeremy S. Williams    on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
                 lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
                Jeremy S. Williams    on behalf of Defendant    SDI Technologies, Inc.
                 jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
                Jeremy S. Williams    on behalf of Creditor   The Shoppes of Beavercreek Ltd.
                 jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
                Jeremy S. Williams    on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
                 lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
                Jeremy S. Williams    on behalf of Defendant   Antec, Inc. jeremy.williams@kutakrock.com,
                 lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
                Jeremy W. Martin    on behalf of Creditor   Escambia County Tax Collector
                 jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
                Jeremy W. Martin    on behalf of Interested Party   McCandlish Holton, PC
                 jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
                Jeremy W. Martin    on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
                 jmartin@weststarmortgage.com
                Jeremy W. Ryan    on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
                Jeremy W. Ryan    on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
                Jerry Lane Hall    on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
                 Corp. jerryhall10@hotmail.com
                Jess R. Bressi    on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
                Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
                Jessica Regan Hughes    on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
                 swells@seyfarth.com;wdcdocketing@seyfarth.com
                Jessica Regan Hughes    on behalf of Interested Party   Arboretum of South Barrington, LLC
                 jhughes@seyfarth.com,  swells@seyfarth.com, wdcdocketing@seyfarth.com
                Jessica Regan Hughes    on behalf of Interested Party   Eatontown Commons Shopping  Center
                 jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
                Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
                 swells@seyfarth.com;wdcdocketing@seyfarth.com
                Joel S. Aronson    on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
                Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
                 jsaronson@ridberglaw.com
                Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
                Joel T. Marker    on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
                John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
                 jraftery@offitkurman.com
                John C. Smith    on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
                 Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
                John C. Smith    on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
                 Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
                John C. Smith    on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
                John C. Smith    on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
                John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
                 jfiero@pszjlaw.com
                John D. McIntyre    on behalf of Creditor   Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
                 wedwards@wmlawgroup.com;jhill@wmlawgroup.com
                John D. McIntyre    on behalf of Creditor   Ritz Motel Company jmcintyre@wmlawgroup.com,
                 wedwards@wmlawgroup.com;jhill@wmlawgroup.com
                John D. McIntyre    on behalf of Creditor   Janaf Shops, LLC jmcintyre@wmlawgroup.com,
                 wedwards@wmlawgroup.com;jhill@wmlawgroup.com
                John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation
                 jmcintyre@wmlawgroup.com,  wedwards@wmlawgroup.com;jhill@wmlawgroup.com
                John D. McIntyre    on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
                 wedwards@wmlawgroup.com;jhill@wmlawgroup.com
                John D. McIntyre    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
                 jmcintyre@wmlawgroup.com,  wedwards@wmlawgroup.com;jhill@wmlawgroup.com
                John Darren Sadler    on behalf of Creditor   The Hutensky Group sadlerj@ballardspahr.com,
                 andersonn@ballardspahr.com
                John Darren Sadler    on behalf of Creditor   CWCapital Asset Management LLC
                 sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
                John Darren Sadler    on behalf of Creditor   Cencor Realty sadlerj@ballardspahr.com,
                 andersonn@ballardspahr.com
                John Darren Sadler    on behalf of Creditor   Brixmor Property Group, Inc., f/k/a Centro
                 Properties Group sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
                John Darren Sadler    on behalf of Defendant   Berkshire-Amherst, LLC sadlerj@ballardspahr.com,
                 andersonn@ballardspahr.com
                John Darren Sadler    on behalf of Creditor   Battlefield FE Limited Partners
                 sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
                John Darren Sadler    on behalf of Creditor   Federal Realty Investment Trust
                 sadlerj@ballardspahr.com,  andersonn@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John Darren Sadler   on behalf of Creditor   UBS Realty Investors, LLC sadlerj@ballardspahr.com,
              andersonn@ballardspahr.com
          John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
              pjf@carmodymacdonald.com
          John E. Lucian   on behalf of Creditor   VIWY, L.P. lucian@blankrome.com
          John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
              lucian@blankrome.com
          John G. McJunkin   on behalf of Creditor   Marc Realty jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
              jmcjunkin@bakerdonelson.com,  sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   FT Orchard LLC jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   427 Orchard LLC jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
          John J. Lamoureux   on behalf of Creditor   Amore Construction Company jlamoureux@cfjblaw.com,
              delliott@cfjblaw.com
          John J. Trexler   on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
              jroche@perkinscoie.com,
              ADSmith@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com;ecf-3ac9070a3959@ecf.
              pacerpro.com;geisenberg@perkinscoie.com
          John M. Craig   on behalf of Defendant   Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Ohio, Inc. johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor   Long Island Lighting Company d/b/a LIPA
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Central Georgia Electric Membership Corporation
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southwest Gas Corporation johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor   New York State Electric and Gas Corporation
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Michigan Consolidated Gas Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor   Carolina Power & Light Company d/b/a Progress Energy
              Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Light and Power Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor   Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Piedmont Natural Gas Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor   Toledo Edison Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern Connecticut Gas Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Indiana, Inc. johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Defendant   Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant   Pro-Pave Sealcoat Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern California Edison Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor   Yankee Gas Services Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor   Orange and Rockland Utilities johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Detroit Edison Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor   KeySpan Gas East Corporation johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Natural Gas Company johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Cleveland Electric Illuminating Company
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Carolinas, LLC johncraigg@aol.com,
              russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Company of New Hampshire
              johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion
              Virginia Power johncraigg@aol.com,  russj4478@aol.com

District/off: 0422-7          User: luedecket          Page 28 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John M. Craig   on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
            johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor    Public Service Electric And Gas Company
            johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
            johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Granite State Electric johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Consolidated Edison Company of New York, Inc.
            johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Salt River Project johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    American Electric Power johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Jackson EMC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant    ASM Capital III, L.P. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
            johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
            russj4478@aol.com
          John P. Van Beek   on behalf of Defendant    Cosco, Inc., d/b/a Cosco Air Conditioning and
            Refrigeration jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
            vanbeek.com
          John P. Van Beek   on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
            vanbeek.com
          John P. Van Beek   on behalf of Creditor    WEC 96D Niles Investment Trust
            jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
            vanbeek.com
          John P. Van Beek   on behalf of Creditor    TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
            vanbeek.com
          John T. Farnum   on behalf of Creditor    Bell Microproducts, Inc. jfarnum@linowes-law.com,
            gduvall@linowes-law.com;klevie@linowes-law.com
          John T. Farnum   on behalf of Defendant    Ashley Furniture Industries, Inc.
            jfarnum@linowes-law.com,   gduvall@linowes-law.com;klevie@linowes-law.com
          John T. Husk   on behalf of Defendant    Casco Corporation johnhusk@aol.com,  nre98@aol.com
          Jonathan L. Hauser   on behalf of Defendant    Klipsch Audio Technologies LLC
            jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant    CENVEO, Inc. jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant    Velocity Micro, Inc.
            jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant    Stampede Presentation Products, Inc.
            jonathan.hauser@troutmansanders.com
          Jonathan T. Cain   on behalf of Defendant    Zoo Entertainment, Inc. jtcain@mintz.com,
            kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant    InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant    Zoo Games, Inc. f/k/a Destination Software, Inc.
            jtcain@mintz.com,  kcraun@mintz.com
          Jorge A. Ortiz   on behalf of Defendant    Interactive Toy Concepts, Inc jorgeortiz041l@gmail.com
          Joseph M. DuRant   on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire
           Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins, 11   USTPRegion04.RH.ECF@usdoj.gov
          Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T Capital Services, Inc.
           quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Kent H. Landsberg of Dallas, LP (
           quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T Corp. quagliano@seeger-law.com,
           harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@seeger-law.com,
           harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Paris Business Products, Inc.
           quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Amcor Packaging Distribution, Inc., d/b/a Amcor
           Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
           quagliano@seeger-law.com, harvell@seeger-law.com
          Justin F. Paget   on behalf of Defendant   The Seattle Times Company jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   Hunton & Williams, LLP jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
           tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   Thule Organization Solutions, Inc. dba Case Logic,
           Inc. jpaget@hunton.com, tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   Wynit, Inc. jpaget@hunton.com, tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   The Spark Agency, Inc. d/b/a Switch and Switch
           Liberate Your Brand jpaget@hunton.com, tcanada@hunton.com
          Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com, rours@wileyrein.com
          Kalina Boyanova Miller   on behalf of Creditor   Greater Orlando Aviation Authority
           kmiller@wileyrein.com, rours@wileyrein.com
          Kan C. Farand   on behalf of Creditor   Alameda County Treasurer farand.kan@acgov.org
          Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com;clrbfirmecf@gmail.com
          Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com;clrbfirmecf@gmail.com
          Ken Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
          Kenneth R. Rhoad   on behalf of Defendant   Actionlink, LLC krhoa@gebsmith.com
          Kevin A. Lake   on behalf of Creditor   Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Texas Tax Appraisal Districts of Bell County, Brazos
           County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
           District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Madcow International Group Limited
           klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
           Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
           Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Harris County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Bell County, County of Denton, Midland Central Appraisal
           District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
           District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Pima County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com

District/off: 0422-7        User: luedecket        Page 30 of 56        Date Rcvd: Jun 01, 2016
                           Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kevin M. Newman    on behalf of Creditor    NBT Bank, N.A. kmnewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Carousel Center Company, L.P. knewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Mount Berry Square, LLC knewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Sangertown Square, L.L.C. knewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    EklecCo NewCo, LLC knewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Landover (Landover Crossing), LLC knewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Fingerlakes Crossing, LLC knewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
               wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
               wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
               wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
               wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
               krm@mccarthywhite.com,    wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Detroit, Inc.
               khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Phoenix, Inc.
               khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Texas, Inc.
               khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Atlanta, Inc.
               khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Tampa, Inc.
               khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
               sprescott@idalaw.com
          Kimberly A. Pierro    on behalf of Creditor    Schottenstein Property Group, Inc.
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
          Kimberly A. Pierro    on behalf of Creditor    Cole CC Groveland FL, LLC
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
               LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
               for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    Wells Fargo Bank, N.A kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
               LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
               1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
          Kirk B. Burkley    on behalf of Creditor    Duquesne Light Company kburkley@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
               ve.com
          Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@BERKHIMERLaw.com
          Kristen E. Burgers    on behalf of Creditor    ORIX Capital Markets, LLC kburgers@hf-law.com
          Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC kburgers@hf-law.com
          Kristin Elliott    on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kristin Elliott    on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@hf-law.com,
          eappelstein@hf-law.com
          Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rgblawfirm.com,
          joette@rgblawfirm.com
          Lawrence J. Hilton   on behalf of Creditor   TARGUS, INC. lhilton@onellp.com,  lthomas@onellp.com,
          info@onellp.com,janderson@onellp.com,crodriguez@onellp.com
          Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
          gadams@Starr-Law.com
          Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
          lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
          lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt   on behalf of Interested Party   American Computer Development, Inc.
          regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Defendant   EVGA.com Corp. regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Linda Sharon Broyhill   on behalf of Creditor   La Frontera Village, L.P. lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Caguas LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   CSI Construction Company lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Wayne VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Lang Construction, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BevCon I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO Mundy Street, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   McAlister Square Partners, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   North Plainfield VF LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   East Brunswick VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Finance, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Encinitas PFA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Cardinal Court, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant   Vornado Realty Trust lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Ray Mucci's Inc. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Reverend Dwayne Funches lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO TRU Dale Mabry, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BBP-Muncy LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County, GA Tax Commissioner lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   PrattCenter, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   John Rohrer Contracting Company, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Amherst VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County Tax Commissioner lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Monument Consulting, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Paul Schaapman lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Route 146 Millbury LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   NPP Development LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Hillson Electric Incorporated lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   T. J. Maxx of CA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Interstate Augusta Properties LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant Cynthia Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   DEV Limited Partnership lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   UTC I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-OH LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com

District/off: 0422-7          User: luedecket          Page 32 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lisa Hudson Kim   on behalf of Creditor    BPP-SC LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-NY LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant     Colonial Heights Holdings, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
            lhamiel@siwpc.com
          Loc  Pfeiffer   on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com,
            Amanda.nugent@kutakrock.com
          Loc  Pfeiffer   on behalf of Creditor    Schottenstein Property Group, Inc.
            loc.pfeiffer@kutakrock.com,  Amanda.nugent@kutakrock.com
          Louis E. Dolan, Jr.  on behalf of Defendant    California Self-Insurers Security Fund
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Creditor    Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Plaintiff    Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Creditor    TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Defendant Christine  Baker LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Defendant    TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Creditor    California Self-Insurers' Security Fund
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
            peabody.com;gfornario@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel Anne Vargas   on behalf of Defendant    Cypress/Spanish Fort I LP LVargas@chfirm.com,
            chps.ecfnotices@gmail.com
          Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
            ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

District/off: 0422-7          User: luedecket          Page 33 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
        Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
        sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Lynn L. Tavenner    on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
        sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
        sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Lynn L. Tavenner (CC-B)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
        sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Lynn L. Tavenner (CC-C)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
        sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Madeleine C. Wanlsee    on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
    Malcolm M. Mitchell, Jr.    on behalf of Creditor    AOL LLC mmmitchell@vorys.com,
        sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advertising.com Inc. mmmitchell@vorys.com,
        sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising Inc. mmmitchell@vorys.com,
        sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising, Inc., fka Platform-A Inc.
        mmmitchell@vorys.com,    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.    on behalf of Defendant    Superstation, Inc. mmmitchell@vorys.com,
        sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.    on behalf of Creditor    Accent Energy California LLC
        mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advance Real Estate Management, LLC
        mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.    on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
        sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
    Mark B. Conlan    on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
    Mark B. Conlan    on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
    Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 LAWENCE ROAD , LLC
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Unknown    Sutherland Asbill & Brennan LLP
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    LNR Partners, Inc. mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
        of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
        holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Transferee    CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
        PARTNERSHIP mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    C1 West Mason Street LLC mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Transferee    CMAT 1999-C2 Bustleton Avenue Limited Partnership
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
        mark.sherrill@sutherland.com
    Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com

District/off: 0422-7          User: luedecket          Page 34 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
          Partnership mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
          Liability Company mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
          Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
          Certificates, Series 2006-C4 mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
          mark.sherrill@sutherland.com
          Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
          Interactive, Inc. mtaylor@vlplawgroup.com
          Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC mtaylor@vlplawgroup.com
          Mark D. Taylor   on behalf of Creditor   Lenovo USA mtaylor@vlplawgroup.com
          Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
          State of Texas, and Greg Abbott, as Attorney General of the State of Texas
          bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
          bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
          Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Defendant   Creative Labs, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
          mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
          Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
          mark@taxva.com,  amanda@taxva.com
          Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
          amanda@taxva.com
          Mark X. Mullin   on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
          dian.gwinnup@haynesboone.com
          Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
          mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
          Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
          Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
          martin.brown@lawokc.com
          Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
          Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
          molden@mhalaw.com,  akauba@mhalaw.com
          Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
          lexbankruptcy@wyattfirm.com
          Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com,
          kelly@righettilaw.com

```
District/off: 0422-7          User: luedecket          Page 35 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com,
    kelly@righettilaw.com
    Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com,
    kelly@righettilaw.com
    Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
    Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
    mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
    Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
    lltaylor@duanemorris.com;lstopol@levystopol.com
    Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
    Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
    Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
    Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
    Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
    myoder@parkerpollard.com,
    sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
    Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
    sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
    Michael  Reed  on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
    Michael  Reed  on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
    Michael  Reed  on behalf of Creditor   Tax Appraisal District of Bell County et al
    othercourts@mvbalaw.com
    Michael  Reed  on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
    Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
    lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
    lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   CBL & Associates Management, Inc.
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Cole CC Aurora CO, LLC
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
    lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Jubilee-Springdale, LLC
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
    lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Sony Electronics, Inc.
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   JP Morgan Chase & Co.
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
    Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   The Landing at Arbor Place II, LLC
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Cole Capital Partners, LLC
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael A. Condyles   on behalf of Creditor   Hickory Ridge Pavilion LLC
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
    Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
    mcrowley@asm-law.com
    Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
    mcrowley@asm-law.com
    Michael D. Mueller   on behalf of Creditor   Tamarack Village Shopping Center Limited Partnership
    mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor   CHK, LLC mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Whitestone Development Partners, L.P.
    mmueller@cblaw.com,  avaughn@cblaw.com
    Michael D. Mueller   on behalf of Defendant   Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
    Inc. mmueller@cblaw.com,  avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 36 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael D. Mueller    on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Continental Property Management Corp.
