| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted pro hac vice)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy: (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>David N. Tabakin, Esq. (VA Bar No. 82709)<br>TAVENNER & BERAN, PLC<br>20 North Seventieth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy: (804) 783-0178 |
| - and – | *Counsel to the Circuit City Stores, Inc.*<br>*Liquidating Trust* |
| Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>(admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>Telephone: (212) 561-7700<br>Telecopy: (212) 561-7777 | |

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

```
- - - - - - - - - - - - - -                            x
In re:                                                 : Chapter 11
                                                       :
CIRCUIT CITY STORES, INC., et al.,                     : 1Case No. 08-35653 (KRH)
                                                       :
        Debtors.                                       :
- - - - - - - - - - - - - -                            : Jointly Administered
                                                       x
```

ORDER ON LIQUIDATING TRUST'S NINTH OMNIBUS
OBJECTION TO CLAIMS SOLELY AS IT RELATES TO
CLAIMS FILED BY DIAMOND SQUARE, LLC AND BUILDER SQUARE, LLC

THIS MATTER having come before the Court on the *Liquidating Trust's Ninth Omnibus Objection to Claims* (the "Claim Objection") [Docket No. 10047] (the "Objection") solely as the Objection relates to Claims Number 9117 and 14357 filed by Diamond Square, LLC and Builder Square, LLC, and it appearing that due and proper notice and service of the Objection in

compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and the Notice of Substantive Hearing on the Objection have been given to Diamond Square, LLC and Builder Square, LLC and that such notice was good and sufficient and that no other or further notice or service of the Objection need be given, and it appearing that the relief requested by the Objection as it relates to Claims Number 9117 and 14357 is in the best interest of the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust") and the beneficiaries thereof; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED as it relates to Claims Number 9117 and 14357.

2. Claim Number 9117 is hereby reduced to $65,291.55 and allowed as a general unsecured claim.

3. Claim Number 14357 is hereby allowed as filed.

4. The Liquidating Trust shall serve a copy of this Order on Diamond Square, LLC and Builders Square, LLC on or before five (5) business days from the entry of this Order.

Dated: Jun 7 2016

Entered on the Docket:
6/7/16

/s/ Kevin R Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

2

**WE ASK FOR THIS:**

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
David N. Tabakin (VA Bar No. 82709)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**SEEN AND AGREED:**


*/s/ Augustus C. Epps, Jr.*
Augustus C. Epps, Jr.
909 East Main Street, Suite 1200
Richmond, VA 23219

*Counsel for the Claimant*

## LOCAL RULE 9022-1 CERTIFICATION

     In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                          */s/ Paula S. Beran*
                                                             Co-Counsel

Service List:

Diamond Square LLC and Builder Square LLC
Edward C. Tu
750 E. Green St., Ste. 209
Pasadena, CA 91101

Diamond Square LLC
900 S. San Gabriel Blvd., No. 100
San Gabriel, CA 9177

Augustus C. Epps, Jr.,
909 East Main Street, Suite 1200
Richmond, VA 23219