Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : Case No. 08-35653 (KRH) |
| Debtors. | : |
| | : Jointly Administered |

**ORDER ON LIQUIDATING TRUST'S FIFTEENTH AND FORTY-FIRST OMNIBUS
OBJECTION TO CLAIMS SOLELY AS IT RELATES TO
CLAIMS NUMBER 12792 AND 12797 FILED BY RC CA SANTA BARBARA LLC**

THIS MATTER having come before the Court on the *Liquidating Trust's Fifteenth and Forty-First Omnibus Objection to Claims* (the "Claim Objection") [ECF Nos. 10053 and 11852] (together the "Objections" and each individually an "Objection") solely as the Objections relate to Claims Number 12792 and 12797 filed by RC CA Santa Barbara LLC, and it appearing that due

and proper notice and service of the Objections was in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 has been given to RC CA Santa Barbara LLC and that such notice was good and sufficient and that no other or further notice or service of the Objections need be given, and it appearing that the relief requested by the Objections as it relates to Claims Number 12792 and 12797 is in the best interest of the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust") and the beneficiaries thereof; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objections are SUSTAINED as they relate to Claims Number 12792 and 12797.

2. Claim Number 12792 is hereby disallowed and expunged.

3. Claim Number 12797 is hereby disallowed and expunged.

4. The Liquidating Trust shall serve a copy of this RC CA Santa Barbara LLC on or before five (5) business days from the entry of this Order.

Dated:  Jun 7 2016

Entered on the Docket:
6/7/16

/s/ Kevin R Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

2

**WE ASK FOR THIS:**

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
David N. Tabakin (VA Bar No. 82709)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

**SEEN AND AGREED:**

*/s/ Robert L. LeHane*
RC CA Santa Barbara LLC
James S Carr Esq
Robert L LeHane Esq
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178

*Counsel for the Claimant*

## LOCAL RULE 9022-1 CERTIFICATION

      In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                                     */s/ Paula S. Beran*
                                                                         Co-Counsel

Service List:

RC CA Santa Barbara LLC
James S Carr Esq
Robert L LeHane Esq
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178