IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**Allowed Claim Num: 2310**
**Allowed Claim Amt: $500,000**

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Wells Fargo Bank, NA, a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Wells Fargo Bank, NA
C/O Chelo Carter, ESQ
C-III Asset Management
5521 N. O'Connor Blvd, Suite 600
Irving, TX 75039

**New Address**

Wells Fargo Bank, NA
C/O VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Dated: 6/10/16

Respectfully submitted,

By: C-III Asset Management LLC, a Delaware limited liability Company, successor to Keycorp Real Estate Capital Markets, Inc. in its capacity as special servicer pursuant To that certain Pooling and Servicing Agreement dated September 1, 2004

Name: Jenna Vick Unell
Title: Sr. Managing Director
Signature: