IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc., et al.,<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered<br>**Allowed Claim Num: 5548**<br>**Allowed Claim Amt: $13,203.70**<br><br>**Allowed Claim Num: 12314**<br>**Allowed Claim Amt: $552,668.02** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that U.S. Bank National Association as Trustee, a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

U.S. Bank, National Association As Trustee
C/O Amy Dixon, VP/ Senior Atty
C-III Asset Management
5521 N. O'Connor Blvd, Suite 600
Irving, TX 75039

Dated: 6/10/16

**New Address**

U.S. Bank National Association as Trustee
C/O VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Respectfully submitted,

By: C-III Asset Management LLC, not individually, but solely in its capacity as special servicer

Name: _____
Title: Sr/ Managing Director
Signature: Jenna Vice