**EXHIBIT B**[1]

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 1 | Capmark Finance, Inc. | 12663 14363 | 10407 | Req. for Hearing (Doc. 10411) – Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 1 | Capmark Finance, Inc. | 12663 14363 | 10508 | Response & Request for Hearing – Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 1 | Capmark Finance, Inc. | 14363 | 10497 | Response & Request for Hearing – Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 1 | Capmark Finance, Inc. | 14859 | 10499 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 1 | CHK, LLC | 14346 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 2 | Pan Am Equities, Inc. | 7999 8794 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 2 | Park National Bank | 8618 | | Claimant has agreed to have claim expunged. |

---

[1] For all matters noted herein that are being adjourned or have been resolved, the respondent does not need to appear at the June 16, 2016 hearing.

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 2 | Ronald Benderson Trust 1995 | 14920 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 2 | Ronald Benderson Trust 1995 | 13427 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 2 | Ronald Benderson Trust 1995 | 12469 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 3 | Abercorn Common LLP | 13695 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 3 | Capmark Finance, Inc. | 9740 | 10438 | Request for Hearing (Doc. 10439) – Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 3 | Capmark Finance, Inc. | 9740 | 10505 | Response & Request for Hearing – Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 4 | Amherst VF LLC Vornado Realty Trust | 13910 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 4 | Capmark Finance, Inc. | 12152 | 10443 | Request for Hearing (Doc. 10444) – Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 4 | Capmark Finance, Inc. | 12152 | 10506 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 4 | Cardinal Capital Partners Inc. and 680 S. Lemon Ave. Co. | 13135 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 4 | CC-Investors Trust 1995-1 | 12712 13882 | 10348 | Set for substantive hearing. |
| 4 | Centro Properties Group ta Innes Market Salisbury NC | 12581 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 6 | Old Republic Insurance Company | 7368 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 7369 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 7370 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 7372 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 7373 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 7374 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 7375 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 7377 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 7378 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 7379 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 7380 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 7381 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 7382 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 7383 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 7384 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 7385 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 13899 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 13901 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 14089 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 14090 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 14091 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 14094 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 14144 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 14214 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 14215 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 14350 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 14368 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 14369 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 14370 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 14371 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 14373 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 6 | Old Republic Insurance Company | 14374 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 8 | First Berkshire Properties LLC – Exhibit D | 14901 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 8 | First Berkshire Properties LLC – Exhibit C | 14901 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 8 | First Berkshire Properties LLC | 13441 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 8 | First Berkshire Properties LLC | 13444 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 8 | Inland Sau Greenville Point LLC – Exhibit C | 14938 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 8 | Morgan Hill Retail Venture LP | 10265 | 10378 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 8 | Riverdale Retail Associates, LC | 13543 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 8 | Shoppes at Beavercreek Ltd. & Jubilee-Springdale, LLC | 12770 | 10419 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 9 | Altamonte Springs Real Estate Associates LLC | 14807 | | This matter may be removed from the Court's docket. |
