| | |
|---|---|
1 | IN THE UNITED STATES BANKRUPTCY COURT
 | EASTERN DISTRICT OF VIGINIA (RICHMOND)
2 |
3 |
 | )   Case No. 08-35653-KRH
4 | In re )   Richmond, Virginia
 | )
5 | CIRCUIT CITY STORES, INC.,     )
 | )
6 |   et al., )
 | )   June 16, 2016
7 | Debtors. )   11:02 AM
 | )
8 | _____)

9 | TRANSCRIPT OF HEARING
10 | MOTION TO WITHDRAW ATTORNEY FILED BY JOHN DARREN SADLER OF
 | BALLARD SPAHR LLP ON BEHALF OF BERKSHIRE-AMHERST, LLC.
 | NOTICE OF SUBSTANTIVE HEARING ON LIQUIDATING TRUSTEE'S
11 | FOURTEENTH OMNIBUS OBJECTION TO CLAIMS (RE: RELATED
 | DOCUMENT(S) 10052 OBJECTION TO CLAIM FILED BY CIRCUIT CITY
12 | STORES, INC. LIQUIDATING TRUST)
 | NOTICE OF SUBSTANTIVE HEARING ON LIQUIDATING TRUSTEE'S FOURTH
13 | OMNIBUS OBJECTION TO CLAIMS (RE: RELATED DOCUMENT(S) 10041
 | OBJECTION TO CLAIM FILED BY CIRCUIT CITY STORES, INC.
14 | LIQUIDATING TRUST)
 | STATUS HEARINGS RE: NOTICE AND OBJECTION TO CLAIM OF
15 | COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION LIQUIDATING
 | TRUST'S OBJECTION TO CLAIM NOS. 12898 AND 14636 FILED BY THE
16 | COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION (DOCKET NO.
 | 10070); NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S
17 | FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
 | CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
18 | MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS,
 | DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, DISALLOWANCE OF
19 | CERTAIN AMENDED CLAIMS AND DISALLOWANCE OF CERTAIN INVALID
 | CLAIMS) (DOCKET NO. 10024); NOTICE AND OBJECTION TO CLAIM -
20 | LIQUIDATING TRUST'S SECOND OMNIBUS OBJECTION TO LANDLORD
 | CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, CLAIMS,
21 | DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF
 | CERTAIN OF LATE FILED CLAIMS, AND DISALLOWANCE OF CERTAIN
22 | AMENDED CLAIMS) (DOCKET NO. 10039); NOTICE AND OBJECTION TO
 | CLAIM - LIQUIDATING TRUST'S THIRD OMNIBUS OBJECTION TO
23 | LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID
 | CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS,
24 | DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF
 | CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED
25 | CLAIMS) (DOCKET NO. 10040); NOTICE AND OBJECTION TO CLAIM -

1      LIQUIDATING TRUST'S FOURTH OMNIBUS OBJECTION TO LANDLORD
CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS AND

2    DISALLOWANCE OF CERTAIN INVALID CLAIMS) (DOCKET NO. 10041);
NOTICE AND OBJECTION TO CLAIM - SIXTH OMNIBUS OBJECTION TO

3    CLAIMS (DISALLOWANCE OF CERTAIN INVALID UNLIQUIDATED CLAIMS
AND FIXING OF CERTAIN UNLIQUIDATED CLAIMS) (DOCKET NO. 10043);

4   NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S EIGHTEENTH
OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES

5    (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS; DISALLOWANCE
OF CERTAIN INVALID CLAIMS; DISALLOWANCE OF CERTAIN DUPLICATE

6    CLAIMS; RECLASSIFICATION OF CERTAIN CLAIMS; DISALLOWANCE OF
CERTAIN AMENDED OR SUPERSEDED CLAIMS; DISALLOWANCE OR

7    REDUCTION OF CERTAIN LATE FILED CLAIMS; DISALLOWANCE OF
CERTAIN INVALID CLAIMS; AND FIXING THE AMOUNT OF CERTAIN

8    CLAIMS) (DOCKET NO. 10062); OBJECTION TO CLAIM - LIQUIDATING
TRUST'S THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE

9    OF CERTAIN INVALID CLAIMS) AND NOTICE OF LIQUIDATING TRUST'S
THIRTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN

10    INVALID CLAIMS) (DOCKET NO. 11809); NOTICE AND OBJECTION TO
CLAIM - LIQUIDATING TRUST'S THIRTY-NINTH OMNIBUS OBJECTION TO

11    LANDLORD CLAIMS (REDUCTION OF CERTAIN INVALID CLAIMS-
MITIGATION). (DOCKET NO. 11850); NOTICE AND OBJECTION TO

12   CLAIM - LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION TO
LANDLORD CLAIMS (REDUCTION OF CERTAIN INVALID CLAIMS-

13    MITIGATION); NOTICE AND OBJECTION TO CLAIM - LIQUIDATING
TRUST'S FORTY-FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS

14   (REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION); NOTICE AND
OBJECTION TO CLAIM - LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS

15    OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN INVALID
CLAIMS-MITIGATION) (DOCKET NO. 11853)

16       BEFORE THE HONORABLE KEVIN R. HUENNEKENS,
UNITED STATES BANKRUPTCY JUDGE

17

18

19

20

Transcription Services:            eScribers

21                       700 West 192nd Street
Suite #607

22                       New York, NY 10040
(973) 406-2250

23

24    PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

25    TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

1    APPEARANCES:

2    For the Debtor:              ANDREW W. CAINE, ESQ.
                                  PACHULSKI STANG ZIEHL & JONES LLP
3                                 10100 Santa Monica Boulevard
                                  Los Angeles, CA 90067
4
                                  DAVID N. TABAKIN, ESQ.
5                                 TAVENNER & BERAN, PLC
                                  20 North Eighth Street
6                                 2nd Floor
                                  Richmond, VA 23219
7
     For Berkshire-Amherst,      DAVID L. POLLACK, ESQ.
8    LLC:                        BALLARD SPAHR LLP
                                  1735 Market Street
9                                 51st Floor
                                  Philadelphia, PA 19103

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Colloquy                                                                4

1          THE COURT OFFICER:   Judge Huennekens is presiding;

2    please be seated.

