Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

-and-

Robert J. Feinstein, Esq.
John A. Morris, Esq.
Beth E. Levine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Telecopy:  (212) 561-7777

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., et al., | : | 1Case No. 08-35653 (KRH) |
|  | : |  |
| Debtors. | : |  |
|  | : | Jointly Administered |

## ORDER GRANTING MOTION FOR ADMISSION
## PRO HAC VICE OF ERIC WINSTON

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Eric

Winston (the "Motion") filed by Lynn L. Tavenner and Paula S. Beran, seeking admission pro hac

vice for Eric Winston, of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, in the above-

referenced bankruptcy case (the "Bankruptcy Case") pursuant to Local Bankruptcy Rule 2090-

1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the

Motion has been provided, no other or further notice is necessary or required, and it is appropriate

that Eric Winston be authorized to practice pro hac vice before the Court in this Bankruptcy Case

and any related adversary proceedings, it is hereby

ORDERED as follows:

1.      The Motion is hereby Granted.

2.      Eric Winston, of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP is

hereby admitted to appear in this Bankruptcy Case and any related adversary proceedings pro hac

vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of the Circuit City Stores, Inc.

Liquidating Trust.

Dated:  Jun 21 2016

/s/ Kevin R Huennekens

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

Entered on Docket:6/21/16

/s/ Paula S. Beran
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust

2

## RULE 9022-1 CERTIFICATION

I HEREBY CERTIFY that the foregoing proposed order has been endorsed by all necessary parties.

Robert B. Van Arsdale
Assistant United States Trustee
Office of the United States Trustee
701 East Broad Street, Suite 4303
Richmond, VA  23219

*/s/ Paula S. Beran*
*Co-Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*