| | |
|---|---|
| Steven T. Gubner, Esq.<br>EZRA BRUTZKUS GUBNER LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, California 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099 | Andrew W. Caine (admitted *pro hac vice*)<br>PACHULSKI, STANG, ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Flr.<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760 |
| and | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679) |
| Eric D. Winston, Esq. (*pro hac* pending)<br>Justin C. Griffin, Esq. (*pro hac* pending)<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Facsimile: (804) 783-0178 |
| *Special Litigation Counsel for Alfred H. Siegel, Liquidating Trustee* | *Counsel for Trustee of the Circuit City Stores, Inc. Liquidating Trust* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | 1Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

**ORDER GRANTING MOTION FOR ADMISSION
PRO HAC VICE OF JUSTIN C. GRIFFIN**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Justin Griffin (the "Motion") filed by Lynn L. Tavenner and Paula S. Beran, seeking admission pro hac vice for Justin C. Griffin, of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, in the above-referenced bankruptcy case (the "Bankruptcy Case") pursuant to Local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is

appropriate that Justin C. Griffin be authorized to practice pro hac vice before the Court in this

Bankruptcy Case and any related adversary proceedings, it is hereby

ORDERED as follows:

1. The Motion is hereby Granted.

2. Justin C. Griffin, of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP is

hereby admitted to appear in this Bankruptcy Case and any related adversary proceedings pro hac

vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of the Circuit City Stores, Inc.

Liquidating Trust.

Dated: Jun 21 2016

/s/ Kevin R Huennekens

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

Entered on Docket:6/21/16

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*

## RULE 9022-1 CERTIFICATION

I HEREBY CERTIFY that the foregoing proposed order has been endorsed by all necessary parties.

Robert B. Van Arsdale
Assistant United States Trustee
Office of the United States Trustee
701 East Broad Street, Suite 4303
Richmond, VA  23219

*/s/ Paula S. Beran*
*Co-Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*