May 16, 2016

**BY E-MAIL AND U.S. MAIL**

To: Circuit City Stores, Inc. Liquidating Trust

From: DIM Vastgoed N.V., as successor in interest to Carolina Pavilion Company

    *Re:*   *Circuit City Stores, Inc. (Case No. 08-35653) –*
*Notice of Change of Address for*
*DIM Vastgoed N.V.*

RICHMOND DIVISION
FILED
JUN 17 2016
CLERK
U.S. BANKRUPTCY COURT

Ladies and Gentlemen:

    DIM Vastgoed N.V., as successor in interest to Carolina Pavilion Company ("Claimant") is the holder of the following general unsecured claim (the "Claim"), against the above named Debtor in the jointly administered case (Case No. 08-35653) under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Virginia:

| Claim Number | Allowed General Unsecured Amount | Debtor |
| --- | --- | --- |
| 12915 | $698,093.13 | Circuit City Stores, Inc. |

    Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following address:

    Contrarian Funds, LLC
    411 West Putnam Avenue
    Suite 425
    Greenwich, CT 06830
    Email: lreddock@contrariancapital.com
    Phone: 203-862-8261

    IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of May, 2016.

                                              DIM VASTGOED N.V.
                                              By: _____
                                              Name: Aaron Kitlowski
                                              Title: Managing Director

## CONTRARIAN CAPITAL MANAGEMENT, L.L.C.

411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830
TEL (203)862-8200  FAX (203)629-1977

June 14, 2016
*VIA FEDERAL EXPRESS*

U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219-1888
Attn: Clerk of the Court

                Re:      **Circuit City Stores, Inc. (Case No. 08-35653)**

Dear Clerk of the Court,

The enclosed Notice of Change of Address is being submitted for filing and approval by the Court.

If there are any questions, please contact at amumola@contrariancapital.com or by calling 203-862-8211.

Sincerely,

*[signature]*

Alisa Mumola
Contrarian Capital Management, L.L.C