# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: PATRICK MANZI, JR. and | Case No. 08-35653 (KRH) |
| KIMBERLY MANZI individually and as | Chapter 11 |
| parents and natural guardians of a minor, | (Jointly Administered) |
| PATRICK J. MANZI, III | |
| | |
| CIRCUIT CITY STORES, INC., et al., | |
| Debtors. | |

## NOTICE OF SETTLEMENT AND WITHDRAWAL OF CLAIM WITH PREJUDICE, INCLUDING WITHDRAWAL OF PROOF OF CLAIM NO. 15178

**PLEASE TAKE NOTICE** that PATRICK MANZI, JR. and KIMBERLY MANZI individually and as parents and natural guardians of a minor, PATRICK J. MANZI, III ("Claimant") hereby withdraw in their entirety, with prejudice, all claims that they have asserted against any of the above-captioned chapter 11 debtors (collectively, the "Debtors") or against the Circuit City Stores, Inc. Liquidating Trust (the "Trust") in the above-captioned bankruptcy cases, including Proof of Claim Number 15178 filed on December 13, 2010, and hereby agrees to the expunging of any and all claims scheduled or unscheduled by the Debtors on its behalf. Upon the filing of this Withdrawal, the Trust shall make a settlement payment to Claimant in the sum

06-15-2016 7:30 PM          Fax Services                    → 18188279099                                                    2

Jennifer Vernon  Case 08-35653-KRH   Doc 13908    Filed 06/23/16   Entered 06/23/16 18:00:04   Desc  0700
                               Main Document       Page 2 of 3

of One Thousand Five Hundred Dollars ($1,500.00) in full satisfaction of any claim Claimant

may have had and Claimant shall have no claim against the Debtors, the Trust or the Debtors'

bankruptcy estates.

Dated:   October 12, 2015                         [PATRICK   MANZI, JR. and KIMBERLY
                                                 MANZI individually and as parents and
                                                 natural guardians of a minor, PATRICK J.
                                                 MANZI, III]


                                         By:_____
                                                 [Name of Claimant or Attorneys for
                                                 Claimant]

Filed This 23rd Day of  June 2016

By:    CIRCUIT CITY STORES, INC.
       LIQUIDATING TRUST


By: */s/ Lynn L. Tavenner*


Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
E-mail:  ltavenner@tb-lawfirm.com
         pberan@tb-lawfirm.com


Co-counsel for the Circuit City Stores, Inc.
Liquidating Trust