Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy:   (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : 1Case No. 08-35653 (KRH) |
| Debtors. | : Jointly Administered |

**ORDER ON LIQUIDATING TRUST'S FOURTEENTH OMNIBUS
OBJECTION TO CLAIMS SOLELY AS IT RELATES TO
THE CLAIM FILED BY RONALD ROSSITER AND BARBARA ROSSITER**

THIS MATTER having come before the Court on the *Liquidating Trust's Fourteenth Omnibus Objection to Claims* (the "Claim Objection") [Docket No. 10052] (the "Objection") solely as the Objection relates to Claim Number 13323 filed by Ronald Rossiter and Barbara Rossiter, and it appearing that due and proper notice and service of the Objection was in

1

compliance with Fed. R. Bankr. P. 3007 and 7004, and LBR 3007-1, and the Notice of Substantive Hearing on the Objection have been given to Ronald Rossiter and Barbara Rossiter, and that such notice was good and sufficient and that no other or further notice or service of the Objection need be given, and it appearing that the relief requested by the Objection as it relates to Claim Number 13323 is in the best interest of the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust") and the beneficiaries thereof; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED as it relates to Claim Number 13323.

2. Claim Number 13323 is hereby allowed in the amount of $7,780.27 as a general unsecured claim.

3. The Liquidating Trust shall serve a copy of this Order on Ronald Rossiter and Barbara Rossiter on or before five (5) business days from the entry of this Order.

Dated: Jun 29 2016

Entered on the Docket:
6/29/16

/s/ Kevin R. Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

2

**WE ASK FOR THIS:**

*/s/ David N. Tabakin*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
David N. Tabakin (VA Bar No. 82709)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

          */s/ David N. Tabakin*
          Co-Counsel

Service List:

Ronald D. Rossiter and Barbara M. Rossiter
Attn: Dustin P. Branch, Esq.
c/o Katten Muchin Rosemann LLP
2029 Century Park E., 26th Floor
Los Angeles, CA 90076