Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy:   (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : 1Case No. 08-35653 (KRH) |
| Debtors. | : Jointly Administered |

ORDER ON LIQUIDATING TRUST'S NINTH, FORTY-FIRST, AND SIXTY-FOURTH
OMNIBUS OBJECTIONS TO CLAIMS SOLELY AS IT RELATES TO
<u>CLAIM FILED BY PARK NATIONAL BANK</u>

THIS MATTER having come before the Court on the *Liquidating Trust's Ninth, Forty-First, and Sixty-Fourth Omnibus Objections to Claims* (the "Claim Objections") [Docket Nos. 10047, 11852, and 12446] (the "Objections") solely as the Objections relate to Claim Number 11750 filed by Park National Bank, and it appearing that due and proper notice and service of the

Objections is in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and that such notice was good and sufficient and that no other or further notice or service of the Objections need be given, and it appearing that the relief requested by the Objections as they relate to Claim Number 11750 is in the best interest of the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust") and the beneficiaries thereof; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objections are SUSTAINED as they relate to Claim Number 11750.

2. Claim Number 11750 is hereby expunged.

3. The Liquidating Trust shall serve a copy of this Order on Park National Bank on or before five (5) business days from the entry of this Order.

Dated:   Jun 29 2016

Entered on the Docket:

/s/ Kevin R. Huennekens

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:6/29/16

2

**WE ASK FOR THIS:**

*/s/ David N. Tabakin*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
David N. Tabakin (VA Bar No. 82709)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

          */s/ David N. Tabakin*
           Co-Counsel

Service List:

Park National Bank
Attn Richard C Maxwell
c/o Woods Rogers PLC
10 S Jefferson St Ste 1400
PO Box 14125
Roanoke, VA 2401