# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

|  |  |
|---|---|
| **Case Number** | 08-35653-KRH |
| **Chapter** | 11 |
| **Judge** | Kevin R. Huennekens |

In re: Debtor

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Employer Tax-Identification (EIN):
    Debtor: <u>54-0493875</u>



## <u>NOTICE OF CHANGE OF ADDRESS</u>

BE ADVISED that Creditor, Millman 2000 Charitable Trust, has changed its address to the following:

Millman 2000 Charitable Trust
1546 Cole Blvd., Bldg. 5, Suite 100
Lakewood, CO 80401

Dated this 28th day of June, 2016.

Karsh Fulton Gabler Joseph PC

By: _____
    Alan E. Karsh

Attorney for Millman 2000 Charitable Trust

6079.051

## CERTIFICATE OF SERVICE

I certify that I have placed a true and correct copy of the foregoing Notice of Change of Address in the U.S. Mail, first class postage affixed thereto, addressed as follows:

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Daniel F. Blanks
50 North Laura Street, Suite 2850
Jacksonville, FL 32202

Valerie M. Goldsmith, Legal Assistant

6079.051

2