Travis A. Sabalewski, Esq. (VSB No. 47368)
REED SMITH LLP
Riverfront Plaza—West Tower
901 E. Byrd Street, Suite 1700
Richmond, VA 23219-4068
Telephone:  (804) 344-3400
Facsimile:  (804) 344-3410
*Counsel for IKON Office Solutions, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| CIRCUIT CITY STORES, INC., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF
### TRAVIS A. SABALEWSKI AND REED SMITH, LLP

PLEASE TAKE NOTICE that counsel Travis A. Sabalewski, Esq., and the law firm Reed Smith LLP,  hereby withdraw their appearance on behalf of creditor IKON Office Solutions, Inc. in the above-referenced bankruptcy proceeding.  Counsel respectfully request exclusion from this point forward from service of all notices, pleadings and other papers given or filed in this case, and that they be removed from the service list.

US_ACTIVE-127612915

- 2 -

Dated:  July 8, 2016

Respectfully submitted,

IKON OFFICE SOLUTIONS, INC.
By counsel

*/s/ Travis A. Sabalewski*
Travis A. Sabalewski (VSB No. 47368)
REED SMITH LLP
Riverfront Plaza—West Tower
901 E. Byrd Street, Suite 1700
Richmond, VA 23219-4068
tsabalewski@reedsmith.com
Telephone:  (804) 344-3400
Facsimile:  (804) 344-3410

*Counsel to IKON Office Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 7th day of July 2016, a true and correct copy of the foregoing was served electronically using the Court's CM/ECF system on all registered users of the CM/ECF system who have filed a notice of appearance in this matter, including Debtors' counsel and the Office of the United States Trustee.

*/s/ Travis A. Sabalewski*
Travis A. Sabalewski (VSB No. 47368)
REED SMITH LLP
Riverfront Plaza—West Tower
901 E. Byrd Street, Suite 1700
Richmond, VA 23219-4068
tsabalewski@reedsmith.com
Telephone:  (804) 344-3400
Facsimile:  (804) 344-3410
*Counsel to IKON Office Solutions, Inc.*