IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc., et al., | Case No. 08-35653 (KRH) |
| ("the Debtors") | Jointly Administered |
| | **Allowed Claim Num: 14825** |
| | **Allowed Claim Amt: $25,000** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Keches Law Group PC as Attorneys for James L Rollins, a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Keches Law Group PC as Attorneys for James L Rollins
Keches Law Group PC
122 Dean St.
Tarunton, MA 02780

**New Address**

Keches Law Group PC as Attorneys for James L Rollins
C/O VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Dated: 6/28/16

Respectfully submitted,
Keches Law Group PC as Attorneys for James L Rollins

By: CHARLOTTE E. SLINKA
Title: PARTNER