Jeffrey N. Pomerantz, Esq. – pro hac vice
Andrew W. Caine, Esq. – pro hac vice
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

Robert J. Feinstein, Esq. - pro hac vice
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 13, 2016 AT 2:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on July 13, 2016 beginning at 2:00 p.m. Eastern.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

1. Amended Motion for Summary Judgment *(Amended Motion of Plaintiff Trustee Alfred H. Siegel for Summary Judgment, and Memorandum in Support Thereof)* (Re: related document(s)[8] Motion for Summary Judgment filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Tavenner, Lynn)

    Related Documents:

    a.  Amended Certificate of Service (Re: related document(s)[23] Motion for Summary Judgment filed by Alfred H. Siegel, [24] Objection to Motion/Application filed by Alfred H. Siegel, [25] Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Tavenner, Lynn)

    b.  Certificate of Service (Re: related document(s)[23] Motion for Summary Judgment filed by Alfred H. Siegel, [24] Objection to Motion/Application filed by Alfred H. Siegel, [25] Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Tavenner, Lynn)

    c.  Notice of Hearing (Re: related document(s)[8] Motion for Summary Judgment filed by Alfred H. Siegel, [23] Motion for Summary Judgment filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled for 6/16/2016 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Tavenner, Lynn)

    d.  Motion for Summary Judgment -- *Motion Of Plaintiff Trustee Alfred H. Siegel For Partial Summary Judgment Prohibiting Improper Setoff By Defendant Berkshire-Amherst, LLC, And Memorandum In Support Thereof* (Re: related document(s)[1] Complaint filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Tavenner, Lynn)

    e.  Notice of Hearing (Re: related document(s) [8] Motion for Summary Judgment filed by Alfred H. Siegel, [9] Affidavit filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled for 4/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Tavenner, Lynn)

    f.  Affidavit -- *Affidavit of Catherine Bradshaw In Support Of Motion Of Plaintiff Trustee Alfred H. Siegel For Partial Summary Judgment Prohibiting Improper Setoff By Defendant Berkshire-Amherst, LLC, And Memorandum In Support Thereof* (Re: related document(s)[8] Motion for Summary Judgment filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D)(Tavenner, Lynn)

    g.    Hearing continued; (Re: related document(s)[8] Motion for Summary Judgment filed by Alfred H. Siegel) Hearing scheduled for 6/8/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Andrew Caine for Plaintiff. (Oliver, Betty)

    h.    Hearing continued; (Re: related document(s)8 Motion for Summary Judgment filed by Alfred H. Siegel, 23 Motion for Summary Judgment filed by Alfred H. Siegel) Hearing scheduled for 7/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Plaintiff. (Oliver, Betty)

| | |
|---|---|
| Objection Deadline: | June 9, 2016 |
| Objections/ Responses Filed: | None |
| Status: | The Trust will request that the Court grant the motion. |

2.    Motion for Summary Judgment filed by John Darren Sadler of Ballard Spahr LLP on behalf of Berkshire-Amherst, LLC. (Attachments: # (1) Statement of Material Facts # (2) Exhibit 1 # (3) Memorandum in Support of the Motion # (4) Proposed Order # (5) Certificate of Service) (Sadler, John)

Related Documents:

    a.    Notice of Hearing (Re: related document(s) [11] Motion for Summary Judgment filed by Berkshire-Amherst, LLC) filed by John Darren Sadler of Ballard Spahr LLP on behalf of Berkshire-Amherst, LLC. Hearing scheduled for 4/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Sadler, John)

    b.    Hearing continued; (Re: related document(s)[11] Motion for Summary Judgment filed by Berkshire-Amherst, LLC) Hearing scheduled for 6/8/2016 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Andrew Caine for Plaintiff. (Oliver, Betty)

    c.    Hearing continued; (Re: related document(s)11 Motion for Summary Judgment filed by Berkshire-Amherst, LLC) Hearing scheduled for 7/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Plaintiff. (Oliver, Betty)

| | |
|---|---|
| Objection Deadline: | June 1, 2016 |
| Objections/ | Objection to *Plaintiff's Opposition to Defendant Bershire-Amherst, LLCs* |

3

|   |   |   |
|---|---|---|
| | Responses Filed: | *Partial Motion for Summary Judgment* (Re: related document(s)[11] Motion for Summary Judgment filed by Berkshire-Amherst, LLC) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Tavenner, Lynn) |
| | Status: | The Trust will request that the Court deny the motion. |

3. Pretrial Conference on the *Liquidating Trust's Forty-Second Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation)* (Docket No. 11853) as it relates to Claim Number 12089 and *Siegel v. Berkshire-Amherst LLC* - Adversary Proceeding No. 10-03509.

    Related Documents:

    a. Pre-Trial Conference Continued; (Re: related document(s)[1] Complaint filed by Alfred H. Siegel) Pre-Trial Conference set for 6/8/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, Andrew Caine for Plaintiff. (Oliver, Betty)

    b. Pre-Trial Conference Continued; (Re: related document(s)1 Complaint filed by Alfred H. Siegel) Pre-Trial Conference set for 7/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, Appearance: Andrew Caine for Plaintiff. (Oliver, Betty)

    Status:    To the extent all items are not resolved in the Court's ruling on the motions for summary judgement, the Trust will request that the matter be set for trial.

Dated: July 11, 2016   TAVENNER & BERAN, PLC
Richmond, Virginia    ____/s/ Paula S. Beran_____
  Lynn L. Tavenner (VA Bar No. 30083)
  Paula S. Beran (VA Bar No. 34679)
  20 North Eighth Street, 2nd Floor
  Richmond, Virginia 23219
  (804) 783-8300

  - and -

  PACHULSKI STANG ZIEHL & JONES LLP
  Jeffrey N. Pomerantz, Esq.
  Andrew W. Caine, Esq.
  10100 Santa Monica Boulevard
  Los Angeles, California 90067-4100
  (310) 277-6910

  - and -

  Robert J. Feinstein, Esq.
  John A. Morris, Esq.
  PACHULSKI STANG ZIEHL & JONES LLP
  780 Third Avenue, 36th Floor
  New York, New York 10017
  (212) 561-7700
  *Co-Counsel for the Circuit City Stores, Inc.
  Liquidating Trust*