Roland Finch

3128 North O'hara Avenue

Springfield MO, 65803

RICHMOND DIVISION
FILED
JUL 1 1 2016
CLERK
U.S. BANKRUPTCY COURT

Reference:

Case Number 08-35653-KRH

Chapter 11


Circuit City Stores Inc.

9950 Mayland Drive

Richmond VA, 23233


Please note that my address has changed. My new address is listed above.

Please call me directly if you have further questions.

Thank you

Roland Finch

717-682-4787