Jeffrey N. Pomerantz, Esq.  
Andrew W. Caine, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
10100 Santa Monica Boulevard  
Los Angeles, California 90067-4100  
Telephone: (310) 277-6910  
Telecopy:  (310) 201-0760  

Lynn L. Tavenner, Esq. (VA Bar No. 30083)  
Paula S. Beran, Esq. (VA Bar No. 34679)  
David N. Tabakin, Esq. (VA Bar No. 82709)  
TAVENNER & BERAN, PLC  
20 North Eighth Street, 2nd Floor  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopy:  (804) 783-0178  

- and –

Robert J. Feinstein, Esq.  
John A. Morris, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
780 Third Avenue, 36th Floor  
New York, New York 10017  
Telephone: (212) 561-7700  
Telecopy: (212) 561-7777  

*Counsel for the Circuit City Stores, Inc.  
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING**  
**(Liquidating Trust's First Omnibus Objection to Claim Number 14346)**  
**(Claimant –CHK, LLC)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"),

by counsel, of the above referenced estates of Circuit City Stores, Inc. *et al.* (collectively, the

"Debtors") **will seek to have the Court disallow and expunge Claim Number 14346 as**

1

identified in the *Liquidating Trustee's First Omnibus Objection to Claims* (the "Claim Objection") [Docket No. 10024] based upon information received from you in response to the same and/or the Debtors' books and records.

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **August 17, 2016 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) and the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence, if necessary, on August 17, 2016 at 2:00 p.m., seeking to have the Court disallow and expunge Claim Number 14346.**

PLEASE TAKE FURTHER NOTICE THAT if you do not want the Court to grant the relief described herein, **you must (1) file a notice of your intent to attend the hearing with the Court on or before August 14, 2016, at:**

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219

**and (2) attend the hearing on August 17, 2016 at 2:00 p.m.**

PLEASE GOVERN YOURSELVES ACCORDINGLY.

2

Dated:  July 26, 2016

*/s/ Paula S. Beran*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
        pberan@tb-lawfirm.com
-and-

Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
Andrew W. Caine, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
        acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on July 26, 2016 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

CHK, LLC
c/o Jennifer McLemore
Christian & Barton, LLP
909 E Main Street, Ste 1200
Richmond, VA 23219

CHK, LLC
c/o Henry S. Chang, R/A
870 Market St, # 976
San Fransico, CA 94102

CHK, LLC
c/o Michael J. McQuaid, Esq.
216 Park Road
Burlingame, CA 94010

                  */s/ Paula S. Beran*
                   Paula S. Beran (VA Bar No. 34679)

4