| | |
|---|---|
| Steven T. Gubner, Esq.<br>EZRA BRUTZKUS GUBNER LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, California 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099 | Andrew W. Caine, Esq. (admitted *pro hac vice*)<br>PACHULSKI, STANG, ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Flr.<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760 |
| and | |
| Eric D. Winston, Esq. (admitted *pro hac vice*)<br>Justin C. Griffin, Esq. (admitted *pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Facsimile: (804) 783-0178 |
| *Special Litigation Counsel for Alfred H. Siegel, Liquidating Trustee* | *Counsel for Trustee of the Circuit City Stores, Inc. Liquidating Trust* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

**MOTION FOR ADMISSION
PRO HAC VICE OF PATRICK THOMAS BURNS**

Lynn L. Tavenner and Paula S. Beran ("Movants") hereby move the Court, pursuant to Local Bankruptcy Rule 2009-1(E), to enter an order authorizing Patrick Thomas Burns ("Mr. Burns"), an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, to appear *pro hac vice* in the above referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia (the "Court") to represent the Circuit City Stores, Inc. Liquidating Trust, and in support of this Motion, the Movants state as follows:

1

1. Movants are members in good standing of the Bar of the Commonwealth of Virginia and are attorneys admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2. Mr. Burns is a member of good standing of the State Bar of California and is an attorney admitted to practice before the United States District Court for the Northern District of California and the United States Court of Appeals for the Ninth Circuit. There are no disciplinary proceedings pending against Mr. Burns in any jurisdiction in which he is admitted to practice.

3. Movants request that this Court authorize Mr. Burns to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in these Bankruptcy Cases (and related adversary proceedings) on behalf of the Circuit City Stores, Inc. Liquidating Trust.

4. Movants and their law firm shall serve as co-counsel with Mr. Burns in these Bankruptcy Cases (and related adversary proceedings).

5. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) counsel for the Debtor, and (c) all persons receiving electronic notice in these Bankruptcy Case as of the service hereof.

6. The Application to Qualify as a Foreign Attorney Under Local Bankruptcy Rules 2090-1(E) is attached hereto as <u>Exhibit A</u>.

WHEREFORE, Movants respectfully request that this Court enter an Order authorizing Justin Thomas Burns to appear *pro hac vice* in these Bankruptcy Cases in substantially the same form as <u>Exhibit B</u> attached hereto and grant such other and further relief as just.

| | |
|---|---|
| Dated: August 12, 2016<br>Richmond, Virginia | Respectfully Submitted,<br><br>/s/ *Paula S. Beran*<br>Lynn L. Tavenner, Esq. (Va. 30083)<br>Paula S. Beran, Esq. (Va. 34679)<br>**TAVENNER & BERAN, PLC**<br>20 North Eighth Street, Second Floor<br>Richmond, Virginia 23219<br>Telephone:    (804) 783-8300<br>Facsimile:    (804) 783-0178<br><br>*Co-Counsel for Trustee of the Circuit City Stores, Inc. Liquidating Trust* |

## CERTIFICATION OF SERVICE

I hereby certify that on August 12, 2016, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Patrick Thomas Burns was served on all persons receiving electronic notice in these cases, including:

<u>Assistant United States Trustee</u>
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4303
Richmond, VA 23219


/s/ *Paula S. Beran*
Movant

3

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653-KRH ,* Case Name Circuit City Stores, Inc., et. al.

PERSONAL STATEMENT

FULL NAME (no initials, please) Patrick Thomas Burns
Bar Identification Number 300219     State California
Firm Name Quinn Emanuel Urquhart & Sullivan, LLP
Firm Phone # (415) 875-6600     Direct Dial # (415) 875-6454     FAX # (415) 875-6700
E-Mail Address patrickburns@quinnemanuel.com
Office **Mailing** Address 50 California Street, 22nd Floor, San Francisco, CA. 94111
Name(s) of federal court(s) in which I have been admitted U.S.D.C. N.D. Cal & U.S. Court of Appeals for the Ninth Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

/s/ Patrick Thomas Burns
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Paula S. Beran     August 12, 2016
(Signature)     (Date)

Paula S. Beran
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Ver. 02/11/10 [effective 12/01/09]

Exhibit B

| | |
|---|---|
| Steven T. Gubner, Esq.<br>EZRA BRUTZKUS GUBNER LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, California 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099 | Andrew W. Caine, Esq. (admitted *pro hac vice*)<br>PACHULSKI, STANG, ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Flr.<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760 |
| and | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679) |
| Eric D. Winston, Esq. (admitted *pro hac vice*)<br>Justin C. Griffin, Esq. (admitted *pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Facsimile: (804) 783-0178 |
| *Special Litigation Counsel for Alfred H. Siegel, Liquidating Trustee* | *Counsel for Trustee of the Circuit City Stores, Inc. Liquidating Trust* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

**ORDER GRANTING MOTION FOR ADMISSION
<u>PRO HAC VICE OF PATRICK THOMAS BURNS</u>**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Patrick Thomas Burns (the "Motion") filed by Lynn L. Tavenner and Paula S. Beran, seeking admission *pro hac vice* for Patrick Thomas Burns, of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, in the above-referenced bankruptcy cases (the "Bankruptcy Cases") pursuant to Local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is

1

necessary or required, and it is appropriate that Patrick Thomas Burns be authorized to practice *pro hac vice* before the Court in this Bankruptcy Case and any related adversary proceedings, it is hereby

ORDERED as follows:

1. The Motion is hereby Granted.

2. Justin Thomas Burns, of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP is hereby admitted to appear in these Bankruptcy Cases and any related adversary proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of the Circuit City Stores, Inc. Liquidating Trust.

Dated:

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*

2

## **RULE 9022-1 CERTIFICATION**

I HEREBY CERTIFY that the foregoing proposed order has been endorsed by all necessary parties.

/s/
*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*

3