WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
(202) 626-3600
Jaime M. Crowe (Va. Bar No. 37186)

*Counsel for Non-parties Toshiba Corporation and*
*Toshiba America Electronic Components, Inc.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :     Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC., et al.,                          :
                                                            :     Chapter 11
                                                            :
                                                            :     (Jointly Administered)
                              Debtors.                      :
                                                            :
------------------------------------------------------------x

### NOTICE OF APPEARANCE PURSUANT TO RULE 9010

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned case as counsel for non-parties Toshiba Corporation and Toshiba America Electronic Components, Inc., pursuant to Federal Rules of Bankruptcy Procedure 9010(b).

Dated:  August 12, 2016

                              By:    /s/ Jaime M. Crowe
                                     Jaime M. Crowe (Va. Bar No. 37186)
                                     WHITE & CASE LLP
                                     701 Thirteenth Street, NW
                                     Washington, DC  20005
                                     (202) 626-3600
                                     jcrowe@whitecase.com

                              *Counsel for Non-parties Toshiba Corporation and*
                              *Toshiba America Electronic Components, Inc.*

## Certificate of Service

I hereby certify that on August 12, 2016, the foregoing *NOTICE OF APPEARANCE* was filed using the Court's CM/ECF service, and served electronically on all interested parties by ECF notification from the Court.

                                                     /s/ Jaime M. Crowe