WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
(202) 626-3600
Jaime M. Crowe (Va. Bar No. 37186)

*Counsel for Non-parties Toshiba Corporation and*
*Toshiba America Electronic Components, Inc.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

-------------------------------------------------------------x
:
In re:                                                                       :
                                                                             :        Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC., et al.,                 :
                                                                             :        Chapter 11
                                                                             :
                                                                             :        (Jointly Administered)
                                          Debtors.          :
                                                                             :
-------------------------------------------------------------x

### MOTION FOR ADMISSION *PRO HAC VICE*

Jaime M. Crowe hereby moves the Court, pursuant to Local Bankruptcy Rule 2009-1(E), to enter an order authorizing Dana E. Foster from the law firm of White & Case LLP to appear and represent Toshiba Corporation and Toshiba America Electronic Components, Inc. (the "Toshiba Entities") *pro hac vice* in the above-referenced bankruptcy case and any related adversary litigation.

In support of this Motion, I state as follows:

1.    I am a member in good standing of the Bar of the Commonwealth of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.  I will be associated with Mr. Foster in this matter.

2.      Mr. Foster is a member of good standing of the State Bar of New York

and the District of Columbia Bar, and is an attorney admitted to practice before the

United States Court of Appeals for the Fourth and Ninth Circuits, and the United States

District Courts for the Southern District of New York, Eastern District of New York, and

the District of Columbia.  There are no disciplinary proceedings pending against Mr.

Foster in any jurisdiction in which he is admitted to practice.

3.      Mr. Foster has the following business address:

> Dana E. Foster
> White & Case, LLP
> 701 13th Street, NW
> Washington, DC  20005

4.      Mr. Foster has completed an Application to Qualify as a Foreign Attorney

Under Local Bankruptcy Rule 2090-1(E)(2), a copy of which is attached hereto as

Exhibit A.

5.      A proposed order granting the relief requested in this Motion is attached

hereto as Exhibit B.

6.      Mr. Foster understands that *pro hac vice* admission does not constitute

formal admission to the bar of the United States Bankruptcy Court for the Eastern District

of Virginia.

WHEREFORE, Movant respectfully requests that this Court grant his Motion to

permit Dana E. Foster to represent the Toshiba Entities *pro hac vice* in this case and for

such other and further relief as this Court deems just and proper.

Dated:   August 12, 2016                    Respectfully Submitted,

                                            /s/ Jaime M. Crowe
                                            Jaime M. Crowe (Va. Bar No. 37186)
                                            WHITE & CASE LLP
                                            701 Thirteenth Street, NW
                                            Washington, DC  20005
                                            (202) 626-3600

                                            *Counsel for Non-parties Toshiba Corporation and
                                            Toshiba America Electronic Components, Inc.*

### Certificate of Service

I hereby certify that on the 12th day of August 2016, a true and correct of *MOTION TO ADMIT PRO HAC VICE* was filed using the Court's CM/ECF service, and served electronically on all interested parties by ECF notification from the Court.


_____/s/ Jaime M. Crowe_____