# Exhibit A

**(Application to Qualify As A Foreign Attorney Under Local Bankruptcy Rule 2090-1(E)(2))**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653 (KRH)    ,* Case Name  In re: Circuit City Stores, Inc., et al

PERSONAL STATEMENT

FULL NAME (no initials, please) Dana Evans Foster
Bar Identification Number 4181889    State NY
Firm Name White & Case LLP
Firm Phone # 202-626-3600    Direct Dial # 202-637-6181    FAX # 202-639-9355
E-Mail Address defoster@whitecase.com
Office **Mailing** Address 701 13th Street, NW  Washington, DC 20005
Name(s) of federal court(s) in which I have been admitted  SDNY, EDNY, DDC, Fourth Circuit, Ninth Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    8/11/16
               (Date)

Jaime Manuel Crowe
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Ver. 02/11/10 [effective 12/01/09]