# Exhibit B

# (Proposed Order)

WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
(202) 626-3600
Jaime M. Crowe (Va. Bar No. 37186)

*Counsel for Non-parties Toshiba Corporation and*
*Toshiba America Electronic Components, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

---------------------------------------------------------------x
:
In re: :
: Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC., et al., :
: Chapter 11
:
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x

**PROPOSED ORDER GRANTING**
**MOTION FOR ADMISSION PRO HAC VICE**

The matter came before the Court upon the Motion for Admission *Pro Hac Vice* (the "Motion") of Jaime M. Crowe, counsel with the law firm of White & Case LLP, seeking admission *pro hac vice* of Dana E. Foster of White & Case LLP in the above-referenced bankruptcy case (the "Bankruptcy Case") pursuant to Local Bankruptcy Rule 2090-1(E)(2).  After review of the Motion and statements therein, the Court finds that adequate notice of Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Dana E. Foster be authorized to practice *pro hac vice* before the Court in this Bankruptcy Case and any related adversary proceedings, it is hereby

ORDERED as follows:

1. The Motion is hereby Granted.

2. Dana E. Foster of the law firm of White & Case LLP is hereby admitted to appear in this Bankruptcy Case and any related adversary proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of non-parties Toshiba Corporation and Toshiba America Electronic Components, Inc.

Dated: _____

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Jaime M. Crowe
Jaime M. Crowe (Va. Bar No. 37186)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
jcrowe@whitecase.com

*Counsel for Non-parties Toshiba Corporation and Toshiba America Electronic Components, Inc.*

## **RULE 9022-1 CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2016, the foregoing *PROPOSED ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE* was served electronically on all interested parties by ECF notification from the Court, and on the following parties by first-class mail:

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
101 00 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

              /s/ Jaime M. Crowe