WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
(202) 626-3600
Jaime M. Crowe (Va. Bar No. 37186)
Dana E. Foster (*pro hac vice* application pending)

*Counsel for Non-parties Toshiba Corporation and
Toshiba America Electronic Components, Inc.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

---------------------------------------------------------------x
                                                               :
In re:                                                         :
                                                               :   Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC., et al.,                             :
                                                               :   Chapter 11
                                                               :
                                                               :   (Jointly Administered)
                              Debtors.                         :
                                                               :
---------------------------------------------------------------x

### CERTIFICATE OF SERVICE

Pursuant to Local Bankruptcy Rule 5005-1(8), I hereby certify that on August 12, 2016, a true and correct copy of the foregoing Non-Parties Toshiba Corporation and Toshiba America Electronic Components, Inc.'s Opposition To Motion Of The Circuit City Stores Inc. Liquidating Trust To Enforce Terms Of Confirmed Plan, For Protection From Foreign Subpoena Duces Tecum and Order To Show Cause As To Why Toshiba Should Not Be Held In Contempt (the "Opposition") was filed by Toshiba Corporation and Toshiba America Electronic Components, Inc. using the Court's CM/ECF service, and served electronically on all interested parties by ECF notification from the Court.

Furthermore, the Opposition was served by overnight mail upon the following:

    Robert B. Van Arsdale
    Office of the U.S. Trustee
    701 E. Broad Street, Suite 4304
    Richmond, VA  23219

Additionally, the Opposition was also served by electronic mail upon the following:

    Blake Harrop – bharrop@atg.il.us
    Chadwick Brooker – cbrooker@atg.il.us
    Kate Wheaton – kate.wheaton@kirkland.com
    Karl Stampfl – karl.stampfl@kirkland.com
    David C. Gustman – dgustman@freebornpeters.com
    John M. Taladay – john.taladay@bakerbotts.com
    Daniel Rosenberg – drosenberg@sheppardmullin.com
    Catherin Diggins – cdiggins@sheppardmullin.com
    Michael Scarborough – mscarborough@sheppardmullin.com
    Tyler Cunningham – tcunningham@sheppardmullin.com
    Duane M. Kelley – dkelley@winston.com
    James F. Herbison – jherbison@winston.com
    Jeffrey L. Kessler – jkessler@winston.com
    Eva W. Cole – ewcole@winston.com
    Molly M. Donovan - mmdonovan@winston.com
    Steven A. Reiss – steven.reiss@weil.com
    David L. Yohai – david.yohai@weil.com
    Adam C. Hemlock – adam.hemlock@weil.com

Dated:   August 12, 2016          Respectfully Submitted,

                                          /s/ Jaime M. Crowe
                                          Jaime M. Crowe (Va. Bar No. 37186)
                                          Dana E. Foster
                                          (*pro hac vice* application pending)
                                          WHITE & CASE LLP
                                          701 Thirteenth Street, NW
                                          Washington, DC  20005
                                          (202) 626-3600

                                          *Counsel for Non-parties Toshiba Corporation and*
                                          *Toshiba America Electronic Components, Inc.*