**EXHIBIT B**[1]

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 1 | Capmark Finance, Inc. | 12663 14363 | 10407 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 1 | Capmark Finance, Inc. | 12663 14363 | 10508 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 1 | Capmark Finance, Inc. | 14363 | 10497 | Response & Request for Hearing – Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 1 | Capmark Finance, Inc. | 14859 | 10499 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 1 | CHK, LLC | 14346 | | An order has been tendered addressing this claim and the matter may be removed from the Court's docket. |

[1] For all matters noted herein that are being adjourned or have been resolved, the respondent does not need to appear at the August 17, 2016 hearing.

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 2 | Pan Am Equities, Inc. | 7999 8794 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 2 | Ronald Benderson Trust 1995 | 14920 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 2 | Ronald Benderson Trust 1995 | 13427 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 2 | Ronald Benderson Trust 1995 | 12469 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 3 | Abercorn Common LLP | 13695 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 3 | Capmark Finance, Inc. | 9740 | 10438 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 3 | Capmark Finance, Inc. | 9740 | 10505 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 4 | Capmark Finance, Inc. | 12152 | 10443 | Request for Hearing (Doc. 10444) – Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 4 | Capmark Finance, Inc. | 12152 | 10506 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 4 | Cardinal Capital Partners Inc. and 680 S. Lemon Ave. Co. | 13135 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 4 | Centro Properties Group ta Innes Market Salisbury NC | 12581 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 6 | Old Republic Insurance Company | 7368 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 7369 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 7370 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 7372 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 7373 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 7374 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 7375 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 7377 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 7378 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 7379 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 7380 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 7381 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 7382 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 7383 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 7384 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 7385 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 13899 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 13901 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 14089 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 14090 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 14091 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 14094 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 14144 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 14214 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 14215 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 14350 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 14368 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 14369 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 14370 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 14371 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 14373 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 6 | Old Republic Insurance Company | 14374 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 8 | Inland Sau Greenville Point LLC – Exhibit C | 14938 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 8 | Riverdale Retail Associates, LC | 13543 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 9 | Capmark Finance, Inc. | 9724 | 10442 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 9 | CBL Terrace Limited Partnership | 12275 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 9 | Federal Realty Investment Trust ta Quince Orchard Shopping Center, Gaithersburg, MD | 12545 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 9 | Federal Realty Investment Trust ta Quince Orchard Shopping Center, Gaithersburg, MD | 12546 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 9 | TUP 340 Company LLC | 4807 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 14 | 601 Plaza, LLC | 13697 | 10288 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 14 | Bank of America National Association Successor by Merger to LaSalle National Banka a Nationally Chartered Bank as Trustee for Capmark Finance, Inc. | 9916 | 10423 10498 | Request for Hearing (Doc. 10424)- Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 14 | Memorial Square 1031 LLC | 10020 | 10381 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 14 | UBS Realty Investors LLC, Agent for Happy Valley Town Center, Phoenix, AZ | 8107 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 14 | Uniwest Management Services Inc., Owner or Agent for Battlefield FE Limited partner ta Fort Evans Plaza II Leesburg, VA | 12548 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 14 | WCC Properties | 13480 | 10492 11365 12085 | Amended Response Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 15 | Bank of America, N.A. as trustee for registered holders of GMAC Commercial Mortgage Securities, Inc. | 9721 | 10431 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 15 | Bank of America NA as successor by merger to LaSalle Bank National Association