Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br><br>STIPULATION AND [PROPOSED] ORDER BETWEEN CREDITOR CHK, LLC AND CIRCUIT CITY STORES, INC. LIQUIDATING TRUST TO ALLOW WITHDRAWAL OF CLAIM<br><br>Jointly Administered |

STIPULATION

This Stipulation is entered into and submitted by and between Creditor CHK, LLC ("CHK") on the one hand, and Circuit City Stores, Inc. Liquidating Trust (the "Trust"), on the other hand, and by and through their respective counsel of record.

WHEREAS, CHK also filed administrative claim No. 14346 ("Claim No. 14346") against Circuit City Stores, Inc. on June 30, 2009;

WHEREAS, the Trust objected to Claim No. 14346 in its First Omnibus Objection to Claims dated February 23, 2011;

WHEREAS, the Trust and CHK have periodically agreed to continuances of the hearing on the Trust's objections since the First Omnibus Objection to Claims was filed;

WHEREAS, the Fund wishes to withdraw Claim No. 14346 filed in the above-captioned bankruptcy cases (the "Bankruptcy Cases") with prejudice;

WHEREAS, the Trust consents to the withdrawal with prejudice of administrative Claim No. 14346 filed in the Bankruptcy Cases;

IT IS HEREBY STIPULATED AND AGREED, by and between CHK and the Trust, through their respective counsel of record, as follows:

1. CHK's administrative Claim No. 14346 shall be withdrawn with prejudice.

IT IS SO STIPULATED.

Dated: August 16, 2016    TAVENNER & BERAN, PLC

By: */s/ Paula S. Beran*
    Lynn L. Tavenner
    Paula S. Beran
    Counsel to the Circuit City Stores Inc.
    Liquidating Trust

Dated: August 16, 2016    CHRISTIAN & BARTON, LLP

By: */s/ Jennifer M. McLemore*
    Jennifer M. McLemore
    Attorneys for CHK, LLC

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties set forth above,

1. The Stipulation is approved.

2. CHK, LLC's administrative Claim No. 14346 is hereby withdrawn with prejudice.

3. The Clerk of this Court is hereby authorized and instructed to reflect these withdrawals on the official claims register for the above-referenced Debtors.

4. This Court shall retain jurisdiction to enforce this Stipulation.

IT IS HEREBY ORDERED:

Dated: _____

_____
Judge of the United States Bankruptcy Court