IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) ) | Chapter 11 |
|  | ) | Case No. 08-35653 |
| Debtors. | ) ) | |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that, as of August 24, 2016, the address of Ronald Page, PLC, counsel, counsel of record, local counsel and/or co-counsel for the below-named parties, has changed to **P.O. Box 73524, Richmond, Virginia 23235**. The telephone number and electronic mail address of counsel will remain the same. Undersigned counsel respectfully requests that the clerk of this Court and parties in interest update Ronald Page, PLC's address information in the above-captioned cases.

Parties

Anthony Erickson dba A.C.E. Enterprises
JMC Manufacturing, Inc., dba Inland Fixture
Miner Fleet Management Group, LLC, fka Miner Fleet Management Group, Ltd.

Dated: August 24, 2016                    Respectfully Submitted,

                                              By    /s/ Ronald A. Page, Jr.

                                                      Counsel

Ronald A. Page, Jr.
Virginia State Bar #71343
Ronald Page, PLC
P.O. Box 73524
Richmond, Virginia 23235
Ph:   (804) 562-8704
Fax: (804) 482-2427
E-mail: rpage@rpagelaw.com
Web Site: www. rpagelaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 24, 2016, a true copy of the foregoing was served by the Court's CM/ECF notification system on all parties who receive notice in these cases.

                                              By    /s/ Ronald A. Page, Jr.

                                                        Counsel