| | |
|---|---|
| Steven T. Gubner, Esq.<br>EZRA BRUTZKUS GUBNER LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, California 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br><br>and<br><br>Eric D. Winston, Esq. (admitted *pro hac vice*)<br>Justin C. Griffin, Esq. (admitted *pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Special Litigation Counsel for Alfred H. Siegel, Liquidating Trustee* | Andrew W. Caine, Esq. (admitted *pro hac vice*)<br>PACHULSKI, STANG, ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Flr.<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br><br>Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Facsimile: (804) 783-0178<br><br>*Counsel for Trustee of the Circuit City Stores, Inc. Liquidating Trust* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>1Case No. 08-35653 (KRH)<br><br>Jointly Administered |

**ORDER GRANTING MOTION FOR ADMISSION
PRO HAC VICE OF PATRICK THOMAS BURNS**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Patrick Thomas Burns (the "Motion") filed by Lynn L. Tavenner and Paula S. Beran, seeking admission *pro hac vice* for Patrick Thomas Burns, of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, in the above-referenced bankruptcy cases (the "Bankruptcy Cases") pursuant to Local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or

1

required, and it is appropriate that Patrick Thomas Burns be authorized to practice *pro hac vice* before the Court in this Bankruptcy Case and any related adversary proceedings, it is hereby

ORDERED as follows:

1. The Motion is hereby Granted.

2. Patrick Thomas Burns, of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP is hereby admitted to appear in these Bankruptcy Cases and any related adversary proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of the Circuit City Stores, Inc. Liquidating Trust.

Dated: Aug 25 2016

/s/ Kevin R. Huennekens

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

Entered on Docket:8/25/16

*/s/ Paula S. Beran*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*

## RULE 9022-1 CERTIFICATION

I HEREBY CERTIFY that the foregoing proposed order has been endorsed by all necessary parties.

/s/ Paula S. Beran
*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*