Jeffrey N. Pomerantz, Esq.  
Andrew W. Caine, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
10100 Santa Monica Boulevard  
Los Angeles, California 90067-4100  
Telephone: (310) 277-6910  
Telecopy:   (310) 201-0760  

Lynn L. Tavenner, Esq. (VA Bar No. 30083)  
Paula S. Beran, Esq. (VA Bar No. 34679)  
TAVENNER & BERAN, PLC  
20 North Eighth Street, 2nd Floor  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopy:   (804) 783-0178  

- and –

Robert J. Feinstein, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
780 Third Avenue, 36th Floor  
New York, New York 10017  
Telephone: (212) 561-7700  
Telecopy: (212) 561-7777  

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | **ORDER APPROVING STIPULATION BETWEEN CREDITOR CHK, LLC AND CIRCUIT CITY STORES, INC. LIQUIDATING TRUST ALLOWING WITHDRAWAL OF CLAIM** |
| | Jointly Administered |

Upon reviewing that certain Stipulation (the "Stipulation") (Docket No. 13930) By and Between CHK, LLC ( "CHK") and Circuit City Stores, Inc. Liquidating Trust (the "Trust") regarding the withdrawal of certain claims,  and good cause appearing therefor, all capitalized

DOCS_NY:33941.1 12304/003

terms not otherwise defined herein having the same meaning as set forth in the Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The Stipulation is approved.

2. The Fund's administrative claim Nos. 14346 is hereby withdrawn with prejudice.

3. The official claims register maintained in these Chapter 11 cases shall be updated accordingly.

4. This Court shall retain jurisdiction to enforce the Stipulation and this Order.

IT IS HEREBY ORDERED:

Dated: Aug 25 2016

/s/ Kevin R. Huennekens
_____
Judge of the United States
Bankruptcy Court

Entered on Docket: 8/25/16

- 2 -

**WE ASK FOR THIS:**

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                      */s/ Paula S. Beran*
                                                           Co-Counsel

DOCS_NY:33941.1 12304/003