Daniel F. Blanks (VSB 48108)
Nelson Mullins Riley & Scarborough LLP
50 N. Laura Street, Suite 4100
Jacksonville, FL 32202
(904) 665-3600
*Counsel for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:

Circuit City Stores, Inc., et al.,                    Case No. 08-bk-35653-KRH
                                                       Chapter 11
                Debtors.              Jointly Administered

**MOTION TO ALLOW DANIEL F. BLANKS, ESQ.**
**TO WITHDRAW AS COUNSEL FOR THE DEBTORS**

Daniel F. Blanks, pursuant to Local Rule 2090-1(G), hereby requests that this Court allow him to withdraw his appearance as counsel for the Debtors, and states as follows:

1. Daniel F. Blanks, Esq. is no longer employed with the firm of McGuireWoods LLP and will no longer provide representation to the Debtors.

2. Douglas M. Foley, Esq., Dion W. Hayes, Esq., Sarah B. Boehm, Esq., and Joseph S. Sheerin, Esq. of McGuireWoods LLP will continue to appear as counsel for the Debtors.

WHEREFORE, Daniel F. Blanks hereby requests that that the Court enter an Order terminating his appearance as counsel of record for the Debtors in this case.

NELSON MULLINS RILEY
& SCARBOROUGH LLP

By */s/ Daniel F. Blanks*
    Daniel F. Blanks (VSB 48108)
    50 N. Laura Street, Suite 4100
    Jacksonville, Florida 32202
    (904) 665-3600
    (904) 665-3699 (fax)
    daniel.blanks@nelsonmullins.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on September 7, 2016. I also certify that the foregoing document is being served this day to all counsel of record via transmission of Electronic Filing generated by CM/ECF.

    */s/ Daniel F. Blanks*
            Attorney

~#4813-3186-8984 v.1~