Daniel F. Blanks (VSB 48108)
Nelson Mullins Riley & Scarborough LLP
50 N. Laura Street, Suite 4100
Jacksonville, FL 32202
(904) 665-3656

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:

Circuit City Stores, Inc., et al.,                    Case No. 08-bk-35653-KRH
                                                      Chapter 11
                Debtors.                              Jointly Administered

_____

### ORDER GRANTING MOTION TO WITHDRAW
### AS COUNSEL OF RECORD FOR THE DEBTORS

Upon the Motion of Daniel F. Blanks to Withdraw as Counsel of Record for the Debtors

[Doc. 13941].  The court having reviewed the Motion and sufficient cause appearing therefore, it

is **ORDERED, ADJUDGED and DECREED** that

1.    Daniel F. Blanks' Motion to Withdraw as Counsel of Record for the Debtors is

hereby granted.

Dated: Sep 14 2016                              /s/ Kevin R Huennekens
         Richmond, Virginia                     Honorable Kevin R. Huennekens
                                                United States Bankruptcy Judge

Entered on Docket:9/14/16

We ask for this:

NELSON MULLINS RILEY
& SCARBOROUGH LLP


By/s/ Daniel F. Blanks
        Daniel F. Blanks (VSB 48108)
        50 N. Laura Street, Suite 4100
        Jacksonville, Florida 32202
        (904) 665-3600
        (904) 665-3699 (fax)
        daniel.blanks@nelsonmullins.com


~#4840-1167-0309 v.1~