

## KORNBLAU & KORNBLAU, P.C.
### ATTORNEYS AT LAW
### 44 COURT STREET
### SUITE 806
### BROOKLYN, NEW YORK 11201

ERIC M. KORNBLAU

TEL: (718) 624-2323
FAX: (718) 624-2763

JULES H. KORNBLAU
(1932-2014)

September 6, 2016

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, Virginia 23219

Attention: William C. Redden
        Clerk, United States Bankruptcy Court

        RE: Our Client: Clementine Tinsley
            In re: Circuit City Stores, inc.
            Case Number: 08-35653-KRH

Dear Sir:

Our office is in receipt of the enclosed address correction request.

Our office is now located at 44 Court Street, Suite 806, Brooklyn, New York 11201.

I would appreciate your noting our address change in the court's records.

Thank you.

                                Very truly yours,

                                ERIC M. KORNBLAU

EMK/cmg
Enclosures

FRI-33808 0422-7 redacttr 08-35653
Daniel F. Blanks
50 N. Laura Street
Suite 2850
Jacksonville, FL 32202



017435  17435 1 AT 0.396  11241  6 9  8114-1-17825

Kornblau & Kornblau
16 Court Street
Suite 1210
Brooklyn, NY 11241-1012

**PLEASE NOTE OUR NEW ADDRESS:**

**KORNBLAU & KORNBLAU, P.C.**
**44 COURT STREET, SUITE 806**
**BROOKLYN, NEW YORK  11201**

# ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time.

**We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedures, to reflect any change.**

If the Change of Address information should not be used, please contact your local Postmaster to correct the Change of Address information that has been filed with the Postal Service.

For faster and more convenient noticing, consider receiving your notices electronically through the free Electronic Bankruptcy Noticing (EBN) Program. For more information, go to ebn.uscourts.gov.