**EXHIBIT B**[1]

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **1** | Capmark Finance, Inc. | 12663 | 10407 10508 10497 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **1** | Capmark Finance, Inc. | 14363 | 10407 10508 10497 | Status hearing on objection to claim number 14363 adjourned to December 14, 2016 at 2:00 p.m. |
| **1** | Capmark Finance, Inc. | 14859 | 10499 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **2** | Pan Am Equities, Inc. | 7999 8794 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **2** | Ronald Benderson Trust 1995 | 14920 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **2** | Ronald Benderson Trust 1995 | 13427 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |

[1] For all matters noted herein that are being adjourned or have been resolved, the respondent does not need to appear at the October 20, 2016 hearing.

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 2 | Ronald Benderson Trust 1995 | 12469 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 3 | Abercorn Common LLP | 13695 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 3 | Capmark Finance, Inc. | 9740 | 10438 10505 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 4 | Capmark Finance, Inc. | 12152 | 10443 | Request for Hearing (Doc. 10444) – Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| 4 | Capmark Finance, Inc. | 12152 | 10506 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| 4 | Cardinal Capital Partners Inc. and 680 S. Lemon Ave. Co. | 13135 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 4 | Centro Properties Group ta Innes Market Salisbury NC | 12581 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 6 | Old Republic Insurance Company | 7368 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **6** | Old Republic Insurance Company | 7369 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **6** | Old Republic Insurance Company | 7370 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **6** | Old Republic Insurance Company | 7372 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **6** | Old Republic Insurance Company | 7373 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **6** | Old Republic Insurance Company | 7374 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **6** | Old Republic Insurance Company | 7375 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **6** | Old Republic Insurance Company | 7377 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **6** | Old Republic Insurance Company | 7378 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 7379 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 7380 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 7381 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 7382 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 7383 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 7384 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 7385 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 13899 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 13901 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 14089 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 14090 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 14091 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 14094 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 14144 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 14214 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 14215 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 14350 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 14368 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 14369 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 14370 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 14371 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 14373 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 6 | Old Republic Insurance Company | 14374 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 8 | Inland Sau Greenville Point LLC – Exhibit C | 14938 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 8 | Riverdale Retail Associates, LC | 13543 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 9 | Capmark Finance, Inc. | 9724 | 10442 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| 9 | CBL Terrace Limited Partnership | 12275 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 9 | Federal Realty Investment Trust ta Quince Orchard Shopping Center, Gaithersburg, MD | 12545 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 9 | Federal Realty Investment Trust ta Quince Orchard Shopping Center, Gaithersburg, MD | 12546 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 9 | TUP 340 Company LLC | 4807 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 14 | 601 Plaza, LLC | 13697 | 10288 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 14 | Bank of America National Association Successor by Merger to LaSalle National Banka a Nationally Chartered Bank as Trustee for Capmark Finance, Inc. | 9916 | 10423 10498 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 14 | Memorial Square 1031 LLC | 10020 | 10381 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 14 | UBS Realty Investors LLC, Agent for Happy Valley Town Center, Phoenix, AZ | 8107 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 14 | Uniwest Management Services Inc., Owner or Agent for Battlefield FE Limited partner ta Fort Evans Plaza II Leesburg, VA | 12548 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 14 | WCC Properties | 13480 | 10492 11365 12085 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 15 | Bank of America, N.A. as trustee for registered holders of GMAC Commercial Mortgage Securities, Inc. | 9721 | 10431 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 15 | Bank of America NA as successor by merger to LaSalle Bank National Association as Trustee for the Registered Holders of GMAC | 9488 | 10431 