**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| *In re:* | ) ) | Chapter 11 |
|  | ) | (Joint Administration) |
| CIRCUIT CITY STORES, INC., *et al.* | ) ) |  |
| *Debtors.* | ) | Case No: 08-35653-KRH |
|  | ) ) |  |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR SOUTH CAROLINA ELECTRIC & GAS COMPANY

PLEASE TAKE NOTICE that Neil E. McCullagh, Esquire and Spotts Fain PC (together, "Counsel"), as counsel for South Carolina Electric & Gas Company ("SCE&G"), in the above-referenced Chapter 11 case, hereby withdraw as counsel pursuant to Local Rule 2090-1(G) for the following reasons:

1. Counsel was retained to serve as local counsel to SCE&G to assist with resolving a claim for prepetition utility services (the "Claim") in the above-referenced Chapter 11 case. SCE&G's lead counsel is Reid E. Dyer, Esquire of Moore & Van Allen PLC ("Lead Counsel").

2. The Claim has since been resolved. In this regard, the Circuit City Stores, Inc. Liquidating Trust has filed a *Notice of Withdrawal of Liquidating Trust's Thirty-First Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) Solely With Respect To the Claim of South Carolina Electric and Gas (Claim No. 8619)* [Docket No. 13750].

3. Counsel confirmed with Lead Counsel that Counsel's representation can be terminated due to the resolution of the Objection to the Claim.

---

Robert H. Chappell III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100

4. Upon information and belief, there are no matters pending in the above-referenced Chapter 11 case in which SCE&G requires representation of local counsel. If SCE&G requires representation outside of this Court, then Lead Counsel stands ready to provide it.

5. As indicated on the Certificate of Service, the undersigned counsel has served a copy of this Notice on SCE&G, through Lead Counsel. Accordingly, Neil E. McCullagh, Esquire and Spotts Fain PC hereby give notice of full withdrawal of Neil E. McCullagh, Esquire and Spotts Fain PC from representation of SCE&G.

                        SPOTTS FAIN PC

                        By: /s/ Neil E. McCullagh
                             Counsel

Robert H. Chappell III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2016, a true and accurate copy of the foregoing Notice was served by first-class mail, postage prepaid, and/or by electronic means through the Court's ECF system on the following, constituting all necessary parties:

| | |
|---|---|
| Andrew W. Caine, Esquire<br>Victoria Newmark, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, CA 90067 | Lynn L. Tavenner, Esquire<br>Paula S. Beran, Esquire<br>Tavenner & Beran, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, VA 23219 |
| Robert B. Van Arsdale<br>Assistant United States Trustee<br>Office of the U.S. Trustee<br>701 E. Broad St., Suite 4304<br>Richmond, VA 23219 | South Carolina Electric & Gas Company<br>c/o Reid E. Dyer, Esquire<br>Moore & Van Allen PLLC<br>78 Wentworth Street<br>Charleston, SC 29401 |

      /s/ Neil E. McCullagh