| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| Beth Levine, Esq. | David N. Tabakin, Esq. (VA Bar No. 82709) |
| PACHULSKI STANG ZIEHL & JONES LLP | TAVENNER & BERAN, PLC |
| 10100 Santa Monica Boulevard | 20 North Eighth Street, 2nd Floor |
| Los Angeles, California 90067-4100 | Richmond, Virginia 23219 |
| Telephone: (310) 277-6910 | Telephone: (804) 783-8300 |
| Telecopy:  (310) 201-0760 | Telecopy:  (804) 783-0178 |

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING**
(Liquidating Trust's Ninth and Forty-Third Omnibus
Objections to Claim Numbers 9724 and 12572)
(Claimants – Bank of America/Capmark and
WEC 96 D Springfield 1 Investment Trust)

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. *et al.* (collectively, the "Debtors") **will seek to have the Court (a) allow Claim No. 9724 as a general unsecured claim in the amount of $892,546.07 (the "GUC Claim"), which amount was reconciled with Capmark; (b) expunge Claim No. 12572 as duplicative; and (c) determine whether Capmark or WEC 96-D Springfield Claim is the proper holder of the GUC Claim. Each claim is further identified in the** *Liquidating Trustee's Ninth and Forty-Third Omnibus*

1

*Objection to Claims* (the "Claim Objection") [Docket Nos. 10047 and 11854].  **The relief sought as identified herein is based upon information received from you in response to the Claim Objection and/or the Debtors' books and records.**

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **December 14, 2016 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) and the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence, if necessary, on December 14, 2016 at 2:00 p.m., seeking to have the Court (a) allow Claim No. 9724 as a general unsecured claim in the amount of $892,546.07 (the "GUC Claim"), which amount was reconciled with Capmark; (b) expunge Claim No. 12572 as duplicative; and (c) determine whether Capmark or WEC 96-D Springfield is the proper holder of the GUC Claim.**

PLEASE TAKE FURTHER NOTICE THAT if you do not want the Court to grant the relief described herein, **you must (1) on or before December 9, 2016, file a (A) notice of your intent to attend the hearing and (B) summary of the position you will advocate at the hearing with the Court at:**

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219

**and (2) attend the hearing on December 14, 2016 at 2:00 p.m.**

PLEASE GOVERN YOURSELVES ACCORDINGLY.

2

Dated:  November 23, 2016

*/s/ Paula S. Beran*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
            pberan@tb-lawfirm.com
-and-

Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
Andrew W. Caine, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
            acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on November 23, 2016 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Robert Edwards, Esquire
Polsinelli PC
900 W. 48th Place
Suite 900
Kansas City, MO  64112

WEC 96-D
Springfield Investment Trust
50 West Liberty Street
Suite 1080
Reno, NV  89501

Bank of America National Association as
successor by merger to LaSalle Bank National
Association fka LaSalle National Bank
Attn: Peyton Inge
c o Capmark Finance Inc
700 N Pearl St Ste 2200
Dallas, TX 75201

WEC 96D Springfield 1 Investment Trust
Loeb & Loeb LLP
345 Park Ave
New York, NY 10154
Attn Jason Blumberg Esq

                                                 */s/ Paula S. Beran*
                                                 Paula S. Beran (VA Bar No. 34679)