Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
Beth Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING
(Liquidating Trust's Fifteenth, Thirty-Ninth and
Sixty-Fourth Omnibus Objections to Claim Numbers 9441 and 13440)
(Claimant – Wells Fargo and Bond Circuit I Delaware
Business Trust (Benderson) ("Bond"))**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. *et al.* (collectively, the "Debtors") **will seek to have the Court (a) allow Claim No. 9441 as a general unsecured claim in the amount of $1,531,344.41 (the "GUC Claim") as reconciled with Capmark; (b) expunge Claim 13440 as duplicative; and (c) determine whether Wells Fargo or Bond is the proper holder of GUC Claim in connection with this property. The claims are further identified in the *Liquidating Trustee's, Fifteenth, Thirty-Ninth, and Sixty-Fourth Omnibus***

1

*Objection to Claims* (the "Claim Objection").  **The relief sought is based upon information received from you in response to the Claim Objection and/or the Debtors' books and records.**

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **December 14, 2016 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) and the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence, if necessary, on December 14, 2016 at 2:00 p.m., seeking to have the Court (a) allow Claim No. 9441 as a general unsecured claim in the amount of $1,531,344.41 as reconciled with Capmark; (b) expunge Claim 13440 as duplicative; and (c) determine whether Wells Fargo or Bond is the proper holder of GUC claim in connection with this property.**

PLEASE TAKE FURTHER NOTICE THAT if you do not want the Court to grant the relief described herein, **you must (1) on or before December 9, 2016, file a (A) notice of your intent to attend the hearing and (B) summary of the position you will advocate at the hearing with the Court at:**

2

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219

**and (2) attend the hearing on <u>December 14, 2016 at 2:00 p.m.</u>**

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:  November 23, 2016

*/s/ Paula S. Beran*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
          pberan@tb-lawfirm.com
-and-

Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
Andrew W. Caine, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
          acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on November 23, 2016 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Robert Edwards, Esquire
Polsinelli PC
900 W. 48th Place
Suite 900
Kansas City, MO  64112

Robert LeHane, Esquire
Dana P. Kane, Esquire
Kelley Drye and Warren LLP
101 Park Avenue
New York, NY  10178

Wells Fargo Bank NA successor by
merger to Wells Fargo Bank Minnesota
NA fka Norwest Bank Minnesota NA as
c o Capmark Finance Inc
700 N Pearl St Ste 2200
Dallas, TX 75201

Bond Circuit I Delaware Business Trust
Robert L LeHane
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178
Attn James S Carr Esq

                                                  */s/ Paula S. Beran*
                                                  Paula S. Beran (VA Bar No. 34679)