Jeffrey N. Pomerantz, Esq.  
Andrew W. Caine, Esq.  
Beth Levine, Esq.  
PACHULSKI STANG ZIEHL & JONES LLP  
10100 Santa Monica Boulevard  
Los Angeles, California 90067-4100  
Telephone: (310) 277-6910  
Telecopy:  (310) 201-0760  

Lynn L. Tavenner, Esq. (VA Bar No. 30083)  
Paula S. Beran, Esq. (VA Bar No. 34679)  
David N. Tabakin, Esq. (VA Bar No. 82709)  
TAVENNER & BERAN, PLC  
20 North Eighth Street, 2nd Floor  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopy:  (804) 783-0178  

*Counsel for the Circuit City Stores, Inc.*  
*Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**  
**FOR THE EASTERN DISTRICT OF VIRGINIA**  
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING**
(Liquidating Trust's Fifteenth, Forty-Third, and Sixty-Fourth Omnibus
Objections to Claim Numbers 8796, 12765 and 15019)
(Claimant – Bond CC IV DBT)

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. *et al.* (collectively, the "Debtors") **will seek to have the Court (a) expunge Claim No. 8796 as superseded by Claim Nos. 12765 and 15019; (b) expunge Claim No. 12765 as superseded by Claim No. 15019; (c) reduce and allow as a general unsecured claim in the amount of $1,609,285.31 (the "GUC Claim"), which amount was reconciled with Capmark/Wells Fargo; and (d) provide for payment of the GUC Claim to Capmark/Wells Fargo.** The claims are identified in the *Liquidating Trustee's Fifteenth, Forty-Third, and Sixty-Fourth Omnibus Objection to Claims*

1

**(the "Claim Objection") [Docket Nos. 10053, 11854, and 12446]. The relief sought is based on information received from you in response to the Claim Objection and/or the Debtors' books and records.**

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **December 14, 2016 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) and the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence, if necessary, on December 14, 2016 at 2:00 p.m.**, seeking to have the Court (a) expunge Claim No. 8796 as superseded by Claim Nos. 12765 and 15019; (b) expunge Claim No. 12765 as superseded by Claim No. 15019; (c) reduce and allow as a general unsecured claim in the amount of $1,609,285.31, which amount was reconciled with Capmark/Wells Fargo; and (d) provide for payment of the GUC Claim to Capmark/Wells Fargo.

PLEASE TAKE FURTHER NOTICE THAT if you do not want the Court to grant the relief described herein, **you must (1) on or before December 9, 2016, file a (A) notice of your intent to attend the hearing and (B) summary of the position you will advocate at the hearing with the Court at:**

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219

**and (2) attend the hearing on December 14, 2016 at 2:00 p.m.**

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:  November 23, 2016

*/s/ Paula S. Beran*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
            pberan@tb-lawfirm.com
-and-

Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
Andrew W. Caine, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
            acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on November 23, 2016 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Mark B. Conlan, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ  07102

Robert Edwards, Esquire
Polsinelli PC
900 W. 48th Place
Suite 900
Kansas City, MO  64112

Bond Circuit IV Delaware Business Trust
Mark B Conlan Esq
Gibbons PC
One Gateway Ctr
Newark, NJ 07102-5310

Bond Circuit IV Delaware Trust
Gibbons PC
One Gateway Ctr
Newark, NJ 07102-5310
Mark B Conlan Esq

                                          */s/ Paula S. Beran*
                                           Paula S. Beran (VA Bar No. 34679)