# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Ricky Ng, being duly sworn according to law, depose and say that I am employed by Process General LLC, the Court appointed noticing agent for the Circuit City Stores, Inc. Liquidating Trust in the above-captioned cases.

On November 23, 2016, copies of the following documents were served via electronic mail upon the parties set forth on the service list attached hereto as **Exhibit A** and via first class mail upon the parties set forth on the service list attached hereto as **Exhibit B**:

1. Motion of the Circuit City Stores, Inc. Liquidating Trust to Enforce Terms of Confirmed Plan to Facilitate Resolution of Trust's Rights in Letter of Credit Proceeds [**Docket No. 13953**]

2. Notice of Motion and Hearing Thereon [**Docket No. 13954**]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The current address for these entities is 200 Westgate Parkway, Suite 100, Richmond, VA 23233.

Dated: November 23, 2016

_____
Ricky Ng

State of Nevada
County of Clark

Signed and sworn (or affirmed) before me on this 23rd day of November 2016, by Ricky Ng, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Marisa Clark_____

MARISA CLARK
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 15-2047-1
My Appt. Expires May 26, 2019

# EXHIBIT A

| Name | Notice Name | Email |
|---|---|---|
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| Akerman Senterfitt | William C Crenshaw | bill.crenshaw@akerman.com |
| Akerman Senterfitt LLP | Mona M Murphy Esq | mona.murphy@akerman.com |
| Akin Gump Strauss Hauer & Feld LLP | Catherine E Creely | ccreely@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Charles R Gibbs | cgibbs@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Sarah Link Schultz | sschultz@akingump.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Andrew S Conway Esq | | Aconway@taubman.com |
| Arent Fox LLP | Katie A Lane | lane.katie@arentfox.com |
| Arent Fox LLP | Jackson D Toof | toof.jackson@arentfox.com |
| Arnall Golden Gregory LLP | Darryl S Laddin | dladdin@agg.com |
| Arnall Golden Gregory LLP | Frank N White | frank.white@agg.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| Asmar Schor & McKenna PLLC | Michael C Crowley Esq | mcrowley@asm-law.com |
| Attorney for the Montgomery County Trustee | Austin Peay VII | bankruptcy@batsonnolan.com |
| Attorney General of Indiana | LeGrand L Clark | legrand.clark@atg.in.gov |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |
| Baker & Hostetler LLP | Christopher J Giaimo Esq | cgiaimo@bakerlaw.com |
| Baker & Hostetler LLP | Dena S Kessler | dkessler@bakerlaw.com |
| Baker & Hostetler LLP | Donald A Workman Esq | dworkman@bakerlaw.com |
| Baker & McKenzie LLP | Junghye June Yeum Esq | June.Yeum@bakermckenzie.com |
| BAKER HOSTETLER LLP | Ashley M. McDow | amcdow@bakerlaw.com |
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq | cgp@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | Charles W Chotvacs Esq | chotvacsc@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | Jeffrey Meyers Esq | meyers@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq | pollack@ballardspahr.com |
| Ballard Spahr LLP | Jenelle M Dennis | dennisj@ballardspahr.com |
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| Bean Kinney & Korman PC | Martin J Yeager | myeager@beankinney.com |
| Bean Kinney & Korman PC | Thomas W Repczynski | trepczynski@offitkurman.com |
| Becket & Lee LLP | Gilbert B Weisman | notices@becket-lee.com |
| Beirne Maynard & Parsons L.L.P. | | bankruptcyemail@bmpllp.com |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore | jmoore@bmpllp.com |
| Beirne Maynard & Parsons L.L.P. | Sarah Davis | sdavis@bmpllp.com |
| Belin Lamson McCormick Zumbach Flynn | Thomas L Flynn | tlflynn@belinlaw.com |
| Bernstein Law Firm PC | Kirk B Burkley | kburkley@bernsteinlaw.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Bialson Bergen & Schwab | Gay Nell Heck Esq | Gaye@bbslaw.com |
| Bialson Bergen & Schwab | Lawrence M Schwab Esq | lschwab@bbslaw.com |
| Binder & Malter LLP | Julie H Rome Banks Esq | julie@bindermalter.com |
| Binder & Malter LLP | Michael W Malter Esq | michael@bindermalter.com |
| Blank Rome LLP | Regina Stango Kelbon Esq | Kelbon@blankrome.com |
| Blank Rome LLP | John Lucian Esq | Lucian@blankrome.com |
| Blankingship & Keith PC | Jeremy B Root Esq | jroot@bklawva.com |
| Blankingship & Keith PC | William H Casterline Jr Esq | wcasterlinejr@bklawva.com |
| Borges & Associates LLC | Wanda Borges Esq | ecfcases@borgeslawllc.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| Bradley Arant Boult Cummings LLP | Thomas R Lynch | tlynch@babc.com |
| Brian T Hanlon | | bhanlon@pbcgov.org |
| Bricker & Eckler LLP | Andria M Beckham | abeckham@bricker.com |
| Bricker & Eckler LLP | Kenneth C Johnson | kjohnson@bricker.com |
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel.com |
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |
| Brooks Wilkins Sharkey & Turco PLC | Paula A Hall | hall@bwst-law.com |
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Bryan Cave LLP | PJ Meitl | pj.meitl@bryancave.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | cchiang@buchalter.com |
| Buchalter Nemer A Professional Corporation | Shawn M Christianson Esq | schristianson@buchalter.com |
| Buckner Alani & Mirkovich | Catherine J Weinberg | cweinberg@bamlaw.net |
| Buckner Alani & Mirkovich | William D Buckner | wbuckner@bamlaw.net |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |

