IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:

CIRCUIT CITY STORES, INC., et al.

    Debtor(s).

Case No. 08-35653-KRH

Chapter 11 (Jointly Administered)

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Garren R. Laymon, of Magee Goldstein Lasky & Sayers, P.C., having appeared in this case on behalf of the following: Arlington ISD, Alief ISD, Baybrook MUD 1, Brazoria County, Brazoria County MUD #6, Burleson ISD, Carroll ISD, City of Cedar Hill, City of Hurst, City of Lake Worth, City of Wichita Falls, Clear Creek ISD, Fort Bend ISD, Fort Bend LID 2, Fort Worth ISD, Galena Park ISD, Hidalgo County & H.C. Drainage District #1, Humble ISD, Lubbock CAD, Midland County Tax Office, Potter County Tax Office, Tyler ISD, Wichita County, Wichita Falls ISD, Woodlands Metro MUD and Woodlands RUD #1, Glenmoor Limited Partnership, Lake County Florida Tax Collector, Los Angeles County Treasurer, Monterey County, Placer County, Riverside County California, and San Bernardino County gives notice of the withdrawal of his appearance as counsel of record for the referenced party or parties.

Date: November 28, 2016          Respectfully submitted,

                                          By: /s/ Garren R. Laymon
                                              Of Counsel

Andrew S. Goldstein, Esq. (VSB #28421)
Garren R. Laymon, Esq. (VSB #75112)
Magee Goldstein Lasky & Sayers, P.C.
P.O. Box 404
Roanoke, VA  24003-0404
Telephone:  (540) 343-9800
Facsimile:  (540) 343-9898
Electronic Mail: glaymon@mglspc.com

U:\A CLIENTS\Arlington ISD, et al. 9298\Substitution.doc

Garren R. Laymon, Esq. (VSB #75112)
Andrew S. Goldstein, Esq. (VSB #28421)
Magee Goldstein Lasky & Sayers, P.C.
P.O. Box 404
Roanoke, VA  24003-0404
Telephone:  (540) 343-9800
Facsimile:  (540) 343-9898
Electronic Mail: agoldstein@mglspc.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November, 2016, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system

By: /s/ Garren R. Laymon

MAGEE GOLDSTEIN
LASKY & SAYERS pc
ATTORNEYS

P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW

2