# Exhibit C

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **CIRCUIT CITY STORES, INC.,** *et al.,* | ) Case No. 08-35653-KRH |
| | ) |
| Debtors. | ) Jointly Administered |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The matter came before the Court upon the Motion of certain Lender Trusts and their Special Servicer, KeyBank National Association ("**Key**"), successor to Capmark Finance Inc. as special servicer for the Lender Trusts, by counsel, Amanda Katzenstein of Polsinelli LLP, pursuant to Local Rule 2090-1(E)(2), for admission *pro hac vice* of attorney Robert J.E. Edwards of Polsinelli PC, 900 West 48th Place, Suite 900, Kansas City, Missouri 64112.  After review of the Motion and statements therein, appearing that the relief requested is in the best interest of the parties, and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

    1.    The Motion is GRANTED; and

    2.    Robert J.E. Edwards is authorized to appear *pro hac vice* in the above-referenced bankruptcy cases and any related adversary proceedings on behalf of the Lender Trusts and Key pursuant to Local Bankruptcy Rule 2090-1(E)(2).

Date: _____

                                                                         Hon. Kevin R. Huennekens
                                                                         United States Bankruptcy Judge

Entered on Docket: _____

We ask for this:

POLSINELLI LLP


*/s/ Amanda Katzenstein*
AMANDA KATZENSTEIN (VBN #82273)
Three Embarcadero Center, Suite 1350
San Francisco, CA 94111
(415) 248-2100
Fax No. (415) 248-2101
akatzenstein@polsinelli.com

- and –

POLSINELLI PC

ROBERT J.E. EDWARDS
900 West 48th Place, Suite 900
Kansas City, Missouri 64112
(816) 753-1000
Fax No. (816) 753-1536
redwards@polslinelli.com

LOCAL RULE 9022-1(C) CERTIFICATION

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/  Amanda Katzenstein

55373144.1

**PARTIES TO RECEIVE COPIES**

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Andrew W. Caine
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4003

Douglas M. Foley
McGuire Woods LLP
2001 K Street, N.W., Suite 400
Washington, DC 20006

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

55373144.1