Andrew W. Caine, Esq.
(admitted *pro hac vice*)
Victoria A. Newmark, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4003
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., et al.,[1] | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AMENDED NOTICE OF HEARING**
**(Motion To Enforce Terms Of Confirmed Plan
To Facilitate Resolution Of Trust's Rights In Letter Of Credit Proceeds)**

   **PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Trust") will request the United States Bankruptcy Court for the Eastern District of Virginia (the "Court") to adjourn the hearing on the **Motion of the Circuit City Stores, Inc. Liquidating Trust to Enforce Terms of Confirmed Plan To Facilitate Resolution of Trust's Rights In Letter of Credit Proceeds (ECF #13953) (the "Motion")** from the initially scheduled date of December 14, 2016 to **January 18, 2017 at 2:00 PM.** Any party desiring another copy of the Motion may contact the undersigned for the same.

   **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one). Under the Case Management Order (as defined hereafter) and Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of Court and served on the moving party within seven (7) days before**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

1

**the scheduled hearing date, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the relief requested.**

  **PLEASE TAKE FURTHER NOTICE** that in connection with the Debtors' Chapter 11 Cases, a Supplemental Order Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 6208] (the "Case Management Order") was entered by the Court on December 30, 2009, which, among other things, prescribes the manner in which objections must be filed and served and when hearings will be conducted. A copy of the Case Management Order may be obtained from the undersigned or for a fee via PACER at http://www.vaeb.uscourts.gov.

  **PLEASE TAKE FURTHER NOTICE** that on **January 18, 2017 at 2:00 p.m**. (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219, and will move the Court for entry of an order(s) approving the Motion.

  If you do not want the Court to grant the relief, or if you want the Court to consider your views, then within seven (7) days before the hearing date you or your attorney must:

☒ File with the Court, at the address shown below, and serve a copy upon the undersigned, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1 and the Case Management Order. You must mail or otherwise file it early enough so the Court will **receive** it on or before the due date identified herein.

  Clerk of the Court
  United States Bankruptcy Court
  701 E. Broad Street, Suite 4000
  Richmond, VA 23219

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: December 12, 2016

      */s/ Lynn L. Tavenner*
      Lynn L. Tavenner, Esq. (VA Bar No. 30083)
      Paula S. Beran, Esq. (VA Bar No. 34679)
      TAVENNER & BERAN, P.L.C.
      20 North Eighth Street, 2nd Floor
      Richmond, Virginia 23219
      Telephone: 804-783-8300
      Facsimile: 804-783-0178
      Email: ltavenner@tb-lawfirm.com
        pberan@tb-lawfirm.com

      *Counsel for the Circuit City Stores, Inc.*
      *Liquidating Trust*