1

2

3

4  In re

5  CIRCUIT CITY STORES, INC., et al.,

6            Debtors.

7  _____

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

)   Case No. 08-35653-KRH
)   Richmond, Virginia
)
)
)   December 14, 2016
)   2:03 PM
)

8

9

TRANSCRIPT OF HEARING ON

10   1. MOTION TO COMPEL -- MOTION OF THE CIRCUIT CITY STORES, INC.
       LIQUIDATING TRUST TO ENFORCE TERMS OF CONFIRMED PLAN TO
11     FACILITATE RESOLUTION OF TRUST'S RIGHTS IN LETTER OF CREDIT
                           PROCEEDS

12   2. NOTICE OF HEARING (LIQUIDATING TRUST'S FIFTEENTH AND FORTY-
       THIRD OMNIBUS OBJECTIONS TO CLAIM NUMBERS 9721 AND 12911)
13     (CLAIMANTS BANK OF AMERICA/CAPMARK AND WEC-96 D APPLETON 2
                       INVESTMENT TRUST)

14

15   3. NOTICE OF HEARING (LIQUIDATING TRUST'S FIFTEENTH AND FOURTH
     OMNIBUS OBJECTIONS TO CLAIM NUMBERS 9899 AND 12152) (CLAIMANT
                    BANK OF AMERICA/CAPMARK)

16

17   4. NOTICE OF HEARING (LIQUIDATING TRUST'S TWENTY-EIGHTH OMNIBUS
       OBJECTION TO CLAIM NUMBER 8710) (CLAIMANT BOND CC IV DBT)

18   5. NOTICE OF HEARING (LIQUIDATING TRUST'S FIFTEENTH AND SIXTY-
       FOURTH OMNIBUS OBJECTIONS TO CLAIM NUMBERS 9488 AND 9647)
19   (CLAIMANT BANK OF AMERICA/CAPMARK AND WEC-96 D NILES INVESTMENT
                            TRUST)

20

21   6. NOTICE OF HEARING (LIQUIDATING TRUST'S NINTH AND FORTY-THIRD
     OMNIBUS OBJECTIONS TO CLAIM NUMBERS 9724 AND 12572) (CLAIMANTS
       BANK OF AMERICA/CAPMARK AND WEC 96 D SPRINGFIELD 1 INVESTMENT
22                          TRUST)

23   7. NOTICE OF HEARING (LIQUIDATING TRUST'S FIFTEENTH, THIRTY-
     NINTH AND SIXTY-FOURTH OMNIBUS OBJECTIONS TO CLAIM NUMBERS 9441
24   AND 13440) (CLAIMANT WELLS FARGO AND BOND CIRCUIT I DELAWARE
                    BUSINESS TRUST (BENDERSON))

25

1    8. NOTICE OF HEARING (LIQUIDATING TRUST'S FIFTEENTH, FORTY-
2    THIRD, AND SIXTY-FOURTH OMNIBUS OBJECTIONS TO CLAIM NUMBERS
     8796, 12765 AND 15019) (CLAIMANT BOND CC IV DBT)

3    9. NOTICE OF HEARING (LIQUIDATING TRUST'S FIFTEENTH AND
     SEVENTEENTH OMNIBUS OBJECTIONS TO CLAIM NUMBERS 9450 AND 13426)
4    (CLAIMANTS WELLS FARGO AND BOND CIRCUIT VI DELAWARE BUSINESS
     TRUST (BENDERSON))

5
     10. NOTICE AND OBJECTION TO CLAIM OF COMMONWEALTH OF
6    MASSACHUSETTS - LIQUIDATING TRUST'S OBJECTION TO CLAIM NUMBER
     14832 (DOCKET NO. 10066)

7
     11. NOTICE AND OBJECTION TO CLAIM OF COMMONWEALTH OF VIRGINIA
8    DEPARTMENT OF TAXATION - LIQUIDATING TRUST'S OBJECTION TO CLAIM
     NOS. 12898 AND 14636 (DOCKET NO. 10070)

9
     12. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S FIRST
10   OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
     PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
11   MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS,
     DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, DISALLOWANCE OF
12   CERTAIN AMENDED CLAIMS AND DISALLOWANCE OF CERTAIN INVALID
     CLAIMS) (DOCKET NO. 10024)

13
     13. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S SECOND
14   OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
     PARTIALLY INVALID CLAIMS, CLAIMS, DISALLOWANCE OF CERTAIN
15   INVALID CLAIMS, DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS,
     AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10039)

16
     14. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S THIRD
17   OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
     PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
18   MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS,
     DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF
19   CERTAIN AMENDED CLAIMS) (DOCKET NO. 10040)

20   15. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S FOURTH
     OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
21   PARTIALLY INVALID CLAIMS AND DISALLOWANCE OF CERTAIN INVALID
     CLAIMS) (DOCKET NO. 10041)

22
     16. NOTICE AND OBJECTION TO CLAIM - SIXTH OMNIBUS OBJECTION TO
23   CLAIMS (DISALLOWANCE OF CERTAIN INVALID UNLIQUIDATED CLAIMS AND
     FIXING OF CERTAIN UNLIQUIDATED CLAIMS) (DOCKET NO. 10043)

24

25

17. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, DISALLOWANCE OF CERTAIN AMENDED CLAIMS, AND DISALLOWANCE OF CERTAIN INVALID CLAIMS) (DOCKET NO. 10046)

18. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S NINTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10047)

19. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S FOURTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10052)

20. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S FIFTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10053)

21. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S SEVENTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10061)

22. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS; DISALLOWANCE OF CERTAIN INVALID CLAIMS; DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS; RECLASSIFICATION OF CERTAIN CLAIMS; DISALLOWANCE OF CERTAIN AMENDED OR SUPERSEDED CLAIMS; DISALLOWANCE OR REDUCTION OF CERTAIN LATE FILED CLAIMS; DISALLOWANCE OF CERTAIN INVALID CLAIMS; AND FIXING THE AMOUNT OF CERTAIN CLAIMS) (DOCKET NO. 10062)

23. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S
TWENTIETH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS,
DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, DISALLOWANCE OF
CERTAIN DUPLICATE CLAIMS AND DISALLOWANCE OF CERTAIN AMENDED
CLAIMS) (DOCKET NO. 10072)

24. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S TWENTY-
FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS,
DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, AND DISALLOWANCE
OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10073)

25. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S TWENTY-
THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
INVALID UNLIQUIDATED CLAIMS AND FIXING OF CERTAIN UNLIQUIDATED
CLAIMS) (DOCKET NO. 11388)

26. OMNIBUS OBJECTION TO CLAIM - LIQUIDATING TRUST'S TWENTY-
EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, AND
DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 11445)

27. OBJECTION TO CLAIM - LIQUIDATING TRUST'S THIRTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID
CLAIMS) AND NOTICE OF LIQUIDATING TRUST'S THIRTIETH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS)
(DOCKET NO. 11809)

28. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S THIRTY-
NINTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN INVALID CLAIMS-MITIGATION) (DOCKET NO. 11850)

29. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S
FORTIETH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN INVALID CLAIMS-MITIGATION) (DOCKET NO. 11851)

30. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S FORTY-
FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN INVALID CLAIMS-MITIGATION) (DOCKET NO. 11852)

31. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S FORTY-
SECOND OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN INVALID CLAIMS-MITIGATION) (DOCKET NO. 11853)

1  32. NOTICE AND OBJECTION TO CLAIM - LIQUIDATING TRUST'S FORTY-
      THIRD OMNIBUS OBJECTION TO LANDLORD AND CONTRACTOR CLAIMS
2          (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS,
   RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE
3  OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED
   CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO.
4                          11854)

5   33. NOTICE AND OBJECTION TO CLAIM - (NOTICE OF LIQUIDATING
     TRUST'S SIXTY-FOURTH OMNIBUS OBJECTION TO LANDLORD CLAIMS
6  (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS)) (DOCKET NO.
                           12446)
7
              BEFORE THE HONORABLE KEVIN R. HUENNEKENS
8                UNITED STATES BANKRUPTCY JUDGE

9  APPEARANCES:

10
   For The Circuit City Stores,     ANDREW W. CAINE, ESQ.
11 Inc. Liquidating Trust:          PACHULSKI STANG ZIEHL & JONES
                                    LLP
12                                  10100 Santa Monica Boulevard
                                    Los Angeles, CA 90067
13
   For Alfred H. Siegel, Trustee    PAULA BERAN, ESQ.
14 of the Circuit City Stores,      TAVENNER & BERAN, PLC
   Inc. Liquidating Trust:          20 North Eighth Street
15                                  Second Floor
                                    Richmond, VA 23219
16
   For KeyBank National             ROBERT J. EDWARDS, ESQ.
17 Association, U.S. Bank National  POLSINELLI PC
   Association as Trustee:          900 West 48th Place
18                                  Suite 900
                                    Kansas City, MO 64112
19

20
21 Transcription Services:            eScribers, LLC
                                      352 Seventh Avenue
22                                    Suite #604
                                      New York, NY 10001
23                                    (973) 406-2250

24 PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

25 TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

Colloquy                                                                    6

1           THE CLERK:  Please be seated and come to order.

2           THE CLERK:  Circuit City Stores, Incorporated, items 1

3    through 33 on proposed agenda.

4           THE COURT:  Good afternoon, Mr. Caine.

5           MR. CAINE:  Good afternoon, Your Honor.  Andrew Caine,

6    Pachulski Stang Ziehl & Jones, for the Circuit City Stores,

7    Inc. Liquidating Trust.  With me at counsel table is my hobbled

8    cocounsel, Ms. Beran, as well as Katie Bradshaw and Ann

9    Pietrantoni of the Trust.

10          THE COURT:  Did you have to carry her up here?

11          MR. CAINE:  I did carry her bag.

12          THE COURT:  Oh.

13          MR. CAINE:  Which matches her basketball crutch pad, I

14   was going to say.

15          THE COURT:  All right.

16          MR. CAINE:  Your Honor, we're here for a number of

17   matters on the agenda.  The first, which is the Trust's motion

18   to compel enforcement of the plan injunction, is a motion that

19   I had mentioned at the omnibus hearing in October, which would

20   facilitate the Trust's resolution of outstanding disputes with

21   Old Republic regarding the excess insurance coverage.

22          We have sent out an amended notice and would like to

23   postpone the hearing on this until the January omnibus hearing.

