# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   08–35653–KRH
**Chapter**   11
**Judge**   Kevin R. Huennekens

In re: Debtor(s) (name(s)) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
 9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
  Debtor: NA

Employer Tax–Identification (EIN) No(s).(if any):
  Debtor: 54–0493875

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on January 10, 2017 in the above–referenced case, event text as shown below:

Transcript filed Re: Hearing Held 12/14/2016, regarding 1. MOTION TO COMPEL MOTION OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST TO ENFORCE TERMS OF CONFIRMED PLAN TO FACILITATE RESOLUTION OF TRUST'S RIGHTS IN LETTER OF CREDIT PROCEEDS; 2. NOTICE OF HEARING (LIQUIDATING TRUST'S FIFTEENTH AND FORTY–THIRD OMNIBUS OBJECTIONS TO CLAIM NUMBERS 9721 AND 12911) (CLAIMANTS BANK OF AMERICA/CAPMARK AND WEC–96 D APPLETON 2 INVESTMENT TRUST); 3. NOTICE OF HEARING (LIQUIDATING TRUST'S FIFTEENTH AND FOURTH OMNIBUS OBJECTIONS TO CLAIM NUMBERS 9899 AND 12152) (CLAIMANT BANK OF AMERICA/CAPMARK); 4. NOTICE OF HEARING (LIQUIDATING TRUST'S TWENTY–EIGHTH OMNIBUS OBJECTION TO CLAIM NUMBER 8710) (CLAIMANT BOND CC IV DBT); 5. NOTICE OF HEARING (LIQUIDATING TRUST'S FIFTEENTH AND SIXTY–FOURTH OMNIBUS OBJECTIONS TO CLAIM NUMBERS 9488 AND 9647) (CLAIMANT BANK OF AMERICA/CAPMARK AND WEC–96 D NILES INVESTMENT TRUST); 6. NOTICE OF HEARING (LIQUIDATING TRUST'S NINTH AND FORTY–THIRD OMNIBUS OBJECTIONS TO CLAIM NUMBERS 9724 AND 12572) (CLAIMANTS BANK OF AMERICA/CAPMARK AND WEC 96 D SPRINGFIELD 1 INVESTMENT TRUST); 7. NOTICE OF HEARING (LIQUIDATING TRUST'S FIFTEENTH, THIRTY–NINTH AND SIXTY–FOURTH OMNIBUS OBJECTIONS TO CLAIM NUMBERS 9441 AND 13440) (CLAIMANT WELLS FARGO AND BOND CIRCUIT I DELAWARE BUSINESS TRUST (BENDERSON)); 8. NOTICE OF HEARING (LIQUIDATING TRUST'S FIFTEENTH, FORTY–THIRD, AND SIXTY–FOURTH OMNIBUS OBJECTIONS TO CLAIM NUMBERS 8796, 12765 AND 15019) (CLAIMANT BOND CC IV DBT); 9. NOTICE OF HEARING (LIQUIDATING TRUST'S FIFTEENTH AND SEVENTEENTH OMNIBUS OBJECTIONS TO CLAIM NUMBERS 9450 AND 13426) (CLAIMANTS WELLS FARGO AND BOND CIRCUIT VI DELAWARE BUSINESS TRUST (BENDERSON)); 10. NOTICE AND OBJECTION TO CLAIM OF COMMONWEALTH OF MASSACHUSETTS – LIQUIDATING TRUST'S OBJECTION TO CLAIM NUMBER 14832 (DOCKET NO. 10066); 11. NOTICE AND OBJECTION TO CLAIM OF COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION – LIQUIDATING TRUST'S OBJECTION TO CLAIM NOS. 12898 AND 14636 (DOCKET NO. 10070); 12. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, DISALLOWANCE OF CERTAIN AMENDED CLAIMS AND DISALLOWANCE OF CERTAIN INVALID CLAIMS) (DOCKET NO. 10024); 13. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S SECOND OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10039); 14. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S THIRD OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS,

DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10040); 15. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S FOURTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS AND DISALLOWANCE OF CERTAIN INVALID CLAIMS) (DOCKET NO. 10041); 16. NOTICE AND OBJECTION TO CLAIM – SIXTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID UNLIQUIDATED CLAIMS AND FIXING OF CERTAIN UNLIQUIDATED CLAIMS) (DOCKET NO. 10043); 17. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, DISALLOWANCE OF CERTAIN AMENDED CLAIMS, AND DISALLOWANCE OF CERTAIN INVALID CLAIMS) (DOCKET NO. 10046); 18. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S NINTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10047); 19. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S FOURTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10052); 20. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S FIFTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10053); 21. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S SEVENTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10061); 22. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS; DISALLOWANCE OF CERTAIN INVALID CLAIMS; DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS; RECLASSIFICATION OF CERTAIN CLAIMS; DISALLOWANCE OF CERTAIN AMENDED OR SUPERSEDED CLAIMS; DISALLOWANCE OR REDUCTION OF CERTAIN LATE FILED CLAIMS; DISALLOWANCE OF CERTAIN INVALID CLAIMS; AND FIXING THE AMOUNT OF CERTAIN CLAIMS) (DOCKET NO. 10062); 23. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S TWENTIETH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10072); 24. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S TWENTY–FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10073); 25. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S TWENTY–THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID UNLIQUIDATED CLAIMS AND FIXING OF CERTAIN UNLIQUIDATED CLAIMS) (DOCKET NO. 11388); 26. OMNIBUS OBJECTION TO CLAIM – LIQUIDATING TRUST'S TWENTY–EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 11445) 27. OBJECTION TO CLAIM – LIQUIDATING TRUST'S THIRTY–FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS) AND NOTICE OF LIQUIDATING TRUST'S THIRTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS) (DOCKET NO. 11809); 28. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S THIRTY–NINTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN INVALID CLAIMS–MITIGATION) (DOCKET NO. 11850); 29. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S FORTIETH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN INVALID CLAIMS–MITIGATION (DOCKET NO. 11851); 30. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S FORTY–FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN INVALID CLAIMS–MITIGATION) (DOCKET NO. 11852) 31. NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S FORTY–SECOND OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN INVALID CLAIMS–MITIGATION) (DOCKET NO. 11853); 32. NOTICE AND

OBJECTION TO CLAIM – LIQUIDATING TRUST'S FORTY–THIRD OMNIBUS OBJECTION TO LANDLORD AND CONTRACTOR CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 11854); 33. NOTICE AND OBJECTION TO CLAIM – (NOTICE OF LIQUIDATING TRUST'S SIXTY–FOURTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS)) (DOCKET NO. 12446). Remote electronic access to the transcript is restricted until 04/10/2017. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, Telephone number 973–406–2250.] [Transcript Purchased by Benjamin Kaplan.] (RE: related document(s) [13971] Hearing continued; (Re: related document(s)13953 Motion to Compel filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 1/18/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Andrew Caine for Trustee., [13972] Hearing held; Claim No. 9721 allowed as a general unsecured claim in the amount of $938,617.92; Claim No. 12911 expunged as duplicative (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearances: Andrew Caine for Trustee; Robert J.E. Edwards for KeyBank National Association, U.S Bank National Association as Trustee., [13973] Hearing held; Claim No. 9899 expunged as duplicative of Claim No. 12152; Claim No. 12152 reduced to a general unsecured claim in the amount of $50,000 (Re: related document(s)10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [13974] Hearing held; Claim No. 8710 expunged. (Re: related document(s)11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [13975] Hearing held; Objection to Claims 9488 and 9647 Resolved (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [13976] Hearing held; Claim No. 9724 allowed as a general unsecured claim in the amount of $892,546.07; Claim No. 12572 expunged as duplicative (Re: related document(s)10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee; Robert J.E. Edwards for KeyBank National Association, U.S Bank National Association as Trustee., [13977] Hearing continued as to Claim Nos. 9441 and 13440 (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 1/18/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Trustee., [13978] Hearing held; Claim No. 8796 expunged as superseded by Claim Nos. 12765 and 15019; Claim No. 12765 expunged as superseded by Claim No. 15019, reduced and allowed as a general unsecured claim in the amount of $1,609,285.31 (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee; Robert J.E. Edwards for KeyBank National Association, U.S Bank National Association as Trustee., [13979] Hearing continued as to Claim Nos. 9450 and 13426; (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 1/18/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Apperance: Andrew Caine for Trustee., [13980] Hearing continued as to Claim No. 14832 (Re: related document(s)10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 1/18/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee., [13981] Hearing continued as to Claim Nos. 12898 and 14636; (Re: related document(s)10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 1/18/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee., [13982] Hearing held; All Claims Resolved (Re: related document(s)10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Paula Beran for Trustee., [13983] Continued for Status Hearing as to Unresolved Claims not previously set for substantive hearing (Liquidating Trust's Omnibus Objections) (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10026 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10062 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/14/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee.). Notice of Intent to Request Redaction Deadline Due By 01/17/2017. Redaction Request Due By 01/30/2017. Redacted Transcript Submission Due By 02/9/2017. Transcript access will be restricted through 04/10/2017. (Gottlieb, Jason)

The parties have [until January 17, 2017] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [January 31, 2017] [21 days from the date of filing of the transcript].

If a request for redaction is filed, the redacted transcript is due [February 10, 2017] [31 days from the date of filing of the transcript].

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [April 10, 2017] [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:  January 10, 2017

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                 Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: luedecket          Page 1 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
db            +Circuit City Stores, Inc.,    9950 Mayland Drive,   Richmond, VA 23233-1463
              +Andrew Caine,   10100 Santa Monica Blvd,   Los Angeles, CA 90067-4003
              +Paula Beran,   20 North Eight St,   2nd Floor,   Richmond, VA 23219-3302
              +Robert Edwards,   900 West 48th Place,   Suite 900,   Kansas City, MO 64112-1899

