Jeffrey N. Pomerantz, Esq. (pro hac vice)
Andrew W. Caine, Esq. (pro hac vice)
Beth Levine, Esq. (pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING LIQUIDATING TRUST'S TWENTY-EIGHTH,
OMNIBUS OBJECTIONS TO CLAIM NUMBER 8710
(Claimant – Bond CC IV DBT)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's (1) Twenty-Eighth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection") and (2) Notice of Substantive Hearing ("Notice of Substantive Hearing") that requested, among other things, that claim number 8710 be expunged as the underlying liability was included in claim number 12765, which claim was expunged pursuant to order of this Court; and it appearing that due and proper notice and service of the Objection and Notice of Substantive Hearing and the hearing (the Hearing") as set

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

1

forth therein was good and sufficient and that no other further notice or service of the Objection or the Hearing need be given; and it appearing that the relief requested in the Objection and at the Hearing is in the best interest of the Liquidating Trust, the Debtors' estates, and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED as provided herein.

2. Claim number 8710 is hereby EXPUNGED.

3. The Liquidating Trust shall serve a copy of this Order on the claimants as served by the Notice of Substantive Hearing.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Jan 27 2017
Richmond, Virginia

/s/ Kevin R Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:1/27/17

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

/s/ Paula S. Beran
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:   804-783-0178
Email:  ltavenner@tb-lawfirm.com
        pberan@tb-lawfirm.com
        dtabakin@tb-lawfirm.com

2

-and-

Jeffrey N. Pomerantz, Esq. (admitted pro hac vice)
Andrew W. Caine, Esq. (admitted pro hac vice)
Beth Levine, Esq (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
　　　　acaine@pszjlaw.com
　　　　blevine@ pszjlaw.com

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

　　　　Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

　　　　　　　　　　　　　　　　　　　*/s/ Paula S. Beran*
　　　　　　　　　　　　　　　　　　　Paula S. Beran

3