IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc., et al., | Case No. 08-35653 (KRH) |
| ("the Debtors") | Jointly Administered |

**Allowed Claim #:12169**
**Allowed Claim Amt: =$2,900,000**

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Cardinal Capital Parnters, Inc. & 680 S Lemon Avenue, Co, LLC, a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Cardinal Captial Partners, Inc. &
680 S. Lemon Ave Co, LLC
c/o Niclas A. Ferland, Esq
LeClairRyan, A Professional Corporation
545 Long Wharf Dr, 9th Floor
New Haven, CT 06511

**New Address**

Cardinal Capital Partners, Inc. & 680 S.
Lemon Ave Co, LLC
C/O VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Dated: January 17, 2017

Respectfully submitted,

By: Mitzi Patin
Title: Treasurer