IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc., et al., | Case No. 08-35653 (KRH) |
| ("the Debtors") | Jointly Administered |
| | **Allowed Claim Num: 12514** |
| | **Allowed Claim Amt: $1,115,148.40** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that AmCap Arborland LLC, a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

AmCap Arborland LLC
1281 East Main Street
St. #200

**New Address**

AmCap Arborland LLC
C/O VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Dated: 2-13-17

Respectfully submitted,
AmCap Arborland LLC

By: George G Chaparro
Title: Assistant Secretary