# APPENDIX A

| No. | Bond No. | State of Obligee | Obligee | Principal | Surety | Bond AMT (Penal Sum) | Obligee's Claim Against Bond | Reduction of Potential Contingent Liability (Amounts paid by Safeco) | Reduction of Potential Contingent Liability (SOL Expired) | Reduction of Potential Contingent Liability (Res Judicata) | Asserted Reduction in Outstanding Liability Per Trust (Other) | Safeco's Remaining Potential Contingent Liability |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5732806-0000 | Florida | Jacksonville Electric Authority | Circuit City Stores, Inc. | Safeco Insurance Company of America | $40,600.00 | $40,600.00 | $40,600.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | 5732821-0000 | Louisiana and Texas | Gulf States Utility Co. Of Baton Rouge, LA | Circuit City Stores, Inc. | Safeco Insurance Company of America | $9,300.00 | $9,300.00 | $9,300.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | 5786557-0000 | Louisiana | Louisiana Power & Light Co. | Circuit City Stores, Inc. | Safeco Insurance Company of America | $15,000.00 | $10,279.41 | $10,279.41 | $4,720.59 | $0.00 | $0.00 | $0.00 |
| 4 | 5786558-0000 | Louisiana | Louisiana Power & Light Co. | Circuit City Stores, Inc. | Safeco Insurance Company of America | $15,000.00 | $11,530.46 | $11,530.46 | $3,469.54 | $0.00 | $0.00 | $0.00 |
| 5 | 5786559-0000 | Louisiana | New Orleans Public Service, Inc. | Circuit City Stores, Inc. | Safeco Insurance Company of America | $15,000.00 | | | $15,000.00 | $0.00 | $0.00 | $0.00 |
| 6 | 5786563-0000 | Georgia | Tim Ryles, Insurance Commissioner of the State Of Georgia, and his successors in office | Circuit City Stores, Inc. | Safeco Insurance Company of America | $100,000.00 | | | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 7 | 5786564-0000 | Texas | Brownsville Public Utility Department | Circuit City Stores, Inc. | Safeco Insurance Company of America | $6,000.00 | $6,000.00 | $6,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | 5807614-0000 | Arkansas | North Little Rock Utilities Accounting Department | Circuit City Stores, Inc. | Safeco Insurance Company of America | $6,000.00 | $12,161.00 | $6,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | 5807629-0000 | Florida | Bill Gunter, Insurance Commissioner And Treasurer of Florida, and his successors in office | Circuit City Stores, Inc. | Safeco Insurance Company of America | $100,000.00 | | | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 10 | 5807637-0000 | Louisiana | City Of Lafayette Utilities System | Circuit City Stores, Inc. | Safeco Insurance Company of America | $5,910.00 | $5,910.00 | $5,910.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | 5807638-0000 | Florida | City Of Tallahassee, Florida | Circuit City Stores, Inc. | Safeco Insurance Company of America | $12,200.00 | $12,200.00 | $12,200.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | 5807643-0000 | Nevada | State Of Nevada | Circuit City Stores, West Coast, Inc. | Safeco Insurance Company of America | $1,442,987.00 | | | $1,442,987.00 | $0.00 | $0.00 | $0.00 |
| 13 | 5829457-0000 | Federal | United States Customs Service (based on representations by Safeco) | Circuit City Stores, Inc. | Safeco Insurance Company of America | $200,000.00 | $741.00 | $741.00 | $199,259.00 | $0.00 | $0.00 | $0.00 |
