IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**Allowed Claim No.:  13373**
**Allowed Claim Amt: $5,549.55**

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Frederick News Post, a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Frederick News Post
351 Ballenger Ctr Dr
Frederick, MD 21703-7095

**New Address**

Frederick News Post
C/O VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Respectfully submitted,

**Signature:** *William Mercurio*
William Mercurio (Feb 24, 2017)

**Email:** bill@newspost.com

Name: William Mercuro
Title: Director of Finance and Administration
Date: 2/24/17