Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
Andrew W. Caine, Esq. (admitted *pro hac vice*)
Beth Levine, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

### NOTICE OF SUBSTANTIVE HEARING
**(Liquidating Trust's Thirty-First Omnibus Objection to Claim Number 8244)**
**(Claimant – Patricia A. Perry f/k/a Patricia Scott)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. *et al.* (collectively, the "Debtors") **will seek to have the Court disallow claim number 8244 in its entirety. Claim number 8244 is further identified in the *Liquidating Trustee's Thirty-First Omnibus Objection to Claims* (the "Claim Objection") [Docket Nos. 11809]. The relief sought as identified herein is based upon information received from you in response to the Claim Objection and/or the Debtors' books and records.**

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **April 5, 2017 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) and the undersigned will appear before The Honorable Kevin R.

1

Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence, if necessary, on April 5, 2017 at 2:00 p.m., seeking to have the Court disallow claim number 8244 in its entirety.**

PLEASE TAKE FURTHER NOTICE THAT if you do not want the Court to grant the relief described herein, **you must (1) on or before March 31, 2017, file a (A) notice of your intent to attend the hearing and (B) summary of the position you will advocate at the hearing with the Court at:**

>     Clerk of the Bankruptcy Court
>     United States Bankruptcy Court
>     701 East Broad Street - Room 4000
>     Richmond, Virginia 23219

**and (2) attend the hearing on April 5, 2017 at 2:00 p.m.**

PLEASE GOVERN YOURSELVES ACCORDINGLY.

[This space intentionally left blank]

Dated:  March 14, 2017

            */s/ Paula S. Beran*
            Lynn L. Tavenner, Esq. (VA Bar No. 30083)
            Paula S. Beran, Esq. (VA Bar No. 34679)
            David N. Tabakin, Esq. (VA Bar No. 82709)
            TAVENNER & BERAN, PLC
            20 North Eighth Street, 2nd Floor
            Richmond, Virginia  23219
            Telephone:  804-783-8300
            Facsimile:  804-783-0178
            Email:  ltavenner@tb-lawfirm.com
               pberan@tb-lawfirm.com
               dtabakin@tb-lawfirm.com
            -and-

            Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
            Andrew W. Caine, Esq. (admitted *pro hac vice*)
            PACHULSKI STANG ZIEHL & JONES LLP
            10100 Santa Monica Blvd.
            11th Floor
            Los Angeles, California  90067-4100
            Telephone: 805-123-4567
            Facsimile:  310/201-0760
            E-mail: jpomerantz@pszjlaw.com
               acaine@pszjlaw.com

            *Counsel for the Circuit City Stores, Inc.*
            *Liquidating Trust*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on March 14, 2017 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Patricia Perry f/k/a Patricia Scott
8224 Pilgrim Terrace
Richmond, VA 232271666

            */s/ Paula S. Beran*
             Paula S. Beran (VA Bar No. 34679)

3