| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*) <br> Andrew W. Caine, Esq. (admitted *pro hac vice*) <br> Beth Levine, Esq. (admitted *pro hac vice*) <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 10100 Santa Monica Boulevard <br> Los Angeles, California 90067-4100 <br> Telephone: (310) 277-6910 <br> Telecopy:  (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083) <br> Paula S. Beran, Esq. (VA Bar No. 34679) <br> David N. Tabakin, Esq. (VA Bar No. 82709) <br> TAVENNER & BERAN, PLC <br> 20 North Eighth Street, 2nd Floor <br> Richmond, Virginia 23219 <br> Telephone: (804) 783-8300 <br> Telecopy:  (804) 783-0178 |

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: <br><br> CIRCUIT CITY STORES, INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-35653-KRH <br><br> (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING**
**(Liquidating Trust's Fourteenth Omnibus Objection to Claim Number 12548)**
**(Claimant – Uniwest Management Services Inc., Owner or Agent for Battlefield FE**
**Limited Partner t/a Fort Evans Plaza II Leesburg, VA)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. *et al.* (collectively, the "Debtors") **will seek to have the Court allow claim number 12548 as an administrative claim in the amount of $34,772.65, with all other amounts disallowed. Claim number 12548 is further identified in the** *Liquidating Trustee's Fourteenth Omnibus Objection to Claims* **(the "Claim Objection") [Docket No. 10052]. The relief sought as identified herein is based upon information received from you in response to the Claim Objection and/or the Debtors' books and records.**

1

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **April 5, 2017 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) and the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence, if necessary, on April 5, 2017 at 2:00 p.m., seeking to have the Court allow claim number 12548 as an administrative claim in the amount of $34,772.65, with all other amounts disallowed.**

PLEASE TAKE FURTHER NOTICE THAT if you do not want the Court to grant the relief described herein, **you must (1) on or before March 31, 2017, file a (A) notice of your intent to attend the hearing and (B) summary of the position you will advocate at the hearing with the Court at:**

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street - Room 4000
> Richmond, Virginia 23219

**and (2) attend the hearing on April 5, 2017 at 2:00 p.m.**

PLEASE GOVERN YOURSELVES ACCORDINGLY.

[This space intentionally left blank]

Dated:  March 14 , 2017

      */s/ Paula S. Beran*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
      pberan@tb-lawfirm.com
      dtabakin@tb-lawfirm.com
-and-

Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
Andrew W. Caine, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
      acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on March 14, 2017 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Uniwest Management Services Inc.,
Owner or Agent for Battlefield FE Limited Partner
t/a Fort Evans Plaza II Leesburg, VA
c/o David L Pollack, Esq
Ballard Spahr Andrews & Ingersoll LLP
1735 Market St 51st Fl
Philadelphia, PA 19103

                */s/ Paula S. Beran*
                Paula S. Beran (VA Bar No. 34679)