IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc., et al. | Case No. 08-35653 |
| | Jointly Administered |
| ("the Debtors") | **Allowed Claim Num: 6041**<br>**Allowed Claim Amt: $15,000** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Eric Woodson Davis, a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

Eric Woodson Davis hereby revokes its authority to further amend the address for his/her/its claim without the written consent of VonWin Capital Management, L.P., who can be noticed at the below New Address.

**Old Address**
Eric Woodson Davis
591 Irish Rose LN
Park Hills, KY 41011

**New Address**
Eric Woodson Davis
c/o VonWin Capital Management, L.P.
261 5th Avenue, 22nd Floor
New York, NY 10016

Dated: _____03/21/17_____

Respectfully submitted,

By:
Its: