1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc. et al.,

(the "Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 4991**
**Allowed Claim Amount: $567,636.51**

Please take notice that **CMAT 1999 C2 Emporium Drive LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

> CMAT 1999 C2 Emporium Drive LLC
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue-Suite 425
> Greenwich, CT 06830
> Email: lreddock@contrariancapital.com
> Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

> CMAT 1999 C2 Emporium Drive LLC, a Delaware limited liability company
>
> By: LNR Partners, LLC as successor by statute to LNR Partners, Inc., its Manager
>
> By: _____
> Name:    Arnold Shulkin
> Title:    Vice President

US_124494334v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc. et al., | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 4994**
**Allowed Claim Amount: $760,039.47**

Please take notice that **CMAT 1999 C2 Moller Road LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

CMAT 1999 C2 Moller Road LLC
c/o Contrarian Funds, LLC
411 West Putnam Avenue-Suite 425
Greenwich, CT 06830
Email: lreddock@contrariancapital.com
Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

CMAT 1999 C2 Moller Road LLC, an Indiana limited liability company

By: LNR Partners, LLC as successor by statute to
LNR Partners, Inc., its Manager

By: _____
Name:   Arnold Shulkin
Title:   Vice President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re:                                          Chapter 11

Circuit City Stores, Inc. et al.,               Case No. 08-35653 (KRH)

(the "Debtors")                                 Jointly Administered

---

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 5002**
**Allowed Claim Amount: $878,372.22**

Please take notice that **CMAT 1999-C1 Grand River Avenue, LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

> CMAT 1999-C1 Grand River Avenue, LLC
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue-Suite 425
> Greenwich, CT 06830
> Email: lreddock@contrariancapital.com
> Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

> CMAT 1999-C1 Grand River Avenue, LLC, a Michigan limited liability company
>
> By: LNR Partners, LLC as successor by statute to LNR Partners, Inc., its Manager
>
> By: _____
> Name:   Arnold Shulkin
> Title:   Vice President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc. et al., | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 5005**
**Allowed Claim Amount: $1,031,920.45**

Please take notice that  **CMAT 1999-C1 Kelly Road, LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

> CMAT 1999-C1 Kelly Road, LLC
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue-Suite 425
> Greenwich, CT 06830
> Email: lreddock@contrariancapital.com
> Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

> CMAT 1999-C1 Kelly Road, LLC, a Michigan limited liability company
>
> By: LNR Partners, LLC as successor by statute to LNR Partners, Inc., its Manager
>
> By: _____
> Name:    Arnold Shulkin
> Title:    Vice President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc. et al., | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 5060**
**Allowed Claim Amount: $682,183.97**

Please take notice that **C1 West Mason Street, LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

> C1 West Mason Street, LLC
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue-Suite 425
> Greenwich, CT 06830
> Email: lreddock@contrariancapital.com
> Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

> C1 West Mason Street, LLC, a Wisconsin limited liability company
>
> By: LNR Partners, LLC as successor by statute to LNR Partners, Inc., its Manager
>
> By: _____
> Name:   Arnold Shulkin
> Title:    Vice President

US_124494334v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc. et al.,<br><br>(the "Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS**

**Claim Number: 7165**
**Allowed Claim Amount: $484,586.06**

      Please take notice that **CCMS 2005-CD1 Lycoming Mall Circle Limited Partnership** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

      Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

> CCMS 2005-CD1 Lycoming Mall Circle Limited Partnership
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue-Suite 425
> Greenwich, CT 06830
> Email: lreddock@contrariancapital.com
> Phone: 203-862-8261

      IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

> CCMS 2005-CD1 Lycoming Mall Circle Limited Partnership, a Delaware limited partnership
>
> By: CCMS 2005-CD1 Lycoming Mall Circle GP, LLC, a Delaware limited liability company, its General Partner
>
>   By:   LNR Partners, LLC as successor by statutory conversion to LNR Partners, Inc., its Manager
>
>   By: _____
>   Name:  Arnold Shutkin
>   Title:  Vice President

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc. et al., | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 8667**
**Allowed Claim Amount: $538,376.97**

     Please take notice that **GECMC 2005-C2 Eastex Fwy, LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

     Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following <u>new address</u>:

> GECMC 2005-C2 Eastex Fwy, LLC
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue-Suite 425
> Greenwich, CT 06830
> Email: lreddock@contrariancapital.com
> Phone: 203-862-8261

     IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the <u>16</u> day of March, 2017.

