Exhibit B

## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, LLC, *et al.*; | Case No. 08-25653 |
| ("Debtors") | Jointly Administered |
| | Claim Nos.: *See attached* |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Longacre Opportunity Fund LP, a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and requests that service of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

Longacre Opportunity Fund LP hereby revokes its authority to further amend the address for his/her/its claim without the written consent of VonWin Capital Management, L.P., who can be noticed at the below New Address.

**OLD ADDRESS**

Longacre Opportunity Fund LP
Attn Vladimir Jelisavcic
1325 Avenue of the Americas 28th Fl
New York, NY 10019

**NEW ADDRESS**

Longacre Opportunity Fund LP
c/o VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Dated: March 29, 2017

Respectfully submitted,

By: Vladimir Jelisavcic
Title: Manager

| Claim No. | Allowed Claim Amount |
|---|---|
| 8767 | $104,016.96 |
| 1777 | $42,836.00 |
| 1263 | $29,375.16 |
| 13604 | $79,274.00 |
| 2003000087 | $28,556.70 |
| 146 | $70,308.62 |
| 5275 | $8,955.86 |
| 861 | $381,645.28 |
| 1106 | $0.00 |
| 1107 | $0.00 |
| 1108 | $8,232.00 |
| 1109 | $8,103.00 |
| 1110 | $8,113.00 |
| 1111 | $500.00 |
| 1112 | $0.00 |
| 1113 | $500.00 |
| 1114 | $8,040.00 |
| 1115 | $8,310.00 |
| 1116 | $8,040.00 |
| 1117 | $8,113.00 |
| 1118 | $8,298.00 |
| 1119 | $0.00 |
| 8253 | $75,070.04 |