8224 Pilgrim Terrace, Henrico, VA  23227

March 31, 2017

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division
701 East Broad Street – Room 4000
Richmond, VA  23219

RE:   Circuit City Stores, Inc., et al Debtors
      Chapter 11, Case No 08-35653-KRH
      Dispute for Objection to Claim Number 8244



PLEASE TAKE NOTICE that Patricia A. Perry f/k/a Patricia Scott ("Claimant") will seek to have the motion to disallow claim number 8244 in its entirety rejected. The relief sought as identified by Circuit City Stores, Inc. Liquidating Trust (the "Trust") extends unmerited favor to the Debtors and fails to fulfill a moral obligation for fair and just treatment to the Claimant.

The Debtors demonstrated a pattern of behavior that resulted in the epic failure of a corporate entity. As the demise began, the Debtors' employment practices reflected unfair and inconsistent treatment of employees, particularly in the areas of compensation and severance packages. As a result, the Claimant suffered far-reaching financial challenges due to the Debtors' employment practices. Consequently, the Claimant, under the advisement of Attorney Harris Butler, filed claim to seek relief for the financial losses caused by The Debtors.

The Claimant will be present for the hearing on Wednesday, April 5, 2017 and will be prepared to participate in the hearing, as well as share more details regarding the position to reject the claim sought herein.

Respectfully,

Patricia A. Perry