Amanda Katzenstein, Esq. (VBN #82273)
POLSINELLI LLP
Three Embarcadero Center, Suite 1350
San Francisco, California  94111
(415) 248-2100

Robert J.E. Edwards (admitted *pro hac vice*)
POLSINELLI PC
900 West 48th Place, Suite 900
Kansas City, Missouri  64112
(816) 753-1000

*Counsel for certain Lender Trusts and their
Special Servicer, KeyBank National Association*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

### NOTICE OF INTENT TO ATTEND HEARING
### Docket No. 14030

The below listed Lender Trusts (*see* **Exhibit A**) will appear by and through their counsel, Robert J.E. Edwards, and will attend the hearing noticed herein as Docket No. 14030.  The Lender Trusts do not oppose the noticed relief sought by the Liquidating Trust in the hearings but will participate to the extent necessary to demonstrate that they are the proper holder of the claim at issue.

U.S. Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 1997-C1 ("**Lender Trust No. 2**") was the secured lender for the landlord of the property at issue in Claim Nos. 9734 and 9413 (the "**Independence, Missouri Property**").  Lender Trust No. 2 has since foreclosed on the Independence, Missouri Property.  Pursuant to the loan documents between

55695154.1

Lender Trust No. 2 and landlord, Lender Trust No. 2 is the proper holder of the claim concerning the Independence, Missouri Property. Lender Trust No. 2 files herewith and incorporates herein the Affidavit of Robert Records in Response to Notice of Substantive Hearing – Docket No. 14030 in support of its position.

Dated: March 31, 2017

                                                      Respectfully submitted,

                                                      POLSINELLI LLP

                                                           AMANDA KATZENSTEIN (VBN #82273)
                                                           Three Embarcadero Center, Suite 1350
                                                           San Francisco, CA 94111
                                                           (415) 248-2100
                                                           Fax No. (415) 248-2101
                                                           akatzenstein@polsinelli.com

                                                      POLSINELLI PC

                                                     By: */s/ Robert J.E. Edwards*
                                                           ROBERT J.E. EDWARDS (admitted *pro hac vice*)
                                                           900 West 48th Place, Suite 900
                                                           Kansas City, Missouri 64112
                                                           (816) 753-1000
                                                           Fax No. (816) 753-1536
                                                           redwards@polsinelli.com

                                                     *Counsel for certain Lender Trusts and their*
                                                     *Special Servicer, KeyBank National Association*

55695154.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of March 2017, a true and correct copy of the above and foregoing was filed using the Court's CM/ECF system that sent notice of such filing to counsel for the Debtors, Liquidating Trust, U.S. Trustee, and all interested parties by ECF notification from the Court.

/s/ Robert Edwards

55695154.1

# Exhibit A

### LENDER TRUSTS

1.     U.S. Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 1997-C1.

2.     U.S. Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 1998-C2.

3.     Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A. f/k/a Norwest Bank Minnesota, N.A. as trustee for the registered holders of Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Series 1998-C1-CLT.

55695154.1