Amanda Katzenstein, Esq. (VBN #82273)
POLSINELLI LLP
Three Embarcadero Center, Suite 1350
San Francisco, CA 94111
(415) 248-2100

Robert J.E. Edwards, Esq. (Admitted Pro Hac Vice)
POLSINELLI PC
900 West 48th Place
Suite 900
Kansas City, MO 64112
(816) 360-4164

*Counsel for certain Lender Trusts and their
Special Servicer, KeyBank National Association*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

AFFIDAVIT OF ROBERT RECORDS IN RESPONSE TO NOTICE
OF SUBSTANTIVE HEARING -- DOCKET NO. 14030

STATE OF TEXAS     )
                   )ss.
COUNTY OF DALLAS   )

ROBERT RECORDS, being duly sworn, deposes and states:

1.    I am a Vice President, Special Servicing, for KeyBank National Association ("**KeyBank**"), acting as special servicer for U.S. Bank National Association, as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 1997-C1 ("**Lender Trust**"). KeyBank is successor to Capmark Finance, Inc. as the special servicer for the Lender Trust. I am the person at KeyBank personally responsible for administering the loan (the "**Loan**") secured in part by the real property located in

58003669.1

Independence, Missouri (the "**Independence Property**") previously leased to Debtor and that is at issue in Claim No. 9734 (the "**Claim**") in this matter.

2.  I am familiar with the loan file for the Loan and the contents thereof, including the loan documents evidencing the Loan. KeyBank, and Lender Trust's previous servicers, maintained the loan file for the Loan and copies of the loan documents within the loan file, including the Note and Deed of Trust defined below, in the regular course of their businesses. I am familiar with the record keeping system of KeyBank and at Lender Trust's previous servicers for maintaining the loan file for the Loan.

3.  The Loan was evidenced by a Promissory Note (the "**Note**") dated February 27, 1995 in the original principal amount of $3,854,419.00 executed and delivered by Circuit Investors #5 – Montgomeryville Limited Partnership ("**Initial Borrower**") to The Paul Revere Life Insurance Company ("**Original Lender**"). A true and correct copy of the Note is attached as **Exhibit A**.

4.  The Note was secured by, among other things, that certain Deed of Trust, Assignment of Leases and Security Agreement (First) (the "**Deed of Trust**") dated February 27, 1995 from Original Borrower to Original Lender giving Lender Trust a first priority security interest in the Independence Property and recorded on March 6, 1995 as Document No. 1330925 at Book 12664 Page 1811 of the land records of the Department of Records of Jackson County, Missouri (the "**Recorder's Office**"). A true and correct copy of the Deed of Trust is attached as **Exhibit B**. The Note was further evidenced and secured by that certain Assignment of Lease and Rents (the "**ALR**") dated February 27, 1995 from Original Borrower to Original Lender assigning, among other things, all rents flowing from the Independence Property to Lender Trust

58003669.1

and recorded on March 6, 1995 as Document No. 1330926 at Book 12664 Page 1895 of the Recorder's Office. A true and correct copy of the ALR was attached to the Claim as Exhibit B.

5. The Loan and all loan documents (the "**Loan Documents**") relating to or evidencing same (the "**Loan Documents**") were assigned by Original Lender to German American Capital Corporation pursuant to an Assignment dated August 22, 1997 and then to Lender Trust pursuant to an Assignment of Deed of Trust, Assignment of Leases and Security Agreement (First) (the "**Assignment**") dated April 23, 1999 and recorded on April 30, 1999 as Document No. 1999I 0035196 at Book 1 Page 5 of the Recorder's Office. A true and correct copy of the Assignment is attached as **Exhibit C**.[1] Lender Trust is the holder and owner of the Loan Documents.

6. CC Independence, LLC ("**Landlord**") acquired the Independence Property and assumed Initial Borrower's obligations under the Loan and the associated loan documents as evidenced by a Second Consent, Assumption and Deed of Trust Modification Agreement (First) (the "**Assumption Agreement**") dated March 29, 1999. A true and correct copy of the Assumption Agreement is attached as **Exhibit D**.

7. After Landlord defaulted on the Loan, Lender Trust foreclosed upon the Independence Property pursuant to a non-judicial Trustee's Sale held on March 26, 2009. A true and correct copy of the Trustee's Deed dated March 26, 2009 and recorded as Instrument Number 2009E0028604 is attached hereto as **Exhibit E**. The Independence Property has since been sold by Lender Trust.

---

[1] The Trustee of the Lender Trust has changed over time. U.S. Bank National Association is the current Trustee.

58003669.1

8. Under the Loan Documents, the claim in this matter relating to the Independence Property belongs solely to the Lender Trust. Lender Trust is the proper holder of, and payee under, the Claim.

**FURTHER AFFIANT SAYETH NOUGHT**



Robert Records
Vice President, Special Servicing
KeyBank National Association

SWORN TO, SUBSCRIBED and ACKNOWLEDGED before me this 31st day of March, 2017, by Robert Records. He is personally known to me, and has acknowledged before me that he executed the foregoing as his free act and deed.

Notary Public
Printed Name: David W. Reece
My Commission Expires: 9-1-2020
State of Texas

DAVID W REECE
Notary Public
STATE OF TEXAS
ID #847365
My Comm. Exp. Sept. 1, 2020

58003669.1