1            IN THE UNITED STATES BANKRUPTCY COURT
             EASTERN DISTRICT OF VIRGINIA (RICHMOND)

2

   In Re:                          )  Case No. 08-35653-KRH
3                                  )  Richmond, Virginia
   CIRCUIT CITY STORES, INC., et   )
4  al.,                            )
                                   )  April 5, 2017
5           Debtors.               )  2:04 PM
                                   )
6  ------------------------------- )

7

8                   TRANSCRIPT OF HEARING ON
    ADVERSARY CASE 17-03042. COMPLAINT AGAINST SAFECO INSURANCE
    COMPANY OF AMERICA FILED BY ALFRED H. SIEGEL, TRUSTEE OF THE
9   CIRCUIT CITY STORES, INC. LIQUIDATING TRUST. (ATTACHMENTS: #
    (1) APPENDIX A) NATURE OF SUIT: (91 (DECLARATORY JUDGMENT)),
10  (11 (RECOVERY OF MONEY/PROPERTY -542 TURNOVER OF PROPERTY))
    ASSOCIATED BANKRUPTCY CASE NUMBER: 3:08-BK-35653 (TAVENNER,
11                  LYNN) (DOCKET NO. 1)

12      NOTICE OF HEARING (LIQUIDATING TRUST'S FORTIETH OMNIBUS
    OBJECTION TO CLAIM NUMBERS 12631) (CLAIMANT CW INVESTORS 1997
13  12 BY ITS RECEIVER CW CAPITAL ASSET MANAGEMENT LLC AS SPECIAL
        SERVICER FOR BANK OF AMERICA NA) (DOCKET NO. 14018)

14

15     NOTICE OF HEARING (LIQUIDATING TRUST'S THIRTY-FIRST OMNIBUS
    OBJECTION TO CLAIM NUMBER 8244) (CLAIMANT PATRICIA A. PERRY
            F/K/A PATRICIA SCOTT) (DOCKET NO. 14019)

16

17  NOTICE OF HEARING (LIQUIDATING TRUST'S TWENTY-EIGHTH AND FORTY-
    SECOND OMNIBUS OBJECTIONS TO CLAIM NUMBER 12992) (CLAIMANT
    UNIWEST MANAGEMENT SERVICES INC. OWNER OR AGENT FOR BATTLEFIELD
18  FE LIMITED PARTNERS, T/A FORT EVANS PLAZA II LEESBURG, VA)
                        (DOCKET NO. 14020)

19

20     NOTICE OF HEARING (LIQUIDATING TRUST'S TWENTY-FIRST OMNIBUS
    OBJECTION TO CLAIM NUMBER 12529) (CLAIMANT CW INVESTORS 1997 12
    BY ITS RECEIVER CW CAPITAL ASSET MANAGEMENT LLC) (DOCKET NO.
21                        14021)

22      NOTICE OF HEARING (LIQUIDATING TRUST'S TWENTIETH OMNIBUS
        OBJECTION TO CLAIM NUMBER 12544) (CLAIMANT CENCOR REALTY
23  SERVICES INC. AGENT FOR SWQ 35 FORUM LTD) (DOCKET NO. 14022)

24      NOTICE OF HEARING (LIQUIDATING TRUST'S TWENTIETH OMNIBUS
        OBJECTION TO CLAIM NUMBER 12541) (CLAIMANTS CENCOR REALTY
25  SERVICES INC. AGENT FOR SWQ 35 FORUM LTD) (DOCKET NO. 14023)

1

2   NOTICE OF HEARING (LIQUIDATING TRUST'S TWENTIETH OMNIBUS
    OBJECTION TO CLAIM NUMBER 12086) (CLAIMANT FEDERAL REALTY

3   INVESTMENT TRUST T/A TROY HILLS SHOPPING CENTER PARSIPPANY NJ)
    (DOCKET NO. 14024)

4   NOTICE OF HEARING(LIQUIDATING TRUST'S TWENTIETH AND FORTIETH
    OMNIBUS OBJECTIONS TO CLAIM NUMBER 12085) (CLAIMANT FEDERAL

5   REALTY INVESTMENT TRUST T/A TROY HILLS SHOPPING CENTER,
    PARSIPPANY, NJ) (DOCKET NO. 14025).

6
    NOTICE OF HEARING (LIQUIDATING TRUST'S FIFTEENTH AND FORTY-

7   SECOND OMNIBUS OBJECTIONS TO CLAIM NUMBER 1898) (CLAIMANT UBS
    REALTY INVESTORS LLC AGENT FOR WAYSIDE COMMONS INVESTORS LLC

8   T/A WAYSIDE COMMONS BURLINGTON MA (DOCKET NO. 14026)

9   NOTICE OF HEARING (LIQUIDATING TRUST'S FOURTEENTH OMNIBUS
    OBJECTION TO CLAIM NUMBER 12548) (CLAIMANT UNIWEST MANAGEMENT

10  SERVICES INC., OWNER OR AGENT FOR BATTLEFIELD FE LIMITED
    PARTNER T/A FORT EVANS PLAZA II LEESBURG, VA) (DOCKET NO.

11  14027)

12  NOTICE OF HEARING (LIQUIDATING TRUST'S FOURTEENTH AND FORTY-
    SECOND OMNIBUS OBJECTIONS TO CLAIM NUMBER 8107) (CLAIMANT UBS

13  REALTY INVESTORS LLC AGENT FOR HAPPY VALLEY TOWN CENTER PHOENIX
    AZ) (DOCKET NO. 14028)

14
    NOTICE OF HEARING (LIQUIDATING TRUST'S NINTH AND FORTIETH

15  OMNIBUS OBJECTIONS TO CLAIM NUMBER 12545) (CLAIMANT FEDERAL
    REALTY INVESTMENT TRUST T/A QUINCE ORCHARD SHOPPING CENTER,

16  GAITHERSBURG, MD (DOCKET NO. 14029)

17  NOTICE OF HEARING (LIQUIDATING TRUST'S FIFTEENTH AND SIXTY-
    FOURTH OMNIBUS OBJECTIONS TO CLAIM NUMBERS 9734 AND 9413)

18  (CLAIMANTS BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO
    LASALLE BANK N.A. (F/K/A LASALLE NATIONAL BANK), AS TRUSTEE FOR

19  THE REGISTERED HOLDERS OF GMACCM MORTGAGE PASS-THROUGH
    CERTIFICATES, SERIES 1997-C1 AND CC INDEPENDENCE, LLC) (DOCKET

20  NO. 14030)

21  NOTICE OF HEARING (LIQUIDATING TRUST'S FIFTEENTH, THIRTY-NINTH,
    FORTY-THIRD, AND SIXTY-FOURTH OMNIBUS OBJECTIONS TO CLAIM

22  NUMBERS 9707 AND 9407) (CLAIMANTS BANK OF AMERICA, N.A.,
    SUCCESSOR BY MERGER TO LASALLE BANK N.A. (F/K/A LASALLE

23  NATIONAL BANK), AS TRUSTEE FOR THE REGISTERED HOLDERS OF GMACCM
    MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1997-C1 AND CC

24  LAFAYETTE, LLC) (DOCKET NO. 14031)

25

1    NOTICE AND OBJECTION TO CLAIM OF COMMONWEALTH OF MASSACHUSETTS
     LIQUIDATING TRUST'S OBJECTION TO CLAIM NO.14832 FILED BY THE
2           COMMONWEALTH OF MASSACHUSETTS (DOCKET NO. 10066)

3       NOTICE AND OBJECTION TO CLAIM OF COMMONWEALTH OF VIRGINIA
     DEPARTMENT OF TAXATION LIQUIDATING TRUST'S OBJECTION TO CLAIM
4      NOS. 12898 AND 14636 FILED BY THE COMMONWEALTH OF VIRGINIA
                DEPARTMENT OF TAXATION (DOCKET NO. 10070)
5
    NOTICE AND OBJECTION TO CLAIM LIQUIDATING TRUST'S FIRST OMNIBUS
6      OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
         INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED
7   CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF
      CERTAIN OF LATE FILED CLAIMS, DISALLOWANCE OF CERTAIN AMENDED
8     CLAIMS AND DISALLOWANCE OF CERTAIN INVALID CLAIMS) (DOCKET NO.
                                10024)
9
        NOTICE AND OBJECTION TO CLAIM -LIQUIDATING TRUST'S FOURTH
10      OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
     PARTIALLY INVALID CLAIMS AND DISALLOWANCE OF CERTAIN INVALID
11                     CLAIMS) (DOCKET NO. 10041)

12      NOTICE AND OBJECTION TO CLAIM -SIXTH OMNIBUS OBJECTION TO
    CLAIMS (DISALLOWANCE OF CERTAIN INVALID UNLIQUIDATED CLAIMS AND
13     FIXING OF CERTAIN UNLIQUIDATED CLAIMS) (DOCKET NO. 10043)

14      NOTICE AND OBJECTION TO CLAIM -LIQUIDATING TRUST'S NINTH
       OMNIBUS OBJECTION TO LANDLORD CLAIMS(REDUCTION OF CERTAIN
15          PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
    MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS,
16  DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, AND DISALLOWANCE
              OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10047)
17
    NOTICE AND OBJECTION TO CLAIM -LIQUIDATING TRUST'S FOURTEENTH
18      OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
            PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
19  MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS,
    DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, DISALLOWANCE OF
20  CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED
                     CLAIMS) (DOCKET NO. 10052)
21
    NOTICE AND OBJECTION TO CLAIM -LIQUIDATING TRUST'S FIFTEENTH
22      OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
            PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
23  MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS,
    DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, DISALLOWANCE OF
24  CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED
                     CLAIMS) (DOCKET NO. 10053)
25

1      NOTICE AND OBJECTION TO CLAIM -LIQUIDATING TRUST'S SEVENTEENTH
       OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
2        PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
     MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS,
3     DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, DISALLOWANCE OF
    CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED
4                 CLAIMS) (DOCKET NO. 10061)

