# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 08−35653−KRH
**Chapter** 11
**Judge** Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
 9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: 54−0493875

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on April 11, 2017 in the above−referenced case, event text as shown below:

Transcript filed Re: Hearing Held 4/5/2017, regarding Objections to Claims. Remote electronic access to the transcript is restricted until 07/6/2017. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, Telephone number 973−406−2250.] [Transcript Purchased by Paula S. Beran.] (RE: related document(s) [14044] Hearing continued on Claim Number 8244 of Patricia A. Perry/Scott (Re: related document(s)11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/7/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Trustee., [14045] Hearing held; Claim #12992 of Uniwest Management Services Inc. Allowed in reduced amount of $803,238.79 (Re: related document(s) 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14046] Hearing held; Claim #12529 of CW Investors Allowed in reduced amount of $26,314.02 (Re: related document(s)10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14047] Hearing held; Claim #12544 of Cencor Realty Services Allowed in the reduced amount of $24,909.01 (Re: related document(s)10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14048] Hearing held; Claim #12541 of Cencor Realty Services Inc. Allowed in the reduced amount of $562,305.04 (Re: related document(s)10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14049] Hearing held; Claim #12086 of Federal Realty Investment Trust Allowed in reduced amount of $478,615.00 (Re: related document(s)10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14050] Hearing held; Claim #12085 of Federal Realty Investment Trust Allowed in the amount of $1,395.522.65 (Re: related document(s)10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14051] Hearing held; Claim #1898 of UBS REalty Investors LLC is Allowed in the amount of $211,712.87 (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14052] Hearing held; Claim #12548 of Uniwest Management Services Inc. is Allowed in the amount of $34,772.65 (Re: related document(s)10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14053] Hearing held; Objection to Claim #8107 of UBS Realty Investors LLC is Withdrawn (Re: related document(s)10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14054] Hearing held; Claim #12545 of Federal Realty Investment Trust is Allowed in the Amount of $236,784.05 (Re: related document(s)10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14055] Hearing held; Claim #9734 of Bank of America is Allowed in the Amount of $718,269.82; Claim #9413 of CC Independence LLC is EXPUNGED (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating

Trust)Appearances: Andrew Caine for Trustee; Robert Edwards for Bank of America., [14056] Hearing held; Claim #9707 of Bank of America Allowed in the Amount of $629,471.36; Claim #9407 of CC Lafayette, LLC EXPUNGED (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearances: Andrew Caine for Trustee; Robert Edwards for Bank of America., [14057] Hearing Continued as to Unresolved Tax Claims; (Re: related document(s)10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/7/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Trustee., [14058] Hearing continued as to unresolved claims; (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10062 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/7/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin for Trustee., [14059] Hearing held; All Claims Resolved (Re: related document(s)10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: David Tabakin for Trustee.). Notice of Intent to Request Redaction Deadline Due By 04/14/2017. Redaction Request Due By 04/28/2017. Redacted Transcript Submission Due By 05/8/2017. Transcript access will be restricted through 07/6/2017. (Gottlieb, Jason)

    The parties have [until April 18, 2017] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [May 2, 2017] [21 days from the date of filing of the transcript].

    If a request for redaction is filed, the redacted transcript is due [May 12, 2017] [31 days from the date of filing of the transcript].

    If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [July 10, 2017] [90 calendar days from the date of filing of the transcript] unless extended by court order.

    To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

                                                **William C. Redden**
                                               **Clerk, United States Bankruptcy Court**

Date:   April 11, 2017

[ntctranredact.jsp 3/2009]