# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   08–35653–KRH
**Chapter**   11
**Judge**   Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
 9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax–Identification (EIN) No(s).(if any):
   Debtor: <u>54–0493875</u>

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on <u>April 11, 2017</u> in the above–referenced case, event text as shown below:

Transcript filed Re: Hearing Held 4/5/2017, regarding Objections to Claims. Remote electronic access to the transcript is restricted until 07/6/2017. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, contact the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, Telephone number 973–406–2250.] [Transcript Purchased by Paula S. Beran.] (RE: related document(s) [14044] Hearing continued on Claim Number 8244 of Patricia A. Perry/Scott (Re: related document(s)11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/7/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Trustee., [14045] Hearing held; Claim #12992 of Uniwest Management Services Inc. Allowed in reduced amount of $803,238.79 (Re: related document(s) 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14046] Hearing held; Claim #12529 of CW Investors Allowed in reduced amount of $26,314.02 (Re: related document(s)10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14047] Hearing held; Claim #12544 of Cencor Realty Services Allowed in the reduced amount of $24,909.01 (Re: related document(s)10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14048] Hearing held; Claim #12541 of Cencor Realty Services Inc. Allowed in the reduced amount of $562,305.04 (Re: related document(s)10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14049] Hearing held; Claim #12086 of Federal Realty Investment Trust Allowed in reduced amount of $478,615.00 (Re: related document(s)10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14050] Hearing held; Claim #12085 of Federal Realty Investment Trust Allowed in the amount of $1,395.522.65 (Re: related document(s)10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14051] Hearing held; Claim #1898 of UBS REalty Investors LLC is Allowed in the amount of $211,712.87 (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14052] Hearing held; Claim #12548 of Uniwest Management Services Inc. is Allowed in the amount of $34,772.65 (Re: related document(s)10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14053] Hearing held; Objection to Claim #8107 of UBS Realty Investors LLC is Withdrawn (Re: related document(s)10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14054] Hearing held; Claim #12545 of Federal Realty Investment Trust is Allowed in the Amount of $236,784.05 (Re: related document(s)10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14055] Hearing held; Claim #9734 of Bank of America is Allowed in the Amount of $718,269.82; Claim #9413 of CC Independence LLC is EXPUNGED (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating

Trust)Appearances: Andrew Caine for Trustee; Robert Edwards for Bank of America., [14056] Hearing held; Claim #9707 of Bank of America Allowed in the Amount of $629,471.36; Claim #9407 of CC Lafayette, LLC EXPUNGED (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearances: Andrew Caine for Trustee; Robert Edwards for Bank of America., [14057] Hearing Continued as to Unresolved Tax Claims; (Re: related document(s)10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/7/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Trustee., [14058] Hearing continued as to unresolved claims; (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10062 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10072 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11445 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11809 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11851 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/7/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin for Trustee., [14059] Hearing held; All Claims Resolved (Re: related document(s)10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10052 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10073 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11852 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: David Tabakin for Trustee.). Notice of Intent to Request Redaction Deadline Due By 04/14/2017. Redaction Request Due By 04/28/2017. Redacted Transcript Submission Due By 05/8/2017. Transcript access will be restricted through 07/6/2017. (Gottlieb, Jason)


The parties have [until April 18, 2017] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [May 2, 2017] [21 days from the date of filing of the transcript].

If a request for redaction is filed, the redacted transcript is due [May 12, 2017] [31 days from the date of filing of the transcript].

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [July 10, 2017] [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden
Clerk, United States Bankruptcy Court**

Date:  April 11, 2017

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                      Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                   Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7            User: smarshall          Page 1 of 57          Date Rcvd: Apr 11, 2017
                               Form ID: redacttr         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
              +Andrew W. Caine,   Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Blvd, 11th Floor,
                Los Angeles, CA 90067-4003
              +David N. Tabakin,   Tavenner & Beran PLC,   20 North 8th Street, Second Floor,
                Richmond, VA 23219-3302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                       Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2017 at the address(es) listed below:
        Aaron L. Hammer   on behalf of Creditor   National Product Care Company ahammer@sfgh.com,
         mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
        Aaron L. Hammer   on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@sfgh.com,
         mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
        Aaron L. Hammer   on behalf of Creditor   Virginia Surety Company, Inc. ahammer@sfgh.com,
         mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
        Aaron L. Hammer   on behalf of Creditor   Service Saver, Incorporated ahammer@sfgh.com,
         mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
        Aaron L. Hammer   on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@sfgh.com,
         mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
        Aaron L. Hammer   on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
         ahammer@sfgh.com,  mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
        Aaron R. Cahn   on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
        Adam K. Keith   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
         akeith@honigman.com, tsable@honigman.com
        Albert F. Quintrall   on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
        Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
        Alexander Xavier Jackins   on behalf of Interested Party   Eatontown Commons Shopping  Center
         ajackins@seyfarth.com
        Alexander Xavier Jackins   on behalf of Interested Party   Arboretum of South Barrington, LLC
         ajackins@seyfarth.com
        Alexander Xavier Jackins   on behalf of Interested Party   AmCap NorthPoint LLC
         ajackins@seyfarth.com
        Alexander Xavier Jackins   on behalf of Interested Party   AmCap Arborland LLC
         ajackins@seyfarth.com
        Alexander Xavier Jackins   on behalf of Creditor   Engineered Structures, Inc.
         ajackins@seyfarth.com
        Alison Ross Wickizer Toepp   on behalf of Creditor   Northern Indianna Public Service Company
         atoepp@reedsmith.com,
         dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
         th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
         cf.pacerpro.com
        Alison Ross Wickizer Toepp   on behalf of Defendant   Sony Computer Entertainment America Inc.,
         A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
         dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
         th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
         cf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Alison Ross Wickizer Toepp    on behalf of Defendant    Energizer Battery, Inc.
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
          cf.pacerpro.com
          Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
          cf.pacerpro.com
          Alison Ross Wickizer Toepp    on behalf of Defendant    Kingston Technology Co., Inc.
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
          cf.pacerpro.com
          Amanda Jill Katzenstein    on behalf of Creditor    U.S Bank National Association as Trustee
          akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
          Amanda Jill Katzenstein    on behalf of Unknown    KeyBank National Association
          akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
          Ambika Joline Biggs    on behalf of Creditor    Scripps Media, Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Creditor    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    The E.W. Scripps Company d/b/a/ Ventura County
          Star abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    Scripps Networks, LLC d/b/a HGTV.com, d/b/a
          FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    The National Union Fire Insurance Company of
          Pittsburgh, PA abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    Memphis Publishing Company, dba Commercial Appeal,
          Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams    on behalf of Creditor    Cobb Corners II, Limited Partnership
          amy.williams@klgates.com, hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    DIM Vastgoed, N.V. amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    Encinitas PFA, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    PrattCenter, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    UTC I, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    Valley Corners Shopping Center, LLC
          amy.williams@klgates.com, hailey.andresen@klgates.com
          Andrea Campbell Davison    on behalf of Defendant    Animal Planet, L.P. ADavison@beankinney.com,
          onazar@beankinney.com
          Andrea Campbell Davison    on behalf of Creditor    Discovery Communications, Inc.
          ADavison@beankinney.com, onazar@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Discovery Communications Inc. a/k/a The
          Learning Channel ADavison@beankinney.com, onazar@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Learning Channel, Inc. ADavison@beankinney.com,
          onazar@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Wonders Industrial Development (Shenzhen) Co.,
          Ltd. ADavison@beankinney.com, onazar@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Discovery Communications, Inc.
          ADavison@beankinney.com, onazar@beankinney.com
          Andrew Rapp    on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew A. Jones    on behalf of Interested Party    Farallon Capital Management, L.L.C.
          Andrew@ajoneslaw.com
          Andrew Edward Macfarlane    on behalf of Defendant    Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane    on behalf of Creditor    Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick    on behalf of Creditor    County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger    on behalf of Creditor    TKG Coffee Tree, L.P. andrewr@boydhomes.com,
          akrudiger@kaufcan.com
          Andrew Lynch Cole    on behalf of Interested Party    Faber Bros., Inc. Andrew.Cole@leclairryan.com
          Andrew M. Brumby    on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com,
          dbonilla@shutts-law.com
          Andrew S. Conway    on behalf of Creditor    Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu    on behalf of Creditor    PNY Technologies, Inc. AAbreu@nwbcorp.com,
          Angela.Abreu@northwest.com
          Anitra D. Goodman Royster    on behalf of Creditor    Connexion Technologies
          anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com;
          raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt    on behalf of Creditor    The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt    on behalf of Attorney    Ann E. Schmitt aschmitt@culbert-schmitt.com
          Ann E. Schmitt    on behalf of Creditor    Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Anne C. Lahren    on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren    on behalf of Defendant    Landmark Media Enterprises LLC, f/k/a Landmark
          Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
               murphyac@doj.state.wi.us,  gurholtks@doj.state.wi.us
              Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
               Management Services, LLC abraucher@mcmillanmetro.com
              Anne Elizabeth Braucher    on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
              Anne Elizabeth Braucher    on behalf of Creditor   Manufacturers and Traders Trust Company, as
               Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
               1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
              Anne Elizabeth Braucher    on behalf of Creditor   West Marine Products, Inc.
               abraucher@mcmillanmetro.com
              Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
               drichards@vanblk.com;kjerald@vanblk.com
              Anne G. Bibeau    on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
               drichards@vanblk.com;kjerald@vanblk.com
              Anne G. Bibeau    on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
               drichards@vanblk.com;kjerald@vanblk.com
              Annemarie G. McGavin    on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
               joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
              Annemarie G. McGavin    on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
               joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
              Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
               annemarie.mcgavin@bipc.com,
               joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
              Annemarie G. McGavin    on behalf of Creditor   General Instrument Corporation d/b/a Home &
               Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
               joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
              Anthony J. Cichello    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
               acichello@kb-law.com
              Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
               Companies, Ltd. acichello@kb-law.com
              Arthur S. Weitzner    on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
              Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
              Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
               ecffilings@hangley.com
              Ashley M. McDow    on behalf of Other Professional   Alfred H. Siegel, the Liquidating Trustee of
               Circuit City Stores, Inc. Liquidating Trust amcdow@bakerlaw.com, mdelaney@bakerlaw.com,
               ffarivar@bakerlaw.com,sgaeta@bakerlaw.com
              Augustus C. Epps, Jr.    on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Generation H One and Two Limited Partnership
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   The Marvin L. Oates Trust aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Roth Tanglewood LLC aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Defendant   American Power Conversion Corp. aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Rolling Acres Plaza Shopping Center
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   The Macerich Company aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Greenback Associates aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Transferee   412 South Broadway Realty LLC aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   RREEF Management Company aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Glimcher Properties Limited Partnership, as
               managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Portland Investment Company of America
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Crossroads Shopping Center aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Transferor   Manufacturers and Traders Trust Company, as
               Trustee aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Union Square Retail Trust aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Defendant   Signature Home Furnishings Co. Inc.
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Morse-Sembler Villages Partnership #4
               aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Lexmark International, Inc. aepps@cblaw.com,
               avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor   Madison Waldorf, LLC aepps@cblaw.com,
               avaughn@cblaw.com

District/off: 0422-7              User: smarshall            Page 4 of 57              Date Rcvd: Apr 11, 2017
                                 Form ID: redacttr          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.  on behalf of Creditor    Redtree Properties, L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Drexel Delaware Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Inland US Management LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Defendant   Audio Authority Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Defendant   Lexmark International, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Carousel Center Company, L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Gateway Center Properties III, LLC and SMR
          Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Daniel W. Ramsey aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Transferor  Manufactures and Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    International Speedway Square, Ltd.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    NAP Northpoint, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Macy's Retail Holdings, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Diamond Square, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Amargosa Palmdale Investments, LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Fingerlakes Crossing, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Tanglewood Park LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Starpoint Property Management, LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Prudential Insurance Company of America
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Inland Commercial Property Management,  Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping Center)
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Thoroughbred Village Tennessee, GP
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Plaintiff   CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Hamilton Crossing I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Crossroads Associates, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Hamilton Crossing aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
          St. Paul Pioneer Press aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Inland Continental Property Management Corp.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Buzz Oates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Rancon Realty Fund IV aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Inland Commercial Property Management, Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Catellus Operating Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Argyle Forest Retail I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.  on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
          avaughn@cblaw.com

