**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc., *et al.* | Case No. 08-35653 |
| Debtors. | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that TSA STORES INC. (the "Claimant"), a creditor in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors (the "Debtors"), directs the Debtors, the Debtors in Possession, and/or the liquidating trustee, and any representatives thereof (including the claims and distribution agent(s) appointed in the Chapter 11 Cases) (collectively, the "Debtor Parties"), to change its address for the purposes of administering its Claim Nos. 6586 and 12561, as listed on the Debtors' schedules or on proofs of claim filed in the Chapter 11 Cases (collectively, the "Claims"), and hereby requests that service of any pleadings, notices, correspondence, and distributions relating to the Claims be sent to the New Address set forth below, effective as of the date hereof. The Claimant hereby instructs the Debtor Parties that no further changes of address or instruction of any kind with respect to the Claims or any distribution or payment thereon shall be accepted by the Debtor Parties without the express written consent of Liquidity Solutions, Inc. at the new address listed below.

| **Former Address** | **New Address** |
|---|---|
| TSA Stores, Inc.<br>1050 W Hampden Avenue<br>Englewood, CO 80110 | TSA Stores, Inc.<br>c/o Liquidity Solutions, Inc.<br>One University Plaza, Suite 312<br>Hackensack, NJ 07601 |

I declare that the foregoing is true and correct.

TSA Stores, Inc.

By: _____
Name: Douglas Garrett
Title: General Counsel and
Chairman of the Wind-Down Committee
Date: 4/13/2017