IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc. et al.,<br><br>(the "Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 7631**
**Allowed Claim Amount: $69,711.25**

    Please take notice that WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

    Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

        WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership
        c/o Contrarian Funds, LLC
        411 West Putnam Avenue-Suite 425
        Greenwich, CT 06830
        Email: lreddock@contrariancapital.com
        Phone: 203-862-8261

    IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the __ day of April, 2017.

        **WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership**, a Delaware limited partnership

        By: WBCMT 2005-C21 South Ocean Gate Avenue GP, LLC, a Delaware limited liability company, its general partner

        By: LNR Partners California Manager, LLC, a California limited liability company, as successor by statutory conversion to LNR Partners California Manager, Inc., its manager

        By: _____

        Name:   Steven D. Ferreira
               Vice President
        Title: _____

US 125567017v4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc. et al., | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**Claim Number: 12356**
**Allowed Claim Amount: $1,864,939.00**

Please take notice that WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership ("Claimant") is the holder of the above referenced Claim Number in the above referenced Allowed Claim Amount against Circuit City Stores, Inc. ("Debtor"), in the above referenced bankruptcy proceedings.

Effective immediately, all further notices and all payments, remittances or distributions of money, proceeds or property in respect of the above-referenced Claim, shall be delivered or made to the following new address:

> WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership
> c/o Contrarian Funds, LLC
> 411 West Putnam Avenue-Suite 425
> Greenwich, CT 06830
> Email: lreddock@contrariancapital.com
> Phone: 203-862-8261

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Change of Address by its duly authorized representative dated the ___ day of April, 2017.

> **WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership**, a Delaware limited partnership
>
> By: WBCMT 2005-C21 South Ocean Gate Avenue GP, LLC, a Delaware limited liability company, its general partner
>
> By: LNR Partners California Manager, LLC, a California limited liability company, as successor by statutory conversion to LNR Partners California Manager, Inc., its manager
>
> By: _____
>
> Name:  Steven D. Ferreira
> Title:  Vice President

2