Jeffrey N. Pomerantz, Esq. (pro hac vice)
Andrew W. Caine, Esq. (pro hac vice)
Beth Levine, Esq. (pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING LIQUIDATING TRUST'S TWENTIETH AND
FORTIETH OMNIBUS OBJECTIONS TO CLAIM NUMBER 12085**
(Claimant – Federal Realty Investment Trust t/a Troy Hills
Shopping Center Parsippany NJ)

THIS MATTER having come before the Court[1] on the Liquidating Trust's (1) Twentieth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims), (2) Fortieth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims-Mitigation (collectively, the "Objections") and (3) Notice of Substantive Hearing ("Notice of Substantive Hearing") that requested, among other

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objections.

1

things, that claim number 12085 be reduced and allowed as a general unsecured claim in the amount of $1,395,522.65, with all other amounts disallowed; and it appearing that due and proper notice and service of the Objections and Notice of Substantive Hearing and the hearing (the "Hearing") as set forth therein was good and sufficient, and that no other further notice or service of the Objections or the Hearing need be given; and it appearing that the relief requested in the Objections and at the Hearing is in the best interest of the Liquidating Trust, the Debtors' estates, creditors, and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.     The Objections are GRANTED as provided herein.

2.     Claim number 12085 is hereby reduced and allowed as a general unsecured claim in the amount of $1,395,522.65.

3.     All other amounts sought by Claim number 12085 are hereby disallowed for all purposes in these cases.

4.     The Liquidating Trust shall serve a copy of this Order on the claimants as served by the Notice of Substantive Hearing.

5.     This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Apr 26 2017
Richmond, Virginia

/s/ Kevin R. Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:4/26/17

2

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Paula S. Beran*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:   804-783-0178
Email:   ltavenner@tb-lawfirm.com
          pberan@tb-lawfirm.com
          dtabakin@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz, Esq. (admitted pro hac vice)
Andrew W. Caine, Esq. (admitted pro hac vice)
Beth Levine, Esq (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
          acaine@pszjlaw.com
          blevine@ pszjlaw.com

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Paula S. Beran*
Paula S. Beran

3

<u>Service of Entered Order</u>:

Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Federal Realty Investment Trust ta Troy
Hills Shopping Center Parsippany NJ
c/o David Pollack, Esq.
Ballard Spahr Andrews & Ingersoll LLP
1735 Market St 51st Fl
Philadelphia, PA 19103

4