Jeffrey N. Pomerantz, Esq. (pro hac vice)
Andrew W. Caine, Esq. (pro hac vice)
Beth Levine, Esq. (pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING LIQUIDATING TRUST'S FIFTEENTH AND
FORTY-SECOND OMNIBUS OBJECTIONS TO CLAIM NUMBER 1898
(Claimant – UBS Realty Investors LLC Agent for Wayside
Commons Investors LLC t/a Wayside Commons Burlington MA)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's (1) Fifteenth

Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims,

Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,

Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and

Disallowance of Certain Amended Claims), (2) Forty-Second Omnibus Objection to Landlord

Claims (Reduction of Certain Partially Invalid Claims-Mitigation) (collectively, the "Objections"),

and (3) the Notice of Substantive Hearing ("Notice of Substantive Hearing") that requested, among

_____

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objections.

1

other things, that claim number 1898 be reduced and allowed as an general unsecured claim in the

amount of $211,712.87, with all other amounts disallowed; and it appearing that due and proper

notice and service of the Objections and Notice of Substantive Hearing and the hearing (the

"Hearing") as set forth therein was good and sufficient and that no other further notice or service

of the Objections or the Hearing need be given; and it appearing that the relief requested in the

Objections and at the Hearing is in the best interest of the Liquidating Trust, the Debtors' estates,

creditors, and other parties-in-interest; and after due deliberation thereon, good and sufficient cause

exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.     The Objections are GRANTED as provided herein.

2.     Claim number 1898 is hereby reduced and allowed as a general unsecured claim in

the amount of $211,712.87.

3.     All other amounts sought by Claim number 1898 are hereby disallowed for all

purposes in these cases.

4.     The Liquidating Trust shall serve a copy of this Order on the claimants as served by

the Notice of Substantive Hearing.

5.     This Court shall retain jurisdiction to hear and determine all matters arising from or

relating to this Order.

/s/ Kevin R. Huennekens

Dated:  Apr 26 2017
Richmond, Virginia

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:4/26/17

2

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Paula S. Beran*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
         pberan@tb-lawfirm.com
         dtabakin@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz, Esq. (admitted pro hac vice)
Andrew W. Caine, Esq. (admitted pro hac vice)
Beth Levine, Esq (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
         acaine@pszjlaw.com
         blevine@ pszjlaw.com

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Paula S. Beran*
Paula S. Beran

<u>Service of Entered Order</u>:

Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219

UBS Realty Investors LLC agent for
Wayside Commons Investors LLC ta
Wayside Commons Burlington MA
c/o David L Pollack, Esq.
Ballard Spahr Andrews & Ingersoll LLP
1735 Market St 51st Fl
Philadelphia, PA 19103