Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
Andrew W. Caine, Esq. (admitted *pro hac vice*)
Beth Levine, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING**
**(Liquidating Trust's First and Fifteenth Omnibus Objection to Claim Number 14363)**
**(Claimant – Capmark Finance, Inc.)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. *et al.* (collectively, the "Debtors") **will seek to have the Court reduce and allow claim number 14363 as an administrative claim in the amount of $365,401.65, with all other amounts disallowed.** Claim 14363 is further identified in the *Liquidating Trustee's First Omnibus Objection to Claims* **and in the** *Liquidating Trustee's Fifteenth Omnibus Objection to Claims* **(the "Claim Objections") [Docket Nos. 10024 and 10053]. The relief sought as identified herein is based upon information received from you in response to the Claim Objections and/or the Debtors' books and records.**

1

Claim Number 14363 asserts administrative expenses in connection with multiple properties. The chart below sets out, by property, the amount claimed and the Trust's reconciled amount, resulting in the total allowed amount of the claim:

| Property Location No. | Location Description | Claimed Amount | Claim Priority | Trust Reconciled Amount |
|---|---|---|---|---|
| 414 | Laguna Hills, CA | $91,494.80 | A | $43,802.88 |
| 862 | W Palm Beach, FL | $127,339.15 | A | $39,748.10 |
| 891 | Clearwater, FL | $79,335.48 | A | $77,263.61 |
| 1615 | Athens, GA | $24,655.27 | A | $19,735.04 |
| 1616 | Anderson, SC | $49,094.46 | A | $48,265.23 |
| 3139 | Ridgedale, MN | ($1,717.65) | A | ($10,179.50) |
| 3147 | Vestal, NY | $103,389.86 | A | ($24,635.56) |
| 3171 | Crystal Lake, IL | $434.00 | A | $13,703.95 |
| 3206 | Lafayette, LA | ($1,367.88) | A | ($10,498.07) |
| 3318 | Lynnwood, WA | $15,294.47 | A | $14,777.81 |
| 3613 | Westland, MI | $40,727.12 | A | ($45,924.54) |
| 3618 | Wilkins, PA | $75,621.91 | A | $42,139.70 |
| 3629 | Boardman, OH | $56,552.43 | A | $52,457.67 |
| 3631 | Flint, MI | $24,254.02 | A | ($85,317.42) |
| 3633 | Kentwood, MI | $77,947.10 | A | $30,507.71 |
| 3654 | Appleton, WI | $49,933.45 | A | $0.00 |
| 3700 | Cortlandt, NY | $123,830.94 | A | $56,615.96 |
| 4126 | Countryside, IL | $16,718.53 | A | $16,718.51 |
| 9101 | Richmond, VA | $86,220.59 | A | $86,220.59 |
| misc fees | n/a | $80,609.88 | A | $0.00 |
| | Totals | $1,120,367.93 | | **$365,401.65** |

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **June 7, 2017 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) and the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence, if necessary, on <u>June 7, 2017 at 2:00 p.m.</u>, seeking to have the Court reduce and allow Claim 14363 in the amount of $365,401.65, with all other amounts disallowed.**

PLEASE TAKE FURTHER NOTICE THAT, if you do not want the Court to grant the relief described herein, **<u>you must (1) on or before June 2, 2017, file a (A) notice of your intent to attend the hearing and (B) summary of the position you will advocate at the hearing with the Court at:</u>**

>Clerk of the Bankruptcy Court
>United States Bankruptcy Court
>701 East Broad Street - Room 4000
>Richmond, Virginia 23219

**and (2) attend the hearing on <u>June 7, 2017 at 2:00 p.m.</u>**

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:  May 18, 2017

>*/s/ Paula S. Beran*
>Lynn L. Tavenner, Esq. (VA Bar No. 30083)
>Paula S. Beran, Esq. (VA Bar No. 34679)
>David N. Tabakin, Esq. (VA Bar No. 82709)
>TAVENNER & BERAN, PLC
>20 North Eighth Street, 2nd Floor
>Richmond, Virginia  23219
>Telephone:  804-783-8300
>Facsimile:  804-783-0178
>Email:  ltavenner@tb-lawfirm.com
>           pberan@tb-lawfirm.com
>           dtabakin@tb-lawfirm.com
>-and-
>
>Andrew W. Caine, Esq. (admitted *pro hac vice*)
>PACHULSKI STANG ZIEHL & JONES LLP
>10100 Santa Monica Blvd., 13th Floor
>Los Angeles, California  90067-4100
>Telephone: 805-123-4567
>Facsimile:  310/201-0760
>E-mail:  acaine@pszjlaw.com
>
>*Counsel for the Circuit City Stores, Inc.*
>*Liquidating Trust*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on May 18, 2017 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Capmark Finance Inc
c/o Philip J. Meitl, Esq.
Bryan Cave LLP
1155 F. Street NW, Suite 700
Washington DC 20004

James Bird, Esq.
Robert Edwards, Esq.
Polsinelli PC
900 W. 48th Place
Suite 900
Kansas City, MO 64112

Mr. Robert Records
8115 Preston Road, Suite 00
Dallas, TX  75225

                                              */s/ Paula S. Beran*
                                                Paula S. Beran (VA Bar No. 34679)