Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
Andrew W. Caine, Esq. (admitted *pro hac vice*)
Beth Levine, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING
(Liquidating Trust's Twentieth Objection to Claim Number 13449)
(Claimant – Colonial Square Associates)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. *et al.* (collectively, the "Debtors") **will seek to have the Court expunge claim number 13449. Claim 13449 is further identified in the *Liquidating Trustee's Twentieth Omnibus Objection to Claims* (the "Claim Objection") [Docket No. 10072]. The relief sought as identified herein is based upon information received from you in response to the Claim Objection and/or the Debtors' books and records.**

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **June 7, 2017 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) and the undersigned will appear before The Honorable Kevin R.

1

Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence, if necessary, on June 7, 2017 at 2:00 p.m., seeking to have the Court expunge claim number 13449.**

PLEASE TAKE FURTHER NOTICE THAT if you do not want the Court to grant the relief described herein, **you must (1) on or before June 2, 2017, file a (A) notice of your intent to attend the hearing and (B) summary of the position you will advocate at the hearing with the Court at:**

>Clerk of the Bankruptcy Court
>United States Bankruptcy Court
>701 East Broad Street - Room 4000
>Richmond, Virginia 23219

**and (2) attend the hearing on June 7, 2017 at 2:00 p.m.**

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:  May 18, 2017

        */s/ Paula S. Beran*
        Lynn L. Tavenner, Esq. (VA Bar No. 30083)
        Paula S. Beran, Esq. (VA Bar No. 34679)
        David N. Tabakin, Esq. (VA Bar No. 82709)
        TAVENNER & BERAN, PLC
        20 North Eighth Street, 2nd Floor
        Richmond, Virginia  23219
        Telephone:  804-783-8300
        Facsimile:  804-783-0178
        Email:  ltavenner@tb-lawfirm.com
                pberan@tb-lawfirm.com
                dtabakin@tb-lawfirm.com
-and-

        Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
        Andrew W. Caine, Esq. (admitted *pro hac vice*)
        PACHULSKI STANG ZIEHL & JONES LLP
        10100 Santa Monica Blvd.
        11th Floor
        Los Angeles, California  90067-4100
        Telephone: 805-123-4567
        Facsimile:  310/201-0760
        E-mail: jpomerantz@pszjlaw.com
               acaine@pszjlaw.com

        *Counsel for the Circuit City Stores, Inc.*
        *Liquidating Trust*

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on May 18, 2017 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Colonial Square Associates
Attn James S Carr Esq
Robert L LeHane Esq
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178

Robert Lehane, Esq.
Dana Kane, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

                */s/ Paula S. Beran*
                Paula S. Beran (VA Bar No. 34679)