UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Collective Media, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Circuit City Stores, Inc. Liquidating Trust (the "Trust") and counsel to the Trust (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and/or claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim number 5763, be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| Collective Media | Collective Media |
| 250 Hudson Street, 4th Floor | c/o Cedar Glade Capital, LLC |
| New York, NY  10013 | 767 Fifth Avenue, 19th Floor |
| Attn: Ms. Gabrielle Troya | New York, NY  10153 |
| | Attn: Robert K. Minkoff, President |

I declare under penalty of perjury that the foregoing is true and correct.

COLLECTIVE MEDIA

By: _____ Ian Connett, Esq., Legal Director

Date: 4/20/17