Jeffrey N. Pomerantz, Esq. (pro hac vice)
Andrew W. Caine, Esq. (pro hac vice)
Beth Levine, Esq. (pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING LIQUIDATING TRUST'S TWENTY-EIGHTH
### OMNIBUS OBJECTION TO CLAIM NUMBER 12807
### (Claimant – WRI Pembroke LTD)

THIS MATTER having come before the Court[1] on the Liquidating Trust's Twenty-Eighth Omnibus Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), and Notice of Substantive Hearing ("Notice of Substantive Hearing") that requested, among other things, that claim number 12807 be expunged; and it appearing that due and proper notice and service of the Objections and Notice of Substantive Hearing and the hearing (the "Hearing") as set forth therein was good and sufficient and that no other further notice or service of the Objection or the Hearing need be given; and it appearing that the relief requested in the Objection and at the Hearing is in the best interest of the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

1

Liquidating Trust, the Debtors' estates, creditors, and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Objection is GRANTED as provided herein.

2. Claim number 12807 is hereby disallowed in its entirety for all purposes in these cases.

3. The Liquidating Trust shall serve a copy of this Order on the claimant as served by the Notice of Substantive Hearing.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Jun 23 2017
Richmond, Virginia

/s/ Kevin R Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Entered on Docket: 6/23/17

TAVENNER & BERAN, PLC

/s/ Paula S. Beran
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:   804-783-0178
Email:   ltavenner@tb-lawfirm.com
           pberan@tb-lawfirm.com
           dtabakin@tb-lawfirm.com

-and-

2

Jeffrey N. Pomerantz, Esq. (admitted pro hac vice)
Andrew W. Caine, Esq. (admitted pro hac vice)
Beth Levine, Esq (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
　　　　　acaine@pszjlaw.com
　　　　　blevine@ pszjlaw.com

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

### **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

　　　　　　　　　　　　　　　　　*/s/ Paula S. Beran*
　　　　　　　　　　　　　　　　　Paula S. Beran

3

Service List of Entered Order:

Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219

WRI Pembroke LTD
Attn Jenny J Hyun, Esq
c/o Weingarten Realty Investors
2600 Citadel Plz Dr Ste 125
Houston, TX 77008

Robert Lehane, Esq.
Dana Kane, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

4