# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBERS:
## 12331
## 13351

**PLEASE TAKE NOTICE** that **KB Columbus I-CC LLC**, a creditor in the above-referenced bankruptcy proceeding, directs the Liquidating Trustee and its counsel (including the claims and distribution agent appointed in these cases) to change it address for the purposes of administering the above-referenced claims (as listed in the Debtors' claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

| Old Address | New Address for Notices and Payments |
|---|---|
| KB Columbus I-CC LLC<br>c/o Seaport V LLC<br>360 Madison Avenue<br>22nd Floor<br>New York, NY 10017 | KB Columbus-I CC LLC<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza Suite 2100<br>San Francisco, CA 94111<br>Attention: Michael Linn |

I declare under penalty of perjury that the foregoing is true and correct

**KB COLUMBUS I-CC LLC**
By: SEAPORT V LLC, under limited power of attorney

By: _____
Name: Michael Meagher
Title: Authorized Signatory
Date: 6/28/17

11