# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF INTENT TO DESTROY ALL REMAINING OBSOLETE HARD-COPY DOCUMENTS OF THE DEBTORS HELD IN STORAGE, INCLUDING MISCELLANEOUS LEGAL FILES, CORPORATE RECORDS, HUMAN RESOURCES, AND STORE SUPPORT CENTER DOCUMENTS**

DEADLINE TO OBJECT/RESPOND TO NOTICE: **JULY 19, 2017, 5:00 PM (Eastern)**

     THIS NOTICE IS BEING PROVIDED PURSUANT TO AN ORDER APPROVING PROCEDURES AUTHORIZING DESTRUCTION OF OBSOLETE BUSINESS RECORDS PURSUANT TO 11 U.S.C. §§554 AND BANKRUPTCY RULE 6007, SIGNED BY THE COURT ON APRIL 29, 2009 ("COURT ORDER"). YOU MUST ADHERE TO THE TERMS OF THIS NOTICE AND THE COURT ORDER IN ORDER TO PROTECT YOUR RIGHTS. IF YOU OPPOSE THIS NOTICE OF INTENT TO DESTROY THE OBSOLETE BUSINESS RECORDS (DESCRIBED BELOW), YOU MUST FOLLOW THE PROCEDURES DESCRIBED. PLEASE READ THE FOLLOWING PROCEDURES CAREFULLY.

     The Trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust") shall authorize the destruction of the obsolete hard-copy business records described below pursuant to the procedures approved by the Court Order. Please note that the objection and other procedures set forth herein have previously been approved by the Court pursuant to the Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

| | |
|---|---|
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Lynn L. Tavenner (VA Bar No. 30083) |
| Andrew W. Caine (CA Bar No. 110345) | Paula S. Beran (VA Bar No. 34679) |
| Pachulski Stang Ziehl & Jones LLP | Tavenner & Beran, PLC |
| 10100 Santa Monica Boulevard, 13th Floor | 20 North Eighth Street, 2nd Floor |
| Los Angeles, CA 90067-4100 | Richmond, VA 23219 |
| Telephone: (310) 277-6910 | Telephone: (804) 783-8300 |
| Telecopy: (310) 201-0760 | Telecopy: (804) 783-0178 |

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

DOCS_LA:269516.1 12304-003

Order, and therefore, any objections that you may have as to these procedures themselves shall not be considered, and shall not be deemed an objection to the proposed destruction of obsolete business records.

| 1. Storage facilities at which the obsolete records are located: | <u>Recall</u>, 1790 Ruffin Mill Road, Building D, Colonial Heights, VA 23834<br><br><u>Entrust</u>, 1600 Rhoadmiller Street, Richmond, VA 23220 |
|---|---|
| 2. Obsolete Business Records on Premises to Be Destroyed by the Trust: | All remaining hard-copy records of the Debtors, including but not limited to human resources, payroll, store, field locations, loss prevention, store support center (accounting, payables, receivables, audit, reporting, tax, supply chain, procurement, etc), and miscellaneous legal files located in boxes at the facilities listed in item 1 above.<br><br><u>Note</u>: The hard-copy documents to be destroyed include, but are not limited to, the documents made available for inspection to defendants in the *In re Optical Disk Drive Antitrust Litigation* pending in the U.S. District Court for the Northern District of California. The Trustee made these records available during the now-concluded fact discovery period (which closed December 9, 2016), but no defendant in the litigation chose to review, inspect, or copy any of the hard-copy documents. |

Objection Procedures:

- If you object to the destruction of obsolete business records as described above, you **MUST** serve on counsel for the Liquidating Trustee and the other parties listed below (the "Notice Parties") and file with the Clerk of the Bankruptcy Court, 701 E. Broad Street, Suite 4000, Richmond, VA 23219, a written objection to this Notice. Pursuant to Bankruptcy Rule 6007(a), all objections must be filed with the Bankruptcy Court and be <u>received</u> by the Notice Parties by **July 19, 2017, at 5:00 p.m. (Eastern Time)** ("Objection Deadline").

- If an objection is not timely and properly filed and served in accordance with the preceding paragraph, the destruction of obsolete business records shall be effective without further notice, hearing, or order of the Bankruptcy Court. If an objection is timely and properly served and filed, the Court will schedule a hearing to consider this Notice and the objection.

Parties Upon Whom this Notice is Served:

(i) the United States Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219-1888, Attn. Robert B. Van Arsdale;

     (ii)    counsel for the Liquidating Trustee, Pachulski, Stang, Ziehl & Jones, LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067, Attn: Andrew Caine; Tavenner & Beran PLC, 20 North 8th Street, Richmond, VA 23219, Attn: Paula S. Beran, Lynn L. Tavenner;

     (iii)    the Core Group, as defined in the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rule 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (the "Case Management Order");

     (iv)    the 2002 List, as defined in the Case Management Order;

     (v)    the Consumer Privacy Ombudsman appointed to the Debtors' bankruptcy case, Lucy L. Thomson, 915 North Quaker Lane, Alexandria, VA 22302; and

     (vi)    the attorneys for (a) Old Republic Insurance Company, (b) Safeco Insurance Company of America, (c) the Commonwealth of Virginia Department of Taxation, and (d) all defendants in the Trust's antitrust litigation matters concerning Optical Disk Drives and Lithium Ion Batteries (all address information will be included on certification to be filed with this Court upon completion of same).

Dated: July 5, 2017        TAVENNER & BERAN, P.L.C.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

-and-

Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
E-mail: acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*