Jeffrey N. Pomerantz, Esq. – pro hac vice
Andrew W. Caine, Esq. – pro hac vice
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Robert J. Feinstein, Esq. - pro hac vice
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 19, 2017 AT 2:00 P.M. (EASTERN)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on July 19, 2017 beginning at 2:00 p.m. Eastern.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

1.     Status Conference in Adversary case 17-03042. Alfred H. Siegel, Trustee of the Circuit
       City Stores, Inc. Liquidating Trust v. Safeco Insurance Company of America

       Status:          The Parties will provide the Court with a status update on this
                        Adversary Proceeding.

2.     Notice of Hearing *Liquidating Trust's First and Fifteenth Omnibus Objection to Claim
       Number 14363 (Claimant Capmark Finance, Inc.)* (Re: related document(s) [10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection
       to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of
       Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing
       scheduled for 6/7/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
       Rm. 5000, Richmond, Virginia. (Beran, Paula) (Docket No. 14078)

       Related Documents:

              a.      Hearing continued on Claim #14363 of Campmark Finance, Inc. (Re: related
                      document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc.
                      Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc.
                      Liquidating Trust) Hearing scheduled for 7/19/2017 at 02:00 PM at Judge
                      Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
                      Andrew Caine for Trustee. (Oliver, Betty) (Entered: 06/07/2017)

       Objection
       Deadline:        May 31, 2017

       Objections/       Statement */ Notice of Intent to Attend Hearing* (Re: related
       Responses         document(s) [14078] Notice of Hearing filed by Circuit City Stores,
       Filed:            Inc. Liquidating Trust) filed by Robert J.E. Edwards of Polsinelli PC
                        on behalf of KeyBank National Association, U.S Bank National
                        Association as Trustee. (Edwards, Robert) (Docket No. 14082)

       Status:          This matter has been settled; the parties will request entry of an agreed
                        order in the amount of $759,100.58 as an administrative claim.

3.     Notice and Objection to Claim Liquidating Trust's First Omnibus Objection to Landlord
       Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
       Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain
       of Late Filed Claims, Disallowance of Certain Amended Claims and Disallowance of
       Certain Invalid Claims) (Docket No. 10024)

       Related Documents:

              a.      Notice of Withdrawal of Reference Notice of Withdrawal of Docket No. 1138
                      and Claim No. 13098 (Re: related document(s) 1138 Motion to Compel filed
                      by Watercress Associates, LP, LLP dba Pearlridge Center, Starpoint Property
                      Management, LLC, RD Bloomfield Associates Limited Partnership, Acadia

Realty Limited Partnership, Tourboullin Co., Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a Florida Limited Partnership, Sparkleberry Two Notch, LLC) filed by Jennifer McLain McLemore of Christian & Barton, LLP on behalf of Acadia Realty Limited Partnership, Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, RD Bloomfield Associates Limited Partnership, Rancon Realty Fund IV, Sparkleberry Two Notch, LLC, Starpoint Property Management, LLC, Tourboullin Co., UnCommon, Ltd., a Florida Limited Partnership, Watercress Associates, LP, LLP dba Pearlridge Center. (McLemore, Jennifer) (Docket No. 10162)

b.    Amended Notice of Withdrawal of Docket No. 1138 and Claim No. 13098 (Docket No. 10164)

c.    Order Sustaining Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) [10024] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10770)

d.    Second Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, & disallowance of certain amended claims) (Re: related document(s) [10770] No action taken on Order Re: Objection) (Docket No. 10958)

e.    Amended Order (To Reflect Appropriate Exhibits) Second Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, & disallowance of certain amended claims (Re: related document(s) 10958 Supplemental Order) (Docket No. 10980)

f.    Second Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 10771 No action taken on Order Re: Objection) (Docket No. 10981)

g.   Continued For Status Hearing As To Claimants On Exhibit B Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline; Sustained Or Withdrawn As To Certain Others As Set Out In Open Court (Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

h.   Third Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s) 10958 Supplemental Order, 10980 Amended Order) (Docket No. 11288)

i.   Continued for status hearing as to claimants on exhibit b filing responses and as to those claimants with whom the trustee has agreed to extend the response deadline; sustained or withdrawn as to certain others as set out in open court (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11377)

j.   Fourth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s) [11288] Amended Order) (Docket No. 11483)

