**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| **CIRCUIT CITY STORES, INC.,** ) | **Chapter 11** |
| ) | **Case No. 08-035653-KRH** |
| **Debtor.** ) | |
| _____ ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that attorney Amy P. Williams of Troutman Sanders LLP, who was formerly associated with K&L Gates LLP, hereby withdraws her appearance as counsel of record for the following creditors:

1. Cobb Corners II, Limited Partnership
   The Tricor Companies
   Attn: Marc L. Hagle
   100 East Sybelia Avenue
   Suite 120
   Maitland, FL 32751

2. DIM Vastgoed, N.V.
   Attn: Aaron Kitlowski
   410 Park Ave., Suite 1220
   New York, NY 10022

3. Encinitas PFA, LLC
   Attn: Daniel K. Aladjem
   3304 Rittenhouse St., NW
   Washington, DC 20015

4. Pratt Center, LLC
   Collett & Associates
   Attn: Mr. Charles E. Ellis, Jr.
   1111 Metropolitan Avenue
   Suite 700
   Charlotte, NC 28204

5. UTC I, LLC
   Collett & Associates
   Attn: Mr. Charles E. Ellis, Jr.
   1111 Metropolitan Avenue

Suite 700
Charlotte, NC 28204

6. Valley Corners Shopping Center, LLC
   Collett & Associates
   Attn: Mr. Charles E. Ellis, Jr.
   1111 Metropolitan Avenue
   Suite 700
   Charlotte, NC 28204

As I am no longer associated with K&L Gates, K&L Gates also withdraws its appearance as to the above creditors. All further correspondence should be directed to the creditors at the above addresses.

Respectfully submitted this __19th__ day of July, 2017.

/s/ Amy Pritchard Williams
Amy Pritchard Williams
North Carolina State Bar No. 19233
TROUTMAN SANDERS LLP
301 S. College St.
34th Floor
Charlotte, North Carolina 28202
Telephone: (704) 998-4102
Facsimile: (704) 998-4051