IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc., et al.,

("Debtors")

Chapter 11

Case No. 08-35653

Jointly Administered

**Allowed Claim #: 3236**
**Allowed Claim Amount: $31,660.91**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that _____ a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

OGLETREE DEAKINS NASH ET AL
PO BOX 89
COLUMBIA, SC 29202

**New Address**

OGLETREE DEAKINS NASH ET AL
C/O VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Dated: 7/25/2017

Respectfully submitted,

By: Chris Holderman
Title: Chief Financial Officer