IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**ORDER RESOLVING LIMITED OBJECTION OF SAFECO INSURANCE COMPANY OF AMERICA TO TRUSTEE'S NOTICE OF INTENT TO DESTROY ALL REMAINING OBSOLETE HARD-COPY DOCUMENTS OF THE DEBTORS HELD IN STORAGE, INCLUDING MISCELLANEOUS LEGAL FILES, CORPORATE RECORDS, HUMAN RESOURCES, AND STORE SUPPORT CENTER DOCUMENTS**

This matter is before the Court on Safeco Insurance Company of America's ("Safeco") Limited Objection (dkt. 14110) to the Notice of Intent to Destroy All Remaining Obsolete Hard-Copy Documents of the Debtors Held in Storage, Including Miscellaneous Legal Files, Corporate Records, Human Resources, and Store Support Center Documents (dkt. 14105) (the "Notice") filed by the Trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Trustee").  The Court being sufficiently advised, and the Trustee and Safeco being in agreement;

IT IS HEREBY ORDERED that the Trustee may proceed with destroying documents as set forth in the Notice; however, the Trustee shall specifically refrain from destroying all documents pertaining to (1) Safeco's obligations under any of the surety bonds (the "bonds") listed in the Trustee's First Amended Complaint in the adversary proceeding styled *Alfred H. Siegel, solely as Trustee of the Circuit City Stores, Inc. Liquidating Trust, v. Safeco Ins. Co. of Am. (In re: Circuit City Stores, Inc.)*, No. 17-03042-KLP (dkt. 39), and (2) actual or potential claims which the debtors or Trustee have received or may receive from obligees on the bonds and/or third-party claimants against the bonds.

Aug 8 2017

Entered: _____, 2017

BY THE COURT

/s/ Kevin R Huennekens
_____
U.S. BANKRUPTCY JUDGE

Entered on Docket:8/8/17

We ask for this:

| | |
|---|---|
| SAFECO INSURANCE COMPANY<br>OF AMERICA | TAVENNER & BERAN, PLC |
| /s/ Thomas J. Moran<br>Richard T. Pledger (VSB No. 28102)<br>Thomas J. Moran (VSB No. 71296)<br>SETLIFF & HOLLAND, PC<br>4940 Dominion Boulevard<br>Glen Allen, VA 23060<br>Telephone: (804) 733-1260<br>Facsimile:  (804) 377-1280 | /s/ Lynn L. Tavenner (by permission granted via email dated July 28, 2017)<br>Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>(804) 783-8300 |
| -and- | - and – |
| Michael A. Stover (by *Pro Hac Vice*)<br>WRIGHT, CONSTABLE & SKEEN, LLP<br>Seven Saint Paul Street<br>18th Floor<br>Baltimore, MD 21202<br>Telephone: 410-659-1300<br>Facsimile:  410-659-1350 | PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>(310) 277-6910<br><br>*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust* |