Jeffrey N. Pomerantz, Esq. – pro hac vice
Andrew W. Caine, Esq. – pro hac vice
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Robert J. Feinstein, Esq. - pro hac vice
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON AUGUST 16, 2017 AT 2:00 P.M. (EASTERN)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on August 16, 2017 beginning at 2:00 p.m. Eastern.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

1.      Motion to Approve *(Motion Of The Liquidating Trustee For Entry Of An Order Further Extending Term Of Liquidating Trust)* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Tavenner, Lynn) (Docket No. 14098)

Related Documents:

   a.    Notice of Motion and Notice of Hearing (Re: related document(s) [14098] Motion to Approve filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 8/16/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Tavenner, Lynn) (Docket No. 14099)

   b.    Affidavit of Service (Re: related document(s)14098 Motion to Approve filed by Circuit City Stores, Inc. Liquidating Trust, 14099 Notice of Motion and Notice of Hearing filed by Circuit City Stores, Inc. Liquidating Trust) filed by David N. Tabakin of Tavenner & Beran PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Tabakin, David) (Entered: 07/07/2017) (Docket No. 14106)

   Objection
   Deadline:      August 9, 2017

   Objections/
   Responses
   Filed:         None

   Status:        The Liquidating Trust will request that the Court grant the Motion.


2.      Notice and Objection to Claim of Commonwealth of Virginia Department of Taxation Liquidating Trust's Objection to Claim Nos. 12898 And 14636 Filed By The Commonwealth Of Virginia Department Of Taxation (Docket No. 10070)

Related Documents:

   a.    Continued for Status Hearing (Re: related document(s) 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11146)

   b.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge

Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 11376)

c.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11638)

d.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11776)

e.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11959)

f.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12271)

g.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12520)

h.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12659)

i.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12794)

j.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 AM at Judge

Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paul Beran for Trustee. (Docket No. 12917)

k.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13014)

l.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13095)

m.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13151)

n.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Paula Beran for Trustee. (Docket No. 13204)

o.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13289)

p.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13322)

q.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections)Hearing continued; (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

r.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at

Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty)

s.    Continued for Status Hearing as to Unresolved Claims(Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

t.    Continued for Status Hearing as to Unresolved Claims(Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

u.    Continued for Status Hearing as to Unresolved Claims(Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

v.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

w.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

x.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/16/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

y.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/8/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

z.    Hearing Rescheduled; (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for

6/16/2016 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty)

aa.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/17/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. David Tabakin for Trustee. (Oliver, Betty)

bb.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/20/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

cc.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections) (Re: related document(s) 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/14/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Paula Beran, Andrew Caine, telephonically, for Trustee. (Oliver, Betty) (Entered: 10/20/2016)

dd.    Hearing continued as to Claim Nos. 12898 and 14636; (Re: related document(s) 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 1/18/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty) (Entered: 12/14/2016)

ee.    Hearing continued as to Claim Nos. 12898 and 14636; (Re: related document(s) 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/14/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Trustee. (Oliver, Betty) (Entered: 01/18/2017)

ff.    Continued as to Unresolved Claims (Tax Claims) (Re: related document(s) 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/5/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty) (Entered: 02/14/2017) (Docket No. 14010)

gg.    Hearing Continued as to Unresolved Tax Claims; (Re: related document(s)10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/7/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Trustee. (Oliver, Betty)

hh. Hearing Continued as to Unresolved Tax Claims; (Re: related document(s) 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/16/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Trustee. (Oliver, Betty)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | Reply, Response to, Objection (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Mark K. Ames of Taxing Authority Consulting Services PC on behalf of Commonwealth of Virginia, Department of Taxation. (Docket No. 10134) |
| Status: | A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing. During the status hearing the Trust will advise the Court that the status hearing will be adjourned to September 20, 2017 at 2:00 p.m. |

3. Notice and Objection to Claim - Sixth Omnibus Objection to Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims) (Docket No. 10043)

