# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   08–35653–KRH
**Chapter**   11
**Judge**   Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
 9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
 Debtor: NA

Employer Tax–Identification (EIN) No(s).(if any):
 Debtor: 54–0493875

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on August 22, 2017 in the above–referenced case, event text as shown below:

Transcript filed Re: Hearing Held 8/16/2017, regarding MOTION TO APPROVE (MOTION OF THE LIQUIDATING TRUSTEE FOR ENTRY OF AN ORDER FURTHER EXTENDING TERM OF LIQUIDATING TRUST) FILED BY LYNN L. TAVENNER OF TAVENNER & BERAN, PLC ON BEHALF OF CIRCUIT CITY STORES, INC. LIQUIDATING TRUST. (TAVENNER, LYNN) (DOCKET NO. 14098); NOTICE AND OBJECTION TO CLAIM OF COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION LIQUIDATING TRUST'S OBJECTION TO CLAIM NOS. 12898 AND 14636 FILED BY THE COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION (DOCKET NO. 10070); NOTICE AND OBJECTION TO CLAIM – SIXTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID UNLIQUIDATED CLAIMS AND FIXING OF CERTAIN UNLIQUIDATED CLAIMS) (DOCKET NO. 10043); NOTICE AND OBJECTION TO CLAIM – LIQUIDATING TRUST'S TWENTY–THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID UNLIQUIDATED CLAIMS AND FIXING OF CERTAIN UNLIQUIDATED CLAIMS FILED BY LYNN L. TAVENNER OF TAVENNER & BERAN, PLC ON BEHALF OF CIRCUIT CITY STORES, INC. LIQUIDATING TRUST. (DOCKET NO. 11388). Remote electronic access to the transcript is restricted until 11/20/2017. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, Telephone number 973–406–2250.] [Transcript Purchased by Lynn Tavenner.] (RE: related document(s) [14120] Hearing held; Motion GRANTED; Order to be submitted (Re: related document(s)14098 Motion to Approve filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee., [14121] Hearing continued as to Tax Claims #12898 and #14636; (Re: related document(s)10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 9/20/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Trustee., [14122] Hearing held; Objection resolved; all claims have been withdrawn (Re: related document(s)10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 11388 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine for Trustee.). Notice of Intent to Request Redaction Deadline Due By 08/28/2017. Redaction Request Due By 09/11/2017. Redacted Transcript Submission Due By 09/21/2017. Transcript access will be restricted through 11/20/2017. (Gottlieb, Jason)

The parties have [until August 29, 2017] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [September 12, 2017] [21 days from the date of filing of the transcript].

If a request for redaction is filed, the redacted transcript is due [September 22, 2017] [31 days from the date of filing of the transcript].

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [November 20, 2017] [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:   August 22, 2017

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 08-35653-KRH
Circuit City Stores, Inc.                                               Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7         User: luedecket          Page 1 of 59              Date Rcvd: Aug 22, 2017
                            Form ID: redacttr         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
          +Andrew Cain,   10100 Santa Monica Blvd,   Los Angeles, CA 90067-4003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                          Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2017 at the address(es) listed below:
          Aaron L. Hammer   on behalf of Creditor   National Product Care Company ahammer@sfgh.com,
          mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
          Aaron L. Hammer   on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@sfgh.com,
          mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
          Aaron L. Hammer   on behalf of Creditor   Virginia Surety Company, Inc. ahammer@sfgh.com,
          mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
          Aaron L. Hammer   on behalf of Creditor   Service Saver, Incorporated ahammer@sfgh.com,
          mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
          Aaron L. Hammer   on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@sfgh.com,
          mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
          Aaron L. Hammer   on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
          ahammer@sfgh.com, mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
          Aaron R. Cahn   on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com, tsable@honigman.com
          Albert F. Quintrall   on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins   on behalf of Interested Party   Eatontown Commons Shopping  Center
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   Arboretum of South Barrington, LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   AmCap NorthPoint LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   AmCap Arborland LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Creditor   Engineered Structures, Inc.
          ajackins@seyfarth.com
          Alison Wickizer Toepp   on behalf of Creditor   Northern Indianna Public Service Company
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
          cf.pacerpro.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
          cf.pacerpro.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Energizer Battery, Inc.
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
          cf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC
                atoepp@reedsmith.com,
                dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
                th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
                cf.pacerpro.com
           Alison Ross Wickizer Toepp    on behalf of Defendant    Kingston Technology Co., Inc.
                atoepp@reedsmith.com,
                dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
                th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
                cf.pacerpro.com
           Amanda Jill Katzenstein    on behalf of Creditor    U.S Bank National Association as Trustee
                akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
           Amanda Jill Katzenstein    on behalf of Unknown    KeyBank National Association
                akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
           Ambika Joline Biggs    on behalf of Defendant    Scripps Media, Inc. abiggs@bakerlaw.com
           Ambika Joline Biggs    on behalf of Creditor    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
           Ambika Joline Biggs    on behalf of Defendant    The E.W. Scripps Company d/b/a/ Ventura County
                Star abiggs@bakerlaw.com
           Ambika Joline Biggs    on behalf of Defendant    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
           Ambika Joline Biggs    on behalf of Defendant    Scripps Networks, LLC d/b/a HGTV.com, d/b/a
                FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
           Ambika Joline Biggs    on behalf of Defendant    The National Union Fire Insurance Company of
                Pittsburgh, PA abiggs@bakerlaw.com
           Ambika Joline Biggs    on behalf of Defendant    Memphis Publishing Company, dba Commercial Appeal,
                Inc. abiggs@bakerlaw.com
           Andrea Campbell Davison    on behalf of Defendant    Animal Planet, L.P. ADavison@beankinney.com,
                onazar@beankinney.com
           Andrea Campbell Davison    on behalf of Creditor    Discovery Communications, Inc.
                ADavison@beankinney.com,  onazar@beankinney.com
           Andrea Campbell Davison    on behalf of Defendant    Discovery Communications Inc. a/k/a The
                Learning Channel ADavison@beankinney.com,  onazar@beankinney.com
           Andrea Campbell Davison    on behalf of Defendant    Learning Channel, Inc. ADavison@beankinney.com,
                onazar@beankinney.com
           Andrea Campbell Davison    on behalf of Defendant    Wonders Industrial Development (Shenzhen) Co.,
                Ltd. ADavison@beankinney.com,  onazar@beankinney.com
           Andrea Campbell Davison    on behalf of Defendant    Discovery Communications, Inc.
                ADavison@beankinney.com,  onazar@beankinney.com
           Andrew Rapp    on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
           Andrew A. Jones    on behalf of Interested Party    Farallon Capital Management, L.L.C.
                Andrew@ajoneslaw.com
           Andrew Edward Macfarlane    on behalf of Defendant    Sherwood America, Inc. aem@aemlegal.com
           Andrew Edward Macfarlane    on behalf of Creditor    Sherwood America, Inc. aem@aemlegal.com
           Andrew H. Herrick    on behalf of Creditor    County of Albemarle aherrick@albemarle.org
           Andrew Kelly Rudiger    on behalf of Creditor    TKG Coffee Tree, L.P. andrewr@boydhomes.com,
                akrudiger@kaufcan.com
           Andrew Lynch Cole    on behalf of Interested Party    Faber Bros., Inc. Andrew.Cole@leclairryan.com
           Andrew M. Brumby    on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com,
                dbonilla@shutts-law.com
           Andrew S. Conway    on behalf of Creditor    Taubman Landlords aconway@taubman.com
           Angela Sheffler Abreu    on behalf of Creditor    PNY Technologies, Inc. AAbreu@nwbcorp.com,
                Angela.Abreu@northwest.com
           Anitra D. Goodman Royster    on behalf of Creditor    Connexion Technologies
                anitra.royster@nelsonmullins.com,  betsy.boyum@nelsonmullins.com;
                raina.stewart@nelsonmullins.com;terri.gardner@nelsonmullins.com
           Ann E. Schmitt    on behalf of Creditor    The Parkes Companies Inc. aschmitt@culbert-schmitt.com
           Ann E. Schmitt    on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
           Ann E. Schmitt    on behalf of Creditor    Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
           Anne C. Lahren    on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
           Anne C. Lahren    on behalf of Defendant    Landmark Media Enterprises LLC, f/k/a Landmark
                Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
           Anne C. Murphy    on behalf of Creditor    State of Wisconsin - Office of the State Treasurer
                murphyac@doj.state.wi.us,  gurholtks@doj.state.wi.us
           Anne Elizabeth Braucher    on behalf of Creditor    DL Peterson Trust, as Assignee of PHH Vehicle
                Management Services, LLC abraucher@mcmillanmetro.com
           Anne Elizabeth Braucher    on behalf of Creditor    InnerWorkings, Inc. abraucher@mcmillanmetro.com
           Anne Elizabeth Braucher    on behalf of Creditor    Manufacturers and Traders Trust Company, as
                Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
                1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
           Anne Elizabeth Braucher    on behalf of Creditor    West Marine Products, Inc.
                abraucher@mcmillanmetro.com
           Anne G. Bibeau    on behalf of Creditor    Alameda County Treasurer ABibeau@vanblk.com,
                drichards@vanblk.com;kjerald@vanblk.com
           Anne G. Bibeau    on behalf of Creditor    Orangefair Marketplace, LLC ABibeau@vanblk.com,
                drichards@vanblk.com;kjerald@vanblk.com
           Anne G. Bibeau    on behalf of Creditor    Sonoma County Tax Collector ABibeau@vanblk.com,
                drichards@vanblk.com;kjerald@vanblk.com
           Annemarie G. McGavin    on behalf of Creditor    Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
                joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com

