IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc., et al.,<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered<br><br>**Allowed Claim Num: 8143**<br>**Allowed Claim Amt: $813,140.43** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Evergreen Plaza Associates I LP, a creditor in the above-referenced bankruptcy proceeding, has changed their address and request that services of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Evergreen Plaza Associates I LP
C/O TPG Plaza I, Inc   *it's G.P.*
1100 Main st, Ste 1830
Kansas City, MO 64105

**New Address**

Evergreen Plaza Associates I LP
C/O VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Dated: 9/14/17

Respectfully submitted,
Evergreen Plaza Associates I LP

By: Bruce H. Provo
Title: Pres. of G.P.