# James Crague

356 Cornelius Way, Hendersonville, TN 37075

615-636-7128 Cell

Date: 10/25/2017

To Whom It May Concern:

I'm part of the Class 4 General Unsecured claim for Circuit City and I'm writing this to update your records for my new permanent address. My old address was 1391 Foxland Blvd, Unit B306 Gallatin, TN 37066.

My New Address is.

356 Cornelius Way

Hendersonville, TN 37075

Sincerely,

James Crague

