Jeffrey N. Pomerantz, Esq. – pro hac vice
Andrew W. Caine, Esq. – pro hac vice
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Robert J. Feinstein, Esq. - pro hac vice
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 15, 2017 AT 2:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on November 15, 2017 beginning at 2:00 p.m. Eastern.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

1

1. Notice and Objection to Claim of Commonwealth of Virginia Department of Taxation Liquidating Trust's Objection to Claim Nos. 12898 And 14636 Filed By The Commonwealth Of Virginia Department Of Taxation (Docket No. 10070)

    Related Documents:

    a. Continued for Status Hearing (Re: related document(s) 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11146)

    b. Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 11376)

    c. Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11638)

    d. Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11776)

    e. Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11959)

    f. Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12271)

    g. Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge

        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12520)

h.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12659)

i.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12794)

j.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paul Beran for Trustee. (Docket No. 12917)

k.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13014)

l.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13095)

m.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13151)

n.     Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/20/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Paula Beran for Trustee. (Docket No. 13204)

o. Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13289)

p. Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/18/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 13322)

q. Continued for Status Hearing (Liquidating Trust Tax Claim Objections)Hearing continued; (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

r. Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/22/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty)

s. Continued for Status Hearing as to Unresolved Claims(Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/17/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

t. Continued for Status Hearing as to Unresolved Claims(Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/19/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

u. Continued for Status Hearing as to Unresolved Claims(Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/23/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

v. Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for

        8/25/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

w.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/7/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

x.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/16/2015 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

y.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/8/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

z.    Hearing Rescheduled; (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/16/2016 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty)

aa.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/17/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. David Tabakin for Trustee. (Oliver, Betty)

bb.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections) (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 10/20/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty)

cc.    Continued for Status Hearing as to Unresolved Claims (Liquidating Trust's Tax Claim Objections) (Re: related document(s) 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/14/2016 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Paula Beran, Andrew Caine, telephonically, for Trustee. (Oliver, Betty) (Entered: 10/20/2016)

dd. Hearing continued as to Claim Nos. 12898 and 14636; (Re: related document(s) 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 1/18/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty) (Entered: 12/14/2016)

ee. Hearing continued as to Claim Nos. 12898 and 14636; (Re: related document(s) 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/14/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Trustee. (Oliver, Betty) (Entered: 01/18/2017)

ff. Continued as to Unresolved Claims (Tax Claims) (Re: related document(s) 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/5/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Oliver, Betty) (Entered: 02/14/2017) (Docket No. 14010)

gg. Hearing Continued as to Unresolved Tax Claims; (Re: related document(s)10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/7/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Trustee. (Oliver, Betty)

hh. Hearing Continued as to Unresolved Tax Claims; (Re: related document(s) 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/16/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Trustee. (Oliver, Betty)

ii. Hearing continued as to Tax Claims #12898 and #14636; (Re: related document(s) 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 9/20/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Andrew Caine for Trustee. (Oliver, Betty) (Entered: 08/16/2017)

jj. Notice of Hearing *Notice of Substantive Hearing (Liquidating Trust's Objection to Claims Number 12898 and 14636) (Claimant Virginia Department of Taxation)* (Re: related document(s) 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 11/15/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) (Entered: 09/26/2017)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | Reply, Response to, Objection (Re: related document(s) [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Mark K. Ames of Taxing Authority Consulting Services PC on behalf of Commonwealth of Virginia, Department of Taxation. (Docket No. 10134) |
| | Response to (Re: related document(s) 14132 Hearing continued, 14133 Notice of Hearing filed by Circuit City Stores, Inc. Liquidating Trust) filed by Mark K. Ames of Taxing Authority Consulting Services PC on behalf of Commonwealth of Virginia, Department of Taxation. (Ames, Mark) (Entered: 11/03/2017) |
| Status: | A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing. During the status hearing the Trust will advise the Court that the Trust desires for the matter to be continued for substantive hearing to December 13, 2017 at 2:00 PM. |

## MATTERS SET BY OTHER PARTIES

2. Motion to Dismiss Pleading *and Memorandum in Support Thereof* (Re: related document(s) [51] Third-Party Complaint filed by Safeco Insurance Company of America, Safeco Insurance Company of America, Safeco Insurance Company of America) filed by Robert P. McIntosh of U.S. Attorney's Office on behalf of United States of America, Department of Homeland Security, Customs and Border Protection. (McIntosh, Robert) Answer to Third-Party Complaint (Related Doc # [51]) filed by Robert Asperger of Office of the Attorney General on behalf of STATE OF CALIFORNIA. (Asperger, Robert) in Adversary case 17-03042. Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Safeco Insurance Company of America

    Related Documents:

a. Request for Notice of Hearing (Re: related document(s)[89] Motion to Dismiss Pleading filed by United States of America, Department of Homeland Security, Customs and Border Protection) Hearing scheduled for 11/15/2017 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty)

b. Notice of Hearing (Re: related document(s)[93] Request for Notice of Hearing) (Admin

7

c.  Reply to *Joint Opposition by Liquidating Trustee and Safeci Insurance Company to United States' Motion to Dismiss* (Re: related document(s)[89] Motion to Dismiss Pleading filed by United States of America, Department of Homeland Security, Customs and Border Protection) filed by Robert P. McIntosh of U.S. Attorney's Office on behalf of United States of America, Department of Homeland Security, Customs and Border Protection. (McIntosh, Robert)

| | |
|---|---|
| Objections/ Responses Filed: | Objection to *(Joint Opposition By Liquidating Trustee And Safeco Insurance Company Of America To United States Customs And Border Patrols Motion To Dismiss Safeco Insurance Company Of Americas Third Amended Counterclaim And Third Party Complaint)* (Re: related document(s)[89] Motion to Dismiss Pleading filed by United States of America, Department of Homeland Security, Customs and Border Protection) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust. (Attachments: # (1) Request For Judicial Notice # (2) RJN Exhibit 1 # (3) RJN Exhibit 2) (Tavenner, Lynn) |
| Status: | A hearing on the Motion to Dismiss is going forward. The Liquidating Trustee will request that the Motion to Dismiss be denied |

November 10, 2017          TAVENNER & BERAN, PLC

/s/ *Paula S. Beran*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

         *Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*