| | |
|---|---|
| Richard M. Pachulski, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 13th Floor | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, [1] | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

**SCHEDULING ORDER**

Upon the filing by the Trustee of the Circuit City Stores, Inc. Liquidating Trust (a)

*Notice of Substantive Hearing (Liquidating Trust's Objection to Claims Number 12898 and*

*14636) (Claimant- Virginia Department of Taxation)* (the "Notice"), ECF No. 1433 and (b)

*Notice and Objection to Claim of Commonwealth of Virginia Department of Taxation -*

*Liquidating Trusts Objection to Claim Nos. 12898 and 14636 Filed By The Commonwealth Of*

*Virginia Department Of Taxation* (the "Objection"), ECF No. 1070, as well as the *Response ,*

ECF No. 14136, filed by the Virginia Department of Taxation, the Court held a status hearing on

December 13, 2017 (the "Hearing"), and upon the agreement of the parties

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC  (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.   On or before January 16, 2018, each party may submit a brief articulating its

position with respect to the legal issues germane to the Objection arising out of the Virginia

Supreme Court decision in the case of *Kohl's Department Stores v. Virginia Department of

Taxation*. Any brief submitted after January 16, 2018, will not be considered by the Court absent

further Order of this Court.

2.   On January 23, 2018, at 2:00 p.m., the Court will hold a further hearing on the

Objection and Response, at which time it will hear the legal arguments of each party thereon.

Dated: **Dec 27 2017**
Richmond, Virginia

/s/ Kevin R Huennekens

The Honorable Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket:Dec 28 2017

**WE ASK FOR THIS:**

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Richard M. Pachulski (CA Bar No. 90073)
Andrew W. Caine (CA Bar No. 110345)
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  13th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760

*Counsel to Alfred H. Siegel, as Trustee of the
Circuit City Stores, Inc. Liquidating Trust*

## **CERTIFICATION**

I hereby certify that the foregoing proposed Order has been either served on or endorsed by all necessary parties.

*/s/ Paula S. Beran*
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

Service of Entered Order:

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, Virginia  23219

Mark K. Ames, Esquire
Taxing Authority Consulting Services, P.C.
PO Box 31800
Henrico, Virginia 23294-1800