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Catellus Operating Limited Partnership
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller    on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
          III, LLC as tenants in common mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
          mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
          Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
          America mmueller@cblaw.com,   avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
          mmueller@cblaw.com,   avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
                mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
                avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
                mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant   Mad Catz, Inc. mmueller@cblaw.com,
                avaughn@cblaw.com
              Michael E. Hastings   on behalf of Creditor    Eastern Security Corp. mhastings@wtplaw.com,
                twhitt@wtplaw.com
              Michael F. Ruggio     on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
              Michael J. Sage       on behalf of Creditor    Pan Am Equities msage@omm.com, kzeldman@omm.com
              Michael John O'Grady  on behalf of Creditor    Convergys Customer Management Group Inc.
                mjogrady@fbtlaw.com
              Michael Keith McCrory  on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
              Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
              Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
              Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
              Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
              Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Defendant   WD Partners, Inc. mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
                Mall mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Defendant   Patriot Enterprises of NY, LLC mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Defendant   Standard Electric Supply Co., Inc.
                mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Defendant   DG FastChannel, Inc. mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
                dba Howland Commons mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Defendant   Streater Inc. mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
                mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
                mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
                mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
                mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
                mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Defendant   BellO International Corp. mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Defendant   Amore Construction Company mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
              Michael P. Falzone    on behalf of Interested Party  Systemax, Inc. mfalzone@hf-law.com
              Michael S. Kogan      on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
                mkogan@koganlawfirm.com
              Min  Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
                Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
                Continental Property Management Corp., and Inland Commerc mpark@cblh.com
              Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
                eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
              Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
              Mitchell B. Weitzman   on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
                swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
                swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
                swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
                swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
              Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
              Nancy R. Schlichting   on behalf of Creditor    Antor Media Corporation nrs@lplaw.com,
                lginsberg@lolawfirm.com
              Nathan  Jones    on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
              Nathan  Jones    on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com
              Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
              Nathan  Jones    on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Nathan  Jones    on behalf of Creditor     Us Debt Recovery VIII, L.P. heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor     United States Debt Recovery, LLC heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor     US Debt Recovery XI, LP heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor     US Debt Recovery VIII, L.P. heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor     Us debt recovery, XII, LP heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor     US Debt Recovery V, LP heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor     US Debt Recovery IV, LLC heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor     US Debt Recovery III, LP heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor     US Debt Recovery X, LLC heather@usdrllc.com
             Neil E. McCullagh   on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery IV LLC
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Defendant   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Creditor   Shelby Properties TX, LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Interested Party   Marblegate Asset Management
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Creditor   United States Debt Recovery, LLC
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
               Rutherford LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Creditor   Dentici Family Limited Partnership
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Creditor   Pintar Investment Properties TX, LLC
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Defendant   Cleveland Construction, Inc.
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, L.P.
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, LP
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Defendant   Casio, Inc. nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh   on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Neil E. McCullagh    on behalf of Defendant    iGoDitigal, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    South Carolina Electric & Gas Company
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Techcraft Manufacturing, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Cormark, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Attorney    Spotts Fain PC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com

District/off: 0422-7          User: luedecket          Page 40 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Nicholas W. Whittenburg   on behalf of Creditor    Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Oscar Baldwin Fears, III   on behalf of Creditor    Georgia Department of Revenue
          bfears@law.ga.gov, jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor    Hillsborough County, FL mroberts@pbp-attorneys.com
          P. Matthew Roberts   on behalf of Creditor    CDB Falcon Sunland Plaza, LP
          mroberts@pbp-attorneys.com
          Patrick M. Birney   on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
          ctrivigno@rc.com
          Paul J. Pascuzzi   on behalf of Interested Party    Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen   on behalf of Defendant    Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Tritronics, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Google Inc. pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Site A, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    CC Springs, L.L.C. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    MHW Warner Robins, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Vance Baldwin, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul M. Black   on behalf of Creditor    Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley   on behalf of Creditor Jon C. Geith paul.curley@allenandallen.com,
          kim.pillsbury@allenandallen.com
          Paul McCourt Curley   on behalf of Creditor    Carrollton Arms, LLC paul.curley@allenandallen.com,
          kim.pillsbury@allenandallen.com
          Paul McCourt Curley   on behalf of Creditor Laurie Lambert-Gaffney paul.curley@allenandallen.com,
          kim.pillsbury@allenandallen.com
          Paul Michael Schrader   on behalf of Creditor    San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul Michael Schrader    on behalf of Creditor    Bay Area News Group East Bay, LLC
            pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    Bay Area News Group East Bay, LLC
            pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    San Jose Mercury-News, Inc.
            pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    Export Development Canada
            pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
            Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
            Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
            pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
            pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    Contra Costs Times pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
            East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
            Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
            pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
            pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
            pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    Contra Costa Times, Inc.
            pschrader@fullertonlaw.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
            L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Pinnellas County, Florida
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Interested Party    Carmax Business Services, LLC
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Defendant    Stephen Gould Corporation
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Seminole County Florida Tax Collector
            pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Paul S. Bliley, Jr.   on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Stillwater Designs and Audio, Inc.