| 9 | Capmark Finance, Inc. | 9724 | 10442 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 9 | CBL Terrace Limited Partnership | 12275 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 9 | CP Nord Du Lac JV LLC | 9641 | 10805 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 9 | Federal Realty Investment Trust ta Quince Orchard Shopping Center, Gaithersburg, MD | 12545 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 9 | Federal Realty Investment Trust ta Quince Orchard Shopping Center, Gaithersburg, MD | 12546 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 9 | Park National Bank | 11750 | | Claimant has agreed to have claim expunged. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 9 | Parker Bullseye LLC | 13808 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 9 | Parker Bullseye LLC | 11757 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 9 | TUP 340 Company LLC | 4807 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 9 | US Bank National Association as Purchaser of Assets of Park Nation Bank | 14796 | | Claimant has agreed to have claim expunged. |
| 9 | Victoria Estates LTD Magpond LLC; Magpond A LLC; and Magpond B LLC | 9953 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 9 | WR I Associates LTD | 13451 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 9 | WR I Associates LTD | 14903 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 9 | WR I Associates LTD | 13438 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 14 | 601 Plaza, LLC | 13697 | 10288 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 14 | Bank of America National Association Successor by Merger to LaSalle National Banka a Nationally Chartered Bank as Trustee for Capmark Finance, Inc. | 9916 | 10423 10498 | Request for Hearing (Doc. 10424)-<br>Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 14 | Memorial Square 1031 LLC | 10020 | 10381 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 14 | Monte Vista Crossings LLC | 4050 | | Set for substantive hearing. |
| 14 | Ronald D. Rossitter & Barbara M. Rossitter | 13323 | | Set for substantive hearing. |
| 14 | UBS Realty Investors LLC, Agent for Happy Valley Town Center, Phoenix, AZ | 8107 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 14 | Uniwest Management Services Inc., Owner or Agent for Battlefield FE Limited partner ta Fort Evans Plaza II Leesburg, VA | 12548 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 14 | WCC Properties | 13480 | 10492 11365 12085 | Amended Response<br>Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 15 | Bank of America, N.A. as trustee for registered holders of GMAC Commercial Mortgage Securities, Inc. | 9721 | 10431 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 15 | Bank of America NA as successor by merger to LaSalle Bank National Association as Trustee for the Registered Holders of GMAC | 9488 | 10431 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 15 | Bank of America NA as successor by merger to LaSalle Bank National Association as Trustee for the Registered Holders of the Morgan Stanley Capital Inc. Commercial Mortgage pass Through Certificates | 9899 | 10436 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 15 | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank as Trustee | 10030 | 10436 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 15 | Bank of America National Association Successor by merger to LaSalle Bank National Association fka LaSalle National Bank | 9050 | 10436 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 15 | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank | 9704 | 10431 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **15** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank | 9734 | 10436 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **15** | Bank of America National Association Successor by merger to LaSalle Bank National Association fka LaSalle National Bank | 9707 | 10436 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **15** | Bank of America, N.A. as successor by merger to LaSalle Bank National Association as Trustee for the Reg. Holders of GMAC Commercial Mortgage Securities, Inc. | 9449 | 10436 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **15** | Bond Circuit I Delaware Business Trust | 13448 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| **15** | Bond Circuit I Delaware | 14935 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| **15** | Bond Circuit IV Delaware Business Trust | 8796 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| **15** | Capmark Finance, Inc. | 9704 9721 9488 | 10502 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 15 | Capmark Finance, Inc. | 9449<br>10030<br>9899<br>9050<br>9734<br>9707<br>14363 | 10507 | Response & Request for Hearing-<br>Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 15 | Daniel G. Kamin Flint, LLC | 11573 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 15 | FW CA Brea Marketplace LLC | 13446 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 15 | FW CA Brea Marketplace LLC | 12796<br>14382 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 15 | The Hutensky Group LLC, agent for HRI Lutherville Station LLC ta Lutherville Station, Lutherville, MD | 1897 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 15 | UBS Realty Investors LLC agent for Wayside Commons Investors LLC ta Wayside Commons Burlington, MA | 1898 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 15 | WEC 96D Niles Investment Trust | 9647 | 10353 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 15 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA | 9441 | 10501 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 15 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee | 9741 | 10501 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 15 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee | 9450 | 10501 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 15 | Woodmont Sherman LP | 11526 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 15 | Woodmont Sherman LP | 13421 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 17 | Bank of America National Association Successor by Merger to