3          THE CLERK:   Circuit City Stores, Incorporated, items

4    1 through 32 on proposed agenda.

5          MR. CAINE:   Good morning, Your Honor, Andrew Caine.

6          THE COURT:   Good morning, Mr. Caine.

7          MR. CAINE:   Andrew Caine, Pachulski Stang Ziehl &

8    Jones, for the Liquidating Trust.   I'm here with my co-counsel

9    David Tabakin of Tavenner & Beran, and Ms. Katie Bradshaw, the

10   general manager of the Trust.

11         I don't know if you heard, Your Honor, but Ms.

12   Tavenner's father passed away earlier this week, and the

13   service is today, so they are where they should be.

14         THE COURT:   Very good.   Of course, they're where they

15   should be.

16         MR. CAINE:   Yes.

17         So we have a number of matters on the agenda, Your

18   Honor.   We have the matters involving Mr. Pollack; that's the

19   Berkshire-Amherst matters and his motion to withdraw and

20   related matters, and that we have set first so that he can

21   move on.

22         And then we have some matters that were noted for a

23   substantive hearing; it turns out that only two of those are

24   going to go forward, the others are resolved or in the process

25   of resolution.

1          And then Mr. Tabakin gets to be initiated in going

2    through the agenda of the other claims matters.

3          THE COURT:  There's nothing like setting in a

4    dispositive hearing; it focuses the mind and gets things

5    resolved, they say.

6          MR. CAINE:  Yes.

7          THE COURT:  Very good.

8          MR. CAINE:  Yes, absolutely.

9          So the first matter is Mr. Pollack's motion --

10         THE COURT:  All right.

11         MR. CAINE:  -- to withdraw.

12         THE COURT:  Very good.  Good morning, Mr. Pollack.

13   I'm glad to see that the airline consented to fly today and

14   bring you here.

15         MR. POLLACK:  They finally did, and since you

16   chastised me last time for not being able to find Richmond

17   anymore, I decided to stay on the plane.

18         Your Honor, this is -- first of all for the record,

19   David Pollack, Ballard Spahr, for -- I guess for Berkshire-

20   Amherst, although I'm a man without a client today.  We set

21   forth in our motion to withdraw the investigation that we

22   performed in trying to find out who might be a client, who

23   owned the claim, and unfortunately, were unsuccessful.  Just

24   briefly, this was an entity which was dissolved a couple of

25   years ago, as well as its parent.

Colloquy                                                                    6

1        We tracked down the friendly foreclosure of the

2   property to TD Bank.  The lawyer who handled it is now a judge

3   in New Hampshire; we called his office.  We tracked down the

4   buyer of the property and their lawyer, told them what was

5   going on.  We then tried to get in touch with the people that

6   they then sold the property to.  Nobody has gotten back to us;

7   nobody seems to know about the claim.  The lawyers tell us it

8   wasn't mentioned at the time of the foreclosure sale.

9        I don't know who the claim belongs to under New

10  Hampshire law, whether it was transferred with the property or

11  not.  And at this point, we don't have a client, and

12  therefore, we have filed the motion to withdraw as counsel.

13       THE COURT:  All right, I assume, Mr. Caine, you don't

14  object to the motion?

15       MR. CAINE:  No objection, Your Honor.

16       THE COURT:  All right, very good.  That motion is

17  granted.

18       MR. POLLACK:  Thank you, Your Honor.

19       THE COURT:  I reluctantly let you go because it's

20  always good to see you in Richmond.  And I'm sorry that you

21  don't have a client, but I'm sure we'll find other reasons to

22  bring you back here.  And I hope that your flight back to

23  Philadelphia is more pleasant than the one that brought you

24  here.

25       MR. POLLACK:  Hopefully, less eventful; the

1   thunderstorms are still moving through.

2            THE COURT:  All right, very good.

3            MR. POLLACK:  Thank you.

4            THE COURT:  And you're excused, although --

5            MR. POLLACK:  Great.

6            THE COURT:  -- you're more than happy to stay for the

7   rest of this wonderful presentation this morning.

8            MR. POLLACK:  Thank you, Your Honor.

9            THE COURT:  All right.

10           MR. CAINE:  It's a rare congregation of the Dodger

11  fans here, Your Honor, with Mr. Pollack.

12           THE COURT:  I was going to say, this year

13  it's -- pretty sure pray for rain, right?  Anyway, but glad to

14  see that he was supported last night.

15           MR. CAINE:  Yes.

16           So the other matters on the agenda that relate to the

17  Berkshire-Amherst adversary proceeding are the motions for

18  summary judgment that Mr. Pollack's firm and the Trust filed

19  on this issue of whether you apply the cap before or after the

20  offset of the tenant improvement allowance, and then the Trust

21  subsequently filed an amended motion for summary judgment

22  which addresses all of the issues in the case, so that when

23  that motion is heard, we can get a judgment that is a complete

24  resolution, and not just a resolution of the legal issue.

25           Those were all noticed for today because Mr. Pollack

1    was seeking to withdraw, and even though he didn't have a

2    client, we agreed to postpone all of that until the next

3    omnibus hearing so if someone does show up and want to oppose,

4    they have the opportunity to oppose.  But otherwise, all of

5    that will go forward at the next omnibus hearing, and the

6    matter should be resolved.

7              THE COURT:  All right, very good.

8              MR. CAINE:  And the resolution will mean that the

9    claims are disallowed by the offset, and the Trust would end

10   up with a judgment that it won't be able to collect for the

11   balance.

12             THE COURT:  All right, well, yes, we'll see if we do

13   have anybody that shows up.  It's a very interesting legal

14   issue.

15             MR. CAINE:  Yes.

16             THE COURT:  But otherwise, will go by default.

17             MR. CAINE:  Yes, thank you, Your Honor.

18             The next matters on the agenda are the matters for

19   substantive hearing.  And the -- is it 5 and 6?