as Trustee for the Registered Holders of GMAC | 9488 | 10431 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 15 | Bank of America NA as successor by merger to LaSalle Bank National Association as Trustee for the Registered Holders of the Morgan Stanley Capital Inc. Commercial Mortgage pass Through Certificates | 9899 | 10436 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **15** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank as Trustee | 10030 | 10436 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **15** | Bank of America National Association Successor by merger to LaSalle Bank National Association fka LaSalle National Bank | 9050 | 10436 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **15** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank | 9704 | 10431 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **15** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank | 9734 | 10436 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **15** | Bank of America National Association Successor by merger to LaSalle Bank National Association fka LaSalle National Bank | 9707 | 10436 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **15** | Bank of America, N.A. as successor by merger to LaSalle Bank National Association as Trustee for the Reg. Holders of GMAC Commercial Mortgage Securities, Inc. | 9449 | 10436 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **15** | Bond Circuit I Delaware Business Trust | 13448 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **15** | Bond Circuit I Delaware | 14935 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **15** | Bond Circuit IV Delaware Business Trust | 8796 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **15** | Capmark Finance, Inc. | 9704 9721 9488 | 10502 | Claim number 9704  has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. For the remaining, status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **15** | Capmark Finance, Inc. | 9449<br>10030<br>9899<br>9050<br>9734<br>9707<br>14363 | 10507 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **15** | Daniel G. Kamin Flint, LLC | 11573 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **15** | The Hutensky Group LLC, agent for HRI Lutherville Station LLC ta Lutherville Station, Lutherville, MD | 1897 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **15** | UBS Realty Investors LLC agent for Wayside Commons Investors LLC ta Wayside Commons Burlington, MA | 1898 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **15** | WEC 96D Niles Investment Trust | 9647 | 10353 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **15** | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA | 9441 | 10501 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **15** | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee | 9741 | 10501 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **15** | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee | 9450 | 10501 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **15** | Woodmont Sherman LP | 11526 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **15** | Woodmont Sherman LP | 13421 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **17** | Bank of America National Association Successor by Merger to LaSalle Bank National Association (Capmark Finance, Inc.) | 12663 | 10509 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **17** | Bond Circuit I Delaware Business Trust | 13440 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **17** | Bond Circuit IV Delaware Business Trust | 12765 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **17** | Bond Circuit VI Delaware Business Trust | 13426 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **17** | Bond Circuit VI Delaware Business Trust | 13439 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **17** | CC Investors 1997 11 | 9955 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **17** | Crown CCI, LLC | 7631 13467 | 10338 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **17** | Eastland Plaza LLC | 7885 | 12143 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **17** | Kamin Realty Company | 12096 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **17** | New River Properties LLC | 12418 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **17** | Wilmington Trust Company | 13171 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **18** | Massachusetts-Commissioner of Dept. of Revenue | 12953 | 10247 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **20** | Acadia Realty Limited Partnership fka Mark Centers Limited partnership | 13802 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **20** | Cencor Realty Services Inc, Agent for SWQ 35 Forum LTD | 12541 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **20** | Cencor Realty Services Inc. Agent for SWQ 35 Forum LTD | 12544 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **20** | Colonial Square Associates | 12468 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **20** | Colonial Square Associates | 13449 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **20** | Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ | 12086 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **20** | Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ | 12085 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **20** | Wells Fargo Bank Northwest NA | 12416 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 20 | Wells Fargo Bank Northwest NA | 13079 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 21 | Bank of America National Association as Successor by Merger to LaSalle Bank National Association fka La Salle National Bank as Trustee for the Registered Holders of GMAC Commercial Mortgage Securities Inc. | 14859 | 10425 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 21 | Capmark Finance, Inc. | 9444 | 