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **15** | Bank of America NA as successor by merger to LaSalle Bank National Association as Trustee for the Registered Holders of the Morgan Stanley Capital Inc. Commercial Mortgage pass Through Certificates | 9899 | 10436 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| **15** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank as Trustee | 10030 | 10436 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **15** | Bank of America National Association Successor by merger to LaSalle Bank National Association fka LaSalle National Bank | 9050 | 10436 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **15** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank | 9704 | 10431 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **15** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank | 9734 | 10436 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **15** | Bank of America National Association Successor by merger to LaSalle Bank National Association fka LaSalle National Bank | 9707 | 10436 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **15** | Bank of America, N.A. as successor by merger to LaSalle Bank National Association as Trustee for the Reg. Holders of GMAC Commercial Mortgage Securities, Inc. | 9449 | 10436 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| **15** | Bond Circuit I Delaware Business Trust | 13448 | | Landlord claim that will be expunged in tripartite agreement resolving lender Claim no. 9441. This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **15** | Bond Circuit I Delaware | 14935 | | Landlord claim that will be expunged in tripartite agreement resolving lender Claim no. 9441. This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **15** | Bond Circuit IV Delaware Business Trust | 8796 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **15** | Capmark Finance, Inc. | 9704 9721 9488 | 10502 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 15 | Capmark Finance, Inc. | 9449<br>10030<br>9899<br>9050<br>9734<br>9707<br>14363 | 10507 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation.<br>Status hearing on objection to claim number 14363 adjourned to December 14, 2016 at 2:00 p.m. |
| 15 | Daniel G. Kamin Flint, LLC | 11573 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 15 | The Hutensky Group LLC, agent for HRI Lutherville Station LLC ta Lutherville Station, Lutherville, MD | 1897 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 15 | UBS Realty Investors LLC agent for Wayside Commons Investors LLC ta Wayside Commons Burlington, MA | 1898 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 15 | WEC 96D Niles Investment Trust | 9647 | 10353 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| 15 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA | 9441 | 10501 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 15 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee | 9741 | 10501 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 15 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee | 9450 | 10501 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| 15 | Woodmont Sherman LP | 11526 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 15 | Woodmont Sherman LP | 13421 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 17 | Bank of America National Association Successor by Merger to LaSalle Bank National Association (Capmark Finance, Inc.) | 12663 | 10509 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 17 | Bond Circuit I Delaware Business Trust | 13440 | | Landlord claim that will be expunged in tripartite agreement resolving lender Claim no. 9441. This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **17** | Bond Circuit IV Delaware Business Trust | 12765 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **17** | Bond Circuit VI Delaware Business Trust | 13426 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **17** | Bond Circuit VI Delaware Business Trust | 13439 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **17** | CC Investors 1997 11 | 9955 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **17** | Crown CCI, LLC | 7631 13467 | 10338 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **17** | Eastland Plaza LLC | 7885 | 12143 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **17** | Kamin Realty Company | 12096 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **17** | New River Properties LLC | 12418 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 17 | Wilmington Trust Company | 13171 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 18 | Massachusetts-Commissioner of Dept. of Revenue | 12953 | 10247 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| 20 | Acadia Realty Limited Partnership fka Mark Centers Limited partnership | 13802 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 20 | Cencor Realty Services Inc, Agent for SWQ 35 Forum LTD | 12541 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 20 | Cencor Realty Services Inc. Agent for SWQ 35 Forum LTD | 12544 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 20 | Colonial Square Associates | 12468 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 20 | Colonial Square Associates | 13449 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 20 | Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ | 12086 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 20 | Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ | 12085 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **20** | Wells Fargo Bank Northwest NA | 12416 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **20** | Wells Fargo Bank Northwest NA | 13079 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **21** | Bank of America National Association as Successor by Merger to LaSalle Bank National Association fka La Salle National Bank as Trustee for the Registered Holders of GMAC Commercial