| Name | Notice Name | Email |
|---|---|---|
| Cantor Arkema PC | David K Spiro Esq | dspiro@cantorarkema.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| Christian & Barton LLP | Augustus C Epps | aepps@cblaw.com |
| Christian & Barton LLP | Jennifer M McLemore | jmclemore@cblaw.com |
| Christian & Barton LLP | Michael D Mueller | mmueller@cblaw.com |
| Christian & Barton LLP | Noelle M James Esq | njames@cblaw.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq | aciardi@ciardilaw.com |
| City & County of Denver | David V Cooke | david.cooke@denvergov.org |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| City of Newport News VA City Attorney | Joseph M Durant | jdurant@nngov.com |
| Clark Hill PLC | David M Blau Esq | dblau@clarkhill.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| Connolly Bove Lodge & Hutz LLP | Christina M Thompson Esq | cthompson@cblh.com |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq | kbifferato@cblh.com |
| Contrarian Capital Management LLC | Kimberly Gianis | kgianis@contrariancapital.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Darmouth Marketplace Associates | c/o Kevin J Funk | kfunk@durrettecrump.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Diamond McCarthy LLP | Jason B Porter | jporter@diamondmccarthy.com |
| DLA Piper LLP | Ann Marie Bredin Esq | ann.bredin@dlapiper.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| DLA Piper LLP | Forrest Lammiman | forrest.lammiman@dlapiper.com |
| DLA Piper LLP | Mark J Friedman | mark.friedman@dlapiper.com |
| DLA Piper LLP | Timothy W Brink Esq | timothy.brink@dlapiper.com |
| Donchess Notinger & Tamposi |  | nontrustee@dntpc.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | Peter@dntpc.com |
| Douglas A Scott PLC | Douglas Scott | BankruptcyCounsel@gmail.com |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq | DiMassa@duanemorris.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |
| Duane Morris LLP | Lauren Lonergan Taylor Esq | LLTaylor@duanemorris.com |
| Duane Morris LLP | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| Durrette Bradshaw PLC | Elizabeth L Gunn Esq | egunn@durrettebradshaw.com |
| Durrette Bradshaw PLC | John C Smith Esq | jsmith@durrettebradshaw.com |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq | rterry@durrettebradshaw.com |
| Elliott Greenleaf | Neil R Lapinski | nrl@elliottgreenleaf.com |
| Elliott Greenleaf | Rafael X Zahralddin Aravena | rxza@elliottgreenleaf.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| Envision Peripherals Inc | Gay Richey, Sr Credit Manager | gay@epius.com |
| Ervin Cohen & Jessup LLP | Byron Z Moldo | bmoldo@ecjlaw.com |
| Ervin Cohen & Jessup LLP | Kenneth Miller Esq | kmiller@ecjlaw.com |
| Ervin Cohen & Jessup LLP | Michael S Kogan | mkogan@ecjlaw.com |
| Ewing Anderson PS | David E Eash | deash@ewinganderson.com |
| Farella Braun & Martel LLP | Gary Kaplan | gkaplan@fbm.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |
| Fox Hefter Swibel Levin & Carroll LLP | Margaret M Anderson | panderson@fhslc.com |
| Frank Gecker LLP | Joseph D Frank | jfrank@fgllp.com |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Freeborn & Peters LLP | Aaron L Hammer Esq | ahammer@freebornpeters.com |
| Friedlander Misler PLLC | Robert E Greenberg Esq | rgreenberg@dclawfirm.com |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com |

| Name | Notice Name | Email |
|---|---|---|
| FTI CONSULTING, INC. | MR. STEPHEN COULOMBE | steve.coulombe@fticonsulting.com |
| Fulbright & Jaworski LLP | Travis Torrence | ttorrence@fulbright.com |
| Fullerton & Knowles PC | Paul Schrader Esq | pschrader@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | bankruptcy@ntexas-attorneys.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |
| Glass & Reynolds | Ronald G Dunn Esq | rdunn.fvchg1@gdwo.net |
| Goulston & Storrs PC | Christine D Lynch Esq | clynch@goulstonstorrs.com |
| Goulston & Storrs PC | Peter D Bilowz Esq | pbilowz@goulstonstorrs.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq | AnsellD@GTLaw.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| Greenberg Traurig LLP | John T Farnum Esq | farnumj@gtlaw.com |
| Greenberg Traurig LLP | Heath B Kushnick Esq | kushnickh@gtlaw.com |
| Greenberg Traurig LLP | Annapoorni R Sankaran Esq | sankarana@gtlaw.com |
| Greer Herz & Adams LLP | Tara B Annweiler | tannweiler@greerherz.com |
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Hanson Bridgett LLP | Emily M Charley | echarley@hansonbridgett.com |
| Hanson Bridgett LLP | Jonathan S Storper | jstorper@hansonbridgett.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | lmaxwell@hatchlaw.com |
| Haynes and Boone LLP | Jason Binford | jason.binford@haynesboone.com |
| Haynes and Boone LLP | John Middleton | john.middleton@haynesboone.com |
| Haynes and Boone LLP | Mark Mullin | mark.mullin@haynesboone.com |
| Haynes and Boone LLP | Robert D Albergotti | robert.albergotti@haynesboone.com |
| Hemar Rousso & Heald LLP | Wayne R Terry | wterry@hemar-rousso.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| Hirschler Fleischer PC | David K Spiro Esq | dspiro@hf-law.com |
| Hirschler Fleischer PC | Franklin R Cragle III Esq | fcragle@hf-law.com |
| Hirschler Fleischer PC | Michael P Falzone Esq | mfalzone@hf-law.com |
| Hirschler Fleischer PC | Robert S Westermann | rwestermann@hf-law.com |
| Hirschler Fleischer PC | Sheila deLa Cruz Esq | sdelacruz@hf-law.com |
| Hofheimer Gartlir & Gross LLP | Nicholas B Malito Esq | nmalito@hgg.com |
| Hofheimer Gartlir & Gross LLP | Rachel N Greenberger Esq | rgreenberger@hgg.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq | skipnis@hgg.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |
| Holme Roberts & Owen LLP | Sharon Z Weiss | sharon.weiss@hro.com |
| Hong Kong Export Credit Insurance Corporation | Ada So | ada.so@hkecic.com |
| Hong Kong Export Credit Insurance Corporation | | tonysck@hkecic.com |
| Honigman Miller Schwartz and Cohn LLP | Adam K Keith Esq | akeith@honigman.com |
| Honigman Miller Schwartz and Cohn LLP | Joseph R Sgroi Esq | jsgroi@honigman.com |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq | sdrucker@honigman.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Hunton & Williams LLP | Henry Toby P Long III | hlong@hunton.com |
| Hunton & Williams LLP | Jason W Harbour | jharbour@hunton.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |
| Hunton & Williams LLP | Thomas N Jamerson | tjamerson@hunton.com |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | john.cruciani@huschblackwell.com |
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Internal Revenue Service | Attn Linda Lorello | Linda.Lorello@irs.gov |
| J Scott Douglass | | jsdlaw@msn.com |
| Jackson & Campbell PC | David H Cox Esq | dcox@jackscamp.com |
| Jackson & Campbell PC | John J Matteo Esq | jmatteo@jackscamp.com |
| Jackson & Campbell PC | Jeffrey M Sherman | jsherman@jackscamp.com |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | kybankruptcy@jacksonkelly.com |