24   We were able to obtain addresses for the state court counsel,

25   these claimants who filed the state court litigation some nine

1    or ten years ago, and so in an effort to notify everybody we

2    could possibly think of, we have now sent notice to them and

3    would like to continue this hearing on this motion until the

4    January omnibus hearing.

5            THE COURT:  Okay.  That's certainly reasonable.  We'll

6    do that.  That's January 18, I believe.

7            MR. CAINE:  Correct, Your Honor.

8            THE COURT:  All right.  Thank you.

9            MR. CAINE:  Thank you.  The next few items, Your

10   Honor, are the Trust's substantive hearings with respect to

11   certain landlord claims.  And I'll take them in agenda order,

12   unless you believe otherwise.

13           THE COURT:  No, it's fine.

14           MR. CAINE:  We do not expect any substantive

15   opposition with respect to any of the claims.  With respect to

16   the majority of them, counsel for Capmark is also here.  Each

17   of us will make proffers as to the evidence that we would

18   submit, but we are in agreement between us as to the relief

19   that is sought by the Trust in the notices.

20           Item number 2, Your Honor, is with respect to the

21   former Circuit City store located in Appleton, Wisconsin.  It

22   involved claims number 9721 and 12911.  The Trust has requested

23   through the notice, Your Honor, that claim 9721, which is the

24   claim of Capmark, should be allowed in the amount of

25   $938,617.92.

1       We had announced, Your Honor, at the last -- I'm

2   sorry, the August -- no, October hearing -- that this matter

3   was resolved.  We had received an assurance from the landlord's

4   claimant as to claim 12911 that it would enter into a

5   tripartite agreement to allow for the expungement of 12911 and

6   for the allowance of 9721, but we have had difficulty getting a

7   hold of counsel in order to get that agreement signed.  So

8   we've noticed it up for hearing.

9       Your Honor, the Trust is prepared to prove, with Ms.

10  Bradshaw's testimony, if necessary, that the Trust has

11  reconciled the proper amount of this claim at the amount that

12  we request, which is the $938,617.92; that we have reconciled

13  this matter with Capmark, which agrees to the amount; and that,

14  if necessary, Ms. Bradshaw could also testify as to the process

15  by which Circuit City used to gather and enter into electronic

16  form all of its records that are used for this purpose, so that

17  we could satisfy a business exception to the hearsay rule.

18      It is also the Trust's proffer of testimony that it

19  has reviewed the documents submitted by Capmark that would

20  substantiate that Capmark is the proper party entitled to have

21  an allowed claim here, as opposed to the former landlord, but

22  Mr. Edwards is here to offer further detail on that on behalf

23  of Capmark.

24      THE COURT:  Okay.  And the other entity was WEC

25  Appleton, right?

1          MR. CAINE:  Yes.  WEC 96 D Appleton 2 Investment

2     Trust.

3          THE COURT:  Okay.  Very good.

4          MR. CAINE:  They have been noticed and have not

5     submitted any intent to appear here and oppose the relief.

6          THE COURT:  All right.  Very good.  Is there another

7     party that wants --

8          MR. EDWARDS:  Yes.

9          MR. CAINE:  Mr. Edwards.

10         MR. EDWARDS:  Thank you, Your Honor.

11         Your Honor, my name is Rob Edwards.  I'm with the

12    Polsinelli firm in Kansas City on behalf of the three lender

13    trusts that were identified in our notice of intention to

14    attend these hearings, and also their special servicer, KeyBank

15    National Association, who is the successor special servicer to

16    Capmark on his claims.

17         Before I start, Your Honor, I filed a motion to appear

18    pro hac.

19         THE COURT:  That'll be granted.

20         MR. EDWARDS:  Thank you, Your Honor.

21         THE COURT:  If I have not entered it already.

22         MR. EDWARDS:  That's what I wanted to clarify.  And

23    with the Court's permission, I would like to proffer the

24    test -- or offer the proffer of the testimony of Robert Records

25    concerning the issue of the lenders -- lender being the proper

1  party to hold the claim at issue here.  Mr. Records would

2  testify that he is a vice president for special servicing for

3  KeyBank and is responsible for overseeing the servicing of the

4  loan secured by the proxy at issue in this claim on behalf of

5  the lender trust.

6        Mr. Records would testify that he is familiar with the

7  loan file for the loan at issue and with the record keeping

8  system of KeyBank and the prior servicers of the loan to

9  maintain the loan file and that he is familiar with the loan

10 documents relating to this loan and how they were maintained in

11 the regular course of business.

12       Your Honor, the lender trust was the secured lender on

13 the property at issue.  The loan was made in November 27 of

14 1996.  Of course, along with that loan there was assignment of

15 releases of rents, which gave lender the right to receive all

16 the rents loan from the property.

17       After the bankruptcy was filed, lender entered into a

18 deed in lieu agreement with the landlord that is dated August

19 14, 2009, pursuant to which the landlord assigned all rights to

20 their claims in this bankruptcy matter to the lender.  And I

21 have a copy of that agreement should Your Honor wish to review

22 it.

23       THE COURT:  All right.  Now, has Mr. Records filed an

24 affidavit?

25       MR. EDWARDS:  He has not, Your Honor.  He is available

Colloquy                                                                    11

1    by phone if we need him, relying --

2           THE COURT:  I'm just wondering how I can accept a

3    proffer if he's not present in the courtroom.

4           MR. EDWARDS:  Yes.  Relying on the fact that nobody

5    was going to oppose this motion, we thought, after consultation

6    with counsel, that he probably would not need to be here if he

7    was available on phone should Your Honor wish to talk to him,

8    as we don't anticipate any objection, of course.

9           THE COURT:  And I just want to make sure.  If you're

10   trying to make a record, I mean, I can't accept testimony by

11   proffer from a witness that's not actually here, or, at least,

12   on the phone.  I can, obviously, under Rule 9017(c), accept an

13   affidavit on a motion that's uncontested, which is what this

14   would be.  I can do an affidavit, but I can't do a proffer.

15          Do you want to get him on the phone?

16          MR. EDWARDS:  Absolutely, Your Honor, if that is

17   necessary, yes, I --

18          THE COURT:  Okay.  Why don't we take a five-minute

19   recess, and get Mr. Records on the phone, and then we can do

20   the proffer, and that way we'll have done it right?

21          MR. EDWARDS:  Okay.  Thank you, Your Honor.

22          THE COURT:  You're certainly welcome.

23          THE CLERK:  All rise.  Court is now in recess.

24      (Recess from 2:12 p.m. until 2:18 p.m.)

25          THE CLERK:  Court is now in session.  Please be seated

 1  and come to order.

 2          MR. EDWARDS:  Thank you, Your Honor, and I apologize

 3  for the confusion here.  Rather than get Mr. Records on the

 4  phone and have him log through, what I'd propose, Your Honor,

 5  to the extent Your Honor needs something further beyond the

 6  testimony of the Liquidating Trust -- represents they have

 7  been -- and the statement by counsel that they have reviewed

 8  the documents and agree with the conclusion that my client is

 9  the proper holder of the loan -- we would suggest that we do

10  file an affidavit, which we'll do later this week, and Your

11  Honor can either rule subject to that filing or, you know,

12  after reviewing the affidavit.

13          THE COURT:  Yes.  I will allow you to supplement the

14  record with the affidavit.

15          MR. EDWARDS:  Thank you, Your Honor.

16          THE COURT:  All right.  Very good.

17          MR. CAINE:  Does Your Honor have any further questions

18  with respect to that item?

19          THE COURT:  Is the liquidating trustee able to

20  determine from the records of Circuit City that Capmark is the

21  proper holder of the claim and not WEC Appleton?

22          MR. CAINE:  No, Your Honor.  The documents upon which

23  we relied in the proffer that I suggested were provided by

24  Capmark, so the submission --

25          THE COURT:  Okay.  But the affidavit is not --

1          MR. CAINE:  -- of the affidavit --

2          THE COURT:  We'll fix that.

3          MR. CAINE:  We'll fix that.

4          THE COURT:  All right.

5          MR. CAINE:  And if it's acceptable with Your Honor, we

6    can submit an order after the affidavit is submitted.  And if

7    it's not acceptable to you at that time, then we'll push it for

8    the next hearing.

9          THE COURT:  All right.  Well, I think under the rules

10   I have the right, if there's no objection, to rely on an

11   affidavit.  And so I can do that.  That's not problematic.  So

12   I will allow the record to be supplemented in that fashion.

13   Mr. Edwards can give that to me.

14         So at this point, though, I can, based on the proffer

15   of the Trust's evidence, that claim number 9721 will be allowed

16   as a general unsecured claim, and it'll be allowed in the

17   amount of $938,617.92.  And the claim number 12911 will be

18   expunged as duplicative.  And then the determination of the

19   proper holder will be part of the order that you submit, based

20   on the affidavit.

21         MR. CAINE:  Yes.

22         THE COURT:  All right.  Thank you.

23         MR. CAINE:  Very well, Your Honor.

24         THE COURT:  All right.

25         MR. CAINE:  The next item, Your Honor, number 3,

1   involves the location of a Circuit City store in Columbia,

2   Missouri.  There were two claims filed by Capmark, claim 9899

3   and later claim 12152.  The Trust has asked that 9899 be

4   expunged as duplicative of 12152 and that 12152 be reduced to

5   an unsecured claim of 50,000 dollars.

6         Ms. Bradshaw is prepared to testify, Your Honor, that

7   the Trust's records were used by the Trust in order to evaluate

8   the claim, which is for rejection damages, and that based on

9   the Trust's analysis of the potential rejection damages under

10  the statutory formulas that reduction of the claim to 50,000

11  dollars would be a very beneficial result for the Trust.  And,

12  as a result, the Trust asks that that relief be entered.

13        THE COURT:  All right.  Does any party wish to be

14  heard in connection with the Liquidating Trust's motion to

15  expunge claim 12152?  I mean expunge claim 9899 and reduce

16  claim 12152 to 50,000 dollars?

17        All right.  So that motion is granted.  The claim will

18  be allowed.  Claim number 12152 will be allowed as a general

19  unsecured claim in the amount of 50,000 dollars.

20        MR. CAINE:  Thank you, Your Honor.  We will submit an

21  order.