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2017                          Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2017 at the address(es) listed below:
         Aaron L. Hammer    on behalf of Creditor    National Product Care Company ahammer@sfgh.com,
          mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
         Aaron L. Hammer    on behalf of Creditor    TWG Innovative Solutions, Inc. ahammer@sfgh.com,
          mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
         Aaron L. Hammer    on behalf of Creditor    Virginia Surety Company, Inc. ahammer@sfgh.com,
          mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
         Aaron L. Hammer    on behalf of Creditor    Service Saver, Incorporated ahammer@sfgh.com,
          mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
         Aaron L. Hammer    on behalf of Creditor    ServicePlan of Florida, Inc. ahammer@sfgh.com,
          mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
         Aaron L. Hammer    on behalf of Creditor    ServicePlan, Inc. and all its Affiliates
          ahammer@sfgh.com,  mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
         Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
         Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com,  tsable@honigman.com
         Albert F. Quintrall    on behalf of Creditor    Wayne-Dalton Corp. a.quintrall@quintrall.com
         Alexander W. Stiles    on behalf of Creditor    City of Virginia Beach astiles@vbgov.com
         Alexander Xavier Jackins    on behalf of Interested Party   Eatontown Commons Shopping  Center
          ajackins@seyfarth.com
         Alexander Xavier Jackins    on behalf of Interested Party   Arboretum of South Barrington, LLC
          ajackins@seyfarth.com
         Alexander Xavier Jackins    on behalf of Interested Party   AmCap NorthPoint LLC
          ajackins@seyfarth.com
         Alexander Xavier Jackins    on behalf of Interested Party   AmCap Arborland LLC
          ajackins@seyfarth.com
         Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
          ajackins@seyfarth.com
         Alison Ross Wickizer Toepp    on behalf of Creditor    Northern Indianna Public Service Company
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
          cf.pacerpro.com
         Alison Ross Wickizer Toepp    on behalf of Defendant    Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
          cf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Alison Ross Wickizer Toepp    on behalf of Defendant    Energizer Battery, Inc.
                atoepp@reedsmith.com,
                dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
                th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
                cf.pacerpro.com
             Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC
                atoepp@reedsmith.com,
                dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
                th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
                cf.pacerpro.com
             Alison Ross Wickizer Toepp    on behalf of Defendant    Kingston Technology Co., Inc.
                atoepp@reedsmith.com,
                dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
                th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
                cf.pacerpro.com
             Amanda Jill Katzenstein    on behalf of Creditor    U.S Bank National Association as Trustee
                akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
             Amanda Jill Katzenstein    on behalf of Unknown    KeyBank National Association
                akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
             Ambika Joline Biggs    on behalf of Defendant    Scripps Media, Inc. abiggs@bakerlaw.com
             Ambika Joline Biggs    on behalf of Creditor    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
             Ambika Joline Biggs    on behalf of Defendant    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
             Ambika Joline Biggs    on behalf of Defendant    The E.W. Scripps Company d/b/a/ Ventura County
                Star abiggs@bakerlaw.com
             Ambika Joline Biggs    on behalf of Defendant    Scripps Networks, LLC d/b/a HGTV.com, d/b/a
                FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
             Ambika Joline Biggs    on behalf of Defendant    The National Union Fire Insurance Company of
                Pittsburgh, PA abiggs@bakerlaw.com
             Ambika Joline Biggs    on behalf of Defendant    Memphis Publishing Company, dba Commercial Appeal,
                Inc. abiggs@bakerlaw.com
             Amy Pritchard Williams    on behalf of Creditor    Cobb Corners II, Limited Partnership
                amy.williams@klgates.com, hailey.andresen@klgates.com
             Amy Pritchard Williams    on behalf of Creditor    DIM Vastgoed, N.V. amy.williams@klgates.com,
                hailey.andresen@klgates.com
             Amy Pritchard Williams    on behalf of Creditor    Encinitas PFA, LLC amy.williams@klgates.com,
                hailey.andresen@klgates.com
             Amy Pritchard Williams    on behalf of Creditor    PrattCenter, LLC amy.williams@klgates.com,
                hailey.andresen@klgates.com
             Amy Pritchard Williams    on behalf of Creditor    UTC I, LLC amy.williams@klgates.com,
                hailey.andresen@klgates.com
             Amy Pritchard Williams    on behalf of Creditor    Valley Corners Shopping Center, LLC
                amy.williams@klgates.com, hailey.andresen@klgates.com
             Andrea Campbell Davison    on behalf of Defendant    Animal Planet, L.P. ADavison@beankinney.com,
                onazar@beankinney.com
             Andrea Campbell Davison    on behalf of Creditor    Discovery Communications, Inc.
                ADavison@beankinney.com, onazar@beankinney.com
             Andrea Campbell Davison    on behalf of Defendant    Discovery Communications Inc. a/k/a The
                Learning Channel ADavison@beankinney.com, onazar@beankinney.com
             Andrea Campbell Davison    on behalf of Defendant    Wonders Industrial Development (Shenzhen) Co.,
                Ltd. ADavison@beankinney.com, onazar@beankinney.com
             Andrea Campbell Davison    on behalf of Defendant    Learning Channel, Inc. ADavison@beankinney.com,
                onazar@beankinney.com
             Andrea Campbell Davison    on behalf of Defendant    Discovery Communications, Inc.
                ADavison@beankinney.com, onazar@beankinney.com
             Andrew Rapp    on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
             Andrew A. Jones    on behalf of Interested Party    Farallon Capital Management, L.L.C.
                Andrew@ajoneslaw.com
             Andrew Edward Macfarlane    on behalf of Defendant    Sherwood America, Inc. aem@aemlegal.com
             Andrew Edward Macfarlane    on behalf of Creditor    Sherwood America, Inc. aem@aemlegal.com
             Andrew H. Herrick    on behalf of Creditor    County of Albemarle aherrick@albemarle.org
             Andrew Kelly Rudiger    on behalf of Creditor    TKG Coffee Tree, L.P. andrewr@boydhomes.com,
                akrudiger@kaufcan.com
             Andrew Lynch Cole    on behalf of Interested Party    Faber Bros., Inc. Andrew.Cole@leclairryan.com
             Andrew M. Brumby    on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com,
                dbonilla@shutts-law.com
             Andrew S. Conway    on behalf of Creditor    Taubman Landlords aconway@taubman.com
             Angela Sheffler Abreu    on behalf of Creditor    PNY Technologies, Inc. AAbreu@nwbcorp.com,
                Angela.Abreu@northwest.com
             Anitra D. Goodman Royster    on behalf of Creditor    Connexion Technologies
                anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com;
                raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
             Ann E. Schmitt    on behalf of Creditor    The Parkes Companies Inc. aschmitt@culbert-schmitt.com
             Ann E. Schmitt    on behalf of Attorney    Ann E. Schmitt aschmitt@culbert-schmitt.com
             Ann E. Schmitt    on behalf of Creditor    Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
             Anne C. Lahren    on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
             Anne C. Lahren    on behalf of Defendant    Landmark Media Enterprises LLC, f/k/a Landmark
                Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
              murphyac@doj.state.wi.us,  gurholtks@doj.state.wi.us
              Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
              Management Services, LLC abraucher@mcmillanmetro.com
              Anne Elizabeth Braucher    on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
              Anne Elizabeth Braucher    on behalf of Creditor   Manufacturers and Traders Trust Company, as
              Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
              1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
              Anne Elizabeth Braucher    on behalf of Creditor   West Marine Products, Inc.
              abraucher@mcmillanmetro.com
              Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
              drichards@vanblk.com;kjerald@vanblk.com
              Anne G. Bibeau    on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
              drichards@vanblk.com;kjerald@vanblk.com
              Anne G. Bibeau    on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
              drichards@vanblk.com;kjerald@vanblk.com
              Annemarie G. McGavin    on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
              joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
              Annemarie G. McGavin    on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
              joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
              Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
              annemarie.mcgavin@bipc.com,
              joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
              Annemarie G. McGavin    on behalf of Creditor   General Instrument Corporation d/b/a Home &
              Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
              joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
              Anthony J. Cichello    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
              acichello@kb-law.com
              Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
              Companies, Ltd. acichello@kb-law.com
              Arthur S. Weitzner    on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
              Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
              Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
              ecffilings@hangley.com
              Ashley M. McDow    on behalf of Other Professional   Alfred H. Siegel, the Liquidating Trustee of
              Circuit City Stores, Inc. Liquidating Trust amcdow@bakerlaw.com,  mdelaney@bakerlaw.com,
              ffarivar@bakerlaw.com,sgaeta@bakerlaw.com
              Augustus C. Epps, Jr.    on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Generation H One and Two Limited Partnership
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   The Marvin L. Oates Trust aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Roth Tanglewood LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Defendant   American Power Conversion Corp. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Rolling Acres Plaza Shopping Center
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   The Macerich Company aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Greenback Associates aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Transferee   412 South Broadway Realty LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   RREEF Management Company aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Glimcher Properties Limited Partnership, as
              managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Portland Investment Company of America
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Crossroads Shopping Center aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Transferor   Manufacturers and Traders Trust Company, as
              Trustee aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Union Square Retail Trust aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Defendant   Signature Home Furnishings Co. Inc.
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Morse-Sembler Villages Partnership #4
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Lexmark International, Inc. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Madison Waldorf, LLC aepps@cblaw.com,
              avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.   on behalf of Creditor   Redtree Properties, L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Drexel Delaware Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland US Management LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Audio Authority Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Lexmark International, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Carousel Center Company, L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
          Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferor   Manufactures and Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Daniel W. Ramsey aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   International Speedway Square, Ltd.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   NAP Northpoint, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Macy's Retail Holdings, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Diamond Square, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Amargosa Palmdale Investments, LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Fingerlakes Crossing, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Starpoint Property Management, LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Prudential Insurance Company of America
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management,  Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Thoroughbred Village Tennessee, GP
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Plaintiff    CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Associates, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
          St. Paul Pioneer Press aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Rancon Realty Fund IV aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Catellus Operating Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Argyle Forest Retail I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
          avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 5 of 57          Date Rcvd: Jan 10, 2017
                              Form ID: redacttr        Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Augustus C. Epps, Jr.   on behalf of Creditor    Westgate Village, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Defendant    CDW Direct, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Interested Party    Manufacturers & Traders Trust Company, as
             Trustee aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Sangertown Square, L.L.C. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Swanblossom Investments, LP aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Donahue Schriber Realty Group, L.P.
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Laurel Plumbing, Inc. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Generation One and Two, LP aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Glimcher Properties Limited Partnership, as
             managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Kimco Realty Corporation aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Inland Southwest Management LLC, Inland American
             Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
             Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    N.P. Huntsville Limited Liability Company
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Whitestone Development Partners, L.P.
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    De Rito Pavilions 139, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Kite Coral Springs, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Myrtle Beach Farms aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Inland American Retail Management LLC
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Audio Authority Corporation aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Union County Construction Group, Inc.
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Defendant    Solutions 2 Go, Inc. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    La Habra Imperial, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    The West Campus Square Company, LLC
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Cohab Realty, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Attorney    Christian & Barton, L.L.P. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    CC-Investors 1995-6 aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    KRG Market Street Village, LP aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Inland Pacific Property Services LLC
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Brighton Commercial, L.L.C. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Bella Terra Associates, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Inland Southwest Management LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Defendant    Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    EklecCo NewCo, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.   on behalf of Creditor    Glimcher Properties Limited Partnership
             aepps@cblaw.com,  avaughn@cblaw.com
             Belkys  Escobar    on behalf of Creditor    County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
             bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
             Belkys  Escobar    on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov,
             bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
             Benjamin C. Ackerly    on behalf of Creditor    Panasonic Corporation of North America
             backerly@hunton.com,  cloving@hunton.com

District/off: 0422-7          User: luedecket          Page 6 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Benjamin C. Ackerly    on behalf of Defendant    Nikon, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Harvest/HPE LP backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Lowe's HIW, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Taubman Auburn Hills Associates Limited Partnership
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
          backerly@hunton.com, cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Federal Warranty Service Corporation
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          backerly@hunton.com, cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Cypress/CC Marion I, L.P. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Galleria Plaza, Ltd. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Food Lion LLC backerly@hunton.com,
          cloving@hunton.com
          Benjamin Joseph Lambiotte    on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel    on behalf of Defendant    MCM Electronics, Inc. bdp@lawmacdowell.com
          Brad R. Godshall    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          bgodshall@pszjlaw.com
          Bradford F. Englander    on behalf of Creditor    Source Interlink Media, LLC benglander@wtplaw.com,
          rodom@wtplaw.com
          Bradford F. Englander    on behalf of Creditor    Alliance Entertainment Corporation
          benglander@wtplaw.com,  rodom@wtplaw.com
          Brenda M. Whinery    on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler    on behalf of Creditor    Prince George's County, Maryland
          bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net
          Brett Christopher Beehler    on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net,
          lsansbury@mrrlaw.net
          Brian D. Huben    on behalf of Creditor    Prudential Insurance Company of America
          brian.huben@kattenlaw.com,  donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben    on behalf of Creditor    The Macerich Company brian.huben@kattenlaw.com,
          donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben    on behalf of Creditor    KNP brian.huben@kattenlaw.com,
          donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben    on behalf of Creditor    Cousins Properties Incorporated
          brian.huben@kattenlaw.com,  donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben    on behalf of Creditor    Watt Management Company brian.huben@kattenlaw.com,
          donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben    on behalf of Creditor    RREEF Management Company brian.huben@kattenlaw.com,
          donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben    on behalf of Creditor    Foursquare Properties, Inc. brian.huben@kattenlaw.com,
          donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Huben    on behalf of Creditor    Portland Investment Company of America
          brian.huben@kattenlaw.com,  donna.carolo@kattenlaw.com;LAX-Docket@kattenlaw.com
          Brian D. Wesley    on behalf of Defendant    Christine  Baker brian.wesley@doj.ca.gov
          Brian D. Wesley    on behalf of Defendant    California Self-Insurers Security Fund
          brian.wesley@doj.ca.gov
          Brittany Jane Nelson    on behalf of Creditor Karl  Engelke bnelson@foley.com
          Byron Z. Moldo    on behalf of Creditor    RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Descanso TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          C. Christopher Meyer    on behalf of Creditor    Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer    on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason    on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas
          Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    Golfsmith International, L.P.
          ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
          Chang Eugene    on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC
          c.gideon.korrell@dentons.com,  jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com
          Charles W. Chotvacs    on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com

District/off: 0422-7          User: luedecket          Page 7 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redactrr         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Charles W. Chotvacs   on behalf of Creditor   Portland Investment Company of America
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Cousins Properties Incorporated
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Centro Properties Group cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   RREEF Management Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Watt Management Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Cencor Realty cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   NMC Stratford, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   The Hutensky Group cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   KNP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Simon Property Group, Inc. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Prudential Insurance Company of America
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   The Macerich Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel   on behalf of Unknown   G&S Livingston Realty, Inc.
           kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Creditor   Circuit Investors #2, Ltd.
           kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Creditor   Circuit Investors #3, Ltd.
           kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Creditor   Schimenti Construction Company LLC
           kvogel@vogelandcromwell.com
          Christine D. Lynch   on behalf of Creditor   Interstate Augusta Properties LLC
           clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor   NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor   E&A Northeast Limited Partnership
           clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor   Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor   S.R. Weiner & Associates Inc.
           clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor   Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine McAteer Ford   on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
          Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others
           similarly situated cford@mdpcelaw.com
          Christopher A. Jones   on behalf of Creditor   Moncayo Settlement Class cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor   TeleDynamics LLP cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor   Weidler Settlement Class cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor   Twentieth Century Fox Home Entertainment LLC
           cajones@wtplaw.com,  rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kv-legal.com
          Christopher L. Perkins   on behalf of Defendant   Parago Promotional Services, Inc
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
           Tech christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Satellite Information Network, Inc.,
           dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
               Republic christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
               TV christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
               Star christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
               stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
               d/b/a Jack of All Games christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States Publishing
               Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
               Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
               stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    The Daniel Group
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
               Two Interactive christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Movant Nina   Winston christopher.perkins@leclairryan.com,
              stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
              Greenville News christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
              cdesiderio@nixonpeabody.com
            Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
            Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
              cdesiderio@nixonpeabody.com
            Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
              cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
            Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
            City of Newport News, Virginia    jdurant@nngov.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
              summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
              cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
              Properties Group cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
              summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
              cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
              cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
            Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
              cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
 cpalik@yahoo.com/cjourdonais@mhlawyers.com/dmoorehead@mhlawyers.com/cpalik@ecf.inforuptcy.com
Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
 cpalik@mhlawyers.com,
 cpalik@yahoo.com/cjourdonais@mhlawyers.com/dmoorehead@mhlawyers.com/cpalik@ecf.inforuptcy.com
Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc.
 curtis.manchester@kutakrock.com,   lynda.wood@kutakrock.com
Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
 Sony Computer Entertainment, A/K/A SCEA curtis.manchester@kutakrock.com,
 lynda.wood@kutakrock.com
Curtis G. Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
 curtis.manchester@kutakrock.com,   lynda.wood@kutakrock.com
D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
 ndysart@ltblaw.com/plaura@ltblaw.com
Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
 individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
 ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
 Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
 ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
 Statesman ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
 Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
 Statesman ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
 Post ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
 Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
 individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
Daniel F. Blanks    on behalf of Debtor    Courchevel, LLC daniel.blanks@nelsonmullins.com,
 Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    Kinzer Technology, LLC daniel.blanks@nelsonmullins.com,
 Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    PRAHS, INC. daniel.blanks@nelsonmullins.com,
 Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc.
 daniel.blanks@nelsonmullins.com,   Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    Mayland MN, LLC daniel.blanks@nelsonmullins.com,
 Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    Patapsco Designs, Inc. daniel.blanks@nelsonmullins.com,
 Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Defendant    Circuit City Stores, Inc.
 daniel.blanks@nelsonmullins.com,   Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Plaintiff    Circuit City Stores, Inc.
 daniel.blanks@nelsonmullins.com,   Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    XSStuff, LLC daniel.blanks@nelsonmullins.com,
 Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    Sky Venture Corp. daniel.blanks@nelsonmullins.com,
 Allison.Abbott@nelsonmullins.com
Daniel M. Press    on behalf of Attorney Daniel M Press dpress@chung-press.com,   pressdm@gmail.com
Daniel M. Press    on behalf of Defendant    Bensussen Deutsch & Associates, Inc.
 dpress@chung-press.com,   pressdm@gmail.com
Daniel M. Press    on behalf of Defendant    B.R. Fries & Associates, LLC dpress@chung-press.com,
 pressdm@gmail.com
Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc.
 dsbushnaq@venable.com
Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
Darrell William Clark    on behalf of Defendant    Targus, Inc. darrell.clark@stinsonleonard.com,
 catherine.scott@stinsonleonard.com
Darrell William Clark    on behalf of Creditor    Waste Management, Inc.
 darrell.clark@stinsonleonard.com,   catherine.scott@stinsonleonard.com
Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
David McCall    on behalf of Creditor    Garland ISD Tax Assessor/Collector
 bankruptcy@ntexas-attorneys.com
David McCall    on behalf of Creditor    Collin County Tax Assessor/Collector
 bankruptcy@ntexas-attorneys.com
David McCall    on behalf of Creditor    Frisco ISD Tax Assessor/Collector
 bankruptcy@ntexas-attorneys.com
David McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector
 bankruptcy@ntexas-attorneys.com
David A. Greer    on behalf of Creditor    Pan Am Equities dgreer@davidgreerlaw.com,
 ecf@davidgreerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          David A. Greer    on behalf of Creditor    Century plaza development corporation
          dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com,
          bhale@chlhf.com
          David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David H. Cox    on behalf of Creditor    Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David J. Ervin    on behalf of Creditor    WEC 99A-2LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The MacNaughton Group dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Developers Diversified Realty Corporation
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Continental Properties Company, Inc.
          dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Philips International dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    FW CA-BREA Marketplace, LLC,  Regency Centers, L.P. and
          RC CA Santa Barbara, LLC dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
          and Eagin Communications dspiro@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
          David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
          druby@t-mlaw.com,  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
          tleonard@gfrlaw.com
          David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
          Revenue Services denise.mondell@ct.gov
          Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services
          denise.mondell@ct.gov