| 14 | 5829483-0000 | Massachusetts | Massachusetts Turnpike Authority | Circuit City Stores, Inc. | Safeco Insurance Company of America | $5,000.00 | $222.10 | $222.10 | $0.00 | $4,777.90 | $0.00 | $0.00 |
| 15 | 5860593-0000 | Florida | Florida Power Corporation | Circuit City Stores, Inc. | Safeco Insurance Company of America | $99,775.00 | | $0.00 | $99,775.00 | $0.00 | $0.00 | $0.00 |
| 16 | 5860601-0000 | Florida | City of Orlando and/or Orlando Utilities Commission | Circuit City Stores, Inc. | Safeco Insurance Company of America | $13,500.00 | $12,393.71 | $12,203.71 | $1,296.29 | $0.00 | $0.00 | $0.00 |
| 17 | 5869811-0000 | Tennessee | The Knoxville Utilities Board | Circuit City Stores, Inc. | Safeco Insurance Company of America | $8,000.00 | $4,415.62 | $4,249.24 | $3,750.76 | $0.00 | $0.00 | $0.00 |
| 18 | 5869813-0000 | Kentucky | Kentucky Utilities Company | Circuit City Stores, Inc. | Safeco Insurance Company of America | $5,500.00 | $2,617.61 | $2,617.61 | $0.00 | $2,882.39 | $0.00 | $0.00 |
| 19 | 5876344-0000 | Florida | Tampa Electric Company | Circuit City Stores, Inc. | Safeco Insurance Company of America | $86,000.00 | $38,867.60 | $38,867.60 | $47,132.40 | $0.00 | $0.00 | $0.00 |
| 20 | 5876418-0000 | Alabama | City of Huntsville, Alabama | Circuit City Stores, Inc. | Safeco Insurance Company of America | $16,000.00 | $8,513.07 | $8,513.07 | $0.00 | $7,486.93 | $0.00 | $0.00 |
| 21 | 5895705-0000 | Tennessee | United Cities Gas Company | Circuit City Stores, Inc. | Safeco Insurance Company of America | $3,350.00 | $227.61 | $227.61 | $3,122.39 | $0.00 | $0.00 | $0.00 |
| 22 | 5895708-0000 | North Carolina | City Of Rocky Mount Collections | Circuit City Stores, Inc. | Safeco Insurance Company of America | $2,900.00 | | | $0.00 | $2,900.00 | $0.00 | $0.00 |
| 23 | 5895710-0000 | Louisiana | Central Louisiana Electric Company, Inc. | Circuit City Stores, Inc. | Safeco Insurance Company of America | $5,500.00 | $5,500.00 | $5,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | 5895711-0000 | Maine | Maine Turnpike Authority | Circuit City Stores, Inc. | Safeco Insurance Company of America | $5,000.00 | $129.00 | $129.00 | $0.00 | $4,871.00 | $0.00 | $0.00 |

| No. | Bond No. | State of Obligee | Obligee | Principal | Surety | Bond AMT (Penal Sum) | Obligee's Claim Against Bond | Reduction of Potential Contingent Liability (Amounts paid by Safeco) | Reduction of Potential Contingent Liability (SOL Expired) | Reduction of Potential Contingent Liability (Res Judicata) | Asserted Reduction in Outstanding Liability Per Trust (Other) | Safeco's Remaining Potential Contingent Liability |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 5895712-0000 | Pennsylvania | Pennsylvania Turnpike Commission | Circuit City Stores, Inc. | Safeco Insurance Company of America | $3,000.00 | | | $0.00 | $3,000.00 | $0.00 | $0.00 |
| 26 | 5910793-0000 | Louisiana | Southwestern Electric Power Company | Circuit City Stores, Inc. | Safeco Insurance Company of America | $4,600.00 | $1,791.32 | $1,791.32 | $2,808.68 | $0.00 | $0.00 | $0.00 |
| 27 | 5930784-0000 | Nevada | State Of Nevada | Circuit City Stores, Inc. | Safeco Insurance Company of America | $2,000.00 | | | $2,000.00 | $0.00 | $0.00 | $0.00 |
| 28 | 5930806-0000 | Florida | Teco People's Gas | Circuit City Stores, Inc. | Safeco Insurance Company of America | $1,000.00 | | | $1,000.00 | $0.00 | $0.00 | $0.00 |