> Wells Fargo Bank, N.A., as Trustee for the Registered Holders of GE Capital Commercial Mortgage Corporation Mortgage Pass-Through Certificates, Series 2005-C2, *as assignee of* **GECMC 2005-C2 Eastex Fwy, LLC**

By: LNR Partners, LLC, a Florida limited liability company, as successor by statutory conversion to LNR Partners, Inc., as attorney-in-fact

By: _____
Name: Arnold Shulkin
Title: Vice President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc. et al., | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 11958**
**Allowed Claim Amount: $948,396.67**

Please take notice that **CMAT 1999-C2 Ridgeland Retail, LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

CMAT 1999-C2 Ridgeland Retail, LLC
c/o Contrarian Funds, LLC
411 West Putnam Avenue-Suite 425
Greenwich, CT 06830
Email: lreddock@contrariancapital.com
Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

CMAT 1999-C2 Ridgeland Retail, LLC, a Mississippi
limited liability company

By: LNR Partners, LLC as successor by statutory
conversion to LNR Partners, Inc., its
Manager

By: _____
Name:   Arnold Shulkin
Title:    Vice President

US_124494334v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc. et al.,

(the "Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 12077**
**Allowed Claim Amount: $574,731.45**

Please take notice that **CMAT 1999-C2 Lawence Road, LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

CMAT 1999-C2 Lawence Road, LLC
c/o Contrarian Funds, LLC
411 West Putnam Avenue-Suite 425
Greenwich, CT 06830
Email: lreddock@contrariancapital.com
Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

CMAT 1999-C2 Lawence Road, LLC, a Texas limited liability company

By: LNR Texas Partners, LLC as successor by statutory conversion to LNR Texas Partners, Inc., its Manager

By: _____
Name:   Arnold Shulkin
Title:    Vice President

US_124494334v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc. et al.,

(the "Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 12078**
**Allowed Claim Amount: $1,086,491.37**

     Please take notice that **CMAT 1999 C2 Bustleton Avenue Limited Partnership** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

     Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

          CMAT 1999 C2 Bustleton Avenue Limited Partnership
          c/o Contrarian Funds, LLC
          411 West Putnam Avenue-Suite 425
          Greenwich, CT 06830
          Email: lreddock@contrariancapital.com
          Phone: 203-862-8261

     IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

          CMAT 1999 C2 Bustleton Avenue Limited
          Partnership, a Delaware limited partnership

          By: CMAT 1999-C2 Bustleton Avenue GP, LLC,
             a Delaware limited liability company, its
             General Partner

          By:   LNR Partners, LLC as successor by
              statutory conversion to LNR
              Partners, Inc., its Manager

          By: _____
             Name: Arnold Shulkin
             Title:  Vice President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc. et al.,

(the "Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 12167**
**Allowed Claim Amount: $488,508.27**

Please take notice that **CMAT 1999-C2 Idle Hour Road, LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

> CMAT 1999-C2 Idle Hour Road, LLC
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue-Suite 425
> Greenwich, CT 06830
> Email: lreddock@contrariancapital.com
> Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

> CMAT 1999-C2 Idle Hour Road, LLC, a Delaware limited liability company
>
> By:    LNR Partners, LLC as successor by statutory conversion to LNR Partners, Inc., its Manager
>
> By: _____
> Name:    Arnold Shulkin
> Title:    Vice President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc. et al.,