5      NOTICE AND OBJECTION TO CLAIM -LIQUIDATING TRUST'S EIGHTEENTH
       OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES
6  (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS; DISALLOWANCE OF
     CERTAIN INVALID CLAIMS; DISALLOWANCE OF CERTAIN DUPLICATE
7     CLAIMS; RECLASSIFICATION OF CERTAIN CLAIMS; DISALLOWANCE OF
  CERTAIN AMENDED OR SUPERSEDED CLAIMS; DISALLOWANCE OR REDUCTION
8   OF CERTAIN LATE FILED CLAIMS; DISALLOWANCE OF CERTAIN INVALID
    CLAIMS; AND FIXING THE AMOUNT OF CERTAIN CLAIMS) (DOCKET NO.
9                            10062)

10      NOTICE AND OBJECTION TO CLAIM -LIQUIDATING TRUST'S TWENTIETH
       OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
11        PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
     MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS,
12   DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, DISALLOWANCE OF
    CERTAIN DUPLICATE CLAIMS AND DISALLOWANCE OF CERTAIN AMENDED
13                 CLAIMS) (DOCKET NO. 10072)

14   NOTICE AND OBJECTION TO CLAIM -LIQUIDATING TRUST'S TWENTY-FIRST
       OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
15        PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
     MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS,
16   DISALLOWANCE OF CERTAIN OF LATE FILED CLAIMS, AND DISALLOWANCE
      OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 10073)

17
  NOTICE AND OBJECTION TO CLAIM -LIQUIDATING TRUST'S TWENTY-THIRD
18     OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID
    UNLIQUIDATED CLAIMS AND FIXING OF CERTAIN UNLIQUIDATED CLAIMS
19                 HEARING (DOCKET NO. 11388)

20     OMNIBUS OBJECTION TO CLAIM -LIQUIDATING TRUST'S TWENTY-EIGHTH
       OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
21        PARTIALLY INVALID CLAIMS, DISALLOWANCE OF CERTAIN INVALID
      CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, AND
22      DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (DOCKET NO. 11445)

23     OBJECTION TO CLAIM -LIQUIDATING TRUST'S THIRTY-FIRST OMNIBUS
    OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS) &
24   NOTICE OF LIQUIDATING TRUST'S THIRTIETH OMNIBUS OBJECTION TO
    CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS (DOCKET NO.
25                     11809)

1

2
NOTICE AND OBJECTION TO CLAIM -LIQUIDATING TRUST'S THIRTY-NINTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
INVALID CLAIMS-MITIGATION) (DOCKET NO. 11850)

3

4
NOTICE AND OBJECTION TO CLAIM -LIQUIDATING TRUST'S FORTIETH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
INVALID CLAIMS-MITIGATION (DOCKET NO. 11851)

5

6
NOTICE AND OBJECTION TO CLAIM -LIQUIDATING TRUST'S FORTY-FIRST
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
INVALID CLAIMS-MITIGATION) (DOCKET NO. 11852)

7

8
NOTICE AND OBJECTION TO CLAIM -LIQUIDATING TRUST'S FORTY-SECOND
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
INVALID CLAIMS-MITIGATION) (DOCKET NO. 11853)

9

10
NOTICE AND OBJECTION TO CLAIM (NOTICE OF LIQUIDATING TRUST'S
SIXTY-FOURTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS)) (DOCKET NO. 12446)

11

12
BEFORE THE HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   APPEARANCES:
     For the Circuit City Stores,    DAVID N. TABAKIN, ESQ.
 2   Inc. Liquidating Trust:         TAVENNER & BERAN, PLC
                                      20 North Eighth Street
 3                                    2nd Floor
                                      Richmond, VA 23219
 4
                                     ANDREW W. CAINE, ESQ.
 5                                    PACHULSKI STANG ZIEHL & JONES
                                      LLP
 6                                    10110 Santa Monica Boulevard
                                      Los Angeles, CA 90067
 7
     For KeyBank National            ROBERT J. EDWARDS, ESQ.
 8   Association, U.S. Bank National POLSINELLI PC
     Association as Trustee:         900 West 48th Place
 9                                    Suite 9001
                                      Kansas City, MO 64112
10

11

12

13

14

15

16

17

18

19

20

21   Transcription Services:         eScribers, LLC
                                      352 Seventh Avenue
22                                    Suite #604
                                      New York, NY 10001
23                                    (973) 406-2250

24   PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

25   TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

1            THE COURT OFFICER:  All rise.  The court is now in

2    session.

3            Please be seated and come to order.

4            THE CLERK:  Circuit City Stores, Inc., items 1 through

5    34 on proposed agenda.

6            MR. CAINE:  Good afternoon, Your Honor.

7            THE COURT:  Good afternoon.

8            MR. CAINE:  Andrew Caine, Pachulski Stang Ziehl &

9    Jones, for the liquidating trust.  With me is David Tabakin,

10   our Richmond counsel, and Katie Bradshaw, senior trust officer.

11           Your Honor, if you don't mind, Mr. Edwards is here in

12   person and has --

13           THE COURT:  I don't mind that Mr. Edwards is here at

14   all.

15           MR. CAINE:  -- and has his client on the phone, and

16   would request that we handle numbers 14 and 15 out of order, if

17   that's acceptable.

18           THE COURT:  I have no problem with that.  Does that

19   suit you?

20           MR. CAINE:  Yes, it's fine, Your Honor.

21           THE COURT:  Okay, very good.  We can certainly

22   accommodate him.

23           MR. CAINE:  Good.

24           THE COURT:  So Mr. Edwards -- okay, whose motion is

25   this?

Colloquy                                                                        8

1          MR. CAINE:  Well, Your Honor, I will begin.

2          THE COURT:  Okay.

3          MR. CAINE:  Item number 14 is --

4          THE COURT:  It's your objection, right?

5          MR. CAINE:  It's our objection.  And we noticed for

6    substantive hearing the trust's objections to claim number 9734

7    of Bank of America, which is Mr. Edwards' client --

8          THE COURT:  Right.

9          MR. CAINE:  -- and also to claim number 9413, which

10   was the claim of the landlord, CC Independence, LLC.

11         In the notice of substantive hearing, the trust has

12   requested that Bank of America's claim, 9734, be allowed in the

13   amount of $718,269.82, which is the amount that the trust

14   reconciled with the lender to be the appropriate amount of this

15   claim.

16         THE COURT:  I'm sorry, that number is 718,269 --

17         MR. CAINE:  And eighty-two cents.

18         THE COURT:  Eighty-two cents.  Got it.

19         MR. CAINE:  Yes.  The notice of substantive hearing

20   asked that the claim of the landlord, claim number 9413, be

21   expunged, based on information that the lender has provided

22   that demonstrates that it foreclosed on the property and is the

23   rightful owner of the claim.

24         Mr. Edwards is here, did file a notice of intention

25   along with an affidavit of his client, to demonstrate the

1   lender's rightful ownership of the claim.  The landlord was

2   duly noticed, but did not file any notice of intention.  And in

3   fact, we checked with them by email at the end of the last

4   week, and they did not respond to that either.

5           So Your Honor, we -- the trust requests the relief

6   that I have just summarized.  But Mr. Edwards is also here as

7   well.

8           THE COURT:  All right, very good.

9           Mr. Edwards, do you wish to be heard?

10          MR. EDWARDS:  Yes, thank you, Your Honor.  Rob

11  Edwards, the Polsinelli firm, on behalf of certain lender

12  trusts.  And I have with me on the phone my client

13  representative, Mr. Robert Records, who's actually appearing

14  under my call information.

15          Mr. Records is the vice president of special servicing

16  for KeyBank National Association, who is the special servicer

17  for the lender trust at issue here.  We submitted an affidavit

18  on behalf -- or Mr. Records submitted an affidavit in support

19  of our position here today, which is that we are the rightful

20  holder of the claim.

21          Mr. Records, if he were to testify, would testify

22  consistently with what's set out in his affidavit.  He's

23  responsible for overseeing the loans that are secured by the

24  property at issue.  He's familiar with the loan file, the way

25  that the loan file was maintained.  He's attached to his

1    affidavit the relevant loan documents as well as the proof that

2    the property and all the collateral, including the lease

3    interests, were foreclosed in 2009.

4            So we'd be willing to present anything that Your Honor

5    may want to hear, but I think based on his affidavit, that it's

6    clear that the claim belongs to my client.

7            THE COURT:  All right, Mr. Edwards.  I have the

8    affidavit of Mr. Records right in front of me here, and I have

9    read it and reviewed it.  I'm familiar with it.

10           Does any party wish to cross-examine the proffered

11   witness?

12           Okay, hearing no objection, I accept the proffer of

13   Mr. Records' testimony.  He will not need to testify or provide

14   any other information.  I'm satisfied with it on the record.

15           MR. EDWARDS:  Thank you, Your Honor.

16           THE COURT:  And the affidavit will be admitted as an

17   exhibit to this proceeding.

18      (Affidavit of Mr. Records was hereby received into evidence

19   as KeyBank National Association's Exhibit, as of this date)

20           MR. EDWARDS:  Thank you, Your Honor.

21           THE COURT:  You're welcome.

22           MR. CAINE:  Your Honor, as a result, the trust asks

23   that claim number 9413 be expunged, and that claim number 9734

24   be allowed in the amount of $718,269.82.

25           THE COURT:  All right.  So the Court will then allow

1    claim number 9734 in the amount of $718,269.82.

2         Now, help me with just a housekeeping matter with

3    claim number 9413.  I'm having trouble locating that on your

4    Exhibit B; or am I just looking in the wrong place?  Or where

5    do I find that claim?

6         MR. CAINE:  The reason it's not on Exhibit B, Your

7    Honor, is because it was previously reported at settled.  And

8    the reason we ended up here is because the landlord and the

9    lender were having a problem with the documentation of the

10   settlement.  So in order to get it finally resolved, we had to

11   be here.

12        THE COURT:  Excellent.  Thank you.  That solves that

13   mystery.  All right.  Very good.  Does that take care of item

14   number 14?

15        MR. CAINE:  It does, Your Honor.  We will submit an

16   order to that effect.