District/off: 0422-7          User: smarshall          Page 5 of 57          Date Rcvd: Apr 11, 2017
                             Form ID: redacttr          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Augustus C. Epps, Jr.   on behalf of Creditor   Westgate Village, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Defendant   CDW Direct, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Interested Party   Manufacturers & Traders Trust Company, as
            Trustee aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Sangertown Square, L.L.C. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Swanblossom Investments, LP aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Donahue Schriber Realty Group, L.P.
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Laurel Plumbing, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Generation One and Two, LP aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
            managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Kimco Realty Corporation aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC, Inland American
            Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
            Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Whitestone Development Partners, L.P.
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   De Rito Pavilions 139, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Defendant   Solutions 2 Go, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Defendant   Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership
            aepps@cblaw.com,  avaughn@cblaw.com
            Belkys  Escobar   on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
            bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
            Belkys  Escobar   on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
            bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
            Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
            backerly@hunton.com,  cloving@hunton.com

```
District/off: 0422-7          User: smarshall          Page 6 of 57          Date Rcvd: Apr 11, 2017
                             Form ID: redacttr         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Benjamin C. Ackerly    on behalf of Defendant    Nikon, Inc. backerly@hunton.com,
               cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Harvest/HPE LP backerly@hunton.com,
               cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Lowe's HIW, Inc. backerly@hunton.com,
               cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Taubman Auburn Hills Associates Limited Partnership
               backerly@hunton.com, cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
               backerly@hunton.com, cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Federal Warranty Service Corporation
               backerly@hunton.com, cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
               backerly@hunton.com, cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Cypress/CC Marion I, L.P. backerly@hunton.com,
               cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Galleria Plaza, Ltd. backerly@hunton.com,
               cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Food Lion LLC backerly@hunton.com,
               cloving@hunton.com
          Benjamin Joseph Lambiotte    on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel    on behalf of Defendant    MCM Electronics, Inc. bdp@lawmacdowell.com
          Brad R. Godshall    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
          Bradford F. Englander    on behalf of Creditor    Source Interlink Media, LLC benglander@wtplaw.com,
               rodom@wtplaw.com
          Bradford F. Englander    on behalf of Creditor    Alliance Entertainment Corporation
               benglander@wtplaw.com, rodom@wtplaw.com
          Brenda M. Whinery    on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler    on behalf of Creditor    Prince George's County, Maryland
               bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
          Brett Christopher Beehler    on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.net
          Brian D. Huben    on behalf of Creditor    Prudential Insurance Company of America
               hubenb@ballardspahr.com, carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    The Macerich Company hubenb@ballardspahr.com,
               carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    KNP hubenb@ballardspahr.com, carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Cousins Properties Incorporated hubenb@ballardspahr.com,
               carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Watt Management Company hubenb@ballardspahr.com,
               carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    RREEF Management Company hubenb@ballardspahr.com,
               carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Foursquare Properties, Inc. hubenb@ballardspahr.com,
               carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Portland Investment Company of America
               hubenb@ballardspahr.com, carolod@ballardspahr.com
          Brian D. Wesley    on behalf of Defendant Christine  Baker brian.wesley@doj.ca.gov
          Brian D. Wesley    on behalf of Defendant    California Self-Insurers Security Fund
               brian.wesley@doj.ca.gov
          Brittany Jane Nelson    on behalf of Creditor Karl  Engelke bnelson@foley.com
          Byron Z. Moldo    on behalf of Creditor    RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Descanso TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
          C. Christopher Meyer    on behalf of Creditor    Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer    on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason    on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas
               Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    Golfsmith International, L.P.
               ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
          Chang  Eugene    on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC
               c.gideon.korrell@dentons.com, jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com
          Charles W. Chotvacs    on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Charles W. Chotvacs   on behalf of Creditor   Portland Investment Company of America
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Cousins Properties Incorporated
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Centro Properties Group cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   RREEF Management Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Watt Management Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Cencor Realty cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   NMC Stratford, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   The Hutensky Group cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   KNP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Simon Property Group, Inc. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Prudential Insurance Company of America
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   The Macerich Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel   on behalf of Unknown   G&S Livingston Realty, Inc.
           kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Creditor   Circuit Investors #2, Ltd.
           kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Creditor   Circuit Investors #3, Ltd.
           kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Creditor   Schimenti Construction Company LLC
           kvogel@vogelandcromwell.com
          Christine D. Lynch   on behalf of Creditor   Interstate Augusta Properties LLC
           clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor   NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor   E&A Northeast Limited Partnership
           clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor   Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor   S.R. Weiner & Associates Inc.
           clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor   Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine McAteer Ford   on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
          Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others
           similarly situated cford@mdpcelaw.com
          Christopher A. Jones   on behalf of Creditor   Moncayo Settlement Class cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor   TeleDynamics LLP cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor   Weidler Settlement Class cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor   Twentieth Century Fox Home Entertainment LLC
           cajones@wtplaw.com,  rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kv-legal.com
          Christopher L. Perkins   on behalf of Defendant   Parago Promotional Services, Inc
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
           Tech christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Satellite Information Network, Inc.,
           dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
               Republic christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
               TV christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
               Star christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
               stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
               d/b/a Jack of All Games christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
               Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
               Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
               stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    The Daniel Group
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
               Two Interactive christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Movant Nina    Winston christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
           Greenville News christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,    stacy.beaulieu@leclairryan.com
          Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
           cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
          Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
           cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
           Properties Group cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
           cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Constantinos G. Panagopoulos   on behalf of Creditor   Centro Properties Group
               cgp@ballardspahr.com,
               summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Courtney E. Pozmantier   on behalf of Creditor   Paramount Home Entertainment
               cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
          Craig M. Palik   on behalf of Creditor   CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
               cpalik@yahoo.com;cjourdonais@mhlawyers.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com
          Craig M. Palik   on behalf of Creditor   Congressional North Associates Limited Partnership
               cpalik@mhlawyers.com,
               cpalik@yahoo.com;cjourdonais@mhlawyers.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com
          Curtis G. Manchester   on behalf of Defendant   Energizer Battery, Inc.
               curtis.manchester@kutakrock.com, lynda.wood@kutakrock.com
          Curtis G. Manchester   on behalf of Defendant   Sony Computer Entertainment America Inc., A/K/A
               Sony Computer Entertainment, A/K/A SCEA curtis.manchester@kutakrock.com,
               lynda.wood@kutakrock.com
          Curtis G. Manchester   on behalf of Defendant   Kingston Technology Co., Inc.
               curtis.manchester@kutakrock.com, lynda.wood@kutakrock.com
          D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
               ndysart@ltblaw.com;plaura@ltblaw.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. and Cox Enterprises, Inc.,
               individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
               ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a The Atlanta
               Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Midwest Television, Inc. d/b/a KFMB-TV
               ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   WFTV, Inc. ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a Austin American
               Statesman ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a The Atlanta
               Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a Austin American
               Statesman ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Palm Beach Newspapers, Inc. d/b/a The Palm Beach
               Post ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
               Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
               individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks   on behalf of Debtor   Courchevel, LLC daniel.blanks@nelsonmullins.com,
               Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Kinzer Technology, LLC daniel.blanks@nelsonmullins.com,
               Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   PRAHS, INC. daniel.blanks@nelsonmullins.com,
               Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc.
               daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Mayland MN, LLC daniel.blanks@nelsonmullins.com,
               Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Patapsco Designs, Inc. daniel.blanks@nelsonmullins.com,
               Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Defendant   Circuit City Stores, Inc.
               daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Plaintiff   Circuit City Stores, Inc.
               daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   XSStuff, LLC daniel.blanks@nelsonmullins.com,
               Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Sky Venture Corp. daniel.blanks@nelsonmullins.com,
               Allison.Abbott@nelsonmullins.com
          Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com, pressdm@gmail.com
          Daniel M. Press   on behalf of Defendant   Bensussen Deutsch & Associates, Inc.
               dpress@chung-press.com, pressdm@gmail.com
          Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
               pressdm@gmail.com
          Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
               dsbushnaq@venable.com
          Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark   on behalf of Defendant   Targus, Inc. darrell.clark@stinsonleonard.com,
               catherine.scott@stinsonleonard.com
          Darrell William Clark   on behalf of Creditor   Waste Management, Inc.
               darrell.clark@stinsonleonard.com, catherine.scott@stinsonleonard.com
          Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
          David McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
          David McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com

District/off: 0422-7          User: smarshall          Page 11 of 57          Date Rcvd: Apr 11, 2017
                              Form ID: redacttr        Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

David  McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
David  McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
          ecf@davidgreerlaw.com
David A. Greer   on behalf of Creditor   Century plaza development corporation
          dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
          Service of North Carolina davidwheeler@mvalaw.com
David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
          bhale@chlhf.com
David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
          pdyson@jackscamp.com
David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
          pdyson@jackscamp.com
David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
          dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Basser-Kaufman dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Developers Diversified Realty Corporation
          dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Continental Properties Company, Inc.
          dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Philips International dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   The Woodmont Company dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Benderson Development Company, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
          RC CA Santa Barbara, LLC dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Regency Centers, L.P. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   General Growth Properties, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
David K. Spiro   on behalf of Defendant   United States Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
David K. Spiro   on behalf of Defendant   eGain Communications Corp., a/k/a Egain Communications
          and Eagin Communications dspiro@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
David K. Spiro   on behalf of Defendant   United States Debt Recovery III, LLP dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
David K. Spiro   on behalf of Transferee   US Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
David R. Ruby   on behalf of Defendant   SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby   on behalf of Defendant   Lite-On Sales & Distribution Inc., also known as LSDI
          druby@t-mlaw.com,  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby   on behalf of Defendant   R-Pac International Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby   on behalf of Defendant   Jasco Products Company, Inc. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby   on behalf of Defendant   Lite-On IT Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
          tleonard@gfrlaw.com
David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         David Wayne Lannetti  on behalf of Defendant   Parrot, Inc. dlannetti@vanblk.com,
          drichards@vanblk.com,mdowns@vanblk.com
         Dawn C. Stewart  on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
         Denise S. Mondell  on behalf of Creditor   State of Connecticut, Departments of Labor and
          Revenue Services denise.mondell@ct.gov
         Denise S. Mondell  on behalf of Creditor   State of Connecticut Department of Revenue Services
          denise.mondell@ct.gov
         Dennis T. Lewandowski   on behalf of Movant   Tremor Media, Inc. dtlewand@kaufcan.com
         Dennis T. Lewandowski   on behalf of Creditor   JVC Americas Corp. and JVC Company of America
          dtlewand@kaufcan.com
         Dennis T. Lewandowski   on behalf of Defendant   Tritronics, Inc. dtlewand@kaufcan.com
         Dennis T. Lewandowski   on behalf of Defendant   Maryl Pacific Construction, Inc.
          dtlewand@kaufcan.com
         Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
          America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
         Dennis T. Lewandowski   on behalf of Defendant   Business to Business Solutions, LLC
          dtlewand@kaufcan.com
         Dennis T. Lewandowski   on behalf of Defendant   I/O Magic Corporation dtlewand@kaufcan.com
         Dennis T. Lewandowski   on behalf of Defendant   Vance Baldwin, Inc. dtlewand@kaufcan.com
         Dennis T. Lewandowski   on behalf of Counter-Claimant   Konami Digital Entertainment, Inc.
          dtlewand@kaufcan.com
         Dennis T. Lewandowski   on behalf of Creditor   Vance Baldwin, Inc. dtlewand@kaufcan.com
         Dennis T. Lewandowski   on behalf of Creditor   Tritronics, Inc. dtlewand@kaufcan.com
         Dennis T. Lewandowski   on behalf of Creditor   iProspect.com Inc. dtlewand@kaufcan.com
         Denyse Sabagh  on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
         Denyse Sabagh  on behalf of Transferee   Korea Export Insurance Corporation
          dsabagh@duanemorris.com
         Denyse Sabagh  on behalf of Creditor   City of Rancho Cucamonga dsabagh@duanemorris.com
         Denyse Sabagh  on behalf of Creditor   Principal Life Insurance Company dsabagh@duanemorris.com
         Denyse Sabagh  on behalf of Creditor   Sima Products Corp. dsabagh@duanemorris.com
         Dexter D. Joyner  on behalf of Creditor   Pasadena Independent School District
          caaustin@comcast.net
         Dion W. Hayes  on behalf of Debtor   Circuit City Purchasing Company, LLC
          dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   CC Distribution Company of Virginia, Inc.
          dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   Circuit City Properties, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   Sky Venture Corp. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Defendant   Circuit City Stores, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   Orbyx Electronics, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   Kinzer Technology, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   Patapsco Designs, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   XSStuff, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   Courchevel, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   Circuit City Stores PR, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   PRAHS, INC. dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   Circuit City Stores West Coast, Inc.
          dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   Ventoux International, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   CC Aviation, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   Circuit City Stores, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   InterTAN, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   Mayland MN, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
         Dion W. Hayes  on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
         Dominic L. Chiariello   on behalf of Creditor Donovan  Dunwell dc@chiariello.com
         Donald K. Ludman  on behalf of Creditor   SAP Retail Inc. and Business Objects
          dludman@brownconnery.com
         Douglas Scott  on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
         Douglas Scott  on behalf of Creditor   Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
         Douglas Scott  on behalf of Defendant   Climate Design Systems BankruptcyCounsel@gmail.com
         Douglas Scott  on behalf of Creditor   PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
         Douglas Scott  on behalf of Defendant   Besam USA Inc. f/k/a Besam Automated Entrance Systems,
          Inc. BankruptcyCounsel@gmail.com

District/off: 0422-7          User: smarshall          Page 13 of 57          Date Rcvd: Apr 11, 2017
                             Form ID: redacttr         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Douglas  Scott   on behalf of Creditor    Pasadena Independent School District
                       BankruptcyCounsel@gmail.com
                Douglas  Scott   on behalf of Transferee    CFH Investments III, LLC BankruptcyCounsel@gmail.com
                Douglas  Scott   on behalf of Defendant    Interactive Toy Concepts, Inc
                       BankruptcyCounsel@gmail.com
                Douglas  Scott   on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
                       BankruptcyCounsel@gmail.com
                Douglas  Scott   on behalf of Defendant    Russellville Steel Company, Inc.
                       BankruptcyCounsel@gmail.com
                Douglas  Scott   on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
                Douglas  Scott   on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
                       BankruptcyCounsel@gmail.com
                Douglas  Scott   on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
                Douglas  Scott   on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
                       California, Inc. BankruptcyCounsel@gmail.com
                Douglas D. Kappler   on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
                       dkappler@rdwlawcorp.com
                Douglas M. Foley   on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Counter-Defendant    Circuit City Stores, Inc.
                       dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    CC Distribution Company of Virginia, Inc.
                       dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
                       dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    Circuit City Stores West Coast, Inc.
                       dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
                       jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas M. Foley   on behalf of Debtor    Circuit City Purchasing Company, LLC
                       dfoley@mcguirewoods.com,   jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
                Douglas R. Gonzales   on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
                Douglas R. Gonzales   on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
                Dylan G. Trache   on behalf of Creditor    Lexar Media, Inc. dylan.trache@nelsonmullins.com,
                       robert.ours@nelsonmullins.com
                Dylan G. Trache   on behalf of Defendant    Television Station KTXA L.P.
                       dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
                Dylan G. Trache   on behalf of Defendant    Philadelphia Television Station WPSG Inc.
                       dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
                Dylan G. Trache   on behalf of Creditor    Envision Peripherals, Inc.
                       dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
                Dylan G. Trache   on behalf of Defendant    WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
                       robert.ours@nelsonmullins.com
                Dylan G. Trache   on behalf of Defendant    KTVK, Inc. dylan.trache@nelsonmullins.com,
                       robert.ours@nelsonmullins.com
                Dylan G. Trache   on behalf of Defendant    CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
                       robert.ours@nelsonmullins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
              Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
              dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    Meredith Corporation dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation
              dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc.
              dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    CBS Corporation dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc.
              dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
              Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
              Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
              and KGW-TV dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
              dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company
              dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P.
              dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com
              Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
              mayle@hooverslovacek.com
              Elizabeth  Banda Calvo    on behalf of Creditor    City of Hurst, Mansfiled ISD, Carroll ISD
              ebcalvo@pbfcm.com,  rgleason@pbfcm.com/ebcalvo@ecf.inforuptcy.com
              Elizabeth  Banda Calvo    on behalf of Creditor    City of Cedar Hill, Burleson ISD, Arlington ISD
              ebcalvo@pbfcm.com,  rgleason@pbfcm.com/ebcalvo@ecf.inforuptcy.com
              Elizabeth  Banda Calvo    on behalf of Creditor    City of Lake Worth ebcalvo@pbfcm.com,
              rgleason@pbfcm.com/ebcalvo@ecf.inforuptcy.com
              Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
              wenditaylor@toase.com
              Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company
              elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
              Gazette egunn@sandsanderson.com,  bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
              bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
              bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor Mikael  Salovaara elizabeth.gunn@dss.virginia.gov,
              bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
              bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
              bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1
              elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor    City of Philadelphia elizabeth.gunn@dss.virginia.gov,
              bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
              egunn@sandsanderson.com,  bankruptcy@dss.virginia.gov
              Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedmanspring.com,
              jquiambao@friedmanspring.com
              Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com
              Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
              klgatesbankruptcy@klgates.com
              Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
              schnabel.eric@dorsey.com,  glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Mississippi, Inc. schnabel.eric@dorsey.com,
              glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Arkansas, Inc. schnabel.eric@dorsey.com,
              glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Louisiana, LLC schnabel.eric@dorsey.com,
              glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Texas, Inc. schnabel.eric@dorsey.com,
              glorioso.alessandra@dorsey.com
              Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
              Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
              emorabito@pattonboggs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Yvette  Mack ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
              ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
              Service of North Carolina ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
              ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
              Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
              ffm@bostonbusinesslaw.com
              Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
              frank.pepler@dlapiper.com,
              sandy.holstrom@dlapiper.com;frank-pepler-3170@ecf.pacerpro.com;1807@ecf.pacerpro.com
              Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
              Franklin R. Cragle, III    on behalf of Creditor    United States Debt Recovery, LLC
              fcragle@hf-law.com
              Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
              Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
              rudzikf@dor.state.fl.us
              Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
              mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
              mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Garren Robert Laymon    on behalf of Creditor    Pasadena Independent School District
              glaymon@mglspc.com, jcoffman@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
              jcoffman@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Fort Bend Independent School District
              glaymon@mglspc.com, jcoffman@mglspc.com
              Gary E. Mason    on behalf of Plaintiff    Marlon Mondragon gmason@wbmllp.com
              Gary E. Mason    on behalf of Creditor    Marlon Mondragon gmason@wbmllp.com
              Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
              Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
              gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
              Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
              jschmeltz@sblsg.com;jrapp@sblsg.com
              Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
              jschmeltz@sblsg.com;jrapp@sblsg.com
              George E. Kostel    on behalf of Unknown    KeyBank National Association gkostel@polsinelli.com,
              gekostel@gmail.com
              German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
              alison.moreno@pcao.pima.gov
              Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
              notices@becket-lee.com
              Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co
              Corp Card notices@becket-lee.com
              Gilbert D. Sigala    on behalf of Creditor    John  Batioff sigalawl@aol.com
              Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
              gbrown@pszjlaw.com

District/off: 0422-7          User: smarshall          Page 16 of 57          Date Rcvd: Apr 11, 2017
                             Form ID: redacttr         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
  Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
  agbankcal@ag.tn.gov
Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
  gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
  christine@virginia-lawyers.net
Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
Gregory D. Grant    on behalf of Defendant    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
  ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
H. Elizabeth Weller    on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com
H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
H. Slayton Dabney, Jr.    on behalf of Creditor    Applied Predictive Technologies, Inc.
  sdabney@dabneypllc.com
Hale Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
Heather D. Brown    on behalf of Creditor    Westgate Village, LP heather@hdbrownlaw.com,
  jwest@kkgpc.com
Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
  Heather.Anderson@dol.lps.state.nj.us
Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
  Heather.Anderson@dol.lps.state.nj.us
Henry Buswell Roberts, Jr    on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
  Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,  droberts1949@live.com
Henry Buswell Roberts, Jr    on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
  Group, Inc. hbroberts@live.com,  droberts1949@live.com
Henry Buswell Roberts, Jr    on behalf of Creditor    Suemar hbroberts@live.com,
  droberts1949@live.com
Henry Buswell Roberts, Jr    on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
  Corporation hbroberts@live.com,  droberts1949@live.com
Henry Buswell Roberts, Jr    on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
  ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
Henry Buswell Roberts, Jr    on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
  droberts1949@live.com
Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
  csommer@fdh.com
Henry Pollard Long, III    on behalf of Defendant    Panasonic Corporation of North America
  hlong@hunton.com,  tcanada@hunton.com
Henry Pollard Long, III    on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com,
  tcanada@hunton.com
Henry Pollard Long, III    on behalf of Interested Party    Parker Central Plaza Ltd
  hlong@hunton.com,  tcanada@hunton.com
Henry Pollard Long, III    on behalf of Creditor    Panasonic Corporation of North America
  hlong@hunton.com,  tcanada@hunton.com
Henry Pollard Long, III    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com,
  tcanada@hunton.com
Henry Pollard Long, III    on behalf of Interested Party    Food Lion LLC hlong@hunton.com,
  tcanada@hunton.com
Henry Pollard Long, III    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
  hlong@hunton.com,  tcanada@hunton.com
Henry Pollard Long, III    on behalf of Creditor    Taubman Auburn Hills Associates Limited
  Partnership hlong@hunton.com,  tcanada@hunton.com
Henry Pollard Long, III    on behalf of Creditor    Harvest/HPE LP hlong@hunton.com,
  tcanada@hunton.com
Henry Pollard Long, III    on behalf of Creditor    H & R REIT (U.S.) Holdings Inc.
  hlong@hunton.com,  tcanada@hunton.com
Henry Pollard Long, III    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
  hlong@hunton.com,  tcanada@hunton.com
Henry Pollard Long, III    on behalf of Interested Party    Federal Warranty Service Corporation
  hlong@hunton.com,  tcanada@hunton.com
Howard J. Grossman    on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
  howard.j.grossman@chase.com
Ian S. Landsberg    on behalf of Creditor    Torrance Towne Center Associates, LLC
  ilandsberg@landsberg-law.com
Ian S. Landsberg    on behalf of Creditor    FJL-MVP, LLC ilandsberg@landsberg-law.com
Ian S. Landsberg    on behalf of Creditor    NMC Stratford, LLC ilandsberg@landsberg-law.com
Ian S. Landsberg    on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@landsberg-law.com
J. Christian Word    on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
  chefiling@lw.com;robert.klyman@lw.com
J. Christian Word    on behalf of Liquidator    Hilco Merchant Resources, LLC
  chefiling@lw.com;robert.klyman@lw.com
J. David Folds    on behalf of Defendant    Fabrik, Inc. dfolds@bakerdonelson.com,
  sparson@bakerdonelson.com
J. David Folds    on behalf of Defendant    Simpletech, Inc. dfolds@bakerdonelson.com,
  sparson@bakerdonelson.com
J. David Folds    on behalf of Defendant    Interactive Communications International, Inc.
  dfolds@bakerdonelson.com,  sparson@bakerdonelson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
          dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
          dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
          Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
          jackson.toof@arentfox.com,
          jeffrey.rothleder@arentfox.com;manuel.arreaza@arentfox.com;john.dowd@arentfox.com;jill.clough@are
          ntfox.com
          Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
          jackson.toof@arentfox.com,
          jeffrey.rothleder@arentfox.com;manuel.arreaza@arentfox.com;john.dowd@arentfox.com;jill.clough@are
          ntfox.com
          Jaime Manuel Crowe   on behalf of Unknown   Toshiba America Electronic Components, Inc.
          jcrowe@whitecase.com,  mco@whitecase.com;jdisanti@whitecase.com
          Jaime Manuel Crowe   on behalf of Unknown   Toshiba Corporation jcrowe@whitecase.com,
          mco@whitecase.com;jdisanti@whitecase.com
          Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
          lbigus@stinson.com
          James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
          James.Newbold@illinois.gov
          James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
          through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
          vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
          James E. Clarke   on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
          rbailey@atlanticlawgrp.com
          James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
          avis.francis@hklaw.com
          James J. Briody   on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James J. Briody   on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
          eanderson@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;hcut
          right@spottsfain.com;arobinson@spottsfain.com
          James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
          ncoton@beankinney.com
          James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
          ncoton@beankinney.com
          James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
          jlombardi@rossbanks.com,  acole@rossbanks.com
          James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
          of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke   on behalf of Creditor   MiTAC Digital Corp. (Magellan) jburke@milbank.com
          James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA
          Inc. jburke@milbank.com
          James Winston Burke   on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP
          jburke@milbank.com
          James Winston Burke   on behalf of Defendant   MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
          jburke@milbank.com
          James Winston Burke   on behalf of Creditor   Nintendo of America, Inc. jburke@milbank.com
          James Winston Burke   on behalf of Defendant   MiTAC Digital Corporation, individually and
          including in its capacity as successor to Magellan Navigation, Inc. jburke@milbank.com
          James Winston Burke   on behalf of Defendant   Nintendo of America, Inc. jburke@milbank.com
          Jamie M. Konn   on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
          jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
          Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
          jamie.konn@dlapiper.com,  jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
          admin@meiburgerlaw.com
          Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
          ecf@krcl.com
          Jason B. Binford   on behalf of Creditor   Phoenix Property Company jbinford@krcl.com,
          ecf@krcl.com
          Jason M. Krumbein   on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
          Jason M. Krumbein   on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
          Jason M. Krumbein   on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
          Jason M. Krumbein   on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
          Jason William Harbour   on behalf of Defendant   Virgin Mobile USA, L.P. jharbour@hunton.com,
          tcanada@hunton.com

District/off: 0422-7          User: smarshall          Page 18 of 57          Date Rcvd: Apr 11, 2017
                             Form ID: redacttr         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
          jharbour@hunton.com,  tcanada@hunton.com
          Jeffrey  Scharf   on behalf of Creditor   County of Spokane jeff@taxva.com,
          tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
          tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
          jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
          Jeff.Klusmeier@ago.mo.gov,  Michelle.Hirschvogel@ago.mo.gov
          Jeffrey I. Snyder   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
          jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
          Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage
          Pass-Through Certificates, Series 2002-CIBC4 jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   LNR Partners, Inc. jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
          Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
          jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
          jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited
          Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
          dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey J. Graham   on behalf of Creditor   Washington Corner, LP jgraham@taftlaw.com,
          dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Amcor Sunclipse North America jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Gateway US Retail, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Acer America Corporation jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corporation
          jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The Insurance Company of the State of
          Pennsylvania jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Specific Media LLC jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   MaineToday Media, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corp.
          jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
          wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Gateway, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
          wcsr.com