k.   Liquidating Trust's Objections To Claims Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline; Sustained, Settled Or Withdrawn As To Certain Others As Set Out In Open Court (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

l.   Fifth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) [11483] Amended Order) (Docket No. 11681)

m.  Liquidating Trust's Omnibus Objections To Claims Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline; Sustained Or Settled As To Certain Others As Set Out In Open Court (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

n.  Sixth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) [11681] Supplemental Order) (Docket No. 11813)

o.  Liquidating Trust's Omnibus Objections To Claims Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline(Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee. (Docket No. 11960)

p.  Seventh Order Regarding Liquidating Trust's First Omnibus Objection to Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s) [11813] Supplemental Order) (Docket No. 11995)

q.  Liquidating Trust's Omnibus Objections To Claims--Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline; Orders to be submitted as to those Settled or Resolved (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

r.  Eighth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, and disallowance of certain amended claims) (Re: related document(s) [11995] Amended Order). (Docket No. 12288)

s.    Liquidating Trust's Omnibus Objections To Claims--Unless Otherwise Noted, Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline; (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12521)

t.    NINTH Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims and disallowance of certain amended claims) (Re: related document(s) [12288] Supplemental Order) (Docket No. 12552)

u.    Liquidating Trust's Omnibus Objections To Claims--Unless Otherwise Noted In Open Court, Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

v.    TENTH Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s) [12552] Supplemental Order) (Docket No. 12744)

w.    Eleventh Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) [12744] Supplemental Order) (Docket No. 12830)

x.    Liquidating Trust's Omnibus Objections To Claims--Unless Otherwise Noted In Open Court, Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

y.    Liquidating Trust's Omnibus Objections To Claims Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

z.    Twelfth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, Disallowance of certain misclassified claims, disallowance of certain invalid claims, Disallowance of certain late filed claims and disallowance of certain amended claims) (Re: related document(s) [12830] Supplemental Order) (Docket No. 12970)

aa.    Liquidating Trust's Omnibus Objections To Claims--Unless Otherwise Noted In Open Court, Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

bb.    Continued Hearing As To Liquidating Trust's Omnibus Objections To Claims - Unless Otherwise Noted In Open Court; Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline Hearing continued; (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

cc.    Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

dd.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled

for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

ee.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

ff.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13324)

gg.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

hh.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ii.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections)as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

jj.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

kk.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ll.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty)

mm.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

nn.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

oo.   Hearing held; All claim objections RESOLVED (Re: related document(s) [3703] Objection to Claim filed by Circuit City Stores, Inc., [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Paula Beran for Trustee. (Oliver, Betty)

pp.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/16/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

qq.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/17/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

rr.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ss.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/8/2016 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

tt.     Hearing Rescheduled; (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/16/2016 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty)

uu.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 7/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin for Trustee. (Oliver, Betty)

vv.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s)10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/17/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin for Trustee. (Oliver, Betty) Modified on 6/16/2016 to correct hearing date. (Oliver, Betty).

ww.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/20/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty)

xx.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/14/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Paula Beran and Andrew Caine, telephonically, for Trustee. (Oliver, Betty) (Entered: 10/20/2016)

yy.     Continued for Status Hearing as to Unresolved Claims not previously set for substantive hearing (Liquidating Trust's Omnibus Objections) (Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/14/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty) (Entered: 12/14/2016)

zz.   Continued for Status Hearing as to Unresolved Claims; (Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores) Hearing scheduled for 4/5/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty) (Entered: 02/14/2017) (Docket No. 14011)

aaa.  Hearing continued as to unresolved claims; (Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, Hearing scheduled for 6/7/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin for Trustee. (Oliver, Betty) (Docket No. 14058)

bbb.  Hearing continued as to unresolved claims; (Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust Hearing scheduled for 7/19/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin. (Oliver, Betty) (Entered: 06/07/2017) (Docket No. 14095)

| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
|---|---|
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | This matter has been settled; the parties will request entry of an agreed order in the amount of $759,100.58 as an administrative claim. |