Related Documents:

a. Notice and Objection to Claim - Liquidating Trusts Sixth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims) Hearing scheduled 4/14/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.(Beran, Paula) Modified on 2/28/2011 to correct docket text (Docket No. 10044)

b. Order Sustaining Liquidating Trust's Sixth Omnibus Objection To Claims (disallowance of certain invalid unliquidated claims and fixing of certain unliquidated claims) (Re: related document(s) 10043 & 10044 filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10862)

c. Second Order Regarding Liquidating Trust's Sixth Omnibus Objection To Claims (disallowance of certain invalid unliquidated claims and fixing of certain unliquidated claims) (Re: related document(s) 10862 No action taken on Order Re: Objection) (Docket No. 10982)

d.      Continued For Status Hearing As To Claimants On Exhibit B Filing
        Responses And As To Those Claimants With Whom The Trustee Has Agreed
        To Extend The Response Deadline; Sustained Or Withdrawn As To Certain
        Others As Set Out In Open Court(Re: Related Document(S) 10043 Objection
        To Claim Filed By Circuit City Stores, Inc. Liquidating Trust) Hearing
        Scheduled 10/19/2011 At 02:00 Pm At Judge Huennekens' Courtroom, 701 E.
        Broad St., Rm. 5000, Richmond, Virginia. P. Beran For Liquidating Trust.
        (Docket No. 11147)

e.      Continued For Status Hearing As To Claimants On Exhibit B Filing
        Responses And As To Those Claimants With Whom The Trustee Has Agreed
        To Extend The Response Deadline; Sustained Or Withdrawn As To Certain
        Others As Set Out In Open Court (Re: related document(s) [10043] Objection
        to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
        scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
        Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No.
        11377)

f.      Liquidating Trust's Objections To Claims Continued For Status Hearing As
        To Claimants Filing Responses And As To Those Claimants With Whom The
        Trustee Has Agreed To Extend The Response Deadline; Sustained, Settled Or
        Withdrawn As To Certain Others As Set Out In Open Court (Re: related
        document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Beran for Liquidating Trustee. (Docket No. 11640)

g.      Liquidating Trust's Omnibus Objections To Claims Continued For Status
        Hearing As To Claimants Filing Responses And As To Those Claimants With
        Whom The Trustee Has Agreed To Extend The Response Deadline; Sustained
        Or Settled As To Certain Others As Set Out In Open Court (Re: related
        document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Beran for Liquidating Trustee. (Docket No. 11778)

h.      Liquidating Trust's Omnibus Objections To Claims Continued For Status
        Hearing As To Claimants Filing Responses And As To Those Claimants With
        Whom The Trustee Has Agreed To Extend The Response Deadline (Re:
        related document(s) [10043] Objection to Claim filed by Circuit City Stores,
        Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Bean for Trustee. (Docket No. 11960)

i.      Liquidating Trust's Omnibus Objections To Claims--Continued For Status
        Hearing As To Claimants Filing Responses And As To Those Claimants With
        Whom The Trustee Has Agreed To Extend The Response Deadline; Orders to

be submitted as to those Settled or Resolved (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

j.      Continued For Status Hearing As To Those Not Sustained, Withdrawn, Or That Remain Unresolved; (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12522)

k.      Third Order Regarding Liquidating Trust's Sixth Omnibus Objection To Claims (disallowance of certain invalid unliquidated claims and fixing of certain unliquidated claims) (Re: related document(s) [10982] Supplemental Order) (Docket No. 12592)

l.      Liquidating Trust's Omnibus Objections To Claims--Unless Otherwise Noted in open Court, Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

m.      Liquidating Trust's Omnibus Objections To Claims--Unless Otherwise Noted in open Court, Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

n.      Liquidating Trust's Omnibus Objections To Claims Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

o.      Liquidating Trust's Omnibus Objections To Claims--Unless Otherwise Noted in open Court, Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)

Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner
for Trustee. (Docket No. 13015)

p.    Continued Hearing As To Liquidating Trust's Omnibus Objections To Claims
- Unless Otherwise Noted in Open Court; Continued For Status Hearing As
To Claimants Filing Responses And As To Those Claimants With Whom The
Trustee Has Agreed To Extend The Response Deadline Hearing continued;
(Re: related document(s) [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13097)

q.    Continued Hearing as to Liquidating Trust's Omnibus Objections to
Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for
Status Hearing as to Claimants Filing Responses and as to Those Claimants
With Whom the Trustee Has Agreed to Extend the Response Deadline (Re:
related document(s) [10043] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Paula Beran for Trustee. (Docket No. 13153)

r.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agreed to
Extend the Response Deadline; (Re: related document(s) 10043 Objection to
Claim filed by Circuit City Stores, Inc. Liquidating) Hearing scheduled for
4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)
(Entered: 02/20/2014) (Docket No. 13291)

s.    Status Hearing continued as to Unresolved Claims; as to Claimants Filing
Responses and as to Those Claimants With Whom the Trustee Has Agreed to
Extend the Response Deadline; (Re: related document(s) [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No.
13324)

t.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
Omnibus Objections) - as to Claimants Filing Responses and as to Those
Claimants With Whom the Trustee Has Agreed to Extend the Response
Deadline; (Re: related document(s) [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