District/off: 0422-7          User: luedecket          Page 3 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Annemarie G. McGavin   on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
              joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
              Annemarie G. McGavin   on behalf of Creditor   Dick's Sporting Goods, Inc.
              annemarie.mcgavin@bipc.com,
              joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
              Annemarie G. McGavin   on behalf of Creditor   General Instrument Corporation d/b/a Home &
              Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
              joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
              Anthony J. Cichello   on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
              acichello@kb-law.com
              Anthony J. Cichello   on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
              Companies, Ltd. acichello@kb-law.com
              Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
              Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
              Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
              ecffilings@hangley.com
              Ashley M. McDow   on behalf of Other Professional   Alfred H. Siegel, the Liquidating Trustee of
              Circuit City Stores, Inc. Liquidating Trust amcdow@bakerlaw.com,  mdelaney@bakerlaw.com,
              ffarivar@bakerlaw.com,sgaeta@bakerlaw.com
              Augustus C. Epps, Jr.   on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Generation H One and Two Limited Partnership
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Roth Tanglewood LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant   American Power Conversion Corp. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Rolling Acres Plaza Shopping Center
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   The Macerich Company aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Greenback Associates aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Transferee   412 South Broadway Realty LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   RREEF Management Company aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
              managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Portland Investment Company of America
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Shopping Center aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Transferor   Manufacturers and Traders Trust Company, as
              Trustee aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Union Square Retail Trust aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant   Signature Home Furnishings Co. Inc.
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Morse-Sembler Villages Partnership #4
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Lexmark International, Inc. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Madison Waldorf, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Redtree Properties, L.P. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Drexel Delaware Limited Partnership
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland US Management LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant   Audio Authority Corporation aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant   Lexmark International, Inc. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Carousel Center Company, L.P. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
              Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Daniel W. Ramsey aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Transferor   Manufactures and Traders Trust Company, as
              Trustee aepps@cblaw.com,  avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   International Speedway Square, Ltd.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   NAP Northpoint, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Macy's Retail Holdings, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Diamond Square, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Amargosa Palmdale Investments, LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Fingerlakes Crossing, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Starpoint Property Management, LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Prudential Insurance Company of America
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management,  Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Thoroughbred Village Tennessee, GP
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Plaintiff   CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Associates, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
          St. Paul Pioneer Press aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Rancon Realty Fund IV aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Catellus Operating Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Argyle Forest Retail I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Westgate Village, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   CDW Direct, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Interested Party   Manufacturers & Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Sangertown Square, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Swanblossom Investments, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Donahue Schriber Realty Group, L.P.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Laurel Plumbing, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Generation One and Two, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
          managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,  avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 5 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.   on behalf of Creditor   Kimco Realty Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC, Inland American
          Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Whitestone Development Partners, L.P.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   De Rito Pavilions 139, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant    Solutions 2 Go, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant    Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Belkys  Escobar   on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
          bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Belkys  Escobar   on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
          bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Federal Warranty Service Corporation
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
          cloving@hunton.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
  cloving@hunton.com
Benjamin Joseph Lambiotte   on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
Bhavik Dalpat Patel   on behalf of Defendant   MCM Electronics, Inc. bdp@lawmacdowell.com
Brad R. Godshall   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
  bgodshall@pszjlaw.com
Bradford F. Englander   on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
  rodom@wtplaw.com
Bradford F. Englander   on behalf of Creditor   Alliance Entertainment Corporation
  benglander@wtplaw.com,  rodom@wtplaw.com
Brenda M. Whinery   on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
Brett Christopher Beehler   on behalf of Creditor   Prince George's County, Maryland
  bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net
Brett Christopher Beehler   on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
  lsansbury@mrrlaw.net
Brian D. Huben   on behalf of Creditor   Prudential Insurance Company of America
  hubenb@ballardspahr.com,  carolod@ballardspahr.com
Brian D. Huben   on behalf of Creditor   The Macerich Company hubenb@ballardspahr.com,
  carolod@ballardspahr.com
Brian D. Huben   on behalf of Creditor   KNP hubenb@ballardspahr.com,  carolod@ballardspahr.com
Brian D. Huben   on behalf of Creditor   Cousins Properties Incorporated hubenb@ballardspahr.com,
  carolod@ballardspahr.com
Brian D. Huben   on behalf of Creditor   Watt Management Company hubenb@ballardspahr.com,
  carolod@ballardspahr.com
Brian D. Huben   on behalf of Creditor   RREEF Management Company hubenb@ballardspahr.com,
  carolod@ballardspahr.com
Brian D. Huben   on behalf of Creditor   Foursquare Properties, Inc. hubenb@ballardspahr.com,
  carolod@ballardspahr.com
Brian D. Huben   on behalf of Creditor   Portland Investment Company of America
  hubenb@ballardspahr.com,  carolod@ballardspahr.com
Brian D. Wesley   on behalf of Defendant Christine  Baker brian.wesley@doj.ca.gov
Brian D. Wesley   on behalf of Defendant   California Self-Insurers Security Fund
  brian.wesley@doj.ca.gov
Brittany Jane Nelson   on behalf of Creditor Karl  Engelke bnelson@foley.com
Byron Z. Moldo   on behalf of Creditor   RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
  tmelendez@ecjlaw.com
Byron Z. Moldo   on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
  tmelendez@ecjlaw.com
Byron Z. Moldo   on behalf of Creditor   The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
  tmelendez@ecjlaw.com
Byron Z. Moldo   on behalf of Creditor   Descanso TIC, LLC bmoldo@ecjlaw.com,
  tmelendez@ecjlaw.com
C. Christopher Meyer   on behalf of Creditor   Wells Fargo Business Credit, Inc. cmeyer@ssd.com
C. Christopher Meyer   on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
Carl A. Eason   on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
Catherine Elizabeth Creely   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas
  Limited Liability Company ccreely@akingump.com
Catherine Elizabeth Creely   on behalf of Creditor   Golfsmith International, L.P.
  ccreely@akingump.com
Catherine Elizabeth Creely   on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
Chang  Eugene   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
Charles Gideon Korrell   on behalf of Creditor   Hoprock Limonite, LLC
  c.gideon.korrell@dentons.com,  jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com
Charles W. Chotvacs   on behalf of Creditor   FJL-MVP, LLC cwchotvacs@gmail.com,
  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Uniwest Commercial Realty cwchotvacs@gmail.com,
  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   OTR-Clairemont Square cwchotvacs@gmail.com,
  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Portland Investment Company of America
  cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
  cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
  cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Cousins Properties Incorporated
  cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Centro Properties Group cwchotvacs@gmail.com,
  aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   RREEF Management Company cwchotvacs@gmail.com,
  aconway@taubman.com;Pollack@ballardspahr.com

```
District/off: 0422-7          User: luedecket          Page 7 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Charles W. Chotvacs   on behalf of Creditor   Watt Management Company cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Cencor Realty cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   NMC Stratford, LLC cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   The Hutensky Group cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   KNP cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Simon Property Group, Inc. cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Prudential Insurance Company of America
              cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   The Macerich Company cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Christian K. Vogel   on behalf of Unknown   G&S Livingston Realty, Inc.
              kvogel@vogelandcromwell.com
              Christian K. Vogel   on behalf of Creditor   Circuit Investors #2, Ltd.
              kvogel@vogelandcromwell.com
              Christian K. Vogel   on behalf of Creditor   Circuit Investors #3, Ltd.
              kvogel@vogelandcromwell.com
              Christian K. Vogel   on behalf of Creditor   Schimenti Construction Company LLC
              kvogel@vogelandcromwell.com
              Christine D. Lynch   on behalf of Creditor   Interstate Augusta Properties LLC
              clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   NPP Development LLC clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   E&A Northeast Limited Partnership
              clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   Route 146 Millbury LLC clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   S.R. Weiner & Associates Inc.
              clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   Ray Mucci's Inc. clynch@goulstonstorrs.com
              Christine McAteer Ford   on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
              Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others
              similarly situated cford@mdpcelaw.com
              Christopher A. Jones   on behalf of Creditor   Moncayo Settlement Class cajones@wtplaw.com,
              rodom@wtplaw.com;dgaffey@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   TeleDynamics LLP cajones@wtplaw.com,
              rodom@wtplaw.com;dgaffey@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   Weidler Settlement Class cajones@wtplaw.com,
              rodom@wtplaw.com;dgaffey@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   Twentieth Century Fox Home Entertainment LLC
              cajones@wtplaw.com,  rodom@wtplaw.com;dgaffey@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
              rodom@wtplaw.com;dgaffey@wtplaw.com
              Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kv-legal.com,
              amoore@moranreevesconn.com
              Christopher L. Perkins   on behalf of Defendant   Parago Promotional Services, Inc
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Yahoo! Inc. also dba YAHOO! Tech aka Yahoo
              Tech christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Gannett Satellite Information Network, Inc.,
              dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
              stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   680 S. Lemon Ave. Co.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Altec Lansing Technologies, Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   Benenson Capital Company
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Cisco Consumer Products, LLC f/k/a Linksys
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   Brandywine Grande C, L.P.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Phoenix Newspapers, Inc., dba The Arizona
              Republic christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins   on behalf of Interested Party Steven  Ivester
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com

District/off: 0422-7          User: luedecket          Page 8 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins   on behalf of Unknown   Osprey Audit Specialists, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Pacific and Southern Company, Inc. d/b/a/ WXIA
           TV christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Retail MDS, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Pure Digital Technologies, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Indiana Newspapers, Inc. d/b/a The Indianapolis
           Star christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Cisco-Linksys, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Olympus Corporation of the Americas
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett River States Publishing Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Almo E-Commerce LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sick, Inc. christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Media Solutions Holdings, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Osprey Audit Specialists, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   FM Facility Maintenance, f/k/a IPT, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Netgear Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. dba The Times
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
           d/b/a Jack of All Games christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Olympus Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Developers Realty, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Circuit Investors #2, Ltd.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CK Richmond Business Services #2, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Plantronics, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CC Kingsport 98, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Seagate Technology LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Fayetteville Developers, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Time Warner Cable, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Cardinal Capital Partners
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   The Daniel Group
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. and Gannett River States
           Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
           Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Take Two Interactive Software, Inc., a/k/a Take
           Two Interactive christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Multimedia Holdings Corporation, dba KUSA-TV
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Lee Enterprises, Incorporated
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Haier America Trading L.L.C.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Cisco Systems, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Transferee   Longacre Opportunity Fund, LP
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Seagate Technology, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Plaintiff   Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown   Creative Realty Management, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sharp Electronics Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com

District/off: 0422-7          User: luedecket          Page 9 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Movant Nina  Winston christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
           Greenville News christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
           cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com,managingattorney@ssbb.com
          Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
           cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
           Properties Group cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
           cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
           cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
           cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
          Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
           cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com
          Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
           cpalik@mhlawyers.com,   cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com
          Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc.
           curtis.manchester@kutakrock.com
          Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
           Sony Computer Entertainment, A/K/A SCEA curtis.manchester@kutakrock.com
          Curtis G. Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
           curtis.manchester@kutakrock.com
          D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
           ndysart@ltblaw.com;plaura@ltblaw.com

District/off: 0422-7          User: luedecket        Page 10 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. and Cox Enterprises, Inc.,
               individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
               ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   KTVU, Inc. ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a The Atlanta
               Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Midwest Television, Inc. d/b/a KFMB-TV
               ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   WFTV, Inc. ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a Austin American
               Statesman ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a The Atlanta
               Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a Austin American
               Statesman ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Palm Beach Newspapers, Inc. d/b/a The Palm Beach
               Post ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
               Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
               individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
              Daniel F. Blanks   on behalf of Debtor   Courchevel, LLC daniel.blanks@nelsonmullins.com,
               Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Debtor   Kinzer Technology, LLC daniel.blanks@nelsonmullins.com,
               Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Debtor   PRAHS, INC. daniel.blanks@nelsonmullins.com,
               Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc.
               daniel.blanks@nelsonmullins.com,   Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Debtor   Mayland MN, LLC daniel.blanks@nelsonmullins.com,
               Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Debtor   Patapsco Designs, Inc. daniel.blanks@nelsonmullins.com,
               Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Defendant   Circuit City Stores, Inc.
               daniel.blanks@nelsonmullins.com,   Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Plaintiff   Circuit City Stores, Inc.
               daniel.blanks@nelsonmullins.com,   Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Debtor   XSStuff, LLC daniel.blanks@nelsonmullins.com,
               Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Debtor   Sky Venture Corp. daniel.blanks@nelsonmullins.com,
               Allison.Abbott@nelsonmullins.com
              Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com,   pressdm@gmail.com
              Daniel M. Press   on behalf of Defendant   Bensussen Deutsch & Associates, Inc.
               dpress@chung-press.com,   pressdm@gmail.com
              Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
               pressdm@gmail.com
              Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
               dsbushnaq@venable.com
              Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
              Darrell William Clark   on behalf of Defendant   Targus, Inc. darrell.clark@stinsonleonard.com,
               catherine.scott@stinsonleonard.com
              Darrell William Clark   on behalf of Creditor   Waste Management, Inc.
               darrell.clark@stinsonleonard.com,   catherine.scott@stinsonleonard.com
              Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
              David  McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David  McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David  McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David  McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
               ecf@davidgreerlaw.com
              David A. Greer   on behalf of Creditor   Century plaza development corporation
               dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
              David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
               Service of North Carolina davidwheeler@mvalaw.com
              David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
               bhale@chlhf.com
              David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
              David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
               pdyson@jackscamp.com
              David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
               pdyson@jackscamp.com
              David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
            dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Basser-Kaufman dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Developers Diversified Realty Corporation
            dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Continental Properties Company, Inc.
            dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Philips International dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
            Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   The Woodmont Company dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Benderson Development Company, LLC dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
            RC CA Santa Barbara, LLC dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Regency Centers, L.P. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   General Growth Properties, Inc. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro   on behalf of Defendant   United States Debt Recovery LLC dspiro@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro   on behalf of Defendant   eGain Communications Corp., a/k/a Egain Communications
            and Eagin Communications dspiro@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro   on behalf of Defendant   United States Debt Recovery III, LLP dspiro@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro   on behalf of Transferee   US Debt Recovery LLC dspiro@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
          David N. Tabakin   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
            dtabakin@tb-lawfirm.com,
            pberan@tb-lawfirm.com;ltavenner@tb-lawfirm.com;amorris@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com
          David R. Ruby   on behalf of Defendant   SanDisk Corporation druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Lite-On Sales & Distribution Inc., also known as LSDI
            druby@t-mlaw.com,   bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   R-Pac International Corp. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Jasco Products Company, Inc. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Lite-On IT Corp. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
            tleonard@gfrlaw.com
          David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti   on behalf of Defendant   Parrot, Inc. dlannetti@vanblk.com,
            drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart   on behalf of Defendant   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Denise S. Mondell   on behalf of Creditor   State of Connecticut, Departments of Labor and
            Revenue Services denise.mondell@ct.gov
          Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services
            denise.mondell@ct.gov
          Dennis T. Lewandowski   on behalf of Movant   Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   JVC Americas Corp. and JVC Company of America
            dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Maryl Pacific Construction, Inc.
            dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
            America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Business to Business Solutions, LLC
            dtlewand@kaufcan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dennis T. Lewandowski   on behalf of Defendant   I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   Konami Digital Entertainment, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   iProspect.com Inc. dtlewand@kaufcan.com
          Denyse Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Transferee   Korea Export Insurance Corporation
          dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   Sima Products Corp. dsabagh@duanemorris.com
          Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District
          caaustin@comcast.net
          Dion W. Hayes   on behalf of Debtor   Circuit City Purchasing Company, LLC
          dhayes@mcguirewoods.com, kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
          dhayes@mcguirewoods.com, kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Properties, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Sky Venture Corp. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Defendant   Circuit City Stores, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Orbyx Electronics, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Kinzer Technology, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Patapsco Designs, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   XSStuff, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Courchevel, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores PR, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   PRAHS, INC. dhayes@mcguirewoods.com, kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores West Coast, Inc.
          dhayes@mcguirewoods.com, kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Ventoux International, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   CC Aviation, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   InterTAN, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Mayland MN, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dominic L. Chiariello   on behalf of Creditor Donovan  Dunwell dc@chiariello.com
          Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects
          dludman@brownconnery.com
          Douglas Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Creditor   Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Defendant   Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Creditor   PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Defendant   Besam USA Inc. f/k/a Besam Automated Entrance Systems,
          Inc. BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Creditor   Pasadena Independent School District
          BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Transferee   CFH Investments III, LLC BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Creditor   Interactive Toy Concepts, Inc
          BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Defendant   Electronic Process Solutions d/b/a EPS Texas
          BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Defendant   Russellville Steel Company, Inc.
          BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Defendant   Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Defendant   Merrimack Valley Sheet Metal Corporation
          BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Creditor   WCC Properties BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Defendant   Hannspree North America, Inc., f/k/a Hannspree
          California, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
          dkappler@rdwlawcorp.com

District/off: 0422-7          User: luedecket          Page 13 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
           dfoley@mcguirewoods.com, jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc.
           dfoley@mcguirewoods.com, jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
           dfoley@mcguirewoods.com, jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
           dfoley@mcguirewoods.com, jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
           dfoley@mcguirewoods.com, jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com;vbryant@mcguirewoods.com
          Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Philadelphia Television Station WPSG Inc.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Meredith Corporation dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Corporation dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Dylan G. Trache   on behalf of Defendant   King Broadcasting Company, doing business as KING-TV
               and KGW-TV dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   Sacramento Television Stations Inc.
               dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   Press-Enterprise Company
               dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   CBS Stations Group of Texas L.P.
               dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant   CBS Operations Inc. dylan.trache@nelsonmullins.com,
               robert.ours@nelsonmullins.com
              Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
               mayle@hooverslovacek.com
              Elizabeth  Banda Calvo   on behalf of Creditor   City of Hurst, Mansfiled ISD, Carroll ISD
               rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth  Banda Calvo   on behalf of Creditor   City of Cedar Hill, Burleson ISD, Arlington ISD
               rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth  Banda Calvo   on behalf of Creditor   City of Lake Worth
               rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
               wenditaylor@toase.com
              Elizabeth L. Gunn   on behalf of Creditor   Hewlett Packard Company
               elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Defendant   PG Publishing Co., Inc. d/b/a Pittsburgh Post
               Gazette egunn@sandsanderson.com,  bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Defendant   Campbell Construction Co. egunn@sandsanderson.com,
               bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
               bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Creditor Mikael  Salovaara elizabeth.gunn@dss.virginia.gov,
               bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Defendant   Cypress/Spanish Fort I LP egunn@sandsanderson.com,
               bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
               bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1
               elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Creditor   City of Philadelphia elizabeth.gunn@dss.virginia.gov,
               bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn   on behalf of Defendant   Longacre Opportunity Fund, L.P.
               egunn@sandsanderson.com,  bankruptcy@dss.virginia.gov
              Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedmanspring.com,
               jgaiambao@friedmanspring.com
              Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
              Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
               klgatesbankruptcy@klgates.com
              Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
              Eric Lopez Schnabel   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
               schnabel.eric@dorsey.com,  glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel   on behalf of Creditor   Entergy Mississippi, Inc. schnabel.eric@dorsey.com,
               glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel   on behalf of Creditor   Entergy Arkansas, Inc. schnabel.eric@dorsey.com,
               glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel   on behalf of Creditor   Entergy Louisiana, LLC schnabel.eric@dorsey.com,
               glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel   on behalf of Creditor   Entergy Texas, Inc. schnabel.eric@dorsey.com,
               glorioso.alessandra@dorsey.com
              Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
              Erika L. Morabito   on behalf of Defendant   Navarre Online Fulfillment Services, Inc.
               emorabito@pattonboggs.com
              Erin Elizabeth Kessel   on behalf of Defendant   Casio, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   PNY Technologies, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   Entergy Louisiana, LLC ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
               ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   Entergy Arkansas, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

District/off: 0422-7        User: luedecket        Page 15 of 59        Date Rcvd: Aug 22, 2017
                            Form ID: redacttr        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
                Service of North Carolina ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
                ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
              Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
                ffm@bostonbusinesslaw.com
              Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
                frank.pepler@dlapiper.com,
                sandy.holstrom@dlapiper.com;frank-pepler-3170@ecf.pacerpro.com;1807@ecf.pacerpro.com
              Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
              Franklin R. Cragle, III    on behalf of Creditor    United States Debt Recovery, LLC
                fcragle@hf-law.com
              Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
              Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
                rudzikf@dor.state.fl.us
              Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
                mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
                mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Garren Robert Laymon    on behalf of Creditor    Pasadena Independent School District
                glaymon@mglspc.com, jcoffman@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
                jcoffman@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Fort Bend Independent School District
                glaymon@mglspc.com, jcoffman@mglspc.com
              Gary E. Mason    on behalf of Plaintiff Marlon    Mondragon gmason@wbmllp.com
              Gary E. Mason    on behalf of Creditor Marlon    Mondragon gmason@wbmllp.com
              Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
              Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
                gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
              Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
                jschmeltz@sblsg.com;jrapp@sblsg.com
              Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
                jschmeltz@sblsg.com;jrapp@sblsg.com
              George E. Kostel    on behalf of Unknown    KeyBank National Association gkostel@polsinelli.com,
                gekostel@gmail.com
              German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
                alison.moreno@pcao.pima.gov
              Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
                notices@becket-lee.com
              Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
                Corp Card notices@becket-lee.com
              Gilbert D. Sigala    on behalf of Creditor John Batioff sigalawl@aol.com
              Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
                gbrown@pszjlaw.com
              Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
                Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
              Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
                agbankcal@ag.tn.gov
              Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
              Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
                gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
              Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
                christine@virginia-lawyers.net
              Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
              Gregory D. Grant    on behalf of Defendant    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
                ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
              H. Elizabeth Weller    on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com
              H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
              H. Slayton Dabney, Jr.    on behalf of Creditor    Applied Predictive Technologies, Inc.
                sdabney@dabneypllc.com
              Hale Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
              Heather D. Brown    on behalf of Creditor    Westgate Village, LP heather@hdbrownlaw.com,
                jwest@kkgpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
           Heather.Anderson@dol.lps.state.nj.us
           Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
           Heather.Anderson@dol.lps.state.nj.us
           Henry Buswell Roberts, Jr    on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
           Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com, droberts1949@live.com
           Henry Buswell Roberts, Jr    on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
           Group, Inc. hbroberts@live.com,   droberts1949@live.com
           Henry Buswell Roberts, Jr    on behalf of Creditor    Suemar hbroberts@live.com,
           droberts1949@live.com
           Henry Buswell Roberts, Jr    on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
           Corporation hbroberts@live.com,   droberts1949@live.com
           Henry Buswell Roberts, Jr    on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
           ICT Group, Inc. hbroberts@live.com,   droberts1949@live.com
           Henry Buswell Roberts, Jr    on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
           droberts1949@live.com
           Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
           csommer@fdh.com
           Henry Pollard Long, III    on behalf of Defendant    Panasonic Corporation of North America
           hlong@hunton.com,   tcanada@hunton.com
           Henry Pollard Long, III    on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com,
           tcanada@hunton.com
           Henry Pollard Long, III    on behalf of Interested Party    Parker Central Plaza Ltd
           hlong@hunton.com,   tcanada@hunton.com
           Henry Pollard Long, III    on behalf of Creditor    Panasonic Corporation of North America
           hlong@hunton.com,   tcanada@hunton.com
           Henry Pollard Long, III    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com,
           tcanada@hunton.com
           Henry Pollard Long, III    on behalf of Interested Party    Food Lion LLC hlong@hunton.com,
           tcanada@hunton.com
           Henry Pollard Long, III    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
           hlong@hunton.com,   tcanada@hunton.com
           Henry Pollard Long, III    on behalf of Creditor    Taubman Auburn Hills Associates Limited
           Partnership hlong@hunton.com,   tcanada@hunton.com
           Henry Pollard Long, III    on behalf of Creditor    Harvest/HPE LP hlong@hunton.com,
           tcanada@hunton.com
           Henry Pollard Long, III    on behalf of Creditor    H & R REIT (U.S.) Holdings Inc.
           hlong@hunton.com,   tcanada@hunton.com
           Henry Pollard Long, III    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
           hlong@hunton.com,   tcanada@hunton.com
           Henry Pollard Long, III    on behalf of Interested Party    Federal Warranty Service Corporation
           hlong@hunton.com,   tcanada@hunton.com
           Howard J. Grossman    on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
           howard.j.grossman@chase.com
           Ian S. Landsberg    on behalf of Creditor    Torrance Towne Center Associates, LLC
           ilandsberg@landsberg-law.com
           Ian S. Landsberg    on behalf of Creditor    FJL-MVP, LLC ilandsberg@landsberg-law.com
           Ian S. Landsberg    on behalf of Creditor    NMC Stratford, LLC ilandsberg@landsberg-law.com
           Ian S. Landsberg    on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@landsberg-law.com
           J. Christian Word    on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
           chefiling@lw.com;robert.klyman@lw.com
           J. Christian Word    on behalf of Liquidator    Hilco Merchant Resources, LLC
           chefiling@lw.com;robert.klyman@lw.com
           J. David Folds    on behalf of Defendant    Fabrik, Inc. dfolds@bakerdonelson.com,
           sparson@bakerdonelson.com
           J. David Folds    on behalf of Defendant    Simpletech, Inc. dfolds@bakerdonelson.com,
           sparson@bakerdonelson.com
           J. David Folds    on behalf of Defendant    Interactive Communications International, Inc.
           dfolds@bakerdonelson.com,   sparson@bakerdonelson.com
           J. David Folds    on behalf of Defendant    Hitachi Global Storage Technologies, Inc.
           dfolds@bakerdonelson.com,   sparson@bakerdonelson.com
           J. David Folds    on behalf of Defendant    Western Digital Technologies, Inc.
           dfolds@bakerdonelson.com,   sparson@bakerdonelson.com
           Jackson David Toof    on behalf of Defendant    Discovery Communications, Inc.
           jackson.toof@arentfox.com,
           jeffrey.rothleder@arentfox.com;manuel.arreaza@arentfox.com;john.dowd@arentfox.com;jill.clough@are
           ntfox.com
           Jackson David Toof    on behalf of Creditor    Discovery Communications, Inc.
           jackson.toof@arentfox.com,
           jeffrey.rothleder@arentfox.com;manuel.arreaza@arentfox.com;john.dowd@arentfox.com;jill.clough@are
           ntfox.com
           Jaime Manuel Crowe    on behalf of Unknown    Toshiba America Electronic Components, Inc.
           jcrowe@whitecase.com,   mco@whitecase.com;jdisanti@whitecase.com
           Jaime Manuel Crowe    on behalf of Unknown    Toshiba Corporation jcrowe@whitecase.com,
           mco@whitecase.com;jdisanti@whitecase.com
           Jaime Sue Dibble    on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com,
           lbigus@stinson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

James D. Newbold    on behalf of Creditor    State of Illinois, Department of Revenue
  James.Newbold@illinois.gov
James D. Newbold    on behalf of Counter-Claimant    State of Illinois Department of Revenue,
  through Brian Hamer, its Director James.Newbold@illinois.gov
James E. Clarke    on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust
  vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
James E. Clarke    on behalf of Interested Party    Brick-70, LLC vaecf@atlanticlawgrp.com,
  rbailey@atlanticlawgrp.com
James H. Rollins    on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
  avis.francis@hklaw.com
James J. Briody    on behalf of Creditor    Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
  kim.smith@sablaw.com
James J. Briody    on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
  kim.smith@sablaw.com
James J. Briody    on behalf of Creditor    LNR Partners, Inc. jim.briody@sablaw.com,
  kim.smith@sablaw.com
James K. Donaldson    on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com,
  eanderson@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;hcut
  right@spottsfain.com
James R. Schroll    on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
  ncoton@beankinney.com
James R. Schroll    on behalf of Creditor    Madison Waldorf, LLC jschroll@beankinney.com,
  ncoton@beankinney.com
James V. Lombardi    on behalf of Creditor    AmREIT, a Texas real estate investment trust
  jlombardi@rossbanks.com,  acole@rossbanks.com
James W. Reynolds    on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
  of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
James Winston Burke    on behalf of Creditor    MiTAC Digital Corp. (Magellan) jburke@milbank.com
James Winston Burke    on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA
  Inc. jburke@milbank.com
James Winston Burke    on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP
  jburke@milbank.com
James Winston Burke    on behalf of Defendant    MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
  jburke@milbank.com
James Winston Burke    on behalf of Creditor    Nintendo of America, Inc. jburke@milbank.com
James Winston Burke    on behalf of Defendant    MiTAC Digital Corporation, individually and
  including in its capacity as successor to Magellan Navigation, Inc. jburke@milbank.com
James Winston Burke    on behalf of Defendant    Nintendo of America, Inc. jburke@milbank.com
Jamie M. Konn    on behalf of Defendant    Polk Audio, Inc. jamie.konn@dlapiper.com,
  jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
  jamie.konn@dlapiper.com,  jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
Janet M. Meiburger, Esq.    on behalf of Creditor    Tribune Company admin@meiburgerlaw.com
Janet M. Meiburger, Esq.    on behalf of Creditor    Ricmac Equities Corporation
  admin@meiburgerlaw.com
Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
  ecf@krcl.com
Jason B. Binford    on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
  ecf@krcl.com
Jason M. Krumbein    on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
  a30156@yahoo.com
Jason M. Krumbein    on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
  a30156@yahoo.com
Jason M. Krumbein    on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
  a30156@yahoo.com
Jason M. Krumbein    on behalf of Creditor Jack  Hernandez jkrumbeinlaw.com,
  a30156@yahoo.com
Jason William Harbour    on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@hunton.com,
  tcanada@hunton.com
Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
  jharbour@hunton.com,  tcanada@hunton.com
Jeffrey Kurtzman    on behalf of Creditor    THE GOLDENBERG GROUP kurtzman@kurtzmansteady.com
Jeffrey Kurtzman    on behalf of Creditor    Red Rose Commons Associates, L.P.
  kurtzman@kurtzmansteady.com
Jeffrey Kurtzman    on behalf of Creditor    PREIT SERVICES, LLC kurtzman@kurtzmansteady.com
Jeffrey Scharf    on behalf of Creditor    County of Spokane jeff@taxva.com,
  tacspc@gmail.com;amanda@taxva.com
Jeffrey Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
  tacspc@gmail.com;amanda@taxva.com
Jeffrey Scharf    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
  jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com
Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
  Jeff.Klusmeier@ago.mo.gov,  Michelle.Hirschvogel@ago.mo.gov
Jeffrey I. Snyder    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
  jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
  eservice@bilzin.com;lflores@bilzin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey I. Snyder   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
            Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage
            Pass-Through Certificates, Series 2002-CIBC4 jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   LNR Partners, Inc. jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
            Partnership jsnyder@bilzin.com,   eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
            jsnyder@bilzin.com,   eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
            jsnyder@bilzin.com,   eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited
            Partnership jsnyder@bilzin.com,   eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
            dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey J. Graham   on behalf of Creditor   Washington Corner, LP jgraham@taftlaw.com,
            dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Amcor Sunclipse North America jtarkenton@wcsr.com,
            kradtke@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@wcsr.com;njohnso
            n@spectorjohnson.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Gateway US Retail, Inc. jtarkenton@wcsr.com,
            kradtke@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@wcsr.com;njohnso
            n@spectorjohnson.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Acer America Corporation jtarkenton@wcsr.com,
            kradtke@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@wcsr.com;njohnso
            n@spectorjohnson.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corporation
            jtarkenton@wcsr.com,
            kradtke@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@wcsr.com;njohnso
            n@spectorjohnson.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The Insurance Company of the State of
            Pennsylvania jtarkenton@wcsr.com,
            kradtke@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@wcsr.com;njohnso
            n@spectorjohnson.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Specific Media LLC jtarkenton@wcsr.com,
            kradtke@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@wcsr.com;njohnso
            n@spectorjohnson.com
          Jeffrey L. Tarkenton   on behalf of Defendant   MaineToday Media, Inc. jtarkenton@wcsr.com,
            kradtke@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@wcsr.com;njohnso
            n@spectorjohnson.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
            kradtke@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@wcsr.com;njohnso
            n@spectorjohnson.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corp.
            jtarkenton@wcsr.com,
            kradtke@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@wcsr.com;njohnso
            n@spectorjohnson.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Gateway, Inc. jtarkenton@wcsr.com,
            kradtke@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@wcsr.com;njohnso
            n@spectorjohnson.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
            kradtke@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@wcsr.com;njohnso
            n@spectorjohnson.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
            kradtke@wcsr.com;chinger@wcsr.com;bhinger@wcsr.com;smilutinovic@wcsr.com;japrice@wcsr.com;njohnso
            n@spectorjohnson.com
          Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jeffreymsherman@gmail.com,
            elmoyer99@gmail.com
          Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
            Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
            dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
            dennisj@ballardspahr.com,   pollack@ballardspahr.com

District/off: 0422-7              User: luedecket          Page 19 of 59             Date Rcvd: Aug 22, 2017
                                 Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jenelle Marie Dennis    on behalf of Creditor    The Hutensky Group dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    GMS Golden Valley Ranch, LLC
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Macerich Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Centro Properties Group dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Morris Companies Affiliates
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Laguna Gateway Phase 2, LP
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    UBS Realty Investors, LLC dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Prudential Insurance Company of America
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Cencor Realty dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Watt Management Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Uniwest Commercial Realty dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Foursquare Properties Inc.
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Point West Plaza II Investors
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Bear Valley Road Partners LLC
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Torrance Towne Center Associates, LLC
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Cousins Properties Incorporated
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Eagleridge Associates, LLC
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Portland Investment Company of America
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    RREEF Management Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    OTR-Clairemont Square dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    KNP dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Manteca Stadium Park, L.P.
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jennifer  Langan    on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore    on behalf of Defendant    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Louisiana, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Mississippi, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca Cola Bottling Co. Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer J. West     on behalf of Creditor    South Carolina Electric & Gas Company and Public
           Service of North Carolina jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com
          Jennifer J. West     on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com
          Jennifer J. West     on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
           jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com
          Jennifer J. West     on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
           Enterprises Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com
          Jennifer J. West     on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com
          Jennifer J. West     on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
           jkneeland@watttieder.com,  ccurtiss@watttieder.com
          Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@watttieder.com,
           ccurtiss@watttieder.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
           jkneeland@watttieder.com,  ccurtiss@watttieder.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
           jkneeland@watttieder.com,  ccurtiss@watttieder.com
          Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Swift-Train Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
           Bee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 21 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore   on behalf of Creditor   Idaho Statesman jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RPAI Pacific Property Services LLC (f/k/a
           Inland Pacific Property Services LLC) jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   IN Retail Fund Algonquin Commons, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   1030 W. North Ave. Bldg. LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Tourboullin Co. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Jordan Landing, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Bel Air Square LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Myrtle Beach Sun News jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank national Association, as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
           Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Media General, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   CC-Investors 1995-6 jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Houma Magnolia, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company dba The Charlotte
           Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Generation One and Two, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Fresno Bee
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Starpoint Property Management, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Carlson Marketing Worldwide, Inc., fka
           Carlson Marketing Group, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1021, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Lexington Herald-Leader jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Sparkleberry Two Notch, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RPAI Southwest Management LLC (f/k/a Inland
           Southwest Management LLC) jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   P/A Acadia Pelham Manor, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Shops at Kildeer, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Columbia Equities Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   De Rito Partners Development, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
           Gateway III, LLC as tenants in common jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Sugar Land Colony Liimted
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   GC Acquisition Corp. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Lake Worth Towne Crossing
           Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Southwest Management LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor Alexander H Bobinski jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Washington Commons Associates
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western San Antonio HW Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Digital Innovations, LLC on Behalf of VonWin
           Capital Management, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 22 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore     on behalf of Creditor    RD Bloomfield Associates Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Commercial Property Management,  Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    N.P. Huntsville Limited Liability Company
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Traverse City, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
          Star jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    Spirit Delivery and Distribution Services,
          Inc. jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Prudential Insurance Company of America
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    KNP jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Transferee    412 South Broadway Realty LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Western College Station Gateway Limited
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Brighton Commercial, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Amargosa Palmdale Investments, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Premier Retail Interiors, Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    LaSalle Bank National Association, f/k/a/
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    Philips Electronics North America Corporation,
          d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
          Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 23 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
           American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
           Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
           Cameron Bayonne, LLC) jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
           News, aka The Sun News jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
           Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
           Center) jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
           LaSalle National Bank jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
           Center jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
           Idaho Statesman jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
           Eagle jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 24 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
           for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
           Trustee jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
           Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
           Partnership jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.cgm
          Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
           Management LLC) jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
           Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
           acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.cgm
          Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-1 jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: luedecket          Page 25 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor   Kite Coral Springs, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Sangertown Square, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Temecula Commons, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor   Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank National Association, a
          nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
          acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee for Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Cousins Properties Incorporated
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Southwest Darien, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Continental Property Management Corp.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Rancon Realty Fund IV jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland American Retail Management LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Argyle Forest Retail I, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   KRG Market Street Village, LP
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   The Macerich Company jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Warner Home Video jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Digital Innovations, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Acadia Realty Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party   Manufacturers & Traders Trust Company,
          as Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Myrtle Beach Farms jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Fishers Station Development Co.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   North Jersey Media Group Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Thoroughbred Village Tennessee, GP
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Crossroads Shopping Center jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Whitestone Development Partners, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Bella Terra Associates, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Merge Computer Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   RioCan Austin Southpark Meadows II Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Tanglewood Park, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer V. Doran    on behalf of Creditor   DeMatteo Management, Inc. jdoran@hinckleyallen.com,
          calirm@haslaw.com
          Jeremy Brian Root    on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
          tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com

District/off: 0422-7          User: luedecket          Page 26 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeremy C. Kleinman   on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
           jeremy@friedberg.legal,  ecf@friedberg.legal
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Information Systems, Inc.
           jeremy@friedberg.legal,  ecf@friedberg.legal
          Jeremy S. Friedberg    on behalf of Creditor    Washington Green TIC jeremy@friedberg.legal,
           ecf@friedberg.legal
          Jeremy S. Williams    on behalf of Creditor    Magna Trust Company, Trustee
           jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC
           jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    SDI Technologies, Inc.
           jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
           jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor Michelle Sifford jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector
           jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Martin    on behalf of Interested Party    McCandlish Holton, PC
           jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Martin    on behalf of Creditor    Travis County Texas jeremymartin2007@gmail.com,
           jmartin@weststarmortgage.com
          Jeremy W. Ryan    on behalf of Creditor    First Industrial Realty Trust, Inc. jryan@saul.com
          Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall    on behalf of Defendant    Sanyo Fisher Co., a Division of Sanyo North America
           Corp. jerryhall10@hotmail.com
          Jess R. Bressi    on behalf of Creditor    RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
          Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
          Jesse N. Silverman    on behalf of Creditor    KNP jsilverman@dilworthlaw.com,
           jgibbons@dilworthlaw.com
          Jesse N. Silverman    on behalf of Creditor    Prudential Insurance Company of America
           jsilverman@dilworthlaw.com,  jgibbons@dilworthlaw.com
          Jesse N. Silverman    on behalf of Creditor    Foursquare Properties, Inc.
           jsilverman@dilworthlaw.com,  jgibbons@dilworthlaw.com
          Jesse N. Silverman    on behalf of Creditor    The Macerich Company jsilverman@dilworthlaw.com,
           jgibbons@dilworthlaw.com
          Jesse N. Silverman    on behalf of Creditor    Watt Management Company jsilverman@dilworthlaw.com,
           jgibbons@dilworthlaw.com
          Jesse N. Silverman    on behalf of Creditor    Torrance Towne Center Associates, LLC
           jsilverman@dilworthlaw.com,  jgibbons@dilworthlaw.com
          Jesse N. Silverman    on behalf of Creditor    Eagleridge Associates, LLC
           jsilverman@dilworthlaw.com,  jgibbons@dilworthlaw.com
          Jesse N. Silverman    on behalf of Creditor    RREEF Management Company jsilverman@dilworthlaw.com,
           jgibbons@dilworthlaw.com
          Jesse N. Silverman    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
           L.L.C. jsilverman@dilworthlaw.com,  jgibbons@dilworthlaw.com
          Jesse N. Silverman    on behalf of Creditor    Comcast Cable Communications, LLC
           jsilverman@dilworthlaw.com,  jgibbons@dilworthlaw.com
          Jesse N. Silverman    on behalf of Creditor    Cousins Properties Incorporated
           jsilverman@dilworthlaw.com,  jgibbons@dilworthlaw.com
          Jesse N. Silverman    on behalf of Creditor    Portland Investment Company of America
           jsilverman@dilworthlaw.com,  jgibbons@dilworthlaw.com
          Jessica Regan Hughes   on behalf of Interested Party    AmCap NorthPoint LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party    Arboretum of South Barrington, LLC
           jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party    Eatontown Commons Shopping  Center
           jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party    AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson    on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
          Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
          Joel T. Marker    on behalf of Creditor    Parker Bullseye, LLC joel@mbt-law.com
          John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith    on behalf of Creditor    Sun Construction Group, Inc. a/k/a Sun Construction
           Group-GA jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         John C. Smith   on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
            Group-GA jsmith@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
         John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
         John C. Smith   on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
         John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
            jfiero@pszjlaw.com
         John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
         John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
         John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
         John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
            jmcintyre@wmlawgroup.com,  wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
         John D. McIntyre   on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
         John D. McIntyre   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
            jmcintyre@wmlawgroup.com,  wedwards@wmlawgroup.com;jhill@wmlawgroup.com;aarbuckle@wmlawgroup.com
         John Darren Sadler   on behalf of Creditor   The Hutensky Group sadlerj@ballardspahr.com,
            andersonn@ballardspahr.com
         John Darren Sadler   on behalf of Creditor   CWCapital Asset Management LLC
            sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
         John Darren Sadler   on behalf of Creditor   Cencor Realty sadlerj@ballardspahr.com,
            andersonn@ballardspahr.com
         John Darren Sadler   on behalf of Creditor   Brixmor Property Group, Inc., f/k/a Centro
            Properties Group sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
         John Darren Sadler   on behalf of Creditor   Battlefield FE Limited Partners
            sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
         John Darren Sadler   on behalf of Creditor   UBS Realty Investors, LLC sadlerj@ballardspahr.com,
            andersonn@ballardspahr.com
         John Darren Sadler   on behalf of Creditor   Federal Realty Investment Trust
            sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
         John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
            pjf@carmodymacdonald.com
         John E. Lucian   on behalf of Creditor   VIWY, L.P. lucian@blankrome.com
         John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
            lucian@blankrome.com
         John G. McJunkin   on behalf of Creditor   Marc Realty jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