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Torrington Tripletts, LLC
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Brevard County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Burbank Mall Associates, LLC
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Tax Collector, Polk County, Florida
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Polk County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Willaims Mullen Clark and Dobbins
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Indian River County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paula A. Hall   on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
               hall@bwst-law.com,   marbury@bwst-law.com
              Paula S. Beran   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               pberan@tb-lawfirm.com,
               ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
               ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
               Inc. Liquidating Trust pberan@tb-lawfirm.com,
               ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
               ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
               ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
               pberan@tb-lawfirm.com,
               ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
               ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
               ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
               ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Peter  Barrett   on behalf of Defendant    SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
               LOAN FUNDING, LLC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Defendant    Sony Electronics Inc. peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
               peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
               peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor    Mayfair MDCC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Defendant    Gelco Corporation, d/b/a GE Fleet Services
               peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor    Sony Electronics, Inc. peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor    Sharpe Partners, LLC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter A. Greenburg   on behalf of Defendant    Premier Resources International LLC
               pgreenburg@aol.com
              Peter A. Greenburg   on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter C.L. Roth    on behalf of Creditor    State of New Hampshire Department of Revenue
           Administration peter.roth@doj.nh.gov
          Peter E. Strniste, Jr.    on behalf of Creditor    Schimenti Construction Company LLC
           pstrniste@rc.com,  kcooper@rc.com
          Peter G. Zemanian    on behalf of Defendant    American Broadcasting Companies, Inc. d/b/a WABC TV
           pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Creditor    Disney Interactive Distribution, et al.
           pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Buena Vista Home Entertainment, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    ABC Holding Company, Inc., d/b/a KABC TV
           pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Staples Contract & Commercial, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Creditor    TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Corporate Express Office Products, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Bose Corporation pete@zemanianlaw.com
          Peter J. Carney    on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
           pcarney@whitecase.com,  hletourneau@whitecase.com
          Peter M. Pearl    on behalf of Movant    Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
           scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Creditor    PrattCenter, LLC ppearl@spilmanlaw.com,
           scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Defendant    Koch Entertainment Distribution LLC
           ppearl@sandsanderson.com,  scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Defendant    Koch International L.P. ppearl@sandsanderson.com,
           scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
           ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Creditor    Valley Corners Shopping Center, LLC
           ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
          Philip C. Baxa    on behalf of Creditor    Mitsubishi Digital Electronics America, Inc.
           pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Defendant    The Insurance Company of the State of Pennsylvania
           pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
           rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor    JWC Loftus LLC pbaxa@sandsanderson.com,
           rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
           rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
           pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor    Dicker-Warmington Properties pbaxa@sandsanderson.com,
           rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
           rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Defendant    Mitsubishi Electronics America, Inc.
           pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor    Onkyo USA Corporation pbaxa@sandsanderson.com,
           rarrington@sandsanderson.com
          Philip James Meitl    on behalf of Defendant    Gorilla Nation Media, LLC pj.meitl@bryancave.com,
           john.leininger@bryancave.com
          Philip James Meitl    on behalf of Creditor    Capmark Finance, Inc. pj.meitl@bryancave.com,
           john.leininger@bryancave.com
          Philip James Meitl    on behalf of Creditor    DBL Distributing, LLC pj.meitl@bryancave.com,
           john.leininger@bryancave.com
          R. Chase Palmer    on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rand L. Gelber    on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.    on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
           raypri24@hotmail.com
          Raymond William Battaglia    on behalf of Creditor    Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta    on behalf of Creditor    Bond C.C. I Delaware Business Trust
           rsaitta@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
           C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
           hstewart@woodsrogers.com
          Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
           Association rmaxwell@woodsrogers.com,  hstewart@woodsrogers.com
          Richard E. Girgado   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
           rgirgado@counsel.lacounty.gov
          Richard E. Hagerty   on behalf of Defendant   SAP Industries, Inc. fka SAP Retail Inc.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Southroads, L.L.C.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Carlyle-Cypress Tuscaloosa, LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Northcliff Residual Parcel 4 LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   SAP Retail Inc. and Business Objects
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Craig-Clarksville Tennessee LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Plantation Point Development, LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Certain Benefit Restoration Plan Claimants
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Triangle Equities Junction LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Cosmo-Eastgate, ltd
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
           kimi.odonnell@hklaw.com
          Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
           kimi.odonnell@hklaw.com
          Richard F. Stein   on behalf of Creditor   Internal Revenue Service
           richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson   on behalf of Creditor   Sharp Electronics Corporation
           rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield   on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
           jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
           eancanfield@comcast.net
          Robert A. Canfield   on behalf of Defendant   B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
           jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
           eancanfield@comcast.net
          Robert A. Canfield   on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
           jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
           eancanfield@comcast.net
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture bsmith@hillrainey.com,
           hillraineyign@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert B. Hill    on behalf of Creditor   Columbia Plaza Shopping Ceter Venture
               bsmith@hillrainey.com,  hillraineyign@gmail.com
              Robert B. Hill    on behalf of Creditor Decarla  Taylor-Conyers bsmith@hillrainey.com,
               hillraineyign@gmail.com
              Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins, 11
               Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department
               of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company
               robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
              Robert D. Clark   on behalf of Creditor   Treasurer of Douglas County, Colorado
               rclark@douglas.co.us
              Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
               L.L.C. rtepper@sabt.com,  pcoover@sabt.com
              Robert E. Scully, Jr.   on behalf of Creditor   T.D. Farrell Construction, Inc.
               rscully@stites.com,  docketclerkalex@stites.com
              Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc.