LaSalle Bank National Association (Capmark Finance, Inc.) | 12663 | 10509 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 17 | BFLO Waterford Associates, LLC – Exhibit C | 9952 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 17 | BFLO Waterford Associates, LLC – Exhibit F | 9952 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 17 | Bond Circuit I Delaware Business Trust | 13440 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 17 | Bond Circuit IV Delaware Business Trust | 12765 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 17 | Bond Circuit VI Delaware Business Trust | 13426 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 17 | Bond Circuit VI Delaware Business Trust | 13439 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 17 | CC Investors 1997 11 | 9955 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 17 | Crown CCI, LLC | 7631 13467 | 10338 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 17 | Eastland Plaza LLC | 7885 | 12143 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 17 | Kamin Realty Company | 12096 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 17 | New River Properties LLC | 12418 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 17 | Wilmington Trust Company | 13171 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 18 | Massachusetts-Commissioner of Dept. of Revenue | 12953 | 10247 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 20 | Acadia Realty Limited Partnership fka Mark Centers Limited partnership | 13802 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 20 | Cencor Realty Services Inc, Agent for SWQ 35 Forum LTD | 12541 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 20 | Cencor Realty Services Inc. Agent for SWQ 35 Forum LTD | 12544 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 20 | Colonial Square Associates | 12468 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 20 | Colonial Square Associates | 13449 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 20 | Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ | 12086 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 20 | Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ | 12085 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 20 | Wells Fargo Bank Northwest NA | 12416 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 20 | Wells Fargo Bank Northwest NA | 13079 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 21 | Bank of America National Association as Successor by Merger to LaSalle Bank National Association fka La Salle National Bank as Trustee for the Registered Holders of GMAC Commercial Mortgage Securities Inc. | 14859 | 10425 | Request for Hearing (Doc. 10426)- Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 21 | Capmark Finance, Inc. | 9444 | 10504 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 21 | Capmark Finance Inc.'s Request for Hearing | 9444 | 10377 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 21 | Century Plaza Development Corp. | 11669 11238 | 10390 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 21 | Circuit Sports, LP | 13434 | 10379 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 21 | CW Investors 1997 12 by its Receiver CW Capital Asset Management LLC | 12529 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 21 | International Speedway Square Ltd. | 14142 | 10347 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 21 | Marple XYZ Associates | 14047 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 21 | Montclair Plaza LLC | 4373 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 21 | Wells Fargo Bank NA Successor by Merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee | 9444 | 10369 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 23 | Old Republic Insurance Company | 7368 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 23 | Old Republic Insurance Company | 7369 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 23 | Old Republic Insurance Company | 7370 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **23** | Old Republic Insurance Company | 7372 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| **23** | Old Republic Insurance Company | 7373 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| **23** | Old Republic Insurance Company | 7374 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| **23** | Old Republic Insurance Company | 7375 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| **23** | Old Republic Insurance Company | 7377 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| **23** | Old Republic Insurance Company | 7378 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| **23** | Old Republic Insurance Company | 7379 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| **23** | Old Republic Insurance Company | 7380 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 23 | Old Republic Insurance Company | 7381 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 23 | Old Republic Insurance Company | 7382 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 23 | Old Republic Insurance Company | 7383 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 23 | Old Republic Insurance Company | 7384 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 23 | Old Republic Insurance Company | 7385 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 23 | Old Republic Insurance Company | 7386 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 28 | Bond CC IV DBT | 8710 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 28 | Bond Circuit IF Delaware Trust | 15019 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **28** | Capmark Finance, Inc. | 9051 | 11589 11590 11622 12147 12149 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **28** | Capmark