20             MR. TABAKIN:  Yes, I believe so.

21             MR. CAINE:  Matters number 5 and 6 are not

22   specifically identified in the agenda as to whether they deal

23   with the Rossiter matter or the Monte Vista Crossing matters;

24   those are the two that involve the Liquidating Trust

25   fourteenth omnibus objection.  And so unless Your Honor has a

Colloquy                                                              9

1   preference, I'll handle the Rossiter matter --

2            THE COURT:  That'll be fine.

3            MR. CAINE:  -- first.  Okay.

4            This is a matter, Your Honor, in which the claimant

5   filed a claim in the amount of 10,771 dollars as an

6   administrative claim.  The Trust objected and, by this notice,

7   seeks to reduce that amount to $7,780.27.  Your Honor, we

8   wouldn't normally have taken up the Court's time with that

9   amount, but since we were here on all the other matters and

10  the amounts don't seem to be supported by the claim, we've

11  objected to them and wish to go forward.

12           Ms. Bradshaw is here, Your Honor.  If called to

13  testify, she would testify that after review of the claim and

14  the debtors' books and records, that there isn't sufficient

15  evidence of the damages for a cleanup of debris on the

16  property and repair of a chain link rolling gate, or the

17  debtor or the Trust's obligation to pay for those damages, and

18  that explains the difference in the amount of the claim and

19  the amount that the Trust is seeking in final resolution of

20  the claim.

21           Your Honor, Ms. Bradshaw would also testify to the

22  chain of documentation, the maintenance of the debtors'

23  records in order to establish their authenticity, and the

24  business hearsay exception.  And as I have mentioned before in

25  these hearings, that presentation would establish the

Colloquy                                                                    10

1   reliability of the records and the processes and checks and

2   double-checks followed by the Circuit City accounting

3   department, and subsequently the Trust after the inception of

4   the Trust to ensure the continued reliability of those

5   records, and the maintenance of them in a reliable fashion.

6          So Your Honor, we ask that this claim be reduced to

7   the $7,780.27 as noticed.

8          THE COURT:  Does any party wish to be heard in

9   connection with the claim, or wish to examine the proffered

10  witness?

11         All right, there being no objection, your objection

12  will be sustained to the claim and the claim amount will be

13  reduced per the trustee's request.

14         MR. CAINE:  Thank you, Your Honor, we'll submit an

15  order.

16         THE COURT:  Please do.

17         MR. CAINE:  The next matter, Your Honor, also

18  regarding the Liquidating Trust fourteenth omnibus objection

19  to claims, claim number 4050 of Monte Vista Crossings.  Your

20  Honor, Monte Vista never did file opposition.  We have set

21  this for a substantive hearing just for the cleanliness of

22  resolution.  The claim was filed, in part, as a general

23  unsecured claim, 33,257 dollars, and as an administrative

24  claim in the amount of $16,834.99.

25         The claim itself, Your Honor, demonstrates the

1  infirmity of the administrative claim and that the

2  reclassification sought by the Trust of the 16,834 dollar

3  figure to a general unsecured claim is appropriate, on the

4  last page of the claim, which is the evidence submitted by the

5  claimant of the property taxes.  There is a copy of the

6  property tax bill, and the claimant has calculated clearly in

7  handwriting the $16,834.99 as the number of days from the

8  beginning of the tax period to the petition date.  So it is

9  clear that all of the taxes that they are claiming are

10 administrative were, in fact, pre-petition taxes.  And Ms.

11 Bradshaw, if called to testify, would also testify that the

12 debtors' records reflect that these are pre-petition taxes

13 and, as a result, the reclassification sought by the Trust is

14 appropriate.  And the Trust seeks that order from the Court.

15         THE COURT:  All right, does any party wish to be

16 heard in connection with the Monte Vista claim or wish to

17 examine the proffered witness?

18         All right, there being no objection, the -- or

19 response rather, the objection will be sustained, and the

20 claim will be reclassified as a general unsecured claim.

21         MR. CAINE:  Thank you, Your Honor, and we'll submit

22 an order on that matter.

23         THE COURT:  Please do.

24         MR. CAINE:  Your Honor, the next matter on the agenda

25 was the Mallview Plaza matter in connection with the

1    Liquidating Trust fourth omnibus objection.  We have resolved

2    that matter, and we have a signed settlement agreement, and so

3    there is no reason for going forward today.

4              THE COURT:  All right.

5              MR. CAINE:  The final, Your Honor, matter for a

6    substantive hearing involve the CC-Investors Trust 1995-1,

7    again, the Liquidating Trust's fourth omnibus objection to

8    claim.  We are in contact with counsel and negotiating what is

9    now very close to a final resolution of this claim.  I

10   anticipate that by the next omnibus hearing, it will have been

11   finally resolved.

12             THE COURT:  Excellent.

13             MR. CAINE:  Yeah, so there's no reason to go forward

14   on that today.

15             THE COURT:  Very good.

16             MR. CAINE:  And then, Your Honor, before I turn over

17   to Mr. Tabakin, I have prepared an update for you on the

18   claims as --

19             THE COURT:  I would certainly appreciate --

20             MR. CAINE:  -- they sit.

21             THE COURT:  -- the update.

22             MR. CAINE:  The change all involves the landlord

23   claims; as you will see in Mr. Tabakin's presentation, there

24   are a number of landlord claims that have been resolved.

25   We're now, after the orders coming from today, down to eighty-

Colloquy                                                                    13

1   eight landlord claims.  And those claims add up to just over

2   sixty-two million dollars.  Of those count an amount of

3   approximately twenty-five are within the realm of Capmark as

4   the real holder-in-interest, and those claims are also

5   approximately twenty-six percent of the general unsecured

6   amount still owing to landlords, almost sixteen million

7   dollars.  We're very close to a resolution with Capmark as to

8   a format for resolving all the various claims.  And should

9   that happen by the next omnibus hearing, which I certainly

10  hope, then we will be down to around fifty or so claims, and

11  that's certainly our goal.  So we're getting there.

12          The total amount of claims, if you include the Old

13  Republic placeholder claims and the couple of tax claims that

14  are on the agenda, is 126 claims totaling 67.5 million

15  dollars.

16          The Trust is making another interim distribution

17  before the end of this month of four percent.  So through that

18  distribution, the Trust will have distributed forty percent,

19  the holders of allowed general unsecured claims, and is

20  working diligently to try and make as much, and many more

21  distributions as we can.