10504 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 21 | Capmark Finance Inc.'s Request for Hearing | 9444 | 10377 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 21 | Century Plaza Development Corp. | 11669 11238 | 10390 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 21 | Circuit Sports, LP | 13434 | 10379 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 21 | CW Investors 1997 12 by its Receiver CW Capital Asset Management LLC | 12529 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 21 | International Speedway Square Ltd. | 14142 | 10347 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 21 | Marple XYZ Associates | 14047 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 21 | Montclair Plaza LLC | 4373 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 21 | Wells Fargo Bank NA Successor by Merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee | 9444 | 10369 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 23 | Old Republic Insurance Company | 7368 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 23 | Old Republic Insurance Company | 7369 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 23 | Old Republic Insurance Company | 7370 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 23 | Old Republic Insurance Company | 7372 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 23 | Old Republic Insurance Company | 7373 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 23 | Old Republic Insurance Company | 7374 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 23 | Old Republic Insurance Company | 7375 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 23 | Old Republic Insurance Company | 7377 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 23 | Old Republic Insurance Company | 7378 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 23 | Old Republic Insurance Company | 7379 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 23 | Old Republic Insurance Company | 7380 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 23 | Old Republic Insurance Company | 7381 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 23 | Old Republic Insurance Company | 7382 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 23 | Old Republic Insurance Company | 7383 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 23 | Old Republic Insurance Company | 7384 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 23 | Old Republic Insurance Company | 7385 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 23 | Old Republic Insurance Company | 7386 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 28 | Bond CC IV DBT | 8710 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **28** | Bond Circuit IF Delaware Trust | 15019 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **28** | Capmark Finance, Inc. | 9051 | 11589 11590 11622 12147 12149 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **28** | Capmark Finance, Inc. | 9438 | 11591 11592 11620 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **28** | Capmark Finance, Inc. | 9452 | 11593 11594 11624 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **28** | Capmark Finance, Inc. | 9454 | 11595 11596 11623 12148 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **28** | Capmark Finance, Inc. | 10034 | 11597 11598 11621 12150 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **28** | MB Fabyan Randall Plaza Batavia, L.L.C. | 10023 | 11629 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **28** | Potomac Run LLC | 11956 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **28** | Uniwest Management Services Inc. Owner or Agent for Battlefield FE Limited Partners, ta Fort Evans Plaza II Leesburg, VA | 12992 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **28** | WRI Lakeside Marketplace LLC (Exh. D) | 12807 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **28** | WRI Lakeside Marketplace LLC (Exh. E) | 12807 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **31** | Patricia Scott | 8244 | 11907 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **31** | Patrick J. Manzi | 15178 | 11924 | The matter was resolved by order entered on June 23, 2106 at docket no. 13908 and the matter may be removed from the Court's docket. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA as successors by merger to LaSalle Bank NA as Trustee for the Registered Holders of GMAC) | 9449 | 12132 12156 12240 12248 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **39** | BANK OF AMERICA NA AS SUCCESSORS BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED (CAPMARK FINANCE INC) | 9449 | 12132 12156 12240 12248 | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9454 | 12135 12255 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **39 (Actually in 43)** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9721 | 12139 12169 12235 12239 12263 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 10028 | 12140 12151 12257 12261 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9704 | 12159 12250 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9740 | 12160 12251 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 10030 | 12165 12260 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 14859 | 12164 12253 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9724 | 12171 12175 12236 12259 12264 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **39** | BANK OF AMERICA NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION FKA LASALLE NATIONAL ASSOCIATION FKA LASALLE NATIONAL (CAPMARK FINANCE INC) | 9050 | 12252 | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9051 | 12172 12269 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9707 | 12173 12238 12258 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America National Association by merger to LaSalle National Bank a Nationally Chartered Bank as Trustee