Mortgage Securities Inc. | 14859 | 10425 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **21** | Capmark Finance, Inc. | 9444 | 10504 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **21** | Capmark Finance Inc.'s Request for Hearing | 9444 | 10377 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **21** | Century Plaza Development Corp. | 11669 11238 | 10390 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **21** | Circuit Sports, LP | 13434 | 10379 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **21** | CW Investors 1997 12 by its Receiver CW Capital Asset Management LLC | 12529 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **21** | International Speedway Square Ltd. | 14142 | 10347 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **21** | Marple XYZ Associates | 14047 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **21** | Montclair Plaza LLC | 4373 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **21** | Wells Fargo Bank NA Successor by Merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee | 9444 | 10369 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **23** | Old Republic Insurance Company | 7368 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **23** | Old Republic Insurance Company | 7369 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 23 | Old Republic Insurance Company | 7370 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 23 | Old Republic Insurance Company | 7372 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 23 | Old Republic Insurance Company | 7373 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 23 | Old Republic Insurance Company | 7374 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 23 | Old Republic Insurance Company | 7375 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 23 | Old Republic Insurance Company | 7377 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 23 | Old Republic Insurance Company | 7378 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 23 | Old Republic Insurance Company | 7379 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 23 | Old Republic Insurance Company | 7380 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 23 | Old Republic Insurance Company | 7381 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 23 | Old Republic Insurance Company | 7382 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 23 | Old Republic Insurance Company | 7383 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 23 | Old Republic Insurance Company | 7384 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 23 | Old Republic Insurance Company | 7385 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 23 | Old Republic Insurance Company | 7386 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 28 | Bond CC IV DBT | 8710 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **28** | Bond Circuit IF Delaware Trust | 15019 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **28** | Capmark Finance, Inc. | 9051 | 11589 11590 11622 12147 12149 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **28** | Capmark Finance, Inc. | 9438 | 11591 11592 11620 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| **28** | Capmark Finance, Inc. | 9452 | 11593 11594 11624 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **28** | Capmark Finance, Inc. | 9454 | 11595 11596 11623 12148 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **28** | Capmark Finance, Inc. | 10034 | 11597 11598 11621 12150 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 28 | MB Fabyan Randall Plaza Batavia, L.L.C. | 10023 | 11629 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 28 | Potomac Run LLC | 11956 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 28 | Uniwest Management Services Inc. Owner or Agent for Battlefield FE Limited Partners, ta Fort Evans Plaza II Leesburg, VA | 12992 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| 28 | WRI Lakeside Marketplace LLC (Exh. D) | 12807 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 28 | WRI Lakeside Marketplace LLC (Exh. E) | 12807 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 31 | Patricia Scott | 8244 | 11907 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| 39 | Berkadia Commercial Mortgage LLC (Bank of America NA as successors by merger to LaSalle Bank NA as Trustee for the Registered Holders of GMAC) | 9449 | 12132 12156 12240 12248 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **39** | BANK OF AMERICA NA AS SUCCESSORS BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED (CAPMARK FINANCE INC) | 9449 | 12132 12156 12240 12248 | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9454 | 12135 12255 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **39 (Actually in 43)** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9721 | 12139 12169 12235 12239 12263 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 10028 | 12140 12151 12257 12261 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9704 | 12159 12250 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9740 | 12160 12251 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 10030 | 12165 12260 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 14859 | 12164 12253 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9724 | 12171 12175 12236 12259 12264 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **39** | BANK OF AMERICA NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION FKA LASALLE NATIONAL ASSOCIATION FKA LASALLE NATIONAL (CAPMARK FINANCE INC) | 9050 | 12252 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9051 | 12172 12269 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9707 | 12173 12238 12258 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **39** | Berkadia Commercial Mortgage LLC (Bank of America National Association by merger to LaSalle National Bank a Nationally Chartered Bank as Trustee for) | 9916 | 12157 12249 