| Name | Notice Name | Email |
|---|---|---|
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Jay T Blount | | jay.blount@dcsg.com |
| Jeffer Mangels Butler & Marmaro LLP | Caroline R Djang | crd@jmbm.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | dpoitras@jmbm.com |
| John Marshall Collins PC | John Marshall Collins Esq | johnolaw@gmail.com |
| Jones Day | Brett J Berlin | bjberlin@jonesday.com |
| Jones Day | Jeffrey B Ellman | jbellman@jonesday.com |
| Jones Day | Nicholas C Kamphaus Esq | nckamphaus@jonesday.com |
| Jones Day | Pedro A Jimenez Esq | pjimenez@jonesday.com |
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| K&L Gates LLP | | bankruptcyecf@klgates.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| K&L Gates LLP | Marc Barreca | marc.barreca@klgates.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben | brian.huben@kattenlaw.com |
| Katten Muchin Rosenman LLP | c o Dustin P Branch | dustin.branch@kattenlaw.com |
| Katten Muchin Rosenman LLP | c o Thomas J Leanse | thomas.leanse@kattenlaw.com |
| Kaufman & Canoles | Ann K Crenshaw Esq | akcrenshaw@kaufcan.com |
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| Kelley Drye & Warren LLP | James S Carr Esq | KDWBankruptcyDepartment@kelleydrye.com |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Kilpatrick Stockton LLP | Mark D Taylor Esq | mdtaylor@kilpatrickstockton.com |
| Kilpatrick Stockton LLP | Shane G Ramsey | sramsey@kilpatrickstockton.com |
| King & Spalding LLP | John F Isbell | jisbell@kslaw.com |
| King & Spalding LLP | James A Pardo Jr | jpardo@kslaw.com |
| King & Spalding LLP | Thaddeus D Wilson | thadwilson@kslaw.com |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| Klee Tuchin Bogdanoff & Stern LLP | David M Stern Esq | dstern@ktbslaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | mtuchin@ktbslaw.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| Krumbein Consumer Legal Services, Inc | Jason M Krumbein Esq | jkrumbein@krumbeinlaw.com |
| Kupelian Ormond & Magy PC | David M Blau Esq | dmb@kompc.com |
| Kutak Rock LLP | Jeremy S Williams Esq | jeremy.williams@kutakrock.com |
| Kutak Rock LLP | Kimberly A Pierro | kimberly.pierro@kutakrock.com |
| Kutak Rock LLP | Loc Pfeiffer Esq | loc.pfeiffer@kutakrock.com |
| Kutak Rock LLP | Michael A Condyles Esq | michael.condyles@kutakrock.com |
| Kutak Rock LLP | Peter J Barrett Esq | peter.barrett@kutakrock.com |
| Landau Gottfried & Berger LLP | Peter J Gurfein | pgurfein@lgbfirm.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Langley Weinstein LLP | Keith A Langley | klangley@lwllp.com |
| Langley Weinstein LLP | Rudy A Dominguez | rdominguez@lwllp.com |
| Latham & Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | kenroseman@hotmail.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |
| Law Offices of Taylor, Leong & Chee | Kimo C Leong | kcleong@hawaii.rr.com |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@larypc.com |
| Leach Travell Britt PC | D Marc Sarata Esq | msarata@ltblaw.com |
| Leach Travell Britt PC | Stephen E Leach Esq | sleach@ltblaw.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| LeClairyan a Professional Corporation | Michael E Hastings Esq | michael.hastings@leclairryan.com |
| Lehnardt & Lehnhardt LLC | Stephen K Lehnardt | skleh@lehnardt-law.com |
| Leitess Leitess Friedberg & Fedder PC | Gordon S Young Esq | gordon.young@llff.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq | jeremy.friedberg@llff.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |

| Name | Notice Name | Email |
|---|---|---|
| Lieber & Lieber LLP | Barbie D Lieber | barbie@lieberlegal.com |
| Linda J Brame | | lbrame@winterslaw.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Lionel J Postic PC | | aarusso@mindspring.com |
| Lionel J Postic PC | Lionel J Postic Esq | lpostic@mindspring.com |
| Loudoun County Attorney | Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| Luce Forward | Jess R Bressi Esq | jbressi@luce.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| Madison County Alabama Tax Collector | | swells@co.madison.al.us |
| Madison County Alabama Tax Collector | Lynda Hall | taxcol@co.madison.al.us |
| Mageee Goldstein Lasky & Sayers PC | Garren R Laymon Esq | glaymon@mglspc.com |
| Magruder Cook Carmody & Koutsouftikis | Leon Koutsouftikis Esq | lkouts@magruderpc.com |
| McCarter & English LLP | Angela Sheffler Abreu | aabreu@mccarter.com |
| McCarter & English LLP | Clement J Farley | cfarley@mccarter.com |
| McCarter & English LLP | Michael J Reynolds Esq | mreynolds@mccarter.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| McDonough Holland & Allen PC | Andre K Campbell Esq | acampbell@mhalaw.com |
| McDonough Holland & Allen PC | Mary E Olden Esq | molden@mhalaw.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | J David Folds | dfolds@mckennalong.com |
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| Merced County Tax Collector | Monica Vasquez Tax Collector Clerk II | Mvasquez@co.merced.ca.us |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| Miami Dade County Paralegal Unity | Alberto Burnstein | alberto@miamidade.gov |
| Miami Dade County Paralegal Unity | | MDTCBKC@miamidade.gov |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | nklemstine@microcenter.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| Missouri Attorney General Office | Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |
| Morgan Lewis & Bockius LLP | Menachem O Zelmanovitz Esq | mzelmanovitz@morganlewis.com |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq | nherman@morganlewis.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Martin A Brown Esq | martin.brown@lawokc.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Richard C Ogden Esq | rco@lawokc.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |
| Mullins Riley & Scarborough LLP | B Keith Poston | keith.poston@nelsonmullins.com |
| Munger Tolles & Olsen LLP | Seth Goldman | seth.goldman@mto.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
| Nelson Mullins Riley & Scarborough LLP | Greg Taube | greg.taube@nelsonmullins.com |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner | terri.gardner@nelsonmullins.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |

| Name | Notice Name | Email |
|---|---|---|
| Nixon Peabody LLP | Christopher M Desiderio | cdesiderio@nixonpeabody.com |
| Nixon Peabody LLP | Daniel R Sovocool | dsovocool@nixonpeabody.com |
| Nixon Peabody LLP | Gina M Fornario | gfornario@nixonpeabody.com |
| Nixon Peabody LLP | Louis J Cisz III | lcisz@nixonpeabody.com |
| Nixon Peabody LLP | Louis E Dolan | ldolan@nixonpeabody.com |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq | asecker@nheh.com |
| O Melveny & Myers LLP | Karyn B Zeldman Esq | kzeldman@omm.com |
| O Melveny & Myers LLP | Michael J Sage Esq | msage@omm.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |
| Office of the County Counsel, County of Alameda | John Thomas Seyman | john.seyman@acgov.org |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Frederick J Levy Esq | flevy@olshanlaw.com |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq | mfox@olshanlaw.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |
| Orange Grove Properties | Linda Taylor | linda@taylorurns.com |
| Orrick Herrington & Sutcliffe LLP | James W Burke | jburke@orrick.com |
| Orrick Herrington & Sutcliffe LLP | Jonathan P Guy Esq | jguy@orrick.com |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel | sstengel@orrick.com |
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks | jdacks@osler.com |
| Osler Hoskin & Hardcourt LLP | Marc S Wasserman | mwasserman@osler.com |
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | sgoldich@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Panattoni Law Firm | Fredric Albert | falbert@cvmlaw.com |
| Patton Boggs LLP | Alan M Noskow | anoskow@pattonboggs.com |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | eagle.sara@pbgc.gov |
| Pension Benefit Guaranty Corporation | | efile@pbgc.gov |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Pepper Hamilton LLP | Evelyn J Meltzer | meltzere@pepperlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda | arlbank@pbfcm.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Perdue Brandon Fielder Collins & Mott LLP | Owen M Sonik | osonik@pbfcm.com |
| Perdue Brandon Fielder Collins & Mott LLP | Yolanda Humphrey | yhumphrey@pbfcm.com |
| Phillips Goldman & Spence PA | Scott L Adkins Esq | sla@pgslaw.com |
| Phillips Goldman & Spence PA | Stephen W Spence Esq | sws@pgslaw.com |
| Pima County Attorney Civil Division | German Yusufov | german.yusufov@pcao.pima.gov |
| Pima County Attorney Civil Division | Terri A Roberts | terri.roberts@pcao.pima.gov |
| Polsinelli Shalton Flanigan Suelthaus PC | Amy E Hatch | ahatch@polsinelli.com |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird | jbird@polsinelli.com |
| Posternak Blankstein & Lund LLP | Laura A Otenti Esq | lotenti@pbl.com |
| Posternak Blankstein & Lund LLP | Robert Somma Esq | rsomma@pbl.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |
| Primeshares | Attn Rayaan Hashmi | rh@primeshares.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |
| Quarles & Brady LLP | Brian Sirower Esq | brian.sirower@quarles.com |
| Quarles & Brady LLP | Christopher Combest Esq | ccombest@quarles.com |
| Quarles & Brady LLP | Faye B Feinstein Esq | fbf@quarles.com |
| Quarles & Brady LLP | Lori L Winkelman Esq | lori.winkelman@quarles.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |
| Quintrall & Associates LLP | Albert F Quintrall Esq | a.quintrall@quintrallaw.com |
| Rappaport Glass Greene & Levine LLP | James L Forde | rappmail@rapplaw.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| Reed Smith LLP | Kurt F Gwynne Esq | kgwynne@reedsmith.com |
| Reed Smith LLP | Kathleen A Murphy Esq | kmurphy@reedsmith.com |