22        THE COURT:  Okay.

23        MR. CAINE:  Item number 4, Your Honor, is the Trust's

24  notice of substantive hearing for claim number 8710, which

25  pertains to the Trust's former -- or the former Circuit City

1  store in Louisville, Kentucky.  The relief requested by the

2  Court (sic) is to expunge the claim.  We had previously

3  announced in August that the landlord had agreed to the

4  expungement, but we have been unable to get counsel to get

5  their client to sign the documents.

6         This is a claim that has no monetary request and has

7  no detail other than to say that it is a claim arising under a

8  lease, and the documentation is voluminous.  So expungement is

9  appropriate, because the claim doesn't really ask for anything

10  in particular.

11         THE COURT:  Does any party wish to be heard in

12  connection with claim number 8710?

13         All right.  There being no party present to object,

14  the Court will grant the motion of the liquidating trustee and

15  expunge claim number 8710.

16         MR. CAINE:  Thank you, Your Honor.  We will submit an

17  order.

18         Your Honor, item number 5 on the agenda with respect

19  to the former Circuit City location in Niles has been resolved.

20  We do have complete settlement documentation, so that one can

21  go off the docket.

22         THE COURT:  Okay.

23         MR. CAINE:  Item number 6 concerns a former Circuit

24  City location in Springfield, Missouri.  Similar to the first

25  item we went through, Your Honor, item number 2, the issue is

1  competing claims between Capmark, as a representative of the

2  lender, and the former landlord, WEC 96 D Springfield 1

3  Investment Trust.

4          The Trust proffers the testimony of Ms. Bradshaw that

5  it has reviewed all of the Circuit City books and records to

6  determine the appropriate amount of the claim, has reconciled

7  that amount with Capmark, and thus has requested that the

8  appropriate amount to be allowed is $892,546.07, as indicated

9  in the notice.

10          From the Trust's review of the documents submitted by

11  Capmark, it appears that Capmark is the appropriate holder of

12  this claim, but Mr. Edwards will speak to you further about

13  that.

14          But in sum, Your Honor, the relief that the Trust

15  requests is to allow the Capmark claim 9724 in the amount of

16  $892,546.07 and expunge the former landlord claim 12572.

17          THE COURT:  All right.  Mr. Edwards?

18          MR. EDWARDS:  Thank you, Your Honor.  And similar to

19  the first claim that we were here today on, I ask Your Honor's

20  permission to supplement the record through affidavit.  It's

21  the same situation.  The secured lender had the loan documents

22  that assigned the rents and these claims to them.

23          THE COURT:  Very good.  So, again, the Court will

24  allow you to supplement the record with the submission of the

25  affidavit.

1          MR. EDWARDS:  Thank you, Your Honor.

2          THE COURT:  For today's purposes, the Court will allow

3   claim number 9724 as a general unsecured claim in the amount of

4   $892,546.07, and claim number 12572 will be expunged as

5   duplicative.  And the Court will make a determination as to the

6   proper order of the claim upon receipt of the affidavit.

7          MR. CAINE:  Thank you, Your Honor.  We will submit

8   that order.

9          Item number 7, Your Honor, concerns the former Circuit

10  City location in Westland, Michigan.  In this situation there

11  is, apparently, a live dispute between the landlord and Capmark

12  over entitlement to the claim.  We have received a request from

13  both the landlord and Capmark to postpone this matter to the

14  January 18th omnibus hearing, because they believe they are

15  close to resolution.  And that seemed like a good solution,

16  rather than taking the Court's time for a live evidentiary

17  hearing.

18         So item 7, Your Honor, we propose be continued until

19  the January omnibus hearing.

20         THE COURT:  All right.  Does any party wish to be

21  heard in connection with continuing that?

22         All right.  Be continued to January 18th.

23         MR. CAINE:  Thank you, Your Honor.  Item number 8

24  concerns the former Circuit City store in West Palm Beach,

25  Florida.  It concerns three claims:  8796, 12765 and 15019.

1        The Trust has asked in its notice that claim numbers

2   8796 and 12765 be expunged as duplicative of the last filed

3   claim, 15019.  The notice also requests that the latter claim,

4   15019, be allowed in the amount of $1,609,285.31.

5        The Trust offers as the testimony of Ms. Bradshaw that

6   the Trust has reviewed the debtors' books and records with

7   respect to each component of the claim, that it has reconciled

8   those records against those submitted in the proof of claim,

9   has discussed the appropriate amount of the claim with Capmark,

10  and the parties have agreed that the claim should be reduced to

11  the amount previously stated, $1,609,285.31.

12       We have also reviewed the documentation submitted by

13  Capmark to demonstrate its entitlement to an ownership of this

14  claim, but Mr. Edwards will have further for you with respect

15  to that proffering.

16       THE COURT:  All right.  Mr. Edwards, do you wish to be

17  heard on this matter?

18       MR. EDWARDS:  Yes.  Thank you, Your Honor.  Similar to

19  the other two, Your Honor, we will propose that we submit an

20  affidavit to supplement the record.  The affidavit will

21  demonstrate that the claims at issue were assigned to the

22  lender trust.

23       THE COURT:  All right.  Very good.  So the Court will

24  allow you to supplement the record through the submission of an

25  affidavit to that effect.

1      MR. EDWARDS:  Thank you, Your Honor.

2      THE COURT:  All right.  And then for today's purposes,

3 the Court will expunge claim number 8796 and 12765.  The Court

4 will allow claim number 15019 as a general unsecured claim in

5 the amount of $1,609,285.31.

6      MR. CAINE:  Thank you, Your Honor.  We'll submit those

7 orders.

8      The last of the substantive hearing items, Your Honor,

9 number 9, concerns the former Circuit City store in Wilkins,

10 Pennsylvania.  Much like item number 7, there is a live dispute

11 between Capmark and the landlord as to entitlement to payment

12 on this claim, and, as with item number 7, we propose to

13 continue hearing on this matter to the January 18th omnibus

14 hearing, as counsel for both parties has told us that they are

15 hopeful of reaching a resolution prior to that time.

16      THE COURT:  All right.  The Court will then adjourn

17 that matter to January 18 as well.

18      MR. CAINE:  Thank you, Your Honor.  What's left, Your

19 Honor, are the agenda items for those claims that have been

20 continued from the last hearing.  Ms. Beran will come up to

21 address those in a moment, but I thought as long as I'm here

22 Ill go ahead and give you my summary of what we have.

23      THE COURT:  All right.

24      MR. CAINE:  Besides, it might take her a minute to get

25 here anyway.

Colloquy                                                           20

 1          THE COURT:  Well, if you feel more comfortable, you

 2   can pull the microphone over and deliver your presentation from

 3   the counsel table.

 4          MS. BERAN:  I appreciate that, Your Honor, but I'd

 5   prefer to stand up.  Thank you.

 6          THE COURT:  Well, I prefer to see how this works.

 7          MR. CAINE:  In sum, Your Honor, as of this past week

 8   the Trust made another distribution of two and a half cents on

 9   every claim, so to date the Trust has distributed forty-five

10   cents to allowed general unsecured claims.

11          THE COURT:  That's fantastic.

12          MR. CAINE:  We're very pleased with that, Your Honor,

13   and look forward to future distributions as well as we continue

14   to have a number of affirmative revenue generating efforts in

15   process.

16          Following today's hearing, based on Your Honor's

17   orders and resolutions that Ms. Beran will announce, there are

18   sixty-two claims left to be resolved.  Of those, thirty-two are

19   the unliquidated Old Republic claims, which we are hoping we

20   will see more progress towards as a result of the January

21   hearing on that motion that we discussed earlier.  At that

22   point we will be asking Old Republic to sit down with us to

23   reach a negotiated resolution of the return of excess

24   collateral based on an actuarial analysis of the twenty-five or

25   so claims left.  And I would anticipate that if they are not

1   receptive to that that we will be back here shortly with an

2   adversary proceeding to speed that along.

3          Of the other claims, of the sixty-two remaining,

4   twenty-five are landlord claims.  Most of them are in the

5   process of resolution, and I am hopeful that by the February

6   omnibus hearing that the vast majority of those will be

7   resolved.

8          We continue to have the two tax claims outstanding:

9   Massachusetts, that we have resolved and we are awaiting

10  administrative approval, and then the State of Virginia, which

11  we continue to try and resolve without having to come back here

12  to dispute it.

13         That is my summary, Your Honor.

14         THE COURT:  Okay.  That only come -- if I add up the

15  thirty-two Old Republic to twenty-five landlord and two tax

16  claims, I don't get sixty-two claims.  What are the other

17  three?

18         MR. CAINE:  Well, there is one that is a small claim

19  under the EEOC for 160,000 dollars.  Or maybe I just added

20  wrong.

21         I'm sorry.  I guess I added wrong.  My apology.  It's

22  only sixty then, right?

23         THE COURT:  Only sixty claims?

24         MR. CAINE:  Yes.

25         THE COURT:  All right.  Very good.

Colloquy                                                      22

1              MR. CAINE:  So that's even better news.

2              THE COURT:  That's, I mean, we just covered two claims

3      right there.  That's excellent.

4              MR. CAINE:  Thank you, Your Honor.

5              THE COURT:  Okay.  We're having a good day, Mr. Caine.

6              MR. CAINE:  We are.

7              THE COURT:  All right.

8              MS. BERAN:  Good afternoon, Your Honor.  For the

9      record, Paula Beran.  Ms. Bradshaw did want me to indicate to

10     Your Honor that, as Your Honor knows, she is an accountant by

11     trade, and she did want to indicate to the Court that Mr. Caine

12     did not ask her or her staff to audit his numbers.

13             Your Honor, in connection with items number 10 through

14     11, as Mr. Caine indicated, they address the two tax

15     obligations, are stand-alone tax claim objections that are

16     outstanding.  We'd respectfully request that they be continued

17     until the January 18th omnibus date.

18             THE COURT:  They'll be continued.

19             MS. BERAN:  Your Honor, that allows us to turn to page

20     21.

21             Your Honor, on the Liquidating Trust's first omnibus

22     objection there is one that is remaining.  We'd respectfully

23     request that it be continued until the February 14th omnibus

24     date.

25             THE COURT:  All right.  That claim will be continued.

1          MS. BERAN:  Thank you, Your Honor.  That allows us to

2    turn to page 49.