District/off: 0422-7          User: luedecket          Page 12 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Creditor    JVC Americas Corp. and JVC Company of America
                dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
                dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
                America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Defendant    Business to Business Solutions, LLC
                dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
                dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Defendant    iProspect.com Inc. dtlewand@kaufcan.com
              Denyse  Sabagh   on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Transferee    Korea Export Insurance Corporation
                dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
              Dexter D. Joyner   on behalf of Creditor    Pasadena Independent School District
                caaustin@comcast.net
              Dion W. Hayes   on behalf of Debtor    Circuit City Purchasing Company, LLC
                dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    CC Distribution Company of Virginia, Inc.
                dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Circuit City Stores West Coast, Inc.
                dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dominic L. Chiariello    on behalf of Creditor Donovan  Dunwell dc@chiariello.com
              Donald K. Ludman   on behalf of Creditor    SAP Retail Inc. and Business Objects
                dludman@brownconnery.com
              Douglas  Scott   on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
                Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor    Pasadena Independent School District
                BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Transferee    CFH Investments III, LLC BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant    Interactive Toy Concepts, Inc
                BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
                BankruptcyCounsel@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Douglas  Scott   on behalf of Defendant    Russellville Steel Company, Inc.
           BankruptcyCounsel@gmail.com
           Douglas  Scott   on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
           Douglas  Scott   on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
           BankruptcyCounsel@gmail.com
           Douglas  Scott   on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
           Douglas  Scott   on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
           California, Inc. BankruptcyCounsel@gmail.com
           Douglas D. Kappler   on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
           dkappler@rdwlawcorp.com
           Douglas M. Foley   on behalf of Debtor    Circuit City Purchasing Company, LLC
           dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Counter-Defendant    Circuit City Stores, Inc.
           dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    CC Distribution Company of Virginia, Inc.
           dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
           dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    Circuit City Stores West Coast, Inc.
           dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas M. Foley   on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
           Douglas R. Gonzales   on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
           Douglas R. Gonzales   on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
           Dylan G. Trache   on behalf of Creditor    Lexar Media, Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Defendant    Television Station KTXA L.P.
           dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Defendant    Philadelphia Television Station WPSG Inc.
           dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Creditor    Envision Peripherals, Inc.
           dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Defendant    WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Defendant    KTVK, Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Defendant    CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Defendant    KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Counter-Claimant    Envision Peripherals, Inc.
           dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Defendant    Meredith Corporation dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Defendant    KVVU Broadcasting Corporation
           dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Dylan G. Trache   on behalf of Defendant   Vanguard Products Group, Inc.
              dylan@nelsonmullins.com, robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Defendant   CBS Corporation dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Defendant   CBS Television Stations Inc.
              dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Creditor   LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Creditor   Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Defendant   King Broadcasting Company, doing business as KING-TV
              and KGW-TV dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Defendant   Sacramento Television Stations Inc.
              dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Defendant   Press-Enterprise Company
              dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Defendant   CBS Stations Group of Texas L.P.
              dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com
           Dylan G. Trache   on behalf of Defendant   CBS Operations Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
           Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
              mayle@hooverslovacek.com
           Elizabeth  Banda Calvo   on behalf of Creditor   City of Hurst, Mansfiled ISD, Carroll ISD
              ebcalvo@pbfcm.com, rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
           Elizabeth  Banda Calvo   on behalf of Creditor   City of Cedar Hill, Burleson ISD, Arlington ISD
              ebcalvo@pbfcm.com, rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
           Elizabeth  Banda Calvo   on behalf of Creditor   City of Lake Worth ebcalvo@pbfcm.com,
              rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
           Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
              wenditaylor@toase.com
           Elizabeth L. Gunn   on behalf of Creditor   Hewlett Packard Company
              elizabeth.gunn@dss.virginia.gov, bankruptcy@dss.virginia.gov
           Elizabeth L. Gunn   on behalf of Defendant   PG Publishing Co., Inc. d/b/a Pittsburgh Post
              Gazette egunn@sandsanderson.com, bankruptcy@dss.virginia.gov
           Elizabeth L. Gunn   on behalf of Defendant   Campbell Construction Co. egunn@sandsanderson.com,
              bankruptcy@dss.virginia.gov
           Elizabeth L. Gunn   on behalf of Creditor   Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
              bankruptcy@dss.virginia.gov
           Elizabeth L. Gunn   on behalf of Creditor   Mikael  Salovaara elizabeth.gunn@dss.virginia.gov,
              bankruptcy@dss.virginia.gov
           Elizabeth L. Gunn   on behalf of Defendant   Cypress/Spanish Fort I LP egunn@sandsanderson.com,
              bankruptcy@dss.virginia.gov
           Elizabeth L. Gunn   on behalf of Creditor   Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
              bankruptcy@dss.virginia.gov
           Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1
              elizabeth.gunn@dss.virginia.gov, bankruptcy@dss.virginia.gov
           Elizabeth L. Gunn   on behalf of Creditor   City of Philadelphia elizabeth.gunn@dss.virginia.gov,
              bankruptcy@dss.virginia.gov
           Elizabeth L. Gunn   on behalf of Defendant   Longacre Opportunity Fund, L.P.
              egunn@sandsanderson.com, bankruptcy@dss.virginia.gov
           Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedmanspring.com,
              jquiambao@friedmanspring.com
           Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
           Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
              klgatesbankruptcy@klgates.com
           Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
           Eric Lopez Schnabel   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
              schnabel.eric@dorsey.com, glorioso.alessandra@dorsey.com
           Eric Lopez Schnabel   on behalf of Creditor   Entergy Mississippi, Inc. schnabel.eric@dorsey.com,
              glorioso.alessandra@dorsey.com
           Eric Lopez Schnabel   on behalf of Creditor   Entergy Arkansas, Inc. schnabel.eric@dorsey.com,
              glorioso.alessandra@dorsey.com
           Eric Lopez Schnabel   on behalf of Creditor   Entergy Louisiana, LLC schnabel.eric@dorsey.com,
              glorioso.alessandra@dorsey.com
           Eric Lopez Schnabel   on behalf of Creditor   Entergy Texas, Inc. schnabel.eric@dorsey.com,
              glorioso.alessandra@dorsey.com
           Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
           Erika L. Morabito   on behalf of Defendant   Navarre Online Fulfillment Services, Inc.
              emorabito@pattonboggs.com
           Erin Elizabeth Kessel   on behalf of Creditor   PNY Technologies, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
           Erin Elizabeth Kessel   on behalf of Creditor   Yvette  Mack ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
           Erin Elizabeth Kessel   on behalf of Defendant   Casio, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com; jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

District/off: 0422-7          User: luedecket          Page 15 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr          Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
           ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
           Service of North Carolina ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
           ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
           ffm@bostonbusinesslaw.com
          Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
           frank.pepler@dlapiper.com,
           sandy.holstrom@dlapiper.com;frank-pepler-3170@ecf.pacerpro.com;1807@ecf.pacerpro.com
          Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
          Franklin R. Cragle, III    on behalf of Creditor    United States Debt Recovery, LLC
           fcragle@hf-law.com
          Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
           rudzikf@dor.state.fl.us
          Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
           mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
           mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon    on behalf of Creditor    Pasadena Independent School District
           glaymon@mglspc.com, jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
           jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Fort Bend Independent School District
           glaymon@mglspc.com, jcoffman@mglspc.com
          Gary E. Mason    on behalf of Plaintiff Marlon  Mondragon gmason@wbmllp.com
          Gary E. Mason    on behalf of Creditor Marlon  Mondragon gmason@wbmllp.com
          Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
          Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
           gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
           jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
           jschmeltz@sblsg.com;jrapp@sblsg.com
          George E. Kostel    on behalf of Unknown    KeyBank National Association gkostel@polsinelli.com,
           gekostel@gmail.com
          German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
           alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
           notices@becket-lee.com
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
           Corp Card notices@becket-lee.com
          Gilbert D. Sigala    on behalf of Creditor John  Batioff sigalawl@aol.com
          Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           gbrown@pszjlaw.com
          Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
           Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
           agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
           gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
           christine@virginia-lawyers.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
           Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
            ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
           H. Elizabeth Weller   on behalf of Creditor   Smith County Dallas.Bankruptcy@publicans.com
           H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
           H. Slayton Dabney, Jr.   on behalf of Creditor   Applied Predictive Technologies, Inc.
            sdabney@dabneypllc.com
           Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
           Heather D. Brown   on behalf of Creditor   Westgate Village, LP heather@hdbrownlaw.com,
            jwest@kkgpc.com
           Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
            Heather.Anderson@dol.lps.state.nj.us
           Heather Lynn Anderson   on behalf of Creditor   State of New Jersey, Division of Taxation
            Heather.Anderson@dol.lps.state.nj.us
           Henry Buswell Roberts, Jr   on behalf of Defendant   Mannington Carpets, Inc., d/b/a Mannington
            Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,  droberts1949@live.com
           Henry Buswell Roberts, Jr   on behalf of Defendant   Sykes Enterprises Incorporated f/k/a ICT
            Group, Inc. hbroberts@live.com,  droberts1949@live.com
           Henry Buswell Roberts, Jr   on behalf of Creditor   Suemar hbroberts@live.com,
            droberts1949@live.com
           Henry Buswell Roberts, Jr   on behalf of Defendant   Homerun Holdings Corp., fka Wayne-Dalton
            Corporation hbroberts@live.com,  droberts1949@live.com
           Henry Buswell Roberts, Jr   on behalf of Interested Party   Sykes Enterprises Incorporated f/k/a
            ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
           Henry Buswell Roberts, Jr   on behalf of Defendant   Liquidity Solutions, Inc. hbroberts@live.com,
            droberts1949@live.com
           Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
            csommer@fdh.com
           Henry Pollard Long, III   on behalf of Defendant   Panasonic Corporation of North America
            hlong@hunton.com,  tcanada@hunton.com
           Henry Pollard Long, III   on behalf of Creditor   Galleria Plaza, Ltd. hlong@hunton.com,
            tcanada@hunton.com
           Henry Pollard Long, III   on behalf of Interested Party   Parker Central Plaza Ltd
            hlong@hunton.com,  tcanada@hunton.com
           Henry Pollard Long, III   on behalf of Creditor   Panasonic Corporation of North America
            hlong@hunton.com,  tcanada@hunton.com
           Henry Pollard Long, III   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com,
            tcanada@hunton.com
           Henry Pollard Long, III   on behalf of Interested Party   Food Lion LLC hlong@hunton.com,
            tcanada@hunton.com
           Henry Pollard Long, III   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
            hlong@hunton.com,  tcanada@hunton.com
           Henry Pollard Long, III   on behalf of Creditor   Taubman Auburn Hills Associates Limited
            Partnership hlong@hunton.com,  tcanada@hunton.com
           Henry Pollard Long, III   on behalf of Creditor   H & R REIT (U.S.) Holdings Inc.
            hlong@hunton.com,  tcanada@hunton.com
           Henry Pollard Long, III   on behalf of Creditor   Harvest/HPE LP hlong@hunton.com,
            tcanada@hunton.com
           Henry Pollard Long, III   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
            hlong@hunton.com,  tcanada@hunton.com
           Henry Pollard Long, III   on behalf of Interested Party   Federal Warranty Service Corporation
            hlong@hunton.com,  tcanada@hunton.com
           Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
            howard.j.grossman@chase.com
           Ian S. Landsberg   on behalf of Creditor   Torrance Towne Center Associates, LLC
            ilandsberg@landsberg-law.com
           Ian S. Landsberg   on behalf of Creditor   FJL-MVP, LLC ilandsberg@landsberg-law.com
           Ian S. Landsberg   on behalf of Creditor   NMC Stratford, LLC ilandsberg@landsberg-law.com
           Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
           J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
            chefiling@lw.com;robert.klyman@lw.com
           J. Christian Word   on behalf of Liquidator   Hilco Merchant Resources, LLC
            chefiling@lw.com;robert.klyman@lw.com
           J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@bakerdonelson.com,
            sparson@bakerdonelson.com
           J. David Folds   on behalf of Defendant   Simpletech, Inc. dfolds@bakerdonelson.com,
            sparson@bakerdonelson.com
           J. David Folds   on behalf of Defendant   Interactive Communications International, Inc.
            dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
           J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
            dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
           J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
            dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
           Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
            jackson.toof@arentfox.com,
            jeffrey.rothleder@arentfox.com;manuel.arreaza@arentfox.com;john.dowd@arentfox.com;jill.clough@are
            ntfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jackson David Toof    on behalf of Creditor    Discovery Communications, Inc.
          jackson.toof@arentfox.com,
          jeffrey.rothleder@arentfox.com;manuel.arreaza@arentfox.com;john.dowd@arentfox.com;jill.clough@are
          ntfox.com
          Jaime Manuel Crowe    on behalf of Unknown    Toshiba America Electronic Components, Inc.
          jcrowe@whitecase.com,  mco@whitecase.com;jdisanti@whitecase.com
          Jaime Manuel Crowe    on behalf of Unknown    Toshiba Corporation jcrowe@whitecase.com,
          mco@whitecase.com;jdisanti@whitecase.com
          Jaime Sue Dibble    on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com,
          lbigus@stinson.com
          James D. Newbold    on behalf of Creditor    State of Illinois, Department of Revenue
          James.Newbold@illinois.gov
          James D. Newbold    on behalf of Counter-Claimant    State of Illinois Department of Revenue,
          through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke    on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust
          vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
          James E. Clarke    on behalf of Interested Party    Brick-70, LLC vaecf@atlanticlawgrp.com,
          rbailey@atlanticlawgrp.com
          James H. Rollins    on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
          avis.francis@hklaw.com
          James J. Briody    on behalf of Creditor    Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James J. Briody    on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James J. Briody    on behalf of Creditor    LNR Partners, Inc. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James K. Donaldson    on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com,
          eanderson@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;hcut
          right@spottsfain
          James R. Schroll    on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
          ncoton@beankinney.com
          James R. Schroll    on behalf of Creditor    Madison Waldorf, LLC jschroll@beankinney.com,
          ncoton@beankinney.com
          James V. Lombardi    on behalf of Creditor    AmREIT, a Texas real estate investment trust
          jlombardi@rossbanks.com,  acole@rossbanks.com
          James W. Reynolds    on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
          of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke    on behalf of Creditor    MiTAC Digital Corp. (Magellan) jburke@milbank.com
          James Winston Burke    on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA
          Inc. jburke@milbank.com
          James Winston Burke    on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP
          jburke@milbank.com
          James Winston Burke    on behalf of Defendant    MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
          jburke@milbank.com
          James Winston Burke    on behalf of Creditor    Nintendo of America, Inc. jburke@milbank.com
          James Winston Burke    on behalf of Defendant    MiTAC Digital Corporation, individually and
          including in its capacity as successor to Magellan Navigation, Inc. jburke@milbank.com
          James Winston Burke    on behalf of Defendant    Nintendo of America, Inc. jburke@milbank.com
          Jamie M. Konn    on behalf of Defendant    Polk Audio, Inc. jamie.konn@dlapiper.com,
          jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
          Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
          jamie.konn@dlapiper.com,  jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
          Janet M. Meiburger, Esq.    on behalf of Creditor    Tribune Company admin@meiburgerlaw.com
          Janet M. Meiburger, Esq.    on behalf of Creditor    Ricmac Equities Corporation
          admin@meiburgerlaw.com
          Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
          ecf@krcl.com
          Jason B. Binford    on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
          ecf@krcl.com
          Jason M. Krumbein    on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
          Jason M. Krumbein    on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
          Jason M. Krumbein    on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
          Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
          Jason William Harbour    on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@hunton.com,
          tcanada@hunton.com
          Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
          jharbour@hunton.com,  tcanada@hunton.com
          Jeffrey Scharf    on behalf of Creditor    County of Spokane jeff@taxva.com,
          tacspc@gmail.com;amanda@taxva.com
          Jeffrey Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
          tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
          jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com