| 29 | 5930808-0000 | Kansas | Western Resources, Inc. | Circuit City Stores, Inc. | Safeco Insurance Company of America | $1,000.00 | | | $1,000.00 | $0.00 | $0.00 | $0.00 |
| 30 | 5930834-0000 | Mississippi | Entergy Mississippi, Inc. | Circuit City Stores, Inc. | Safeco Insurance Company of America | $17,100.00 | $8,148.94 | $8,148.94 | $8,951.06 | $0.00 | $0.00 | $0.00 |
| 31 | 5930870-0000 | Louisiana | Entergy Gulf States, Inc. | Circuit City Stores, Inc. | Safeco Insurance Company of America | $6,950.00 | $6,663.64 | $6,663.64 | $286.36 | $0.00 | $0.00 | $0.00 |
| 32 | 5930893-0000 | New York | New York State Thruway Authority | Circuit City Stores, Inc. | Safeco Insurance Company of America | $1,000.00 | | | $1,000.00 | $0.00 | $0.00 | $0.00 |
| 33 | 5930905-0000 | Tennessee | Metropolitan Government Of Nashville and Davidson County, Tennessee | Circuit City Stores, Inc. | Safeco Insurance Company of America | $1,000.00 | | | $1,000.00 | $0.00 | $0.00 | $0.00 |
| 34 | 5930908-0000 | Maine | Maine Turnpike Authority | Circuit City Stores, Inc. | Safeco Insurance Company of America | $5,000.00 | | | $0.00 | $5,000.00 | $0.00 | $0.00 |
| 35 | 6088504-0000 | South Carolina | South Carolina Public Service Authority (Santee Cooper) | Circuit City Stores, Inc. | Safeco Insurance Company of America | $14,000.00 | $3,002.27 | denied claim | $0.00 | $0.00 | $0.00 | $14,000.00 |
| 36 | 6088516-0000 | Florida | City Of Vero Beach Utilities | Circuit City Stores, Inc. | Safeco Insurance Company of America | $14,000.00 | $14,000.00 | $14,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | 6088523-0000 | Tennessee | Electric Power Board Of Chattanooga | Circuit City Stores, Inc. | Safeco Insurance Company of America | $8,600.00 | $6,840.65 | $6,840.65 | $1,759.35 | $0.00 | $0.00 | $0.00 |
| 38 | 6088524-0000 | Florida | City Of Lakeland, Florida | Circuit City Stores, Inc. | Safeco Insurance Company of America | $14,000.00 | $9,327.03 | $9,187.03 | $4,812.97 | $0.00 | $0.00 | $0.00 |
| 39 | 6088526-0000 | Oklahoma | AEP/Public Service Company Of Oklahoma | Circuit City Stores, Inc. | Safeco Insurance Company of America | $9,474.00 | | | $9,474.00 | $0.00 | $0.00 | $0.00 |
| 40 | 6088527-0000 | Kansas | Kansas City Power & Light Company; Attn: Credit & Collection **(based on representations by Safeco)** | Circuit City Stores, Inc. | Safeco Insurance Company of America | $3,500.00 | | | $3,500.00 | $0.00 | $0.00 | $0.00 |
| 41 | 6156367-0000 | New York | Con Edison Company Of New York | Circuit City Stores, Inc. | Safeco Insurance Company of America | $83,140.00 | $37,924.03 | $37,924.03 | $45,215.97 | $0.00 | $0.00 | $0.00 |
| 42 | 6189274-0000 | Florida | City Of Orlando And/Or Orlando Utilities Commission | Circuit City Stores, Inc. | Safeco Insurance Company of America | $5,000.00 | | | $5,000.00 | $0.00 | $0.00 | $0.00 |
| 43 | 6200155-0000 | Indiana | State Of Indiana | Jordan R. Portney | Safeco Insurance Company of America | $5,000.00 | | | $0.00 | $0.00 | $5,000.00 | $0.00 |
| 44 | 6216827-0000 | Kentucky | Kentucky Utilities | Circuit City Stores, Inc. | Safeco Insurance Company of America | $5,000.00 | $4,993.34 | $4,993.34 | $0.00 | $6.66 | $0.00 | $0.00 |
| 45 | 6216840-0000 | Nevada | State Of Nevada | Circuit City Stores, Inc. | Safeco Insurance Company of America | $30,000.00 | | | $30,000.00 | $0.00 | $0.00 | $0.00 |