(the "Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 12179**
**Allowed Claim Amount: $305,509.43**

Please take notice that **GECMC 2005-C2 Ludwig Drive, LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

GECMC 2005-C2 Ludwig Drive, LLC
c/o Contrarian Funds, LLC
411 West Putnam Avenue-Suite 425
Greenwich, CT 06830
Email: lreddock@contrariancapital.com
Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

GECMC 2005-C2 Ludwig Drive, LLC, an Illinois
limited liability company

By: LNR Illinois Partners, LLC as successor by
statutory conversion to LNR Illinois
Partners, Inc., its Manager

By: _____
Name:    Arnold Shulkin
Title:    Vice President

US_124494334v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc. et al., | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 12180**
**Allowed Claim Amount: $336,189.53**

Please take notice that **GECMC 2005-C2 South Lindbergh LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

> GECMC 2005-C2 South Lindbergh LLC
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue-Suite 425
> Greenwich, CT 06830
> Email: lreddock@contrariancapital.com
> Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

> GECMC 2005-C2 South Lindbergh, LLC, a dissolved Missouri limited liability company
>
> By: LNR Partners, LLC as successor by statutory conversion to LNR Partners, Inc., its Manager, pursuant to Mo. Rev. Stat. § 347.067
>
> By: _____
> Name: Arnold Shulkin
> Title: Vice President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc. et al., | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 12186**
**Allowed Claim Amount: $454,918.83**

Please take notice that **GECMC 2005-C2 Hickory Hollow, LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

> GECMC 2005-C2 Hickory Hollow, LLC
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue-Suite 425
> Greenwich, CT 06830
> Email: lreddock@contrariancapital.com
> Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

> GECMC 2005-C2 Hickory Hollow, LLC, a Delaware
> limited liability company
>
> By:     LNR Partners, LLC as successor by
> statutory conversion to LNR Partners, Inc.,
> its Manager
>
> By: _____
> Name:     Arnold Shulkin
> Title:     Vice President

US_124494334v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc. et al.,

(the "Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 12190**
**Allowed Claim Amount: $323,963.69**

Please take notice that **GECMC 2005-C2 CC Parent, LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

> GECMC 2005-C2 CC Parent, LLC
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue-Suite 425
> Greenwich, CT 06830
> Email: lreddock@contrariancapital.com
> Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

> GECMC 2005-C2 CC Parent, LLC, a Delaware limited liability company
>
> By:     LNR Partners, LLC as successor by statutory conversion to LNR Partners, Inc., its Manager
>
> By: _____
> Name:     Arnold Shulkin
> Title:     Vice President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc. et al.,

(the "Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 12267**
**Allowed Claim Amount: $237,942.08**

Please take notice that **GECMC 2005-C2 CC Mall Road, LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

> GECMC 2005-C2 CC Mall Road, LLC
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue-Suite 425
> Greenwich, CT 06830
> Email: lreddock@contrariancapital.com
> Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

> GECMC 2005-C2 CC Mall Road, LLC, a dissolved
> Kentucky limited liability company
>
> By:    LNR Partners, LLC as successor by
> statutory conversion to LNR Partners, Inc.,
> its Manager, pursuant to Ky. Rev. Stat. §§
> 275.300 & 275.305
>
> By: _____
> Name:    Arnold Shulkin
> Title:    Vice President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| Circuit City Stores, Inc. et al., | Case No. 08-35653 (KRH) |
| | |
| (the "Debtors") | Jointly Administered |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 12345**
**Allowed Claim Amount: $2,161,258.85**

Please take notice that **US Bank National Association, as Trustee in trust for Holders of Commercial Mortgage Asset Trust, Commercial Mortgage Pass Through Certificates, Series 1999-C1** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