17        THE COURT:  All right.  Thank you, sir.

18        MR. CAINE:  Item number 15, Your Honor, is very

19   similar.  Here the trust's notice of substantive hearing asks

20   that claim number 9707 of Bank of America, the lender on this

21   property, be allowed in the amount of $629,471.36, which is --

22        THE COURT:  Please, that number again?

23        MR. CAINE:  Sure.

24        THE COURT:  Slowly.

25        MR. CAINE:  629 --

Colloquy                                                      12

1              THE COURT:  Um-hum.

2              MR. CAINE:  -- 471 --

3              THE COURT:  Right.

4              MR. CAINE:  -- and thirty-six cents.

5              THE COURT:  Got it.

6              MR. CAINE:  That's the amount that the trust and the

7    lender reconciled and agreed.  The landlord has admitted

8    informally that it is not entitled to this claim.  The

9    documentation provided by the lender demonstrates that the

10   lender is the proper owner of this claim.  And so as a result,

11   the trust has asked that 9707 be allowed in the amount that I

12   just recited, and that claim number 9407 of the landlord be

13   expunged.

14             Mr. Edwards, again, is here with the same proffer.

15             THE COURT:  All right, Mr. Edwards, do you wish to

16   make the same proffer?

17             MR. EDWARDS:  I do, Your Honor.  Yes, the exact same

18   proffer.

19             THE COURT:  Okay, and the Court, once again, accepts

20   your proffer, seeing that there isn't anyone in the courtroom

21   that wishes to object.  So that is accepted, and the affidavit

22   is admitted.

23        (Affidavit of Mr. Records was hereby received into evidence

24   as U.S. Bank National Association Exhibit, as of this date)

25             MR. EDWARDS:  Thank you very much, Your Honor.

Colloquy                                                                 13

1          THE COURT:  Thank you sir.

2          MR. CAINE:  Thank you, Your Honor.  As a result, the

3   trust requests that the Court order the relief as set forth in

4   the notice for these two claims, and we'll be happy to submit

5   orders thereof.

6          THE COURT:  All right, very good.  And I was able to

7   locate both these claims.  The claim number 9707 will be

8   allowed in the amount of $629,471.36, and claim number 9407

9   will be expunged.

10         MR. CAINE:  Thank you, Your Honor.

11         THE COURT:  Thank you.

12         MR. CAINE:  We'll submit orders on those.

13         THE COURT:  Mr. Edwards, if you would like, you may be

14  excused, sir.

15         MR. EDWARDS:  Thank you, Your Honor.  And --

16         THE COURT:  You're welcome to sit through the rest of

17  this.

18         MR. EDWARDS:  I think I will go, Your Honor, see if I

19  can get an earlier flight back to Kansas City.  I assume Mr.

20  Records can hear us.  Could I just tell him that his part is

21  now done, and --

22         THE COURT:  His part is done, and if he would like to

23  be -- he's granted leave as well, if has other things that he

24  would like to attend to.

25         MR. EDWARDS:  Thank you very much.

Colloquy                                          14

1          THE COURT:  Thank you, sir.  Safe flight.

2          MR. CAINE:  I did see Mr. Edwards' photo on the screen

3  and wondered how he was able to be in two places at once.

4          THE COURT:  It's magic.

5          MR. CAINE:  Magic.  Returning to the top of the

6  agenda, then, Your Honor.  Item number 1 is the trust's

7  adversary proceeding against SafeCo, which Your Honor had set

8  for pre-trial conference for today's date.  SafeCo filed a

9  motion to dismiss originally noticed for the June 7th omnibus

10  hearing.  We requested and thank Your Honor for giving us a

11  special setting date for that hearing on May 4th.  And as a

12  result, the agenda reflects that the parties have requested

13  that the pre-trial conference be continued to the same time as

14  the hearing on the motion to dismiss.

15          THE COURT:  It will be.

16          MR. CAINE:  Thank you, Your Honor.

17          THE COURT:  Thank you.

18          MR. CAINE:  Your Honor, number 2 on the agenda is the

19  trust's objection to CW Investors.  It's claim number 12631.

20  The trust's notice asked that the claim be allowed in the

21  reduced amount of $1,057,581.17.  This amount was agreed to

22  between the trust and counsel for CW Investors, David Pollack

23  of the Ballard firm; and the trust has also received all

24  appropriate mitigation information.

25          So the trust requests that the Court enter an order in

1   the amount that I just recited, which is also in the notice, as

2   well.

3           THE COURT:  Does any party wish to be heard in

4   connection with the motion or the objection?

5           All right, so that will be allowed in the amount of

6   $1,057,581.17.

7           MR. CAINE:  Thank you, Your Honor.  We will submit an

8   order.

9           THE COURT:  All right.

10          MR. CAINE:  Your Honor, item number 3 is a notice of

11  substantive hearing with respect to the trust's objection to

12  the claim of Ms. Patricia Scott, now known as Patricia Perry.

13  Ms. Scott filed a notice of intention to appear, but apparently

14  called the clerk not long ago to indicate that she was not

15  going to appear.

16          Rather than take her default, Your Honor, since she is

17  pro per, we propose to postpone the substantive objection --

18  the substantive hearing on the objection to the June 7th

19  omnibus hearing.  The trust believes that there is no basis for

20  this claim.  It is a discrimination in pay amount claim for an

21  employee that was terminated in a reduction in force that

22  included some ninety other employees, and the trust is prepared

23  to make a detailed presentation as to why there is no claim,

24  but we will also try to reach the claimant to see if there's a

25  way to resolve it prior to that hearing.

1          THE COURT:  All right.  Very good.  It'll be adjourned

2   to June 7th.

3          MR. CAINE:  Thank you.  Item number 4, Your Honor, is

4   a substantive hearing with respect to the trust's objection to

5   the claim of Uniwest Management, claim number 12992.  The

6   notice submitted by the trust asked for the claim to be allowed

7   in the reduced amount of $803,238.79.  Counsel for Uniwest,

8   again, David Pollack, has agreed to this amount; and as a

9   result, Your Honor, the trust requests that an order be entered

10  for this amount.

11         THE COURT:  He just represents all the landlords,

12  doesn't he?

13         MR. CAINE:  He represents all the ones we're here for

14  today.

15         THE COURT:  Oh, okay.  Does any party wish to be heard

16  in connection with the objection?

17         All right, that claim, then, will be allowed in the

18  amount of $803,238.79.

19         MR. CAINE:  Thank you, Your Honor.  We will submit the

20  order.

21         THE COURT:  All right.

22         MR. CAINE:  Item number 5 is the claim of CW

23  Investors, claim number 12529.  This is an administrative claim

24  with respect to the same location as we handled on item number

25  2.

Colloquy                                                17

1       The trust has asked in the notice that the claim be

2   allowed in the reduced amount of $26,314.02.  Mr. Pollack's

3   client has agreed to this allowed amount.  And as a result, we

4   request an order of such allowance.

5       THE COURT:  Does any party wish to be heard in

6   connection with this objection?

7       All right.  So the Court will allow the claim as an

8   administrative claim in the amount of $26,314.02.

9       MR. CAINE:  Thank you, Your Honor.  We will submit

10  that order.

11      Item number 6 is the trust's substantive hearing with

12  respect to the claim of Cencor Realty, claim number 12544.

13  This is an administrative claim.  The trust's notice asked that

14  the claim be allowed in the reduced amount of $24,909.01.

15  Again, Cencor has agreed to the allowance in this amount; and

16  as a result, the trust requests an order allowing that amount.

17      THE COURT:  Does any party wish to be heard in

18  connection with the objection?

19      All right.  The Court will then allow that claim in

20  the amount of $24,909.01.

21      MR. CAINE:  Thank you, Your Honor.  We will submit

22  that order.

23      Item number 7 is another claim of Cencor Realty for

24  the same location.  It's an unsecured claim, number 12541.  The

25  trust's notice requests that the claim be allowed in the

1    reduced amount of $562,305.04.  Again, the claimant agrees to

2    this amount, and as a result, the trust requests the Court

3    enter an order accordingly.

4            THE COURT:  All right.  Does any party wish to be

5    heard in connection with the objection?

6            All right, claim number 12541 will be allowed as a

7    general unsecured claim in the reduced amount of $562,305.04.

8            MR. CAINE:  Thank you, Your Honor.  We will submit

9    that order.

10           Item number 8, Your Honor, is the notice of

11   substantive hearing to the trust's objection to the claim of

12   Federal Realty Investment, claim number 12086.  This is an

13   administrative claim, Your Honor.  The notice asked -- and you

14   don't have to write this number down, because we've agreed to a

15   different one -- that the claim be --

16           THE COURT:  We used to call that foreshadowing in

17   English class.  Yes.

18           MR. CAINE:  I saw you ready to write -- the notice

19   asked that the claim be reduced to 311,617 dollars.  After

20   reconciliation and review of various documents with Mr.

21   Pollack, the parties have reconciled the amount that is agreed

22   between them, which is 478,615 dollars.  It is this agreed

23   allowed amount, Your Honor, that the parties request that the

24   Court order at this time.

25           THE COURT:  All right.  Does any party wish to be

1  heard in connection with claim number 12086?

2          All right, the claim will be allowed as an

3  administrative claim in the agreed amount for 478,615 dollars.

4          MR. CAINE:  Thank you, Your Honor.  We will submit

5  that order.

6          Item number 9 concerns the same property, an unsecured

7  claim of Federal Realty, claim number 12085.  Similarly, the

8  parties reconciled the amounts after reviewing several

9  documents and request at this time that the claim be allowed

10  for an amount slightly higher than was in the notice.  The

11  allowed amount requested is $1,395,522.65.  Based on the

12  agreement of the parties, Your Honor, we request an order for

13  that allowed amount.

14          THE COURT:  Does any party wish to be heard in

15  connection with the objection to claim number 12085?

16          All right, that claim will be allowed as a general

17  unsecured claim in the agreed amount of $1,395,522.65.

18          MR. CAINE:  Thank you, Your Honor.  We will submit

19  that order.

20          Item number 10 concerns the trust's substantive

21  hearing notice with respect to claim number 1898.  It's an

22  unsecured claim of UBS Realty Investors for a property in

23  Massachusetts.

24          The notice requested and the parties have agreed that

25  the claim be allowed in the reduced amount of $211,712.87.  As

1    a result, the parties request that the Court enter an order for
2    that allowed amount.

3         THE COURT:  Does any party wish to be heard in
4    connection with the objection to claim number 1898?

5         All right.  The Court will allow that claim as a
6    general unsecured claim in the agreed amount of $211,712.87.