```
District/off: 0422-7          User: smarshall          Page 19 of 57          Date Rcvd: Apr 11, 2017
                             Form ID: redacttr         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
            kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
            wcsr.com
         Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
            kradtke@wcsr.com;toross@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@
            wcsr.com
         Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jeffreymsherman@gmail.com,
            elmoyer99@gmail.com
         Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
            Creditors jpomerantz@pszjlaw.com
         Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
            pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
            pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
            pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
            pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
            pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   OTR-Clairemont Square dennisj@ballardspahr.com,
            pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   KNP dennisj@ballardspahr.com,
            pollack@ballardspahr.com
         Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
         Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
         Jennifer Ellis Lattimore   on behalf of Defendant   Vizio, Inc. jlattimore@eckertseamans.com
         Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
         Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
            jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
            ;hcutright@spottsfain.com;arobinson@spottsfain.com
         Jennifer J. West   on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
            ;hcutright@spottsfain.com;arobinson@spottsfain.com
         Jennifer J. West   on behalf of Creditor   Entergy Louisiana, LLC jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
            ;hcutright@spottsfain.com;arobinson@spottsfain.com
         Jennifer J. West   on behalf of Creditor   Imation Enterprises Corp. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
            ;hcutright@spottsfain.com;arobinson@spottsfain.com
         Jennifer J. West   on behalf of Creditor   Verizon Communications Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
            ;hcutright@spottsfain.com;arobinson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jennifer J. West   on behalf of Creditor   Entergy Mississippi, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com;arobinson@spottsfain.com
              Jennifer J. West   on behalf of Defendant   Coca-Cola Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com;arobinson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Arkansas, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com;arobinson@spottsfain.com
              Jennifer J. West   on behalf of Defendant   Coca Cola Bottling Co. Consolidated
              jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com;arobinson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   South Carolina Electric & Gas Company and Public
              Service of North Carolina jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com;arobinson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Prosite Business Solutions, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com;arobinson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
              jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com;arobinson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
              Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com;arobinson@spottsfain.com
              Jennifer J. West   on behalf of Creditor   Entergy Texas, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com;arobinson@spottsfain.com
              Jennifer J. West   on behalf of Defendant   Northern Wire Products, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;hcutright@spottsfain.com;arobinson@spottsfain.com
              Jennifer Larkin Kneeland   on behalf of Defendant   Rainbow Advertising Sales Corporation
              jkneeland@watttieder.com,  ccurtiss@watttieder.com
              Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@watttieder.com,
              ccurtiss@watttieder.com
              Jennifer Larkin Kneeland   on behalf of Defendant   Newsday Holdings LLC and Newsday LLC
              jkneeland@watttieder.com,  ccurtiss@watttieder.com
              Jennifer Larkin Kneeland   on behalf of Defendant   Rainbow Media Holdings LLC dba AMC
              jkneeland@watttieder.com,  ccurtiss@watttieder.com
              Jennifer McLain McLemore   on behalf of Creditor   Portland Investment Company of America
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   Swiff-Train Company jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Oswego Gerry Centennial, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   Vonwin Capital Management, L.P.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Luckoff Land Company, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Mortgage Capital Corporation
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western San Antonio HQ Limited
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Sacramento
              Bee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Morse-Sembler Villages Partnership #4
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Amerian Oklahoma City Penn, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Drexel Delaware Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   RREEF Management Company jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western West Mifflin Century III, L.P.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Columbus Clifty, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   New River Properties, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Richmond Maryland, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   CC Acquisition, L.P. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   GRI EQY Sparkleberry Square LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
                  jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
                  Inland Pacific Property Services LLC) jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
                  jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
                  jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
                  for Corporate Lease-Backed Certificates, Series 1999-CLP1, acting by and through Midland Loan
                  Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
                  jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
                  Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
                  jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
                  jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
                  Carlson Marketing Group, Inc. jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
                  jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
                  jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
                  Southwest Management LLC) jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
                  jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
                  jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
                  jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
                  Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
                  Gateway III, LLC as tenants in common jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
                Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
                  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: smarshall          Page 22 of 57          Date Rcvd: Apr 11, 2017
                             Form ID: redacttr         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
          Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor Alexander H Bobinski jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
          Capital Management, LP jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
          Star jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
          Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7            User: smarshall            Page 23 of 57            Date Rcvd: Apr 11, 2017
                               Form ID: redacttr          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
    LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
    1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
    d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
    Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
    for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
    American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
    Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
    Cameron Bayonne, LLC) jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
    jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
    jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
    jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
    News, aka The Sun News jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
    Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
    Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
    Center) jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
    jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
    Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
    LaSalle National Bank jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
    Center jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
    jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
    jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
    Idaho Statesman jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
    jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: smarshall          Page 24 of 57          Date Rcvd: Apr 11, 2017
                             Form ID: redacttr         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jennifer McLain McLemore   on behalf of Defendant   Hamilton Beach Brands, Inc.
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Generation H One and Two Limited Partnership
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Cohab Realty, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   EEL McKee LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company, d/b/a The Wichita
              Eagle jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Plaintiff   CC-Investors 1995-6 jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Interested Party   San Luis Obispo Tribune
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   CHK, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Computer Resource Team, Inc.
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Bizport, Ltd. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   T & T Enterprises jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, as trustee
              for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Swanblossom Investments, LP
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   Lexington Herald Leader jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Transferor   Manufactures and Traders Trust Company, as
              Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Austin Southpark Meadows II
              Limited Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Phillipsburg Greenwich L.L.C.
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Cedar Hill Pleasant Run Limited
              Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   International Speedway Square, Ltd.
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Lexmark International, Inc.
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   Media General Operations, Inc.
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Landover (Landover Crossing), LLC
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland American Chesapeake Crossroads, L.L.C.
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Columbia State jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Interested Party   James H. Wimmer, Jr., personally
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   RPAI US Management LLC (f/k/a Inland US
              Management LLC) jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Catellus Operating Limited Partnership
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Interested Party   Fresno Bee jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   The West Campus Square Company, LLC
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for
              Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
              acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Roth Tanglewood, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   DayMen U.S., Inc. d/b/a Lowepro USA
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1031, L.L.C.
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Pacific Property Services LLC
              jmclemore@cblaw.com,   avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
              LaSalle National Bank, as Trustee for Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1 jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
              Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
              Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
              nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
              acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
              LaSalle National Bank, as Trustee for Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
              Obispo County Tribune jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
              as Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
              jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RioCan Austin Southpark Meadows II Limited
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
            jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer V. Doran  on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
            calirm@haslaw.com
          Jeremy Brian Root  on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
            tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com
          Jeremy C. Kleinman  on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor  on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg  on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
            jeremy.friedberg@lf-pc.com,  ecf@lf-pc.com;pierce.murphy@lf-pc.com
          Jeremy S. Friedberg  on behalf of Creditor    Toshiba America Information Systems, Inc.
            jeremy.friedberg@lf-pc.com,  ecf@lf-pc.com;pierce.murphy@lf-pc.com
          Jeremy S. Friedberg  on behalf of Creditor    Washington Green TIC jeremy.friedberg@lf-pc.com,
            ecf@lf-pc.com;pierce.murphy@lf-pc.com
          Jeremy S. Williams  on behalf of Creditor    Magna Trust Company, Trustee
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams  on behalf of Creditor    Jubilee-Springdale, LLC
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams  on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams  on behalf of Defendant    SDI Technologies, Inc.
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams  on behalf of Creditor    The Shoppes of Beavercreek Ltd.
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams  on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams  on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy W. Martin  on behalf of Creditor    Escambia County Tax Collector
            jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Martin  on behalf of Creditor    Travis County Texas jeremymartin2007@gmail.com,
            jmartin@weststarmortgage.com
          Jeremy W. Martin  on behalf of Interested Party    McCandlish Holton, PC
            jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Ryan  on behalf of Creditor    First Industrial Realty Trust, Inc. jryan@saul.com
          Jeremy W. Ryan  on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall  on behalf of Defendant    Sanyo Fisher Co., a Division of Sanyo North America
            Corp. jerryhall10@hotmail.com
          Jess R. Bressi  on behalf of Creditor    RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
          Jess R. Bressi  on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
          Jesse N. Silverman  on behalf of Creditor    KNP jsilverman@dilworthlaw.com,
            rbannister@dilworthlaw.com
          Jesse N. Silverman  on behalf of Creditor    Prudential Insurance Company of America
            jsilverman@dilworthlaw.com,  rbannister@dilworthlaw.com
          Jesse N. Silverman  on behalf of Creditor    Foursquare Properties, Inc.
            jsilverman@dilworthlaw.com,  rbannister@dilworthlaw.com
          Jesse N. Silverman  on behalf of Creditor    The Macerich Company jsilverman@dilworthlaw.com,
            rbannister@dilworthlaw.com
          Jesse N. Silverman  on behalf of Creditor    Watt Management Company jsilverman@dilworthlaw.com,
            rbannister@dilworthlaw.com
          Jesse N. Silverman  on behalf of Creditor    Eagleridge Associates, LLC
            jsilverman@dilworthlaw.com,  rbannister@dilworthlaw.com
          Jesse N. Silverman  on behalf of Creditor    Torrance Towne Center Associates, LLC
            jsilverman@dilworthlaw.com,  rbannister@dilworthlaw.com
          Jesse N. Silverman  on behalf of Creditor    RREEF Management Company jsilverman@dilworthlaw.com,
            rbannister@dilworthlaw.com
          Jesse N. Silverman  on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
            L.L.C. jsilverman@dilworthlaw.com,  rbannister@dilworthlaw.com
          Jesse N. Silverman  on behalf of Creditor    Comcast Cable Communications, LLC
            jsilverman@dilworthlaw.com,  rbannister@dilworthlaw.com
          Jesse N. Silverman  on behalf of Creditor    Cousins Properties Incorporated
            jsilverman@dilworthlaw.com,  rbannister@dilworthlaw.com
          Jesse N. Silverman  on behalf of Creditor    Portland Investment Company of America
            jsilverman@dilworthlaw.com,  rbannister@dilworthlaw.com
          Jessica Regan Hughes  on behalf of Interested Party    AmCap NorthPoint LLC jhughes@seyfarth.com,
            swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes  on behalf of Interested Party    Arboretum of South Barrington, LLC
            jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes  on behalf of Interested Party    Batontown Commons Shopping  Center
            jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes  on behalf of Interested Party    AmCap Arborland LLC jhughes@seyfarth.com,
            swells@seyfarth.com;wdcdocketing@seyfarth.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