4.   Notice and Objection to Claim - Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims) (Docket No. 10053)

Related Documents:

a.   Order Sustaining Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims (Re: related document(s) [10053] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10779)

b.   Second Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims,

disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s) [10779] No action taken on Order Re: Objection) (Docket No. 10962)

c.    Third Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) 10962 Supplemental Order) (Docket No. 11295)

d.    CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11377)

e.    Fourth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) [11295] Supplemental Order) (Docket No. 11482)

f.    LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

g.    Fifth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) [11482] Amended Order) (Docket No. 11680)

h.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING

RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

i.    Sixth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) [11680] Supplemental Order) (Docket No. 11819)

j.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee. (Docket No. 11960)

k.    Seventh Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) [11819] Supplemental Order) (Docket No. 12002)

l.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS-- CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

m.    EIGHTH Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) [12002] Amended Order) (Docket No. 12331)

n.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12523)

o.    NINTH Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) [12331] Supplemental Order) (Docket No. 12548)

p.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

q.    Tenth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims) (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12718)

r.    Eleventh Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) [12718] Order Directing) (Docket No. 12823)

s.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled

14

for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

t.        Liquidating Trust's Omnibus Objections To Claims Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

u.        Twelfth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) [12823] Supplemental Order) (Docket No. 12978)

v.        Liquidating Trust's Omnibus Objections To Claims--Unless Otherwise Noted In Open Court, Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

w.        Thirteenth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims (Reduction of certain partially invalid claims, Reclassification of certain misclassified claims, Disallowance of certain invalid claims, Disallowance of certain late-filed claims, Disallowance of certain duplicate claims and Disallowance of certain amended claims) (Re: related document(s) [12978] Supplemental Order) (Docket No. 13040)

x.        Continued Hearing As To Liquidating Trust's Omnibus Objections To Claims - Unless Otherwise Noted In Open Court; Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline Hearing continued; (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

y.        Fourteenth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late-Filed Claims, Disallowance of

Certain Duplicate Claims and Disallowance of Certain Amended Claims) (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 13137)

z.      Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

aa.      Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

bb.      Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13324)

cc.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

dd.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ee.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s) [10053] Objection to Claim filed by Circuit

16

City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ff.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

gg.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

hh.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty)

ii.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

jj.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

kk.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/16/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ll.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/17/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

mm.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10053] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

nn.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/8/2016 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

oo.   Hearing Rescheduled; (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/16/2016 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty)

pp.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 7/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin for Trustee. (Oliver, Betty)

qq.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/17/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin for Trustee. (Oliver, Betty) Modified on 6/16/2016 to correct hearing date. (Oliver, Betty).

rr.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/20/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty)

ss.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/14/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Paula Beran and Andrew Caine, telephonically, for Trustee. (Oliver, Betty) (Entered: 10/20/2016)

tt.   Notice of Hearing (Liquidating Trusts Fifteenth and Forty-Third Omnibus Objections to Claim Numbers 9721 and 12911) (Claimants Bank of America/Capmark and WEC-96 D Appleton 2 Investment Trust) (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 12/14/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) (Entered: 11/23/2016) (Docket No. 13955)

uu.    Notice of Hearing (Liquidating Trusts Fifteenth and Fourth Omnibus Objections to Claim Numbers 9899 and 12152) (Claimant Bank of America/Capmark) (Re: related document(s)10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 12/14/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) (Entered: 11/23/2016) (Docket No. 13956)

vv.    Notice of Hearing (Liquidating Trusts Fifteenth and Sixty-Fourth Omnibus Objections to Claim Numbers 9488 and 9647) (Claimant Bank of America/Capmark and WEC-96 D Niles Investment Trust) (Re: related document(s) 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 12/14/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) (Entered: 11/23/2016) (Docket No. 13958)

ww.    Notice of Hearing (Liquidating Trusts Fifteenth, Thirty-Ninth and Sixty-Fourth Omnibus Objections to Claim Numbers 9441 and 13440) (Claimant Wells Fargo and Bond Circuit I Delaware Business Trust (Benderson)) (Re: related document(s) 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 12/14/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) (Entered: 11/23/2016) (Docket No. 13960)

xx.    Notice of Hearing (Liquidating Trusts Fifteenth, Forty-Third, and Sixty-Fourth Omnibus Objections to Claim Numbers 8796, 12765 and 15019) (Claimant Bond CC IV DBT) (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.