10

u.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections)as to Claimants Filing Responses and as to Those
        Claimants With Whom the Trustee Has Agreed to Extend the Response
        Deadline (Re: related document(s) [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/22/2014 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

v.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections)as to Claimants Filing Responses and as to Those
        Claimants With Whom the Trustee Has Agreed to Extend the Response
        Deadline (Re: related document(s) [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2014 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

w.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s) [10043] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
        2/19/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
        Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

x.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s) [10043] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
        4/23/2015 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St.,
        Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

y.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s) [10043] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
        6/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
        Rm. 5000, Richmond, Virginia. (Oliver, Betty)

z.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s) [10043] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
        8/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
        Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

aa.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's
        Omnibus Objections) (Re: related document(s) [10043] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
        10/7/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
        Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

11

bb.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/16/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

cc.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/17/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

dd.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ee.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/8/2016 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

ff.    Hearing Rescheduled; (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/16/2016 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty)

gg.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 7/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin for Trustee. (Oliver, Betty)

hh.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/17/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin for Trustee. (Oliver, Betty) Modified on 6/16/2016 to correct hearing date. (Oliver, Betty).

ii.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/20/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,

Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty)

jj.     Continued for Status Hearing as to Unresolved Claims; (Re: related document(s) 10043 Objection to Claim filed by Circuit City Stores) Hearing scheduled for 4/5/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty) (Entered: 02/14/2017) (Docket No. 14011)

kk.     Hearing continued as to unresolved claims; (Re: related document(s) 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, ) Hearing scheduled for 6/7/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin for Trustee. (Oliver, Betty) (Docket No. 14058)

ll.     Stipulation AND [PROPOSED] ORDER TO ALLOW WITHDRAWAL OF CLAIMS By Circuit City Stores, Inc. Liquidating Trust and Between OLD REPUBLIC INSURANCE COMPANY (Re: related document(s)10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Tavenner, Lynn) (Entered: 07/26/2017)

mm.     Stipulation and (Proposed) Order Between Claimant Old Republic Insurance Company and Alfred Siegel, solely in his capacity as Liquidating Trustee of the Circuit City Stores, Inc. Liquidating Trust, to Allow Withdrawal of Claims (Review Order for Specifics) (Re: related document(s)[14114] Stipulation filed by  Circuit City Stores, Inc. Liquidating Trust) (Luedecke, Tammy) (Docket No. 14117)

Objection
Deadline:          August 9, 2017

Objections/
Responses
Filed:             None as indicated on Exhibit B.

Status:            All claims have been withdrawn pursuant to Order of this Court, entered August 8, 2017. This matter may be removed from the Court's docket.

4.     Notice and Objection to Claim - Liquidating Trusts Twenty-Third Omnibus Objection To Claims (Disallowance Of Certain Invalid Unliquidated Claims And Fixing Of Certain Unliquidated Claims Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11388)

Related Documents:

a.      Hearing Continued For Status Hearing As To Claimants On Exhibit B Filing
        Responses And As To Those Claimants With Whom The Trustee Has Agreed
        To Extend The Response Deadline; Sustained As To Certain Others As Set
        Out In Open Court; Appearance(s): Paula Beran. (Re: related document(s)
        [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
        Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens'
        Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No.
        11562)

b.      Liquidating Trust's Objections To Claims Continued For Status Hearing As
        To Claimants Filing Responses And As To Those Claimants With Whom The
        Trustee Has Agreed To Extend The Response Deadline; Sustained, Settled Or
        Withdrawn As To Certain Others As Set Out In Open Court (Re: related
        document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Beran for Liquidating Trustee. (Docket No. 11640)

c.      Order Sustaining Liquidating Trust's Twenty-Third Omnibus Objection to
        Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of
        Certain Unliquidated Claims) (Re: related document(s) [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 11653)