         John G. McJunkin   on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
            jmcjunkin@bakerdonelson.com,  sparson@bakerdonelson.com
         John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
         John G. McJunkin   on behalf of Creditor   FT Orchard LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
         John G. McJunkin   on behalf of Creditor   427 Orchard LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
         John G. McJunkin   on behalf of Creditor   Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
         John J. Trexler   on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
         John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
            jroche@perkinscoie.com,
            ADSmith@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com;ecf-3ac9070a3959@ecf.
            pacerpro.com;geisenberg@perkinscoie.com
         John M. Craig   on behalf of Defendant   Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
         John M. Craig   on behalf of Creditor   Duke Energy Ohio, Inc. johncraigg@aol.com,
            russj4478@aol.com
         John M. Craig   on behalf of Creditor   Long Island Lighting Company d/b/a LIPA
            johncraigg@aol.com,  russj4478@aol.com
         John M. Craig   on behalf of Creditor   Dominion Hope johncraigg@aol.com,  russj4478@aol.com
         John M. Craig   on behalf of Creditor   Central Georgia Electric Membership Corporation
            johncraigg@aol.com,  russj4478@aol.com
         John M. Craig   on behalf of Creditor   Southwest Gas Corporation johncraigg@aol.com,
            russj4478@aol.com
         John M. Craig   on behalf of Creditor   New York State Electric and Gas Corporation
            johncraigg@aol.com,  russj4478@aol.com
         John M. Craig   on behalf of Creditor   Michigan Consolidated Gas Company johncraigg@aol.com,
            russj4478@aol.com
         John M. Craig   on behalf of Creditor   Carolina Power & Light Company d/b/a Progress Energy
            Carolinas johncraigg@aol.com,  russj4478@aol.com
         John M. Craig   on behalf of Creditor   Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
         John M. Craig   on behalf of Creditor   Connecticut Light and Power Company johncraigg@aol.com,
            russj4478@aol.com
         John M. Craig   on behalf of Creditor   Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
         John M. Craig   on behalf of Creditor   Dominion Peoples johncraigg@aol.com,  russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| | | | |
|---|---|---|---|
| John M. Craig | on behalf of Creditor | Piedmont Natural Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Toledo Edison Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Southern Connecticut Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Duke Energy Indiana, Inc. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Defendant | Sun Builders Co. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Defendant | Pro-Pave Sealcoat Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Southern California Edison Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Yankee Gas Services Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Orange and Rockland Utilities johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | The Detroit Edison Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | KeySpan Gas East Corporation johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Connecticut Natural Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | The Cleveland Electric Illuminating Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Duke Energy Carolinas, LLC johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Public Service Company of New Hampshire johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Virginia Electric and Power Company d/b/a Dominion Virginia Power johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Narragansett Electric Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | The Brooklyn Union Gas Company d/b/a National Grid NY johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Public Service Electric And Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Massachusetts Electric Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Florida Power Corporation d/b/a Progress Energy Florida johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Niagara Mohawk Power Corporation johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Dominion East Ohio johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Granite State Electric johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Jersey Central Power & Light Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | PECO Energy Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Metropolitan Edison Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Consolidated Edison Company of New York, Inc. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Western Massachusetts Electric Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Salt River Project johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | American Electric Power johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Commonwealth Edison Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Retail Property Group, Inc. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Counter-Claimant | Sun Builders Co. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Jackson EMC johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Defendant | ASM Capital III, L.P. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Pennsylvania Electric Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | EnergyNorth Natural Gas, Inc. d/b/a National Grid NH johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | SimVest Real Estate II, LLC johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Duke Energy Kentucky, Inc. johncraigg@aol.com, russj4478@aol.com |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

John P. Van Beek   on behalf of Defendant    Cosco, Inc., d/b/a Cosco Air Conditioning and
  Refrigeration jvanbeek@goldmanvanbeek.com,
  awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
  vanbeek.com
John P. Van Beek   on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
  awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
  vanbeek.com
John P. Van Beek   on behalf of Creditor    WEC 96D Niles Investment Trust
  jvanbeek@goldmanvanbeek.com,
  awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
  vanbeek.com
John P. Van Beek   on behalf of Creditor    TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
  awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
  vanbeek.com
John T. Farnum   on behalf of Creditor    Bell Microproducts, Inc. jfarnum@linowes-law.com,
  gduvall@linowes-law.com;klevie@linowes-law.com
John T. Farnum   on behalf of Defendant    Ashley Furniture Industries, Inc.
  jfarnum@linowes-law.com,   gduvall@linowes-law.com;klevie@linowes-law.com
John T. Husk   on behalf of Defendant    Casco Corporation johnhusk@aol.com,   nre98@aol.com
Jonathan L. Hauser   on behalf of Defendant    Klipsch Audio Technologies LLC
  jonathan.hauser@troutmansanders.com
Jonathan L. Hauser   on behalf of Defendant    CENVEO, Inc. jonathan.hauser@troutmansanders.com
Jonathan L. Hauser   on behalf of Defendant    Velocity Micro, Inc.
  jonathan.hauser@troutmansanders.com
Jonathan L. Hauser   on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
Jonathan L. Hauser   on behalf of Defendant    Stampede Presentation Products, Inc.
  jonathan.hauser@troutmansanders.com
Jonathan T. Cain   on behalf of Defendant    Zoo Entertainment, Inc. jtcain@mintz.com,
  kcraun@mintz.com
Jonathan T. Cain   on behalf of Defendant    InVNT, LLC jtcain@mintz.com,   kcraun@mintz.com
Jonathan T. Cain   on behalf of Defendant    Zoo Games, Inc. f/k/a Destination Software, Inc.
  jtcain@mintz.com,   kcraun@mintz.com
Jorge A. Ortiz   on behalf of Defendant    Interactive Toy Concepts, Inc jorgeortiz0411@gmail.com
Joseph M. DuRant   on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
Joseph T. Moldovan   on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire
  Blue Cross Blue Shield bankruptcy@morrisoncohen.com
Judy A. Robbins, 11    USTPRegion04.RH.ECF@usdoj.gov
Julie Ann Quagliano   on behalf of Creditor    AT&T Capital Services, Inc.
  quagliano@seeger-law.com,   harvell@seeger-law.com
Julie Ann Quagliano   on behalf of Defendant    Kent H. Landsberg of Dallas, LP (
  quagliano@seeger-law.com,   harvell@seeger-law.com
Julie Ann Quagliano   on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
  harvell@seeger-law.com
Julie Ann Quagliano   on behalf of Creditor    AT&T quagliano@seeger-law.com,
  harvell@seeger-law.com
Julie Ann Quagliano   on behalf of Defendant    Paris Business Products, Inc.
  quagliano@seeger-law.com,   harvell@seeger-law.com
Julie Ann Quagliano   on behalf of Defendant    Amcor Packaging Distribution, Inc., d/b/a Amcor
  Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
  quagliano@seeger-law.com,   harvell@seeger-law.com
Justin F. Paget   on behalf of Defendant    The Seattle Times Company jpaget@hunton.com,
  tcanada@hunton.com
Justin F. Paget   on behalf of Defendant    Hunton & Williams, LLP jpaget@hunton.com,
  tcanada@hunton.com
Justin F. Paget   on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
  tcanada@hunton.com
Justin F. Paget   on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
  tcanada@hunton.com
Justin F. Paget   on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
  Inc. jpaget@hunton.com,   tcanada@hunton.com
Justin F. Paget   on behalf of Defendant    Wynit, Inc. jpaget@hunton.com,   tcanada@hunton.com
Justin F. Paget   on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
  Liberate Your Brand jpaget@hunton.com,   tcanada@hunton.com
Kalina Boyanova Miller   on behalf of Creditor    First Industrial Realty Trust, Inc.
  kmiller@wileyrein.com,   rours@wileyrein.com
Kalina Boyanova Miller   on behalf of Creditor    Greater Orlando Aviation Authority
  kmiller@wileyrein.com,   rours@wileyrein.com
Kan C. Farand   on behalf of Creditor    Alameda County Treasurer farand.kan@acgov.org
Karen L. Gilman   on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
  jbrockett@clrbfirm.com;clrbfirmecf@gmail.com;r40218@notify.bestcase.com
Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
  jbrockett@clrbfirm.com;clrbfirmecf@gmail.com;r40218@notify.bestcase.com
Ken Coleman   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
  Ken.Coleman@allenovery.com
Kenneth R. Rhoad   on behalf of Creditor    ActionLink, LLC rhoadken@gmail.com
Kenneth R. Rhoad   on behalf of Defendant    Actionlink, LLC rhoadken@gmail.com
Kevin A. Lake   on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Kevin A. Lake    on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
             County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
             District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    Madcow International Group Limited
             klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
             Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
             Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    Harris County klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
             District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
             District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    Pima County klake@mcdonaldsutton.com
            Kevin A. Lake    on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
            Kevin J. Funk    on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
             bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com,
             bmcmillen@durrettecrump.com
            Kevin J. Funk    on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
             bmcmillen@durrettecrump.com
            Kevin L. Sink    on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
            Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com
            Kevin M. Newman    on behalf of Creditor    NBT Bank, N.A. knewman@menterlaw.com,
             kmnbk@menterlaw.com
            Kevin M. Newman    on behalf of Creditor    Carousel Center Company, L.P. knewman@menterlaw.com,
             kmnbk@menterlaw.com
            Kevin M. Newman    on behalf of Creditor    Mount Berry Square, LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com
            Kevin M. Newman    on behalf of Creditor    Sangertown Square, L.L.C. knewman@menterlaw.com,
             kmnbk@menterlaw.com
            Kevin M. Newman    on behalf of Creditor    EklecCo NewCo, LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com
            Kevin M. Newman    on behalf of Creditor    Landover (Landover Crossing), LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com
            Kevin M. Newman    on behalf of Creditor    Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com
            Kevin M. Newman    on behalf of Creditor    Fingerlakes Crossing, LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com
            Kevin R. McCarthy    on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
             wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
            Kevin R. McCarthy    on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
             wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
            Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
             wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
            Kevin R. McCarthy    on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
             wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
            Kevin R. McCarthy    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
             krm@mccarthywhite.com,   wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
            Khang V. Tran    on behalf of Defendant    New World Communications of Detroit, Inc.
             khang.tran@hoganlovells.com
            Khang V. Tran    on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
            Khang V. Tran    on behalf of Defendant    NW Communications of Phoenix, Inc.
             khang.tran@hoganlovells.com
            Khang V. Tran    on behalf of Defendant    NW Communications of Texas, Inc.
             khang.tran@hoganlovells.com
            Khang V. Tran    on behalf of Defendant    Fox Television Stations, Inc. khang.tran@hoganlovells.com
            Khang V. Tran    on behalf of Defendant    Fox Broadcasting Company khang.tran@hoganlovells.com
            Khang V. Tran    on behalf of Defendant    New World Communications of Atlanta, Inc.
             khang.tran@hoganlovells.com
            Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
            Khang V. Tran    on behalf of Defendant    New World Communications of Tampa, Inc.
             khang.tran@hoganlovells.com
            Khang V. Tran    on behalf of Defendant    Fox Sports Net, Inc. khang.tran@hoganlovells.com
            Khang V. Tran    on behalf of Defendant    KCOP Television, Inc. khang.tran@hoganlovells.com
            Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
             sprescott@idalaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kimberly A. Pierro   on behalf of Creditor    Schottenstein Property Group, Inc.
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
          Kimberly A. Pierro   on behalf of Creditor    Cole CC Groveland FL, LLC
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
               LaSalle National Bank kwalker@fulbright.com, kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
               for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    Wells Fargo Bank, N.A kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
               LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
               1997-CTL-1 kwalker@fulbright.com, kimsullywalker@aol.com
          Kirk B. Burkley   on behalf of Creditor    Duquesne Light Company kburkley@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
               ve.com
          Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@BERKHIMERLaw.com
          Kristen E. Burgers   on behalf of Creditor    ORIX Capital Markets, LLC kburgers@hf-law.com
          Kristen E. Burgers   on behalf of Creditor    CWCapital Asset Management LLC kburgers@hf-law.com
          Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kurt M. Kobiljak   on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
          Laura  Otenti   on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@hf-law.com,
               ndysart@hf-law.com
          Lawrence H. Glanzer   on behalf of Creditor    Citrus Park CC, LLC glanzer@rgblawfirm.com,
               joette@rgblawfirm.com
          Lawrence J. Hilton   on behalf of Creditor    TARGUS, INC. lhilton@onellp.com, lthomas@onellp.com,
               info@onellp.com,evescance@onellp.com,crodriguez@onellp.com,rwenzel@onellp.com
          Leon Y. Tuan   on behalf of Creditor    TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard Starr   on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com,
               gadams@Starr-Law.com
          Leonidas  Koutsouftikis   on behalf of Creditor    Washington Real Estate Investment Trust
               lkouts@magruderpc.com, mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant    Network Engineering Technologies, Inc.
               lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Interested Party    American Computer Development, Inc.
               regenhardtl@gmail.com
          Linda Dianne Regenhardt    on behalf of Defendant    EVGA.com Corp. regenhardtl@gmail.com
          Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill   on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
               nkatzen@reedsmith.com
          Linda Sharon Broyhill   on behalf of Creditor    La Frontera Village, L.P. lbroyhill@reedsmith.com,
               nkatzen@reedsmith.com
          Lisa Hudson Kim   on behalf of Creditor    Vornado Caguas LP lkim@siwpc.com, lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    CSI Construction Company lkim@siwpc.com,
               lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
               lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Wayne VF LLC lkim@siwpc.com, lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Lang Construction, Inc. lkim@siwpc.com,
               lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BevCon I, LLC lkim@siwpc.com, lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com, lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
               lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
               lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com, lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com, lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com, lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com, lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant    Vornado Realty Trust lkim@siwpc.com, lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com, lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com, lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lisa Hudson Kim   on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
                Partnership lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    VNO TRU Dale Mabry, LLC lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BBP-Muncy LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Chatham County, GA Tax Commissioner lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    PrattCenter, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Amherst VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    John Rohrer Contracting Company, Inc. lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Chatham County Tax Commissioner lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Monument Consulting, LLC lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Paul  Schaapman lkim@siwpc.com, lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Route 146 Millbury LLC lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    NPP Development LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Hillson Electric Incorporated lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    T. J. Maxx of CA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Interstate Augusta Properties LLC lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
                of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    DEV Limited Partnership lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    UTC I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-OH LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-SC LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-NY LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant    Colonial Heights Holdings, LLC lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
                lhamiel@siwpc.com
          Loc Pfeiffer   on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com,
                Amanda.nugent@kutakrock.com
          Loc Pfeiffer   on behalf of Creditor    Schottenstein Property Group, Inc.
                loc.pfeiffer@kutakrock.com,  Amanda.nugent@kutakrock.com
          Louis E. Dolan, Jr.   on behalf of Defendant    California Self-Insurers Security Fund
                LDOLAN@nixonpeabody.com,
                was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
                peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
                clerk@nixonpeabody.co

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Louis E. Dolan, Jr.   on behalf of Creditor    Greystone Data Systems, Inc.
          LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
          peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
          clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Plaintiff    Greystone Data Systems, Inc.
          LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
          peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
          clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Creditor    TomTom, Inc. LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
          peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
          clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Defendant Christine  Baker LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
          peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
          clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Defendant    TomTom, Inc. LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
          peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
          clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Creditor    California Self-Insurers' Security Fund
          LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
          peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
          clerk@nixonpeabody.co
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel Anne Vargas   on behalf of Defendant    Cypress/Spanish Fort I LP LVargas@chfirm.com,
          chps.ecfnotices@gmail.com
          Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
          ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
          Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Madeleine C. Wanlsee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    AOL LLC mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    Advertising.com Inc. mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant    AOL Advertising Inc. mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant    AOL Advertising, Inc., fka Platform-A Inc.
          mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant    Superstation, Inc. mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    Accent Energy California LLC
          mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    Advance Real Estate Management, LLC
          mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Margaret M. Anderson   on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan   on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan   on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
          Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C2 LAWENCE  ROAD , LLC
          marksherrill@eversheds-sutherland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Mark D. Sherrill    on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Unknown    Sutherland Asbill & Brennan LLP
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    LNR Partners, Inc.
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
      of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
      holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Transferee    CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
      PARTNERSHIP marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    C1 West Mason Street LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Transferee    CMAT 1999-C2 Bustleton Avenue Limited Partnership
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Parent LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CGCMT 2006 C5 Glenway Avenue LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
      Partnership marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
      Liability Company marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
      Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
      Certificates, Series 2006-C4 marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-CI KELLY ROAD, LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Ludwig Drive, LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 EMPORIUM DRIVE LLC
       marksherrill@eversheds-sutherland.com
    Mark D. Taylor    on behalf of Defendant    The Weather Channel, LLC f/k/a The Weather Channel
      Interactive, Inc. mtaylor@vlplawgroup.com
    Mark D. Taylor    on behalf of Creditor    Triangle Equities Junction LLC mtaylor@vlplawgroup.com
    Mark D. Taylor    on behalf of Creditor    Lenovo USA mtaylor@vlplawgroup.com
    Mark E. Browning    on behalf of Defendant    Susan Combs, as Comptroller of Public Accounts of the
      State of Texas, and Greg Abbott, as Attorney General of the State of Texas
      bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
    Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts
      bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
    Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts and Texas
      Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
    Mark J. Friedman    on behalf of Defendant    InnerWorkings, Inc. mark.friedman@dlapiper.com

District/off: 0422-7        User: luedecket        Page 35 of 59        Date Rcvd: Aug 22, 2017
                           Form ID: redacttr       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Mark J. Friedman    on behalf of Creditor    InnerWorkings, Inc. mark.friedman@dlapiper.com
             Mark J. Friedman    on behalf of Defendant    Creative Labs, Inc. mark.friedman@dlapiper.com
             Mark J. Friedman    on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
             Mark J. Friedman    on behalf of Creditor    Morgan Hill Retail Venture, LP
              mark.friedman@dlapiper.com
             Mark J. Friedman    on behalf of Creditor    West Marine Products, Inc. mark.friedman@dlapiper.com
             Mark K. Ames    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
              mark@taxva.com,  amanda@taxva.com
             Mark K. Ames    on behalf of Creditor    Louisiana Department of Revenue mark@taxva.com,
              amanda@taxva.com
             Mark X. Mullin    on behalf of Creditor    Phoenix Property Company mark.mullin@haynesboone.com,
              dian.gwinnup@haynesboone.com
             Mark X. Mullin    on behalf of Creditor    BB Fonds International 1 USA, L.P.
              mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
             Martha E. Hulley    on behalf of Creditor    Developers Realty, Inc. martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
             Martha E. Hulley    on behalf of Creditor    Fayetteville Developers, LLC
              martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
             Martha E. Hulley    on behalf of Creditor    Westfield, LLC martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
             Martha E. Hulley    on behalf of Creditor    The Balogh Companies martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
             Martha E. Hulley    on behalf of Creditor    Brandywine Grande C, L.P.
              martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
             Martha E. Hulley    on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
             Martha E. Hulley    on behalf of Creditor    CC Kingsport 98, LLC martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
             Martha E. Hulley    on behalf of Creditor    CK Richmond Business Services #2, LLC
              martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
             Martha E. Hulley    on behalf of Creditor    Cardinal Capital Partners
              martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
             Martin A. Brown    on behalf of Creditor    Express Services, Inc. martin.brown@lawokc.com
             Martin A. Brown    on behalf of Creditor    Creditor Express Personnel Services, Inc
              martin.brown@lawokc.com
             Martin J.A. Yeager    on behalf of Creditor Loren  Stocker myeager@landcarroll.com
             Mary E. Olden    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
              molden@mhalaw.com,  akauba@mhalaw.com
             Mary Louise Fullington    on behalf of Creditor    Scripps Networks Interactive, Inc.
              lexbankruptcy@wyattfirm.com
             Matthew  Righetti    on behalf of Creditor Jonathan  Card matt@righettilaw.com,
              kelly@righettilaw.com
             Matthew  Righetti    on behalf of Creditor Jack  Hernandez matt@righettilaw.com,
              kelly@righettilaw.com
             Matthew  Righetti    on behalf of Creditor Joseph  Skaf matt@righettilaw.com,
              kelly@righettilaw.com
             Matthew  Righetti    on behalf of Creditor Jonthan  Card matt@righettilaw.com,
              kelly@righettilaw.com
             Matthew  Righetti    on behalf of Creditor Vadim  Rylov matt@righettilaw.com,
              kelly@righettilaw.com
             Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
             Matthew E. Hoffman    on behalf of Creditor    Principal Life Insurance Company
              mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
             Matthew E. Hoffman    on behalf of Creditor    Audiovox Corporation mehoffman@duanemorris.com,
              lltaylor@duanemorris.com;lstopol@levystopol.com
             Matthew J. Ellis    on behalf of Creditor    Montgomery County Trustee mellis@batsonnolan.com
             Matthew V. Spero    on behalf of Creditor    CC-Investors 1995-6 matthew.spero@rivkin.com
             Melissa S. Hayward    on behalf of Creditor    Parago, Inc. mhayward@lockelord.com
             Melissa S. Hayward    on behalf of Creditor    Home Depot USA, Inc. mhayward@lockelord.com
             Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC
              myoder@parkerpollard.com,
              sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
             Meredith Linn Yoder    on behalf of Creditor    MDS Realty II, LLC myoder@parkerpollard.com,
              sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
             Michael  Reed    on behalf of Creditor    City of Midland et al othercourts@mvbalaw.com
             Michael  Reed    on behalf of Creditor    City of Waco et al othercourts@mvbalaw.com
             Michael  Reed    on behalf of Creditor    Tax Appraisal District of Bell County et al
              othercourts@mvbalaw.com
             Michael  Reed    on behalf of Creditor    Williamson County et al othercourts@mvbalaw.com
             Michael A. Condyles    on behalf of Creditor    Cole CC Taunton MA, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Shopping.com, Inc. michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Chase Bank USA, National Association
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Magna Trust Company, Trustee
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

District/off: 0422-7          User: luedecket          Page 36 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Michael A. Condyles   on behalf of Creditor    GE Fleet michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Interested Party    Epson America, Inc.
          michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor    Cole CC Kennesaw GA, LLC
          michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor    Schottenstein Property Group, Inc.
          michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor    Cole CC Mesquite TX, LLC
          michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor    CBL & Associates Management, Inc.
          michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor    The Shoppes of Beavercreek Ltd.
          michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor    Cole CC Aurora CO, LLC
          michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor    Circuit Sports, L.P. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor    Jubilee-Springdale, LLC
          michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Defendant    Epson America, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor    Sony Electronics, Inc.
          michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor    JP Morgan Chase & Co.
          michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
          Bank, USA michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor    The Landing at Arbor Place II, LLC
          michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor    KSK Scottsdale Mall LP
          michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor    Cole Capital Partners, LLC
          michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor    Hickory Ridge Pavilion LLC
          michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Stover   on behalf of Defendant    Safeco Insurance Company of America
          mstover@wcslaw.com,   whopkins@wcslaw.com
        Michael Callahan Crowley   on behalf of Defendant    White-Spunner Construction Inc.
          mcrowley@asm-law.com
        Michael Callahan Crowley   on behalf of Creditor    White-Spunner Construction, Inc.
          mcrowley@asm-law.com
        Michael D. Mueller   on behalf of Creditor    Tamarack Village Shopping Center Limited Partnership
          mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Creditor    CHK, LLC mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Creditor    Whitestone Development Partners, L.P.
          mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Defendant    Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
          Inc. mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Creditor    Inland Continental Property Management Corp.
          mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Creditor    Catellus Operating Limited Partnership
          mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Creditor    Inland Commercial Property Management,   Inc.
          mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
        Michael D. Mueller   on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
          mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael D. Mueller   on behalf of Defendant   North American Roofing Services, Inc.
                mmueller@cblaw.com, avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Team Retail Westbank, Ltd. mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Inland Southwest Management LLC mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Giant Eagle, Inc. mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Defendant   ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
                mmueller@cblaw.com, avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Gateway Center Properties III, LLC and SMR Gateway
                III, LLC as tenants in common mmueller@cblaw.com, avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Inland US Management LLC mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Concar Enterprises, Inc. mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   SEA Properties I, LLC mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Inland American Retail Management LLC
                mmueller@cblaw.com, avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Cermak Plaza Associates, LLC mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Inland Pacific Property Services LLC
                mmueller@cblaw.com, avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Kimco Realty Corporation mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Union Square Retail Trust mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Defendant   Honeywell International Inc. dba ADI
                mmueller@cblaw.com, avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   La Habra Imperial, LLC mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Defendant   Warner Home Video, a division of Warner Bros. Home
                Entertainment, Inc. mmueller@cblaw.com, avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Defendant   Texas Instruments Incorporated mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Teachers Insurance and Annuity Association of
                America mmueller@cblaw.com, avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Market Heights, Ltd mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Defendant   U.S. Luggage Co. mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   RD Bloomfield Associates Limited Partnership
                mmueller@cblaw.com, avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Ergotron, Inc. f/k/a OmniMount Systems, Inc.
                mmueller@cblaw.com, avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Creditor   Bagby & Russell Electric Company, Inc.
                mmueller@cblaw.com, avaughn@cblaw.com;cnichols@cblaw.com
              Michael D. Mueller   on behalf of Defendant   Mad Catz, Inc. mmueller@cblaw.com,
                avaughn@cblaw.com;cnichols@cblaw.com
              Michael E. Hastings   on behalf of Creditor   Eastern Security Corp. mhastings@wtplaw.com,
                twhitt@wtplaw.com
              Michael F. Ruggio   on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
              Michael J. Sage   on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
              Michael John O'Grady   on behalf of Creditor   Convergys Customer Management Group Inc.
                mjogrady@fbtlaw.com
              Michael Keith McCrory   on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
              Michael L. Wilhelm   on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
              Michael L. Wilhelm   on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
              Michael L. Wilhelm   on behalf of Creditor Harry  Hallaian ECF@w2lg.com
              Michael L. Wilhelm   on behalf of Creditor Leon  Hallaian ECF@w2lg.com
              Michael P. Falzone   on behalf of Creditor   Huntington Mall Company mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   WD Partners, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Woodlawn Trustees Incorporated mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
                Mall mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   Patriot Enterprises of NY, LLC mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Martinair, Inc. mfalzone@hf-law.com

District/off: 0422-7          User: luedecket          Page 38 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael P. Falzone   on behalf of Creditor   Basile Limited Liability Company mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Defendant  Standard Electric Supply Co., Inc.
           mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   RTS Marketing, Inc. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Fuel Creative, Inc. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Defendant  DG FastChannel, Inc. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Howland Commons Partnership, an Ohio gen partnership
           dba Howland Commons mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Defendant  Streater Inc. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Vertis, Inc. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Kentucky Oaks Mall Company mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
           mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   M and M Berman Enterprises mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Cameron Group Associates LLP mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Gallatin Management Associates, LLC
           mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Dickson Management Associates, LLC
           mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Spring Hill Development Partners, GP
           mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Remount Road Associates Limited Partnership
           mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Defendant  BellO International Corp. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Defendant  Amore Construction Company mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Modelogic, Inc. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Interested Party  Systemax, Inc. mfalzone@hf-law.com
          Michael S. Kogan     on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com
           mkogan@koganlawfirm.com
          Min  Park  on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
           Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
           Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora  on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn  on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman   on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman   on behalf of Creditor   The Ziegler Companies mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman   on behalf of Creditor   Simon Property Group, Inc. mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman   on behalf of Creditor   Tysons 3, LLC mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Nancy F. Loftus  on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting   on behalf of Creditor   Antar Media Corporation nrs@lplaw.com,
           lmg@lplaw.com
          Nathan  Jones  on behalf of Transferee  US Debt Recovery LLC heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor   US Debt Recovery XII, LP heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor   US Debt Recovery X, LP heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor   US Debt Recovery, XI, LP heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor   Us Debt Recovery VII, L.P. heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor   United States Debt Recovery, LLC heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor   US Debt Recovery XI, LP heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor   US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor   Us debt recovery, XII, LP heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor   US Debt Recovery V, LP heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor   US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
          Nathan  Jones  on behalf of Creditor   US Debt Recovery X, LLC heather@usdrllc.com
          Neil E. McCullagh  on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   United States Debt Recovery IV LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor   Shelby Properties TX, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh  on behalf of Interested Party   Marblegate Asset Management
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
           aldson@spottsfain.com;hcutright@spottsfain.com

District/off: 0422-7          User: luedecket          Page 39 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh    on behalf of Creditor    Chino South Retail PG, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Newspaper Agency Company LLC d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    United States Debt Recovery, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
          Rutherford LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Dentici Family Limited Partnership
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Pintar Investment Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, L.P.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    iGoDitigal, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com

District/off: 0422-7          User: luedecket          Page 40 of 59          Date Rcvd: Aug 22, 2017
                              Form ID: redacttr        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Neil E. McCullagh   on behalf of Defendant   Panattoni Construction Inc.
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                aldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   Parkway Enterprises, LLC d/b/a Parkway Enterprises
                LLC nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                aldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   TI PI Texas, LLC nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                aldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
                Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                aldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   Techcraft Manufacturing, Inc.
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                aldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   US Debt Recovery V, LP nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                aldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                aldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery LLC
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                aldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Cormark, Inc. nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                aldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Cleveland Construction, Inc.
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                aldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                aldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Attorney   Spotts Fain PC nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                aldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Scripps Networks Interactive, Inc.
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                aldson@spottsfain.com;hcutright@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for EPC
                Denton Gateway, LLC nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                aldson@spottsfain.com;hcutright@spottsfain.com
              Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
                nwhittenburg@millermartin.com, mcsmith@millermartin.com
              Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
                bfears@law.ga.gov, jjacobs@law.ga.gov
              P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL matt@godwinjonesandprice.com
              P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
                matt@godwinjonesandprice.com
              Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
                ctrivigno@rc.com
              Paul J. Pascuzzi   on behalf of Interested Party   Miami Herald ppascuzzi@ffwplaw.com
              Paul J. Pascuzzi   on behalf of Creditor   Biloxi Sun Herald ppascuzzi@ffwplaw.com
              Paul J. Pascuzzi   on behalf of Interested Party   Merced Sun Star ppascuzzi@ffwplaw.com
              Paul J. Pascuzzi   on behalf of Interested Party   Olympian ppascuzzi@ffwplaw.com
              Paul J. Pascuzzi   on behalf of Interested Party   Fresno Bee ppascuzzi@ffwplaw.com
              Paul J. Pascuzzi   on behalf of Creditor   Wichita Eagle ppascuzzi@ffwplaw.com
              Paul J. Pascuzzi   on behalf of Creditor   Macon Telegraph ppascuzzi@ffwplaw.com
              Paul J. Pascuzzi   on behalf of Creditor   McClatchy Company ppascuzzi@ffwplaw.com
              Paul J. Pascuzzi   on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com
              Paul J. Pascuzzi   on behalf of Creditor   Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
              Paul J. Pascuzzi   on behalf of Interested Party   Sacramento Bee ppascuzzi@ffwplaw.com
              Paul J. Pascuzzi   on behalf of Creditor   Island Packet ppascuzzi@ffwplaw.com
              Paul J. Pascuzzi   on behalf of Creditor   Charlotte Observer ppascuzzi@ffwplaw.com
              Paul J. Pascuzzi   on behalf of Interested Party   Centre Daily Times (State College)
                ppascuzzi@ffwplaw.com
              Paul J. Pascuzzi   on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
              Paul J. Pascuzzi   on behalf of Creditor   Idaho Statesman ppascuzzi@ffwplaw.com

District/off: 0422-7          User: luedecket          Page 41 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Paul J. Pascuzzi   on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Interested Party   Modesto Bee ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Interested Party   Bradenton Herald ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Interested Party   Lexington Herald-Leader ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor    Columbus Ledger-Enquirer ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Interested Party   San Luis Obispo Tribune ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor    Columbia State ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor    Tacoma News, Inc. ppascuzzi@ffwplaw.com
           Paul K. Campsen   on behalf of Defendant    Griffin Marketing & Promotions, Inc.
            pkcampsen@kaufcan.com, jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor    Lea Company, a Virginia general partnership, the
            Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor    Tritronics, Inc. pkcampsen@kaufcan.com,
            jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor    Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
            jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor    Newport News Shopping Center, L.L.C.
            pkcampsen@kaufcan.com, jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor    Google Inc. pkcampsen@kaufcan.com, jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor    Site A, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor    TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
            jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor    CC Grand Junction Investors 1998, LLC
            pkcampsen@kaufcan.com, jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor    Crossways Financial Associates, LLC
            pkcampsen@kaufcan.com, jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor    CC Springs, L.L.C. pkcampsen@kaufcan.com,
            jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor    MHW Warner Robins, LLC pkcampsen@kaufcan.com,
            jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor    Vance Baldwin, Inc. pkcampsen@kaufcan.com,
            jaturner@kaufcan.com
           Paul M. Black   on behalf of Creditor    Sony Pictures Home Entertainment Inc.
            pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
           Paul McCourt Curley   on behalf of Creditor Jon C. Geith paul.curley@allenandallen.com,
            kim.pillsbury@allenandallen.com
           Paul McCourt Curley   on behalf of Creditor    Carrollton Arms, LLC paul.curley@allenandallen.com,
            kim.pillsbury@allenandallen.com
           Paul McCourt Curley   on behalf of Creditor Laurie  Lambert-Gaffney paul.curley@allenandallen.com,
            kim.pillsbury@allenandallen.com
           Paul Michael Schrader   on behalf of Creditor    Contra Costa Times, Inc.
            pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
           Paul Michael Schrader   on behalf of Creditor    San Jose Mercury-News, Inc.
            pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
           Paul Michael Schrader   on behalf of Creditor    Bay Area News Group East Bay, LLC
            pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
           Paul Michael Schrader   on behalf of Defendant    Bay Area News Group East Bay, LLC
            pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
           Paul Michael Schrader   on behalf of Defendant    San Jose Mercury-News, Inc.
            pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
           Paul Michael Schrader   on behalf of Defendant    Export Development Canada
            pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
           Paul Michael Schrader   on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com,
            paul-schrader-1243@ecf.pacerpro.com
           Paul Michael Schrader   on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
            Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
            Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com,
            paul-schrader-1243@ecf.pacerpro.com
           Paul Michael Schrader   on behalf of Defendant    Caribbean Display & Construction, Inc.
            pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
           Paul Michael Schrader   on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
            pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
           Paul Michael Schrader   on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com,
            paul-schrader-1243@ecf.pacerpro.com
           Paul Michael Schrader   on behalf of Creditor    Contra Costs Times pschrader@fullertonlaw.com,
            paul-schrader-1243@ecf.pacerpro.com
           Paul Michael Schrader   on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
            East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
            Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com,
            paul-schrader-1243@ecf.pacerpro.com
           Paul Michael Schrader   on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com,
            paul-schrader-1243@ecf.pacerpro.com

District/off: 0422-7          User: luedecket          Page 42 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
              pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
              pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
              pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
              L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
              pbliley@williamsmullen.com; rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Pinnellas County, Florida
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Interested Party    Carmax Business Services, LLC
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hernando County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Defendant    Stephen Gould Corporation
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Seminole County Florida Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Stillwater Designs and Audio, Inc.
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Torrington Tripletts, LLC
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Brevard County Florida Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Burbank Mall Associates, LLC
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Tax Collector, Polk County, Florida
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Polk County Florida Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Paul S. Bliley, Jr.   on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.   on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.   on behalf of Creditor    Willaims Mullen Clark and Dobbins
             pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.   on behalf of Creditor    Indian River County Florida Tax Collector
             pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paula A. Hall   on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
             hall@bwst-law.com,   marbury@bwst-law.com
           Paula S. Beran   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
             pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
             Inc. Liquidating Trust pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
             pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
           Peter A. Greenburg   on behalf of Creditor    Premier Resources International LLC
             pgreenburg@aol.com
           Peter A. Greenburg   on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com
           Peter C.L. Roth   on behalf of Creditor    State of New Hampshire Department of Revenue
             Administration peter.roth@doj.nh.gov
           Peter E. Strniste, Jr.   on behalf of Creditor    Schimenti Construction Company LLC
             pstrniste@rc.com,   kcooper@rc.com
           Peter G. Zemanian   on behalf of Defendant    American Broadcasting Companies, Inc. d/b/a WABC TV
             pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    WPVI Television, LLC pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Creditor    Disney Interactive Distribution, et al.
             pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    Buena Vista Home Entertainment, Inc.
             pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    ABC Holding Company, Inc., d/b/a KABC TV
             pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    KTRK Television, Inc. pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    Skullcandy, Inc. pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    Staples Contract & Commercial, Inc.
             pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    WLS Television, Inc. pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Creditor    TiVo Inc. pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
             pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    Argo Partners pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    Cobra Electronics Corporation pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    Disney Interactive Distribution pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    Disney Interactive Studios, Inc. pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    Corporate Express Office Products, Inc.
             pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    The Washington Post Company pete@zemanianlaw.com
           Peter G. Zemanian   on behalf of Defendant    Bose Corporation pete@zemanianlaw.com
           Peter J. Barrett   on behalf of Creditor    Mayfair MDCC peter.barrett@kutakrock.com,
             charisse.matthews@kutakrock.com
           Peter J. Barrett   on behalf of Defendant    Gelco Corporation, d/b/a GE Fleet Services
             peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com
           Peter J. Barrett   on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
             charisse.matthews@kutakrock.com
           Peter J. Barrett   on behalf of Creditor    Sony Electronics, Inc. peter.barrett@kutakrock.com,
             charisse.matthews@kutakrock.com
           Peter J. Barrett   on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
             charisse.matthews@kutakrock.com
           Peter J. Barrett   on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
             peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com

District/off: 0422-7          User: luedecket          Page 44 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Peter J. Barrett    on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
               peter.barrett@kutakrock.com,  charisse.matthews@kutakrock.com
              Peter J. Barrett    on behalf of Creditor    Sharpe Partners, LLC peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com
              Peter J. Barrett    on behalf of Defendant    Sony Electronics Inc. peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com
              Peter J. Barrett    on behalf of Defendant    SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
               LOAN FUNDING, LLC peter.barrett@kutakrock.com,  charisse.matthews@kutakrock.com
              Peter J. Carney    on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
               pcarney@whitecase.com,  hletourneau@whitecase.com
              Peter M. Pearl    on behalf of Movant    Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
               scormany@spilmanlaw.com
              Peter M. Pearl    on behalf of Defendant    Koch Entertainment Distribution LLC
               ppearl@sandsanderson.com,  scormany@spilmanlaw.com
              Peter M. Pearl    on behalf of Creditor    PrattCenter, LLC ppearl@spilmanlaw.com,
               scormany@spilmanlaw.com
              Peter M. Pearl    on behalf of Defendant    Koch International L.P. ppearl@sandsanderson.com,
               scormany@spilmanlaw.com
              Peter M. Pearl    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
               ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
              Peter M. Pearl    on behalf of Creditor    Valley Corners Shopping Center, LLC
               ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
              Philip C. Baxa    on behalf of Creditor    Mitsubishi Digital Electronics America, Inc.
               pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Defendant    The Insurance Company of the State of Pennsylvania
               pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Creditor    JWC Loftus LLC pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
               pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Creditor    Dicker-Warmington Properties pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Defendant    Mitsubishi Electronics America, Inc.
               pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
              Philip C. Baxa    on behalf of Creditor    Onkyo USA Corporation pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
              Philip James Meitl    on behalf of Defendant    Gorilla Nation Media, LLC pj.meitl@bryancave.com,
               john.leininger@bryancave.com
              Philip James Meitl    on behalf of Creditor    Capmark Finance, Inc. pj.meitl@bryancave.com,
               john.leininger@bryancave.com
              Philip James Meitl    on behalf of Defendant    DBL Distributing, LLC pj.meitl@bryancave.com,
               john.leininger@bryancave.com
              R. Chase Palmer    on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
              Rafael X. Zahralddin-Aravena    on behalf of Creditor    Symantec Corp rxza@elliottgreenleaf.com
              Rand L. Gelber    on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com
              Raymond  Pring, Jr.    on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
               raypri24@hotmail.com
              Raymond William Battaglia    on behalf of Creditor    Miner Corporation rbattaglia@obht.com
              Rebecca L. Saitta    on behalf of Creditor    Bond C.C. I Delaware Business Trust
               rsaitta@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
              Reid Steven Whitten    on behalf of Creditor    LaSalle Bank National Association, as trustee for
               C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
              Rhett E. Petcher    on behalf of Interested Party    36 Monmouth Plaza LLC rpetcher@seyfarth.com
              Rhett E. Petcher    on behalf of Creditor    Engineered Structures, Inc. rpetcher@seyfarth.com
              Richard C. Maxwell    on behalf of Interested Party    Park National Bank rmaxwell@woodsrogers.com,
               jmartin@woodsrogers.com
              Richard C. Maxwell    on behalf of Interested Party    Wells Fargo Bank Northwest, National
               Association rmaxwell@woodsrogers.com,  jmartin@woodsrogers.com
              Richard E. Girgado    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
               rgirgado@counsel.lacounty.gov
              Richard E. Hagerty    on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor Richard S. Birnbaum
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Southroads, L.L.C.
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Carlyle-Cypress Tuscaloosa, LLC
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com

District/off: 0422-7          User: luedecket          Page 45 of 59          Date Rcvd: Aug 22, 2017
                              Form ID: redacttr        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor   Northcliff Residual Parcel 4 LLC
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor   SAP Retail Inc. and Business Objects
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor   Craig-Clarksville Tennessee LLC
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor   Plantation Point Development, LLC
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor   Certain Benefit Restoration Plan Claimants
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor   Triangle Equities Junction LLC
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Hagerty   on behalf of Creditor   Cosmo-Eastgate, ltd
                richard.hagerty@troutmansanders.com,
                sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
              Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
                kimi.odonnell@hklaw.com
              Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
                kimi.odonnell@hklaw.com
              Richard F. Stein   on behalf of Creditor   Internal Revenue Service
                richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson   on behalf of Creditor   Sharp Electronics Corporation
                rhutson@weinstocklegal.com, lramsey@weinstocklegal.com
              Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
              Richard Thomas Pledger   on behalf of Defendant   Safeco Insurance Company of America
                rpledger@setliffholland.com, tmoran@setliffholland.com;wcabell@setliffholland.com
              Richard Thomas Pledger   on behalf of Counter-Claimant   Safeco Insurance Company of America
                rpledger@setliffholland.com, tmoran@setliffholland.com;wcabell@setliffholland.com
              Richard Thomas Pledger   on behalf of 3rd Party Plaintiff   Safeco Insurance Company of America
                rpledger@setliffholland.com, tmoran@setliffholland.com;wcabell@setliffholland.com
              Robert A. Canfield   on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
                jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
                eancanfield@comcast.net
              Robert A. Canfield   on behalf of Defendant   B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
                jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
                eancanfield@comcast.net
              Robert A. Canfield   on behalf of Creditor Laurie   Lambert-Gaffney bcanfield@canfieldbaer.com,
                jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
                eancanfield@comcast.net
              Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture kgilbert@hillrainey.com,
                hillraineyign@gmail.com
              Robert B. Hill   on behalf of Creditor   Columbia Plaza Shopping Ceter Venture
                kgilbert@hillrainey.com, hillraineyign@gmail.com
              Robert B. Hill   on behalf of Creditor Decarla   Taylor-Conyers kgilbert@hillrainey.com,
                hillraineyign@gmail.com
              Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins, 11
                Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department
                of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company
                robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
              Robert D. Clark   on behalf of Creditor   Treasurer of Douglas County, Colorado
                rclark@douglas.co.us
              Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
                L.L.C. rtepper@sabt.com, pcoover@sabt.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert E. Scully, Jr.   on behalf of Creditor   T.D. Farrell Construction, Inc.
           rscully@stites.com,  docketclerkalex@stites.com
          Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc.
           rmoorman@moormanlaw.com,  robmoorman@comcast.net
          Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC
           Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert J.E. Edwards   on behalf of Unknown   KeyBank National Association redwards@polsinelli.com,
           tbackus@polsinelli.com
          Robert J.E. Edwards   on behalf of Creditor   U.S Bank National Association as Trustee
           redwards@polsinelli.com,  tbackus@polsinelli.com
          Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
           USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
           rminkoff@cedargladecapital.com
          Robert Kenneth Minkoff   on behalf of Creditor   Collective Media rminkoff@cedargladecapital.com
          Robert Kenneth Minkoff   on behalf of Creditor   Cedar Glade, LP rminkoff@cedargladecapital.com
          Robert L. LeHane   on behalf of Creditor   DDR Corp. f/k/a Developers Diversified Realty Corp.
           rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   The Woodmont Company rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Basser-Kaufman rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   WEC 99A-2LLC rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   General Growth Properties, Inc. rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Ashkenazy Management Corp. rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Philips International rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Developers Diversified Realty Corporation
           rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Jones Lang LaSalle Americas, Inc.
           rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
           Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Regency Centers, L.P. rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Philips International Holding Corp.
           rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Benderson Development Company, LLC
           rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Continental Properties Company, Inc.
           rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
           rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino   on behalf of Plaintiff   Ryan, Inc. f/k/a Ryan & Company, Inc.
           rmmarino@rpb-law.com,  rmmarino1@aol.com
          Robert M. Marino   on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
           rmmarino@rpb-law.com,  rmmarino1@aol.com
          Robert P. McIntosh   on behalf of 3rd Pty Defendant   UNITED STATES CUSTOM SERVICE
           Robert.McIntosh@usdoj.gov,
           USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
          Robert P. McIntosh   on behalf of 3rd Pty Defendant   UNITED STATES Robert.McIntosh@usdoj.gov,
           USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
          Robert P. McIntosh   on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
           USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
          Robert R. Vieth   on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
           dhowes@ltblaw.com
          Robert R. Vieth   on behalf of Defendant   Logitech, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
          Robert R. Vieth   on behalf of Defendant   TruEffect, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
          Robert Ryland Musick   on behalf of Defendant   Booth Newspapers, Inc., d/b/a The Bay City Times,
           Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
           Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Advance Publications, Inc., d/b/a Newhouse
           Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
           bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Newark Morning Ledger Co. bmusick@t-mlaw.com,
           karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   The Times-Picayune, L.L.C. d/b/a The
           Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Northeast Ohio Marketing Network, LLC
           bmusick@t-mlaw.com,  karnett@t-mlaw.com