               rmoorman@moormanlaw.com,  robmoorman@comcast.net
              Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC
               Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
               USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
               rminkoff@cedargladecapital.com
              Robert Kenneth Minkoff   on behalf of Creditor   Cedar Glade, LP rminkoff@cedargladecapital.com
              Robert L. LeHane   on behalf of Creditor   DDR Corp. f/k/a Developers Diversified Realty Corp.
               rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   The Woodmont Company rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Basser-Kaufman rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   WEC 99A-2LLC rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   General Growth Properties, Inc. rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Ashkenazy Management Corp. rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Philips International rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Developers Diversified Realty Corporation
               rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Jones Lang LaSalle Americas, Inc.
               rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
               Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Regency Centers, L.P. rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Philips International Holding Corp.
               rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Benderson Development Company, LLC
               rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Continental Properties Company, Inc.
               rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
               rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert M. Marino   on behalf of Plaintiff   Ryan, Inc. f/k/a Ryan & Company, Inc.
               rmmarino@rpb-law.com,  rmmarino1@aol.com
              Robert M. Marino   on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
               rmmarino@rpb-law.com,  rmmarino1@aol.com
              Robert P. McIntosh   on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
               USAVAE.RIC.ECF.CIVIL@usdoj.gov;SJohnston1@usa.doj.gov
              Robert R. Vieth   on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
               dhowes@ltblaw.com
              Robert R. Vieth   on behalf of Defendant   Logitech, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
              Robert R. Vieth   on behalf of Defendant   TruEffect, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
              Robert Ryland Musick   on behalf of Defendant   Booth Newspapers, Inc., d/b/a The Bay City Times,
               Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
               Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick   on behalf of Defendant   Advance Publications, Inc., d/b/a Newhouse
               Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
               bmusick@t-mlaw.com,  karnett@t-mlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
                karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
                Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
                bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
                Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
                Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
                karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
                Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
                bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
                bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
                karnett@t-mlaw.com
              Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    COMSYS Information Technology Services, Inc. and
                COMSYS Services, LLC rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Interested Party    Marblegate Asset Management
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Cameron Group Associates LLP
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services, Inc.
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Taubman Auburn Hills Associates Limited
                Partnership rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    TXU Engergy Retail Company LLC
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Venetian Casino Resort, LLC
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Defendant    Longacre Opportunity Fund, L.P.
                rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com

District/off: 0422-7         User: luedecket         Page 47 of 56         Date Rcvd: Jun 01, 2016
                            Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert S. Westermann   on behalf of Creditor   Harvest/HPE LP rwestermann@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann   on behalf of Defendant   Fasteners For Retail, Inc. rwestermann@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
               rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann   on behalf of Interested Party   Systemax, Inc. rwestermann@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann   on behalf of Defendant   Denver Newspaper Agency LLP
               rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann   on behalf of Defendant   Marblegate Special Opportunities Master Fund L.P.
               rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services
               rwestermann@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Robin S. Abramowitz   on behalf of Creditor   CC Merrilville Trust abramowitz@larypc.com
              Robin S. Abramowitz   on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
               abramowitz@larypc.com
              Robin S. Abramowitz   on behalf of Creditor   CC Colonial Trust abramowitz@larypc.com
              Robin S. Abramowitz   on behalf of Creditor   CC Joliet Trust abramowitz@larypc.com
              Ron C. Bingham, II   on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
               Farrell Construction, Inc. rbingham@stites.com,   dclayton@stites.com
              Ronald A. Page, Jr.   on behalf of Creditor   JMC Manufacturing Inc. dba Inland Fixture
               rpage@rpagelaw.com,
               rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
              Ronald A. Page, Jr.   on behalf of Defendant   Miner Fleet Management Group, LLC, fka Miner Fleet
               Management Group, Ltd. rpage@rpagelaw.com,
               rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
              Ronald A. Page, Jr.   on behalf of Creditor   Cormark, Inc. rpage@rpagelaw.com,
               rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
              Ronald A. Page, Jr.   on behalf of Creditor   Miner Fleet Management Group, Ltd.
               rpage@rpagelaw.com,
               rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
              Ronald A. Page, Jr.   on behalf of Creditor   Anthony Erickson, d/b/a A.C.E.Enterprises
               rpage@rpagelaw.com,
               rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
              Ronald A. Page, Jr.   on behalf of Defendant   Anthony Erickson, d/b/a A.C.E.Enterprises
               rpage@rpagelaw.com,
               rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
              Ronald A. Page, Jr.   on behalf of Defendant   JMC Manufacturing Inc. dba Inland Fixture
               rpage@rpagelaw.com,
               rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
              Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
               rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com;ronpagebankruptcy@gmail.com
              Ronald G. Dunn   on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
              Ronald M. Tucker   on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
               cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
              Roy M. Terry, Jr.   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Roy M. Terry, Jr.   on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Russell R. Johnson, III   on behalf of Creditor   Chalek Company LLC russ4478@aol.com
              Russell R. Johnson, III   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
               sarah.kelly@leclairryan.com
              Ryan C. Day   on behalf of Plaintiff   Schimenti Construction Company LLC
               ryan.day@leclairryan.com,   sarah.kelly@leclairryan.com
              S. James Wallace   on behalf of Creditor   Barnes & Powers North, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com
              S. James Wallace   on behalf of Creditor   Equitable Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com
              S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
               sboehm@mcguirewoods.com,   kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com,   kcain@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
               sboehm@mcguirewoods.com,   kcain@mcguirewoods.com

District/off: 0422-7         User: luedecket         Page 48 of 56         Date Rcvd: Jun 01, 2016
                            Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
            kcain@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
            sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
          Satchidananda Mims   smims21@hotmail.com
          Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
          Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
          Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com,
            mdowns@vanblk.com
          Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
            sfranklin@vanblk.com,  mdowns@vanblk.com
          Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
            cmcintire@buchalter.com
          Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   RTS Marketing, Inc. sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Howland Commons Partnership, an Ohio gen
            partnership dba Howland Commons sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Huntington Mall Company sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Spring Hill Development Partners, GP
            sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
            Mall sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Defendant   Horizon Technology, LLC sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Basile Limited Liability Company
            sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   United States Debt Recovery, LLC
            sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Kentucky Oaks Mall Company sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Remount Road Associates Limited Partnership
            sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   M and M Berman Enterprises sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Defendant   Mizco International, Inc. sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
            sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   The Denver Newspaper Agency, LLP
            sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Vertis, Inc. sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Cottonwood Corners-Phase V, LLC
            sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Woodlawn Trustees Incorporated
            sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Sheila G. de la Cruz   on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila G. de la Cruz   on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
            Sheila L. Shadmand   on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
            Sheila L. Shadmand   on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
            Sheila L. Shadmand   on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
            Stanley M. Salus   on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
            stan.salus@akerman.com,
            crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
            Stephan William Milo   on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Interested Party    General Electric Company's Consumer &
            Industrial Division smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor    THF St. Clairsville Development, L.P.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor    THF Clarksburg Development One, Limited Liability
            Company smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
            Distributors, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo   on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephanie N. Gilbert   on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
            nwalsh@wilsav.com
            Stephen A. Metz   on behalf of Creditor    Saul Holdings Limited Partnership
            smetz@shulmanrogers.com,  tlockwood@shulmanrogers.com
            Stephen E. Leach   on behalf of Creditor    Bush Industries, Inc. sleach@hf-law.com,
            ndysart@hf-law.com
            Stephen E. Leach   on behalf of Creditor    Children's Discovery Centers of America, Inc.
            sleach@hf-law.com,  ndysart@hf-law.com
            Stephen G. Murphy   on behalf of Creditor    Massachusetts Department of Revenue
            Murphys@dor.state.ma.us
            Stephen K. Gallagher   on behalf of Creditor    CWCapital Asset Management LLC
            sgallagher@venable.com,  cowenby@venable.com;lrheitger@venable.com
            Stephen K. Lehnardt   on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
            Steven H. Greenfeld   on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor    Red Rose Commons Associates, L.P.
            steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor    Pep Boys - Manny, Moe & Jack
            steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com
            Steven H. Greenfeld   on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com
            Steven H. Newman   on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
            Steven L. Brown   on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
            Hartman 1995 Ohio Property brown@wolriv.com
            Steven L. Brown   on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
            brown@wolriv.com
            Steven L. Brown   on behalf of Defendant    Construct, Inc. brown@wolriv.com
            Steven L. Brown   on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com

District/off: 0422-7          User: luedecket          Page 50 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Steven L. Brown   on behalf of Creditor   The Columbus Dispatch brown@wolriv.com
          Steven L. Brown   on behalf of Creditor   Construct, Inc. brown@wolriv.com
          Tara B. Annweiler   on behalf of Creditor   American National Insurance Company
           tannweiler@greerherz.com
          Tara L. Elgie   on behalf of Defendant   Fujikon Industrial Co. Ltd. telgie@hunton.com
          Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson   on behalf of Creditor   Mitsubishi Electronics America, Inc.
           thadwilson@kslaw.com, pwhite@kslaw.com
          Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
           tmurphy@dclawfirm.com,
           rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
           dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh   on behalf of Defendant   The Nielsen Company (US) LLC, f/k/a Nielsen Media
           Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   WSVN-TV, a unit of Sunbeam Television Corporation
           thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   Nielsen Business Media Inc.
           thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com,
           alexis.makell@hklaw.com
          Thomas John McKee, Jr.   on behalf of Defendant   Bell Microproducts, Inc. mckeet@gtlaw.com,
           smedsa@gtlaw.com
          Thomas John McKee, Jr.   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,  smedsa@gtlaw.com
          Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
           tomjam2003@yahoo.com
          Thomas Neal Jamerson   on behalf of Interested Party   Parker Central Plaza Ltd
           tjamerson@hunton.com,  tomjam2003@yahoo.com
          Thomas Ryan Lynch   on behalf of Defendant   Griffin Technology tlynch@babc.com
          Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
           tboyd@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor Loren Stocker trepczynski@offitkurman.com,
           tboyd@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
           trepczynski@offitkurman.com,  tboyd@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Tutwiler Properties, LTD
           trepczynski@offitkurman.com,  tboyd@offitkurman.com
          Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
           trepczynski@offitkurman.com,  tboyd@offitkurman.com
          Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
           croyes@vanblk.com
          Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tracey.ohm@stinsonleonard.com,
           porsche.barnes@stinsonleonard.com
          Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc.
           tracey.ohm@stinsonleonard.com,  porsche.barnes@stinsonleonard.com
          Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc.
           tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
          Troy Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
           tsavenko@kv-legal.com,  djenkins@kv-legal.com
          Troy Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
           Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
           Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com,
           djenkins@kv-legal.com
          Troy Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com,
           djenkins@kv-legal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
           situated tsavenko@kv-legal.com, djenkins@kv-legal.com
          Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
           tsavenko@kv-legal.com, djenkins@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com, djenkins@kv-legal.com
          Tyson Alynn Johnson   on behalf of Creditor   Berkadia Commercial Mortgage LLC
           tyson.johnson@bryancave.com
          Tyson Alynn Johnson   on behalf of Creditor   Capmark Finance, Inc. tyson.johnson@bryancave.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P
           val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Infogain Corporation val.morrison@nelsonmullins.com,
           kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc.