Finance, Inc. | 9438 | 11591 11592 11620 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **28** | Capmark Finance, Inc. | 9452 | 11593 11594 11624 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **28** | Capmark Finance, Inc. | 9454 | 11595 11596 11623 12148 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **28** | Capmark Finance, Inc. | 10034 | 11597 11598 11621 12150 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **28** | MB Fabyan Randall Plaza Batavia, L.L.C. | 10023 | 11629 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **28** | Potomac Run LLC | 11956 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 28 | Uniwest Management Services Inc. Owner or Agent for Battlefield FE Limited Partners, ta Fort Evans Plaza II Leesburg, VA | 12992 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 28 | WRI Lakeside Marketplace LLC (Exh. D) | 12807 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 28 | WRI Lakeside Marketplace LLC (Exh. E) | 12807 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 31 | Patricia Scott | 8244 | 11907 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 31 | Patrick J. Manzi | 15178 | 11924 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 39 | Berkadia Commercial Mortgage LLC (Bank of America NA as successors by merger to LaSalle Bank NA as Trustee for the Registered Holders of GMAC) | 9449 | 12132 12156 12240 12248 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 39 | BANK OF AMERICA NA AS SUCCESSORS BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED (CAPMARK FINANCE INC) | 9449 | 12132 12156 12240 12248 | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9454 | 12135 12255 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **39 (Actually in 43)** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9721 | 12139 12169 12235 12239 12263 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 10028 | 12140 12151 12257 12261 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9704 | 12159 12250 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9740 | 12160 12251 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 10030 | 12165 12260 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 14859 | 12164 12253 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9724 | 12171 12175 12236 12259 12264 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **39** | BANK OF AMERICA NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION FKA LASALLE NATIONAL ASSOCIATION FKA LASALLE NATIONAL (CAPMARK FINANCE INC) | 9050 | 12252 | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 39 | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9051 | 12172 12269 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 39 | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9707 | 12173 12238 12258 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 39 | Berkadia Commercial Mortgage LLC (Bank of America National Association by merger to LaSalle National Bank a Nationally Chartered Bank as Trustee for) | 9916 | 12157 12249 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 39 | BANK OF AMERICA NATIONAL ASSOCIATION SUCCESSSOR BY MERGER TO LASALLE BANK NATIOAL ASSOCIATION FKA LASALLE BANK NATIONAL (CAPMARK FINANCE INC) (Berkadia Commercial Mortgage LLC) | 12663 | 12131 12254 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 39 (Actually in 42/43) | Berkadia Commercial Mortgage LLC (WEC 96 D Appleton 2 Investment Trust) | 12911 | 12170 12234 12235 12239 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 39 | BFLO WATERFORD ASSOCIATES LLC | 9952 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 39 | BOND CIRCUIT I DELAWARE BUSINESS TRUST | 13440 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 39 | BOND CIRCUIT IV DELAWARE BUSINESS TRUST | 12765 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 39 | BOND CIRCUIT IV DELAWARE TRUST | 15019 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 39 | BOND CIRCUIT VI DELAWARE BUSINESS TRUST | 13426 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 39 | CARDINAL CAPITAL PARTNERS INC & 680 S LEMON AVE CO LLC | 12169 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 39 | CC INVESTORS 1997 11 | 9955 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 39 | Century Plaza Development Corporation | 11238 11669 | 12078 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 39 (Actually in 41) | National Western Life Insurance Company | 8136 | 12121 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 40 | CMAT 1999 C2 BUSTLETON AVENUE LIMITED PARTNERSHIP | 12078 | 12480 12493 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 40 | COLONIAL SQUARE ASSOCIATES | 12468 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 40 | CP NORD DU LAC JV LLC | 9641 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 40 | Crown CCI, LLC (Filed on behalf of WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership) | 12356 | 12086 12460 12507 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 40 | CW INVESTORS 1997 12 BY ITS RECEIVER CW CAPITAL ASSET MANAGEMENT LLC AS SPECIAL SERVICER FOR BANK OF AMERICA NA TRUSTEE FOR NOMURA ASSET SECURITIES CORPORATION | 12631 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 40 | DANIEL G KAMIN FLINT LLC | 11573 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 40 | FEDERAL REALTY INVESTMENT TRUST TA QUINCE ORCHARD SHOPPING CENTER GAITHERSBURG MD | 12545 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 40 | FEDERAL REALTY INVESTMENT TRUST TA TROY HILLS SHOPPING CENTER PARSIPPANY NJ | 12085 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 40 | FIRST BERKSHIRE PROPERTIES LLC | 13441 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 40 | FW CA BREA MARKETPLACE LLC | 12796 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 40 | Inland American Chesapeake Crossroads LLC | 12720 | 12102 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 40 | Inland American Oklahoma City Penn LLC | 12092 | 12102 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 40 | Inland Western Austin Southpark Meadows II Limited Partnership | 12830 | 12102 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 40 | Memorial Square 1031, L.L.C. | 12079 | 12102 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| | | | | |