22          THE COURT:  Excellent.  That's all -- that's very

23  good news.

24          MR. CAINE:  Thank you, Your Honor.

25          THE COURT:  All right, thank you.

Colloquy                                                          14

1          Mr. Tabakin?

2          MR. TABAKIN:  Good morning, Your Honor, David Tabakin

3    from Tavenner & Beran on behalf of the Circuit City Trust.

4          We can start, Your Honor, with agenda items number 9,

5    10, and 11.  Those three items, we would request be continued

6    to August 17th.

7          THE COURT:  They'll be continued.

8          MR. TABAKIN:  Then on agenda item number 12, several

9    matters have been -- we request that they be continued to

10   August 17th, and one matter the claimant has agreed to have

11   the claim expunged, as per identified on Exhibit B, Your

12   Honor.

13         THE COURT:  Very good.

14         MR. TABAKIN:  On agenda item number 14, once again,

15   as identified on Exhibit B, several items can be continued:

16   one item will be -- has been resolved and can be removed from

17   the docket; one item has been resolved but the parties wish it

18   to remain on the docket for documentation purposes.  All as

19   identified on Exhibit B, Your Honor.

20         THE COURT:  All right, very good.

21         MR. TABAKIN:  On agenda item number 15, all items on

22   that agenda item can be continued to August 17th, per Exhibit

23   B.

24         THE COURT:  All right, very good.  That'll be

25   continued.

Colloquy                                                  15

1           MR. TABAKIN:  Okay, Your Honor, on item 16, the Trust

2    has resolved certain claims as identified on Exhibit B, and

3    those can be removed from the docket, and the remaining claims

4    we'd like to be continued to August 17th, as per Exhibit B.

5           THE COURT:  All right, the remaining claims will be

6    continued.

7           MR. TABAKIN:  On item number 17, as per Exhibit B,

8    two claimants have agreed to have their claims expunged.

9    Several claimants have been resolved and can be removed, and

10   one will be removed from the docket, and another has been

11   resolved and requested to stay on the docket to be documented

12   and consummated.  And then the remaining will be continued to

13   August 17th.

14          THE COURT:  All right, very good.

15          MR. TABAKIN:  On agenda item number 18, there are one

16   that can be resolved that the parties have asked to be

17   continued, and the remaining will be continued to August 17th,

18   as per Exhibit B.

19          THE COURT:  All right, we've already taken care of

20   the two that Mr. Caine --

21          MR. TABAKIN:  Caine.

22          THE COURT:  -- addressed.  All right, very good.

23          MR. TABAKIN:  Yes, sir.

24          On item number 19, there are two items that have been

25   resolved and can be removed from the docket, and the remaining

1    will be adjourned to August 17th per Exhibit B, Your Honor.

2              THE COURT:  All right.

3              MR. TABAKIN:  Item number 20 deals with omnibus

4    seventeen, and with that several have been resolved and can be

5    removed.  One has been resolved and it wishes to remain on the

6    docket for documentation purposes, and the remaining can be

7    continued to August 17th, Your Honor.

8              THE COURT:  All right, very good.

9              MR. TABAKIN:  Then, Your Honor, we can take numbers

10   21, 22, and 23 together.  Those matters can all be continued,

11   per Exhibit B, to August 17th.

12             THE COURT:  They'll be continued.

13             MR. TABAKIN:  On item number 24, one matter has been

14   resolved, but wishes to remain on the docket to be documented

15   properly, and the remaining can be continued to August 17th.

16             THE COURT:  All right, it'll be continued.

17             MR. TABAKIN:  Thank you, Your Honor.  And then items

18   25 and 26 can be taken together; all matters on those can be

19   continued to August 17th.

20             THE COURT:  They'll be continued.

21             MR. TABAKIN:  Item number 27, two matters have been

22   resolved and can be removed from the docket, and the

23   remaining, per Exhibit B, continued to August 17th.

24             THE COURT:  All right, very good.

25             MR. TABAKIN:  Thank you, Your Honor.

1        Item number 28, similar situation, several matters

2   have been resolved and can be removed, per Exhibit B, and the

3   remainder continued to August 17th.

4        THE COURT:  That's the fortieth objection, right?

5        MR. TABAKIN:  Yes, Your Honor.

6        THE COURT:  All right, very good.

7        MR. TABAKIN:  Then on the forty-first omnibus

8   objection, item number 29, two claimants have agreed to have

9   their claims expunged, one claim will be allowed, and per

10  agreement of the parties, one claim may be disallowed as

11  identified on Exhibit B.  Then we have a number of items that

12  have been resolved and can be removed from the docket -- per

13  Exhibit B, there are several that have been resolved, but will

14  remain on the docket for documentation purposes, and the

15  remainder will be continued to August 17th.

16       THE COURT:  All right, very good.

17       MR. TABAKIN:  Thank you, Your Honor.

18       On number 30, we have one claim that has agreed -- or

19  one claimant has agreed to have its claim expunged, several

20  can be removed, several more have been resolved but will be

21  continued for documentation purposes, several have been

22  resolved and will be removed, per Exhibit B, and the remainder

23  continued to August 17th.

24       THE COURT:  All right, the rest will be continued.

25       MR. TABAKIN:  Per the forty-third omnibus objection,

Colloquy                                                              18

1   item number 31, another claimant has agreed to have its claim

2   expunged, and a claimant has resolved its claim and can be

3   continued, for documentation purposes, and the remainder

4   continued to August 17th, per Exhibit B.

5            THE COURT:  All right, very good.

6            MR. TABAKIN:  And on the last item on the agenda,

7   Your Honor, three claimants have agreed to have their claims

8   expunged, there is one claimant, the matter has resolved and

9   can be removed, and the remaining can be continued to August

10  17th.

11           THE COURT:  All right, they'll be continued.

12           MR. TABAKIN:  And with that, Your Honor, we have

13  reached the end of the agenda for today.

14           THE COURT:  All right, excellent.  All right, well,

15  thank you very much.  You can report back that you did a

16  stellar job today, and --

17           MR. TABAKIN:  Thank you, Your Honor.

18           THE COURT:  -- I know it was nip and tuck, but you

19  made it all the way through, and so that's great.