for) | 9916 | 12157 12249 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **39** | BANK OF AMERICA NATIONAL ASSOCIATION SUCCESSSOR BY MERGER TO LASALLE BANK NATIOAL ASSOCIATION FKA LASALLE BANK NATIONAL (CAPMARK FINANCE INC) (Berkadia Commercial Mortgage LLC) | 12663 | 12131 12254 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **39 (Actually in 42/43)** | Berkadia Commercial Mortgage LLC (WEC 96 D Appleton 2 Investment Trust) | 12911 | 12170 12234 12235 12239 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **39** | BOND CIRCUIT I DELAWARE BUSINESS TRUST | 13440 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **39** | BOND CIRCUIT IV DELAWARE BUSINESS TRUST | 12765 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **39** | BOND CIRCUIT IV DELAWARE TRUST | 15019 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **39** | BOND CIRCUIT VI DELAWARE BUSINESS TRUST | 13426 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **39** | CARDINAL CAPITAL PARTNERS INC & 680 S LEMON AVE CO LLC | 12169 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **39** | CC INVESTORS 1997 11 | 9955 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **39** | Century Plaza Development Corporation | 11238 11669 | 12078 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **40** | COLONIAL SQUARE ASSOCIATES | 12468 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **40** | Crown CCI, LLC (Filed on behalf of WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership) | 12356 | 12086 12460 12507 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **40** | CW INVESTORS 1997 12 BY ITS RECEIVER CW CAPITAL ASSET MANAGEMENT LLC AS SPECIAL SERVICER FOR BANK OF AMERICA NA TRUSTEE FOR NOMURA ASSET SECURITIES CORPORATION | 12631 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **40** | DANIEL G KAMIN FLINT LLC | 11573 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. . |
| **40** | FEDERAL REALTY INVESTMENT TRUST TA QUINCE ORCHARD SHOPPING CENTER GAITHERSBURG MD | 12545 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **40** | FEDERAL REALTY INVESTMENT TRUST TA TROY HILLS SHOPPING CENTER PARSIPPANY NJ | 12085 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **40** | Inland American Chesapeake Crossroads LLC | 12720 | 12102 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **40** | Inland American Oklahoma City Penn LLC | 12092 | 12102 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **40** | Inland Western Austin Southpark Meadows II Limited Partnership | 12830 | 12102 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **40** | Memorial Square 1031, L.L.C. | 12079 | 12102 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 41 | MANUFACTURERS & TRADERS TRUST COMPANY AS TRUSTEE | 8561 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 41 | MB Fabyan Randall Plaza Batavia, L.L.C. | 10023 | 12097 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 41 | MB Keene Monadnock, L.L.C. | 12744 | 12097 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 41 | MIDLAND LOAN SERVICES INC | 12311 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 41 | MORRIS BETHLEHEM ASSOCIATES LP TA SOUTHMONT CENTER BETHLEHEM PA | 12090 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 41 | New River Properties, LLC | 12418 | 12066 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 41 | Pan Am Equities Inc. | 7999 | 12077 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 41 | RONALD BENDERSON TRUST 1995 | 12469 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 41 | RREEF AMERICA REIT II CORP CROSSROADS | 14104 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 41 (Actually in 42) | The Shoppes of Beavercreek Ltd. | 12770 | 12091 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 42 | American National Insurance Company (Southwinds Ltd.) | 5559 | 12124 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 42 | BENDERSON PROPERTIES INC AND DONALD E ROBINSON | 12465 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 42 | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 0 | 12133 12243 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 42 | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 9452 | 12134 12244 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 42 | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 9441 | 12136 12245 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 42 | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 9444 | 12138 12246 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 42 | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 9741 | 12146 12247 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 42 | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 9438 | 12161 12241 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 42 | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 10034 | 12162 12242 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 42 | Berkadia Commercial Mortgage LLC (WEC 96 D Appleton 2 Investment Trust) | 12911 | 12170 12234 12235 12239 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 42 | BERKSHIRE MANAGEMENT CORP AGENT FOR BERKSHIRE AMHERST LLC TA AMHERST CROSSING AMHERST NH | 12089 | | An order has been entered disallowing this claim. |