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **39** | BANK OF AMERICA NATIONAL ASSOCIATION SUCCESSSOR BY MERGER TO LASALLE BANK NATIOAL ASSOCIATION FKA LASALLE BANK NATIONAL (CAPMARK FINANCE INC) (Berkadia Commercial Mortgage LLC) | 12663 | 12131 12254 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **39 (Actually in 42/43)** | Berkadia Commercial Mortgage LLC (WEC 96 D Appleton 2 Investment Trust) | 12911 | 12170 12234 12235 12239 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| **39** | BOND CIRCUIT I DELAWARE BUSINESS TRUST | 13440 | | Landlord claim that will be expunged in tripartite agreement resolving lender Claim no. 9441. This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **39** | BOND CIRCUIT IV DELAWARE BUSINESS TRUST | 12765 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **39** | BOND CIRCUIT IV DELAWARE TRUST | 15019 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **39** | BOND CIRCUIT VI DELAWARE BUSINESS TRUST | 13426 | | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **39** | CARDINAL CAPITAL PARTNERS INC & 680 S LEMON AVE CO LLC | 12169 | | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **39** | CC INVESTORS 1997 11 | 9955 | | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **39** | Century Plaza Development Corporation | 11238 11669 | 12078 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **40** | COLONIAL SQUARE ASSOCIATES | 12468 | | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **40** | Crown CCI, LLC (Filed on behalf of WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership) | 12356 | 12086 12460 12507 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **40** | CW INVESTORS 1997 12 BY ITS RECEIVER CW CAPITAL ASSET MANAGEMENT LLC AS SPECIAL SERVICER FOR BANK OF AMERICA NA TRUSTEE FOR NOMURA ASSET SECURITIES CORPORATION | 12631 | | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **40** | DANIEL G KAMIN FLINT LLC | 11573 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **40** | FEDERAL REALTY INVESTMENT TRUST TA QUINCE ORCHARD SHOPPING CENTER GAITHERSBURG MD | 12545 | | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **40** | FEDERAL REALTY INVESTMENT TRUST TA TROY HILLS SHOPPING CENTER PARSIPPANY NJ | 12085 | | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| **40** | Inland American Chesapeake Crossroads LLC | 12720 | 12102 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **40** | Inland American Oklahoma City Penn LLC | 12092 | 12102 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 40 | Inland Western Austin Southpark Meadows II Limited Partnership | 12830 | 12102 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 40 | Memorial Square 1031, L.L.C. | 12079 | 12102 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 41 | MANUFACTURERS & TRADERS TRUST COMPANY AS TRUSTEE | 8561 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 41 | MB Fabyan Randall Plaza Batavia, L.L.C. | 10023 | 12097 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 41 | MB Keene Monadnock, L.L.C. | 12744 | 12097 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 41 | MIDLAND LOAN SERVICES INC | 12311 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 41 | MORRIS BETHLEHEM ASSOCIATES LP TA SOUTHMONT CENTER BETHLEHEM PA | 12090 | | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 41 | New River Properties, LLC | 12418 | 12066 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 41 | Pan Am Equities Inc. | 7999 | 12077 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 41 | RONALD BENDERSON TRUST 1995 | 12469 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 41 | RREEF AMERICA REIT II CORP CROSSROADS | 14104 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 41 (Actually in 42) | The Shoppes of Beavercreek Ltd. | 12770 | 12091 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 42 | American National Insurance Company (Southwinds Ltd.) | 5559 | 12124 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 42 | BENDERSON PROPERTIES INC AND DONALD E ROBINSON | 12465 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **42** | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 0 | 12133 12243 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| **42** | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 9452 | 12134 12244 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **42** | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 9441 | 12136 12245 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **42** | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 9444 | 12138 12246 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **42** | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 9741 | 12146 12247 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 42 | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 9438 | 12161 12241 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| 42 | Berkadia Commercial Mortgage LLC (Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee) | 10034 | 12162 12242 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 42 | Berkadia Commercial Mortgage LLC (WEC 96 D Appleton 2 Investment Trust) | 12911 | 12170 12234 12235 12239 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| 42 | THE HUTENSKY GROUP LLC AGENT FOR HRI LUTHERVILLE STATION LLC TA LUTHERVILLE STATION LUTHERVILLE MD | 1897 | | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 42 | THE RANDALL BENDERSON 1993 1 TRUST AND WR 1 ASSOCIATES LTD | 12472 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 42 | The Shoppes of Beavercreek Ltd. | 12770 | 12091 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 42 | TUTWILER PROPERTIES LTD | 12159 | | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 42 | UBS REALTY INVESTORS LLC AGENT FOR HAPPY VALLEY TOWN CENTER PHOENIX AZ | 8107 | | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 42 | UBS REALTY INVESTORS LLC AGENT FOR WAYSIDE COMMONS INVESTORS LLC TA WAYSIDE COMMONS BURLINGTON MA | 1898 | | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 42 | UNIWEST MANAGEMENT SERVICES INC OWNER OR AGENT FOR BATTLEFIELD FE LIMITED PARTNERS T A FORT EVANS PLAZA II LEESBURG | 12992 | | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 42 | WCC Properties LLC | 13480 15261 | 12107 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 42 | WEC 96 D APPLETON 2 INVESTMENT TRUST | 12911 | 12176 12234 12235 12239 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| 42 | WEC 96D Niles Investment Trust | 9647 | 12089 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 42 | WEC 96D SPRINGFIELD 1 INVESTMENT TRUST | 12572 | 12174 12236 12264 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m.