| Name | Notice Name | Email |
|---|---|---|
| Reed Smith LLP | Linda S Broyhill | lbroyhill@reedsmith.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |
| Righetti Glugoski PC | Matthew Righetti | matt@righettilaw.com |
| Righetti Glugoski PC | Michael Righetti | mike@righettilaw.com |
| Rivkin Radler LLP | Stuart I Gordon Esq | stuart.gordon@rivkin.com |
| Robinson & Cole | Patrick M Birney | pbirney@rc.com |
| Robinson & Cole | Peter E Strniste | pstrniste@rc.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | dkappler@rdwlawcorp.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Ronald M Tucker Esq | | rtucker@simon.com |
| Rosenblum & Rosenblum LLC | Alan Rosenblum Esq | alan@rosenblumllc.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@rlglegal.com |
| Rutter Hobbs & Davidoff | | Jking@rutterhobbs.com |
| Rutter Hobbs & Davidoff | Paul J Laurin Esq | plaurin@rutterhobbs.com |
| Saiber LLC | Una Young Kang Esq | uyk@saiber.com |
| Saiber LLC | Vincent Papalia Esq | vfp@saiber.com |
| Sands Anderson Marks & Miller PC | William A Gray Esq | bgray@sandsanderson.com |
| Sands Anderson Marks & Miller PC | Lisa Taylor Hudson Esq | lhudson@sandsanderson.com |
| Sands Anderson Marks & Miller PC | Peter M Pearl Esq | ppearl@sandsanderson.com |
| Sands Anderson Marks & Miller PC | C Thomas Ebel Esq | tebel@sandsanderson.com |
| Sands Anderson PC | Philip C Baxa Esq | pbaxa@sandsanderson.com |
| Satterlee Stephens Burke & Burke LLP | Abigail Snow Esq | asnow@ssbb.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq | cbelmonte@ssbb.com |
| Satterlee Stephens Burke & Burke LLP | Pamela A Bosswick Esq | pbosswick@ssbb.com |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |
| Schreeder Wheeler & Flint LLP | J Carole Thompson Hord Esq | chord@swfllp.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq | lburnat@swfllp.com |
| Schulte Roth & Zabel LLP | David M Hillman | david.hillman@srz.com |
| Schulte Roth & Zabel LLP | Meghan M Breen | meghan.breen@srz.com |
| Schulte Roth & Zabel LLP | Michael L Cook | michael.cook@srz.com |
| Seyfarth Shaw LLP | Alexander Jackins | ajackins@seyfarth.com |
| Seyfarth Shaw LLP | David C Christian II | dchristian@seyfarth.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Seyfarth Shaw LLP | Rhett Petcher Esq | rpetcher@seyfarth.com |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe | bwolfe@sheppardmullin.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Shutts & Bowen LLP | R Hicks | rhicks@shutts.com |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| Spotts Fain PC | Jennifer J West Esq | jwest@spottsfain.com |
| Spotts Fain PC | Neil E McCullagh Esq | nmccullagh@spottsfain.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |
| State of Michigan Department of Treasury | Victoria A Reardon | ReardonV@michigan.gov |
| State of Wisconsin Office of the State Treasurer | Anne C. Murphy | murphyac@doj.state.wi.us |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |

| Name | Notice Name | Email |
|---|---|---|
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |
| Stinson Morrison Hecker LLP | Darrell W Clark Esq | dclark@stinson.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble | jdibble@stinson.com |
| Stinson Morrison Hecker LLP | Katherine M Sutcliffe Becker | kbecker@stinson.com |
| Stinson Morrison Hecker LLP | Tracey M Ohm Esq | tohm@stinson.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ | ltavenner@tb-lawfirm.com |
| TAVENNER & BERAN PLC | PAULA S BERAN ESQ | pberan@tb-lawfirm.com |
| Taxing Authority Consulting Services PC | Mark K Ames | mark@taxva.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| The Arapahoe County Treasurer | George Rosenberg Esq | grosenberg@co.arapahoe.co.us |
| The Arapahoe County Treasurer | | jholmgren@co.arapahoe.co.us |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Thomas G King | | tking@kech.com |
| Thompson and Knight LLP | Cassandra Sepanik | Cassandra.Sepanik@tklaw.com |
| Thompson and Knight LLP | Katharine Battaia | Katharine.Battaia@tklaw.com |
| ThompsonMcMullan PC | William D Prince IV Esq | wprince@t-mlaw.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |
| Troutman Sanders LLP | Hollace Topol Cohen | hollace.cohen@troutmansanders.com |
| Troutman Sanders LLP | Michael E Lacy | michael.lacy@troutmansanders.com |
| Troutman Sanders LLP | Richard Hagerty | richard.hagerty@troutmansanders.com |
| Troutman Sanders LLP | Vivieon E Kelley | vivieon.kelley@troutmansanders.com |
| United States Equal Employment Opportunity Commission | Thomas D Rethage | thomas.rethage@eeoc.gov |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| Vandeventer Black LLP | Ann G Bibeau | abibeau@vanblk.com |
| Vandeventer Black LLP | Christopher S Colby | ccolby@vanblk.com |
| Vandeventer Black LLP | David W Lannetti | dlannetti@vanblk.com |
| Vandeventer Black LLP | Jerrell E Williams | jwilliams@vanblk.com |
| Venable LLP | Kristen E Burgers | keburgers@venable.com |
| Venable LLP | Lawrence A Katz | lakatz@venable.com |
| Vinson & Elkins LLP | Angela B Degeyter | adegeyter@velaw.com |
| Vinson & Elkins LLP | William L Wallander | bwallander@velaw.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |
| Vorys Sater Seymour and Pease LLP | Kara D Lehman | kdlehman@vorys.com |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr | mmmitchell@vorys.com |
| Vorys Sater Seymour and Pease LLP | Suparna Banerjee | sbanerjee@vorys.com |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq | gary.holtzer@weil.com |
| Weil Gotshal & Manges LLP | Joseph W Gelb Esq | joseph.gelb@weil.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| Weycer Kaplan Pulaski & Zuber PC | Darla Carlisle | dcarlisle@wkpz.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | smilo@wawlaw.com |
| White & Case LLP | Julieta L Lerner | jlerner@whitecase.com |
| Whiteford Taylor & Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |
| Wiley Rein LLP | Dylan G Trache Esq | dtrache@wileyrein.com |
| Wiley Rein LLP | H Jason Gold Esq | jgold@wileyrein.com |
| Wiley Rein LLP | Rebecca L Saitta Esq | rsaitta@wileyrein.com |
| Wiley Rein LLP | Valerie P Morrison Esq | vmorrison@wileyrein.com |
| Williams Mullen | W Alexander Burnett | aburnett@williamsmullen.com |
| Williams Mullen | William H Schwarzschild III | tschwarz@williamsmullen.com |