3          Your Honor, on this one it's the Liquidating Trust's

4    second omnibus objection.  There are two claims that remain

5    outstanding.  I'm happy to report that both of them have been

6    resolved, but in connection with one it still does need to be

7    documented and consummated, so we'd respectfully request that

8    that one be continued till the February 14th omni.

9          THE COURT:  It'll be continued.

10          MS. BERAN:  Thank you, Your Honor.  That allows us to

11    turn to page 75.

12          THE COURT:  All right.

13          MS. BERAN:  Your Honor, this is the Liquidating

14    Trust's third omnibus objection.  In connection with this, Your

15    Honor, previously the Exhibit B had indicated that it was being

16    continued.  Upon further review and research, we have

17    determined that that claim has actually been expunged.  And the

18    reason why (1) it wasn't being indicated as being continued is

19    in connection with docket number 12303, and that order is the

20    first order regarding Liquidating Trust forty-third omnibus

21    objection, this claim was expunged.

22          So it was subject to two omnibus objections.  We

23    picked up the expungement in one order, like I said, at docket

24    number 12303.  However, it was inadvertently continued on

25    another one.

Colloquy                                                                24

1          Based on the same, Your Honor, this matter may be

2   removed from the Court's docket.  And I'm happy to report that

3   this omnibus objection may be closed out.

4          THE COURT:  All right.  Very good.

5          MS. BERAN:  Your Honor, that allows us to turn to page

6   102.

7          THE COURT:  All right.

8          MS. BERAN:  In connection with item number 15, the

9   Liquidating Trust's fourth omnibus objection, certain of those

10  claims, as indicated in Exhibit B, were subject to today's

11  substantive hearing notices.  In addition, others were

12  resolved, but we still are subject to consummation and

13  documentation, and others we'd respectfully request be

14  continued for other reasons.  Based on the same, Your Honor, as

15  indicated on Exhibit B, we'd respectfully request that all

16  those on Exhibit B, as indicated, be continued until the

17  February 14th omni.

18         THE COURT:  All right.  They'll be continued.

19         MS. BERAN:  Thank you, Your Honor.  That allows us to

20  turn to page 127.

21         As indicated by Mr. Caine, this is the sixth omnibus

22  objection, and this --

23         THE COURT:  These are the Old Republic claims.

24         MS. BERAN:  Yes.  Exactly, Your Honor.  So we'd

25  respectfully request that it be continued for status purposes

1   until the absent subsequent notices of hearing, potentially;

2   that it be continued, our other motions, that they be continued

3   for status purposes until the February 14th omni.

4          THE COURT:  All right.  They'll be continued.

5          MS. BERAN:  Thank you, Your Honor.  That allows us to

6   turn to page 152 --

7          THE COURT:  All right.

8          MS. BERAN:  -- on the agenda.  And that is the

9   Liquidating Trust's eighth omnibus objection.  I'm happy to

10  report that the claims subject to this have been resolved, and

11  that will allow us to close out this omnibus objection.

12         THE COURT:  Excellent.

13         MS. BERAN:  Thank you, Your Honor.  That allows us to

14  turn to page 178.

15         THE COURT:  Okay.

16         MS. BERAN:  And that is the Liquidating Trust's ninth

17  omnibus objection.  I am happy to report that after the filing

18  of this agenda another one has become fully documented and able

19  to be removed, and that is claim number 12275.

20         In addition, Your Honor, as indicated on Exhibit B,

21  certain of them were subject to today's substantive hearing's

22  notices.  Others had been resolved; however, need to be

23  continued for documentation and consummation.

24         Your Honor, that actually is the same for items number

25  18 through 21 on today's agenda, so we respectfully request

Colloquy                                      26

1  that all of the claims identified on Exhibit B for items 18

2  through 21 be continued until the February 14th omni.

3          THE COURT:  Okay.  They'll be continued.

4          MS. BERAN:  Thank you, Your Honor.  That allows us to

5  turn to page 283.

6          THE COURT:  All right.

7          MS. BERAN:  Which is the Liquidating Trust's

8  eighteenth omnibus objection.  Your Honor may recall that this

9  is the omnibus objection dealing with the tax claims from

10  various government entities all across the country.  There

11  still remains one outstanding.  We'd respectfully request that

12  it be continued until the February 14th omni.

13          THE COURT:  That's the Massachusetts one, and you've

14  got a settlement there.  It's just being documented.

15          MS. BERAN:  Yes, Your Honor.

16          THE COURT:  Got it.

17          MS. BERAN:  Well, Your Honor, I believe it's a

18  settlement in concept, but it's not, quote, unquote,

19  "settlement" until the requisite administrative approval, so we

20  are --

21          THE COURT:  That's right.

22          MS. BERAN:  I don't even think we're indicating it as

23  settled.

24          THE COURT:  Right.

25          MS. BERAN:  Thank you, Your Honor.  That allows us,

1    then, to turn to page 306.  This is the Liquidating Trust's

2    twentieth omnibus objection.

3            Your Honor, I'm happy to report since the filing of

4    the agenda claim number 12416 and claim number 13079 have been

5    resolved and fully documented.  Therefore they may be removed.

6            Then we would respectfully request that the other

7    items identified on Exhibit B be continued until the February

8    14th omni.

9            THE COURT:  They'll be continued.

10           MS. BERAN:  Thank you, Your Honor.  That allows us to

11    turn to page 333.  This is the Liquidating Trust's twenty-first

12    omnibus objection.

13            Your Honor, as indicated on Exhibit B, the Trust is

14    going to be withdrawing its objection to one claim.  In

15    connection with that it's very small dollar amounts, and it's

16    more cost efficient to just withdraw than to pursue that

17    objection.

18            Similarly, Your Honor, as indicated on Exhibit B,

19    there are certain that have been resolved and can be removed.

20    There's others that are resolved, and we'd respectfully request

21    that they be continued, and others we'd request that they be

22    continued otherwise until the February 14th omni.

23            THE COURT:  Okay.  You're withdrawing the 1404 (sic)

24    Marple XYZ Associates.

25            MS. BERAN:  I apologize, Your Honor.  I believe

Colloquy                                                                28

1    that's -- let me just make sure.  Yes, Your Honor.  Claim

2    number 14047.

3              THE COURT:  Got it.  Okay.  All right.

4              MS. BERAN:  Thank you, Your Honor.  Your Honor, that

5    allows us to turn to page 360.  This is the Liquidating Trust's

6    twenty-third omnibus objection.

7              Your Honor, similarly, these are some of the Old

8    Republic claims.  We'd respectfully request that, as identified

9    on Exhibit B, that they be continued until the February 14th

10   omni.

11             THE COURT:  They'll be continued.  Now, why are we

12   continuing them out to February 14 when we've got the January

13   date to deal with Old Republic?

14             MS. BERAN:  Well, Your Honor, these we were just

15   continuing out with the hopes that there could be a consensual

16   resolution of some sort or some narrowing of the issues, and

17   we're continuing out all of these -- the omnibus

18   objections -- to the February date, and we were only doing the

19   tax ones, with hopes that we could remove the one in January.

20             THE COURT:  Okay.

21             MS. BERAN:  Your Honor, that -- the continuing that

22   one, the Liquidating Trust's twenty-third omnibus

23   objection -- that allows us to turn to page 384.

24             THE COURT:  All right.

25             MS. BERAN:  And that is the Liquidating Trust's

1  twenty-eighth omnibus objection.  Your Honor, in connection

2  with items number 26 through number 30 on today's agenda, as

3  indicated on Exhibit B, some are subject to substantive

4  hearing.  Others have been resolved and may be removed from the

5  Court's docket.

6         In addition, there are still others that have been

7  resolved, but we'd respectfully request that they be continued

8  until the February 14th omnibus, and certain we'd request that

9  they be continued as well until the February 14th omni, as

10 indicated on Exhibit B.

11        THE COURT:  All right.  They'll be continued.

12        MS. BERAN:  Thank you, Your Honor.  That allows us to

13 turn to page 501.

14        Your Honor, this is item number 31.  It is the

15 Liquidating Trust's forty-second omnibus objection.  First and

16 foremost, Your Honor, I would like to note an error that

17 appears on Exhibit B as it relates to the claim number.  There

18 is a claim number that three digits were inadvertently deleted.

19 Specifically, on the chart it says that the claim number is 0,

20 and that is the claim of Berkadia Commercial Mortgage.  In

21 essence, Your Honor, that is actually claim 9450.  945 was

22 inadvertently deleted.

23        In addition, Your Honor, I am happy to report claim

24 number 12159 was marked as settled but continued.  It is now

25 settled, and there has been appropriate documentation and

1    consummation.  So that item may be removed from the Court's

2    docket.

3              THE COURT:  All right.

4              MS. BERAN:  In addition, there are other claims, as

5    identified on Exhibit B, that were subject to today's

6    substantive hearing notifications.  There are others that have

7    been settled and may be removed.  And yet there are others that

8    are settled, and we respectfully request that they be continued

9    for documentation and consummation.  And yet there are still

10   others, as identified in Exhibit B, that we'd respectfully

11   request they be continued until the February 14th omni.

12             THE COURT:  All right.  They'll be continued.

13             MS. BERAN:  Thank you, Your Honor.  That allows us to

14   turn to page 524.

15             Your Honor, that's the Liquidating Trust's forty-third

16   omnibus objection.  As indicated on Exhibit B, there are

17   certain of those that were subject to today's substantive

18   hearing notices.  There are others that have been resolved, but

19   we'd respectfully request that they be continued for

20   documentation and consummation to the February 14th omnibus

21   date.

22             THE COURT:  All right.  They'll be continued.

23             MS. BERAN:  Thank you, Your Honor.  And that allows us

24   to turn to page 547, which is the last item on today's agenda,

25   item number 33, the Liquidating Trust's sixty-fourth omnibus

1    objection.

2          I am happy to report, since the filing of this agenda,

3    that claim number 12013 and claim number 13079 have been

4    resolved, and they actually have been signed.  Documentation

5    and consummation has begun, so -- such that, Your Honor, they

6    may be removed from the docket.

7          In addition, as indicated on Exhibit B, there are

8    others that were subject to today's substantive hearing

9    notices.  Others, as identified on Exhibit B, have been

10   resolved and may be removed, yet others are resolved but we'd

11   request that they be continued for documentation and

12   consummation.  And yet there are still a couple of others that

13   we'd respectfully request be continued till the February 14th

14   omni.