District/off: 0422-7          User: luedecket          Page 18 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr        Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
           Jeff.Klusmeier@ago.mo.gov, Michelle.Hirschvogel@ago.mo.gov
          Jeffrey I. Snyder   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
           jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
           Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage
           Pass-Through Certificates, Series 2002-CIBC4 jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   LNR Partners, Inc. jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999-C1 Kelly Road, LLC jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
           Partnership jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
           jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
           jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited
           Partnership jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey J. Graham   on behalf of Creditor   Washington Corner, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Amcor Sunclipse North America jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Gateway US Retail, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Acer America Corporation jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corporation
           jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The Insurance Company of the State of
           Pennsylvania jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Specific Media LLC jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   MaineToday Media, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corp.
           jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Gateway, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
           wcsr.com
          Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jeffreymsherman@gmail.com,
           elmoyer99@gmail.com

```
District/off: 0422-7          User: luedecket          Page 19 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr         Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jeffrey N. Pomerantz   on behalf of Creditor Committee    Official Committee of Unsecured
  Creditors jpomerantz@pszjlaw.com
Jenelle Marie Dennis   on behalf of Creditor    Manteca Stadium Park, L.P.
  dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Federal Realty Investment Trust
  dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Sweetwater Associates, L.P.
  dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    The Hutensky Group dennisj@ballardspahr.com,
  pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    GMS Golden Valley Ranch, LLC
  dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    The Macerich Company dennisj@ballardspahr.com,
  pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Centro Properties Group dennisj@ballardspahr.com,
  pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    The Morris Companies Affiliates
  dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Laguna Gateway Phase 2, LP
  dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Prudential Insurance Company of America
  dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    UBS Realty Investors, LLC dennisj@ballardspahr.com,
  pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Cencor Realty dennisj@ballardspahr.com,
  pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Watt Management Company dennisj@ballardspahr.com,
  pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Uniwest Commercial Realty dennisj@ballardspahr.com,
  pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Foursquare Properties Inc.
  dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Point West Plaza II Investors
  dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Bear Valley Road Partners LLC
  dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Torrance Towne Center Associates, LLC
  dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Cousins Properties Incorporated
  dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Eagleridge Associates, LLC
  dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Portland Investment Company of America
  dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    RREEF Management Company dennisj@ballardspahr.com,
  pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    OTR-Clairemont Square dennisj@ballardspahr.com,
  pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    KNP dennisj@ballardspahr.com,
  pollack@ballardspahr.com
Jennifer  Langan   on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
Jennifer Ellis Lattimore    on behalf of Defendant    Vizio, Inc. jlattimore@eckertseamans.com
Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
Jennifer J. West   on behalf of Creditor    Coca-Cola Bottling Company Consolidated
  jwest@spottsfain.com,
  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
  ;hcutright@spottsfain.com
Jennifer J. West   on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
  ;hcutright@spottsfain.com
Jennifer J. West   on behalf of Creditor    Entergy Louisiana, LLC jwest@spottsfain.com,
  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
  ;hcutright@spottsfain.com
Jennifer J. West   on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
  ;hcutright@spottsfain.com
Jennifer J. West   on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
  ;hcutright@spottsfain.com
Jennifer J. West   on behalf of Creditor    Entergy Mississippi, Inc. jwest@spottsfain.com,
  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
  ;hcutright@spottsfain.com
Jennifer J. West   on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
  ;hcutright@spottsfain.com
Jennifer J. West   on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
  rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
  ;hcutright@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer J. West    on behalf of Defendant    Coca Cola Bottling Co. Consolidated
            jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
            ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    South Carolina Electric & Gas Company and Public
            Service of North Carolina jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
            ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
            ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
            jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
            ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
            Enterprises Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
            ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
            ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
            ;hcutright@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
            jkneeland@watttieder.com,  ccurtiss@watttieder.com
          Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@watttieder.com,
            ccurtiss@watttieder.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
            jkneeland@watttieder.com,  ccurtiss@watttieder.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
            jkneeland@watttieder.com,  ccurtiss@watttieder.com
          Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Swiff-Train Company jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
            Bee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P. jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Charlotte (Archdale) UY, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Tacoma News, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RPAI Pacific Property Services LLC (f/k/a
              Inland Pacific Property Services LLC) jmclemore@cblaw.com,
              avaughn@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   IN Retail Fund Algonquin Commons, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Idaho Statesman jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   1030 W. North Ave. Bldg. LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Tourboullin Co. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Jordan Landing, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Bel Air Square LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Myrtle Beach Sun News jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank national Association, as Trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
              Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Media General, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   CC-Investors 1995-6 jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Houma Magnolia, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company dba The Charlotte
              Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Fresno Bee
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Starpoint Property Management, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Carlson Marketing Worldwide, Inc., fka
              Carlson Marketing Group, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Generation One and Two, LP jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1021, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Sparkleberry Two Notch, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RPAI Southwest Management LLC (f/k/a Inland
              Southwest Management LLC) jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   P/A Acadia Pelham Manor, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Lexington Herald-Leader jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Shops at Kildeer, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Columbia Equities Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   De Rito Partners Development, Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Sugar Land Colony Liimted
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   GC Acquisition Corp. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Lake Worth Towne Crossing
              Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor Alexander H Bobinski jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western San Antonio HW Limited
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Southwest Management LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 22 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
           Capital Management, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
           Star jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
           Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
           Gateway III, LLC as tenants in common jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 23 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Defendant   Philips Electronics North America Corporation,
           d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
           Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Southwest Management LLC, Inland
           American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
           Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   PL Mesa Pavilions LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Cameron Bayonne Urban Renewal, LLC's (f/k/a
           Cameron Bayonne, LLC) jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   City and County of San Francisco
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   The Miami Herald Media Company
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Union Square Retail Trust jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Crossroads Associates, Ltd.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Charlotte Observer jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Wichita Eagle jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Manufacturers and Traders Trust Company, as
           Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   The McClatchy Company, dba Myrtle Beach Sun
           News, aka The Sun News jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Fingerlakes Crossing, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   NAP Northpoint, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Thoroughbred Village jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Industriaplex, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping
           Center) jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Carousel Center Company, L.P.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   EklecCo NewCo, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Lewisville Lakepointe Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Foursquare Properties Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank National Association f/k/a
           LaSalle National Bank jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge
           Center jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   De Rito Partners jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   La Habra Imperial, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Rolling Acres Plaza Shopping Center
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party   Jeff Leopold jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Lake Worth Towne Crossing Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   McClatchy Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Idaho Statesman Publishing LLC, d/b/a The
           Idaho Statesman jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   The Leben Family Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Hamilton Beach Brands, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Cohab Realty, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   EEL McKee LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 24 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
          Eagle jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
          Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
          Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
          Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
          acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 25 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Interested Party   Lexington Herald-Leader
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland US Management LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Kite Coral Springs, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Sangertown Square, L.L.C. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Temecula Commons, L.L.C.
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor   Manufacturers and Traders Trust Company, as
              Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
              Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank National Association, f/k/a
              LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank National Association, a
              nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
              acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Cousins Properties Incorporated
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Southwest Darien, L.L.C.
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Tacoma News, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Continental Property Management Corp.
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Rancon Realty Fund IV jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland American Retail Management LLC
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Argyle Forest Retail I, LLC
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   KRG Market Street Village, LP
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   McClatchy Newspapers, Inc. dba The San Luis
              Obispo County Tribune jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   The Macerich Company jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Digital Innovations, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Acadia Realty Limited Partnership
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party   Manufacturers & Traders Trust Company,
              as Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Myrtle Beach Farms jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Fishers Station Development Co.
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   North Jersey Media Group Inc.
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Warner Home Video jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Thoroughbred Village Tennessee, GP
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Crossroads Shopping Center jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Bella Terra Associates, LLC
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Merge Computer Group, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   RioCan Austin Southpark Meadows II Limited
              Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Tanglewood Park, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 26 of 57          Date Rcvd: Jan 10, 2017
                              Form ID: redacttr        Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
  calirm@haslaw.com
Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
  egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
  jeremy.friedberg@lf-pc.com, ecf@lf-pc.com;pierce.murphy@lf-pc.com
Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Information Systems, Inc.
  jeremy.friedberg@lf-pc.com, ecf@lf-pc.com;pierce.murphy@lf-pc.com
Jeremy S. Friedberg   on behalf of Creditor   Washington Green TIC jeremy.friedberg@lf-pc.com,
  ecf@lf-pc.com;pierce.murphy@lf-pc.com
Jeremy S. Williams   on behalf of Creditor   Magna Trust Company, Trustee
  jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC
  jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams   on behalf of Creditor Joe   Evans jeremy.williams@kutakrock.com,
  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams   on behalf of Defendant   SDI Technologies, Inc.
  jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
  jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams   on behalf of Creditor Michelle   Sifford jeremy.williams@kutakrock.com,
  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams   on behalf of Defendant   Antec, Inc. jeremy.williams@kutakrock.com,
  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
  jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
Jeremy W. Martin   on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
  jmartin@weststarmortgage.com
Jeremy W. Martin   on behalf of Interested Party   McCandlish Holton, PC
  jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
Jeremy W. Ryan   on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
  Corp. jerryhall10@hotmail.com
Jess R. Bressi   on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
Jesse N. Silverman   on behalf of Creditor   KNP jsilverman@dilworthlaw.com,
  rbannister@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Prudential Insurance Company of America
  jsilverman@dilworthlaw.com, rbannister@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Foursquare Properties, Inc.
  jsilverman@dilworthlaw.com, rbannister@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   The Macerich Company jsilverman@dilworthlaw.com,
  rbannister@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Watt Management Company jsilverman@dilworthlaw.com,
  rbannister@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Eagleridge Associates, LLC
  jsilverman@dilworthlaw.com, rbannister@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Torrance Towne Center Associates, LLC
  jsilverman@dilworthlaw.com, rbannister@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   RREEF Management Company jsilverman@dilworthlaw.com,
  rbannister@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
  L.L.C. jsilverman@dilworthlaw.com, rbannister@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Comcast Cable Communications, LLC
  jsilverman@dilworthlaw.com, rbannister@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Cousins Properties Incorporated
  jsilverman@dilworthlaw.com, rbannister@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Portland Investment Company of America
  jsilverman@dilworthlaw.com, rbannister@dilworthlaw.com
Jessica Regan Hughes   on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
  swells@seyfarth.com;wdcdocketing@seyfarth.com
Jessica Regan Hughes   on behalf of Interested Party   Arboretum of South Barrington, LLC
  jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping Center
  jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
  swells@seyfarth.com;wdcdocketing@seyfarth.com
Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
  jsaronson@ridberglaw.com
Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
Joel T. Marker   on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
  jraftery@offitkurman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             John C. Smith    on behalf of Creditor    Sun Construction Group, Inc. a/k/a Sun Construction
               Group-GA jsmith@sandsanderson.com,    sryan@sandsanderson.com;dbbankruptcy@gmail.com
             John C. Smith    on behalf of Defendant    Sun Construction Group, Inc. a/k/a Sun Construction
               Group-GA jsmith@sandsanderson.com,    sryan@sandsanderson.com;dbbankruptcy@gmail.com
             John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
             John C. Smith    on behalf of Defendant    Sennco Solutions, Inc. jsmith@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
             John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jfiero@pszjlaw.com
             John D. McIntyre    on behalf of Creditor    Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
             John D. McIntyre    on behalf of Creditor    Ritz Motel Company jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
             John D. McIntyre    on behalf of Creditor    Janaf Shops, LLC jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
             John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation
               jmcintyre@wmlawgroup.com,    wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
             John D. McIntyre    on behalf of Defendant    Midland Radio Corporation jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
             John D. McIntyre    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
               jmcintyre@wmlawgroup.com,    wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
             John Darren Sadler    on behalf of Creditor    The Hutensky Group sadlerj@ballardspahr.com,
               andersonn@ballardspahr.com
             John Darren Sadler    on behalf of Creditor    CWCapital Asset Management LLC
               sadlerj@ballardspahr.com,    andersonn@ballardspahr.com
             John Darren Sadler    on behalf of Creditor    Cencor Realty sadlerj@ballardspahr.com,
               andersonn@ballardspahr.com
             John Darren Sadler    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
               Properties Group sadlerj@ballardspahr.com,    andersonn@ballardspahr.com
             John Darren Sadler    on behalf of Creditor    Battlefield FE Limited Partners
               sadlerj@ballardspahr.com,    andersonn@ballardspahr.com
             John Darren Sadler    on behalf of Creditor    Federal Realty Investment Trust
               sadlerj@ballardspahr.com,    andersonn@ballardspahr.com
             John Darren Sadler    on behalf of Creditor    UBS Realty Investors, LLC sadlerj@ballardspahr.com,
               andersonn@ballardspahr.com
             John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
               pjf@carmodymacdonald.com
             John E. Lucian    on behalf of Creditor    VIWY, L.P. lucian@blankrome.com
             John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
               lucian@blankrome.com
             John G. McJunkin    on behalf of Creditor    Marc Realty jmcjunkin@bakerdonelson.com,
               sparson@bakerdonelson.com
             John G. McJunkin    on behalf of Creditor    SimpleTech by Hitachi Global Storage Technologies
               jmcjunkin@bakerdonelson.com,    sparson@bakerdonelson.com
             John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@bakerdonelson.com,
               sparson@bakerdonelson.com
             John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@bakerdonelson.com,
               sparson@bakerdonelson.com
             John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@bakerdonelson.com,
               sparson@bakerdonelson.com
             John G. McJunkin    on behalf of Creditor    Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
               sparson@bakerdonelson.com
             John J. Trexler    on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
             John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association
               jroche@perkinscoie.com,
               ADSmith@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com;ecf-3ac9070a3959@ecf.
               pacerpro.com;geisenberg@perkinscoie.com
             John M. Craig    on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
               russj4478@aol.com
             John M. Craig    on behalf of Defendant    Imagitas, Inc. johncraigg@aol.com,    russj4478@aol.com
             John M. Craig    on behalf of Creditor    Duke Energy Ohio, Inc. johncraigg@aol.com,
               russj4478@aol.com
             John M. Craig    on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
               johncraigg@aol.com,    russj4478@aol.com
             John M. Craig    on behalf of Creditor    Dominion Hope johncraigg@aol.com,    russj4478@aol.com
             John M. Craig    on behalf of Creditor    Central Georgia Electric Membership Corporation
               johncraigg@aol.com,    russj4478@aol.com
             John M. Craig    on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
               russj4478@aol.com
             John M. Craig    on behalf of Creditor    New York State Electric and Gas Corporation
               johncraigg@aol.com,    russj4478@aol.com
             John M. Craig    on behalf of Creditor    Michigan Consolidated Gas Company johncraigg@aol.com,
               russj4478@aol.com
             John M. Craig    on behalf of Creditor    Carolina Power & Light Company d/b/a Progress Energy
               Carolinas johncraigg@aol.com,    russj4478@aol.com
             John M. Craig    on behalf of Creditor    Boston Gas Company johncraigg@aol.com,    russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       John M. Craig    on behalf of Creditor    Connecticut Light and Power Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
       John M. Craig    on behalf of Creditor    Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
       John M. Craig    on behalf of Creditor    Piedmont Natural Gas Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Toledo Edison Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Southern Connecticut Gas Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Duke Energy Indiana, Inc. johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Defendant    Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
       John M. Craig    on behalf of Defendant    Pro-Pave Sealcoat Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Southern California Edison Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Yankee Gas Services Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Orange and Rockland Utilities johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    The Detroit Edison Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    KeySpan Gas East Corporation johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Connecticut Natural Gas Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    The Cleveland Electric Illuminating Company
       johncraigg@aol.com,  russj4478@aol.com
       John M. Craig    on behalf of Creditor    Duke Energy Carolinas, LLC johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Public Service Company of New Hampshire
       johncraigg@aol.com,  russj4478@aol.com
       John M. Craig    on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion
       Virginia Power johncraigg@aol.com,  russj4478@aol.com
       John M. Craig    on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
       johncraigg@aol.com,  russj4478@aol.com
       John M. Craig    on behalf of Creditor    Public Service Electric And Gas Company
       johncraigg@aol.com,  russj4478@aol.com
       John M. Craig    on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
       johncraigg@aol.com,  russj4478@aol.com
       John M. Craig    on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
       John M. Craig    on behalf of Creditor    Granite State Electric johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
       John M. Craig    on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Consolidated Edison Company of New York, Inc.
       johncraigg@aol.com,  russj4478@aol.com
       John M. Craig    on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    American Electric Power johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Salt River Project johncraigg@aol.com,  russj4478@aol.com
       John M. Craig    on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Jackson EMC johncraigg@aol.com,  russj4478@aol.com
       John M. Craig    on behalf of Defendant    ASM Capital III, L.P. johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
       russj4478@aol.com
       John M. Craig    on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
       johncraigg@aol.com,  russj4478@aol.com
       John M. Craig    on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
       russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

John P. Van Beek   on behalf of Defendant    Cosco, Inc., d/b/a Cosco Air Conditioning and
  Refrigeration jvanbeek@goldmanvanbeek.com,
  awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
  vanbeek.com
John P. Van Beek   on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
  awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
  vanbeek.com
John P. Van Beek   on behalf of Creditor    WEC 96D Niles Investment Trust
  jvanbeek@goldmanvanbeek.com,
  awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
  vanbeek.com
John P. Van Beek   on behalf of Creditor    TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
  awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
  vanbeek.com
John T. Farnum   on behalf of Creditor    Bell Microproducts, Inc. jfarnum@linowes-law.com,
  gduvall@linowes-law.com;klevie@linowes-law.com
John T. Farnum   on behalf of Defendant    Ashley Furniture Industries, Inc.
  jfarnum@linowes-law.com,   gduvall@linowes-law.com;klevie@linowes-law.com
John T. Husk   on behalf of Defendant    Casco Corporation johnhusk@aol.com,   nre98@aol.com
Jonathan L. Hauser   on behalf of Defendant    Klipsch Audio Technologies LLC
  jonathan.hauser@troutmansanders.com
Jonathan L. Hauser   on behalf of Defendant    CENVEO, Inc. jonathan.hauser@troutmansanders.com
Jonathan L. Hauser   on behalf of Defendant    Velocity Micro, Inc.
  jonathan.hauser@troutmansanders.com
Jonathan L. Hauser   on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
Jonathan L. Hauser   on behalf of Defendant    Stampede Presentation Products, Inc.
  jonathan.hauser@troutmansanders.com
Jonathan T. Cain   on behalf of Defendant    Zoo Entertainment, Inc. jtcain@mintz.com,
  kcraun@mintz.com
Jonathan T. Cain   on behalf of Defendant    InVNT, LLC jtcain@mintz.com,   kcraun@mintz.com
Jonathan T. Cain   on behalf of Defendant    Zoo Games, Inc. f/k/a Destination Software, Inc.
  jtcain@mintz.com,   kcraun@mintz.com
Jorge A. Ortiz   on behalf of Defendant    Interactive Toy Concepts, Inc jorgeortiz0411@gmail.com
Joseph M. DuRant   on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
Joseph T. Moldovan   on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire
  Blue Cross Blue Shield bankruptcy@morrisoncohen.com
Judy A. Robbins, 11    USTPRegion04.RH.ECF@usdoj.gov
Julie Ann Quagliano   on behalf of Creditor    AT&T Capital Services, Inc.
  quagliano@seeger-law.com,   harvell@seeger-law.com
Julie Ann Quagliano   on behalf of Defendant    Kent H. Landsberg of Dallas, LP (
  quagliano@seeger-law.com,   harvell@seeger-law.com
Julie Ann Quagliano   on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
  harvell@seeger-law.com
Julie Ann Quagliano   on behalf of Creditor    AT&T quagliano@seeger-law.com,
  harvell@seeger-law.com
Julie Ann Quagliano   on behalf of Defendant    Paris Business Products, Inc.
  quagliano@seeger-law.com,   harvell@seeger-law.com
Julie Ann Quagliano   on behalf of Defendant    Amcor Packaging Distribution, Inc., d/b/a Amcor
  Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
  quagliano@seeger-law.com,   harvell@seeger-law.com
Justin F. Paget   on behalf of Defendant    The Seattle Times Company jpaget@hunton.com,
  tcanada@hunton.com
Justin F. Paget   on behalf of Defendant    Hunton & Williams, LLP jpaget@hunton.com,
  tcanada@hunton.com
Justin F. Paget   on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
  tcanada@hunton.com
Justin F. Paget   on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
  tcanada@hunton.com
Justin F. Paget   on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
  Inc. jpaget@hunton.com,   tcanada@hunton.com
Justin F. Paget   on behalf of Defendant    Wynit, Inc. jpaget@hunton.com,   tcanada@hunton.com
Justin F. Paget   on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
  Liberate Your Brand jpaget@hunton.com,   tcanada@hunton.com
Kalina Boyanova Miller   on behalf of Creditor    First Industrial Realty Trust, Inc.
  kmiller@wileyrein.com,   rours@wileyrein.com
Kalina Boyanova Miller   on behalf of Creditor    Greater Orlando Aviation Authority
  kmiller@wileyrein.com,   rours@wileyrein.com
Kan C. Farand   on behalf of Creditor    Alameda County Treasurer farand.kan@acgov.org
Karen L. Gilman   on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
  jbrockett@clrbfirm.com;tturner@clrbfirm.com;clrbfirmecf@gmail.com
Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
  jbrockett@clrbfirm.com;tturner@clrbfirm.com;clrbfirmecf@gmail.com
Ken Coleman   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
  Ken.Coleman@allenovery.com
Kenneth R. Rhoad   on behalf of Creditor    ActionLink, LLC rhoadken@gmail.com
Kenneth R. Rhoad   on behalf of Defendant    Actionlink, LLC rhoadken@gmail.com
Kevin A. Lake   on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com

District/off: 0422-7          User: luedecket          Page 30 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kevin A. Lake    on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
           County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
           District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Madcow International Group Limited
           klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
           Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
           Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Harris County klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
           District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
           District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Pima County klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk    on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink    on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    NBT Bank, N.A. knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Carousel Center Company, L.P. knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Mount Berry Square, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Sangertown Square, L.L.C. knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    EklecCo NewCo, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Landover (Landover Crossing), LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Fingerlakes Crossing, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
           krm@mccarthywhite.com,   wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Detroit, Inc.
           khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Phoenix, Inc.
           khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Texas, Inc.
           khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Atlanta, Inc.
           khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Tampa, Inc.
           khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
           sprescott@idalaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kimberly A. Pierro   on behalf of Creditor    Schottenstein Property Group, Inc.
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
          Kimberly A. Pierro   on behalf of Creditor    Cole CC Groveland FL, LLC
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
          Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association f/k/a
               LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association, as trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association, as trustee
               for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association as Trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association f/k/a
               LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
               1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
          Kirk B. Burkley   on behalf of Creditor    Duquesne Light Company kburkley@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
               ve.com
          Kirk David Berkhimer   on behalf of Defendant    A&L Products Limited Kirk@BERKHIMERLaw.com
          Kristen E. Burgers   on behalf of Creditor    ORIX Capital Markets, LLC kburgers@hf-law.com
          Kristen E. Burgers   on behalf of Creditor    CWCapital Asset Management LLC kburgers@hf-law.com
          Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kurt M. Kobiljak   on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
          Laura  Otenti   on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@hf-law.com,
               ndysart@hf-law.com
          Lawrence H. Glanzer   on behalf of Creditor    Citrus Park CC, LLC glanzer@rgblawfirm.com,
               joette@rgblawfirm.com
          Lawrence J. Hilton   on behalf of Creditor    TARGUS, INC. lhilton@onellp.com,  lthomas@onellp.com,
               info@onellp.com,evescance@onellp.com,crodriguez@onellp.com,rwenzel@onellp.com
          Leon Y. Tuan   on behalf of Creditor    TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard Starr   on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com,
               gadams@Starr-Law.com
          Leonidas  Koutsouftikis   on behalf of Creditor    Washington Real Estate Investment Trust
               lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant    Network Engineering Technologies, Inc.
               lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt   on behalf of Interested Party    American Computer Development, Inc.
               regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Defendant    EVGA.com Corp. regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Creditor    D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill   on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
               nkatzen@reedsmith.com
          Linda Sharon Broyhill   on behalf of Creditor    La Frontera Village, L.P. lbroyhill@reedsmith.com,
               nkatzen@reedsmith.com
          Lisa Hudson Kim   on behalf of Creditor    Vornado Caguas LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    CSI Construction Company lkim@siwpc.com,
               lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
               lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Wayne VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Lang Construction, Inc. lkim@siwpc.com,
               lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BevCon I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
               lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
               lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant    Vornado Realty Trust lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Reverend Dwayne Funches lkim@siwpc.com,  lhamiel@siwpc.com

District/off: 0422-7          User: luedecket          Page 32 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Lisa Hudson Kim   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
           Partnership lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   VNO TRU Dale Mabry, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   BBP-Muncy LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   Chatham County, GA Tax Commissioner lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   PrattCenter, LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   John Rohrer Contracting Company, Inc. lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   Amherst VF LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   Chatham County Tax Commissioner lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   Monument Consulting, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Interested Party Paul  Schaapman lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   Route 146 Millbury LLC lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   NPP Development LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   Hillson Electric Incorporated lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   T. J. Maxx of CA, LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   Interstate Augusta Properties LLC lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
           of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   DEV Limited Partnership lkim@siwpc.com.
         Lisa Hudson Kim   on behalf of Creditor   UTC I, LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   BPP-SC LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   BPP-OH LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   Alexander's Rego Park Center, Inc. lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   BPP-NY LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   BPP-VA LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   Towson VF LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   E&A Northeast Limited Partnership lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   Baker Natick Promenade LLC lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   BPP-Redding LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   Star Universal, LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   Vornado Gun Hill Road, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   Marlton VF LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   Green Acres Mall, LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   Valley Corners Shopping Center, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Movant   Colonial Heights Holdings, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
           lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Creditor   BPP-WB LLC lkim@siwpc.com, lhamiel@siwpc.com
         Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
           lhamiel@siwpc.com
         Loc  Pfeiffer   on behalf of Defendant   Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com,
           Amanda.nugent@kutakrock.com
         Loc  Pfeiffer   on behalf of Defendant   Schottenstein Property Group, Inc.
           loc.pfeiffer@kutakrock.com, Amanda.nugent@kutakrock.com
         Louis E. Dolan, Jr.   on behalf of Defendant   California Self-Insurers Security Fund
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
           peabody.com;gfornario@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
         Louis E. Dolan, Jr.   on behalf of Creditor   Greystone Data Systems, Inc.
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
           peabody.com;gfornario@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com

District/off: 0422-7              User: luedecket              Page 33 of 57              Date Rcvd: Jan 10, 2017
                                 Form ID: redacttr            Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Louis E. Dolan, Jr.  on behalf of Plaintiff   Greystone Data Systems, Inc.
             LDOLAN@nixonpeabody.com,
             was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
             peabody.com;gfornario@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Creditor   TomTom, Inc. LDOLAN@nixonpeabody.com,
             was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
             peabody.com;gfornario@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Defendant Christine  Baker LDOLAN@nixonpeabody.com,
             was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
             peabody.com;gfornario@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Defendant   TomTom, Inc. LDOLAN@nixonpeabody.com,
             was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
             peabody.com;gfornario@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Creditor   California Self-Insurers' Security Fund
             LDOLAN@nixonpeabody.com,
             was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixon
             peabody.com;gfornario@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Lucy L. Thomson   lthomson2@csc.com
          Luder F. Milton  on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel Anne Vargas  on behalf of Defendant   Cypress/Spanish Fort I LP LVargas@chfirm.com,
             chps.ecfnotices@mail.com
          Lynn L. Tavenner  on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
             sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner  on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
             sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner  on behalf of Creditor Committee   Official Committee of Unsecured Creditors
             ltavenner@tb-lawfirm.com,
             sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner  on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
             sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner  on behalf of Defendant   The Washington Post Company ltavenner@tb-lawfirm.com,
             sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner  on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
             ltavenner@tb-lawfirm.com,
             sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner  on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
             Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
             sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner  on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
             sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)  on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
             sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)  on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
             sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)  on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
             sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Madeleine C. Wanlsee  on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
          Malcolm M. Mitchell, Jr.  on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
             sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.  on behalf of Creditor   Advertising.com Inc. mmmitchell@vorys.com,
             sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.  on behalf of Defendant   AOL Advertising Inc. mmmitchell@vorys.com,
             sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.  on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
             mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.  on behalf of Defendant   Superstation, Inc. mmmitchell@vorys.com,
             sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.  on behalf of Creditor   Accent Energy California LLC
             mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.  on behalf of Creditor   Advance Real Estate Management, LLC
             mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.  on behalf of Creditor   Polaris Circuit City, LLC mmmitchell@vorys.com,
             sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Margaret M. Anderson  on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan  on behalf of Creditor   CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan  on behalf of Creditor   Chelmsford Realty Associates mconlan@gibbonslaw.com
          Mark D. Sherrill  on behalf of Interested Party   CMAT 1999-C2 LAWENCE  ROAD , LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill  on behalf of Creditor   DMARC 2006 Poughkeepsie LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill  on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill  on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill  on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill  on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
             mark.sherrill@sutherland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Unknown     Sutherland Asbill & Brennan LLP
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
              of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
              holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Transferee   CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
              PARTNERSHIP mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    Cl West Mason Street LLC mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Interested Party   CMAT 1999-C2 RIDGELAND RETAIL, LLC
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CGCMT 2006 C5 Glenway Avenue LLC
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
              Partnership mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
              Liability Company mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
              Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
              Certificates, Series 2006-C4 mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Ludwig Drive, LLC
              mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
              mark.sherrill@sutherland.com
          Mark D. Taylor    on behalf of Defendant    The Weather Channel, LLC f/k/a The Weather Channel
              Interactive, Inc. mtaylor@vlplawgroup.com
          Mark D. Taylor    on behalf of Creditor    Triangle Equities Junction LLC mtaylor@vlplawgroup.com
          Mark D. Taylor    on behalf of Creditor    Lenovo USA mtaylor@vlplawgroup.com
          Mark E. Browning    on behalf of Defendant    Susan Combs, as Comptroller of Public Accounts of the
              State of Texas, and Greg Abbott, as Attorney General of the State of Texas
              bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts
              bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts and Texas
              Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman    on behalf of Defendant    InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Creditor    InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Defendant    Creative Labs, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Creditor    Morgan Hill Retail Venture, LP
              mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Creditor    West Marine Products, Inc. mark.friedman@dlapiper.com
          Mark K. Ames    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
              mark@taxva.com,  amanda@taxva.com
          Mark K. Ames    on behalf of Creditor    Louisiana Department of Revenue mark@taxva.com,
              amanda@taxva.com
          Mark X. Mullin    on behalf of Creditor    Phoenix Property Company mark.mullin@haynesboone.com,
              dian.gwinnup@haynesboone.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
          mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
          Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
          Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
          martin.brown@lawokc.com
          Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
          Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
          molden@mhalaw.com,  akauba@mhalaw.com
          Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
          lexbankruptcy@wyattfirm.com
          Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
          mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
          lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
          Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
          myoder@parkerpollard.com,
          sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
          sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael  Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
          othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael A. Condyles   on behalf of Creditor    CBL & Associates Management, Inc.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    The Shoppes of Beavercreek Ltd.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Aurora CO, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Circuit Sports, L.P. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Jubilee-Springdale, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Defendant    Epson America, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Sony Electronics, Inc.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    JP Morgan Chase & Co.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
          Bank, USA michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    The Landing at Arbor Place II, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole Capital Partners, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Hickory Ridge Pavilion LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley   on behalf of Defendant    White-Spunner Construction Inc.
          mcrowley@asm-law.com
          Michael Callahan Crowley   on behalf of Creditor    White-Spunner Construction, Inc.
          mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Defendant    Mad Catz, Inc. mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Tamarack Village Shopping Center Limited Partnership
          mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    CHK, LLC mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Whitestone Development Partners, L.P.
          mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Defendant    Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
          Inc. mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Inland Continental Property Management Corp.
          mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Catellus Operating Limited Partnership
          mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Inland Commercial Property Management,  Inc.
          mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
          mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Defendant    North American Roofing Services, Inc.
          mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
          mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Michael D. Mueller   on behalf of Creditor   Gateway Center Properties III, LLC and SMR Gateway
              III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Inland US Management LLC mmueller@cblaw.com,
              avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Concar Enterprises, Inc. mmueller@cblaw.com,
              avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   SEA Properties I, LLC mmueller@cblaw.com,
              avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Inland American Retail Management LLC
              mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Cermak Plaza Associates, LLC mmueller@cblaw.com,
              avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,
              avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Inland Pacific Property Services LLC
              mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Kimco Realty Corporation mmueller@cblaw.com,
              avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Union Square Retail Trust mmueller@cblaw.com,
              avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Defendant   Honeywell International Inc. dba ADI
              mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   La Habra Imperial, LLC mmueller@cblaw.com,
              avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
              avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Defendant   Warner Home Video, a division of Warner Bros. Home
              Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Defendant   Texas Instruments Incorporated mmueller@cblaw.com,
              avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,
              avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Teachers Insurance and Annuity Association of
              America mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Market Heights, Ltd mmueller@cblaw.com,
              avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Defendant   U.S. Luggage Co. mmueller@cblaw.com,
              avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   RD Bloomfield Associates Limited Partnership
              mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Ergotron, Inc. f/k/a OmniMount Systems, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
              avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Bagby & Russell Electric Company, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
              Michael E. Hastings   on behalf of Creditor   Eastern Security Corp. mhastings@wtplaw.com,
              twhitt@wtplaw.com
              Michael F. Ruggio   on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
              Michael J. Sage   on behalf of Creditor   Pan Am Equities msage@omm.com,  kzeldman@omm.com
              Michael John O'Grady   on behalf of Creditor   Convergys Customer Management Group Inc.
              mjogrady@fbtlaw.com
              Michael Keith McCrory   on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
              Michael L. Wilhelm   on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
              Michael L. Wilhelm   on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
              Michael L. Wilhelm   on behalf of Creditor Harry  Hallaian ECF@w2lg.com
              Michael L. Wilhelm   on behalf of Creditor Leon  Hallaian ECF@w2lg.com
              Michael P. Falzone   on behalf of Creditor   Huntington Mall Company mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   WD Partners, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Woodlawn Trustees Incorporated mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
              Mall mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   Patriot Enterprises of NY, LLC mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Martinair, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Basile Limited Liability Company mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   Standard Electric Supply Co., Inc.
              mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   RTS Marketing, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Fuel Creative, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   DG FastChannel, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Howland Commons Partnership, an Ohio gen partnership
              dba Howland Commons mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   Streater Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Vertis, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Kentucky Oaks Mall Company mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
              mfalzone@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
               mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
               mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
               mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
               mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Defendant   BellO International Corp. mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Defendant   Amore Construction Company mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Interested Party   Systemax, Inc. mfalzone@hf-law.com
             Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
               mkogan@koganlawfirm.com
             Min Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
               Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
               Continental Property Management Corp., and Inland Commerc mpark@cblh.com
             Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
             Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
             Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
             Mitchell B. Weitzman    on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
             Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
             Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
             Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
             Nancy R. Schlichting    on behalf of Creditor    Antor Media Corporation nrs@lplaw.com,
               lmg@lplaw.com
             Nathan Jones    on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
             Nathan Jones    on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com
             Nathan Jones    on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
             Nathan Jones    on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com
             Nathan Jones    on behalf of Creditor    Us Debt Recovery VIII, L.P. heather@usdrllc.com
             Nathan Jones    on behalf of Creditor    United States Debt Recovery, LLC heather@usdrllc.com
             Nathan Jones    on behalf of Creditor    US Debt Recovery XI, LP heather@usdrllc.com
             Nathan Jones    on behalf of Creditor    US Debt Recovery VIII, L.P. heather@usdrllc.com
             Nathan Jones    on behalf of Creditor    Us debt recovery, XII, LP heather@usdrllc.com
             Nathan Jones    on behalf of Creditor    US Debt Recovery V, LP heather@usdrllc.com
             Nathan Jones    on behalf of Creditor    US Debt Recovery IV, LLC heather@usdrllc.com
             Nathan Jones    on behalf of Creditor    US Debt Recovery III, LLC heather@usdrllc.com
             Nathan Jones    on behalf of Creditor    US Debt Recovery X, LLC heather@usdrllc.com
             Neil E. McCullagh    on behalf of Creditor    PNY Technologies, Inc. nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery IV LLC
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh    on behalf of Defendant    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh    on behalf of Creditor    Shelby Properties TX, LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh    on behalf of Interested Party    Marblegate Asset Management
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh    on behalf of Creditor    Chino South Retail PG, LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh    on behalf of Defendant    Newspaper Agency Company LLC d/b/a MediaOne of Utah
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com
             Neil E. McCullagh    on behalf of Creditor    United States Debt Recovery, LLC
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
               aldson@spottsfain.com;hcutright@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Neil E. McCullagh    on behalf of Defendant    Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
            Rutherford LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Creditor    Dentici Family Limited Partnership
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Creditor    Pintar Investment Properties TX, LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Defendant    Cleveland Construction, Inc.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, L.P.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Defendant    iGoDitgal, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Defendant    Corporate Facilities Group, Inc. d/b/a Facilities
            Engineering nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
            Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
            LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Creditor    Dudley Mitchell Properties TX, LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Defendant    Bagby Electric of Virginia, Inc.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Defendant    Panattoni Construction Inc.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Defendant    Parkway Enterprises, LLC d/b/a Parkway Enterprises
            LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com
            Neil E. McCullagh    on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
            aldson@spottsfain.com;hcutright@spottsfain.com

District/off: 0422-7          User: luedecket          Page 40 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
           Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Techcraft Manufacturing, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Cormark, Inc. nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Cleveland Construction, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Attorney    Spotts Fain PC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Scripps Networks Interactive, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for EPC
           Denton Gateway, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Nicholas W. Whittenburg    on behalf of Creditor    Cleveland Towne Center, LLC
           nwhittenburg@millermartin.com,    mcsmith@millermartin.com
          Oscar Baldwin Fears, III    on behalf of Creditor    Georgia Department of Revenue
           bfears@law.ga.gov,    jjacobs@law.ga.gov
          P. Matthew Roberts    on behalf of Creditor    Hillsborough County, FL matt@godwinjonesandprice.com
          P. Matthew Roberts    on behalf of Creditor    CDB Falcon Sunland Plaza, LP
           matt@godwinjonesandprice.com
          Patrick M. Birney    on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
           ctrivigno@rc.com
          Paul J. Pascuzzi    on behalf of Interested Party    Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Centre Daily Times (State College)
           ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Columbus Ledger-Enquirer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    San Luis Obispo Tribune ppascuzzi@ffwplaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Paul J. Pascuzzi   on behalf of Creditor   Columbia State ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor   Tacoma News, Inc. ppascuzzi@ffwplaw.com
            Paul K. Campsen   on behalf of Defendant   Griffin Marketing & Promotions, Inc.
              pkcampsen@kaufcan.com,  jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor   Lea Company, a Virginia general partnership, the
              Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com,  jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor   Tritronics, Inc. pkcampsen@kaufcan.com,
              jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor   Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
              jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor   Newport News Shopping Center, L.L.C.
              pkcampsen@kaufcan.com,  jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor   Google Inc. pkcampsen@kaufcan.com,  jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor   Site A, LLC pkcampsen@kaufcan.com,  jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor   TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
              jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor   CC Grand Junction Investors 1998, LLC
              pkcampsen@kaufcan.com,  jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor   Crossways Financial Associates, LLC
              pkcampsen@kaufcan.com,  jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor   CC Springs, L.L.C. pkcampsen@kaufcan.com,
              jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor   MHW Warner Robins, LLC pkcampsen@kaufcan.com,
              jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor   Vance Baldwin, Inc. pkcampsen@kaufcan.com,
              jaturner@kaufcan.com
            Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
              pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
            Paul McCourt Curley   on behalf of Creditor Jon C. Geith paul.curley@allenandallen.com,
              kim.pillsbury@allenandallen.com
            Paul McCourt Curley   on behalf of Creditor   Carrollton Arms, LLC paul.curley@allenandallen.com,
              kim.pillsbury@allenandallen.com
            Paul McCourt Curley   on behalf of Creditor Laurie  Lambert-Gaffney paul.curley@allenandallen.com,
              kim.pillsbury@allenandallen.com
            Paul Michael Schrader   on behalf of Creditor   Contra Costa Times, Inc.
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Creditor   San Jose Mercury-News, Inc.
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Creditor   Bay Area News Group East Bay, LLC
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Defendant   Bay Area News Group East Bay, LLC
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Defendant   San Jose Mercury-News, Inc.
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Defendant   Export Development Canada
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Creditor   MediaNews Group, Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News,
              Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
              Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Defendant   Caribbean Display & Construction, Inc.
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Defendant   TIN Inc. d/b/a Temple-Inland Inc.
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Creditor   Contra Costs Times pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group
              East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
              Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Defendant   MediaNews Group Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Defendant   Artitali Group, Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Creditor   Alameda Newspaper Group, Inc.
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Creditor   BayAreaNewsGroup pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Creditor   BayAreaNews Group pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
            Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc.
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com