| 46 | 6275855-0000 | Florida | Withlacoochee River Electric Cooperative, Inc. | Circuit City Stores, Inc. | Safeco Insurance Company of America | $12,000.00 | $7,483.76 | $7,483.76 | $4,516.24 | $0.00 | $0.00 | $0.00 |
| 47 | 6305633-0000 | New York | Department of Transportation of the State of New York | Circuit City Stores, Inc. | Safeco Insurance Company of America | $10,000.00 | | | $10,000.00 | $0.00 | $0.00 | $0.00 |
| 48 | 6327553-0000 | Federal | United States | Circuit City Stores, Inc. | Safeco Insurance Company of America | $5,000,000.00 | $30,351.45 | $30,351.45 | $3,969,648.55 | $0.00 | $1,000,000.00 | $0.00 |

| No. | Bond No. | State of Obligee | Obligee | Principal | Surety | Bond AMT (Penal Sum) | Obligee's Claim Against Bond | Reduction of Potential Contingent Liability (Amounts paid by Safeco) | Reduction of Potential Contingent Liability (SOL Expired) | Reduction of Potential Contingent Liability (Res Judicata) | Asserted Reduction in Outstanding Liability Per Trust (Other) | Safeco's Remaining Potential Contingent Liability |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | 6335771-0000 | North Carolina | Progress Energy Carolinas, Inc. | Circuit City Stores, Inc. | Safeco Insurance Company of America | $88,982.00 | $14,841.29 | $14,211.30 | $0.00 | $0.00 | $74,770.70 | $0.00 |
| 50 | 6335792-0000 | Arizona | Salt River Project Agricultural Improvement and Power District | Circuit City Stores, Inc. | Safeco Insurance Company of America | $150,804.00 | $49,530.51 | $49,530.51 | $101,273.49 | $0.00 | $0.00 | $0.00 |
| 51 | 6355422-0000 | Florida | City Of Miami Beach, Florida | Circuit City Stores, Inc. | Safeco Insurance Company of America | $5,000.00 | | | $5,000.00 | $0.00 | $0.00 | $0.00 |
| 52 | 6355484-0000 | Georgia | The City Of East Point | Circuit City Stores, Inc. | Safeco Insurance Company of America | $15,000.00 | | | $0.00 | $15,000.00 | $0.00 | $0.00 |
| 53 | 6403858-0000 | Arizona | State of Arizona | Circuit City Stores, Inc. | Safeco Insurance Company of America | $2,000.00 | | | $2,000.00 | $0.00 | $0.00 | $0.00 |
| 54 | 6403859-0000 | Arizona | State of Arizona | Circuit City Stores, Inc. | Safeco Insurance Company of America | $52,500.00 | | | $52,500.00 | $0.00 | $0.00 | $0.00 |
| 55 | 6403862-0000 | Florida | Hillsborough County | Larry Dean Carvey d/b/a/ Circuit City Stores, Inc. | Safeco Insurance Company of America | $5,000.00 | | | $5,000.00 | $0.00 | $0.00 | $0.00 |
| 56 | 6403865-0000 | Arizona | State of Arizona | Circuit City Stores, Inc. | Safeco Insurance Company of America | $2,000.00 | | | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 57 | 6403866-0000 | Maryland | County Commissioners of Frederick County, Maryland | Circuit City Stores, Inc. | Safeco Insurance Company of America | $10,000.00 | | | $0.00 | $10,000.00 | $0.00 | $0.00 |
| 58 | 6403880-0000 | Washington | State of Washington | Circuit City Stores, Inc. | Safeco Insurance Company of America | $4,000.00 | | | $4,000.00 | $0.00 | $0.00 | $0.00 |
| 59 | 6403889-0000 | Arizona | State of Arizona | Circuit City Stores, Inc. | Safeco Insurance Company of America | $7,500.00 | | | $7,500.00 | $0.00 | $0.00 | $0.00 |
| 60 | 6403890-0000 | Maryland | State of Maryland | Frank A. Caridakis dba Circuit City Stores, Inc. | Safeco Insurance Company of America | $20,000.00 | | | $0.00 | $20,000.00 | $0.00 | $0.00 |