US Bank National Association, as Trustee in trust for Holders of Commercial Mortgage
     Asset Trust, Commercial Mortgage Pass Through Certificates, Series 1999-C1
c/o Contrarian Funds, LLC
411 West Putnam Avenue-Suite 425
Greenwich, CT 06830
Email: lreddock@contrariancapital.com
Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

US Bank National Association, as Trustee in trust for Holders of Commercial Mortgage Asset Trust, Commercial Mortgage Pass Through Certificates, Series 1999-C1

By:       LNR Partners, LLC, a Florida limited liability company, as attorney-in-fact

By: _____
Name: Arnold Shulkin
Title: Vice President

US_124494334v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc. et al.,

(the "Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 12350**
**Allowed Claim Amount: $1,040,897.20**

Please take notice that **MSCI 2007-IQ 13 Retail 5555,LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

> MSCI 2007-IQ 13 Retail 5555,LLC
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue-Suite 425
> Greenwich, CT 06830
> Email: lreddock@contrariancapital.com
> Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

> MSCI 2007-IQ13 Retail 5555, LLC, a Missouri limited liability company
>
> By: LNR Partners, LLC, its Manager
>
> By: _____
> Name: Arnold Shulkin
> Title: Vice President

US_124494334v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re:                                          Chapter 11

                                                Case No. 08-35653 (KRH)
Circuit City Stores, Inc. et al.,
                                                Jointly Administered
(the "Debtors")

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 12682**
**Allowed Claim Amount: $1,328,813.07**

Please take notice that **GCCFC 2007-GG9 Abercorn Street, Limited Partnership** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

> GCCFC 2007-GG9 Abercorn Street, Limited Partnership
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue-Suite 425
> Greenwich, CT 06830
> Email: lreddock@contrariancapital.com
> Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

> GCCFC 2007-GG9 Abercorn Street Limited Partnership, a Georgia limited partnership
>
> By:   GCCFC 2007-GG9 Abercorn Street GP, LLC, a dissolved Georgia limited liability company, its General Partner
>
> By:   LNR Partners, LLC, its Manager, pursuant to Ga. Code §§ 14-11-604 & 14-11-61
>
> By: _____
> Name: Arnold Shulkin
> Title: Vice President

US_124494334v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 08-35653 (KRH) |
| Circuit City Stores, Inc. et al., |  |
|  | Jointly Administered |
| (the "Debtors") |  |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 12855**
**Allowed Claim Amount: $895,561.10**

Please take notice that **CSFB 2005-C1 Shoppes of Plantation Acres, LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

> CSFB 2005-C1 Shoppes of Plantation Acres, LLC
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue-Suite 425
> Greenwich, CT 06830
> Email: lreddock@contrariancapital.com
> Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the <u>16</u> day of March, 2017.

> CSFB 2005-C1 Shoppes of Plantation Acres, LLC, a dissolved Florida limited liability company
>
> By: Wells Fargo Bank, N.A., as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2005-C1, its sole member pursuant to Fla. Stat. § 605.0709
>
> By: LNR Partners, LLC, a Florida limited liability company, as attorney-in-fact
>
> By: _____
> Name:   Arnold Shulkin
> Title:    Vice President

US_124494334v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re:                                          Chapter 11

Circuit City Stores, Inc. et al.,               Case No. 08-35653 (KRH)

(the "Debtors")                                 Jointly Administered

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 12937**
**Allowed Claim Amount: $1,127,448.78**

Please take notice that **CCMS 2005-CD1 Hale Road, LLC** ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

CCMS 2005-CD1 Hale Road, LLC
c/o Contrarian Funds, LLC
411 West Putnam Avenue-Suite 425
Greenwich, CT 06830
Email: lreddock@contrariancapital.com
Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the 16 day of March, 2017.

CCMS 2005-CD1 Hale Road, LLC, a Delaware limited liability company

By: LNR Partners, LLC as successor by statutory conversion to LNR Partners, Inc., its Manager

By: _____
Name:    Arnold Shulkin
Title:      Vice President

US_124494334v1