7         MR. CAINE:  Thank you, Your Honor.  We will submit an
8    order.

9         Item number 11 is the trust's notice of substantive
10   hearing with respect to its objection to claim number 12548, an
11   unsecured claim of Uniwest Management for a property in
12   Leesburg, Virginia.  The notice requested and the parties have
13   agreed that the claim be reduced to an allowed amount of
14   $34,772.65.  As a result, the parties request that the Court
15   enter an order in that allowed amount.

16        THE COURT:  Is that's an admin claim or is it a
17   general unsecured claim?

18        MR. CAINE:  That is an administrative claim, Your
19   Honor.

20        THE COURT:  Okay, very good.

21        All right, the Court then -- does any party wish to be
22   heard in connection with objection to claim number 12548?

23        All right.  The Court will allow that claim as an
24   administrative claim in the agreed amount of $34,772.65.

25        MR. CAINE:  Thank you, Your Honor.  We will submit an

Colloquy                                                            21

1    order.

2           Item number 12, Your Honor, concerns the notice of

3    substantive hearing with respect to claim number 8107, an

4    unsecured claim of UBS Realty Investors.  The objection was

5    based on the potential of reduction of the claim based on

6    mitigation.  Mr. Pollack's client has provided information to

7    suggest that no reduction is appropriate, and as a result, the

8    trust withdraws the objection, Your Honor.

9           THE COURT:  All right.  That objection will be

10   withdrawn.

11          MR. CAINE:  And the final notice of substantive

12   hearing, Your Honor, item number 13, is with respect to the

13   claim of Federal Realty, claim number 12545, an unsecured claim

14   for which the notice asked for a reduced allowed amount,

15   $236,784.05.  Mr. Pollack and his client have conceded that

16   that is the appropriate amount of the claim.  And as a result,

17   the parties request an order for that allowed amount.

18          THE COURT:  Does any party wish to be heard in

19   connection with the objection to claim number 12545?

20          All right, the Court then, will allow that claim in

21   the amount of $236,784.05.

22          MR. CAINE:  Thank you, Your Honor.  That concludes the

23   substantive hearings.  The next item on the agenda is item

24   number 16, the trust's objection to the claim of the

25   Massachusetts Department of Revenue.  As Your Honor may recall,

1   we have been continuing this hearing because we have a

2   tentative settlement with the Department that is awaiting the

3   various administrative approvals.

4           We have expressed our frustration to our contact in

5   the Department of Revenue, and have indicated that we intend to

6   notice this matter for substantive hearing at the next omnibus

7   hearing, which would be June 7th.  So we've asked, Your Honor,

8   that you continue this matter until June 7th, but just wanted

9   to let you know, we're going to notice it for hearing.

10          Hopefully, that will light the appropriate fire, and

11  we will be able to announce that we have an official

12  settlement; but if not, I will be here with Mr. McDonald, who

13  is the former VP of tax, and we will make our presentation as

14  to why the amount that we have a tentative agreement for in

15  settlement is the appropriate amount in which to allow the

16  claim.

17          THE COURT:  Very good, Mr. Caine.  There's nothing

18  quite so imperative as a hearing, a substantive hearing, to

19  focus the mind and get folks to act.  So I'm rooting for you.

20          MR. CAINE:  Thank you, Your Honor.  Item number 17,

21  Your Honor, is the trust's objection to the claim of the

22  Virginia Department of Revenue.  We have asked that this be

23  postponed to the June 7 hearing as well.

24          Just a little background.  The nature of the

25  Department's claim relates to not only the same subject matter

Colloquy                                                    23

1   as Massachusetts, but also the same subject matter as the

2   Department's claim against another well-known retailer that is

3   currently set for hearing before the Virginia Supreme Court.

4   And the ruling of that court is expected to come down this

5   month.

6          Based on that ruling, we think it is likely that the

7   matter will settle, whichever way the court comes out.  But we

8   may, indeed, also notice this one for substantive hearing on

9   June 7 if we can't settle it.

10         THE COURT:  Who are you dealing with there?  Is that

11  Mr. Aimes (ph.)?

12         MR. CAINE:  I apologize.  I am not dealing directly --

13         THE COURT:  That's not a problem.

14         MR. CAINE:  -- with him.

15         THE COURT:  I'm just curious.

16         MR. CAINE:  We have outside tax professionals at PwC

17  that have the direct contact with the --

18         THE COURT:  I understand completely.

19         MR. CAINE:  -- Department of Revenue.

20         THE COURT:  So but you obviously have a lot of faith

21  in the Virginia Supreme Court.

22         MR. CAINE:  I'm trying to think --

23         THE COURT:  Not to rule one way or the other, but just

24  to rule.

25         MR. CAINE:  Oh, yes, Your Honor.  Well, that is

 1  another factor as well, because we made an offer to the

 2  Virginia Department of Revenue many months ago, and the

 3  Department was not willing to respond to the offer until after

 4  the Court ruled.  That is the reason why we may end up noticing

 5  it for substantive hearing, because we would like to get this

 6  behind us as well.

 7           THE COURT:  Very good.

 8           MR. CAINE:  Your Honor, the balance of the agenda is

 9  going to be handled by Mr. Tabakin.  I do have my report of

10  claims that will remain after the conclusion of today's

11  matters, and I can either provide that now or I can do it when

12  he's done; whichever you prefer.

13           THE COURT:  I thought you were going to give me a

14  report from Chavez Ravine, but that's okay.  What is your

15  pleasure, now or at the end?

16           MR. CAINE:  I'll wait till he's done.

17           THE COURT:  Okay, very good.

18           MR. CAINE:  Thank you.

19           MR. TABAKIN:  Good afternoon, Your Honor.

20           THE COURT:  Good afternoon.  So this is the hard part,

21  right?

22           MR. TABAKIN:  Yes, Your Honor, it is.

23           THE COURT:  Okay.

24           MR. TABAKIN:  Your Honor, with respect to item number

25  18, the notice and objection to the liquidating trust's first

Colloquy                                                      25

1    omnibus objection, Your Honor, the trust requests that the sole

2    remaining claim be adjourned to the June 7, 2017 date.

3              THE COURT:  It'll be adjourned.

4              MR. TABAKIN:  Thank you, Your Honor.  With respect to

5    agenda item number 19, the liquidating trust's fourth omnibus

6    objection, Your Honor, all the matters have been resolved, but

7    the parties request that that sole remaining claim be continued

8    for documentation purposes.

9              THE COURT:  All right, so this will be continued for

10   documentation purposes.

11             MR. TABAKIN:  Thank you, Your Honor.

12             THE COURT:  And when you say "continued", to --

13             MR. TABAKIN:  To June 7th.

14             THE COURT:  -- to June 7th, yeah, okay.

15             MR. TABAKIN:  Yes, Your Honor, my apologies.

16             With regard to item number 20, the sixth omnibus

17   objection to claim, Your Honor, the liquidating trust requests

18   that all thirty-two remaining claims be adjourned to the June

19   7, 2017 date.

20             THE COURT:  All right, it will be adjourned to that

21   date.

22             MR. TABAKIN:  Thank you, Your Honor.

23             THE COURT:  Those are the Old Republic claims?

24             MR. TABAKIN:  Yes, sir.

25             THE COURT:  All right.

1    MR. TABAKIN:  With respect to agenda item number 21,

2  the ninth omnibus objection, Your Honor, one of those

3  matters -- actually, two matters were both presently before

4  this Court on notices of substantive hearing.  So the sole

5  remaining claim has been resolved, but the parties request that

6  it be continued to the June 7th date for documentation

7  purposes.

8         THE COURT:  All right, it'll be adjourned.

9         MR. TABAKIN:  Thank you, Your Honor.  With respect to

10  agenda item number 22, the trust's fourteenth omnibus objection

11  to claims, both of those matters were previously before this

12  Court on substantive hearings, and once those orders are

13  entered, this matter may be removed from the Court's docket.

14         THE COURT:  Excellent.  All right.

15         MR. TABAKIN:  With respect to item number 23, the

16  fifteenth omnibus objection to claim, three of the matters were

17  already before this Court -- no, I'm sorry -- four of the

18  matters were already before this Court on substantive hearings,

19  and the one remaining objection -- claim objection, the trust

20  requests be continued to June 17th (sic).

21         THE COURT:  All right, it'll be continued.

22         MR. TABAKIN:  With request to -- respect -- excuse me,

23  Your Honor -- to item number 24 on the agenda, the liquidating

24  trust's seventeenth omnibus objection, one remaining claim is

25  there that has been solved, but the parties request that it be

1  continued to June 7th for documentation purposes.  And the sole

2  remaining objection, the trust also requests be continued to

3  that same date.

4         THE COURT:  All right, they'll be continued.

5         MR. TABAKIN:  Thank you, Your Honor.  With request

6  (sic) to item number 25, the trust's eighteenth omnibus

7  objection, Your Honor, the trust requests that the one

8  remaining objection be continued to the June 7th, 2017 date.

9         THE COURT:  Very good.  It will be.

10        MR. TABAKIN:  Thank you, Your Honor.  With respect to

11  agenda item number 26, the twentieth omnibus objection, Your

12  Honor, four of those matters were already before this Court on

13  substantive hearings, and the remaining two claims to which the

14  objection relates, the trust requests that they be continued to

15  the June 7th date.

16        THE COURT:  They'll be continued.

17        MR. TABAKIN:  Thank you, Your Honor.  With respect to

18  item number 27, the trust's twenty-first omnibus objection to

19  claims, Your Honor, that matter may actually be removed from

20  this Court's docket following the entry of the agreed order

21  that was reached and noticed to this Court earlier.

22        THE COURT:  Very good.

23        MR. TABAKIN:  With respect to item number 28, the

24  twenty-third omnibus objection, Your Honor, one matter has been

25  resolved, but the parties request that it be continued to the

1    June 7th, 2017 date for documentation purposes.  And the

2    remaining sixteen claim objections, also, the trust requests be

3    adjourned to that same date.

4            THE COURT:  It'll be adjourned.

5            MR. TABAKIN:  Thank you, Your Honor.  With respect to

6    item number 29, the twenty-eighth omnibus objection, Your

7    Honor, one of those matters was already before this Court on a

8    substantive hearing, and the trust requests that the remaining

9    two be continued to the June 7th date.