     Joel S. Aronson    on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
     Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate
     jsaronson@ridberglaw.com
     Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
     Joel T. Marker    on behalf of Creditor    Parker Bullseye, LLC joel@mbt-law.com
     John B. Raftery    on behalf of Creditor    Utopian Software Concepts, Inc., dba Alterthought
     jraftery@offitkurman.com
     John C. Smith    on behalf of Creditor    Sun Construction Group, Inc. a/k/a Sun Construction
     Group-GA jsmith@sandsanderson.com,    sryan@sandsanderson.com;dbbankruptcy@gmail.com
     John C. Smith    on behalf of Defendant    Sun Construction Group, Inc. a/k/a Sun Construction
     Group-GA jsmith@sandsanderson.com,    sryan@sandsanderson.com;dbbankruptcy@gmail.com
     John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com,
     sryan@sandsanderson.com;dbbankruptcy@gmail.com
     John C. Smith    on behalf of Defendant    Sennco Solutions, Inc. jsmith@sandsanderson.com,
     sryan@sandsanderson.com;dbbankruptcy@gmail.com
     John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
     jfiero@pszjlaw.com
     John D. McIntyre    on behalf of Creditor    Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
     wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
     John D. McIntyre    on behalf of Creditor    Ritz Motel Company jmcintyre@wmlawgroup.com,
     wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
     John D. McIntyre    on behalf of Creditor    Janaf Shops, LLC jmcintyre@wmlawgroup.com,
     wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
     John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation
     jmcintyre@wmlawgroup.com,    wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
     John D. McIntyre    on behalf of Defendant    Midland Radio Corporation jmcintyre@wmlawgroup.com,
     wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
     John D. McIntyre    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
     jmcintyre@wmlawgroup.com,    wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
     John Darren Sadler    on behalf of Creditor    The Hutensky Group sadlerj@ballardspahr.com,
     andersonn@ballardspahr.com
     John Darren Sadler    on behalf of Creditor    CWCapital Asset Management LLC
     sadlerj@ballardspahr.com,    andersonn@ballardspahr.com
     John Darren Sadler    on behalf of Creditor    Cencor Realty sadlerj@ballardspahr.com,
     andersonn@ballardspahr.com
     John Darren Sadler    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
     Properties Group sadlerj@ballardspahr.com,    andersonn@ballardspahr.com
     John Darren Sadler    on behalf of Creditor    Battlefield FE Limited Partners
     sadlerj@ballardspahr.com,    andersonn@ballardspahr.com
     John Darren Sadler    on behalf of Creditor    Federal Realty Investment Trust
     sadlerj@ballardspahr.com,    andersonn@ballardspahr.com
     John Darren Sadler    on behalf of Creditor    UBS Realty Investors, LLC sadlerj@ballardspahr.com,
     andersonn@ballardspahr.com
     John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
     pjf@carmodymacdonald.com
     John E. Lucian    on behalf of Creditor    VIWY, L.P. lucian@blankrome.com
     John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
     lucian@blankrome.com
     John G. McJunkin    on behalf of Creditor    Marc Realty jmcjunkin@bakerdonelson.com,
     sparson@bakerdonelson.com
     John G. McJunkin    on behalf of Creditor    SimpleTech by Hitachi Global Storage Technologies
     jmcjunkin@bakerdonelson.com,    sparson@bakerdonelson.com
     John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@bakerdonelson.com,
     sparson@bakerdonelson.com
     John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@bakerdonelson.com,
     sparson@bakerdonelson.com
     John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@bakerdonelson.com,
     sparson@bakerdonelson.com
     John G. McJunkin    on behalf of Creditor    Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
     sparson@bakerdonelson.com
     John J. Trexler    on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
     John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association
     jroche@perkinscoie.com,
     ADSmith@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com;ecf-3ac9070a3959@ecf.
     pacerpro.com;gelsenberg@perkinscoie.com
     John M. Craig    on behalf of Defendant    Imagitas, Inc. johncraigg@aol.com,    russj4478@aol.com
     John M. Craig    on behalf of Creditor    Duke Energy Ohio, Inc. johncraigg@aol.com,
     russj4478@aol.com
     John M. Craig    on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
     johncraigg@aol.com,    russj4478@aol.com
     John M. Craig    on behalf of Creditor    Dominion Hope johncraigg@aol.com,    russj4478@aol.com
     John M. Craig    on behalf of Creditor    Central Georgia Electric Membership Corporation
     johncraigg@aol.com,    russj4478@aol.com
     John M. Craig    on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
     russj4478@aol.com
     John M. Craig    on behalf of Creditor    New York State Electric and Gas Corporation
     johncraigg@aol.com,    russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John M. Craig   on behalf of Creditor   Michigan Consolidated Gas Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Carolina Power & Light Company d/b/a Progress Energy
               Carolinas johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   Boston Gas Company johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Light and Power Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Chalek Company LLC johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Peoples johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   Piedmont Natural Gas Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Toledo Edison Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern Connecticut Gas Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Indiana, Inc. johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Defendant   Sun Builders Co. johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Defendant   Pro-Pave Sealcoat Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern California Edison Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Yankee Gas Services Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Orange and Rockland Utilities johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Detroit Edison Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   KeySpan Gas East Corporation johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Natural Gas Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Cleveland Electric Illuminating Company
               johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Carolinas, LLC johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Company of New Hampshire
               johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion
               Virginia Power johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   Narragansett Electric Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Brooklyn Union Gas Company d/b/a National Grid NY
               johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Electric And Gas Company
               johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   Massachusetts Electric Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Florida Power Corporation d/b/a Progress Energy Florida
               johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   Niagara Mohawk Power Corporation johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion East Ohio johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   Granite State Electric johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Jersey Central Power & Light Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   PECO Energy Company johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   Metropolitan Edison Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Consolidated Edison Company of New York, Inc.
               johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   Western Massachusetts Electric Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Salt River Project johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Creditor   American Electric Power johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Commonwealth Edison Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Retail Property Group, Inc. johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Jackson EMC johncraigg@aol.com, russj4478@aol.com
          John M. Craig   on behalf of Defendant   ASM Capital III, L.P. johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Pennsylvania Electric Company johncraigg@aol.com,
               russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           John M. Craig   on behalf of Creditor   EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
              johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor   SimVest Real Estate II, LLC johncraigg@aol.com,
              russj4478@aol.com
           John M. Craig   on behalf of Creditor   Duke Energy Kentucky, Inc. johncraigg@aol.com,
              russj4478@aol.com
           John P. Van Beek   on behalf of Defendant   Cosco, Inc., d/b/a Cosco Air Conditioning and
              Refrigeration jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
           John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
           John P. Van Beek   on behalf of Creditor   WEC 96D Niles Investment Trust
              jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
           John P. Van Beek   on behalf of Creditor   TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
           John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@linowes-law.com,
              gduvall@linowes-law.com;klevie@linowes-law.com
           John T. Farnum   on behalf of Defendant   Ashley Furniture Industries, Inc.
              jfarnum@linowes-law.com,  gduvall@linowes-law.com;klevie@linowes-law.com
           John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com,   nre98@aol.com
           Jonathan L. Hauser   on behalf of Defendant   Klipsch Audio Technologies LLC
              jonathan.hauser@troutmansanders.com
           Jonathan L. Hauser   on behalf of Defendant   CENVEO, Inc. jonathan.hauser@troutmansanders.com
           Jonathan L. Hauser   on behalf of Defendant   Velocity Micro, Inc.
              jonathan.hauser@troutmansanders.com
           Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
           Jonathan L. Hauser   on behalf of Defendant   Stampede Presentation Products, Inc.
              jonathan.hauser@troutmansanders.com
           Jonathan T. Cain   on behalf of Defendant   Zoo Entertainment, Inc. jtcain@mintz.com,
              kcraun@mintz.com
           Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
           Jonathan T. Cain   on behalf of Defendant   Zoo Games, Inc. f/k/a Destination Software, Inc.
              jtcain@mintz.com,  kcraun@mintz.com
           Jorge A. Ortiz   on behalf of Defendant   Interactive Toy Concepts, Inc jorgeortiz0411@gmail.com
           Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
           Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire
              Blue Cross Blue Shield bankruptcy@morrisoncohen.com
           Judy A. Robbins, ll   USTPRegion04.RH.ECF@usdoj.gov
           Julie Ann Quagliano   on behalf of Creditor   AT&T Capital Services, Inc.
              quagliano@seeger-law.com,  harvell@seeger-law.com
           Julie Ann Quagliano   on behalf of Defendant   Kent H. Landsberg of Dallas, LP (
              quagliano@seeger-law.com,  harvell@seeger-law.com
           Julie Ann Quagliano   on behalf of Creditor   AT&T Corp. quagliano@seeger-law.com,
              harvell@seeger-law.com
           Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@seeger-law.com,
              harvell@seeger-law.com
           Julie Ann Quagliano   on behalf of Defendant   Paris Business Products, Inc.
              quagliano@seeger-law.com,  harvell@seeger-law.com
           Julie Ann Quagliano   on behalf of Defendant   Amcor Packaging Distribution, Inc., d/b/a Amcor
              Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
              quagliano@seeger-law.com,  harvell@seeger-law.com
           Justin F. Paget   on behalf of Defendant   The Seattle Times Company jpaget@hunton.com,
              tcanada@hunton.com
           Justin F. Paget   on behalf of Defendant   Hunton & Williams, LLP jpaget@hunton.com,
              tcanada@hunton.com
           Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
              tcanada@hunton.com
           Justin F. Paget   on behalf of Defendant   Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
              tcanada@hunton.com
           Justin F. Paget   on behalf of Defendant   Thule Organization Solutions, Inc. dba Case Logic,
              Inc. jpaget@hunton.com,  tcanada@hunton.com
           Justin F. Paget   on behalf of Defendant   Wynit, Inc. jpaget@hunton.com,  tcanada@hunton.com
           Justin F. Paget   on behalf of Defendant   The Spark Agency, Inc. d/b/a Switch and Switch
              Liberate Your Brand jpaget@hunton.com,  tcanada@hunton.com
           Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
              kmiller@wileyrein.com,  rours@wileyrein.com
           Kalina Boyanova Miller   on behalf of Creditor   Greater Orlando Aviation Authority
              kmiller@wileyrein.com,  rours@wileyrein.com
           Kan C. Farand   on behalf of Creditor   Alameda County Treasurer farand.kan@acgov.org
           Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
           Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
              jbrockett@clrbfirm.com;tturner@clrbfirm.com;clrbfirmecf@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Karen M. Crowley    on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
          jbrockett@clrbfirm.com;tturner@clrbfirm.com;clrbfirmecf@gmail.com
          Ken Coleman    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          Ken.Coleman@allenovery.com
          Kenneth R. Rhoad    on behalf of Creditor    ActionLink, LLC rhoadken@gmail.com
          Kenneth R. Rhoad    on behalf of Defendant    Actionlink, LLC rhoadken@gmail.com
          Kevin A. Lake    on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
          County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
          District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Madcow International Group Limited
          klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
          Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
          Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Harris County klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
          District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
          District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Pima County klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk    on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
          Kevin L. Sink    on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    NBT Bank, N.A. knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Carousel Center Company, L.P. knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Mount Berry Square, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Sangertown Square, L.L.C. knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    EklecCo NewCo, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Landover (Landover Crossing), LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Fingerlakes Crossing, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
          krm@mccarthywhite.com,  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Detroit, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Phoenix, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Texas, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Atlanta, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Khang V. Tran   on behalf of Defendant   New World Communications of Tampa, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
          sprescott@idalaw.com
          Kimberly A. Pierro   on behalf of Creditor   Schottenstein Property Group, Inc.
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for Cl Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
          Kirk B. Burkley   on behalf of Creditor   Duquesne Light Company kburkley@bernsteinlaw.com,
          pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
          ve.com
          Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@BERKHIMERLaw.com
          Kristen E. Burgers   on behalf of Creditor   ORIX Capital Markets, LLC kburgers@hf-law.com
          Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC kburgers@hf-law.com
          Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@hf-law.com,
          ndysart@hf-law.com
          Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rgblawfirm.com,
          joette@rgblawfirm.com
          Lawrence J. Hilton   on behalf of Creditor   TARGUS, INC. lhilton@onellp.com,  lthomas@onellp.com,
          info@onellp.com,evescance@onellp.com,crodriguez@onellp.com,rwenzel@onellp.com
          Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
          gadams@Starr-Law.com
          Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
          lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
          lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt   on behalf of Interested Party   American Computer Development, Inc.
          regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Defendant   EVGA.com Corp. regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Defendant   D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Linda Sharon Broyhill   on behalf of Creditor   La Frontera Village, L.P. lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Caguas LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   CSI Construction Company lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Wayne VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Lang Construction, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BevCon I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO Mundy Street, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   McAlister Square Partners, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   North Plainfield VF LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   East Brunswick VF LLC lkim@siwpc.com,  lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
Lisa Hudson Kim    on behalf of Creditor      Vornado Finance, LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Encinitas PFA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Cardinal Court, LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Movant        Vornado Realty Trust lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Reverend Dwayne Funches lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Ray Mucci's Inc. lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      BPP Conn LLC f/k/a WEC 95 Manchester Limited
                    Partnership lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      VNO TRU Dale Mabry, LLC lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      BBP-Muncy LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Chatham County, GA Tax Commissioner lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      PrattCenter, LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Amherst VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      John Rohrer Contracting Company, Inc. lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Chatham County Tax Commissioner lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Monument Consulting, LLC lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Interested Party Paul Schaapman lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Route 146 Millbury LLC lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      NPP Development LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Hillson Electric Incorporated lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      T. J. Maxx of CA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
                    of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor       Interstate Augusta Properties LLC lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      DEV Limited Partnership lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      UTC I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      BPP-OH LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      BPP-SC LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Alexander's Rego Park Center, Inc. lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      BPP-NY LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      E&A Northeast Limited Partnership lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Baker Natick Promenade LLC lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Vornado Gun Hill Road, LLC lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      Valley Corners Shopping Center, LLC lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Movant        Colonial Heights Holdings, LLC lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
                    lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Creditor      BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim    on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
                    lhamiel@siwpc.com
Loc  Pfeiffer    on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com,
                    Amanda.nugent@kutakrock.com
Loc  Pfeiffer    on behalf of Creditor    Schottenstein Property Group, Inc.
                    loc.pfeiffer@kutakrock.com,  Amanda.nugent@kutakrock.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Louis E. Dolan, Jr.  on behalf of Defendant   California Self-Insurers Security Fund
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
            peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
            clerk@nixonpeabody.co
          Louis E. Dolan, Jr.  on behalf of Creditor   Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
            peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
            clerk@nixonpeabody.co
          Louis E. Dolan, Jr.  on behalf of Plaintiff   Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
            peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
            clerk@nixonpeabody.co
          Louis E. Dolan, Jr.  on behalf of Creditor   TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
            peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
            clerk@nixonpeabody.co
          Louis E. Dolan, Jr.  on behalf of Defendant Christine  Baker LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
            peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
            clerk@nixonpeabody.co
          Louis E. Dolan, Jr.  on behalf of Defendant   TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
            peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
            clerk@nixonpeabody.co
          Louis E. Dolan, Jr.  on behalf of Creditor   California Self-Insurers' Security Fund
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
            peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
            clerk@nixonpeabody.co
          Lucy L. Thomson   lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel Anne Vargas  on behalf of Defendant   Cypress/Spanish Fort I LP LVargas@chfirm.com,
            chps.ecfnotices@gmail.com
          Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
            ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Defendant   The Washington Post Company ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
            ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
            Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)  on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)  on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)  on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Madeleine C. Wanlsee  on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advertising.com Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
            mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   Superstation, Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Accent Energy California LLC
            mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advance Real Estate Management, LLC
            mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Polaris Circuit City, LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
              Mark B. Conlan    on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
              Mark B. Conlan    on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 LAWENCE  ROAD , LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Unknown    Sutherland Asbill & Brennan LLP
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    LNR Partners, Inc.
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
               of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
               holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Transferee    CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
               PARTNERSHIP marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    C1 West Mason Street LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Transferee    CMAT 1999-C2 Bustleton Avenue Limited Partnership
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Parent LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CGCMT 2006 C5 Glenway Avenue LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
               Partnership marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
               Liability Company marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
               Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
               Certificates, Series 2006-C4 marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-CI KELLY ROAD, LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Ludwig Drive, LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 EMPORIUM DRIVE LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Taylor    on behalf of Defendant    The Weather Channel, LLC f/k/a The Weather Channel
               Interactive, Inc. mtaylor@vlplawgroup.com
              Mark D. Taylor    on behalf of Creditor    Triangle Equities Junction LLC mtaylor@vlplawgroup.com
              Mark D. Taylor    on behalf of Creditor    Lenovo USA mtaylor@vlplawgroup.com
              Mark E. Browning    on behalf of Defendant    Susan Combs, as Comptroller of Public Accounts of the
               State of Texas, and Greg Abbott, as Attorney General of the State of Texas
               bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
  bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
  Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
Mark J. Friedman   on behalf of Defendant   Creative Labs, Inc. mark.friedman@dlapiper.com
Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
  mark.friedman@dlapiper.com
Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
  mark@taxva.com,  amanda@taxva.com
Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
  amanda@taxva.com
Mark X. Mullin   on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
  dian.gwinnup@haynesboone.com
Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
  mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
  martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
  martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   Bemenson Capital Company martha.hulley@leclairryan.com,
  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
  martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
  martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
  martin.brown@lawokc.com
Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
  molden@mhalaw.com,  akauba@mhalaw.com
Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
  lexbankruptcy@wyattfirm.com
Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com,
  kelly@righettilaw.com
Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com,
  kelly@righettilaw.com
Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com,
  kelly@righettilaw.com
Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com,
  kelly@righettilaw.com
Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com,
  kelly@righettilaw.com
Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
  mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
  lltaylor@duanemorris.com;lstopol@levystopol.com
Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
  myoder@parkerpollard.com,
  sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
  sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
Michael  Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
Michael  Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
Michael  Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
  othercourts@mvbalaw.com
Michael  Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael A. Condyles   on behalf of Creditor    Chase Bank USA, National Association
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Magna Trust Company, Trustee
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    GE Fleet michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Interested Party    Epson America, Inc.
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Kennesaw GA, LLC
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Schottenstein Property Group, Inc.
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Mesquite TX, LLC
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    CBL & Associates Management, Inc.
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    The Shoppes of Beavercreek Ltd.
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Aurora CO, LLC
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Circuit Sports, L.P. michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Jubilee-Springdale, LLC
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Defendant    Epson America, Inc. michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Sony Electronics, Inc.
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    JP Morgan Chase & Co.
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
           Bank, USA michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    The Landing at Arbor Place II, LLC
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole Capital Partners, LLC
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    KSK Scottsdale Mall LP
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Hickory Ridge Pavilion LLC
           michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley   on behalf of Defendant    White-Spunner Construction Inc.
           mcrowley@asm-law.com
          Michael Callahan Crowley   on behalf of Creditor    White-Spunner Construction, Inc.
           mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Creditor    Tamarack Village Shopping Center Limited Partnership
           mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    CHK, LLC mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Whitestone Development Partners, L.P.
           mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Defendant    Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
           Inc. mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Inland Continental Property Management Corp.
           mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Catellus Operating Limited Partnership
           mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Inland Commercial Property Management,  Inc.
           mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Michael D. Mueller   on behalf of Defendant   Mad Catz, Inc. dba Saitek Industries Ltd.
    mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Defendant   North American Roofing Services, Inc.
    mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Team Retail Westbank, Ltd. mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Inland Southwest Management LLC mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Giant Eagle, Inc. mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Defendant   ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
    mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Gateway Center Properties III, LLC and SMR Gateway
    III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Inland US Management LLC mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Concar Enterprises, Inc. mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   SEA Properties I, LLC mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Inland American Retail Management LLC
    mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Cermak Plaza Associates, LLC mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Inland Pacific Property Services LLC
    mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Kimco Realty Corporation mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Union Square Retail Trust mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Defendant   Honeywell International Inc. dba ADI
    mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   La Habra Imperial, LLC mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Defendant   Warner Home Video, a division of Warner Bros. Home
    Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Defendant   Texas Instruments Incorporated mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Teachers Insurance and Annuity Association of
    America mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Market Heights, Ltd mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Defendant   U.S. Luggage Co. mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   RD Bloomfield Associates Limited Partnership
    mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Ergotron, Inc. f/k/a OmniMount Systems, Inc.
    mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Creditor   Bagby & Russell Electric Company, Inc.
    mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
    Michael D. Mueller   on behalf of Defendant   Mad Catz, Inc. mmueller@cblaw.com,
    avaughn@cblaw.com;cnichols@cblaw.com
    Michael E. Hastings   on behalf of Creditor   Eastern Security Corp. mhastings@wtplaw.com,
    twhitt@wtplaw.com
    Michael F. Ruggio   on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
    Michael J. Sage   on behalf of Creditor   Pan Am Equities msage@omm.com,  kzeldman@omm.com
    Michael John O'Grady   on behalf of Creditor   Convergys Customer Management Group Inc.
    mjogrady@fbtlaw.com
    Michael Keith McCrory   on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
    Michael L. Wilhelm   on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
    Michael L. Wilhelm   on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
    Michael L. Wilhelm   on behalf of Creditor Harry  Hallaian ECF@w2lg.com
    Michael L. Wilhelm   on behalf of Creditor Leon  Hallaian ECF@w2lg.com
    Michael P. Falzone   on behalf of Creditor   Huntington Mall Company mfalzone@hf-law.com
    Michael P. Falzone   on behalf of Defendant   WD Partners, Inc. mfalzone@hf-law.com
    Michael P. Falzone   on behalf of Creditor   Woodlawn Trustees Incorporated mfalzone@hf-law.com
    Michael P. Falzone   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
    Mall mfalzone@hf-law.com