Liquidating Trust. Hearing scheduled for 12/14/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) (Entered: 11/23/2016) (Docket No. 13961)

yy.     Notice of Hearing (Liquidating Trusts Fifteenth and Seventeenth Omnibus Objections to Claim Numbers 9450 and 13426) (Claimants Wells Fargo and Bond Circuit VI Delaware Business Trust (Benderson)) (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 12/14/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) (Entered: 11/23/2016) (Docket No. 13962)

zz.     Hearing held; Claim No. 9721 allowed as a general unsecured claim in the amount of $938,617.92; Claim No. 12911 expunged as duplicative (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearances: Andrew Caine for Trustee; Robert J.E. Edwards for KeyBank National Association, U.S Bank National Association as Trustee. (Oliver, Betty) (Entered: 12/14/2016) (Docket No. 13972)

aaa.    Hearing held; Claim No. 9899 expunged as duplicative of Claim No. 12152; Claim No. 12152 reduced to a general unsecured claim in the amount of $50,000 (Re: related document(s)10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee. (Oliver, Betty) (Entered: 12/14/2016) (Docket No. 13973)

bbb.    Hearing held; Objection to Claims 9488 and 9647 Resolved (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee. (Oliver, Betty) (Entered: 12/14/2016) (Docket No. 13975)

ccc.    Hearing continued as to Claim Nos. 9441 and 13440 (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 1/18/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Trustee. (Oliver, Betty) (Entered: 12/14/2016) (Docket No. 13977)

ddd.    Hearing held; Claim No. 8796 expunged as superseded by Claim Nos. 12765 and 15019; Claim No. 12765 expunged as superseded by Claim No. 15019,

reduced and allowed as a general unsecured claim in the amount of $1,609,285.31 (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee; Robert J.E. Edwards for KeyBank National Association, U.S Bank National Association as Trustee. (Oliver, Betty) (Entered: 12/14/2016) (Docket No. 13978)

eee.   Hearing continued as to Claim Nos. 9450 and 13426; (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 1/18/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Trustee. (Oliver, Betty) (Entered: 12/14/2016) (Docket No. 13979)

fff.   Continued for Status Hearing as to Unresolved Claims not previously set for substantive hearing (Liquidating Trust's Omnibus Objections) (Re: related document(s) 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/14/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty) (Entered: 12/14/2016)

ggg.   Hearing held as to Claim Nos. 9441 and 13440; Resolved (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee. (Oliver, Betty) (Entered: 01/18/2017) (Docket No. 13994)

hhh.   Hearing held as to Claim Nos. 9450 and 13426; resolved (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee. (Oliver, Betty) (Entered: 01/18/2017) (Docket No. 13995)

iii.   Order Granting Liquidating Trust's Fifteenth and Forty-Third Omnibus Objections to Claim Numbers 9721 and 12911 (Claimants-KeyBank N.A./U.S. Bank N.A. and WEC-96 D Appleton 2 Investment Trust (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Luedecke, Tammy) (Entered: 01/27/2017) (Docket No. 14000)

jjj.   Order Granting Liquidating Trust's Fifteenth, Forty-Third, and Sixty-Fourth Omnibus Objections to Claim Numbers 8796, 12765 and 15019 (Claimant-

Bond CC IV DBT) (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Luedecke, Tammy) (Entered: 01/27/2017) (Docket No. 14001)

kkk.   Order Granting Liquidating Trust's Fifteenth and Fourth Omnibus Objections to Claim Numbers 9899 and 12152 (Claimant-Bank of America/Capmark) (Re: related document(s)10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Luedecke, Tammy) (Entered: 02/02/2017) (Docket No. 14004)

lll.   Continued for Status Hearing as to Unresolved Claims (Re: related document(s) 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/5/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty) (Entered: 02/14/2017) (Docket No. 14011)

mmm.   Order Granting Liquidating Trust's Fifteenth Omnibus Objections to Claim Number 8777 (Claimant-44 North Properties LLC) (Re: related document(s) 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Luedecke, Tammy) (Entered: 02/24/2017) (Docket No. 14015)

nnn.   Notice of Hearing (Liquidating Trust's Fifteenth and Forty-Second Omnibus Objections to Claim Number 1898) (Claimant UBS Realty Investors LLC Agent for Wayside Commons Investors LLC t/a Wayside Commons Burlington MA) (Re: related document(s)10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 4/5/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) (Entered: 03/14/2017) (ECF No. 14026)

ooo.   Notice of Hearing (Liquidating Trust's Fifteenth and Sixty-Fourth Omnibus Objections to Claim Numbers 9734 and 9413) (Claimants Bank of America, N.A., successor by merger to LaSalle Bank N.A. (f/k/a LaSalle National Bank), as Trustee for the Registered Holders of GMACCM Mortgage Pass-Through Certificates, Series 1997-C1 and CC Independence, LLC) (Re: related document(s) 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 4/5/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,