d.      Liquidating Trust's Omnibus Objections To Claims Continued For Status
        Hearing As To Claimants Filing Responses And As To Those Claimants With
        Whom The Trustee Has Agreed To Extend The Response Deadline; Sustained
        Or Settled As To Certain Others As Set Out In Open Court (Re: related
        document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Beran for Liquidating Trustee. (Docket No. 11778)

e.      Liquidating Trust's Omnibus Objections To Claims Continued For Status
        Hearing As To Claimants Filing Responses And As To Those Claimants With
        Whom The Trustee Has Agreed To Extend The Response Deadline (Re:
        related document(s) [11388] Objection to Claim filed by Circuit City Stores,
        Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Bean for Trustee. (Docket No. 11960)

f.      Liquidating Trust's Omnibus Objections To Claims--Continued For Status
        Hearing As To Claimants Filing Responses And As To Those Claimants With
        Whom The Trustee Has Agreed To Extend The Response Deadline; Orders to
        be submitted as to those Settled or Resolved (Re: related document(s) [11388]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)

14

Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

g.    Liquidating Trust's Twenty-Third Omnibus Objections To Claims--Unless Otherwise Noted, Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline; (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12524)

h.    Second Order Sustaining Liquidating Trust's Twenty-Third Omnibus Objection To Claims (disallowance of certain invalid unliquidated claims and fixing of certain unliquidated claims) (Re: related document(s) [11655] Order Directing) (Docket No. 12605)

i.    Liquidating Trust's Omnibus Objections To Claims--Unless Otherwise Noted in open Court, Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

j.    Liquidating Trust's Omnibus Objections To Claims--Unless Otherwise Noted in open Court, Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

k.    Liquidating Trust's Omnibus Objections To Claims Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

l.    Liquidating Trust's Omnibus Objections To Claims--Unless Otherwise Noted in open Court, Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline (Re: related document(s) [11388]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

m.      Continued Hearing As To Liquidating Trust's Omnibus Objections To Claims - Unless Otherwise Noted In Open Court; Continued For Status Hearing As To Claimants Filing Responses And As To Those Claimants With Whom The Trustee Has Agreed To Extend The Response Deadline Hearing continued; (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13097)

n.      Continued Hearing as to Liquidating Trust's Omnibus Objections to Unresolved Claims (Unless Otherwise Noted in Open Court) Continued for Status Hearing as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13153)

o.      Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket 13207)

p.      Status Hearing continued as to Unresolved Claims; as to claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13291).

q.      Status Hearing continued as to Unresolved Claims; as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline; (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13324)

r.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) - as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response

Deadline; (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

s.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

t.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) as to Claimants Filing Responses and as to Those Claimants With Whom the Trustee Has Agreed to Extend the Response Deadline (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

u.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

v.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

w.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty)

x.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

y.   Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [11388] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

z.      Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/16/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

aa.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/17/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

bb.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

cc.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/8/2016 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

dd.     Hearing Rescheduled; (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/16/2016 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty)

ee.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 7/13/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin for Trustee. (Oliver, Betty)

ff.     Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/17/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin for Trustee. (Oliver, Betty) Modified on 6/16/2016 to correct hearing date. (Oliver, Betty).

gg.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/20/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty)

hh.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Omnibus Objections) (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/14/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Paula Beran and Andrew Caine, telephonically, for Trustee. (Oliver, Betty) (Entered: 10/20/2016)

ii.    Continued for Status Hearing as to Unresolved Claims not previously set for substantive hearing (Re: related document(s) [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/14/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty) (Entered: 12/14/2016)

jj.    Continued for Status Hearing as to Unresolved Claims (Re: related document(s) 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/5/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty) (Entered: 02/14/2017) (Docket No. 14011)

kk.    Hearing continued as to unresolved claims; (Re: related document(s) 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, Hearing scheduled for 6/7/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: David Tabakin for Trustee. (Oliver, Betty) (Docket No. 14058)

ll.    Stipulation AND [PROPOSED] ORDER TO ALLOW WITHDRAWAL OF CLAIMS By Circuit City Stores, Inc. Liquidating Trust and Between OLD REPUBLIC INSURANCE COMPANY (Re: related document(s)10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Tavenner, Lynn) (Entered: 07/26/2017)

mm.    Stipulation and (Proposed) Order Between Claimant Old Republic Insurance Company and Alfred Siegel, solely in his capacity as Liquidating Trustee of the Circuit City Stores, Inc. Liquidating Trust, to Allow Withdrawal of Claims (Review Order for Specifics) (Re: related document(s)[14114] Stipulation

filed by   Circuit City Stores, Inc. Liquidating Trust) (Luedecke, Tammy) (Docket No. 14117)

| | |
|---|---|
| Objection Deadline: | August 9, 2017 |
| Objections/ Responses Filed: | None as indicated on Exhibit B. |
| Status: | All claims have been withdrawn pursuant to Order of this Court, entered August 8, 2017. This matter may be removed from the Court's docket. |