```
District/off: 0422-7          User: luedecket          Page 47 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Robert Ryland Musick   on behalf of Defendant   Oregonian Publishing Company LLC d/b/a The
              Oregonian Publishing Co. bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
              Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick   on behalf of Defendant   The Birmingham News Company bmusick@t-mlaw.com,
              karnett@t-mlaw.com
              Robert Ryland Musick   on behalf of Defendant   Advance Publications, Inc., d/b/a Newhouse
              Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick   on behalf of Defendant   International Business Machines Corporation
              bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick   on behalf of Defendant   The Herald Publishing Company, LLC
              bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick   on behalf of Defendant   IBM Credit, LLC bmusick@t-mlaw.com,
              karnett@t-mlaw.com
              Robert S. Westermann   on behalf of Creditor   Panasonic Corporation of North America
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Creditor   Eastman Kodak Company rwestermann@hf-law.com,
              rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Counter-Claimant   Eastman Kodak Company
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Creditor   National A-1, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Creditor   Galleria Plaza, Ltd. rwestermann@hf-law.com,
              rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Cyber Power Systems, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Atlantic Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Cyber Power Systems (USA), Inc.
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Creditor   Vector Security, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Creditor   Towne Square Plaza rwestermann@hf-law.com,
              rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Fuel Creative, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Creditor   COMSYS Information Technology Services, Inc. and
              COMSYS Services, LLC rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Klaussner Furniture Industries, Inc.
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   The CIT Group/Commercial Services, Inc.
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Pop's Cosmic Counters, Inc.
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Creditor   Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
              rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Interested Party   Marblegate Asset Management
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Transferee   Marblegate Special Opportunities Master Fund LP
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Creditor   Cameron Group Associates LLP
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Starlight Marketing, Ltd. rwestermann@hf-law.com,
              rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services, Inc.
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Creditor   Taubman Auburn Hills Associates Limited
              Partnership rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Creditor   TXU Engergy Retail Company LLC
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Eastman Kodak Company rwestermann@hf-law.com,
              rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Starlite/Starlight Marketing, Ltd.
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Venetian Casino Resort, LLC
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Longacre Opportunity Fund, L.P.
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Creditor   Harvest/HPE LP rwestermann@hf-law.com,
              rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Fasteners For Retail, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
              rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Interested Party   Systemax, Inc. rwestermann@hf-law.com,
              rmcburney@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert S. Westermann   on behalf of Defendant   Denver Newspaper Agency LLP
                rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Marblegate Special Opportunities Master Fund L.P.
                rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services
                rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Creditor   Old Republic Insurance Company
                rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robin S. Abramowitz   on behalf of Creditor   CC Merrilville Trust abramowitz@larypc.com
              Robin S. Abramowitz   on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
                abramowitz@larypc.com
              Robin S. Abramowitz   on behalf of Creditor   CC Colonial Trust abramowitz@larypc.com
              Robin S. Abramowitz   on behalf of Creditor   CC Joliet Trust abramowitz@larypc.com
              Ron C. Bingham, II   on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
                Farrell Construction, Inc. rbingham@stites.com,  dclayton@stites.com
              Ronald A. Page, Jr.   on behalf of Creditor   JMC Manufacturing Inc. dba Inland Fixture
                rpage@rpagelaw.com,  R59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Attorney   Ronald Page, PLC rpage@rpagelaw.com,
                R59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Defendant   Miner Fleet Management Group, LLC, fka Miner Fleet
                Management Group, Ltd. rpage@rpagelaw.com,  R59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Cormark, Inc. rpage@rpagelaw.com,
                R59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Miner Fleet Management Group, Ltd.
                rpage@rpagelaw.com,  R59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Anthony Erickson, d/b/a A.C.E.Enterprises
                rpage@rpagelaw.com,  R59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Defendant   Anthony Erickson, d/b/a A.C.E.Enterprises
                rpage@rpagelaw.com,  R59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Defendant   JMC Manufacturing Inc. dba Inland Fixture
                rpage@rpagelaw.com,  R59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
                R59927@notify.bestcase.com
              Ronald G. Dunn   on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
              Ronald M. Tucker   on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
                cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
              Roy M. Terry, Jr.   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              Roy M. Terry, Jr.   on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              Russell R. Johnson, III   on behalf of Creditor   Chalek Company LLC russ4478@aol.com
              Russell R. Johnson, III   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com
              Ryan C. Day   on behalf of Plaintiff   Schimenti Construction Company LLC ryan.day@leclairryan.com
              S. James Wallace   on behalf of Creditor   Barnes & Powers North, LLC sjw@sjwpgh.com,
                srk@sjwpgh.com
              S. James Wallace   on behalf of Creditor   Equitable Gas Company LLC sjw@sjwpgh.com,
                srk@sjwpgh.com
              S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
                Company sgill@vanblk.com
              Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
                sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
                sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
                sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
                sboehm@mcguirewoods.com
              Satchidananda Mims  smims21@hotmail.com
              Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com