           val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P.
           val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. val.morrison@nelsonmullins.com,
           kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
           reardonv@michigan.gov, jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
           victoria.garry@ohioattorneygeneral.gov
          Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
           walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
           LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
           and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
           ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
           jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
           Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wendy Michele Roenker   on behalf of Creditor Treasurer   City of Chesapeake
           wroenker@cityofchesapeake.net
          William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
           wheuer@duanemorris.com
          William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
           wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
           wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
          William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
           aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
           Courier aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
           aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
          William A. Burnett   on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Vonage Holdings, Inc. aburnett@williamsmullen.com,
           ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   American National Insurance Company
           aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Vonage Marketing Inc. aburnett@williamsmullen.com,
           ddillon@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Burnett   on behalf of Defendant    Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
               aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Golf Galaxy, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    CC Countryside 98, LLC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Hayward 880,LLC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant    SBLM Architects PC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Westlake Limited Partnership
               aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant    Contrarian Funds, L.L.C.
               aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant    Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
               TV aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    ION Audio, LLC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    LumiSource, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Tax Collector, Polk County, Florida
               aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    CC Countryside 98 L.L.C. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant    SouthPeak Interactive LLC
               aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    SouthPeak Interactive, LLC
               aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    CarMax, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant    Eon Communications Corporation
               aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Cyber Acoustics aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Dick's Sporting Goods, Inc.
               aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Plaintiff    Carmax Auto Superstores, Inc.
               aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Dick's Sporting Goods Inc.
               aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Burbank Mall Associates, LLC
               aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
               GMAC Global Relocation Services, LLC aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Save Mart Supermarkets aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Gray   on behalf of Creditor    Alexander's Rego Park Center, Inc.
               bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Ray Mucci's Inc. bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Snell Acoustics, Inc. bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    PratCenter, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

District/off: 0422-7          User: luedecket          Page 53 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

     William A. Gray   on behalf of Creditor   Premier Contracting, Inc. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant   The Procter & Gamble Company and The Procter & Gamble
     Distribution Company, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Movant   Vornado Realty Trust bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Gateway Woodside, Inc. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Encinitas PFA, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Vornado Caguas LP bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Cardinal Court, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant   Intertech Security of Maryland, LLC
     bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant   Metra Electronics Corporation bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Green Acres Mall, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Tamrac, Inc. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Boston Acoustics, Inc. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Movant   Colonial Heights Holdings, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   VNO Mundy Street, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Vornado Finance, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Lee County, Mississippi Tax Collector
     bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   East BrunswickVF, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant   VTech Communications, Inc. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Lang Construction, Inc. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   UTC I, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   CSI Construction Company bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant   InnerWorkings, Inc. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   BevCon I, LLC bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Chatham County Tax Commissioner bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Creditor   Lee County Tax Collector bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
     William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
     sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

District/off: 0422-7          User: luedecket          Page 54 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Interstate Augusta Properties LLC
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Coby Electronics Corporation bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Hillson Electric Incorporated bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Mid-American Insulation, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   NPP Development LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd.
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Metra Electronics Corporation bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   DeSoto County, Mississippi bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BBP-Muncy LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-OH LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Towson VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   North Plainfield VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
            Partnership bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   McCorkendale Construction bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
            of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-NY LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   A.D.D. Holdings, L.P. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   DEV Limited Partnership bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Amherst VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   T. J. Maxx of CA, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Midwest Block & Brick, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   East Brunswick VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Chatham County, GA Tax Commissioner
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Valley Corners Shopping Center, LLC
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Fourstar International Trading Company
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-SC LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Sensormatic Electronic Corporation
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Monument Consulting, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Construction Testing and Engineering, Inc.
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-Redding LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Baker Natick Promenade LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Wayne VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Star Universal, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   The Oklahoma Publishing Company
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   E&A Northeast Limited Partnership
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Fourstar Group Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Denon Electronics bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
          chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
          trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
          chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor   Prince George's Station Retail, LLC
          bill.crenshaw@akerman.com,  deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@akerman.com,
          deborah.hensley@akerman.com

District/off: 0422-7          User: luedecket          Page 56 of 56          Date Rcvd: Jun 01, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William C. Crenshaw    on behalf of Professional    Akerman Senterfitt bill.crenshaw@akerman.com,
            deborah.hensley@akerman.com
          William D. Bayliss    on behalf of Creditor Richard    Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV    on behalf of Defendant    International Business Machines Corporation
            wprince@t-mlaw.com, jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
            Constructors wprince@t-mlaw.com, jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com,
            jseay@t-mlaw.com
          William Daniel Sullivan    on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan    on behalf of Defendant    Pioneer Electronics (USA) Inc.
            dsullivan@butzeltp.com
          William H. Schwarzschild, III    on behalf of Creditor    MRV Wanamaker, LC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Hotan Corporation
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Datel Design & Development, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    National Western Life Insurance Company
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    J&J Industries, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Merrill Communications LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dick's Sporting Goods, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Miami-Dade County Tax Collector
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Vonage Marketing Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dollar Tree Stores, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Evening Post Publishing Company, dba The
            Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    LumiSource, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    State Board of Equalization
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    SouthPeak Interactive, LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Nancy    Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Charles    Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    Placer California jcharboneau@mglspc.com,
            aford@mglspc.com
          Zmarak  Khan    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
            zmarak.khan@dlapiper.com
                                                                                      TOTAL: 2203