| 41 | Mallview Plaza Company, Ltd. | 6964 | 12098 | The matter has been resolved pursuant to procedures approved by this Court, and the matter may be removed from the Court's docket. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 41 | MANUFACTURERS & TRADERS TRUST COMPANY AS TRUSTEE | 8561 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 41 | MB Fabyan Randall Plaza Batavia, L.L.C. | 10023 | 12097 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 41 | MB Keene Monadnock, L.L.C. | 12744 | 12097 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 41 | MIDLAND LOAN SERVICES INC | 12311 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 41 | Morgan Hill Retail Venture, LP | 10265 | 12110 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 41 | MORRIS BETHLEHEM ASSOCIATES LP TA SOUTHMONT CENTER BETHLEHEM PA | 12090 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 41 | National Western Life Insurance Company | 7951 | 12123 | This matter may be removed from the Court's docket. |
| 41 | New River Properties, LLC | 12418 | 12066 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 41 | Pan Am Equities Inc. | 7999 | 12077 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 41 | PARK NATIONAL BANK | 8618 | | Claimant has agreed to have claim expunged. |
| 41 | PARK NATIONAL BANK | 11750 | | Claimant has agreed to have claim expunged. |
| 41 | RC CA SANTA BARBARA LLC | 12797 | | Per the agreement of the parties, the claim may be disallowed. |
| 41 | Rio Associates Limited Partnership | 7828 | 12101 | Claim will be allowed. |
| 41 | RONALD BENDERSON TRUST 1995 | 12469 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 41 | RREEF AMERICA REIT II CORP CROSSROADS | 14104 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 41 (Actually in 42) | The Shoppes of Beavercreek Ltd. | 12770 | 12091 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 42 | American National Insurance Company (Southwinds Ltd.) | 5559 | 12124 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 42 | BENDERSON PROPERTIES INC AND DONALD E ROBINSON | 12465 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **42** | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 0 | 12133 12243 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **42** | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 9452 | 12134 12244 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **42** | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 9441 | 12136 12245 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **42** | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 9444 | 12138 12246 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **42** | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 9741 | 12146 12247 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **42** | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 9438 | 12161 12241 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **42** | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 10034 | 12162 12242 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **42** | Berkadia Commercial Mortgage LLC (WEC 96 D Appleton 2 Investment Trust) | 12911 | 12170 12234 12235 12239 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **42** | BERKSHIRE MANAGEMENT CORP AGENT FOR BERKSHIRE AMHERST LLC TA AMHERST CROSSING AMHERST NH | 12089 | | A pretrial conference will be held for this claim. |
| **42** | Inland Mortgage Capital Corporation (Team Retail Westbank, Ltd.) | 8939 | 12100 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **42** | THE HUTENSKY GROUP LLC AGENT FOR HRI LUTHERVILLE STATION LLC TA LUTHERVILLE STATION LUTHERVILLE MD | 1897 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 42 | THE RANDALL BENDERSON 1993 1 TRUST AND WR 1 ASSOCIATES LTD | 12472 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 42 | The Shoppes of Beavercreek Ltd. | 12770 | 12091 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 42 | TOWSON VF LLC | 12699 | | This matter may be removed from the Court's docket. |
| 42 | TUTWILER PROPERTIES LTD | 12159 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 42 | UBS REALTY INVESTORS LLC AGENT FOR HAPPY VALLEY TOWN CENTER PHOENIX AZ | 8107 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 42 | UBS REALTY INVESTORS LLC AGENT FOR WAYSIDE COMMONS INVESTORS LLC TA WAYSIDE COMMONS BURLINGTON MA | 1898 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 42 | UNIWEST MANAGEMENT SERVICES INC OWNER OR AGENT FOR BATTLEFIELD FE LIMITED PARTNERS T A FORT EVANS PLAZA II LEESBURG | 12992 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 42 | US BANK NATIONAL ASSOCIATION AS PURCHASER OF ASSETS OF PARK NATIONAL BANK | 14796 | | Claimant has agreed to have claim expunged. |
| 42 | VICTORIA ESTATES LTD MAGPOND LLC MAGPOND A LLC AND MAGPOND B LLC | 9953 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 42 | VNO MUNDY STREET LLC | 12705 | | This matter may be removed from the Court's docket. |