20           MR. TABAKIN:  Thank you, Your Honor.

21           THE COURT:  All right, thank you all.

22           THE COURT OFFICER:  All rise.  Court is now in

23  recess.

24       (Whereupon these proceedings were concluded at 11:22 AM)

25

1                          I N D E X

2

3    RULINGS:                              PAGE     LINE

4    Motion to withdraw attorney on behalf      6        16

5    of Berkshire-Amherst granted

6    Objection to claims of Rossiter sustained   10       12

7    and claim reduced

8    Objection to Monte Vista claim sustained    11       19

9    and reclassified as a general unsecured claim

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1         C E R T I F I C A T I O N

2

3         I, Dee Ventucci, the court approved transcriber, do

4  hereby certify the foregoing is a true and correct transcript

5  from the official electronic sound recording of the

6  proceedings in the above-entitled matter.

7

8                                        June 17, 2016

9  _____        _____

10 DEE VENTUCCI                           DATE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 08-35653-KRH    Doc 13903    Filed 06/17/16    Entered 06/17/16 16:55:44    Desc
Main Document    Page 21 of 25

CIRCUIT CITY STORES, INC., et al.
Case No. 08-35653-KRH

June 16, 2016

## $

**$16,834.99 (2)**
10:24;11:7
**$7,780.27 (2)**
9:7;10:7

## A

**able (2)**
5:16;8:10
**absolutely (1)**
5:8
**accounting (1)**
10:2
**add (1)**
13:1
**addressed (1)**
15:22
**addresses (1)**
7:22
**adjourned (1)**
16:1
**administrative (4)**
9:6;10:23;11:1,10
**adversary (1)**
7:17
**again (2)**
12:7;14:14
**agenda (16)**
4:4,17;5:2;7:16;
8:18,22;11:24;
13:14;14:4,8,14,21,
22;15:15;18:6,13
**ago (1)**
5:25
**agreed (8)**
8:2;14:10;15:8;
17:8,18,19;18:1,7
**agreement (2)**
12:2;17:10
**airline (1)**
5:13
**allowance (1)**
7:20
**allowed (2)**
13:19;17:9
**almost (1)**
13:6
**although (2)**
5:20;7:4
**always (1)**
6:20
**amended (1)**
7:21
**Amherst (1)**
5:20
**amount (10)**
9:5,7,9,18,19;
10:12,24;13:2,6,12
**amounts (1)**
9:10

**Andrew (2)**
4:5,7
**anticipate (1)**
12:10
**anymore (1)**
5:17
**apply (1)**
7:19
**appreciate (1)**
12:19
**appropriate (2)**
11:3,14
**approximately (2)**
13:3,5
**around (1)**
13:10
**assume (1)**
6:13
**August (17)**
14:6,10,22;15:4,
13,17;16:1,7,11,15,
19,23;17:3,15,23;
18:4,9
**authenticity (1)**
9:23
**away (1)**
4:12

## B

**back (4)**
6:6,22,22;18:15
**balance (1)**
8:11
**Ballard (1)**
5:19
**Bank (1)**
6:2
**beginning (1)**
11:8
**behalf (1)**
14:3
**belongs (1)**
6:9
**Beran (2)**
4:9;14:3
**Berkshire- (1)**
5:19
**Berkshire-Amherst (2)**
4:19;7:17
**bill (1)**
11:6
**books (1)**
9:14
**Bradshaw (4)**
4:9;9:12,21;11:11
**briefly (1)**
5:24
**bring (2)**
5:14;6:22
**brought (1)**
6:23
**business (1)**

**9:24**
**buyer (1)**
6:4

## C

**CAINE (30)**
4:5,5,6,7,7,16;5:6,
8,11;6:13,15;7:10,
15;8:8,15,17,21;9:3;
10:14,17;11:21,24;
12:5,13,16,20,22;
13:24;15:20,21
**calculated (1)**
11:6
**called (3)**
6:3;9:12;11:11
**can (26)**
4:20;7:23;13:21;
14:4,15,16,22;15:3,
9,16,25;16:4,6,9,10,
15,18,18,22;17:2,12,
20;18:2,9,9,15
**cap (1)**
7:19
**Capmark (2)**
13:3,7
**care (1)**
15:19
**case (1)**
7:22
**CC-Investors (1)**
12:6
**certain (1)**
15:2
**certainly (3)**
12:19;13:9,11
**chain (2)**
9:16,22
**change (1)**
12:22
**chastised (1)**
5:16
**checks (1)**
10:1
**Circuit (1)**
4:3;10:2;14:3
**City (3)**
4:3;10:2;14:3
**claim (33)**
5:23;6:7,9;9:5,6,
10,13,18,20;10:6,9,
12,12,19,22,23,24,
25;11:1,3,4,16,20,
20;12:8,9;14:11;
17:9,10,18,19;18:1,2
**claimant (8)**
9:4;11:5,6;14:10;
17:19;18:1,2,8
**claimants (4)**
15:8,9;17:8;18:7
**claiming (1)**
11:9

**claims (22)**
5:2;8:9;10:19;
12:18,23,24;13:1,1,
4,8,10,12,13,13,14,
19;15:2,3,5,8;17:9;
18:7
**cleanliness (1)**
10:21
**cleanup (1)**
9:15
**clear (1)**
11:9
**clearly (1)**
11:6
**CLERK (1)**
4:3
**client (5)**
5:20,22;6:11,21;
8:2
**close (2)**
12:9;13:7
**co-counsel (1)**
4:8
**collect (1)**
8:10
**coming (1)**
12:25
**complete (1)**
7:23
**concluded (1)**
18:24
**congregation (1)**
7:10
**connection (3)**
10:9;11:16,25
**consented (1)**
5:13
**consummated (1)**
15:12
**contact (1)**
12:8
**continued (29)**
10:4;14:5,7,9,15,
22,25;15:4,6,12,17,
17;16:7,10,12,15,16,
19,20,23;17:3,15,21,
23,24;18:3,4,9,11
**copy (1)**
11:5
**counsel (2)**
6:12;12:8
**count (1)**
13:2
**couple (2)**
5:24;13:13
**course (1)**
4:14
**COURT (56)**
4:1,6,14;5:3,7,10,
12;6:13,16,19;7:2,4,
6,9,12;8:7,12,16;9:2;
10:8,16;11:14,15,23;
12:4,12,15,19,21;