| 42 | Inland Mortgage Capital Corporation (Team Retail Westbank, Ltd.) | 8939 | 12100 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 42 | THE HUTENSKY GROUP LLC AGENT FOR HRI LUTHERVILLE STATION LLC TA LUTHERVILLE STATION LUTHERVILLE MD | 1897 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 42 | THE RANDALL BENDERSON 1993 1 TRUST AND WR 1 ASSOCIATES LTD | 12472 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 42 | The Shoppes of Beavercreek Ltd. | 12770 | 12091 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 42 | TUTWILER PROPERTIES LTD | 12159 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 42 | UBS REALTY INVESTORS LLC AGENT FOR HAPPY VALLEY TOWN CENTER PHOENIX AZ | 8107 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 42 | UBS REALTY INVESTORS LLC AGENT FOR WAYSIDE COMMONS INVESTORS LLC TA WAYSIDE COMMONS BURLINGTON MA | 1898 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 42 | UNIWEST MANAGEMENT SERVICES INC OWNER OR AGENT FOR BATTLEFIELD FE LIMITED PARTNERS T A FORT EVANS PLAZA II LEESBURG | 12992 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 42 | WCC Properties LLC | 13480 15261 | 12107 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 42 | WEC 96 D APPLETON 2 INVESTMENT TRUST | 12911 | 12176 12234 12235 12239 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 42 | WEC 96D Niles Investment Trust | 9647 | 12089 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 42 | WEC 96D SPRINGFIELD 1 INVESTMENT TRUST | 12572 | 12174 12236 12264 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m.(WEC 96D Springfield 1 Investment does not intend to pursue claim number 12572 and requested that the Claimholder handle objection – response 12264) |
| 42 | WEC 99A 3 LLC C O MIDLAND LOAN SERVICES INC A DELAWARE CORPORATION | 12851 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 42 | WELLS FARGO BANK NORTHWEST NA | 13079 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 42 | WILLIAM A BROSCIOUS ESQ | 12096 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 42 | WOODMONT SHERMAN LP | 11526 | | The status hearing on this objection is adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| 43 | Berkadia Commercial Mortgage LLC (Bank of America NA as successors by merger to LaSalle Bank NA as Trustee for the Registered Holders of GMAC) | 9449 | 12132 12156 12240 12248 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **43** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9707 | 12158 12238 12258 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **43** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9721 | 12139 12169 12235 12239 12263 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **43** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9734 | 12137 12168 12237 12256 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **43** | Berkadia Commercial Mortgage LLC (WEC 96D Springfield 1 Investment Trust) | 12572 | 12174 12236 12264 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. (WEC 96D Springfield 1 Investment does not intend to pursue claim number 12572 and requested that the Claimholder handle objection – response 12264) |
| **43** | Berkadia Commercial Mortgage LLC (WEC 96 D Appleton 2 Investment Trust) | 12911 | 12170 12176 12234 12235 12239 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 43 | CMAT 1999 C1 GRAND RIVER AVENUE LLC | 5002 | 12461 12487 | This matter has been resolved pursuant to procedures approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 43 | WCC Properties, LLC | 15261 | 12092 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 64 | Bank of America NA as successor by merger to LaSalle Bank National Association as Trustee for the Registered Holders of GMAC (BERKADIA COMMERCIAL MORTGAGE LLC) | 9488 | 12777 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 64 | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9721 | 12780 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 64 | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9724 | 12781 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **64** | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9734 | 12782 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **64** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9704 | 12778 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **64** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9707 | 12779 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **64** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9740 | 12783 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 64 | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9050 | 12773 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 64 | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 10030 | 12787 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 64 | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9916 | 12786 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| 64 | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9899 | 12785 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **64** | Bond Circuit IV Delaware Business Trust | 8796 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **64** | Bond Circuit IV Delaware Trust | 15019 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **64** | Daniel G. Kamin Flint LLC | 11573 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **64** | Park National Bank | 11752 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **64** | WCC Properties LLC | 13480 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **64** | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee (BERKADIA COMMERCIAL MORTGAGE LLC) | 9441 | 12774 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **64** | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee (BERKADIA COMMERCIAL MORTGAGE LLC) | 9444 | 12775 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **64** | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee (BERKADIA COMMERCIAL MORTGAGE LLC) | 9450 | 12776 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **64** | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee (BERKADIA COMMERCIAL MORTGAGE LLC) | 9741 | 12784 | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. |
| **64** | Wells Fargo Bank Northwest NA | 12013 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |
| **64** | Wells Fargo Bank Northwest NA | 13079 | | Status hearing on objection adjourned to October 20, 2016 at 2:00 p.m. with opposition due October 13, 2016. |