(WEC 96D Springfield 1 Investment does not intend to pursue claim number 12572 and requested that the Claimholder handle objection – response 12264) |
| 42 | WEC 99A 3 LLC C O MIDLAND LOAN SERVICES INC A DELAWARE CORPORATION | 12851 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 42 | WELLS FARGO BANK NORTHWEST NA | 13079 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 42 | WILLIAM A BROSCIOUS ESQ | 12096 | | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 42 | WOODMONT SHERMAN LP | 11526 | | The status hearing on this objection is adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 43 | Berkadia Commercial Mortgage LLC (Bank of America NA as successors by merger to LaSalle Bank NA as Trustee for the Registered Holders of GMAC) | 9449 | 12132 12156 12240 12248 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **43** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9707 | 12158 12238 12258 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **43** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9721 | 12139 12169 12235 12239 12263 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **43** | Berkadia Commercial Mortgage LLC (Bank of America NA successor by merger to LaSalle Bank NA fka LaSalle National Bank) | 9734 | 12137 12168 12237 12256 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **43** | Berkadia Commercial Mortgage LLC (WEC 96D Springfield 1 Investment Trust) | 12572 | 12174 12236 12264 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. (WEC 96D Springfield 1 Investment does not intend to pursue claim number 12572 and requested that the Claimholder handle objection – response 12264) |
| **43** | Berkadia Commercial Mortgage LLC (WEC 96 D Appleton 2 Investment Trust) | 12911 | 12170 12176 12234 12235 12239 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **43** | CMAT 1999 C1 GRAND RIVER AVENUE LLC | 5002 | 12461 12487 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **43** | WCC Properties, LLC | 15261 | 12092 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| **64** | Bank of America NA as successor by merger to LaSalle Bank National Association as Trustee for the Registered Holders of GMAC (BERKADIA COMMERCIAL MORTGAGE LLC) | 9488 | 12777 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **64** | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9721 | 12780 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **64** | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9724 | 12781 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **64** | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9734 | 12782 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **64** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9704 | 12778 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **64** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9707 | 12779 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **64** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9740 | 12783 | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **64** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9050 | 12773 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **64** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 10030 | 12787 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **64** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9916 | 12786 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| **64** | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank (BERKADIA COMMERCIAL MORTGAGE LLC) | 9899 | 12785 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 64 | Bond Circuit IV Delaware Business Trust | 8796 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 64 | Bond Circuit IV Delaware Trust | 15019 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 64 | Daniel G. Kamin Flint LLC | 11573 | | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 64 | Park National Bank | 11752 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 64 | WCC Properties LLC | 13480 | | This matter has been resolved pursuant to procedures previously approved by this Court and may be removed from the Court's docket. |
| 64 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee (BERKADIA COMMERCIAL MORTGAGE LLC) | 9441 | 12774 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 64 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee (BERKADIA COMMERCIAL MORTGAGE LLC) | 9444 | 12775 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 64 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee (BERKADIA COMMERCIAL MORTGAGE LLC) | 9450 | 12776 | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. |
| 64 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee (BERKADIA COMMERCIAL MORTGAGE LLC) | 9741 | 12784 | This matter has been resolved pursuant to procedures previously approved by this Court, but the parties request that the matter be continued for documentation and consummation. |
| 64 | Wells Fargo Bank Northwest NA | 12013 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |
| 64 | Wells Fargo Bank Northwest NA | 13079 | | Status hearing on objection adjourned to December 14, 2016 at 2:00 p.m. with opposition due December 7, 2016. |