| Name | Notice Name | Email |
|---|---|---|
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| Wise DelCotto PLLC | Allison Fridy Arbuckle Esq | aarbuckle@wisedel.com |
| Wise DelCotto PLLC | Laura Day DelCotto Esq | ldelcotto@wisedel.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmh.com |
| Wolfstone Panchot & Bloch PS Inc | Andrew Rapp | ecfdocs@wpblaw.com |
| Womac & Associates | Brian D Womac | brianwomac@aol.com |
| Womac & Associates | Stacy Kremling | Stacey@brianwomac.com |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton | jtarkenton@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC | Todd D Ross | toross@wcsr.com |
| Wyatt Tarrant & Combs LLP | Robert J Brown | lexbankruptcy@wyattfirm.com |
| Young Goldman & Van Beek PC | Neil P Goldman Esq | ngoldman@ygvb.com |

# EXHIBIT B

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| | Ackerman, Gina | 101 Prospect St | | LITTLE FALLS | NY | 13365 |
| | Allen, Joanne | 611 EDGEWOOD TERRACE NE | APT 723 | WASHINGTON | DC | 20017 |
| | Beall, Annmarie | 9 PETER A BEET DR | | CORTLANDT MANOR | NY | 10567 |
| | Benedetti, Mary | 5017 BEVERLY RD | | KNOXVILLE | TN | 37918 |
| | Callahan, Wendell J | 21206 EDEN STREET | | COVINGTON | LA | 70433 |
| | Cambre, William | PO Box 872 | | Chalmette | LA | 70044-0872 |
| | Cambre, William | PO Box 566 | | Key West | FL | 33041-0566 |
| | Cambre, William | 605 Saxony Ln | | Kenner | LA | 70065-2635 |
| | Cambre, William | 8331 S Valley Hwy Apt 320 | | Englewood | CO | 80112-7605 |
| | Cambre, William | 115 Key Haven Rd | | Key West | FL | 33040-6221 |
| | Cambre, William | 392 Elm St | | La Place | LA | 70068-5455 |
| | Cambridge, Maurice | 178-19 120TH AVE | | JAMAICA | NY | 11434 |
| | Carisio, Stephanie | 37 NATHAN HALE COURT | | CHESHIRE | CT | 6410 |
| | Cousan, Jerome M | 70450 G STREET | | COVINGTON | LA | 70433 |
| | Damery, Carol | 510 Highland Drive | | San Luis Obispo | CA | 93405 |
| | Damery, Nathan | 510 Highland Drive | | San Luis Obispo | CA | 93405 |
| | Deutchman, Barbara | 231 174TH STREET | APT 1018 | MIAMI | FL | 33180 |
| | Duncan Skogsberg | 1042 Palm St. 2nd Floor | | San Luis Obispo | CA | 93401 |
| | Dupre, Mike | 806 SOUTH MAIN STREET | | OPELOUSAS | LA | 70570 |
| | Espino, Maricela | 555 Umbarger Rd. # 142 | | San Jose | CA | 95111 |
| | Espino, Maricela | 15250 Rayen St Apt 2 | | North Hills | CA | 91343-4466 |
| | Espino, Maricela | 7113 W 73rd Pl | | Chicago | IL | 60638-5922 |
| | Espino, Maricela | 3438 N Kildare Ave | | Chicago | IL | 60641-3830 |
| | Espino, Maricela | 912 S Chatfield St | | Ennis | TX | 75119-5720 |
| | Espino, Maricela | 6280 Canella Dr | | Orland | CA | 95963-8127 |
| | Espino, Maricela | 1601 10th St | | Berkeley | CA | 94710-1862 |
| | Espiritu, Sam C | 7164 HOLDEN DRIVE | TINKER AFB | OKLAHOMA CITY | OK | 73099 |
| | Exley, Alfred | 4884 Lamia Way | | Oceanside, | CA | 92056 |
| | Fischer, Aaron | 1025 BENNER PIKE | | STATE COLLEGE | PA | 16801-7319 |
| | Fraccaroli, Jacqueline | 1054 DEERHAVEN TERRACE | | STEWARTSVILLE | NJ | 8886 |
| | Frekhtman & Associates | Arkady Frekhtman | 60 Bay 26th Street | Brooklyn | NY | 11214 |
| | Funches, Dwayne | 5056 WEST HURON STREET | | CHICAGO | IL | 60644 |
| | Hacker, Mary | 1141 Covington Rd | | Los Altos | CA | 94024 |
| | Hartmann, Raymond | 16705 12TH AVE NORTH | | PLYMOUTH | MN | 55447 |
| | Hersch, Michael | 1734 LAMP LIGHTER DRIVE | | MACUNGIE | PA | 18062 |
| | Holecek, Jo Ann | Hobbes & Tonetti - Joe Tonetti | 739 E. Main Street | Riverhead, | NY | 11901 |
| | Jacobs, Simeon | 7401 NW 7TH ST. | | PLANTATION | FL | 33317 |
| | Jaynes, Deborah | Clive Morgan | 6712 Atlantic Boulevard | Jacksonville, | FL | 32211 |