15         THE COURT:  All right.  They'll be continued.

16         MS. BERAN:  Thank you, Your Honor.  Your Honor, that

17   does conclude all items on the agenda as filed today.

18         THE COURT:  All right.  So was this a game of horse

19   with your daughter or what happened?

20         MS. BERAN:  I'd like to say I dumped on both of my

21   children and they got angry, but that wouldn't be an accurate

22   representation to the Court.

23         THE COURT:  Well, I hope that you're going to be a

24   quick recovery.

25         MS. BERAN:  Thank you, Your Honor.

1          THE COURT:  All right.  Thank you, all.

2          THE CLERK:  All rise.  Court is now adjourned.

3      (Whereupon these proceedings were concluded at 2:49 PM)

1                       I N D E X

2

3    RULINGS:                                 PAGE    LINE

4    Motion of Mr. Robert Edwards to appear      9      19
     pro hac vice is granted
5

6    Liquidating Trust's fifteenth and          13      17
     forty-third omnibus objections to
     claim numbers 9721 and 12911 are granted;
7    9721 will be allowed as a general unsecured
     claim in the amount of $938,617.92 and
8    12911 will be expunged.

9    Liquidating Trust's fifteenth and          14      17
     fourth omnibus objections to expunge
10   claim 9899 and reduce claim 12152 to
     50,000 dollars are granted
11

12   Liquidating Trust's twenty-eighth          15      14
     omnibus objection to expunge claim
     number 8710 is granted
13

14   Liquidating Trust's ninth and             17       3
     forty-third omnibus objections to
15   claims will allow claim 9724 and claim
     12572 will be expunged

16   Liquidating Trust's fifteenth,            19       3
     forty-third, and sixty-fourth omnibus
17   objections to claims are granted.
     Claims 8796 and 12765 will be expunged
18   and claim 15019 will be allowed

19

20

21

22

23

24

25

1                        C E R T I F I C A T I O N

2

3           I, Hana Copperman, the court approved transcriber, do

4     hereby certify the foregoing is a true and correct transcript

5     from the official electronic sound recording of the proceedings

6     in the above-entitled matter.

7

8     *Hana Copperman*

9                                          January 9, 2017

10    _____    _____

11    HANA COPPERMAN                        DATE

12    AAERT Certified Electronic Transcriber CET**D-487

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 08-35653-KRH    Doc 13989    Filed 01/09/17    Entered 01/09/17 15:59:15    Desc
Main Document    Page 35 of 40

CIRCUIT CITY STORES, INC., et al.
Case No. 08-35653-KRH

December 14, 2016

## $

**$1,609,285.31 (3)**
18:4,11;19:5
**$892,546.07 (3)**
16:8,16;17:4
**$938,617.92 (3)**
7:25;8:12;13:17

## A

**able (3)**
6:24;12:19;25:18
**absent (1)**
25:1
**Absolutely (1)**
11:16
**accept (3)**
11:2,10,12
**acceptable (2)**
13:5,7
**accountant (1)**
22:10
**accurate (1)**
31:21
**across (1)**
26:10
**actually (5)**
11:11;23:17;
25:24;29:21;31:4
**actuarial (1)**
20:24
**add (1)**
21:14
**added (2)**
21:19,21
**addition (6)**
24:11;25:20;29:6,
23;30:4;31:7
**address (2)**
19:21;22:14
**addresses (1)**
6:24
**adjourn (1)**
19:16
**adjourned (1)**
32:2
**administrative (2)**
21:10;26:19
**adversary (1)**
21:2
**affidavit (17)**
10:24;11:13,14;
12:10,12,14,25;13:1,
6,11,20;16:20,25;
17:6;18:20,20,25
**affirmative (1)**
20:14
**afternoon (3)**
6:4,5;22:8
**again (1)**
16:23

**against (1)**
18:8
**agenda (13)**
6:3,17;7:11;15:18;
19:19;25:8,18,25;
27:4;29:2;30:24;
31:2,17
**ago (1)**
7:1
**agree (1)**
12:8
**agreed (2)**
15:3;18:10
**agreement (5)**
7:18;8:5,7;10:18,
21
**agrees (1)**
8:13
**ahead (1)**
19:22
**allow (9)**
8:5;12:13;13:12;
16:15,24;17:2;
18:24;19:4;25:11
**allowance (1)**
8:6
**allowed (9)**
7:24;8:21;13:15,
16;14:18,18;16:8;
18:4;20:10
**allows (15)**
22:19;23:1,10;
24:5,19;25:5,13;
26:4,25;27:10;28:5,
23;29:12;30:13,23
**along (2)**
10:14;21:2
**amended (1)**
6:22
**amount (15)**
7:24;8:11,11,13;
13:17;14:19;16:6,7,
8,15;17:3;18:4,9,11;
19:5
**amounts (1)**
27:15
**analysis (2)**
14:9;20:24
**Andrew (1)**
6:5
**angry (1)**
31:21
**Ann (1)**
6:8
**announce (1)**
20:17
**announced (2)**
8:1;15:3
**anticipate (2)**
11:8;20:25
**apologize (2)**
12:2;27:25
**apology (1)**

**21:21**
**apparently (1)**
17:11
**appear (2)**
9:5,17
**appears (2)**
16:11;29:17
**Appleton (4)**
7:21;8:25;9:1;
12:21
**appreciate (1)**
20:4
**appropriate (6)**
15:9;16:6,8,11;
18:9;29:25
**approval (2)**
21:10;26:19
**arising (1)**
15:7
**assigned (3)**
10:19;16:22;18:21
**assignment (1)**
10:14
**Associates (1)**
27:24
**Association (1)**
9:15
**assurance (1)**
8:3
**attend (1)**
9:14
**audit (1)**
22:12
**August (3)**
8:2;10:18;15:3
**available (2)**
10:25;11:7
**awaiting (1)**
21:9

## B

**back (2)**
21:1,11
**bag (1)**
6:11
**bankruptcy (2)**
10:17,20
**based (7)**
13:14,19;14:8;
20:16,24;24:1,14
**basketball (1)**
6:13
**Beach (1)**
17:24
**become (1)**
25:18
**begun (1)**
31:5
**behalf (3)**
8:22;9:12;10:4
**beneficial (1)**
14:11

**Beran (37)**
6:8;19:20;20:4,17;
22:8,9,19;23:1,10,
13;24:5,8,19,24;
25:5,8,13,16;26:4,7,
15,17,22,25;27:10,
25;28:4,14,21,25;
29:12;30:4,13,23;
31:16,20,25
**Berkadia (1)**
29:20
**Besides (1)**
19:24
**better (1)**
22:1
**beyond (1)**
12:5
**books (2)**
16:5;18:6
**both (4)**
17:13;19:14;23:5;
31:20
**Bradshaw (6)**
6:8;8:14;14:6;
16:4;18:5;22:9
**Bradshaw's (1)**
8:10
**business (2)**
8:17;10:11

## C

**Caine (40)**
6:4,5,5,11,13,16;
7:7,9,14;9:1,4,9;
12:17,22;13:1,3,5,
21,23,25;14:20,23;
15:16,23;17:7,23;
19:6,18,24;20:7,12;
21:18,24;22:1,4,5,6,
11,14;24:21
**can (12)**
11:2,12,14,19;
12:11;13:6,11,13,14;
15:20;20:2;27:19
**Capmark (20)**
7:16,24;8:13,19,
20,23;9:16;12:20,24;
14:2;16:1,7,11,11,
15;17:11,13;18:9,13;
19:11
**carry (2)**
6:10,11
**cents (2)**
20:8,10
**certain (6)**
7:11;24:9;25:21;
27:19;29:8;30:17
**certainly (2)**
7:5;11:22
**chart (1)**
29:19
**children (1)**

**31:21**
**Circuit (13)**
6:2,6;7:21;8:15;
12:20;14:1,25;15:19,
23;16:5;17:9,24;
19:9
**City (14)**
6:2,6;7:21;8:15;
9:12;12:20;14:1,25;
15:19,24;16:5;17:10,
24;19:9
**claim (70)**
7:23,24;8:4,11,21;
10:1,4;12:21;13:15,
16,17;14:2,3,5,8,10,
15,15,16,17,18,19,
24:15:2,6,7,9,12,15;
16:6,12,15,16,19;
17:3,3,4,6,12;18:1,3,
3,7,8,9,10,14;19:3,4,
4,12;20:9;21:18;
22:15,25;23:17,21;
25:19;27:4,4,14;
28:1;29:17,18,19,20,
21,23;31:3,3
**claimant (1)**
8:4
**claimants (1)**
6:25
**claims (30)**
7:11,15,22;9:16;
10:20;14:2;16:1,22;
17:25;18:21;19:19;
20:10,18,19,25;21:3,
4,8,16,16,23;22:2;
23:4;24:10,23;
25:10;26:1,9;28:8;
30:4
**clarify (1)**
9:22
**CLERK (5)**
6:1,2;11:23,25;
32:2
**client (2)**
12:8;15:5
**close (2)**
17:15;25:11
**closed (1)**
24:3
**cocounsel (1)**
20:24
**collateral (1)**
20:24
**Columbia (1)**
14:1
**comfortable (1)**
20:1
**Commercial (1)**
29:20
**compel (1)**
6:18
**competing (1)**
16:1

Case 08-35653-KRH   Doc 13989   Filed 01/09/17   Entered 01/09/17 15:59:15   Desc
Main Document   Page 36 of 40

CIRCUIT CITY STORES, INC., et al.
Case No. 08-35653-KRH                                                    December 14, 2016