```
District/off: 0422-7          User: luedecket          Page 42 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr         Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Paul Michael Schrader   on behalf of Creditor   Alameda Newspapers, Inc.
               pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
              Paul S. Bliley, Jr.   on behalf of Creditor   CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
               L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Okaloosa County Florida pbliley@williamsmullen.com,
               rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Hayward 880,LLC pbliley@williamsmullen.com,
               rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Bay County Florida tax collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Hillsborough County, FL pbliley@williamsmullen.com,
               rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   CarMax, Inc. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Palm Beach County Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   CC Countryside 98, LLC pbliley@williamsmullen.com,
               rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County Florida Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Westlake Limited Partnership
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Orange County Florida Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County, Florida pbliley@williamsmullen.com,
               rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Manatee County Florida Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Highlands County, Florida
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Miami-Dade County Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Pinnellas County, Florida
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Interested Party   Carmax Business Services, LLC
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Defendant   Stephen Gould Corporation
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Seminole County Florida Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Hernendo County, Florida pbliley@williamsmullen.com,
               rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Stillwater Designs and Audio, Inc.
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Save Mart Supermarkets pbliley@williamsmullen.com,
               rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Torrington Tripletts, LLC
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   CC-Investors 1997-4 pbliley@williamsmullen.com,
               rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Brevard County Florida Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Crown CCI, LLC pbliley@williamsmullen.com,
               rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Burbank Mall Associates, LLC
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Tax Collector, Polk County, Florida
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Polk County Florida Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Lee County Tax Collector pbliley@williamsmullen.com,
               rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Marion County, Florida pbliley@williamsmullen.com,
               rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Willaims Mullen Clark and Dobbins
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Indian River County Florida Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com@hpollard@williamsmullen.com
              Paula A. Hall   on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
               hall@bwst-law.com,  marbury@bwst-law.com
              Paula S. Beran   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               pberan@tb-lawfirm.com,
               ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Paula S. Beran    on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
                ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
                Inc. Liquidating Trust pberan@tb-lawfirm.com,
                ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
                ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran    on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
                ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran    on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
                pberan@tb-lawfirm.com,
                ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
                ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran (CC-B)    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
                ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran (CC-C)    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
                ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Peter  Barrett   on behalf of Defendant    SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
                LOAN FUNDING, LLC peter.barrett@kutakrock.com,
                lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor   Mayfair ORCC peter.barrett@kutakrock.com,
                lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Defendant   Sony Electronics Inc. peter.barrett@kutakrock.com,
                lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Defendant   Sony Electronics Inc., A/K/A Sony
                peter.barrett@kutakrock.com,
                lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor   Gelco Corporation d/b/a GE Fleet Services
                peter.barrett@kutakrock.com,
                lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor   Mayfair MDCC peter.barrett@kutakrock.com,
                lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
                lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Defendant   Gelco Corporation, d/b/a GE Fleet Services
                peter.barrett@kutakrock.com,
                lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor   Sony Electronics, Inc. peter.barrett@kutakrock.com,
                lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor   Sharpe Partners, LLC peter.barrett@kutakrock.com,
                lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter A. Greenburg   on behalf of Defendant   Premier Resources International LLC
                pgreenburg@aol.com
              Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
              Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
                Administration peter.roth@doj.nh.gov
              Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
                pstrniste@rc.com,  kcooper@rc.com
              Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
              Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
                pcarney@whitecase.com,  hletourneau@whitecase.com