| 61 | 6403901-0000 | New Mexico | The State of New Mexico, Regulation and Licensing Department, Construction Industries Division | Circuit City Stores, Inc. | Safeco Insurance Company of America | $5,000.00 | | | $5,000.00 | $0.00 | $0.00 | $0.00 |
| 62 | 6403902-0000 | Iowa | State of Iowa, Division of Labor | Circuit City Stores, Inc. | Safeco Insurance Company of America | $50,000.00 | | | $0.00 | $50,000.00 | $0.00 | $0.00 |
| 63 | 6403907-0000 | Delaware | State of Delaware | Circuit City Stores, Inc. | Safeco Insurance Company of America | $10,000.00 | | | $0.00 | $10,000.00 | $0.00 | $0.00 |
| 64 | 6403908-0000 | Arizona | Arizona Service Contract Holders | Circuit City Stores, Inc. | Safeco Insurance Company of America | $100,000.00 | | | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 65 | 6403909-0000 | California | State of California | Circuit City Stores, Inc. | Safeco Insurance Company of America | $12,500.00 | $12,500.00 | claim denied | $12,500.00 | $0.00 | $0.00 | $0.00 |
| 66 | 6403922-0000 | Oregon | Construction Contractor's Board of the State of Oregon | Circuit City Stores, Inc. | Safeco Insurance Company of America | $15,000.00 | | | $15,000.00 | $0.00 | $0.00 | $0.00 |
| 67 | 6457116-0000 | Minnesota | State of Minnesota | Circuit City Stores, Inc. | Safeco Insurance Company of America | $25,000.00 | | | $25,000.00 | $0.00 | $0.00 | $0.00 |
| 68 | 6457119-0000 | Nevada | State of Nevada | Circuit City Stores, Inc. | Safeco Insurance Company of America | $30,000.00 | | | $30,000.00 | $0.00 | $0.00 | $0.00 |
| 69 | 6457128-0000 | Arizona | State of Arizona | Circuit City Stores, Inc. | Safeco Insurance Company of America | $2,000.00 | | | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 70 | 6457129-0000 | California | State of California | Circuit City Stores, Inc. | Safeco Insurance Company of America | $12,500.00 | | | $12,500.00 | $0.00 | $0.00 | $0.00 |
| 71 | 6457130-0000 | California | State of California | Circuit City Stores, Inc. | Safeco Insurance Company of America | $12,500.00 | | | $12,500.00 | $0.00 | $0.00 | $0.00 |
| 72 | 6457131-0000 | California | State of California | Circuit City Stores, Inc. | Safeco Insurance Company of America | $12,500.00 | | | $12,500.00 | $0.00 | $0.00 | $0.00 |

| No. | Bond No. | State of Obligee | Obligee | Principal | Surety | Bond AMT (Penal Sum) | Obligee's Claim Against Bond | Reduction of Potential Contingent Liability (Amounts paid by Safeco) | Reduction of Potential Contingent Liability (SOL Expired) | Reduction of Potential Contingent Liability (Res Judicata) | Asserted Reduction in Outstanding Liability Per Trust (Other) | Safeco's Remaining Potential Contingent Liability |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | 6457132-0000 | California | State of California | Circuit City Stores, Inc. | Safeco Insurance Company of America | $12,500.00 | | | $12,500.00 | $0.00 | $0.00 | $0.00 |
| 74 | 6457133-0000 | California | State of California | Circuit City Stores, Inc. | Safeco Insurance Company of America | $12,500.00 | | | $12,500.00 | $0.00 | $0.00 | $0.00 |
| 75 | 6457154-0000 | Oklahoma | State of Oklahoma and Oklahoma Tax Commission | Circuit City Purchasing Company, LLC | Safeco Insurance Company of America | $500.00 | | | $500.00 | $0.00 | $0.00 | $0.00 |
| 76 | 6457176-0000 | Missouri | Missouri Gas Energy | Circuit City Stores, Inc. | Safeco Insurance Company of America | $1,350.00 | | | $0.00 | $1,350.00 | $0.00 | $0.00 |