10           THE COURT:  They'll be continued.

11           MR. TABAKIN:  Thank you, Your Honor.  With respect to

12   item number 30, the thirty-first omnibus objection to claims,

13   Your Honor, the one substantive hearing was the matter

14   involving Ms. Scott, and that has been continued, Your Honor.

15           THE COURT:  That's fine.

16           MR. TABAKIN:  With respect to item number 31, the

17   liquidating trust's thirty-ninth omnibus objection to claims,

18   Your Honor, one of those matters has already been before this

19   Court, and the remaining matter the trust requests be continued

20   to the June 7th date.

21           THE COURT:  That'll be continued.

22           MR. TABAKIN:  Your Honor, regarding item number 32,

23   the fortieth omnibus objection to claims, Your Honor, three of

24   those matters were already before this Court on substantive

25   hearings and the one remaining claim objection, the trust

1   requests be continued to the June 7th date.

2          THE COURT:  It'll be continued.

3          MR. TABAKIN:  Thank you, Your Honor.  With respect to

4   item number 33, the forty-first omnibus objection, Your Honor,

5   this matter has already been before the Court on a substantive

6   hearing.  The trust will be withdrawing the objection and then

7   this matter may be removed from the Court's docket.

8          THE COURT:  Very good.

9          MR. TABAKIN:  Your Honor, with respect to item number

10  34, the trust's forty-second omnibus objection, Your Honor,

11  four of the matters were already before the Court on

12  substantive hearings.  And the remaining two matters have been

13  resolved, but the parties wish to continue the matter to the

14  June 7th date for documentation purposes.

15         THE COURT:  It'll be continued.

16         MR. TABAKIN:  Thank you, Your Honor.  With respect to

17  number 35, the sixty-fourth omnibus objection, Your Honor, this

18  matter was already before the Court, and it may be, following

19  entry of those orders, removed from the Court's docket.

20         THE COURT:  Excellent.  All right, thank you very

21  much, Mr. Tabakin.

22         MR. TABAKIN:  Thank you, Your Honor.

23         MR. CAINE:  Your Honor, we have made great progress.

24         THE COURT:  We have.

25         MR. CAINE:  Following the entry of the orders of which

1  we spoke already today, there should be only forty claims left
2  unresolved.  Of those forty, thirty-two are the unliquidated
3  claims of Old Republic.  I have had meaningful conversations
4  recently with counsel for Old Republic, which concedes that
5  those claims are invalid, and I am hoping that before June 7 we
6  will have agreement with Old Republic, at least to get rid of
7  those claims, if not to resolve the other issues between the
8  parties.

9          That would leave eight claims, two of which are the
10  Virginia and Massachusetts tax claims of which we spoke
11  earlier; one of which is the EEOC claim, of which we spoke
12  earlier.  And that leaves five landlord claims that are
13  unresolved.

14          We are hoping to get those resolved before the June 7
15  hearing.  If we don't we will likely set them for substantive
16  hearing.  And so it is at least my personal goal that we have
17  everything done with respect to claims by June 7th.

18          THE COURT:  That would be very, very good.  To finish
19  the claims in this case would be a great achievement.  So --

20          MR. CAINE:  Yes, Your Honor.

21          THE COURT:  -- it would be wonderful.

22          MR. CAINE:  And I am also very pleased to announce
23  that on Friday the trust sent out a distribution to unsecured
24  creditors of another five percent, and that to date, the trust
25  had distributed fifty percent to general unsecured creditors.

1          THE COURT:  That is quite an achievement.  So the

2    trust deserves to be applauded for the success that it's

3    achieved in this case through the efforts of the liquidating

4    trustee as well as his professionals.

5          MR. CAINE:  Thank you very much, Your Honor.  That

6    concludes my presentation.

7          THE COURT:  All right, very good.  Well, thank you

8    very much.  Thank you all for today's presentation.  It looks

9    like we're zeroing in on the end of this, which is a wonderful,

10   wonderful thing.  And I'm sure that the creditors are quite

11   pleased.

12         MR. TABAKIN:  Thank you very much.

13         THE COURT:  All right.

14         THE COURT OFFICER:  All rise.  Court is now adjourned.

15      (Whereupon these proceedings were concluded at 2:40 PM)

16

17

18

19

20

21

22

23

24

25

```
 1                          I N D E X

 2    EXHIBITS:  DESCRIPTION                    MARK    ADMIT

 3    FOR THE KEYBANK NATIONAL ASSOCIATION:

 4    --          Affidavit of Mr. Records              10

 5    FOR U.S. BANK NATIONAL ASSOCIATION:

 6    --          Affidavit of Mr. Records              12

 7
      RULINGS:                                   PAGE   LINE
 8
      Claim number 9734 is allowed  in the       11     1
 9    amount of $718,269.82

10    Claim number 9707 is allowed in the        13     7
      amount of $629,471.36, and claim
11    number 9407 is expunged.

12    Claim of CW Investors allowed in the       15     5
      amount of $1,057,581.17.
13
      Claim of Uniwest Management claim          16     17
14    allowed in the amount of $803,238.79.

15    Claim 12529  of CW Investors allowed as    17     7
      an administrative claim in the amount
16    of $26,314.02.

17    Cencor Realty claim number 12544           17     19
      allowed  as administrative claim in
18    the amount of $24,909.01.

19    Claim 12541 allowed as a general           18     6
      unsecured claim in the amount of
20    $562,305.04.

21    Claim 12086 allowed as administrative      19     2
      claim in the amount of 478,615
22    dollars.

23    Claim 12085 is allowed as a general        19     16
      unsecured claim in the amount of
24    $1,395,522.65.

25
```

| | PAGE | LINE |
|---|---|---|
| RULINGS: | | |
| Claim 1898 allowed as a general unsecured claim in the amount of $211,712.87. | 20 | 5 |
| Claim 12548 allowed as an administrative claim in the amount of $34,772.65. | 20 | 23 |
| Claim 12545 allowed as an unsecured claim in the amount of $236,784.05. | 21 | 20 |

1              C E R T I F I C A T I O N

2

3          I, Penina Wolicki, the court approved transcriber, do

4    hereby certify the foregoing is a true and correct transcript

5    from the official electronic sound recording of the proceedings

6    in the above-entitled matter.

7

8    *Penina Wolicki*

9                                        April 7, 2017

10   _____        _____

11   PENINA WOLICKI                          DATE

12   AAERT Certified Electronic Transcriber CET**D-569

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1,057,581.17 (2)**
14:21;15:6
**$1,395,522.65 (2)**
19:11,17
**$211,712.87 (2)**
19:25;20:6
**$236,784.05 (2)**
21:15,21
**$24,909.01 (2)**
17:14,20
**$26,314.02 (2)**
17:2,8
**$34,772.65 (2)**
20:14,24
**$562,305.04 (2)**
18:1,7
**$629,471.36 (2)**
11:21;13:8
**$718,269.82 (3)**
8:13;10:24;11:1
**$803,238.79 (2)**
16:7,18

## A

**able (3)**
13:6;14:3;22:11
**accept (1)**
10:12
**acceptable (1)**
7:17
**accepted (1)**
12:21
**accepts (1)**
12:19
**accommodate (1)**
7:22
**accordingly (1)**
18:3
**achieved (1)**
31:3
**achievement (2)**
30:19;31:1
**act (1)**
22:19
**actually (3)**
9:13;26:3;27:19
**adjourned (9)**
16:1;25:2,3,18,20;
26:8;28:3,4;31:14
**admin (1)**
20:16
**administrative (8)**
16:23;17:8,13;
18:13;19:3;20:18,
24;22:3
**admitted (3)**
10:16;12:7,22
**adversary (1)**
14:7

**affidavit (11)**
8:25;9:17,18,22;
10:1,5,8,16,18;
12:21,23
**afternoon (4)**
7:6,7;24:19,20
**again (6)**
11:22;12:14,19;
16:8;17:15;18:1
**against (2)**
14:7;23:2
**agenda (11)**
7:5;14:6,12,18;
21:23;24:8;25:5;
26:1,10,23;27:11
**ago (2)**
15:14;24:2
**agreed (15)**
12:7;14:21;16:8;
17:3,15;18:14,21,22;
19:3,17,24;20:6,13,
24;27:20
**agreement (3)**
19:12;22:14;30:6
**agrees (1)**
18:1
**Aimes (1)**
23:11
**allow (7)**
10:25;17:7,19;
20:5,23;21:20;22:15
**allowance (2)**
17:4,15
**allowed (26)**
8:12;10:24;11:21;
12:11;13:8;14:20;
15:5;16:6,17;17:2,3,
14,25;18:6,23;19:2,
9,11,13,16,25;20:2,
13,15;21:14,17
**allowing (1)**
17:16
**along (1)**
8:25
**America (2)**
8:7;11:20
**America's (1)**
8:12
**amount (47)**
8:13,13,14;10:24;
11:1,21;12:6,11;
13:8;14:21,21;15:1,
5,20;16:7,8,10,18;
17:2,3,8,14,15,16,20;
18:1,2,7,21,23;19:3,
10,11,13,17,25;20:2,
6,13,15,24;21:14,16,
17,21;22:14,15
**amounts (1)**
19:8
**Andrew (1)**
7:8
**announce (2)**

22:11;30:22
**apologies (1)**
25:15
**apologize (1)**
23:12
**apparently (1)**
15:13
**appear (2)**
15:13,15
**appearing (1)**
9:13
**applauded (1)**
31:2
**appropriate (6)**
8:14;14:24;21:7,
16;22:10,15
**approvals (1)**
22:3
**Association (2)**
9:16;12:24
**Association's (1)**
10:19
**assume (1)**
13:19
**attached (1)**
9:25
**attend (1)**
13:24
**awaiting (1)**
22:2

## B

**back (1)**
13:19
**background (1)**
22:24
**balance (1)**
24:8
**Ballard (1)**
14:23
**Bank (4)**
8:7,12;11:20;
12:24
**based (6)**
8:21;10:5;19:11;
21:5,5;23:6
**basis (1)**
15:19
**begin (1)**
8:1
**behalf (2)**
9:11,18
**behind (1)**
24:6
**believes (1)**
15:19
**belongs (1)**
10:6
**both (3)**
13:7;26:3,11
**Bradshaw (1)**
7:10