District/off: 0422-7          User: smarshall          Page 38 of 57          Date Rcvd: Apr 11, 2017
                             Form ID: redacttr         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael P. Falzone  on behalf of Defendant  Patriot Enterprises of NY, LLC mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  Martinair, Inc. mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  Basile Limited Liability Company mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Defendant  Standard Electric Supply Co., Inc.
           mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  RTS Marketing, Inc. mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  Fuel Creative, Inc. mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Defendant  DG FastChannel, Inc. mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  Howland Commons Partnership, an Ohio gen partnership
           dba Howland Commons mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Defendant  Streater Inc. mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  502-12 86th Street LLC mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  Vertis, Inc. mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  Kentucky Oaks Mall Company mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  Altamonte Springs Real Estate Associates, LLC
           mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  M and M Berman Enterprises mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  Cameron Group Associates LLP mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  Gallatin Management Associates, LLC
           mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  Dickson Management Associates, LLC
           mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  Spring Hill Development Partners, GP
           mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  Remount Road Associates Limited Partnership
           mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Defendant  BelIO International Corp. mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Defendant  Amore Construction Company mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Creditor  Modelogic, Inc. mfalzone@hf-law.com
          Michael P. Falzone  on behalf of Interested Party  Systemax, Inc. mfalzone@hf-law.com
          Michael S. Kogan  on behalf of Creditor  Ditan Distribution LLC mkogan@koganlawfirm.com,
           mkogan@koganlawfirm.com
          Min  Park  on behalf of Creditor  Inland Southwest Management LLC, Inland American Retail
           Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
           Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora  on behalf of Creditor  Wells Fargo Bank, N.A. mmora@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn  on behalf of Creditor  Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman  on behalf of Creditor  Madison Waldorf, LLC mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman  on behalf of Creditor  The Ziegler Companies mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman  on behalf of Creditor  Simon Property Group, Inc. mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman  on behalf of Creditor  Tysons 3, LLC mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Nancy F. Loftus  on behalf of Creditor  Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting  on behalf of Creditor  Antor Media Corporation nrs@lplaw.com,
           lmg@lplaw.com
          Nathan  Jones  on behalf of Transferee  US Debt Recovery LLC heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor  US Debt Recovery XII, LP heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor  US Debt Recovery X, LP heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor  US Debt Recovery, XI, LP heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor  Us Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor  United States Debt Recovery, LLC heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor  US Debt Recovery XI, LP heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor  US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor  Us debt recovery, XII, LP heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor  US Debt Recovery V, LP heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor  US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor  US Debt Recovery III, LP heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor  US Debt Recovery X, LLC heather@usdrllc.com
          Neil E. McCullagh  on behalf of Creditor  PNY Technologies, Inc. nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant  United States Debt Recovery IV LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant  Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor  Shelby Properties TX, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com