Rm. 5000, Richmond, Virginia. (Beran, Paula) (Entered: 03/14/2017) (ECF No. 14030)

ppp.   Notice of Hearing (Liquidating Trust's Fifteenth, Thirty-Ninth, Forty-Third, and Sixty-Fourth Omnibus Objections to Claim Numbers 9707 and 9407) (Claimants Bank of America, N.A., successor by merger to LaSalle Bank N.A. (f/k/a LaSalle National Bank), as Trustee for the Registered Holders of GMACCM Mortgage Pass-Through Certificates, Series 1997-C1 and CC Lafayette, LLC) (Re: related document(s) 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 12446 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 4/5/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) (Entered: 03/14/2017) (ECF No. 14031)

qqq.   Hearing continued as to unresolved claims; (Re: related document(s) 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, Hearing scheduled for 6/7/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin for Trustee. (Oliver, Betty) (Docket No. 14058)

rrr.   Hearing continued as to unresolved claims; (Re: related document(s) 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, Hearing scheduled for 7/16/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin for Trustee. (Oliver, Betty) (Docket No. 14058)

sss.   Hearing continued as to unresolved claims; (Re: related document(s) 10053 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 7/19/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin. (Oliver, Betty) (Entered: 06/07/2017) (Docket No. 14095)

| | |
|---|---|
| Objection Deadline: | July 9, 2017 at 2:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | This matter has been settled; the parties will request entry of an agreed order in the amount of $759,100.58 as an administrative claim. |

TAVENNER & BERAN, PLC

/s/ Paula S. Beran
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*

**EXHIBIT B[1]**

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 1 | Capmark Finance, Inc. | 14363 | 10407 10508 10497 | This matter has been settled; the parties will request entry of an agreed order in the amount of $759,100.58 as an administrative claim. |
| | | | | |
| 6 | Old Republic Insurance Company | 7368 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 7369 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 7370 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 7372 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 7373 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |

---

[1] For all matters noted herein that are being adjourned or have been resolved, the respondent does not need to appear at the July 19, 2017 hearing.

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 7374 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 7375 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 7377 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 7378 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 7379 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 7380 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 7381 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 7382 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 7383 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 7384 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 7385 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 13899 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 13901 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 14089 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 14090 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 14091 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 14094 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 14144 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 14214 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 14215 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 14350 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 14368 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 14369 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| 6 | Old Republic Insurance Company | 14370 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **6** | Old Republic Insurance Company | 14371 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **6** | Old Republic Insurance Company | 14373 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **6** | Old Republic Insurance Company | 14374 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **15** | Capmark Finance, Inc. | 14363 | 10507 | This matter has been settled; the parties will request entry of an agreed order in the amount of $759,100.58 as an administrative claim. |
| **23** | Old Republic Insurance Company | 7368 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **23** | Old Republic Insurance Company | 7369 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **23** | Old Republic Insurance Company | 7370 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **23** | Old Republic Insurance Company | 7372 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **23** | Old Republic Insurance Company | 7373 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **23** | Old Republic Insurance Company | 7374 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **23** | Old Republic Insurance Company | 7375 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **23** | Old Republic Insurance Company | 7377 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **23** | Old Republic Insurance Company | 7378 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **23** | Old Republic Insurance Company | 7379 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **23** | Old Republic Insurance Company | 7380 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **23** | Old Republic Insurance Company | 7381 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **23** | Old Republic Insurance Company | 7382 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **23** | Old Republic Insurance Company | 7383 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **23** | Old Republic Insurance Company | 7384 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |
| **23** | Old Republic Insurance Company | 7385 | | Status hearing on objection adjourned to August 16, 2017 at 2:00 p.m. with opposition due August 9, 2017. |