August 11, 2017                          TAVENNER & BERAN, PLC

                                         /s/ *Paula S. Beran*
                                         Lynn L. Tavenner, Esq. (VA Bar No. 30083)
                                         Paula S. Beran, Esq. (VA Bar No. 34679)
                                         20 North Eighth Street, 2nd Floor
                                         Richmond, Virginia 23219
                                         (804) 783-8300

                                         - and –

                                         PACHULSKI STANG ZIEHL & JONES LLP
                                         Jeffrey N. Pomerantz, Esq.
                                         Andrew W. Caine, Esq.
                                         10100 Santa Monica Boulevard
                                         Los Angeles, California 90067-4100
                                         (310) 277-6910

                                         - and –

                                         PACHULSKI STANG ZIEHL & JONES LLP
                                         Robert J. Feinstein, Esq.
                                         780 Third Avenue, 36th Floor
                                         New York, New York 10017
                                         (212) 561-7700

                                         *Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*

**EXHIBIT B**

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **6** | Old Republic Insurance Company | 7368 | | Withdrawn pursuant to Order entered August 8, 2017. |
| **6** | Old Republic Insurance Company | 7369 | | Withdrawn pursuant to Order entered August 8, 2017. |
| **6** | Old Republic Insurance Company | 7370 | | Withdrawn pursuant to Order entered August 8, 2017. |
| **6** | Old Republic Insurance Company | 7372 | | Withdrawn pursuant to Order entered August 8, 2017. |
| **6** | Old Republic Insurance Company | 7373 | | Withdrawn pursuant to Order entered August 8, 2017. |
| **6** | Old Republic Insurance Company | 7374 | | Withdrawn pursuant to Order entered August 8, 2017. |
| **6** | Old Republic Insurance Company | 7375 | | Withdrawn pursuant to Order entered August 8, 2017. |
| **6** | Old Republic Insurance Company | 7377 | | Withdrawn pursuant to Order entered August 8, 2017. |
| **6** | Old Republic Insurance Company | 7378 | | Withdrawn pursuant to Order entered August 8, 2017. |
| **6** | Old Republic Insurance Company | 7379 | | Withdrawn pursuant to Order entered August 8, 2017. |
| **6** | Old Republic Insurance Company | 7380 | | Withdrawn pursuant to Order entered August 8, 2017. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 7381 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 7382 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 7383 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 7384 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 7385 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 13899 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 13901 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 14089 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 14090 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 14091 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 14094 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 14144 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 14214 | | Withdrawn pursuant to Order entered August 8, 2017. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 6 | Old Republic Insurance Company | 14215 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 14350 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 14368 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 14369 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 14370 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 14371 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 14373 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 6 | Old Republic Insurance Company | 14374 | | Withdrawn pursuant to Order entered August 8, 2017. |
| | | | | |
| 23 | Old Republic Insurance Company | 7368 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 23 | Old Republic Insurance Company | 7369 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 23 | Old Republic Insurance Company | 7370 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 23 | Old Republic Insurance Company | 7372 | | Withdrawn pursuant to Order entered August 8, 2017. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 23 | Old Republic Insurance Company | 7373 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 23 | Old Republic Insurance Company | 7374 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 23 | Old Republic Insurance Company | 7375 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 23 | Old Republic Insurance Company | 7377 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 23 | Old Republic Insurance Company | 7378 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 23 | Old Republic Insurance Company | 7379 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 23 | Old Republic Insurance Company | 7380 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 23 | Old Republic Insurance Company | 7381 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 23 | Old Republic Insurance Company | 7382 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 23 | Old Republic Insurance Company | 7383 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 23 | Old Republic Insurance Company | 7384 | | Withdrawn pursuant to Order entered August 8, 2017. |
| 23 | Old Republic Insurance Company | 7385 | | Withdrawn pursuant to Order entered August 8, 2017. |

4