District/off: 0422-7          User: luedecket        Page 49 of 59            Date Rcvd: Aug 22, 2017
                             Form ID: redacttr        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
          Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com,
           mdowns@vanblk.com
          Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
           sfranklin@vanblk.com,   mdowns@vanblk.com
          Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
          Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   RTS Marketing, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Howland Commons Partnership, an Ohio gen
           partnership dba Howland Commons sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Huntington Mall Company sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Spring Hill Development Partners, GP
           sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
           Mall sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Defendant   Horizon Technology, LLC sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Basile Limited Liability Company
           sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   United States Debt Recovery, LLC
           sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Kentucky Oaks Mall Company sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Remount Road Associates Limited Partnership
           sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   M and M Berman Enterprises sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Defendant   Mizco International, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
           sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   The Denver Newspaper Agency, LLP
           sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Vertis, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Cottonwood Corners-Phase V, LLC
           sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Woodlawn Trustees Incorporated
           sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Horizon Technology, LLC sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor   Mizco International, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila L. Shadmand   on behalf of Defendant   Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand   on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand   on behalf of Creditor   Ventura In Manhattan, Inc. slshadmand@jonesday.com
          Stanley M. Salus   on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
           stan.salus@akerman.com,
           crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo   on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   DPI, Inc., formerly known as GPX, Inc.
           smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Interested Party   General Electric Company's Consumer &
           Industrial Division smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   The Decal Source Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   Universal Remote Control, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   Terracon Consultants, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   THF St. Clairsville Development, L.P.
           smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   THF Chesterfield Two Development, L.L.C.
           smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