| 42 | WCC Properties LLC | 13480 15261 | 12107 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 42 | WEC 96 D APPLETON 2 INVESTMENT TRUST | 12911 | 12176 12234 12235 12239 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 42 | WEC 96D Niles Investment Trust | 9647 | 12089 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 42 | WEC 96D SPRINGFIELD 1 INVESTMENT TRUST | 12572 | 12174 12236 12264 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m.(WEC 96D Springfield 1 Investment does not intend to pursue claim number 12572 and requested that the Claimholder handle objection – response 12264) |
| 42 | WEC 99A 3 LLC C O MIDLAND LOAN SERVICES INC A DELAWARE CORPORATION | 12851 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **42** | WELLS FARGO BANK NORTHWEST NA | 13079 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| **42** | WILLIAM A BROSCIOUS ESQ | 12096 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| **42** | WOODMONT SHERMAN LP | 11526 | | The status hearing on this objection is adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| **42** | WR I ASSOCIATES LTD | 13438 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **43** | Berkadia Commercial Mortgage LLC (Bank of America NA as successors by merger to LaSalle Bank NA as Trustee for the Registered Holders of GMAC) | 9449 | 12132 12156 12240 12248 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **43** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9707 | 12158 12238 12258 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **43** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9721 | 12139 12169 12235 12239 12263 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **43** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9734 | 12137 12168 12237 12256 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **43** | Berkadia Commercial Mortgage LLC (WEC 96D Springfield 1 Investment Trust) | 12572 | 12174 12236 12264 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. (WEC 96D Springfield 1 Investment does not intend to pursue claim number 12572 and requested that the Claimholder handle objection – response 12264) |
| **43** | Berkadia Commercial Mortgage LLC (WEC 96 D Appleton 2 Investment Trust) | 12911 | 12170 12176 12234 12235 12239 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **43** | CMAT 1999 C1 GRAND RIVER AVENUE LLC | 5002 | 12461 12487 | This matter has been resolved pursuant to procedures approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **43** | WCC Properties, LLC | 15261 | 12092 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **64** | Bank of America NA as successor by merger to LaSalle Bank National Association as Trustee for the Registered Holders of GMAC (BERKADIA COMMERCIAL MORTGAGE LLC) | 9488 | 12777 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **64** | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9721 | 12780 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **64** | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9724 | 12781 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **64** | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9734 | 12782 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 64 | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9704 | 12778 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 64 | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9707 | 12779 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 64 | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9740 | 12783 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 64 | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9050 | 12773 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **64** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 10030 | 12787 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **64** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9916 | 12786 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **64** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9899 | 12785 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **64** | BFLO Waterford Associates LLC | 9952 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **64** | Bond Circuit IV Delaware Business Trust | 8796 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| **64** | Bond Circuit IV Delaware Trust | 15019 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 64 | Daniel G. Kamin Flint LLC | 11573 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 64 | Park National Bank | 8618 | | Claimant has agreed to have claim expunged. |
| 64 | Park National Bank | 11750 | | Claimant has agreed to have claim expunged. |
| 64 | Park National Bank | 11752 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 64 | US Bank National Association as Purchaser of Assets of Park National Bank | 14796 | | Claimant has agreed to have claim expunged. |
| 64 | WCC Properties LLC | 13480 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| 64 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee (BERKADIA COMMERCIAL MORTGAGE LLC) | 9441 | 12774 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| 64 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee (BERKADIA COMMERCIAL MORTGAGE LLC) | 9444 | 12775 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **64** | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee (BERKADIA COMMERCIAL MORTGAGE LLC) | 9450 | 12776 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **64** | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee (BERKADIA COMMERCIAL MORTGAGE LLC) | 9741 | 12784 | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. |
| **64** | Wells Fargo Bank Northwest NA | 12013 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |
| **64** | Wells Fargo Bank Northwest NA | 13079 | | Status hearing on objection adjourned to August 17, 2016 at 2:00 p.m. with opposition due August 10, 2016. |