**13:22,25;14:7,13,20,
24;15:5,14,19,22;
16:2,8,12,16,20,24;
17:4,6,16,24;18:5,
11,14,18,21,22,22**
**Court's (1)**
9:8
**Crossing (1)**
8:23
**Crossings (1)**
10:19

## D

**damages (2)**
9:15,17
**date (1)**
11:8
**David (3)**
4:9;5:19;14:2
**days (1)**
11:7
**deal (1)**
8:22
**deals (1)**
16:3
**debris (1)**
9:15
**debtor (1)**
9:17
**debtors' (3)**
9:14,22;11:12
**decided (1)**
5:17
**default (1)**
8:16
**demonstrates (1)**
10:25
**department (1)**
10:3
**difference (1)**
9:18
**diligently (1)**
13:20
**disallowed (2)**
8:9;17:10
**dispositive (1)**
5:4
**dissolved (1)**
5:24
**distributed (1)**
13:18
**distribution (2)**
13:16,18
**distributions (1)**
13:21
**docket (11)**
14:17,18;15:3,10,
11,25;16:6,14,22;
17:12,14
**documentation (6)**
9:22;14:18;16:6;
17:14,21;18:3

Case 08-35653-KRH    Doc 13903    Filed 06/17/16    Entered 06/17/16 16:55:44    Desc
Main Document    Page 22 of 25

CIRCUIT CITY STORES, INC., et al.
Case No. 08-35653-KRH                                                        June 16, 2016

**documented (2)**
15:11;16:14
**Dodger (1)**
7:10
**dollar (1)**
11:2
**dollars (5)**
9:5;10:23;13:2,7,
15
**double-checks (1)**
10:2
**down (4)**
6:1,3;12:25;13:10

**E**

**earlier (1)**
4:12
**eight (1)**
13:1
**eighty- (1)**
12:25
**end (3)**
8:9;13:17;18:13
**ensure (1)**
10:4
**entity (1)**
5:24
**establish (2)**
9:23,25
**even (1)**
8:1
**eventful (1)**
6:25
**evidence (2)**
9:15;11:4
**examine (2)**
10:9;11:17
**Excellent (3)**
12:12;13:22;18:14
**exception (1)**
9:24
**excused (1)**
7:4
**Exhibit (16)**
14:11,15,19,22;
15:2,4,7,18;16:1,11,
23;17:2,11,13,22;
18:4
**explains (1)**
9:18
**expunged (6)**
14:11;15:8;17:9,
19;18:2,8

**F**

**fact (1)**
11:10
**fans (1)**
7:11
**fashion (1)**
10:5

**father (1)**
4:12
**fifty (1)**
13:10
**figure (1)**
11:3
**file (1)**
10:20
**filed (5)**
6:12;7:18,21;9:5;
10:22
**final (3)**
9:19;12:5,9
**finally (2)**
5:15;12:11
**find (3)**
5:16,22;6:21
**fine (1)**
9:2
**firm (1)**
7:18
**first (4)**
4:20;5:9,18;9:3
**flight (1)**
6:22
**fly (1)**
5:13
**focuses (1)**
5:4
**followed (1)**
10:2
**foreclosure (2)**
6:1,8
**format (1)**
13:8
**forth (1)**
5:21
**fortieth (1)**
17:4
**forty (1)**
13:18
**forty-first (1)**
17:7
**forty-third (1)**
17:25
**forward (5)**
4:24;8:5;9:11;
12:3,13
**four (1)**
13:17
**fourteenth (2)**
8:25;10:18
**fourth (2)**
12:1,7
**friendly (1)**
6:1

**G**

**gate (1)**
9:16
**general (6)**
4:10;10:22;11:3,

20;13:5,19
**gets (2)**
5:1,4
**glad (2)**
5:13;7:13
**goal (1)**
13:11
**Good (23)**
4:5,6,14;5:7,12,12;
6:16,20;7:2;8:7;
12:15;13:23;14:2,13,
20,24;15:14,22;16:8,
24;17:6,16;18:5
**granted (1)**
6:17
**Great (2)**
7:5;18:19
**guess (1)**
5:19

**H**

**Hampshire (2)**
6:3,10
**handle (1)**
9:1
**handled (1)**
6:2
**handwriting (1)**
11:7
**happen (1)**
13:9
**happy (1)**
7:6
**heard (4)**
4:11;7:23;10:8;
11:16
**hearing (9)**
4:23;5:4;8:3,5,19;
10:21;12:6,10;13:9
**hearings (1)**
9:25
**hearsay (1)**
9:24
**holder-in-interest (1)**
13:4
**holders (1)**
13:19
**Honor (40)**
4:5,11,18;5:18;
6:15,18;7:8,11;8:17,
25;9:4,7,12,21;10:6,
14,17,20,25;11:21,
24;12:5,16;13:24;
14:2,4,12,19;15:1;
16:1,7,9,17,25;17:5,
17;18:7,12,17,20
**hope (2)**
6:22;13:10
**Hopefully (1)**
6:25
**Huennekens (1)**
4:1

20;13:5,19
**I**

**identified (6)**
8:22;14:11,15,19;
15:2;17:11
**improvement (1)**
7:20
**inception (1)**
10:3
**include (1)**
13:12
**Incorporated (1)**
4:3
**infirmity (1)**
11:1
**initiated (1)**
5:1
**interesting (1)**
8:13
**interim (1)**
13:16
**investigation (1)**
5:21
**involve (2)**
8:24;12:6
**involves (1)**
12:22
**involving (1)**
4:18
**issue (3)**
7:19,24;8:14
**issues (1)**
7:22
**item (17)**
14:8,14,16,17,21,
22;15:1,7,15,24;
16:3,13,21;17:1,8;
18:1,6
**items (8)**
4:3;14:4,5,15,21;
15:24;16:17;17:11