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| | Kelly, Debra | 303 ROUTE 94 S | | WARWICK | NY | 10990 |
| | Law Offices of Robert W. Roe | Robert Roe | 3252 Rice Street | Little Canada | MN | 55126 |
| | Lei, Yu L | 136-10 LATTIMER PLACE | | FLUSHING | NY | 11354 |
| | Lewis, Mamie | 2616 33RD STREET SE | P.O. BOX 30783 | WASHINGTON | DC | 20020 |
| | Lewis, Terrance | 610 1/2 W. HORATIO STREET | | TAMPA | FL | 33606 |
| | Liedetruth, Dawn | 3 SANTAM COURT | | BAY SHORE | NY | 11706 |
| | Maholland, Diana | 205 E. 63RD ST | APT 17 E | NEW YORK | NY | 10021 |
| | Molina, Christine | 2086 CORDELIA SW | | ALBUQUERQUE | NM | 87105 |
| | Nagy, Greg | 19380 CEDAR CREST COURT | | NORTH FORT MYERS | FL | 33903 |
| | Nelson, Shawn | 306 TRIUMPH WAY | | GAHANNA | OH | 43230-2329 |
| | Parks, Teresa | 4225 Colfax Ave N | | Minneapolis, | MN | 55412 |
| | Petersen, Preston | 1207 WITAWANGA | | LOUISVILLE | KY | 40222 |
| | Polacek, Donna | 82 WESTMINSTER RD | | COLONIA | NJ | 7067 |
| | Quashie, Ada | 83 Riverside Ave | | Brooklyn | NY | 11212-4354 |
| | Sasso, Marilyn | 6 PASEDENA RD | | BRONXVILLE | NY | 10708 |
| | Seefeldt, Sholly | 19006 E 18TH ST NORTH | | INDEPENDENCE | MO | 64057 |
| | Simpson, Kristina | 7218 LYNFORD ST. | | PHILADELPHIA | PA | 19149 |
| | Smith, Mary Lee | 1323 S KEDZIE AVE # 301 | | CHICAGO | IL | 60623-1858 |
| | Spann, Lenora | 185 ST. MARKS PLACE #10J | | STATEN ISLAND | NY | 10301 |
| | Texas C Farmers Texas County Mutual Insurance | 12345 JONES ROAD, SUITE 190 | | HOUSTON | TX | 77070 |
| | Trazila, Paul | 3014 SIERRA DR | | HARVEY | LA | 70058 |
| | Vandiver, Jack | 10710 Rampart Steet | | Houston, | TX | 77096 |
| | Witz, Bernard | 600-19 PINE HOLLOW RD | | EAST NORWICH | NY | 11732 |
| Attorney General of Indiana | Gregory F Zoeller | 302 W Washington St | Indiana Government Ctr S 5th Fl | Indianapolis | IN | 46204-2770 |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Attorney General of the US | Dana J Boente | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Attorney General of the US | Richard F Stein | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Audrey Soltis | | 14 N Seventh Ave | | St Cloud | MN | 56303 |
| Bernstein Law Firm PC | Stacey Suncine | Ste 2200 Gulf Tower | | Pittsburgh | PA | 15219 |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Caparra Center Associates SE | Attn Penny R Stark Esq | 17 Bon Pinck Way | | East Hampton | NY | 11937 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| Diamond McCarthy LLP | Christopher A Provost | 620 Eighth Ave 39th Fl | | New York | NY | 10018 |
| Diamond McCarthy LLP | Stephen T Loden | 620 Eighth Ave 39th Fl | | New York | NY | 10018 |
| Draper & Goldberg PLLC | Adam Hiller | 1500 N French St 2nd Fl | | Wilmington | DE | 19801 |
| Draper & Goldberg PLLC | James E Clarke | 803 SYCOLIN RD SE STE 301 | | Leesburg | VA | 20175 |
| Draper & Goldberg PLLC | L Darren Goldberg | 803 SYCOLIN RD SE STE 301 | | Leesburg | VA | 20175 |
| Eaton Corporation | David J Persichetti | 1111 Superior Avenue #19 | | Cleveland | OH | 44114-2584 |