**complete (1)**
15:20
**component (1)**
18:7
**concept (1)**
26:18
**concerning (1)**
9:25
**concerns (5)**
15:23;17:9,24,25;
19:9
**conclude (1)**
31:17
**concluded (1)**
32:3
**conclusion (1)**
12:8
**confusion (1)**
12:3
**connection (10)**
14:14;15:12;
17:21;22:13;23:6,14,
19;24:8;27:15;29:1
**consensual (1)**
28:15
**consultation (1)**
11:5
**consummated (1)**
23:7
**consummation (7)**
24:12;25:23;30:1,
9,20;31:5,12
**continue (5)**
7:3;19:13;20:13;
21:8,11
**continued (41)**
17:18,22;19:20;
22:16,18,23,25;23:8,
9,16,18,24;24:14,16,
18,25;25:2,2,4,23;
26:2,3,12;27:7,9,21,
22;28:9,11;29:7,9,
11,24;30:8,11,12,19,
22;31:11,13,15
**continuing (5)**
17:21;28:12,15,17,
21
**copy (1)**
10:21
**cost (1)**
27:16
**counsel (9)**
6:7,24;7:16;8:7;
11:6;12:7;15:4;
19:14;20:3
**country (1)**
26:10
**couple (1)**
31:12
**course (3)**
10:11,14;11:8
**COURT (96)**
6:4,10,12,15,24,

25;7:5,8,13;8:24;9:3,
6,19,21;10:23;11:2,
9,18,22,23,25;12:13,
16,19,25;13:2,4,9,22,
24;14:13,22;15:2,11,
14,22;16:17,23,23;
17:2,2,5,20;18:16,
23,23;19:2,3,3,16,16,
23;20:1,6,11;21:14,
23,25;22:2,5,7,11,18,
25;23:9,12;24:4,7,
18,23;25:4,7,12,15;
26:3,6,13,16,21,24;
27:9,23;28:3,11,20,
24;29:11;30:3,12,22;
31:15,18,22,23;32:1,
2
**courtroom (1)**
11:3
**Court's (5)**
9:23;17:16;24:2;
29:5;30:1
**coverage (1)**
6:21
**covered (1)**
22:2
**crutch (1)**
6:13

**D**

**damages (2)**
14:8,9
**date (6)**
20:9;22:17,24;
28:13,18;30:21
**dated (1)**
10:18
**daughter (1)**
31:19
**day (1)**
22:5
**deal (1)**
28:13
**dealing (1)**
26:9
**debtors' (1)**
18:6
**deed (1)**
10:18
**deleted (1)**
29:18,22
**deliver (1)**
20:2
**demonstrate (2)**
18:13,21
**detail (2)**
8:22;15:7
**determination (2)**
13:18;17:5
**determine (2)**
12:20;16:6
**determined (1)**

23:17
**difficulty (1)**
8:6
**digits (1)**
29:18
**discussed (2)**
18:9;20:21
**dispute (3)**
17:11;19:10;21:12
**disputes (1)**
6:20
**distributed (1)**
20:9
**distribution (1)**
20:8
**distributions (1)**
20:13
**docket (7)**
15:21;23:19,23;
24:2;29:5;30:2;31:6
**documentation (10)**
15:8,20;18:12;
24:13;25:23;29:25;
30:9,20;31:4,11
**documented (4)**
23:7;25:18;26:14;
27:5
**documents (7)**
8:19;10:10;12:8,
22;15:5;16:10,21
**dollar (1)**
27:15
**dollars (5)**
14:5,11,16,19;
21:19
**done (1)**
11:20
**down (1)**
20:22
**dumped (1)**
31:20
**duplicative (4)**
13:18;14:4;17:5;
18:2

**E**

**earlier (1)**
20:21
**Edwards (22)**
8:22;9:8,9,10,11,
20,22;10:25;11:4,16,
21;12:2,15;13:13;
16:12,17,18;17:1;
18:14,16,18;19:1
**EEOC (1)**
21:19
**effect (1)**
18:25
**efficient (1)**
27:16
**effort (1)**
7:1

**efforts (1)**
20:14
**eighteenth (1)**
26:8
**eighth (1)**
25:9
**either (1)**
12:11
**electronic (1)**
8:15
**enforcement (1)**
6:18
**enter (2)**
8:4,15
**entered (3)**
9:21;10:17;14:12
**entities (1)**
26:10
**entitled (1)**
8:20
**entitlement (3)**
17:12;18:13;19:11
**entity (1)**
8:24
**error (1)**
29:16
**essence (1)**
29:21
**evaluate (1)**
14:7
**even (2)**
22:1;26:22
**everybody (1)**
7:1
**evidence (2)**
7:17;13:15
**evidentiary (1)**
17:16
**Exactly (1)**
24:24
**excellent (2)**
22:3;25:12
**exception (1)**
8:17
**excess (2)**
6:21;20:23
**Exhibit (18)**
23:15;24:10,15,
16;25:20;26:1;27:7,
13,18;28:9;29:3,10,
17;30:5,10,16;31:7,9
**expect (1)**
7:14
**expunge (6)**
14:15,15;15:2,15;
16:16;19:3
**expunged (6)**
13:18;14:4;17:4;
18:2;23:17,21
**expungement (4)**
8:5;15:4,8;23:23
**extent (1)**
12:5

**F**

**facilitate (1)**
6:20
**fact (1)**
11:4
**familiar (2)**
10:6,9
**fantastic (1)**
20:11
**fashion (1)**
13:12
**February (17)**
21:5;22:23;23:8;
24:17;25:3;26:2,12;
27:7,22;28:9,12,18;
29:8,9;30:11,20;
31:13
**feel (1)**
20:1
**few (1)**
7:9
**file (3)**
10:7,9;12:10
**filed (7)**
6:25;9:17;10:17,
23;14:2;18:2;31:17
**filing (4)**
12:11;25:17;27:3;
31:2
**fine (1)**
7:13
**firm (1)**
9:12
**first (6)**
6:17;15:24;16:19;
22:21;23:20;29:15
**five-minute (1)**
11:18
**fix (2)**
13:2,3
**Florida (1)**
17:25
**Following (1)**
20:16
**foremost (1)**
29:16
**form (1)**
8:16
**former (11)**
7:21;8:21;14:25,
25;15:19,23;16:2,16;
17:9,24;19:9
**formulas (1)**
14:10
**forty-five (1)**
20:9
**forty-second (1)**
29:15
**forty-third (2)**
23:20;30:15
**forward (1)**

Case 08-35653-KRH    Doc 13989    Filed 01/09/17    Entered 01/09/17 15:59:15    Desc
Main Document    Page 37 of 40

CIRCUIT CITY STORES, INC., et al.
Case No. 08-35653-KRH

December 14, 2016

20:13
**fourth (1)**
    24:9
**fully (2)**
    25:18;27:5
**further (6)**
    8:22;12:5,17;
    16:12;18:14;23:16
**future (1)**
    20:13

## G

**game (1)**
    31:18
**gather (1)**
    8:15
**gave (1)**
    10:15
**general (5)**
    13:16;14:18;17:3;
    19:4;20:10
**generating (1)**
    20:14
**Good (12)**
    6:4,5;9:3,6;12:16;
    16:23;17:15;18:23;
    21:25;22:5,8;24:4
**government (1)**
    26:10
**grant (1)**
    15:14
**granted (2)**
    9:19;14:17
**guess (1)**
    21:21

## H

**hac (1)**
    9:18
**half (1)**
    20:8
**happened (1)**
    31:19
**happy (7)**
    23:5;24:2;25:9,17;
    27:3;29:23;31:2
**heard (4)**
    14:14;15:11;
    17:21;18:17
**hearing (25)**
    6:19,23,23;7:3,4;
    8:2,8;13:8;14:24;
    17:14,17,19;19:8,13,
    14,20;20:16,21;21:6;
    24:11;25:1;29:4;
    30:6,18;31:8
**hearings (2)**
    7:10;9:14
**hearing's (1)**
    25:21
**hearsay (1)**

8:17
**hobbled (1)**
    6:7
**hold (2)**
    8:7;10:1
**holder (4)**
    12:9,21;13:19;
    16:11
**Honor (102)**
    6:5,16;7:7,10,20,
    23;8:1,9;9:10,11,17,
    20;10:12,21,25;11:7,
    16,21;12:2,4,5,11,15,
    17,22;13:5,23,25;
    14:6,20,23;15:16,18,
    25;16:14,18;17:1,7,
    9,18,23;18:18,19;
    19:1,6,8,18,19;20:4,
    7,12;21:13;22:4,8,
    10,10,13,19,21;23:1,
    3,10,13,15;24:1,5,14,
    19,24;25:5,13,20,24;
    26:4,8,15,17,25;
    27:3,10,13,18,25;
    28:1,4,4,7,14,21;
    29:1,12,14,16,21,23;
    30:13,15,23;31:5,16,
    16,25
**Honor's (2)**
    16:19;20:16
**hope (1)**
    31:23
**hopeful (2)**
    19:15;21:5
**hopes (2)**
    28:15,19
**hoping (1)**
    20:19
**horse (1)**
    31:18

## I

**identified (7)**
    9:13;26:1;27:7;
    28:8;30:5,10;31:9
**Ill (1)**
    19:22
**inadvertently (3)**
    23:24;29:18,22
**Inc (1)**
    6:7
**Incorporated (1)**
    6:2
**indicate (2)**
    22:9,11
**indicated (15)**
    16:8;22:14;23:15,
    18;24:10,15,16,21;
    25:20;27:13,18;29:3,
    10;30:16;31:7
**indicating (1)**
    26:22

**injunction (1)**
    6:18
**insurance (1)**
    6:21
**intent (1)**
    9:5
**intention (1)**
    9:13
**into (3)**
    8:4,15;10:17
**Investment (2)**
    9:1;16:3
**involved (1)**
    7:22
**involves (1)**
    14:1
**issue (7)**
    9:25;10:1,4,7,13;
    15:25;18:21
**issues (1)**
    28:16
**Item (18)**
    7:20;12:18;13:25;
    14:23;15:18,23,25,
    25;17:9,18,23;19:10,
    12;24:8;29:14;30:1,
    24,25
**items (10)**
    6:2;7:9;9:8,19;
    22:13;25:24;26:1;
    27:7;29:2;31:17

## J

**January (12)**
    6:23;7:4,6;17:14,
    19,22;19:13,17;
    20:20;22:17;28:12,
    19
**Jones (1)**
    6:6

## K

**Kansas (1)**
    9:12
**Katie (1)**
    6:8
**keeping (1)**
    10:7
**Kentucky (1)**
    15:1
**KeyBank (3)**
    9:14;10:3,8
**knows (1)**
    22:10