District/off: 0422-7          User: luedecket        Page 44 of 57        Date Rcvd: Jan 10, 2017
                             Form ID: redacttr       Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Peter M. Pearl    on behalf of Movant    Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
                 scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Creditor    PrattCenter, LLC ppearl@spilmanlaw.com,
                 scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Defendant    Koch Entertainment Distribution LLC
                 ppearl@sandsanderson.com,  scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Defendant    Koch International L.P. ppearl@sandsanderson.com,
                 scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
                 ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Creditor    Valley Corners Shopping Center, LLC
                 ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
          Philip C. Baxa    on behalf of Creditor    Mitsubishi Digital Electronics America, Inc.
                 pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Defendant    The Insurance Company of the State of Pennsylvania
                 pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
                 rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor    JWC Loftus LLC pbaxa@sandsanderson.com,
                 rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
                 rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
                 pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor    Dicker-Warmington Properties pbaxa@sandsanderson.com,
                 rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
                 rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Defendant    Mitsubishi Electronics America, Inc.
                 pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor    Onkyo USA Corporation pbaxa@sandsanderson.com,
                 rarrington@sandsanderson.com
          Philip James Meitl   on behalf of Defendant    Gorilla Nation Media, LLC pj.meitl@bryancave.com,
                 john.leininger@bryancave.com
          Philip James Meitl   on behalf of Creditor    Capmark Finance, Inc. pj.meitl@bryancave.com,
                 john.leininger@bryancave.com
          Philip James Meitl   on behalf of Defendant    DBL Distributing, LLC pj.meitl@bryancave.com,
                 john.leininger@bryancave.com
          R. Chase Palmer    on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rand L. Gelber    on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
                 raypri24@hotmail.com
          Raymond William Battaglia    on behalf of Creditor    Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta   on behalf of Creditor    Bond C.C. I Delaware Business Trust
                 rsaitta@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Reid Steven Whitten   on behalf of Creditor    LaSalle Bank National Association, as trustee for
                 C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher    on behalf of Interested Party    36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher    on behalf of Creditor    Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party    Park National Bank rmaxwell@woodsrogers.com,
                 hstewart@woodsrogers.com
          Richard C. Maxwell   on behalf of Interested Party    Wells Fargo Bank Northwest, National
                 Association rmaxwell@woodsrogers.com,  hstewart@woodsrogers.com
          Richard E. Girgado   on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
                 rgirgado@counsel.lacounty.gov
          Richard E. Hagerty   on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
                 richard.hagerty@troutmansanders.com,
                 sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
                 richard.hagerty@troutmansanders.com,
                 sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor    Southroads, L.L.C.
                 richard.hagerty@troutmansanders.com,
                 sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor    Carlyle-Cypress Tuscaloosa, LLC
                 richard.hagerty@troutmansanders.com,
                 sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
                 richard.hagerty@troutmansanders.com,
                 sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor    Northcliff Residual Parcel 4 LLC
                 richard.hagerty@troutmansanders.com,
                 sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor    SAP Retail Inc. and Business Objects
                 richard.hagerty@troutmansanders.com,
                 sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Richard E. Hagerty    on behalf of Creditor    Craig-Clarksville Tennessee LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor James H. Wimmer, Jr.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Plantation Point Development, LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Wal-Mart Stores, Inc.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Certain Benefit Restoration Plan Claimants
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com
              Richard E. Hagerty    on behalf of Attorney    Troutman Sanders LLP
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Triangle Equities Junction LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Cosmo-Eastgate, ltd
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com;rhonda.hill@troutmansanders.com
              Richard E. Lear    on behalf of Creditor    Plaza Las Americas, Inc. richard.lear@hklaw.com,
              kimi.odonnell@hklaw.com
              Richard E. Lear    on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com,
              kimi.odonnell@hklaw.com
              Richard F. Stein    on behalf of Creditor    Internal Revenue Service
              richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson    on behalf of Creditor    Sharp Electronics Corporation
              rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com
              Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow    on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
              Robert A. Canfield    on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
              eancanfield@comcast.net
              Robert A. Canfield    on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
              eancanfield@comcast.net
              Robert A. Canfield    on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
              eancanfield@comcast.net
              Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture kgilbert@hillrainey.com,
              hillraineyign@gmail.com
              Robert B. Hill    on behalf of Creditor    Columbia Plaza Shopping Ceter Venture
              kgilbert@hillrainey.com,  hillraineyign@gmail.com
              Robert B. Hill    on behalf of Creditor Decarla  Taylor-Conyers kgilbert@hillrainey.com,
              hillraineyign@gmail.com
              Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins, 11
              Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
              of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company
              robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
              Robert D. Clark    on behalf of Creditor    Treasurer of Douglas County, Colorado
              rclark@douglas.co.us
              Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
              L.L.C. rtepper@sabt.com,  pcoover@sabt.com
              Robert E. Scully, Jr.    on behalf of Creditor    T.D. Farrell Construction, Inc.
              rscully@stites.com,  docketclerkalexe@stites.com
              Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc.
              rmoorman@moormanlaw.com,  robmoorman@comcast.net
              Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC
              Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
              rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert J.E. Edwards    on behalf of Unknown    KeyBank National Association redwards@polsinelli.com,
              tbackus@polsinelli.com
              Robert J.E. Edwards    on behalf of Creditor    U.S Bank National Association as Trustee
              redwards@polsinelli.com,  tbackus@polsinelli.com
              Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
              USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
              rminkoff@cedargladecapital.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Robert Kenneth Minkoff    on behalf of Creditor    Cedar Glade, LP rminkoff@cedargladecapital.com
              Robert L. LeHane    on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp.
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Philips International rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
              Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
              rmmarino@rpb-law.com, rmmarinol@aol.com
              Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
              rmmarino@rpb-law.com, rmmarinol@aol.com
              Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
              USAVAE.RIC.ECF.CIVIL@usdoj.gov;SJohnston1@usa.doj.gov
              Robert R. Vieth    on behalf of Creditor    D&H Distributing Co. rvieth@ltblaw.com,
              dhowes@ltblaw.com
              Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
              Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
              Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
              Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
              Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
              Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
              bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
              karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
              Times-Picayune bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
              bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
              Oregonian Publishing Co. bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
              Constructors bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
              karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
              Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
              bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
              bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
              karnett@t-mlaw.com
              Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
              rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
              Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Creditor    COMSYS Information Technology Services, Inc. and
              COMSYS Services, LLC rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Interested Party    Marblegate Asset Management
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Creditor    Cameron Group Associates LLP
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services, Inc.
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Creditor    Taubman Auburn Hills Associates Limited
              Partnership rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Creditor    TXU Energy Retail Company LLC
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    Venetian Casino Resort, LLC
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    Longacre Opportunity Fund, L.P.
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    Denver Newspaper Agency LLP
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services
              rwestermann@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
             Robin S. Abramowitz    on behalf of Creditor    CC Merrilville Trust abramowitz@larypc.com
             Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
              abramowitz@larypc.com
             Robin S. Abramowitz    on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
             Robin S. Abramowitz    on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
             Ron C. Bingham, II    on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
              Farrell Construction, Inc. rbingham@stites.com,    dclayton@stites.com
             Ronald A. Page, Jr.    on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
              rpage@rpagelaw.com,    rpage@ecf.inforuptcy.com
             Ronald A. Page, Jr.    on behalf of Attorney    Ronald Page, PLC rpage@rpagelaw.com,
              rpage@ecf.inforuptcy.com
             Ronald A. Page, Jr.    on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
              Management Group, Ltd. rpage@rpagelaw.com,    rpage@ecf.inforuptcy.com