| 77 | 6457178-0000 | Georgia | Greystone Power Corporation | Circuit City Stores, Inc. | Safeco Insurance Company of America | $2,500.00 | $2,500.00 | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 78 | 6489799-0000 | Delaware | City Of Dover, Delaware | Circuit City Stores, Inc. | Safeco Insurance Company of America | $9,000.00 | | | $0.00 | $9,000.00 | $0.00 | $0.00 |
| 79 | 6489803-0000 | Florida | Kissimmee Utility Authority | Circuit City Stores, Inc. | Safeco Insurance Company of America | $35,000.00 | | | $35,000.00 | $0.00 | $0.00 | $0.00 |
| 80 | 6489808-0000 | Tennessee | The Knoxville Utilities Board | Circuit City Stores, Inc. | Safeco Insurance Company of America | $2,000.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 81 | 6489809-0000 | Florida | Progress Energy Corporation | Circuit City Stores, Inc. | Safeco Insurance Company of America | $52,115.00 | $47,785.29 | $47,785.29 | $4,329.71 | $0.00 | $0.00 | $0.00 |
| 82 | 6489815-0000 | San Juan, Puerto Rico | Puerto Rico Electric Power Authority | Circuit City Stores, Inc. | General Insurance Company of America | $41,760.00 | $22,836.89 | $12,607.64 | $0.00 | $0.00 | $0.00 | $29,152.36 |
| 83 | 6489816-0000 | Illinois | Clinton D. Dwyer and Illinois Workers Compensation Commission | Circuit City Stores, Inc. | Safeco Insurance Company of America | $74,200.00 | $0.00 | $0.00 | $0.00 | $74,200.00 | $0.00 | $0.00 |
| 84 | 6489819-0000 | Florida | Lee County Electric Cooperative, Inc. | Circuit City Stores, Inc. | Safeco Insurance Company of America | $12,100.00 | $5,600.17 | $5,600.17 | $6,499.83 | $0.00 | $0.00 | $0.00 |
| 85 | 6489824-0000 | Alabama | Dixie Electric Cooperative | Circuit City Stores, Inc. | Safeco Insurance Company of America | $12,210.00 | $9,628.56 | $9,628.56 | $0.00 | $2,581.44 | $0.00 | $0.00 |
| 86 | 6489825-0000 | North Carolina | Duke Power, a division of Duke Energy Corporation | Circuit City Stores, Inc. | Safeco Insurance Company of America | $133,700.00 | $33,043.58 | $33,043.58 | $0.00 | $100,656.42 | $0.00 | $0.00 |
| 87 | 6489827-0000 | San Juan, Puerto Rico | Puerto Rico Electric Power Authority | Circuit City Stores, Inc. | General Insurance Company of America | $36,000.00 | $18,756.52 | $18,756.62 | $0.00 | $0.00 | $0.00 | $17,243.38 |
| 88 | 6489833-0000 | Tennessee | City Of Alcoa, Tennessee | Circuit City Stores, Inc. | Safeco Insurance Company of America | $12,000.00 | $2,884.41 | $2,884.41 | $9,115.59 | $0.00 | $0.00 | $0.00 |
| 89 | 6489834-0000 | Virginia | Dominion Virginia Power | Circuit City Stores, Inc. | Safeco Insurance Company of America | $482,565.00 | $327,391.34 | $327,391.97 | $155,173.03 | $0.00 | $0.00 | $0.00 |
| 90 | 6489835-0000 | Tennessee | The Knoxville Utilities Board | Circuit City Stores, Inc. | Safeco Insurance Company of America | $15,500.00 | $15,500.00 | $15,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 91 | 6489844-0000 | Tennessee | Clarksville Dept Of Electricity | Circuit City Stores, Inc. | Safeco Insurance Company of America | $13,400.00 | $2,969.99 | $2,969.99 | $10,430.01 | $0.00 | $0.00 | $0.00 |
| 92 | 6489845-0000 | Georgia | State of Georgia | Circuit City Stores, Inc. | Safeco Insurance Company of America | $120,000.00 | | | $0.00 | $120,000.00 | $0.00 | $0.00 |
| 93 | 6489848-0000 | New York | People of the State of New York | Circuit City Stores, Inc. | Safeco Insurance Company of America | $5,550.00 | | | $5,550.00 | $0.00 | $0.00 | $0.00 |