## C

**CAINE (61)**
7:6,8,8,15,20,23;
8:1,3,5,9,17,19;
10:22;11:6,15,18,23,
25;12:2,4,6;13:2,10,
12;14:2,5,16,18;
15:7,10;16:3,13,19,
22;17:9,21;18:8,18;
19:4,18;20:7,18,25;
21:11,22;22:17,20;
23:12,14,16,19,22,
25;24:8,16,18;29:23,
25;30:20,22;31:5
**call (2)**
9:14;18:16
**called (1)**
15:14
**can (5)**
7:21;13:19,20;
24:11,11
**care (1)**
11:13
**case (2)**
30:19;31:3
**CC (1)**
8:10
**Cencor (3)**
17:12,15,23
**cents (3)**
8:17,18;12:4
**certain (1)**
9:11
**certainly (1)**
7:21
**Chavez (1)**
24:14
**checked (1)**
9:3
**Circuit (1)**
7:4
**City (2)**
7:4;13:19
**claim (101)**
8:6,9,10,12,15,20,
20,23;9:1,20;10:6,
23,23;11:1,3,5,20;
12:8,10,12;13:7,8;
14:19,20;15:12,20,
20,23;16:5,5,6,17,22,
23,23;17:1,7,8,12,12,
13,14,19,23,24,25;
18:6,7,11,12,13,15,
19;19:1,2,3,7,7,9,15,
16,17,21,22,25;20:4,
5,6,10,11,13,16,17,
18,22,23,24;21:3,4,5,
13,13,13,16,19,20,
24;22:16,21,25;23:2;
25:2,7,17;26:5,16,
19,24;28:2,25;30:11

**claimant (2)**
15:24;18:1
**claims (20)**
13:4,7;24:10;
25:18,23;26:11;
27:13,19;28:12,17,
23;30:1,3,5,7,9,10,
12,17,19
**class (1)**
18:17
**clear (1)**
10:6
**CLERK (2)**
7:4;15:14
**client (8)**
7:15;8:7,25;9:12;
10:6;17:3;21:6,15
**collateral (1)**
10:2
**completely (1)**
23:18
**conceded (1)**
21:15
**concedes (1)**
30:4
**concerns (3)**
19:6,20;21:2
**concluded (1)**
31:15
**concludes (2)**
21:22;31:6
**conclusion (1)**
24:10
**conference (2)**
14:8,13
**connection (10)**
15:4;16:16;17:6,
18;18:5;19:1,15;
20:4,22;21:19
**consistently (1)**
9:22
**contact (2)**
22:4;23:17
**continue (2)**
22:8;29:13
**continued (22)**
14:13;25:7,9,12;
26:6,20,21;27:1,2,4,
8,14,16,25;28:9,10,
14,19,21;29:1,2,15
**continuing (1)**
22:1
**conversations (1)**
30:3
**counsel (4)**
7:10;14:22;16:7;
30:4
**COURT (126)**
7:1,1,7,13,18,21,
24;8:2,4,8,16,18;9:8;
10:7,16,21,25;28:9,9,10;
11:12,17,22,24;12:1;
3,5,15,19,19;13:1,3,

Case 08-35653-KRH    Doc 14060    Filed 04/07/17    Entered 04/07/17 14:31:46    Desc
Main Document    Page 36 of 40

CIRCUIT CITY STORES, INC., et al.
Case No. 08-35653-KRH

April 5, 2017

6,11,13,16,22;14:1,4,
15,17,25;15:3,9;
16:1,11,15,21;17:5,
7,17,19;18:2,4,16,24,
25;19:14;20:1,3,5,
14,16,20,21,23;21:9,
18,20;22:17;23:3,4,
7,10,13,15,18,20,21,
23;24:4,7,13,17,20,
23;25:3,9,12,14,20,
23,25;26:4,8,12,14,
17,18,21;27:4,9,12,
16,21,22;28:4,7,10,
15,19,21,24;29:2,5,8,
11,15,18,20,24;
30:18,21;31:1,7,13,
14,14
**courtroom (1)**
12:20
**Court's (4)**
26:13;27:20;29:7,
19
**creditors (3)**
30:24,25;31:10
**cross-examine (1)**
10:10
**curious (1)**
23:15
**currently (1)**
23:3
**CW (3)**
14:19,22;16:22

### D

**date (18)**
10:19;12:24;14:8,
11;25:2,19,21;26:6;
27:3,8,15;28:1,3,9,
20;29:1,14;30:24
**David (3)**
7:9;14:22;16:8
**dealing (2)**
23:10,12
**default (1)**
15:16
**demonstrate (1)**
8:25
**demonstrates (2)**
8:22;12:9
**Department (7)**
21:25;22:2,5,22;
23:19;24:2,3
**Department's (2)**
22:25;23:2
**deserves (1)**
31:2
**detailed (1)**
15:23
**different (1)**
18:15
**direct (1)**
23:17

**directly (1)**
23:12
**discrimination (1)**
15:20
**dismiss (2)**
14:9,14
**distributed (1)**
30:25
**distribution (1)**
30:23
**docket (4)**
26:13;27:20;29:7,
19
**documentation (8)**
11:9;12:9;25:8,10;
26:6;27:1;28:1;
29:14
**documents (3)**
10:1;18:20;19:9
**dollars (3)**
18:19,22;19:3
**done (5)**
13:21,22;24:12,
16;30:17
**down (2)**
18:14;23:4
**duly (1)**
9:2

### E

**earlier (4)**
13:19;27:21;
30:11,12
**Edwards (19)**
7:11,13,24;8:24;
9:6,9,10,11;10:7,15,
20;12:14,15,17,25;
13:13,15,18,25
**Edwards' (2)**
8:7;14:2
**EEOC (1)**
30:11
**effect (1)**
11:16
**efforts (1)**
31:3
**eight (1)**
30:9
**eighteenth (1)**
27:6
**eighty-two (2)**
8:17,18
**either (2)**
9:4;24:11
**email (1)**
9:3
**employee (1)**
15:21
**employees (1)**
15:22
**end (4)**
9:3;24:4,15;31:9

**ended (1)**
11:8
**English (1)**
18:17
**enter (4)**
14:25;18:3;20:1,
15
**entered (2)**
16:9;26:13
**entitled (1)**
12:8
**entry (3)**
27:20;29:19,25
**evidence (2)**
10:18;12:23
**exact (1)**
12:17
**Excellent (3)**
11:12;26:14;29:20
**excuse (1)**
26:22
**excused (1)**
13:14
**exhibit (5)**
10:17,19;11:4,6;
12:24
**expected (1)**
23:4
**expressed (1)**
22:4
**expunged (4)**
8:21;10:23;12:13;
13:9

### F

**fact (1)**
9:3
**factor (1)**
24:1
**faith (1)**
23:20
**familiar (2)**
9:24;10:9
**Federal (3)**
18:12;19:7;21:13
**fifteenth (1)**
26:16
**fifty (1)**
30:25
**file (4)**
8:24;9:2,24,25
**filed (2)**
14:8;15:13
**final (1)**
21:11
**finally (1)**
11:10
**find (1)**
11:5
**fine (2)**
7:20;28:15
**finish (1)**

30:18
**fire (1)**
22:10
**firm (2)**
9:11;14:23
**first (1)**
24:25
**five (2)**
30:12,24
**flight (2)**
13:19;14:1
**focus (1)**
22:19
**folks (1)**
22:19
**following (3)**
27:20;29:18,25
**force (1)**
15:21
**foreclosed (2)**
8:22;10:3
**foreshadowing (1)**
18:16
**former (1)**
22:13
**forth (1)**
13:3
**fortieth (1)**
28:23
**forty (2)**
30:1,2
**forty-first (1)**
29:4
**forty-second (1)**
29:10
**four (3)**
26:17;27:12;29:11
**fourteenth (1)**
26:10
**fourth (1)**
25:5
**Friday (1)**
30:23
**front (1)**
10:8
**frustration (1)**
22:4

### G

**general (5)**
18:7;19:16;20:6,
17;30:25
**giving (1)**
14:10
**goal (1)**
30:16
**Good (19)**
7:6,7,21,23;9:8;
11:13;13:6;16:1;
20:20;22:17;24:7,17,
19,20;27:9,22;29:8;
30:18;31:7

**granted (1)**
13:23
**great (2)**
29:23;30:19

### H

**handle (1)**
7:16
**handled (2)**
16:24;24:9
**happy (1)**
13:4
**hard (1)**
24:20
**hear (2)**
10:5;13:20
**heard (11)**
9:9;15:3;16:15;
17:5,17;18:5;19:1,
14;20:3,22;21:18
**hearing (35)**
8:6,11,19;10:12;
11:19;14:10,11,14;
15:11,18,19,25;16:4;
17:11;18:11;19:21;
20:10;21:3,12;22:1,
6,7,9,18,18,23;23:3,
8;24:5;26:4;28:8,13;
29:6;30:15,16
**hearings (5)**
21:23;26:12,18;
27:13;28:25;29:12
**help (1)**
11:2
**hereby (2)**
10:18;12:23
**higher (1)**
19:10
**holder (1)**
9:20
**Honor (90)**
7:6,11,20;8:1;9:5,
10;10:4,15,20,22;
11:7,15,18;12:17,25;
13:2,10,15,18;14:6,
7,10,16,18;15:7,10,
16;16:3,9,19;17:9,
21;18:8,10,13,23;
19:4,12,18;20:7,19,
25;21:2,8,12,22,25;
22:7,20,21;23:25;
24:8,19,22,24;25:1,
4,6,11,15,17,22;26:2,
9,23;27:5,7,10,12,17,
19,24;28:5,7,11,13,
14,18,22,23;29:3,4,9,
10,16,17,22,23;
30:20;31:5
**Hopefully (1)**
22:10
**hoping (2)**
30:5,14

Case 08-35653-KRH    Doc 14060    Filed 04/07/17    Entered 04/07/17 14:31:46    Desc
Main Document    Page 37 of 40