District/off: 0422-7          User: smarshall          Page 39 of 57          Date Rcvd: Apr 11, 2017
                             Form ID: redacttr          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh    on behalf of Interested Party   Marblegate Asset Management
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   United States Debt Recovery, LLC
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
                    Rutherford LLC nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Dentici Family Limited Partnership
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Pintar Investment Properties TX, LLC
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Cleveland Construction, Inc.
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor c/o William A. Wood   Panattoni Construction, Inc.
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   United States Debt Recovery III, L.P.
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Casio, Inc. nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   iGoDitigal, LLC nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   United States Debt Recovery III, LP
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Mitek Corporation (MTX) nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant   Corporate Facilities Group, Inc. d/b/a Facilities
                    Engineering nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for VVI
                    Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
                    LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Northglenn Retail, LLC nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor   Dudley Mitchell Properties TX, LLC
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       Neil E. McCullagh   on behalf of Defendant    Bagby Electric of Virginia, Inc.
       nmccullagh@spottsfain.com,
       eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
       aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
       Neil E. McCullagh   on behalf of Defendant    Panattoni Construction Inc.
       nmccullagh@spottsfain.com,
       eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
       aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
       Neil E. McCullagh   on behalf of Defendant    Parkway Enterprises, LLC d/b/a Parkway Enterprises
       LLC nmccullagh@spottsfain.com,
       eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
       aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
       Neil E. McCullagh   on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
       eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
       aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
       Neil E. McCullagh   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
       Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
       nmccullagh@spottsfain.com,
       eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
       aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
       Neil E. McCullagh   on behalf of Defendant    Techcraft Manufacturing, Inc.
       nmccullagh@spottsfain.com,
       eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
       aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
       Neil E. McCullagh   on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
       eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
       aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
       Neil E. McCullagh   on behalf of Creditor    Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
       nmccullagh@spottsfain.com,
       eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
       aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
       Neil E. McCullagh   on behalf of Defendant    United States Debt Recovery LLC
       nmccullagh@spottsfain.com,
       eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
       aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
       Neil E. McCullagh   on behalf of Creditor    Cormark, Inc. nmccullagh@spottsfain.com,
       eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
       aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
       Neil E. McCullagh   on behalf of Creditor    Cleveland Construction, Inc.
       nmccullagh@spottsfain.com,
       eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
       aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
       Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
       eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
       aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
       Neil E. McCullagh   on behalf of Attorney    Spotts Fain PC nmccullagh@spottsfain.com,
       eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
       aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
       Neil E. McCullagh   on behalf of Creditor    Scripps Networks Interactive, Inc.
       nmccullagh@spottsfain.com,
       eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
       aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
       Neil E. McCullagh   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for EPC
       Denton Gateway, LLC nmccullagh@spottsfain.com,
       eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
       aldson@spottsfain.com;hcutright@spottsfain.com;arobinson@spottsfain.com
       Nicholas W. Whittenburg   on behalf of Creditor    Cleveland Towne Center, LLC
       nwhittenburg@millermartin.com,  mcsmith@millermartin.com
       Oscar Baldwin Fears, III   on behalf of Creditor    Georgia Department of Revenue
       bfears@law.ga.gov,  jjacobs@law.ga.gov
       P. Matthew Roberts   on behalf of Creditor    Hillsborough County, FL matt@godwinjonesandprice.com
       P. Matthew Roberts   on behalf of Creditor    CDB Falcon Sunland Plaza, LP
       matt@godwinjonesandprice.com
       Patrick M. Birney   on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
       ctrivigno@rc.com
       Paul J. Pascuzzi   on behalf of Interested Party    Miami Herald ppascuzzi@ffwplaw.com
       Paul J. Pascuzzi   on behalf of Interested Party    Biloxi Sun Herald ppascuzzi@ffwplaw.com
       Paul J. Pascuzzi   on behalf of Interested Party    Merced Sun Star ppascuzzi@ffwplaw.com
       Paul J. Pascuzzi   on behalf of Interested Party    Olympian ppascuzzi@ffwplaw.com
       Paul J. Pascuzzi   on behalf of Interested Party    Fresno Bee ppascuzzi@ffwplaw.com
       Paul J. Pascuzzi   on behalf of Creditor    Wichita Eagle ppascuzzi@ffwplaw.com
       Paul J. Pascuzzi   on behalf of Creditor    Macon Telegraph ppascuzzi@ffwplaw.com
       Paul J. Pascuzzi   on behalf of Creditor    McClatchy Company ppascuzzi@ffwplaw.com
       Paul J. Pascuzzi   on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
       Paul J. Pascuzzi   on behalf of Creditor    Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
       Paul J. Pascuzzi   on behalf of Interested Party    Sacramento Bee ppascuzzi@ffwplaw.com
       Paul J. Pascuzzi   on behalf of Creditor    Island Packet ppascuzzi@ffwplaw.com
       Paul J. Pascuzzi   on behalf of Creditor    Charlotte Observer ppascuzzi@ffwplaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul J. Pascuzzi   on behalf of Interested Party   Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Columbia State pascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen   on behalf of Defendant    Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Tritronics, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Google Inc. pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Site A, LLC pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com,  jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    CC Springs, L.L.C. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    MHW Warner Robins, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Vance Baldwin, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul M. Black   on behalf of Creditor    Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley   on behalf of Creditor Jon C. Geith paul.curley@allenandallen.com,
          kim.pillsbury@allenandallen.com
          Paul McCourt Curley   on behalf of Creditor    Carrollton Arms, LLC paul.curley@allenandallen.com,
          kim.pillsbury@allenandallen.com
          Paul McCourt Curley   on behalf of Creditor Laurie   Lambert-Gaffney paul.curley@allenandallen.com,
          kim.pillsbury@allenandallen.com
          Paul Michael Schrader   on behalf of Creditor    Contra Costa Times, Inc.
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Creditor    San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Creditor    Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant    Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant    San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant    Export Development Canada
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
          Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
          Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant    Caribbean Display & Construction, Inc.
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Creditor    Contra Costs Times pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
              East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
              Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
              pschrader@fullertonlaw.com,   paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
              pschrader@fullertonlaw.com,   paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
              pschrader@fullertonlaw.com,   paul-schrader-1243@ecf.pacerpro.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98 L.L.C.; CC Ridgeland 98,
              L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.and CC Countryside 98, L.L.C.
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Pinnellas County, Florida
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Interested Party    Carmax Business Services, LLC
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Defendant    Stephen Gould Corporation
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Seminole County Florida Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Stillwater Designs and Audio, Inc.
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Torrington Tripletts, LLC
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Brevard County Florida Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Paul S. Bliley, Jr.   on behalf of Creditor    Burbank Mall Associates, LLC
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.   on behalf of Creditor    Tax Collector, Polk County, Florida
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.   on behalf of Creditor    Polk County Florida Tax Collector
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.   on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.   on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.   on behalf of Creditor    Willaims Mullen Clark and Dobbins
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.   on behalf of Creditor    Indian River County Florida Tax Collector
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paula A. Hall   on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
            hall@bwst-law.com,  marbury@bwst-law.com
           Paula S. Beran   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            pberan@tb-lawfirm.com,
            ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
            ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
            Inc. Liquidating Trust pberan@tb-lawfirm.com,
            ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
            ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
            ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
            pberan@tb-lawfirm.com,
            ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
            ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
            ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
            ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Peter Barrett   on behalf of Defendant    SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
            LOAN FUNDING, LLC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
           Peter Barrett   on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
           Peter Barrett   on behalf of Defendant    Sony Electronics Inc. peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
           Peter Barrett   on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
            peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
           Peter Barrett   on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
            peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
           Peter Barrett   on behalf of Creditor    Mayfair MDCC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
           Peter Barrett   on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
           Peter Barrett   on behalf of Defendant    Gelco Corporation, d/b/a GE Fleet Services
            peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
           Peter Barrett   on behalf of Creditor    Sony Electronics, Inc. peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
           Peter Barrett   on behalf of Creditor    Sharpe Partners, LLC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
           Peter A. Greenburg   on behalf of Defendant    Premier Resources International LLC
            pgreenburg@aol.com
           Peter A. Greenburg   on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com
           Peter C.L. Roth   on behalf of Creditor    State of New Hampshire Department of Revenue
            Administration peter.roth@doj.nh.gov
           Peter E. Strniste, Jr.   on behalf of Creditor    Schimenti Construction Company LLC
            pstrniste@rc.com,  kcooper@rc.com
           Peter G. Zemanian   on behalf of Defendant    American Broadcasting Companies, Inc. d/b/a WABC TV
            pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    WPVI Television, LLC pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Creditor    Disney Interactive Distribution, et al.
            pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    Buena Vista Home Entertainment, Inc.
            pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    ABC Holding Company, Inc., d/b/a KABC TV
            pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    JP Morgan Chase Bank, N.A. pete@zemanianlaw.com