District/off: 0422-7          User: luedecket          Page 50 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
           smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
           Company smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
           smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
           smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
           Distributors, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com
          Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership smetz@offitkurman.com
          Stephen E. Leach    on behalf of Creditor    Bush Industries, Inc. sleach@hf-law.com,
           ndysart@hf-law.com;kburgers@hf-law.com
          Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
           sleach@hf-law.com, ndysart@hf-law.com;kburgers@hf-law.com
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
           Murphys@dor.state.ma.us
          Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
           sgallagher@venable.com,  cowenby@venable.com;lrheitger@venable.com
          Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
           steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
           steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com
          Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
           Hartman 1995 Ohio Property brown@wolriv.com
          Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
           brown@wolriv.com
          Steven L. Brown    on behalf of Defendant    Construct, Inc. brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    The Columbus Dispatch brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    Construct, Inc. brown@wolriv.com
          Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
           tannweiler@greerherz.com
          Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@hunton.com
          Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
           thadwilson@kslaw.com,  pwhite@kslaw.com
          Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg    Gateway Woodside, Inc.
           tmurphy@dclawfirm.com,
           rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
           dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
           Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
           thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    Nielsen Business Media Inc.
           thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com,
           alexis.makell@hklaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
           smedsa@gtlaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com,  smedsa@gtlaw.com
          Thomas Joseph Moran    on behalf of Creditor    Safeco Insurance Company of America
           tmoran@setliffholland.com,  wcabell@setliffholland.com
          Thomas Joseph Moran    on behalf of Creditor    Safeco Insurance Company of America
           tmoran@setliffholland.com,  wcabell@setliffholland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
            tomjam2003@yahoo.com
          Thomas Neal Jamerson    on behalf of Interested Party    Parker Central Plaza Ltd
            tjamerson@hunton.com,  tomjam2003@yahoo.com
          Thomas Ryan Lynch   on behalf of Defendant    Griffin Technology tlynch@babc.com
          Thomas W. Repczynski    on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
            tboyd@offitkurman.com
          Thomas W. Repczynski    on behalf of Creditor    Loren  Stocker trepczynski@offitkurman.com,
            tboyd@offitkurman.com
          Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc.
            trepczynski@offitkurman.com,  tboyd@offitkurman.com
          Thomas W. Repczynski    on behalf of Creditor    Tutwiler Properties, LTD
            trepczynski@offitkurman.com,  tboyd@offitkurman.com
          Thomas W. Repczynski    on behalf of Defendant    Graphic Communications Holdings, Inc.
            trepczynski@offitkurman.com,  tboyd@offitkurman.com
          Tiffany Strelow Cobb    on behalf of Creditor    Platform-A Inc. tscobb@vorys.com,
            bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    Advertising.com Inc. tscobb@vorys.com,
            bjtobin@vorys.com
          Timothy Francis Brown   on behalf of Interested Party    F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown   on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin   on behalf of Creditor    Alameda County Treasurer tboykin@vanblk.com,
            croyes@vanblk.com
          Tracey Michelle Ohm    on behalf of Defendant    Targus, Inc. tracey.ohm@stinson.com,
            porsche.barnes@stinson.com
          Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc. tracey.ohm@stinson.com,
            porsche.barnes@stinson.com
          Troy  Savenko   on behalf of Creditor    Slam Brands, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Movant    PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor    Liberty Mutual Insurance Company tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor    PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant    A.J. Padelford & Son, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant    Morris Publishing Group, LLC dba The Florida Times-Union
            tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant    Morris Communications Company, LLC; Morris
            Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
            Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Interested Party    Liquid Asset Partners, LLC tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant    PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor    Safeco Insurance Company of America tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly
            situated tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor    AmREIT, a Texas Real Estate Investment Trust
            tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor    Archos, Inc. tsavenko@kv-legal.com
          Tyson Alynn Johnson   on behalf of Creditor    Berkadia Commercial Mortgage LLC
            tyson.johnson@bryancave.com
          Tyson Alynn Johnson   on behalf of Creditor    Capmark Finance, Inc. tyson.johnson@bryancave.com
          Valerie P. Morrison    on behalf of Creditor    Daly City Partners I, L.P
            val.morrison@nelsonmullins.com,  kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison    on behalf of Creditor    Infogain Corporation val.morrison@nelsonmullins.com,
            kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison    on behalf of Creditor    Envision Peripherals, Inc.
            val.morrison@nelsonmullins.com,  kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison    on behalf of Creditor    Daly City Partners I, L.P.
            val.morrison@nelsonmullins.com,  kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison    on behalf of Creditor    Lexar Media, Inc. val.morrison@nelsonmullins.com,
            kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Victoria A. Reardon    on behalf of Creditor    State of Michigan, Department of Treasury
            reardonv@michigan.gov,  jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor    Ohio Department of Taxation
            victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor    Ohio Bureau of Workers' Compensation
            victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor    Ohio Department of Commerce
            victoria.garry@ohioattorneygeneral.gov
          Walter Laurence Williams    on behalf of Movant    Vornado Realty Trust
            walter.williams@wilsonelser.com
          Walter Laurence Williams    on behalf of Movant    Wayne VF, LLC walter.williams@wilsonelser.com
          Walter Laurence Williams    on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
          Wanda  Borges   on behalf of Defendant    MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group East Bay,
            LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
            and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant    Bay Area News Group East Bay, LLC
            ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant    Alameda Newspapers, Inc. ecfcases@borgeslawllc.com