**J**

**job (1)**
18:16
**Jones (1)**
4:8
**Judge (2)**
4:1;6:2
**judgment (4)**
7:18,21,23;8:10

**K**

**Katie (1)**
4:9

**L**

**landlord (3)**
12:22,24;13:1

**landlords (1)**
13:6
**last (4)**
5:16;7:14;11:4;
18:6
**law (1)**
6:10
**lawyer (2)**
6:2,4
**lawyers (1)**
6:7
**legal (2)**
7:24;8:13
**less (1)**
6:25
**link (1)**
9:16
**Liquidating (5)**
4:8;8:24;10:18;
12:1,7

**M**

**maintenance (2)**
9:22;10:5
**making (1)**
13:16
**Mallview (1)**
11:25
**man (1)**
5:20
**manager (1)**
4:10
**many (1)**
13:20
**matter (14)**
5:9;8:6,23;9:1,4;
10:17;11:22,24,25;
12:2,5;14:10;16:13;
18:8
**matters (17)**
4:17,18,19,20,22;
5:2;7:16;8:18,18,21,
23;9:9;14:9;16:10,
18,21;17:1
**may (1)**
17:10
**mean (1)**
8:8
**mentioned (2)**
6:8;9:24
**might (1)**
5:22
**million (3)**
13:2,6,14
**mind (1)**
5:4
**Monte (4)**
8:23;10:19,20;
11:16
**month (1)**
13:17
**more (4)**

6:23;7:6;13:20;
17:20
**morning (5)**
4:5,6;5:12;7:7;
14:2
**motion (8)**
4:19;5:9,21;6:12,
14,16;7:21,23
**motions (1)**
7:17
**move (1)**
4:21
**moving (1)**
7:1
**much (2)**
13:20;18:15

## N

**negotiating (1)**
12:8
**New (2)**
6:3,9
**news (1)**
13:23
**next (7)**
8:2,5,18;10:17;
11:24;12:10;13:9
**night (1)**
7:14
**nip (1)**
18:18
**Nobody (2)**
6:6,7
**normally (1)**
9:8
**noted (1)**
4:22
**notice (1)**
9:6
**noticed (2)**
7:25;10:7
**number (20)**
4:17;8:21;10:19;
11:7;12:24;14:4,8,
14,21;15:7,15,24;
16:3,13,21;17:1,8,
11,18;18:1
**numbers (1)**
16:9

## O

**object (1)**
6:14
**objected (2)**
9:6,11
**objection (12)**
6:15;8:25;10:11,
11,18;11:18,19;12:1,
7;17:4,8,25
**obligation (1)**
9:17

**office (1)**
6:3
**OFFICER (2)**
4:1;18:22
**offset (2)**
7:20;8:9
**Old (1)**
13:12
**omnibus (11)**
8:3,5,25;10:18;
12:1,7,10;13:9;16:3;
17:7,25
**once (1)**
14:14
**one (13)**
6:23;14:10,16,17;
15:10,15;16:5,13;
17:9,10,18,19;18:8
**only (1)**
4:23
**opportunity (1)**
8:4
**oppose (2)**
8:3,4
**opposition (1)**
10:20
**order (4)**
9:23;10:15;11:14,
22
**orders (1)**
12:25
**others (1)**
4:24
**otherwise (2)**
8:4,16
**out (2)**
4:23;5:22
**over (2)**
12:16;13:1
**owing (1)**
13:6
**owned (1)**
5:23

## P

**Pachulski (1)**
4:7
**page (1)**
11:4
**parent (1)**
5:25
**part (1)**
10:22
**parties (3)**
14:17;15:16;17:10
**party (2)**
10:8;11:15
**passed (1)**
4:12
**pay (1)**
9:17
**people (1)**

6:5
**per (15)**
10:13;14:11,22;
15:4,7,18;16:1,11,
23;17:2,9,12,22,25;
18:4
**percent (3)**
13:5,17,18
**performed (1)**
5:22
**period (1)**
11:8
**petition (1)**
11:8
**Philadelphia (1)**
6:23
**placeholder (1)**
13:13
**plane (1)**
5:17
**Plaza (1)**
11:25
**pleasant (1)**
6:23
**please (3)**
4:2;10:16;11:23
**point (1)**
6:11
**Pollack (11)**
4:18;5:12,15,19;
6:18,25;7:3,5,8,11,
25
**Pollack's (2)**
5:9;7:18
**postpone (1)**
8:2
**pray (1)**
7:13
**preference (1)**
9:1
**prepared (1)**
12:17
**pre-petition (2)**
11:10,12
**presentation (3)**
7:7;9:25;12:23
**presiding (1)**
4:1
**pretty (1)**
7:13
**proceeding (1)**
7:17
**proceedings (1)**
18:24
**process (1)**
4:24
**processes (1)**
10:1
**proffered (2)**
10:9;11:17
**properly (1)**
16:15
**property (7)**

6:2,4,6,10;9:16;
11:5,6
**proposed (1)**
4:4
**purposes (5)**
14:18;16:6;17:14,
21;18:3

## R

**rain (1)**
7:13
**rare (1)**
7:10
**rather (1)**
11:19
**reached (1)**
18:13
**real (1)**
13:4
**realm (1)**
13:3
**reason (2)**
12:3,13
**reasons (1)**
6:21
**recess (1)**
18:23
**reclassification (2)**
11:2,13
**reclassified (1)**
11:20
**record (1)**
5:18
**records (5)**
9:14,23;10:1,5;
11:12
**reduce (1)**
9:7
**reduced (2)**
10:6,13
**reflect (1)**
11:12
**regarding (1)**
10:18
**relate (1)**
7:16
**related (1)**
4:20
**reliability (2)**
10:1,4
**reliable (1)**
10:5
**reluctantly (1)**
6:19
**remain (4)**
14:18;16:5,14;
17:14
**remainder (4)**
17:3,15,22;18:3
**remaining (9)**
15:3,5,12,17,25;
16:6,15,23;18:9