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Frank Gecker LLP | Jeremy C Kleinman | 325 N LaSalle St Ste 625 | | Chicago | IL | 60654 |
| Friedlander Misler PLLC | Thomas F Murphy Esq | 1101 Seventeenth St NW Ste 700 | | Washington | DC | 20036-4704 |
| G&W Service Co LP | Georgette Treece | 2503 Capitol Ave | | Houston | TX | 77003-3203 |
| Greer Herz & Adams LLP | Frederick Black | One Moody Plaza 18th Fl | | Galveston | TX | 77550 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 707 Grant St | | Pittsburgh | PA | 15219 |
| Hamilton Chase Santa Maria LLC | Stefani Batastini Asst to Chris Larson | 828 Ballard Canyon Rd | | Solvang | CA | 93463 |
| Kaufman & Canoles | Paul K Campsen Esq | 2101 Parks Ave Ste 700 | | Virginia | VA | 23415 |
| Lehnhardt & Lehnhardt LLC | Detlef G Lehnhardt | 20 Westwoods Dr | | Liberty | MO | 64068-3519 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 600 Travis St Ste 3400 | | Houston | TX | 77002 |
| Locke Lord Bissell & Liddell LLP | Melissa S Hayward | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 |
| Locke Lord Bissell & Liddell LLP | Thomas A Connop | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 |
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 |
| Loudoun County Attorney | John R Roberts | One Harrison St SE | MSC No 06 | Leesburg | VA | 20175-3102 |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq | 1889 Preston White Dr Ste 200 | | Reston | VA | 20191 |
| Michael A Cardozo | Gabriela P Cacuci Esq | | | | X | X |
| Michelle Leeson CFCA | | PO Box 25300 | | Bradenton | FL | 34206-5300 |
| Millman 2000 Charitable Trust | c/o Alan E. Karsh, Esq. Karsh Fulton Gabler Jospeh PC | 1546 Cole Blvd., Bldg. 5 | Ste 100 | Lakewood | CO | 80401 |
| Missouri Attorney General Office | Chris Koster | PO Box 899 | | Jefferson City | MO | 65102 |
| Naples Daily News | c o Receivable Management Services | PO Box 5126 | | Timonium | MD | 21094 |
| Nixon Peabody LLP | Dennis J Drebsky | 437 Madison Ave | | New York | NY | 10022 |
| Noland Hamerly Etienne & Hoss PC | Lisa K Omori | 333 Salinas St | PO Box 2510 | Salinas | CA | 93902-2510 |
| Ornelas Castillo & Ornelas PLLC | Mario A Castillo Jr | 401 E Hillside Rd 2nd Fl | | Laredo | TX | 78041 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas | 401 E Hillside Rd 2nd Fl | | Laredo | TX | 78041 |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 301 S College St Ste 2300 | | Charlotte | NC | 28202 |
| Rivkin Radler LLP | Matthew V Spero Esq | 926 RXR Plaza | | Uniondale | NY | 11556-0926 |
| SB Lender Trust | c o Geoffrey L Berman Lender Trustee | Development Specialists Inc | 333 S Grand Ave Ste 4070 | Los Angeles | CA | 90071 |
| Spotts Fain PC | Neil E McCullagh Esq | 411 E Franklin St Ste 600 | | Richmond | VA | 23219 |
| State of Michigan Department of Treasury | Michael A Cox | Cadillac Place Ste 10 200 | 3030 W Grand Blvd | Detroit | MI | 48202 |
| State of Washington | Zachary Mosner Asst Attorney General | 800 Fifth Ave Ste 2000 | | Seattle | WA | 98104-3188 |

EXHIBIT B                                                                                                   3 of 4

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| State of Wisconsin Office of the State Treasurer | JB Van Hollen | PO Box 7857 | Wisconsin Dept of Justice | Madison | WI | 53707 |
| Taxing Authority Consulting Services PC | Jeffrey Scharf | PO Box 771476 | | Richmond | VA | 23255 |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 |
| TomTom Inc | Kerry Reddington Esq | 150 Baker Ave Ext | | Concord | MA | 01742 |
| TomTom Inc | Kerry Reddington Esq | 24 NEW ENGLAND EXECUTIVE PARK STE 420 | | BURLINGTON | MA | 01803-5221 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |
| White & Case LLP | Peter J Carney | 3000 El Camino Real | 5 Palo Alto Sq 9th Fl | Palo Alto | CA | 94306 |
| White & Case LLP | William Sloan Coats | 3000 El Camino Real | 5 Palo Alto Sq 9th Fl | Palo Alto | CA | 94306 |
| Young Goldman & Van Beek PC | John P Van Beek Esq | 510 King St Ste 416 | | Alexandria | VA | 22313 |
| CIRCUIT CITY STORES, LLC | | 4951 LAKE BROOK DR | SUITE 500 | GLEN ALLEN | VA | 23060 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 3600 W BROAD ST | | RICHMOND | VA | 23230-4915 |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH, BEN FRANKLIN STATION | P.O. BOX 875 | WASHINGTON | DC | 20044 |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | RICHMOND | VA | 23219 |
| SECRETARY OF TREASURY | | 1500 PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20220 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 100 F ST NE | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. | NEW YORK OFFICE BRANCH/REORGANIZATION | 3 WORLD FINANCIAL CTR STE 400 | NEW YORK | NY | 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE BRANCH/REORGANIZATION | 3 WORLD FINANCIAL CTR STE 400 | NEW YORK | NY | 10281-1022 |

| | |
|---|---|
| Filed This 28th Day of November, 2016 | BY: TAVENNER & BERAN, PLC |
| | /s/ Paula S. Beran<br>Lynn L. Tavenner, Esquire (Va. Bar No. 30083)<br>Paula S. Beran, Esquire (Va. Bar No. 34679)<br>David N. Tabakin, Esquire (Va. Bar No. 82709)<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy: (804) 783-0178<br><br>*Co-Counsel to the Liquidating Trustee* |