## L

**landlord (12)**
    7:11;8:21;10:18,
    19;15:3;16:2,16;
    17:11,13;19:11;21:4,

15
**landlord's (1)**
    8:3
**last (5)**
    8:1;18:2;19:8,20;
    30:24
**later (2)**
    12:10;14:3
**latter (1)**
    18:3
**lease (1)**
    15:8
**least (1)**
    11:11
**left (3)**
    19:18;20:18,25
**lender (11)**
    9:12,25;10:5,12,
    12,15,17,20;16:2,21;
    18:22
**lenders (1)**
    9:25
**lieu (1)**
    10:18
**Liquidating (21)**
    6:7;12:6,19;14:14;
    15:14;22:21;23:3,13,
    20;24:9;25:9,16;
    26:7;27:1,11;28:5,
    22,25;29:15;30:15,
    25
**litigation (1)**
    6:25
**live (3)**
    17:11,16;19:10
**loan (12)**
    10:4,7,7,8,9,9,10,
    13,14,16;12:9;16:21
**located (1)**
    7:21
**location (4)**
    14:1;15:19,24;
    17:10
**log (1)**
    12:4
**long (1)**
    19:21
**look (1)**
    20:13
**Louisville (1)**
    15:1

## M

**maintain (1)**
    10:9
**maintained (1)**
    10:10
**majority (2)**
    7:16;21:6
**marked (1)**
    29:24
**Marple (1)**

15
**Massachusetts (2)**
    21:9;26:13
**matches (1)**
    6:13
**matter (8)**
    8:2,13;10:20;
    17:13;18:17;19:13,
    17;24:1
**matters (1)**
    6:17
**may (9)**
    24:1,3;26:8;27:5;
    29:4;30:1,7;31:6,10
**maybe (1)**
    21:19
**mean (3)**
    11:10;14:15;22:2
**mentioned (1)**
    6:19
**Michigan (1)**
    17:10
**microphone (1)**
    20:2
**might (1)**
    19:24
**minute (1)**
    19:24
**Missouri (2)**
    14:2;15:24
**moment (1)**
    19:21
**monetary (1)**
    15:6
**more (3)**
    20:1,20;27:16
**Mortgage (1)**
    29:20
**Most (1)**
    21:4
**motion (10)**
    6:17,18;7:3;9:17;
    11:5,13;14:14,17;
    15:14;20:21
**motions (1)**
    25:2
**Much (1)**
    19:10

## N

**name (1)**
    9:11
**narrowing (1)**
    28:16
**National (1)**
    9:15
**necessary (3)**
    8:10,14;11:17
**need (4)**
    11:1,6;23:6;25:22
**needs (1)**
    12:5

**negotiated (1)**
20:23
**news (1)**
22:1
**next (3)**
7:9;13:8,25
**Niles (1)**
15:19
**nine (1)**
6:25
**ninth (1)**
25:16
**nobody (1)**
11:4
**note (1)**
29:16
**notice (8)**
6:22;7:2,23;9:13;
14:24;16:9;18:1,3
**noticed (2)**
8:8;9:4
**notices (6)**
7:19;24:11;25:1,
22;30:18;31:9
**notifications (1)**
30:6
**notify (1)**
7:1
**November (1)**
10:13
**number (43)**
6:16;7:20,22;
13:15,17,25;14:18,
23,24;15:12,15,18,
23,25;17:3,4,9,23;
19:3,4,9,10,12;
20:14;22:13;23:19,
24;24:8;25:19,24;
27:4,4;28:2;29:2,2,
14,17,18,19,24;
30:25;31:3,3
**numbers (2)**
18:1;22:12

**O**

**object (1)**
15:13
**objection (24)**
11:8;13:10;22:22;
23:4,14,21;24:3,9,
22;25:9,11,17;26:8,
9;27:2,12,14,17;
28:6,23;29:1,15;
30:16;31:1
**objections (3)**
22:15;23:22;28:18
**obligations (1)**
22:15
**obtain (1)**
6:24
**obviously (1)**
11:12

**October (2)**
6:19;8:2
**off (1)**
15:21
**offer (2)**
8:22;9:24
**offers (1)**
18:5
**Old (7)**
6:21;20:19,22;
21:15;24:23;28:7,13
**omni (11)**
23:8;24:17;25:3;
26:2,12;27:8,22;
28:10;29:9;30:11;
31:14
**omnibus (33)**
6:19,23;7:4;17:14,
19;19:13;21:6;
22:17,21,23;23:4,14,
20,22;24:3,9,21;
25:9,11,17;26:8,9;
27:2,12;28:6,17,22;
29:1,8,15;30:16,20,
25
**one (14)**
15:20;21:18;
22:22;23:3,6,8,23,
25;25:18;26:11,13;
27:14;28:19,22
**ones (1)**
28:19
**only (4)**
21:14,22,23;28:18
**oppose (2)**
9:5;11:5
**opposed (1)**
8:21
**opposition (1)**
7:15
**order (14)**
6:1;7:11;8:7;12:1;
13:6,19;14:7,21;
15:17;17:6,8;23:19,
20,23
**orders (2)**
19:7;20:17
**others (15)**
24:11,13;25:22;
27:20,21;29:4,6;
30:6,7,10,18;31:8,9,
10,12
**otherwise (2)**
7:12;27:22
**out (6)**
6:22;24:3;25:11;
28:12,15,17
**outstanding (5)**
6:20;21:8;22:16;
23:5;26:11
**over (2)**
17:12;20:2
**overseeing (1)**

10:3
**ownership (1)**
18:13

**P**

**Pachulski (1)**
6:6
**pad (1)**
6:13
**page (15)**
22:19;23:2,11;
24:5,20;25:6,14;
26:5;27:1,11;28:5,
23;29:13;30:14,24
**Palm (1)**
17:24
**part (1)**
13:19
**particular (1)**
15:10
**parties (2)**
18:10;19:14
**party (7)**
8:20;9:7;10:1;
14:13;15:11,13;
17:20
**past (1)**
20:7
**Paula (1)**
22:9
**payment (1)**
19:11
**Pennsylvania (1)**
19:10
**permission (2)**
9:23;16:20
**pertains (1)**
14:25
**phone (6)**
11:1,7,12,15,19;
12:4
**picked (1)**
23:23
**Pietrantoni (1)**
6:9
**plan (1)**
6:18
**Please (2)**
6:1;11:25
**pleased (1)**
20:12
**pm (3)**
11:24,24;32:3
**point (2)**
13:14;20:22
**Polsinelli (1)**
9:12
**possibly (1)**
7:2
**postpone (2)**
6:23;17:13
**potential (1)**

14:9
**potentially (1)**
25:1
**prefer (2)**
20:5,6
**prepared (2)**
8:9;14:6
**present (2)**
11:3;15:13
**presentation (1)**
20:2
**president (1)**
10:2
**previously (3)**
15:2;18:11;23:15
**prior (2)**
10:8;19:15
**pro (1)**
9:18
**probably (1)**
11:6
**problematic (1)**
13:11
**proceeding (1)**
21:2
**proceedings (1)**
32:3
**process (3)**
8:14;20:15;21:5
**proffer (9)**
8:18;9:23,24;11:3,
11,14,20;12:23;
13:14
**proffering (1)**
18:15
**proffers (2)**
7:17;16:4
**progress (1)**
20:20
**proof (1)**
18:8
**proper (7)**
8:11,20;9:25;12:9,
21;13:19;17:6
**property (2)**
10:13,16
**propose (4)**
12:4;17:18;18:19;
19:12
**proposed (1)**
6:3
**prove (1)**
8:9
**provided (1)**
12:23
**proxy (1)**
10:4
**pull (1)**
20:2
**purpose (1)**
8:16
**purposes (4)**
17:2;19:2;24:25;

25:3
**pursuant (1)**
10:19
**pursue (1)**
27:16
**push (1)**
13:7

**Q**

**quick (1)**
31:24
**quote (1)**
26:18

**R**

**Rather (1)**
12:3;17:16
**reach (1)**
20:23
**reaching (1)**
19:15
**really (1)**
15:9
**reason (1)**
23:18
**reasonable (1)**
7:5
**reasons (1)**
24:14
**recall (1)**
26:8
**receipt (1)**
17:6
**receive (1)**
10:15
**received (2)**
8:3;17:12
**receptive (1)**
21:1
**recess (3)**
11:19,23,24
**reconciled (4)**
8:11,12;16:6;18:7
**record (9)**
10:7;11:10;12:14;
13:12;16:20,24;
18:20,24;22:9
**records (12)**
8:16;9:24;10:1,6,
23;11:19;12:3,20;
14:7;16:5;18:6,8
**recovery (1)**
31:24
**reduce (1)**
14:15
**reduced (2)**
14:4;18:10
**reduction (1)**
14:10
**regarding (2)**
6:21;23:20

CIRCUIT CITY STORES, INC.
Case No. 08-35653-KRH

December 14, 2016

**regular (1)**
  10:11
**rejection (2)**
  14:8,9
**relates (1)**
  29:17
**relating (1)**
  10:10
**releases (1)**
  10:15
**relied (1)**
  12:23
**relief (5)**
  7:18;9:5;14:12;
  15:1;16:14
**rely (1)**
  13:10
**relying (2)**
  11:1,4
**remain (1)**
  23:4
**remaining (2)**
  21:3;22:22
**remains (1)**
  26:11
**remove (1)**
  28:19
**removed (9)**
  24:2;25:19;27:5,
  19;29:4;30:1,7;31:6,
  10
**rents (3)**
  10:15,16;16:22
**report (7)**
  23:5;24:2;25:10,
  17;27:3;29:23;31:2
**representation (1)**
  31:22
**representative (1)**
  16:1
**represents (1)**
  12:6
**Republic (7)**
  6:21;20:19,22;
  21:15;24:23;28:8,13
**request (22)**
  8:12;15:6;17:12;
  22:16,23;23:7;24:13,
  15,25;25:25;26:11;
  27:6,20,21;28:8;
  29:7,8;30:8,11,19;
  31:11,13
**requested (3)**
  7:22;15:1;16:7
**requests (2)**
  16:15;18:3
**requisite (1)**
  26:19
**research (1)**
  23:16
**resolution (6)**
  6:20;17:15;19:15;
  20:23;21:5;28:16