District/off: 0422-7          User: luedecket          Page 48 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr          Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Ronald A. Page, Jr.    on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
             rpage@ecf.inforuptcy.com
             Ronald A. Page, Jr.    on behalf of Creditor    Miner Fleet Management Group, Ltd.
             rpage@rpagelaw.com,    rpage@ecf.inforuptcy.com
             Ronald A. Page, Jr.    on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
             rpage@rpagelaw.com,    rpage@ecf.inforuptcy.com
             Ronald A. Page, Jr.    on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
             rpage@rpagelaw.com,    rpage@ecf.inforuptcy.com
             Ronald A. Page, Jr.    on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
             rpage@rpagelaw.com,    rpage@ecf.inforuptcy.com
             Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
             rpage@ecf.inforuptcy.com
             Ronald G. Dunn    on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
             Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
             cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
             Roy M. Terry, Jr.    on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com
             Roy M. Terry, Jr.    on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com
             Russell R. Johnson, III    on behalf of Creditor    Chalek Company LLC russ4478@aol.com
             Russell R. Johnson, III    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
             Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com
             Ryan C. Day    on behalf of Plaintiff    Schimenti Construction Company LLC ryan.day@leclairryan.com
             S. James Wallace    on behalf of Creditor    Barnes & Powers North, LLC sjw@sjwpgh.com,
             srk@sjwpgh.com
             S. James Wallace    on behalf of Creditor    Equitable Gas Company LLC sjw@sjwpgh.com,
             srk@sjwpgh.com
             S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
             Company sgill@vanblk.com
             Sara L. Chenetz    on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
             Sarah Beckett Boehm    on behalf of Debtor    PRAHS, INC. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    CC Aviation, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores West Coast, Inc.
             sboehm@mcguirewoods.com,    kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    Circuit City Properties, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    Abbott Advertising Agency, Inc.
             sboehm@mcguirewoods.com,    kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
             sboehm@mcguirewoods.com,    kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    InterTAN, Inc. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    Ventoux International, Inc. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    Mayland MN, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    Orbyx Electronics, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    Patapsco Designs, Inc. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Plaintiff    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Defendant    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    Kinzer Technology, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    XSStuff, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    Courchevel, LLC sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    Sky Venture Corp. sboehm@mcguirewoods.com,
             kcain@mcguirewoods.com
             Sarah Beckett Boehm    on behalf of Debtor    Circuit City Purchasing Company, LLC
             sboehm@mcguirewoods.com,    kcain@mcguirewoods.com
             Satchidananda Mims    smims21@hotmail.com
             Scott D. Fink    on behalf of Creditor    The Plain Dealer Bronationalecf@weltman.com
             Seth A. Drucker    on behalf of Creditor    Ritz Motel Company sdrucker@honigman.com
             Seth A. Drucker    on behalf of Creditor    McKinley, Inc. sdrucker@honigman.com
             Shalanda N. Franklin    on behalf of Defendant    Belkin International Inc. sfranklin@vanblk.com,
             mdowns@vanblk.com
             Shalanda N. Franklin    on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
             sfranklin@vanblk.com,    mdowns@vanblk.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Shawn M. Christianson   on behalf of Creditor    Oracle USA, Inc. schristianson@buchalter.com,
    cmcintire@buchalter.com
Sheila G. de la Cruz    on behalf of Creditor    TFL Enterprise, LLC sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Defendant    Kaz, Inc. sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Defendant    Starco, Inc. sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    RTS Marketing, Inc. sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    Howland Commons Partnership, an Ohio gen
    partnership dba Howland Commons sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    Huntington Mall Company sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    Spring Hill Development Partners, GP
    sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
    Mall sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Defendant    Horizon Technology, LLC sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    Basile Limited Liability Company
    sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    United States Debt Recovery, LLC
    sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
    sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
    sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
    sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
    sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
    sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
    rmcburney@hf-law.com;rmcburney67@gmail.com
Sheila L. Shadmand   on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
Sheila L. Shadmand   on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
Sheila L. Shadmand   on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
Stanley M. Salus   on behalf of Creditor    Imperial Sales Company d/b/a Imperial Sales Company
    stan.salus@akerman.com,
    crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
Stephan William Milo   on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
    smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Interested Party    General Electric Company's Consumer &
    Industrial Division smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Creditor    THF St. Clairsville Development, L.P.
    smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
    smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
    smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Creditor    THF Clarksburg Development One, Limited Liability
    Company smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