| 94 | 6489851-0000 | Arizona | Arizona Public Service | Circuit City Stores, Inc. | Safeco Insurance Company of America | $177,000.00 | $60,151.03 | $60,151.03 | $116,848.97 | $0.00 | $0.00 | $0.00 |
| 95 | 6489872-0000 | San Juan, Puerto Rico | Puerto Rico Electric Power Authority | Circuit City Stores, Inc. | General Insurance Company of America | $23,850.00 | $6,191.23 | claim withdrawn | $0.00 | $0.00 | $0.00 | $23,850.00 |
| 96 | 6489874-0000 | New York | People of the State of New York | Circuit City Stores, Inc. | Safeco Insurance Company of America | $11,500.00 | | | $11,500.00 | $0.00 | $0.00 | $0.00 |

| No. | Bond No. | State of Obligee | Obligee | Principal | Surety | Bond AMT (Penal Sum) | Obligee's Claim Against Bond | Reduction of Potential Contingent Liability (Amounts paid by Safeco) | Reduction of Potential Contingent Liability (SOL Expired) | Reduction of Potential Contingent Liability (Res Judicata) | Asserted Reduction in Outstanding Liability Per Trust (Other) | Safeco's Remaining Potential Contingent Liability |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 6489875-0000 | New York | People of the State of New York | Circuit City Stores, Inc. | Safeco Insurance Company of America | $24,500.00 | | | $24,500.00 | $0.00 | $0.00 | $0.00 |
| 98 | 6489878-0000 | Alabama | Utilities Board of the City Of Foley, Alabama d/b/a Riviera Utilities | Circuit City Stores, Inc. | Safeco Insurance Company of America | $10,000.00 | $526.89 | $526.89 | $0.00 | $0.00 | $0.00 | $9,473.11 |
| 99 | 6489885-0000 | Florida | Gulf Power Company | Circuit City Stores, Inc. | Safeco Insurance Company of America | $34,540.00 | | | $34,540.00 | $0.00 | $0.00 | $0.00 |
| 100 | 6489886-0000 | New York | People of the State of New York | Circuit City Stores, Inc. | Safeco Insurance Company of America | $7,140.00 | | | $7,140.00 | $0.00 | $0.00 | $0.00 |
| 101 | 6489887-0000 | New York | New York State Electric and Gas | Circuit City Stores, Inc. | Safeco Insurance Company of America | $56,405.00 | $50,798.21 | Claim still unresolved | $56,405.00 | $0.00 | $0.00 | $0.00 |
| 102 | 6489888-0000 | Arkansas | Entergy Arkansas, Inc. | Circuit City Stores, Inc. | Safeco Insurance Company of America | $16,850.00 | | | $16,850.00 | $0.00 | $0.00 | $0.00 |
| 103 | 6489889-0000 | Louisiana | Entergy Gulf States Louisiana, LLC | Circuit City Stores, Inc. | Safeco Insurance Company of America | $55,550.00 | $7,893.08 | $7,893.08 | $47,656.92 | $0.00 | $0.00 | $0.00 |
| 104 | 6489890-0000 | Mississippi | Entergy Mississippi, Inc. | Circuit City Stores, Inc. | Safeco Insurance Company of America | $50,000.00 | | | $50,000.00 | $0.00 | $0.00 | $0.00 |
| 105 | 6489891-0000 | Louisiana | Entergy Louisiana, LLC | Circuit City Stores, Inc. | Safeco Insurance Company of America | $81,390.00 | | | $81,390.00 | $0.00 | $0.00 | $0.00 |
| 106 | 6581613-0000 | New York | People of the State of New York | Circuit City Stores, Inc. | Safeco Insurance Company of America | $5,400.00 | | | $5,400.00 | $0.00 | $0.00 | $0.00 |
| 107 | 6581614-0000 | Virginia | Allegheny Power | Circuit City Stores, Inc. | Safeco Insurance Company of America | $83,243.00 | $42,854.96 | $42,854.96 | $40,388.04 | $0.00 | $0.00 | $0.00 |
| | | | | | | $9,848,490.00 | $1,048,318.57 | $958,310.97 | $6,968,976.74 | $747,712.74 | $1,079,770.70 | $93,718.85 |