CIRCUIT CITY STORES, INC., et al.
Case No. 08-35653-KRH

April 5, 2017

**housekeeping (1)**
11:2

**I**

**imperative (1)**
22:18
**Inc (1)**
7:4
**included (1)**
15:22
**including (1)**
10:2
**indeed (1)**
23:8
**Independence (1)**
8:10
**indicate (1)**
15:14
**indicated (1)**
22:5
**informally (1)**
12:8
**information (5)**
8:21;9:14;10:14;
14:24;21:6
**intend (1)**
22:5
**intention (3)**
8:24;9:2;15:13
**interests (1)**
10:3
**into (2)**
10:18;12:23
**invalid (1)**
30:5
**Investment (1)**
18:12
**Investors (5)**
14:19,22;16:23;
19:22;21:4
**involving (1)**
28:14
**issue (2)**
9:17,24
**issues (1)**
30:7
**Item (36)**
8:3;11:13,18;14:6;
15:10;16:3,22,24;
17:11,23;18:10;19:6,
20;20:9;21:2,12,23,
23;22:20;24:24;
25:5,16;26:1,10,15,
23;27:6,11,18,23;
28:6,12,16,22;29:4,9
**items (1)**
7:4

**J**

**Jones (1)**
7:9

**June (24)**
14:9;15:18;16:2;
22:7,8,23;23:9;25:2,
13,14,18;26:6,20;
27:1,8,15;28:1,9,20;
29:1,14;30:5,14,17

**K**

**Kansas (1)**
13:19
**Katie (1)**
7:10
**KeyBank (2)**
9:16;10:19
**known (1)**
15:12

**L**

**landlord (7)**
8:10,20;9:1;11:8;
12:7,12;30:12
**landlords (1)**
16:11
**last (1)**
9:3
**lease (1)**
10:2
**least (2)**
30:6,16
**leave (2)**
13:23;30:9
**leaves (1)**
30:12
**Leesburg (1)**
20:12
**left (1)**
30:1
**lender (9)**
8:14,21;9:11,17;
11:9,20;12:7,9,10
**lender's (1)**
9:1
**light (1)**
22:10
**likely (2)**
23:6;30:15
**liquidating (7)**
7:9;24:25;25:5,17;
26:23;28:17;31:3
**little (1)**
22:24
**LLC (1)**
8:10
**loan (3)**
9:24,25;10:1
**loans (1)**
9:23
**locate (1)**
13:7
**locating (1)**
11:3

**location (2)**
16:24;17:24
**long (1)**
15:14
**looking (1)**
11:4
**looks (1)**
31:8
**lot (1)**
23:20

**M**

**magic (2)**
14:4,5
**maintained (1)**
9:25
**Management (2)**
16:5;20:11
**many (1)**
24:2
**Massachusetts (4)**
19:23;21:25;23:1;
30:10
**matter (15)**
11:2;22:6,8,25;
23:1,7;26:13;27:19,
24;28:13,19;29:5,7,
13,18
**matters (13)**
24:11;25:6;26:3,3,
11,16,18;27:12;28:7,
18,24;29:11,12
**may (10)**
10:5;13:13;14:11;
21:25;23:8;24:4;
26:13;27:19;29:7,18
**McDonald (1)**
22:12
**meaningful (1)**
30:3
**mind (3)**
7:11,13;22:19
**mitigation (2)**
14:24;21:6
**month (1)**
23:5
**months (1)**
24:2
**motion (4)**
7:24;14:9,14;15:4
**much (6)**
12:25;13:25;
29:21;31:5,8,12
**mystery (1)**
11:13

**N**

**National (3)**
9:16;10:19;12:24
**nature (1)**
22:24

**need (1)**
10:13
**next (2)**
21:23;22:6
**ninety (1)**
15:22
**ninth (1)**
26:2
**notice (29)**
8:11,19,24;9:2;
11:19;13:4;14:20;
15:1,10,13;16:6;
17:1,13,25;18:10,13,
18;19:10,21,24;20:9,
12;21:2,11,14;22:6,
9;23:8;24:25
**noticed (4)**
8:5;9:2;14:9;27:21
**notices (1)**
26:4
**noticing (1)**
24:4
**number (68)**
8:3,6,9,16,20;
10:23,23;11:1,3,14,
18,20,22;12:12;13:7,
8;14:6,18,19;15:10;
16:3,5,22,23,24;
17:11,12,23,24;18:6,
10,12,14;19:1,6,7,15,
20,21;20:4,9,10,22;
21:2,3,12,13,19,24;
22:20;24:24;25:5,
16;26:1,10,15,23;
27:6,11,18,23;28:6,
12,16,22;29:4,9,17
**numbers (1)**
7:16

**O**

**object (1)**
12:21
**objection (50)**
8:4,5;10:12;14:19;
15:4,11,17,18;16:4,
16;17:6,18;18:5,11;
19:15;20:4,10,22;
21:4,8,9,19,24;
22:21;24:25;25:1,6,
17;26:2,10,16,19,19,
24;27:2,7,8,11,14,18,
24;28:6,12,17,23,25;
29:4,6,10,17
**objections (2)**
8:6;28:2
**obviously (1)**
23:20
**offer (2)**
24:1,3
**OFFICER (3)**
7:1,10;31:14
**official (1)**

**22:11**
**Old (4)**
25:23;30:3,4,6
**omnibus (21)**
14:9;15:19;22:6;
25:1,5,16;26:2,10,
16,24;27:6,11,18,24;
28:6,12,17,23;29:4,
10,17
**once (3)**
12:19;14:3;26:12
**one (13)**
18:15;23:8,23;
26:2,19,24;27:7,24;
28:7,13,18,25;30:11
**ones (1)**
16:13
**only (2)**
22:25;30:1
**order (25)**
7:3,16;11:10,16;
13:3;14:25;15:8;
16:9,20;17:4,10,16,
22;18:3,9,24;19:5,
12,19;20:1,8,15;
21:1,17;27:20
**orders (5)**
13:5,12;26:12;
29:19,25
**originally (1)**
14:9
**out (4)**
7:16;9:22;23:7;
30:23
**outside (1)**
23:16
**overseeing (1)**
9:23
**owner (2)**
8:23;12:10
**ownership (1)**
9:1

**P**

**Pachulski (1)**
7:8
**part (3)**
13:20,22;24:20
**parties (16)**
14:12;18:21,23;
19:8,12,24;20:1,12,
14;21:17;25:7;26:5,
25;27:25;29:13;30:8
**party (11)**
10:10;15:3;16:15;
17:5,17;18:4,4,25;
19:14;20:3,21;21:18
**Patricia (1)**
15:12,12
**pay (1)**
15:20
**per (1)**

Case 08-35653-KRH    Doc 14060    Filed 04/07/17    Entered 04/07/17 14:31:46    Desc
Main Document    Page 38 of 40

CIRCUIT CITY STORES, INC., et al.
Case No. 08-35653-KRH

April 5, 2017

15:17
**percent (2)**
  30:24,25
**Perry (1)**
  15:12
**person (1)**
  7:12
**personal (1)**
  30:16
**ph (1)**
  23:11
**phone (2)**
  7:15;9:12
**photo (1)**
  14:2
**place (1)**
  11:4
**places (1)**
  14:3
**Please (2)**
  7:3;11:22
**pleased (2)**
  30:22;31:11
**pleasure (1)**
  24:15
**PM (1)**
  31:15
**Pollack (4)**
  14:22;16:8;18:21;
  21:15
**Pollack's (2)**
  17:2;21:6
**Polsinelli (1)**
  9:11
**position (1)**
  9:19
**postpone (1)**
  15:17
**postponed (1)**
  22:23
**potential (1)**
  21:5
**prefer (1)**
  24:12
**prepared (1)**
  15:22
**present (1)**
  10:4
**presentation (4)**
  15:23;22:13;31:6,
  8
**presently (1)**
  26:3
**president (1)**
  9:15
**pre-trial (2)**
  14:8,13
**previously (2)**
  11:7;26:11
**prior (1)**
  15:25
**pro (1)**
  15:17

**problem (3)**
  7:18;11:9;23:13
**proceeding (2)**
  10:17;14:7
**proceedings (1)**
  31:15
**professionals (2)**
  23:16;31:4
**proffer (5)**
  10:12;12:14,16,18,
  20
**proffered (1)**
  10:10
**progress (1)**
  29:23
**proof (1)**
  10:1
**proper (1)**
  12:10
**property (7)**
  8:22;9:24;10:2;
  11:21;19:6,22;20:11
**propose (1)**
  15:17
**proposed (1)**
  7:5
**provide (2)**
  10:13;24:11
**provided (1)**
  8:21;12:9;21:6
**purposes (6)**
  25:8,10;26:7;27:1;
  28:1;29:14
**PwC (1)**
  23:16

**Q**

**quite (3)**
  22:18;31:1,10

**R**

**Rather (1)**
  15:16
**Ravine (1)**
  24:14
**reach (1)**
  15:24
**reached (1)**
  27:21
**read (1)**
  10:9
**ready (1)**
  18:18
**Realty (7)**
  17:12,23;18:12;
  19:7,22;21:4,13
**reason (3)**
  11:6,8;24:4
**recall (1)**
  21:25
**received (3)**

  10:18;12:23;14:23
**recently (1)**
  30:4
**recited (2)**
  12:12;15:1
**reconciled (4)**
  8:14;12:7;18:21;
  19:8
**reconciliation (1)**
  18:20
**record (1)**
  10:14
**Records (8)**
  9:13,15,18,21;
  10:8,18;12:23;13:20
**Records' (1)**
  10:13
**reduced (10)**
  14:21;16:7;17:2,
  14;18:1,7,19;19:25;
  20:13;21:14
**reduction (3)**
  15:21;21:5,7
**reflects (1)**
  14:12
**regard (1)**
  25:16
**regarding (1)**
  28:22
**relates (2)**
  22:25;27:14
**relevant (1)**
  10:1
**relief (2)**
  9:5;13:3
**remain (1)**
  24:10
**remaining (14)**
  25:2,7,18;26:5,19,
  24;27:2,8,13;28:2,8,
  19,25;29:12
**removed (4)**
  26:13;27:19;29:7,
  19
**report (2)**
  24:9,14
**reported (1)**
  11:7
**representative (1)**
  9:13
**represents (2)**
  16:11,13
**Republic (4)**
  25:23;30:3,4,6
**request (14)**
  7:16;17:4;18:23;
  19:9,12;20:1,14;
  21:17;25:7;26:5,22,
  25;27:5,25
**requested (6)**
  8:12;14:10,12;
  19:11,24;20:12
**requests (17)**