District/off: 0422-7          User: smarshall          Page 44 of 57          Date Rcvd: Apr 11, 2017
                             Form ID: redacttr         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Peter G. Zemanian   on behalf of Defendant    KTRK Television, Inc. pete@zemanianlaw.com
            Peter G. Zemanian   on behalf of Defendant    Skullcandy, Inc. pete@zemanianlaw.com
            Peter G. Zemanian   on behalf of Defendant    Staples Contract & Commercial, Inc.
             pete@zemanianlaw.com
            Peter G. Zemanian   on behalf of Defendant    WLS Television, Inc. pete@zemanianlaw.com
            Peter G. Zemanian   on behalf of Creditor     TiVo Inc. pete@zemanianlaw.com
            Peter G. Zemanian   on behalf of Defendant    KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
             pete@zemanianlaw.com
            Peter G. Zemanian   on behalf of Defendant    Argo Partners pete@zemanianlaw.com
            Peter G. Zemanian   on behalf of Defendant    Cobra Electronics Corporation pete@zemanianlaw.com
            Peter G. Zemanian   on behalf of Defendant    Disney Interactive Distribution pete@zemanianlaw.com
            Peter G. Zemanian   on behalf of Defendant    ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
            Peter G. Zemanian   on behalf of Defendant    Disney Interactive Studios, Inc. pete@zemanianlaw.com
            Peter G. Zemanian   on behalf of Defendant    Corporate Express Office Products, Inc.
             pete@zemanianlaw.com
            Peter G. Zemanian   on behalf of Defendant    The Washington Post Company pete@zemanianlaw.com
            Peter G. Zemanian   on behalf of Defendant    Bose Corporation pete@zemanianlaw.com
            Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
             pcarney@whitecase.com, hletourneau@whitecase.com
            Peter M. Pearl   on behalf of Movant    Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
             scormany@spilmanlaw.com
            Peter M. Pearl   on behalf of Creditor    PrattCenter, LLC ppearl@spilmanlaw.com,
             scormany@spilmanlaw.com
            Peter M. Pearl   on behalf of Defendant    Koch Entertainment Distribution LLC
             ppearl@sandsanderson.com,  scormany@spilmanlaw.com
            Peter M. Pearl   on behalf of Defendant    Koch International L.P. ppearl@sandsanderson.com,
             scormany@spilmanlaw.com
            Peter M. Pearl   on behalf of Creditor    Sony Pictures Home Entertainment Inc.
             ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
            Peter M. Pearl   on behalf of Creditor    Valley Corners Shopping Center, LLC
             ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
            Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
            Philip C. Baxa   on behalf of Defendant    The Insurance Company of the State of Pennsylvania
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
            Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
            Philip C. Baxa   on behalf of Creditor    JWC Loftus LLC pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
            Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
            Philip C. Baxa   on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
            Philip C. Baxa   on behalf of Creditor    Dicker-Warmington Properties pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
            Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
            Philip C. Baxa   on behalf of Defendant    Mitsubishi Electronics America, Inc.
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
            Philip C. Baxa   on behalf of Creditor  Onkyo USA Corporation pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
            Philip James Meitl   on behalf of Defendant    Gorilla Nation Media, LLC pj.meitl@bryancave.com,
             john.leininger@bryancave.com
            Philip James Meitl   on behalf of Creditor    Capmark Finance, Inc. pj.meitl@bryancave.com,
             john.leininger@bryancave.com
            Philip James Meitl   on behalf of Defendant    DBL Distributing, LLC pj.meitl@bryancave.com,
             john.leininger@bryancave.com
            R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
            Rand L. Gelber   on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com
            Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
             raypri24@hotmail.com
            Raymond William Battaglia   on behalf of Creditor    Miner Corporation rbattaglia@obht.com
            Rebecca L. Saitta   on behalf of Creditor    Bond C.C. I Delaware Business Trust
             rsaitta@wileyrein.com,  tours@wileyrein.com;khertz@wileyrein.com
            Reid Steven Whitten   on behalf of Creditor    LaSalle Bank National Association, as trustee for
             C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
            Rhett E. Petcher   on behalf of Interested Party    36 Monmouth Plaza LLC rpetcher@seyfarth.com
            Rhett E. Petcher   on behalf of Creditor    Engineered Structures, Inc. rpetcher@seyfarth.com
            Richard C. Maxwell   on behalf of Interested Party    Park National Bank rmaxwell@woodsrogers.com,
             hstewart@woodsrogers.com
            Richard C. Maxwell   on behalf of Interested Party    Wells Fargo Bank Northwest, National
             Association rmaxwell@woodsrogers.com,  hstewart@woodsrogers.com
            Richard E. Girgado   on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
             rgirgado@counsel.lacounty.gov
            Richard E. Hagerty   on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com

District/off: 0422-7          User: smarshall          Page 45 of 57          Date Rcvd: Apr 11, 2017
                             Form ID: redacttr          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Richard E. Hagerty    on behalf of Creditor Richard S. Birnbaum
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor     Southroads, L.L.C.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor     Carlyle-Cypress Tuscaloosa, LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor Michael T. Chalifoux
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor     Northcliff Residual Parcel 4 LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor     SAP Retail Inc. and Business Objects
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor     Craig-Clarksville Tennessee LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor James H. Wimmer, Jr.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor     Plantation Point Development, LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor     Wal-Mart Stores, Inc.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor     Certain Benefit Restoration Plan Claimants
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Attorney     Troutman Sanders LLP
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor     Triangle Equities Junction LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor     Cosmo-Eastgate, ltd
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Lear    on behalf of Creditor     Plaza Las Americas, Inc. richard.lear@hklaw.com,
           kimi.odonnell@hklaw.com
          Richard E. Lear    on behalf of Creditor     CapTech Ventures, Inc. richard.lear@hklaw.com,
           kimi.odonnell@hklaw.com
          Richard F. Stein    on behalf of Creditor     Internal Revenue Service
           richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson    on behalf of Creditor     Sharp Electronics Corporation
           rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com
          Richard M. Maseles    on behalf of Creditor     Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow    on behalf of Defendant     Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield    on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
           jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
           eancanfield@comcast.net
          Robert A. Canfield    on behalf of Defendant     B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
           jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
           eancanfield@comcast.net
          Robert A. Canfield    on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
           jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
           eancanfield@comcast.net
          Robert B. Hill    on behalf of Creditor     Columbia Plaza Joint Venture kgilbert@hillrainey.com,
           hillraineyign@gmail.com
          Robert B. Hill    on behalf of Creditor     Columbia Plaza Shopping Ceter Venture
           kgilbert@hillrainey.com,  hillraineyign@gmail.com
          Robert B. Hill    on behalf of Creditor Decarla  Taylor-Conyers kgilbert@hillrainey.com,
           hillraineyign@gmail.com
          Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins, ll
           Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor     Office of Attorney General, Pennsylvania Department
           of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti    on behalf of Creditor     Universal Display and Fixtures Company
           robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark    on behalf of Creditor     Douglas County, CO rclark@douglas.co.us
          Robert D. Clark    on behalf of Creditor     Treasurer of Douglas County, Colorado
           rclark@douglas.co.us

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
              L.L.C. rtepper@sabt.com,  pcoover@sabt.com
              Robert E. Scully, Jr.   on behalf of Creditor   T.D. Farrell Construction, Inc.
              rscully@stites.com,  docketclerkalex@stites.com
              Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc.
              rmoorman@moormanlaw.com,  robmoorman@comcast.net
              Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC
              Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
              rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert J.E. Edwards   on behalf of Unknown   KeyBank National Association redwards@polsinelli.com,
              tbackus@polsinelli.com
              Robert J.E. Edwards   on behalf of Creditor   U.S Bank National Association as Trustee
              redwards@polsinelli.com,  tbackus@polsinelli.com
              Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
              USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
              rminkoff@cedargladecapital.com
              Robert Kenneth Minkoff   on behalf of Creditor   Cedar Glade, LP rminkoff@cedargladecapital.com
              Robert L. LeHane   on behalf of Creditor   DDR Corp. f/k/a Developers Diversified Realty Corp.
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   The Woodmont Company rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Basser-Kaufman rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   WEC 99A-2LLC rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   General Growth Properties, Inc. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Ashkenazy Management Corp. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Philips International rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Developers Diversified Realty Corporation
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Jones Lang LaSalle Americas, Inc.
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
              Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Regency Centers, L.P. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Philips International Holding Corp.
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Benderson Development Company, LLC
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Continental Properties Company, Inc.
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert M. Marino   on behalf of Plaintiff   Ryan, Inc. f/k/a Ryan & Company, Inc.
              rmmarino@rpb-law.com,  rmmarinol@aol.com
              Robert M. Marino   on behalf of Defendant   Ryan, Inc. f/k/a Ryan & Company, Inc.
              rmmarino@rpb-law.com,  rmmarinol@aol.com
              Robert P. McIntosh   on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
              USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
              Robert R. Vieth   on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
              dhowes@ltblaw.com
              Robert R. Vieth   on behalf of Defendant   Logitech, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
              Robert R. Vieth   on behalf of Defendant   TruEffect, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
              Robert Ryland Musick   on behalf of Defendant   Booth Newspapers, Inc., d/b/a The Bay City Times,
              Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
              Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick   on behalf of Defendant   Advance Publications, Inc., d/b/a Newhouse
              Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
              bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick   on behalf of Defendant   Newark Morning Ledger Co. bmusick@t-mlaw.com,
              karnett@t-mlaw.com
              Robert Ryland Musick   on behalf of Defendant   The Times-Picayune, L.L.C. d/b/a The
              Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick   on behalf of Defendant   Northeast Ohio Marketing Network, LLC
              bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick   on behalf of Defendant   Oregonian Publishing Company LLC d/b/a The
              Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
              Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert Ryland Musick   on behalf of Defendant   The Birmingham News Company bmusick@t-mlaw.com,
           karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Advance Publications, Inc., d/b/a Newhouse
           Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   International Business Machines Corporation
           bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   The Herald Publishing Company, LLC
           bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   IBM Credit, LLC bmusick@t-mlaw.com,
           karnett@t-mlaw.com
          Robert S. Westermann   on behalf of Creditor   Old Republic Insurance Company
           rwestermann@hf-law.com, rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Panasonic Corporation of North America
           rwestermann@hf-law.com, rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Counter-Claimant   Eastman Kodak Company
           rwestermann@hf-law.com, rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Eastman Kodak Company rwestermann@hf-law.com,
           rmcburney.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   National A-1, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Galleria Plaza, Ltd. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Cyber Power Systems, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Atlantic Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Cyber Power Systems (USA), Inc.
           rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Vector Security, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Towne Square Plaza rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Fuel Creative, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   COMSYS Information Technology Services, Inc. and
           COMSYS Services, LLC rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Klaussner Furniture Industries, Inc.
           rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   The CIT Group/Commercial Services, Inc.
           rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Pop's Cosmic Counters, Inc.
           rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   Marblegate Asset Management
           rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Transferee   Marblegate Special Opportunities Master Fund LP
           rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Cameron Group Associates LLP
           rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Starlight Marketing, Ltd. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services, Inc.
           rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Taubman Auburn Hills Associates Limited
           Partnership rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   TXU Engergy Retail Company LLC
           rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Starlite/Starlight Marketing, Ltd.
           rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Eastman Kodak Company rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Venetian Casino Resort, LLC
           rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Longacre Opportunity Fund, L.P.
           rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Creditor   Harvest/HPE LP rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Fasteners For Retail, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
           rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Interested Party   Systemax, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Robert S. Westermann   on behalf of Defendant   Denver Newspaper Agency LLP
           rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Robert S. Westermann    on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
   rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services
   rwestermann@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
Robin S. Abramowitz    on behalf of Creditor    CC Merrillville Trust abramowitz@laryc.com
Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
   abramowitz@laryc.com
Robin S. Abramowitz    on behalf of Creditor    CC Colonial Trust abramowitz@laryc.com
Robin S. Abramowitz    on behalf of Creditor    CC Joliet Trust abramowitz@laryc.com
Ron C. Bingham, II    on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
   Farrell Construction, Inc. rbingham@stites.com,  dclayton@stites.com
Ronald A. Page, Jr.    on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
   rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
Ronald A. Page, Jr.    on behalf of Attorney    Ronald Page, PLC rpage@rpagelaw.com,
   rpage@ecf.inforuptcy.com
Ronald A. Page, Jr.    on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
   Management Group, Ltd. rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
Ronald A. Page, Jr.    on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
   rpage@ecf.inforuptcy.com
Ronald A. Page, Jr.    on behalf of Creditor    Miner Fleet Management Group, Ltd.
   rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
Ronald A. Page, Jr.    on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
   rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
Ronald A. Page, Jr.    on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
   rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
Ronald A. Page, Jr.    on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
   rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
   rpage@ecf.inforuptcy.com
Ronald G. Dunn    on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
   cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
Roy M. Terry, Jr.    on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
   sryan@sandsanderson.com;dbbankruptcy@gmail.com
Roy M. Terry, Jr.    on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
   sryan@sandsanderson.com;dbbankruptcy@gmail.com
Russell R. Johnson, III    on behalf of Creditor    Chalek Company LLC russ4478@aol.com
Russell R. Johnson, III    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com
Ryan C. Day    on behalf of Plaintiff    Schimenti Construction Company LLC ryan.day@leclairryan.com
S. James Wallace    on behalf of Creditor    Barnes & Powers North, LLC sjw@sjwpgh.com,
   srk@sjwpgh.com
S. James Wallace    on behalf of Creditor    Equitable Gas Company LLC sjw@sjwpgh.com,
   srk@sjwpgh.com
S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
   Company sgill@vanblk.com
Sara L. Chenetz    on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
Sarah Beckett Boehm    on behalf of Debtor    PRAHS, INC. sboehm@mcguirewoods.com,
   kcain@mcguirewoods.com
Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
   kcain@mcguirewoods.com
Sarah Beckett Boehm    on behalf of Debtor    CC Aviation, LLC sboehm@mcguirewoods.com,
   kcain@mcguirewoods.com
Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores West Coast, Inc.
   sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
Sarah Beckett Boehm    on behalf of Debtor    Circuit City Properties, LLC sboehm@mcguirewoods.com,
   kcain@mcguirewoods.com
Sarah Beckett Boehm    on behalf of Debtor    Abbott Advertising Agency, Inc.
   sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
Sarah Beckett Boehm    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
   sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
   kcain@mcguirewoods.com
Sarah Beckett Boehm    on behalf of Debtor    InterTAN, Inc. sboehm@mcguirewoods.com,
   kcain@mcguirewoods.com
Sarah Beckett Boehm    on behalf of Debtor    Ventoux International, Inc. sboehm@mcguirewoods.com,
   kcain@mcguirewoods.com
Sarah Beckett Boehm    on behalf of Debtor    Mayland MN, LLC sboehm@mcguirewoods.com,
   kcain@mcguirewoods.com
Sarah Beckett Boehm    on behalf of Debtor    Orbyx Electronics, LLC sboehm@mcguirewoods.com,
   kcain@mcguirewoods.com
Sarah Beckett Boehm    on behalf of Debtor    Patapsco Designs, Inc. sboehm@mcguirewoods.com,
   kcain@mcguirewoods.com
Sarah Beckett Boehm    on behalf of Plaintiff    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
   kcain@mcguirewoods.com
Sarah Beckett Boehm    on behalf of Defendant    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
   kcain@mcguirewoods.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sarah Beckett Boehm    on behalf of Debtor    Kinzer Technology, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    XSStuff, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Courchevel, LLC sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Sky Venture Corp. sboehm@mcguirewoods.com,
                kcain@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Purchasing Company, LLC
                sboehm@mcguirewoods.com,  kcain@mcguirewoods.com
              Satchidananda  Mims    smims21@hotmail.com
              Scott D. Fink    on behalf of Creditor    The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker    on behalf of Creditor    Ritz Motel Company sdrucker@honigman.com
              Seth A. Drucker    on behalf of Creditor    McKinley, Inc. sdrucker@honigman.com
              Shalanda N. Franklin    on behalf of Defendant    Belkin International Inc. sfranklin@vanblk.com,
                mdowns@vanblk.com
              Shalanda N. Franklin    on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
                sfranklin@vanblk.com,  mdowns@vanblk.com
              Shawn M. Christianson    on behalf of Creditor    Oracle USA, Inc. schristianson@buchalter.com,
                cmcintire@buchalter.com
              Sheila G. de la Cruz    on behalf of Creditor    TFL Enterprise, LLC sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Kaz, Inc. sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Starco, Inc. sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    RTS Marketing, Inc. sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Howland Commons Partnership, an Ohio gen
                partnership dba Howland Commons sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Huntington Mall Company sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Spring Hill Development Partners, GP
                sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
                Mall sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Horizon Technology, LLC sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Basile Limited Liability Company
                sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    United States Debt Recovery, LLC
                sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
                sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
                sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
                sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
                sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
                sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
                rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila L. Shadmand    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
              Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
                stan.salus@akerman.com,
                crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
                jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
                smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Stephan William Milo   on behalf of Interested Party   General Electric Company's Consumer &
    Industrial Division smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Defendant   The Decal Source Inc. smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Defendant   Universal Remote Control, Inc. smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Defendant   Terracon Consultants, Inc. smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Creditor   THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Creditor   THF St. Clairsville Development, L.P.
    smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Creditor   THF Chesterfield Two Development, L.L.C.
    smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Defendant   Bissell Homecare, Inc., aka Bissell Homecare Inc.,
    smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Creditor   THF Clarksburg Development One, Limited Liability
    Company smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Interested Party   THF Harrisonburg Crossing, L.L.C.
    smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Creditor   Z-Line Designs, Inc. smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Defendant   ZT Group International, Inc. dba ZT Systems, Inc.
    smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Defendant   Hardsoft Solutions, Inc. d/b/a Micro Product
    Distributors, Inc. smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Creditor   THF ONC Development, L.L.C. smilo@wawlaw.com,
    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephanie N. Gilbert   on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com
Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership
    smetz@shulmanrogers.com,  tlockwood@shulmanrogers.com
Stephen E. Leach   on behalf of Creditor   Bush Industries, Inc. sleach@hf-law.com,
    ndysart@hf-law.com;kburgers@hf-law.com
Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc.
    sleach@hf-law.com,  ndysart@hf-law.com;kburgers@hf-law.com
Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue
    Murphys@dor.state.ma.us
Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC
    sgallagher@venable.com,  cowenby@venable.com;lrheitger@venable.com
Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
Steven H. Greenfeld   on behalf of Creditor   PR Christiana LLC steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   PRGL Paxton LP steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Red Rose Commons Associates, L.P.
    steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Marple XYZ Associates steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Park Side Realty LP steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Goodmill LLC steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   PREIT SERVICES, LLC steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Pep Boys - Manny, Moe & Jack
    steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   THE GOLDENBERG GROUP steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Boulevard North, LP steveng@cohenbaldinger.com
Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
Steven L. Brown   on behalf of Creditor   Walter E. Hartman & Sally J. Hartman, as Trustee of the
    Hartman 1995 Ohio Property brown@wolriv.com
Steven L. Brown   on behalf of Defendant   The Dispatch Printing Company, d/b/a Columbus Dispatch
    brown@wolriv.com
Steven L. Brown   on behalf of Defendant   Construct, Inc. brown@wolriv.com
Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
Steven L. Brown   on behalf of Creditor   The Columbus Dispatch brown@wolriv.com
Steven L. Brown   on behalf of Creditor   Construct, Inc. brown@wolriv.com
Tara B. Annweiler   on behalf of Creditor   American National Insurance Company
    tannweiler@greerherz.com
Tara L. Elgie   on behalf of Defendant   Fujikon Industrial Co. Ltd. telgie@hunton.com
Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc.
    thadwilson@kslaw.com,  pwhite@kslaw.com
Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
    tmurphy@dclawfirm.com,
    rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
    dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
               Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
               thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    Nielsen Business Media Inc.
               thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com,
               alexis.makell@hklaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Bell Microproducts, Inc. mckee@gtlaw.com,
               smedsa@gtlaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Avnet, Inc. mckee@gtlaw.com,  smedsa@gtlaw.com
          Thomas Joseph Moran    on behalf of Defendant    Safeco Insurance Company of America
               tmoran@setliffholland.com,  wcabell@setliffholland.com
          Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
               tomjam2003@yahoo.com
          Thomas Neal Jamerson    on behalf of Interested Party    Parker Central Plaza Ltd
               tjamerson@hunton.com,  tomjam2003@yahoo.com
          Thomas Ryan Lynch    on behalf of Defendant    Griffin Technology tlynch@babc.com
          Thomas W. Repczynski    on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
               tboyd@offitkurman.com
          Thomas W. Repczynski    on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
               tboyd@offitkurman.com
          Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc.
               trepczynski@offitkurman.com,  tboyd@offitkurman.com
          Thomas W. Repczynski    on behalf of Creditor    Tutwiler Properties, LTD
               trepczynski@offitkurman.com,  tboyd@offitkurman.com
          Thomas W. Repczynski    on behalf of Defendant    Graphic Communications Holdings, Inc.
               trepczynski@offitkurman.com,  tboyd@offitkurman.com
          Tiffany Strelow Cobb    on behalf of Creditor    Platform-A Inc. tscobb@vorys.com,
               bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    Advertising.com Inc. tscobb@vorys.com,
               bjtobin@vorys.com
          Timothy Francis Brown    on behalf of Interested Party    F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin    on behalf of Creditor    Alameda County Treasurer tboykin@vanblk.com,
               croyes@vanblk.com
          Tracey Michelle Ohm    on behalf of Defendant    Targus, Inc. tracey.ohm@stinson.com,
               porsche.barnes@stinson.com
          Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc. tracey.ohm@stinson.com,
               porsche.barnes@stinson.com
          Troy  Savenko    on behalf of Creditor    Slam Brands, Inc. tsavenko@kv-legal.com
          Troy  Savenko    on behalf of Movant    PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko    on behalf of Creditor    Archos, Inc. tsavenko@kv-legal.com
          Troy  Savenko    on behalf of Creditor    Liberty Mutual Insurance Company tsavenko@kv-legal.com
          Troy  Savenko    on behalf of Creditor    PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko    on behalf of Defendant    A.J. Padelford & Son, Inc. tsavenko@kv-legal.com
          Troy  Savenko    on behalf of Defendant    Morris Publishing Group, LLC dba The Florida Times-Union
               tsavenko@kv-legal.com
          Troy  Savenko    on behalf of Defendant    Morris Communications Company, LLC; Morris
               Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
               Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com
          Troy  Savenko    on behalf of Interested Party    Liquid Asset Partners, LLC tsavenko@kv-legal.com
          Troy  Savenko    on behalf of Defendant    PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko    on behalf of Creditor    Safeco Insurance Company of America tsavenko@kv-legal.com
          Troy  Savenko    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly
               situated tsavenko@kv-legal.com
          Troy  Savenko    on behalf of Creditor    AmREIT, a Texas Real Estate Investment Trust
               tsavenko@kv-legal.com
          Tyson Alynn Johnson    on behalf of Creditor    Berkadia Commercial Mortgage LLC
               tyson.johnson@bryancave.com
          Tyson Alynn Johnson    on behalf of Creditor    Capmark Finance, Inc. tyson.johnson@bryancave.com
          Valerie P. Morrison    on behalf of Creditor    Daly City Partners I, L.P
               val.morrison@nelsonmullins.com,  kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison    on behalf of Creditor    Infogain Corporation val.morrison@nelsonmullins.com,
               kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison    on behalf of Creditor    Envision Peripherals, Inc.
               val.morrison@nelsonmullins.com,  kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison    on behalf of Creditor    Daly City Partners I, L.P.
               val.morrison@nelsonmullins.com,  kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison    on behalf of Creditor    Lexar Media, Inc. val.morrison@nelsonmullins.com,
               kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Victoria A. Reardon    on behalf of Creditor    State of Michigan, Department of Treasury
               reardonv@michigan.gov,  jacksonst@michigan.gov
          Victoria D. Garry    on behalf of Creditor    Ohio Department of Taxation
               victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry    on behalf of Creditor    Ohio Bureau of Workers' Compensation
               victoria.garry@ohioattorneygeneral.gov