District/off: 0422-7          User: luedecket          Page 52 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Wanda  Borges   on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
                jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
                Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Creditor    Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant    MediaNews Group Inc. ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant    Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wendy Michele Roenker   on behalf of Creditor Treasurer  City of Chesapeake
                wroenker@cityofchesapeake.net
              William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
                wheuer@duanemorris.com
              William A. Broscious   on behalf of Creditor    Paramount Home Entertainment Inc
                wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor    Kamin Realty Company wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor    Daniel G. Kamin Baton Rouge LLC
                wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor    Circuit Realty NJ LLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor    Jurupa Bolingbrook LLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor    CC-Investors 1996-6 wbroscious@kbbplc.com
              William A. Burnett   on behalf of Creditor    Stillwater Designs and Audio, Inc.
                aburnett@williamsmullen.com,  ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant    NYKO Technologies, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Crown CCI, LLC aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Evening Post Publishing Company d/b/a The Post and
                Courier aburnett@williamsmullen.com,  ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    National Western Life Insurance Company
                aburnett@williamsmullen.com,  ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    DIRECTV, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Vonage Holdings, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    American National Insurance Company
                aburnett@williamsmullen.com,  ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Vonage Marketing Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant    Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
                aburnett@williamsmullen.com,  ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Golf Galaxy, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    CC Countryside 98, LLC aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Hayward 880,LLC aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Westlake Limited Partnership
                aburnett@williamsmullen.com,  ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant    SBLM Architects PC aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant    Contrarian Funds, L.L.C.
                aburnett@williamsmullen.com,  ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant    Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
                TV aburnett@williamsmullen.com,  ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    ION Audio, LLC aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    LumiSource, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Tax Collector, Polk County, Florida
                aburnett@williamsmullen.com,  ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    CC Countryside 98 L.L.C. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    SouthPeak Interactive LLC
                aburnett@williamsmullen.com,  ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com