**removed (12)**
14:16;15:3,9,10,
25;16:5,22;17:2,12,
20,22;18:9
**repair (1)**
9:16
**report (1)**
13:13
**Republic (1)**
13:13
**request (3)**
10:13;14:5,9
**requested (1)**
15:11
**resolution (8)**
4:25;7:24,24;8:8;
9:19;10:22;12:9;
13:7
**resolved (24)**
4:24;5:5;8:6;12:1,
11,24;14:16,17;15:2,
9,11,16,25;16:4,5,14,
22;17:2,12,13,20,22;
18:2,8
**resolving (1)**
13:8
**response (1)**
11:19
**rest (2)**
7:7;17:24
**result (1)**
11:13
**review (1)**
9:13
**Richmond (2)**
5:16;6:20
**right (32)**
5:10;6:13,16;7:2,
9,13;8:7,12;10:11;
11:15,18;12:4;
13:25;14:20,24;15:5,
14,19,22;16:2,8,16,
24;17:4,6,16,24;
18:5,11,14,14,21
**rise (1)**
18:22
**rolling (1)**
9:16
**Rossiter (2)**
8:23;9:1

## S

**sale (1)**
6:8
**seated (1)**
4:2
**seeking (2)**
8:1;9:19
**seeks (2)**
9:7;11:14
**seem (1)**
9:10

**seems (1)**
6:7
**service (1)**
4:13
**set (3)**
4:20;5:20;10:20
**setting (1)**
5:3
**settlement (1)**
12:2
**seventeen (1)**
16:4
**several (9)**
14:8,15;15:9;16:4;
17:1,13,19,20,21
**show (1)**
8:3
**shows (1)**
8:13
**signed (1)**
12:2
**similar (1)**
17:1
**sit (1)**
12:20
**situation (1)**
17:1
**sixteen (1)**
13:6
**sixty-two (1)**
13:2
**sold (1)**
6:6
**someone (1)**
8:3
**sorry (1)**
6:20
**sought (2)**
11:2,13
**Spahr (1)**
5:19
**specifically (1)**
8:22
**Stang (1)**
4:7
**start (1)**
14:4
**stay (3)**
5:17;7:6;15:11
**stellar (1)**
18:16
**still (2)**
7:1;13:6
**Stores (1)**
4:3
**submit (2)**
10:14;11:21
**submitted (1)**
11:4
**subsequently (2)**
7:21;10:3
**substantive (4)**
4:23;8:19;10:21;

12:6
**sufficient (1)**
9:14
**summary (2)**
7:18,21
**supported (2)**
7:14;9:10
**sure (2)**
6:21;7:13
**sustained (2)**
10:12;11:19

**T**

**Tabakin (29)**
4:9;5:1;8:20;
12:17;14:1,2,2,8,14,
21;15:1,7,15,21,23;
16:3,9,13,17,21,25;
17:5,7,17,25;18:6,
12,17,20
**Tabakin's (1)**
12:23
**Tavenner (2)**
4:9;14:3
**Tavenner's (1)**
4:12
**tax (3)**
11:6,8;13:13
**taxes (4)**
11:5,9,10,12
**TD (1)**
6:2
**tenant (1)**
7:20
**testify (5)**
9:13,13,21;11:11,
11
**That'll (2)**
9:2;14:24
**therefore (1)**
6:12
**though (1)**
8:1
**three (2)**
14:5;18:7
**thunderstorms (1)**
7:1
**today (9)**
4:13;5:13,20;7:25;
12:3,14,25;18:13,16
**together (2)**
16:10,18
**told (1)**
6:4
**total (1)**
13:12
**totaling (1)**
13:14
**touch (1)**
6:5
**tracked (2)**
6:1,3

**transferred (1)**
6:10
**tried (1)**
6:5
**Trust (20)**
4:8,10;7:18,20;
8:9,24;9:6,19;10:3,4,
18;11:2,13,14;12:1,
6;13:16,18;14:3;
15:1
**trustee's (1)**
10:13
**Trust's (2)**
9:17;12:7
**try (1)**
13:20
**trying (1)**
5:22
**tuck (1)**
18:18
**turn (1)**
12:16
**turns (1)**
4:23
**twenty-five (1)**
13:3
**twenty-six (1)**
13:5
**two (7)**
4:23;8:24;15:8,20,
24;16:21;17:8

**U**

**under (1)**
6:9
**unfortunately (1)**
5:23
**unless (1)**
8:25
**unsecured (5)**
10:23;11:3,20;
13:5,19
**unsuccessful (1)**
5:23
**up (5)**
8:3,10,13;9:8;13:1
**update (2)**
12:17,21

**V**

**various (1)**
13:8
**Vista (4)**
8:23;10:19,20;
11:16

**W**

**way (1)**
18:19
**week (1)**

4:12
**Whereupon (1)**
18:24
**wish (6)**
9:11;10:8,9;11:15,
16;14:17
**wishes (2)**
16:5,14
**withdraw (5)**
4:19;5:11,21;6:12;
8:1
**within (1)**
13:3
**without (1)**
5:20
**witness (2)**
10:10;11:17
**wonderful (1)**
7:7
**working (1)**
13:20

**Y**

**year (1)**
7:12
**years (1)**
5:25

**Z**

**Ziehl (1)**
4:7

**1**

**1 (1)**
4:4
**10 (1)**
14:5
**10,771 (1)**
9:5
**11 (1)**
14:5
**11:22 (1)**
18:24
**12 (1)**
14:8
**126 (1)**
13:14
**14 (1)**
14:14
**15 (1)**
14:21
**16 (1)**
15:1
**16,834 (1)**
11:2
**17 (1)**
15:7
**17th (17)**
14:6,10,22;15:4,
13,17;16:1,7,11,15,

19,23;17:3,15,23;
18:4,10
**18 (1)**
15:15
**19 (1)**
15:24
**1995-1 (1)**
12:6

**2**

**20 (1)**
16:3
**21 (1)**
16:10
**22 (1)**
16:10
**23 (1)**
16:10
**24 (1)**
16:13
**25 (1)**
16:18
**26 (1)**
16:18
**27 (1)**
16:21
**28 (1)**
17:1
**29 (1)**
17:8

**3**

**30 (1)**
17:18
**31 (1)**
18:1
**32 (1)**
4:4
**33,257 (1)**
10:23

**4**

**4050 (1)**
10:19

**5**

**5 (2)**
8:19,21

**6**

**6 (2)**
8:19,21
**67.5 (1)**
13:14

**9**

**9 (1)**

14:4