**resolutions (1)**
  20:17
**resolve (1)**
  21:11
**resolved (18)**
  8:3;15:19;20:18;
  21:7,9;23:6;24:12;
  25:10,22;27:5,19,20;
  29:4,7;30:18;31:4,
  10,10
**respect (8)**
  7:10,15,15,20;
  12:18;15:18;18:7,14
**respectfully (16)**
  22:16,22;23:7;
  24:13,15,25;25:25;
  26:11;27:6,20;28:8;
  29:7;30:8,10,19;
  31:13
**responsible (1)**
  10:3
**result (3)**
  14:11,12;20:20
**return (1)**
  20:23
**revenue (1)**
  20:14
**review (3)**
  10:21;16:10;23:16
**reviewed (5)**
  8:19;12:7;16:5;
  18:6,12
**reviewing (1)**
  12:12
**right (47)**
  6:15;7:8;8:25;9:6;
  10:15,23;11:20;
  12:16;13:4,9,10,22,
  24;14:13,17;15:13;
  16:17;17:20,22;
  18:16,23;19:2,16,23;
  21:22,25;22:3,7,25;
  23:12;24:4,7,18;
  25:4,7;26:6,21,24;
  28:3,24;29:11;30:3,
  12,22;31:15,18;32:1
**rights (1)**
  10:19
**rise (2)**
  11:23;32:2
**Rob (1)**
  9:11
**Robert (1)**
  9:24
**rule (3)**
  8:17;11:12;12:11
**rules (1)**
  13:9

**S**

**same (4)**
  16:21;24:1,14;

  25:24
**satisfy (1)**
  8:17
**seated (2)**
  6:1;11:25
**second (1)**
  23:4
**secured (3)**
  10:4,12;16:21
**seemed (1)**
  17:15
**sent (2)**
  6:22;7:2
**servicer (2)**
  9:14,15
**servicers (1)**
  10:8
**servicing (2)**
  10:2,3
**session (1)**
  11:25
**settled (5)**
  26:23;29:24,25;
  30:7,8
**settlement (4)**
  15:20;26:14,18,19
**shortly (1)**
  21:1
**sic (2)**
  15:2;27:23
**sign (1)**
  15:5
**signed (2)**
  8:7;31:4
**Similar (3)**
  15:24;16:18;18:18
**Similarly (2)**
  27:18;28:7
**sit (1)**
  20:22
**situation (2)**
  16:21;17:10
**sixth (1)**
  24:21
**sixty (2)**
  21:22,23
**sixty-fourth (1)**
  30:25
**sixty-two (3)**
  20:18;21:3,16
**small (2)**
  21:18;27:15
**solution (1)**
  17:15
**sorry (2)**
  8:2;21:21
**sort (1)**
  28:16
**sought (1)**
  7:19
**speak (1)**
  16:12
**special (3)**

  9:14,15;10:2
**Specifically (1)**
  29:19
**speed (1)**
  21:2
**Springfield (2)**
  15:24;16:2
**staff (1)**
  22:12
**stand (1)**
  20:5
**stand-alone (1)**
  22:15
**Stang (1)**
  6:6
**start (1)**
  9:17
**state (3)**
  6:24,25;21:10
**stated (1)**
  18:11
**statement (1)**
  12:7
**status (2)**
  24:25;25:3
**statutory (1)**
  14:10
**still (6)**
  23:6;24:12;26:11;
  29:6;30:9;31:12
**store (5)**
  7:21;14:1;15:1;
  17:24;19:9
**Stores (2)**
  6:2,6
**subject (10)**
  12:11;23:22;
  24:10,12;25:10,21;
  29:3;30:5,17;31:8
**submission (3)**
  12:24;16:24;18:24
**submit (8)**
  7:18;13:6,19;
  14:20;15:16;17:7;
  18:19;19:6
**submitted (6)**
  8:19;9:5;13:6;
  16:10;18:8,12
**subsequent (1)**
  25:1
**substantiate (1)**
  8:20
**substantive (10)**
  7:10,14;14:24;
  19:8;24:11;25:21;
  29:3;30:6,17;31:8
**successor (1)**
  9:15
**suggest (1)**
  12:9
**suggested (1)**
  12:23
**sum (2)**

  16:14;20:7
**summary (2)**
  19:22;21:13
**supplement (5)**
  12:13;16:20,24;
  18:20,24
**supplemented (1)**
  13:12
**sure (2)**
  11:9;28:1
**system (1)**
  10:8

**T**

**table (2)**
  6:7;20:3
**talk (1)**
  11:7
**tax (6)**
  21:8,15;22:14,15;
  26:9;28:19
**ten (1)**
  7:1
**test (1)**
  9:24
**testify (4)**
  8:14;10:2,6;14:6
**testimony (7)**
  8:10,18;9:24;
  11:10;12:6;16:4;
  18:5
**That'll (1)**
  9:19
**Therefore (1)**
  27:5
**third (1)**
  23:14
**thirty-two (2)**
  20:18;21:15
**though (1)**
  13:14
**thought (2)**
  11:5;19:21
**three (4)**
  9:12;17:25;21:17;
  29:18
**thus (1)**
  16:7
**till (2)**
  23:8;31:13
**today (2)**
  16:19;31:17
**today's (11)**
  17:2;19:2;20:16;
  24:10;25:21,25;
  29:2;30:5,17,24;31:8
**told (1)**
  19:14
**towards (1)**
  20:20
**trade (1)**
  22:11

**tripartite (1)**
8:5
**Trust (25)**
6:7,9;7:19,22;8:9,
10;9:2;10:5,12;12:6;
14:3,7,11,12;16:3,4,
14;18:1,5,6,22;20:8,
9;23:20;27:13
**trustee (2)**
12:19;15:14
**trusts (1)**
9:13
**Trust's (26)**
6:17,20;7:10;8:18;
13:15;14:7,9,14,23,
25;16:10;22:21;
23:3,14;24:9;25:9,
16;26:7;27:1,11;
28:5,22,25;29:15;
30:15,25
**try (1)**
21:11
**trying (1)**
11:10
**turn (15)**
22:19;23:2,11;
24:5,20;25:6,14;
26:5;27:1,11;28:5,
23;29:13;30:14,24
**twentieth (1)**
27:2
**twenty-eighth (1)**
29:1
**twenty-first (1)**
27:11
**twenty-five (3)**
20:24;21:4,15
**twenty-third (2)**
28:6,22
**two (9)**
14:2;18:19;20:8;
21:8,15;22:2,14;
23:4,22

## U

**unable (1)**
15:4
**uncontested (1)**
11:13
**under (5)**
11:12;13:9;14:9;
15:7;21:19
**unless (1)**
7:12
**unliquidated (1)**
20:19
**unquote (1)**
26:18
**unsecured (6)**
13:16;14:5,19;
17:3;19:4;20:10
**up (6)**

6:10;8:8;19:20;
20:5;21:14;23:23
**upon (3)**
12:22;17:6;23:16
**used (3)**
8:15,16;14:7

## V

**various (1)**
26:10
**vast (1)**
21:6
**vice (1)**
10:2
**Virginia (1)**
21:10
**voluminous (1)**
15:8

## W

**wants (1)**
9:7
**way (1)**
11:20
**WEC (4)**
8:24;9:1;12:21;
16:2
**week (2)**
12:10;20:7
**welcome (1)**
11:22
**West (1)**
17:24
**Westland (1)**
17:10
**What's (1)**
19:18
**Whereupon (1)**
32:3
**Wilkins (1)**
19:9
**Wisconsin (1)**
7:21
**wish (6)**
10:21;11:7;14:13;
15:11;17:20;18:16
**withdraw (1)**
27:16
**withdrawing (2)**
27:14,23
**without (1)**
21:11
**witness (1)**
11:11
**wondering (1)**
11:2
**works (1)**
20:6
**wrong (2)**
21:20,21

## X

**XYZ (1)**
27:24

## Y

**years (1)**
7:1

## Z

**Ziehl (1)**
6:6

## 0

**0 (1)**
29:19

## 1

**1 (3)**
6:2;16:2;23:18
**10 (1)**
22:13
**102 (1)**
24:6
**11 (1)**
22:14
**12013 (1)**
31:3
**12152 (6)**
14:3,4,4,15,16,18
**12159 (1)**
29:24
**12275 (1)**
25:19
**12303 (2)**
23:19,24
**12416 (1)**
27:4
**12572 (2)**
16:16;17:4
**127 (1)**
24:20
**12765 (3)**
17:25;18:2;19:3
**12911 (4)**
7:22;8:4,5;13:17
**13079 (2)**
27:4;31:3
**14 (2)**
10:19;28:12
**1404 (1)**
27:23
**14047 (1)**
28:2
**14th (14)**
22:23;23:8;24:17;
25:3;26:2,12;27:8,
22;28:9;29:8,9;

30:11,20;31:13
**15 (1)**
24:8
**15019 (4)**
17:25;18:3,4;19:4
**152 (1)**
25:6
**160,000 (1)**
21:19
**178 (1)**
25:14
**18 (4)**
7:6;19:17;25:25;
26:1
**18th (4)**
17:14,22;19:13;
22:17
**1996 (1)**
10:14

## 2

**2 (3)**
7:20;9:1;15:25
**2:12 (1)**
11:24
**2:18 (1)**
11:24
**2:49 (1)**
32:3
**2009 (1)**
10:19
**21 (3)**
22:20;25:25;26:2
**26 (1)**
29:2
**27 (1)**
10:13
**283 (1)**
26:5

## 3

**3 (1)**
13:25
**30 (1)**
29:2
**306 (1)**
27:1
**31 (1)**
29:14
**33 (2)**
6:3;30:25
**333 (1)**
27:11
**360 (1)**
28:5
**384 (1)**
28:23

## 4

**4 (1)**

14:23
**49 (1)**
23:2

## 5

**5 (1)**
15:18
**50,000 (4)**
14:5,10,16,19
**501 (1)**
29:13
**524 (1)**
30:14
**547 (1)**
30:24

## 6

**6 (1)**
15:23

## 7

**7 (4)**
17:9,18;19:10,12
**75 (1)**
23:11

## 8

**8 (1)**
17:23
**8710 (3)**
14:24;15:12,15
**8796 (3)**
17:25;18:2;19:3

## 9

**9 (1)**
19:9
**9017c (1)**
11:12
**945 (1)**
29:21
**9450 (1)**
29:21
**96 (2)**
9:1;16:2
**9721 (4)**
7:22,23;8:6;13:15
**9724 (2)**
16:15;17:3
**9899 (3)**
14:2,3,15