District/off: 0422-7          User: luedecket          Page 50 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr          Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Stephan William Milo   on behalf of Interested Party   THF Harrisonburg Crossing, L.L.C.
  smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Creditor   Z-Line Designs, Inc. smilo@wawlaw.com,
  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Defendant   ZT Group International, Inc. dba ZT Systems, Inc.
  smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Defendant   Hardsoft Solutions, Inc. d/b/a Micro Product
  Distributors, Inc. smilo@wawlaw.com,
  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Creditor   THF ONC Development, L.L.C. smilo@wawlaw.com,
  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephanie N. Gilbert   on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com
Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership
  smetz@shulmanrogers.com,  tlockwood@shulmanrogers.com
Stephen E. Leach   on behalf of Creditor   Bush Industries, Inc. sleach@hf-law.com,
  ndysart@hf-law.com;kburgers@hf-law.com
Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc.
  sleach@hf-law.com,  ndysart@hf-law.com;kburgers@hf-law.com
Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue
  Murphys@dor.state.ma.us
Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC
  sgallagher@venable.com,  cowenby@venable.com;lrheitger@venable.com
Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
Steven H. Greenfeld   on behalf of Creditor   PR Christiana LLC steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   PRGL Paxton LP steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Red Rose Commons Associates, L.P.
  steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Marple XYZ Associates steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Park Side Realty LP steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Goodmill LLC steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   PREIT SERVICES, LLC steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Pep Boys - Manny, Moe & Jack
  steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   THE GOLDENBERG GROUP steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Boulevard North, LP steveng@cohenbaldinger.com
Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskyorins.com
Steven L. Brown   on behalf of Creditor   Walter E. Hartman & Sally J. Hartman, as Trustee of the
  Hartman 1995 Ohio Property brown@wolriv.com
Steven L. Brown   on behalf of Defendant   The Dispatch Printing Company, d/b/a Columbus Dispatch
  brown@wolriv.com
Steven L. Brown   on behalf of Defendant   Construct, Inc. brown@wolriv.com
Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
Steven L. Brown   on behalf of Creditor   The Columbus Dispatch brown@wolriv.com
Steven L. Brown   on behalf of Creditor   Construct, Inc. brown@wolriv.com
Tara B. Annweiler   on behalf of Creditor   American National Insurance Company
  tannweiler@greerherz.com
Tara L. Elgie   on behalf of Defendant   Fujikon Industrial Co. Ltd. telgie@hunton.com
Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc.
  thadwilson@kslaw.com, pwhite@kslaw.com
Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg   Gateway Woodside, Inc.
  tmurphy@dclawfirm.com,
  rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
  dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
Thomas John McIntosh   on behalf of Defendant   The Nielsen Company (US) LLC, f/k/a Nielsen Media
  Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
Thomas John McIntosh   on behalf of Defendant   WSVN-TV, a unit of Sunbeam Television Corporation
  thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
Thomas John McIntosh   on behalf of Defendant   Nielsen Business Media Inc.
  thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com,
  alexis.makell@hklaw.com
Thomas John McKee, Jr.   on behalf of Defendant   Bell Microproducts, Inc. mckeet@gtlaw.com,
  smedsa@gtlaw.com
Thomas John McKee, Jr.   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,  smedsa@gtlaw.com
Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
  tomjam2003@yahoo.com
Thomas Neal Jamerson   on behalf of Interested Party   Parker Central Plaza Ltd
  tjamerson@hunton.com,  tomjam2003@yahoo.com
Thomas Ryan Lynch   on behalf of Defendant   Griffin Technology tlynch@babc.com
Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
  tboyd@offitkurman.com
Thomas W. Repczynski   on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
  tboyd@offitkurman.com

District/off: 0422-7          User: luedecket          Page 51 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
            trepczynski@offitkurman.com, tboyd@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Tutwiler Properties, LTD
            trepczynski@offitkurman.com, tboyd@offitkurman.com
          Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
            trepczynski@offitkurman.com, tboyd@offitkurman.com
          Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
            bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com, bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   Advertising Inc. tscobb@vorys.com,
            bjtobin@vorys.com
          Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
            croyes@vanblk.com
          Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tracey.ohm@stinson.com,
            porsche.barnes@stinson.com
          Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tracey.ohm@stinson.com,
            porsche.barnes@stinson.com
          Troy  Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
            tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
            Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
            Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
            situated tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
            tsavenko@kv-legal.com
          Tyson Alynn Johnson   on behalf of Creditor   Berkadia Commercial Mortgage LLC
            tyson.johnson@bryancave.com
          Tyson Alynn Johnson   on behalf of Creditor   Capmark Finance, Inc. tyson.johnson@bryancave.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P
            val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Infogain Corporation val.morrison@nelsonmullins.com,
            kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc.
            val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P.
            val.morrison@nelsonmullins.com, kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. val.morrison@nelsonmullins.com,
            kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
            reardonv@michigan.gov, jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
            victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
            victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
            victoria.garry@ohioattorneygeneral.gov
          Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
            walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
            LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
            and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
            ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
            jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
            Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wendy Michele Roenker   on behalf of Creditor Treasurer   City of Chesapeake
            wroenker@cityofchesapeake.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            William  Heuer    on behalf of Transferee    Korea Export Insurance Corporation
               wheuer@duanemorris.com
            William A. Broscious    on behalf of Creditor    Paramount Home Entertainment Inc
               wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor    Kamin Realty Company wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor    Daniel G. Kamin Baton Rouge LLC
               wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor    Circuit Realty NJ LLC wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor    Jurupa Bolingbrook LLC wbroscious@kbbplc.com
            William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor    CC-Investors 1996-6 wbroscious@kbbplc.com
            William A. Burnett    on behalf of Creditor    Stillwater Designs and Audio, Inc.
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Defendant    NYKO Technologies, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Evening Post Publishing Company d/b/a The Post and
               Courier aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Crown CCI, LLC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    National Western Life Insurance Company
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    DIRECTV, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Interested Party    DIRECTV, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Vonage Holdings, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    American National Insurance Company
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Vonage Marketing Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Golf Galaxy, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    CC Countryside 98, LLC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Defendant    SBLM Architects PC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Hayward 880,LLC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Westlake Limited Partnership
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Defendant    Contrarian Funds, L.L.C.
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
               TV aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    ION Audio, LLC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    LumiSource, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Tax Collector, Polk County, Florida
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    CC Countryside 98 L.L.C. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Defendant    SouthPeak Interactive LLC
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    SouthPeak Interactive, LLC
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    CarMax, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
            William A. Burnett    on behalf of Defendant    Eon Communications Corporation
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Cyber Acoustics aburnett@williamsmullen.com,
               ddillon@williamsmullen.com

District/off: 0422-7          User: luedecket          Page 53 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Burnett   on behalf of Creditor   Dick's Sporting Goods, Inc.
          aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Plaintiff   Carmax Auto Superstores, Inc.
          aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Dick's Sporting Goods Inc.
          aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Burbank Mall Associates, LLC
          aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Brookfield Global Relocation Services, LLC, f/k/a
          GMAC Global Relocation Services, LLC aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Save Mart Supermarkets aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Gray   on behalf of Creditor   Ray Mucci's Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Alexander's Rego Park Center, Inc.
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Snell Acoustics, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   PrattCenter, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Route 146 Millbury LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Station Landing LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Marlton VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Premier Contracting, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   The Procter & Gamble Company and The Procter & Gamble
          Distribution Company, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Movant   Vornado Realty Trust bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Gateway Woodside, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Encinitas PFA, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Vornado Caguas LP bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Cardinal Court, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Intertech Security of Maryland, LLC
          bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Metra Electronics Corporation bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Tamrac, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Movant   Colonial Heights Holdings, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Boston Acoustics, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   VNO Mundy Street, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Vornado Finance, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

District/off: 0422-7          User: luedecket          Page 54 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor   East BrunswickVF, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   VTech Communications, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Lang Construction, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   UTC I, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   CSI Construction Company bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   InnerWorkings, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BevCon I, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Chatham County Tax Commissioner bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Lee County Tax Collector bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Green Acres Mall, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Interested Party Christopher   Borglin bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Interstate Augusta Properties LLC
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Coby Electronics Corporation bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   McAlister Square Partners, Ltd. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Lee County, Mississippi Tax Collector
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Hillson Electric Incorporated bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Mid-American Insulation, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   NPP Development LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Metra Electronics Corporation bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd.
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   DeSoto County, Mississippi bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BBP-Muncy LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-OH LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Towson VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   North Plainfield VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   McCorkendale Construction bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
           Partnership bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
           of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    BPP-NY LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    A.D.D. Holdings, L.P. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant    Fourstar Group USA, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    DEV Limited Partnership bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    The Stop & Shop Supermarket Company LLC
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    John Rohrer Contracting Company, Inc.
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    BPP-VA LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant    Tamrac, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    OmniMount Systems, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    BPP-WB LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    RBS Business Capital bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    T. J. Maxx of CA, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant    Denon Electronics (USA), LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant    Colorado Structures, Inc., dba CSI Construction Co.
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Midwest Block & Brick, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    East Brunswick VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant    The Insurance Company of the State of Pennsylvania
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Chatham County, GA Tax Commissioner
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Valley Corners Shopping Center, LLC
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant    Fourstar International Trading Company
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Sensormatic Electronic Corporation
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant    Construction Testing and Engineering, Inc.
           bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor   Wayne VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-Redding LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Star Universal, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC
          bgray@sandsanderson.com, sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant  The Oklahoma Publishing Company
          bgray@sandsanderson.com, sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   E&A Northeast Limited Partnership
          bgray@sandsanderson.com, sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant  Fourstar Group Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Denon Electronics bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor Irynne V. MacKay bgray@sandsanderson.com,
          sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
          chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
          trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
          chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor   Prince George's Station Retail, LLC
          bill.crenshaw@akerman.com, deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@akerman.com,
          deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Professional   Akerman Senterfitt bill.crenshaw@akerman.com,
          deborah.hensley@akerman.com
          William D. Bayliss   on behalf of Creditor Richard   Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
          wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
          Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com,
          jseay@t-mlaw.com
          William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan   on behalf of Defendant   Pioneer Electronics (USA) Inc.
          dsullivan@butzeltp.com
          William H. Schwarzschild, III   on behalf of Creditor   MRV Wanamaker, LC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Hotan Corporation
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Datel Design & Development, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   National Western Life Insurance Company
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   J&J Industries, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Merrill Communications LLC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dick's Sporting Goods, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Miami-Dade County Tax Collector
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Vonage Marketing Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dollar Tree Stores, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Evening Post Publishing Company, dba The
          Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   LumiSource, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   State Board of Equalization
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   SouthPeak Interactive, LLC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Nancy  Booth jcharboneau@mglspc.com,
          aford@mglspc.com

District/off: 0422-7          User: luedecket          Page 57 of 57          Date Rcvd: Jan 10, 2017
                             Form ID: redacttr        Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
              aford@mglspc.com
            Wm. Joseph A. Charboneau    on behalf of Creditor Charles  Booth jcharboneau@mglspc.com,
              aford@mglspc.com
            Wm. Joseph A. Charboneau    on behalf of Creditor   Placer California jcharboneau@mglspc.com,
              aford@mglspc.com
            Zmarak  Khan    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
              zmarak.khan@dlapiper.com
                                                                              TOTAL: 2211