  9:5;13:3;14:25;
  16:9;17:16,25;18:2;
  25:1,17;26:20;27:2,
  7,14;28:2,8,19;29:1
**resolve (2)**
  15:25;30:7
**resolved (6)**
  11:10;25:6;26:5;
  27:25;29:13;30:14
**respect (24)**
  15:11;16:4,24;
  17:12;19:21;20:10;
  21:3,12;24:24;25:4;
  26:1,9,15,22;27:10,
  17,23;28:5,11,16;
  29:3,9,16;30:17
**respond (2)**
  9:4;24:3
**responsible (1)**
  9:23
**rest (1)**
  13:16
**result (12)**
  10:22;12:10;13:2;
  14:12;16:9;17:3,16;
  18:2;20:1,14;21:7,16
**retailer (1)**
  23:2
**Returning (1)**
  14:5
**Revenue (5)**
  21:25;22:5,22;
  23:19;24:2
**review (1)**
  18:20
**reviewed (1)**
  10:9
**reviewing (1)**
  19:8
**Richmond (1)**
  7:10
**rid (1)**
  30:6
**right (39)**
  8:4,8;9:8;10:7,8,
  25;11:13,17;12:3,15;
  13:6;15:5,9;16:1,17,
  21;17:7,19;18:4,6,
  25;19:2,16;20:5,21,
  23;21:9,20;24:21;
  25:9,20,25;26:8,14,
  21;27:4;29:20;31:7,
  13
**rightful (3)**
  8:23;9:1,19
**rise (2)**
  7:1;31:14
**Rob (1)**
  9:10
**Robert (1)**
  9:13
**rooting (1)**
  22:19

**rule (2)**
  23:23,24
**ruled (1)**
  24:4
**ruling (2)**
  23:4,6

**S**

**Safe (1)**
  14:1
**SafeCo (2)**
  14:7,8
**same (11)**
  12:14,16,17;
  14:13;16:24;17:24;
  19:6;22:25;23:1;
  27:3;28:3
**satisfied (1)**
  10:14
**saw (1)**
  18:18
**Scott (3)**
  15:12,13;28:14
**screen (1)**
  14:2
**seated (1)**
  7:3
**secured (1)**
  9:23
**seeing (1)**
  12:20
**senior (1)**
  7:10
**sent (1)**
  30:23
**servicer (1)**
  9:16
**servicing (1)**
  9:15
**session (1)**
  7:2
**set (5)**
  9:22;13:3;14:7;
  23:3;30:15
**setting (1)**
  14:11
**settle (2)**
  23:7,9
**settled (1)**
  11:7
**settlement (4)**
  11:10;22:2,12,15
**seventeenth (1)**
  26:24
**several (1)**
  19:8
**sic (2)**
  26:20;27:6
**similar (1)**
  11:19
**Similarly (1)**
  19:7

CIRCUIT CITY STORES, INC., et al.
Case No. 08-35653-KRH

April 5, 2017

**sit (1)**
13:16
**sixteen (1)**
28:2
**sixth (1)**
25:16
**sixty-fourth (1)**
29:17
**slightly (1)**
19:10
**Slowly (1)**
11:24
**sole (4)**
25:1,7;26:4;27:1
**solved (1)**
26:25
**solves (1)**
11:12
**sorry (2)**
8:16;26:17
**special (3)**
9:15,16;14:11
**spoke (3)**
30:1,10,11
**Stang (1)**
7:8
**Stores (1)**
7:4
**subject (2)**
22:25;23:1
**submit (12)**
11:15;13:4,12;
15:7;16:19;17:9,21;
18:8;19:4,18;20:7,25
**submitted (3)**
9:17,18;16:6
**substantive (29)**
8:6,11,19;11:19;
15:11,17,18;16:4;
17:11;18:11;19:20;
20:9;21:3,11,23;
22:6,18;23:8;24:5;
26:4,12,18;27:13;
28:8,13,24;29:5,12;
30:15
**success (1)**
31:2
**suggest (1)**
21:7
**suit (1)**
7:19
**summarized (1)**
9:6
**support (1)**
9:18
**Supreme (2)**
23:3,21
**Sure (2)**
11:23;31:10

**T**

**Tabakin (29)**

---

7:9;24:9,19,22,24;
25:4,11,13,15,22,24;
26:1,9,15,22;27:5,
10,17,23;28:5,11,16,
22;29:3,9,16,21,22;
31:12
**tax (3)**
22:13;23:16;30:10
**tentative (2)**
22:2,14
**terminated (1)**
15:21
**testify (3)**
9:21,21;10:13
**testimony (1)**
10:13
**That'll (1)**
28:21
**thereof (1)**
13:5
**thirty-first (1)**
28:12
**thirty-ninth (1)**
28:17
**thirty-six (1)**
12:4
**thirty-two (2)**
25:18;30:2
**thought (1)**
24:13
**three (2)**
26:16;28:23
**till (1)**
24:16
**today (3)**
9:19;16:14;30:1
**today's (3)**
14:8;24:10;31:8
**top (1)**
14:5
**trouble (1)**
11:3
**trust (35)**
7:9,10;8:11,13;
9:5,17;10:22;12:6,
11;13:3;14:22,23,25;
15:19,22;16:6,9;
17:1,16;18:2;21:8;
25:1,17;26:19;27:2,
7,14;28:2,8,19,25;
29:6;30:23,24;31:2
**trustee (1)**
31:4
**trusts (1)**
9:12
**trust's (23)**
8:6;11:19;14:6,19,
20;15:11;16:4;
17:11,13,25;18:11;
19:20;20:9;21:24;
22:21;24:25;25:5;
26:10,24;27:6,18;
28:17;29:10

---

**try (1)**
15:24
**trying (1)**
23:22
**twentieth (1)**
27:11
**twenty-eighth (1)**
28:6
**twenty-first (1)**
27:18
**twenty-third (1)**
27:24
**two (7)**
13:4;14:3;26:3;
27:13;28:9;29:12;
30:9

**U**

**UBS (2)**
19:22;21:4
**Um-hum (1)**
12:1
**under (1)**
9:14
**Uniwest (3)**
16:5,7;20:11
**unliquidated (1)**
30:2
**unresolved (2)**
30:2,13
**unsecured (12)**
17:24;18:7;19:6,
17,22;20:6,11,17;
21:4,13;30:23,25
**up (2)**
11:8;24:4
**used (1)**
18:16

**V**

**various (2)**
18:20;22:3
**vice (1)**
9:15
**Virginia (6)**
20:12;22:22;23:3,
21;24:2;30:10
**VP (1)**
22:13

**W**

**wait (1)**
24:16
**way (4)**
9:24;15:25;23:7,
23
**week (1)**
9:4
**welcome (2)**
10:21;13:16

---

**well-known (1)**
23:2
**what's (1)**
9:22
**Whereupon (1)**
31:15
**whichever (2)**
23:7;24:12
**who's (1)**
9:13
**whose (1)**
7:24
**willing (2)**
10:4;24:3
**wish (14)**
9:9;10:10;12:15;
15:3;16:15;17:5,17;
18:4;25:19:14;20:3,
21;21:18;29:13
**wishes (1)**
12:21
**withdrawing (1)**
29:6
**withdrawn (1)**
21:10
**withdraws (1)**
21:8
**witness (1)**
10:11
**wondered (1)**
14:3
**wonderful (3)**
30:21;31:9,10
**write (2)**
18:14,18
**wrong (1)**
11:4

**Z**

**zeroing (1)**
31:9
**Ziehl (1)**
7:8

**1**

**1 (2)**
7:4;14:6
**10 (1)**
19:20
**11 (1)**
20:9
**12 (1)**
21:2
**12085 (2)**
19:7,15
**12086 (2)**
18:12;19:1
**12529 (1)**
16:23
**12541 (2)**
17:24;18:6

---

**12544 (1)**
17:12
**12545 (2)**
21:13,19
**12548 (2)**
20:10,22
**12631 (1)**
14:19
**12992 (1)**
16:5
**13 (1)**
21:12
**14 (3)**
7:16;8:3;11:14
**15 (2)**
7:16;11:18
**16 (1)**
21:24
**17 (1)**
22:20
**17th (1)**
26:20
**18 (1)**
24:25
**1898 (2)**
19:21;20:4
**19 (1)**
25:5

**2**

**2 (2)**
14:18;16:25
**2:40 (1)**
31:15
**20 (1)**
25:16
**2009 (1)**
10:3
**2017 (4)**
25:2,19;27:8;28:1
**21 (1)**
26:1
**22 (1)**
26:10
**23 (1)**
26:15
**24 (1)**
26:23
**25 (1)**
27:6
**26 (1)**
27:11
**27 (1)**
27:18
**28 (1)**
27:23
**29 (1)**
28:6

**3**

**3 (1)**

15:10
**30 (1)**
28:12
**31 (1)**
28:16
**311,617 (1)**
18:19
**32 (1)**
28:22
**33 (1)**
29:4
**34 (2)**
7:5;29:10
**35 (1)**
29:17

---

### 4

**4 (1)**
16:3
**471 (1)**
12:2
**478,615 (2)**
18:22;19:3
**4th (1)**
14:11

---

### 5

**5 (1)**
16:22

---

### 6

**6 (1)**
17:11
**629 (1)**
11:25

---

### 7

**7 (7)**
17:23;22:23;23:9;
25:2,19;30:5,14
**718,269 (1)**
8:16
**7th (17)**
14:9;15:18;16:2;
22:7,8;25:13,14;
26:6;27:1,8,15;28:1,
9,20;29:1,14;30:17

---

### 8

**8 (1)**
18:10
**8107 (1)**
21:3

---

### 9

**9 (1)**
19:6

**9407 (2)**
12:12;13:8
**9413 (4)**
8:9,20;10:23;11:3
**9707 (3)**
11:20;12:11;13:7
**9734 (4)**
8:6,12;10:23;11:1