District/off: 0422-7        User: smarshall         Page 52 of 57        Date Rcvd: Apr 11, 2017
                           Form ID: redacttr        Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
               victoria.garry@ohioattorneygeneral.gov
              Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
               walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
              Wanda Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
              Wanda Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
               LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
               and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
              Wanda Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
               ecfcases@borgeslawllc.com
              Wanda Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
              Wanda Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
               jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
               Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
              Wanda Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wanda Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
              Wanda Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wendy Michele Roenker   on behalf of Creditor Treasurer   City of Chesapeake
               wroenker@cityofchesapeake.net
              William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
               wheuer@duanemorris.com
              William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
               wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
               wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
              William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
               Courier aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
              William A. Burnett   on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Vonage Holdings, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   American National Insurance Company
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Vonage Marketing Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Golf Galaxy, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   CC Countryside 98, LLC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Hayward 880,LLC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Westlake Limited Partnership
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   SBLM Architects PC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   Contrarian Funds, L.L.C.
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
               TV aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   ION Audio, LLC aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   LumiSource, Inc. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Tax Collector, Polk County, Florida
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   CC Countryside 98 L.L.C. aburnett@williamsmullen.com,
               ddillon@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Burnett    on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    SouthPeak Interactive LLC
             aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    SouthPeak Interactive, LLC
             aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CarMax, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Eon Communications Corporation
             aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Cyber Acoustics aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods, Inc.
             aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Plaintiff    Carmax Auto Superstores, Inc.
             aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods Inc.
             aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Burbank Mall Associates, LLC
             aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
             GMAC Global Relocation Services, LLC aburnett@williamsmullen.com,    ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Save Mart Supermarkets aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
          William A. Gray    on behalf of Creditor    Alexander's Rego Park Center, Inc.
             bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Creditor    Ray Mucci's Inc. bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Creditor    Snell Acoustics, Inc. bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Creditor    PrattCenter, LLC bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Creditor    Premier Contracting, Inc. bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Defendant    The Procter & Gamble Company and The Procter & Gamble
             Distribution Company, LLC bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Creditor    Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Creditor    Gateway Woodside, Inc. bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray    on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
             sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Intertech Security of Maryland, LLC
                bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Interested Party Paul   Schaapman bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Movant   Colonial Heights Holdings, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Lee County, Mississippi Tax Collector
                bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Interstate Augusta Properties LLC
                bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Coby Electronics Corporation bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant    Monument Consulting, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
                bgray@sandsanderson.com,   sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    Metra Electronics Corporation bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
              William A. Gray   on behalf of Creditor    DeSoto County, Mississippi bgray@sandsanderson.com,
                sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

District/off: 0422-7          User: smarshall          Page 55 of 57          Date Rcvd: Apr 11, 2017
                             Form ID: redacttr         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BBP-Muncy LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-OH LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Towson VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   North Plainfield VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
            Partnership bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   McCorkendale Construction bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
            of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-NY LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   A.D.D. Holdings, L.P. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   DEV Limited Partnership bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Amherst VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   T. J. Maxx of CA, LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Midwest Block & Brick, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   East Brunswick VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Chatham County, GA Tax Commissioner
            bgray@sandsanderson.com,  sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
            sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com

District/off: 0422-7          User: smarshall          Page 56 of 57          Date Rcvd: Apr 11, 2017
                             Form ID: redacttr         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Creditor   Valley Corners Shopping Center, LLC
           bgray@sandsanderson.com,  sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
           sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Fourstar International Trading Company
           bgray@sandsanderson.com,  sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
           sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-SC LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Sensormatic Electronic Corporation
           bgray@sandsanderson.com,  sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Monument Consulting, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Construction Testing and Engineering, Inc.
           bgray@sandsanderson.com,  sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
           sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   BPP-Redding LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Baker Natick Promenade LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Wayne VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
           sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Star Universal, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC
           bgray@sandsanderson.com,  sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   The Oklahoma Publishing Company
           bgray@sandsanderson.com,  sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   E&A Northeast Limited Partnership
           bgray@sandsanderson.com,  sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Defendant   Fourstar Group Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor   Denon Electronics bgray@sandsanderson.com,
           sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Gray   on behalf of Creditor Irynne V. MacKay bgray@sandsanderson.com,
           sryan@sandsanderson.com:ksmith@sandsanderson.com:dbbankruptcy@gmail.com
          William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
           Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
           trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor   Prince George's Station Retail, LLC
           bill.crenshaw@akerman.com,  deborah.coleman@akerman.com
          William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@akerman.com,
           deborah.coleman@akerman.com
          William C. Crenshaw   on behalf of Professional   Akerman Senterfitt bill.crenshaw@akerman.com,
           deborah.coleman@akerman.com
          William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
           wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
           Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com,
           jseay@t-mlaw.com
          William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan   on behalf of Defendant   Pioneer Electronics (USA) Inc.
           dsullivan@butzeltp.com
          William H. Schwarzschild, III   on behalf of Creditor   MRV Wanamaker, LC
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Hotan Corporation
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Datel Design & Development, Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   National Western Life Insurance Company
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   J&J Industries, Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dick's Sporting Goods, Inc.
           tschwarz@williamsmullen.com

District/off: 0422-7          User: smarshall          Page 57 of 57          Date Rcvd: Apr 11, 2017
                             Form ID: redacttr         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William H. Schwarzschild, III    on behalf of Defendant    Merrill Communications LLC
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Miami-Dade County Tax Collector
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Vonage Marketing Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dollar Tree Stores, Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Evening Post Publishing Company, dba The
              Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    LumiSource, Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    State Board of Equalization
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    SouthPeak Interactive, LLC
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Nancy    Booth jcharboneau@mglspc.com,
              aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
              aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Charles    Booth jcharboneau@mglspc.com,
              aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    Placer California jcharboneau@mglspc.com,
              aford@mglspc.com
          Zmarak Khan    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
              zmarak.khan@dlapiper.com
                                                                                         TOTAL: 2212