District/off: 0422-7          User: luedecket          Page 53 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Burnett    on behalf of Creditor    SouthPeak Interactive, LLC
             aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CarMax, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Eon Communications Corporation
             aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Cyber Acoustics aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods, Inc.
             aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Plaintiff    Carmax Auto Superstores, Inc.
             aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods Inc.
             aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Burbank Mall Associates, LLC
             aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
             GMAC Global Relocation Services, LLC aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Save Mart Supermarkets aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
          William A. Gray    on behalf of Creditor    Alexander's Rego Park Center, Inc.
             bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Creditor    Ray Mucci's Inc. bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Creditor    Snell Acoustics, Inc. bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Creditor    PrattCenter, LLC bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Creditor    Premier Contracting, Inc. bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Defendant    The Procter & Gamble Company and The Procter & Gamble
             Distribution Company, LLC bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Creditor    Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Creditor    Gateway Woodside, Inc. bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com
          William A. Gray    on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
             .com

District/off: 0422-7          User: luedecket          Page 54 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Gray   on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Defendant    Intertech Security of Maryland, LLC
               bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Creditor    Lee County, Mississippi Tax Collector
               bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com
              William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
               .com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Creditor   Chatham County Tax Commissioner bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Creditor   Lee County Tax Collector bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Creditor   Interstate Augusta Properties LLC
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Defendant   Coby Electronics Corporation bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Creditor   McAlister Square Partners, Ltd. bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Creditor   Hillson Electric Incorporated bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd.
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Creditor   Mid-American Insulation, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Creditor   NPP Development LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Creditor   Metra Electronics Corporation bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Creditor   DeSoto County, Mississippi bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Creditor   BBP-Muncy LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Creditor   BPP-OH LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Creditor   Towson VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Creditor   North Plainfield VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com
          William A. Gray   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
            Partnership bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
            .com

District/off: 0422-7          User: luedecket          Page 56 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor   McCorkendale Construction bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
           of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Creditor   VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Creditor   BPP-NY LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Creditor   A.D.D. Holdings, L.P. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Creditor   DEV Limited Partnership bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Creditor   Amherst VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Creditor   T. J. Maxx of CA, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com
          William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
           .com

District/off: 0422-7          User: luedecket          Page 57 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
                 bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Creditor   Midwest Block & Brick, Inc. bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Creditor   East Brunswick VF LLC bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
                 bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Creditor   Chatham County, GA Tax Commissioner
                 bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Creditor   Valley Corners Shopping Center, LLC
                 bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Defendant   Fourstar International Trading Company
                 bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Creditor   BPP-SC LLC bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Creditor   Sensormatic Electronic Corporation
                 bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Creditor   Monument Consulting, LLC bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Defendant   Construction Testing and Engineering, Inc.
                 bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Creditor   BPP-Redding LLC bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Creditor   Baker Natick Promenade LLC bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Creditor   Wayne VF LLC bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Creditor   Star Universal, LLC bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com
              William A. Gray   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC
                 bgray@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R50171@notify.bestcase
                 .com

District/off: 0422-7          User: luedecket          Page 58 of 59          Date Rcvd: Aug 22, 2017
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray    on behalf of Defendant    The Oklahoma Publishing Company
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
            .com
          William A. Gray    on behalf of Creditor    E&A Northeast Limited Partnership
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
            .com
          William A. Gray    on behalf of Defendant    Fourstar Group Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
            .com
          William A. Gray    on behalf of Creditor    Denon Electronics bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
            .com
          William A. Gray    on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;kbortolin@sandsanderson.com;R5017l@notify.bestcase
            .com
          William A. Wood, III    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
            Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
            chris.tillmanns@bgllp.com
          William A. Wood, III    on behalf of Creditor c/o William A. Wood    Panattoni Construction, Inc.
            trey.wood@bgllp.com,    chris.tillmanns@bgllp.com
          William A. Wood, III    on behalf of Creditor    Raymond & Main Retail, LLC trey.wood@bgllp.com,
            chris.tillmanns@bgllp.com
          William B. Cave    on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw    on behalf of Creditor    Prince George's Station Retail, LLC
            bill.crenshaw@akerman.com,    deborah.coleman@akerman.com
          William C. Crenshaw    on behalf of Creditor    Gould Livermore LLC bill.crenshaw@akerman.com,
            deborah.coleman@akerman.com
          William C. Crenshaw    on behalf of Professional    Akerman Senterfitt bill.crenshaw@akerman.com,
            deborah.coleman@akerman.com
          William D. Bayliss    on behalf of Creditor Richard    Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV    on behalf of Defendant    International Business Machines Corporation
            wprince@t-mlaw.com,    jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
            Constructors wprince@t-mlaw.com,    jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com,
            jseay@t-mlaw.com
          William Daniel Sullivan    on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan    on behalf of Defendant    Pioneer Electronics (USA) Inc.
            dsullivan@butzeltp.com
          William H. Schwarzschild, III    on behalf of Creditor    MRV Wanamaker, LC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Hotan Corporation
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Datel Design & Development, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    National Western Life Insurance Company
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    J&J Industries, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dick's Sporting Goods, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Merrill Communications LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Miami-Dade County Tax Collector
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Vonage Marketing Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dollar Tree Stores, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Evening Post Publishing Company, dba The
            Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    LumiSource, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    State Board of Equalization
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    SouthPeak Interactive, LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Nancy    Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Charles    Booth jcharboneau@mglspc.com,
            aford@mglspc.com

```
District/off: 0422-7          User: luedecket          Page 59 of 59          Date Rcvd: Aug 22, 2017
                              Form ID: redacttr        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Wm. Joseph A. Charboneau    on behalf of Creditor    Placer California jcharboneau@mglspc.com,
          aford@mglspc.com
          Zmarak  Khan    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
          zmarak.khan@dlapiper.com
                                                                              TOTAL: 2219